IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

    Plaintiff,

v.

HAALAND, *et al.*,

    Defendants.

## STIPULATION TO STAY LITIGATION

    Plaintiffs, American Wild Horse Campaign *et al.*, and Defendants, Haaland, *et al.*, ("BLM" and collectively, the "Parties") stipulate to a short extension of the stay in this matter and seek the Court's approval. In support of the requested stay, the Parties state the following:

1. On December 17, 2021, the Parties filed a Stipulation to Stay this case until January 31, 2022, based on the intention of BLM to issue a revised Instruction Memorandum ("IM") relevant to the claims in this case. The purpose of the stay was to allow sufficient time for both BLM to finalize the revised IM and for Plaintiff to review it.

2. On January 26, 2022, BLM issued its revised IM.

3. Plaintiffs are currently reviewing the revised IM to determine whether it corrects the legal violations alleged in this matter.

4. To allow Plaintiffs sufficient time to review BLM's revised IM and to allow the Parties sufficient time to negotiate a schedule for a potential challenge to the IM, the Parties respectfully propose that the stay in this matter be extended until February 25, 2022.

5. On or before February 25, 2022, the Parties agree to advise the Court as to the next steps in this litigation and, if necessary, provide the Court with a new, mutually agreeable briefing schedule for approval.

6. The Parties request the Court's approval of the proposed stay as outlined above.

Respectfully submitted this 2nd day of February, 2022

/s/ William N. Lawton
William N. Lawton
DC Bar No. 1046604
Senior Associate
Eubanks & Associates PLLC
1331 H Street NW, Suite 902
Washington, DC 20010
(202) 556-1243
nick@eubankslegal.com

*Attorneys for Plaintiff*

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief

/s/ Rickey D. Turner, Jr.
RICKEY D TURNER, JR., Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1373
Fax: 303-844-1350
rickey.turner@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which will electronically serve all counsel of record.

*/s/ Rickey Turner*
Rickey Turner