IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

    Plaintiff,

v.

HAALAND, *et al.*,

    Defendants.

---

## STATUS REPORT

---

    Petitioners, American Wild Horse Campaign *et al.*, and Respondents, Haaland, *et al.*, ("BLM" and collectively, the "Parties") provide the following joint status report.

    Petitioners have reviewed BLM's revised Instruction Memorandum ("IM") for the agency's Adoption Incentive Program ("AIP") and believe that it is unlawful for many of the same reasons as alleged in the original Complaint in this matter. Accordingly, Petitioners intend to file a Supplemental Petition in this matter.

    The parties are currently discussing whether a Supplemental Petition may be filed with Respondents' consent or whether it will be necessary for Petitioners to file a motion on this issue. *See* D.C.COLO.LCivR 15.1. Likewise, the parties are discussing a mutually agreeable schedule for the remainder of this litigation; that schedule will depend in part on whether it will be necessary for the Court to resolve a Motion to File a Supplemental Petition.

    Accordingly, to allow the parties to confer about the filing of a Supplemental Petition and about a mutually agreeable schedule for the remainder of these proceedings, the parties respectfully propose that the stay in this matter be extended for two weeks, until March 11,

2022. On or before March 11, 2022, the parties will file another status report and propose a schedule for the remainder of this case.

Respectfully submitted this 25th day of February, 2022

/s/ William N. Lawton
William N. Lawton
DC Bar No. 1046604
Senior Associate
Eubanks & Associates PLLC
1331 H Street NW, Suite 902
Washington, DC 20010
(202) 556-1243
nick@eubankslegal.com

*Attorneys for Plaintiff*


TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief

/s/ Rickey D. Turner, Jr.
RICKEY D TURNER, JR., Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1373
Fax: 303-844-1350
rickey.turner@usdoj.gov

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which will electronically serve all counsel of record.

*/s/ William Lawton*
William Lawton