**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

    Petitioners,

v.

HAALAND, *et al.*,

    Respondents.

---

**PROPOSED ORDER**

---

Having reviewed the agreement between the parties as reflected in their Joint Status Report of March 11, 2022, the Court approves the parties' proposed schedule and **ORDERS** that the parties shall adhere to the following schedule:

- **March 18, 2022**: Petitioners file Supplemental Petition for Review;
- **April 1, 2022**: Respondents file a response to Petitioners' Supplemental Petition for Review. If Respondents file a Motion to Dismiss, any subsequent deadlines will be tolled until Respondents' motion is resolved, at which point the parties will submit another proposed schedule for the remainder of the case;
- **April 8, 2022**: Respondents submit a revised Administrative Record;
- **April 22, 2022**: Petitioners communicate with Respondents any issues regarding the Administrative Record, and the parties attempt to resolve any such issues amicably without the Court's involvement;

- **May 9, 2022**: Petitioners file either an Opening Brief or a motion to supplement or complete the Administrative Record. Any motion regarding the Administrative Record would toll subsequent deadlines until the Court resolves that motion, after which time the parties will propose a mutually agreeable schedule for the remainder of the case;
- **June 10, 2022:** Respondents file their Response Brief.
- **July 12, 2022:** Petitioners file their Reply Brief

The following limits shall apply to the parties' merits briefs:

- Petitioners' Opening Brief: 13,000 words
- Respondents' Response Brief: 13,000 words
- Petitioners' Reply Brief: 6,500 words

This schedule may be altered or amended only upon a showing of good cause.

**SO ORDERED.**

_____                _____
Date                                  Hon. Robert E. Blackburn
                                      U.S. District Court Judge