## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

      Petitioners,

v.

HAALAND, *et al*.,

      Respondents.

---

## PROPOSED ORDER

---

Having reviewed the agreement between the parties as reflected in their Joint Status Report of March 11, 2022, the Court approves the parties' proposed schedule and **ORDERS** that the parties shall adhere to the following schedule:

- **July 1, 2022:** Respondents submit a revised Administrative Record;

- **July 20, 2022:** Petitioners communicate with Respondents any issues regarding the Administrative Record, and the parties attempt to resolve any such issues amicably without the Court's involvement;

- **August 3, 2022:** Petitioners file either an Opening Brief or a motion to supplement or complete the Administrative Record. Any motion regarding the Administrative Record would toll subsequent deadlines until the Court resolves

that motion, after which time the Parties will propose a mutually agreeable

schedule for the remainder of the case;

- **September 5, 2022:** Respondents file their Response Brief;

- **October 11, 2022:** Petitioners file their Reply Brief.

The following limits shall apply to the parties' merits briefs:

- Petitioners' Opening Brief: 13,000 words

- Respondents' Response Brief: 13,000 words

- Petitioners' Reply Brief: 6,500 words

This schedule may be altered or amended only upon a showing of good cause.

**SO ORDERED.**


_____                    _____
Date                              Hon. Robert E. Blackburn
                                  U.S. District Court Judge