IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

 Petitioners,

v.

HAALAND, *et al.*,

 Respondents.

---

**JOINT MOTION FOR EXTENSION OF TIME
TO SUPPLEMENT ADMINISTRATIVE RECORD AND
TO AMEND CASE SCHEDULE**

---

 Petitioners, American Wild Horse Campaign *et al.*, and Respondents, Deb Haaland, *et al.* ("BLM" and collectively, the "Parties") respectfully move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and D.C.COLO.LCiv.R 6.1 and D.C.COLO.LCiv.R 7.1 for an extension of time of two weeks to complete the agreed-upon additional supplement to the administrative record.  Currently, the deadline for Respondents to submit the revised administrative record is July 1, 2022.  Due to the volume of information included in this additional supplement, Respondents require modest additional time to complete the supplementation, and request until July 15, 2022 to do so.

 Under Fed. R. Civ. P. 6(b), the Court may, for good cause, extend a party's deadline to perform a required action.  Here good cause exists for an extension of time because of the

significant volume of new information being added to the administrative record.  This is the first request for an extension of this deadline.

In addition, the parties have negotiated a mutually agreeable schedule for the remainder of this litigation, taking into account the above-requested extension and the parties' and counsels' schedules, which they respectfully submit for the Court's approval:

- **July 15, 2022:** Respondents submit a revised Administrative Record;

- **August 4, 2022:** Petitioners communicate with Respondents any issues regarding the Administrative Record, and the parties attempt to resolve any such issues amicably without the Court's involvement;

- **September 2, 2022:** Petitioners file either an Opening Brief or a motion to supplement or complete the Administrative Record. Any motion regarding the Administrative Record would toll subsequent deadlines until the Court resolves that motion, after which time the Parties will propose a mutually agreeable schedule for the remainder of the case;

- **October 3, 2022:** Respondents file their Response Brief;

- **November 2, 2022:** Petitioners file their Reply Brief.

The Parties remain in agreement, as represented in the original Joint Case Management Plan in this case, ECF No. 21, that the following limits shall apply to merits briefs:

- Petitioners' Opening Brief: 13,000 words

- Respondents' Response Brief: 13,000 words

- Petitioners' Reply Brief: 6,500 words

The Parties agree that this schedule may be altered or amended only upon a showing of good cause. A Proposed Order reflecting the Parties' agreement is attached to this filing.

Respectfully submitted this 27th day of June, 2022.

*/s/ William S. Eubanks II*
William S. Eubanks
Eubanks & Associates PLLC

1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com

*Attorneys for Petitioners*

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief

*/s/ Rickey D. Turner, Jr. (with permission)*
RICKEY D TURNER, JR., Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1373
Fax: 303-844-1350
rickey.turner@usdoj.gov

*Frances B. Morris (with permission)*
Frances B. Morris
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2855
(202) 305-0506 (facsimile)
frances.morris@usdoj.gov

*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which will electronically serve all counsel of record.

*/s/ William S. Eubanks II*
William S. Eubanks II