IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02146-REB

American Wild Horse Campaign et al.,

    Petitioners,

v.

Haaland et al.,

    Respondents.

---

## JOINT CASE MANAGEMENT PLAN FOR
## PETITIONS FOR REVIEW OF AGENCY ACTION

---

### 1. APPEARANCES OF COUNSEL

For Petitioners: William N. Lawton

For Respondents: Rickey Turner

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    The court has jurisdiction based on the presentation of federal question, 28 U.S.C. § 1331. In the Answer, Respondents asserted the following defenses: The Court lacks subject-matter jurisdiction over some or all of Petitioners' claims, Petitioners have failed to establish standing under both Article III of the Constitution and the Administrative Procedure Act, Petitioners' claims are not ripe, and Petitioners' claims fail to state a claim upon which relief can be granted.

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Petition for Review Was Filed: July 2, 2021

    B. Date Petition for Review Was Served on U.S. Attorney's Office: July 15, 2021

    C. Date Answer or Other Response Was Filed: September 13, 2021

## 4. STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties propose no statement on this topic. Thus, the court presumes this case does no raise unusual claims or defenses.

## 5. OTHER MATTERS

**A.** This matter is related to *Friends of Animals v. BLM*, No. 21-cv-1598 (D. Colo.), which raises nearly identical claims against the same agency instruction memorandum and program. Although Petitioners in each case do not wish to consolidate the cases, they have agreed to coordinate the proposed schedules so that Respondents may more efficiently litigate both cases on the same track. Accordingly, Respondents reserve the right to seek to adjust the schedule in each case, if necessary, to preserve this coordination and efficiency.

**B.** Respondents have informed Petitioners that the Bureau of Land Management may issue a new Instruction Memorandum ("IM") that may be relevant to the claims in this case by the end of October 2021. If the agency does so, the parties agree that they will promptly notify the court, confer regarding what effect, if any, the issuance of the new IM may have on the schedule for this case, and jointly propose a new or amended schedule if necessary. The parties further agree that the agency's issuance of a new IM should be considered good cause to modify this proposed schedule.

## 6. BRIEFING SCHEDULE

The parties agree that the following limits shall apply to merits briefs:

- Petitioners' opening brief: 13,000 words
- Defendants' response brief: 13,000 words
- Petitioners' reply brief: 6,500 words

**A. Deadline for Filing Administrative Record:** On or before July 15, 2022, the respondents shall file a revised administrative record. **The administrative record shall be Bates-numbered and filed via the CM/ECF system of the court in the manner required by D.C.COLO.LCivR 5.1 and the Electronic Case Filing Procedures for the District of Colorado (Civil Cases), including Sections 1.1 - 1.2 of the electronic case filing procedures.**

**B. Deadline for Parties to Confer on Record Disputes:** On or before August 4, 2022, the Petitioners shall communicate with Respondents concerning any issues regarding the Administrative Record. The parties shall attempt to resolve any such issues amicably without the involvement of the court.

2

**C. Deadline for Filing Petitioner's Opening Brief or Motions to Complete and/or Supplement the Administrative Record:** On or before September 2, 2022, the Petitioners shall file either an Opening Brief or a motion to supplement or complete the Administrative Record. Any motion regarding the Administrative Record shall toll subsequent deadlines until the court resolves that motion, after which time the Parties shall propose a mutually agreeable schedule for the remainder of the case.

**D. Respondent's Response Brief Due:** October 3, 2022

**E. Petitioner's Reply Brief (If Any) Due:** November 2, 2022

## 7. STATEMENTS REGARDING ORAL ARGUMENT

**A. Petitioner's Statement:** Petitioners request oral argument in this matter, because they believe that oral argument would assist the court in resolving the issues in this case, which are complex and have nationwide implications.

**B. Respondent's Statement:** Respondents defer to the court's preference on oral argument.

## 8. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

Indicate below the parties' consent choice.

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 9. OTHER MATTERS

## 10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated July 1, 2022, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

3

APPROVED:

TODD KIM, Assistant Attorney General
Environment and Natural Resources Division


_____
By:
RICKEY D. TURNER, JR., Senior Associate Senior Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1373
Fax: 303- 844-1350
rickey.turner@usdoj.gov

*Attorneys for Respondents*


/s/ William N. Lawton
William N. Lawton
Eubanks & Associates, PLLC
1331 H Street N.W., Suite 902
Washington, D.C. 20005
(202) 556-1243
nick@eubankslegal.com

*Attorney for Petitioners*