## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN et al.,

      Petitioners,

v.

HAALAND, et al.,

      Respondents.

## MINUTE ORDER[1]

The matter before me is the **Joint Motion for Extension of Time To Supplement Administrative Record and To Amend Case Schedule** [#35][2] filed June 27, 2022. The parties seek an extension of time to file a supplement to the administrative record. The court notes that, to date, the administrative record has not been filed in this case. In addition, the parties seek revision of certain deadlines to which the parties agreed previously. Good cause for the extensions has been shown.

After reviewing the motion and the case, it is

**ORDERED** as follows:

1. That the **Joint Motion for Extension of Time To Supplement Administrative Record and To Amend Case Schedule** [#35] is granted; and

2. That the court shall enter a Joint Case Management Plan reflecting the parties' proposed Joint Case Management Plan and revisions to certain deadlines proposed in the present motion [#35].

Dated: July 1, 2022.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.