**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

      Petitioners,

v.

HAALAND, *et al.*,

      Respondents.

---

**JOINT MOTION FOR EXTENSION OF TIME
AND TO AMEND CASE SCHEDULE**

---

Petitioners, American Wild Horse Campaign *et al.*, and Respondents, Deb Haaland, *et al.* ("BLM" and collectively, the "Parties") respectfully move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and D.C.COLO.LCiv.R 6.1 and D.C.COLO.LCiv.R 7.1 for an extension of time for merits briefing, now that the parties have successfully resolved all concerns regarding the adequacy of Respondents' administrative record.

After Respondents provided Petitioners with the new administrative record on July 15, 2022, the parties engaged in good faith negotiations in an effort to avoid burdening the Court with a motion challenging the adequacy of the record. The parties successfully concluded those negotiations with an agreement that Respondents will supplement the administrative record by September 16, 2022, with approximately 75 additional documents totaling hundreds of pages. Because Respondents need sufficient time to prepare the supplemental administrative record—

and Petitioners need additional time after receipt to review the supplemental record before they can meaningfully commence merits briefing—the parties respectfully request an amendment to the schedule.

Under Fed. R. Civ. P. 6(b), the Court may, for good cause, extend a party's deadline to perform a required action. Here, good cause exists for an amendment to the schedule because of the significant volume of new information that will be included in Respondents' supplemental administrative record, as well as the time necessary to review and incorporate that material in Petitioners' opening merits brief after Respondents supply Petitioners with the supplemental record. This is the first request for an extension of this deadline (although all deadlines were extended as part of a scheduling amendment approved by the Court on July 1, 2022, *see* ECF No. 36). Good cause also exists here because the parties have successfully avoided burdening the Court with motions regarding the adequacy of the administrative record, which promotes judicial efficiency and economy—the result of which is a supplemental administrative record that the parties need time to prepare and review prior to merits briefing.

The parties have negotiated a mutually agreeable schedule for the remainder of this litigation, taking into account the above-requested extension and the parties' and counsels' schedules, which they respectfully submit for the Court's approval:

- **September 16, 2022:** Respondents file the Supplemental Administrative Record;

- **October 14, 2022:** Petitioners file their Opening Brief;

- **November 17, 2022:** Respondents file their Response Brief;

- **January 6, 2023:** Petitioners file their Reply Brief.

The Parties remain in agreement, as represented in the original Joint Case Management

Plan in this case, ECF No. 21, that the following limits shall apply to merits briefs:

- Petitioners' Opening Brief: 13,000 words

- Respondents' Response Brief: 13,000 words

- Petitioners' Reply Brief: 6,500 words

The Parties agree that this schedule may be altered or amended only upon a showing of good

cause. A Proposed Order reflecting the Parties' agreement is attached to this filing.

Respectfully submitted this 5th day of August, 2022.

*/s/ William S. Eubanks II*
William S. Eubanks
Eubanks & Associates PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com

*Attorneys for Petitioners*

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief

*/s/ Rickey D. Turner, Jr. (with permission)*
RICKEY D TURNER, JR., Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1373
Fax: 303-844-1350
rickey.turner@usdoj.gov

*Frances B. Morris (with permission)*
Frances B. Morris
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section

P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2855
(202) 305-0506 (facsimile)
frances.morris@usdoj.gov

*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed today

with the Court's CM/ECF system, which will electronically serve all counsel of record.

*/s/ William S. Eubanks II*
William S. Eubanks II