**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN et al.,

    Petitioners,

v.

HAALAND, et al.,

    Respondents.

---

**MINUTE ORDER**[1]

---

This matter is before me on the **Joint Motion for Extension of Time and To Amend Case Schedule** [#38][2] filed August 5, 2022. After reviewing the motion and the case, it is

**ORDERED** as follows:

1. That the **Joint Motion for Extension of Time and To Amend Case Schedule** [#38] is granted;

2. That on or before September 16, 2022, the respondents shall file the supplemental administrative record;

3. That on or before:

    a. October 14, 2022, the petitioners shall file their Opening Brief;

    b. November 17, 2022, the respondents shall file their Response Brief;

    c. January 6, 2023: the petitioners shall file their Reply Brief; and

4. That the **Joint Case Management Plan for Petitions for Review of Agency Action** [#36] is amended and supplemented accordingly.

Dated: August 5, 2022.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.