## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02146-REB

AMERICAN WILD HORSE CAMPAIGN et al.,

    Petitioners,

v.

HAALAND, et al.,

    Respondents.

## MINUTE ORDER[1]

    The matter before me is the **Stipulation To Stay Litigation** [#24][2] filed February 2, 2022. In the stipulation [#24], the parties seek an extension of the stay of this litigation which began with the entry of my order [#23]. Effectively, the stay continued until the court, at the request of the parties, entered the **Joint Case Management Plan for Petitions for Review of Agency Action** (JCMP) [#36]. Based on the schedule stated in the JCMP and a partial revision of that schedule [#39], the parties are proceeding with filing of the administrative record and briefing. Thus, the present stipulation [#24] now is moot.

    Therefore, it is **ORDERED** that the **Stipulation To Stay Litigation** [#24] is denied as moot.

    Dated: August 8, 2022.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.