IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

    Petitioners,

v.

HAALAND, *et al.*,

    Respondents.

---

### NOTICE OF FILING THE BLM ADMINISTRATIVE RECORD

---

    Pursuant to the Court's October 5, 2022 Order (ECF No. 44), please find the Bureau of Land Management's Administrative Record in the above-captioned case.

Respectfully submitted this 14th day of October, 2022

                  */s/ Rickey D. Turner, Jr.*
                  RICKEY D TURNER, JR., Senior Trial Attorney
                  Wildlife and Marine Resources Section
                  999 18th St., South Terrace, Suite 370
                  Denver, CO 80202
                  Ph: 303-844-1373
                  Fax: 303-844-1350
                  rickey.turner@usdoj.gov

                  *Frances B. Morris*
                  Frances B. Morris
                  U.S. Department of Justice
                  Environment & Natural Resources Division

Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2855
(202) 305-0506 (facsimile)
frances.morris@usdoj.gov

*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which will electronically serve all counsel of record.

*/s/ Rickey D. Turner, Jr.*
Rickey D. Turner Jr.