*Internal Working Document*

**INFORMATION MEMORANDUM FOR THE DIRECTOR – May 5, 2016**

FROM:      Dean Bolstad, Acting Wild Horse and Burro Division Chief

CC:          Kristin Bail, Acting Assistant Director, Renewable Resources and Planning; Nancy Haug, Acting Deputy Assistant Director, Renewable Resources & Planning

SUBJECT:    Off-Range Capacity Strategy

I.      INTRODUCTION

The WH&B Program in will continue efforts to acquire more off-range contracted private land pastures (ORP) to reduce costs and numbers in off-range corrals (ORC).  The most recent ORP solicitation closed on April 29, 2016. Efforts were increased through extensive outreach and hosting educational workshops for interested individuals which resulted in over 20 proposals received. Once these proposals are reviewed, rated, accepted and awarded, the program will begin the process to initiate another request for proposals while simultaneously completing NEPA. As ORP capacity becomes available, animals from current ORCs will be relocated. It is imperative that the program be strategic in its decision to relocate animals from ORCs to ORPs and dissolution of ORCs due to the increasing on-range overpopulation.

II.     BACKGROUND

Though costlier than ORPs, ORCs are vital components of the Program.  Strategically located ORCs are needed throughout the West to receive WH&Bs that are removed from the range and to prepare them for adoption (aging, freezemarking, vaccinations & gelding).  ORCs are also needed throughout the United States to house animals that are available for adoption, present them for adoption and in some cases serve as training centers (prisons).

The program has developed a team to determine the following:
1. The program's Off-Range needs (ORC and ORP)
2. The current and future logistical need of ORCs
3. Review the budget availability to determine the most cost effective plan
4. The projected number of animals removed over the next five to ten years
5. The projected number of animals placed into private care over the next five to ten years

III.    BUDGET IMPACT

Although ORP unit costs are more cost effective, funding availability is a challenge in out-years to acquire and maintain additional ORP capacity.

1

BLM_001437

| | |
|---|---|
| **From:** | Reiland, Michael |
| **To:** | Kristin Bail; Nancy Haug; Dean Bolstad |
| **Subject:** | Barrasso Letter |
| **Date:** | Monday, May 9, 2016 3:31:51 PM |
| **Attachments:** | Barrasso Response WHB program Qs 1-4 and Other Mgmt Options Final.docx |

To All:

Here's the latest version of the letter.

Thanks,

--
Michael Reiland
Acting Resource Advisor WO200
202-208-5922

WO-260 Budget-Analyst
202-912-7261

BLM_001438





United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov
MAY 1 1 2016

The Honorable Dean Heller
United States Senate
Washington, DC 20510

Dear Senator Heller:

Thank you for your November 4, 2015, letter and your April 28, 2016, letter to Secretary Sally
Jewell in which you asked a number of questions about the Bureau of Land Management's
(BLM) Wild Horse and Burro Program. Secretary Jewell asked me to respond on her behalf.
The BLM shares your concerns about growing populations, herd and rangeland health, program
costs, and the effectiveness of past management strategies. To address these concerns, the BLM
is taking a number of steps, including sponsoring a significant research program focused on
fertility control; transitioning horses from off-range corrals to more cost-effective pastures;
working to increase adoptions with new programs and partnerships; and requesting legislative
authority to allow for the immediate transfer of horses to other agencies that have a need for
work animals. Despite these many initiatives, additional tools and resources are needed to bring
this program onto a sustainable path. We sincerely appreciate your interest and look forward to
further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to
note the total number of horses that are currently on the public lands as well as the number of
horses that have been moved to off-range pastures and corrals, which are usually leased from
private parties. We currently estimate that there are 67,000 horses and burros on public lands in
the West, which is more than twice the number of horses on the range than is recommended
under BLM land use plans. It is also two and a half times the number of horses and burros that
were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was
passed in 1971. In addition to the animals that are currently on the public lands, the agency is
paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals
over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is
substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000
horses and burros already in off-range corrals and pastures, this means that without new
opportunities for placing these animals with responsible owners, the BLM will spend more than
a billion dollars to care for and feed these animals over the remainder of their lives. Given this
vast financial commitment, the BLM is now severely limited in how many animals it can afford
to remove from the range. The BLM is removing approximately 3,500 animals each year –
about the same number of animals that leave the system annually through adoption, sale and
natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily
delivered, and affordable fertility-control methods for wild horses and burros. To address this

BLM_001439

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable John Barrasso
United States Senate
Washington, DC 20510

Dear Senator Barrasso:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Paul A. Gosar
House of Representatives
Washington, DC 20515

Dear Representative Gosar:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

BLM_001443

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

MAY 1 1 2016

The Honorable Mark Amodei
House of Representatives
Washington, DC 20515

Dear Representative Amodei:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

BLM_001445

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Steve Daines
United States Senate
Washington, DC 20510

Dear Senator Daines:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Orrin Hatch
United States Senate
Washington, DC  20510

Dear Senator Hatch:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program.  The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies.  To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals.  Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path.  We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties.  We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans.  It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971.  In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial.  Costs for lifetime care in a corral approaches $50,000 per horse.  With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives.  Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range.  The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros.  To address the

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Mike Crapo
United States Senate
Washington, DC 20510

Dear Senator Crapo:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



## United States Department of the Interior
### BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Jeff Flake
United States Senate
Washington, DC  20510

Dear Senator Flake:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program.  The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies.  To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals.  Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path.  We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties.  We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans.  It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971.  In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial.  Costs for lifetime care in a corral approaches $50,000 per horse.  With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives.  Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range.  The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros.  To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable James E. Risch
United States Senate
Washington, DC 20510

Dear Senator Risch:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



# United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

MAY 1 1 2016



The Honorable Michael S. Lee
United States Senate
Washington, DC  20510

Dear Senator Lee:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Michael B. Enzi
United States Senate
Washington, DC 20510

Dear Senator Enzi:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

MAY 1 1 2016



The Honorable Chris Stewart
House of Representatives
Washington, DC 20515

*Chris*

Dear Representative Stewart:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov
MAY 1 1 2016



The Honorable John McCain
United States Senate
Washington, DC  20510

Dear Senator McCain:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program.  The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies.  To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals.  Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path.  We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties.  We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans.  It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971.  In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial.  Costs for lifetime care in a corral approaches $50,000 per horse.  With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives.  Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range.  The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros.  To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Steven Pearce
House of Representatives
Washington, DC  20515

Dear Representative Pearce:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program.  The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies.  To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals.  Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path.  We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties.  We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans.  It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971.  In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial.  Costs for lifetime care in a corral approaches $50,000 per horse.  With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives.  Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range.  The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros.  To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Jason Chaffetz
House of Representatives
Washington, DC 20515

Dear Representative Chaffetz:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov
MAY 1 1 2016



The Honorable Mia B. Love
House of Representatives
Washington, DC 20515

Dear Representative Love:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Raul Labrador
House of Representatives
Washington, DC  20515

Dear Representative Labrador:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure

BLM_001472



United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Adrian Smith
House of Representatives
Washington, DC  20515

Dear Representative Smith:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program.  The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies.  To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals.  Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path.  We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties.  We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans.  It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971.  In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial.  Costs for lifetime care in a corral approaches $50,000 per horse.  With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives.  Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range.  The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros.  To address this

BLM_001473

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



## United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov
MAY 1 1 2016



The Honorable Cythina Lummis
House of Representatives
Washington, DC 20515

Dear Representative Lummis:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies. To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals. Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path. We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties. We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans. It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial. Costs for lifetime care in a corral approaches $50,000 per horse. With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives. Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros. To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



MAY 1 1 2016

The Honorable Ryan Zinke
House of Representatives
Washington, DC  20515

Dear Representative Zinke:

Thank you for your letter dated November 4, 2015, in which you asked a number of questions about the Bureau of Land Management's (BLM) Wild Horse and Burro Program.  The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of past management strategies.  To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies that have a need for work animals.  Despite these many initiatives, additional tools and resources are needed to bring this program onto a sustainable path.  We sincerely appreciate your interest and look forward to further dialogue on these issues.

To provide proper context for the scale of the Wild Horse and Burro Program, it is helpful to note the total number of horses that are currently on the public lands as well as the number of horses that have been moved to off-range pastures and corrals, which are usually leased from private parties.  We currently estimate that there are 67,000 horses and burros on public lands in the West, which is more than twice the number of horses on the range than is recommended under BLM land use plans.  It is also two and a half times the number of horses and burros that were estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971.  In addition to the animals that are currently on the public lands, the agency is paying to support nearly 50,000 horses that have been moved to off-range pastures and corrals over the past few decades.

The total lifetime cost of caring for an unadopted animal that is removed from the range is substantial.  Costs for lifetime care in a corral approaches $50,000 per horse.  With nearly 50,000 horses and burros already in off-range corrals and pastures, this means that without new opportunities for placing these animals with responsible owners, the BLM will spend more than a billion dollars to care for and feed these animals over the remainder of their lives.  Given this vast financial commitment, the BLM is now severely limited in how many animals it can afford to remove from the range.  The BLM is removing approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility-control methods for wild horses and burros.  To address this

issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program to develop better management tools; longer lasting fertility-control vaccines; and effective, safe methods for spaying and neutering wild horses. These efforts are underway. The BLM is also working to reduce the cost of caring for the animals that have already been removed from the range by increasing the number of off-range horses that are cared for on open pastures, which are more cost effective than corrals.

Increasing the number of animals adopted by qualified adopters is also an important part of our strategy. We are working to boost the number of horses in training programs through partnerships with non-government organizations and prisons. Trained horses are more likely to be adopted when made available to the public. We are also exploring the possibility of providing financial assistance to interested, responsible parties to adopt some of the older horses that have already been removed from the range. Younger horses – in this case, those younger than 7 years-old – tend to be much more attractive to adopters. Because of the high cost of sustaining each horse in government care, we are evaluating the possibility of providing some financial support to defray the costs of care and training for individuals who give a safe home to older horses that currently have low odds of being adopted.

Further, the 2017 President's budget includes a request for legislative authority to allow for the transfer of wild horses and burros to Federal, state and local agencies that have a legitimate need for work animals. The U.S. Border Patrol, the U.S. Military, and other agencies who are interested in using wild horses or burros in their work are unable to receive direct transfer of horses from the BLM. The U.S. Border Patrol, for instance, uses hundreds of wild horses for their patrol efforts, but each of those animals must be adopted by individual members of the Patrol, in their personal capacity. We want to enable trusted agencies to be able to use and celebrate these remarkable animals for important public purposes.

We appreciate the opportunity to provide detailed information on this program. I have enclosed responses to the first four questions. Answers to the remaining questions will be transmitted in the very near future.

The BLM is committed to working with the Congress and stakeholders to develop a sustainable Wild Horse and Burro Program. We look forward to working with you and your colleagues to address the difficult wild horse and burro management challenges that BLM is facing. If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421. A similar response is being sent to the co-signers of your letter.

Sincerely,

Neil Kornze
Director

Enclosure

| | |
|---|---|
| **From:** | Bolstad, Dean |
| **To:** | Jared Bybee |
| **Subject:** | Fwd: Please Review and Transmit to MIB for the Director/Kristen/Nancy |
| **Date:** | Thursday, May 12, 2016 1:50:14 PM |
| **Attachments:** | Adoption Assistance Program BP for the Director Final 2016.May.11.docx |
| | Briefing Paper Director_2016 Gather Recommendations Final 2016.May.11.doc |
| | ORPAcquistionStrategy_BPforDirector Final 2016.May.06.docx |
| | WHB Research_Breifing Final 2016.May.09.doc |

Dean Bolstad

Division Chief, Wild Horse and Burro Program

Washington Office (WO-260)

(202) 912-7648 Office

(775) 750-6362 Cell

---------- Forwarded message ----------

From: **Bolstad, Dean** <dbolstad@blm.gov>

Date: Wed, May 11, 2016 at 2:17 PM

Subject: Please Review and Transmit to MIB for the Director/Kristen/Nancy

To: Michael Reiland <mreiland@blm.gov>

Dean Bolstad

Division Chief, Wild Horse and Burro Program

Washington Office (WO-260)

(202) 912-7648 Office

(775) 750-6362 Cell

*Internal Working Document*

**INFORMATION MEMORANDUM FOR THE DIRECTOR – May 11, 2016**

FROM:       Dean Bolstad, Wild Horse and Burro Division Chief

CC:             Kristin Bail, Acting Assistant Director, Resources and Planning;
                   Nancy Haug, Acting Deputy Assistant Director, Resources & Planning

SUBJECT:   Wild Horse and Burro Adoption Assistance Program

I.      INTRODUCTION
A pilot project financial assistance program is proposed to increase the number of
adopted wild horses and burros (WH&B) that are difficult to adopt because of their age.
The pilot would offer financial assistance through an Assistance Agreement to an
individual or organization that would oversee the program and distribute funding to
adopters of WH&Bs of older specified ages, who train them to specified standards, and
apply for title (ownership) of the animal(s) after providing at least one year of humane
care.  The financial assistance would help defray expenses for the care and training of
adopted animals and be paid out at the time title is granted.

The attached graphs display ages the ages of horses and burros adopted during the past 5
years.  Three percent of adopted horses were 7 years and older and 5% of burros were 9
years and older.

Gentling and training mustangs and burros adds monetary value to the animals and
reduces the risk that they would be sold for slaughter.  In addition, a bond develops
between the adopter and animal during the training process that increases the likelihood
the animal would be retained by the adopter.

II.     BACKGROUND
The BLM has been adopting WH&Bs since 1971 and has placed more than 235,000
animals into private care.  Over the last 10 years, adoptions have steadily declined to a
low of 2,135 animals in 2014. Adoptions increased to 2,631 animals in FY 2015
compared to 6,644 in FY 2004.

Placing wild horses and burros into private care is a vital component of the WH&B
program. An increase in adoptions would reduce corral holding costs.  Cost savings
would be diverted other aspects of managing our wild horses and burros such as fertility
control and or increased removals.

Adoption Assistance Incentive Proposal
- Issue a RFA solicitation offering financial assistance to an organization/individual
  to administer the Incentive Program
- Incentive offered for 100 animals currently located in corrals.
- $1,500 incentive paid to individuals who:
  - Adopt a 7 year or older and halter/saddle train
- $800 incentive paid to adopters who:
  - 9 years and older burro and halter train

1

BLM_001480

*Internal Working Document*

- Halter trained is defined as an animal that may be approached, caught and haltered in an open restricted area, led safely from one area to another, stand tied, allow its feet to be picked up, and load into a trailer.
- Saddle trained is defined as an animal that has successfully mastered all the components of the halter trained animal and have the ability to be ridden at a walk and trot.
- Adopter must apply for and receive title at the same time incentive is paid out.

III.    POSITION of INTERESTED PARTIES

Some wild horse and burro advocate organizations may oppose the program due to fears that the older aged animals would be more susceptible to sale for slaughter.

IV.    BUDGET IMPACT

In April 2016, nearly 31,000 horses are located in off-range pastures (ORPs) and Eco-Sanctuaries and over 15,400 animals in off-range corrals (ORCs). Nearly $49 million was expended in FY 2015 for off-range animal care. Costs for animals in ORCs average $1,927 annually and over a lifetime (estimated 25 years) average $48,000.

Attachments:

1 – Average annual cost to care for and train a horse (Infographic)
2 – Ages of Adopted Horses 2011 to 2015 (Chart)

BLM_001481