*Internal Working Document*



(Internal working document: Attachment 1)

# Average annual cost to care for a horse

UNIQUELY AMERICAN.
UNIQUELY YOURS.

**BLM Off-Range Corral**

**Untrained**
Feed & Care

$1,927

**At Home**

**Annual Estimated**
Feed & Care Expenses

$1,962

**Halter-Trained***
Feed, Care & Halter training

$2,499

**Saddle-Trained****
Feed, Care & Saddle Training

$3,436

**Boarding Facility**

**Annual Estimated**
Feed & Care Expenses

$10,375

**Halter-Trained***
Feed, Care & Halter training

$10,913

**Saddle-Trained****
Feed, Care & Saddle Training

$11,850

\* **Halter-Trained** is defined as an animal that may be approached, caught and haltered in an open unrestricted area, safely led from one area to another, stand tied for farrier and pick up feet, and load into a trailer.

\*\* **Saddle-Trained** is defined as an animal that may be approached, caught and haltered in an open unrestricted area, safely led from one area to another, stand tied for farrier and pick up feet, load into a trailer and ridden at a walk and trot.

Rev 5/03/16

BLM_001482

## *Internal Working Document*

**(Internal working document: Attachment 1)**

| | Low | Hig | Average |
|---|---|---|---|
| **BLM Off-Range Corral** | | | **$1,927**<br>12 months<br>Actual 2015 |
| Corral<br>includes feed, supplements, salt, mineral, water and housing facility, hoof trimming, routine veterinary care including vaccines, de-worming and health inspections. | | | |
| **At Home** | | | |
| Home<br>includes feed, supplements, salt, mineral, water and housing facility for the horse | $913 | $1,460 | n/a |
| Farrier Services<br>including trimming and/or shoeing every 6-8 weeks and<br>Routine Veterinary Care<br>including vaccines, de-worming, dental and service call | $700 | $850 | n/a |
| **Annual Estimated**<br>Feed & Care Expenses | **$1,613** | **$2,310** | **$1,962** |
| Training Fees – Halter-Trained<br>(Professional) | $300<br>60 days of training | $775<br>60 days of training | n/a |
| **Annual Estimated – Halter-Trained**<br>Feed & Care and Training Expenses | **$1,913** | **$3,085** | **$2,499** |
| Training Fees – Saddle-Trained*<br>(Professional) | $1,000<br>120 days of training | $1,950<br>120 days of training | n/a |
| **Annual Estimated – Saddle-Trained***<br>Feed & Care and Training Expenses | **$2,613** | **$4,260** | **$3,436** |
| **Boarding Facility** | | | |
| Boarding<br>includes feed, supplements, salt, mineral, water and housing facility for the horse | $1200 | $18,000 | n/a |
| Farrier Services<br>including trimming and/or shoeing every 6-8 weeks and<br>Routine Veterinary Care<br>including vaccines, de-worming, dental and service call | $700 | $850 | n/a |
| **Annual Estimated**<br>Feed & Care Expenses | **$1,900** | **$18,850** | **$10,375** |
| Training Fees – Halter-Trained<br>(Professional) | $300<br>60 days of training | $775<br>60 days of training | n/a |
| **Annual Estimated – Halter-Trained**<br>Feed & Care and Training Expenses | **$2,200** | **$19,625** | **$10,913** |
| Training Fees – Saddle-Trained*<br>(Professional) | $1,000<br>120 days of training | $1,950<br>120 days of training | n/a |
| **Annual Estimated – Saddle-Trained***<br>Feed & Care and Training Expenses | **$2,900** | **$20,800** | **$11,850** |

**NOTE: Cost estimate sources:** AAEP 2012, American Horse Council, BLM existing contracts as well as subject matter experts in the WHB program. Data compiled 4/2016

*Internal Working Document*



BLM_001484

*Internal Working Document*



BLM_001485

| | |
|---|---|
| **From:** | Griffin, Paul |
| **To:** | Reiland, Michael |
| **Cc:** | Dean Bolstad; Holle Hooks; Jacky Anderson; Jared Bybee; John J Neill; Shannon Rogers |
| **Subject:** | Re: FY18 Current Services Request |
| **Date:** | Tuesday, May 24, 2016 4:18:51 PM |
| **Attachments:** | WHB Program FY18 Current Services Request (Draft)_pg.docx |

Michael & company,

Thank you for the opportunity to comment on this document. Paul

On Tue, May 24, 2016 at 12:04 PM, Reiland, Michael <mreiland@blm.gov> wrote:

> To All:
>
> Please review the enclosed document based on our conversation from earlier today.
>
> Paul: We are hoping that you might be able to take a look at the bullets that pertain to research topics and add some language to reflect specific actions that have been and are currently happening.
>
> Please return to me by Tomorrow morning.
>
> Thanks,
>
> --
> Michael Reiland
> WO-260 Budget-Analyst
> 202-912-7261

--
Paul Griffin, Ph.D.
Research Coordinator
BLM Wild Horse and Burro Program
2150 Centre Ave, Building C
Fort Collins, CO 80526
970-226-9358
pgriffin@blm.gov

| | |
|---|---|
| **From:** | Bolstad, Dean |
| **To:** | Reiland, Michael |
| **Cc:** | Holle Hooks; Jacky Anderson; Jared Bybee; John J Neill; Shannon Rogers; Paul Griffin |
| **Subject:** | Re: FY18 Current Services Request |
| **Date:** | Wednesday, May 25, 2016 10:37:23 AM |
| **Attachments:** | WHB Program FY18 Current Services Request (Draft)_Deans edits.docx |

My suggestions for edits.

Dean Bolstad
Division Chief, Wild Horse and Burro Program
Washington Office (WO-260)
(202) 912-7648 Office
(775) 750-6362 Cell

On Tue, May 24, 2016 at 2:04 PM, Reiland, Michael <mreiland@blm.gov> wrote:

> To All:
>
> Please review the enclosed document based on our conversation from earlier today.
>
> Paul: We are hoping that you might be able to take a look at the bullets that pertain to research topics and add some language to reflect specific actions that have been and are currently happening.
>
> Please return to me by Tomorrow morning.
>
> Thanks,
>
> --
> Michael Reiland
> WO-260 Budget-Analyst
> 202-912-7261

| | |
|---|---|
| **From:** | Hooks, Holle |
| **To:** | Reiland, Michael |
| **Cc:** | Dean Bolstad; Jacky Anderson; Jared Bybee; John J Neill; Shannon Rogers; Paul Griffin |
| **Subject:** | Re: FY18 Current Services Request |
| **Date:** | Wednesday, May 25, 2016 11:30:13 AM |
| **Attachments:** | WHB Program FY18 Current Services Request (Draft) HH edits.docx |

Michael - Attached are my edits.


Thank you,

Holle' Hooks | Branch Chief | Division of Wild Horses and Burros | Bureau of Land Management

| 200 NW 4th Street, Room 2401 Oklahoma City, OK

73102 | 405.234.5932 (O) | 405.234.5949 (F) | hhooks@blm.gov


"For every positive change you make in your life, something else also changes for the better; it creates a chain reaction." - Leon Brown

On Tue, May 24, 2016 at 1:04 PM, Reiland, Michael <mreiland@blm.gov> wrote:

> To All:
>
> Please review the enclosed document based on our conversation from earlier today.
>
> Paul: We are hoping that you might be able to take a look at the bullets that pertain to research topics and add some language to reflect specific actions that have been and are currently happening.
>
> Please return to me by Tomorrow morning.
>
> Thanks,
>
> --
> Michael Reiland
> WO-260 Budget-Analyst
> 202-912-7261

| | |
|---|---|
| **From:** | Nelson, Andrea |
| **To:** | Dean O Bolstad |
| **Subject:** | Fwd: DRAFT statement on WH&B - June 22 oversight hearing |
| **Date:** | Friday, June 3, 2016 3:31:59 PM |
| **Attachments:** | DRAFT stmt 06.03.16.docx |

Dean,
This is a first draft. By agreement, I am sending it to Michael Reiland for review, then Patrick will go through it.
I wanted you to be able to glance through it in case you spot any red flags (I'm all into deletions of text), if you have time.
Andrea

Andrea Nelson
BLM Legislative Affairs
202-912-7431 (direct)
202-536-9860 (cell)
anelson@blm.gov

---------- Forwarded message ----------
From: **Nelson, Andrea** <anelson@blm.gov>
Date: Fri, Jun 3, 2016 at 3:19 PM
Subject: DRAFT statement on WH&B - June 22 oversight hearing
To: Michael Reiland <mreiland@blm.gov>, Adrienne Dicerbo <adicerbo@blm.gov>
Cc: P Wilkinson <p2wilkin@blm.gov>, Jill Ralston <jralston@blm.gov>

Michael -- hope you can review the attached draft and get back to me with comments/revisions (today, if possible). Patrick hopes to get it moving through formal surnaming by cob today (again, if possible).
Thanks for your assistance.
Andrea

Andrea Nelson
BLM Legislative Affairs
202-912-7431 (direct)
202-536-9860 (cell)
anelson@blm.gov

The Honorable Matthew Mead, Chairman
The Honorable Steve Bullock, Vice Chair
Western Governors Association
1600 Broadway, Suite 1700
Denver, Colorado 80202

Dear Governors Mead and Bullock:

Thank you for your letter dated January 27, 2016, in which you raised questions on behalf of the Western Governors' Association regarding the Bureau of Land Management's (BLM) wild horse and burro program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of management strategies.

The BLM is taking a number of steps to address these concerns including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow for the immediate transfer of horses to other agencies as work animals.  Despite these many initiatives, the BLM needs additional tools and resources to bring this program onto a sustainable path. I appreciate your willingness to work with us on this challenging situation, and welcome the opportunity to collaborate with the Western Governors' Association and stakeholders on solutions.

Currently, BLM estimates that there are more than 67,000 wild horses and burros across public lands in the West, which is more than twice the number of horses recommended under BLM land use plans. This number is two and a half times the number of horses and burros estimated to be in existence when the Wild and Free Roaming Horses and Burros Act was passed in 1971. In addition to the animals that currently roam public lands, the agency is supporting about 47,000 horses in off-range pastures and corrals, consuming two-thirds of BLM's annual wild horse and burro program budget, and costing the agency more than one billion dollars over the remainder of these animals' lives.

Given this vast financial commitment, the BLM is severely limited in the number of animals it can afford to remove from the range.  The BLM is removing from the range approximately 3,500 animals each year – about the same number of animals that leave the system annually through adoption, sale and natural mortality.

I appreciate the opportunity to provide you with information on the wild horse and burro program, and I have enclosed responses to your questions.  The BLM is committed to working with states, partners, and stakeholders to develop strategies that will put this program on a more sustainable path.  If you need additional information, please contact me at 202-208-3801, or your staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421.

Sincerely,

Neil Kornze
Director

Enclosure

BLM_001491

<u>**Enclosure**</u>

<u>**Responses to the Western Governors' Association's
Questions About the BLM Wild Horse and Burro Program**</u>

**Question 1:  The total appropriate management level (AML) for all western states is set at 26,715 animals. As of March 1, 2016,  there were an estimated 67,027 animals on western rangeland – more than  double the BLM-determined level.  Relative to AML:**
**a)  What are BLM's plans to reduce herd sizes to prescribed AMLs?**
**b)  Given existing and expected budgets, what is the timeframe to implement  plans that reduce herd sizes to prescribed AMLs?**

**Response:**  The BLM is taking a number of steps to reduce herd sizes including 1) increasing adoptions; 2) facilitating transfers; and 3) funding research to improve fertility control.

Increasing the number of adopted animals is an important part of our strategy and the BLM has several actions underway. First, we are developing an adoption incentive program that includes offering financial assistance for individuals who adopt and train older horses or burros. The BLM will be requesting proposals for program administration in the next few weeks and hopes to have this program in place within a few months.

The BLM has recently formed a new partnership with Family Horses to train wild burros for adoption, mirroring the work we currently do with horses and the Mustang Heritage Foundation. Additionally, through an agreement with BLM, six prisons currently train wild horses making them more attractive to adopters.

The BLM has included language in the President's 2017 budget that includes a request for legislative authority to transfer wild horses and burros to federal, state, and local agencies that need work animals. Currently, these animals must be adopted to specific individuals within those agencies.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility control methods for wild horses and burros.  To address this issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program. Already underway, these projects will help the BLM develop better management tools, longer lasting fertility-control vaccines, and effective, safe methods for spaying and neutering wild horses.

Although these actions are strategic and deliberate, reducing the herd sizes to established AMLs may take decades because of the sheer numbers of on-range animals.

**c)  How can states be more involved in annual gather planning discussions?**

**Response:**  The BLM is committed to working with states in all phases of wild horse and burro management – from planning to implementation.  Collaboration and coordination with state wildlife and agriculture departments, as well as governors and other stakeholders, is essential. For example, sharing information pertaining to population inventories, locations of

BLM_001492

animals, and resource conditions will help BLM and the states explore solutions and inform decisions on gather priorities.

**d)  Wild horse and burro populations above prescribed AMLs can cause  negative environmental and rangeland impacts.  How can these impacts  be better acknowledged, measured and incorporated into management  decisions?**

**Response:**  This is a great question and highlights the importance of data collection, assessment and monitoring. Additionally it points toward the importance of not only acknowledging the current impacts, but sharing this information widely and transparently. The BLM has been actively sharing information with our partners and the public about the wild horse and burro program and its current challenges through its website, briefings with states and congressional staff, and through its National Wild Horse and Burro Advisory Board. While the agency works hard to educate the public on the program, assistance from our partners is critical toward helping us disseminate factual information and support our educational efforts.

In terms of measuring and incorporating the environmental and rangeland impacts into management decisions, the BLM has historically collected data on an allotment by allotment basis or as a result of a requested action, such as a new trough or pipeline. We now collect data across the landscape and can compare conditions within a herd management area (HMA) to conditions outside of an HMA or in a similar setting. This analysis allows us to describe the impacts within the HMAs that are over AML and, in turn, informs our decisions on gathers, treatments and rangeland improvements.

**e)  What are the impediments to BLMs plans to reduce herds to prescribed  AMLs and implement fertility control treatments?**

**Response:**  The first most significant barrier is herd populations greatly exceed AML. Achieving AML in the near term is dependent upon removing a substantial number of animals from the range; however, large scale removals to achieve AML are not affordable due to the high costs of caring for unadopted animals.

The second barrier is that no highly effective, easily delivered, long-lasting, and affordable fertility-control methods are currently available for use (National Academy of Sciences, 2013).  The BLM is working to develop more effective and safe fertility control measures through new research studies that include spay and neuter procedures along with longer acting fertility control vaccines.

The third barrier is that some land use plans would require amendment to support the use of spay and neuter procedures to control population growth.  To aid in the analysis for plan amendments, current research projects and pilot programs will assess the effects of geldings in a herd, spayed mares in a herd, and repeated treatment with the immune-contraceptive vaccine known as "GonaCon-Equine."  Other contraceptive techniques are in early stages of development and testing. Once we have gauged efficacy and effects of individual methods, techniques will be able to be more completely incorporated in management actions.

BLM_001493

Note: it would take many years for highly effective population control measures alone to return an overpopulated herd management area (HMA) back to AML without removals.

**f)  What other resources does BLM need?**

**Response:**  Aside from the need for more effective fertility control methods and the need to reduce holding costs, there is an urgent need for additional education and outreach so that stakeholders understand the issues and agree that quick action is needed to deal with growing on-range issues, including deteriorating rangeland health. A BLM Foundation, similar to the National Park Foundation, could be helpful to BLM by providing additional education opportunities and bringing new partners and funding to the table.

**g)  Does BLM have necessary authority to direct funding based on a prioritization of needs?**

**Response:**  The BLM has the authority to direct funding to the highest priority needs, but available resources are inadequate to address the needs.

**Question 2:  The total capacity of all BLM off-range holding facilities is 54,549 animals. As of  November 2015, these facilities held 47,303 animals.  Given the rapid growth of wild horse and burro populations, is BLM considering adding temporary off-range pastures and corrals?**

**Response:**  The BLM is increasing contracted pasture space to decrease the numbers of horses and burros being held in corrals. Housing a horse or burro in a corral is at least twice as expensive as maintaining one in a contracted pasture. The acquisition of more pastures will reduce overall holding costs.

**Question 3:  Wild horse and burro herds can impact the management and conservation planning of other species, such as the Greater sage-grouse.  How will BLM work with states to expedite the development of herd management area plans for wild  horses and burros occupying sagebrush habitat?**

**Response:**  In September of 2015, the Record of Decision and Approved Resource Management Plan Amendments for the Greater sage-grouse (GRSG) were signed throughout the western United States.  The documents are the product of an unprecedented effort to respond to the deteriorating health of the sagebrush landscapes across the West, and the declining population of the GRSG that the U.S. Fish and Wildlife Service has considered protecting under the Endangered Species Act.

To address the impacts of grazing by excessive numbers of free-roaming wild horses and burros, the BLM will focus on maintaining wild horse and burro HMAs within the established AML ranges in GRSG habitat.  This approach includes completing rangeland health assessments; prioritizing gathers in Sagebrush Focal Areas (22 HMAs); population growth suppression techniques; and developing or amending HMA plans to incorporate and achieve GRSG habitat objectives and management considerations.

BLM_001494

The BLM will prioritize wild horse and burro management first in sagebrush focal areas, then priority habitat management areas, and finally general habitat management areas.  In sagebrush focal areas and priority habitat management areas, the BLM will assess and adjust AMLs through the National Environmental Policy Act process within HMAs when wild horses and burros are identified as a significant factor in not meeting land health standards, even if current AML is not being exceeded.

**Question 4:  What is the status of BLM's efforts with the U.S. Geological Survey's Fort Collins  Science Center to develop methods to achieve greater accuracy in wild horse population estimates?**

**Response:**  The BLM partnered with the United States Geological Survey (USGS) in 2014 through an interagency agreement to acquire technical assistance to implement the horse population survey methods developed by the USGS and recommended by the National Academy of Sciences for use by the BLM.  During fiscal years 2014 and 2015, approximately two-thirds of all HMAs were surveyed using those methods, which led to more accurate estimates of population numbers.  The BLM will continue to utilize USGS assistance to survey one-third of the 177 HMAs annually on a rolling basis.

In addition, cooperative studies are being conducted by USGS to develop improved methods for estimating population sizes.  These studies include:

- Burro population surveys – this study includes components that test new burro aerial survey methods, including the use of infrared cameras and radio-collared burros.
- Horse infrared surveys (funded by Wyoming Department of Agriculture) – this study will compare estimates from infrared aerial surveys to known population sizes of wild horses.
- Fecal DNA sampling – this study will estimate population size by evaluating fecal DNA.

**Question 5:  The BLM has proposed a knowledge and values study regarding the management of wild horses and burros.  What is the status of that study?**

**Response:**  A contract has been issued to a company to conduct a study focused on determining what the public knows and thinks about the wild horse and burro program. Survey questions have been developed and the BLM is awaiting approval by the Office of Management and Budget to conduct the survey and collect information from the public. This information will help us determine the effectiveness of our current communication/education strategy and enhance those efforts where appropriate.

**Question 6:  What does BLM do to actively manage wild horse and burro populations, excluding roundups of excess populations pursuant to lawsuits or experimental fertility control efforts in some areas?**
   **a)  Does the BLM consider or implement sterilization for populations where  fertility control has proven ineffective?**

BLM_001495

**Response:**  The BLM has not yet initiated spay and neuter treatments in the field, but plans to in the near future.  Environmental analyses are being developed to evaluate the use of existing spay and neuter field research studies to be implemented in Utah and Wyoming HMAs.  After corral research studies that aim to evaluate the development of new and existing spay methods are completed, the BLM plans to implement the most safe and efficient spay method in pilot field trials.

The BLM also decided in the recent record of decision for the Idaho Jarbidge Resource Management Plan to implement a non-reproductive herd in the Saylor Creek HMA.  A lawsuit has been filed in the Idaho District Court to block implementation of this decision.

**Question 7:  In the past two appropriations cycles, Congressional report language has encouraged BLM to implement the recommendations of the National Academy  of Sciences (NAS) 2013 study, *Using Science to Improve the BLM Wild Horse and  Burro Program: A Way Forward*.  The NAS recommends the implementation of  fertility control programs to limit the uncontrolled growth of wild horse and  burro populations.  What is the status of these fertility control programs, and  what steps has the agency taken to implement the NAS recommendations?  How  can states assist in the development and expansion of such programs?**

**Response:**  The BLM and the National Academy of Sciences (2013) recognize that a critical component of any wild horse and burro strategy must involve aggressive action to curb population growth rates on the range.  The  National Academy of Sciences found that no highly effective, easily delivered, and affordable fertility-control methods were available.  The National Academy of Sciences recommended that the most promising fertility-control methods were porcine zona pellucida (PZP) vaccines, GonaCon-Equine vaccine, and chemical vasectomy.  These recommendations considered delivery method, availability, efficacy, duration of effect, and potential physiological and behavioral side effects.

Since the 2013 National Academy of Sciences report, PZP vaccines that are highly effective in the first year have been determined to be ineffective in succeeding years unless mares are retreated.  The vaccine GonaCon-Equine is less effective than the PZP vaccine with one treatment and the effects of re-vaccination are unknown but being studied.  No chemical vasectomy method for equines has been developed and the National Academy of Sciences indicated that large proportions of the males would have to be treated to have a population level effect on growth.  Considering these factors, the BLM is investing $11 million to initiate research to develop spay and neuter methods along with longer acting vaccines to develop methods that will more effectively curb population growth than the recommended methods.  Until more effective methods are developed, the BLM will continue to implement to the extent possible, existing available methods.

It would be helpful if the states support research to develop new fertility control methods and aggressive implementation of the most effective available methods.  Some groups oppose the use of any fertility control while others oppose the use of spay and neuter methods.

**Question 8:  Relative to BLM's adoption program:**
**a)  What is BLM doing to expand adoption efforts?**

BLM_001496

**Response:**  The BLM aims to increase adoptions through the following:

- Increase the number of trained animals available to adopters through assistance agreements and contracts.
- Establish more store fronts and distribution points in the eastern United States where the greatest opportunity exists to increase adoptions.
- Encourage adoptions of animals that are normally less desired due to age, but still trainable through assistance agreements that would help defray the adopter's costs for animal care.
- Increase marketing and continued use of social media platforms.

**b) Is BLM exploring alternatives to adoption to reduce numbers of wild  horses in off-range facilities?  If so, what are those alternatives?**

**Response:** The BLM is seeking legislative authority that provides for a direct transfer of animals to be used by federal, state and local agencies as work animals.

**c) Horses placed in an adoption program were recently sold for slaughter.  How can BLM and states work to ensure adopted horses are not sent to  slaughter?**

**Response:**  In response to these events, the BLM issued revised policy in 2012 and further guidance in 2014, to ensure that horses are sold only to good homes.  The revised policy and guidance limits purchase by a single buyer to four horses over a six-month period.  This limit reflects the number of animals that an individual could successfully begin training during that same time frame.  Prospective buyers must also now certify that they will provide humane care for the horses or burros adopted, and will not sell or transfer ownership of any animals to a person or organization intending to resell, trade, or give away the animals for processing into commercial products.  These policies help the BLM ensure that purchasers provide appropriate care and facilities for the animals.  The states could further assist the BLM by suggesting methods that would encourage sales to good homes and by locating suitable buyers.

**Question 9:  Many states perform their own wild horse and burro monitoring.  How can the  data exchange between state and federal agencies be improved?**

**Response:**  The states and the BLM should engage at the state and local office level to share information and discuss ways to leverage resources that will maximize the effectiveness of wild horse and burro monitoring and data collection.   Effective monitoring is most useful when accepted scientific methods, such as those being used to estimate population numbers, are employed.

BLM_001497

| | |
|---|---|
| **From:** | Haug, Nancy |
| **To:** | Dean Bolstad; Michael Reiland |
| **Subject:** | mead |
| **Date:** | Monday, June 20, 2016 4:35:37 PM |
| **Attachments:** | BLM0006868WGAResponseLetter20160620.docx |

I would suggest waiting til we see how Barasso comes out to tackle this one. Again, I did accept changes in the body of the letter and elsewhere. It's just the comments I can't address.

Nancy K. Haug
Acting Deputy Assistant Director
WO-200, Resources and Planning
Phone: 202.208.6731/Cell: 530.227.3846
Email: nhaug@blm.gov

The Honorable Matthew Mead, Chairman
The Honorable Steve Bullock, Vice Chair
Western Governors Association
1600 Broadway, Suite 1700
Denver, Colorado 80202

Dear Governors Mead and Bullock:

Thank you for your letter dated January 27, 2016, in which you raised questions on behalf of the
Western Governors' Association regarding the Bureau of Land Management's (BLM) wild horse
and burro program. The BLM shares your concerns about growing populations, herd and
rangeland health, program costs, and the effectiveness of available management strategies.

The BLM is taking a number of steps to address these concerns including sponsoring a
significant research program focused on fertility control; transitioning horses from off-range
corrals to more cost-effective pastures; working to increase adoptions with new programs and
partnerships; and requesting legislative authority to allow horses to be transferred to local, state
and federal agencies that have a need for work animals.  The President's budget also calls on
Congress to create a congressionally-chartered foundation to support the important work of the
Bureau of Land Management.  One of the key opportunities for a BLM Foundation would be to
foster public-private partnerships aimed at finding good homes for and encouraging sustainable
management of wild horses.  As you can see, we have a number of efforts underway, but the
BLM still needs additional tools and resources to bring this program onto a sustainable path. I
appreciate your willingness to work with us on this challenging situation, and welcome the
opportunity to collaborate with the western governors.

Currently, the BLM estimates that there are more than 67,000 wild horses and burros across
public lands in the West, which is more than twice the number of horses recommended under
BLM land use plans. In addition to the animals that currently roam public lands, the agency is
supporting about 47,000 horses in off-range pastures and corrals, consuming two-thirds of
BLM's annual wild horse and burro program budget. We estimate that supporting these
unadopted animals over the course of their lives will cost the American taxpayer more than one
billion dollars.

Given this vast financial commitment, the BLM is severely limited in the number of animals it
can afford to remove from the range.  The BLM is removing from the range approximately 3,500
animals each year – about the same number of animals that leave the system annually through
adoption, sale and natural mortality.

I appreciate the opportunity to provide you with information on the wild horse and burro
program, and I have enclosed responses to your questions.  The BLM is committed to working
with states, partners, and stakeholders to develop strategies that will put this program on a more
sustainable path.  If you need additional information, please contact me at 202-208-3801, or your
staff may contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at 202-912-7421.

Sincerely,


Neil Kornze
Director

Enclosure

<u>Enclosure</u>

<u>Responses to the Western Governors' Association's</u>
<u>Questions About the BLM Wild Horse and Burro Program</u>

**Question 1:  The total appropriate management level (AML) for all western states is set at 26,715 animals. As of March 1, 2016, there were an estimated 67,027 animals on western rangeland – more than double the BLM-determined level. Relative to AML:**
a) **What are BLM's plans to reduce herd sizes to prescribed AMLs?**
b) **Given existing and expected budgets, what is the timeframe to implement plans that reduce herd sizes to prescribed AMLs?**

**Response:**  The BLM is taking a number of steps to reduce herd sizes including 1) increasing adoptions; 2) facilitating transfers; and 3) funding research to improve fertility control.

Increasing the number of adopted animals is an important part of our strategy and the BLM has several actions underway. ███████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████

> **Commented [1]:** ████████████████
> ████████████

The BLM has recently formed a new partnership with Family Horses to train wild burros for adoption, mirroring the work we currently do with horses and the Mustang Heritage Foundation. Additionally, through an agreement with BLM, six prisons currently train wild horses making them more attractive to adopters.

The BLM has included language in the President's 2017 budget that includes a request for legislative authority to transfer wild horses and burros to federal, state, and local agencies that need work animals. Currently, these animals must be adopted to specific individuals within those agencies.

> **Commented [2]:** ████████████████
> ████████████

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily delivered, and affordable fertility control methods for wild horses and burros.  To address this issue, the BLM teamed-up with top universities and the U.S. Geological Survey to initiate a five-year, $11 million research program. Already underway, these projects will help the BLM develop better management tools, longer lasting fertility-control vaccines, and effective, safe methods for spaying and neutering wild horses.

Although these actions are strategic and deliberate, reducing the herd sizes to established AMLs may take decades because of the sheer numbers of on-range animals.

c) **How can states be more involved in annual gather planning discussions?**

**Response:**  The BLM is committed to working with states in all phases of wild horse and burro

management – from planning to implementation.  Collaboration and coordination with state wildlife and agriculture departments, as well as governors and other stakeholders, is essential. For example, sharing information pertaining to population inventories, locations of animals, and resource conditions will help BLM and the states explore solutions and inform decisions on gather priorities.

d) **Wild horse and burro populations above prescribed AMLs can cause negative environmental and rangeland impacts. How can these impacts be better acknowledged, measured and incorporated into management decisions?**

**Response:**  This is a great question and highlights the importance of data collection, assessment and monitoring. Additionally it points toward the importance of not only acknowledging the current impacts, but sharing this information widely and transparently. The BLM has been actively sharing information with our partners and the public about the wild horse and burro program and its current challenges through its website, briefings with states and congressional staff, and through its National Wild Horse and Burro Advisory Board. While the agency works hard to educate the public on the program, assistance from our partners is critical in getting factual information out to the public at large.

In terms of measuring and incorporating the environmental and rangeland impacts into management decisions, the BLM has historically collected data on an allotment by allotment basis or as a result of a requested action, such as a new trough or pipeline. We now collect data across the landscape and can compare conditions within a herd management area (HMA) to conditions outside of an HMA or in a similar setting. This analysis allows us to describe the impacts within the HMAs that are over AML and, in turn, informs our decisions on gathers, treatments and rangeland improvements.

e) **What are the impediments to BLMs plans to reduce herds to prescribed AMLs and implement fertility control treatments?**

**Response:**  The first most significant barrier is herd populations greatly exceed AML. Achieving AML in the near term is dependent upon removing a substantial number of animals from the range; however, large scale removals to achieve AML are not affordable due to the high costs of caring for unadopted animals.

**Commented [3]:**

The second barrier is that no highly effective, easily delivered, long-lasting, and affordable fertility-control methods are currently available for use (National Academy of Sciences, 2013).  The BLM is working to develop more effective and safe fertility control measures through new research studies that include spay and neuter procedures along with longer acting fertility control vaccines.



**f) What other resources does BLM need?**

**Response:** Aside from the need for more effective fertility control methods and the need to reduce holding costs, there is an urgent need for additional education and outreach so that stakeholders understand the issues, including deteriorating rangeland health. A BLM Foundation, similar to the National Park Foundation, could be helpful to the BLM by focusing on additional educational opportunities for the public and bringing new partners to the table.

**g) Does BLM have necessary authority to direct funding based on a prioritization of needs?**

**Response:** The BLM has the authority to direct funding to the highest priority needs, although with current resources, the BLM does not have the tools to bring population levels down to a more sustainable level.

**Question 2: The total capacity of all BLM off-range holding facilities is 54,549 animals. As of November 2015, these facilities held 47,303 animals. Given the rapid growth of wild horse and burro populations, is BLM considering adding temporary off-range pastures and corrals?**

**Response:** The BLM is attempting to increase contracted pasture space to decrease the numbers of horses and burros being held in corrals. Housing a horse or burro in a corral can be twice as expensive as maintaining one on a contracted pasture. The acquisition of more pastures should reduce overall holding costs.

**Question 3: Wild horse and burro herds can impact the management and conservation planning of other species, such as the Greater sage-grouse. How will BLM work with states to expedite the development of herd management area plans for wild horses and burros occupying sagebrush habitat?**

**Response:** In September of 2015, the Record of Decision and Approved Resource Management Plan Amendments for the Greater sage-grouse (GRSG) were signed throughout the western United States. The documents are the product of an unprecedented effort to respond to the deteriorating health of the sagebrush landscapes across the West, and the declining population of the GRSG that the U.S. Fish and Wildlife Service has considered protecting under the Endangered Species Act.

To address the impacts of grazing by excessive numbers of free-roaming wild horses and

burros, the BLM will focus on maintaining wild horse and burro HMAs within the established AML ranges in GRSG habitat.  This approach includes completing rangeland health assessments; prioritizing gathers in Sagebrush Focal Areas (22 HMAs); population growth suppression techniques; and developing or amending HMA plans to incorporate and achieve GRSG habitat objectives and management considerations.

The BLM will prioritize wild horse and burro management first in sagebrush focal areas, then priority habitat management areas, and finally general habitat management areas.  In sagebrush focal areas and priority habitat management areas, the BLM will assess and adjust AMLs through the National Environmental Policy Act process within HMAs when wild horses and burros are identified as a significant factor in not meeting land health standards, even if current AML is not being exceeded.

**Question 4:  What is the status of BLM's efforts with the U.S. Geological Survey's Fort Collins Science Center to develop methods to achieve greater accuracy in wild horse population estimates?**

**Response:**  The BLM partnered with the United States Geological Survey (USGS) in 2014 through an interagency agreement to acquire technical assistance to implement the horse population survey methods developed by the USGS and recommended by the National Academy of Sciences for use by the BLM.  During fiscal years 2014 and 2015, approximately two-thirds of all HMAs were surveyed using those methods, which led to more accurate estimates of population numbers.  The BLM will continue to utilize USGS assistance to survey one-third of the 177 HMAs annually on a rolling basis.

In addition, cooperative studies are being conducted by USGS to develop improved methods for estimating population sizes.  These studies include:

- Burro population surveys – this study includes components that test new burro aerial survey methods, including the use of infrared cameras and radio-collared burros.
- Horse infrared surveys (funded by Wyoming Department of Agriculture) – this study will compare estimates from infrared aerial surveys to known population sizes of wild horses.
- Fecal DNA sampling – this study will estimate population size by evaluating fecal DNA.

**Question 5:  The BLM has proposed a knowledge and values study regarding the management of wild horses and burros. What is the status of that study?**

**Response:**  A contract has been issued to a company to conduct a study focused on determining what the public knows and thinks about wild horses and burros. Survey questions have been developed and the BLM is awaiting approval by the Office of Management and Budget to conduct the survey and collect information from the public. This information will help us determine the effectiveness of our current communication/education strategy and enhance those efforts where appropriate.

**Question 6:** What does BLM do to actively manage wild horse and burro populations, excluding roundups of excess populations pursuant to lawsuits or experimental fertility control efforts in some areas?

    a) Does the BLM consider or implement sterilization for populations where fertility control has proven ineffective?

**Response:** The BLM has not yet initiated spay and neuter treatments in the field.



Commented [6]:

The BLM also decided in the recent record of decision for the Idaho Jarbidge Resource Management Plan to implement a non-reproductive herd in the Saylor Creek HMA. A lawsuit has been filed in the Idaho District Court to block implementation of this decision.

**Question 7:** In the past two appropriations cycles, Congressional report language has encouraged BLM to implement the recommendations of the National Academy of Sciences (NAS) 2013 study, *Using Science to Improve the BLM Wild Horse and Burro Program: A Way Forward.* The NAS recommends the implementation of fertility control programs to limit the uncontrolled growth of wild horse and burro populations. What is the status of these fertility control programs, and what steps has the agency taken to implement the NAS recommendations? How can states assist in the development and expansion of such programs?

**Response:** The BLM and the National Academy of Sciences (2013) have acknowledged that any successful wild horse and burro strategy must involve aggressive action to curb population growth rates on the range. The National Academy of Sciences found that no highly effective, easily delivered, and affordable fertility-control methods were available. The National Academy of Sciences recommended that the most promising fertility-control methods were porcine zona pellucida (PZP) vaccines, GonaCon-Equine vaccine, and neutering. These recommendations considered delivery method, availability, efficacy, duration of effect, and potential physiological and behavioral side effects.

██████████████████████████████████████████████

██████████████████████████████████████████████████

**Question 8:  Relative to BLM's adoption program:**
    **a)  What is BLM doing to expand adoption efforts?**

**Response:**  The BLM aims to increase adoptions through the following:

- Increase the number of trained animals available to adopters through assistance agreements and contracts.
- Establish more store fronts and distribution points in the eastern United States where the greatest opportunity exists to increase adoptions.
- Encourage adoptions of animals that are normally less desired due to age, but still trainable through assistance agreements that would help defray the adopter's costs for animal care.
- Increase marketing and continued use of social media platforms.

    **b)  Is BLM exploring alternatives to adoption to reduce numbers of wild horses in off-range facilities? If so, what are those alternatives?**

**Response:**  The BLM is seeking legislative authority would allow the agency to directly transfer wild horses and burros to local, state and federal agencies that have a need for work animals.

    **c)  Horses placed in an adoption program were recently sold for slaughter. How can BLM and states work to ensure adopted horses are not sent to slaughter?**

**Response:**  In response to these events, the BLM issued revised policy in 2012 and further guidance in 2014, to ensure that horses are sold only to good homes.  The revised policy and guidance limits purchase by a single buyer to four horses over a six-month period.  This limit reflects the number of animals that an individual could successfully begin training during that same time frame.  Prospective buyers must also now certify that they will provide humane care for the horses or burros adopted, and will not sell or transfer ownership of any animals to a person or organization intending to resell, trade, or give away the animals for processing into commercial products.  These policies help the BLM ensure that purchasers provide appropriate care and facilities for the animals.  The states could further assist the BLM by suggesting methods that would encourage sales to good homes and by locating suitable buyers and adopters.

**Question 9:  Many states perform their own wild horse and burro monitoring. How can the data exchange between state and federal agencies be improved?**

**Response:**  The states and the BLM should engage at the state and local office level to share information and discuss ways to leverage resources that will maximize the effectiveness of

Commented [7]:

Commented [8]:

Commented [9]:

wild horse and burro monitoring and data collection.   Effective monitoring is most useful when accepted scientific methods, such as those being used to estimate population numbers, are employed.

| | |
|---|---|
| **From:** | Bolstad, Dean |
| **To:** | Nancy Haug; Kristin Bail |
| **Cc:** | Holle Hooks; Michael Reiland |
| **Subject:** | Fwd: DRAFT SPI for Adoption Assistance Program |
| **Date:** | Tuesday, June 21, 2016 12:53:19 PM |
| **Attachments:** | SPI Stipend Program_REVISED DRAFT 20160620 + GR.docx |

Nancy/Kristin,

See the requested written confirmation from Solicitor Greg Russel ████████████████████████
████████████████  Greg already sent this to Steve.

████████████████████, do we have a green light to post the solicitation to find a partner to administer the Stipend/Incentive program?.  The last time we briefed Neil he went around the table to ask the team "thumbs up or thumbs down".  Everyone was in agreement with the Incentive/Stipend for adopters as presented in the Briefing Paper.  I can't remember why, but it seemed like Neil wanted to wait a bit before moving forward?  Do you remember any further steps required?

If not, I'd like to ask procurement to move forward.

Thanks



Dean Bolstad
Division Chief, Wild Horse and Burro Program
Washington Office (WO-260)
(202) 912-7648 Office
(775) 750-6362 Cell

---------- Forwarded message ----------
From: **Russell, Gregory** <gregory.russell@sol.doi.gov>
Date: Tue, Jun 21, 2016 at 12:20 PM
Subject: Re: DRAFT SPI for Adoption Assistance Program
To: Steven Ellis <sellis@blm.gov>
Cc: Holle Hooks <hhooks@blm.gov>, Dean Bolstad <dbolstad@blm.gov>, "Reiland, Michael" <mreiland@blm.gov>


Steve – ███████████████████████████████████████
████████████████████████████████████████████████
███████████████

Dean – I've attached a few comments on the draft SPI.

Please let me know if there's anything else I can do to help.


—Greg

_____

Greg Russell
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any dissemination, distribution or copying of this email or its contents is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

On Mon, Jun 20, 2016 at 1:00 PM, Reiland, Michael <mreiland@blm.gov> wrote:

Greg,

Here's the document I mentioned earlier this week.  Please take a look and let me know.

If you have any questions, Holle knows all about this.  Dean and I are in hearing prep for the rest of the afternoon.

Thanks,

Michael


---------- Forwarded message ----------
From: **Hooks, Holle** <hhooks@blm.gov>
Date: Mon, Jun 20, 2016 at 12:57 PM
Subject: DRAFT SPI for Adoption Assistance Program
To: Michael Reiland <mreiland@blm.gov>


Michael - Attached is the SPI.

Thank you,

Holle' Hooks │ Branch Chief │ Division of Wild Horses and Burros │ Bureau of Land Management

│ 200 NW 4th Street, Room 2401 Oklahoma City, OK

73102 │ 405.234.5932 (O) │ 405.234.5949 (F) │ hhooks@blm.gov


"For every positive change you make in your life, something else also changes for the better; it creates a chain reaction." - Leon Brown


--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

U.S. Dept. of the Interior
**BUREAU OF LAND MANAGEMENT**
Financial Assistance



Partnerships with state and local governments, universities, and non-profit organizations are essential in helping BLM meet its mission of managing the protection and use of resources, providing recreation and serving communities. By focusing on the exchange of ideas and resources, partnerships result in a more productive approach to solving problems and working toward mutual goals.

**Program Officer's**
**STATEMENT OF PROGRAMMATIC INVOLVEMENT**
(PO-SPI)
*(Refer to the bottom of this document for helpful instructions)*

Financial assistance grants & cooperative agreements are not substitutes for contracts. If the principal purpose of this activity is to provide goods or services for the direct benefit of BLM, a contract is the appropriate legal instrument to use.

**PROJECT TITLE, (Title will carry over to the awarded assistance agreement)**
*(Ex: BLM (State) CPCESU Clackamas River Watershed Restoration)*

Title: Wild Horse and Burro Adoption Encouragement Pilot Program

**CERTIFIED PROGRAM OFFICER (PO) (Completed 24 hour mandatory PO Training for FA)**

District/Office: WO262
Name: Deborah A. Collins
Address: 200 NW 4th, Room 2401
City, State, & Zip: Oklahoma City, OK 73102
Telephone: 405-234-5935
Email: dacollin@blm.gov
Other Contact Info: 918-625-5292

**TECHNICAL ADVISOR (TA)** *(if applicable)(Can assist the PO in providing on-site inspection of the project)*

District/Office:
Name:
Address:
City, State, & Zip:
Telephone:
Email:
Other Contact Info:

**CFDA (Catalog of Federal Domestic Assistance) Code**
*(Select the most appropriate code and delete the rest. More information about CFDA codes can be found at www.CFDA.gov.)*

15.229 - Wild Horse and Burro Resource Management

**AUTHORITY – Select the appropriate Federal Statute that authorizes the Secretary of Interior (BLM) to enter into a financial assistance agreement (cooperative/grant) related to the program/project.**
*(Select the most appropriate authority and delete the rest)*

**THE WILD FREE-ROAMING HORSES AND BURROS ACT OF 1971, 16 USC 1336, PL 92-195, Section 6.** The Secretary is authorized and directed to protect and manage wild free-roaming horses and burros as components of the public lands, and he may designate and maintain specific ranges on public lands as sanctuaries for their protection and preservation…Section 1336. The Secretary is authorized to enter into cooperative agreements with other landowners and with State and local governmental agencies

# Summary of Comments on PO-SPI Worksheet GMO ISD Approval Final 3 10 2015

## Page: 1

 Number: 1 Author: Greg Russell  Date: 6/20/2016 11:19:00 AM

Number: 2 Author: Greg Russell  Date: 6/20/2016 11:20:00 AM

and may issue such regulations as he deems necessary for the furtherance of the purpose of this chapter.

## DESCRIPTION OF PROGRAM / PROJECT

1.  Background:  The Wild Free-Roaming Horses and Burros Act of 1971 is the landmark law that directs Federal management of wild horses and burros on U.S. public lands.  Under the law, the BLM and U.S. Forest Service manage herds in their respective jurisdictions within areas where wild horses and burros were found roaming in 1971.  To help carry out its mission, the BLM established the Wild Horse and Burro (WHB) Program, through which the agency manages and protects wild horses and burros, both on and off the range, while striving to maintain rangeland health.  The placement of wild horses and burros into private care is a vital component of the program, however the number of animals placed into private care has been constantly declining over the last decade.  Increasing the number of animals placed into private care reduces the costs and numbers of excess animals in Off-Range care.  These cost savings and resources may be diverted and used to benefit, promote and advance other aspects of managing our wild horses and burros.

In an effort to increase the number of wild horses that are seven years or older and burros that are nine years and older that are placed into private care through BLM's adoption program, the BLM is seeking proposals to encourage and support adopters who adopt, halter and/or saddle train animals in these age categories and apply for title or ownership of the animals after a 12-month period.  For example, assistance might include offering a set payment when the adopter applies for title to the animal at the end of one year if the horse or burro has been humanely cared for and meets the halter and saddle training milestones as defined here:

- **Halter trained** is an animal that may be approached, caught and haltered in an open restricted area, led safely from one area to another, stand tied, allow its feet to be picked up, and load into a trailer.
- **Saddle trained** is an animal that has successfully mastered all the components of the halter trained animal and have the ability to be ridden at a walk and trot.

Animal care and training represent a significant time and financial commitment by the adopter. Additionally, a bond between the adopter and animal develops while training the animal and typically leads to the animal remaining in private care.

2.  This work will occur on:  ☐Public Lands  ☒Private Lands  ☐Both Public & Private Lands

3.  Objective:  Through financial assistance, the BLM seeks to support the development of strategies, activities, and projects designed to encourage the adoption of older animals that have been halter and/or saddle trained prior to receiving title or ownership of the animal.

4.  Public Benefit:  Overpopulation of wild horses and burros is damaging to the range.  By maintaining wild horse and burro populations within their appropriate management level (AML), a thriving natural ecological balance is maintained improving maintenance of rangeland resources for multiple uses by the public.  Once animals are deemed excess and removed from the range, they are transported to Off-Range Corrals where costs and inventory continue to rise.  BLM financial assistance in support of increasing the number of adopted animals reduces the number of animals both on the range and in holding and ultimately reduces the overall cost to the public of managing wild horses and burros.

## PROGRAM/PROJECT PERFORMANCE GOALS

*(This should include specific performance goals indicators, milestones, or expected outcomes (such as outputs, services performed. or public impacts of any of these) with an expected timeline for accomplishment.  You may include program-specific requirements, as applicable.  These requirements should be aligned with BLM strategic goals, strategic objectives or performance goals that are relevant to the program.)*

Performance Goals:

1.  BLM's goal is to place into private care a minimum of 100 wild horses that are seven years of age and

# Page: 2



Number: 1 Author: Greg Russell   Date: 6/20/2016 11:43:00 AM

older and burros that are nine years of age and older, that are halter and/or saddle trained as defined above within the 12-month period from the adoption date.

2.  Increase public awareness of excess wild horses available for placement into private care through BLM-approved marketing information, public outreach, and education efforts.

## SUBSTANTIAL INVOLVEMENT
*(Describe how the BLM will be involved.  State if there is no BLM involvement.  Edit the following sample statement as necessary.)*

There will be substantive BLM programmatic involvement through the BLM Program Officer (PO) and Technical Advisor (TA) collaborating with the Recipient's Project Officer (RPO) to manage all stages of project development, implementation, and evaluation.  Recipients and the BLM will share responsibility for project management, control, and direction although the BLM will have the right to intervene by modifying the project management plan if the project is not staying on schedule or technical issues arise.

BLM involvement will also include identifying locations of animals available for adoption, assisting in the vetting of qualified adopters, and monitoring to ensure that animals are receiving humane feed and care by the adopter until the animal is no longer under Federal protection.  The BLM will also work with the partner and adopters to ensure all training is handled in a safe and humane manner.

## RISK ASSESSMENT / INSURANCE REQUIREMENTS
(Will the potential partner use equipment, vehicles, hazardous materials or engage in high-risk activities, which have the potential for claims brought by third parties for death, bodily injury, property damage, or other loss resulting in one or more award activities?)

☐YES   Discuss with your GMO how likely and severe the risks is and decide what measures should be in place to effectively prevent or control the harm from happening, in accordance with DIG 2014-01 FA Liability & Insurance.  *This may include the requirement for liability insurance.*

☒NO    No additional liability insurance terms or conditions are required.

## MERIT-BASED REVIEWS & EVALUATION CRITERIA FOR DISCRETIONARY AWARDS
*(Merit-based review of applications will be used any time a Funding Opportunity Announcement is advertised as being open to competition.  The evaluation criteria is the measures by which applicants and their proposals will be scored and rated.  The following criteria and scoring is general, please revise as necessary to match your specific project.)*
**Evaluation Criteria:**

1)  **OBJECTIVE** (Maximum score **15/100** Points):

   (a)  Describe your mission and objectives.

   (b)  Describe how these objectives support your mission.

2)  **TECHNICAL APPROACH** (Maximum score **30/100** Points):

   (a)  Describe the techniques, processes, methodologies to be used.

   (b)  Describe how data collection, analysis, and means of interpretation will be accomplished.

   (c)  Describe how the proposed objectives will be achieved within the proposed period of performance (POP).

   (d)  Describe significant goals or milestones and how they will be measured.

Page: 3

Number: 1 Author: Greg Russell   Date: 6/20/2016 11:20:00 AM

Number: 2 Author: Greg Russell   Date: 6/20/2016 11:34:00 AM

(e)     Describe tasks and relationships of partners, if applicable.

3.     **PUBLIC BENEFIT** (Maximum score **30/100** Points):

Describe how this project benefits the general public.

4.     **QUALIFICATIONS & PAST PERFORMANCE** (Maximum score **25/100** Points):

(a)     List key project personnel and their contact information.

(b)     Describe key personnel responsibilities, time to be dedicated to the project, and how their experience and qualifications are appropriate to success of the project.

(c)     List contractors, if known, and their qualifications.

(d)     Describe any unique qualifications which support being awarded assistance for this project, such as continuation of the proposed project, technical expertise, cost-sharing ability, etc.

## FUNDING / NUMBER OF AWARDS

a.   Anticipated Number of Awards:  Multiple

b.   Anticipated Amount of Initial Funding:  $200,000.00

c.   Anticipated Individual Award Amounts:  Various

d.   Anticipated Total Amount of Funding over the Life of the Award(s):  $1,000,000.00

## COST SHARING / MATCHING

☐   Challenge Cost Share Program (100%, 1:1 Match)

☐   Youth Corps Program (Public Lands Corps authority, 25% of total project costs, 3:1 Match)

☐   Other:

☒   NONE

## PERIOD OF PERFORMANCE

a.   Estimated Start Date:  September 1, 2016

b.   Estimated Period of Performance (5-year max):  Up to five (5) years

From:  September 1, 2016

To:      August 31, 2021

## MANDATORY  AWARDS-- Not required to post in Grants.gov

☐ **Legislative Intent** - The language in the applicable authorizing legislation must clearly indicate the intent of Congress to restrict BLM awarding to a particular recipient with a stated purpose and amount to award.  (Must be stated in the annual appropriation)

## LEGISLATIVE LANGUAGE

Example will be:  Consolidated and Further Continuing Appropriations Act P.L. 113-235  "$3,000,000 shall be available in FY** to National Fish and Wildlife Foundation for cost share projects supporting conservation of Bureau lands".

**Program Officer (PO)**
*Based upon the above information, I'm requesting that this requirement be announced as financial assistance in Grants.gov which is for a public purpose of support or stimulation.*

Program Officer: _____   _____
                            *Printed Name*                              *Signature*

## GMO USE ONLY

### INSTRUMENT SELECTION DETERMINATION (ISD)
(This ISD must be approved by a Grants Management Officer (GMO) and their respective Procurement Analyst (PA), or equivalent, for determination of whether this requirement should be financial assistance or an acquisition (contract)).

☐ **Financial Assistance** (Grant or Cooperative Agreement)    ☐ **Contract** (If contract, PA will assign a Contract Specialist)

### Grants Management Officer (GMO) Approval
*Based upon the above information, I determine that there is legislative authority for this project to be announced in Grants.gov as a financial assistance transaction which is for a public purpose of support or stimulation.  (Explain further if everything is not addressed in SPI by PO)*

GMO: _____   _____
               *Printed Name*                              *Signature*

### Procurement Analyst (PA), or equivalent, Approval
*Based on the above information, I hereby determine that the proposed action is not appropriately a procurement action governed by the Federal Acquisition Regulations (FAR).*

PA (or equivalent): _____   _____
                               *Printed Name*                              *Signature*

### WASHINGTON OFFICE & SOLICITOR APPROVAL
If the GMO and PA determine that further approvals are needed due to new program or complexity of the project, forward the ISD to the Bureau Grants Program Manager for further review.

### Washington Office Approval
*Based on the above information, I hereby concur that the contemplated transaction meets the criteria for financial assistance.*

Bureau Grants
Program Manager: _____   _____
                             *Printed Name*                              *Signature*

### Solicitor's Office Approval (At GMO's Discretion)
*Based on legal review, I concur that the contemplated transaction meets the criteria for financial assistance.*

Solicitor: _____   _____
                 *Printed Name*                              *Signature*

**END**

BLM_001518

| From: | Sally_Spencer@blm.gov |
|---|---|
| To: | Paul_McGuire@blm.gov |
| Cc: | Bob_D_Mitchell@blm.gov; Cody_Bedford@blm.gov; Crystal_Cowan@blm.gov; Dean_Bolstad@blm.gov; Debbie_Collins@blm.gov; Don_Glenn@blm.gov; Gary_Hughes@blm.gov; Hanson_Stuart@blm.gov; Holle_Hooks@blm.gov; Jimmy_Galloway@blm.gov; Kris_Rittenberry@blm.gov; Pat_Hofmann@blm.gov; Patrick_Williams@blm.gov |
| Subject: | Re: Adoption incentive update |
| Date: | Sunday, July 3, 2016 6:59:13 PM |

Hi Paul,

Thanks for the update.  We'll know for sure if this project is a 100 %
success when all horses are titled, but the initial results are great.
This is exciting.  Sally

*****************************************
Sally Spencer
Wild Horse & Burro Program
Office:  202-452-5196
Cell:  202-641-6106
Fax:  202-653-9084
*****************************************


Paul
McGuire/MFS/NM/BL
M/DOI                                To
          Don Glenn/WO/BLM/DOI@BLM, Dean
06/25/2009 04:16      Bolstad/NVSO/NV/BLM/DOI@BLM, Bob D
PM             Mitchell/MFS/NM/BLM/DOI@BLM, Sally
          Spencer/WO/BLM/DOI@BLM, Hanson
          Stuart/NMSO/NM/BLM/DOI@BLM
                         cc
          Patrick
          Williams/MFS/NM/BLM/DOI@BLM, Bob D
          Mitchell/MFS/NM/BLM/DOI@BLM, Holle
          Hooks/MFS/NM/BLM/DOI@BLM, Kris
          Rittenberry/MFS/NM/BLM/DOI@BLM,
          Crystal Cowan/MFS/NM/BLM/DOI@BLM,
          Gary Hughes/MFS/NM/BLM/DOI@BLM, Pat
          Hofmann/MFS/NM/BLM/DOI@BLM, Cody
          Bedford/MFS/NM/BLM/DOI@BLM, Jimmy
          Galloway/MFS/NM/BLM/DOI@BLM, Debbie
          Collins/WO/BLM/DOI@BLM
                      Subject
          Adoption incentive update

All --

Thought I'd provide an update on the adoption incentive program we've been piloting. So far we've offered the incentive at three satellite events in Oklahoma, and figures show that incentive horses adopt at slightly higher rates than the general mix of animals. Since we began, incentive horses have accounted for 21.5% of all animals adopted, while comprising only 15.5% of the total number of animals presented.

Below is a more thorough breakdown of the numbers. Please let me know if you have any questions.

We'll continue to gather data and provide updates.

Thanks,

Paul McGuire
Public Affairs Specialist
U.S. Bureau of Land Management
Oklahoma Field Office
Moore, OK
Ofc: 405-790-1009
Cell: 405-826-3036

_____

Kellyville, OK, May 7-9 (satellite event)

Total number of animals presented: 79
Total number of animals adopted: 44
Overall adoption percentage: 55.6%

Total number of incentive horses presented: 8
Total number of incentive horses adopted: 8
Adoption percentage among incentive horses: 100%

Incentive horses as a percentage of all animals presented: 10.1%
Incentive adoptions as a percentage of overall adoptions: 18.1%

Duncan, OK, May 28-30 (satellite event)

Total number of animals presented: 67
Total number of animals adopted: 21
Overall adoption rate: 31.3%

Total number of incentive horses presented: 11
Total number of incentive horses adopted: 6
Adoption rate among incentive horses: 54.5%

Incentive horses as a percentage of all animals presented: 16.4%
Incentive adoptions as a percentage of overall adoptions: 28.5%

Woodward, OK, June 18-20 (satellite event)

Total number of animals presented: 54
Total number of animals adopted: 37
Overall adoption rate: 68.5%

Total number of incentive horses presented: 12
Total number of incentive horses adopted: 8
Adoption rate among incentive horses: 66.6%

Incentive horses as a percentage of all animals presented: 22.2%
Incentive adoptions as a percentage of overall adoptions: 21.6%

Aggregate Figures for Kellyville, Duncan, and Woodward

Total number of animals presented: 200
Total number of animals adopted: 102
Overall adoption rate: 51%

Total number of incentive horses presented: 31
Total number of incentive horses adopted: 22
Adoption rate among incentive horses: 71%

Incentive horses as a percentage of all animals presented: 15.5%
Incentive adoptions as a percentage of overall adoptions: 21.5%

_____

Pauls Valley, OK, May 12 (facility adoption)
1 horse adopted, including 0 incentive horses.
Incentive adoptions as a percentage of overall adoptions: 0%

Pauls Valley, OK, June 9 (facility adoption)
10 horses adopted, including 8 incentive horses.
Incentive adoptions as a percentage of overall adoptions: 80%

_____

Incentive horses also appeared to generate demand, in terms of bids
received:

At Kellyville, high bid of $200 went to a 4-year-old grulla mare (incentive
horse). This was matched only by bids of $200 on three gentled foster
horses (non-incentive).
At Duncan, high bid of $140 went to a 5-year-old bay mare (incentive
horse).
At Woodward, a 4-year-old bay mare went for $220, and a 4-year-old buckskin
gelding went for $200 (incentive horses). These were exceeded only by a
$400 bid on a yearling buckskin gelding (non-incentive).



### United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



**AUG 2 2 2016**

The Honorable Matthew Mead, Chairman
The Honorable Steve Bullock, Vice Chair
Western Governors Association
1600 Broadway, Suite 1700
Denver, Colorado 80202

Dear Governors Mead and Bullock:

Thank you for your letter dated January 27, 2016, in which you raised questions on behalf of the Western Governors' Association regarding the Bureau of Land Management's (BLM) Wild Horse and Burro program. The BLM shares your concerns about growing populations, herd and rangeland health, program costs, and the effectiveness of available management strategies.

To address these concerns, the BLM is taking a number of steps, including sponsoring a significant research program focused on fertility control; transitioning horses from off-range corrals to more cost-effective pastures; working to increase adoptions with new programs and partnerships; and requesting legislative authority to allow horses to be transferred to local, state and Federal agencies that have a need for work animals. The President's budget also calls for a congressionally chartered foundation to support the important work of the BLM; legislation authorizing the foundation passed the House this summer, and related language was recently approved by the Senate Appropriations Committee. One of the key opportunities for a BLM Foundation would be to foster public-private partnerships aimed at finding good homes for and encouraging sustainable management of wild horses.

As you can see, we have a number of efforts underway, but the BLM still needs additional tools and resources to bring this program onto a sustainable path. I appreciate your willingness to work with us on this challenging situation, and welcome the opportunity to collaborate with the Western Governors.

Currently, the BLM estimates that there are more than 67,000 wild horses and burros across public lands in the West. This is more than double what the agency has determined is healthy for the animals and rangeland resources on which they and many other species depend. In addition to the animals that currently roam public lands, the agency is currently supporting more than 45,000 animals in off-range pastures and corrals, consuming two-thirds of the BLM's annual wild horse and burro program budget. We estimate that supporting these unadopted animals over the course of their lives will cost the American taxpayer more than one billion dollars.

Given this vast financial commitment, the BLM is severely limited in the number of animals it can afford to remove from the range. The BLM is removing approximately 3,500 animals from the

range each year—about the same number of animals that leave the system annually through adoption, sale, and natural mortality.

I appreciate the opportunity to provide you with information on the wild horse and burro program, and I have enclosed responses to your questions.  The BLM is committed to working with states, partners, and stakeholders to develop strategies that will put this program on a more sustainable path.  If you need additional information, please contact me at 202-208-3801, or your staff may contact Cynthia Moses-Nedd, BLM Liaison to State & Local Government, at 202-912-7446.

Sincerely,

Neil Kornze
Director

Enclosure

**Enclosure**

**Responses to the Western Governors' Association's
Questions About the BLM Wild Horse and Burro Program**

**Question 1:  The total appropriate management level (AML) for all western states is set at
26,715 animals.  As of March 1, 2016, there were an estimated 67,027 animals on western
rangeland – more than double the BLM-determined level. Relative to AML:**

  a)  **What are BLM's plans to reduce herd sizes to prescribed AMLs?**
  b)  **Given existing and expected budgets, what is the timeframe to implement plans
that reduce herd sizes to prescribed AMLs?**

**Response:**  The BLM is taking a number of steps to reduce herd sizes including 1) funding
research to slow population growth; 2) increasing adoptions; and 3) facilitating transfers.

In 2013, the National Academy of Sciences confirmed that there are no highly effective, easily
delivered, and affordable fertility control methods for wild horses and burros.  To address this
issue, the BLM is currently working with top universities and the United States Geological
Survey (USGS) to conduct 21 research projects.  Already underway, these projects will help the
BLM develop better management tools, longer lasting fertility control vaccines, and effective,
safe methods for spaying and neutering wild horses.

Increasing the number of adopted animals is an important part of our strategy and the BLM has
several actions underway.  We recently formed a new partnership with Family Horses to train
wild burros for adoption, mirroring the work we currently do with horses and the Mustang
Heritage Foundation.  Additionally, through an agreement with the BLM, inmate trainers in six
prisons currently train wild horses under the guidance of professional horse handlers, making
them more attractive to adopters.

We are also developing an adoption incentive program that provides financial assistance to
interested, responsible parties to adopt some of the older horses that have already been removed
from the range.  Younger horses—in this case, those younger than 7 years old—tend to be much
more attractive to adopters.  This financial assistance will incentivize adopters to choose horses
that might not normally be adopted, lessening the high cost of sustaining these horses in
government care.

The President's 2017 budget requests legislative authority for the BLM to transfer wild horses
and burros to Federal, state, and local agencies that need work animals.  In addition, Congress
has included similar language in the current version of the Interior appropriations bill.  U.S.
Customs and Border Protection, the U.S. Armed Forces, and other agencies that are interested in
using wild horses or burros in their work are currently unable to receive direct transfer of horses
from the BLM.  U.S. Customs and Border Protection, for instance, has used more than 300
horses for their patrol efforts, but each of those animals must be adopted by individual members
of the patrol, in their personal capacity.  We want to enable trusted agencies to employ these

1

remarkable animals for important public purposes.

Despite these strategic actions, reducing the herd sizes to established AMLs may take decades because of the number of animals on the range.

**c) How can states be more involved in annual gather planning discussions?**

**Response:** The BLM is committed to working with states in all phases of wild horse and burro management—from planning to implementation. Collaboration and coordination with state wildlife and agriculture departments, as well as governors and other stakeholders, is essential. For example, sharing information pertaining to population inventories, locations of animals, and resource conditions will help the BLM and states explore solutions and inform decisions on gather priorities.

**d) Wild horse and burro populations above prescribed AMLs can cause negative environmental and rangeland impacts. How can these impacts be better acknowledged, measured, and incorporated into management decisions?**

**Response:** This key question highlights the importance of data collection, assessment, and monitoring. Additionally, it points toward the significance of not only acknowledging the current impacts, but also sharing this information widely and transparently. The BLM has been actively sharing information with our partners and the public about the wild horse and burro program and its current challenges through our website, briefings with states and congressional staff, and through the National Wild Horse and Burro Advisory Board. While the agency works hard to educate the public on the program, assistance from our partners is critical in getting factual information out to the public at large.

In terms of measuring and incorporating environmental and rangeland impacts into management decisions, the BLM has historically collected data on an allotment-by-allotment basis or as a result of a requested action, such as a new trough or pipeline. We now collect data across the landscape and can compare conditions within a herd management area (HMA) to conditions outside of an HMA or in a similar setting. This analysis allows us to describe the impacts within the HMAs that are over AML and, in turn, informs our decisions on gathers, treatments, and rangeland improvements.

**e) What are the impediments to BLM's plans to reduce herds to prescribed AMLs and implement fertility control treatments?**

**Response:** The first and most significant barrier is that many herd population sizes already greatly exceed AML and it would take many years of implementing population control measures to return an overpopulated HMA back to AML without removals. Achieving AML in the near term would require removing a substantial number of animals from the range. For example, the current population size of an average HMA is already more than double the recommended population level, and some herds exceed AML by five times. In general, we can assume that wild horses live an average of 20 years in the wild. Even if the BLM could

2

keep 90 percent of the mares in a population from reproducing, it would take about 10 years for a population that is twice as large as AML to reduce back down to AML. After an HMA has reached AML, some combination of vaccines and spaying and neutering could be used to limit population growth and keep populations at AML, assuming sufficient funding and personnel are available.

The second barrier is that no highly effective, easily delivered, long lasting, and affordable fertility control methods are currently available for use (National Academy of Sciences, 2013). The BLM is working to develop effective, safe fertility control measures through new research studies that include spay and neuter procedures along with longer-acting fertility control vaccines. Once we have gauged efficacy and effects of individual methods and techniques, we will then be able to incorporate these in our management actions.

### f) What other resources does BLM need?

**Response:** Aside from the need for more effective fertility control methods and the need to reduce holding costs, there is an urgent need for additional education and outreach so that stakeholders understand the issues, including deteriorating rangeland health. A BLM Foundation, similar to the National Park Foundation, could be helpful to the BLM by focusing on additional educational opportunities for the public and bringing new partners to the table.

### g) Does BLM have necessary authority to direct funding based on a prioritization of needs?

**Response:** The BLM has the authority to direct funding to the highest priority needs, although with current resources, the BLM does not have the tools to bring population levels down to a more sustainable level.

**Question 2: The total capacity of all BLM off-range holding facilities is 54,549 animals. As of November 2015, these facilities held 47,303 animals. Given the rapid growth of wild horse and burro populations, is BLM considering adding temporary off-range pastures and corrals?**

**Response:** The BLM is attempting to increase contracted pasture space to decrease the numbers of horses and burros that are held in corrals. Housing a horse or burro in a corral can be twice as expensive as maintaining one on a contracted pasture. The acquisition of more pastures should reduce overall holding costs.

**Question 3: Wild horse and burro herds can impact the management and conservation planning of other species, such as the Greater sage-grouse. How will BLM work with states to expedite the development of herd management area plans for wild horses and burros occupying sagebrush habitat?**

**Response:** In September 2015, the Record of Decision and Approved Resource Management Plan Amendments for the Greater Sage-Grouse (GRSG) were signed. These plans are an

3

unprecedented effort to respond to the deteriorating health of the sagebrush landscapes across the West, and the declining population of the GRSG that the U.S. Fish and Wildlife Service had considered protecting under the Endangered Species Act.

To address impacts to GRSG habitat in HMAs from excessive numbers of free-roaming wild horses and burros, the BLM is focusing on maintaining populations within the AML established ranges.  This approach includes completing rangeland health assessments; prioritizing gathers in Sagebrush Focal Areas (22 HMAs); implementing fertility control options; and developing or amending HMA plans to incorporate and achieve GRSG habitat objectives and management considerations.

The BLM is prioritizing wild horse and burro management first in Sagebrush Focal Areas, then Priority Habitat Management Areas, and finally General Habitat Management Areas.  In Sagebrush Focal Areas and Priority Habitat Management Areas, the BLM will assess HMAs and adjust AMLs, in compliance with the National Environmental Policy Act, when wild horses and burros are identified as a significant factor in not meeting land health standards, even if current AML is not being exceeded.

**Question 4:  What is the status of BLM's efforts with the U.S. Geological Survey's Fort Collins Science Center to develop methods to achieve greater accuracy in wild horse population estimates?**

**Response:**  The BLM partnered with the USGS in 2014 to acquire technical assistance to implement the horse population survey methods developed by the USGS and recommended by the National Academy of Sciences.  During fiscal years 2014 and 2015, approximately two-thirds of all HMAs were surveyed using those methods, which led to more accurate estimates of population numbers.  The BLM will continue to utilize USGS assistance to survey one-third of the 177 HMAs annually on a rolling basis.

In addition, the USGS is conducting cooperative studies to develop improved methods for estimating population sizes.  These studies include:

- Burro population surveys – this study includes components that test new burro aerial survey methods, including the use of infrared cameras and radio-collared burros.
- Horse infrared surveys (funded by the Wyoming Department of Agriculture) – this study will compare estimates from infrared aerial surveys to known population sizes of wild horses.
- Fecal DNA sampling – this study will estimate population size by evaluating DNA in dung in accessible field areas, without disturbing or handling the animals.

**Question 5:  The BLM has proposed a knowledge and values study regarding the management of wild horses and burros.  What is the status of that study?**

**Response:**  A contract has been issued to a company to conduct a study focused on

4

BLM_001527

determining what the public knows and thinks about wild horses and burros. Survey questions have been developed and the BLM is awaiting approval by the Office of Management and Budget to conduct the survey and collect information from the public. This information will help us determine the effectiveness of our current communication/education strategy and enhance those efforts where appropriate.

**Question 6: What does BLM do to actively manage wild horse and burro populations, excluding roundups of excess populations pursuant to lawsuits or experimental fertility control efforts in some areas?**

   **a) Does the BLM consider or implement sterilization for populations where fertility control has proven ineffective?**

**Response:** The BLM has not implemented spay and neuter treatments in the field, but anticipates that spaying and neutering will be considered options for population management if procedures are proven to be safe and effective. Research has been initiated to ensure the safety and effectiveness of an existing spay method and three other advanced spay methods. In addition, field research studies to determine the effects of spaying and neutering on behavior and rangeland use patterns are being initiated in Utah and Wyoming HMAs.

**Question 7: In the past two appropriations cycles, Congressional report language has encouraged BLM to implement the recommendations of the National Academy of Sciences (NAS) 2013 study, *Using Science to Improve the BLM Wild Horse and Burro Program: A Way Forward*. The NAS recommends the implementation of fertility control programs to limit the uncontrolled growth of wild horse and burro populations. What is the status of these fertility control programs, and what steps has the agency taken to implement the NAS recommendations? How can states assist in the development and expansion of such programs?**

**Response:** The BLM and the National Academy of Sciences (2013) have acknowledged that any successful wild horse and burro strategy must involve aggressive action to curb population growth rates on the range. The National Academy of Sciences found that no highly effective, easily delivered, and affordable fertility control methods were available. The National Academy of Sciences recommended that the most promising fertility control methods were porcine zona pellucida (PZP) vaccines, GonaCon-Equine vaccine, and neutering. These recommendations considered delivery method, availability, efficacy, duration of effect, and potential physiological and behavioral side effects.

The existing fertility vaccines—including PZP ZonaStat-H and PZP-22—are of limited effectiveness because they limit fertility control for only 1 year. PZP-22 is intended to last 2 years, but research has shown that it is ineffective in its second year. This single year of efficacy substantially limits the benefits of these tools because they are expensive to administer. It is also logistically very difficult to immunize and re-immunize enough wild horses every year to maintain reduced growth rates. As part of the research underway, the BLM is funding two research projects that each aim to develop a longer-lasting PZP vaccine.

5

GonaCon-Equine is also labeled and approved for use in wild horses.  Single doses of GonaCon are not a highly effective contraceptive method, but preliminary evidence shows that contraceptive effects may be long lasting (2 – 4 years) if the first dose is followed by a booster shot.  The BLM has a study underway in Nevada's Ely District to look at the results that come from two shots of GonaCon-Equine given roughly 30 days apart.  The BLM is also funding a research project in North Dakota's Theodore Roosevelt National Park to determine the optimal timing and effectiveness of the second injection.

No chemical neutering methods for equines have been developed and the National Academy of Sciences indicated that large proportions of the males would need to be treated to have a population level effect on growth.

Considering all these factors, the BLM is investing $11 million to initiate research to develop spay and neuter methods along with longer acting vaccines to curb population growth more effectively than the current recommended methods.  Until more effective methods are developed, the BLM will continue to implement existing available methods to the extent possible.

States can help this effort by supporting peer-reviewed research building on the BLM's work to develop new fertility control methods, and by encouraging implementation of the most effective available methods.

Beyond the above fertility control efforts, states could also authorize more prison facilities to implement wild horse and burro training programs.  The six current programs provide trained horses to the BLM for adoption, give inmates an opportunity to learn new skillsets, and reduce recidivism once they leave prison.  Finally, the BLM invites states to work with national and local BLM staff to develop creative new ideas on housing and caring for unadopted horses and burros.

### Question 8:  Relative to BLM's adoption program:

#### a)  What is BLM doing to expand adoption efforts?

**Response:**  The BLM aims to increase adoptions through the following:

- Increase the number of trained animals available to adopters through assistance agreements and contracts.
- Establish more storefronts and distribution points in the eastern United States where the greatest opportunity exists to increase adoptions.  One of the barriers to adoptions in the East is the lack of animals near people who want to adopt.  To remedy this, the BLM plans to maintain two large corrals, one in the Northeast and another in the Southeast.  These will supply a network of small "storefront" corrals secured through a Mustang Heritage Foundation partnership, increasing the number of animals and locations available to adopters.  In addition, these new corrals will give the BLM a larger network to promote the program through education and visibility.

6

- Incentivize adoptions of older horses and burros, which are usually not adopted, as described above in the response to Question 1.
- Increase marketing and continue the use of social media platforms.

**b) Is BLM exploring alternatives to adoption to reduce numbers of wild horses in off-range facilities?  If so, what are those alternatives?**

**Response:** The BLM is seeking legislative authority that would allow the agency to directly transfer wild horses and burros to Federal, state, and local agencies that have a need for work animals.

**c) Horses placed in an adoption program were recently sold for slaughter.  How can BLM and states work to ensure adopted horses are not sent to slaughter?**

**Response:**  In response to these events, the BLM issued a revised policy in 2012 and further guidance in 2014 to ensure that horses and burros are sold only to good homes.  The revised policy and guidance limit purchase by a single buyer to four horses over a 6-month period.  This limit reflects the number of animals that an individual could successfully begin training during that time frame.  Prospective buyers must also certify that they will provide humane care for the horses or burros adopted, and will not sell or transfer ownership of any animals to a person or organization intending to resell, trade, or give away the animals for processing into commercial products.  These policies help the BLM to ensure that purchasers provide appropriate care and housing for the animals.  States could further assist the BLM by suggesting methods that would encourage sales to good homes and by locating suitable adopters.

**Question 9:  Many states perform their own wild horse and burro monitoring.  How can the data exchange between state and Federal agencies be improved?**

**Response:**  The BLM applauds states that do monitoring and recommends that they engage with state and local BLM offices to share information and discuss ways to leverage resources to maximize the effectiveness of wild horse and burro monitoring and data collection.

7

| | |
|---|---|
| **From:** | Smith, Linda |
| **To:** | Bolstad, Dean; Michael Reiland |
| **Subject:** | Re: Wild Horses Briefing Paper |
| **Date:** | Wednesday, August 31, 2016 10:05:28 AM |
| **Attachments:** | InfoMemo_LegOptions_Director_8.31.16.lhs.doc |

Good morning.  Please see my revision attached in track changes.  Thoughts???

On Sun, Aug 28, 2016 at 9:19 AM, Bolstad, Dean <dbolstad@blm.gov> wrote:

> Tarrence,
>
> Attached is the requested briefing paper.  It has been reviewed with WO-200 and shared with Steve Ellis.
>
> Dean
>
> Dean Bolstad
> Division Chief, Wild Horse and Burro Program
> Washington Office (WO-260)
> (202) 912-7648 Office
> (775) 750-6362 Cell
>
> On Fri, Aug 19, 2016 at 3:49 PM, Thrash, Tarrence <tthrash@blm.gov> wrote:
>
>> Dean,
>>
>>
>> Neil is meeting with Janet Irwin from OMB in early September to follow-up on Hill testimony given on the Wild Horses program.  We need for you to provide a briefing paper for Neil that focuses on legislative proposals, proposals that require funding, proposals that never went forward, and any other proposal that would move the program forward.
>>
>>
>> Can you provide a draft by the end of next week and send it to all parties listed on this email.  Also, if you have any questions please contact either Tonya Jackson or Kim Shropshire.
>>
>>
>> Best Regards,
>>
>> Tarrence A. Thrash
>> U.S. Department of the Interior
>> Bureau of Land Management
>> Division of Budget (WO-880)
>> Phone:  202-912-7063
>> Fax:  202-912-7183
>> Email: tthrash@blm.gov

--
Linda H. Smith
BLM Budget Officer
Office: 202-912-7060
Cell/Alternative Telework Number: 202-760-0379
lhsmith@blm.gov

BLM_001532

| | |
|---|---|
| **From:** | Bolstad, Dean |
| **To:** | Holle Hooks |
| **Cc:** | Michael Reiland |
| **Subject:** | Adoption Assistance Agreement Paper Update |
| **Date:** | Tuesday, September 6, 2016 6:37:58 AM |
| **Attachments:** | INFORMATION MEMORANDUM FOR THE DIRECTOR.docx |

Kristin asked that we update this briefing paper. Need it for the Thursday morning 10 am meeting with OMB. Need to add in where we are at with the Adoption Assistance Pilot. Update to state that we have the Statement of Work ready to publish in RFA, etc. See attached. Con you complete this this evening so Kristin can have it to send to Neil.

Thanks

Dean Bolstad
Division Chief, Wild Horse and Burro Program
Washington Office (WO-260)
(202) 912-7648 Office
(775) 750-6362 Cell

*Internal Working Document*

**INFORMATION MEMORANDUM FOR THE DIRECTOR – September 6, 2016**

FROM:      Dean Bolstad, Wild Horse and Burro Division Chief

CC:          Kristin Bail, Acting Assistant Director, Resources and Planning;
                 Nancy Haug, Acting Deputy Assistant Director, Resources & Planning

SUBJECT:    Wild Horse and Burro Adoption Assistance Program

I.  INTRODUCTION

A pilot project financial assistance program is proposed to increase the number of adopted wild horses and burros (WH&B) that are difficult to adopt because of their age. The pilot would offer financial assistance through an Assistance Agreement to an individual or organization that would oversee the program and distribute funding to adopters of WH&Bs of older specified ages who train them to specified standards and apply for title (ownership) of the animal(s) after providing at least one year of humane care.  The financial assistance would help defray expenses for the care and training of adopted animals and be paid out at the time title is granted.

The attached graphs display ages the ages of horses and burros adopted during the past 5 years.  Three percent of adopted horses were 7 years and older and 5% of burros were 9 years and older.

Gentling and training mustangs and burros adds monetary value to the animals and reduces the risk that they would be sold for slaughter.  In addition, a bond develops between the adopter and animal during the training process that increases the likelihood the animal would be retained by the adopter.

II.  BACKGROUND

The BLM has been adopting WH&Bs since 1971 and has placed more than 235,000 animals into private care.  Over the last 10 years, adoptions have steadily declined to a low of 2,135 animals in 2014. Adoptions increased to 2,631 animals in FY 2015 compared to 6,644 in FY 2004.

Placing wild horses and burros into private care is a vital component of the WH&B program. An increase in adoptions would reduce corral holding costs.  Cost savings would be diverted other aspects of managing our wild horses and burros such as fertility control and or increased removals.

Adoption Assistance Incentive Proposal
- Issue a RFA solicitation offering financial assistance to an organization/individual to administer the Incentive Program
- Incentive offered for 100 animals currently located in corrals.
- $1,500 incentive paid to individuals who:
  - Adopt a 7 year or older and halter/saddle train

1

*Internal Working Document*

- $800 incentive paid to adopters who:
  - 9 years and older burro and halter train
- Halter trained is defined as an animal that may be approached, caught and haltered in an open restricted area, led safely from one area to another, stand tied, allow its feet to be picked up, and load into a trailer.
- Saddle trained is defined as an animal that has successfully mastered all the components of the halter trained animal and have the ability to be ridden at a walk and trot.
- Adopter must apply for and receive title at the same time incentive is paid out.

III. POSITION of INTERESTED PARTIES

Some wild horse and burro advocate organizations may oppose the program due to fears that the older aged animals would be more susceptible to sale for slaughter.

IV. BUDGET IMPACT

In April 2016, nearly 31,000 horses are located in off-range pastures (ORPs) and Eco-Sanctuaries and over 15,400 animals in off-range corrals (ORCs). Nearly $49 million was expended in FY 2015 for off-range animal care. Costs for animals in ORCs average $1,927 annually and over a lifetime (estimated 25 years) average $48,000.

Attachments:
1 – Average annual cost to care for and train a horse (Infographic)
2 – Ages of Adopted Horses 2011 to 2015 (Chart)

BLM_001535

*Internal Working Document*

(Internal working document: Attachment 1)

| | Low | Hig | Average |
|---|---|---|---|
| **BLM Off-Range Corral** | | | **$1,927**<br>12 months<br>Actual 2015 |
| Corral<br>includes feed, supplements, salt, mineral, water and housing facility, hoof trimming, routine veterinary care including vaccines, de-worming and health inspections. | | | |
| **At Home** | | | |
| Home<br>includes feed, supplements, salt, mineral, water and housing facility for the horse | $913 | $1,460 | n/a |
| Farrier Services<br>including trimming and/or shoeing every 6-8 weeks and<br>Routine Veterinary Care<br>including vaccines, de-worming, dental and service call | $700 | $850 | n/a |
| **Annual Estimated**<br>Feed & Care Expenses | **$1,613** | **$2,310** | **$1,962** |
| Training Fees – Halter-Trained<br>(Professional) | $300<br>60 days of training | $775<br>60 days of training | n/a |
| **Annual Estimated – Halter-Trained**<br>Feed & Care and Training Expenses | **$1,913** | **$3,085** | **$2,499** |
| Training Fees – Saddle-Trained*<br>(Professional) | $1,000<br>120 days of training | $1,950<br>120 days of training | n/a |
| **Annual Estimated – Saddle-Trained***<br>Feed & Care and Training Expenses | **$2,613** | **$4,260** | **$3,436** |
| **Boarding Facility** | | | |
| Boarding<br>includes feed, supplements, salt, mineral, water and housing facility for the horse | $1,500 | $9,000 | n/a |
| Farrier Services<br>including trimming and/or shoeing every 6-8 weeks and<br>Routine Veterinary Care<br>including vaccines, de-worming, dental and service call | $700 | $850 | n/a |
| **Annual Estimated**<br>Feed & Care Expenses | **$1,900** | **$10,650** | **$10,375** |
| Training Fees – Halter-Trained<br>(Professional) | $300<br>60 days of training | $775<br>60 days of training | n/a |
| **Annual Estimated – Halter-Trained**<br>Feed & Care and Training Expenses | **$2,200** | **$10,625** | **$10,913** |
| Training Fees – Saddle-Trained*<br>(Professional) | $1,000<br>120 days of training | $1,950<br>120 days of training | n/a |
| **Annual Estimated – Saddle-Trained***<br>Feed & Care and Training Expenses | **$2,900** | **$20,600** | **$11,850** |

NOTE: Cost estimate sources: AAEP 2012, American Horse Council, BLM adoption contracts as well as subject matter experts in the WHB program. Data compiled 4/2016

*Internal Working Document*



4

BLM_001537

*Internal Working Document*



5

BLM_001538

| | |
|---|---|
| **From:** | Bolstad, Dean |
| **To:** | Linda Smith; Janine Velasco; Bill Gordon |
| **Cc:** | Kristin Bail |
| **Subject:** | Fwd: Attachments: Adoption Incentive Briefing Paper |
| **Date:** | Wednesday, September 7, 2016 11:59:28 AM |
| **Attachments:** | Adoption Incentive Pilot Program BP for the Director 2016.09.07.docx |
| | Attachment 1_Average annual costs to care for and train a horse.pdf |
| | Attachment 2_Ages of Adopted Horses and Burros 2011 to 2015.pdf |

Attached is the updated Adoption Incentive Briefing Paper in different file formats than were transmitted to you last night..  Hopefully everyone can open these new files.  Please note Kristin's email from about 45 minutes ago indicating concern about sharing with OMB and being out in front of Neil.


Dean Bolstad
Division Chief, Wild Horse and Burro Program
Washington Office (WO-260)
(202) 912-7648 Office
(775) 750-6362 Cell

---------- Forwarded message ----------
From: **Hooks, Holle** <hhooks@blm.gov>
Date: Wed, Sep 7, 2016 at 11:51 AM
Subject: Attachments: Adoption Incentive Briefing Paper
To: Kristin Bail <kbail@blm.gov>, Lance Porter <l50porte@blm.gov>, Anita Bilbao <abilbao@blm.gov>, lthurn@blm.gov, Linda Smith <lhsmith@blm.gov>
Cc: Dean O Bolstad <dbolstad@blm.gov>


Hello all - Per Dean's request, I have attached the revised briefing paper and supporting documentation in a more readable format. Feel free to contact me if you have any additional questions.

Thank you,

Holle' Hooks │ Branch Chief │ Division of Wild Horses and Burros │ Bureau of Land Management

│ 200 NW 4th Street, Room 2401 Oklahoma City, OK 73102 │ 405.234.5932 (O) │ 40

5.234.5949 (F) │ hhooks@blm.gov


"Don't be afraid to share your greatness with the world. Each person is created with a unique set of gifts and talents designed to serve and help others. Show boldness and courage as you express those gifts and bless someone else with your greatness." - Cheryl Wood

*Internal Working Document*

**INFORMATION MEMORANDUM FOR THE DIRECTOR – September 9, 2016**

FROM:    Dean Bolstad, Wild Horse and Burro Division Chief

CC:    Kristin Bail, Acting Assistant Director, Resources and Planning;
        Nancy Haug, Acting Deputy Assistant Director, Resources & Planning

SUBJECT:    Wild Horse and Burro Adoption Assistance Incentive Program

I.    INTRODUCTION

The adoption incentive pilot program is proposed to increase the number of adopted wild horses and burros (WH&B) that are difficult to adopt because of their age. The pilot would offer financial assistance through an Assistance Agreement to an individual or organization that would oversee the program and distribute funding to adopters of WH&Bs of older specified ages, who train them to specified standards, and apply for title (ownership) of the animal(s) after providing at least one year of humane care.  The financial assistance would help defray expenses for the care and training of adopted animals and be paid out at the time title is granted.  The program has completed the required documentation to initiate the solicitation however the adoption incentive pilot program has been placed on hold due to the unavailability of a grants management officer to issue a solicitation, make an award and execute an agreement. The program hopes to move forward next fiscal year.

The attached graphs display the ages of horses and burros adopted during the past 5 years.  Three percent of adopted horses were 7 years and older and 5% of burros were 9 years and older.

Gentling and training mustangs and burros adds monetary value to the animals and reduces the risk that they would be sold for slaughter.  In addition, a bond develops between the adopter and animal during the training process that increases the likelihood the animal would be retained by the adopter.

II.    BACKGROUND

The BLM has been adopting WH&Bs since 1971 and has placed more than 235,000 animals into private care.  Over the last 10 years, adoptions have steadily declined to a low of 2,135 animals in 2014. Adoptions increased to 2,631 animals in FY 2015 compared to 6,644 in FY 2004.

Placing wild horses and burros into private care is a vital component of the WH&B program. An increase in adoptions would reduce corral holding costs.  Cost savings would be diverted other aspects of managing our wild horses and burros such as fertility control and or increased removals.

Adoption Incentive Pilot Program
- Issue a RFA solicitation offering financial assistance to an organization/individual to administer the Incentive Program
- Incentive offered for 100 animals currently located in corrals.

1

*Internal Working Document*

- $1,500 incentive paid to individuals who:
    - Adopt a 7 year or older and halter/saddle train
- $800 incentive paid to adopters who:
    - 9 years and older burro and halter train
- Halter trained is defined as an animal that may be approached, caught and haltered in an open restricted area, led safely from one area to another, stand tied, allow its feet to be picked up, and load into a trailer.
- Saddle trained is defined as an animal that has successfully mastered all the components of the halter trained animal and have the ability to be ridden at a walk and trot.
- Adopter must apply for and receive title at the same time incentive is paid out.

III.   POSITION of INTERESTED PARTIES

Some wild horse and burro advocate organizations may oppose the program due to fears that the older aged animals would be more susceptible to sale for slaughter.

IV.   BUDGET IMPACT

In August 18, 2016, over 32,000 horses are located in off-range pastures (ORPs) and Eco-Sanctuaries and over 13,500 animals in off-range corrals (ORCs). Nearly $49 million was expended in FY 2015 for off-range animal care. Costs for animals in ORCs average $1,927 annually and over a lifetime (estimated 25 years) average $48,000.

Attachments:
1 – Average annual cost to care for and train a horse (Infographic)
2 – Ages of Adopted Horses and Burros 2011 to 2015 (Charts)

BLM_001541




# Average annual cost to care for a horse

UNIQUELY AMERICAN.
UNIQUELY YOURS.



## BLM Off-Range Corral

**Untrained**
Feed & Care

$1,927



## At Home

**Annual Estimated**
Feed & Care Expenses

$1,962

**Halter-Trained***
Feed, Care & Halter training

$2,499

**Saddle-Trained****
Feed, Care & Saddle Training

$3,436



## Boarding Facility

**Annual Estimated**
Feed & Care Expenses

$10,375

**Halter-Trained***
Feed, Care & Halter training

$10,913

**Saddle-Trained****
Feed, Care & Saddle Training

$11,850

\* **Halter-Trained** is defined as an animal that may be approached, caught and haltered in an open unrestricted area, safely led from one area to another, stand tied for farrier and pick up feet, and load into a trailer.

\*\* **Saddle-Trained** is defined as an animal that may be approached, caught and haltered in an open unrestricted area, safely led from one area to another, stand tied for farrier and pick up feet, load into a trailer and ridden at a walk and trot.

BLM_001542          Rev 5/03/16

| | Low | High | Average |
|---|---|---|---|
| **BLM Off-Range Corral** | | | **$1,927**<br>12 months<br>Actual 2015 |
| Corral<br>includes feed, supplements, salt, mineral, water and housing facility, hoof trimming, routine veterinary care including vaccines, de-worming and health inspections. | | | |
| **At Home** | | | |
| Home<br>includes feed, supplements, salt, mineral, water and housing facility for the horse | $913 | $1,460 | n/a |
| Farrier Services<br>including trimming and/or shoeing every 6-8 weeks and<br>Routine Veterinary Care<br>including vaccines, de-worming, dental and service call | $700 | $850 | n/a |
| **Annual Estimated**<br>Feed & Care Expenses | **$1,613** | **$2,310** | **$1,962** |
| Training Fees – Halter-Trained<br>(Professional) | $300<br>60 days of training | $775<br>60 days of training | n/a |
| **Annual Estimated – Halter-Trained**<br>Feed & Care and Training Expenses | **$1,913** | **$3,085** | **$2,499** |
| Training Fees – Saddle-Trained*<br>(Professional) | $1,000<br>120 days of training | $1,950<br>120 days of training | n/a |
| **Annual Estimated – Saddle-Trained***<br>Feed & Care and Training Expenses | **$2,613** | **$4,260** | **$3,436** |
| **Boarding Facility** | | | |
| Boarding<br>includes feed, supplements, salt, mineral, water and housing facility for the horse | $1200 | $18,000 | n/a |
| Farrier Services<br>including trimming and/or shoeing every 6-8 weeks and<br>Routine Veterinary Care<br>including vaccines, de-worming, dental and service call | $700 | $850 | n/a |
| **Annual Estimated**<br>Feed & Care Expenses | **$1,900** | **$18,850** | **$10,375** |
| Training Fees – Halter-Trained<br>(Professional) | $300<br>60 days of training | $775<br>60 days of training | n/a |
| **Annual Estimated – Halter-Trained**<br>Feed & Care and Training Expenses | **$2,200** | **$19,625** | **$10,913** |
| Training Fees – Saddle-Trained*<br>(Professional) | $1,000<br>120 days of training | $1,950<br>120 days of training | n/a |
| **Annual Estimated – Saddle-Trained***<br>Feed & Care and Training Expenses | **$2,900** | **$20,800** | **$11,850** |

**NOTE: Cost estimate sources:** AAEP 2012, American Horse Council, BLM existing contracts as well as subject matter experts in the WHB program. Data compiled 4/2016





Ages of Adopted Burros from FY 2011 - FY 2015

BLM_001545

ROUGHLY EDITED COPY

BUREAU OF LAND MANAGEMENT NATIONAL TRAINING CENTER
WILD HORSE AND BURRO ADVISORY BOARD

SEPTEMBER 8, 2016

CART CAPTIONING PROVIDED BY:
ALTERNATIVE COMMUNICATION SERVICES, LLC
PO BOX 278
LOMBARD, IL 60148

* * * * *

This is being provided in a rough-draft format. Communication Access Realtime Translation (CART) is provided in order to facilitate communication accessibility and may not be a totally verbatim record of the proceedings.

* * * *

>>  Okay everybody.  I just want to say we're about to get started.  We are about to get started.  So, I'm going to invite you all to stop your private conversations, all of you -- even you two.  Okay. And let's get settled in and let's turn it over to our Chairman.

>> FRED WOEHL:  Thank you, Kathie.  I appreciate you.  If you all would, I'd like to

BLM_001546

recognize any current active
military or past Veterans and
stand with me and be
recognized.  So if you're a
Veteran or have been in the
army or currently in the army,
would you please stand?
[Applause] Now, I'm going to ask
everyone else to stand.  We're
going to have the Pledge of
Allegiance.
>> ALL:  I pledge allegiance,
to the flag of the United
States of America and to the
Republic for which it stands
one nation under God,
indivisible, with liberty and
justice for all.
>> FRED WOEHL:  Thank you all
very much.  You can be seated.
Thank you all for coming this
afternoon to our Wild Horse and
Burro Advisory Board meeting.
We are very fortunate and lucky
to be here in a state where
there is more wild horses than
any place else in the state

of Nevada.  I have been

counseled council instantly on

how to say the state Nevada.  I

have called it Nevaida.  And I

also -- but I have now learned

how to say it the correct way.

So we're going to do that.  So

every start out this morning,

or this afternoon, we're going

to have the Board introduce

themselves starting with Mr.

Steven Over there.  press your

-- press your button.

>> STEVEN YARDLEY:  Sorry.  I'm

Steven Yardley.  I'm here

representing the livestock

industry.

>>  And my name is Robert Cope

from Salmon, Idaho representing

resource natural -- Natural

Resource Management.

>>  BEN MASTERS:  I'm Ben

Masters from Montana

representing Wildlife

Management.

>> DR. SUE MCDONNELL:  Hi, I'm

Sue McDonnell from Pennsylvania.

And representing the research
position.

>>  [Away from mic] I'm from
Oregon, Veterinarian.

>> GINGER KATHRENS:  Hi, I'm
Ginger Kathrens and I'm from
Colorado.  And I'm the Humane
Advocacy on the Board.

>> MS. JUNE SEWING:  June Sewing
from Cedar City, Utah.  And I'm
a Wild horse and Burro
Advocate.

>> FRED WOEHL:  And I'm Fred
Woehl, and I'm the Board Chair.
And I also represent Equine
Behavior.  Now I'm going to
turn the microphone over to my
good friend Mr. Dean Bolstad,
who will introduce the Bureau
of Land Management staff.

>> DEAN BOLSTAD:  Thank you,
Fred.  I'm the division chief
for the wild horse and  burro
program stationed in
Washington, DC.  Welcome to all
the visitors and member to the
public.  The Board wanted to

come whether hear wild horse

management challenges, so we

are in the heart of north

central Nevada.  And we do

indeed have challenges in the

wild horse and burro program.

So thank you for coming.  And I

hope you all participate in the

public comment period.  So to

introduce BLM staff, John Ruhs,

state Director of Nevada.

John, thank you for you and

your team for hosting a tour

for the Board and some members

of the public came along

around.  It was a great tour.

We got to see what challenges

you all face.  Alan Shepard,

Nevada state lead, stand,

please.  Thank you.  And Jill

Silvey, District Manager of

Elko. Mike Herder, district

manager of Ely.  Melanie

Mitchell, are you out and

about?  I hope I'm not missing

any Nevada staff.  Other agency

personnel, Hope Woodward, United

States forest service.  I hope

Dr. Al Kane is here, but not

in the room.  There he is.

APHIS Veterinarian.  Assistant

BLM.  Our off range branch

chief in Oklahoma, Holle

Hooks.  Jared Bybee, acting on

range branch chief in Reno.

Our production crew back in the

corner that live streams this

meeting across the world.  And

thank you, guys

for being here.  And our

facilitator, Ms. Kathie Libby.

Dr. Paul Griffin, BLM research

coordinator, thanks, Paul.

Jason Lutterman, our public

affairs specialist.  And Debbie

Collins, outreach and adoption

and marketing.  Michael

Reiland, budget analyst in the

the back.  And Gordon Toevs

will be presenting remotely

tomorrow, not here in the room.

And Dorothea Boothe who is

coordinating and facilitating

and putting this meeting on in

the back of the room also.  So
if I miss somebody, stand up
and we'll be recognizing you.
Thank you very much.  Fred,
back to you.

>> FRED WOEHL:  Thank you,
Dean.  We would also like to
recognize Dr. Braid and he's
been on the Board for nine
years.  So if you will stand
up, please.  You're a tough act
to follow, my friend.  Let's
give him a round of applause,
because there's a whole bunch
of folks trying to herd a bunch
of cats and he upside down
that.

[Applause] Now I'd like to
recognize and turn the
microphone over to another one
of my good friends, someone that
has just recently been
permanent in this job, and this
is my good friend Kristin Bail.

>> KRISTIN BAIL:  So I'm having
to learn that as well.  And I
do think that we do want to

have an agenda overview.  Do we
need to have that with you?  So
we'll make sure that is
happening, but I'm Kristin Bail
and yes, as Fred discussed, I
am now permanently the
assistant director for resource
and planning.  And Wild Horse
and Burro is one of a portfolio
programs that I have.  And
I'm personally very gratified by
being able to continue my
involvement with this program.
I have been struck by the
amount of passion, the amount
of engagement, the amount of
commitment that you all
represent.  Because as you will
hear today, there are so many
important parts of this program
that require thoughtful
dialogue, they require action,
they require all of us working
together, you know, on behalf
of having healthy horses on
healthy range lands.  So I want
to thank you and acknowledge

you for being here today, and
for those of you who continue
to be our partners in whatever
capacity you are here on today.
And thank you for that.  And
we appreciate you taking time
to share your thoughts with us
and continuing to work with us.
So I'm going to keep my
remarks short, because we have
a lot of important things that
we want to discuss here today
and to share information about.
And with that, I'm going to
hand it over to Kathie Libby
who is going to help us lead us
through the agenda and maybe
give a few other overview
remarks.  Thank you.
>> KATHIE LIBBY:  Perfect.
Thank you.  So, first of all,
welcome everybody.  Both to our
new people and our returning
friends.  It is just always a
pleasure to show up and see how
many people care enough to come
to these sessions.  And we do

recognize that we have a number

of people watching us on

webcam.  And when I do the

rules of the room, in part,

those rules are designed to

make sure that the folks

watching on the webcam can

actually see something and that

we're not getting in the way of

their ability to do that.  So

just briefly, because the

agendas are available at the

table.  Help yourself to one if

you have not already.  But

we'll spend the first several

minutes today, you know,

getting ourselves set up.  And

then getting a welcome

introduction and some very

useful information from the

Nevada state office in terms of

the Wild Horse and Burro

Program here.  And after that,

Bill Wolf has been kind enough

to join us and he's going to

speak with us about the

Resource Advisory Council in

Northeast Great Basin.  We'll then go through some administrative stuff where we've got some minutes that need to be approved.  And the Board in each instance, in each meeting makes recommendations to the BLM.  And then the BLM responds.  You know, studies them and responds to those recommendations.  So we'll go through the BLM responses to the recommendations that were made at the last session.  And Dean Bolstad will give us a brief, but not the only update we'll be getting this session.  But we'll have a brief update.  Most importantly, obviously, is that this afternoon, from 3:15 to 5:15, we are scheduled to have a public comment period.  You may sign up if you have not already.  Sign up at the welcome desk to speak.  And we do have two hours set aside.  So it tends to work out so that

folks have about 3 minutes to
speak.  But it all depends on
the numbers.  So if 10 people
want to speak in two hours,
you've got a little bit more
time.  If 50 people want to
speak, then you have a little
less.  But we'll have that
worked out for you by 3:15 when
we get started.  And I'll go
over later some of the more
specifics on that.  That two
hours is really, really
important to the BLM and to the
Board.  So please, if you have
some things you want to share,
please do so.  So that's today
and we will end at the end of
that comment period.  I'll just
do tomorrow briefly.  Because
it's a little long.  A lot of
updates.  It's really, really
informative.  So, hopefully,
you can be here with us as
well.  We will have updates
from the forest service, both
our off range and on range

program from BLM.  And a budget
update.  And the folks, the
wonderful folks who do great
work at the Mustang Heritage
Foundation will also give us an
update on their work.  And a
research update from Paul.
Research in this program is
terribly important, as you may
know.  It also takes forever,
as you may know.  So important
to keep up with that.  We just
before lunch, Jason will be
sharing with us the stakeholder
engagement partnership toolkit
we're developing.  And just
after lunch, something really,
really critical for the BLM in
the overall.  Not just the
horses.  Gordon Toevs will be
joining us to go over by phone
land health fundamentals, and a
lot of this has to do with the
extraordinary amount of effort
going into saving sage-grouse
habitat.  And horses and cows
and just about everything else

is an important part of that.

So I hope you will be here for

that.  It will be quite

informative.  The afternoon is

really dedicated for the Board

to share what their working

groups are coming up with, make

some recommendations, and we do

have a few people before we

leave tomorrow that we want to

recognize particularly.  So,

now, as you know, we are all

here to listen, to learn, and

to speak our minds.  But we

want to do that gently.  And we

want to spend a lot of time

listening.  So I'm going to go

over some rules that help us do

that.  And I apologize for

that, but we're terribly

interested in the public's

statements, the kinds of things

you do want to share, and

because we are also webcam, we

also want to make sure anybody

and everybody who wants to can

hear you as well.  So the

session is, most of it is

basically designed as a meeting

of the board.  And, so, except

for the public comment period,

you are really listening.  And

to help us all do that, we ask

a few things.  There will be

enough chairs for you to sit

in.  If you really want to

stand, there's room in the

back.  Feel free to do that.

Very important  that no one at

anytime approach the desk where

the Board sits.  You just want

to stay -- there's a red tape

right here.  And that's where

you want to stay back from.

Okay?  So if you get real

excited and you want to really

kind of want to get in

somebody's face, you just do it

from here.  The media, if there

are any with us, will check in

at the door, and we'll help

them get set up.  There is

spots -- there are spots for

microphones and cameras and

other kinds of equipment.  If
you have a short camera and you
want to sit down with it,
there's a space right upfront
here.  Camera spaces are
designated by pink tape.  Okay?
And we can help you with any
of that.  Very important
though, it is a board meeting,
if you are anybody that is
disruptive in an intentional
way, we will ask you, we will
ensure you are escorted out of
the room so the board can do
its business and you can all
hear each other's comments.
I've already mentioned there's
a sign up at the door that will
be available to you until 3:15.
We would like you to get
signed up before 3:15 so we can
figure out how much time you
have.  But technically, you
have until 3:15.  If you do
speak, and we hope you do, this
is where you're going to sit.
Okay?  If you have handouts

that you want to share with the Board, you're going to leave them at the front table. You're not going to bring them to this table. You're not going to bring them up to the board. We're going to just stay a little bit more organized than that. But you will use that table. And, again, we'll tell you beforehand how much time you have. Hopefully up to 3 minutes, but we'll see. No signs. No placards. No other items that are going to obscure the view the people need of the board. So we really are here for conversation. And let's use that opportunity to listen and learn. The Board will not respond to comments that you make. That doesn't mean that they agree with you. It doesn't mean they disagree with you. It just means that this is your time to speak and

they're going to be doing some

listening.  If at the end of

this session, somebody on the

Board or the bureau wants to

correct an actual factual

error, they may take the

opportunity to do so.  I will

tell you it doesn't happen very

often, because that's mostly

because you're very right.  But

we do reserve the right to do

that to just keep things

accurate.  And largely, the BLM

is really committed.  We didn't

write these things down for

nothing.  So we are very

committed to working with you

and using these rule as our

guide.  Other than that, thanks

again for coming.  I hope you

have a great day and a half.

And I'm going to turn it back

to Fred.

>> FRED WOEHL:  Thank you Ms.

Kathie.  I appreciate it.

Based on what I've seen since

I've been here, we're not going

to have any trouble at all.

This is a great bunch of folks.

They really have made us feel

welcomed.  And in doing that,

we're going to have the state

director of the state of

Nevada, Mr. John Ruhs come up

and talk with us at this time.

>>  And I think coming with him

is Mr. Alan Shepard who's the

wild horse state lead for the

state of Nevada.

>> JOHN RUHS:  Good afternoon,

everyone.  This is John Ruhs,

the BLM state director for

Nevada.  I want to welcome

the advisory board here to

Nevada.  We're very thankful

that you're able to make the

trip here.  Also, for the ones

that were able to participate

in the tour yesterday, I

thought it was a great tour.

So thank you very much for

that.  Also, I want to thank

the national Wild Horse and

Burro team for being here.

Kristin, it's good to have you
here as well.  Members of the
public, we're very  thankful to
have you and the audience as
well also.  So, appreciate
that.  Again, it's very
exciting for to us have you
here in Nevada.  So thank you
for making the request and
being able to make the trip
here.  Yeah, that might work
better.  [Chuckles] Thank you.
So, BLM's mission is to manage
the public lands to sustain the
health, diversity, and
productivity of the public
lands for the use and enjoyment
of present and future
generations.  So what I wanted
to do is to follow in this
mission, I want to kind of
give you an overview of the
Nevada BLM.  And then we'll
turn it over to Alan and he
will talk to us about
specifically the Nevada Wild
Horse and Burro Program.  So

Nevada BLM is the largest

landlord of lands in the state

of Nevada.  We have 63% of the

land area.  We manage 48

million surface acres.  59

million subsurface acres.  And

we have three of the largest

programs in the Burea; the

Wild Horse Program, the Mining

Program, and the Livestock

Grazing Program.  Again, one

thing about public land is that

it's owned by the American

people and managed by the BLM,

so that's important for us to

remember.  For 2016, BLM Nevada

performs its complex and

challenging work on the ground.

We have a lot of statewide

priorities that we'll kind of

get to, some of the highlights

of those.  And we'll talk about

things like wild horse and

burro gathers.  And another

thing that we won't spend a lot

of time on, but one of the

things that happens to us in

this state is, we have a lot of
wildfires.  And as a result,
the wildfires, we have to do a
lot of emergency stabilization
and rehabilitation.  And that
sometimes help us make a move
to restore some of our range
lands back to where we want
them.  Compared to other
states, again, BLM Nevada has the most
wild horses and the largest wild
horse program.  We have the
largest mining program in the
bureau.  And, really, when you
talk BLM, everything that BLM
manages, we have here in
Nevada.  So that's one of the
things about this state and the
programs here is that they're
very complex and we cover the
whole gamut of programs.  So
BLM is given lots of laws to
help us manage these public
lands.  They go back to the
1876 mining law.  1934 Taylor
Grazing Act.  1964 Wilderness
Act.  1970 National

Environmental Policy Act.  The

1971 Wild Horse and Burro Act.

The 1993 Endangered Species

Act.  1976 Federal Land Policy

and Land Management Act.  FLPMA.

That is our organic Act.

And then the 1978 Public Range

Lands and Improvement Act.  As

a federal agency, our purpose

is to implement these various

federal laws.  So everything

that we do is either mandated

by law or authorized as a

discretionary activity aimed at

carrying out the act of

Congress.  So that's our

purpose.  So some of the things

that BLM regulates.  Renewable

energy.  Solar.  Geothermal.

Wind.  Nevada BLM has all of

those.  Non-renewable energy,

oil and gas.  We have some of

that.  Mining, grazing.  So

going back to solar, we have

one of the largest solar

programs in the United States.

Geothermal, we have roughly a

million acres under lease in
Nevada for oil and gas since
2014.  We've had over four
million acres of potential oil
and gas leasing parcels that we
deferred for sage-grouse
habitat.  So that's a pretty
significant chunk of ground
that we've decided to set aside
at least for now in order to
ensure sage-grouse have the
right kind of habitat.  I've
mentioned mining.  Mining is
the third largest industry in
Nevada.  It's Nevada, the
world's fourth largest gold
producer.  And produces about
76% of the U.S. gold is
produced here in Nevada.  Our
grazing program is a fairly
large one as well.  We
administer 677 grazing permits
and leases.  We have the most
public land that has authorized
grazing on it in the BLM.
Nearly two million AUMs are
permitted for livestock grazing

in this state.  But because of
our drought conditions and
other issues, working with our
permittees and oftentimes as
much as 25% of that is in
non-use because of the
conditions on the ground.  So
some of the services that BLM
Nevada provides, again, wild
horse and burro management,
wildland fire, national
landscape conservation system,
areas of special designation,
recreation.  So I talked about
the wild horse and burro
program and you're going to
hear a lot about that from
Alan.  But our current
population is over 34,000 wild
horses and burros on the range,
that's half the wild horses in
the United States.  We have 83
herd management areas in
Nevada.  And 87% of those are
over AML.  Our fire management
program, as of August 30th this
year, BLM had a total of

240 fires that burned 219,936

acres.  Statewide on lands

other than BLM, we had 355

fires consuming 257,000 acres.

So, again, this was as great a

spring as we had with all the

forage we have on the ground,

we've actually had a fairly

mild fire season compared to

some of those historic fire

seasons we've had in the past,

but it still a pretty huge

number when you think about a

quarter million acres that

burned in the state of Nevada

this year.  Again, I've

mentioned our national

landscape conservation system.

Lands in our wilderness program,

Nevada BLM in itself has

three national historic trails.

The California trail.  The

Pony Express trail.  And the

Old Spanish trail.  We have

three national conservation

areas.  The Sloan Canyon, Red

Rock Canyon, and Black Rock

Desert-High Rock Canyon. We
have 45 wilderness areas in
Nevada on just over two million
acres. We have 63 wilderness
study areas. And we have 54
areas of critical environmental
concern. And before I go on, I
want to just make a little plug
since you're all new to Elko.
On the West side of town, we
have a place called The
California Trail Center.
Please take the time to go
visit. Sign the little
register book. Leave a little
donation. It'd just be good,
it's a good facility and we're
pretty proud of that. On the
recreation front, annually,
Nevada has approximately eight
million visitors that recreate
on the BLM land. And we
authorize over 300 special
recreation permits each year.
That includes Burning Man
which is permitted for a
maximum attendance of 70,000

people.  That makes it, when
that event occurs, which
just finished last weekend,
when that occurs, it's the 6th
largest city in the state of
Nevada.  In addition, we have
47 million acres open to
recreation use which includes
equestrian trails and other
uses.  Some of the BLM Nevada's
priorities -- go ahead.
Include our resource management
plans.  I can't really read
that which is probably good,
because I recognize some of the
dates are wrong, but in our Ely
District, we have six districts
in the state of Nevada.  The
Ely District RMP was signed
back in 2008.  So it's a pretty
fresh resource management plan.
The Winnemucca plan was
signed in 2015.  We have a plan
that we're working on right now
for the basin range national
monument.  We hope to have that
completed sometime in fiscal year

'17.  Our Carson City District,

we have a proposed final RMP

that we hope to have out in

fiscal year '17.  Our Las

Vegas, our Southern Nevada

District RMP is somewhere

between draft and final.  And,

so, I don't want to really give

a projection on that date.  And

then we have our Battle

Mountain District and the Elko

District where we have resource

management planning that needs

to start.  Battle Mountain has

actually started and stopped a

couple of times and we need to

get that back on track.  And

the Elko plan, we need to get

it in shape to start moving

that.  Sage-grouse plan

implementation, so in 2015, the

Assistant Secretary signed our

land use plan amendment for

sage-grouse for the West United

States.  We are just in the

process of completing a scoping

process for the sage brush

focal areas which are drawn on
the northern part of the state.
And there was a scoping report
that was released on that in
April of 2016.  But we're
moving forward with that
process.  A big event for us
this last year in 2016 has been
in April.  The United States
Forest Service, BLM Nevada, and
the state of Nevada's
Department of Conservation and
Natural Resources signed a
memorandum of understanding to
where we agreed to work
together to implement the State
of Nevada conservation credit
system as a tool for
mitigation.  And, so, we're in
the process of implementing
that.  We've signed the MOU,
but as the Agency, we're
starting to work together on
getting that actually
accomplished.  Some of the
external outreach that we've
had, we had some meetings to

engage our stakeholders and

partners on the implementation

process earlier this year.  The

highlight for us so far this

year has been in June.  We had

a round of meetings, workshops,

if you will, that were

basically funded, if you will,

or supported by the Nevada

Cattlemen's and the Nevada

Department of Agriculture in

conjunction with BLM, and we

went out and had four or five

of these sessions across the

state where we met with

permittees and we talked about

the implementation of the

sage-grouse plan and the

impacts and how we're going to

move forward.  We have some of

those meetings that will be

held later on this year or

first of next year.  So we have

a lot of work to do on that

front yet, but we are making

progress on some of our bigger

projects.  One of the things

that we're behind on in Nevada
with the BLM is our grazing
permit renewals.  In late 2015,
early 2016, we actually hired a
team of six technical
professionals to work together
as a grazing permit renewal
team.  That team will be
working on our high priority
permits.  Our permit renewal
team lead is Jake Vialpando.
And right now, this year and
next year, they're working on
the first set of permit
renewals that they're focused
on are Arjana Mountain complex
allotments.  And then we have a
list of other allot wants me
that they will be working on as
well.  So -- go ahead.  And
this is my one slide on horses.
Again, I've mentioned before,
we have 83 herd management
areas.  Our appropriate
management level is 12,811.  Our
March 1 population estimate was
34,500. With a population

increase of 20%.  That could be

projected out to be 41,000.

And one of our major issues is

that we are facing a lack of

water, and in some cases forage

and it's impacting some of our

HMAs pretty heavily right now.

And as a final note, of our 83

herd management areas, 72 of

those are at or over AML.  So

with that, questions from the

Board?  Yes.

>>  Quick question.  You said

you have 677 permits, how many

permittees does that represent?

>> JOHN RUHS:  You know, I did

not bring that number.

>>  Sorry.  But --

>> JOHN RUHS:  I will get that

sent to you.

>>  Do you think it's about --

I mean, you know you've got a

bunch of people with multiple

permits.  So do you think

you've got 450 permittees?

>> JOHN RUHS:  You know --

>>  600?

>> JOHN RUHS:  You know, I'm thinking somewhere around 450.

>>  Okay.

>> JOHN RUHS:  That's a guess. But I've got it written down actually in my brief case.

>>  Thanks, John.

>> JOHN RUHS:  I'll get you the number.

>>  All right.

>> FRED WOEHL:  Go ahead, Cope.


>> DR. RICHARD COPE:  John, I know you had several of the districts that are in the planning process or preparing to.  How many of those that are revising RMPs or doing it under the new BLM rules under 2.0?

>> JOHN RUHS:  Well, since the planning 2.0 hasn't been implemented yet, we don't have any of them.  The two that will be forthcoming, Battle Mountain and Elko certainly, if the rule is finalized, they will fall under that and the other

planning process.  They should

marry up pretty well, if the

rule gets passed.

>> DR. RICHARD COPE:  There was

a recommendation from this

board I think two years ago

that the BLM should encourage

the development of

collaboratives similar to the

forest collaboratives that

are going on to bring all

advocates and representatives

to the table.  As planning 2.0

comes into effect, which I

believe it will, it would seem

like a wonderful opportunity to

develop these and have more

public outreach, more public

involvement and help to get

agreement from different facets

and factions on just exactly

how the resources and horses

come under that.  The

management techniques that are

acceptable to everybody, and I

would hope that that happens

throughout Nevada and through

other states as 2.0 comes into
effect.  I think the more
public engagement and
involvement and collaboration
we get, the better the plans
will be and the more defensible
they will be in litigation.

>> JOHN RUHS:  I definitely
concur with the importance of
that collaboration.

>> FRED WOEHL:  Judy.

>> JUDY:  One more quick
question, I believe I heard you
say you have about two million
AUMs in Nevada and at most
times, recently, about 25% of
those have been in the state of
non-use.  Would you kindly show us
a reason for that non-use?
What percentage of them are the
ranges of degregated?  What
percentage of them are
voluntary at the  request of
the permittees for reasons you
don't know?  Or could you kind
of help us understand why those
aren't getting used?

>> JOHN RUHS:  So, I would say
that -- I don't want to take a
stab at percentage, obviously.
But several reasons.   One, we
were coming out of the drought,
so I think during the drought
period, we had a lot of
voluntary non-use and in some,
directed non-use.  So I think
that's part of it.  I think in
some cases, we have rangelands
that are degradated
to the point to where they
don't sustain the numbers they
should.  So that's part of it.
In other areas, I think we have
some producers that are
obviously very good.  And, so,
they know what the range needs
to hold and so they, again,
take voluntary non-use on their
own.
>>  In a situation where there
has been range degradation that
you're talking about, what's
been the primary cause of that?

>> JOHN RUHS:  I would say that in many cases, it's going to be wild horses and burros.  Other cases, it may just be straight drought.

>> FRED WOEHL:  Anybody else have any questions for John?  John, thank you very much.

>> JOHN RUHS:  You bet.  Thank you.

>> FRED WOEHL:  Alan?  You've got a tough act to follow.

[Chuckles]

>> ALAN SHEPHERD:  It's always tough following John.  I'm Alan Shepard, I'm the state program lead here in  Nevada.  I've been here in this position for seven years now.  And started my career in Nevada, in Southern Nevada.  And, really, really have enjoyed my time here.  For my talk, I'm going to cover a couple of little points, some highlights of what our program is trying to do.  Some problems we're having, and

then kind of end the
presentation with some
information about some of our
adoption partnerships that we
really are keen on right now
and going forward and doing
positive things for our
adoption program here in the
state.  It's just not working.
Some basic information about
the horse program here in
Nevada.  We've got nine horse
specialists spread across the
state in our six districts.
When I started my career in
1990 in the Horse Program, we
had 17.  So we're half of what
we used to be.  So we've got
eight or nine folks doing a lot
of work for our program and
trying to spread their time as
much as possible across 83 herd
management areas.  We've got 83
that were managing for horses
and burros, or combinations
thereof.  But we also have a
large number of herd areas that

still have horses and burros on
them that we have to also
manage.  So 83 is a big number,
but the workload is even bigger
when you add in the areas where
we're managing or taking care
of horses that aren't supposed
to be in those locations or
were not planning for
management due to our changes
from HMA to HA status.  As John
said, we've got over 34,000
horses here in our state right
now.  With projections in
excess of 40,000.  In fiscal
year '15, we removed over 1,600
excess wild horses and burros,
primarily due to water issues,
forage issues, various things
like that.  No large herd scale
management operations in the
direction to get to AML.  We
conducted 43 population
inventories.  That's surveying
entire herd management areas to
get our accurate information as
much as possible.  We tried to

average about half of our HMAs
every year.  We monitored
resources, water, forage,
animals distribution, and
things like that on 59 of our
83 HMA last year and we were
successful in adopting 111
animals to the public, other
agencies across the program.
Some targets that we're working
through and trying to
accomplish this year, we're on
track to remove roughly 830
wild horses and burros across
the state.  Again, tied to
mostly resource conditions,
escalating issues we have
across the state.  We should
finish here soon, a roughly 42
inventories.  We'll cover about
50.  I think we'll probably hit
60, actually, on our monitoring
goals.  And our goal this year
is to adopt 110 animals.  We're
on pace to achieve that.  We're
actually at about 100 right
now, including some work with

other federal agencies.  Okay.

Ooh, that map.  That thing

washed out bad.  This is a map

of all of it across the state

in Nevada of where our HMAs are

located.  We've got horse and

burros in every district here

in the state.  And if you can

really see this map better, I

apologize for that.   It shows

our neighboring border

states as well.  And we've got

HMAs across the state that

really -- that are bordering

our neighbors.  We've got -- we

work with our Utah folks, we

work with California, Oregon,

California, we've got HMAs that

border U.S. forest service

territories.  So it's not just

83 HMAs that we deal with in

the state of Nevada.  We're

actually closer to 100 when you

include the California ones

that are in Nevada, but

administered in California.

And then our forest service

territories that we also work
closely with.  Okay.  Some of
our significant challenges in
the state.  The biggest
definitely is the fact that
we're in excess of two and a
half times appropriate
management level for our state.
Horses are going anywhere and
everywhere they want to at this
point in time looking for food
and water.  So extended drought
periods here.  Though the
drought map show that we're out
of drought here in most of the
state, we're still being
heavily impacted, because we're
coming out of four years of
drought.  So we're really
closely monitoring water and
forage and movement of horses
in and out of our HMAs.  So
it's definitely something that
we're tracking as much as
possible here.  Shortage of
water is impacting many HMAs
right now as we speak here.

We've got multiple operations
that we've had to do that I'll
talk about in a second.
Because of shortage water,
where horse and burros were
short on water, and we needed
to do something right for them
to protect their health.
Program budget limitation --
wide budget limitation and
other program priorities is
limiting our ability to achieve
AML.  We have program
priorities that we have to
achieve.  And we need to do
that, but we're doing a lot of
work here just trying to
bandage our program together
and manage the horses.  I think
we're trying to -- I think
we're doing a good job doing
it, but we still need to look
for other avenues, other tools
to use to help us with the
management.  Wild horse
population and burro
populations are expanding daily

BLM_001589

across our state.  They're

looking for food and water.  As

the populations expand, as I've

talked to you about yesterday

on the tour, the population, as

they're building, they're

building outside.  They're

moving, they're looking for new

homes, new territories.  So

we're constantly monitoring and

trying to figure out where

these horse and burros are

going.  The result of that

movement is increasing private

property concerns, public

safety on our highways.  Into

private property, hay fields

and urban areas, they're just

-- they're going about, like I

said, about anywhere they want.

Okay.  This is a set of

drought maps.  The one on the

left is one year ago.  And the

one on the right is the one

from last week.  You can see

that we've, for a third of the

state, 40% of the state

roughly, the drought map shows

we're out of drought.  But, you

know, I truly don't believe we

are.  I still think we're in

the 5th year of consecutive

drought here in state.  It

takes a lot longer than some

nice rainfall in the winter

that grew the grass that we got

this year.  And the a little

bit of water that we retained

to take us out of it.  But

we've got a long ways to go to

guarantee that the range is

healthy for these horse and

burros and all the other

resource and users.  Okay.

These are four pictures of some

problem areas that we have

going on right now here in the

state.  And if we didn't have

water problems and issues that

we have, we wouldn't have

animals stacked up like this.

We've got pot springs which is

in the Ely District.  On any

given, we use trail cameras a

lot to monitor our horses to
document use on different
areas.  And any time of the
day, could you have 40 to  had
head of horses standing wait to
go get a drink.  We've got
Woodhill Springs, which is a
private -- it's on public land.
It's a little tiny mud hole in
checkerboard lands here in Elko
County.  Horses are not
supposed to be there.  It's
a non-HMA area.  But we've got
horses that have moved out of
HMAs on to this area.  And
they're impacting the spring
and getting stuck in the mud
where we've had to do -- we're
actually working on removal as
of today, right now, to remove
the animals that have there
roughly 50 or 60 that are
there.  Cherry Spring in here,
also in the Elko District, down
under Maverick Madison HMA.
Again, it's another little
spring that these horses rely

on that they're not willing to leave even though that the water is down. We've got Howes Lit Spring in Pine Nuts in Carson City. These horses are standing there and wait to go get a drink. They're drinking out of horse hoofs. So they're spending a lot of time trying to get a drink. As I've said earlier, Nevada was for the approved for any large scale management gather in fiscal year '16. Our national priority was our greater sage-grouse, sage brush focal areas and research projects. So any large management gathers toward AML, we weren't successful in getting. This year, we requested gathers in our sage-grouse focal areas which is in Owyhee Complex between, spread between the Winnemucca district and the Elko district. We also requested a large gather in

what we call the Antelope HMA

Complex in the Maverick Madison

HMA to relief horse pressure on

the range lands there, and to

where we were drastically over

AML by over four and five

times.  And then the other one

is revel HMA which is a court

ordered gather that we need to

do to maintain AML according to

a court order.  Some of the

gathers in management projects

that we're working on this year

throughout the course of the

year, and most of these gathers

are, again, related to

escalating conditions.  Water,

forage, public safety, and

things like that.  So we've got

a number of them.  They're,

most of these events with less

than 100 animals each.  Just to

take some of the pressure off,

solve some of the little itty

bitty problems until we can get

something bigger and better in

the future to get us towards

AML.  John went over the
sage-grouse stuff.  I won't
touch on that much.  But it is
going to impact the horse
program in the sense of the SFA
areas being priority.  Okay.
And, again, this map washed out
too.  Sorry.  But this is a map
of all the sage brush, or great
great sage-grouse area habitat
across the West.  And in the
Northern Nevada, I've mentioned
the Owyhee Complex.  That's our
only area of SFA sage-grouse
focal area here in the state.
That is our number-one priority
for management gathers here in
the state of Nevada.  For this
year as well as next year
should we be approved.  Okay.
So let's talk about something
better, I guess.  Our adoption
program is one of the smallest,
really, in the nation.  I've
always looked at it as we're
the producer, not the user, if
you want to look at it that

way.  It's supply versus the

demand.  But one of our

partners that we've got here in

the state is the northern

Nevada Correctional Center.

It's a state agency with the

Department of Corrections.

It's a program that I think is

second to none in what we do.

It's our second largest prison

training program here in the

nation.  We've got roughly 1400

head of horses there right now

in various stages from three to

four-year-olds to 20-year-olds.

We're holding some horses

until we put long-term holding

as space holders.  They do a

wonderful job maintaining our

animals there.  The inmate

training program there, we

train between 75 and 100 horses

a year through that program.

And it was extremely

successful.  We're averaging on

most of our events about $1800

a horse when we train these

horses.  And they go out to
everybody.  We're training for
horses that are going to go to
work ranches, to trail horses,
to backyard pets.  They're
going to be at all avenues.
And we're shipping them all
over the West to adopters.
They're coming from great
distances to pick up these
horses when we hold our events.
And through our partnership
with them, we're about 12 years
into it now.  We've trained
almost 1100 head of horses to
that program and placed them
with the public, and then state
and federal agencies.  Okay.
This is just a couple of
pictures from the prison.  The
upper left corner is just the
interaction between the inmate
trainers and the public looking
at the animals they have
trained.  The picture on the
upper right is one of our
trainers.  He just loves

working with burros, so he

taught this little burro to

jump things and pull a cart and

all that.  And that little

burro was adopted for $2,300.

And then every catalog we do,

we a lineup of all of our

horses.  We do a really nice

line up so the adopters can see

what these horses like like

almost a month ahead of time.

So we always do a lineup of our

horses where they're welcoming

them to come visit.  So, okay.

Through our training program

there, we've developed some

outlier training -- or adoption

program that we're really

building on heavily.  We've got

outside partners now with the

U.S. Border Patrol in several

states in training programs.

But ours is doing really well.

We're training horses for the

U.S. Marine Corp to help our

service men in their training

effort.  Recently, we adopted

horses, the Washoe County
Sheriff Department to use crowd
control and public interactions
and things like that.  We've
sent horses to the U.S. forest
service in Montana and Oregon
within this last year.  So
we're building an outside base
as much as we can to work with
this.  We've got an individual
with a California Game and Fish
Department.  That's an
extremely successful -- I wish
I could hire him  as a
spokesman.  He talks to more
people than any other of us
could ever could.  And he's
promoting Nevada horses in
California doing his warden
work in the back country of
California.  And it's pretty
cool.  So we're -- we're always
looking for new partners of how
to spread our trained horses
around and get that benefit.
So we're going to continue that
into the future as much as we

BLM_001599

can.  This is a few picture of some of those guys at work. U.S. Border Patrol on the upper right-hand corner of we've sent a number of horses to California.  We've got horse that is patrol the Mexican border in San Diego on the beach.  So they get to go to the ocean every day.  The upper right picture is two horses, the gray horse and the  beige horse.  Those were trained at the prison. They're just coming back from hauling dynamite to a trailhead to do some trail work.  So they're being used by the federal government to do good work.  The bottom left corner is the Washoe County Sheriff's troop.  This is from the Reno Rodeo.  This sorrel horse in the middle, this gray on the outside are both northern Nevada correctional trained horses.  And the young officer here, the young lady

officer, she actually just

recently adopted a second

horse to put in so she can use

a second one. So they're

really helping us promote our

training program. And the

individual on the bottom right,

that's Jerry Carnelle. He's

our game warden in California,

and that's just on patrol out

in the middle of the California

back country. So very positive

program there. And it got

really good partners being

developed. Okay. And our last

one that we're going to talk

about a little bit. In the

last two years, Nevada has

joined further with the Mustang

Heritage Foundation and

promotion of the Extreme

Mustang Makeover here in

Nevada. And our other partner

in it is the Reno Rodeo group.

And we've had two extremely

successful EMMs at Reno. We've

adopted 45 horses there. We're

averaging well over $1,300 a

horse.  We've had 1,000 people

in the stand come watch these

events.  So I think it's going

to be a really good thing.  I'm

hoping we can continue that

partnership.  Because it's

bringing in a whole different

clientele into our training

program and looking for what we

can do.  So.  You know, this is

a picture a little bit from the

EMM.  The upper right corner,

or left corner is our winner.

She's actually a trainer from

Arizona.  Kingman, Arizona.

She did really well in the

event on the Nevada Mustang.

Our fan favorite, another

Nevada horse this year, and you

know, these guys just do crazy

things with these horses.  It's

just what they can do in 100

days is really phenomenal.  And

I think the public and the fans

are really appreciative.  So I

think that's it.  Any

questions?  Cope.

>> DR. RICHARD COPE:  Alan,

it's really good to see your

adoption program.  I think

those successes are really

gratifying.  If my memory

serves me correctly, I believe

you said there are roughly

34,000 horses on the Nevada

range.  And last year, you

collected 1,600.

>> ALAN SHEPHERD:  Yes, sir.

>> DR. RICHARD COPE:  And

adopted 111 of those.

>>

>> ALAN SHEPHERD:  Yes, sir.

>> DR. RICHARD COPE:  My math

says that's less than one-half

of 1% going out of adoptions

when you've got an annual

increase of 15% to 20% in

population.  So apparently,

adoption is more than likely

not the pan over panacea here.

As you go ahead and revise your

RMPs, how are you addressing

that disparity?

>> ALAN SHEPHERD:  Well, I think a lot of it is just we're just going to have to take serious looks at where we're managing horses further.  We have to.  You know, forage condition, habitat availability, and make the calls that need to be made.  Look at the tools we can get in and incorporate into the management plans.  Whether if it's increase fertility control or, you know, if it's non-reproducing herds.  Looking at just how we're going to look at management options for adjusting AMLs, and looking at AMLs that we have currently based on resources available and habitat conditions.  So we've got to take a good look at them.  We can't just assume everything is cool.

>> DR. RICHARD COPE:  Well, the problem with that is if you hit zero population growth today,

you've still got two and a half
times the number of horses out
there that you need to have.

>> ALAN SHEPHERD:  You bet.

>> DR. RICHARD COPE:  And BLM
is already made it clear for
the next three years, they're
only requesting Congressional
funding to remove 3,500 annually
nationwide.

>> ALAN SHEPHERD:  Right.

>> DR. RICHARD COPE:  That's
not good.

>> FRED WOEHL:  So I've
wondered, how do would I
address this?  Because it looks
to me like we've got a problem.

>> ALAN SHEPHERD:  We do.  You
know, we're -- we've got a lot
of horses.  We've got a lot of
concerns with the management of
our horses.  But we've just got
to keep looking for the tools.
We have to be open to try
things and show success.  We
can't sit back and just expect
something to be fixed for us.

John and I have had numbers of
discussions on what we're going
to propose to the Washington
program into the future to try
to help with some of the stuff.
You know, and support the
program itself.  We have to.
We're the biggest player in
this thing.  We have more
horses than anybody else
combined.  So we have to look
at the -- at all the tools and
be willing to use the  tools
once they become available.

>>  Alan, I was wondering, when
you talked about the two  and a
half percent, and then you said
on 72 HMAs, or three year or 10
times the amount of horses that
are supposed to be there.  If
these 20% increase trends
continue on in repeated year
after year, you know, the
numbers get pretty astronomical
pretty quick.  With a do you
see as the end result for the
horses, for the wildlife that

BLM_001606

utilize those ranges, and

ultimately for the arrangements

if that occurs?

>> ALAN SHEPHERD:  Well, as

these populations keep

building, the more pressure is

going to be put on the

resources that they live in and

they're reliant on.  We're

going to impact wildlife

habitat, watery sources, water

quality, soil, the soil

component is going to be

impacted.  Because we're going

to be removing the valuable

perennial forage and replacing

it with invasive species and

you know that aren't beneficial

to wildlife, aren't beneficial

to other grazers, you know,.

It's going to impact the horses

and burro's health in

themselves.  They're not going

to get the forage that they

need, the water they need.

They're going to be bulging out

into the other areas impacting

those.  So it's going to be a

continuous building problem

until we find a solution to the

problem to slow that growth

and, hopefully, protect the

habitat.

>>  And as those areas get over

grazed and over used, how is

that going to affect the rate

into the future for those

ranges and herd management

where the horses currently are?

>> ALAN SHEPHERD:  You know,

as the bigger populations get,

they're going to record more

resources which is going to

take those needed resources

away from the other users.

It's going to happen.  It's

happening now.  We talked about

yesterday a little bit about

the -- just in the area of the

tour where, you know, the

allocated AUMs in that area was

roughly 7,000 AUMs for

livestock and horses combined

in the initial settings.  And

we've got 1,100 head of horses
there using 13,000 AUMs.  We're
using almost twice the AUMs in
that area.  And it shows the
impact.  We showed you that
yesterday in the invasive
species in some of that area
building and expanding and
degrading that habitat.  So
it's going to continue until we
find the solution to solve the
problem.

>>  Alan, so last year Cold
Creek herd management area,
where there was dozen of horses
at, you know, at a body square
area of one and two and were
starving to death and there was
an emergency gathered.  Some
horses were put down, but it
was a manageable size herd
management area.  You know,
hopefully, this won't happen,
but say next year, you have a
terrible drought.  You have two
inches of precip, and you have
a situation that happened at

Cold Creek, except for with

couple of hundred horses, now

we have 10,000 horse that are

in terrible body condition.

And you know, we have to enact

an emergency plan on a scale of

not hundreds of horses but

thousands.  Do you have any

type of emergency program for

that kind of situation?  And is

that situation possible?  Could

that happen within the next few

years?

>> ALAN SHEPHERD:  To answer

the first part, we do not have

a plan to that scale by any

means.  I would say the

program-wide, we're probably

not prepared for a catastrophe

at that size to that proportion

of thousands of animals.  You

know, I think we can handle,

you know, hundreds of animals

or maybe less than a thousand

animals, but anything bigger

than that is going to be such a

grandiose scale that it's

something that we need to start
really thinking hard about and
getting into place to have a
thought process and a plan to
about to forward with.  Because
I think it's going to happen at
some point if we continue on
the pace we're going with the
populations building the way
they do.  You know, earlier in
my career, I dealt with the
NELIS, Nevada Wild Horse Range,
NELIS, as it's commonly known.
When we had 10,000 animals
there and lost water, where we
had hundreds of animals dying
and we had to remove lots of
animals in very, very poor
conditions.  I don't ever want
to see that again.  It's just
wrong for the habitat and it's
wrong for the animals
themselves.  But if we don't
find the solution to these
building populations, and
protect the habitat, we're
going to have a catastrophe

that we're not going to be able

to manage.  And I think

everybody realizes that.  We

just have to come up with a

plan to at least help alleviate

some of the problem.

>> FRED WOEHL:  Ginger.

>> GINGER KATHRENS:  Yes, Alan

and John, thanks nor  for

yesterday and your team.  I

think it was a great tour.  We

really appreciate it.  You

mentioned in the area where we

were there were 7,000 total

AUMs?  That is what you were

saying?

>> ALAN SHEPHERD:  There's

roughly that, yeah.

>> GINGER KATHRENS:  How do

those breakdown between the

users?

>> ALAN SHEPHERD:  It was a

little over 4,000 for livestock

and a little over 3,000 for

horses at the high AML and the

permitted use.

>> GINGER KATHRENS:  Okay.  And

you also said that in most of
those cases, there hasn't been
any livestock use for how long?

>> ALAN SHEPHERD:  In part of
it, it was for the last eight
years I think it was, or seven
for sure.  That there was
livestock grazing at all.  And
that was the most heavily
impacted area we were on.

>> GINGER KATHRENS:  Thank you.

>> FRED WOEHL:  I'd like to
thank you both for yesterday.
That was very good to see that
contrast of what invasive
species will do compared to
what it was.  And the thing
that stuck in my mind
throughout the whole thing was
all the water sources that we
saw were private.  And I
appreciate those owners of
water sources allowing the
horses to use them.  But it's
still stuck in my mind all
night, what if they wake up one
morning and say, I'm tired of

them horses drinking my water.

I want it and they go and -- I

mean, that would be

devastating.

>> ALAN SHEPHERD:  Yes, sir.

It would.  If we lose a lot of

the sources that our horses are

reliant on, to control that

elimination access to those

waters, because in most cases,

it is private property, it

would be -- it could be that an

event Ben is talking about.  We

could find a project, or an

area that the horse population

is decimated, because they have

lost their principal water

source.  Where we were at

yesterday, that landowner, that

water certificate holder fenced

that property and secured it,

we would lose access for

700-800 head of horses to water

or more.  And there's nowhere

else for them horse to see go.

>>  the little tiny springs on

the mountain will not support

that volume of horses.

>> FRED WOEHL:  No.  No.

>> ALAN SHEPHERD:  No, they

would not.

>> FRED WOEHL:  No, it

wouldn't.  Julie?

>> DR. JULIE WEIKEL:   Just a

quick question.  On your first

map, the one that is so

difficult to read on the slide.

Is that online?  Because I

believe --

>> ALAN SHEPHERD:  There's

variations of it.  That one, I

just had made the other day

because I wanted my neighbors

on there to show that.

>> DR. JULIE WEIKEL:   So I

could go online and see what

those color-codings mean?

>> ALAN SHEPHERD:  Yes.

>> DR. JULIE WEIKEL:    Enough.

Thanks.

>> FRED WOEHL:  Anybody else

have any questions?

>>  I just have one more quick

question.  You know,

BLM_001615

representing the interest of
wildlife, obviously,
sage-grouse is a huge concern,
you know, to both wild horse
situation and also the grazing
allotments.  What other
wildlife species do wild horses
have a big impact on?  Or are
there any key issues going on
in Nevada right now between the
wildlife species and wild horse
and burros?

>> ALAN SHEPHERD:  I think
depending on the situation,
wild horses and burros can have
an impact on every native
species that's in the state.
Burros will compete with big
horn sheep for water.  Horses
will compete with elk and mill
deer and Antelope for water,
forage and it will
go all the way down on to the
little guys, all the way down
to losing seed sources for
rodents and birds and soil
crusts and things like that.

So it's not just the big
animals that are going to be
impacted if these populations
keep building and the threats
occur.  It's going to be all
species.  It's regardless.

>> FRED WOEHL:  You know, we
hear all the time, member of
the boards receive e-mails and
letters about all the cattle
and the stock, how they're
taken over and all this and HMA
we saw yesterday was what?  A
million acres?  Antelope?

>> ALAN SHEPHERD:  Yeah, a
little over million.

>> FRED WOEHL:  And they hadn't
had cattle or livestock or
sheep or anything on it for
eight or nine years, and the
problem is just as bad or worse.
I mean, no change.

>> ALAN SHEPHERD:  Yeah, it
just keeps building.  It keeps
changing, you know?  It
increases by the year as the
population increases the

BLM_001617

impacts to the lands there.

Correct.

>>  Alan, could you give us
kind of a longer range
perspective in history of the
use of this area?  Because I
know that a lot of lands were
degraded by massive numbers of
cattle and sheep in the past.
So can you kind of give us a
longer picture of it other than
just the seven or eight years?

>> ALAN SHEPHERD:  You know, I
don't have a, you know, not
being from the district all the
time, you know, associated with
it all, but I mean, it's had
historic grazing for sure in
all those areas.  The area that
we were principally in, for the
bulk of the tour yesterday was
an area that has not been
grazed for eight years.  But it
does have a history of cattle
and some level of sheep grazing
across that whole complex.

It's 11 different grazing

BLM_001618

allotment.  We were primarily
in just two of those involved
in the Antelope Valley HMA.
But it's livestock industry is,
you know, very historic here in
the state.  So it's been there.
It's, you know, -- it  was an
important area, I believe.  But
to give a long history of it
would be tough, I think.  Other
than the fact that, you know, it
did have grazing, you know,
since the area was -- has been
settled and then forward to now
but at different levels and
degrees.
>>  I want to follow-up on
that.  How long has BLM
managing that habitat to
protect it from being degraded?
>> ALAN SHEPHERD:  [Chuckles]
We've been trying since 1971.
>>  Thank you.
>>  Chairperson Woehl, I just
wanted to point out at our last
stop on the tour yesterday, as
a reminder going back to the

area we had no livestock of
grazing, and then where we
ended up, we had cattle use, we
had wild horse use, and we had
elk use.  And to remember that
in a more balanced environment
and in a more managed
situation, the range can look a
whole lot different than where
we're completely
out-of-balance.

>> FRED WOEHL:  That's a good
point.  Because it was
different as day and night, the
overall whole thing was -- I
mean, that was -- and that
contrast that you all was very
eye-opening to the Board.  And
on behalf of the board, we
really appreciate that.  That
was one of the best field trips
that I've been on.  And I've
been on several.  And that was
really, really good.

>> ALAN SHEPHERD:  Thank you, I
appreciate it.

>> FRED WOEHL:  Okay.  Anyone

else have any questions?  We
need to move on.  We're getting
kind of up -- kind of behind
and Kathie is giving me the
skunk eye.  [Laughter]

>>  Just really quick, Alan.
With a kind of cost and time
constraints would it take to
rehabilitate that range where
it has been decimated?  Can we
get it back to the right
condition that you like it to
be in that type of situation?

>> ALAN SHEPHERD:  If we can
get it to rehab or restore, I
think naturally, it's going to
take decades upon decades upon
decades without anybody being
there.  You know, anymore
significant damage.  You know,
a lot of those vegetative
communities that are there
aren't easily reestablished by
man in the sense of re-seeding
and things like that.   A lot,
I would believe those would
have to -- you would have to do

your best to let them naturally
re-vegetate, and I think some of
them are probably to the point
now that it would be almost
impossible.

>> Thank you.

>> FRED WOEHL:  All right.
Dean, did you have something to
say?

>> DEAN BOLSTAD:  Maybe I just
I'll add a little bit to the
answer to the question that
Steven asked.  And the question
was how much would it cost to
rehabilitate?  Tremendously
intensive practices would need
to be employed.  Naturally,
it's decades or hundreds of
years before it would come
back, and probably not, as Alan
said.  But if we employee
mechanical procedures and I'm
driving on some cost estimates
to rehabilitate fire areas that
have been burned over and
damaged, aerial seeding cost
are generally $20 an acre,

depending on the seed mixture.

Drilling, depending on the seed

mixture.  And also, in these

areas you saw yesterday

probably require a $35 an acre

treatment to knock down the

cheap grass to prepare it to

drill seed which is probably

$100-$125 an acre, depending on

the to your rain and the

circumstances.  But very, very,

very expensive.  So it's almost

irretrievable, which really

makes the point where we still

have good habitat, we have to

pull out the stops and take

care of it.  Because that's

really what's important at the

end, the very well-being of the

horses are threatened if we

don't care of the habitat they

depend on.

>> Chairperson Woehl, I guess,

again, I want to add as well.

Remember we're talking about

range sites in the 5 to 8

precip zones.  So mechanical

treatments and rehabilitation
that way probably aren't going
to do a lot of good anyway.  So
it's going to have to be either
a targeted grazing kind of
scenario where we've had, we've
seen some success in some of
our areas where we've gone out
with those kinds of experiments
and done some targeted grazing
on cheap grass.  But beyond
that, I don't know there's any
other solution but time.

>> FRED WOEHL:  Okay.  Thank
you both very much.  And,
again, I really appreciate you.
On behalf of the board for the
time and effort it took to put
that field trip together.
John, you've got some of the
best people working with these
horses that I've seen.  And I
appreciate it.

>> JOHN RUHS:  Thank you.

>> FRED WOEHL:  All right.
Moving it along, we're going to
have Mr. Bill Wolf from the

Nevada Northeast Great Basin

Resource.  And he's the Chair

and he's got his co-Chair with

him.  And I am so sorry.  I'm

not very good with names, but I

know your first name is Julie.

>>  [Away from mic].

>> FRED WOEHL:  Okay, thank

you.  Thank you.  And this is

the first time that the Board

has engaged with the RAC at

all.  We think this is a good

way forward, because they're on

the ground.  They represent

local interests, and their

input and their comments to

this board means an awful,

awful lot.  Bill was with us

yesterday, and he showed us

where all the bodies are

buried.  So we have lots of

information now.  So, Bill,

I'll hand it over to you.  And

just feel free to tell us

what's on your heart and RAC's

mind.

>> BILL WOLF:  Thank you very

much, Chairman Woehl.  Again,

my name is Bill Wolf, Chairman

of the Northeast Great Basin

Resource Advisory Council.

Council with me is Julie

Hughes, the Vice Chair.  And I

would again like to express my

deep appreciation for myself

and for the RAC on the

invitation for us to meet with

the board and offer our

opinions and little

information.  Our presentation

is basically going to be a

little bit about the RACs.  One

example of how we're working

with the bureau.  And then some

of our concerns moving forward.

I'm hoping that people could

read and see our map little

better than Alan's.  Sorry,

Alan.  But what this map shows

and is something that Julie

will be talking about in our

presentation, it shows the HMAs

in Nevada.  The red on the map

is the priority habitat

management area for

sage-grouse.  The kind of a

orange or brown, I guess, is

going to be general habitat

management area.  And then the

green is other habitat

management areas.  And, so,

like I said, it overlays the

HMAs over sage-grouse habitat.

So with that, I'm going to do

everybody a favor and turn this

over to Julie.  Thank you very

much.  Julie.

>> JULIE HUGHES:  I don't know

how big of a favor it's going

to be because I've got to read.

[Chuckles] But we have several

opinions, but to save you all

from all of them, we just put

together a presentation with a

bunch of suggestions.  And some

of our opinions and how we

really encourage you folks to

carry on with the Wild Horse

and Burro Management.  Our RAC

is one of three RACs in the

state.  Mojave Southern  Great

Basin and Sierra front
Northwestern great basin are the
other two.  Each RAC consists,
just like you guys, of
individuals representing
different interests on uses for
public land from wildlife to
mining, to wild horse, to
political and more.  Bill
represents public at large and
I remember dispersed
recreation.  our  RAC has a
history of reconvening four
times a year.  Although others
might meet less regularly.  One
of those meetings is a
gathering of all three Nevada
RACs known as a Tri-RAC.  And
generally occurs in the winter
when field trips can be
problematic.  As with the
individual RAC meetings, the
Tri-RAC members may decide to
work on specific issues to
provide the BLM advice on those
issues.  At the most recent
Tri-RAC, three statewide

subgroups were formed.  One,

two address concerns regarding

the wild horse management

program.  One, to look at some

issues surrounding livestock

term permit renewals.  And

another to provide advice on

issues pertaining to the Nevada

Northeastern California greater

sage-grouse approved resource

management plan amendment.

Policy, as you know, is set

statutorily through

Congressional acts such as the

Federal Land Management Policy

Act.  Or the Wild and

Free-Roaming Horse and Burros

Act as well as by the executive

branch of the federal

government.  The best we can do

to provide the Agency input on

how it meets the demands of

policy and procedure.  We do

this through consensus building

within the RAC to come to a

course of action we would

recommend to the Agency.  For

BLM_001629

example, the recommendation
from our RAC to implement the
water canyon wild horse growth
suppression pilot program, a
wild horse advocate on our RAC
would bring a proposal to the
council and convince the
council that this was a good
alternative technique to help
manage population growth in
wild horse herds.  The RAC
forwarded the proposal to the
secretary of the interior, and
we were very pleased to see her
endorse the proposal.  With
your indulgence,  we're
going to give a little bit more
information on the water canyon
wild horse growth suppression
pilot program.  Originally, the
program presented to use the
RAC using PZP, but following
the approval of the pilot
program, the volunteer project
coordinator, Jeannie Nations,
working with agency whiled
horse specialist decided to use

BLM_001630

GonaCon. They felt this drug would be a better choice, because the recommended application rate is only approximately two years. PZP would require the annual gathering of the animals to treat them. The goal of the 10 year pilot program is to stabilize and maintain a wild horse population of 25 to 30 animals within the project area. The test area is about 60 miles north of Ely, and on the east side of U.S. 93. The management number is based on range conditions, water availability, and acreage comparisons as well as seasonal movement of the band during the summer and dryer winter months. Between October of 2015 and December of 2015, BLM gathered 53 wild horses using a feed and water trap. The BLM released 22 horses back into the project area after holding them for

three days.  Mares were

selected for release -- 30

days, sorry.  The mares were

selected for release, were

treated with fertility control

vaccine GonaCon equine, which

has an expected efficacy of

about two years.  On November

12 of 2015, each mare was given

a shot of GonaCon in the hip

area.  On December 12 of 2015,

a second shot was administer as

a booster.  There was no

noticeable swelling or abscess

in the injection area.  The

side effect had been noted as a

concern in other studies.  Ms.

Nations reported that the bait

and trap method was done in a

very humane way and that the

horses were treated well during

the 30 days of holding.  The

released horses were freeze

branded with the FC brand to

differentiate them from other

horses that might wander into

the area.  Whether they join

the band or they with  wander to another.  DNA samples were taken from both mares and the Stallions so the project may determine the genetics of the herd and possibly determine some of the history of this band.  The BLM monitors the treated mares and applies a booster every 20 to 24 months to maintain the vaccine's effectiveness.  The BLM will remove a small number of horses when the population exceeds 40 animals.  Horses selected for removal, approximately 5 to 10 primarily young horses born within the project area will be offered to the public through a trap site adoption.  All 14 yearling and yearlings available from the original trap site were successfully adopted.  The volunteer coordinator has stated that it was no easy task, but it was accomplished with the help of

wonderful people through some
staff at Palomino Valley that
could have been, although, some
staff at Palomino Valley could
have been a little more
proactive in getting the horses
adopted.  All 15 treated mares
have continued to maintain good
health.  Using the Henneke I-9,
horse body conditioning scoring
system, the mares going into
the program in October 2015
scored at about 4.  The GonaCon
did not cause any birth defects
or abortions in the treated
mares.  Some were in the early
stages of pregnancy at the time
of the treatment.  Going into
fall of 2016, most of the mares
seem to be in condition level 6
or better.  This is only the
first phase of the study.  The
next foaling season will tell
just how well GonaCon is
working.  If it is working as
it should, there should be no
foals born next season to

treated mares.  They can be
mainly, there can be many
variables to consider over the
course of the next foaling
season, but we would consider
even in 80% success rate to be
successful.  The volunteer
coordinator is very encouraged
by the early finding of the
study.  She and the RAC see
this as a positive way forward
and a solution for managing
over population in wild horse
herds.  And we hope that might
be implemented in other areas
of the state.  Battle Mountain
District is implementing a
similar project with a ban in
the Rocky Hills area.  They're
using the PZP and darting the
animals as they gather  at
water instead of bait and
trapping and holding the
animals.  However, we feel
these measures are a small step
to resolving a problem that
requires much greater action.

These current measures will do nothing towards bringing wild horse populations to appropriate AML.  Current population levels are demonstratively damaging both the resource and the health of and longevity of the horses themselves.  the Northeast Great Basin Resource RAC members wants to see healthy wild horse herds.  Our mandate, as is the secretary's is for managing healthy ecosystems. This is Congressionally mandated under the Wild and Free-Roaming Horse and Burros Act.  The RAC is routinely shown projects put forward by the Agency and cooperators whose purpose is to improve habitat.  Additionally, we are briefed on agency post fire emergency stabilization and rehabilitation work.  As part of ESR action, cattle use is restricted until adequate forage demands are met.

However, we rarely see the same actions taken with wild horses. The recent drought through Nevada has had huge impact on the resources as well as the animals that depend on it. Nevada BLM was a leader in managing drought impacts with livestock permitees.  Most permitees were asked to take voluntary non-use or adjusted season or length of use in greater sage-grouse priority habitat areas.  It is the understanding of our RAC that little to no actions have been taken in regards to wild horses and their management under the same circumstances.  In response to these conditions, the Nevada Department of Wildlife implemented special hunts.  Like The California desert big horn U hunts, mule dear doe hunts, as well as prong horn Antelope doe hunts. And I'll receive much criticism

BLM_001637

for implementing these hunts, but they were a crucial management tool to keep wildlife populations in check with the current habitat capabilities. Wild horses are the only large animals on the range that is not actively managed to keep populations to appropriate levels. This RAC has written to the Secretary previously encouraging the Agency take actions to reach AML. The purpose of this is to ensure healthy  herds

as well as success of greater sage-grouse action management plans. As all the public land cooperators move progressively towards actions that will not only restore  habitats, specifically to improve greater sage-grouse populations, we also believe these actions are showing the U.S. Fish and Wildlife Service the public land managers are paying

attention and are seriously --

serious about implementing

changes to prevent listing.

The Northeast Great Basin

Resource RAC fully supports the

current determination of

listing a sage-grouse as not

warranted.  However, the USFWS

has been mandated to revisit

the current sage-grouse listing

in less than four years.  We

feel strongly the BLM national

office needs to take immediate

action in herd management areas

that are over population AML.

To ensure that all managed to

benefit the range or -- or kept

at permitted stocking rates.

23% of the priority habitat

management area for sage-grouse

is found in HMAs.  Currently,

only wild horse populations are

allowed to exceed the

recognized or appropriate

stocking levels.  This

imbalance poses a real danger

to undo all the work being done

to meet the requirements upon

between the BLM and the U.S.

Forest Service -- Forest and

Fish and Wildlife. This state

to prevent the listing of the

sage-grouse and a TNE species.

With that in mind.  We want to

extend our support to you to go

a step further and utilize all

fertility control methods in

the toolbox on horses in the

field.  We encourage any type

of PZP application, and applaud

your persistence on your own

going field studies.  We also

encourage you to utilize and

prioritize approved fertility

controlled methods including

PZP and GonaCon in HMA areas

where appropriate management

levels are at, under, or close

to target levels, or where

applications have been applied

in recent years.  We feel those

areas should be a priority for

darting as application should

not be allowed to lapse.  We

BLM_001640

more specifically ask you to
prioritize areas such as the
Rocky Hills HMA and the Battle
Mountain district which has
received several applications
of PZP to date.  We, again,
encourage rigorous collection
of scientific data of the
results.  We encourage the fall
gather plans for the Elko area.
These horses are at  risk and
numbers need to come down to
AML before we have more dead
horses.  The longer horses are
left on the range unmanaged and
over AML, the fewer horses the
range can support in the future
due to the degradation of the
range and damage to the habitat
that supports them and other
wildlife.  We want to see the
overall AML remain where it is
and a  habitat that can
support those numbers.  The
Northeast Great Basin  RAC
recognizes that one of the more
difficult management problems

facing the BLM in Nevada is
that of the wild horses and
burros.  All the herd
management objectives must
continue for the long-term in
order to improve management of
horses and burros, improve
range land health, and foster
cooperative alliances among
agencies, interest groups, and
land users.  We want to
encourage the BLM to look at
spending money on range
restoration.  There is a very
small percentage of the money
within the horse program that
goes back to the range.  During
one of our more recent field
tours, we visited the area of
receding with forage acacias,
[Laughter] As well as native
seeds and protecting spring
sources by fencing animals out
of the spring source and piping
water to troughs in order to
improve the water flow and
water production for all

animals on the range.  We
encourage BLM to take steps in
this direction.  If one never
made improvement or repair to
the house they lived in, it
would not stay standing
forever.  With this analogy in
mind, please encourage the BLM
to rein invest in the resource
as this is the house for all
users of the public land.
Since holding fitters are
adding maximum and short- and
long-term holding is expensive,
we should encourage the BLM to
continue to work with the
Mustang Heritage Foundation and
other groups to enhance
adoptions.  The Mustang
Heritage Foundation opened
adoptions back east by
providing general horses
through the Extreme Mustang
Events.  Please continue this
partnership with the Mustang
Heritage Foundation to
encourage the growth of the tip

trainer program, enhancement of
adoptions, east of the
Mississippi.  We encourage the
Board to seek out other
partnerships to develop
programs like the one with the
Nevada Department of
Corrections which has a
successful history of gentling,
training, and helping with wild
horse adoptions.  The Board
might consider encouraging
similar programs in other areas
by seeking out partnerships
through the country.  It might
find the Nevada Department of
Corrections willing to land its
expertise in developing these
partnerships.  The RAC has not
given up on the idea that there
might yet be suitable designs
for sanctuaries.  And we would
encourage the Nevada Tri-RAC
wild horse subgroup to explore
what has worked, what hasn't,
and other suggestions to the
Agency.  There are numerous

examples of eco-sanctuaries

that may offer a way forward.

We encourage BLM to look at the

education of the public

regarding the horse program.

And public lands overall is a

multi use.  MHF has hosted

speakers at some of theirs

events to discuss the

sustainability of the land and

what it means to have a healthy

ecosystem.  We suggest BLM look

at other partnerships to share

their messages such as the

Safari Club and teacher

workshops.  For example,

Safari Club has a summer

program in place which teaches

youth about conservation.

Would it be possible to partner

with them to have their

workshop include a few hours of

Horse Management 101?  Also

with the teacher education

workshops, such as the one

hosted by the Ely District, it

is possible to incorporate a

little information regarding

horse management within those

programs.  We ask the Board to

explore all these options at a

national level while we work at

the local level.  I believe I

can safely say, we can safely

say that the Northeast Great

Basin  RAC members indeed, all

three Nevada RACs are willing

to work more closely with the

board to reach solutions.

Thank you.

>> FRED WOEHL:  Thank you very

much for that.  Is there

anybody on the Board have any

comments?  Julie.

>> DR. JULIE WEIKEL:  I have a

quick question.  Is your

supporting forage kochia or

the Acacia family of plants?

Which?

>> BILL WOLF:  My apologies,

that was a spellcheck that is

correctly spelled wrong word.

>> DR. JULIE WEIKEL:  So you

are supporting --

>> BILL WOLF:  It should be
forage kochia.

>> DR. JULIE WEIKEL:   Forage
kochia which is a very
different plant than Acacias.

>> BILL WOLF:  It certainly is.
And, again, my apologies for
that quickly spelled wrong
word.

>> DR. JULIE WEIKEL:   Thank
you.

>> FRED WOEHL:  Well, whatever
that was, we ain't got it in
Arkansas.  I don't know what it
was anyway.  [Laughter] So.

>> DR. JULIE WEIKEL:   It's a
big difference.

>> GINGER KATHRENS:  Thank you
so for that report.  I mean,
I'm -- I just absolutely loved
so many of your suggestions.
And what I would suggest that
we all have a copy of it?  And
it is in the book?  Okay.
Wonderful.  Thank you.  So nice
to meet you and spend time with
you too, Bill.  Thank you very

much.

>> FRED WOEHL:  Anybody else?

>> BILL WOLF:  Before I go

though, Mr. Chairman, if

you don't mind, in the

discussions we've had, over the

last two days have been

absolutely wonderful and I've

been really impressed with the

individuals on the Board and

really pleased with the

direction of some of your

conversations.  One of the

issues that's kind of been

coming up just within the last

several hours that I've been

having discussions with other

folks is the one regarding

freeze branding.  And I

understand there's going to be

-- there is some contention on

freeze branding the animals and

there's some conflict with

Nevada branding laws and those

kind of things.  And, so, for

these programs to move forward,

I would hope that the Board

would become more well-versed
in what those conflicts might
be with the state branding
inspector and work with the
state office on helping push
forward resolution on these
difficulties.  Because as part
of these fertility programs go
forward, one of the things
they're talking about is
branding the animals with
specific numbers so that you
can treat it and it's much
easier to track animals.  And
if so, there's going to be a
conflict between the Agency and
the state regarding the
branding itself, then that is
going to be a key thing to
overcome as we move forward
with these projects.
>> FRED WOEHL:  Bill, I promise
you that we will look into it
and I will give you an answer
or get back to you.  And like
you said, you just heard about
it within the last couple of

hours.  This is the first time

we've heard bit.  But I promise

you that we will look into it,

because that's major.  I mean,

we have to have some way to

I.D. these horses.

>> BILL WOLF:  Thank you, sir.

>> FRED WOEHL:  Anybody else?

All right.  Bill, Julie, thank

you very much.  Your

hospitality is just great.  I

spent all day with that man in

a cab, a truck yesterday.  So

I'm a little bit

hard-of-hearing today, but I'm

sure it will come back.

[Laughter]

>> JULIE HUGHES:  Well, I

apologize for making it worse.

[Laughter]

>> FRED WOEHL:  Thank you all

very much.  Thank you.  All

right.  Kathie, we're getting

back on time.

>> KATHIE LIBBY:  We have 20

minutes left.  We'll get done

as much as we can.

>> FRED WOEHL:  All right.  All right.

>> KATHIE LIBBY:  [Away from mic]

>> FRED WOEHL:  Okay.  Dean. Yeah, we absolutely have to break at 3.  I promise you.

>> DEAN BOLSTAD:  So do you want to deal with your minutes as on the agenda or have me go forth?

>> FRED WOEHL:  Oh, I forgot. Well, let's go ahead and -- yeah, let's go ahead and do the minutes.

>>  Move approvals from the minutes from the meeting in April?

>> FRED WOEHL:  And in doing that, Dean, there's a follow-up on some of the minutes on recommendation 8 and recommendation 10.  If you would, those were minutes that you said that you would look into and get back with us on? And I know I'm hitting you

between the eyes with these.  I
didn't brief you on this, but
one was to present to the Board
three to four draft alternatives
to achieve HML -- AML and all
HMAs, and you set you would
duet back to that?  And No. 10
was to develop strategy to
train and use more qualified
volunteers to support wild
horse burro activities off
range and on range.  And your
answer to that was you had
limited staffing and you were
looking into that and would
report back to us.  And, so, --
>> DEAN BOLSTAD:  So, let's
take the volunteer one.  You
made a similar recommendation
that I'm going to go over if we
had enough time.
>> FRED WOEHL:  Okay.
>> DEAN BOLSTAD:  And in part,
the answer is the same.
>> FRED WOEHL:  Okay.
>> DEAN BOLSTAD:  My answer is
a little bit more expansive for

the interest.  And also in
regards to the No. 8 asking for
an evaluation of various
alternatives, I believe it
involved how much money is it
going to cost to conduct some
different management scenarios.
We had worked on those and
have completed some.  And
they're not available at --
today, but we are going to be
getting those to the Board.
Kristin, do you want to comment
further on that?

>> KRISTIN BAIL:  We have
looked at different
combinations, you know, gather
fertility control and one of
the things that has taken some
time is there's a lot of number
crunching.  I'm learning a lot
about this.  And truly,
economic analysis, because we
were looking well into the
future, because, you know,
long-term health and stability
of the horses and of the

program was involved.  So,
that's what we wanted to bring
to you is not just a one year
snapshot, but a look into the
future and, again, because when
animals can live up to 30
years, we make a long-term
commitment to them if and when
they're gathered and not
adopted.  So we've done that
homework and want to bring that
in, that information to you.

>> FRED WOEHL:  Well, good.
Thank you.  It's, you know, as
a board, we feel like that when
we make these recommendations,
there's no sense of making any
other future recommendations
until we resolve these in such
a way.  And that's been the
emphasis that we have worked on
and we appreciate BLM
answering.  Anybody else have
anything on the minutes?

>> I moved an approval a while
ago.  We haven't had a second.

>> FRED WOEHL:  Okay.

>> I second.

>> FRED WOEHL:  We have an
approval and a --

>> Second.

>> FRED WOEHL:  Yeah, all those
in favor say aye.  Or I or
something.  All right.  It's
done.

>> DEAN BOLSTAD:  So, Fred,
Kathie has informed me that we
are going to break at 3
o'clock.  So there is a
15-minute break before public
comment.  With that exception,
I cannot get through the
recommendations in 15 minutes.
We have some options here.
Maybe you read what has been
submitted to you, and we deal
with it tomorrow afternoon with
further discussion?  Or I can
go through what we get through
in 15 minutes?  Or I could do
some opening remarks and
comments deferring the
recommendations until tomorrow.
But I'm at your pleasure.

Whatever you prefer.  I guarantee you, if I read these things like I have in the past, it's going to get to about No. 3 of 8 and our 15 minutes has expired.

>> FRED WOEHL:   Well, I'll tell you what.  Let's allow the Board an opportunity to look at them tonight, and then you -- we can, that way we can grill you pretty heavily tomorrow.

[Laughter]

>> DEAN BOLSTAD:  I expect it. Feel free and ask some things. So that's good.

>>  Mr. Chair, may I suggest that if we jump to Dean's wild horse and burro program update, we are exactly on time?

>> DEAN BOLSTAD:  So, let's --

>>  Can I have a handout?

>> DEAN BOLSTAD:  So for my program update, no.  I have some verbal remarks here prepared and they're not extensive.  They're going to be

rather brief.  If that's the

pleasure of the board, I'll

jump right into that.

>> FRED WOEHL:  Cope, it's a

very good recommendation.  It

gets us back on line and it

keeps Ms. Kathie off my back.

And that's always a positive

thing to be.  So Dean, would

you please give us an update

from the wild  Wild and

Wild Horse

and Burro Program on the

national level.

>> DEAN BOLSTAD:  So my goal

here and what I intend to do

within the next 15 minutes is

kind of outline the major

challenges and issues this

program faces.  None of them

are new to you, but just kind

of a reminder and a status

update on where we're at on

some of those.  And then I'm

going to outline the program

priorities, and what we can and

what we cannot do with our

existing resources.  There will be many more details presented in the off range and on range report tomorrow.  And then finally, I'd like to make some general remarks in conclusion. So the challenges and issues facing the program, it's pretty doggone obvious from what Nevada presented and presentations in the past that we have populations that continue to grow beyond appropriate management level. In 2015 on a national level, we reported 58,000 animals and last April, we hadn't compiled the 2016 March statistics, but those have been done.  And that number is 67,000 nationally. And we need to keep in mind that this spring, since March, there's probably been another 10,000 foals born bringing the on range population to over 75,000.  So, that's three times appropriate management level of

BLM_001658

27,000.  Our next challenge and
issue is -- and this is a quote
from the National Academy of
Sciences 2013 report.   There
is no highly effective
affordable easily administered
fertility control method
available to BLM.  So our third
issue and challenge is
adoptions, even though they
have increased.  It looks like
we're going to exceed last
year's accomplishments in 2016.
But they still have around
26,000 encouraging their up a
bit, but 26,000.  I should have
said 2,600.

>>  I was going to say.

>> DEAN BOLSTAD:  Oh, my
goodness.  [Laughter] I wish
they were 26,000.  So that's a
limiting factor that we're only
able to place   2,600 in good
homes through adoption or
sales.  Our holding cost still
are hovering around 60% to 65%.
That of our total budget last

year, you remember, that there
were 49 million, 64% of our
budget.  And that still holds
true.  We are still constrained
to 3500 removals per year,
about the same number that
leave the system via adoptions,
sales to good homes and then a
natural mortality of those that
are on  pastures and then
holding.  We cannot remove
significantly more than that,
because we will immediately
become financially insolvent
because of the cost to maintain
unadopted animals.  I think I
reported last time, if we bring
in 1,000 more than leave the
system in any one year, if we
bring 1,000, that's about $1.8
million that we take on in an
additional cost of holding on
unadopted animals.  The program
does not have the money to
proceed, and we have absolutely
no authority to exceed our
budget.  So those are the

BLM_001660

challenges and the issues.

Program priorities, what we can

do and are doing within our

existing financial resources,

we're continuing research to

develop new management tools

and more effective

contraceptive methods.  You

recall we've invested $11

million to be expended over the

next five years on 21 proposed

research projects.  Some of

them underway, some of them

proposed to be underway.

That's the first program

priority.  Our second priority

is to reduce holding cost by a

inquiring a more less expensive

pasture and moving animals our

corrals that are old and not

desired for adoption, move them

out of pastures at about $5 a

day into -- move them out of

corrals and move them into

pastures $5 a day versus $2 a

day and in an attempt to save

money, creating money to divert

to on range activities and
operations  to manage horses.
You recommended in the past, we
have a program set up that we
have turned into our
procurement staff to launch a
pilot that involves an adoption
incentive, a financial stipend
that's outlined.  Holle is
going to get into more of the
details, but it's aimed at
adopting some of these animals
that are just beyond the age of
people desiring them, but not
really too old too train.  So
an adoption incentive program
is still a priority through the
program.  That stems from a
recommendation that you made in
the past.  So, also, we're
striving to increase the number
of horses and burros available
to adopters in the east.
That's through the storefront
programs that we've been
talking about.  If we're going
to increase adoptions back

there, we've got to make the
horses more available to the
people.  We intend and plan to
increase the use of Internet
adoptions.  Holle is going to
talk about a revamp of the
software that serves in
adoptions that will be an
improvement, and also some more
expansive use of that new
software.  This is a new and
different thing that I don't
think we briefed you on before.
With the limited amount of
removals at 3500, we are at
risk and  on the cusp of not
having enough suitable and
desirable animals to fuel our
adoption program.  So where we
can, we are targeting and
aiming of the limited amount of
removals to select a removal of
animals that are five years and
younger and that are a much
more desirable to adopt than
many of the older animals in
our system.  We have to fuel

the adoption program if we
expect to expand it.  I think
Ben spoke last time about
having saddle ready animals
more available.  So finally, as
as far as the program priority,
we need to embrace and
encourage new and different
management approaches,
including contributions and
assistance from community
groups.  We've talked about
that before, and it remains a
priority.  So in general, and
in summary here, my final
comments are there is great
urgency for resolution and
determination of a path
forward.  You've seen and heard
about the issues in Nevada, and
they are continuing to
escalate.  I'm encouraged,
because there's an increasing
awareness and conversation in
Congress.  We've been called to
the hill frequently.  It seems
like weekly to deliver

briefings to various
Congressional representatives.
You're aware that there was a
Congressional hearing.  And
I've heard there may be another
hearing scheduled.  So that
conversation and that awareness
is occurring.  And I believe
Congress is going  to be the
key to the future here.  I'm
somewhat cautiously optimistic
that we will have greater
funding in the future.  I'm
hopeful for that.  And that
greater funding will allow
implementation of new tools
that we hope to gain out of
research.  These are extremely
difficult times.  And it is
imperative that everyone come
to the table and begin to work
together for solutions.
Success and a sense of --
success and a sustainable Wild
Horse and Burro Program is
going to be composed of
multiple management approaches.

Not any one thing is going to

solve this.  It's going to have

to involve many things, many

approaches, and the use of many

tools in regards to both on

range and off range.  So if we

remain polarized and can't come

to an agreement, then the

courts are going to decide

where we go, and others are

going to make these decisions

for all of us.  And they may

not be very satisfactory.  So

that's the conclusion of my

comments.  And I'm glad to

answer questions.  I know

there's going to be a lot of

discussion when we go through

some of these recommendations.

And just finally, I guess,

we're aware of all your

recommendation.  We take

them to heart.  And as our

funding allows, we're pursuing

the priorities that you have

recommended.  They are our

priorities as well.  And we're

going to move as fast as we
can.  But it's not an easy
trail to negotiate.  There's a
lot of bumps in it, and there's
a lot of two tracks, and when
it rains, things slip and
slide, and you know, we are
making progress, but it just
seems so slow.

>> FRED WOEHL:  I think we are.
I -- a lot of those
initiatives that you talked
about have been things that the
Board has talked with you
about, have recommended to you,
and, you know, that -- a
unified board is always better
than one that's split.  And
we've been unified to try to
help BLM manage this program on
down to a field level.  And on
behalf of the board, I
appreciate BLM's work that they
have done, because I know it's
not easy.  Because it's not
easy for us a lot of times.
And I appreciate it very much.

Anybody have any questions or

comments for Dean?

>>  I just just wanted to say

thank you for taking our

recommendations seriously.

>> DEAN BOLSTAD:  Thank you,

Ben.

>>  I have a question.

>> DEAN BOLSTAD:  The Board is

kind of our conscience, I

think.  And you're good

reminders and good

encouragement to work in the

priority areas.

>>  As you've stated that

decisions may be made for you.

If they are, how would they be

funded?

>> DEAN BOLSTAD:  Well, we have

no authority to go yon the

boundaries of our funding.

What I meant about decisions

being made, when we can't agree

on a path forward, sometimes

court decisions are made that

aren't very suitable or

acceptable to anyone.  That's

BLM_001668

one thing I meant.

>>  I know, but I mean, say for example, you know, you plan on removing so many horses in your budget.  And if there's so many horses and the court decision says you have to remove more than that, then who's going to pay for that?

>> DEAN BOLSTAD:  The BLM is going to have to figure out how to rise to that challenge.  And it could be the Agency might try to make more resources available beyond those that are allocated for horse and  burro management.  But those are going to be very difficult decisions and we'll have to cross that privilege when we get to it.  Kristin, would you like to add anything to that?

>> KRISTIN BAIL:  I'll put it in two contexts.  I mean, we want to continue to have dialogue with all y'all.  We're going to continue to have

dialogue with Congress.  And we also are, we have an election coming up if anyone didn't notice.  But what that means is that there's a transition.  We are in a process of doing a lot of gathering information and we're going to have new people coming in that we're going to be able to tell our story to. We're going to be able to talk about the Wild Horse and Burro Program and our challenges, and our opportunities.  Things that we want to do together for the benefit of the animals in the range.  So that's an opportunity to talk about, hey, these are some things that are needed, these are some things we'd like to do.  So we're going to take that at one point as new individuals come into the administration and to leadership to talk about what the program needs, what we want for the program.  And I think

BLM_001670

that's a real opportunity.

Transitions are never easy.

But I think that the more

people are hearing our story

and are with us, that gives me

even more hope for what you're

talking about, June, which

would be maybe your willingness

to invest in moving forward in

some areas.

>> FRED WOEHL:  Ginger.

>> KATHIE LIBBY:  And we do

have to  break at 3 o'clock.

It is now 3 o'clock.  So.  If

it's something quickly then

that's lovely.

>> GINGER KATHRENS:  I don't

know if there's a short answer

to this, but did BLM request

less money from Congress this

time around?  And if so, why?

>> DEAN BOLSTAD:  Kristin, you

want to try that question?

>> KRISTIN BAIL:  One of the

strange things about making the

budget is that you do that

several years in advance.

We're actually talking about
2018 even though we aren't even
close to 2018 yet and we'll
also have a new administration.
There are often really, really
difficult decisions to make
when we do budget requests.  We
are given from the
administration and from our
department the amount  that
we are allowed to request.  And
that amount is informed by kind
of an overall cap for the
entire agency and for the
entire department.  So I think
y'all have heard about
sage-grouse and, you know, some
of the west wide work that we
are trying to do and to
accomplish.  That's another
very important effort.  And
those are some of the
trade-offs.  And sometimes you
have to make room in one
program by squeezing another
one.  I don't -- another thing
is that, the President's budget

is an articulation and a

starting point for conversation

with Congress as to what the

needs and programs are and we

continually -- that's why

Congress has hearings on the

budget.  We are continually

able to provide updates and

information.  And also, you

know, make sure that the

current information, since

these budgets are often done

well in advance of the actual

year what you're talking about,

so we want to make sure

everything is up-to-date.  And

as you say, we now have a much

larger number to deal with than

we were talking about in that

budget. So never an easy thing.

We never like having to ask

for less or not -- or ask for

less than what we think we are.

But bigger pictures in mind, a

lot of tough decisions, and at

the end of the day, we have

fiscal responsibility and

BLM_001673

expectation to see meet.

>> KATHIE LIBBY:  Okay.  So

Dean is with us for another day

, as well as Kristin and

everything, and, so, we put

more time in the morning to

talk about those things.  I

would like to invite you to

take a short break.  We will

very clearly try to -- I'm just

going to say 3:20.  Because I

don't want to be silly about

it.  These are very small

restrooms.  It does appear that

we have about 26 people signed

up.  If that doesn't change in

the next 10 minutes, you may

have up to 4 minutes.  Whoa! To

do your public comments. So

come on back.  [Break] Horses

and burro over the time period.

The state of Utah recommends

the advisory board urge the BLM

to manage wild horse and burros

at the minimum AML in all 23

herd amount areas in the state

of Utah.  The BLM should

fulfill its statutory response

by the time by removing at a

minimum 3,884 excess horses in

Utah and return the horse to

the burro population to the

HMAs appropriate AML.  The

state urges the Board to

recommend the BLM to remove at

a minimum additional 500 horses

throughout the state to ensure

we have a thriving ecological

balance in our landscape on our

state's range land.  The state

of Utah request the Advisory

Board to acknowledge the BLM to

identify the cost and ask those

necessary funds in their next

annual budget to address and

throughout the West without the

increase in rate of removal of

horse and burro in Utah.  The

wild horse and burro population

in the state and throughout the

West will continue to expand

thus harming our livestock

produces, wildlife, our healthy

land, and resources.  The state

of Utah will submit a letter to

you and that letter will

reflect and support the

comments that are made today.

Thank you very much.

>> KATHIE LIBBY:  And I thank

each of you very much.  And our

next three commenters include

Dr. Gerald Huff, Betsy

McFarland, and Tom Bernes.

When you're perfectly settled

and you're ready to start,

that's when it starts.

>> AUDIENCE MEMBER:  It's a bit

of a challenge to solve all of

your problems in three and a

half minutes.  But I'm going to

give it my best shot.  I'm a

Veterinarian equine

practitioner from Nevada,

raised in Utah, the heart of

Mustang country.  Let's cut to

the heart of the chase.  We

need to find the funding to

remove excess horses in as much

as possible.  When we're

removing those horses, we need

BLM_001676

to get all the Stallions.  And
the best fertility control is
removal of semen donors and we
should make every attempt to
get the horse population to a
zero population growth.
Castrating Stallions is the
optimum form.  We can return to
the bands the following year
and guild those young
Stallions, and over a period of
few years, we can get the
reproductive rates down to
where we have manageable levels
in these herds.  Numbers that
are acceptable to both horse
enthusiast and cattlemen. Users
of the range, as Dr.
Sprattingly eloquently quoted,
if you're concerned about
genetic pooling, once those
numbers are reached, we can re
seduce Stallions into select
situations where those
populations can be maintained,
and monitored, and managed.  We
have nibbled around the edge of

the population quagmire for the

entire course of the so-called

wild horse and burro issue.

These are feral animals.  They

have to be managed like any

other livestock.  I'm the

ultimate horse lover.  I've

spent my entire career caring

for them and caring about them.

We do no service by allowing

them to starve to death, die of

thirst, if then gather and

corral.  I might make one

suggestion, there's a bit of

additional technology on the

horizon.  We have viral vector

GNRH vaccine which is shown to

be successful in neutering both

male and female laboratory

cats.  It shows every evidence

of being successful in horses as

well.  It  would be a very

good task to do a trial on that

particular piece of technology.

And some already gathered

adolescent horses.  Its

efficacy is particularly in

prepubescent animals and

monitored over the next year or

two and then make the whole

fertility situation much more

manageable in our hands.  I

appreciate your kind attention.

If there's any way that I can

be of any value to you in your

attempts to rectify this

situation, I'm at your service.

>> AUDIENCE MEMBER:  Good

afternoon.  My name is Betsy

McFarland, and I'm the Director

of Eastern Landscape Coalition.

We were established 15 years

ago to facilitate landscape

restoration such as BLM forage

service private to state land.

Our mission is to restore the

dynamic and diverse resilient

landscape of the arid and

semi-arid land through

education, research, advocacy,

partnership, and the

implementation of on the ground

projects.  We envision a future

where the ecosystem of the arid

thrives.  If this will be achieved and maintained with natural occurring services such as fire in combination with other management services.  To this end, we're extremely concerned about the negative impact the current excessive numbers of wild numbers wild horses are having in sage-grouse habitat.  With the majority of herds, exceeding the appropriate management level one to two to three times, we're reaching a threshold.

If we lose these native landscapes, it would have a direct impact on the sage-grouse.  Nevada and much of the West is affected, and as a result of the number of wild number of horses is unacceptable.  With the current horse population, it is not unusual to see large number of horses outside the management area throughout Nevada.

Therefore, it is no longer the
herd management area being
impacted.  They're being driven
away.  And as you  guys heard
this morning, not some of them
haven't used certain areas in
years.  NLC is many of our
affiliates that are reluctant
to work with restoration
projects.  These restoration
project range from removing
stage step communities to
wildfire restoration.  We also
spend considerable amount of
time obnoxiously used control
and vegetative and species.  We
advise to work with Congress
and allow the BLM to exercise
sale authority in order to move
excess forces off the range
land and get the population down
below AML.  The current birth
control program is a tool, but
in order for it to work
properly, the herd management
area need to be at or below
AML.  With the HMA high

population, this is desk end to

fail.  If this happens, not

only the horses lose out, but

so do the wildlife and other

users and ecosystem as a whole.

Thank you for this opportunity

to comment.  And my comments

have been submitted at the back

of the table.

>> AUDIENCE MEMBER:  Thank you

for the opportunity to speak.

My name is Tom Bernes.  I'm a

cattle producer, horse

producer, and a sportsman.  I

also serve as a first Vice

President for the Cattlemen.

and I believe the Board has our

letter on the position of

sterilization.  This has become

an insurmountable problem.  We

need to get the horse numbers

down to appropriate level for

many reasons.  Range

degradation is one thing why I

think it's important.  The

health of horse and wildlife

depend on healthy range land.

Range will  flourish under
proper grazing systems.  The
high number of mustangs roaming
our range land, we've seen
abusive staging by horses as
they're on the the same range
year long, year after year.
The certain soil types, this
will cause trampling damage.
Bunch of communities are not
tolerant to abuse of grazing.
And in these cases, the
ecological slide will
transition allowing the
invasion of early annual grasses
low sage brush.  And this will
bear the spaces where
underground grasses are sparse.
At this stage, grazing could
not be maintained to provide
health.  These ranges provide
nothing for horse life or
wildlife.  This is the path of
management wildlife horses are
headed down.  I think we can
all agree that sick
undernourished animals are

something we don't want to
have.  It is selfish and cruel
to allow these animals to
suffer and starve.  The
explosion of the wild horse
population has occurred because
of sentiment.  And the horses
have become the victim of those
who want to help them.
Domestic livestock are managed
or Magdalene for health.
Wildlife is managed for heard
and range health.  Where is
horse management?  Through
resolution through this problem,
it may be painful in the
short-term, but something must
be done to ensure long-term
success sustainability for all
range land for all who depend
upon them.  Thank you.
>> KATHIE LIBBY:  Thank you
very much.  Next we're going to
have Megan Dixon, Wild burro.
You can correct me  when I get
up here.
>>  [Away from mic]

>> KATHIE LIBBY:  And Julie

Hughes.

>> AUDIENCE MEMBER:  Hi, there,

everyone.  My name is Megan

Dixon.  I also go by the name

Wild Mustang Megan.  Horses

saved my life.  So now I

dedicate my life to help save

them.  You see, I have a very

misunderstood disability that

is invisible.  It is

characterized by inability to

understand how to interact

socially.  This makes me almost

impossible to make friends and

keep friends.   It also made me

a target for my bullying.  The

name of this disability is

autism spectrum disorder known

as Asperger syndrome.  I'm

often asked how it feels to

have Asperger syndrome?  and it

feels like I am in a huge water

and everyone is playing in the

water and I'm underneath the

water struggling with all my

might to struggle to reach the

top.  People refuse to or
choose to see me.  Some prefer
to laugh and make jokes, or
even push me back down as I'm
about to reach the top.  No
matter what I try, I can't
reach the top.  I just want to
reach the top.  I try with all
my might.  However, I fail.  I
since fell into a deep
depression and thought about
ending my life.  When the
pressure and bullying
escalated, I started to
self-harm.  Being thrown into
an unknown world with strangers
unwilling to understand me was
terrifying.  The mental and
physical abuse became too much
and led to post-traumatic
stress disorder.  So at the age
of 15, the doctors removed me
from the school system.  My dad
had -- the reason why I'm here
today is because my dad had
gotten me a rescue horse that
was saved from going to Mexico

BLM_001686

to get slaughtered.  He was
very -- the horse had been
through very tremendous amount
of abuse.  And he took me to
meet this horse.  And as soon
as I looked into the eyes of
this horse, I could see and
feel the healing hands of God.
And this horse led me on this
fight.  And it is now my
mission to do all I can to
educate others on the plot of
the wild horses and to stop the
slaughter of all of our equine.
I really would suggest to -- I
really suggest my friend's
solution that is caught and
reserved through this design.
I believe right now, this is
the answer.  We need to
promote, reserve the sign and
we feed to get this out there.
The PZP, the sterilization,
they're not the answer.  And I
don't believe it is in the
horse's best interest.  Thank
you and God bless.   Thank you.

>> AUDIENCE MEMBER:  My name is
Wilde Brupt, better known as
Wild Burro.  And I live in
Nevada.  You guys have a hard
job ahead of you.  All I have
is my opinion, I guess.  I
don't have a lot of statistics
and stuff.  But since you put
the wild horse on the welfare
role, he's lost his freedom
anyway.  And you canny Kuwait
it to some indigenous people we
have in this country.  I was in
Carson in 1961 when wild horse
Annie was there.  I don't
think this is anything close to
what she was shooting for, but
people are saying they want to
save the horse.  In my opinion,
they are not.  They're the
worst thing that could have
happened to that wild horse.
And I call them wild horses
because that's what they are.
They're not mustangs.  Anybody
who thinks they are, they're
crazy.  They're wild horses.

BLM_001688

Those horses are run and used
and predecessors to a lot of
work horses.  And now they're
interbred and some of them have
some pretty tough genetics.  If
those folks that want to save
those horses would put up and
come up with the money, and buy
a ranch and put them horses on,
it seems like all they want to
do is get into the government's
pockets.  I don't understand
that.  They have got all those
people that say they want to
save the horse, but they don't
have any solutions to it.  All
you want to do is starve them
to death and put them out in
some middle of Nevada where
there's nothing to eat anywhere
and watch them starve to death
and call them mustangs.  It's
just , in my opinion, idiotic.
and the main reason I came
today, you need to do something
with the horses.  I had a dream
the other night.  And I had

this thundering herd running by
me.  And I woke up.  And they
were running into this lush
alpha field and it looked like
heaven, animal heaven.  And I
realized that my need in life
is to save the wild and noble
ground squirrel.  And I've come
today to ask if you can share a
little bit of your money with
me for that ground squirrel.
Thank you.

>> KATHIE LIBBY:  So I think I
misspoke and Julie Hughes did
not sign up to speak.

>>  [Away from mic]

>> KATHIE LIBBY:  Yes, you
would like to?  Okay.

>> JULIE HUGHES:  I expected to
be back here.  But I'm the Vice
President for Northeast Great
Basin Resource.  In my opinion,
I'm a horse woman, I'm a sports
woman, and an avid outdoorsman.
And I spend a lot of time
outside.  First of all, I need
to reiterate.  I'm going to

reiterate what probably has

been said a dozen times.  We

need to deal with what's best

for the resources for all at

use for this land.  Whether it

would be wildlife, grazing,

whatever it is out there.  If

the land only has habitat to

support 10 animals, and it's

not just two or three that's

going to starve, it's all of

them.  Whether it be horses,

elk, or cattle, they're all

going to starve.  They may not

starve to death, but they're

going to starve.  We need to

remove the protection of the

horses and we need to start

conversations.  Thank you.

>> KATHIE LIBBY:  Thank you

very much.  The next three

commenters are Jake Tidbits,

Maggie Ore.

>> AUDIENCE MEMBER:  Good

evening, I'm Jake from the

Natural Resource Manager from

Eureka County, Nevada.  There's

a letter that's been provided
to you through the e-mail and
both physically here today.
You're copied on there as one
of the C C's on the letter.
That is from the Eureka County
Board of Commissioners.  So I
would like to step through some
of the main points that are of
concern to Eureka County.  What
you saw yesterday on your tour
is the rule more than the
exception in Nevada.  You could
block out the next 30 days and
I can take you somewhere else
that looks that bad or worse.
There truly are emergency
conditions in this state
because of the over population
of wild horses.  We hear a lot
of acknowledgement of these
issues at these meetings by
BLM.  But there's never been a
formal acknowledgement of that.
We believe there needs to be,
through the Board, a
recommendation of formal

acknowledgement of emergency

condition and emergency

declaration to allow to move

forward to gather the

appropriate resources to tackle

this issue head on.  The letter

that we provided to you also

goes through and specifically

highlights herd management

areas within affecting areas of

Eureka County.  Many of the

herds in Eureka County expanded,

well, out of their HMAs.

They're on private lands.  We

have informed BLM multiple times

about this issue.  One of the

complex we highlight in that

letter is the diamond complex.

We heard earlier about the

conversations about positive

working groups and bringing the

stakeholders to the table.  I

do want to point out that AML's

and Diamond Complex were set

through a course management

type group of process.  There

were wild horse advocacy groups

involved in the Department of
Wildlife And stakeholders, and
anybody wanted -- who wanted a
seat at the table.  The
ranchers in that situation,
every one of them took a
reduction in grazing numbers
for their new allocation.  And
that came out in the early
2000s.  That also set the AMLs
for the Diamond Complex.  The
only entity that came to the
table that has not been able to
uphold their part of the
coordinated resource management
plan to develop that process
has been the BLM.  Every
rancher has a reduced number
from what they have allocated,
and that is one of the working
group policies.  So that works
within everybody, works to the
table and holds up their end of
the bargain.  We stepped
through all the HMAs in Eureka
County.  I would ask you to
please take a look at that.

And look at the individual HMA issue.  Last thing I want to talk about here is the BLM running  a foul of state laws.  Particularly related to water law is the state law and the Brown law.  But I want to focus on the water law.  There's water hauling taking place as you sit here.  There's water sources.  They're being controlled by BLM where there is no legal water right held for those uses.  And we ask you to look at that.  Please look at the letter and the specific recommendations there.  Thank you very much.

>> AUDIENCE MEMBER:  Hello.  My name is Maggie Ore. Nevada conservation district.  And this came out of the strategy of dust bowl.  They're state government governed by elected residents founded on the philosophy that conservation decision should be made at the

local level.  Federal
government owns 85% of CDC and
service a vital role to pursue
proper management of range land
resources.  The Nevada
conservation commission and
district supplements these
following statements.  It is
essential that all established
solutions to excess number must
be allowed and followed.
Long-term holding is not a
solution but a misuse of public
funds.  The 1971 Wild and
Free-Roaming Horse and Burros
Act should be enforced as well
as enacted.  The Lincoln County
District sees unacceptable
habitat of wild horse and burro
and try to file solutions in
our areas.  In May 2015, we
request our BLM RAC which
states, remove wild horse and
drop herd management area for
those areas that do not provide
sufficient habitat resources as
listed in table 13.  Table 13

BLM_001696

of the RMP herd management
area.  The 2016 census found
1952 horses almost double the
number in less than five years.
Not obtaining five in
contractual agreement with the
American people committed
through the process and ERENP.
Many cities in Nevada are
working hard on the sage-grouse
habitat and melding over
$80,000 from three state
agencies.  The wildlife group
from an important corridor area.
The results of these
projects are in jeopardy by
overuse. I have looked at
previous minutes of your
meetings.  Mr. Harvey stated
that letters are real value and
positive solutions.  Dr.
McDonald wanted to courage BLM
to keep their eye on the goal
with minimal interference.  I
wish those statements could be
true and applied.  But it's
hard to be positive in the face

of such difficult situations.

With only one real solution.

get to AML by all means allowed

from the 1971 Act, including

sales without limitation.  Here

in Nevada, you are the

epicenter of the wild horse and

burro problem.  I cannot ignore

what can be observed by anybody

who looks at Nevada range lands

where wild horses and burros

are present.  Conservation

district stand ready today to

assist by overcoming our range

land while our horse numbers

are above AML.  We cannot come

to a solution until we deal

with the problem.  Please tell

the secretary in Congress

what you saw on the tour today

And   I did submit my

comments in the back.  Thank

you.

>> AUDIENCE MEMBER:  Good

afternoon.  Sheila from the

Pine Nuts Volunteer Group in

the Pine Nuts HMA with the PZP.

I'd like to recommend you

reverse prior recommendation.

Prior to what the other

Veterinarian said, it's

ludicrous to spray out in the

field.  We also would like to

urge the BLM to implement large

scale PZP programs utilizing

remote darting like we do.

Bait and water trapping.  And

helicopter as a last resort and

only when keeping the horse's

social structure intact at all

times.  This can be done with

humane standards and eliminating

per head fee for each horse

brought in and instead modify

to a daily helicopter rate

which might save you money

also.  BLM has told us that PZP

can't be implemented on a large

scale.  We think that is not

true.  In fact, the only thing

that stops BLM from

implementing the large PZP

program is the BLM.  So if BLM

doesn't understand how to

implement this, ask the
advocates.  We're happy to help
you to make it a success on the
range.  We also hope that the
advisory board can steer the
BLM in the right direction.
But please start by withdrawing
the gelding of the horses and
recommended a large scale PZP
program that can work with the
advocacy group.  Along those
lines, they also might think
about compensating ranchers who
want to voluntarily retire
their grazing permit and give
the AML to horses.  One last
note.  Dean alluded to the
mention of additional land
being added to HMAs.  I would
like him and the advisory
council to please recommend
Pine Nuts HMA land, and things
are changed out there.  The
current major land owners are
not opposed to that.  Neither
are the tribal allotment land
holders.  And that's a way to

increase AML which I know is a
no-no today, but in an area
which you sustain horses
healthily, in a healthy
fashion.  It will allow BLM to
have more horses on the land,
safe money in the long-term,
and it's a win-win for
everybody.  Thank you.

>> KATHIE LIBBY:  Thank you
very much.  Our next three
speakers are Devon Blister, Kim
Earhart, and Marie Milimum.

>> AUDIENCE MEMBER:  Thank you,
Committee members.  For the
record, my name is Devon.  And
I sit on the Federal Advisory
Council for the farm view
Federation.  Where to start?
Nevada Farm Bureau would like
to say thank you for coming to
Elko to hold this meeting.
Given the degree to which
Nevada range lands are
severely impacted by the
overpolulation of wild horses,
we think it's warranted that

you come to see us.  Thank you.

Nevada Farmland Bureau policy

developed by our members and

adopted through the annual

policy process has called for

proper management.  We believe

it's essential that the number

of wild horses and burros be

kept at or below AML and

statewide level.  Our policy

also encouraged the actions

that we have taken in

conjunction with the Nevada

Social County to seek legal

action for the failure of the

federal agency to follow the

Wild and Free-Roaming Horse and

Burros Act.  We support the

proposal for the state of

Nevada to enter legal action.

It is extremely frustrating

that the Agencies have no

problem in requiring others to

follow the regulations but

aren't held accountable for

their actions.  Other multiple

users of federal lens will

carry out the extra burden for

the conservation of

sage-grouse.  We're told this

will apply to the wild horse

and burro.  But, frankly, given

the track record of federal

agencies following the

requirement of the wild horse

and burro, we remain skeptical.

We don't know what positive

solutions can be brought

forward.  You've heard the

facts.  You've been on the

ground and seeing watts really

happening.  The BLM is giving

you the science.  You know

where the true position is.

You've also heard a lot of

emotional rhetoric about all of

the -- all of the wonders that

those that sit in a city

cubical can fantasize about

what the wonderful wild horse

is.  A feral animal that

admittedly, the ranching

community knows managing really

well for well over 100 years,

to the point that when the Wild
and Free-Roaming Horse and
Burros Act in 1971, there were
17,000 of them on the range in
the state of Nevada.  And it
didn't cost the BLM or the
public a penny.  How many
millions of dollars have been
spent since then?  How many
horses have been gathered  and
against the law relocated and
transferred and now in this
current situation, Stafford to
deaf or thirsting to death?
It's kind of hard for somebody
simple like me to get my head
around it.  Nevada supports a
healthy thriving population,
but we need sound resource
management.  Thank you very
much.  Thank you very much for
the opportunity to speak to
you.  My name is Kim Earhart
from Pennsylvania.  I am
deeply concerned about the
uncertain future of the wild
horses and burros of America.

I am a 30 year public servant as a letter carrier. Formally known as the Pony Express. As I continue to learn the challenges and concerns relating to wild horse and burro management from the HMAs and other open range lands, two concerns have emerged. Number one, that the humane BLM policy always be given precedence in implementation over immediate quick fixes such as the helicopter gathers and wild mare experiments. Overpopulation numbers in Nevada is not a new problem. Nor did it happen suddenly as if overnight. But as a result of allowing a problem to slowly unbalance out of control, we allowed this. The horses are paying the price. But we have allowed this. And together, we must fix it. We are strong together and we can do this. From wise and thought out

suggestions have been offered

here today.  This is a

multifaceted problem.  And it

must have been multifaceted and

enforced solution.  Number two,

that the BLM budget maximum

funds to a heavy PZP, GonaCon

campaign.  Make use of Nevada's

limited water resources or HMAs

in general.  if starters are

constantly demanding water

resources, the horses will be

naturally forced without water

from the drought.  Then

vaccinate, vaccinate,

vaccinate.  Zero birth equals a

bench full of long-term

sustainable AMLs and healthier

range.  As number of decreases

as the HMA range improves, the

wild horse burro may not be

singled out as the only range

villain and other factors will

be exposed.  And I also wanted

to, if I have time, since I

have been here in Elko, I've

driven over 600 miles all the

way down to 28, all the way
down to Eureka and all the way
up to 93 to Wells.  I've
encountered from the road small
vans, small vans of 7 to 8
adults.  I observed one with a
definitely Stallion.  And they
looked amazing.  And I know
what a horse should look like.
And the range condition, I saw
no animals on the range.  And
it looked the same as we saw
yesterday.

>> AUDIENCE MEMBER:  Thank you
for the opportunity to speak
today.  I'm a little nervous,
so my voice gets really [Away
from mic] And I talk fast
because I have so much that I'd
like to go through.  But just
on my initial statement, I
strongly opposed, am opposed to
field spay or fertilization.
Appropriate follow-up care
would not be possible on the
range or any holding facility.
I vehemently oppose.  And these

are necessary if PZP is used as
recommended by the 2013  NSA
report adds an intermediary data
that is comprised, this
proposed fertility control will
be continued to be challenged
in court and will become a
waste of taxpayers dollars in
defense of it.  Those can be
utilized towards PZP instead of
some sort of, say,
sterilization process.
Management process are
facilitating high population
growth.  That's high population
growth rate that could be
increased by removal by
compensatory growth from
decreased forage.  As a result,
number of animals through
holding facilities is probably
increased by the management of
the horses.  That's in the 2013
NAS report.  Please accept
moving forward in my
recommendation everyone
referenced to the BLM or DOI's

and unduly challenges.  And

wild horse and burro finding

page 10 and 11, the wild horse

and burro lacks the specificity

to guide managers and establish

an appropriate management

level.  The handbook does not

clarify the vague definitions

relating to implementing for

strategies for free roaming

-roaming horse range equines.

How they're monitored and

established are not transparent

to stakeholders, supplemented

scientific information, and

amendable to adoption with new

information and environmental

and social change.  So that's

the report that came out in

2013.  I'm not trying to be

accuse tore, and maybe there's

been progress in that.  I

recommend BLM adopt any stand

off of wild horse or based off

of for minimum of five year

basis moving forward and

justification of any horses or

burro remove.  And they should

utilize the body condition

scoring for horses as a

priority for any of the

removals.  Initially, NAS and

on one HMA, and five year

monitoring program.  Data that

were used in actual use range

condition and trends.

Utilization, precipitation,

range sites, observation.  I'm

not going to continue to read

that, but basically, based on

the scientific information,

based upon these scientific

determination, I recommend for

the health of our entire

ecological system and the BLM's

responsibility to the citizens

of the United States, any

grazing permit object issuance

of removals should be modified

accordingly.

>> AUDIENCE MEMBER:  Debbie,

you're going to tell me we have

one more person remaining.  If

we'll go on this order.  Craig

Downer.  Tammy Pearson.  And

Ramona Morrison.  One more?

That's it.  Okay.

>> AUDIENCE MEMBER:  I was on

the tour yesterday.  My name is

Craig Downer and I appreciate

that on being able to give a

few comments and allowing me to

be there.  I would like to say

that I think one thing is being

overlooked, and that's the

water tables and how they

influence the ecosystem.  And

in many areas throughout the

West, where the water tables

are greatly drawn down by

ranchers and golf courses and

mines, and I've flown quite a

few of these herd areas on

behalf of the wild horses, as

wild horse advocate.  And I

know how dry they look.  And

you can see a rancher with big

pools and lush pastures and

alpha field in town.  And you

can set up these little Islands

for habitat and that would be

for all the wildlife species.
So anyway, my testimony, I just
want to get that in about water
tables.  That should not be
overlooked.  And especially if
the horses are set up in that
way and not allowed to set up
for failure.  Sincere greeting
to all the advisory board and
those present.  I'm still a
faithful believer in fulfilling
the noble and true Wild  Horse
and Burg Act.  I implore each
of you to seriously weigh the
following.  We live in a world
that is rampantly overrun by
our own species.  And our
machines and chemicals that
alter the ecosystem.  Present
population rates have been
increased.  They're
increasingly globalized and in
homogenized society.  And new
technology aimed at exploiting
what remain to the natural
world to the maximum.  All in
order to increase our

population in the comfort and
convenience of our modern
lifestyle.  But left out of the
equation has been the welfare
for the rest of the life that
we surely depend on.  The great
majority of human activities
today come at the expense of
well functioning, healthy and
balanced ecosystem.  These
activities are increasingly
compounded with our increase in
numbers and cast of a poll over
the earth.  We must question
the many livestock and eating
habits that's inflicting the
community about who's health
and vitality we depend on the
future of our well-being.  We
should learn to eat lower on
the food chain such as picking
pine nuts which has been done
to provide nutritious staples
to the Native Americans for
thousands of years.  We must
recognize that it has taken
millions of years to life to

BLM_001713

become established on earth.
First on the sea and then upon
the land, this is established,
but it's made by the
interrelationships of many
different creatures.

>> KATHIE LIBBY:  I want to
apologize to Ken Jones.  But
you will be our final provider
of final comments.

>> AUDIENCE MEMBER:  Good
afternoon.  I appreciate the
opportunity to testify today.
I'm Tammy Pearson from Utah,
and I'm the owner of Pearson
Ranch and BLM grazing owner.
And also the owner of the Rocky
Mountain Elk foundation and
Daughters of the pioneers.  And
I've served for 30 years as a
conservation district manager.
And I've lived in the Southwest
Utah my entire life.  I've been
active in agriculture in
farming, hunting, and private
state, and BLM permit holder.
I've had an agriculture

education from Utah State
University.  And the School of
Hard Knocks.  I've seen the
population of explosion of the
feral horses.  When the horses
exceeded AML over 450% on
average on our area, my
family's property, our culture,
and our livelihood is at risk.
As an avid hunter and
sportsman, I see water habitats
described due to feral horses
in our area.  The wildlife, the
mule, deer, and sage-grouse and
elk are all suffering because
of this damage caused by
overpopulation of horses.  As a
district manager of the Twin M
Conservation District, I'm
concerned about this damage
that our natural resources in
this fragile range is
expansive that it's beyond
repair.  Our district board is
aware and looking for avenues
to improve these situations.
As a citizen of the United

States, the selfish interest groups far out weigh.  If these groups don't understand the management or the impact of the overgrazing can do.  As a county commissioner, I am worn to protect the health and safety and welfare of my county and citizens who live there.  In a small rural county that is 87% that is federally managed land, we're affected by the overgrazing..  This will continue to be an economic hardship, and this will continue to be paid that grazing fees on pastures they're unable to utilize.  My recommendation to this advisory board is to use common sense for solutions.  As a county commissioner, I pledge we are going to do everything we can on a Congressional level to make and bring them out on the ground education.  Bring some actual awareness.  I'm not sure

that the word, that we're

trying to make, the statements

we're making is getting to

Congress.  And, so, we are

having a Congressional horse

tour a year from now in August.

And it's going to be on the

ground in Nevada and Utah

and I'm hoping to pledge that

Utah does not end up like

Nevada in of their horse

population.  Thank you.

>> AUDIENCE MEMBER:  Good

afternoon.  Ramona Morrison.

Protecting the Harvest.  It's

been a long day and we've heard

a lot of comments, many of

which I would like to

reiterate.  Jake Tibit and

several  others said.  But I do

want to touch on couple of

things that we have not touched

on, the protect the heart vest

has been for a long time

documenting some of the

travesties we've talked about

today and I just received a

call yesterday from Eureka

County and J.J. talked about

it.  A number of young horses

dead in the spring as a result

of choking down for lack of

water.  And this is going to

continue.  We have a problem in

the West.  With regard to this,

one animal in that is the only

unmanaged animal out there.

Every other large animals, even

small animals from foxes on up

to elk are managed by the

Fishing Game, or local Game

department or in the case of

livestock, strictly managed by

the regulating agencies in the

point in my own family's case

where they show up at gunpoint

on allegation of overgrazing.

so I think that what we have

seen in the West and

particularly in Nevada, we are

about a quarter of our

permitted livestock number

roughly, because it's hard to

get accurate numbers out of the

BLM_001718

federal agency in terms of

permitted range stocks in Nevada

in them.  However, it is the

rangers in Nevada who have the

ownership of the vested water

rights that are watering these

horses.  So horses that are

dying and it's being watered

based upon the fact that

ranchers are maintaining those

waters for their own livestock

as well as the horses.  In the

case of Austin Valley when our

ranch was shutdown in 1991, all

the water was shutdown.  So

this is the problem for the

horses in terms of water, the

water is coming from the

ranchers.  One of the things

we hear quite often,

whether you're in Congress or

in Nevada legislative hearing

or a public setting is that the

western federal lands could not

possibly be well-managed if it

weren't for the federal

agencies here managing these

lands.  And what we have today
is the gross mismanagement of
this one animal.  In addition
to that, we have everything
from forest where you drive
from New Mexico to Montana to
Sierra of California through
Utah, wherever you go, dead
dying forest, or if you drive
up I-80 from Reno to Nevada,
you see grass, as I can see.
And to follow their own laws
and manage these courses
according to law written by
Congress and remove the horse
to see where you want to take
them as set by Congress in
1971.  Thank you.  And we'll go
from there.
>> AUDIENCE MEMBER:  My name is
Ken Jones.  And I came up here
at 11 hoping to catch you folks
while you were fresh.  I
appreciate the opportunity to
give you a synopsis of my
interaction and association
with the Wild and Free-Roaming

Horse and Burros Act.  After

purchasing and in the Robinson

sheep and cattle operation in

1973, my wife and I moved with

our young children to Elko

County.  And we established our

own livestock operation.  Our

share of the Sorenson Jones

Partnership permitted a BLM

permit for 1472 on the

allotment.  Our newly

designated use and we sold our

interest in the sheep and we

began to process converting our

permit from sheep to cattle.

In 1992, the conversion was

completed.  The BLM concluded

our allotment was better from

sheep to cattle, our permit was

reduced from 1432 to 432 active

AUM.  From that reduction from

1437 to 4543 represented a cut

of 66%.  And loss of 895 AUMs.

Those AUMs were fully purchased

through substantial effort.

They were not a gift from the

U.S. government as some people

seem to think.  One of the

reasons for such a draconian

cut in the livestock, those two

management horse areas were

included within the boundaries

of our mountain allotment.  And

there had to be sufficient

forage for the hit of horses

for those two levels.  In 1998,

the BLM issued their final

multiple use of allotments.

Which management and cattle

horses were outlined.  This

past year, 2015 and 2016, you

need to move rapidly increasing

horse number and we reduced the

cattle usage to AUMs to less

than 3,000.  At the same time,

according to the BLM census,

they're currently approximately

1800 to 2000 horses present on

these two HMAs that include our

allotment.  Those are above

700% determined by the

preliminary to be appropriate

for those areas.  Under the

final multiple use addition,

the BLM has mandated to
maintain the horses within a
range of plus or minus 15% of
AML.  Some areas of allotment
have become unusable for cattle
because of excessive horse use.
Some locations experience from
70% to 80% forage utilization
by horses by the time our
cattle got in the fall.  It
must be remembered that our
livestock are only on the range
six months.  Mid-November to
mid-May each year.  Am I out of
time?  Okay.

>> KATHIE LIBBY:  Sorry.

>> AUDIENCE MEMBER:  Can I just
make one closing statement?

>> KATHIE LIBBY:  If it's
brief.

>> AUDIENCE MEMBER:  Okay.
Simply following the growth of
the wild horse herd will not
solve this problem.  Horse
numbers have got to be reduced
to the appropriate management
level, and then managed to

maintain their numbers within

those levels as spelled out in

the Wild and Free-Roaming Horse

and Burros Act.

>> KATHIE LIBBY:  Thank you so

much, Mr. Jones.  Fred, before

I turn the microphone over back

to you, board members, please

stay seated.  If you're in part

of this -- part of this room,

please stand up for a moment.

Just for a moment.  Oh, I know

you want to.  Come on.  So

you've done an amazing job this

afternoon.  You really have.

And I would like  you to give

yourselves a standing ovation.

[Applause] And we hope to see

you back at 8 o'clock.

[Meeting in recess until Friday.]

ROUGH EDITED COPY

BLM NTC

WILD HORSE AND BURRO ADVISORY BOARD

SEPTEMBER 9, 2016

CART CAPTIONING PROVIDED BY: SHERRIN PATTI

CLOSED CAPTION PRODUCTIONS, LLC

PO BOX 278

LOMBARD, IL  60148

*   *   *   *   *

This is being provided in a rough-draft format. Communication
Access Realtime Translation (CART) is provided in order to
facilitate communication accessibility and may not be a
totally verbatim record of the proceedings

*  *  *  *

The September 9th 2016 wild horse and burro advisory board meeting will begin at 8:00 a.m. PDT.

>> Good morning, welcome back.

I'm Kathie Libby, we had a great session yesterday afternoon particularly with the comment period where folks expressed a lot of very heartfelt views and opinions. And today we have a day loaded with information.

It's always good to ground our opinions in information so we're looking forward to some of the information that will be provided today.

I would like to first of all say welcome back to those of you who are watching us on webcam.

Before I turn it over to Fred and the board, I just want to briefly review the agenda. The forest service update which we'll given with but we won't begin exactly at 8:05. We will have updates from the forest service, an off range update with Holle Hooks. A mustang foundation update and a budget update with Michael Reiland and we'll take a break.

We'll have an on-range update and research update.

So you're going to get updated all day.

And just before lunch, Jason will be sharing with us the stakeholder partnership toolkit which you'll find very interesting.

We will take lunch hopefully at noon and the one slight change on the agenda is the recognition ceremony scheduled is going to be held immediately after lunch so 1 o'clock that will occur for about fifteen minutes.

We'll then have a call in by Gordon and that is related to land health fundamentals. Something we heard a lot about yesterday.

Again, a break and before the board goes into its working groups Dean will pick up on what we didn't get to yesterday which is BLM's response to the board's recommendations at their last meeting.

So we'll do the BLM responses to the recommendations and then the advisory board will propagate their current new recommendations.

Then, sadly, we will adjourn?

Okay?

Fred.

>> Fred Woehl: Thank you.

We appreciate it much.

We appreciate everyone coming back today and appreciate again the opportunity to be here.

As a result of all the public comments that we got yesterday and the comments that we got in the mail, I've asked my co-chair, Dr. Sue McDonald to address some of these first thing this morning and she's going to -- I'm going to turn it over to her at this point.

>> Sue: Thanks, Fred.

I want to thank everybody for their comments yesterday.

They're very helpful in this particular round of comment was quite outstanding in terms of the positive suggestions and for the most part the misinformation that is always difficult to handle when we know people are very upset about things and it's based on misinformation that we understand gets out there and with the internet gets spread.

I also wanted to mention the large number of public comments that came to us in

writing either through the BLM address or directly.
 We read them all.
We often get together and talk about them a couple of us at a time and so we take them all to heart and those also I thought, maybe others have comments.
But my impression was they're much more positive in tone in terms of suggestions and many more personal rather than form letter type suggestions.
So I would also like to give a shout-out to Debbie Collins and others who worked on the website.
I just checked into that yesterday and if you Google BLM myths and facts you can go right to a page that will help with getting the truth on many of the issues that continue to be spread, inaccuracies about the program.
About our role, about what the BLM can and can't do.
So -- I'll leave it at that unless anyone has anything to add about the feedback we've had.
>> I'd like to add something in that set.
There's a volunteer organization that came to the subcommittees yesterday.
And said, you know, we're here to help.
We want to help and provided lots of good information packets.
Thank ya'll for coming and offering up your assistance for the BLM.
>> Julie: I would like to call everyone's attention to the editorial in the Elko paper yesterday with respect to this program.
Actually the headline is it says the horse program at epic low.
But when you read the just of the editorial it's actually kind of positive and wishes us good luck in our problem solving efforts and I'd like to -- if it's at all appropriate, introduce this editorial as one of our public comments because it certainly reflect s this community.
>> I don't see any problem with that.
>> It was very gratifying for me since the first time I've been on this board I heard almost consensus where people now realize we got a problem and we need to do something about it.
There's still considerable disagreement about what we do and how we do it.
But at least for the first time I see everybody recognizing that there's trouble.
And it's no longer just brewing on the horizon, it's here.
I'm really happy to see that people are coming to that conclusion as we sit down and actually have proper progressive discussion about how to handle the problem and quit arguing about whether the problem exists.
>> Do you have any comments.
>> Ginger: Well I would echo what Cope has said.
I think almost every comment that I heard had value, I think.
And I also, again, the tour was very enlightening.
And there are real serious issues with the numbers of horses in Nevada.
But I think we have some pretty exciting new volunteer efforts that could get people out in the field in a very proactive way to help and I know that's what I'm all about trying to help.
So thanks to everybody.
>> Fred Woehl: June?
>> June: I'd also like to tag onto what Cope said.
I -- I felt so often in the past people have said that there's a problem but they haven't -- that haven't done thing and we should do things but offered no solutions.
I noticed yesterday that many of the problems with that were addressed also had

some substantive way to address those problems so we really appreciate that.

>> Fred Woehl: Thank you.

One thing that was interesting to me and I'm going to bring up this morning is the fact that there were several folks asked about an emergency declaration and that.

My background for 36 years I worked with the U.S. Department of Agriculture in the loan area and we had lots of emergencies and that helps with low interest loans and things of this but I'm not well acquainted with what that means to the bureau of ad management.

I'm going to ask Dean this morning if he has any idea or if held get back with the board within thirty days on what that would entail.

What it would do and if it's something that we, as a board, need to look into.

I know it has to come from a ground level but like the local rec.

But if we as the board it would help and is something realistic the board would entertain making that a recommendation or a letter or something like that.

>> So I'm not familiar with the details of declaring an emergency for reasons of wild horse overpopulations.

I'm more familiar with the process for drought and moneys that come to local counties and how that process works so we'll commit to looking into that and I don't know the answers today but it's been suggested three times in the audience so there may be something out there.

>> Fred Woehl: If you would research that and get back to us I would appreciate it.

I would be more included to do and I am just thinking out loud now and the board members feel free to jump in.

We have a unique situation here where we not only have too many horses but rain degradation due to drought and things of this nature and not necessarily do this emergency as strictly a wild horse emergency.

But maybe let the wild horse situation tag team on the drought and the range and things of that nature.

Does that make sense.

>> Dean: It does, it's about the health of the land and the future and all that.

And sustainability.

All the things that were talked about yesterday.

>> Fred Woehl: All right, thank you, board, for your thoughts this morning.

Kathie, I'm sorry for taking your time this morning but these things like this need to be said and expressed and Sue told me this morning when I talked to her, she said it is our board meeting so if you have any problems take it up with her I'm sorry, I got wrapped up in that.

Hope, we're glad you're here from the Department of Agriculture and I know you got some good stuff to share so please, feel free to just jump in.

>> Hope Woodward: I'd like to thank for you for being able to give the update.

I'll give an overview and give updates on forest level activities and discuss greater and bistate sage-grouse conservation as related to forest service and what came out of the decision in September last year.

So first of all just an overview of the territories.

This isn't the best map here.

This is also on our website right now.

You can go to the forest service website and see where the territories are.

Overall there are 34 active wild horse and burro territories.

Two million plus acres and 53 total with 19 inactive.

Overall current population is about 6,000 wild horses and 900 wild burros.

As far as Nevada goes there's approximately 2300 wild horse and burros in the territories and that is about two and a half times over AML and about 20 active territories and 9 inactive territories and approximately 1.5 million acres.

About 307,000 are inactive.

As far as staffing goes for the wild horse and burro program and service we have one new manager, myself that took over some of the duties of Barry I. and based in the Washington office as of May and the interregional coordinator Tom's former position.

There hasn't been an outreach in Utah but that's expected and expect someone to hire in early 2017 and as far as region three which is the southwest region in Arizona and New Mexico currently wild horse and burro specialist is being outreached for and will go on for about a week or more.

And that position will be based in the Albuquerque office and the duties will be part wild horse and burro.

And just a brief overview on the wild horse and burro and the lands and more information as far as the funding base when I discuss cooperation with BLM.

Right now we're main focus is completing an NEPA on management territory plans to improve the management level and to review management plans that perhaps didn't go there NEPA recently and work on implementing the management actions. The management actions that we're looking at basically is working on gathers and helicopters, adoptions or sales.

And then adopting forest horses off of territory and out of BLM long-term holding and then certainly really key about anything -- about being able to do anything is the need to partner with local communities.

As well as external outside of local area and the state government and other nonprofits and supporters.

In terms of the cooperation with BLM since 2013 we kind of shifted past in terms of forest service branching off and not having engaging as actively with the BLM in terms of the BLM doing adoptions and doing gathers and doing management for forest service.

And so our focus then has been on, main funding is about 1.1 million dollars this fiscal FY 16 is down from 1.3.

And that goes towards long-term holding costs.

For BLM or we keep forest service horses managed in long-term corrals that's about 266 in the end of FY 15 and in long-term pastures are about 771.

As of nine, the end of September 2015 and actually that number's a little bit -- has dropped or includes 49 horses that were taken out of long-term holding by the national forest at the end of this August, July that have been adopted, sold to gentling contracts.

So we want to remove these horses from long-term holding it's a very large number but anything that we can do.

The activities have been very helpful.

In terms of working with BLM, one of the goals that we have is to increase the use of the population control methods.

The BLM and forest service have been signing an overview with The Humane Society of the United States with the respect and use of immuno contraceptives as a key component with the national forest and with BLM.

Another key point is increasing coordination in joint management areas.  And so we've been working on BLM forest service on cooperative management on joint management areas that we're hoping will get signed in early fiscal year 17.

And that we see as a path that will help to increase coordination and use of service first agreements with BLM forest service although there are limitations working together right now due to appropriations that limits the BLM in terms of sale authority.

And that we are not putting any further funds into long-term holding of wild horse and burro but there are pathways that we can move ahead for and I feel optimistic about that and feel the forest when they see in BLM field offices when they see that the MOU is signed I think that will open up a little more flexibility.

And see the ability to move ahead and work together.

Moving onto updates in first activities.

I'm going to be discussing some of the areas where we do have management plans.

We're working on where there are gathers going on and just an update here.

It's 8:24.

What time do I have?

What time do I end and when's the next person on, please?

>> (Speaker far from mic).

>> Hope Woodward: So, I'm going to leave this on here I could send you back to the next one.

The next slides are on sage-grouse conservation so they'll mainly discuss that so I'm going to be just talking now and these are also, my notes are available, I can send them digitally to the board.

So starting up in the north, there's a big summit, wild horse and burro territory in Oregon in region six.

About 27,000 acres.

This wild horse territory is about two times of AML and the herd is genetically viable.

They're working with a central Oregon government council to get the plan revision and setting AML and expecting the need for process will be completed at the end of fiscal year 2018.

They're starting to administer PZP and there also have been partnering with the wild horse coalition.

And prior to 2013 that coalition helped with adoptions.

>> Another territory is Murderers Creek and this is kind of a joint management area.

They're working on revising the management plan and they're expected to scope in early 2017.

And the population is about two times over AML.

The forest itself is needing to develop technical capacity and to build public support but they are slowly moving ahead.

And we have actually teams we funded to help with the AML.

Issues there certainly are with court order to reduce wild horse and burro related to the endangered salmon and also the court order with a permit.

They have removed wild horses off of private land and they're working about developing technical capacity and they've been turning those horses back onto the territory.

So that's an area that has issues I think within signing of the BLM forest service MOU on JMA I think that will encourage them to work a little faster on that.

Devil's garden in the Modoc National Forest.

Modoc had the greatest number of excess horses in any territory.

2016 population were six times over AML and the management plan has been completed.

Wild horse gather by helicopters planned for removal off of private and tribal lands

sometime in mid-September.

Contract hasn't yet been awarded.

We don't have a firm date on that.

I expect they'll be treated with PZP.

This as I noted is a working as service first agreement with the BLM and the BLM is going to be conducting adoptions out of Litchfield corrals and also the CRL for the helicopter gather.

There's a Facebook site where you can look at the horses available for adoption. Eventually have those up.

 But there's also information about adoption success stories of the Modoc wild horse which is generally a sturdier draft type horse confirmation.

They've also been working on a collaborative group.

And they're expanding long-term solutions with ecological concerns.

I'll be discussing about seven or eight of these brief snapshots on wild horse territories.

There's another in region three at about 24,000 acres.

There's the national forest of the territory managed using PZP and they have gentling contracts out.

They remove horses using the VLM contracts and they have successfully conducted adoption to good homes.

There's also a cost share agreement to help with gentling and adoption.

As I noted earlier they removed horses and sent them out for gentling.

Moving on, into region four, north hills, wild horse territory which is also a jointly managed area with BLM BLM.

Region four about 23, 365 forest service.

There's new plan to work together with BLM to do NEPA together with the wild horse complex.

This has an been area where having that BLM forest service joint management plan will encourage more activity, action on getting that done.

We've had ongoing issue of wild horses on an active allotment and since 2014 the horses are there to date.

They have plans to do like a capture objective of the 15-30 horses and remove half of those in 2016-17 with a similar number of horse removals in 2017-18.

Then another -- into Nevada.

The spring mountains wild horse and herd management project EA is currently being worked on.

That is here in Nevada and about 164,000 acres.

Don't have a good number.

I think it's really approximate.

75-80 are on national service forest lands.

And this is about the horses from cold creek.

They are working on a joint area managed project.

The public outreach is expected to commence in mid-October and run through mid-November and signature isn't expected until June 2017.

Other management plans are the wild burro and the monticris to wild horse and to have them, again start up in 2017.

Fiscal year '17.

Then moving on into region three, again, back, discussing the Heber allotment.

In Arizona at 14,000 acres.

These issues were trespassed horses from White River Apache and others migrated

after two large fires post-2000 and those contribute to removing barriers and also realizationalists.

They want to reach the fence barriers.

The territory was believed to be vacant prior to the fires and then there were 250 horses in the forest, plus twenty on the Heber territory and 122 horses on the Apache National Forest.

There's a management plan revisioned for the forest was appealed and the demands have been met.

And that's cleared the way now for work on the management plan and the forest is developing a communication plan and collaboration process to determine management plan actions.

With expected scoping at the end of 2017.

Just reviewing some non-wild horse, just stray or abandoned horses and these are horses that are not protected by the Wild Horse and Burro Act and considered trespass animals.

The herd that house bill 2013 was signed in May 2016 which makes it illegal to shoot, kill or slaughter a horse that is part of the Salt River horse herd.

The assumption is that there are at least 100 horses on forest service land only.

With 300 on other lands.

Management is dependent on signing an MOU with the state of Arizona and the forest service and region three has submitted the MOU to the state for them to complete and the horses are not yet the forest service or Arizona responsibility.

Management is currently limited to forest service, State Department of Agriculture and local sheriff convening when there's an issue and the Salt River management group is taking horses to the vet when there is an issue after administering PZP.

That's the end of my summary on some of the management actions right now for the forest service.

>> Question, are these new management plans being done on the project level, plan revision or plan amendment

>> Hope Woodward: Yeah, that's a good question.

I think that came up the last time.

I think it varies.

I think the one on the Humbolt, the spring mown town is 2019 and I think these are being done.

Since this is project level then they're the -- they're the 2-18 objection.

My understanding is that.

An amendment three to a plan which is amending the forest service plans then that's under the 219 but the others are the 2-18 objection process because they're project level.

>> It's been a big issue since the Tongass did a forest plan that drew a lot of attention.

We're still trying to straighten out the difference between amendments.

That's why I'm asking are these management plan changes done at the forest level or the project level?

It's a huge difference.

>> Hope Woodward: Yeah I can address that and I can look into that issue.

I don't think that that's -- and I can get that information to you.

It's fairly clearcut.

There are some things that come up when things get appealed if they start out let's say on a 2012 and then they have to go into the 218 process, the objection process

and then they have to go into 2019 so there have been different questions related to that and I can certainly begin to document that or look into each of the plans and understand what processes there are.

>> You're talking the objection process and then doing this under the 2012 planning rule because we got objections rather than appeals.

>> Hope Woodward: It may vary by the forest which rule they're using.

The complex is under the 2019 rule and I don't know about the other management plans and what rules they're following.

>> I know there are early adopters on the 2012 rule.

The Apache was not.

It'll be interesting to see how that goes because they're trying to move away from the old planning rule and onto the 2012 because you have the objections process there rather than going to the appeals and litigation.

It'd be interesting to see what rule they're working under and how they're managing it.

>> Hope Woodward: And I think it'll be interesting at the project level to see if it's the 218 project process as opposed to the plan revision.

It's maybe rare that you have forests that are starting those now that are not following the 2012 or the 219 but I'll certainly begin to document that and gather that information.

And we can have further discussion if there's certain questions that might arise depending on what authority is being followed.

Thank you.  Any other questions before I go into the sage-grouse PowerPoint?

So it was signed in 9, 2015 and then in 5, 2015.

So standard guidelines have been set for wild horse and burro management.

And as discussed get by BLM there are certain areas identified as sage-grouse focal areas and that's as Kristin noted yesterday that that's the best of the best and I think that's a fish and wildlife service more designation and that's likely, well, it's the best of the best where you have lex, where you have the best habitat.

And then there's the PHMA the priority habitat and some state haves other areas.

Actually other habitat areas there are other designations and then general habitat management area and I believe there's also a different designation to discuss for bistate.

And here in Nevada, we have both bistate and then we also have greater sage-grouse and I believe a majority is under greater sage-grouse with a bistate in California and Nevada.

So just following BLM's lead to get an understanding of how many acres, how many territories we have that are in wild horse, in sage-grouse habitat.

By the way this map in particular is, oh, there, so this map in particular shows the coloration.

Here it's -- this -- variations of this map are available on the internet.

This one particularly though outlines these circles here which is actually the territories wild horse and burro territories in this area and you can see their overlay with where their colored areas of different habitats.

So most of the area, wild horse and burro territories is in general habitat.

It looks like Modoc could call in but it's outside.

It's included to show that it actually doesn't have wild -- sage-grouse habitat.

So looking at that, you found that we had 12 wild horse territories and one in greater sage-grouse habitat in in bistate there are three wild horse territories.

Just looking at the number of acres there's about 93 and a half thousand and in

greater.

The general habitat about 352 and a half thousand.

And then in bistate about 70,000.

But there weren't any of the sage-grouse focal areas in wild horse and burro territories.

There wasn't any intersection of that.

Let me go back.

I did this exercise of prior to actually engaging with the forest to determine, well, what are you doing now?

Some of the first exercises that are required is that plots have been set up, five plots.

In allotments so most of it has been focused.

My understanding, thought, it may have been focused on grazing, where there's livestock grazing.

I'm still working on gathering that information.

I don't think that that's necessarily true, but I want to look and see where we have habitat and then work with the forest and understanding do you also set up plots where you don't have live stock grazing?

So that they're also our monitoring points.

This year five next year ten.

This year the forest and BLM have a different process and working through management for greater sage-grouse and this next slide is very busy.

But it actually shows, I'm not sure if I can enlarge this but it shows that there's standards, two standards in fact for greater sage-grouse and then the bistate sage-grouse has somewhat looser, I shouldn't say looser.

But they have different types of, it's not standards and guides.

But there are within the standards, recommendations for removing wild horses and burros outside the territory.

If it's outside the priority those horses should be removed and that's the standard.

I believe the top one, oh, I actually have this one here so I can read this for you better.

But basically the idea is that there could be, given requirements for monitoring and reporting back in five years with Fish and Wildlife Service, there could be a need for greater activity and managing wild horses and burros depending on where the activity lies and I don't have anything to report back on what they're planning to do.

This is an exercise to find out what is being done and beginning to do some mapping exercise.

And so just regarding to some of those points that I mentioned is to verify as I said earlier that the appropriate monitoring assessment per the greater sage-grouse amendment, guidelines, that they are conducted in wild horse and burro territories and these are suggestions for research.

I've done PowerPoint and was done recently.

A suggestion that you could establish plots -- well, this is part of the decision.

And one of the things that is going to be monitored is four inch residual stubble height at the end of season and Nevada to get to the four inch stubble.

That may not be possible.

In a lot of places it is impossible there are different monitoring standards that will be followed for that.

It looks like, that's the end of that slide here.

So that's just a basic overview on the greater sage-grouse and that is, concludes the presentation I have to the board.

Summary of what I've been working on the last four months and continuation of what's been previous and I'd be happy to entertain any questions.

>> Fred Woehl: Thank you, Hope, I know this is a brand new role for you with a brand new job and you've done a very good job of catching up on everything and I appreciate it.

Does anybody on the board?

Go ahead, Cope.

>> Cope: Back to the principles of the 2012 rule the basis is to establish desired conditions and use adaptive management so if they're not meeting your standards within your monitoring you have a backup plan as to where you go next.

Can you tell me if you've not get four inch stubble height on HMAs if there are horses bringing that below the standards and if it could be a four inch, what's your plan to use adaptive management in order to reach the standards of the desired conditions.

>> Hope Woodward: That's still being worked out team is based out of the interregional office in Ogden, Utah.  So there's a team of specialists in wildlife, range, other areas, watershed recreation that has also lead up to the signing of the rod.

And so they're involved now in how to unfold this.

We have the amendments that came out of the record decision and now how do we answer some questions like you said?

So this is the first year of monitoring that they've set up the five plots of monitoring.

I don't have that information yet.

Fortunately doing this poster helped me to engage with the experts and others working out of that team.

I don't have that information and I don't know yet if that has been determined.

And when you're asking about the 219, this is a process that is separate.

I mean, I should have made that distinction clear.

This about the sage-grouse monitoring and conservation is entirely separate at this point from my understanding of the previous information I presented about the management plans.

That are being worked on wild horse and burro territory.

I don't know, that is a question though within that, those -- any territories that are doing management plans that have greater sage-grouse is the one of the southern that is going through that 219 process and they do have some points that I reviewed their draft EIS.

So the answer is that it's not known yet.

But that's also something that I'm working on getting to understand and will understand that working with the forest where there is greater sage-grouse and bistate sage-grouse.

>> Word coming down from region four is that almost all the forests in region four will be doing major forest plan revisions in the next decade.

This is something that is going to come out.

>> Hope: That's a good point.

That's another area, I mean, certainly, I'm focusing on management plans and I have reviewed the plan, management plan that is just public comment period just ended on the DIS.

So that's another point then to engage with the region four and ensure that that will be considered in the plan revisions and understand how they go about that.

>> Thank you, Cope, dean?

>> Hope's decision is devoted to horses and burros whereas previously there wasn't a full-time position for that in DC.

She said something that is very significant.

She referred to a second memorandum of understanding that BLM and the forest service have drafted that's in the final stages of review and that provides better guidance about how our field offices about herds that cross territory boundaries and BLM HMAs and that's pretty darn significant because we have to work together.

All of this will be done through local service first agreement.

That's an interesting development as well and past boards have emphasized the importance and I now you all feel that it's important that we work together and I want to work with that, and Hope, I appreciate working with you

>> Hope Woodward: Thank you, I have enjoyed working with you and your staff.  It's been a really positive and productive really.

>> I have a quick question.

This is just for my knowledge.

Are there wild horses and burros on designated areas?

>> It's a really good question, Ben, I know there's a researcher who I engaged with related to wilderness and also talked to a wilderness coordinator out of region two and that's something that I haven't -- I posed those questions early on when I came on in May but I haven't delved into them.

I can review the e-mails and see the recent inquiry by research.

I don't remember if the name of the guy is Alan.

It's almost something like Shepherd.

But we have an Alan Shepherd here.

In terms of would the management be different?

It's some of the things that we've raised and discussed.

The brief discussions I've had about that is would it increase to the natural quality of the wilderness given the act.

I believe in the 1964, the wilderness act, one of the factors that we're considering when we review wilderness and doing management plans is there any violation or does it contribute to what is, you know, the tests, I forget what that's called right now is naturalness so that might be a contributor to naturalness.

There are other questions that you have is well, is that degradation to wilderness?

One, I don't know how many, if there are acres within wilderness wild horse and burro territories and if there were any kind of project or review of that area or forest plan revision and you're reviewing wild horse and burro in wilderness what language would go into that.

Thanks for reminding me and it was just this week that Alan's e-mail came about can we work on this.

>> Thank you, Ben, anybody else?

Thank you very much for a very good report and we look forward to working with you in the future.

>> Hope Woodward: Equally.

Thank you.

>> Fred Woehl: While we change speakers at this time is there anybody else cold out there.  It's cold enough to hang meat up here.

Debbie, can we get something done?

I can hardly hear the speaker between Kristin and Sue's teeth chattering in my ears.

All right our next speaker we will have will be Ms. Holle Hooks who is the off range director or head.

She has threatened me several times this morning and so -- I deserved it.

So I'm just going to hand it over to her and let her just have at it.

Good to see I'm not only the one that has trouble with technology.

>> Holle: I'm not going to pride an update not only for the April meeting but other accomplishments and things that have been happening.

So this first slide just basically shows you an off range space update between our off range pastures about 31,000 off range corrals at 9300 which is down from our capacity.

And also wild horses and burros that are at sanctuaries.

Currently the capacity of the off range corrals is about (inaudible) animals.

We're relocating those animals to new off range pastures.

That have been acquired from our 2015 off range pastures solicitation.

Those are new awards.

From the off range pasture solicitation that we sent out in 2016, we're looking at making about a total between that and the FY 2015 solicitation, we're planning to make about 7 awards.

Two of those will be in Missouri and Oklahoma.

We figure there'll be about 600 new spaces by October of 2016 and then five awards between Kansas and Oklahoma for a potential space of about 5400 animals so this is all new off range pasture space that we're very excited about.

So that will take our existing ORPs, capacity from about the 31,000.

It'll bring us up to pretty close to 37,000.

One off range pasture facility that we're still looking at.

We're waiting to complete NEPA is one in Iowa.

We're still looking at that.

We hope to have all seven of them online and operating by April of 2017.

Eco sanctuaries.

We have some good things happening with them.

Currently they're holding about 580 animals and we have two in Wyoming and one in Oklahoma.

We're looking at those goals that I discussed with you all a couple types before about developing more educational and placement opportunities, holdings, adoption events and tours at the eco sanctuary.

This year, the Wind River eco sanctuary in Lander, Wyoming they held an open house and it was part of the Americans campaign and one in Oklahoma held their second Mustang mare than on June 11th.

In 2016 BLM did coordinate both of those events with eco sanctuaries and we have recently transferred the program officers duties from the states over to the Washington office.

And Scott is acting as the program officer at this time.

So this is just a couple of pictures of the actual open house that took place and the Wind River eco sanctuary in Lander, Wyoming.

It was attended by some BLM staff.

Scott and Debbie Collins were in attendance.

You'll see a picture here of the visitor's information center.

They opened it up and offered free wagon rides to the public so they could see the wild horses up close.

The event was scheduled until 2 o'clock but lasted until 4 because the public kept coming in.

We had some staff from the BLM Wyoming office as well asking questions about the program overall and the local tribal leadership attended the preview the evening before at the eco sanctuary so it was well-attended definitely coordinated between

BLM_001737

the Washington office and the state.

I definitely appreciate that.

The ranch in Oklahoma, as I stated had their second annual Mustang marathon or Mustang run and it was -- it had barely 400 runners this year.

Last year maybe they had close to 200.

But they doubled it this year.

There were a lot of people there.

 We got a lot of feedback regarding the excitement that the runners had about being able to run with the horses and being able to feel the hoof beat of the horses as they ran past them and it energized a lot of the runners so it was a really good event.

We continue with the ranch with the other activities they're looking at doing so we're hoping to have something coming up here pretty soon.

The comprehensive welfare program.

The off range corrals and adoption are drafting an IM to begin the implementation of the SOPs for that particular section.

This will be included in the development and the refinement of the training materials and we hope to be drafting the assessment tool as well.

The off range pastures and eco sanctuary's current status is also still drafting the plan itself of the standard operating procedures and the team is still working on the development of the assessment tool and training materials.

In the future, we would really like to start considering some type of standards for animals that are outside of the BLM in some of the training programs we have with our partners which would include the store fronts of the BIP trainers but also some additional compliance standards.

Marketing firm.

This was also a recommendation and something we identified a huge need for and did a lot of work with developing the statement of work of exactly what we were looking for.

We know that we have a very controversial issue and we also know that we have a product that we really want to be able to market well and find out ways that we can place more animals into private care as well as educate and aware the public about what some of the challenges, issues and mission of the BLM is.

So with that, we developed the statement of work and the solicitation actually opened on August 26 and closes on September 16 so we're right in the middle of it.

In fact Debbie and Jason I think were answering questions late into the evening yesterday with some potential contractors.

Because they get to ask questions just for clarification and just to make sure they understand while they develop their proposal.

So ideas the solicitation will look at seeking the professional consistent marketing of some of the communication products so that goes from the animals while on-range and being able to communicate that as well as all the way into placing them into private care and titling.

We'd like to look at marketing strategies and hopefully they'll be able to get all the proposals in.

And they'll be able to review them and make an award all by September 26th so we're looking at working a lot in the next couple of years.

Of course the fiscal year is ending so we're moving and shaking to get this award in.

The adoption pilot program.

This also was something we really wanted to get accomplished this fiscal year.

So we did create what's called the statement of programmatic involvement and that

is a document.

It's much like the statement of work where you identify exactly what the need is.

And it's related to an assistance agreement.

And we did send that paperwork over to procurement but as I said it's the end of the year and so there are a lot of things that, you know, maybe don't make it all the way through so we're hoping to be able to move it forward at the first of next fiscal year.

One of the goals that we have is to at least have 100 animals moving out of these off range corrals into private care through this program and the incentive that will be offered will be looking at halter adopters adopting an animal.

Horse or burro and either halter training it or saddle training it and if the horse is seven years or older they receive title and they train it themselves is the incentive.

Adopt an older animal.

Yes.

>> This is something that the board has made several recommendations on and part of the thing that the board really was interested in is making this for all animals not just seven or nine-year-old animals what is the major reason for doing the older animals.

>> We wanted to look at qualifications.

It's a little more difficult because we don't have challenges adopting younger animals.

We look at where the adoptions begin to decline and we did analysis on this and this is how we came up with horses seven years or older have fewer adoptions.

We looked at a five year trend.

And I actually think we have a graph or chart that I can get to you guys so you guys can take a look at it.

I shared it with Ben yesterday.

Horses that were seven years or older were less adopted.

>> I remember looking at the internet adoption that we just had and all the adoption events that I've done to the oldest horse has been six.

I mean, the purpose for the board making these incentive programs is to adopt more horses.

Not just targeted horses.

Because generally speaking, six-year-old and older horses don't go into the adoption program.

They go into corrals.

And I know for a fact that we have horses that's been in holding corrals for three or four years that have not been offered for adoption and the reason why I was told is well, we just have a certain amount of horses that we can send out.

They can't send out every horse in a short-term holding.

You know, we just don't have the trucking ability and all that.

So the board's emphasis was to make this program available for all horses.

Not just older horses, and I'm just asking why that was not considered more so.

>> I would like to add a comment here, Fred.

It has to do with having the income resources.

I think the board suggested that a 1500 dollar incentive would be appropriate.

You have to do this to get horses adopted.

They have to have them under saddle and here you go, adopter, 1500 bucks at the end of the year.

I think we think that's a good idea.

However when you calculate the math just consider the existing number we adopt.

2600 times 1500 dollars.

If I did the quick back of the envelope correct that's a 3.9 million dollar commitment that we do not currently have the resources.

>> The reason, any short-term holding corrals were paying over five dollars per head per day.

If you take that times 365 dollars that's a lot more than 1500 dollars so I don't see the affect on the overall budget.

We either pay it in short-term holding or for someone to take this horse into private ownership.

>> So if we could double the numbers of adopted animals then all of a sudden we free up the money to pay this incentive and I don't think we were that optimistic that we could do that as a result of an incentive being available and we have to take money from other things in order to pay out the incentive and that would be a commitment in the next fiscal year and we don't necessarily, aren't guaranteed assured to having that funding.

So that was our hesitation.

It's not that we disagree with the board's thought and when you look at the out year consequences of not having to need horses it works out.

>> The other thing I'm concerned about and I should probably keep my mouth shut because this is something very personal to me on this.

The skill set to train a seven or nine-year-old horse is a lot different than a three-year-old horse and the board has been adamant that we get these horses into private hands and get them off the system.

And if I was just looking at this and, believe me, I know the people involved and I have a lot of confidence in them.

But this is a ripe recipe to fail.

You know, I mean, I'm just being honest.

I mean, if I'm wanting to get involved with training horses and I get out and I have a seven-year-old horse, you know, a seven-year-old gilding that been running as a stud for three or four years and a -- you understand what I'm saying.

>> Absolutely.

>> Is there an evaluation process?

Because sometimes a seven-year-old is easier than a two-year-old.

It just depend on the horse and if there's some kind of evaluation process where you get in with the horses and you really kind of evaluate who seems to respond, who has a stronger flight instinct.

You know what I'm saying?

So -- an older horse can be worked with but, you're right, the young ones are generally easier.

But is there some kind of an evaluation process.

>> Our hope was with this assistance agreement that there would be an organization that would definitely be working one-on-one with that adopter and the animal that they adopted.

We identified an acceptable definition for both the halter training and saddle training that is also included in that particular solicitation that we would run so the organization would be clear about what the expectations are.

But would BLM evaluate the animal prior to adoption?

No.

That wasn't originally part of the plan.

That doesn't mean it's not something that can be incorporated but it is not right now

part of that plan.

So, Fred, I hear what you're saying.

We went back and forth a lot about this.

In fact, I think we've been on this adoption incentive pilot program for about eight months or so.

With a lot of back and forth between leadership and kind of their expectation and also assurance that the animals won't be adopted and then once they received the incentive check they, you know, sell them or the person runs off but that there's an investment made from that adopter but that doesn't mean it has between the ages of 7-9 as I indicated.

There maybe a conversation that we can have, Dean, if that's flexible.

>> As chairman of the adoption committee and wild horse trainer, I've trained about seven of them and off bunch of friends that train wild horses.

I don't know anybody that goes to an adoption facility and looks for a seven-year-old horse to train.

I mean, nobody.

So I have to back up what Fred was saying there in that if we reduce that age down to one day.

I mean the younger that you can get these wild horses and start working with them the typically easier it is.

I agree with Fred if we can low their down or just eliminate the age class I think we'll see adoption numbers rise and I understand there's also other circumstances but just my opinion.

>> We also follow an analysis from New Mexico where they had a pilot program.

They were offering mares that were six years and older and they were offering an incentive of five hundred dollars when you adopted them.

What they saw was it didn't increase the number of animals they adopted, but kept them from adopting the two-year-old stud or gilding.

The two-year-old animal here to adopt a six-year-old animal.

What we'd like to increase is increase the number of animals that we actually place into private care and maybe someone would make the decision, okay, well I'm going to adopt the two-year-old and I'll adopt the seven-year-old part of the adoption incentive program.

Of course we don't know but that was an analysis that was done about a previous pilot that was going on the last four years.

>> I am well aware of that pilot but there wasn't any training component to it.

And so, I mean, if, and that's a big part of this, is this training component as we've seen in must take Heritage Foundation horses.

This training point is a big thing about it what the approach was was not something that big.

But have them come back and demonstrate this training and that's when they got the check.

They didn't get it upfront or when titling.

They had to come back and show that this horse could do this.

And that was all part of it.

And you said you've been working on this eight months.

I've been on the board three years and this has been something that has been talked about at every board meeting that we've had.

Every board meeting that we've had.

And I appreciate greatly the steps that have been made but it's just like when you're

training a horse you set your horse up to succeed not to fail.

And using seven-year-old horses and nine-year-old burros in my humble opinion is a recipe for failure and I want this program to work.

I want it to go on.

I want it to be hand and hand in other programs that you and your staff have done and, you know, and maybe I'm too personally involved in this because this has been something I have beat the drum on ever since I have been on the board but I feel pretty strongly about this.

And so that's all I'm going to say.

>> I appreciate that, Fred.

>> I have a quick question because recently coming into this position permanently. Was there a discussion?

Because I'm looking for an "and" solution not an "or".

Did the team talk about or do we have experience with a scaled incentive, some incentive for younger animal but a higher level incentive for an older animal knowing that getting the funding upfront to be able to provide the incentive we have to work that out but was there discussion of that?

>> Holle: We did have discussion about offering the incentive to all animals and I honestly don't recall because we had a lot of discussion between the solicitor and what would be allowable and how we would actually execute this program.

But I don't recall exactly besides the fact that we compared the New Mexico, the most recent pilot incentive program that we had and compared it and said, okay, we want to push more.

And more adoptions not just the 2700 basic, you know, animals between 0-6 years old but how do we get the older ones placed?

And that, I'm sorry, but that adoption analysis that, trend that I was referring to is what lead us down that path.

>> Part of what the board's plan was was different if you could bring the horse in and it was halter train you could pick up the need and you got X amount of dollars.

If you could ride the horse you got X amount of dollars.

It was kind of like that and part of it was, you know, I've been involved with this program for a long time and I have gone out and horses that had been adopted and I have done compliance checks for BLM.

I will go out there and look at this horse and it's been in the same halter with a little old lead attached for a year.

They've not touched it or anything and part of this is to keep from having that done. And it gives them an incentive to do it and I'm not saying that we're going to pay them to take these horses.

A lot of these people that have adopted need horses are very passionate about this.

>> I was responding to the numbers where we have so many of the older animals in the corrals and long-term pastures.

You know, maybe having a little bit more incentive more folks to want to put into work on those animals and also responding to Ben's point that in general, given folks' choice they'll go for the younger animal but perhaps in addition, you know, as pilot, you know, does it work?

Does it work to offer maybe an additional incentive to, for someone to work with an older animal?

So I was just inquiring and curious about that.

>> Okay.

>> I don't want to interrupt but I just -- it's long enough to say that Holle's about

halfway through her presentation so at some point you may want to pull the rest of this conversation into the afternoon.

I'm not sure.

Just be conscience of it.

>> Dean: A little more math on this subject.

I do not disagree with this.

In fact it goes hand in hand with some things the director has talked about as far as a tax rebate.

That's probably pretty complicated to get legislation to support that.

But the whole point is to get people to adopt here.

The whole financial point is a 1500 dollar incentive for the existing 2600 getting adopted is 3.9.

I figured how much savings you have to have and how much additional animals to get them out of the corrals so you don't have to need them.

This means adoptions would have to rides to 4600 in the first year in order to save money to pay out the incentives on the first 2600 and the second 2,000.

That's a total of 7 million dollars and I just wasn't comfortable in advancing this and risking insolvency and now I think we should get more aggressive in asking for funding to support this kind of thing.

Because I think there would be interest in.

>> I'm sorry to be so dim on this but is this a pilot program?

Is this currently being done somewhere?

Or, Holle?

>> This is not currently being done anywhere.

This would be a pilot.

>> Would the pilot be done at some specific facility?

>> Holle: I think we would, not any one facility.

We would run the pilot for a year is -- was the original plan.

Because it's an assistance agreement we would be funding the agreement for a year and determining what worked and what didn't, making changes accordingly which would mean we would have to either modify the agreement from the grants management officer and if it wasn't a large modification it would be fine otherwise we would have to do another solicitation, an award, a second agreement for the future years.

>> Okay, because there's a wide disparity between holding centers and the BLM staff.

In my personal experience and that's mostly with Kansas City those past managers there were really good at evaluating behavior.

That would have been an ideal situation for something like this because I think they understood the individuals animals when they got in the pens with them and so forth.

That's why I asked that question.

>> Okay.

Go ahead, Holle.

Move on.

>> Holle: Just to wrap it up.

I don't know, Dean, if it is allowable to provide the SBI to the board.

If that's a document we could offer them some feedback on.

The team of course will be meeting.

The private care placement team will be meeting over the next couple of months and that's one of the things that we will be discussing.

>> I think certainly we can provide that when it's published.
We can check that out.
I don't know at print.
>> I'm sorry, Fred, but do I have one question.
Could there be some coordination and lowering the incentive to more conformed to the cost?
>> The cost saved?
>> Yes.
>> Yes.
>> And this would be more of a question from Michael because I'm not 100% sure what our average is for a year now.
But my guess would be that as long as we were offering an incentive that was less than whatever we're spending in a year then we'll see a cost savings.
>> So five dollars a day is 1825 dollars.
There was some alignment on that both in your part and my part as we discussed this.
>> It's very clear that I'm passionate about because I think it's something that we need to address it a little bit more.
We have seen proven example with Mustang Heritage of these horses when they are adopted they find good homes and they bring pretty good money.
Even though that don't finish in the top 25 or the top 10.
And, you know, I see -- I feel very strongly that this is not a complete answer and is probably just a small part of the answer.
But it is a good part of the answer.
Because of the public positive press and outlook and all that.
I take my horses to rodeos and shows and they got that brand on them and it is just incredible the amount of people that ask me and talk with me and all this about that.
>> As I said yesterday I think the path forward is a whole array of solutions.
It's not any one thing.
No way.
No how.
So maybe we can look at this, at piloting it in a certain state or in a certain facility to reduce the financial risk and liability.
Maybe we can consider that, Fred, obviously you want us to go back to the drawing board so, thank you.
>> Fred Woehl: Yes.
Back to her.
>> Holle: Thank you.
The internet adoption website is going through a little bit of a change.
We're looking at rebranding the adopt a horse website and modernizing it to the adoption programs overall.
A request for the proposals has been closed out and the it's already been identified and is planning to review proposals and recommend an award in the next 48 hours.
I'm very excited about this.
This has been something that's been worked on for quite some time.
They've done a really good job with communicating with the NOC and the existing contractor and also the program administrator.
They worked together and done a lot of good work with the need to redesign the website as well as identifying what it should look like in the future.
They've also engaged the Washington office with some feedback and will be

reaching out to the states.

One other thing before I move on about that, a really good point about this is that adopters will have the ability to apply, put in applications online and this new website will also talk to our current wild horse and burro program system which is really nice. I'll just through that in.

So training opportunities.

We have the states leading the effort.

They are beginning to review the proposals that have been submitted and will coordinate site visits in the early part of the year.

So we're looking forward to that.

Family of Horses is another partnership where they are focusing on the burro incentive program.

They have placed over 150 trained burros since November of 2015 and some program assistance I was sharing with Ben and June yesterday that this particular partner has also assisted with some of the internet adoptions by going out to some of the facilities and taking videos as well as photos and uploading them to the internet website which has been extremely helpful to some of the facilities to the places that are overworked.

Don't have a lot of horses and don't have the skill sets of doing the videos and photos so that's nice.

Currently there's about 26 burros that remain in training.

So we're looking at possibly 176 placed burros for the year for a Family of Horses.

The Mustang Heritage foundation is another partnership regarding the animals in private care they place over 1100 trained animals and kicked off the program full blast this year which Kali will get into a little more detail about that.

They also ran the American Mustang campaign with the bureau management and provides educational and training and marketing assistance to BLM as well.

They have about 325 animals I believe that remain in training.

That will be potentially place this fiscal year.

So they are rocking and rolling.

We also have the correctional facilities that are partners, those are assistance agreement and some of them hold animals as well as train animals and offer them for adoption.

They place over 300 trained horse and have open houses.

This is a contract and there is trainings and place those into private care as well.

He also hosts adoption events with trained animals.

The adoption -- oh, sorry.

The adoption demand study, we spoke about this in previous advisor board meetings and you all met Lori Dickson who was a part of great lakes marketing who was doing this adoption demand study.  Her findings will be submitted to BLM this month.

Great lakes will continue to be available to us for any findings on the report she submitted until about October 31st which is nice.

We will also be engaging with her over the next couple of weeks with the private care placement team as they move through these findings and reports.

The private care placement team which I mentioned to you all in April has met and has planned a larger meeting where they'll be able to take a look at not only the consolidated document that I provided to you at the last meeting but also the great lakes marketing adoption demand study findings and recommendations.

The goal is to submit a final report from this team within six months.

To leadership.

BLM_001745

And to look at ways of moving forward and develop some type of implementation plan to have more consistency throughout the program and either update existing policies or create new ones that will take us out of the golden age of 40 years ago and place animals into private care and bring us up-to-date.

>> I'd like to let you know how much we appreciate you letting us have a board member seat on this.

On private care.

That's something we're really very interested in and we appreciate you working and including us.

>> Holle: This is not just one solution.

We have more -- people at the table who are willing to not just keep saying there's a problem, there's a problem, but they say there's problem, and I'm at the table.

I'd like to try to help you find a solution.

And lastly I wanted to take a quick look as of August 18th, 2016 we took an analysis of where we were in FY 14 and I'm not sure how well people can see it on your screen but you all have it in your books of where we were in 14, 15 and 16 at about the same time and you notice the increase of animals placed in private care.

We do have an increasing trend and we want to keep the trend going upwards.

>> Anybody have any questions for Holle.

>> Just in closing.

I want to state that dealing with multiple partners that we have advising board members that we've been able to successfully work together to increase working with the animals that are in placement into private care and that's just a really good thing overall.  The Americans mustang campaign has been extremely successful this year and last year.

We also had a Livestream which I believe that Kali is going to give more detail in.

But we did a Facebook live of the American Mustang expo.

We had these educational workshops and they were well-attended.

We had BLM staff that was alongside definitely giving some information on not just how you adopt but what are the challenges.

We had some things on what is helpful and publicly I would like to thank that BLM staff so, thank you.  Any questions for me?

>> I have one, Holle, would we check the numbers on your second slide, please.

It shows about 41,000 horses in holding and I think probably the number is about 45.

So, anyway, could we check that, please?

>> Holle: We can but these numbers were taken from the most recent directory deputy department.

>> Maybe that's where the typo is.  Anyway.

Let's check it, please anybody else have any questions for Holle.

>> Yes, I have a question.

How do you plan on using the extra space that has been provided by the increase in the number of offerings of pastures.

Will those horses be transferred from the short-term and made more available for new animals from gathers and how does that coordinate with the amount of funds that are made available for gathers?

>> The 5400 potential spaces that we're looking at acquiring by April 2017, as well as the 600 spaces I mentioned from our solicitation that's a total of 6,000 spaces and the plan is to start moving animals from off range corrals into these off range pastures because they are most cost-effective but there's no plan at this time and Jared will get more into that but there's no plan at this time to increase the number of

animals that we're removing in any one year.

The hope is to continue to remove the number of animals that are placed into private care and that's the balance that we're looking at main taping right now.

>> Thank you.

>> So if I could add to that, the animals being moved out of corrals are they elderly animals?

Those seven or older and we have a whole bunch in corrals that probably don't have a chance of being adopted.

>> I have a question, Holle, how do the finances work with the eco sanctuary and how does that compare to the off range corral.

>> These are assistance agreements and the off range corrals are all contract.

So there's a per head per day cost associated with off range corrals and the eco sanctuary is not.

They operate with different educational components as well as the animals there it's not a per head per day basis.

>> Thank you, and huge are the contracts typically for for the off range pasture?

>> Well, there has been authority given in appropriations where wild horse program can go up to ten years in contract.

But some of the off range corrals.

I believe we only have one that is a ten-year contract.

I'll have to check that.

And as off range pastures we have several of them with five and ten year contracts.

You're welcome.

>> Fred Woehl: Anybody else.

I want to make this clear, just because Holle and I are friends.

When her and I have these little things it's not personal.

It's not like that.

Is it, Holle.

This is not the first time we have had something like that.

I love this woman.

She's really passionate about what she does.

So, and I appreciate you a lot.

>> Holle: No problem.

Thank you.

>> Fred Woehl: Now to the other one that's dear to me.

Herding is fine.

We have made some changes.

So after we hear from Mustang Heritage we're going to take a break and move the discussions up to after the break and move everybody else down because we have people that are not going to be here that want to take a part and I think we need to accommodate them.

And so we will, I'll talk with you further about that but I just wanted you to know and we're not going to cut anybody short if we have to go longer than the break, we're going to do that.

Okay?

>> Okay, you still hope to take a break at 10:05?

>> Fred Woehl: We'll take a break as soon as we hear from Mustang heritage, their full report and answer any questions.

>> I'm going to go over a couple of slides with you.

Thanks again for inviting us, I've been to a few of these over the past ten years and

it's always an honor to come back, thank you.

The Mustang heritage foundation has been in partnership for ten years.

This will be our ten year anniversary with BLM.

Our mission is the increase the placement of excess horses and burros which we mean in holding.

We have other the past ten years placed over 7,000 animals, horses and burros into private care.

Mostly through our training and gentling programs as Holle stated we have started an educational program as well which we'll talk about in a minute.

But most of our focus is training and gentling and getting the horses adopted or sold through those avenues.

History, real briefly here in 2002 and bylaws were created.

2001-05 not a lot was done in all honesty.

Just putting together board.

Going over some research that had been done for BLM and then in 2006 entered into the first assistant agreement and we are on our second five year assistance agreement with BLM and hope to continue that in 2018.

2007 was our first event make over following that with the trainer incentive program.

2013 came mustang millions and then 15 America's mustang and then '16, the store front program was created in 2016 but in 2008 but wasn't a public program that people could vote on it.

We have a board of trustees here.

Paula, and Randall who work to keep me on task and help me to keep staff on task.

We have a relatively small staff or to some maybe a large staff.

There's ten of us between full-time and contract.

Everybody on our staff is very passionate about what we're doing and I think has a lot of fun doing what we're doing and working on these programs.

So very thankful for all of them.

Again, BLM partnership, like I said, has gone on ten years.

I have a little note in there about Nevada.

We have been to Nevada with two extreme mustang makeovers and in 2008 we had a youth Mustang event which is very exciting.

As you can see here we're serving our ten years this year.

So it was ten years, ten cities ten times the extreme.

So we visited ten cities this year with your mustang make over event.

This is probably what we're most recognized for.

It's not where we get our big adoption numbers but it is where we get a lot of our media support and things like that which I think brings awareness to our other programs obviously.

Next slide we're going to talk about a couple of numbers.

2007-16 you see on the left went through where we've been over the past ten years with extreme mustang make over so we went to 22 states, 1500 unique trainers so that means people who have continued or competed once or twice and 3,000 of those are through the extreme mustang mustang make over.

We have 33 animals sold.

Ten events and there were 400,000 annual YouTube views.

I'm going to go through each of those individually.

271 are adoptions.

So mostly mares and geldings five to seven years of age is what we focused on this year.

And the breakdown of that I know we talked about earlier.

When we started in 2007 our agreement was focused on three-year-old geldings from Nevada.

So we focused on as Nevada horses only.

Since then we made strides in our programs and this program is especially open to really anything.

Anything that is adoptable or still eligible can be put into the program.

But what we did starting 2016 is working with the sales program which is, I was explaining to Ben yesterday.

It is -- it's a benefit to mustang heritage foundation but not -- to us, a horse is horse as far as that's concerned.

We're getting a horse placed either way but the program for us is a cost savings more than anything.

It doesn't have to do with any of the training components.

It's more of a dollars and cents thing as far as getting those animals sold where the people can come and they leave with a bill of sale from the mustang heritage foundation essentially taking that horse off of the need bill saving taxpayers.

Hopefully we can use the sales program even more with the extreme mustang make over.

Of our ten events we did use eligible mares so that's where the 33 animals came from there.  The 400,000 YouTube views is a combination of videos we do throughout the event.

We'll do one or two throughout and then a nice follow up YouTube video.

One thing that's not on here is that most of the extreme mustang makeovers where possible we do try to invite BLM to come out and bring some wild horses so we try to make a space that's suitable for them to come out and hopefully take advantage of the public and the people that we're bringing out.

So that they can either advertise a local facility in some cases like in Reno they can advertise the valley and get the most bang for all of our buck as far as getting the people there and learning about what we are all trying to do.

I'm not sure, Debbie may have those numbers.

I'm not sure how many were adopted.

Typically they bring a load, you know, of mixed animals and try to get those adopted.  Horses and burros.

Our natural attendance, during the day Friday and Saturday we typically have two or three hundred kind of in or out.

Our Saturday night attendance is about two thousand which is really good.

The first five or six years we were probably at 800 to a 1000 and over the last two years really all of our numbers have started to increase.

Adoption averages, attendance.

Adoption numbers, etc.  Our adoption averages right here.

I have this at 1300.

Some of you may keep in mind is our Florida event that we had in May.

We had 24 mares that averaged 3150 which is amazing.

Usually our average was around 5-800.

Where we had some that were a little higher.

We're seeing upward of 7,000, 8,000 being our high adoptions and not a lot of 200 or less.

Seeing a lot of 3-800 dollars but it goes to the intent of increasing the value of mustangs and of the trainers and the work that they're doing.

BLM_001749

Getting these horses prepared for adoption.

I put under there our sale averages and that's the average of about a thousand dollars.

The question that June had yesterday and there's been question about where does the adoption money go?

The trainers do receive 50% of that and the other 50% goes back towards the program, so it would just go to offset money that BLM will be putting towards the program.

And that includes T-shirts, tickets, adoption, etc.

So any program goes back to pay for the program to lesson our draw from BLM.

Just some little stats under there what we've seen in 2016.

We seen an increase in first time trainer participation so the word is definitely getting out there.

I think a lot of sit mouth to mouth so trainer to trainer also increased outreach.

That's really referring to America's mustang campaign.

Some of those were held in conjunction with the makeover so we're able to add those demonstrations and seminars.

Increased spectator involvement.

Why try to improve the time and Byron does that at the events where he will facilitate a question and answer between potential adopters and the trainers will bring them out and have them in there for about an hour where they make them available to the public to answer questions about the horses that they'll be adopting out.

2017 you'll see in a minute that we're going to have fewer events but focus on more trainers at those events and try to do some increased education.

The next one is our tentative schedule and this is our tentative schedule events pending that budget approval.

We've got the first one will be in January and that's one that we put on mustang heritage foundation independently of BLM funding and it's really important to us to continue to try to do some of those events that we can do on our own without relying on BLM to cover some of those costs.

So this will be on with your website probably October 1st.

I'm going to turn it over to Byron.

Byron spends time doing a lot of things that spends a lot of time on the trainer and program.

.

>> Questions on the make over thing?

>> Thank you Kali and thank you for allowing us to present today.

Again, we'll talk about the trainer incentive program created almost ten years ago now.

Really excited about this program we're seeing exponential growth in every area of it.

Currently this year we placed 861 animals.

Those are both horses and burros of all ages, all sex, which do include a few sale of horses.

This is about a 40% increase from last year so apparently we placed 514 horses.

You'll see 155 horses through youth programs.

Specifically horses 18-24 months of age.

124 of those horses were through our tip store front program which we'll cover next.

Again, 41 burros.

We did add a new interactive map on our mustang heritage foundation website that's interactive where potential adopters can go on there and find trainers that are in their

area.

And this has been really nice, these trainers are really kind of our boots on the ground little marketing machines out there in each, you know, location.

They're creating relationships with need stores and with riding clubs.

So that's been a really nice piece for what we do as far as gaining exposure for wild horse and burro adoption programs.

Right now through our new and renewed signups we have 440 approved trainers.

This is nearly a 100% increase since last year.

Right now, the map that was on this slide's not fully updated.

But in the continental United States there are three states that don't have the assigned trainers.

Florida is currently where we are seeing the most adoptions.

Part of that is due to a successful store front.

California hosts the largest number of trainers.

That's 60 trainers.

And a few things that we did see increased which part of -- partly was due to our store front agreement created in Colorado were tipping horses in the state of Colorado and there's currently about 25 horses in that program as well.

Just a quick overview on tip.

It is a trainer incentive program.

These trainers are inquiring at their own cost.

At the time of adoption they're incentivized per animal.

They are required to achieve some minimal gentling requirements which we do have some parameters in place to guarantee that the trainers are doing that.

We are also communicating with the new potential adopters.

We do have a new Facebook page for the trainer incentive program for the trainers to be able to advertise these gentled animals and all this is at a cost of 125 dollars to the adopters so very, very successful program.

>> I've been a TIP trainer for almost ten years and this is really one of the best programs that there is out there because it's really good.

I keep up with every TIP horse I've ever had.

I can show you pictures of them with kids on them.

It's really cool.

So I encourage everybody that is a trainer or is interested this is a program where you can help BLM and help mustang heritage get these horses into private hands and a homes.

You know, someone asked me, well, just one or two horses.

My comment is, how do you eat an elephant?

One bite at a time and get a bite and get it done.

All right.

I'm sorry.

I just had to say that.

>> Byron: It's absolutely true.

We do have the store front program that we're fixing to talk about but a lot of these trainers are adopting one or two animals a year.

When you multiply that by 440 trainers that's a big piece of the adoption program and we are on track to adopt out over one thousand horses in fiscal 2016-17 through the TIP program alone.

We're really excited about it and trying to find innovative ways to make it successful.

With all of the programs we're seeing these trainers getting lots of exposure through

either extreme makeover or the training program and actually become part of the industry, become activated in the horse industry and specifically mustangs in this case.

>> Byron, real quick.

With the trainer incentive program I see that there was some sale authority horses that were also in that.

Can you explain how the process works for the sale authority horse for the program?

>> So sale authority typically, you know, it operates the same way through the TIP program.

They pick up the horse, they meet the gentling requirements.

The adopter at the time of adoption has the option to adopt that animal and go through the twelve month title process or they can get a bill of sale for that animal and receive a title at the time of adoption when they sign the PMACA or, in this case it wouldn't be a PMACA or a bill of sale.

Really the only difference is the adopter is getting the title.

>> Have you gotten feedback from the trainers on whether they prefer that adoption or would they prefer sale of authority horses.

>> We do have a storefront.

In general I haven't heard a lot just within some of those -- just one or two time trainers.

We do have a store front trainer in Florida who does -- has found some success with this sale of authority horses and has requested some and I think it's just the adopters are just catching on the fact that they can and like.

Most of the comments are just people are hesitant to know that BLM could come on their property for some reason.

I don't know whether they think BLM are going to do but that's okay.

They're just a little bit hesitant and also to, you know, any other, you know, in the equine industry you go to purchase an animal you leave with a title.

At sales or any kind of purchase, you leave with a title.

It's just customary and sits well with people.

They're familiar with that process.

>> And I do think that there is potential to see, like an increase value in the sale authority animals especially through extreme make over but at this time we haven't seen any real difference as far as training or desirability.

We'll move on the store front.

The TIP store front program was created in 2008.

This year we did a big push on this for various reasons.

One was to increase the number of animal to TIP trainers in the United States where there are fewer holding facilities.

Also increase the availability of wild mustangs in the eastern states anywhere.

So with the store front agreement, trainers sign up through the TIP program, they go through a BLM compliance check to make sure the facilities can handle large numbers of horses.

Typically they start with ten, a minimum of ten animals and what this does, again, it gives us another injection point for the animals.

It gives us another place to provide animal to other TIP trainers and just increase the visibility of live animals in eastern states.

We also saw an increase in store front facilities in the west as well.

But our goal is to spread the store front program in the eastern states specifically.

So currently through store front we have 124 adoptions created through fiscal 16.

We have 11 approved and active facilities currently and five facilities waiting for approval through this agreement.

This is the reason for the increase.

If you get the monthly adoption reports from mustang heritage this was the main increase for adoptions in Colorado.

So the process for becoming, again, a store front trainer, a store front facility, you do have to sign up as a TIP trainer.

We'll read you the TIP store front program guidelines, make sure it's a good fit.

They do need to submit a form to us.

That goes through a second review.

BLM will do a site visit and then we will coordinate between the new facility, mustang heritage and BLM as far as getting logistics.

I do think we have a video from one of our new store fronts in Colorado.

If that will load hopefully.

And, again, store fronts are not been great just for adoption numbers and availability of horses but provide another educational format and greatest scape has been really, really passionate about educating the general public about wild horse and burro adoption program and are facilitating a lot of adoptions in a short amount of time.

>> (Video).

>> Byron: Are there any questions about TIP or store front.

>> This is something we talked about in the past and we encouraged BLM last year to increase the number of store fronts and we -- Kali and I had this talk and on behalf of the board we appreciate BLM being and Holle and Debbie Collins, and you, Kali make thing happen because this is the way to make it forward.

>> Kali: If you are watching and would like to get involved.

Let us know.

>> Byron: Next is an effort taken on by mustang heritage.

It's currently run by private donations.

It's an eight week program where military veterans come out three days a week and do become adopters and adopt wild untrained mustangs and we facilitate a program for them at our facility in Georgetown, Texas, it's at no cost to the veterans and no cost to the BLM.

And currently we started this program in 2013.

As a pilot program.

And wanted to just see, you know, what the potential was there for a long time.

It's been known the effects or value of pairing at risk groups or underserved populations with horses and it's been seen as an organic thing like Roy Rogers said it's good for the inside of a man is outside of a horse.

But my focus over the last three years is to be able to have this organic program that's scientifically based.

Primarily most of your programs out there involve therapeutic riding and as we know wild horses do not lend.

Through therapeutic riding on untrained horses.

What we found is really -- it is a therapy program that's experiential veterans from all war areas are allowed to engage in this program and it's about building connections with the horse.

Building relationships.

Most of the veterans that were seen come through the program.

You know, they're not looking for better balance or better use of a prosthetic or

anything like that.

They're just looking for peace, comfort and increased value in their relationships whether it's intimate relationships, perpetual relationships, or just friendships in general.

And it's been really neat for us.

It's quite an intimate program for the mustang heritage staff.

We actually get to have wild horses onsite and get to be a part of this adoption process.

And, for me, you know, personally it's very rewarding.

We have basically a government managed horse.

And a government managed human.

And both are in need of a new skill set in order to be productive.

And what I found is that there's a huge difference between being a citizen and having citizenship.

That's what this program does for the veteran.

That's what the adoption program does for these wild horses is gives them citizenship.

They're American citizens already but without these new skill sets, they don't -- they're not productive.

They're not adding value so that's what we're seeing out of our program that it sound like I'm tooting our horn a little bit but I am.

Because our value -- or our veterans are coming out of this program with increased productivity.

So whether you believe in therapy or not they are -- they have increased productivity.

I mean, by is that, the we have veterans that have actually gone out and bought small ranches after this program that were not part of the horse industry in any form in the sense of the word that are now involved in the adoption program.

Some of them have boarding facilities.

Some of them now just offer their services in backgrounding mustangs and that's really neat for us to see and be part of and they are continuing to come back and help with this program.

Currently we serviced 30 veterans on the adoption side of our program so we have 30 veterans that have adopted horses in this program but then we have lots of residual effects through our partnerships with other groups where they come out and have a one or two day experiential event there onsite.

That's something we're excited about.

As far as the future of this program, if you just address PTSD alone we currently have three hundred thousand vets just from Iraq and Afghanistan wars that have been diagnosed with PTSD.

We can offer hopefully a true solution.

Not a treatment.

>> Okay, I'm going to take it back over.

As Holle mentioned in 2015 we did start the Americans mustang campaign.

For us it's really exciting to be able to do this.

We spent the last before that eight years really just focusing on training and gentle ing mustang for adoption.

We got to really dive into kind of making information available for America so they can realize why we are doing even what we're doing.

Not only, you know, the situation and what BLM's facing but also what is the point in a purpose even for the extreme mustang make over or the trainer incentive program

and why is there an emphasis on training.

So hopefully that's what we're doing and what people are taking away from these American Mustang events.

The other thing that I, you'll see at the bottom some of the activities that we've done through America's mustang and Holle mentioned a couple mustang marathons in the eco sanctuary.

Really what I hope is we're providing an opportunity for BLM to even engage the public more and to even engage some of these partnerships that they have beyond MHF so they have the eco sanctuary partnerships and things like that.

Given an avenue and an opportunity to have a different type of relationship with them where they are invited and they come out and able to provide information and hopefully we've set that up for success for them and for us as well.

So it benefits us through extreme mustang make over and TIP.

The more team that learn about everything that is going on is really a benefit to all of us so the main focus again is, education.

Allowing people to come out, gather information, and then make up their minds on where they want to go from there.

And how they can get involved.

This year we had three, what we call America's mustang expos.

Arizona and Missouri.

In Missouri we were fortunate enough to have the team that's here doing the Livestream come out to Missouri and Livestream some of your arena classes and the demonstrations as well.

We had over 1100 Livestream views.

Just over those two days which may not sound like a lot.

We were really happy about it.

It took us awhile to get everything approved and up and going so we really didn't have a lot of time to advertise.

We were really excited about those numbers and I know those will just continue to grow if we can do some Livestream next year.

13,000 website page views and that was just those expo page views.

I didn't do overall the whole website.

And then the national events which include the expos.

Above all else just hoping to engage the public more in what we're doing and trying to accomplish.

The next slide here.

Not to be confused with the Livestream we also did some Facebook live.

That really launched kind of couple of weeks before we went out to Missouri so that was our first attempt at Facebook live so between the three events and probably five to ten different live sessions we had 7,000 plus views which is huge.

And what most of those were we did some adoption how-tos.

We had BLM there talking about the adoption process and talking about the wild horse adoption or things of that nature so the other exciting thing that we did in Missouri which was really well received was the demonstration to show the process.

It's a misconception and people don't understand what is all involved so we had BLM staff on there who were qualified and able to do a really good demonstration for us.

Which the public seemed to really enjoy.

So part of our goal for 2017 is just to include a lot more of that kind of educational opportunity for the public that may not be able to attend an event or adoption and learn what it's all about.

2016 in review.

We're looking at 1200 adoptions as through the incentive program.

57 million dollar annual savings to be BLM and taxpayers and that's when compared to the FY 2015 cost of 48,000 dollars.

In that, again, is just for 2016 so if we took that 7,000, I'm not a mathematician.

I'm not sure how much that would be but it's a lot of money and we're really proud of that fact and we're proud that we can facilitate programs that are not only what we considered successful but also very cost-effective and we're excited about the next ten years.

We really enjoyed the past ten years and getting ahead of myself.

I have a 2017 slide.

125,000 Facebook fans as of today and 600 active and passionate trainers so you saw on a previous slide we're at 1500 so this 600 is really a true twelve month active, I say passion.

I think anybody that does it is passionate.

I take liberty in saying they're passionate.

But 600 trainers that are passionate.

Looking ahead.

You know, obviously, you know, looking to increase adoptions.

This year, we have increased adoptions at about Byron said 40%.

30% overall so in review, I guess, for us, it's working.

I think, you know, looking at having done this for ten years and having these programs for ten years is very encouraging that it is growing and increasing a lot of times you would see the opposite so we're really excited about the future and the possibilities that we have through the partnership with BLM and other organizations.

Like we saw with greatest scape and other groups that are really passionate about trying to find a solution to what we've got going on here and I understand personally and we at mustang heritage foundation really understand that we're really just working in one part of this big problem that you have and but it's fun.

We enjoy it and we like to see progress and we feel like we're doing something that's very, you know, successful in getting horses placed, so we're humbled and honored we're able to do it.

We're excited about the next ten years and really look forward to it.

>> Questions?

>> I notice on your schedule you do not appear to have an event in Nevada next year I attended the one in Reno you had in June.

It seemed to me it was very successful according to your figures you more than doubled the amount that you did last year.

I was just wondering what your reason for that was.

>> We're still in negotiations with them.

We just don't have an agreement with the one in Nevada or California yet.

In Nevada we're working on dates whether it's the same weekend or next week.

I'm hopeful that we can make it work.

It's not off the table.

It's just not confirmed.

>> Thank you.

>> I had a quick information question for my own sake.

Do you have professionals with the veterans?

>> Byron: Your program started as train the trainer type deal.

We're currently trying to form a partnership with a group near Austin that can provide

the professional therapy.

>> Great.

I think they would find it great material to work with.

Yeah.

>> I just want to say thank you for putting all the passion and hard work and creating this big beacon of, like, hope.

And, you know, the BLM and the program there's so many sad stories and there's so many, you know, it's kind of a gloomy situation and, you know, to see these wonderful success stories and this positive branding that you're doing for wild horse and burro program just doing wonders for everything.

So thank you for that.

What can we do as an advisory board or as the BLM to help you facilitate your adoptions and raise these numbers from one to two thousand and make it bigger and better and get more horses adopted?

>> Thank you and thanks for some of your beautiful photography that we've been able to used for a lot of our marketing.

Yeah, as far as moving forward, I put a note on here just, you know, we're working with BLM to improve the course selection.

I talked about that a little bit at the last board meeting.

But just continuing to work together and I say continue because we are and we do have a successful and positive working relationship but we all realize that it is important that if we are going to put all this time and effort into, you know, putting these horses into training, having these trainers literally do it for free, that we want to set everybody up for success so it is important for us and BLM to use our best and brightest as we should for any adoption event or any program.

But, you know, there are some very quality, you know, highly adoptable animals out there.

And we want to make sure that we're using those for this kind of high profile event.

Above and beyond that it's just continued support and that goes from the top down.

Support at the corral.

Support at the national level and also at the corral to support with, you know, helping TIP trainers and adopting and encouraging them.

Just that customer support and ensuring we continue to improve that on both ends.

And funding.

Not so fun to talk about but we'll do as much as we can with what we have and try to make it as cost-effective as we can.

>> Fred Woehl: Thank you both very much.

It's been a good report and it's a positive report and sometimes in these meetings we don't have a lot of positive stuff but this was one.

>> Kali: And thank you for your support.

Debbie did bring me a note real quick and I really I work for Debbie so I need to make sure I say it.

Whenever I was explaining how the adoption income all evens out at the end, whenever we have an extreme listing make over event and the horses are adopted if it's an adoptable horse we take 125 dollars off the top and that's paid back to BLM for the adoption fee and the 50% comes after that.

The 50% to the trainer.

I want to make sure that is clear because we have had questions about that.

>> I got to say one more thing before we break is the fact that Byron's a tough old cowboy but he talked about that horse and he kind of broke down a bit.

It's tough, isn't it, buddy.

>> It's just a testament to how passionate we all are no matter what our vision is when it comes to horses it involves passion.

Thank you, guys for being passionate about it as well.

>> Thank you.

Kathie, let's reconvene at 10:30.

Give us a ten minute break because we're behind but we don't want to stop anything. All right?

(Break).

>> Thank you all very much, the meeting will now come back to order.

At this time there's a change in the agenda.

We're going to have our working group report and we're going to talk about some of our proposed recommendation.

We have some folks that have to leave early.

I'm trying to get this out of the way it's one of those things to where -- even though you have a schedule, we need to be able to adjust and adapt and go from there, what we're going to do next is have the working groups get a report from them.

Their proposed recommendations.

Going to have board discussion on them and then we're going to vote and see what recommendations we put forth.

Now we have an hour and a half for this and if we don't get through we will break at lunch and then pick this back up at the end of the meeting in the regularly scheduled time or past that.

We'll -- everybody out there in Livestreaming land this meeting may go to 6:30 or 7:00 and part of that you won't be able to hear because we have set time but I'm sure it'll be in some place in internet land you can find if you have to.

I'm trying to spend a little bit of time because the co-chair is supposed to be the one chairing this and she's not here.

And so -- if I have someone who is capable of using a dart gun we might see if we can go get her.

Dart her and get her back in here.

But you -- I'll share a poem with you all while we're waiting.

All right?

There's nothing like a mustang between your knees, one that's light to the rain and willing to please.

Together as one until the day is done on a mustang you'll find your way home.

The world is brighter when I'm up on this throne that's strapped to the topside of muscle and bone.

Beneath me a friend on whom I depend.

On a mustang I find my way home.

You know luck is fickle and the day is long danger is quick.

Purpose and song on a mustang I'll find my way home.

When my trail has ended on this plain and the angels carry me away.

Please carry me home on a good honest gray, on a mustang I'll find my way home.

Thank ya'll very much and we still don't have Sue.

So we'll just go ahead and start.

The first working group we're going to hear from will be the resource group which is chaired by Cope.

Cope, what I ask you to do is introduce the ones on your working group and the floor is yours.

>> Cope: Although I chair it we do open the doors.
This is one of those things.
This is such an important working group that we certainly don't want to disallow or shut out anyone with valuable input.
>> Fred Woehl: Let me ask this, do you have Steve on the line?
On the phone?
>> Would you call him, please?
>> What's his number?
>> Three.
I have no idea.
Small town.
>> Fred Woehl: Steve is our board member who can't be here so we're trying to get him on the phone so he can have a part of it.
>> You can just put him on speaker.
>> Okay.
>> Cope:  We had an interesting discussion and several topics came up that we discussed in depth that we haven't really hit that far before.
Largely due to the impressions we had and what we learned on the field trip on Wednesday.
Where it became so obvious that it was quite incredible crisis situation out there affecting the resource.
It opened the conversational doors to where as we said yesterday, when we heard the consensus overall from the people in public content it has become highly apparent that we're past the time to be talking about, thinking about and we're into the time that something's got to be done.
We're -- the emergency is real, the degradation and loss of resources are all too occurring, all too evident.
And although some of our recommendations may not be popular and may be controversial, we want to put everything out there because we definitely feel that there are no options we can totally ignore at this time.
The crisis point is to where anything can be done needs to be done.
So from a resource standpoint, you want me to go into recommendations from here Mr. Chair?
Our first one, here we go, guys.
BLM should follow the stipulations of wild horse and burro act of all long-term and short-term holding deemed unadoptable or for sale with youth phase is a.
These animals should be held in the most humane way possible.
BLM is totally unable to clear the excess animals off the range.
They have nowhere to go with them.
We can't take care of the ones that we have and there's the recommendation impossible to implement at this time.
But if you read the intent, the letter and the spirit of the wild horse and burro act it states clearly that the secretary is achieving a thriving natural ecological balance on the public lands and to protect the natural balance of all wildlife species that inhabit such lands particularly wildlife species.
It goes onto state specifically that excess animals shall immediately remove excess animals from the range such as to achieve levels.
Such action will be taken in order of priority until all excess animals have been removed so as to restore the balance with overpopulation.
It goes onto say that the secretary shall cause additional excess wild free roaming

horses and burros for which an adoption demand by qualified individuals does not exist to be destroyed in the most humane and cost efficient manner possible.

In states of an excess animal that meets criteria in paragraph one shall be made for sale without limitation including auction to the highest bidder to livestock selling facilities until all time excess animals are offered.

This isn't going to happen.

We know that.

But we also think that the secretary, the director and Congress should be made aware of the severity of the problem and the resource degradation and how bad things are getting on the range.

At this point we're getting off of that as recommendation.

Knowing full well that it can't be fulfilled as long as the rider remains on the interior appropriations bill.

It's an option at least that really needs to be protect and considered sometime in the future.

I open the floor for comments at this point.

>> Cope: Can you clarify that again?

Exactly what -- at the beginning, before you started reading what the act said.

What did you say?

I'm not sure everyone was even --

>> You mean the recommendation itself.

>> Do it slow so she can get it.

>> We have an extra copy too somewhere.

It stays that the BLM should follow the stipulations of the wild horse and burro act.

Those are what I read there.  By offering all suitable animals in long-term and short-term holding which are deemed unadoptable for sale without limitation or utilizing humane euthanasia.

Those animals should then be destroyed in the most humane manner possible that is the letter and the intent of the original wild horse and burro act.

>> I certainly -- Hope helped create the wild horse and burro act and I know that wasn't her intent and she was one of the creators of it.

I understand exactly where you're coming from but I don't believe that that's what they ambitioned when they helped congressionally work through the wording of the act.

>> One of our purposes in this is hopefully gain enough attention where congress will do something to allow some sort of solution to be reached.

But at the moment with the rider in place, I don't think the BLM has I options other than keeping horses in long-term holding that are now consuming two-thirds of the budget and creating a bottleneck.

We have the scheduled amount of horses round up and removal for the next three years is while we're increase somewhere from 10-20,000 a year.

That's not going to work, guys.

Somewhere along the line you got to make room to pull them off the ranch.

>> I don't know whether it'd be appropriate to add this at this time but since horse space has been made available for long-term holding, could we ask that they put more pressure to increase the budget for -- because I think that's what has been holding up the number of animals that they can gather is because they don't have the funds to do that.

But I realize it would be an additional cost as far as putting them in long-term holding.

BLM_001760

But it would also relieve pressure on the land which is what our number one priority is and so if they could remove more horses, you know, from the wild, it would put less pressure on the land.

>> Absolute ly.

The problem is right now we're roughly 40,000 horses over.

We're talking 1.6 billion dollars.

>> I don't know if you want to add that to the recommendation or make that as recommendation but I would like to see them put some more pressure to get more funds to do more.

>> The thing that we've heard today is that the length of time it takes to do these solicitations per off range pastures takes a year or more.

I mean, I would be okay with putting in here BLM should do what they said or provide adequate off range facility to care for these horses or something along those lines but the length of time it would take to get that done, I mean, it wouldn't --

>> Well, it's going to take some time to get congress to approve the money too.

But I don't know, maybe, Holle, maybe she could tell us again how many spaces, I think that she indicated that there were some areas that would be available soon with some later.

>> Steve: Should I intervene here?

This is Steve on the conference.

I think just with the sheer number and volume of horses that our in need of being gathered in the dire circumstances that are facing starvation and death by thirst on these ranges.

We've got to do something with the animals that are currently in long-term holding facilities.

To do nothing it may possibly be the cruellest thing we could do to the horses indefinitely.

Because of the effects it will have on the horses and on the range and what they call their homes.

And so I think that we should move forward with this motion and at least perhaps at this point in time it's not a recommendation they can act on but hopefully we can get enough of Congress's attention that they don't that either and at some point in time they can utilize this recommendation.

>> In response to June's comment I think she's absolutely right.

I'm not even sure we need a separate recommendation on those lines because we've said before you got to do more with them but the very fact that we're coming up to say you got to get rid of them.

They will stimulate Congress to say that's not acceptable so what else can we do and at that point I think they'd be much more amenable to possibly appropriating more dollars.

If you start with that I think they just blow you off and don't worry about it.

But if you say, well, what do you want to do then?

Maybe there's a chance of getting some dollars out of them.

>> Well, and I think the main purpose of that is since it seems to be the focus of not only what the public has proposed but what we have as well is this -- the viability of the land.

And just -- (no audio).

>> Bedrock upon which our wild horses and burros depend.

Our wildlife depends and our rural communities depend.

We've got to unplug the pipeline.

>> Well, and that's true.

But, you know, I mean, that's not going to -- it's not a lot of horses but, you know, you got to start somewhere and, you know, and even though it may not be enough supposedly to make a difference but it would be a start at least.

And since, you know, when you talked about the budget and the time and what, you know, Fred had said, you know, it would take awhile to do that so maybe it would be coordinated in time as far as when it could be budgeted as well as the space be available.

>> The big conclusion we've reached after a lot of discussion is that the situation has become sufficiently dire.

We decided that, you know what?

We can't afford to throw away any option.

Distasteful as it may be.

We really came to the conclusion that we had to at least be able to consider any possible solution.

This is probably the least socially palatable of any of the options we have come up with but it is an option.

>> Do you think, I'm just thinking out loud, that something like this, being put forward. Might stimulate June, private entities that would think -- I mean, won't agree with this but would stimulate them to maybe take on more of these houses to keep them from something like this?

>> June: Well, and I don't know how that would work but, you know, I -- would be open to anything that would help any way that it could be used and I don't mean to disregard anything that the committee -- I'm not on that committee.

As said, I know they worked really hard on that but it just occurred to me when Holle had reported that they had that extra space which you may not been aware of at that time.

>> So, June's suggestion is we have pasture space and the number Holle talked about was 5500.

So that's 6,000 spaces and, yes, if you move old horses out of corrals like we intend to the pastures then you save some money so 6,000 animals from corrals to pastures.

You don't save that whole amount of money.

It's probably about two bucks per feed day so two dollars times six thousand horses times 365 days is a savings of 4.3 million dollars and I think I eluded to in my opening remarks we're going to move that to on-range activities.

Let's say we're going to do removals.

Let's remove more than 3500 like June said we could.

Let's take that savings and ignore the removal cost.

It's going to cost BLM for every thousand animals not adopted, so let's say we can adopt 3500 or those that go out of the system by natural mortality.

Let's add another thousand horse to that.

That don't get adopted.

That's a 1.8 million dollar equipment on corrals so the bottom line here is the 4.3 million dollar savings would need about 2300 more horses removed not adopted in corrals so it goes a little way to removing a few more but considering the 40,000 in AML.

>> Proposed resolution says that all the horses in long-term holding, and if I looked ahead at the budget correctly, that budget -- that share of the budget is 17 million dollars.

So it's not four million dollars.

It's 17 million dollars saved.

>> Yes.

Your proposal would be but I'm talking about the savings accumulated by BLM by acquiring 6,000 spaces that Holle talked about.

Moving 6,000 horses.

>> Yes.

It's not quite as much as what we need, is it?

>> Just to add to that we didn't say all of them.

We said all suitable animals.

Those that couldn't be sold or that were unadoptable.

>> And I think you need to be able to recognize, too, that the sales without limitation, really gives an opportunity for wild horse advocacy groups to put their money where their mouth is when it comes to taking care of the horses.

It's their horses that would be deemed unadoptable.

But see continued on.

What an idea to have them acquire pasture spaces themselves to put on the ground towards taking care of those animals that at least said they wanted to protect.

To do so with their own funding.

And enable the BLM to take care of the land and the range resource and the horses that utilize that resource in way that is in line with the duty that's been given them.

So I think that's something we need to consider too.

>> Two points.

Going on with what Fred said, even though you may think that 2300 horses or whatever may not make that much of an impact but at least it would say BLM's trying to do something to alleviate it.

And also I don't have my calculator but maybe Dean can help me.

We are, our association actually purchased 20 horses in from short-term holding.

So I don't know what kind of a savings that would be if you calculate that.

Every little bit helps.

That's 36,500 dollars per year.

And those horses were all 11 years or older.

>> And you're only the workgroup member we haven't heard from.

Do you have anything to add to the conversation?

>> Thanks for putting me on the spot, Cope.

>> You haven't answered yet.

>> I'm -- you know, I'm 27.

And I'm going to be dealing with public lands and land management for hopefully the next 50-60 years of my life.

And it kind of pisses me off that I've been inherited or I've been given a bunch of messes.

And what I saw, you know, on that range then that we went and visited and other range lands that I've gone to see is one of the biggest, you know, ecological disasters that I think we're going to face.

You know, in my generation, which is invasive species coming over and taking over native range lands.

Diminishing biodiversity and making it really difficult for native plants and animals to make a living.

I really want to think that we can adopt our way out of this.

I have adopted seven horses.

I've gotten hundreds of them adopted.

But, you know, it's just not realistic.

You know, for me, my ultimate goal with the wild horse and burro program is to have a target population that is controlled by birth control to slow the population growth so that whenever gathers are necessary they equal the adoption demand and to get to that point, I don't think that we can get there without euthanizing or selling horses.

And, like, it kills me to say that but if you really want me to know how I feel, that's how I feel.

And I wish it was -- I wish that wasn't the case but, you know, I've seen PZP, I've adopted horses and I've just, you know, that's the end goal that I don't think we can get to that end goal whenever we're spending two-thirds of our budget on hay and if we can cut off that hay bill and spend that money on on-range management and, you know, habitat improvements then I think that 20, 30, 40 years down the line my kids and my grandkids will greatly appreciate us passing along a better rangeland than what I foresee in the future if we do nothing.

>> Thank you, Ben, as ya'll can see we did not jump to this quickly.

This took a lot of serious discussion and heart rending decision making and finally reached the conclusion that this is what we were going to offer as a recommendation and throw it out there for the powers that be to look at.

>> I want to bring up one more thing.

Knowing that this can't be done, is there a lot of benefit in making a recommend like this.

>> There could be.

Remember, there's already been talking in Congress of descending a rider in the interior appropriations bill.

This may be something if it gets enough attention may sway some congressional members whether it's to act or change the policy.

Our ultimate objective here is to let people know in positions of the secretary of interior from congress down there's a huge problem and a disaster already upon us that's being ignored and we can't ignore it any longer.

>> Fred, I think this recommendation is a way of taking the public and congress on our field tour.

It's a way of telling them that what we saw is truly, truly serious.

It's an emergency.

It can't wait.

And I view this resolution as way of taking them on that field true.

>> Steve: One other thing I think that needs brought up too is we talked about the cost savings and incorporated with the horses off to the range.

How -- I don't think discussed as much as it ought to.

I know it's been touched upon on some of the meetings is the cost incurred by the range degradation that has already and continues to occur and I don't care how much money you throw at that problem, money alone can't fix it.

Even the regions, the best you're going to do is to get an introduced grass to grow in those and we have several ranges where we tried that three times by drilling it. Unsuccessfully.

On our own ground and so your native grasses such as Indian grass and your shrubs, salt brush, those things are next to impossible to get to seed even if you can and when you take upon when you consider the grass and all the other introduced annuals that are out there will crowd those young seedlings out before there is ever an opportunity for them to get started.

You're talking about a resource that when it's gone it's gone.
And you can throw a billion dollars at it at that point in time.
It's not coming back and it won't in the lifetime of my children or my grandchildren or Ben's grandchildren.
It's something that we need to consider not only for the wild horses but also for the livestock, also for the wildlife.
The sage-grouse and everything else that utilizes that range in its pristine condition.
>> Madam Chair, I leave it to you if you want to talk about this or move onto the other three on the block.
>> We'll take a vote.
A voice vote.
Starting with Ben and we'll come down.
>> Ben: I vote in favor of this recommendation.
>> Aye from me.
>> Aye from me.
>> Steven?
Steven we're taking a vote.
>> Yes, from me.
>> Can you repeat that, sorry?
>> Yes.
>> Absolutely not.
No.
>> June?
>> Yes.
>> Yes.
And I'll vote yes.
The motion is passed.
>> Second recommendation we have would that be permissible to move on.
They're a little less controversial from here on.
BLM should prioritize sage-grouse habitat.
BLM should also use degree of range degradation as a criterion for excess animals and those should be given to those lands most amenable to rehabilitation.
That one I think is pretty straightforward as it addresses prioritization for sage-grouse habitat.
>> Could I explain the reason for that?
We all know that BLM has a clear mandate to protect and deal with horse conflict in the sagebrush focal areas.  This language changes it to all the designated sage-grouse habitat.
Not just sagebrush focal areas.  That's the primary intent of this.
We already have recommendations with respect to compatibility with the sage-grouse law but specifically BLM has limited wild horse and burro protections to sage-grouse focal areas this is an effort to expand that and what you saw with the various maps, lots of the degraded ranges that we're talking about here in Nevada are designated primary and general habitat for sage-grouse.
        But they're not sagebrush focal areas.
>> Any other discussion?
>> I would like to see it a little bit better.
I mean --
>> Oh okay.
>> I just sent it over.

>> Okay.

>> Can you just read it again, Cope?

>> Cope: BLM should prioritize sage-grouse habitat for removal of excess animals. BLM should also use degree of range degradation as a criterion for prioritization of that removal and consideration should be given to those range lands that are most amenable to this.

>> Based on what we heard I'm talking about this Bureau of Land Management, BLM has until I think 2020 to have that is their goal and if we don't do something like this they will be -- I'm always of the opinion and if we can do it our own self or if board meeting can do it it's better than having somebody force them to do it.

Does that make sense?

>> Absolutely.

What it amount to is if we don't get it squared away we'll be forced to list it.

>> Based on that part right there -- I'm through.

>> There's a sad acknowledgment in that recommendation.

That last sentence, consideration should be given to those ranges that are most amenable to rehabilitation recognizes that some of the range lands are beyond recovery.

And I know you've heard that and maybe question whether that's true but it -- this is an attempt to ask BLM let's save what we can because it's already past time for some of those places.

>> Are you ready for a vote?

>> No.

No.

Hold on.

Do we have any idea what this looks like?

I mean, we're -- how many acres?

How many herds?

How many animals this might impact?

Are any of the herds you're talking about genetically on the borderline or not?

They're not very many animals in there of historic or genetic irreplaceable quality?

Do we really know any of that.

>> I'd like to address the genetic viability if I could.

We heard a lot of that in the public comment yesterday.

I did a little research and talked with Alan on that is we talked about raising those AMLs from double digits from 100 to 150 to ensure genetic variability.

I've seen cattle that didn't bring in new breeding stock and expanded their population using the existing stock.

You didn't increase the herd size with the genetic base.

How high do you have to ensure those numbers?

And according to what I heard that magic number is not 100 it's closer to 5,000.

At that point the word we got yesterday is if you want genetic variability you bring in outside breeding stock and that seems to be the only logical workable solution.

>> Cope, I'm just going by many years of working with Dr. Kathrens since 1994 and if you look at his reports and his conclusions, I would certainly go with the science from him.

I understand you're talking about like IUCN recommendations when they're talking about huge populations.

I'm talking about the minimal recommendation from the foremost equine geneticist in the United States.

>> I have also done extensive interviews with Dr. Kathrens and according to Dr. Kathrens there's been no signs of genetic breeding depression of horses in the last --

>> Ginger: That's certainly not correct if you look -- that is certainly not correct and I respectfully would disagree with you on this if you look at -- I have in my office boxes of vials on the genetic reports.

He warned it on the priors.

He expressed significant concerns over our burro populations so I certainly respectfully don't agree with what you just said.

>> Cope: Just setting back and thinking about what's going on it's very clear that horses are not an endangered species because the sage-grouse is and the sage-grouse takes priority over everything else and few understand that right as far as getting the habitat back to where it needs to be to keep the sage-grouse from being an endangered species is that correct?

>> There has been a movement ahead of some groups who want to have the sage-grouse listed as an endangered species due to lack of habitat.

We can go to the ins and outs of West Nile infection and predation and all the other parts but habitat's what they're concentrating on what an official wildlife standpoint. So the lack of preservation on the habitat will count very seriously in litigation as to what needs to be done to protect the bird.

>> May I say one more thing?

>> I'm trying to get this in my mind.

Decision has already been made that the sage-grouse, for lack of better way of putting it.

Just putting it in good old Arkansas terms the sage-grouse is more important than the horses right now.

>> That's not what it means at all.

The sage-grouse represents the habitat that supports it and this is an act aimed at preserving the sagebrush step and the hundreds of species that depend on that system.

It's not about birds versus horses that's way too simplistic.

>> If I can put it in terms that this old Arkansas boy can understand.

The canaries in the mind are the sage-grouse.

>> Pretty much the focal species rather than the bird itself we're concentrating on the bird's habitat.

That's the real focus.

>> So if we had a healthy range we would have more sage-grouse.

>> Maybe.

There are variables that aren't addressed but what is true is the BLM is mandated under the recovery plans to reclaim the sage-grouse habitat.

Right, Dean?

>> Dean: That's our goal and we placed our marker down and that's our commitment and we prioritized the habitat and to the sage-grouse focal areas as the highest priority habitat where the most birds are and the next priority of habitat and then the general, we are committed to taking care of those habitats.

>> Cope, I'm wondering if the recommendation can be more nuanced.

Simply to vote on something here without seeing maps and knowing what we're talking about.

I'm thinking about the Adobe town conflicts in Wyoming.

And also the people that manage those areas and wild earth guardians that are

BLM_001767

located south of that and western watersheds and the conversations I've had with them and I've talked to them about wild horse population in specifically that area and they said, you know wild horses really aren't a consideration.

It isn't -- compared to livestock raising and a disruption from mining, at least in that area, that is more of a concern than wild horses.

Whereas the populations are much smaller than they are on what we're seeing in Nevada, so I'm just wondering if we might be a little more nuanced in our approach.

>> If you're using western watersheds as your standard for what you're going to do I will assure you that will raise livestock raising more important.

>> Was it wild earth gardens you specifically singled out there?

>> No, western watersheds.

>> My latest conversation was with wild earth guardians and disease --

>> Okay.

>> Knowing that it's certainly not in a state from our tour the other day.

>> Can I try to clarify something?

This recommendation is not meant to -- I'm going to use the word usurp, it's probably a bit strong.

Usurp BLM's current priorities where it's a priority first, court order is second.

No, health and safety is second.

Anyway, it's not meant to replace any of these items in that lineup.

It's just trying to add this one onto the lineup.

>> Get it down at the bottom of the list.

>> Well, and correct me, Cope, if that's not exactly the intention here.

>> The intention here was to give BLM some guidance in their development of their policy for habitat restoration and preservation for sage-grouse, does that make sense to you, Dean, as far as what we're trying to say if and the way we're going at it?

>> Yeah, clearly sage-grouse habitat management conservation is our priority and the encouragement to have work in the accomplishment of that is right in line with where we're trying to go?

Kristin, any other comments?

>> You said it well.

Thank you.

>> Would you be able to say whether this would impact, you know, the areas I was just talking about?

I mean, I really don't know.

>> I think the issue you're referring to is genetic diversity and there are recommendations in the report that aim at managing not at individual herd management area basis but because of the concern for lower numbers and genetic diversity conservation they recommended that we manage for meta populations or I'll use my words larger groups of HMAs as aggregate.

And they even said where HMAs were isolated that BLM could introduce genetics from other herds.

So their aim as genetic conservation and they called attention that you don't have a lot of burros and they called attention to the other herds like the Pryors and those known for their Spanish mustang.

Es.

What I'm trying to say NAS was trying to push us away from the genetic conservation and saying to measure bigger groups which sets aside the concern for genetic diversity.

BLM_001768

>> I actually was looking at specifically the wording of this when it says BLM should use degree of range degradation as a criterion.

I wasn't talking about genetics.

I was really talking about areas that certainly don't look like what we saw on our tour.

>> So I think that could be clarified a bit too because it implies to me that those have been -- those habitats that have been degraded and maybe pass passed restoration you can read that.

You were saying are the habitats intact and we have desirable ecological condition that haven't crossed a threshold to annual plant in an irretrievable states I think you're aiming to take actions in those areas first and I think you can clarify and make that a little more clear.

>> I think if you add the degree of range degradation on designated sage-grouse habitat.

And then as the priority?

>> What it says at the end there, most amenable to rehabilitation.

That means to me that they already kind of have been significantly degraded.

I get what you mean but I think the wording could be a little more clear.

>> What if we added this kind of language?

Consideration should be given to those range lands that can be maintained in a healthy status and/or are amen to believe restoration.

>> I would suggest we say restored and maintained.

And the degree of range degradation can go both ways.

If it's degraded to the point of not recovery there's no point in pumping effort into it.

If it is degraded and it has a chance of coming back and making the restoration work effective that's where we talk about concentrating.

>> And that fits because I think Kristin, also an element of sage-grouse management is restoration.

>> As well as fire and invasive species.

>> So, Cope, your two words really do nail it.

>> I'm wondering do you want to say i.e. priority consideration should be given or just simply consideration?

>> I want to leave the scientists to help make these decisions because I don't know that that's really up to this board.

I mean, I think our job is to get the intent out there.

>> I would agree.

At this point it's redundant.

>> Anything else?

Discussion?

Are we ready for a vote?

We'll start at this side this time, June.

>> I think, can I abstain?

Because I just don't feel like I'm knowledgeable enough on what this would entail to make a determination one way or the other.

>> Perfectly acceptable.

>> Yes.

>> Yes.

>> Yes.

>> Yes.

>> And I'll vote yes.

>> Steven.

>> Yes.

>> I'm sorry, Steven.

Ha, Steven.

>> Yes.

Sorry.

Yes.

>> The third one that we developed dealt a whole lot with the effects of the overpopulation on communities in the west and range health as it apply to community health.

And the bottom line we came up with was, BLM should develop partnerships with economic agencies and/or department to conduct an analysis of socioeconomic effects on communities with -- it should be with in there reduced AUMs on herd management areas due to range degradation resulting in burros.

Further analysis can be conducted by the potential removal from all livestock from all HLMAs.

I think this would fit well with the universities or the local economical development associations to find out what the effects on these western communities really are and how badly they're being hurt at the moment and what would happen if you took all the livestock off of the HMAs.

What would be the socioeconomic results?

We're not asking BLM to do this but to develop this with the economic associations and things of that.

>> This would just be for information purposes?

>> Absolutely.

When we do this, I said this before, NEPA and all the EIS requirements absolutely mandate socioeconomic analysis.

My experience is they tend to be pretty long on the socio and pretty short on the economic and I think this would be an effort to really look at some actual influence not only the social effects although they're important but the economic effects as well.

>> Just to kind of share I know a common frustration for all of us, as we, the board, sometimes feels trapped in this argument about cows eating the grass versus horses eating the grass and quite frankly it gets very tempting to kind of want to separate those.

They're out on the playground so we can look at just how exactly it works when it's just cows and when it's just horses, so I would kind of share with you that this is part of trying to deal with that frustration because those two issues are so very difficult to separate.

And I think looking at this stuff -- behooves us to say let's get all of the horses out of the way and the cows and vice versa.

That's not the proposal at this time but I think we want to look at what is the really socioeconomic situation with those interactions?

>> Didn't I say that --

>> My comment is that I remember a passport member, Kelly Hendrickson encouraged and desired the very same thing that this recommendation aims at.

And my response and answer at the time was that will occur when we do the programmatic environmental impact statement but that's been set aside.

So this is an alternative means perhaps to achieve an understanding of the economic effects of some of the things at stake here.

>> The board is on record as far as supporting programmatic EIS.

We did that a couple of meetings ago so what you're saying then to me is that this would actually effectively do about the same thing.

>> In the absence of the programmatic statement yes, it aims at that and if we pursue that maybe an analysis can be absorbed into it.

I don't know about that but if that or a symbol potentially could.

>> I think this is something that state departments of commerce might be interested in.

I see absolutely no reason to say that the land grant universities wouldn't be interested in and it I assure you that economic development associations definitely should be.

It's something the BLM could do at very little expense.

>> I don't know how much it would cost but some alternative suggestions to get to that information.

>> Cope, are we presupposing that if all livestock were removed from all herd management areas and we know that's a pretty small percentage of BLM managed lands.

There wouldn't be any kind of alternative plan for -- we've -- I haven't talked about it as a board member.

I've talked about it elsewhere.

Some compensation.

Some alternative not thinking very clearly right now after the first recommendation.

Excuse me.

But there wouldn't be some alternative things that would be compensated for and I know others have made comments on this.

>> We talked about that in the past but I don't think anyone's ever done the economic analysis because obviously compensation without production lowers the economic multiplier.

We know that.

If the guy that's raising cattle still gets paid the same amount as he would for raising them no longer has the cattle all the people he's paying don't get paid.

The other part that we need to look at is if we got just retiring the permit.

That's a one time payment.

If you do it on an annual basis now you're depending on appropriations and I think all of these things should be analyzed with those variabilities in mind.

That's what we're talking about.

>> Thank you.

>> You ready?

Anymore discussion?

You have something to say Ben or Steven, are you still there?

>> Yes, I'm still here.

I think it's just enough.

>> Do you have any other comments?

>> No.

I just -- would vote in favor of the proposal.

I think it's really good one and I think it gives us some real objective information to work with that right now we don't have.

And I think going forward with the all the decisions that are made with the BLM it would be an opportunity to have that information ahead of time.

For the various NEPA and IES studies that will be conducted in the future.

>> Thank you.

>> One thing I'd like to ask.

I don't know if this is the right place to do this or not.

But BLM should have partnerships with others for socioeconomic effects.

I wonder if we can also do a similar partnership other agency study to conduct environmental effects.

You know, how much water is being produced for the hay in short and long-term holding pens.

You know?

What are the costs of restoring range lands back to their former state.

Do you think that could be incorporated.

>> I have no problem adding that after socioeconomic and/or environmental.

Does that suit what you're trying to say?

>> Yes.

>> That still work for you, Steven?

>> I think that's next in point.

You know, we've talked a lot about the range on resource and I think that that would give an opportunity to delve into that as well because there's -- I think the socioeconomic impact is made when the range deteriorates past the point of restoration and also with the cost that is incurred when you do have a restoration program for keeping range in the state and the condition where you want it to be to begin with.

>> Anyone else.

>> I don't know whether this belongs in any kind of recommendation.

I know there's little to be done in the areas I know of in the poor economic driver of communities as well as horses and specifically the ones in Wyoming and obviously the ones with Pryor Wisconsin and I don't know whether that will be in here or something that's separate and apart.

That would be an interesting point as well.

>> I think those data are inherent with what we're trying to do.

>> Yeah.

Either way.

>> I'm a little bit familiar with engaging agencies to do this kind of analysis and their job is not to presuppose where you want to go with this information.

So they should look at both ends of the spectrum and they will look to see the benefits and the pros and cons of these different scenarios.

>> I appreciate that, Julia, so you say potential removal of all livestock and or all wild horses or not.

>> Hey, look don't you think we stuck our neck out enough here?

Because that is not where we're going to go today.

>> Well you said our objective.

>> That's in excess.

We're not even talking about removing all wild horses.

That is not the place the board has ever wanted to go because the AMLs are established and all we want to do is reach that to where we have the sustainable number of horses in those allotments that we can work with.

We don't want to eliminate them.

>> Okay.

Okay.

>> I see what Ginger is trying to say is you could incorporate that into the study by deleting resulting from overpopulation of wild horses and or burros and leave it at

reduced ALMs so that the scientists when doing the research aren't predisposed to think that that degradation came from wild horses or burros.

>> The trouble with that is now you're confusing the wild horse issue with the fire issue because we're certainly going to have range degradation in a lot of places in the upper snake river valley where there's no horses but severe degradation due to fire and that's where we're going to slop over and lose our focus of the committee which is the wild horse population.

>> Well I might be a little slow.

You know, I've been told that before but isn't a horse livestock?

To me, I didn't know they were separate.

You know, so you could just take out overpopulation of livestock and --

>> Replace that with sheep and cattle?

>> Well --

>> Or domestic livestock.

>> Well livestock is basically anything with four legs, isn't it?

That's raised.

>> Wildlife doesn't count.

>> We're not talking about wildlife, there's no way.

What I'm saying is where it says that HMA due to range of the degradation of livestock.

And potential removal of all livestock a horse is livestock.

>> Fred, Fred, you're showing your age because that very -- it was very true where we came from and the times we came from.

But that is not true today.

In society.

Horses have moved from livestock to pets.

Socially in the United States.

>> It's already pretty explicitly states in the wild horse and burro act it's not livestock and burro act.

It's --

>> Burro is livestock too.

I'm an EIA verifier and I am certified by the live stock and poultry commission.

>> Fred, would it help if we put domestic in front of livestock in the last sentence?

>> Yes.

>> Correct.

>> Yeah.

That helps.

>> According to the wild horse and burro Act wild horses are not livestock.

>> I agree.

>> So I would not put that in there.

I mean, livestock clearly are cattle.

They're not wild horses.

And I suppose there could be domestic horses that might be doing range degradation.

So according to the wild horse and burro act they're wildlife.

>> I'm not even going to go there.

I'm sorry.

If wild horses are wildlife you'd have hunting season.

>> Not necessarily.

We have a lot of wildlife -- I think the intent here is the name.

And, Dean, does that give BLM the intent?
That's all we're looking at.
>> I think I understand it.
I think you're saying if we have overpopulations of wild horses and burros and that affects domestic livestock grazing on public lands what are the economic effects of that and the environmental effects.
That's what I think you're saying.
>> That's where we're going.
>> Yes.
>> Dr. Cope, are we ready?
>> Absolutely.
>> Any other discussion?
I think we're starting with you, Ben.
>> Recommendations made of the committee?
>> Voting on this recommendation.
>> Good morning.
>> But that's after this.
>> Yeah.
Yes, I think this information would be very beneficial to have.
>> Cope?
>> Yes.
>> Julie?
>> Yes.
>> Yes.
>> Steven?
>> Yes.
>> Ginger?
>> Yes.
>> June?
>> And I'll vote yes.
>> It's unanimous.
>> We have one more and I'm going --
>> Whoa.
Whoa.
Whoa.
>> Before we move onto the next one I would like to clarify my vote on the first recommendation.
So that I'm not misunderstood.
I certainly do not agree with euthanasia in a random not undocumented way.
In looking at the health or welfare of the horse itself, there seems to be to me to be a difference in whether you want to see a horse die on the range from lack of water or forage which is a very, very tragic death in relation to a, what's that word is that we use?
A more humane way of euthanasia.
>> I think we all agree with that, June.
We do have one more but I'm going to turn this one over to Dr. Weikel to go over that one.
It's pretty much hers.
>> Kathie, I don't have this one on a piece of paper so I'll try to go kind of slow.
BLM should encourage state agencies and BLM racks to develop and submit for

consideration their plans for herd management and range rehabilitation tailored to their specific areas and HMAs based on local knowledge and expertise.

>> Why state agencies?

They don't answer to BLM or anything like that.

>> Oh, we may want to wordsmith that a little bit.

What we meant was the state wild horse and burro collective group.

So because we all know and recognize that the on the ground people have a lot of expertise that maybe doesn't make its way certainly to us.

We saw lots of it on our tour.

And we also saw that racks, some racks are willing to get involved in this issue.

If you look at the way racks are supposed to be set up, they're supposed to respond to an issue when BLM asks them to and so this is a way of asking for participation from these other advisors and we all know that Dean's in very good and close contact with his field people in the different states but there's a lot of variability from state to state in how the local wild horse and burro team perceives the solution to their problem.

So we would just like to empower them a little bit to be willing to speak up.

>> State agencies can include the state fish and wildlife.

Conservation districts.

Water districts.

There are a lot of agencies and entities out there that could contribute to the potential solutions that aren't just the BLM racks.

>> Again, I might be a little slow but submit to who for consideration for what?

>> I think we're talking about ideas that the BLM could implement to help range rehabilitation and herd management.

>> So submit ideas or to develop and submit ideas for range --

>> They're plans.

They're submit for consideration their plans for herd management and range rehabilitation.

>> To the national BLM.

Is that right?

>> Yeah.

To the BLM.

Sure.

That'd be fine.

>> Okay.

All right.

>> And I think so long as what Cope said, I think with those other agencies we incorporate there's a lot of expertise that can be found upon by including the agents that work at the various agencies.

Incorporated by some of the states and the counties that they represent, I think there's a vast amount of knowledge that can be utilized in doing program like this.

>> Now actually I'm not trying to pick anything apart but I'm trying to get this in my mind now.

The local BLM rack, do they submit stuff to the state director of the BLM for their state?

>> I don't know if they are right now.

They certainly could.

>> Well then so what I'm trying to do is make this where it will actually be feasible and realistic.

The way this works and I understand it's a chain of command that the local racks need to do this and submit their plans to their state director or whoever they answer to for consideration and forwarding or something to the national funding or something.

You know, guys, honestly, I have problems with doing recommendations that can't be done.

Just for the fact of doing recommendations.

I personally have a problem with that.

And it kind of bogs down the system.

>> You feel like this is a recommendation that can be done because I certainly do.

>> I do and I think it's one that needs to be done but we have to word it in such a way where it can be done.

I mean, you know, we need to word it very specifically I think.

That's just me.

>> Well --

>> Fred, could I share some experience along these lines?

So I've been for a few years on a rack that had submitted some recommendation to BLM at the national level.

The rack by definition cannot give their advice to anyone but BLM.

I mine, they are BLM advisory committees.

And I faced a huge swell of support for submitting the Oregon plan to state legislatures, governors, etc. and had to resist that because by definition it's already defined who a rack is offering their recommendations to so I don't think there's a problem about where this goes.

Very clearly it's meant to be empowering these people at this level to be sure and talk to the bigger picture.

But specifically about their piece of the pie because it's different from state to state.

>> Well, again, I'm from the east and we don't have -- we don't have racks back east. The only racks we have back east are on DOL.

That's why I mean, someone back east when they get this -- and they look at it, I mean, they're going to -- submit their plans to who?

You know what I'm say something we have to make this where the -- everybody can understand these recommendations.

If they're going to be -- maybe I'm wrong.

>> Dean, do you think the BLM would benefit from this recommendation?

>> Kind of.

I want clarity in your recommendations if you follow through on this.

I think what you're talking about are local groups, the racks and agencies.

We're already required this consultant with wildlife management agencies but local groups.

You want them to submit their ideas for herd management and range rehabilitation strategies.

I think that might be clarified rather than saying plans.

Plan means you got a plan and you're going to implement it.

I think we're talking about strategy ideas.

We're talking about a concept.

>> Could we also include into this recommendation that not only state agencies and BLM racks can develop and submit for consideration their ideas but at NGOs?

>> I had that thought too.

Everybody in the audience, everybody has ideas for strategies and when they come

into play is when we have land use plans and when we get more site specific herd management plans so it is not like everybody doesn't already have an idea.

An opportunity to input through those processes.

That's the formal official process.

People give input but what I understand this to be is Washington office, you ought to be thinking of a national strategy to get a handle on why would horse and burro management and here's, we would like more local input and your consideration in developing policies for strategies.

That's what I understand you to mean.

>> This is kind of an extension of the phrase to think globally and act locally.

>> Exactly.

And notice that the word says encourage.

There's no requirement that any of these groups have an idea of submit it.

>> No, but accept this recommendation if you propagate it is BLM will reach out to racks and state agencies.

There are multiple state agencies.

So, I don't know, this is pretty global, Kristin, do you have any thoughts?

I'm not objecting to this but --

>> What's running through my mind is what do we want to do that improves on the current land management planning process?

Which it does allow for that local input when we're talking about wild horse and burro management.

Is there a desire to have a supplemental planning effort happen?

Which then I would wonder if -- how would people respond if, let's say, their ideas and their desires require more money and we didn't get the money do they feel they can't respond.

I want to make it something people feel like they're going to get something out of it that they're not getting now.

>> Aren't they already doing this?

I know I visited with Bill, the chairman of the local rack and he told me that they meet and they do this.

They developed and gave us their ideas.

So they are already doing this.

So why are we making a recommendation for something they're already doing?

>> Because it's kind of unusual for racks to have done what the Oregon rack did and what Bill's rack did and this is just kind of a way -- but if you look carefully at the law that creates racks, racks are to respond to issues that BLM asks them to respond to.

So a rack on its own, although they kind of have a history of making their own little issues that they want to deal with.

I looked carefully at that language and we asked designated officials to bring us problems they want to work on.

We don't over -- originate these ideas in a rack because the law says that.

>> For my clarification because I've heard both state agencies and then racks.

We -- you very well articulated the rack process.

And a recommendation could be that BLM continue to outreach to get output on the burro issues and we also continue with state agencies as part of our business.

So, again, other than reaching out to racks, and enhancing maybe what we do with state agencies, do you envision something in addition to that?

>> You're looking at me because -- no, but what I have -- it was, no, I just had rack.

You're the one who added state agency.

>> Take out state agencies.

>> Because that really was the idea was to try to encourage those areas that have wild horse and burro issues to ask their BLM, their rack to get involved if appropriate.

>> Should it include BLM?

>> Is there anything and this is for my own information is there anything gained from making the recommendation that already isn't being -- currently being done or do you think that there is a lot of this already taking place.

>> Please correct me if I'm not speaking well on what you're trying to do.
People found it positive that we had the rack representative here and the engagement and the intent could be to encourage and expand upon that.

>> Exactly.
And remembering that racks, by definition, are created to represent the interests of that local area and they're not all the same some have a mine or timber or a wild horse and burro rep.
They don't all have a potential interest to public lands on their rack.
They have the ones that are significant for that area.

>> Are you ready for a vote?

>> Okay.
Which direction are we going, Ben?

>> Yes, I approve.

>> Yes.

>> Yes.

>> Yes.

>> Yes.

>> Steven?

>> Yes.

>> Thank you.
And I'll vote yes.

>> I believe that is the end of the work sources regroup.
Thanks goodnd goodness.

>> Did you want to say something.

>> Time to go to lunch.

>> So we won't start another workgroup discussion until after lunch.
Back to you, Fred.

>> Very interesting.
What we're going to do is break for lunch and then we're going to take back up and we're going to finish up these discussions after we get through with our --

>> -- presentations.

>> Presentations.
They'll go to the end.
And board members, if we're here until 8 o'clock or 9 o'clock we'll be here until 8 o'clock or 9 o'clock.
I just want ya'll to know that.

>> And the other thing you want them to know is we will start at one.

>> We will start promptly at one and, Cope, you have to be here promptly at 1:00.
We stand adjourned until 1 p.m.

ROUGHLY EDITED TRANSCRIPT

BUREAU OF LAND MANAGEMENT
WILD HORSE AND BURRO ADVISORY BOARD MEETING
SEPTEMBER 9, 2016
1:00 P.M.

Captioning Provided by:
Closed Caption Productions, LLC
P.O. Box 278
Lombard, IL   60148
www.ccproductions.com
Phone:   (844) 335-0911


*    *    *

REALTIME CAPTIONING AND/OR CART (COMMUNICATIONS ACCESS REALTIME
TRANSLATION) ARE PROVIDED IN ORDER TO FACILITATE COMMUNICATION
ACCESSIBILITY AND MAY NOT BE A TOTALLY VERBATIM RECORD OF THE
PROCEEDINGS.

*    *    *


>> KATHIE LIBBY: Board members, it's after 1:00.

>> FRED WOEHL: All right.

Can all the board members please take their seat and we'll come back to order.

Move 'em out!

All right.

Ms. Kathie, do you want to go over the changes that we have got?

>> KATHIE LIBBY: Thank you, Fred.

>> FRED WOEHL: And then as soon as you get through, I will turn it back over to -- no,
I won't.

>> KATHIE LIBBY: No, you won't.

I think we'll turn it over to you and Kristin or Kristin, yes.

BLM_001779

Welcome back, all of you.

It's quite a momentous last hour that we just had.

So we are going to do a brief recognition ceremony.

We are going to have the land health fundamentals presentation by Gordon Toevs.

And then we are going to have two updates, one on on-range and one on research.

We will get a break in between there.

And so following that.

At about 3:15, 3:30ish, the board will go back to their working group reports and recommendations.

Okay?

Dean still has an opportunity to provide the BLM response to earlier recommendations which he will do just before that.

So if you are not totally confused, just hang in there and we'll let you know what is happening.

So Kristin, am I right?

>> KRISTIN BAIL: I'm figuring out how to do this logistically.

[ Chuckles ]

It's my very, very great pleasure to recognize the service of several of our board members.

What we are providing today is not nearly an adequate representation of our gratitude and acknowledgment of the work, the sacrifice, all of these folks are very busy people, with full-time other work and for them to take so much of their time, their caring, and their intellect to help us on these issues, provide us with their advice, is very appreciated.

But this is a token of that appreciation for your service and what I will do in -- because I'm tethered to a microphone is -- Dean, can you help -- either help hand out or announce.

That way -- yeah, I'm trying to figure out how to do both.

So you are seeing realtime coordination here.

Yes.

The first member we would like to recognize, our chair, Fred.

Hey, Fred, you promised me an autograph.

Now you have mine.

(Laughter)

That's from a dinner conversation last night.

So -- it is our pleasure to thank and congratulate you for your service on the board.

My thanks.

(Applause)

The next person I would like to recognize is Dr. Sue.

And if y'all are wondering, this is a very narrow stage.

So I'm very mindful of that and I don't want to be on record as falling, you know, tipping down.

So that's why I'm staying in place.

Yeah.

Yes, and so, Sue thank you for your service and for your work on the board.

(Applause)

Yes, the ultimately desirable autograph of Kristin Bail, yes.

No Christian Bail jokes now.

>> FRED WOEHL: Oh, I'm sorry.

>> KRISTIN BAIL: And Cope, our thanks and congratulations to you.

Oh, come on.

(Applause)

No, I want your hand thank you.

And Kathie, can you take this back?

I didn't think you wanted it left up here.

>> FRED WOEHL: And I think we are waiting for a phone call?

>> KATHIE LIBBY: We are.

We should have -- do we have Gordon on yet?

>> GORDON TOEVS: Yes, I'm on the line.

>> FRED WOEHL: Well, Kathie, why don't we go ahead and while we are waiting for him, let me go ahead and explain what we are going to do for those of you that have been trying to follow our agenda as we act like a -- a -- well, I can't say a Chinese fire drill because that wouldn't be politically correct.

>> Hey, Fred, just ask for Gordon.

>> FRED WOEHL: Gordon?

>> GORDON TOEVS: I am on the line.

>> FRED WOEHL: All right.

Thank you very much for taking the time out to talk to us.

They are putting up some visuals as we speak.

All right.

You are on, Gordon!

>> GORDON TOEVS: Okay.

So is the first slide up?

>> KATHIE LIBBY: The cover slide is up, with the title and the date.

>> GORDON TOEVS: All right.

BLM_001782

So I apologize that I'm not there in person to join you folks, but I am in Boise, and I will do what I can to hopefully facilitate this presentation at a distance.

So I appreciate the opportunity to be able to -- to address you folks.

I think that there has been a lot of interest in understanding land, land health fundamentals, what the impact is with the recent signing of the sage-grouse plan and as a connection to future management of the wild horse and burro and HMAs.

Dean had approached me and said could I put together a presentation that would cover a number of these topics?

If you go to the next slide, and I will just pause here for a moment to make sure that we are in sync.

So now are we on the slide that says outline?

>> FRED WOEHL: Yes.

>> GORDON TOEVS: Okay.

If we get out of sync, let me know and we will sync up again.

The outline of this presentation, I wanted to set the stage for what does it mean to understand land health and what is the regulatory and the science that goes behind us establishing land health?

One of the foundations of land health is ecological processes and so I just wanted to briefly meet the ecological -- discuss ecological processes and then the processes that the BLM and the NRCS have undertaken over the last few years to gather range-wide data sets.

And so when I say range-wide, I'm talking about the extent of rangelands in the western United States, those that are managed by the BLM.

The next thing I wanted to discuss, it's great to collect data, but if you can't turn that data into useful information, it really is not -- it does not mean its intended purpose and for that, we are going to talk a little bit about assessment and evaluation, and then one of the topics that I think that is really ripe for us to discuss, not only as a community of people who really enjoy and appreciate and use the public land, but what are those desired future conditions for these public lands?

And when those -- when these public lands are not meeting that desired future condition, how do we get to a determination?

What's causing us to not meet those -- that desired future condition and ultimately is there a decision that we can make or an action that we can take to move us toward meeting those desired conditions?

So the next slide has three questions that I'm hoping by the end of this presentation, that you will have more information about them than you do now and I would encourage you to ask questions, not only during the presentation but after the presentation.

And so help me understand if I've been effective in communicating this information to you.

So these three questions that I have set up for this presentation, what is the condition of the land relative to the desired and/or referenced condition?

So we have a number of legislative -- of legislative areas that have directed us to do so.

One of those is FLPMA, which is the Public Management Act, one is PREA and one is the Taylor Grazing Act and then another question is, so what is the condition of the land relative to the desired condition or the referenced conditions for sage-grouse?

And this is nothing that has come along with the recent land use plan.

That's part of FLPMA.

Part of FLPMA is that we recognize all of the uses of the public land, and one of those uses is wildlife and habitat.

So that's one of the bases for us needing to understand if we are meeting those desired conditions and now we have the land health fundamentals that also speak to those and the recent records of decision.

So then the third question on this slide is:   So what is the condition of the land relative to the desire or to referenced condition in wild horse and burro management areas?

So here we can go back to the Wild Horse and Burro Management Act and we can also talk about the land health fundamentals.

And so this is just kind of setting the stage.

These are the types of questions that I'm hoping are informative to you and will hopefully help you understand our intentions of moving forward as we assess the land and understand whether it is meeting the land health fundamentals.

So the next slide is just the header slide for the section about legislation, science, and regulation.

So going on to the next slide, that is titled with legislation.

So here's just a snippet from the Wild and Free Roaming Horses Act of 1971.

Some of the bullet points that we want to touch on today are one of the -- the objectives of this is to maintain thriving natural ecological balance and multiple use relationships.

One of the bullets is to protect natural ecological balance of all wildlife species.

Another one is to have a current inventory of the wild horse and burros.

And another one is to determine if overpopulation exists and achieve AML.

So these are legislative directions.

The next slide is the legislation about FLPMA.

So the wild horse and burro '71.

FLPMA comes along in '76 and FLPMA again directs us to have a periodic and systemic inventory.

That the goals and the objectives we place on the lands or that we have for the lands that we manage are based upon multiple uses and sustained yield.

We need to manage and manage to protect the values and provide services.

We need to prepare and maintain an inventory and we need to prevent undo and unnecessary degradation.

The next slide in this picture is a slide that has a copy of rangeland health, the cover of "Rangeland Health" and this was a study that was commissioned in the early '90s.

The National Research Council took this study on.

And between '76 and when this commission was studied, the Bureau and our partners were trying to understand what that meant how to systemic inventory and understand what the health of the land was -- what the health of the land meant.

One of the underlying drivers in this study was this first quote.

We are hampered in the ability to make decisions because of the inability to answer questions about the condition or quality of our rangelands.

I would contend that that quote is probably still quite accurate today.

And -- but it did precipitate this study and this study has precipitated an entire body of science that now has been embraced with indicators of sustainability and they are recognized across numerous agencies and partners.

And so this is a great foundational study for us to understand what is the -- what does it mean about the quality of these rangelands?

And this -- one of the conclusions from this report was to establish these criteria.

For what does it mean -- what are these processes that are essential.

And they came up with these three processes of soil stability and watershed function, nutrient cycle and energy flow and the presence of recovery mechanisms.

So we know we manage dynamic landscapes.

We are going to have fire.

We are going to have floods.

We are going to have various disease incidences.

So when those occur, are there processes that are robust enough within that system so that it can cover -- recover without being -- without undergoing degradation?

And so that's where this study ended up and this next slide is a quote about cooperation, and I just think it's a great slide that closes the conclusion of this book.

The committee offers -- it's this book.

To the profession of rangeland management and to society as a whole with this challenge:   Test it and change it, but do it in the same cooperative manner that this committee used to produce this strategy recommended in this report.

And so the chair of this report was Frank "Fee" Busby who many of you know and recognize the name.

This was very much a collaborative effort and, again, the charge is that we continue to collaborate and try to understand what does it mean to sustain the health of our public rangelands.

So the next slide begins to talk about some of the regulations.

So out of that book and with that underpinning of those ecological processes that were determined to be essential to sustained rangeland.

This is the regulatory driver that we follow.

That includes these four principles.

So water shed uplands, riparian and aquatic are in properly functioning physical condition.

And ecological processes supporting healthy biota.

Water quality complies with state standards and habitats are maintained for threatened and endangered species.

Again, these are the fundamentals, four fundamentals that led to the development of the land health standards.

So these fundamentals were handed off to the rangeland advisory councils and from these, they developed standards that pointed to the uniqueness of the standard.

But they have to meet these four fundamental regulatory drivers.

And so there are many indicators that we can choose to look at these particular fundamentals, and many of those were selected by the RACs, where we have also had an interaction group that has been working on this.

So that as -- as agencies, we can come to some consensus on what is the best indicator to describe these processes.

I will stop there for just a minute and number one, make sure that we are on the slide that says ecological processes, indicators, measures and number two to make sure that people can hear me okay and number three to make sure that I'm moving at a speed that's appropriate for the audience.

Could I have a little bit of feedback to make sure that I haven't put everybody to sleep already?

>> FRED WOEHL: Well, yeah.

You're doing good.

(Laughter).

>> GORDON TOEVS: I'm putting people to sleep?

I hope not.

>> FRED WOEHL: Oh, no, no, no.

>> GORDON TOEVS: Okay.

We will continue on.

The next slide is about ecological processes.

These ecological processes that are driven out of that study talk about soil and site stability and hydrological function and biotic integrity and one that's more recent than that publication is landscape pattern.

And our understanding of the importance that species needs no move from place to place, to -- whether it's a migratory pattern for a mule deer, antelope, the sage-grouse.

So all kinds of species move from place to place.

That landscape pattern has become more and more important as we have permitted more and more activities and we had more and more development across public land.

And so that is another one of those upland ecological processes that we are monitoring.

When we get to the aquatic side of things, then we have this geomorphic function, the hydrological function, the biological integrity and the connectivity.

So all of these things that are within stream processes that are going on.

So are we violating water quality standards?

Are we removing the vegetation are that when a flood event comes down, we are having a major entrenchment of these streams.

Can the streams reach the floodplain when there are flood events?

So these are all of those processes that are really important for us to end up with vital aquatic systems and vital upland systems.

The next slide talks to -- the next couple ever slides are going to talk about the indicators now that have been selected to the -- did we collect information on that tell us, to indicate or tell us if those ecological processes are functioning in a manner that will sustain those landscapes and so the first indicator is bare ground and we know it varies between Southern Nevada and northern Montana.

But regardless of where you are in the system, bare ground is an important indicator.

And as we have more bare ground, many things happen.

And so a key indicator of are we sustaining those ecosystems.

Another one is vegetation composition.

Are we maintain a variety of plants in a community out there that can meet the various habitat needs and is that composition something that is natural to that area?

Nonnative invasive plant species, what is happening?

Plant species of management concerns.

So here we get to those rare plants and are those -- are we in the -- threatening those plants or are we allowing them their place in the landscape as well?

Vegetation height.

Very major factor for species cover and for thermal cover and all kinds of benefits to the plants but also to the composition of the vegetation community.

And then the proportion of the soil surface in large intercanopy gaps.

This is an indicator that tells us about the erodibility of soil.

It also tells us about the amount of space where potential invaders can come in.

And so these large intercanopy gaps is another large indicator of rangeland health.

And then soil aggregate stability.

Are we breaking down the soil crust or the organic -- or are we maintaining enough organic matter in those surfaces so we don't have massive erosion, excuse me, at the point when we have rainfall events?

The next slide is about aquatic indicators.

So, again, both of these slides, these were collaboratively developed with our partners, and one of the criteria for these indicators was that it does need to be a part of a national survey.

So we want these indicators to be important in describing these processes, but we don't

want people -- or we didn't want the BLM starting over.

And so are these indicators part of a national survey was one of the questions.

And then how appropriate are they to tell us about the sustainability of these processes?

So then when we get to the aquatic side, we are looking at acidity, salinity, temperature, residual pools, particle size, bank stability and cover, floodplain connectivity, and large woody debris, and micro-invertebrates, riparian vegetation and canopy cover.

So these are all critical components for a particular system.

Now, it doesn't make any difference whether you are in a terrestrial system or in an aquatic system.

You need to know where you are.

So for us to suggest that in a rock entrenched system, that we are going to have some of these indicators doesn't make any sense at all.

And you are right.

And so you have to know something about the location where you are taking your sample so that you know the information that you are collecting, the data that you are collecting and when you turn it into information that, indeed, it is appropriate for the site where you are collecting the data.

So in the uplands, we use soils and in the aquatic world, we use are these entrenched?

Is this part of the flood plain?

Is this part of the meandering stream?

So again, the way that you interpret the data is dependent upon the site where you collect it.

What you get is dependent upon some of the site characteristics.

So the next -- the next slide is about indicators riparian wetland and this is an area where we are currently developing those core indicators and methods that we are going to be using to describe these riparian wetlands and springs.

This is an area that's in development.

The next area after this one will be the one that I have already introduced which is about

the landscape pattern.

And so what is the information that appropriately describes the pattern of vegetation across the landscape so that we can meet the needs of many species.

So the next slide, again, is a -- is a slide to introduce the next series of slides about the assessment inventory and monitoring strategy.

So once we have -- we have determined what those ecological processes are, what the indicators are that you are going to inform us about those ecological processes, now we begin -- we need to begin to collect that data.

And this is a very structured systemic approach that the bureau has been -- has embraced over ten years ago and we now have pretty significant data sets that begin to describe the rangelands across the BLM managed lands.

I will stop and I will pause for just a minute.

I'm not sure if there are any questions.

Obviously, I can't see if there are hands coming up in the room, but if there are some questions, I would be happy to take a minute and answer some.

If not, I will go ahead and continue on.

>> FRED WOEHL: Gordon, at this time, I don't think there's any question.

I just want to make you aware that you have about 30 minutes left.

>> GORDON TOEVS: Okay.

I'm going to make this so exciting that the time is just not going to matter you to folks, okay?

So I will try to stay within that 30 minutes, but hopefully we can -- we can cut this off at any time.

So please be aware at a fair point that we need to come back to, that is great.

So that introduces the AIM strategy.

That's the slide we should be on now.

So the goal of the AIM strategy is to report on the status and trends of public rangeland at multiple scales of inquiry to report on the effectiveness of management actions and to

provide the information necessary to implement adaptive management.

The next slide talks about the principles of AIM.

We already introduced some of them.

What are the indicators?

The next one I will introduce is about the sample design.

We will also talk about remote imagery, electronic capture, and then timely data.

So the next slide is, again, we have selected the indicators and now how do you measure them?

If the indicators are going to be valid across the range means that we need to be measuring them the same way.

We do extensive training.

We have calibration throughout the year and each is calculated to the soil.

We then, again, do calibrations when you change vegetation community.

So you have a really robust QA/QC process as we collect this data.

>> FRED WOEHL: Gordon?

>> GORDON TOEVS: Yes.

>> FRED WOEHL: This will be the same approach you would take in, say, Oregon as you would in Nevada?

>> GORDON TOEVS: That is exactly right.

And I want to make -- and the reason I haven't answered -- or addressed -- addressed any uses at this point is because we don't, at this point, it's not about the uses that are occurring.

It's about the condition of the land.

And so as we move further on, we will get to where we introduce the uses.

But this is one of those foundational principles is what is the -- what is the condition of the land?

And then the next question is:   If it's not meeting those desired conditions, why not?

And can we answer that?

>> FRED WOEHL: Thank you.

>> GORDON TOEVS: This is West wide, a consistent data collection efforts.

So just again, the scope of this effort, this is all BLM land.

All private, all state, all tribal, lands are collected using the same indicators and the same methods.

So this that cooperative effort with NRCS to where we are collecting data that is consistent across the rangeland.

So one of the things that if you -- once you collect the data the same way, if you are going to want to use it across large landscapes and infer what the condition of the landscape is, you need to have a sample design.

And so now we should be on the slide that has the various -- the large arrows starting at the left-hand side of the graph.

We have a sample point that is drawn for about every 80 acres.

One sample point for every 80 acres across all BLM managed land.

Now we will never sample all of those samples but the draw is there.

And so if you want to get down to a really narrow question and a very small area, the sample points are there.

But when we are doing a sample draw, we do an iteration.

We draw an iteration based upon the area that we are wanting to sample in and then we take those sample points and we draw a subset of them, on the vegetation site, the elevation and the slope aspect and all kinds of criteria that you can add into that sample draw.

But we all come from that underlying fabric so that when you go to add them together, or to -- or to analyze them across various scales, you can do so.

The call out box in the upper left-hand side corner, that's just an indication that we have also done this on the aquatic.

We have sample draws for every one ephemeral of active streams within the United States.

So we have this underlying sample set, these sample sets are compatible with the five-year status streams review, that the EPA puts together in coordination with the states and also compatible with the sample point that the natural -- that the NRCF collects and develops their five-year or ten-year reports.

So the next slide is about integration with remote imagery.

We are never going to be able to collect as much data on the ground as we want.

So how do we take that ground truth data and use it to train remote imagery and then improve the quality of information that's coming from the remote inventory?

The next slide is about data management, again, if you collect data, you put it in a file cabinet, it won't be of much use to folks.

So we have a very active and large data management process.

This is just an indication of the data that is collected.

You can go to any point on this map.

You can then -- you and I, when I say anyone, this is available to the public on the BLM landscape data portal.

You can find a point that's near or of interest to you, and it will return to you all kinds of values that -- that describe the status of that particular data point.

So the next slide, again, is a slide to mark the next section, where we are going to turn this data into information.

Again we have determined the -- the processes, the indicators, the methods and now we have data that's in a data management system.

>> DR. ROBERT COPE: Pardon me, Gordon, are you familiar with Matt Reese's rangeland vegetation simulator that he worked on with Land Fire Data?

>> GORDON TOEVS: I am not.

Land Fire is certainly a key component of the data sets that we use, and we -- and it becomes part of our foundation, but I'm not aware of the particular product that -- or tool that you are talking about.

So I would certainly be interested to learn about it, though.

>> DR. ROBERT COPE: Yes, I just gave some information to John Rizz this week.

He will probably to see if there's any applicability to the rangeland management.

>> GORDON TOEVS: Fantastic.

It's an exciting time to not only be collecting data but taking that data and turning it into information.

So that's great and if you would like to share that with Kristin or myself, that would also be great.

So this section is about turning that -- turning the data into information.

And so here is the slide about the western US rangeland and this slide is about nonnative invasive species.

So this is not about how many data points.

This is about the percent of the rangeland.

And so since we had that underlying sample design, we can infer -- and we know the soil types.

We can infer the condition of broad areas.

And so here's just an example of what do we know about nonnative species.

We know, because we know, because we have been on the ground, but here's the data that supports those decisions or those observations.

So if you look at that very first bar on the graph, central basin range, some place between 35 and over 50% of the land has the presence of nonnative invasive species.

You know, we know that because we have been out and we have walked those lands.

We see it all the time.

But here we have a data set and the power of this data set is now we can say, all right.

In five years, two years, you pick the number of years.

How has that changed?

And so this is the idea of having quantitative information that we can begin to understand.

What changes are occurring on the landscape?

Are those changes that are occurring, are they specific to a particular soil type?

Are they particular to an elevation?

Are they unique to a use?

And so, again, this gets to us being able to make a decision, a determination and then a decision about causality and then what are the next steps.

So the next slide goes on to another way that we interpret the data.

So you take those same data points, and this is one of the first questions that I posed at the beginning of the presentation.

What is the condition of resources relative to desired or future -- or sorry, desired or referenced conditions.

So these data points, every one of these data points was -- was assessed, based upon the soils and those -- the potential of those sites.

And so when you look at this across these data points, you come one a graph like this.

When you look at the hydrologic function and you add that are the non-to slight, slight to modern -- sorry, slight no modern, over 80% of the data marks within this watershed really have not been impacted.

This is a watershed I would love to be working in because there is great hydrologic function.

And I would say that this is probably the -- one of the best that we are ever going to see because, again, we develop -- we work with dynamic systems.

We are never going to have things at 100%.

So what is the departure that we should expect?

And I suspect that 20% is a great benchmark.

And so hydrologic function is within this watershed is just a great shape.

Biotic integrity, not quite so good.

But one of the things is probably the presence of invasive species.

This is an example out of Nevada, out of the central basin range, and so we know that that is potentially a problem.

Another one could be that we just don't have the composition of that community that we should have.

But, you know, in my mind, there's still plenty to work with here.

We have great hydrologic function, the biotic integrity is a bit off so what are the treatments or the management actions in this particular area to help that biotic integrity not be so moderately departed, and end up moving some of those slight to moderate back into not moderate.

Again, a watershed I would be pleased to say, gosh, there are some folks out there on the ground that are doing some great management.

You have very little departure from what we would expect.

And, again, every one of these data points is based upon the potential of that particular site.

They are not compared to each other.

They are compared to what the potential on that site is based upon the NRCS state and transition model.

So the next bit of turning data into information.

So what's the condition of the resources relative to sage-grouse?

So here we take the data point.

We have a lot of data points spread across this landscape.

The next thing you do is you overlay that with the sage-grouse habitat areas.

So this happens to be early broad rearing.

In this example, we have taken those data points and now we have analyzed them

against the objectives that are in the recent land use plan.

And so here you see within this particular area of study, 100% of the sample point met the four availability criteria.

Over 80% of it, that's the perennial form.

It met the perennial grass cut.

The perennial height 60%.

Maybe that's -- maybe that's good enough and I would suggest it was -- it is, since those other measures are so great.

And so you take all of these.

None of these are a decision in and of themselves.

This is where we begin to talk about the preponderance of evidence.

And so you weigh all of these measures against the population and what is happening to the population and then you come up with the grass like on the top of what is suitable, marginal and unsuitable.

So this is another one of those examples of taking that quantitative data, extracting values from that, so that we can turn it into information.

And now that top graph can begin to drive management decisions.

Are there management decisions that need to be made here?

That's up for that local ID team to make.

So that's where the ID team, the arc of this comes in and the local communication and collaboration with the permittees and the BLM staff.

So the next -- doing the same thing, but at a different season.

And so in this particular seasonal habitat, there were 36 data points, that lands within that seasonal habitat.

Again, you can see from this data that it's really in great availability.

But the sagebrush height is really pretty marginal.

Why is that?

That's part of the ID team decision.

If this was an actual example, the ID team would need to say this is unsuitable.

Now is there something we can do about that?

And that -- as that becomes, again, the process of developing the treatment or the management actions, and then move that to a more desired condition.

It could be that the sagebrush height, it just doesn't have the potential to be any higher than this.

And that's all that we are going to get and this is as good as we are going to get.

If that's the case, that is the explanation that needs to be accompanied with these results.

So the next -- the next couple of slides are about remote imagery and then -- or -- actually, just this one slide and then we will get into a wild horse and burro management area.

So here one of the objectives in the plan is what percent of the area is classified as sagebrush.

So we use it to improve algorithms to interpret the remote data and then we can understand what percent of the area is classified as sagebrush.

In this example, 70%.

74% of this example is classified as sagebrush.

So it meets that objective.

There are a number of indicators that we have using remote imagery, whether it's the percent covered, whether it's the spread of annual invasive species and then we get to this, what is the pattern, patch and connectivity of sagebrush.

And so all of this stuff, all of these indicators are coming from analyzing remote imagery.

So the next slide gets to the third question that we have.

We get to the land health and the sage-grouse and now it's the wild horse and burro.

So here's the wild horse and burro area, the data points.

So each one of those triangles are a data point.

They are grouped into relationship to soil and site potential.

And they are grouped in relationship to their desired condition.

What is the condition of the resources relative to the desired thriving, unnatural, ecological conditions for herd management areas.

And so the next slide talks about perennial grass cover.

So here we have taken one of those core indicators that I mention to you at the beginning, the perennial grass cover.

How are we doing here?

You see in that perennial grass cover, the yellow, 0 to 10% perennial grass cover.

I would suggest that that is a problem.

But why?

That's another question.

But you can see in the darker blue areas, there's parts of this that is 30 to 40% perennial grass cover.

I think the next question is why?

And what makes the differences between these two areas.

So this is the opportunity for us to take data, turn it into information, and then begin to ask questions about it, as what is driving this system.

And maybe the -- the yellow areas that they are not suitable for perennial grasses.

I don't know that.

But those are the questions that the local resource specialists need to begin to answer, but this is the data that is provided to them to interpret.

So the next one is about invasive plant cover and here you can see in the darkest blue areas, over 60% of that area has invasive plant cover.

And so if you look at, at the area that was yellow in the last slide, here you see that is maced between 15 and 30%, that has invasive fuller coverage 15 to 30%.

So fairly ubiquitous across this area, the invasive plant -- the species and some of it appears to be very much of a mono culture when you get up to the 60 to 75%.

Again, these are data points from an HMA.

And so that is just giving you a -- a taste of what the data -- what we can do as far as turning the data into information and beginning to set the stage for a discussion with those local land managers and -- and permittees or in this case, the wild horse and burro folks, what is the condition of those areas?

And is it acceptable?

And so that brings us to this desired future condition.

So what do we want these landscapes to look like?

And so the desired future condition, the next slide talks about land, health and core measurements.

And so here we have an example of some standards, some indicators, some benchmark and the allowed deviation from that benchmark.

So, again in a wild horse and burro area for you folks specifically, these are things you would want to be asking yourselves, within this wile horse and burro area, what is an acceptable bare ground amount?

That is based on site and the setting of that site.

But in this one, we said the benchmark is less than 10%.

And so what percent -- then the next thing is, how much of the -- how much deviations are you going to allow before you say it's a problem?

And so here we said, 10%.

So we don't want that bare ground at the point that that bare ground is more than -- more than 20% of it, is bare ground, we say, now we have hit a benchmark.

We need to make a management decision.

But some place in between that 10 and 20% is a natural variation.

BLM_001801

So you need to set them when you have the allowable departure or the allowable deviation, what is the natural deviation within that.

These are very much localized and they have to be developed at these local levels.

The next one is biodiversity and here this one, this particular objective would be completely unrealistic for this particular area.

The percent of invasive species is none and the allowable deviation is 5%.

Excuse me.

And so as you are setting these benchmarks and the deviation, they have to be realistic.

Now it doesn't mean that we don't want to always be moving toward improving the condition, but they do need to be realistic.

They need to be time sensitive and they need to be measurable.

You can see the percent of sagebrush cover and we have the height here and we have fine sediment and then there's a whole laundry list of additional terrestrial and core aquatic indicators and benchmark and departure that can be developed, depending upon what those resources within the area are that are sensitive to change.

And so, again, we can't monitor or -- or establish this for every resource.

We want to be focusing on those resources that are most sensitive to change so that we can make sure that we are managing for that resource if it is a significant part of area.

We don't want to manage this for 10% of what the area is.

If it's a significant component of the landscape and they are sensitive, that's where we need to be -- be focusing our management action.

So the next slide is the determination and the management action and it's just the next step.

And so that next step is looking at the preponderance of evidence.

Natural systems are complex and I don't want to let anybody think that I don't understand that and I don't appreciate that but there are a lot of things that end up going into this decision of making a determination.

So this preponderance of evidence idea, it's not just any one thing.

It's complex.

And so that could be season of use.

It could be authorized use.

It could be trends and resources.

It could be appropriate management levels.

There's all kinds of things that are going to go in as we begin to overlay these areas that are not meeting those desired conditions with the uses and then trying to tease out is there a use that is causing this area not to meet the desired condition and then subsequently, is there a management action that we can take to reverse that particular trend?

And so in summary, the last slide here, land health is not only regulatory, but it's essential to sustain productivity.

We need to understand what the condition of the lands that we manage are.

We need to understand what the trends are and we need to make management decisions when we are not meeting those sustainability guidelines.

Areas not meeting land health must develop an action plan to make progress towards the desired condition.

This is part of our policy within the BLM.

It is one that we really need to take a hard look at across all programs and say, how are we going to move landscapes or areas that are not meeting the desired condition toward making progress towards those.

Land health provides the BLM and the public a process to adaptively manage and sustain productivity.

And consistent, high quality data provide the framework to determine changes over time and the opportunity to adjust management in a timely manner.

That's my last slide.

I think that I probably made it through in your 30 minutes and I'm not sure how much time there is for questions.

But if there are some, I would be really happy to engage in a discussion.

>> FRED WOEHL: Thank you, Gordon.

Of the board does have a few questions.

I will turn you over to Dr. Cope.

>> DR. ROBERT COPE: Working with the Forest Service, with the adaptive management, of course the foundation of the new planning rule and we haven't seen BLM 2.0 come out, but one the things we found in reviewing the new draft plans from the Francis and the sierra and the flathead is all of them have work towards desired conditions and developed a management plan to reach it.

What I haven't seen anywhere is a plan b.

How do you get -- what do you do when your desired conditions aren't being reached by your management?

And I have advocated for sometime that I think that any of the land management plans should include more than one alternative to reach those desired conditions, so you can test one against the other, and then therefore determine that -- maybe it's not just a weather situation or maybe it is.

It would be nice to compare management strategies during -- or simultaneously so you don't have the variabilities of weather conditions.

>> GORDON TOEVS: I'm not sure that I understand exactly what the -- so let me just recap what I heard you say, and that in the Forest Service plans you have reviewed, the adaptive management, the adjustments to management decisions at the adaptive management decision point are limited, and so there is not an opportunity to understand if the adaptive management is actually addressing the cause.

Is that -- is that kind of a summary of what you were asking?

>> DR. ROBERT COPE: Not quite.

We can obviously establish conditions and we can monitor those to see if we are reaching them.

My question is, if we've got an action plan in place for management to reach those desired conditions and it's not working now, what do we do, unless you have another strategy in praise and ready to go and hopefully being conducted at the same time so you have simultaneous assessment processes.

>> KRISTIN BAIL: Gordon being maybe you can talk about incorporating in our environmental analysis documents, several different options that are analyzed and then can be implemented without further NEPA having been done and waiting forever.

So if you want to amplify on that briefly.

>> GORDON TOEVS: So, yeah, I think that's a great segue to one of the IMs that just came out and that each one of the land use plans did recognize health.

Now in our adaptive management and from a BLM perspective, we have these soft and hard triggers.

So at the point that it looks like that your trend is not headed the direction that you want to we have a whole variety of management -- of best management practices that we can begin to implement, that become part of the permit process.

They are not part of the -- you know, they are understood that we will begin to implement.

Different requirements in order to help stem -- or to turn that trend around.

At the point that we get to an adaptive -- we meet an adaptive management trigger, in many respects, that means that the previous actions did not work and so now we are going to take a more dramatic change and try to understand what is and still continues to be the problem.

I would also say that adaptive management and the decision to do so really cannot be based upon annual events, unless they are catastrophic events like wildfire and such.

But if we have long-term vegetation trends, that are typical of the landscape, those don't become adaptive management decision points.

So we do have to understand, again, that we are developing and we are working with dynamic landscapes.

But to further elaborate on having multiple ideas or simultaneous processes going, when we get to these triggers, in that soft trigger stage, we do have a variety of tools that are available to us to see if we can change the trend of the particular resource.

Hopefully that will work, but that's why this is a science, and it's an art and that's why we act and we learn and then we make another decision.

And so this is a loop.

>> DR. ROBERT COPE: Thank you.

I was hoping there were alternatives in place so you had somewhere to go when the desired conditions weren't being met and it sounds like they are.

Thank you.

>> GORDON TOEVS: Mm-hmm.

>> FRED WOEHL: Anybody else?

>> DR. SUE McDONNELL: When do we expect 2.0.

>> KRISTIN BAIL: We are working on finalizing the final regulations.

We are opening within months but there's a clearance process and so it's not completely up to me, but very much wanting to continue that and get that -- get those final regs out.

>> DR. SUE McDONNELL: Thanks.

>> FRED WOEHL: Steve?

>> STEVEN YARDLEY: One of the reasons that I wanted Gordon to present, was not only how this relates to sage-grouse management and multiple use in general and to land health, but National Academy of Sciences report had a chapter and had some recommendations about BLM's process of reviewing and adjusting appropriate management levels and setting them.

And they found that we should have a more robust process.

So the AIM strategy that the second half of Gordon's presentation focused on, is a significant piece of that and you can see that there's some real science behind this and all the things that Gordon talked about makes me warm and fuzzy, because that's my background and interest area.

And it relates to the land health that we have talked about so extensively.

So I just wanted to point that out to the board.

>> FRED WOEHL: Anybody else?

Gordon, thank you very much.

That was a very informative and impressive presentation.

I'm like -- I echo Dean.

Any time we can become a whole lot more accurate and scientific in our assessment of things, it does help us to help us explain that to everybody how it's done and it can erase some of the misconceptions that's out there and how AUMs and AMLs are set.

And research like this is very, very good.

>> GORDON TOEVS: Well, I appreciate the opportunity and please, interact or, you know, get questions to Dean or to Kristin and I will certainly try to find somebody to answer them if I can't.

I, again, appreciate the opportunity to present and for your attention.

>> FRED WOEHL: Thank you again.

>> GORDON TOEVS: Thank you.

And I will be signing off.

>> FRED WOEHL: All right.

Folks, on the agenda, it says 2:00 break.

Let's go ahead and take a ten-minute break and when I say ten minutes, Ben being I mean ten minutes!

Thank you.

(Break)

>> KATHIE LIBBY: Okay.

Board, let's get settled.

Okay, everybody.

We are going to reconvene beginning with an on range update by Jared Bybee.

But I wanted to introduce -- Michael, would you stand up for a second?

This is Michael Reiland.

He came out to do a budget update, which we won't be doing at this session.

But Michael in part wanted to talk through some things with the board members.

So if you are at all interested when things are said and done this afternoon, he's happy to sit and chat through a few things prior to the next month's call.

Okay?

Great.

And thank you for that, Michael.

>> FRED WOEHL: And Kathie and Michael and Jason.

We humbly apologize, because we know the effort that y'all spent to do this.

It's not that we don't think that your information is important.

It's just that we are not going to be able to here past 6:00.

Thank you.

There's a couple of people in the room that we need to thank 100%.

The first one is our audio/visual people them have been with us forever and they do such a good job.

You need to give them a big round of applause for that.

(Applause)

Two more that I need to bring back is Debbie Collins who has worked behind the scenes and done an outstanding job.

She's done this a lot.

And there's a newbie in the house that has done such an outstanding job and she's such a sweetheart and I think she needs to keep this job permanently.

That is Dorothea Bothe.

Please stand up.

And honestly on behalf of the Board, we appreciate you all more than you will ever know.

Thank you.

And now we'll talk about on range.

>> JARED BYBEE: Thank you, chairman Woehl.

Today the on range will cover the fiscal year 2016, gather, removals and fertility control schedule, escalating problems, sage-grouse, litigation, Freedom of Information Act requests.

If there's time, we will have a short discussion about marking and future of possibly microchipping animals and a shored up date regarding the Sinbad burros.

Paul Griffin will give the information on inventory and research update.

I think as everybody is aware, we currently have a population of 67,000 wild horses and burros on the range as of March 1st.

This number excludes the full crop that is on the ground right now.

The appropriate management level for all of 177 herd management areas is 26,715.

That is the high AML.

The number of animals removed from the range thus far in fiscal year '16 at the time this slide was put together was approximately 2500 animals and the projected number of treatments with contraception vaccines is projected to be 715 this fiscal year.

Okay?

This is nothing that's new to the board.

In order to remain fiscally solvent, removal numbers are based upon the number of animals that remove from the adoption, sales and mortality.

This translates to approximately 3500 animals per year.

This is fiscal year '16 and '17.

If more animals go out, that number can be adjusted.

The public health and safety, the private property conflicts, court orders, animal health, greater sage-grouse, sagebrush focal areas, research, contraceptive retreatments and collective removal for adoptable animals which also falls in line with the bait trap minimums that we are also pursuing.

Okay.

The remaining fiscal year gather schedule, the gathers, Three Fingers has already occurred.

That was a wildfire emergency.

Approximately 150 animals were removed.

Wood Hills is completed.

60 -- I believe 62 is what came off of there.

Stone Cabin is ongoing as we speak.

Devils Garden is going to begin on the 16th instead of the 8th.

Reveille is probably pushed back to '17.

Cold Springs is in the process of starting.

Arizona, that's various places for burros on the highways.

That's an ongoing project.

Lake Pleasant, it's three research projects.

Paul will discuss more in-depth what those research projects are but they are collaring the burros and how they cross the highways and where they cross the highways and the Arizona Department of Transportation, the partners involved with that, and Sand Wash, Colorado, this will probably happen the end of this fiscal year and probably most of it next year.

And that's three California burro gathers that are not on this chart right here and they are public safety removals as well.

Okay.

For the tentative fiscal year '17 gather schedule, Sand Wash is up there again, just because it's overlapping.

We are looking at a bait trap operation where animals that come on will be darted by volunteer group and they are hoping to treat 200 animals.

The Checker Board, that's sagebrush focal area and consent decree gather.

Nevada will be doing a sagebrush focal area, gathering the Owyhee Rock Creek.

We have Little Colorado and White Mountain.

In Utah, we have Bible Springs.

That is a court order settlement with the state lands of Utah.

We loss have Frisco we'll be returning to.

That gather was suspended primarily because the horses were staying on the top of the mountain and it was deemed that it was a lot wiser to indicate until the snowfalls and those horses come off themselves in order no gather them and the research project itself is not going to be happening until wintertime anyways, and there's no effect on the research and it was a lot safer for the animals and a lot safer on the people conducting the gather.

Mighty Creek Utah, that's also part of the court order and the stateland settlement.

And then what are is not part of the gathering but in addition to Sand Wash, approximately 230 field darting operations gathered throughout these HMAs, Colorado, Montana, Wyoming, possibly Onaqui.

This far in fiscal year '16, almost doses of Zona stat h, and 400 doses of PZP 2, and we briefed you on the 12 doses of GonaCon.

For fiscal year '17, we are projecting 800 applications of contraception vaccine.

Okay.

We are monitoring escalating problems.

This is -- we do get a monthly report in from the field that we collate and we use that to help prioritize any escalating issues and requests for imperiled animals.

This is water hauling in Utah that is currently going on right now.

Okay.

The definition of escalating problems is situations that increase over time and these are situations which result in negative impacts to animal condition and rangeland health.

This is the end of Three Fingers, in Wyoming.

And this is where the spring was at.

This is where all of these horses ended up after the wildfire.

And so this range was already in a deteriorated state prior to the wildfire that brought all of these wild horses in.

Okay.

We are currently monitoring 72 escalating problems in Oregon, California, Nevada, Arizona, Utah, Colorado, and Montana, and Idaho.

They range from lack of water.

This is Wood Hills.

I think Alan Shepherd discussed Cherry Springs and this is the California removal.

You can see this little fence post right here.

These are burros stacked up on the highway, and this is a removal request for actually motor vehicle accidents that have been occurring there.

>> Jared, where are the burros?

>> JARED BYBEE: They are?

Slate Range and Molly Core and a NASA test site.

>> That's all California?

>> JARED BYBEE: This is outside of the Arizona, 250 in Arizona, and the 70 at Lake Pleasant.

>> GINGER:   Okay thank you.

>> JARED BYBEE: We have been disusing sage-grouse.

This shows the overlay of herd management areas with the different habitat classifications for sage-grouse.

Within all sage-grouse types and the priority habitat management areas and general habitat management areas.

105 HMAs within these 15 million acres and this is the breakdown, 22 HMAs in SFA which is we are focusing our efforts with our capacity to gather and manage animals.

65 within priority habitat management areas.

6.5 million and 18 HMAs in general habitat management areas.

I don't really need to go over too much.

I think everybody is aware of the numbers of the animals that are needed to reach AML and that is based upon the March 1st projections for the population.

Okay.

Okay.

This is by -- we had the discussion earlier today that by 2020 and reevaluation of where we are at with the greater sage-grouse.

As you can see, we are projecting that we will be at AML within sagebrush focal areas, as that is our priority.

We will not have any capability to address priority habitat management areas until 2020, and that is in addition to addressing the sagebrush focal areas.

Those will still continue to be addressed, so we are projecting that we will have roughly 60,000 horses outside of SFAs by 2020.

This is our sage-grouse gather schedule through 2020.

Beatty Butte is completed.

We do have a fairly aggressive sage-grouse gather scheduled this next fiscal year that is Wyoming and Nevada, additional sage-grouse funding became available to move into Owyhee earlier.

We were looking at fiscal '15 for all of Owyhee, but we can a take some action now and be back into Wyoming for Red Desert in fiscal year '18, and then at this time, we will go back into Owyhee in Nevada to capture the rest of those around malls and get Owyhee into two AML and then we will be addressing these smaller HMAs in fiscal year '20 in Wyoming, California, and Idaho, that are also within SFA.

Okay.

Litigation update.

Pretty straightforward.

You have that in your packets.

There's one case for the use of prescribed fire in herd management area.

One case of non-reproducing herd segments to control population growth.

Three cases regarding research.

Three cases regarding the use of contraception.

Four cases for failure to remove excess wild horses and burros and nine cases for violations of the Wild Horse and Burro Act or National Environmental Policy Act and/or Administrative Procedures Act.

We have quite the work -- quite the challenge with FOIA.

When this slide was put to go, we had 21 current FOIAs in the Wild Horse and Burro Program.

We received two this week.

So now we have 23 FOIAs which would make the first bullet requests for pastures that would make that six.

I can see research, financial accounting, sales, inventory, filming, the database, virtually everything, really that we have in the program.

It is quite the workload.

It probably takes as much work to address a FOIA as it does to put together an administration record together for a litigation case.

Okay.

It will probably have where we are going before we get to questions.

I still have time.

Moving right along.

We will be moving into providing some guidance for marking animals and beginning to look at microchipping wild horses and burros.

What we would -- that would be occurring both once they are removed from the range as

well as we would be looking at microchipping and having a marking protocol on the range for any type of project work or -- or contraception or any type of fertility control type actions.

I think the biggest challenge that we have is that each state brand law is different and separate.

So marking the horses on the range can get a little bit from a program-wide area, can get a little complex with the different western states and their own laws and their own ways that they grant their brands.

However, we think that moving forward in the future that we will very much be microchipping virtually everything that comes in to supplement our freeze marking and modernize tracking of these animals that goes forward.

Other than that, with the situation with the Sinbad burros, there are some questions that we discussed with that.

It was part of a -- a research project, not only to get to AML, but also the special use of habitat by burros and the reliability of burros and Paul can give a greater update on that.

There was -- when those animals came in, there started to be some death.

And there was 25 burros within the corrals that died and during the research project, six additional burros were located on the range that had also died and the preliminary results of those findings for those burros is that it was viral pneumonia, brought on by -- I have to get Al to give me the -- the equine -- equine herpes.

That's really what was determining those burros.

>> FRED WOEHL: Does the word have any questions?

Ginger.

>> GINGER KATHRENS: Is this something that has been noted before, and -- or is this a pretty unusual situation?

>> It's fairly unusual, and just to clarify.

We are identifying that this is an asinine variant of herpes equine.

It's not the common domestic horse herpes viruses.

We think it's probably HV4 or 5, we have done some genetic sequencing.

We are trying to do more to nail that down.

This virus has been identified for over 20 years in horses and donkeys and in domestic populations not very much is known about the disease ecology or how, when or why it causes illness sometimes.

So it was a little bit of a surprise to find it, but we have known that donkeys and burros have some relationship to herpes virus that may be a little different than horses do.

It's a fairly characteristic, unusual type of pneumonia that you see in these things.

The changes in the lungs are fibrotic, and it takes months, if not years to develop.

There was absolutely no relation between the mortality that occurred, any of the mortality and the research project.

So no relationship to the collars that were used on the animals or that sort of thing.

>> GINGER KATHRENS: So additional stress wouldn't have been a factor at all?

>> I think the elements that occur during any gather is a factor.

Stress is one of those elements.

Dehydration, dust, those sorts of things affect pulmonary clearance and this virus is known to modulate immune function and act like a typical herpes virus.

So all of those things play into -- come into play, but I don't think the stress related to the handling in the research project had that much to do with it.

It's more of the bigger picture of being gathered and removed.

>> GINGER KATHRENS: Thank you.

>> FRED WOEHL: Anybody else?

Thank you both very much.

Appreciate it.

We will now hear from Paul Griffin.

He's going to talk to us about research and update us on this.

BLM over the last several years have really ramped up research.

BLM_001816

Paul had the tough job with all the research trials that are going on, but he does an excellent job of keeping up with everything.

Dr. McDonnell is our research person on the board.

Her and Paul visit quite regularly, and so in this aspect, I'm going to let her be the moderator with the board.

>> DR. SUE McDONNELL: Thank you, Fred.

Go ahead.

>> PAUL GRIFFIN: Thank you, Dr. Chairwoman.

So good afternoon.

Thank you for making the time to listen to me but I want to preface this by saying we all know that this is your meeting and, you know, we're here to serve you guys and your needs.

So we can make this as brief or as long as you would like.

Mostly what I would like to talk with you today is somewhat covered already in the table which summarizes the current status and recent developments in the 32 research projects that we are -- we are supporting financially or have approved or both.

I want to preface this by thanking you all for your service and also to just reiterate that the Department of Interior and the BLM's goal in this program, particularly is to support and participate in research of the highest possible caliber so that we can get the best possible information and direct it as solving the wild horse and burro management challenges that we face.

>> Paul, could you talk a little closer into the microphone for us, please?

>> PAUL GRIFFIN: Sure.

So in your folders, tab number 12 is where you will find those -- the table summarizing recent developments in each research project and I think this presentation also.

Like I said, in this -- the slide that I prepared, they are mostly focused on the 21 research projects that were part of the BLM's research initiative for wild horses and burros.

But there are also 11 additional projects that had been approved since then in 2015 and so we can talk about any of those at length.

Again, whatever -- whatever topics the board wants to dwell on.

So why does the BLM support wild horse and burro research?

Well, of course, the bureau has a long commitment to this but it really ramped up starting in 2014.

We need tools, especially for on range management.

People have already noted the current population size and as Dean said yesterday, that means that by next year, we'll be looking at about 75,000 horses.

And because of the impacts that come from all of that year round grazing, like we saw on Wednesday, BLM needs especially reliable, long-term contraceptive methods that can slow population growth.

But we know that contraception alone cannot bring the populations down to AML fast enough to avoid really horrific rangeland degradation.

But it could be used with gathers to stabilize herd sizes.

So because it is a central and controversial question, I just want to dwell for a minute on the question, why is the Wild Horse and Burro Program pursuing research into spaying and neutering of horses.

First, it's in keeping with the will of Congress which is the best expression of the will of the American people as demonstrated by the language in the 1971 act.

And then second, because it's in keeping with guidance that we have received from this board, consistently over the years.

Congress clearly plans forced sterilization as a tool to manage wild horse and burro populations.

I wanted to note that in 1971, spaying and neutering were certainly tools for sterilization that Congress may have had in mind as they wrote that.

There are, of course, other reasons that BLM supports wild horse and burro research in general.

We always need to be looking for more accurate survey methods.

We need modern planning tools to help us project population sizes.

BLM_001818

So, again, a plan on the -- project the effects of management actions.

In some areas, we need to mitigate the -- the -- and understand the causes of highway mortality and the dangers that those pose.

And we also need to improve our understanding of wild horse and burro demography movements, genetics and behavior.

New tools such as GPS radio collars and remote cameras can really provide information at the scale that would have been unimaginable ten years ago.

I had planned to kind of digress and talk a little bit more about genetics, but it has already come up today in your previous discussions.

But I do want to at least mention the view from, you know, a wildlife ecologist, a trained wildlife ecologist and that is feral horses are very different from endemic, native species that may exist in isolated populations.

I'm talking about wild horses but biological, they are feral and they come from a number of genetic stocks and they have much higher genetic diversity, than the native species that have been isolated for thousands of years.

I think it's a completely different category of animal.

I don't have a specific update on the one project that we do support on population genetics with Dr. Cawthon at Texas A & M.

One of the projects that we will expect is the research of the analysis of the different existing populations, based on patterns of -- of genetic diversity within each population.

And so a tool like that, or an analysis like that can help us to answer a pressing question about genetics like how many genetic wild horse populations exist now?

And how can that play into management planning?

We certainly know that each HMA is not its own genetic population.

There are some populations that are isolated and have previous, you know, unique allyls that are valuable.

So that's a bridge that has yet to be crossed.

Now, one more thing that I wanted to point out for the board, in particular, is that the numbered projects in this table are the 21 projects as a result of this research initiative from 2015.

There are some.

Non-numbered projects in particular are very much in keeping with guidance that we heard from you, who seek collaboration and cooperation with other entities.

And in particular, there are several of these where BLM has made an effort to leverage our research funding to try to increase the amount of research and knowledge that can be gained, and specifically those include on page 5 of this table, the proposed PZP darting project for burros which is in collaboration with the Humane Society which is providing the vast bulk of that funding.

On page 7, the University of Wyoming study to look at wild horse movements in Wyoming.

That's funded mostly by the state of Wyoming.

On page 8, the Purdue, to test a new water soluble PZP adjunct to create new PZP vaccines that could be stable over time, in heat, not require so much mixing and just be more -- and also have a longer term effectiveness.

That's mostly funded by donors to the Humane Society.

And a little bit by BLM.

And also on page 8, the Arizona game and fish department project that will be proposed to study burro movements on roadways.

This is in response to a real increase and rash of burro/vehicle collisions in the area near Phoenix.

So I don't have slides about any of those projects specifically or any of the non-numbered projects but we can come back to them at any point.

Again, please interrupt if there's something compelling that I'm leaving out.

In that case then, I want to move ahead to -- oops.

I want to move back.

I want to move, anyway, to the eight research projects that were funded through a request for applications and then a national academies of science review of applications and eventually funded last September.

These are university projects all focused on contraception in one way or another.

The first of these is are three studies at -- which have been proposed for Oregon State University, that would assess three different methods for spaying and the study plan there was approved by the university's institutional animal care and use committee, and BLM Oregon issued a record of decision to move forward with those studies.

But for now, those studies are not going to take place until pending lawsuits and appeals have been resolved.

So that is under litigation and appeal.

The university -- second -- or study number four in your list, but it's by university of Kentucky which began a separate study to spay mares using domestic mares in their campus.

And this study also involved colpotomy, a form of surgery, but in this case it was for the placement of a nylon ligature around the ovary and oviduct and it's my unfortunate duty that the results from that study are not promising.

The researcher indicated that they are going to seek to public the results to date.

The good news is that the conduct of the surgeries was uneventful and positive.

The device that placed that ligature around the oviduct worked well.

The study so far, it conducted -- or surgeries on five mares that were then monitored postoperatively and there were a couple of problems.

One is that there was more evidence of postoperative pain than the veterinary surgeons would have liked to see on that.

So after the first couple of those surgeries, they -- they rewrote their animal care and use protocol, and got that approved through their animal care and use committee.

And so what they did was they changed the level of analgesic pain medication postoperatively to include a long lasting opioid, a narcotic.

That's in addition to the local anesthesia during the surgery and the nonsteroidal inflammatory that had been given in the original plan.

They changed their pain protocol.

>> FRED WOEHL: Paul, in what operating type theater were those trials done?

>> PAUL GRIFFIN: These were done at a veterinary -- a college of veterinary medicine

at the University of Kentucky in operating rooms.

Yeah.

So very controlled situations.

But the larger problem was that the researchers saw evidence of -- I'm not a veterinarian and I will try to make this sound good, parovarian adhesions which I think means after the surgery was done the surrounding tissue was trying to revascularize, there was postoperative growth around the ovary, instead of the ovary shriveling up and becoming quiescent, that was led to fever and weight loss.

All five of those mares they were monitoring for the postoperative in effects were euthanized and necropsy so they could have an understanding of what was the cause of the problems for those surgeries.

So where we stand now, there's no further surgeries that will be conducted until the researchers can investigate the cause of the adhesions and come to a complete understanding of what was going on.

They will get back to us.

After we hear from them, we the BLM will confer and Dr. McDonnell will be involved in this.

We will confer with the researchers about whether or not the study should proceed any further.

I imagine you have some follow-up questions about this disappointing news.

If I could make some comments.

I think the conduct of this study to me is really an example of why we need to encourage this type of research that it be done by reputable universities with really accomplished veterinary surgeons, who have highly conscious animal care and use committees that provide oversight.

And so to me, this study really demonstrates the actions of -- of very conscientious veterinary university where they took every step with caution and they communicated with us along the way and where the researcher had the independence to ultimately publish what they found, even though it was disappointing and not what we were hoping to see.

So I just want to emphasize that I think we need this type of research under this format, this process, so that we, the BLM can get reliable and independent results, you know,

if -- so that we can figure out.

We have these questions.

We want to know, is pain appropriate?

Well, if we don't do the study, we can't make that answer and it remains a guest.

If the answer is no, fine!

Then we have the answer.

But we don't have the answer unless we do the studies.

>> FRED WOEHL: Paul, I think that the vast majority of this board agrees with that.

We try really hard to put tools in the tool box and it's like you said, sometimes something that we think might work won't work, but unless we try you know, and unless we try, we won't know whether we did or not.

As a horse person, I'm very saddened by the -- you know, that we had to put down five horses.

But when you are thinking about 50,000 horses, the sacrifice, even though the loss of any horse life is not something that I take lightly, or members of the board take lightly, but trying to -- trying to save all of these horses in a humane way is going to take some sacrifice from some.

>> PAUL GRIFFIN: I feel the same way.

I think that we are just trying to fulfill the direction from the board and from Congress that seems apparent.

>> FRED WOEHL: Thank you.

>> PAUL GRIFFIN: Okay.

Well, if I could --

>> Paul, did you say that the five mares had to be euthanized in this study?

>> PAUL GRIFFIN: A total of seven that were euthanized.

There were two that were planned for euthanasia that were part of the study plan.

Those two were euthanized, before the -- as the first -- kind of the first two surgeries.

And then five additional were euthanized, yes, ma'am.

>> GINGER KATHRENS: Okay.

Thank you.

>> PAUL GRIFFIN: I want to emphasize these are all domestic horses with a high level of oversight and care from veterinarians on site.

Well, more promising -- moving right along, the more promising results come from the Colorado State University study which looks at the reboostering or the boostering with the GonaCon, at the Teddy Roosevelt National Park.

And the photos on this slide are from there.

I have been told that these researchers are preparing a publication on the success of how.

Their darting and then another publication on behavioral effects of GonaCon administration, and the results to date are very promising.

The mares that were boostered with GonaCon four years after their first dose had zero out of 25 foal in the first year, where that GonaCon would become active, and three -- I'm sorry, only three of 25 in the second year afterwards.

So there may be a long-term effect of boostering with GonaCon.

That's the hypothesis.

They are testing and looking to see which timing of boostering those doses works best.

>> BEN MASTERS: And that was GonaCon being applied annually.

>> PAUL GRIFFIN: Those were for horses that were dosed, I think in -- I forget the year.

Those horses were given the primer dose and then they were given a boost four years later.

And then I think they had had a foal the first year after.

The first year years is where the GonaCon would be expected to work.

And then they will try boostering horses at six months, one year, and two years

post -- after the first dose.

So that's a pretty good range of dates and -- the water canyon project that you heard here in Nevada, they held them for a month.

That's with the use of GonaCon or something like it, a GNRH vaccine that's developed for Europe and I think South Africa.

There they redose after a month.

If you redose them after one year, or two years.

Kind of like you wouldn't expect to get a great tetanus shot if you got your second tetanus shot one week later.

You get a better immune response.

Thank you.

So the next -- the second CSU study then is looking -- aiming to test the effectiveness of a completely new kind of vaccine that would cause an immune reaction to either of two proteins that are hypothesized to, in a nut shell make the legs in an ovary develop.

Make a whole lot of eggs develop all at once and ultimately the thought is that it would then lead the mare to be sterile.

Because of losing all of her eggs.

And the photos in this slide are from that study.

The hypothesis was that inoculating the mares with these proteins would cause an immune reaction that would make those follicles develop prematurely in.

This study, there's one control group and two experimental groups because they are testing two different proteins.

The researchers themselves don't know 9 identity of who got what treatment.

I have a list of that and so does a different administrator at CSU.

So it's a blind experiment.

What they are finding in a nut shell is about one-third of the animals do seem to have this -- this effect where a lot of -- a lot of ovarian follicles are developing in the ovary all at once, all the time.

They are seeing this on ultrasounds which take place every week and they have -- they also do a weekly blood draw so that they can look at hormone levels and antibody titers when they do that analysis.

And three times a week they can test the behavioral response to the stallion to look at how receptive are those mares.

So if a third of the animals are having this result, then that's promising.

It means that this hypothesis, there seems to be some support for this hypothesis maybe in -- at least one of those two proteins they tested.

The next thing is the Ohio State University project where they are trying to develop in essence a new PZP delivery system for long-term PZP delivery.

It would be like a capsule inside a polymer and the capsules get injected subcutaneously and in a nutshell, they are in testing mode still.

They are testing the rate of capsule degradation in vitro, in test tubes and they will start with putting those capsules in rabbits soon.

A couple of months ago, we talked on the phone about this research group testing the use of silicon oil and its safety in geldings.

Which physiologically should have the same response as mares.

The last one on this list is the Louisiana state university.

I don't have a whole lot of update to them.

On the date of our last scheduled call, there was major flooding in Baton Rouge and I was out of the office for the previous two weeks before this meeting today.

No great update there.

As far as I know they are proceeding.

They have made their proteins.

They are testing their proteins in vitro but I don't know more details right now.

Okay.

So there's a number of USGS led projects here.

I think that in the interest of time and to make sure that there's time for discussion, I probably won't really go into each one of these, especially as they are on your table.

But I want to point a couple of them out.

Last year we visited the -- the corrals at Oklahoma City -- I mean in Pauls Valley in Oklahoma.

The radio collar study there led to designs for radio collars that are very promising.

They seem to be safe.

Every BLM project that you will hear from us that has to do with radio collars, mares or Jennies will use a design that's coming out of that study and will have two dropoff mechanisms.

One which would be a timed release.

So they set a date, it should fall off on that date.

And the second mechanism, which would be a drop off at will.

So if there's a problem, for any reason, a local manager, volunteer, researcher, can go in and say, drop off.

So we -- that is built in redundancy to ensure health and safety as much as possible of any animal getting radio collar.

The studies in Wyoming that have been proposed, including behavioral effects of spaying some mares in take population study are not going to happen until at least there's an environmental assessment out that is in progress -- I mean in preparation.

The effects of having some geldings in a breeding herd study in Utah.

Jared mentioned that the -- the initial gather for that has happened.

Animals have -- some animals have radio collars now.

They have been deployed.

The gelding for that study would take place next year.

Oh, thank you.

You are a step ahead of me, Kathie.

On the burros, Jared mentioned the work in Sinbad HMA and so did Al.

The demography study is ongoing with weekly radio checks and it's ten-day intervals.

They go check on them more weekly.

And for every -- so they are frequently checking on the burros.

They have radio colors and also recording what other animals they are with.

All the animals that got returned to the HMA have hip brands, unique identifiers.

So that really helps the researchers know who is who is and what they are doing.

On the aerial survey techniques, we have flown a couple of aerial surveys in helicopters in the area, and have contracted for two infrared surveys and we are waiting on the results from those infrared surveys.

Oh, that's all right.

We will stay here.

So here in Sinbad, this is just an example of the kind of detailed data that you can get from a GPS radio collar.

This is -- you know, this isn't breathtaking to people who watch the Discovery Channel but for those of us who cut our teeth tracking wildlife in big areas to get one location a day this is really revolutionary, you know to get this level of detail on the movements.

You can get a lot about habitat use by an individual.

But before I leave burros, I wanted to just mention, we want to replicate this study in Lake Pleasant HMA in Arizona but that EA is still under preparation.

And that would be also the place where the study of burro movements across roadways would take place.

Yeah, thank you.

These studies are mentioned in the table, but I want to skip these in the interest of time, but I do want to say -- I want to talk -- actually if we go back.

There's one study that I neglected to put on here, but I actually have an important

update.

And that is the IUD study.

It's not listed by mistake.

It is in your list here.

I think it's number 19 maybe.

Yes, number 19.

Intrauterine devices in mares at Oklahoma state this year BLM funded a trial year, kind of a pilot year for that project.

They are trying -- in mid-July, they inserted six different models of IUDs into domestic mares that are attended by stallions.

So they are breeding.

There's a lot of monitoring to assess the uterine health of those mares.

I think it's weekly ultrasounding.

The critical question is:   How long and how well and which models of IUDs will stay in?

The initial evaluation period is this through this summer and fall.

A lot of those IUDs have already fallen out.

We will look forward to the ultimate results from the USGS and the University of Oklahoma to see what models stay in and then we'll evaluate what are the next best steps to take for this project.

Last thing I wanted to mention was inventories.

We are continuing to do a lot of inventories as Alan Shepherd mentioned yesterday.

The go-to method is helicopter or fixed wing using a double observer type method.

And those allow -- the way we collect the data, it allows us to estimate the number of animals that were not seen by any observer but were in the area that got surveyed.

And that's in keeping with the national academies of science recommendations.

Yes, so this calendar year, 53 surveys, 53HMAs surveyed as a couple of weeks ago and that will be 66 by the end of this month.

So we are on pace agency-wide so meet our internal goals of visiting and surveying approximately a third of all HMAs every year so that we have this rotating schedule.

And now that we have done it for three years, and Nevada is doing it apparently every two years, we will be able to start to say what's the apparent growth rate for each HMA that gets surveyed well with these methods.

And over time, we should be able to, you know, look at growth rates, those growth rates correlated to things like, the land health indicators possibly that we heard about earlier today.

USCS is going to hire a new trainer to -- to fulfill the function as an advisor.

That's how I initially started with wild horses and burros a few years ago.

And I have -- but I have been continuing to do the work as a -- to -- to set up surveys and work with local offices to prepare their surveys and get them analyzed for the last year as well.

So I will look forward to training the new person that they hire.

They offered it and it was accepted last week.

They are still doing HR paperwork, but -- that's good news.

So, are there questions?

I think blazed through that fast.

At least it felt like that to me, by the number of people nodding off in the audience, I don't know.

>> DR. SUE McDONNELL: Ginger, did you have a question?

>> GINGER KATHRENS: I do.

You talked about chipping and what is the purpose of that?

>> PAUL GRIFFIN: The general purpose is -- and we're going to -- I think unless -- correct me if I'm wrong but the purpose initially would be to facilitate identifying individuals in captive -- in captivity.

>> GINGER KATHRENS: So it's short range.

It's not long distance?

>> PAUL GRIFFIN: If you look at, it there are long range RFID chips.

They exist but they require battery.

And so they don't have a long-term life span.

And they don't have a really fantastic range either.

It's -- it's really different from a radio telemetry device, like a radio collar where you can be 2 miles away.

>> GINGER KATHRENS: That's what I was getting at.

That technology in the offing where you could chip and then you could --

>> PAUL GRIFFIN: Tell from a distance.

>> GINGER KATHRENS: Know where the animal is when you are in some distance away?

>> Not really, not until you were close enough to read that chip.

>> PAUL GRIFFIN: There are some ranches that they are in an enclosed space.

They chip every animal and then they have an array of towers all through their property and so they can triangulate on the location of each of those animals but each tower has to be within a couple of hundred meters of those animals.

It's not realistic in a large HMA.

>> BEN MASTERS: I have a question regarding the chips.

So say there was a herd management area that was going to use, you know, volunteer field darting to help control population growth.

Would it be possible to -- are there chips out there that say the horses were gathered.

They were given the primer.

They were given a chip and then released back out and then volunteers could have some type of chip reader and whatever they got within 100 yards of mares be able to

identify which mare that was?

>> PAUL GRIFFIN: If there is, we would like to know.

>> BEN MASTERS: So there's not?

>> PAUL GRIFFIN: To my knowledge, I have think -- there's something about the arrangement of the RFID has to be a certain polarity relative to the reading device.

Often the reading device Sens out a signal and then the signal bounces back and so are -- yeah.

But we don't pretend to know everything.

We think that there's probably a lot of people in the ranching community and livestock community who could inform us better about this.

>> The concept is that we will have more positive identification on these animals both the use on the range for any type of fertility treatment that is done, or any type of research that is done, that more often than not, we will have to be close to that animal or recapture that animal.

We will be able to know from that chip when this animal was captured when that dose was applied.

We are reapplying that dose as opposed to having a mark on this animal.

Okay, well, this was AD.

Okay, let's go through our papers.

What year was this animal caught?

And does anybody remember what freeze mark we used back in those days?

>> PAUL GRIFFIN: I don't know it was 15 years.

>> And then move to chipping the horses when they come off the range.

It will eliminate the difficulties with freeze mark reading and how well they turn out and a lot of times that is the person applying it, the demeanor of the horse in the chute, the color of the animal, whether it will show up well or not.

And just at time -- the time of year, as the care growth on that animal and being able to read that mark and, it's going to be eliminate these common mistakes that just happen

simply because it is hair growth on an animal.

>> DR. SUE McDONNELL: Any other questions?

>> DR. JULIE WEIKEL: This is not exactly a question.

I thought maybe I could provide a little bit about the chip situation.

In the Sheldon, we used chips from 2007 at least and 2014, and as you know, if you had your small animals chipped, there's a migration problem and chips are notorious for migrating, which is why some humane shelters make you do whole body scans looking for them.

But in horses if you place the ligament nuchal, it's very reliably found again but it does require, sorry, that you be very close with your reader.

But when no known cases of lost chips from 2007 to 2014 span.

Now, obviously if a horse came through that had lost his chip and we no way of knowing who they were, we have no way of knowing that we lost the chip.

But since -- but mostly since these horses were leaving the premises and the only ones who spayed were the spayed and the vasectomized, because they had a secondary procedure.

There is a history about how effective it is.

Why it's better or why it's useful with record keeping is because it's electronic and the minute you put that electronic into your ID, your system, it pulls up all the information on that horse over a really long span of time and you don't have to go through notebooks.

It's all right there, linked to that ID.

>> GINGER KATHRENS: And where does it go in, for those of us who didn't understand?

>> DR. JULIE WEIKEL: They have a big, heavy neck.

This is a -- this is a four to five inch tissue, and it's very thick.

And it's very metabolic, quietens, meaning not a lost activity goes in there, which is one of the reasons that the chips just sit and do nothing.

They don't create a lot of irritation like -- like the tubal ligations did the research project.

It's just a very quiescent area.

You wouldn't find these chips if you didn't have the electronic reader after the fact.

We have gone looking for them and there's no tissue irritation and granuloma afterwards.

>> I had a quick question, Paul, in your surveys.

The National Academy of Sciences, if I recall, pointed out that if any populations were being underestimated, can you comment on what you know about -- now that you are doing more sophisticated methods, how much that underestimation might have been?

>> PAUL GRIFFIN: No.

>> DR. SUE McDONNELL: No?

Okay.

All right.

>> PAUL GRIFFIN: What I can say is that, you know -- and the reason I say no is because we aren't remeasuring the populations at the same time as they were initially getting biased measures.

What we get out of the surveys is we get an estimate of population size, relative to the actual number of horses seen.

And from those estimates, you can look at what's the -- the estimated percentage of animals that were missed in each survey.

And so that ranges, it depends from a very, very small percentage in some case, to, you know, in others particularly for burros up to 30%.

But -- and I could talk about this all day.

So just cut me off.

But the -- even those estimates.

Percentage missed that come from these methods that we currently have, we recognize for statistical and theoretically underestimates of the percentages missed.

But without something like radio collars, we cannot estimate what that extra percentage is, that's missed.

So that's what's cool about Sinbad and what we think will be cool about Lake Pleasant, if and when we do that is we will have an independent measure of the percentage of animals that were missed by aerial surveys and which weren't correctly accounted for even when you do the analysis.

So how much more even were we off?

>> DR. SUE McDONNELL: Thank you.

>> PAUL GRIFFIN: Thank you for the question.

>> DR. SUE McDONNELL: Did you have something, Dean?

>> DEAN BOLSTAD: I was just going to comment that the NAS report cited that on any one herd management area, we could be under counting as much as 10 to 50% depending on topography and tree cover and that sort of thing.

On a national basis, their finding was we were under counting 20 to 35%.

So I'm very pleased that we have completed the third year of using these more sophisticated methods and that we should have much, much better accounting of the estimation on the range and I don't know if we have inventoried every single HMA.

But we nearly have.

>> PAUL GRIFFIN: Almost.

>> DEAN BOLSTAD: We have accomplished our goal and I think we are going to start over again.

I think Paul, you would agree that as time goes on, we will have better and better estimates.

>> PAUL GRIFFIN: Yes, the crews will that much more practice.

We can use the previous data sets to estimate the percentage missed.

I think when you compare the way that the surveys were done previously to how they are done now, there's this thing where you can now do the statistical comparison and estimate the fraction missed, but I think a bigger factor is that now that there's national attention on doing these surveys, we use a method for planning our flight lines that's very thorough and meticulous.

You know, we are probably using more money on our surveys than we need to because

we want to be complete.

We want to certainly cover the entirety of the HMA and then we work ahead of time to figure out how much beyond that HMA boundary do we need to survey to get other animals within the population.

So when the NAS was saying we were under counting by 20 to 30%, now on average, I think some of that came from just not having a very systemic and thorough survey of all the area.

A lot of them did do this previously, don't get me wrong but by having the flight lines planned ahead of time into the pilot's GPS unit, it takes out the ambiguity and, well, let's check that out.

We already know that we will check that out and we will check everything in a methodical way.

That probably increased the subs.

>> DR. SUE McDONNELL: Anybody else?

Thank you very much, Paul.

>> PAUL GRIFFIN: Thank you.

It was a pleasure to work with you, Sue.

>> DR. SUE McDONNELL: I will get it some day.

>> BEN MASTERS: Actually, Paul, what is the status of the research at Oregon State on the spay methods?

>> PAUL GRIFFIN: I will have to punt on that because I haven't been involved -- you know, there's three appeals and three lawsuits.

So I don't know if, Dean, have you any update that you know?

>> DEAN BOLSTAD: I guess I would say that we don't comment on ongoing litigation.

>> FRED WOEHL: Thank you.

Thank you both very much.

I always enjoy Paul talking to us.

He's a very smart man but he explains things at a level that I can understand.

And that's a -- that's a plus.

All right, we will move right along.

We don't want to keep everybody here until midnight, and so the first order of business is something that we have put off from this morning and that's dean's going over the BLM response to our eight recommendations that we made at the last meeting.

>> DEAN BOLSTAD: Okay.

So yesterday you were given a copy of the recommendations and our response, but I found an oversight last night when I was looking on this -- looking at these.

So you have a new version that was handed out today.

So please use the version that was on your -- at your chair this morning.

So let me --

>> That's not it.

>> DEAN BOLSTAD: That's not it.

So the other one.

And that would be the right one.

If you have two of them, it's the one with the smaller font.

They are almost exactly the same, except for one sentence.

The difference is the response to number one.

The wild horse and burro board to continue to work towards full implementation of previously accepted recommendations of the board and prioritize according to BLM's matrix of meeting AML.

So before I read the response, I just wanted to tell you that removing horses is not in BLM's view the only thing that contributed towards accomplishing AML.

In other words we feel the adoption program and enhancing and increasing that is important also.

So off range activities contribute to our ability to do on range work.

So our response is this:   The BLM accepts this recommendation and will conduct work within the limitations of available resources that contributes to the achievement of AML in the highest priority areas.

Priority work includes continuing to conduct gathers to achieve AML and all sage-grouse habitat, sagebrush focal areas by 2020.

Continuing research to develop more effective contraception methods and implementing them as they become available, and the third thing, reducing off range holding costs by acquiring more pastures to reduce corrals, corral numbers, freeing up funds for on range management, a fourth thing, increasing the number of trained animals offered for adoption.

The fifth thing, piloting and adoption incentive program.

The sixth thing, increasing animal availability to doctors through new storefronts with emphasis in the east.

Developing and implementing new Internet adoption capability and the last and final procuring the services of a professional marketing firm.

You have recommended all of those things and those are the priorities that we're going to pursue within our capability and financial resources.

I will entertain any questions or commentary, although Kathie told me, Dean, you keep on track.

But that doesn't apply you to guys if you have questions.

>> FRED WOEHL: It never has.

>> DEAN BOLSTAD: All right.

Recommendation number two, the board recommends BLM create a crisis emergency plan in the case of severe drought or natural disaster, that necessities removal of either over 1,000 horses or over the amount BLM can hold in short term holding facilities.

The situation would be triggered by BLM determination that animals are imperiled.

The BLM response is BLM accepts this recommendation.

In fiscal year 2016, $500,000 was held in reserve for the removal of imperiled around malls.

In addition, fire -- animals.

In addition, fire for wildfire areas, to date -- and this is already dated, by the way.

To date, about 200 animals -- imperiled animals have been or are being removed.

Large scale removals will begin compromising the ability to conduct priority removals to achieve AML in sage-grouse sagebrush focal habitat and conduct court orders and remove from private lands outside of HMAs and initiate field research.

So I said this was dated.

To date, we have -- as the recommendation, a response, says either are or removing 200 imperiled animals.

About an hour ago, Kristin requested approval from the deputy director and it was gained, to react to an emergency situation that's developed in last two days in Nevada for another 300 imperiled animals and perhaps more.

We have that many animals congregated around two springs that are not dry, or drying up.

We have 200 horses at one spring, waiting to go get a drink and waiting for the spring to recharge and there's no place anywhere for them to go and we are hauling water to keep them going until we can set up water traps to capture and remove those animals that are at high risk.

Recommendation number three, the board recommends BLM makes it easier for trusted trainers or Mustang Heritage Foundation or other organizations to acquire sale eligible and riding desirable, based on age and adoptability, horses.

BLM accepts the recommendation in part due to the board's suggestion during the development of the recommendations to reduce or eliminate paperwork requirements for reliable or trusted trainers who purchase horses.

The requirements for purchasing an animal involve the commotion of an application to purchase and a significance on a bill of sale that commit the buyer to provide humane care.

BLM doesn't anticipate reducing these requirements, but greater efforts will be made to increase the availability of your term riding, desirable, sales eligible animals administered into the BLM's two partnership organizations, the Mustang Heritage Foundation, and family of horses, who utilize reliable trainers for training and placement into private care.

So I don't know if you intended as part of your recommendation that we reduce the paperwork, but you guys certainly, in your discussion, it seemed like that was the intent.

So we don't anticipate doing that.

So your recommendation didn't say to do that, but we interpreted that that's what you meant.

We will increase the number of sale eligible animals to make more available and there was some discussion and questions from Ben to the Mustang Heritage Foundation as to whether that was beneficial or not.

We will not change the paperwork requirements for a purchaser.

Recommendation number four.

The board supports efforts by BLM to engage professional marketers to identify and attract appropriate demographic segments in order to increase mustang adoptions.

BLM's response, the BLM accepts this recommendation and recognizes the need for a comprehensive and consistent marketing strategy that effectively supports the placement of animals into private care and it raises awareness of wild horse and burro on range management.

The BLM has issued the solicitation to procure the services of a marketing firm and plans to issue a contract by October 1st, 2016.

The contractor will assist BLM to build on the existing brand, developing -- develop a marketing strategy, create marketing and communication products and provide professional guidance based on a recent market research required by BLM under a different contract.

No response.

I will go on to recommendation number five.

I always expect Fred to say something.

>> FRED WOEHL: You are doing a good job.

>> DEAN BOLSTAD: The board recommends that BLM create, a two-week on site training conducted by qualified trainer at a short-term holding facility for up to 10 horses and 10 adopters.

BLM accepts the recommendation and would like to develop this concept through additional work with the board.

And before you conclude today, I hope you will identify someone to assist us to engineer a little pilot.

>> FRED WOEHL: I volunteer.

I volunteer to be the trainer.

I just let me know when and where.

>> DEAN BOLSTAD: All right.

Well, we have a volunteer and a response.

So thank you, Fred.

>> FRED WOEHL: You are welcome.

>> DEAN BOLSTAD: So we'll engage you in that discussion further.

Recommendation number 6.

The National Wild Horse and Burro Advisory Board urges BLM to institute the volunteer strategy as soon as possible September 15th, 2016, recommendation number 10, which states develop strategy to train and use more qualified volunteers to support Wild Horse and Burro activities off range and on range.

So recommendation from 2015 is almost the same as the one in -- from last meeting, the one I just read.

BLM's response, BLM accepts the recommendation.

A formalized process and strategy for a volunteer program has been discussed and will be developed when personnel are hired to lead this initiative.

In the interim, field offices will be encouraged to continue using and expand the use of volunteers for both on range and off range management activities.

The Washington office will consider offering financial incentives through a division chief challenge to encourage and support field offices who initiate new programs to engage community groups or volunteers to advance on range population management endeavors such as those recommended in the following recommendation which is number seven.

So my idea is this.

The implementation of these things is in the hands of the authorized officers, the field manager.

So we're going to set aside a little pot of money.

That's my I intent if Kristin approved, and it will be offered up and we'll ask for proposals to engage -- it might be ground darting programs.

I don't know what but that's my idea of getting this start.

I asked a few times for where can we do some more of this and I haven't gotten too many responses.

So we will have a pot of money.

If you have a good idea, you win the prize and we'll start it financially, even if it means hiring some personnel on the ground to oversee some new starts.

So we are kind of serious about it and I recognize we are not making the progress that you would desire in a national volunteer strategy.

But it's a hard thing for us to get going with, but I understand how serious you are Fred, and the other members in us pursuing and accomplishing this.

Are.

>> FRED WOEHL: Trying to work with people.

I mean, it's hard.

I did it with lots of BLM staff about this.

And one of the things is somebody will come in and they say they know how to do, ABC and they don't even know -- begin to do A.

It takes more time to train these people and then watch over them.

And it takes away from them doing their job.

So along with this strategy that you are doing, I would ask anybody out this that wants to volunteer, be sure that you are capable and able to do what you say you do or if -- if you are not -- I mean, I have been a volunteer for a long time and at the last BLM adoption I

was at, there was a young lady that came up and offered to volunteer.

And the staff that was there let her and her job was to -- and they were very clear.

When they come, in you help them fill out their application.

You -- and they spent an hour and a half showing her how and answered every questions.

I watched this.

The first person would came up there and set down, they started filling out.

Oh, what does this mean?

Oh, I don't know.

Just don't worry about it.

And that's what she told them.

So, you know, I'm serious.

I'm serious as a heart attack.

(Laughter)

So I can't get too upset with the BLM employee that does not want to take the time and effort to try to use a volunteer, but having said that, there are some awful good, awful reliable, awful qualified people out there that want to help, that would be great help and I don't want to see them not given the opportunity to help.

>> DEAN BOLSTAD: Thank you, Fred.

So having said that, there is some progress going on here.

The presentation that you didn't hear from Jason Lutterman is an assessment of the successful on ground darting programs and our contractor kind of a stakeholder's toolkit.

So there's some information that we have got to help us figure out what it takes to make successful programs.

Sandra Sells is working on something that to help the ground darting program.

I'm hopeful that we can develop something that's very simple, but yet useful to

volunteers who might want to get involved but it would help them understand what they are getting into and that BLM and the Cloud Foundation.

>> FRED WOEHL: I would like to appoint Ben for the contract person for the darting for the board.

So if there is somebody that needs to talk with somebody or all of that, I'm going to nominate Ben to be that contact from the board.

If that's okay.

>> DEAN BOLSTAD: Did you ask his position.

>> BEN MASTERS: I nominate Fred if we need any people learning to dart for target practice.

>> DEAN BOLSTAD: Thank you.

I will move on before Kathie gets the big stick out.

We will embrace volunteers to document wild horses with photography, work with the local offices to create a suitable -- a sustainable management plan, and enable qualified and the implementation in the sustainable plan including the use of reversible contraceptives.

It's along the same line of the previous one.

BLM accepts this as per BLM's response to the preceding recommendation number 6.

BLM retains is authority and responsible for the development of herd management plans.

Volunteers and other members of public can contract to the development of the plans through the NEPA process.

Once management plans and implementation actions are determined local officers -- offices can engage volunteers and community groups to assist in their implementation.

And the final one is recommendation number eight, the board would encourage aggressive use of all tools in the box as addressed in the board's September 2015 recommendation number 16 which reads prioritize use of currently available tools in the field to reduce population growth right now as in bold letters and implement promising new tools as quickly as they become available.

BLM's response.

BLM accepts the recommendation and recognizes the need to implement an aggressive fertility control program utilizing available tools and new methods as they become available.

Not stated here, but I guess it's worth noting.

As much as we are able within our financial resources.

So ground darting is not expensive.

Bait and water trapping, if we use contractors can be quite expensive.

Helicopter capture to do fertility control applications can be very expensive as well.

It takes resources to do these things.

>> FRED WOEHL: We do.

>> DEAN BOLSTAD: And all of these things in BLM's view is an important part of our future management on the range.

>> FRED WOEHL: Okay.

Anybody have any questions for Dean before we move on?

Does anybody up here need a comfort break?

If not, we will go straight into our recommendations and our working group report, and I will hand the podium over to my co-chair Dr. Sue McDonnell.

>> DR. SUE McDONNELL: Thanks, Fred.

We are up to the adoptions working group.

Ben, can you give us a report on the adoptions and any recommendations you would like us to consider?

>> BEN MASTERS: Yes.

Thank you.

As we get the excellent presentation from Kali earlier today, you know, adoption numbers are increasing, and hopefully we'll continue to increase mustang

management -- or Mustang Makeover events are, you know, increasing and hopefully the publicity and the awareness of wild horse adoptions will increase along with them.

I'm also really excited to get the results back from the Great Lakes research study to see what they suggest would be a good advertising branding, marketing, type of tools to get more horses adopted and I'm also excited to get the new website up and going for the Internet adoptions because, you know, more and more people do stuff online.

So, you know, there are some exciting things going on.

You know, the amount of horses being adopted are not really the amount of horses being born on the range, but hopefully we can increase it from, you know, 2500 a year to maybe 3,000, maybe 4,000, who knows.

The only recommendation that I had, which is something that we talked about, is -- oh, dang it.

I grabbed the wrong piece of paper.

No, I didn't.

When I talked to Kali earlier, to get sale eligible horses for the mustang foundation.

The majority of the sale eligible horses are older horses.

So a recommendation that we have is to advertise and conduct frequent adoption events at off range corrals to make more sale eligible horses that are riding desirable age.

>> FRED WOEHL: And one of our thoughts behind this is that there are several off range corrals that people go to and they have regular adoptions but they are not advertised very well, and there's a problem with counting them as an adoption event.

>> BEN MASTERS: Correct.

>> FRED WOEHL: And so what the working group did is to come up with this idea to -- it's not that we -- and I don't want anyone to understand this -- Ben jump in.

We don't want people to think that we are rushing horses through this.

We are actually not but we want to -- I mean, there are horses in these off range corrals that's been there two years and nobody had a chance to look at or anything.

So if we have more frequent adoption events where people can walk up and walk out there, these horses will have more exposure.

These horses will have more opportunity to be adopted, and if they are not, then organizations like Mustang Heritage Foundation have that the opportunity to use those horses and get them into good homes.

That's the crux behind this, correct?

>> BEN MASTERS: Yes.

>> FRED WOEHL: Okay.

Ms. June.

June, you served on this committee with Ben and I.

What do you think?

>> JUNE SEWING: Sounds good to me.

>> DR. SUE McDONNELL: Are we good with the vote.

Any discussion from the folks not on that particular working group?

>> I would just like to, is just before you take a vote, each instance if you would just confirm that the language that you are looking at is the language that you want, because -- I'm doing best we can.

>> FRED WOEHL: Madam chair, one other thing I would like to address that is that before they left, both Steven and Cope gave me their voting proxy.

So I'm going to vote for both of them too.

>> KATHIE LIBBY: Are you okay with the language?

>> BEN MASTERS: Yes, I'm looking at it.

The only concern I have is the word "riding desirable," because they have kid programs where they are foals.

Dean, do you -- from the BLM standpoint would it be best to have the words "riding desirable" or should we put a period after horses?

>> FRED WOEHL: I think all horses.

You didn't ask me, but I think it's all horses not age or size or color or anything.

Just all horses.

>> BEN MASTERS: Okay.

>> FRED WOEHL: And burros.

Burros, yes.

>> DR. SUE McDONNELL: Everybody comfortable with the wording.

We'll take a voice vote on this recommendation.

>> JUNE SEWING:   Well, I was wondering if it actually addresses what we were talking about, as far as -- I know what Fred said about not wanting to speed through, but should there be some reference to the fact that it would increase the availability of these horses through more frequent adoption events?

>> FRED WOEHL: I think -- I hear what you are saying, and one of the things that the -- the purpose of this is not necessarily, I don't think, to make -- make available more sale eligible horses.

It's to make them exposed more.

Is that what you are trying to say, June?

>> JUNE SEWING: I guess.

I don't know what I'm trying to say.

>> FRED WOEHL: But I understand.

I mean, the purpose of this is not to rush them through where they can be sold for $25.

That's not the purpose of this.

The purpose of this is to be sure that they have an equal or an enhanced opportunity to be placed in private ownership.

>> BEN MASTERS: Actually, the purpose is to create more sale eligible horses and burros.

Because --

>> JUNE SEWING: Yes.

BLM_001848

>> BEN MASTERS: When we talked to Kali from my understanding if a burro or a horse is trained or adopted, then it becomes much more marketable and less paperwork is involved.

So that that horse has more of a likely chance to be placed into private care.

So the purpose of this is to have more sale eligible horses and burros that are riding desirable age so that the Mustang Heritage Foundation, the TIP trainers and the other trusted training programs can take the sale eligible horses and have a more marketable product to take and try to sell.

>> KATHIE LIBBY: Should we remove the word available?

To make more?

>> BEN MASTERS: I don't think the word available changes that much.

>> DR. SUE McDONNELL: To allow more desirable horses to reach sale eligible status.

Is that the point?

>> BEN MASTERS: Yes.

>> DR. SUE McDONNELL: More horses and burros to reach sale eligible status.

Dean, I didn't mean to cut you off.

>> DEAN BOLSTAD: You were in the middle of voting and here I am participating in your discussion.

>> DR. SUE McDONNELL: Go ahead.

>> DEAN BOLSTAD: Thank you.

Whether BLM sells horses or adopts them, they are going to good homes as far as our policy.

I don't want anybody thinking -- I just want to add that you are not speeding them through and they are not heading off to slaughter.

That's not what's going on here at all.

But I wanted to add this.

Some of the entrepreneurs who are very good trainers who can add a lot of value to the horse, participating in the TIP program, they are saying, oh, my gosh, I can create a $2,500 horse.

So TIP offers me $800, but, gosh, I would rather be able to buy a nice saddle prospect and get the thing trained in three or four months and I will reap the benefits of having purchased it for $125 and $25.

So you are not just accommodating people who prefer to buy and train them.

There's another aspect of this then and I think you brought this up last meeting.

I have just wanted to though that in.

>> FRED WOEHL: Added value.

>> BEN MASTERS: Yes, it makes it easier for trainers.

>> JUNE SEWING: I guess maybe I would suggest that conduct more frequent adoption events, because they already do --

>> FRED WOEHL: Well, I think for them to count, they have to be advertised.

Oh, okay.

>> JUNE SEWING: Does it need to say?

>> FRED WOEHL: No, that's good right there.

I see what you are doing.

>> DR. SUE McDONNELL: All set.

Are we ready to vote, June?

>> JUNE SEWING: Yes.

>> FRED WOEHL: Yes, yes, yes.

Are.

>> BEN MASTERS: Yes.

>> DR. SUE McDONNELL: It's unanimous.

>> BEN MASTERS: And that is all from the adoption committee, unless anybody else that's on the adoption committee has something else that they would like to bring up.

>> FRED WOEHL: Well, one thing that -- and we will probably do this in an overall thing but I still like the -- our very first recommendation from the last board meeting needs to be included in this board meeting, is that we encourage BLM to continue to work on past recommendations to get them done.

Oh.

Along with this is that our very first recommendation we made in our last board meeting in April, was this we encouraged BLM to continue to work and -- and accomplish the recommendation they agreed to, and they are doing that.

But I don't want to let -- because see, there's some that they haven't got to yet, or they haven't gotten to all the way, but just let them -- I mean we have lots of recommendations out there that BLM has accepted in the past, that nothing has been done.

They said, yes, we will do that, but nothing has been done.

I don't want to let them die.

We want them worked on too, as well as new ones.

But that -- this is not the place for it.

>> KATHIE LIBBY: Do you want to back up and repeat recommendation number one.

Can you do that, Kathie.

>> DR. SUE McDONNELL: Are you ready to go on with the next working group in the next one we will talk about is population growth suppression.

I chair that and serve with Julie, Cope, and Ginger.

And the good news is we had no recommendations as of yesterday, but as we get more information and things come up, we have -- I believe we have -- we would like now to discuss possibly another recommendation from Julie's initiative, but we are all on board.

>> DR. JULIE WEIKEL: We would request that the BLM would extend an invitation to the board members are to attend spay trials when they might occur.

Yes, let's put in all board members.

>> DR. SUE McDONNELL: Any discussion?

>> DR. JULIE WEIKEL: We have been talking about this issue for a long, long time.

I think being as open as possible is the best practice, and we talked from the very beginning when I first came on the board about making sure that board members have an option to attend these trials, if they wanted to.

And, of course, there's an issue about cost and so Dean said we might have to limit it somewhat because maybe they couldn't afford to have us all go and so that kind of just hung out there.

And so it's certainly a -- you know, it's not a mandatory thing.

It's just if they would like to they are certainly welcome to because I think openness is -- has a lot of value.

I have always felt that if people could witness.

If they could witness this, a lot of information that's out there in public media could be quelled.

>> DR. SUE McDONNELL: Ginger did you have any comments on this?

>> GINGER KATHRENS: No, I think Julie is absolutely correct.

If things move forward like this, I think it's important that we're there, or that some of us are there and I totally agree with her.

>> FRED WOEHL: The only question I have is it tends -- all spay trials, like the one that they had at Kentucky, isn't that up to the school or the organization that's doing this?

I mean, BLM doesn't have any -- I mean, that's private property per se.

Dean?

>> DEAN BOLSTAD: Well, I think every university has its own protocols and many of the things that you are talking about are embodied in the institutional investigational animal care and use.

It's not a permit but Sue --

>> DR. SUE McDONNELL: We call it a protocol, institutional use and animal protocol.

>> DEAN BOLSTAD: And I think some of those things very well may outline the

university's position about observation or not.

And it may not be entirely be BLM's call to make here, if indeed we are working with a university.

>> FRED WOEHL: Well, could we add something to that, that if -- if allowed by the organization conducting the trials, something like that?

>> DR. SUE McDONNELL: Julie?

>> DR. JULIE WEIKEL: Certainly that could work or we miss -- since our recommendations are to BLM, we just might say BLM would attempt to facilitate an invitation, something along those lines.

>> JUNE:   I guess my question is when the BLM does -- don't they do this by a grant.

Don't you give a university a grant to perform the research and how at that point, what is the BLM's participation in that research?

>> DEAN BOLSTAD: So the university makes a proposal to BLM with all the outlines of how the research would be conducted and along with that comes an animal care and use protocol, and we, through an assistance agreement.

If we accept that research proposal, then we fund it and then we turn it over to the university to conduct the research.

Now, many of the projects Paul reported on today are being done and conducted on university campuses.

They promote stories in Oregon are in a BLM facility.

So --

>> DR. SUE McDONNELL: It's not at all unusual to have site visits by the funding agency.

And we like to demonstrate allowing them to watch what we are doing and inspect the facilities.

We try to accommodate that.

There probably are situations where it wouldn't -- just for space, you know, surgical suite or whatever, they may not be able.

But in many of our situations, we have observation rooms for the public to view in a

space that's not going to in any way interfere and we have staff who Shepherd those people, look after them, clients or visitors who might want to see.

It's becoming more common at the vet schools and the large vet clinics.

So I don't think it's an unreasonable -- but it would need to be politely requested and we would want to behave.

(Laughter)

Did you talk to Cope about this or were you aware of this potential recommendation?

>> FRED WOEHL: Yes.

Yes.

>> DR. SUE McDONNELL: As a veterinarian, what did he say?

>> DR. JULIE WEIKEL: Actually, he said, I've seen it.

>> DR. SUE McDONNELL: What do you want to do?

>> DR. JULIE WEIKEL: I recommend we vote.

>> DR. SUE McDONNELL: To attend spay trials when they might occur, if allowed by protocols governing the trial?

>> DR. JULIE WEIKEL: I'm okay with that.

Everybody else?

>> DR. SUE McDONNELL: Everybody?

We'll start with you Ben, are you comfortable with that?

>> BEN MASTERS: Yes.

>> DR. JULIE WEIKEL: Yes.

>> FRED WOEHL: Yes, yes, yes.

>> JUNE SEWING:   Yes.

>> GINGER KATHRENS: Yes.

>> DR. SUE McDONNELL: Yes.

Is that everything?

That's everything.

We thought needed to be addressed at this time.

Okay.

Volunteers.

And Jen is our head for that, but in her absence, I believe Fred, did you chair that group?

>> FRED WOEHL: Yes, I did.

>> DR. SUE McDONNELL: Can you take it over?

>> FRED WOEHL: Thank you.

On this volunteer working group, we had -- we had June and we had Ben in there too and we had a lot of -- we had two folks come in and talk to us.

We had Mrs. Sell, would is -- Mrs. Lee who is sitting here and the other Mrs. Lee who isn't here.

Both of them came to talk to us about darting.

They are not sisters but they are both very passionate about horses in.

This, we want to encourage the use of volunteers in all aspects of BLM, including darting, because that's where we feel like they have a -- a big use, but in the past, we have made several recommendations along those same lines.

So we don't want to make anything new at this time, because there's still some out there that will work.

So what I want to say, and I will let the other two say something too, but we had a very good visit.

After the meeting was over, we went out in the hall and we set down with several -- several advocates and interested folks and we had a sound table talk and I think we did pretty well.

It was very, very good.

>> BEN MASTERS: Thank you all for coming and preparing your notes too!

>> FRED WOEHL: Yeah, it was really, really good.

I learned a lot.

I hope they learned a lot.

It was a good learning for everybody to get to know each other a little bit better to build some bridges, make some friends and I was energized by it.

I feel very good about it.

And I appreciate that.

>> BEN MASTERS: So following up on what Fred said, one of the biggest frustrations that I see with passionate volunteers who want to donate their time, and have, you know, done considerably research, have gotten trained with fertility control, and have the resources and the time to go out and volunteer, is that whenever they try to go out and do it, they feel unwelcomed by the district offices or they get a lot of pushback and it's not only discouraging, but they can't go out and implement PZP fertility control.

And it is, you know, without a doubt that there are some very, very successful herds whose population growth is being managed successfully by PZP.

So I don't know what the best way is to encourage the state and local or district offices to embrace these volunteers and to begin these -- these PZP volunteer working groups, but I think that -- and I would like some help with this on a recommendation, but from the national office, I think it would be good -- okay, are you ready, Kathie?

To create a guide for district offices to work with volunteers who want to apply fertility control.

And then that way, we don't have to reinvent the wheel district office to district office.

>> FRED WOEHL: Well, again, Ben, we have done something like that.

I mean, I -- I don't like licking the same calf over and over again.

You know, number seven last year, the national wild horse and advisory board encourages state and local BLM offices embrace -- embrace volunteers to document wild horses and work with local offices to create a marketing -- a management plan, and to enable qualified volunteers to participate in the implementation of the plan, including the use of PZP.

I mean, we -- we have already done that.

>> BEN MASTERS: Yes, it definitely recommends that but it doesn't have a recommendation of creating a guideline for district offices for them to be able -- so that if a volunteer organization came to them, they would have something to begin working with.

A sample MOU or however that would work.

>> FRED WOEHL: Okay.

Number six, up above that deals with that too and this is their answer, BLM's.

A formalized process and strategy for a volunteer program has been discussed, and will be developed when personnel are hired to -- to lead this.

In the interim, feel offices will be encouraged to use volunteers for on range and off range management activities.

The Washington office will offer financial incentives to a division chief challenge to encourage and support feel offices would initiate new programs to engage community groups or volunteers to advance on range population management endeavors such as those recommended in number seven.

>> BEN MASTERS: If you believe we don't need to make a new recommendation, then I'm totally cool with that.

>> FRED WOEHL: Like I said -- Dean, have you covered all of this?

>> DEAN BOLSTAD: I think.

So I think we totally get the message that you folks want us to develop a better framework for volunteers to plug into and I guess this would be maybe the third or the fourth recommendation that's the same thing in different words.

That's kind of my take on it.

We do understand what your desire is.

>> KRISTIN BAIL:   Two thoughts come to my mind and this is building on Dean's.

How much is it a willingness issue and how much of it is an ability issue and how to have a dialogue about that.

BLM_001857

Because having worked with lots and lots of volunteers in a line officer setting sometimes you are having to say no because you don't have the NEPA ready, and you need to have a couple of years to do that.

Or there's some other logistical challenge.

Or it may be the best thing is to have a volunteer coordinator for the volunteers so you don't have 15 different people trying to come and do their own thing with BLM.

So not to solve that but I think also just having a further -- a further dialogue and exploration of what some of those underlying issues are and then if what Dean suggested is incentivizing our feel offices to -- to be more open by providing some financial support for what they can do so they can feel like they are being funded for it.

>> FRED WOEHL: Along those same lines.

I have been a volunteer for the Park Service for probably over 30 years and at one time for a ten-year period, I was the volunteer volunteer coordinator.

In other words if someone wanted to volunteer for the park service, I was the one that signed them up.

I had proven myself to the people that I could handle that and then I would ask, you know, Ben, do you want to clean that trail.

This is the trail from point A to point B.

I was the one who did that as a volunteer.

That might be something that we might look at, but the thing is, we can ask DC to recommend something like, that but until that is done and the field office can say, boy, it's a good idea but we ain't going to do it.

There's not too much we can -- there's not too much we can do about that.

That depends on the person that goes in and sets down and talks and convinces to them and proves to them that they can do something like that.

I think like Kristin said, a volunteer coordinator, that's a pretty good idea like I used to do.

And so that's just an idea I -- I did that for almost 15 years and then we got a brand new parks superintendent and he wasn't pumped on volunteers.

And so it just kind of -- so it just depends on your relationship and all of that.

He had -- in one of his parks he had a volunteer go out and get hurt and they ended up suing and even though you can't sue the government -- he said it was a mess and it's wasn't worth going through that anymore.

You know, it's -- management of people is hard, isn't it, Kristin?

Yeah.

That's enough said.

>> DR. SUE McDONNELL: I think what we are hearing is we will not have a recommendation, we will go with previous recommendations and Dean's understanding that we are really -- it's on our mind.

>> FRED WOEHL: I don't want to cut him off.

>> BEN MASTERS: Dean definitely understands what I'm trying to get across.

There's not a reason to make another recommendation that has been covered in the last advisory board meeting, and I will probably bring it up next advisory board meeting too.

>> FRED WOEHL: You can see we made recommendations about the same stuff.

Don't feel about.

>> DR. SUE McDONNELL: Are we go to go on volunteers?

Thank you very much.

I know you had an interesting meeting.

Those of us who were in the other group were having a hard time concentrating in our group because we would have loved to be in on it.

The last working group then is herd area repopulation issues, and the chair of that is Ginger.

And the other members are June, Steven and myself.

>> JUNE SEWING: And everyone in our group was jealous that they couldn't attend the wonderful presentations on the volunteers portion of that.

We do not -- I'm going to be really popular.

We don't have any recommendations from our committee.

I think it was really a good educational experience that we had.

And kind of a way forward, because Jared Bybee set in on our meeting and has such vast knowledge of where something like this light work and where it would not.

Both herd area and herd management areas we would explore areas that no longer contain horses to see if horses from holding, short-term holding may be put out as a nonproducing herd on areas that were previously zeroed out.

And so we're going to continue to I think work with BLM.

Something on BLM and it might be good to have a go-to person that BLM might recommend to us or just someone would is knowledgeable enough so we don't spin our wheels and make, you know, efforts on an area that's totally inappropriate because of the -- because maybe there are remnant populations in the area that -- where we put some mares out and all of a sudden, you know, we are repopulating when the idea is for it to be a non-reproducing group of animals or where it's a sage-grouse area and it would be totally inappropriate.

I think we need more guidance.

And from somebody like Jared who can kind of give us some instruction on where we might begin and try to find an area like that.

>> I think he gave us information on the areas that were zeroed out and why they were zeroed out and pointed out the ones that we could look at.

He mentioned that some areas, like the -- have been actually changed from one agency to the other because of the endangered species like the tortoise and that kind of thing.

>> GINGER KATHRENS: Mm-hmm.

>> JUNE SEWING: And also then, of course is the private property.

There's another area that we couldn't do anything about.

It was zeroed out because of private property problems.

>> GINGER KATHRENS: Right.

Well, he's not in the room so we can -- we can say yeah.

He really -- oh, is he in the room?

Oh.

Where is he?

Oh.

(Laughter).

>> JUNE SEWING: Was that right, Jared?

Did you say that you could do that?

>> JARED BYBEE: I didn't hear that, June.

>> JUNE SEWING: That you would give us some information about areas that had been zeroed out and the reasons why, that way we could access that, I think.

>> JARED BYBEE: Yes, we have that.

That's easy to provide the detailed information on that.

It's real easy to pass that along.

>> GINGER KATHRENS: Okay.

So how are you going to do that?

>> JARED BYBEE: Well, do you want hard copies or email?

>> GINGER KATHRENS: Okay.

(Laughter).

>> JUNE SEWING: Well being Ginger is the chair of this committee.

Maybe you better contact her.

>> JARED BYBEE: Let me know how you want the information.

>> GINGER KATHRENS: Okay.

We'll decide how we want to receive the information, but thank you very much for agreeing to help with that and to be as well.

Thank you.

>> JARED BYBEE: Thank you.

>> DR. SUE McDONNELL: Good to go, Ginger?

Great.

Fred?

>> FRED WOEHL: Madam chair, before you leave, I want you to be here because I want to say something about the meeting that Ben and June and I had with everybody.

We felt like that was really, really good.

And so we wanted to talk about this.

Would the board be all right if we make the working groups available to anybody that wants to come and here.

I mean, if we have them scheduled -- I think we can put something in the federal register, Dean?

Shake your head this way.

>> DEAN BOLSTAD: Yes.

>> FRED WOEHL: And if we put it in the federal register, we can have the working groups open?

>> DEAN BOLSTAD: Correct.

>> FRED WOEHL: And people could come and set in and that meeting was really, really good.

I felt really good about that.

>> But I would think that they would have to make those arrangements beforehand.

>> FRED WOEHL: For the working groups?

>> Yes, if they wanted to make a presentation to the working group.

>> FRED WOEHL: If they wanted to make a presentation, they would have to schedule it, but they could come and sit and take -- and if we ask them to take part or had a question or something.

>> JUNE SEWING: But if they wanted to make a presentation, they would have to do it in advance.

Fred right.

Right.

So if -- could we make that as a recommendation or do you think we just need to -- I will degree and then --

>> It's covered in the FACA, the BLM FACAA.

>> DR. JULIE WEIKEL: And I would also caution us, some of these working group sessions are a lot of hard work in a very short period of time.

So I don't think that we want to create the illusion that there's going to be a lot of time for participation from the audience.

They are certainly welcome to be there, but there's a job to get done.

And we never have enough time.

>> DEAN BOLSTAD: So the protocol is just like this meeting.

The work group meetings are work group meetings and they are for the board.

It's not a public participation time period.

That's what public comment is all about.

If you want to engage somebody, you can, but the audience is there to have the opportunity to observe and listen to your discussions and your work groups, but -- yeah, you are right, Julie.

>> JUNE SEWING: I would like to add to what Fred has said before.

When we have done these working groups in the past, they have been like really kind of helter-skelter and Sue did a great job of organizing these so that they really worked and we could really get some work done.

Thanks, Sue.

>> DR. SUE McDONNELL: Thanks for that, June.

>> Thanks, June.

>> DR. SUE McDONNELL: Fred, I think we're done and I think deserve a pat on the back for getting don't before -- you said we would be here until 6:00?

I think we are almost through the recommendations.

>> Wait.

This is -- [ Overlapping speakers ]

>> STEVEN YARDLEY: This is Steven.

Can you hear me.

>> FRED WOEHL: We are ahead of schedule by 40 minutes and Michael made this trip up here.

I thought I would let him, if he wanted to, go ahead and finish with his proposal, but before you do that, my good friend and the one that is setting to my right would like to -- do you want to do it before him, after him?

At the end?

Do you want to do it now?

>> DEAN BOLSTAD: Let's do the budget presentation and Holle' has a response on the numbers.

>> FRED WOEHL: All right, Michael and thank you for patient waiting and all of this.

We -- see, they actually thought they were going to get through early, you know, but we will stay here until 5:00.

>> MICHAEL REILAND:   The last thing that people want to deal with is money in the last part of the meeting.

What I will talk about right here is going to be relatively quick and the reason for that being is I want -- I want to give time for you all to have questions for me because we are at a pretty strategic point in the program in a lot of ways not just operationally, but budget-wise as well.

We have some opportunity here that -- that we may not have had a couple of years ago, even just because of a lot more discussion has happened, both in Congress, as well as here in this forum.

So maybe there's some things the way we can structure things go into the future that will help everyone get to where we want to go.

I will highlight a few of the things which happens this year.

And then talk just a little bit about how the near future is going to look and then I will open it up to questions from this, how -- how maybe I can help you all get information.

My big passion is numbers and writing.

Those two things.

And so I like to put together projections and trends and things like that of how things are going, and we are trying to get things straightened out within our internal budget and our expenditure process so that we can look at those things from an accurate picture.

First, let's go to the first slide here and talk about the pieces of puzzle here and I think you have this in your package.

It might be difficult to read up on the big screen, but not much has changed here.

Holding costs are still holding at about the same, but the good news in that is that we probably are going to end one a couple of percentages decreased down from what we have been the last few years.

That number has been incrementing.

But that's a big deal when we are talking about the money that we are talking.

A lot of that has to do with the new pasture space that has already come on and in the near future that will be happened more.

So that percentage next year will probably go down a little bit more, depending on operationally what we do.

But -- so that's part of the good news of this picture, is that percentage of those two pieces have gone down just a little bit.

And so from here, we look at that.

The other thing that's good news, especially what we heard from the public here is that the amount of money for fertility control application has gone up over the last three years and relatively significantly.

It was about 80 some thousand a couple of years ago, about 100,000 last year, and it went up to 171 this year and we are projecting even higher next year.

So while that is far from what I'm sure a high from what people would like to see.

We are using more volunteers and keeping those costs lower can always help out that as well.

But that is a good piece of the puzzle from my perspective, as well, that we have increased that a little bit every year the last few years and we are looking at doing even a little bit more than that.

A lot of the unit costs have gone up fairly significantly and this is one of the negative effects.

It's not incredibly negatives but getting pastures.

The amount of money we spend per feed day, so per horse, per day at corral is going to go up.

Our unit costs for that is going to go up significantly in 2016, from previous years.

And the reason being is we have a few federal facilities that have fixed costs related to them, no matter how many horses you have there.

If you have 50, if you have 10,000, you have a fixed cost of labor and things like that.

Those facilities are -- that cost per animal is going to kick up a little bit which causes the overall unit cost for animal costs are going down.

We have moved them out of relative high cost corrals into pastures but it's temporarily when you move those horses way down in those facilities the unit costs in those facilities go up significantly and next year they will probably go up a little bit more if we move 6,000 head from corrals into pastures and we only gather the -- the amount that we are currently planned to gather.

So I just wanted to point that out.

Like we said, it's a negative from an individual perspective, but overall perspective of the budget it's a good thing.

It's actually a good thing.

So if people start looking at that, don't look at it as such a bad thing.

It actually helps.

That's all I pretty much wanted to say on this.

The overall budget.

Just a reminder that this is expenditures and not obligations and government parlances are two different things.

Obligating the money is a promise to pay it.

An expenditure, it actually went out the door.

So these are expenditures.

It includes the sage-grouse money that we got.

The wildlife program money that we got, the sage-grouse money to do gathers and to go in and feed some of the horses that were gathered that includes Beatty Butte and some money going to Nevada and Hawaii.

So this expenditure includes those.

This is not just our Wild Horse and Burro Program funds.

This is also funds from that as well.

Okay.

>> FRED WOEHL: Anybody have any questions?

Thank you very much.

>> MICHAEL REILAND:   And then this slide is our accomplishments in 2016 so far.

And costs related to them.

And so from this perspective, you can see these are all what are in our MIS system right now.

So these don't necessarily reflect what actually happened on the ground.

Take some time to enter them into the systems and get transferred over, but -- but some of these numbers will match up exactly with what you heard before.

Some might be a little bit lower because of that.

But we do -- at the end of the day, September 30th, we all of these numbers into the system so we can accurately reflect what did we do this year accomplish-wise, and that's what gets us to the unit costs.

At the end of the year, I do view a unit cost both by state and the national program as a whole, and that helps us going forward in budgeting for the future, in all of these different aspects of program.

So that's it.

>> FRED WOEHL: Now, I don't see any salaries in this part of the budget.

Is that something separate or --

>>> MICHAEL REILAND:   Yes so there is a line item there, program support overhead, uncontrollables at the very bottom, that's where all of that is.

It's not salaries that are directly attributable to one of these actions.

So those are general salaries that don't go directly to one of the others.

>> FRED WOEHL: Okay.

>> MICHAEL REILAND:   So any questions on those two slides?

All right.

Well, that's good.

I'm always open, as I said, I'm always open to present whatever you all want to know in terms of where we are at with the budget, different reports, different things.

I love creating that kind of stuff.

So if any of you have some ideas on what you would like to see and how you would like to see it, just let me know.

I can make just about anything happen with numbers.

So just let me know, and we can put something together for you for any of your calls or any of the meetings.

Okay?

>> FRED WOEHL: Okay.

Thanks.

Thank you, Michael.

Before we go on, I would like to go over our recommendations again to be sure that they are exactly like we want them and to give everybody a chance to look at them one more time.

If that's okay.

All right.

Ben, I want you -- we'll just start.

You will read one and then Julie will read one and I will read one and on down.

>> BEN MASTERS: Thanks for giving me the fun one.

The BLM should follow stipulations of the Wild Horse and Burro Act by offering all suitable animals and long and short-term holding deemed unadoptable for sale.

Those deemed unsuitable for sale should be destroyed in the most ewe main manner possible.

Approved.

>> FRED WOEHL: That's what I -- is that what everybody remembered?

I just want to be sure that we go over these.

>> BEN MASTERS: Are you going to email these to us, Kathie?

>> KATHIE LIBBY: Ultimately, I think Dean will.

Is that right?

>> DEAN BOLSTAD: Yes.

>> DR. JULIE WEIKEL: BLM should prioritize -- you moved it on me, Kathie.

I lost it.

BLM should prioritize designated sage-grouse habitat for removal of excess around malls and use range degradation for prioritization of excess an animals.

Those rangelands that can be restored and maintained in a healthy status.

Approved.

A.

>> FRED WOEHL: BLM should develop partnerships with economic agencies and or departments -- the environmental effects to reduce AUM on HMAs due to range degradation of wild horses and/or burros of the further analysis should be conducted regarding the effects of potential removal of all domestic livestock all HMAs.

Approved.

Are.

>> DR. SUE McDONNELL: BLM should encourage BLM RACs to develop and submit for consideration their ideas for herd management and range rehabilitation strategy tailored to their specific areas and HMAs based on local knowledge and expertise.

Approved.

>> GINGER KATHRENS: I get to read?

BLM should advertise and conduct more frequent adoption events at off-range corrals to enable more horses and burros to reach sale eligible status.

Approved.

>> JUNE SEWING: Repeat number one from last meeting.

(Laughter)

>> GINGER KATHRENS: You get to do another one, don't you think?

(Laughter)

>> JUNE SEWING: BLM facilities should send invitations to all board members to attend spay trials when they might occur if allowed by protocols governing the trial.

Approved.

>> FRED WOEHL: Is that what everybody remembers?

Is that what everybody remembers?

All right.

Very good.

Thank you very much for those recommendations.

We don't -- we didn't give you 20 dean but we gave you a few.

All right.

At in time, I will turn the podium or the speaking over to Ms. Kristin.

>> DEAN BOLSTAD: Fred, can we have Holle' clarify those numbers first?

>> FRED WOEHL: Oh, I'm sorry?

>> DEAN BOLSTAD: That's going to be very brief.

>> FRED WOEHL: We will have Holle' clarify these numbers.

>> HOLLE' HOOKS: Sure.

It was actually on slide two.

So if you look at your -- or slide number one that has off range pastures and eco-sanctuary numbers.

That off range corral number should be 13,552.

The 13552.

I apologize for that.

>> FRED WOEHL: Instead of the 9,000 and something number that was there?

>> HOLLE' HOOKS: Yes.

I thought B had shipped all the animals to other facilities or adopted them all.

Thanks.

>> FRED WOEHL: Thank you, Holle'.

>> I have bifocals and I still can't raid my phone.

So Dean and I wanted to take this opportunity to share the information from the board because it's now coming out more widely and we just thought that you would want to hear this information from us first, and where he just recently issued a press release saying that the Bureau of Land Management has decided not to move ahead at this time with the proposed research efforts at the Heinz corrals due to complications from litigation.

We remain committed to finding new tools that will help us ensure that we have healthy horses on healthy rangelands.

So that decision was extremely recently made and we wanted to share that with you, so you would find out from us.

>> FRED WOEHL: Thank you.

I really -- we had a very good meeting.

I will go around the room like I always do and let everybody have a final say.

I will -- June, I will start with you.

Ben, I will start with you.

(Laughter)

She gave me a skunk eye and I -- I don't want her mad at me.

I can handle you.

>> BEN MASTERS: I just want to leave on the note that, you know, at dinner last night, I had a guy ask me, like, why are you sitting on this board?

Because there's no easy solution.

I'm not getting paid.

It's like really stressful.

I get bad press from it.

It's really not that much fun.

(Laughter)

And it sucks really hard!

Like, to try to make these decisions and, you know, what we have is the opportunity and the ability to influence 30 million acres of land.

And to pass that on to future generations and if that landscape is better than whenever we inherited, you know, we did our job.

And if we screw it up, it's on us.

And if we have the ability to create more of a change than the biggest landowner in the United States.

We are more powerful as far as land management and conservation goes than Ted Turner.

I think that's an important thing to remember, that, you know, the decisions that we make, they are not for this year.

They are not for this administration.

They are going to reach out, you know, five, ten, 100, 500 years and we are so crucial for the future of conservation efforts in the United States.

So I just want to end on that note.

>> DR. JULIE WEIKEL: What a setup and act to follow.

I always enjoined big picture events.

One -- one piddly case at a time never really interested me.

I like affecting big change, productive change.

I like things to be measured and monitored and not to be just opinion good what works and what doesn't.

Certainly service on this board is frustrating, but what we do here has a whole lot to do with all of our obligations in life, which is about taking good care of the place that supports us and sustains us.

And actually the wild horse and burro thing and healthy rangelands is pretty simple, compared to managing the planet with 7 billion people on it, and so it's all part of the

same big picture.

And it would be nice to just stay down there in the weeds but the big picture stuff really is pretty important and we can't -- we can't really do a good job unless we are willing to try to take that long view.

>> FRED WOEHL: June?

>> JUNE SEWING: You are next in line.

>> FRED WOEHL: But I have the final word.

>> JUNE SEWING: Well, since I have been here the longest, I'm not going to say I'm the oldest, which I really am, but I have seen such a change in not only what is happening as far as the board is concerned, about the BLM response to our requests, our recommendations and also to the public comments and how they have become more helpful and just pointing fingers.

And I just really appreciate that and I do appreciate those who have stayed to listen until the very end.

And I'm just glad to be here.

>> FRED WOEHL: Ginger?

>> GINGER KATHRENS: Well, it's pretty clear that on some issues, you know, we -- I have vastly different points of -- point of view, but I think despite, that I think it's -- I think it speaks well of all of us that we can still speak coherently and intelligently and kindly to each other.

I think it reflects well on this board.

I wish our presidential election was as civil as our discourse.

And I'm very proud to be here.

The wild horses and burros belong to the American public and I think we can't lose sight of that.

Thanks.

>> DR. SUE McDONNELL: I think it's all been said.

I don't have -- you know, I don't have profound statements on it.

I would add one thing, I know we made some very difficult decisions this time, and I'm actually -- I know it will be difficult for some of us to answer to everybody but I want everyone to know that it's very thoughtful and that we all deliberated very carefully and -- and I think it was -- I admire all of my colleagues here for the courage that it takes to sometimes make these -- these reasons -- or decisions for reasons that may not always be understood right away.

>> FRED WOEHL: Thank you.

Dean?

>> DEAN BOLSTAD: So thank you, Fred.

I want to thank you, Fred, Sue, and Dr. Cope for your years of service here, and that I hope we see your applications again to compete with other interested parties, but -- so I'm so thankful for your service and also all members of the board.

I have 41 years of service in, celebrated August 3rd, federal service, all of it with Bureau of Land Management.

(Applause)

So along the line -- thank you.

That's not why I said that.

But along the lines of what Ben said, I faced a decision about a year ago, about whether or not to retire and I just didn't want to go there.

I'm still here.

I remain committed to the American public and our mustangs and burros and I'm very thankful for the guidance that you guys give us.

Because just like our decision on the incentive thing, we didn't get it right and as I think about it, what we were about to do, it wasn't going to make any difference at all.

So there's just another example of how the board helps guide us in a good direction in a positive manner.

So I'm very thankful to you all.

Thank you so much.

>> JUNE SEWING: We are grateful that you made the decision to stay.

>> FRED WOEHL: Yes, we are.

Kristin.

>> KRISTIN BAIL: And Dean, your retirement papers will never get signed by me.

I do believe at the bottom of my heart, you can't say thanks enough.

Thank you all for your participation and the board's caring, commitment, thoughtful conversation, you know that -- you all embody the best of public involvement and engagement and we are very fortunate to have folks like you and the folks in the audience who continue to care for our public lands and resources.

Thank you.

>> DEAN BOLSTAD: I forgot one very important thing and I don't like to second up on my boss, and she was about to have the last word, but --

(Laughter)

You can but I want to acknowledge the staffs, not only on the Washington office for all they have done to be here at this meet, but the work that they do, and it's very difficult time for the BLM employees working in the wild horse and burro program out on the ground.

And you can see the difficulties they are dealing with right here in Nevada.

So I just want to acknowledge -- you know, I might be the figure head for the wild horse and burro program but I can't do anything without the staffs in the Washington office and the field.

So much appreciation to them.

>> FRED WOEHL: And along that same line, we could not hold these meetings without Kathie keeping us in line and giving me the skunk eye when I'm not doing what I'm supposed to do and all of this.

You know, this is -- if we aren't reappointed, this will be my last meeting and it's -- it's been a ride!

I generally don't get emotional, but I am.

I'm just having a good time.

That's all there is to it.

I'm a grandpa.

And as we close up, I'm going to say -- I'm going to say a poem about being a grandpa and just kind of share that with you.

But it's been fun.

It's been real.

I have been enjoyed every minute of it, when I first took on this, like I said, I have worked with the Eastern States for a long time and I told them, when I was there, Karen Malloy was the wild horse lead.

I said, hey, I think I'm going to apply for that -- that national board, because I said, I think I can make a change.

She said, you are stupid!

You are crazy!

Why would you want to do that?

Stay here and help us where you can do something.

But the people that I work with, the people that have been on this board, the BLM leadership has really been good and I appreciate that.

Boy, this is stuff!

For an old cowboy.

Anyway, grandpas, they have a special job.

They have had since days of yore to teach their children's children things their parents may ignore, like how to whistle.

Or how to spit.

Carve initials in a tree, the value of an empty can and why some things aren't tree.

How do birds fly?

Why do dogs run together?

Why grandma's always right.

How to tie a square knot and when to stand and fight, but if grandpa is a cowboy and that kid is so inclined, the horn of wisdom empties out to fill his little mind.

He has him on a horse, as soon as momma will allow and he fills his head with stories of the old days of punching cows and how when he was just his age, he rode those rough strings snide.

Never hesitate, grandpa said, that's how I learned to ride.

So when the horse the kid was riding tossed him to the ground, grandpa said, get up from there.

Don't let him keep you down.

See, grandpa new the lesson to be learned.

One of us must ride that horse, he said, his voice real stern.

Well, wisdom passed from old to young.

You're right, that kid said true.

You want me to let these stirrups out, grandpa, one hole or two?

Listen thank you all very much.

We've had a very good meeting.

It's been a tough meeting.

Sue was absolutely correct when she told you that some of the -- of the stuff that we did today we did not take lightly.

It was hard.

It was emotional on us.

But the thing I like with this board is we vote our conscious and what we feel like is the best for the overall program and I really appreciate that.

I would go anywhere with any of these people at any time.

Thank you very much.

If all minds are clear, we are adjourned.

(End of meeting)

| | |
|---|---|
| **From:** | Reiland, Michael |
| **To:** | Dean Bolstad |
| **Subject:** | Fwd: 03 FOA Wild Horse and Burro Adoption Assistance Pilot Program Draft 1 Aug 16 ewb |
| **Date:** | Wednesday, September 14, 2016 2:44:33 PM |
| **Attachments:** | 03 FOA Wild Horse and Burro Adoption Assistance Pilot Program Draft 1 Aug 16 ewb.docx |
| | TAPP-Technical Approach Criteria.docx |

Dean,

I think this might stem from your last meeting with Steve E.  Janine also asked me about this today and mentioned that she was asking because of a comment made during that meeting (not sure if it came from Steve or if Janine was there).

Thanks,

Michael


---------- Forwarded message ----------
From: **Lund, Kenneth** <klund@blm.gov>
Date: Wed, Sep 14, 2016 at 2:25 PM
Subject: Fwd: 03 FOA Wild Horse and Burro Adoption Assistance Pilot Program Draft 1 Aug 16 ewb
To: Michael Reiland <mreiland@blm.gov>, Holle Hooks <hhooks@blm.gov>


Good afternoon Holle and Michael,

We were asked about incentive for adopters. Is this what the front office is asking about? Please let us know and we can re engage the process after the FY end.

v/r
Ken

Kenneth E. Lund

Senior Procurement Analyst

BLM-WO

20 M St SE

Washington, DC 20003

Office:202-912-7034

Cell: 202-744-1847

Fax: 202-912-7186

BLM_001880

Monday-Regular day off

Wednesday and Thursday-Telework

---------- Forwarded message ----------
From: **Gochis, Maria** <mgochis@blm.gov>
Date: Wed, Sep 14, 2016 at 2:17 PM
Subject: Fwd: 03 FOA Wild Horse and Burro Adoption Assistance Pilot Program Draft 1 Aug 16 ewb
To: Kenneth Lund <klund@blm.gov>, Brandon Riley <briley@blm.gov>

Hi Ken,

If this is what they are talking about then my understanding was we were to close to year-end and didn't have enough time to advertise this in Grants.gov for 60 days, so this was put on the back burner for FY17.

Let me know if this is what they were talking about.

*Maria Gochis*
*Bureau Grant Policy Manager*
*Bureau of Land Management /WO*
*Work (801) 539-4178*
*Cell (385) 215-4597*

---------- Forwarded message ----------
From: **Eddie Bell Jr** <ebell@blm.gov>
Date: Mon, Aug 1, 2016 at 12:19 PM
Subject: 03 FOA Wild Horse and Burro Adoption Assistance Pilot Program Draft 1 Aug 16 ewb
To: Maria Gochis <mgochis@blm.gov>

Hi Maria,

Please review and comment. I made a few changes I moved the evaluation criteria to the proposal.

Thanks

BLM_001881

**Eddie W Bell Jr.**

**Bureau Lead Grants Management Officer WO-850 (Detail)**

**Financial Assistance Instructor**

**Admin Services Group, Arizona State Office**

**One Central Ave Ste.800, Phoenix AZ 85004-4427**

**Phone: 602-417-9268**

**Fax: 602-417-9462**

**AN EDUCATED CUSTOMER IS OUR BEST CUSTOMER**


**IMPORTANT INFORMATION - NEW REGULATIONS**

 **Grant Reform Code of Federal Regulations (CFR) Link:**

*http://www.ecfr.gov/cgi-bin/text-idx?SID=ed90f54836feb6a994f657188eb05e33&node=2:1.1.2.2.1&rgn=div5*

--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

**UNITED STATES DEPARTMENT OF THE INTERIOR**
Bureau of Land Management

# FUNDING OPPORTUNITY ANNOUNCEMENT
for
**Federal Financial Assistance**

**BLM**

**Bureau of Land Management—Financial Assistance**

FUNDING OPPORTUNITY TITLE:
**BLM-[WO], BLM WO Wild Horse and Burro Adoption Assistance Pilot Program**

FUNDING OPPORTUNITY NUMBER:
**L16AS#####**

ANNOUNCEMENT TYPE:
**Request for Applications**
**Issued: [15 August 2016]**

**Modification No. 00**
**Issued: [Date]**

CFDA NUMBER & TITLE:
**15.229 - Wild Horse and Burro Resource Management**

LEGISLATIVE AUTHORITY:
**THE WILD FREE-ROAMING HORSES AND BURROS ACT OF 1971, 16 USC 1336, PL 92-195, Section 6.**

DEADLINE FOR SUBMISSION OF APPLICATIONS:
**15 October 2016  17:00 p.m. [EST] Time**

CONTACT INFORMATION:
**Eddie W Bell Jr, Grants Management Officer**
Telephone: 602-417-9268, Email: ebell@blm.gov

Deborah A. Collins, Program Officer

Telephone: 405-234-5935/ Cell 918-625-5292, Email: dacollin@blm.gov




## A.  PROGRAM DESCRIPTION

**RED Text = Comments to be removed**
**Green Text = Text to be edited**

1.  **Authority**
    This Bureau of Land Management (BLM) Federal Financial Assistance Funding
    Opportunity is being announced under the following legislative authority: **THE
    WILD FREE-ROAMING HORSES AND BURROS ACT OF 1971, 16 USC
    1336, PL 92-195, Section 6.**  The Secretary is authorized and directed to protect and
    manage wild free-roaming horses and burros as components of the public lands, and
    he may designate and maintain specific ranges on public lands as sanctuaries for their
    protection and preservation…Section 1336.  The Secretary is authorized to enter into
    cooperative agreements with other landowners and with State and local governmental
    agencies and may issue such regulations as he deems necessary for the furtherance of
    the purpose of this chapter.

2.  **Description of Program and/or Project**

    a.   Background:

        The Wild Free-Roaming Horses and Burros Act of 1971 is the landmark law
        that directs Federal management of wild horses and burros on U.S. public lands.
        Under the law, the BLM and U.S. Forest Service manage herds in their
        respective jurisdictions within areas where wild horses and burros were found
        roaming in 1971.  To help carry out its mission, the BLM established the Wild
        Horse and Burro (WHB) Program, through which the agency manages and
        protects wild horses and burros, both on and off the range, while striving to
        maintain rangeland health.  The placement of wild horses and burros into
        private care is a vital component of the program, however the number of
        animals placed into private care has been constantly declining over the last
        decade.  Increasing the number of animals placed into private care reduces the
        costs and numbers of excess animals in Off-Range care.  These cost savings and
        resources may be diverted and used to benefit, promote and advance other
        aspects of managing our wild horses and burros.

        In an effort to increase the number of wild horses that are seven years or older
        and burros that are nine years and older that are placed into private care through
        BLM's adoption program, the BLM is seeking proposals to encourage and
        support individual adopters who adopt, halter and/or saddle train animals in
        these age categories and apply for title or ownership of the animals after a 12-
        month period.  For example, assistance might include offering a set payment
        when the adopter applies for title to the animal at the end of one year if the
        horse or burro has been humanely cared for and meets the halter and saddle
        training milestones as defined here:

BLM Funding Opportunity Announcement

No. L16AS#####

Project Title

Page 3 of 29

- **Halter trained** is an animal that may be approached, caught and haltered in an open restricted area, led safely from one area to another, stand tied, allow its feet to be picked up, and load into a trailer.
- **Saddle trained** is an animal that has successfully mastered all the components of the halter trained animal and have the ability to be ridden at a walk and trot.

b.    Objectives:

Through financial assistance, the BLM seeks to support the development of strategies, activities, and projects designed to encourage the adoption of older animals that have been halter and/or saddle trained prior to receiving title or ownership of the animal.

c.    Public Benefit:

Overpopulation of wild horses and burros is damaging to the range.  By maintaining wild horse and burro populations within their appropriate management level (AML), a thriving natural ecological balance is maintained improving maintenance of rangeland resources for multiple uses by the public. Once animals are deemed excess and removed from the range, they are transported to Off-Range Corrals where costs and inventory continue to rise. BLM financial assistance in support of increasing the number of adopted animals reduces the number of animals both on the range and in holding and ultimately reduces the overall cost to the public of managing wild horses and burros. Animal care and training represent a significant time and financial commitment by the adopter.  Additionally, a bond between the adopter and animal develops while training the animal and typically leads to the animal remaining in private care. Outreach from the success of this program will promote the value of training  a wild horse or burro.

**3.    Program/Project Performance Goals**

a.   BLM's goal is to place into private care a minimum of 100 wild horses that are seven years of age and older and burros that are nine years of age and older, that are halter and/or saddle trained as defined above within the 12-month period from the adoption date.

b.   Increase public awareness of excess wild horses available for placement into private care through BLM-approved marketing information, public outreach, and education efforts.

Provide answers to the questions below:

c.   Describe your experience working with horses that have little to no prior training, and/or horses that needed "re-training" in some way (i.e. volunteering to train and rehome abandoned or rescued horses, retraining ex-racehorses off the track, training young or green horses, etc). Have you ever worked with wild horses

Rev 6-2016

before? If yes, how much training did they have before you worked with them?
d.  Describe your training methods and training philosophy. How did you learn and develop these methods?
e.  How has your prior experience prepared you to work with BLM wild horses that have only had, at most, minimal handling or training?
f.  Provide contact information for at least 2 references willing to be contacted by the BLM regarding your training skills and experience.
g.  *Optional: You are welcome to submit a video that showcases your training methods and skills. We recommend that you upload your video to www.youtube.com and include the link in your application.*

## B.  FEDERAL AWARD INFORMATION

1.  **Award Instrument**

    In accordance with the Legislative Authority, a cooperative agreement will be used and substantive Bureau of Land Management (BLM) involvement will consist of the following:  The BLM Program Officer (PO) will collaborate with the recipient's Project Manager/Principal Investigator (RPM/PI) to manage all stages of project development, implementation, and evaluation.  Responsibility for project management, control, and direction will be shared by the recipient and the BLM, however the BLM will have the right to intervene by modifying the project management plan if the project is not staying on schedule and/or technical issues arise.

2.  **Expected Number of Awards**
    Multiple Cooperative Agreement

3.  **Expected Individual Award Amounts**
    $200,000.00

4.  **Total Funding Expected to be Awarded through this Announcement**
    $1,000,000.00 per awarded agreement

5.  **Anticipated Start Date**
    Approximately ( November 2016)

6.  **Anticipated Period of Performance** (five (5) years maximum)
    From: November 2016
    To:     October  2021

7.  **No Obligation to Award**
    The BLM is under no obligation to award funds for this project.  Only BLM Grants Management Officers (GMO) may obligate funds for financial assistance.


## C. ELIGIBILITY INFORMATION

### 1. Eligible Applicants
The following types of entities are eligible to apply for award under this announcement.  Failure to meet eligibility requirements will result in precluding the BLM from making an award.  Eligible applicant types are:

- Unrestricted, anyone may apply

### 2. Cost Sharing or Matching
This program has no cost sharing or matching requirements.

## D. APPLICATION AND SUBMISSION INFORMATION

### 1. Application Package
This announcement includes all information, documents, and electronic addresses needed to submit an application through www.Grants.gov.  Paper copies may be requested by contacting the individual(s) listed on the application coversheet.

### 2. DUNS Number and SAM Registration
Each applicant (unless the applicant is an individual or Federal awarding agency that is excepted from these requirements under 2 CFR § 25.110(b) or (c), or has an exception approved by the Federal awarding agency under 2 CFR § 25.110(d)) is required to:

a. Provide a valid DUNS number (Dun & Bradstreet Universal Numbering System) on its application.  DUNS numbers are nine-digit numbers established and assigned by Dun and Bradstreet, Inc. (D&B) to uniquely identify business entities.  DUNS numbers may be obtained free of charge from Dun & Bradstreet, Inc., at: http://fedgov.dnb.com/webform or by calling them at (877) 930-5228.

b. Be registered in SAM (System for Award Management, www.SAM.gov) before submitting its application.  SAM is the Official U.S. Government system that consolidated the capabilities of CCR/FedReg, ORCA, and EPLS.  There is no fee to register at this site.  Register in the System for Award Management (SAM) at: http://www.sam.gov.

c. Continue to maintain an active SAM registration with current information at all times during which the applicant has an active Federal award or an application or plan under consideration by a Federal awarding agency.

### 3. The Application Package
Applications must include all required Standard Forms (SF) shown below, a Proposal (Attachment A), a Budget Detail (Attachment B), and a copy the applicant's approved

Rev 6-2016

federal agency Negotiated Indirect Cost Rate Agreement (NICRA), if applicable. Non-governmental organizations that have not previously received award funds or have not had an active award within 3 (three) years must complete a Financial Assistance Evaluation Questionnaire.  A copy of the questionnaire may be requested by contacting the individual(s) listed on the application coversheet.

**WHAT TO SUBMIT:**

| Form Name and Number | ✓ |
| --- | --- |
| SF-424 Application for Federal Assistance | |
| SF-424A Budget Information - Non-Construction Programs | |
| SF-424B Assurances - Non-Construction Programs | |
| Grants.gov Lobbying Form | |
| Project Proposal (Attachment A to this document) | |
| Budget Detail (Attachment B to this document) | |
| Federal Agency-approved Negotiated Indirect Cost Rate Agreement (NICRA), if applicable | |
| Financial Assistance Evaluation Questionnaire (if applicable) | |

a.    Project Proposal (Attachment A)

1)    Attachment A is a suggested project proposal template and may be used when submitting your proposal.  The proposal must be no longer than 15 pages, with a type-face no smaller than 11-point, and have at least one (1) inch margins on all sides.  The 15 page limit includes all text, figures, references, and vitae, but does not include the Budget Detail (Attachment B).

2)    All proposals are confidential.

b.    Budget Detail (Attachment B)

1)    Use the Budget Detail form (Attachment B) to present the breakdown of your estimated costs by category needed to accomplish project activities. Estimated costs should be described in sufficient detail so that they may be checked for reasonableness.  Include a description of any cost share (cash, in-kind, etc.) listed.  Lump sum costs are not acceptable in any category, without a detail breakdown of how the cost were arrived out.  No profit or fees are allowable.

2)    Budget details should be broken down into the following categories:

BLM_001888

(a)    Personnel Costs. Salaries or wages of employees working directly on this agreement project, indicate program manager and other key personnel by name and title. Other personnel may be indicated by title alone. For all positions, indicate salaries or wages and estimated hours or percent of time to be spent on the agreement.

(b)    Fringe Benefit Costs. The costs of fringe benefits of employees working directly on this agreement project. Indicate rates/amounts, what costs are included in this category, and the basis of the rate computations. Federally approved rate agreements are acceptable for compliance with this item.

(c)    Travel Costs. The estimated costs for travel related to agreement activities. Include the purpose of trip, destination, number of persons traveling, length of stay, and all travel costs including airfare, per diem, lodging, and miscellaneous travel-related expenses. For local travel, include mileage and rate of compensation. If applicable, indicate that the costs are per your organization's written travel policy. Current Federal per diem rates (the maximum allowances that federal employees are reimbursed for expenses incurred while on official travel) may be found at http://www.gsa.gov/portal/content/104877.

(d)    Equipment Costs. Equipment is defined as expendable tangible personal property having a useful life of more than one (1) year and an acquisition cost of more than $5,000.00, or a value which reaches the capitalization threshold level established by the organization for financial statement purposes.

(e)    Supply Costs. The costs of consumable supplies and materials to be used for agreement activities. List each item and quantity individually.

(f)    Contractual Costs. Include estimated costs of proposed professional and technical consultants and contractors participating on the project. Identify all work that will be accomplished, including a breakdown of all tasks to be completed, and a detailed budget estimate of time, rates, supplies, and materials that will be required for each task. Any changes or additions will require a request for approval. Procurement procedures must comply with 2 CFR Parts 200.317 through 200.326.

(g)    Construction Costs. The cost of any construction directly related to the project activities.

Rev 6-2016


(h)    Other Costs.  The cost of items not listed above and which do not fit in any other category, such as the cost of duplicating and printing, equipment rental, postage, etc.  No profit or fee will be allowed.

(i)    Total Direct Costs.  The sum of categories (a) through (h).

(j)    Indirect Costs.

  (1)    If indirect costs will be charged to the project, complete this section and show the proposed rate, cost base, and proposed amount for allowable indirect costs.  It is not acceptable to simply incorporate indirect rates within other direct cost line items.

  (2)    Include a copy of any federally approved negotiated indirect cost rate agreement (NICRA).

  (3)    If your organization has never had a NICRA, the BLM Grants Management Officer (GMO) may allow an indirect cost rate of up to 10% of your base modified total direct costs (MTDC).  MTDC includes all salaries and wages, fringe benefits, materials and supplies, services, travel, and subgrants and subcontracts up to the first $25,000 of each.  Include the computational basis for the indirect expense pool and corresponding allocation base for your rate.

  (4)    Information on obtaining a NICRA, "Preparing and Submitting Indirect Cost Proposals," is available from the Department of the Interior, National Business Center, Indirect Cost Section, at http://www.aqd.nbc.gov/services/ICS.aspx.

(k)    Total Costs.  The total of both direct and indirect costs estimated to be expended on this agreement's activities.

**4.    Submission Dates and Times**
See announcement cover sheet for the deadline (date and time) for submission of applications.  Applications must be received by the BLM prior to the posted deadline.  Any application received after the deadline for submission may not be considered for award unless it can be determined the delay was caused by Federal government mishandling.

**5.    Application Submission via www.grants.gov**
The Bureau of Land Management participates in the Grants.gov initiative which provides the Grant Community with a single website, www.grants.gov, to search for and apply for all federal grant opportunities.

Rev 6-2016

BLM_001890



a.   All applicants should register at www.Grants.Gov and all applications should be submitted electronically through www.Grants.gov unless other arrangements are made and approved of in advance of the submission deadline.  If you have any questions or problems with the registration or application submission process, contact the Grants.gov Help Desk at 1-800-518-4726, or go to http://www.grants.gov/web/grants/support/technical-support/troubleshooting.html for online help.

b.   Applications submitted through www.Grants.gov are considered to be electronically signed applications.

## E.   APPLICATION REVIEW INFORMATION

A total of 100 points will be used to score each proposal received.  The scores assigned to each criteria in the second level evaluation correspond to their relative importance.  Proposals will be evaluated, scored, and ranked by appropriate BLM Staff expert in the program's field of study.

The Government reserves the right to reject any and all proposals which do not meet the requirements of this funding opportunity announcement and which are determined to be outside the scope of the authority under which this announcement is posted.  **THE WILD FREE-ROAMING HORSES AND BURROS ACT OF 1971, 16 USC 1336, PL 92-195, Section 6.**  The Secretary is authorized and directed to protect and manage wild free-roaming horses and burros as components of the public lands, and he may designate and maintain specific ranges on public lands as sanctuaries for their protection and preservation…Section 1336.  The Secretary is authorized to enter into cooperative agreements with other landowners and with State and local governmental agencies and may issue such regulations as he deems necessary for the furtherance of the purpose of this chapter.

Award will be made to responsive, responsible applicants submitting proposals which conform to the funding opportunity announcement and are most advantageous to the Government considering the evaluation factors listed below.

The evaluation process will be comprised of the following three screening levels:

## 1.   First Level Screening --Basic Eligibility

a.   Applications will be screened by the Grants Management Officer to ensure that applications meet basic eligibility requirements.  Depending on the specifics of the opportunity, screening may include, but is not limited to, the following:

1)   Program and/or legislative authority requirements are met;

2)   Submission is timely;

3)   Complete and properly executed SF-424 application package documents (see D. APPLICATION AND SUBMISSION INFORMATION) are included;

Rev 6-2016

b.    Applications must satisfy basic eligibility screening requirements to be considered for further review.

**2.    Second Level Evaluation -- Merit Review Evaluation**

a.    Merit Review Evaluation.  Eligible applications will be evaluated in an objective and unbiased manner using the following merit review criteria using numerical scoring based on a 100 point maximum score.

1)    **OBJECTIVE** (Maximum score **15/100** Points):

2)    **TECHNICAL APPROACH** (Maximum score **30/100** Points):

3.    **PUBLIC BENEFIT** (Maximum score **30/100** Points):

4.    **QUALIFICATIONS & PAST PERFORMANCE** (Maximum score **25/100** Points):

**3.    Third Level Review Pre-award Clearance and Approvals**

Following the described review process, BLM will also complete a business evaluation and determination of responsibility.  During these evaluations the Grants Management Officer will evaluate variables such as:

a.    Risk Management. The BLM uses a risk-based approach to evaluate the risk posed by the supporting applicants' projects before it awards Federal funds.

1)    BLM is required to review information available through OMB-designated eligibility and/or financial integrity databases, such as the Federal Awardee Performance and Integrity Information System (FAPIIS).  The BLM considers factors such as:

(a)    Financial stability;

(b)    Quality of management systems;

(c)    History of performance managing Federal awards, timeliness of compliance with reporting requirements, conformance to the terms and conditions of previous Federal awards, etc.;

(d)    Reports and findings from audits performed; and

(e)    The applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on non-Federal entities.

2)    Budget review is based on the following:

Rev 6-2016

   (a)   Budget line items must be allowable, allocable, reasonable in price, and appropriate for the level of effort needed to accomplish the project

   (b)   Budget details and narrative must provide adequate explanation of, and justification for, each estimated cost

   (c)   Requested equipment must be justified and necessary for completion of the project

   (d)   Cost Sharing/Matching funds must not come from Federal funds

If the results of all pre-award reviews and clearances are satisfactory, an award of funding will be made once the agreement is finalized. If the BLM determines that a Federal award will be made, special conditions that correspond to the degree of risk assessed may be applied to the Federal award

If the results of pre-award reviews and clearances are unsatisfactory, consideration of funding for the project may be withdrawn.

**4.   Application Selection Process**

a.   Applications eligible for merit review will be evaluated by an ad hoc evaluation team assembled to review, rate, rank, and recommend applications for award using the above evaluation criteria.  Evaluation teams are made up of two or more qualified personnel familiar with the program and who have been certified to have no conflict of interest with any persons or organizations applying for award.

b.   Reviews are treated as confidential documents.  Once award decisions are made, applicants may request in writing a written summary of the evaluation of their application/proposal.

## F.   FEDERAL AWARD ADMINISTRATION INFORMATION

**1.   Federal Award Notices**

a.   Any award made from this announcement will be based on the application submitted to, and as approved by, the Department of the Interior, Bureau of Land Management, and will be regulated by OMB's Uniform Guidance, [2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards](#).

Rev 6-2016

    b.    Acceptance.  Acceptance is defined as the start of work, drawing down of funds, or accepting the award via electronic means.  Costs may not be incurred before the effective date listed on the award.  Acceptance of a Federal Financial Assistance award from the Department of the Interior, Bureau of Land Management, carries with it the responsibility to be aware of, and comply with, the administrative and national policy requirements and terms and conditions of award.

**2.   Reporting**

Periodic submission of Federal Financial reports (SF-425), Performance/Progress reports, and Youth Employment reports (if applicable) will be required under this financial assistance agreement.  Submission of financial and performance/progress reports may be required either quarterly, semi-annually, or annually.  Submission of youth employment reports (if applicable) is required quarterly.

**3.   Administrative and National Policy Requirements**

    a.    Office of Management and Budget Guidance for Grants and Agreements.  By accepting additional Federal funding under the current Federal assistance, your organization agrees to abide by the applicable OMB Guidance for Grants and Agreement in the expenditure of Federal funds and performance under this program.  OMB guidance is available at the following web site: http://www.ecfr.gov/cgi-bin/text-idx?SID=954b81d94bf127c6de3c76a3c99d8d9f&tpl=/ecfrbrowse/Title02/2subtitleA.tpl

    b.    Administrative Requirements.

        1)    2 CFR Part 200 Subparts A through D - Uniform Administrative Requirements and Cost Principles.

        2)    2 CFR Part 200 Subpart F - Audit Requirements.  Non-Federal entities that expend $750,000.00, or more, in federal awards in a single year shall have a single or program-specific audit conducted for that year in accordance with the Single Audit Act Amendments of 1996 (31 U.S.C. 7501-7507) and revised OMB Circular A-133, available at: http://www.whitehouse.gov/omb/circulars_default.

        3)    Indirect Facilities and Administration (F&A) Costs.

           (a)    2 CFR Part 200.414 - Indirect (F&A) Costs

           (b)    2 CFR, Appendix III to Part 200 - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs)

Rev 6-2016



(c) Appendix IV to Part 200 - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Nonprofit Organizations

(d) Appendix V to Part 200 - State/Local Government-wide Central Service Cost Allocation Plans

(1) The provisions of 2 CFR 200.414(c) require Federal agencies to accept federally negotiated indirect cost rates.  The BLM has applied the following policies, procedures and general decision-making criteria for deviations from negotiated Indirect Cost Rates for financial assistance programs and agreements.

(2) Distribution Basis.  For all deviations to the Federal negotiated indirect cost rate, including statutory, regulatory, programmatic, and voluntary, the basis of direct costs against which the indirect cost rate is applied must be:

(i) The same base identified in the recipient's negotiated indirect cost rate agreement, if the recipient has a federally negotiated indirect cost rate agreement; or

(ii) The Modified Total Direct Cost (MTDC) base in cases where the recipient does not have a federally negotiated indirect cost rate agreement or, with prior approval of the Awarding Agency, when the recipient's federally negotiated indirect cost rate agreement base is only a subset of the MTDC (such as salaries and wages) and the use of the MTDC still results in an overall reduction in the total indirect cost recovered.  MTDC is the base defined by 2 CFR 200.68, "Modified Total Direct Cost (MTDC)."

(iii) In cases where the recipient does not have a federally negotiated indirect cost rate agreement, under no circumstances will the Department use a modified rate based upon Total Direct Cost or other base not identified in the federally negotiated indirect cost rate agreement or defined within 2 CFR 200.68. The purpose of this restriction is to ensure that the reduced rate is applied against a base that does not include any potentially distorting items (such as pass-through funds, subcontracts in excess of $25,000, and participant support costs) and is based on the requirements outlined in 2 CFR 200.68; 2 CFR 200.414(f); 2 CFR 200 Appendix III, Section C.2.; 2 CFR 200 Appendix IV, Section B.3.f.; and Appendix VII, Section C.2.c.

Rev 6-2016

BLM_001895

      (3)   Indirect Cost Rate Reductions Used as Cost-Share.  Instances where the recipient elects to use a rate lower than the federally negotiated indirect cost rate, and uses the balance of the unrecovered indirect costs to meet a cost-share or matching requirement required by the program and/or statute, are not considered a deviation from 2 CFR 200.414(c) as the federally negotiated indirect cost rate is being applied under the agreement in order to meet the terms and conditions of the award.

  c.   Program Legislation and/or Regulations.

## 4.   Standard Award Terms and Conditions

  a.   Code of Federal Regulations/Regulatory Requirements, as applicable (contact your program officer with any questions regarding the applicability of the following):

1)   2 CFR Part 25, *Universal Identifier and System of Award Management*

2)   2 CFR Part 170, *Reporting Subawards and Executive Compensation*

3)   2 CFR Part 175, *Award Term for Trafficking in Persons*

4)   2 CFR Part 180 & 2 CFR Part 1400, *Government-wide Debarment and Suspension (Non-procurement)*

4)   2 CFR Part 182 & 2 CFR Part 1401, *Requirements for Drug-Free Workplace (Financial Assistance)*

5)   43 CFR 18, *New Restrictions on Lobbying*: Submission of an application also represents the applicant's certification of the statements in 43 CFR Part 18, Appendix A, *Certification Regarding Lobbying*.

6)   41 USC §4712, *Pilot Program for Enhancement of Recipient and Sub-recipient Employee Whistleblower Protection*: This requirement applies to all awards issued after July 1, 2013 and shall be in effect until January 1, 2017.

7)   41 USC §6306, *Prohibition on Members of Congress Making Contracts with Federal Government*:  No member of or delegate to the United States Congress or Resident Commissioner shall be admitted to any share or part of this award, or to any benefit that may arise therefrom; this provision shall not be construed to extend to an award made to a corporation for the public's general benefit.

8)   Executive Order 13513, *Federal Leadership on Reducing Text Messaging while Driving*:  Recipients are encouraged to adopt and enforce policies that ban text messaging while driving, including conducting initiatives of the type described in section 3(a) of the order.

Rev 6-2016

BLM_001896

9) [Executive Order 13043](), *Increase Seat Belt Use in the United States* Recipients of grants/cooperative agreements and/or sub-awards are encouraged to adopt and enforce on-the-job seat belt use policies and programs for their employees when operating company-owned, rented, or personally owned vehicles.  These measures include, but are not limited to, conducting education, awareness, and other appropriate programs for their employees about the importance of wearing seat belts and the consequences of not wearing them.

10) [Executive Order 13658,]() *Minimum Wage for Contractors*, seeks to increase the efficiency and cost savings in the work performed by parties who contract with the Federal Government by increasing the hourly minimum wage paid by those contractors and any subcontractors. (see 79 CFR 9851).

11) Scientific integrity is vital to Department of the Interior (DOI) activities under which scientific research, data, summaries, syntheses, interpretations, presentations, and/or publications are developed and used. Failure to uphold the highest degree of scientific integrity will result not only in potentially flawed scientific results, interpretations, and applications but will damage DOI's reputation and ability to uphold the public's trust.  All work performed must comply with the DOI Scientific Integrity Policy posted to [http://www.doi.gov](), or its equivalent as provided by their organization or State law.  For more information go to URL: [https://www.doi.gov/scientificintegrity]().

12) **Prohibition on Issuing Financial Assistance Awards to Entities that Require Certain Internal Confidentiality Agreements**

Section 743 of Division E, Title VII of the Consolidated and Further Continuing Resolution Appropriations Act of 2015 (Pub. L. 113-235) prohibits the use of funds appropriated or otherwise made available under that or any other Act for grants or cooperative agreements to an entity that requires employees or contractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or contractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a federal department or agency authorized to receive such information.

Recipients must not require their employees or contractors seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or contractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a federal department or agency authorized to receive such information.

Recipients must notify their employees or contractors that existing internal confidentiality agreements covered by this condition are no longer in effect

Rev 6-2016

BLM_001897

    b.    Funding.

        1)    Awards shall be funded subject to availability of BLM funding.  Initial funding does not guarantee additional funding in subsequent years.

        2)    Once the grant or cooperative agreement is signed by a BLM Grants Management Officer (GMO), funding is obligated and the recipient may incur approved costs beginning on the effective  date of the award and as specified in their submitted and approved budget.

    c.    Payment Mechanism.  Payment will be made by draw-down reimbursement through the Department of the Treasury, Automated Standard Application for Payment (ASAP) System.  See following website: http://www.fms.treas.gov/asap  Treasury Circular 1075 (31 CFR 205) requires that draw-downs to a recipient organization shall be limited to the minimum amounts needed and shall be timed to be in accordance with the actual, immediate cash requirements of the recipient organization in carrying out the purposes of the approved program or project.  The timing and amount of cash advances shall be as close as is administratively feasible to the actual disbursements by the recipient organization for direct program or project costs and the proportionate share of any allowable indirect costs

    h.    Conflicts of Interest.  The Recipient must establish safeguards to prohibit its employees and sub-recipients from using their positions for purposes that constitute or present the appearance of a personal or organizational conflict of interest.  The Recipient is responsible for notifying the Grants Management Officer (GMO) in writing of any actual or potential conflicts of interest which may include, but are not limited to, direct or indirect financial interests, close personal relationships, positions of trust in outside organizations, consideration of future employment arrangements with a different organization, or decision-making affecting the award that would cause a reasonable person with knowledge of the relevant facts to question the impartiality of the recipient and/or recipient's employees and sub-recipients in the matter.

**5.    Special Award Terms and Conditions:**

    a.    Liability, Insurance, and Indemnification.  Recipients of awards arising from this announcement will be required to agree to the following:

        1)    Liability.  The BLM assumes no liability for any actions or activities conducted under this agreement except to the extent that recourse or

Rev 6-2016

BLM_001898

remedies are provided by Congress under the Federal Tort Claims Act, 28 USC 2671.

2)    Insurance.  The recipient will be required to (1) obtain liability insurance or (2) demonstrate present financial resources in an amount determined sufficient by the Government to cover claims brought by third parties for death, bodily injury, property damage, or other loss resulting from one or more identified activities carried out in connection with this financial assistance agreement.

3)    Insured.  The federal government shall be named as an additional insured under the recipient's insurance policy.

4)    Indemnification.  The recipient hereby agrees:

(a)    To indemnify the federal government, Bureau of Land Management (BLM), from any act or omission of the recipient, its officers, employees, or (members, participants, agents, representatives, as appropriate) (1) against third party claims for damages arising from one or more activities carried out in connection with this financial assistance agreement and (2) for damage or loss to government property resulting from such an activity, to the extent the laws of the State where the recipient is located permit.  This obligation shall survive the termination of this agreement.

(b)    To purchase public and employee liability insurance at its own expense from a responsible company or companies with a minimum limitation of one million dollars ($1,000,000.00) per person for any one claim, and an aggregate limitation of three million dollars ($3,000,000.00) for any number of claims arising from any one incident.  The policies shall name the United States as an additional insured, shall specify that the insured shall have no right of subrogation against the United States for payments of any premiums or deductibles due thereunder, and shall specify that the insurance shall be assumed by, be for the account of, and be at the insured's sole risk.  Prior to beginning the activities authorized herein, the recipient shall provide the BLM with confirmation of such insurance coverage.  Each policy shall have a certificate evidencing the insurance coverage and identifying the assistance agreement number.

(c)    To pay the United States the full value for all damage to the lands or other property of the United States caused by the recipient, its officers, employees, or (members, participants, agents, representatives, agents as appropriate).

(d)    To provide workers' compensation protection to the recipient's officers, employees, and representatives.

Rev 6-2016

BLM_001899

(e)   To cooperate with the BLM in the investigation and defense of any claims that may be filed with the BLM arising out of the activities of the recipient, its agents, and employees.

(f)   In the event of damage to or destruction of the buildings and facilities assigned for the use of the recipient in whole or in part by any cause whatsoever, nothing herein contained shall be deemed to require the BLM to replace or repair the buildings or facilities.  If the BLM determines in writing, after consultation with the recipient that damage to the buildings or portions thereof renders such buildings unsuitable for continued use by the recipient, the BLM shall assume sole control over such buildings or portions thereof.  If the buildings or facilities rendered unsuitable for use are essential for conducting operations authorized under this agreement, then failure to substitute and assign other facilities acceptable to the recipient will constitute termination of this agreement by the BLM.

(e)   Flow-down.  For the purposes of this clause, "recipient" includes such sub-recipients, contractors, or subcontractors as, in the judgment of the recipient and subject to the Government's determination of sufficiency, have sufficient resources and/or maintain adequate and appropriate insurance to achieve the purposes of this clause.

(f)   Identified Activities.  All activities carried out in connection with financial assistance arising from this funding opportunity announcement.

b.   Recipients must successfully complete an appropriate Defensive Driving Course before operating a Government-owned vehicle (GOV).

c.   Recipients must successfully complete appropriate safety and training requirements before operating Government-owned equipment, 4-wheel all-terrain vehicles (ATV) or other Government-furnished property (GFP).

d.   Recipient/Sub-recipient Personnel Security and Suitability Requirements.

1)   If performance of this grant/cooperative agreement requires recipient/sub-recipient personnel to have a Federal government-issued personal identification card before being allowed unsupervised access to a DOI facility and/or information system, the Program Officer will be the sponsoring official, and will make the arrangements for personal identity verification and card issuance.

2)   At least two weeks before start of grant/cooperative agreement performance, the recipient will identify all recipient and sub-recipient


personnel who will require physical and/or logical access for performance of work under this grant/cooperative agreement.  The recipient and sub-recipient must make their personnel available at the place and time specified by the Program Officer in order to initiate screening and background investigations.  The following forms, or their equivalent, may be used to initiate the credentialing process:

(a)   OPM Standard Form 85 or 85P

(b)   OF 306

(c)   Fingerprint card (local procedures may require the fingerprinting to be done at a police station; in this case, any charges are to be borne by the recipient or sub-recipient, as applicable)

(d)   Release to Obtain Credit Information

(e)   PIV card application (web-based)

3)   Recipient and sub-recipient employees are required to give, and to authorize others to give, full, frank, and truthful answers to relevant and material questions needed to reach a suitability determination.  Refusal or failure to furnish or authorize provision of information may constitute grounds for denial or revocation of credentials.  Government personnel may contact the recipient or sub-recipient personnel being screened or investigated in person, by telephone or in writing, and the recipient agrees to make them available for such contact.

4)   Alternatively, if an individual has already been credentialed by another agency through OPM, and that credential has not yet expired, further clearance may not be necessary.  Provide the sponsoring office with documentation that supports the individual's status.

5)   During performance of the grant/cooperative agreement, the recipient will keep the Program Officer apprised of changes in personnel to ensure that performance is not delayed by compliance with credentialing processes.  Cards that have been lost, damaged, or stolen must be reported to the Program Officer, Grants Management Officer, and Issuing Office within 24 hours.  Replacement will be at the recipient's expense.  If reissuance of expired credentials is needed, it will be coordinated through the Program Officer.

6)   At the end of grant/cooperative agreement's performance, or when a recipient/sub-recipient employee is no longer working under this grant/cooperative agreement, the recipient will ensure that all identification cards are returned to the Program Officer.  Before starting work under this agreement, a National Agency Check (NAC) will be conducted to verify the identity of the individual applying for clearance.  Upon successful completion of the NAC process, an identification card will be issued and access granted.

Rev 6-2016

7)   Simultaneously, a NAC with Inquiries (NACI) will be initiated to
     determine the individual's suitability for the position.  If the NACI
     adjudication is favorable, nothing more needs to be done.  If the
     adjudication is unfavorable, the credentials will be revoked.  In the event
     of a disagreement between the recipient and the Government concerning
     the suitability of an individual to perform work under this
     grant/cooperative agreement, DOI shall have the right of final
     determination.

8)   This requirement must be incorporated into any sub-grants/cooperative
     agreements that require sub-recipient personnel to have unsupervised
     access to a Federally controlled facility for more than 180 calendar days or
     unsupervised access to a Federally controlled Level 3 or 4 information
     system.

9)   Federal Information Systems Security Awareness Training.  Before the
     recipient, or any of its employees or sub-recipients, are granted access to
     the BLM Federal computer system they must first successfully complete
     the U.S. Department of the Interior's (DOI) Federal Information Systems
     Security Awareness Online Course.  This course was designed specifically
     for users of Federal computer systems.  The course is a Web-based
     training product that explains the importance of Information Systems
     Security and takes approximately one hour to complete.  This course is
     mandatory for all Department of the Interior employees, contractors,
     recipients, and all other users of DOI computer resources.  Topics covered
     in the course include: threats and vulnerabilities, malicious code, user
     responsibilities, and new developments affecting Information Systems
     Security.

## G.   FEDERAL AWARDING AGENCY CONTACTS

For questions, contact one of the individuals listed on the front cover of this announcement.

## H.   OTHER INFORMATION
(OPTIONAL INFO - May be deleted if not applicable)
New program or one-time...
Related programs...
Current web sites, related web sites...
Routine notices...
Other information...

## END
## FUNDING OPPORTUNITY ANNOUNCEMENT

Rev 6-2016

[Attachment A]



**BUREAU OF LAND MANAGEMENT**
Financial Assistance (Cooperative Agreements)

# PROJECT PROPOSAL
(Suggested Format)

**Instructions:** A Project Proposal must be submitted with the Standard Form (SF) 424 Application for Federal Assistance for all BLM Assistance Agreements.  Complete each section below.  Use additional sheets as needed.

Person Submitting Proposal: _____    Date: _____

Organization Name: _____

Agreement or Announcement No.: _____

Agreement or Announcement Title: _____

Estimated Period of Performance: _____

Proposed Project Location: _____

This work will occur on:  ☐ <u>Public Lands</u>  ☐ <u>Private Lands</u>  ☐ <u>Both Public & Private Lands</u>

## YOUR MISSION:
(Describe your mission.  Describe why this support is being requested.)

## OBJECTIVE:
(Describe your objectives and how these objectives support your mission.)

### OBJECTIVE (Maximum score <u>15/100</u> Points):

(a)   Describe your mission and objectives.

(b)   Describe how these objectives support your mission.

## TECHNICAL APPROACH:
(Describe the details of the project, the procedures to be used, how data will be collected, analyzed, and interpreted, etc.  Discuss expected goals and outcomes and how project effectiveness will be measured and evaluated.  Include a detailed project work plan narrative and a table such as below to summarize the project schedule.)

| Milestone / Task / Activity | Start Date | Completion Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

2)   **TECHNICAL APPROACH** (Maximum score <u>30/100</u> Points):

(a)   Describe the techniques, processes, methodologies to be used.

(b)   Describe how data collection, analysis, and means of interpretation will be accomplished.

Rev 4-2016

BLM_001903

[Attachment A]

    (c)    Describe how the proposed objectives will be achieved within the proposed period of performance (POP).

    (d)    Describe significant goals or milestones and how they will be measured.

    (e)    Describe tasks and relationships of partners, if applicable.

**PUBLIC BENEFIT:**
(Describe how this project benefits the general public.)

**PUBLIC BENEFIT** (Maximum score **30/100** Points):

Describe how this project benefits the general public.

**QUALIFICATIONS & PAST PERFORMANCE:**
(List key personnel and their responsibilities.  Describe similar successful projects completed in the past and any unique qualifications your organization may possess.)

**QUALIFICATIONS & PAST PERFORMANCE** (Maximum score **25/100** Points):

    (a)    List key project personnel and their contact information.

    (b)    Describe key personnel responsibilities, time to be dedicated to the project, and how their experience and qualifications are appropriate to success of the project.

    (c)    List contractors, if known, and their qualifications.

    (d)    Describe any unique qualifications which support being awarded assistance for this project, such as continuation of the proposed project, technical expertise, cost-sharing ability, etc.

Rev 4-2016

**BUREAU OF LAND MANAGEMENT**
Financial Assistance (Cooperative Agreements)

[Attachment B]



# BUDGET DETAIL
(Suggested Format)

**Instructions:**  Using the estimated amounts listed on your SF-424A Budget Information form, use this worksheet to provide details of those estimated costs.  In the Narrative Boxes, explain the purpose of each cost and provide sufficient detail so costs may be analyzed for reasonableness.

Agreement or Funding Opportunity No.: _____     Date: _____

Organization Name: _____

Project Title: _____

## A) PERSONNEL COSTS (SF-424A Object Class Category 6a.)

Estimated costs of salaries/wages, <u>not</u> including fringe benefits, paid to Recipient employees working directly on this agreement.  Indicate Key Personnel with an asterisk (*), provide more detail in the Narrative Box if needed.

| Name & Title or Position Title | Salary or Wage | Months or Hours | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| *Example:* James Smith, Executive Director | *$20,000.00/Mo.* | *3 Mos.* | *$15,000.00* | *$45,000.00* |

| **A)  TOTAL PERSONNEL COSTS:** (SF-424A Object Class Category 6a. Personnel) | **$** | **$** |
|---|---|---|

*Narrative:*

Budget Detail                                                                                      **Page 2**

## B) FRINGE BENEFIT COSTS (SF-424A Object Class Category 6b.)

Estimated costs of fringe benefits (e.g. health insurance, vacation, FICA, etc.) paid to Recipient employees working on this agreement.  List employees/positions below, and their fringe benefit rates as a percentage (%) of their salaries.  List what are considered fringe benefits in the Narrative Box.

| Name & Title/Position | Salary/Wage Base (BLM Amounts budgeted in Section A above) | Fringe Benefit Rate (%) | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| *Example:* James Smith, Executive Director | *$20,000.00* | *30%* | *$0.00* | *$6,000.00* |

| B) TOTAL FRINGE BENEFIT COSTS: (SF-424A Object Class Category 6b. Fringe Benefits) | | | $ | $ |
|---|---|---|---|---|

*Narrative:*

Budget Detail                                                                                                          **Page 3**

## C) TRAVEL COSTS (SF-424A Object Class Category 6c.)

<u>SUB-TOTAL, LODGING & PER DIEM</u> - The cost of lodging & meals while traveling for agreement activities. Give details and purpose of the travel in the Narrative Box.  Current Federal rates may be found online at: http://www.gsa.gov/portal/category/21287.

| Proposed Travel (Lodging & Per Diem) | | No. of People | No. of Days | Cost Per Person Per Day | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|---|---|---|
| To: From: | | | | | | |
| To: From: | | | | | | |
| To: From: | | | | | | |
| To: From: | *Example:* Portland, OR Eugene, OR | *1* | *2* | *$150.00/ Day* | *$100.00* | *$200.00* |

<u>SUB-TOTAL, MILEAGE REIMBURSEMENT</u> - The cost of reimbursement for estimated mileage traveled in recipient vehicles for agreement activities.  Give details and the purpose of the travel in the Narrative Box. Current Federal mileage reimbursement rates may be found online at: www.GSA.gov.  **NOTE:** Mileage reimbursement rates include all vehicle costs, i.e. fuel, insurance, maintenance, etc.

| Proposed Travel (Mileage Reimbursement) | | No. of Miles | No. of Trips | Cost Per Mile | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|---|---|---|
| To: From: | | | | | | |
| To: From: | | | | | | |
| To: From: | | | | | | |
| To: From: | *Example:* Portland, OR Eugene, OR | *110 Miles* | *2* | *$0.10/ Mile* | *$0.00* | *$22.00* |

<u>SUB-TOTAL, OTHER TRAVEL COSTS</u> - The costs of airfare, bus fare, car rental, etc., required for agreement activities.  Explain the details and the purpose of the costs in the Narrative Box.

| Proposed Other (Travel Reimbursement) | Type | Cost | No. | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|---|---|
| To: From: | | | | | |
| To: From: | | | | | |
| To: From: | | | | | |

| **C) TOTAL TRAVEL COSTS:** (SF-424A Object Class Category 6c. Travel) | $ | $ |
|---|---|---|

*Narrative*:

**Budget Detail**                                                                    **Page 4**

## D) EQUIPMENT COSTS (SF-424A Object Class Category 6d. Equipment)

The cost of equipment purchased for use on this agreement.  Equipment is defined as items with a useful life of more than one (1) year and a cost of $5,000+ per unit.  If your organization has a written policy for purchasing equipment, please submit a copy with your application.  Explain the need and purpose of the equipment in the Narrative Box below.

| Equipment | Quantity | Cost per Unit | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| *Example:* John Deere Compact Tractor | *1* | *$17,500.00* | *$7,500.00* | *$10,000.00* |

| D)  TOTAL EQUIPMENT COSTS: (SF-424A Object Class Category 6d. Equipment) | $ | $ |
|---|---|---|

*Narrative:*



## E) SUPPLY COSTS (SF-424A Object Class Category 6e. Supplies)

Estimated costs of materials and supplies used directly on this agreement, e.g. safety glasses, work gloves, office supplies, etc.  If your organization has a written policy for purchasing supplies, please submit a copy with your application.  Explain the purpose of the costs in the Narrative Box below.

| Item | Quantity | Cost per Unit | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| *Example:* Work Gloves, Leather | *6* | *$10.00/Pair* | *$50.00* | *$10.00* |

| E)  SUPPLY COST TOTAL: (SF-424A Object Class Category 6e. Supplies) | $ | $ |
|---|---|---|

*Narrative:*

Budget Detail                                                                                        **Page 5**

## F) CONTRACTUAL COSTS (SF-424A Object Class Category 6f. Contractual)

Estimated costs of contracted/sub-contracted services and sub-grant/recipient awards.  If your organization has a written contracting policy, please submit a copy with your application.  Provide contractor names, if available, and explain the details and purposes of the costs in the Narrative Box below.  **NOTE:**  Calculation of your Indirect Costs may be affected by contracted and/or pass-through expenses.  See Section J) INDIRECT COSTS, for more information.

| Contractor Name, Type, etc. | Cost | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| *Example: Ace Delivery Service (Yearly Contract)* | *$2,500.00* | *$0.00* | *$2,500.00* |
| **F)  CONTRACTUAL COST TOTAL:** (SF-424A Object Class Category 6f. Contractual) | | $ | $ |

*Narrative:*

## G) CONSTRUCTION COSTS (SF-424A Object Class Category 6g. Construction)

The estimated costs of construction.  "Construction" is the intent to construct, alter, or repair (including dredging, excavating, and painting) buildings, structures, or other real property - FAR Part 2 Definitions. Explain the details and purpose of the costs in the Narrative Box below.

| Contractor:  Name/Type/Organization/Etc. | Cost | Matching Funds (if applicable) | BLM Funds |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| **G)  CONTRUCTION COST TOTAL:** (SF-424A Object Class Category 6g. Construction) | | $ | $ |

*Narrative:*

**Budget Detail**                                                                                    **Page 6**

| **H) OTHER COSTS** (SF-424A Object Class Category 6h. Other) | | | |
|---|---|---|---|
| Estimated costs which don't fit any other Object Class Category, e.g. duplicating and printing costs, postage and freight, rental of equipment, etc.  Explain the details and purpose of the costs in the Narrative Box below. | | | |
| **Item** | **Cost** | **Matching Funds** (if applicable) | **BLM Funds** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| *Example:*  *Ace Equipment Rental (Post-Hole Digger, 4 Days)* | *$25/Day* | *$0.00* | *$100.00* |
| **H) OTHER COSTS TOTAL:** (SF-424A Object Class Category 6h. Other) | | $ | $ |
| *Narrative:* | | | |

| **I)   TOTAL DIRECT COSTS** (SF-424A Object Class Category 6i. Sum of 6a.-6h.) | | |
|---|---|---|
| The total of all direct costs applicable to this project. | | |
| **Total Direct Costs** | **Matching Funds** (if applicable) | **BLM Funds** |
| **I)   TOTAL DIRECT COSTS:** (SF-424A Object Class Category 6i. Total, Sum of 6a.-6h.) | $ | $ |

Budget Detail                                                                      Page 7

## J) INDIRECT COSTS (SF-424A Object Class Category 6j. Indirect Charges)

Indirect costs are expenses which cannot be readily identified and charged to a particular project or agreement, e.g. building rent, utilities, office supplies, etc.  Such costs are charged to the project as a percentage of the Direct Costs (items A through H above) and this percentage is called the Indirect Cost Rate.  If your organization has a Negotiated Indirect Cost Rate Agreement (NICRA) please submit a copy of the agreement with your application.  If your organization has no NICRA, the BLM may allow a "de minimis" indirect cost rate of up to 10% of your Modified Total Direct Costs (MTDC), which are your Direct Costs excluding sub-grant and sub-contract costs in excess of $25,000.  See **2 CFR 200.68 Modified Total Direct Cost (MTDC)** and **2 CFR 200.414(f) Indirect (F&A) Costs** for more information.

If your organization is a Cooperative Ecosystems Studies Unit (CESU) partner, your indirect cost rate will be 17.5% of your NICRA-determined indirect cost base.

Use the Narrative Box below to explain how you calculated your indirect cost base and resulting indirect costs.

| | |
|---|---|
| Indirect Cost Rate to be used on this Grant (%): | |
| Indirect Cost Base for this Grant: | $ |

| Total Indirect Costs | Matching Funds (if applicable) | BLM Funds |
|---|---|---|
| **J)  TOTAL INDIRECT COSTS:** (SF-424A Object Class Category 6j. Indirect Charges) | $ | $ |

*Narrative:*

## K) TOTALS (SF-424A Object Class Category 6k. TOTALS)

The sum total of all Direct and Indirect Costs (Sum of 6i. & 6j.) applicable to this agreement.

| Total Project Costs | Matching Funds (if applicable) | BLM Funds |
|---|---|---|
| **K)  TOTAL COSTS:** (SF-424A Object Class Category 6k. TOTALS) | $ | $ |

I certify that to the best of my knowledge the costs detailed above are correct and complete and for the purposes set forth in the associated application for Federal Assistance.

_____

*Name & Title of Person Completing Budget*

Rev 4/2016

BLM_001911

| | |
|---|---|
| **From:** | Janine Velasco |
| **To:** | Gochis, Maria |
| **Cc:** | Bolstad, Dean; Reiland, Michael; Kenneth Lund; Holle Hooks; Kristin Bail; Lance Porter |
| **Subject:** | Re: 03 FOA Wild Horse and Burro Adoption Assistance Pilot Program Draft 1 Aug 16 ewb |
| **Date:** | Wednesday, September 14, 2016 6:10:41 PM |

Thanks so much!  Lots of opportunities.

Janine.

Sent from my iPhone

On Sep 14, 2016, at 5:37 PM, Gochis, Maria <mgochis@blm.gov> wrote:

> This was a draft of the Notice of Funding Opportunity Announcement as Dean
> said, we still need to re-visit this prior to posting in FY17.  If I recall, we were
> still trying to figure out what kind of recipient's we were targeting, because we do
> not award FA to individuals.  There was even talk about if the Mustang Heritage
> Foundation could take on an additional program working with individuals.
>
> Let's closeout FY2016 and start discussions again the 1st of October.
>
> *Maria Gochis*
> *Bureau Grant Policy Manager*
> *Bureau of Land Management /WO*
> *Work (801) 539-4178*
> *Cell (385) 215-4597*
>
>
> On Wed, Sep 14, 2016 at 2:41 PM, Bolstad, Dean <dbolstad@blm.gov> wrote:
>> All,
>> The questions and recent discussion relate to the Pilot Adoption Assistance Program described in
>> the attachment to this email named "Adoption Assistance Pilot".  Both OMB and the Advisory
>> Board are interested in providing financial assistance to adopters in hopes of increasing adoptions.
>>
>>
>> The WHB Program worked with Procurement to develop this RFA that was not able to be
>> published in FY 2016.  The Advisory Board took great exception to the proposal as written at last
>> week's meeting in Elko, NV.  They want it to apply to all adopted animals not just older animals as
>> we laid out in the existing RFA.  We don't have the budget to implement such a broad program but
>> in light of their comments and strong feelings, we'll need to revisit the attached RFA and refine the
>> kind of animals that will be eligible for a stipend and/or limit the scope in another way to reduce
>> financial liability.
>>
>> Dean Bolstad
>> Division Chief, Wild Horse and Burro Program
>> Washington Office (WO-260)
>> (202) 912-7648 Office
>> (775) 750-6362 Cell
>>
>> On Wed, Sep 14, 2016 at 2:43 PM, Reiland, Michael <mreiland@blm.gov>

wrote:
> Dean,
>
> I think this might stem from your last meeting with Steve E.  Janine also asked me about this today and mentioned that she was asking because of a comment made during that meeting (not sure if it came from Steve or if Janine was there).
>
> Thanks,
>
> Michael
>
>
>
> ---------- Forwarded message ----------
> From: **Lund, Kenneth** <klund@blm.gov>
> Date: Wed, Sep 14, 2016 at 2:25 PM
> Subject: Fwd: 03 FOA Wild Horse and Burro Adoption Assistance Pilot Program Draft 1 Aug 16 ewb
> To: Michael Reiland <mreiland@blm.gov>, Holle Hooks <hhooks@blm.gov>
>
>
> Good afternoon Holle and Michael,
>
> We were asked about incentive for adopters. Is this what the front office is asking about? Please let us know and we can re engage the process after the FY end.
>
> v/r
> Ken
>
> Kenneth E. Lund
>
> Senior Procurement Analyst
>
> BLM-WO
>
> 20 M St SE
>
> Washington, DC 20003
>
> Office:202-912-7034
>
> Cell: 202-744-1847
>
> Fax: 202-912-7186
>
> Monday-Regular day off

Wednesday and Thursday-Telework


---------- Forwarded message ----------
From: **Gochis, Maria** <mgochis@blm.gov>
Date: Wed, Sep 14, 2016 at 2:17 PM
Subject: Fwd: 03 FOA Wild Horse and Burro Adoption Assistance Pilot
Program Draft 1 Aug 16 ewb
To: Kenneth Lund <klund@blm.gov>, Brandon Riley <briley@blm.gov>


Hi Ken,

If this is what they are talking about then my understanding was we were to
close to year-end and didn't have enough time to advertise this in Grants.gov
for 60 days, so this was put on the back burner for FY17.

Let me know if this is what they were talking about.

*Maria Gochis*
*Bureau Grant Policy Manager*
*Bureau of Land Management /WO*
*Work (801) 539-4178*
*Cell (385) 215-4597*


---------- Forwarded message ----------
From: **Eddie Bell Jr** <ebell@blm.gov>
Date: Mon, Aug 1, 2016 at 12:19 PM
Subject: 03 FOA Wild Horse and Burro Adoption Assistance Pilot Program
Draft 1 Aug 16 ewb
To: Maria Gochis <mgochis@blm.gov>


Hi Maria,


Please review and comment. I made a few changes I moved the evaluation
criteria to the proposal.


Thanks

**Eddie W Bell Jr.**

**Bureau Lead Grants Management Officer WO-850 (Detail)**

**Financial Assistance Instructor**

**Admin Services Group, Arizona State Office**

**One Central Ave Ste.800, Phoenix AZ 85004-4427**

**Phone: 602-417-9268**

**Fax: 602-417-9462**

**AN EDUCATED CUSTOMER IS OUR BEST CUSTOMER**

**IMPORTANT INFORMATION - NEW REGULATIONS**

** Grant Reform Code of Federal Regulations (CFR) Link:**

***http://www.ecfr.gov/cgi-bin/text-idx?SID=ed90f54836feb6a994f657188eb05e33&node=2:1.1.2.2.1&rgn=div5***

--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

| | |
|---|---|
| **From:** | Reiland, Michael |
| **To:** | Dean Bolstad |
| **Subject:** | FY18 Budget Document |
| **Date:** | Monday, October 24, 2016 9:11:52 AM |
| **Attachments:** | FY2018 Budget Request Items.docx |

Dean,

Here is the document with Rebecca's numbers inserted.  We could also include some graphs.

This document is also in the same folder as the worksheets (Budget->2018->Department Ask).

Thanks,

--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

# FY2018 Budget Request Items

In mid-September and again during a meeting in mid-October, the Department, through Bill Gordon, asked the Wild Horse and Burro Program to develop a few different scenarios to reduce on-range populations that would lead to an increased budget ask for FY2018.  In addition, Bill wanted to see a write-up of a proposal that would lead to increased adoptions.  Included in this analysis are four scenarios ranging from achieving AML in all HMAs to increased focus on Sage-Grouse habitat gathers.  It should be noted that the costs considered for these scenarios include only the cost of implementing management actions. They do not include the cost of damage to the range.  In addition, the costs beyond year 15 vary widely between scenarios and depend upon the number of animals in off-range holding; however, the total costs for any these scenarios beyond the 15 years analyzed here if would be greater than $2 billion.    In addition, there are four legislative language proposals.

## Increased Removals to Achieve AML in Select Areas

**Scenario 1**:  Gather and remove all animals necessary to achieve AML in all HMAs within 5 years.

While this scenario is included in this analysis, it is simply a cost reference point upon which the other scenarios can be compared.  The number of removals needed to achieve this goal is most likely beyond the BLM's realistic ability, even if increased capacity were a part of the solution. The BLM would be limited by its ability to stand up enough gather contractors and corral space to accomplish the goals of this scenario.  Under this scenario, the off-range population would increase from its current 44,000+ to over 140,000 within the 5-year span of removals, necessitating the acquisition of corral space that would over triple the current total.  In addition, gathers would have to increase to 27,000 animals a year, with removals totaling 22,000 each year.  This increased gather schedule would require at least 2 additional helicopter gather contractors and additional bait-water trapping gather contractors.  Even if the program were given funds to address these needs, there is doubt that enough contractors would bid to satisfy the increase in both corral/pasture space and gather contractors.  The funds required for this scenario, up and above the current budget, would be as follows:

*Years 1-5*: $71.7 – 212.2 million

*Years 6-15*: $196.9 – 209.2 million

*Present value of costs through Year 15*: $3.48 billion

**Scenario 2**: Gather and remove all animals necessary to achieve AML in all HMAs within 10 years.

This scenario is based on the determination that, given current capacity the BLM could gather approximately 21,250 animals a year.  The BLM would treat and release 2,000 mares with PZP and remove 16,250 each year.  The off-range population would increase from its current 44,000+ to over 170,000 over that 10 year window.  While there is some concern that the corral space needed to accommodate this increase, given the increase happens over 10 years, it is more likely than attempting to do this in 5 years as with scenario 1.  At the same time, while livestock would still greatly out-number horses in corrals and pastures, the Federal government entering the commercial market at these numbers could effectively increase feed day fees and, due to increase competition over time, increase the costs of this scenario.  The funds required for this scenario, up and above the current budget, would be as follows:

*Years 1-12*: $56.0 – 277.8 million

*Years 13-15*: $267.6 – 273.1 million

*Present value of costs through Year 15*: $4.31 billion

**Scenario 3**: Increase the current Sage-Grouse Habitat gathers (22 HMAs overlapping SFAs in 5 years), adding an additional 30 HMAs that are overlapping PHMA habitat over 5 years.

This scenario accomplishes achieving AML in about 80% of acreages where HMAs overlap both SFAs and PHMAs.  The BLM would gather 9,050 animals during the 5 year period and treat 500 mares with PZP, removing 7,800 from the HMAs.  The current capacity in corrals would accommodate these additional animals removed, increasing off-range population from the current 44,000+ to about 65,000.  However, at the same time, on-range population in HMAs outside SFAs and PHMAs would continue to grow significantly and overall on-range population would increase from the current 67,000+ to over 130,000 over that same 5 year window.  While the 15 year estimated cost for this option is approaching $1.5 billion, it is significantly less than the other scenarios due to the fact this scenario removes, by far, the least number of animals.  On-range population would be reaching thresholds where significant and permanent losses to rangeland health would be occurring and on-range deaths would began to increase exponentially.  In addition, other wildlife would be negatively affected by this course of action.  The funds required for this scenario, up and above the current budget, would be as follows:

*Years 1-5*: $29.1 – 66.0 million

*Years 6-15*: $66.3 – 95.9 million

*Present value of costs through Year 15*: $1.448 billion

**Scenario 4**:  Increase the current Sage-Grouse Habitat gathers (22 HMAs overlapping SFAs in 5 years), adding all HMAs that overlap PHMA habitat over 5 years.

This scenario accomplishes achieving AML in all HMAs that overlap both SFAs and PHMAs. The BLM would gather 15,500 animals during the 5 year period and treat 1,000 mares with PZP, removing 13,000 from the HMAs. The current capacity in corrals would not be able to accommodate these additional animals removed, increasing off-range population from the current 44,000+ to about 95,000. Thus, additional corral/pasture space would be necessary to complete this scenario and similar concerns in acquiring additional space as in Scenarios 1 and 2 would exist. On-range population in HMAs outside SFAs and PHMAs would continue to grow significantly and overall on-range population would increase from the current 67,000+ to over 90,000 over that same 5 year window. On-range population would be reaching thresholds where significant and permanent losses to rangeland health would be occurring and on-range deaths would began to increase exponentially. In addition, other wildlife would be negatively affected by this course of action.

The funds required for this scenario, up and above the current budget, would be as follows:

*Years 1-5*: $44.6 – 119.4 million

*Years 6-15*: $116.4 – 154.2 million

*Present value of costs through Year 15*: $2.42 billion

# Legislative Language Proposals

**Tax Incentive Proposal**:

The BLM proposes a legislative change to the program that would allow for adopters of untrained animals to receive a tax incentive that would help off-set the costs of caring for the animal. Under the proposal, the adopter of an eligible animal would be able to include a $1,500 tax rebate on his/her Federal taxes 5 years from the date the animal is titled. The adopter would need to include proof from a licensed veterinarian that the animal is good physical condition without signs of mal-treatment or neglect. This proof would need to be signed and notarized between two months before or two months after the 5 year anniversary of the title document. Considering the costs of the BLM caring for and housing an animal off-range over its lifetime approaches $50,000, the savings for the government for each additional animal adopted due to this program would be significant. Currently, about 1,000 untrained animals are adopted each year. If an additional 500 untrained animals were adopted each year, the outlays for this program would be $2,250,000 and additional savings would total $2,500,000.

**Prize Challenge**:

The BLM proposes legislative language that would institute a Prize Challenge to find alternative ways to autonomously deliver a liquid vaccine (such as PZP) to wild horses and burros on the range. The Challenge will be open to innovators and problem solvers throughout the nation.

**Wild Horse and Burro Preserves:**

This section adds a new section to the 1971 Act to authorize the establishment of National Wild Horse Preserves with the following purposes: to provide care and maintenance of excess wild horses; to conserve and protect native or restored grasslands; and to provide opportunities for adoption of wild horses, scientific research, environmental education, and recreation.  This section also provides the Secretary the authority to acquire lands for the Preserves and makes Land and Water Conservation Fund (LWCF) funds available for such acquisition.  Preserves would be closed to all forms of entry, appropriation, or disposal under the public land laws, the Mining Law of 1872, the mineral leasing laws, the mineral materials sales laws, and the geothermal leasing laws.  Any lands acquired would be eligible for Payment in Lieu of Taxes.

The 1971 Act restricts the authority of the Secretary to relocate wild horses and burros to areas of public land where they did not exist at the time of enactment in 1971.  The proposed amendments to the 1971 Act lift that restriction so that excess wild horses can be located on lands acquired by the Federal government for National Wild Horse Preserve.  (As discussed above in the analysis pertaining to Section 5, the Amendments also provide authority for the Secretary to hold unadopted animals on private land.)  This section also redesignates section 9 of the 1971 Act as section 11.

**Cooperative Agreements:**

Currently, the BLM is authorized to enter into holding contracts and/or agreements with entities for up to 10 years.  The BLM is proposing a changes to this language to include not only holding related activities but all Wild Horse and Burro activities, including adoption services, training services, transportation services, and sales services.

**From:**      Dean Bolstad
**To:**        Jared Bybee; Holle Hooks
**Subject:**   Fwd: List of priorities - State Lead Meeting
**Date:**      Tuesday, November 8, 2016 9:26:50 AM
**Attachments:**   ATT00001.htm
                   Wild Horse and Burro Program Challenges and Opportunities Discussion.docx

See attached priorities from last year's State Lead meeting.

Sent from my iPhone

Begin forwarded message:

> **From:** "Lutterman, Jason" <jlutterman@blm.gov>
> **Date:** March 22, 2016 at 12:23:09 PM EDT
> **To:** Dean Bolstad <dbolstad@blm.gov>
> **Subject: Re: List of priorities - State Lead Meeting**
>
>
> Dean, see attached. Sorry didn't get to it yesterday. I'll work on editing it this
> morning.
>
> --
> Jason Lutterman
> Public Affairs Specialist (On Range)
> National Wild Horse and Burro Program
> Bureau of Land Management
> Office: (775) 861-6614
> Mobile: (202) 304-0967
>
> On Tue, Mar 22, 2016 at 4:14 AM, Dean Bolstad <dbolstad@blm.gov> wrote:
>> Good Morning Jason,
>> Please send me the priority list from last week's meeting. For now it
>> doesn't need to be pretty.  Need it for reference to prepare for
>> monthly update with the new Acting Deputy Director.
>>
>> Sent from my iPhone

**Wild Horse and Burro Program Opportunities Discussion**

**Policy/Management**

1. Create policy and internal team for branding/chipping and an IM for implementation
    a. Tweak WHBBPS to add chip information and/or communicate through the wand
    b. Only microchip sale authority
2. Look at increasing field FTEs – FY 17 discussions
    a. Action item:  take to ELT
    b. Evaluate current FTE uses (Random FTEs coding to 1060) Karlee volunteered to help
3. Update USGS aerial survey contract which ends end of FY 2016
4. Hip brands for different types of contraceptives (PZP, PZP22, GonaCon, etc.)
5. Generic brand vs keeping the brand
6. Gain support from ELT for WHB management actions
7. Persuade local DMs/fields and specialist to follow policy
8. Additional resources for vegetative and herd monitoring
9. Maybe seasonal temp, contract help, partnership with Great Basin Institute (example)
    a. Tap other entities for seasonal funding (youth/partnership)
    b. State leads may request extra funding during budget meetings
10. Update and re-issue population survey policy
11. Determine process and responsibility of imputing  MC PS

**Volunteer Program**

1. Hire FTEs (state level, field, anywhere)to oversee volunteers
2. Volunteer coordinator tracks hours and does not manage volunteers, usually a collateral task among several other tasks
3. Develop description of duties (monitoring, adoption, gathers) for volunteers.
4. Use of volunteers or interns for monitoring, maintenance at corrals, compliance, etc
5. Increase reimbursement rate/stipend for volunteers to cover cost
6. Advertise volunteer positions on volunteer.gov
7. Educate the field on successful volunteer opportunities

**On Range**

1. Institute gather removal committee suggested to consist of the state lead requesting the gather, the On-Range Branch Chief, 2 independent state leads, APHIS (if animal health is an issue), and on-range WO261 WHB specialist (if range related).
2. Each state identify and quantify the extent of which WHBs wonder outside of HMAs/HAs
    a. Identify and quantify where horses and burros are outside the boundaries

3. Year round bait and water trapping for fertility treatment and selective removal for highly adoptable animals – Gus sending a proposal to 260
4. Create selective removal policy (remove adoptable animals)
   a. Tie in a selective removal (ex. Cedar MTN)
5. Manage for desirable animals on the range
   a. Treat with fertility control undesirable on-range animals
      i. Would need an HMAP to describe what is desirable
6. Retreat any areas that may have been previously treated with PZP
7. Aggressively pursue spay/neuter pilot/additional research
   a. Pick open mares for spaying – mares that have been in a facility
   b. Determine if we should spay pregnant mares
   c. Could include SFAs in HMAs
8. Evaluate the Land Use Planning handbook and develop management plans to develop policy to guide on ground management in the interim
9. Idea of gather quota removal for nuances and emergency (1% of AML)
10. Contingency plan for program, plans, infrastructure, communications plan, emergencies, die offs, determine a decision
11. Bait trap contract, how it's put together and how to make more cost effective
    a. Overhaul of the contract coming out for the next 5 years
12. Develop a plan of action/communication plan/ legal plan to protect when fetuses die when spaying occurs
    a. Something that says fetuses are not protected under the act
    b. Make leadership aware of the potential situation
13. Request for research proposals in FY 17 or 18 – Paul
14. Policy IM covering herd management fertility control etc.
15. Create more complexes
    a. Identify groups of HMAs for management as one herd
16. Manage a herd where death loss equals growth (zero growth) requires large % of females becoming sterile
17. Contracts for fertility control (darting)
    a. Develop a template for darting contracts (Jared has experience)
18. Managing HMAs with friends groups or volunteers
19. Develop national programmatic EIS
    a. Landscape approach
20. Amend land use plans to support new and different population growth management tools
    a. Alternative; write an EIS for every state or have staff to write an EIS for every state
21. Revision amendment of 4710 handbook
22. Focus on properly managing big herds and zero out HMAs that cannot sustain or are missing key components for managing horses/burros (land use planning 2.0)

23. Sage Grouse money offered for range improvements – one year only – seasonal temp for monitoring etc.
24. Alternatives to HMAs as reportable units of accomplishment
    a. Example flight hours MC
25. Look for WHBIS IM – when to report live or dead
26. Dr. Cothran agreement – to use or not to use
27. Research topics for prioritizing
28. Use of GonaCon on burros

**Off Range**

1. Work with partners (new and old) to place animals into private care
2. Eastern States adoption plans – more store fronts and more adoption opportunities in the ES and NM
3. Continue efforts of private care placement team
4. Finish CAWP, hire FTE, developed IM
5. Provide CAWP SOPs to Advisory Board for review and possibly present in April - move to on range
6. Use contract NEPA for ORP/ORC EAs
    a. Centralized COR to support
7. More sales of wild horses and burros to good homes
8. Special adoption/sale programs for less desirable animals
9. Example: pony sized horses trained for a niche market
10. Fee waivers and reducing adoptions fees
    a. Free ($0 fee) day for adoption at facilities
    b. BOGO (Buy one get one)
    c. Does zero fee reduce the value of horses and burros?
11. Conduct ovariectomy on mares to see if they are more desirable  for adoptions (2017-2018) Mares from Oregon research trial
12. Change ORP and ORC back to LTP and STC
13. Determine who makes up CAWP assessment team
14. Al requests to be on the team for CAWP!

**Gather/Removal Priorities -** The potential is to remove 3500 head per year

- Court Orders
- SFA/bi-state Gathers 2 votes
- Research 2 votes
- Public Safety 9 votes
- Emergencies 7 votes
- Selective removal gather for adoptability 6 votes
- Encroachment Private Lands 3 votes

- Encroachment on public lands 2 vote
- Gather for fertility control-no removal 0 vote
- Discretionary removal by state - Prorate based on percentage of national AML by state (place cap on how many can be removed)

**Topics to discuss later**

- Imminent die off

**Wednesday, March 16, 2016**

- Determine a way to use contractors so that they are used and not un-used as they are still paid either way (min guarantee)
- There is a cancellation for convenience
- With a bait trapping min does a different HMA go higher on the list?
- 30 days would be acceptable for a PR, send a statement of work earlier if PR is not finished and the packet could be submitted the day the PR came in
- Predict gathers dates with more confidence to acquire an APHIS vet (currently a weeks notice is not enough)
- Forest Service Discussion
- Forest Service does not have a budget for horses
- They must sell without limitation
- FS does not have resources (time, money) to constantly complete NEPA
- FS does not have resources to do emergency gathers
- Animals starving does not count
- Will not be contributing money to gathers
- No AML established in most of the territories
- Issue regarding marking FS animals – not to be marked until the PMACA is signed and loading, if not adopted the animal could sell without limitation
- Decision has not been made to tie into WHBPS
- May develop policy for marking animals  and forms for adopting
- hiring a new full time WHB specialist (Hope Woodward) to take on listed task
- Not sure if an update on FS National agreement will be ready for AB meeting
- FS is going to reimburse BLM for removals? Ask Barry

**Thursday, March 17**

- Placement of animals into private care
- Adoption team to overhaul the adoption program and get on the same page
- Sales program
- How to make more animals sale eligible

- Not everyone participates
- Enhancement in PS to provide animals in a facility a strike through an event in PS
  - Probably available first week of April 2016
- Broader goals or objectives for sales at facilities
- State director delegates sales authority to field level (4 horses or less)
- Number of sale animals consistent with placement into private homes
- Develop a target for sale eligible animals on a per year basis
  - Currently average 300 sale animals with MHF having 200 = 500 per year
  - Ask solicitor about making sale eligible animals in a facility
- Facility that's completing the sale – must have support from leadership
- Once they are off the BLM books they are not BLM property
- Facility needs to brand the BIG U on the horse/burro for sale eligible horses
- TIP trainers are allowed to pick up sale eligible horses for a sale and still receive the TIP stipend

GLM Lori Dixon

- Know your target market – must have data for that
- Must have a marketable difference – tell a story
  - Past and future is going to be very different
- What is the benefit of this animal – a companion
- Adopters lack support after adoption
  - The adoption process needs review
  - The sale option is underutilized
- Need to comment to "wild horses or mustang"
- Develop a brand guide
- Need a benefit statement
- Need more data
- Need to develop our adopters
- Are satellite adoptions effective?
  - Best practices – not everyone is doing the same thing
- Recommendations
  - WHB and BLM speaking points
  - Trusted trainer to develop eastern market
  - Adopter associations
  - Organize structure
  - Focus on contracting
- Lori Dixon 419.534.4710 Lori @GLM.com

Dean asked Lori to present at the AB meeting in April

- Debbie is working with OMB to have a comment card approved to ask questions at adoptions – where did here about it?
- Donations process - money or material – it's a process, Shannon with WO260 is looking into it

Call with Neil

- Get a handle on budget and horse numbers
- Embrace spay and neuter language, public understands
- We are the advocates for the horses
- Slaughter is not an option, Europe has also decreased in numbers of slaughter horses
- Gus brought up programmatic EIS, and rise in population – get more info
- Paul brought up spay mares – dead fetus – as a complication – Neil is going to think through it
- Debbie asked for a July 4th livestream to promote Americas Mustang – Neil liked it and is going to give it thought
- Adoption incentive for keeping a wild horse for 10 years ($10,000-15,000)
  - Compliance for 10 years?
  - May need to start chipping to keep up with animal in adopter care for that length of time

Incentive Program – but don't say incentive

- Create another assistance agreement
  - Communicate with adopters and make the payment
- Idea of a trainer doing the follow up with the adopter – incentive for the trainer not the adopter – Gus
  - The trainer would be invested and receive the $1850 after 1 year (title)
  - Find trainers who comment to training and keeping up with the horse (mentoring), this would also do away with compliance and the trainer would receive the $1850 after 1 year
  - Gus is going to send Holle' a proposal about this – look at pursuing this proposal
  - Included in training fee is training, marketing, feeding and care,
    - Could the trainer take sale horses and then the trainer could charge whatever he wanted
  - Will need a COTR and a PI monitoring the training
- Title is what kicks off payment - $1850
- The animal must be well trained to add value – to reduce the chance of the animal showing up  at slaughter
- After next enhancement – NK will be able to count for foster care – check w/B
- Untouched horses age 5-7, difficult to place but trainable

- Time to Ride – approached BLM, Debbie is working with them
- Solicitation open to current entities, like Hutchinson, hutch could expand next week if they received $1850, new solicitation is going to be an RFA,
- Prisons are changing to a contract – could the training program be an RFA in addition to the holding contract?
  - Unit cost on Riverton Prison switching to a contract went to $4.50 per head per day, however they do not charge for horses in training
- Exemptions for prisons in the Fair Labor Act
- Holle is going meet with Theresa (NOC) and Maria to go over these questions

Debbie

- Provide adoption dates for first quarter by August 1st and rest of the dates by December 1st
- Debbie is sending a chart out for AM dates, reply dates

Eastern State talk

- New site coming, importance of internet adoption site, video of horse moving,
- Production schedule
- Could still shots from videos – could use volunteers for this task
- Deborah Allen gave a volunteer access to upload to the adopt a horse site
- Need guidance on quality – maybe set up a webinar, have April on the phone to help
- MHF has offered to find people to help video at facilities
- ES working with solicitors about using electronic signatures on PMACAs
  - May increase relinquishments as several horses are not picked up
  - Send application electronically to facility and have facility fill out PMACA
  - Encrypt personal information and email to facility
- Evaluate units of accomplishment for internet adoptions
  - currently 1/3 ES, 1/3 offering facility, 1/3 picking up facility
  - currently 40-50% of IA adopters are in the East
  - per unit cost is different in different states, fund as a flat program – line item
- number of days held before picked up

Communication – Dean

- Neil is not fond of PEIS is because we are not ready communication wise
- How to better our communication
  - Instead of go over everyone's schedule on Monday morning call, go over one issue ex. Sage Grouse
  - Also try this on the State Lead call

BLM_001928

- State Lead call has become WO update, however not all state leads are on the call and some do not add anything
- On Range/Off Range Branch do not know what each other are doing
  - May brief on each other's calls to staff
- Maybe a quick (30 min) scheduling call and a content call in the afternoon
- Dean sending the Director's report is helpful
- WO keep info graphic current and keep it going to the field
- Due to lack of Adobe use, use MHFs marketing firm to design or update info graphic or any other graphic item
- Lack of PAO support for marketing of adoptions (falls to Debbie a lot)
  - Communications team work on a uploading video with new YouTube page coming out
  - Consider PAO cost (GS 12)
- **Common Goal: Stay connected and continue to communicate with each other**

| | |
|---|---|
| **From:** | Hooks, Holle |
| **To:** | Lynae Rogers; Alan Shepherd; Amy Dumas; Amy Ruhs; Beatrice Wade; Christopher Robbins; Dean O Bolstad; Deborah Collins; Dorothea Boothe; Jacky Anderson; James Sparks; Jared Bybee; Jason Lutterman; John Neill; Joseph Stratton; June Wendlandt; Krystal Johnson; Mark Brown; Mary Pyles; Matthew Berg; Michael Reiland; Pat Williams; Paul Griffin; Peter Roberson; Ramona DeLorme; Robert Hopper; Robert Sharp; Roger Oyler; Scott Fluer; Stephen Leonard; Steven Bird; Victor (Gus) Warr; Al Kane; Hope D -FS Woodward; Jeannine Lesieutre; Cary Frost; Dona Bastian; Douglas Satica; Glenn Bechtel; Grant Lockie; Heath Weber; Hofmann, Patrick; Jacob Benson; Jeremy Neugebauer; Justin; Krystle Wengreen; Rickman, Wendy; steve mantle; Steven Meyer; Wayne Tachera |
| **Subject:** | Fwd: Private Care Placement Team: Priority Recommendations and Draft Policy |
| **Date:** | Wednesday, November 9, 2016 1:12:55 PM |
| **Attachments:** | Draft Internet Private Care Policy.docx |
| | Priority Recommendations DRAFT.docx |

Hello all - As promised...DUE DATE to Lisa Reid is COB Friday, November 18, 2016. I apologize if you are receiving this email multiple times. (Better safe than sorry...)

Thank you,

Holle' Hooks │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hhooks@blm.gov

"Vow not to spend time sweating the *"small stuff"* and exerting unnecessary energy on things you cannot control. Instead, **FOCUS** your energy on the things you **CAN** change and improve in your life." - Cheryl Wood

---------- Forwarded message ----------
From: **Hooks, Holle** <hhooks@blm.gov>
Date: Mon, Oct 17, 2016 at 7:32 PM
Subject: Private Care Placement Team: Priority Recommendations and Draft Policy
To: Lynae Rogers <lbroger@blm.gov>, Alan Shepherd <ashepher@blm.gov>, Amy Dumas <adumas@blm.gov>, Amy Ruhs <aruhs@blm.gov>, Beatrice Wade <bwade@blm.gov>, Christopher Robbins <clrobbins@blm.gov>, Dean O Bolstad <dbolstad@blm.gov>, Deborah Collins <dacollin@blm.gov>, Dorothea Boothe <dboothe@blm.gov>, Jacky Anderson <j1anders@blm.gov>, James Sparks <jsparks@blm.gov>, Jared Bybee <jbybee@blm.gov>, Jason Lutterman <jlutterman@blm.gov>, John Neill <jneill@blm.gov>, Joseph Stratton <jstratto@blm.gov>, June Wendlandt <jwendlan@blm.gov>, Krystal Johnson <kfjohnso@blm.gov>, Mark Brown <m3brown@blm.gov>, Mary Pyles <mpyles@blm.gov>, Matthew Berg <mberg@blm.gov>, Michael Reiland <mreiland@blm.gov>, Pat Williams <pbwillia@blm.gov>, Paul Griffin <pgriffin@blm.gov>, Peter Roberson <proberson@blm.gov>, Ramona DeLorme <rdelorme@blm.gov>, Robert Hopper <rhopper@blm.gov>, Robert Sharp <rsharp@blm.gov>, Roger Oyler <r2oyler@blm.gov>, Scott Fluer <sfluer@blm.gov>, Stephen Leonard <sleonard@blm.gov>, Steven Bird <sbird@blm.gov>, "Victor (Gus) Warr" <gwarr@blm.gov>, Al Kane <albert.j.kane@aphis.usda.gov>, Hope D -FS Woodward <hdwoodward@fs.fed.us>

Hello all - I apologize for the delay however wanted to ensure we had a COMPLETE draft for your review and feedback. As mentioned during last week's state lead call, the private care placement team met September 16-17, 2016 in Fort Worth, TX. The team followed an aggressive agenda, reviewed large amounts of information, identified a series of categories and topics to address and divided into three sub-teams. These sub-teams worked diligently and developed a list of priority recommendations and a draft policy regarding internet events. The priority recommendations are interim guidance, immediate changes to policy the team will submit to leadership however is requesting your feedback prior to moving forward.

Please review the attached documents as well as share with field staff and managers. Lisa will will share with all PAOs and Joe will share with the facility managers. In addition, you will receive information regarding the adoption demand study webinar, scheduled for Tuesday, November 8, 2016.

Please provide edits/feedback in track changes and comments to Lisa Reid by COB November 18, 2016. Feel free to contact her or myself with any questions.

Thank you,

Holle' Hooks ⏐ Branch Chief ⏐ Division of Wild Horses and Burros ⏐ Bureau of Land Management

⏐ 200 NW 4th Street, Room 2401 Oklahoma City, OK 73102 ⏐ 405.234.5932 (O) ⏐ 40 5.234.5949 (F)  ⏐ hhooks@blm.gov


"Don't be afraid to share your greatness with the world. Each person is created with a unique set of gifts and talents designed to serve and help others. Show boldness and courage as you express those gifts and bless someone else with your greatness." - Cheryl Wood

Private Care Placement Team
Priorities for recommended Interim Guidance *(October 17, 2016)*

| TOPIC | PRIORITY | RATIONALE | LEGISLATIVE ACTION |
|---|---|---|---|
| **ADOPTIONS** | 1. Standardize adoption processes in all jurisdictions. | o Consistent, well-advertised days and hours of events;<br>o Start time for TIP pickups at satellite adoption events needs to be clearly stated and advertised as well as posted at each adoption event;<br>o Prohibit shipment of intact studs for internet adoptions, they must be picked up at facility of origination;<br>o Paperwork must be completed by adopter in advance if adopted animals are being picked up by a hauler,<br>o All adoption paperwork for storefront locations is to be handled by the local BLM office.  Exceptions may be granted on a case by case basis to established storefronts at the discretion of each storefront's BLM point of contact and local program manager; and<br>o Volunteer duties at adoption events and facilities should not include handling adoption paperwork with adopter PII or handling of wild horses or burros. | |
| | 2. All ORCs host an "Open House" in FY 2017. | Welcome the community immediately surrounding the facility which includes local businesses, schools, etc. | |
| **ADVERTISING** *(Marketing Firm will address this priority.)* | 3. Event flyer templates. | Create fillable event flyer templates for use by the field so staff can enter their own event info and choose a photo from a selection of pre-approved images. | |
| | 4. Regional PAOs devoted ONLY to WHB. | This program is highly controversial and yet has an expectation of program knowledge and communicating *"OUR"* message. | |
| | 5. Engage youth organizations. | Encourage use of local youth organizations (4-H, FFA, girl scouts, etc.) to hand out flyers for upcoming events. *(Crosses over w/OUTREACH)* | |
| **CUSTOMER SERVICE** | 6. Develop mandatory, customer service focused training for all WHB/BLM staff that support the WHB program. Staff must be certified to work events. | This training should be developed by a contractor and given regionally. As part of the training, follow up tailgate customer service sessions should also be developed to be held concurrently with safety sessions. This customer service training should be patterned after the Chic Fil A example which sets weekly training sessions on the importance of customer care… "It's my pleasure!" *ZAPPOS 1 day workshop – "The School of WOW"*<br>o How to *truly* serve the customer with a helpful, cheerful attitude. Non-engagement or rudeness, impatience, controlling attitudes, know it all demeanors are never acceptable.<br>o Training to include mock sessions to address whether one is as good at customer service as they think!<br>o Approachability: Identify roles - not all are good at speaking to the public.<br>o Communication: How to effectively engage potential adopters; mock public interactions would also be helpful<br>o Knowledge of National issues: Staff attending public events should be aware of what is impacting the program locally and nationally – set talking points before every adoption. | |
| | 7. Develop consistent volunteer training for | **To be responsive to the previous recommendations from the WHB | |

BLM_001932

| TOPIC | PRIORITY | RATIONALE | LEGISLATIVE ACTION |
|---|---|---|---|
|  | volunteers and staff to include a template position description for task specific activities; pinpoint where volunteers would fit in best within program. | Advisory Board, to encourage more use of volunteers, it would be AMAZING if ORCs could identify ways to incorporate volunteers. Use of volunteers could provide additional customer service for visitors to facilities, particularly during satellite events.<br>o Show Unbranded/BLM Documentary and include an educational Q&A session for volunteers and staff not connected to WHB program;<br>o Volunteers need to be used more at adoption events and trained for additional fertility control darting projects; and<br>o Volunteer.gov - apply and log hours |  |
| EVENT MANAGEMENT | 8. Issue a RFI and RFP to hire a professional event planner to assist in the improvement and modernization of WHB events in an effort to increase the placement of animals into private care. | Based on the findings of the Adoption Demand Study, creating the environment to attract customers and maximize the customer experience. The experience should include a greeter at the door; panel, brochure or flyer describing the adoption process; all BLM staff in WHB official apparel; volunteers in acceptable apparel distinguishing them from BLM staff; BLM staff at tables interacting with the public; and concessions/water. |  |
|  | 9. Create a SWAT Team to train and assist the field on how to effectively host an event that meets new program requirements. | Due to the procurement process which may take 6 months to issue a RFI and RFP to hire a professional event planner, the SWAT team is an interim recommendation to improve event outcome and customer-service. |  |
| FORMS | 10. Standardization and availability of forms and paperwork. | o Update gelding voucher with proper return address for each jurisdiction;<br>o "You've Adopted…Now What?" and prohibited acts in adopter packets;<br>o Require use of triplicate PMACAs with original signatures;<br>o Standardize forms and letters (past due title letter, full force letter, relinquishments forms, etc.) to ensure each state isn't using a different version of the same form;<br>o Create a letter stating government ownership of untitled wild horses or burros for use when boarding facilities, sale barns, etc claim possession of BLM animals;<br>o Create bilingual versions of every form; and<br>o Create a SharePoint site with standardized versions of all forms for easy access by all WHB Staff. |  |
|  | 11. Create a form or include on the DI-105 forms, the prohibited acts for animals released into private care but not adopted. (EMM, TIP, foster, etc.) | Consistent, valid forms and processes for accountability of unadopted animals no longer in BLM care (ORCs). |  |
|  | 12. Update current certificate of title and bill of sale. | Modify Certificate of Title to appear more formal and issue on cardstock instead of printer paper and create similar Bill of Sale.<br>*(Crosses over w/SALES)* |  |
|  | 13. Inquire if digital signatures are legally binding. |  |  |
| INCENTIVES | 14. Develop new and Revise current adoption incentives. | o Implement the buddy system program-wide.  The first animal adopted is $125, the second, third, and fourth animals may be adopted for $25 each;<br>o Implement the option for a reduced fee special (blue light special) at the |  |

BLM_001933

| TOPIC | PRIORITY | RATIONALE | LEGISLATIVE ACTION |
|---|---|---|---|
| | | end of satellite adoption events. This incentive should be used at each program manager's discretion- not mandatory. Animals adopted at this discounted rate will not be eligible for title incentives;<br><br>○ If a charge code can be provided by Washington, implement a title incentive for ungentled animals. Adopters who apply for title within one month of their eligibility date will receive $500 for each horse that is at least 4 years old and $250 for burros and horses under 4 years old. After the first month of eligibility the incentive drops $50 a month. Title applications must be signed off on by a BLM employee or veterinarian; and<br><br>○ Offer financial assistance to an organization/individual to administer the Incentive Program:<br> ➢ Incentive offered for 100 animals currently located in corrals.<br> ➢ $1,500 incentive paid to individuals who:<br>  ▪ Adopt a 7 year or older and halter/saddle train<br> ➢ $800 incentive paid to adopters who:<br>  ▪ 9 years and older burro and halter train<br> ➢ Halter trained is defined as an animal that may be approached, caught and haltered in an open restricted area, led safely from one area to another, stand tied, allow its feet to be picked up, and load into a trailer.<br> ➢ Saddle trained is defined as an animal that has successfully mastered all the components of the halter trained animal and have the ability to be ridden at a walk and trot.<br> ➢ Adopter must apply for and receive title at the same time incentive is paid out. | |
| **INTERNAL COMMUNICATION** | **15.** Schedule an annual All-Hands Meeting/Training addressing National issues and policies introduced or renewed for the program as well as identify new/existing issues or challenges. | In an effort to improve internal communication within program, WO260 would issue an annual guidance book in October that is a condensed summary of current policies, processes, etc. and request agenda topics and training needs from state leads. | |
| | **16.** Create a policy ensuring states are coordinating with the office of jurisdiction for information and/or approval. For example, prior to shipping a load of 5+ animals to a trainer or satellite location. | Communication and coordination between WO, state leads, field staff, adoption staff and off-range corrals/pastures or Eco-sanctuaries needs improvement. | |
| | **17.** Remove the individual state HG widgets (targets and accomplishments) requirement and record all HG units into WO HG. | Build a stronger program and bridge relationships across state lines by removing the competitive nature between state programs for funding and accomplishments. | |
| **MARKETING** *(Marketing Firm will* | **18.** Data collection from the public and BLM staff at the conclusion of events. | Customer service comment card has been delayed by Regulatory Affairs. The program needs it submitted to OMB to gain approval for the collection of | |

| TOPIC | PRIORITY | RATIONALE | LEGISLATIVE ACTION |
|---|---|---|---|
| *assist in addressing a few of these priorities.)* | | data This card is critical to inform marketing decisions driven by an identified target audience, prime adoption locations, barriers to adopting, etc. | |
| | **19.** States to include costs associated with events in WHBPS. | Include the overall cost of hosting/advertising satellite adoptions so we can determine the total cost for the agency to place wild horses and burros into private care. Create a WBS code? | |
| | **20.** Define OUR brand – Provide consistent *"SWAG"* at each event. | Dead weight or outdated products must simply be eradicated. | |
| | **21.** Consistency for which horses to market via Internet. WHB policies must be followed, i.e., no club feet/vicious behavior etc... | *DRAFT POLICY* in email. | |
| | **22.** Hire a professional service to manage the photos animal information such as Superior Livestock. | Obtain quality photos and biographies online. | |
| **OUTREACH** | **23.** Develop WHB Program Training for all BLM employees involved in program at various levels. | Include topics in the NTC WHB Specialist class that will increase the overall knowledge of the employee. In addition, provide similar training to all staff, during the All Hands Meeting, to inform the staff of national priorities. | |
| | **24.** Increase partnerships with National programs: 4-H, FFA, Backcountry Horseman, PATH, etc. Coordinate nationally building plans for each group to implement at the local level. | Maximize outreach opportunities for education and awareness. These efforts may result in placing more animals into private care as well as an understanding about the WHB program. | |
| **SALES** | **25.** Identify an individual for the program that is proficient in WHBPS to create events for Off-Range Corral adoption events. | To increase the inventory of sale-eligible wild horses and burros to improve the sales program's success | |
| | **26.** Amend the adoption/sales applications to allow the applicant the flexibility to adopt or purchase any animal with the same paperwork. | In an effort to increase number of sale-eligible animals purchased through the program, for applicants interested in purchasing an animal, attach the sales disclosure statement for signature to the back of the adoption application. *This would be the interim process until the sales IM and forms are modified.* | |
| | **27.** Create an attractive sales certificate of title similar to the adoption title. | The public has requested a document or recognition similar to a certificate of title. | |
| | **28.** Amend WH&B Act to lower the minimum age for sale-eligible animals to 5 years>. | To increase the number of sale-eligible animals available for purchase through the program | YES |
| **TRAINING** | **29.** Hire a trainer, contract, at an ORC to train and offer those trained horses for adoption. | o Trainer to offer daily education sessions for adopters at facility - timing to coincide with internet adoptions, live stream education sessions on FB; (would need to work out the schedule with PAO – to be ready to explain the training maneuvers). <br> o Possibly offer this opportunity to TIP trainers – where they would compete with video to satisfy set of requirements, (effective communicator, least resistant horsemanship methods, and appropriate western attire - possibly MHF shirts?) rotate through list of TIP trainers. | |

| TOPIC | PRIORITY | RATIONALE | LEGISLATIVE ACTION |
|---|---|---|---|
| | **30.** Develop and provide additional staff training. | This staff training to include compliance, vegetative monitoring, inspecting animals in training programs - outside of BLM care - to include body condition assessments, etc. | |
| | **31.** Offer Storefront Training Camps | Coordinate with MHF and Storefront trainers to offer "training camps/clinics" for new adopters to begin foundation work with wild horses and burros. | |
| **TRANSPORTATION** | **32.** Consistent transportation policy for animals adopted at facilities and on via the internet. | Currently, it is not properly communicated or coordinated with the receiving WHB staff regarding a facility adopted animal. A consistent shipping policy priority system for internet and facility adopted horses is needed. For example, the priority is given to the adopted horses for which we have received deposits.  In addition, the issue regarding facility webpage adopted horses loaded on same truck as Internet adopted horses. This reduces the amount of space available for horses that were adopted in priority order. Not to mention it is NOT communicated or coordinated. | |
| | **33.** Acquire private haulers or the ability to ship smaller loads. | Per Robert Stevens, it is up the BLM regarding how we handle transportation – via Bill of Lading (GBL) or through a contract with private haulers. Deliveries may be made to an approved BLM facility or storefront – not to an adopter residence.<br>○ Acquire smaller trailer (24 ft.) outfits (those that meet our <mark>specifications</mark>) to accommodate 10 horses for transport regionally. (divide out in regions by miles or hire coast to coast contractor - on call basis). Reach out to transporters to assess interest – through an RFI. Once acquired, Mr. Stevens will set up in Syncada system for reimbursement. | |
| | **34.** Hire a Logistics Specialist or Transportation coordinator. | This action would ensure more efficient transporting of horses - TIP, storefront, adopters; save costs by coordinating requests for horses - multi stops along the way to pick up horses (BPA - contractors negotiated a mileage rate); expansion of the Storefront opportunities; and develop a schedule for states and ORCs. | |

| | |
|---|---|
| **From:** | Paul_McGuire@nm.blm.gov |
| **To:** | Hanson_Stuart@nm.blm.gov |
| **Cc:** | Jesse_Juen; Bob Mitchell |
| **Subject:** | Re: Fw: Wild Horse Adoption Incentive: BLM Pays $500 to Adopters of Older Horses |
| **Date:** | Wednesday, December 7, 2016 5:16:56 PM |

I understand. We could have some disgruntled folks if demand for incentive
horses greatly exceeds supply. FYI - At present, I believe we're planning
to bring five incentive horses to Kellyville. In addition, we'll have about
25 two- and thee-year-olds, and about 40 yearlings, roughly split between
males and females  (that's a fairly standard load). We'll also have four
gentled adult horses that a volunteer trainer has been working with. Pretty
good mix.
PM


----- Original Message -----
From: Hanson Stuart
Sent: 04/30/2009 04:11 PM MDT
To: Paul_McGuire@nm.blm.gov@BLM
Cc: Jesse_Juen@blm.gov@BLM
Subject: Re: Fw: Wild Horse Adoption Incentive: BLM Pays $500 to
Adopters of Older Horses
Thanks, Paul - I'm just wondering if we get lots of PR on this first
adoption and lots of people
show up wanting to adopt an older horse and we run out, if that would be a
problem.

I'm cc'ing Jesse on this email 'cause I want to informally ask the question
to him [and Linda
later], and we won't see each other until the EMT meeting next week ...

Bottom line, I'm thinking there's a good chance you could get more than
four people at the
Kellyville adoption wanting to adopt older horses.  It's true, of course, I
don't know how bringing
more older horses would affect logistics, especially if you have to take
'em back.


Hans




Paul
McGuire/MFS/NM/BL
M/DOI                                    To
          Hanson Stuart/NMSO/NM/BLM/DOI@BLM
04/30/2009 04:01                    cc
PM
                   Subject
          Re: Fw: Wild Horse Adoption
          Incentive: BLM Pays $500 to
          Adopters of Older Horses(Document

link: Hanson Stuart)

I'm with you on that, Hans. Hopefully, as the program proves itself, we'll get to a point where we can confidently offer 10 or even 20 incentive horses at each adoption. For now we're keeping it small, per Linda and Jesse's guidance.

Paul McGuire
Public Affairs Specialist
U.S. Bureau of Land Management
Oklahoma Field Office
Moore, OK
Ofc: 405-790-1009
Cell: 405-826-3036

Hanson
Stuart/NMSO/NM/BL
M/DOI                                     To
                Paul_McGuire@nm.blm.gov@BLM
04/30/2009 04:43                          cc
PM
                            Subject
                Re: Fw: Wild Horse Adoption
                Incentive: BLM Pays $500 to
                Adopters of Older Horses(Document
                link: Paul McGuire)

Thanks, Paul!  I'm wondering if you should have more than 4 older horses available for adoption ...

Hans

Paul
McGuire/MFS/NM/BL
M/DOI                                     To

Bob D Mitchell/MFS/NM/BLM/DOI@BLM,
04/30/2009 08:43          John Mehlhoff/TUFO/NM/BLM/DOI@BLM,
AM                    Don Glenn/WO/BLM/DOI@BLM, Hanson
Stuart/NMSO/NM/BLM/DOI@BLM, Sally
Spencer/WO/BLM/DOI@BLM, Tom
Gorey/WO/BLM/DOI@BLM, Debbie
Collins/WO/BLM/DOI@BLM
cc

Subject
Fw: Wild Horse Adoption Incentive:
BLM Pays $500 to  Adopters of Older
Horses

All -- FYI.

Hitting regional rural/equine pubs with the Incentive info:

See posting on Horseback Magazine web site (formerly Texas Horse Talk):
http://www.horsebackmagazine.com/breakingnews.htm

Also spoke with a reporter with The Horse magazine yesterday, Pat Raia
(She's also following ROAM and the 3 Strikes Ranch stories).

Other regional pubs we're working with:

Horse Gazette (south-central Texas, San Antonio area)
Lonestar Horse Report (north Texas, Dallas-Fort Worth area)
Southwest Horse Trader (regional)
Texas Co-Op Power Magazine (statewide REC pub)
Oklahoma Living (statewide REC pub)

We're also looking into a partnertship with the Cowboy and Western Heritage
Museum in Oklahoma City. Could lead to considerable exposure. More to come
on that...

For the upcoming Kellyville adoption where we're kicking this off, we have
the Tulsa World News and Sapulpa Daily Herald on board with coverage (two
major dailies in the area). Numerous weeklies are also carrying our release
and photo. Have three TV interviews in Tulsa lined up for next Tuesday.
Expect several radio interviews as well. Have done extensive paid
advertising in area pubs and radio, along with flyer mass mailing and
e-mail blasts.

Thx,

Paul McGuire
Public Affairs Specialist
U.S. Bureau of Land Management

Oklahoma Field Office
Moore, OK
Ofc: 405-790-1009
Cell: 405-826-3036
----- Forwarded by Paul McGuire/MFS/NM/BLM/DOI on 04/30/2009 08:42 AM -----

Steven Long
<stevenlong@horse
backmagazine.com>                                    To
                         Paul_McGuire@nm.blm.gov
04/29/2009 11:43                                     cc
PM
                                    Subject
                         Re: Fw: Wild Horse Adoption
                         Incentive: BLM Pays $500 to
                         Adopters of Older Horses


Your story and picture is up and will be until tomorrow night.

Steve

At 12:01 PM 4/29/2009, you wrote:

>Here you go, Steve. Press release and photo attached.
>
>Also, here is the URL for our schedule page, if you want to link to it in
>the story:
>http://www.blm.gov/nm/st/en/prog/wild_horse_and_burro/adoption_schedule.html

>
>Paul McGuire
>Public Affairs Specialist
>U.S. Bureau of Land Management
>Oklahoma Field Office
>Moore, OK
>Ofc: 405-790-1009
>Cell: 405-826-3036
>(See attached file: PR - Adoption Incentive.doc)(See attached file:
>auctioneer3 for web.jpg)(PHOTO CAPTION: Pat Williams, a wrangler with the
>U.S. Bureau of Land Management, takes bids on some adult wild horses being
>offered for adoption. The BLM offers a $500 incentive to adopters of
>selected mature horses.)
>
>----- Forwarded by Paul McGuire/MFS/NM/BLM/DOI on 04/29/2009 11:03 AM
-----
>
>          Paul
>          McGuire/MFS/NM/BL

```
>          M/DOI
To
>                          vicki@texashorsetalk.com
>          04/29/2009 10:26
cc
>          AM
>
Subject
>                          Wild Horse Adoption Incentive: BLM
>                          Pays $500 to Adopters of Older
>                          Horses
>
>
>
>
>
>
>
>
>
>Vicki Long
>Texas Horse Talk
>
>Vicki -
>
>Please see the following information about a major new adoption incentive
>program we're launching in the New Mexico region (which includes Texas,
>Oklahoma, Kansas, and New Mexico).
>
>Briefly, adopters of selected adult horses can receive a $500 allowance to
>help offset the cost of keeping the animal. The program aims to increase
>placement of older horses into private ownership, greatly reducing BLM's
>holding costs, enabling more effective management of horses on the range.
>
>Complete write-up at the following:
>
>http://www.blm.gov/nm/st/en/prog/wild_horse_and_burro/_500_Wild_Horse_Adoption_Incentive.html

>
>Please call any time. Would be happy to discuss further.
>
>Thanks,
>
>Paul McGuire
>Public Affairs Specialist
>U.S. Bureau of Land Management
>Oklahoma Field Office
>Moore, OK
>Ofc: 405-790-1009
>Cell: 405-826-3036
>
```

BLM_001942

| | |
|---|---|
| **From:** | Reiland, Michael |
| **To:** | Dean Bolstad |
| **Subject:** | Final Draft of FY18 Justification |
| **Date:** | Friday, April 7, 2017 2:25:53 PM |
| **Attachments:** | FY18 L1060 Justification ($10 million Reduction).docx |

Dean,

Here's the final copy.

Thanks,

--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

**Bureau of Land Management**                                      **2018 Budget Justifications**

## Activity:  Land Resources
## Subactivity:  Wild Horses & Burro Management

| | | 2016 Actual | 2017 CR | 2018 President's Budget | | | | Change from 2017 |
|---|---|---|---|---|---|---|---|---|
| | | | | Fixed Costs | Transfers | Program Change | Requested Amount | |
| **Wild Horse & Burro Management** | *$000* | 80,555 | 80,402 | +317 | +0 | -10,000 | 70,719 | -9,683 |
| | *FTE* | 153 | 166 | | +0 | -29 | 137 | -29 |

| Summary of 2018 Program Changes/Internal Transfers for Wild Horse & Burro Management: | ($000) | FTE |
|---|---|---|
| General Program Decrease | -10,000 | x |
| **Total** | **-10,000** | **x** |

| Other Resources Supporting Wild Horse & Burro Management: | | | | | |
|---|---|---|---|---|---|
| | | 2016 Actual | 2017 Estimate | 2018 Estimate | Change from 2017 |
| **USFS Wild Horses** | *$000* | 1,386 | 1,000 | 745 | +0 |
| | *FTE* | 0 | 0 | 0 | +0 |
| **Adopt-A-Horse Program** | *$000* | 432 | 380 | 380 | +0 |
| | *FTE* | 0 | 0 | 0 | +0 |

Notes:
- *Public Law 114-113 authorizes funds appropriated to the Forest Service to be available for expenditure or transfer to the Department of the Interior, Bureau of Land Management, for removal, preparation, and adoption of excess wild horses and burros from National Forest System Lands.*

- *Adopt-A-Horse Program amounts are shown as new budget authority derived from a minimum $125 per horse or burro fee under a competitive bidding process for adoption of animals gathered from the public lands, conducted under The Wild Free-Roaming Horse and Burro Act of 1971, as amended by the Public Rangelands Improvement Act of 1978 (16 USC 1331-1340); the annual Interior, Environment, and Related Agencies Appropriation Act appropriates these funds on a current basis. More information on Adopt-A-Horse Program is found in the Service Charges, Deposits, & Forfeitures chapter.*

- *Actual and estimated obligations, by year for Adopt-A-Horse Program are found in President's Budget Appendix under the Bureau of Land Management section.*

### Justification of 2018 Program Changes

The 2018 budget request for the Wild Horse & Burro Management Program is $70,719,000 and xx FTE, a program change of -$9,683,000 from the 2017 Continuing Resolution.

**General Program Decrease (-$10,000,000/-X FTE) –** This budget reduction would be combined with legislative proposals to (1) allow for the immediate transfer of animals to other federal, state, or local agencies for work animals, (2) provide for an adoption tax rebate, (3) eliminate the sale without limitation prohibition, and (4) amend the Wild Horses and Burros Act to incorporate changes and updates that will improve management of these treasured resources.  These amendments include, but are not limited to, provisions allowing for non-reproducing herds in whole or part; eliminating the limitation of four titled animals per individual per year; shorten titling period to 6 months; lowering animal sale age eligibility from older than 10 years to older than five; entering into cooperative agreements with non-profit organizations; allowing multi-year

**Chapter VII – Management of Lands & Resources**                    **Page VII-1**

agreements and contracts up to 10 years; allow transfer to other countries for humanitarian or economic development purposes; language exempting sale of horse from NEPA requirements; establishing a BLM Foundation to increase donations to the program; and lengthening the term for advisory board members from three years to four years with a maximum appointment to two terms.  The reduction will be achieved by balancing off-range space needs, both corrals and pastures, which meet the program's existing funding level. This effort will reduce the current off-range corral and pasture capacity by expanded adoptions, transfers, and sales of excess wild horses and burros.

This reduction would result in continued damage to public rangelands and wildlife habitat, while negatively impacting historic uses, job growth, local communities, and hunting and recreational activities. In addition, population size for nearly all herds would continue to increase and expand beyond their established boundaries, creating issues with private landowners, agricultural interests, and highway safety.

1. The proposed funding level would allow for removal of 500 animals from the range in FY18, reducing the annual removals by about 3,000 from FY17 levels (-$3,000,000).
2. The proposed funding level would allow for 250 population growth suppression applications.  This would reflect a decrease by 250 from FY17 planned levels and a decrease of 750 from the originally planned total of 1,000 in FY18 (-$500,000).
3. Total animals placed into private care would be approximately 1,400.  This proposed level would reduce the number of animals placed into private care by about 1,700 from FY17 levels.  This change would commit the BLM to millions of dollars of out-year costs related to lifetime care for the additional unadopted animals.
   a. Continue partnerships, including prison programs, at a reduced level.  These partnerships contribute over 50 percent of the total number of animals placed into private and approximately 90 percent of the trained animals offered and placed through adoptions and sales.  This change would not only reduce the number of jobs created by these partnerships, but also reduce adoptions and sales (-$600,000).
   b. Continue its adoption and sales program at a reduced level, thus cutting the potential number of animals placed into private care in half. (-$900,000)
4. The BLM would fund the Wild Horse and Burro Program System at a reduced level.  This would effectively shut down some support for improvements in the system that allow the program to track status, location, and disposition of all animals within its care, as well as management activities on the range.  The BLM would take longer and be less accurate in producing records often requested through FOIA (-$250,000).
5. The proposed funding levels would allow for compliance checks on only cases where the BLM was notified of egregious neglect and abuse of animals, reducing the number of compliance checks to nearly 0.  This would result in increased risk to animal health and safety (-$750,000).

The BLM would realize a cost savings of approximately $4 million under this funding scenario. These savings would be dependent upon the proposed authorities being enacted by the beginning of the fiscal year; any delay in these authorities would cause a prorated savings.  In addition, lawsuits could delay implementation, thus reducing opportunities for savings.   Additional cost savings would be realized in out-years.

## Program Overview

**Program Components**

The WHB Program is responsible for managing wild horses and burros in accordance with the *Wild Free-Roaming Horses and Burros Act of 1971*. The Act requires the protection, management, and control of wild free-roaming horses and burros in a manner designed to achieve and maintain a thriving natural ecological balance in combination with other public land uses. Traditional WHB Program activities include maintaining an accurate current population inventory; establishing appropriate management levels (AML) and when necessary, achieving or maintaining AML by removing animals from the range; and facilitating adoptions and other transfers. Over the past several years, BLM has conducted extensive scientific research to develop effective strategies for the management of wild horses and burros, and this work will help BLM as it takes more aggressive action on various activities to better manage this program.

When the Act was passed, approximately 25,000 wild horses and burros existed on public lands managed by the BLM. Today, that population has more than doubled; there are now more than 72,700 wild horses and burros found on 26.9 million acres of public lands, which has led to overpopulation in many herds. Overpopulation on the range, in addition to prolonged drought conditions, has resulted in serious impacts on effective land management, and can lead to the deterioration of the land and of the animals' health. Exacerbating the problems related to population growth, over the last 10 years, adoption rates for wild horses and burros have dropped nearly 70 percent – in the early 2000's, the BLM was able to adopt out nearly 8,000 horses each year; more recently, the annual adoption totals have been closer to 2,800 per year. As a result, the BLM now houses nearly 48,000 unadopted horses and burros in off-range pastures and corrals. As the total lifetime cost for caring for an unadopted animal is nearly $50,000, this situation has created very serious challenges to effective cost management in the context of BLM's competing resource needs.

To reduce the need for off-range pastures and corrals, the BLM is broadening its efforts to increase adoptions, including seeking new authority to transfer animals to local, State, and other Federal agencies, as well as extending its use of contraceptives and spay and neuter treatments. Actions related to population growth suppression began in previous fiscal years and will continue to be supported by on-going general research efforts. For example, the BLM will continue working with leading university and U.S. Geological Survey scientists to better refine its population growth suppression methods and overall herd management techniques. The BLM has also made significant progress in ensuring the humane treatment of wild horses and burros, including ongoing work to strengthen its comprehensive animal welfare program.

**Elements for Reforming and Managing the Wild Horse and Burro Program**

Existing wild horse and burro populations on the range far exceed what the land can sustain. The activities described above will develop new tools for managing horses and burros on healthy rangelands, including safe and effective ways to slow the population growth rate of the animals and reduce the need to remove animals from the public lands. Doing so will reduce the number of animals in off-range corrals and pastures, and reduce program costs. Major proactive reforms in herd management both on and off the range are critical to meet program goals. The following actions and reforms will contribute to a more sustainable program, and are consistent with and complementary to the June 2013 National Academy of Science (NAS) report:

Jump Starting Adoptions

- **Adoption Incentive Program:**  The BLM will consider efforts to increase adoptions through cooperative agreements that will facilitate and increase adoptions of animals of specific disposition and explore other potential methods for encouraging adoptions.
- **Transfer of Animals to Other Agencies:**  The budget includes a legislative proposal that provides authority for the immediate transfer of wild horses and burros to local, State and other Federal agencies that use them in their programs.
- **Reducing Holding Costs:**  The BLM will develop a plan to reduce off-range corrals and pastures capacity.  The Bureau will also continue investing in partnerships that increase adoptions by training animals and placing them with new adopters.

Controlling On-Range Populations

- **Reducing Population Growth (NAS Recommended):**  Wild horses and burros have few natural predators and herds increase at a rate of 15-20 percent each year and may double in size every four years.  The BLM will increase its use of available fertility control methods including contraceptive vaccines, as well as spay and neuter techniques.  The BLM has initiated pilot population growth suppression projects and will continue to prioritize aggressive application of current techniques, consistent with available budget and humane treatment.
- **Developing Herd Management Area (HMA) Plans:**  The BLM will continue to develop herd management area sustainability plans in the highest priority areas.   Each sustainability plan will define a management prescription for appropriate population growth suppression methods and the maintenance of AML, including consideration of low-reproducing and non-reproducing herds.
- **Continuing Research (NAS Recommended):**  Existing contraceptive vaccines are only effective for one year, and varying terrain, wildness, and the size of herds and HMAs present logistical challenges associated with applying vaccines on annual basis to maintain efficacy.  The BLM began implementation of the recommendations received from the NAS in 2014. Population growth suppression research trials initiated in fiscal year 2015 will continue through 2020 with varying completion dates.  In tandem with the proactive application of spay and neuter pilot treatments in 2018 the BLM will continue laboratory, pen and field studies to develop even more effective population growth suppression methods that better refine its contraception and spay and neuter methods; continue to assess public knowledge, attitudes, preferences and values of wild horse and burro populations and management; and evaluate demand for wild horses and burros by adoptees and long-term sanctuary providers.

Other Program Components

- **Comprehensive Animal Welfare Program:**  The BLM will continue appropriate policy administration and oversight to ensure humane animal care and handling practices.  The BLM will continue to develop and refine a Comprehensive Animal Welfare Program that establish program-wide standard operating procedures; create universal training requirements; and institute a Care and Welfare Assessment Tool. This auditing system will help the BLM identify areas of emphasis for future training and ensure humane treatment of wild horses and burros.
- **Conducting Population Surveys (NAS Recommended):**  The BLM will continue to conduct surveys utilizing the methods developed by U.S. Geological Survey (USGS) to acquire more accurate population estimates.

**Bureau of Land Management**                          **2018 Budget Justifications**

- **Promoting Volunteerism in the Management of Wild Horses and Burros:** The BLM will continue public engagement by enhancing outreach, recruiting local volunteers and organizations to assist in range and herd monitoring and management, and encouraging partnerships to increase ecotourism.
- **Continuing Transparency and Openness:** The BLM is committed to transparency in all facets of the WHB Program. This includes providing public viewing opportunities during gather operations and at holding facilities without compromising the safety of staff, members of the public, or the animals. The BLM is also committed to a proactive public information system that is both accurate and prompt.
- **Litigation:** The BLM is experiencing increased litigation, correspondence, Freedom of Information Act requests and the need to provide additional personnel at gathers to host public and media visitation, all of which contribute to increased expenses.

BLM_001948

**Bureau of Land Management**                                    **2018 Budget Justifications**



## Wild Horse and Burro Population and Action Totals

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Off-Range Population + | 23,213 | 25,573 | 29,317 | 31,048 | 31,639 | 34,979 | 40,589 | 46,429 | 49,687 | 48,179 | 47,545 | 45,661 |
| On-Range Population # | 31,760 | 31,206 | 28,563 | 33,105 | 36,940 | 38,365 | 38,497 | 37,294 | 40,605 | 49,209 | 58,150 | 67,027 |
| Removed | 11,023 | 9,926 | 7,726 | 5,275 | 6,413 | 10,255 | 8,877 | 8,255 | 4,196 | 1,857 | 3,819 | 3,320 |
| Adopted | 5,701 | 5,172 | 4,772 | 3,706 | 3,474 | 3,074 | 2,844 | 2,583 | 2,311 | 2,135 | 2,631 | 2,912 |
| Sales | 1,468 | 645 | 423 | 351 | 791 | 543 | 871 | 402 | 65 | 87 | 267 | 204 |

+ Population as of Sept 30 each year.        # Estimated population as of Mar 1 each year.

BLM_001949

| | |
|---|---|
| **From:** | Bolstad, Dean |
| **To:** | Michael Reiland |
| **Cc:** | Alan Shepard; Holle Hooks |
| **Subject:** | Dean"s edits for FY18 Justifications Attached. |
| **Date:** | Friday, April 7, 2017 5:50:01 PM |
| **Attachments:** | FY18 L1060 Justification ($10 million Reduction Deans comments.docx |

All in track changes with a couple of questions in comment boxes.  Looking pretty good.

Dean Bolstad
Division Chief, Wild Horse and Burro Program
Washington Office (WO-260)
(202) 912-7648 Office
(775) 750-6362 Cell

BLM_001950

| From: | Shepherd, Alan |
|---|---|
| **To:** | Reiland, Michael |
| **Cc:** | Dean Bolstad; Holle Hooks |
| **Subject:** | Re: New version of Justification Document |
| **Date:** | Monday, April 10, 2017 1:19:57 PM |
| **Attachments:** | FY18 L1060 Justification ($10 million Reduction)_abs edits_20170410.docx |

A few thoughts


Thanks,
Alan

Alan Shepherd
Branch Chief, On-Range (WO261)
National WH&B Program
1340 Financial Blvd
Reno, NV 89502

Office #: (775) 861-6611
Cell #: (775) 530-2784
Fax #: (775) 861-6618

email: ashepher@blm.gov
http://www.wildhorseandburro.blm.gov/

On Mon, Apr 10, 2017 at 8:33 AM, Reiland, Michael <mreiland@blm.gov> wrote:

> To All:
>
> Here's the new version.  Let me know if I missed anything.
>
> Thanks,
>
> --
> Michael Reiland
> WO-260 Budget-Analyst
> 202-912-7261
> 202-794-2479



# BUDGET
# JUSTIFICATIONS

The United States
Department of the Interior

## and Performance Information
## Fiscal Year 2018

# BUREAU OF
# LAND MANAGEMENT

**NOTICE: These budget justifications are prepared for the Interior, Environment and Related Agencies Appropriations Subcommittees. Approval for release of the justifications prior to their printing in the public record of the Subcommittee hearings may be obtained through the Office of Budget of the Department of the Interior.**



Printed on
Recycled Paper

BLM_001952

## Activity:  Land Resources
## Subactivity:  Wild Horses & Burro Management

| | | 2016 Actual | 2017 CR | 2018 President's Budget | | | | Change from 2017 CR |
|---|---|---|---|---|---|---|---|---|
| | | | | Fixed Costs | Transfers | Program Change | Requested Amount | |
| **Wild Horse & Burro Mgmt** | *$000* | 80,555 | 80,402 | +317 | +0 | -10,000 | 70,719 | -9,683 |
| | *FTE* | 153 | 166 | | | -29 | 137 | -29 |

| Summary of 2018 Program Changes for Wild Horse & Burro Management: | ($000) | FTE |
|---|---|---|
| Shift Management Strategies | -10,000 | -29 |
| **Total** | **-10,000** | **-29** |

| Other Resources Supporting Wild Horse & Burro Mgmt.: | | | | | |
|---|---|---|---|---|---|
| | | 2016 Actual | 2017 Estimate | 2018 Estimate | Change from 2017 |
| **USFS Wild Horses** | *$000* | 1,386 | 1,000 | 1,000 | +0 |
| | *FTE* | 0 | 0 | 0 | +0 |
| **Adopt-A-Horse Program** | *$000* | 432 | 380 | 380 | +0 |
| | *FTE* | 0 | 0 | 0 | +0 |

Notes:

*- USFS Wild Horses amounts are shown as estimated transfers reported by the U.S. Forest Service in its 2015 Budget Justification (March 2014); the annual Interior, Environment, and Related Agencies Appropriation Act appropriates these funds in the U.S. Forest Service National Forest System appropriation; Public Law 113-76 authorizes the transfer of these funds in 2014*
*- Adopt-A-Horse Program amounts are shown as new budget authority derived from a minimum $125 per horse or burro fee under a competitive bidding process for adoption of animals gathered from the public lands, conducted under The Wild Free-Roaming Horse and Burro Act of 1971, as amended by the Public Rangelands Improvement Act of 1978 (16 USC 1331-1340); the annual Interior, Environment, and Related Agencies Appropriation Act appropriates these funds on a current basis. More information on Adopt-A-Horse Program is found in the Service Charges, Deposits, & Forfeitures chapter*
*- Actual and estimated obligations, by year for Adopt-A-Horse Program  are found in President's Budget Appendix under the BLM section*

## Justification of 2018 Program Changes

The 2018 budget request for the Wild Horse & Burro (WH/B) Management Program is $70,719,000 and 137 FTE, a program change of -$10,000,000  and an estimated -29 FTE from the 2017 CR baseline.

**Shift Management Strategies (-$10,000,000 / -29 FTE)** – The WH/B budget is principally consumed by the cost to care for excess animals in off-range facilities, and is on an unsustainable course, as the number of animals on the range and in the BLM holding facilities have skyrocketed.  The program budget has quadrupled from $20.4 million  in 2000 to $80.4 million  in 2017, and yet the program is farther away than ever from achieving its basic statutory obligation  under the *Wild Free-Roaming Horse and Burro Act of 1971* [10].  The Act requires the protection, management, and control of wild horses and burros (WH&Bs) that roam public lands administered by the BLM and the U.S. Forest Service [11].  The Act calls for

---

[10] Wild Free-Roaming Horse and Burro Act of 1971, P. L. 92-195

[11] Wild Free-Roaming Horse and Burro Act of 1971, P. L. 92-195 § 1

BLM_001953

maintaining animal populations on the range at appropriate management levels[12,13]; the removal of excess WH&Bs,[12,13] and that they be made available for adoption[14]. Animals for which there is no adoption demand are to be humanely euthanized[15] while others that meet certain criteria are to be sold without limitation[16]. Enacted appropriations bills from 1988 to 2004, and from 2010 to present, have prohibited destruction of healthy animals and unlimited sale. The current program is wholly unsustainable and a new approach is needed, particularly when considering the sharp and consistent growth in resource requirements. The BLM must be able to use all of the tools included in the Act to manage this program in a more cost-effective manner, including the ability to conduct sales without limitation. The budget proposes to eliminate appropriations language restricting the BLM from using all of the management options authorized in the *Wild Free-Roaming Horse and Burro Act*. An estimated $4.0 million of the $10.0 million reduction will be achieved through savings resulting from unrestricted sales. The remainder of the funding decrease will be achieved by reducing gathers, reducing birth control treatments, and other activities. The long-term goal is to realign program costs and animal populations to more manageable levels, enabling BLM to reorient the WH/B program back to these traditional management strategies.

# Program Overview

## Program Components

The WH/B Program is responsible for managing wild horses and burros in accordance with the *Wild Free-Roaming Horses and Burros Act of 1971*. The Act requires the protection, management, and control of wild free-roaming horses and burros in a manner designed to achieve and maintain a thriving natural ecological balance in combination with other public land uses. Traditional WH/B Program activities include maintaining an accurate current population inventory; establishing appropriate management levels (AML) and when necessary, achieving or maintaining AML by removing animals from the range; and facilitating adoptions and other transfers. Over the past several years, the BLM has initiated extensive scientific research to develop effective strategies for the management of wild horses and burros, and this work will help the BLM as it takes action that is more aggressive on various activities to manage this program.

The WH/B program, in its current state, is unsustainable. When the Act passed, approximately 25,000 wild horses and burros existed on public lands managed by the BLM. Today, that population has nearly tripled; there are now more than 72,000 wild horses and burros found on 26.9 million acres of public lands, which has led to overpopulation in many herds. Overpopulation on the range, in addition to prolonged drought conditions, has resulted in serious detrimental impacts on effective land management, and can lead to the significant deterioration of the land and of the animals' health. Exacerbating the problems related to population growth, over the last 10 years adoption rates for wild horses and burros have dropped nearly 70 percent – in the early 2000's, the BLM was able to adopt nearly 8,000 horses and burros each year; more recently, the annual adoption totals have been closer to 2,900 per year. As a result, the BLM now houses nearly 47,000 unadopted horses and burros in off-range pastures and corrals. As the total lifetime cost for caring for a single unadopted animal is nearly $50,000 if maintained in a corral, this situation has created very serious challenges to effective cost management in the context of the bureau's competing resource needs.

To reduce the need for off-range pastures and corrals into the future, the BLM hopes to continue its efforts

---

12 Wild Free-Roaming Horse and Burro Act of 1971, P. L. 92-195 § 3.b.1.

13 Wild Free-Roaming Horse and Burro Act of 1971, P. L. 92-195 § 3.b.2.

14 Wild Free-Roaming Horse and Burro Act of 1971, P. L. 92-195 § 3.b.2.b.

15 Wild Free-Roaming Horse and Burro Act of 1971, P. L. 92-195 § 3.b.2.c.

16 Wild Free-Roaming Horse and Burro Act of 1971, P. L. 92-195 § 3.e.

to increase adoptions. Other efforts include seeking new authority to transfer animals to local, State, and other Federal agencies, as well as its use of contraceptives and moving forward with research to develop longer acting contraceptive vaccines and evaluate the feasibility and safety of spay and neuter treatments. Actions related to population growth suppression began in previous fiscal years and will continue to be supported by on-going research efforts. For example, the BLM will continue working with leading university and U.S. Geological Survey (USGS) scientists to develop more effective and longer lasting fertility control methods and overall herd management techniques. The BLM has also made significant progress in ensuring the humane treatment of wild horses and burros, including ongoing work to strengthen its comprehensive animal welfare program.

**Elements for Improving Wild Horse and Burro Program Management**

Existing wild horse and burro populations on the range far exceed what the land can sustain. The activities described above will develop new tools for managing horses and burros on healthy rangelands, including safe and effective ways to slow the explosive population growth rate of the animals and reduce the need to remove animals from the public lands. Doing so will reduce the number of animals in off-range corrals and pastures, and reduce program costs. Major proactive reforms in herd management both on and off the range are critical to meet program goals and are in part dependent upon the abovementioned Budget proposals. The following actions and reforms represent the long-term goals of the Program that will contribute to a more a sustainable program, and are consistent with and complementary to the June 2013 National Academy of Science (NAS) report:

Enhancing Adoption and Sale Opportunities

- **Transfer of Animals to Other Agencies/Countries**: The budget includes a legislative proposal that would provide authority for the immediate transfer – bypassing the current adoption process - of wild horses and burros to local, State, and other Federal agencies that use them in their programs.

- **Reducing Holding Costs**: The BLM will develop a plan to reduce the number of animals in off-range corrals and pastures through adoptions and sales without limitation. The Bureau will also continue investing in partnerships that increase adoptions by training animals and placing them with new adopters.

Controlling On-Range Populations

- **Reducing Population Growth (NAS Recommended)**: WH&Bs have few natural predators and herds increase at a rate of 15-20 percent each year and may double in size every four years. As resources allow, the BLM will continue to use available fertility control methods including contraceptive vaccines, as well as spay and neuter techniques. The BLM has initiated one pilot population growth suppression project and will continue to prioritize aggressive application of current techniques, consistent with available budget and humane treatment.

- **Developing Herd Management Area (HMA) Plans**: The BLM will continue to develop herd management area plans in the highest priority areas. Each HMA plan will define a population management prescription for appropriate population growth suppression methods (fertility control and removals) and the maintenance of AML, including consideration of low-reproducing and non-reproducing herds.

- **Continuing Research (NAS Recommended)**: Existing contraceptive vaccines are only effective

for one year, and varying terrain, wildness, and the size of herds and HMAs present logistical challenges to administering vaccines on an annual basis to maintain efficacy. The BLM began implementation of the recommendations received from the NAS in FY 2014. Population growth suppression research studies initiated in FY 2015 will continue through FY 2020 with varying completion dates. In tandem with the pilot application of spay and neuter treatments in FY 2018, the BLM will continue laboratory, pen and field studies to develop more effective population growth suppression techniques/protocols that better refine its contraception and spay and neuter methods; and continue to assess public knowledge, attitudes, preferences and values of WH/B populations and management.

Other Program Components

- **Comprehensive Animal Welfare Program**: The BLM will continue appropriate policy administration and oversight to ensure humane animal care and handling practices. The BLM will continue to develop and refine a Comprehensive Animal Welfare Program that establishes program-wide standard operating procedures; creates universal training requirements; and institutes a Care and Welfare Assessment Tool. This auditing system will help the BLM identify areas of emphasis for future training and ensure humane treatment of wild horses and burros.

- **Conducting Population Surveys (NAS Recommended)**: The BLM will continue to conduct surveys utilizing the methods developed by USGS to acquire more accurate population estimates.

- **Promoting Volunteerism in the Management of Wild Horses and Burros:** The BLM will continue public engagement by enhancing outreach, recruiting local volunteers and organizations to assist in range and herd monitoring and management, and encouraging partnerships to increase ecotourism.

- **Continuing Transparency and Openness**: The BLM is committed to transparency in all facets of the WH/B Program. This includes providing public viewing opportunities during gather operations and at holding facilities without compromising the safety of staff, members of the public, or the animals. The BLM is also committed to a proactive public information system that is both accurate and prompt.

- **Litigation**: The BLM is experiencing increased litigation, correspondence, FOIA requests and the need to provide additional personnel at gathers to host public and media visitation, all of which contribute to increased expenses.

- **Outreach and Education**: The BLM has focused an effort to inform the general public, advocacy groups, stakeholders, and Congress of the dangers of wild horse and burro overpopulation to land management and conservation objectives. Outreach has sought common ground for partnership opportunities and shared information related to the status of the wild horse and burro management. Information has been shared through biannual National Wild Horse and Burro Advisory Board meetings that are steamed live over the internet, the American Mustang Campaign, appearances at wild horse and burro symposia and forums, guest lectures, social media, the BLM website, and individual meetings.

BLM_001956



## Wild Horse and Burro Population and Action Totals

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ Off-Range Population + | 23,213 | 25,573 | 29,317 | 31,048 | 31,639 | 34,979 | 40,589 | 46,429 | 49,687 | 48,179 | 47,545 | 45,661 |
| ■ On-Range Population # | 31,760 | 31,206 | 28,563 | 33,105 | 36,940 | 38,365 | 38,497 | 37,294 | 40,605 | 49,209 | 58,150 | 67,027 |
| ■ Removed | 11,023 | 9,926 | 7,726 | 5,275 | 6,413 | 10,255 | 8,877 | 8,255 | 4,196 | 1,857 | 3,819 | 3,320 |
| ■ Adopted | 5,701 | 5,172 | 4,772 | 3,706 | 3,474 | 3,074 | 2,844 | 2,583 | 2,311 | 2,135 | 2,631 | 2,912 |
| ■ Sales | 1,468 | 645 | 423 | 351 | 791 | 543 | 871 | 402 | 65 | 87 | 267 | 204 |

+ Population as of Sept 30 each year.          # Estimated population as of Mar 1 each year.

BLM_001957

This page intentionally left blank.

BLM_001958

| | |
|---|---|
| **From:** | Bolstad, Dean |
| **To:** | Michael Reiland; Anna-Maria Easley |
| **Subject:** | More recent version of the 2012 Strategy |
| **Date:** | Wednesday, July 12, 2017 5:50:36 PM |
| **Attachments:** | Final Surnaming_ Report to Congress_06_08_2011.docx |
| | WHB strategy and report 030712 - FINAL.pdf |

Michael,

I discovered a 2012 March version.  You have a May 2011 Version.  The only trouble is that the 2012 version is a pdf.  The 2012 version different but I don't know how much.

Do some comparing before you start.  How do we convert back to word from the pdf?  I'm not sure I can find a word version.  I'll attache both the 2011 and the 2012 to this email.

Dean Bolstad

Division Chief, Wild Horse and Burro Program

Washington Office (WO-260)

(202) 912-7648 Office

(775) 750-6362 Cell

BLM_001959

BLM

**U.S. Department of the Interior**
**Bureau of Land Management**

# Report to Congress



# Wild Horse and
# Burro Program Strategy

**May 2011**



BLM_001960

# Table of Contents

**Executive Summary** ...................................................................................**5**

**Introduction** ...............................................................................................**11**

**The Bureau of Land Management's (BLM)'s New Wild Horse
and Burro Program Strategy** .......................................................**12**

**What We Heard from the Public** .............................................................................**13**
    Table 1:  Summary of Public Comments on the Proposed New Wild Horse and Burro
    (WH&B) Program Strategy (Released February 28, 2011) and the BLM's Response .....13

**The BLM's New Strategy** ........................................................................................**15**
    Overview.......................................................................................................................15
    Gathers and Removals ..................................................................................................17
    Population Suppression.................................................................................................17
    National Academy of Sciences (NAS) Study ..............................................................18
    National Environmental Policy Act (NEPA) Requirements.........................................19
    Other Management Approaches Proposed by the Public ..................................................20

**Strategy Details** ........................................................................................................**23**
    Sustainable Herds.........................................................................................................23
    Ecotourism ...................................................................................................................24
    Pastures and Partnership Sanctuaries...........................................................................24
    Place Excess Animals in Private Care .........................................................................25
    Animal Welfare............................................................................................................26
    Science and Research....................................................................................................27
    Public Outreach............................................................................................................28

**Projected Program Costs** ........................................................................................**29**
    The Bureau of Land Management's New Strategy.......................................................29
      Figure 1:  Projected Wild Horse and Burro Population Size (New Strategy) ...............29
      Figure 2:  Funding, Removals, Holding, and Adoption under New Strategy................30
    Summary of the BLM's New Strategy .........................................................................30
    Continuing the Recent Management Scenario...............................................................31
      Figure 3:  Projected Wild Horse and Burro Population Size (Continuing Recent
      Management Scenario) ................................................................................................ 31
      Figure 4:  Funding, Removal, Holding, and Adoption under the Continuing
      Recent Management Scenario........................................................................................32

BLM_001961

Comparison of the BLM's New Strategy and Recent Management Scenario..................33
Figure 5: Comparison of the New Strategy and Continuation of the
Recent Management Scenario....................................................................................33

# Program Policy and Developments .................................................34

## Overview ........................................................................................................34
Figure 6: Total Population, Removals and Funding Levels (2005 to 2010)..................34

## External Program Reviews ............................................................................34

Government Accountability Office (GAO) ....................................................34
Office of the Inspector General (OIG)..........................................................35
Advisory Board...........................................................................................35

## Appropriate Management Level (AML) ..........................................................36
Figure 7:  AML Establishment by Year by State..........................................38

## Gathers and Removals....................................................................................38
Figure 8: Wild Horse and Burro Population, Removals, Adoptions and
Funding Levels...........................................................................................39
Short-Term Corrals .....................................................................................39
Long-Term Pastures ....................................................................................39
Figure 9: Average Number of Unadopted Animals in Short-term Corrals or
Long-term Pastures and Funding Levels .....................................................40

## Herd Management...........................................................................................40
Figure 10: Herd Management Accomplishments and Funding Levels ...........41

## Herd Area History...........................................................................................42

## Livestock Use .................................................................................................44
Figure 11:  Authorized and Actual Livestock vs. Wild Horse and Burro Use .................45

## Monitoring .....................................................................................................45
Population Estimation..................................................................................45
Figure 12:  Wild Horse and Burro Population Inventory and Funding Levels..................47
Habitat Monitoring......................................................................................47
Figure 13:  HMA Monitoring and Funding Levels........................................48
Genetic Diversity Monitoring .....................................................................48

## Population Suppression (Fertility Control) ....................................................48
Porcine Zona Pellucida (PZP)......................................................................49
Adjustments to Sex Ratios and Sterilization (Stallions)................................51

## Research .........................................................................................................51
Figure 14:  Summary of Research Funding ..................................................52

Fertility Control Research.................................................................................52
Other Population Suppression Methods Considered ........................................54
Population Estimation Research ......................................................................55

**Sales and Adoptions** ..........................................................................................**55**
Figure 15:  Sales, Adoptions and Funding Levels ..........................................55
Sales ...............................................................................................................55
Save the Mustangs Fund .................................................................................56
Adoptions ........................................................................................................56
Figure 16:  Summary of Adoption Program Initiatives and Results...............56
Volunteers .......................................................................................................57
Figure 17:  Volunteer Hours and Their Economic Value ...............................57
Compliance and Enforcement .........................................................................58
Figure 18:  Adoption Compliance and Funding Levels..................................58
Environmental Education.................................................................................58

**Mustang Heritage Foundation** ........................................................................**59**
Extreme Mustang Makeover Events ...............................................................59
Trainer Incentive Program ..............................................................................60
Youth and Yearling Program ...........................................................................60
Youth Employment Program ...........................................................................60
Adoption Success ............................................................................................61
Figure 19:  Adoption Success (WHBPS Data for 2007–2010).......................61

**Wild Horse and Burro Program System** ........................................................**61**

**Animal Welfare**....................................................................................................**62**
Transparency...................................................................................................62
Public Observation..........................................................................................62
Animal Care and Welfare Assessment ...........................................................63
Use of Helicopters to Assist in Wild Horse and Burro Capture .....................64
Mortality .........................................................................................................65

**Summary** ..........................................................................................**66**

**Bibliography**....................................................................................**67**

**Appendix**...........................................................................................**69**

Appendix 1:  Summary of GAO's Findings, Recommendations and the BLM's
Response ...........................................................................................................70

Appendix 2:  Summary of Office of the Inspector General's Findings,
Recommendations, and the BLM's Response ..................................................72

Appendix 3:  Principle Reasons Some Herd Area (HA) Acreage is Not Managed for
Wild Horse and Burro Use Today ..................................................................................74

# Executive Summary

This report formally presents the Bureau of Land Management's (BLM's) strategy for future wild horse and burro management as directed in the Fiscal Year (FY) 2010 Department of the Interior, Environment, and Related Agencies Appropriations Act (P.L. 111-88).  The report also provides a summary of other program policy and developments for FY 2005 through FY 2010, as required by the 1971 Wild Free-Roaming Horses and Burros Act (WFRHBA).

## The 2011 Wild Horse and Burro Program Strategy

The BLM's new strategy builds on the concepts presented in the Interior Secretary's October 2009 national initiative to create a cost efficient and sustainable Wild Horse and Burro Program. Proposed are fundamental changes for managing wild horses and burros that place greater emphasis on the use of multiple population suppression methods to achieve and maintain wild horse and burro population numbers at Appropriate Management Levels (AML) as required in the WFRHBA. As part of this increased emphasis, the BLM will continue research into various population suppression agents, methods or techniques, including efforts to develop a longer lasting (3 year to 4 year) fertility control agent.

Over the long term, the use of safe, effective, and humane population suppression methods will become the principal means the BLM uses to maintain wild horse and burro population size in balance with the forage and water that is available on Western rangelands.  With lower reproduction rates on the range, fewer gathers would be needed, fewer excess animals would require removal from the range, and over time, removal numbers will better balance with society's ability to absorb the annual increase through adoption or sale. The result will be fewer unadopted or unsold animals requiring long-term care. This approach has the potential to substantially reduce costs over the long-term.  More specifically, the BLM will:

- **Reduce the number of on the range pregnancies** by implementing population suppression methods that include the use of fertility control, adjustment of sex ratios to favor males, and management of non-reproducing herds or herd components. Over the next two years, pending sufficient budget allocations, the BLM will substantially increase the number of mares treated with Porcine Zona Pellucida (PZP) fertility control (from about 500 per year during 2004 to 2009 to as many as 2,000 mares per year) and adjust herd sex ratios in favor of males through the release of greater numbers of stallions or geldings in some Herd Management Areas (HMAs). The BLM will work closely with the Humane Society of the United States (HSUS) to implement and monitor this expanded effort.
- **Temporarily reduce the number of wild horses removed from the range** from 10,000 animals to 7,600 per year beginning in Fiscal Year (FY) 2012, as a review of the Wild Horse and Burro Program by the National Academy of Sciences (NAS) is carried out. During this time, the BLM will maintain the number of animals on the range at approximately 38,500.  While the BLM is concerned that forage limitations may require the removal of more than 7,600 animals in case of drought or other emergencies, it has

decided to adopt this more conservative gather approach pending the findings of the NAS study.

- **Call on the NAS** to review the science related to BLM's current policies and make recommendations on ways to better manage wild horse and burro population dynamics while taking into account the BLM's multiple use mandate.  The review will be completed in FY 2013.
- **Increase the number of wild horses adopted** by members of the public from 3,000 to 4,000 or more, annually, through expanded partnerships to train wild horses without a Federal investment in infrastructure.  Existing training programs and partnerships would continue.
- **Ensure that the animals in BLM's care are treated humanely** by conducting thorough reviews and adding appropriate controls to the agency's policies and contracts for gathers, short-term and long-term holding.
- **Solicit and evaluate opportunities for partnerships for eco-sanctuaries** that are intended to provide cost effective, humane, and long-term care for unadopted and unsold wild horses. These eco-sanctuaries will provide a place to help educate the public on wild horse and provide another outlet to potentially adopt and train horses.
- **Enhance public outreach** by recruiting local volunteers to assist with monitoring range land health and animal health. Assisting with range projects and potentially helping with research projects.
- **Improve transparency and openness** by reaffirming the BLM's commitment to transparency in all facets of the wild horse and burro program.  This includes increased public viewing opportunities during gathers and at short-term corrals and long-term care facilities to the greatest extent possible without compromising the safety of the people or the animals. The BLM is also committed to the accurate, prompt, and public release of information related to the program.

The new strategy assumes appropriations of about $75 million over the next four years (equivalent to the President's FY 2011 funding request) and embodies the BLM's commitment to work toward a common goal with all stakeholders to protect the ecological integrity and health of Western rangelands, while ensuring that healthy, diverse herds of wild horses and burros are preserved for future generations to enjoy.  A temporary reduction in removals of excess wild horses and burros from the public lands has been proposed to accomplish the goals outlined in the new strategy.  This will allow the BLM to shift funding to immediate priorities, such as increasing fertility control, boosting adoptions, and increased research.

The BLM's approach provides the time needed to consider recommendations from the NAS on a number of key scientific questions and challenges regarding future wild horse and burro management.  At the conclusion of the NAS study, the BLM will carefully evaluate each recommendation to determine if it is (1) in conformance with existing Federal law and (2) in conformance with the BLM's existing Resource Management Plans (RMP's). Recommendations in conformance with RMP's and existing legislation would be considered for implementation.  If recommended action(s) are not in conformance with Federal law, the BLM would need to coordinate with Congress for consideration of legislative changes.  If the recommended action(s) are not in conformance with the BLM's existing RMPs, the BLM would be required to amend these plans and complete an appropriate environmental analysis (on a case by case basis or on a

national level) before the changes could be implemented. This process is defined in 43 CFR part 1600.

# Public Involvement

As part of the BLM's continuing commitment to work with our stakeholders to achieve a common goal, a strategy development document was released for review on June 3, 2010. Approximately 9,000 individuals, groups, and agencies offered opinions and suggestions during the 90 day comment period.  While opinions were divergent, the BLM used the feedback received to develop a proposed new strategy for managing wild horses and burros.

Details of the proposed new strategy were released to the public on February 28, 2011.  More than 43,000 comments were received during the 30 day review period.  The BLM also asked the National Wild Horse and Burro Advisory Board for their recommendations.  No substantive new issues or information were identified from the public comments or the advisory board recommendations.  The vast majority of the comments pertained to issues or information already identified and addressed in the BLM's proposed strategy.  However, several of the comments were particularly helpful to the BLM in refining and clarifying specific elements of the new strategy.

# Program Policy and Developments

During FYs 2005–2010, the BLM implemented a number of management actions to improve the management of America's wild horses and burros, including the following:

- Revising manual directives and issuing a Wild Horses and Burros Management Handbook to ensure that the factors considered in future AML revisions will be consistent across all Herd Management Areas (HMA).
- Accounting for, and explaining the reasons, that 15.5 million acres of public land within the original 1971 Herd Areas are no longer managed for wild horse and burro use.
- Doubling the funding for aerial population inventory, issuing policy guidance recommending the use of mark re-sight, using photographs and simultaneous double count with sightability bias correction as the principle methods for estimating wild horse and burro population numbers, and requiring that at a minimum population surveys should be conducted every 2 years whenever possible, and within 6 months to 12 months prior to a proposed gather and removal.
- Issuing policy guidance requiring the authorized officer to analyze a range of alternatives during gather or HMA planning to reduce population growth rates for wild horse herds with average growth rates of greater than or equal to 5 % per year.
- Expanding the use of fertility control by proposing implementation of catch, treat, and release gathers to apply 22 month Porcine Zona Pellucida (PZP-22) vaccine to captured mares or adjust herd sex ratios to favor males.

- Increasing research funding by nearly four times and expanding efforts to develop a longer lasting fertility control agent.
- Given declining demand for untrained wild horses, entering into partnerships and increasing the funding available to the Mustang Heritage Foundation and other partners to increase the number of trained animals offered for adoption.
- Deploying a redesigned Wild Horse and Burro Program System database to serve as the primary records for the Program.
- Increasing the Wild Horse and Burro Program's transparency by reporting on the BLM website the results of and significant numbers associated with gather operations, short-term holding facility, long-term holding facility, sales and adoption.
- Providing opportunities for the public and media to observe gathers from designated viewing points. The BLM will continue hosting formal observation days through advance appointments at short-term facilities and provide opportunities to view wild horses in contracted long-term holding pastures through an annual tour of several facilities. BLM will post video and photographs of facilities and gather to the BLM's website for the public to view.
- Expanding our commitment to ensure the humane treatment of the wild horses and burros in our care by implementing three pilot projects that provide for independent review of our animal care and handling practices by credentialed observers and incorporating their findings into a Comprehensive Animal Welfare Program (CAWP).
- Incorporating findings from reviews by the Government Accountability Office (GAO, 2009) and the Office of Inspector General (OIG, 2010) into Wild Horse and Burro Program management.

## Summary

Some areas consensus were identified during the strategy development process, however a number of very different, and often conflicting, approaches for future wild horse and burro management were also identified. These differences ranged from increasing or decreasing the number of wild horses and burros on the range, to provide greater forage allocations for wild horse and burro and reducing those for other uses such as livestock grazing. Many of these suggestions cannot be implemented without amendments to the BLM's existing RMPs or require changes in existing Federal law. As a result, the BLM has proposed a new strategy that can be implemented while the NAS study is being completed.

Implementation of the BLM's new strategy is dependent on appropriations of $75 million over the next four years (FY 2011 through FY 2014). Reduced funding levels would directly impact the BLM's ability to substantially increase fertility control treatment, boost adoptions, and remove excess animals in sufficient numbers to protect land and animal health. The current (February 2011) estimated population in ten Western states is approximately 38,000 and is expected to increase by about 20 % following foaling in the spring 2011, to about 46,200 animals.

The removal of at least 9,300 excess animals during summer 2011 and fall/winter 2011-2012 would be needed to return wild horse and burro populations to the current level of about 38,500 animals prior to the 2012 foaling season. To meet the goal of treating as many as 2,000 mares

9

per year with fertility control, the BLM would need to capture an additional 4,000 animals above the 7,600 identified for  removal and then release the animals back to the range following treatment of the captured mares with PZP fertility control. This is based on the assumption that the ratio of male to females capture would be 1:1 and that 80% of the mares gathered would be of the appropriate age for treatment.

The option of humane euthanasia or sale without limitation  has been ruled out and is not open to consideration.  Based on this choice, the BLM would expect that by FY 2014 about 62 % of the requested appropriated funding would be dedicated to the long-term and humane care of about 52,000 unadopted and unsold wild horses.  Beginning in FY 2012, the BLM's goal would be to care for many of these animals in more cost effective ecosanctuaries through Cooperative Agreements (CA's) or Farm Service agency pasture programs.  To provide adequate capacity, the BLM would also expect to maintain existing short-term corrals and long-term pasture contracts.

If funding limits the BLM's ability to remove a minimum of 7,600 animals per year, (wild horse and burro population numbers continue to grow at an average rate of about 20 % per year) the population would soon exceed 66,500 animals on the range. (Refer to the table below to see how various removal rates could influence wild horse and burro numbers over the next four years). Allowing populations to escalate beyond current levels would not only negatively impact other multiple uses, but would threaten the ecological integrity of public rangelands, placing the West's native wildlife, including threatened and endangered species, as well as the wild horses and burros themselves, at risk. (Note: On the range poulations are estimated each year on February 28th, which is prior to the foaling season.)

| Fiscal Year | Estimated On the range Wild Horse and Burro Populationsas | | |
|---|---|---|---|
| | No Removals | Removals of 3,800 Per Year | Removals of 7,600 Per Year |
| 2012 | 46,196 | 41,046 | 36,896 |
| 2013 | 55,436 | 45,455 | 38,526 |
| 2014 | 66,523 | 50,746 | 38,631 |

The BLM cannot rely solely on the application of PZP-22 immunocontraceptive to control wild horse and burro population size at this time.  Based on current technology, the most practical and effective way to apply fertility control is to capture wild horse herds through helicopter gathers and administer PZP-22 vaccine to the mares while they are restrained in a chute, then release the mares back to the range.  To maintain infertility, wild horse herds would need to be re-captured and re-treated every two years. This level of capture and treatment would be very costly.  More frequent capture and handling would also result in increased impacts to individual horses and herd social behavior and make the animals increasingly difficult to capture over time as their sensitivity to the helicopter is reduced.

Closing areas of the public lands to livestock grazing and other uses would not be practical or effective either. Wild horse and burro populations would continue to grow, expanding to other

10

areas of the public lands and quickly exceed the limits of the land, the boundries established in the 1971 WFRHBA and in the BLM's existing RMPs.

Ultimately, placing the Wild Horse and Burro Program on a sustainable track will depend on careful consideration of the findings from the National Academy of Sciences review. The NAS findings, together with ongoing research into the development of longer lasting fertility control agent(s), methods, or techniques, will be important keys for long-term success of the Wild Horse and Burro Program and will be critical final step for developing a sustainable management program for America's wild horses and burros.



The BLM's top priority is to ensure the health of the public lands so that the species depending on them — including the nation's wild horses and burros — can thrive.

# Introduction

The Bureau of Land Management (BLM) faces profound challenges in managing wild horse and burro populations in the West.  Although fertility control and other measures are implemented to slow herd growth rates, population size can double approximately every four years. The BLM currently (February 2011) estimates that approximately 38,500 wild horses and burros inhabit the 10 Western states, exceeding the current established Appropriate Management Level (AML)  by nearly 12,000 animals. Wild horse and burro overpopulation can have adverse affects on not only the wild horse and burro populations itself but can also have profound impacts rangeland vegetation. These impacts threaten the quality and quantity of forage and water available for other domestic and wildlife species. These include game and nongame species as well as state and federal, threatened, endangered and sensitive species. These species are extremely vital for the BLM to manage to comply with its multi use mission.

To protect the health of the land and the animals, the BLM regularly removes excess wild horses and burros and makes them available for adoption.  Adoptions have declined in recent years as a result of different social and economic factors. These factors have made Americans less willing to purchase or adopt untrained wild horse.  Because the adoption rate has not kept pace with the number of animals gathered, today there are about 41,000 excess wild horses in short-term corrals or long-term pastures.

The BLM does not euthanize or sell "without limitation," healthy, wild horses.   While these actions are authorized under the WFRHBA, Congress prohibited the use of appropriated funds for this purpose between 1988 and 2004 and again in 2010.  This choice reflects the public's values and passion for America's wild horses and burros. This also creates a considerable economic burden to the American taxpayer.

12

In Fiscal Year (FY) 2008, the cost to care for excess wild horses was about $28 million. This represents approximately 3/4 of the BLM's appropriated Wild Horse and Burro Program budget. In FY 2011, the BLM's Wild Horse and Burro Program requested appropriations of nearly $76 million in the President's Budget. The BLM estimates about 61 % of the requested funding or $48 million will be spent to care for unadopted or unsold wild horses.  This represents an increase of nearly $20 million over the past four years.  These costs are unsustainable and the BLM's challenge is to find a long term management solution that will reduce the number of excess animals both on the range and in short-term or long-term holding facilities. This will in turn substantially decreasing the Wild Horse and Burro Program costs.

FY 2009, the GAO found that the budget increases necessary to pay for caring for so many unadopted or unsold horses were not sustainable and recommended the BLM find effective long-term options (GAO-09-77).

FY 2010 the Department of the Interior, Environment, and Related Agencies Appropriations Act (P.L. 111-88) directed the BLM to prepare a comprehensive, long-term plan and policy for wild horse and burro management.

In December 2010, the OIG found that the BLM's gathers to remove excess wild horses and burros were necessary and humane.  The OIG made three recommendations:  1) to move forward with the Secretary's initiative; 2) to develop improvements that focus on science and research to slow population growth rates; and 3) to minimize and reduce the need for short and long-term holding.  The OIG encouraged the BLM to implement best science practices and to pursue new research for wild horse and burro management, as recommended by the National Academy of Sciences.

The purpose of this report is to:

- Present the Bureau's strategy for future management of wild horse and burros as directed by the FY 2010 Interior Appropriations Act conference report; and

- Provide a summary of other program policy and developments that occurred during the period covering FY 2005 to FY 2010 as required by the WFRHBA.



To maintain land and animal health, the BLM must remove thousands of excess wild horses and burros from the range every year.

# The BLM's New Wild Horse and Burro Program Strategy

## What We Heard from the Public

On February 28, 2011, the BLM released the details of a proposed strategy for the future management of America's wild horses and burros.  More than 43,000 individuals, groups and agencies provided comments during the 30 day review period.  Substantive public comments were incorporated into a comprehensive summary to facilitate review and analysis of the comments received.  Through this process a total of 42 summary comments were identified.  Each of the summary comments was then carefully reviewed to determine if there were new (not previously identified) issues or information that the BLM should incorporate into the new strategy.  The preponderance of public comments concerned the Sustainable Herds element of the strategy.  The National Wild Horse and Burro Advisory Board also reviewed the proposed strategy and made recommendations to the BLM during their meeting in Phoenix, Arizona on March 10-11, 2011.

No significant new issues or information were identified.  Although the majority of the comments pertained to issues or information previously addressed in the BLM's proposed strategy, several of the comments and recommendations were particularly helpful in assisting the BLM to refine and clarify specific elements of the new strategy.  A brief summary of the public comments and the BLM's response is provided in Table 1.  For detailed information, refer to www.blm.gov (this information will be posted following submission of the Report to Congress.)

**Table 1:  Summary of Public Comments on the Proposed New Wild Horse and Burro (WH&B) Program Strategy (Released February 28, 2011) and the BLM's Response**

| Strategic Theme | What We Heard from the Public | The BLM's Response |
| --- | --- | --- |
| Sustainable Herds | Many asked the BLM to implement a gather moratorium or to temporarily halt removals until the NAS study is complete.  Others reminded the BLM of its legal responsibilities to maintain WH&B population size within AML and identified the need to meet NEPA requirements prior to strategy implementation.<br><br>A number of commenters suggested specific topics the NAS should address.  Many supported the use of PZP fertility control, while others felt the BLM needs to amend its standard operating procedures concerning the use of this vaccine.  Before conducting further removals, many suggested the BLM make more forage available | Requests for a gather moratorium or to temporarily halt removals were considered during development of the Proposed Strategy (page 6-7).  The strategy has been refined to:  (1) clarify that a greater emphasis will be placed on the use of multiple population suppression techniques in order to maintain WH&B population size within AML and (2) clarify the actions subject to site specific NEPA analysis or land use plan amendments prior to implementation.<br><br>The strategy has also been refined to explain the scope of the NAS study and how the BLM plans to evaluate and implement any recommendations.  Pending the NAS review of scientific information |

| | | |
|---|---|---|
| | for WH&B use by taking actions to reduce or eliminate livestock use, return WH&B's to zeroed out Herd Areas, etc.  Others reminded the BLM of its multiple use mission and urged WH&B population size be balanced with other uses as outlined in existing RMPs.

A number of commenters suggested that WH&B population size should be controlled through predation or other natural processes, while others felt this would be cruel and inhumane.  Many commenters felt helicopter gathers were cruel and inhumane and preferred the use of natural controls or bait and water trapping gather techniques.  Many felt the BLM's estimates of population size are not credible and requested independent verification of the numbers.  Others encouraged the BLM to ensure herds are genetically diverse and asked the BLM to consider the importance of family band structure in future management.  There was strong support for rangeland monitoring using methods based on current best science.  Others supported the use of volunteers to assist in monitoring the health of the herds and the rangelands they inhabit, but encouraged the BLM to first ensure that the volunteers are properly trained and that data must be collected using approved BLM methods. | relative to these topics, the BLM will determine if any policy changes are needed.   In addition, the BLM plans to provide better information on law and policy and how these guide forage allocations to WH&B, wildlife, and livestock.

The BLM considered predation or other natural processes as the primary means for controlling population size, and concerns about helicopter use during development of the Proposed Strategy (page 6-7). The BLM has clarified the strategy with respect to the use of bait and water trapping. In developing the new strategy, concerns about family band structure and requests for independent verification of WH&B numbers were also considered.  The strategy has been refined to emphasize the BLM's interest in working with volunteers. |
| **Ecotourism** | Many supported development of ecotourism opportunities, but some encouraged the BLM to do so in a manner that is minimally intrusive to WH&B.  Others felt these efforts should be compatible with the BLM's multiple use mission and that private individuals or organizations should be responsible for developing ecotourism opportunities without governmental funding. | Ecotourism was addressed in the Proposed Strategy (page 8.).  The strategy has also been refined to clarify that such opportunities will be implemented in a manner that is minimally intrusive to WH&B. |
| **Pastures and Partner-ships** | Many supported establishment of partnership sanctuaries and urged the BLM to move forward immediately to implement this element of the strategy.  Others felt Farm Service Agency Pasture programs and marketing long-term pasture contracts would be more cost effective for the taxpayer.  Still others opposed the use of taxpayer funds to hold unadopted or unsold WH&B and suggested that if private individuals want to care for these animals, they should do so at their own expense. | The BLM is already moving forward with this element of the strategy and posted a request for applications for partnership eco-sanctuaries on www.grants.gov in March.  Cost savings will be one of the criteria the BLM considers when evaluating each proposal.  The BLM is also interested in partnering with the American Farm Bureau Federation and the Farm Services Agency pending results of the eco-sanctuary effort outlined above, as appropriate. The BLM also plans to increase the number of WH&B that are adopted or sold to good homes. |
| **Place Excess Animals** | There was strong support for making more trained animals available for adoption and for expanded partnerships, including fully funding | The BLM considered making more trained animals available for adoption and for expanded partnerships in developing the Proposed Strategy |

| into Private Care | the BLM's partnership with the Mustang Heritage Foundation. | (page 9-10). The BLM will explore incremental increases in funding for the Mustang Heritage Foundation and other partners based on their ability to perform (i.e., increase the number of successful adoptions). |
|---|---|---|
| Animal Welfare | There was strong support for the development and implementation of a comprehensive animal welfare program (CAWP), including external reviews of the BLM's animal care and handling practices by qualified professionals. Some also asked the BLM to make specific changes in the gather and holding contracts, as well as standard operating procedures immediately. | Development and implementation of a CAWP was addressed in the Proposed Strategy (page 10-11). To ensure the animals in our care are treated humanely, the BLM is committed to a continuous improvement process that also incorporates a continuing education program for employees, volunteers, and contractors and to adding appropriate controls to the agency's policies and contracts for gathers, short-term and long-term holding. |
| Science and Research | There was strong support for science and research, particularly with regard to methods for slowing population control growth. However, many urged the BLM to be careful to ensure the agents that are being tested are safe, with limited impacts to individual animal and herd behavior. | Fertility control research was considered in the Proposed Strategy (page 11). This was further refined in the Strategy. The BLM's Strategic Research Plan (2003) identifies fertility control research as a high priority. Research plans for specific drugs or agents are tiered to this plan. The BLM will determine if scientific information from the NAS review indicates that policy changes are needed or the Strategic Research Plan should be modified. |
| Public Outreach | Many supported the goals and objectives for Public Outreach and commended the BLM on the progress made. Some cautioned that a key element of this outreach must include the BLM's legal responsibilities to balance WH&B use with the land's capacity and other multiple uses. Others asked the BLM to incorporate specific suggestions to further improve public outreach and to make all aspects of the WH&B Program transparent. | Under the strategy, the BLM will reaffirm throughout the agency a fundamental commitment to transparency in all facets of the wild horse and burro program. This will include continued efforts to improve the ability of the public to observe WH&B operations with public safety and minimal intrusiveness to operations in mind. On a pilot program basis, the BLM will also consider adding webcast cameras in certain locations to test feasibility, costs and public response. The BLM is also committed to doing a better job of providing web based information to all audiences and will post mortality information on the national WH&B website. |

# The BLM's New Strategy

## Overview

The BLM's new strategy places greater emphasis on the use of multiple population suppression methods and techniques in order to achieve and maintain wild horse and burro population size within AML. By achieving and maintaining AML, the BLM will ensure these arid lands continue to support healthy and diverse herds of wild horses and burros in balance with other multiple uses for future generations to enjoy. As part of this increased emphasis, the BLM will

continue research into various population suppression agents, methods or techniques, including efforts to develop a longer lasting (3 year to 4 year) fertility control agent.

Ultimately, as technology and methods improve, the BLM intends to use a wide range of safe, effective, and humane population suppression agents, methods and techniques as the principle means for maintaining wild horse and burro population size in balance with the forage and water resources available. These include fertility control, adjustment of sex ratios to favor males, and management of non-reproducing herds or herd components.  Fewer gathers would be needed and fewer excess animals would require removal from the range in order to protect land and animal health.  Over time, this will allow the BLM to better balance the number of excess animals removed from the range with society's ability to provide qualified and caring homes. The result will be fewer unadopted animals in short-term corrals and long-term pastures.

Other key elements of the new strategy include:

- **Call on the NAS** to review the science related to BLM's current policies and make recommendations on ways to better manage wild horse and burro population dynamics while taking into account the BLM's multiple use mandate.  The review will be completed in FY 2013.
- **Increase the number of wild horses adopted** by members of the public from 3,000 to 4,000 or more, annually, through expanded partnerships to train wild horses without a Federal investment in infrastructure.  Existing training programs and partnerships would continue.
- **Ensure that the animals in BLM's care are treated humanely** by conducting thorough reviews and adding appropriate controls to the agency's policies and contracts for gathers, short-term and long-term holding.
- **Solicit and evaluate opportunities for partnerships for eco-sanctuaries** that are intended to provide cost effective, humane, and long-term care for unadopted and unsold wild horses. These eco-sanctuaries will provide a place to help educate the public on wild horse and provide another outlet to potentially adopt and train horses.
- **Enhance public outreach** by recruiting local volunteers to assist with monitoring range land health and animal health. Assisting with range projects and potentially helping with research projects.
- **Improve transparency and openness by** reaffirming the BLM's commitment to transparency in all facets of the wild horse and burro program.  This includes increased public viewing opportunities during gathers and at short-term corrals and long-term care facilities to the greatest extent possible without compromising the safety of the people or the animals. The BLM is also committed to the accurate, prompt, and public release of information related to the program.

The BLM's new strategy builds on the concepts outlined in the Secretary's October 2009 Initiative that was intended to place the Wild Horse and Burro Program on a more sustainable track.  The most notable modifications to the Secretary's Initiative are:  1) local community support/partnerships and ecotourism elements are emphasized to increase the public's awareness and sense of ownership of all the HMAs rather than selected Treasured Herds; and, 2) solicitation of partnership eco-sanctuaries for the cost effective, long-term care of unadopted wild horses as an alternative to federally acquired "preserves."

The new strategy assumes appropriations of about $75 million over the next four years (equivalent to the President's FY 2011 funding request) and embodies the BLM's commitment to work toward a common goal with stakeholders to protect the ecological integrity of Western rangelands, while ensuring that healthy, diverse herds of wild horses and burros are managed in accordance with existing laws while taking into consideration the BLM's multi use mandate of for management of public lands.

## Gathers and Removals

A temporary reduction in the number of animals removed from the range is necessary to free up essential funds that will enable the BLM to implement certain components of the strategy, such as increasing applications of fertility control, training more wild horses to boost adoptions, and conducting more research, under available resources.  Beginning in Fiscal Year (FY) 2012 and during the period of time the NAS study is being conducted, the BLM plans to remove approximately 7,600 excess animals annually from Western public rangelands. This is a reduction in the number of individuals removed under the current scenario of approximately 10,000 per year.  This temporary reduction in removals is intended to temporarily maintain the number of wild horse and burros on the range at about 38,500 animals pending the findings of the NAS..

If an unforeseen situation presents itself the number of animals removed could exceed 7,600 animals per year. Some examples of these situations are extreme drought or wildfires. If these types of situations present themselves then Emergency Gathers would be needed to protect the animals. During this time, the BLM will work collaboratively with state and local governments, Native American tribes, and other interested individuals and groups to prioritize and schedule gathers in areas where land health, animal welfare and public health and safety are the greatest concerns.  The BLM also plans to continue to monitor on the ground conditions and take appropriate actions based on monitoring results, if necessary.  The BLM will continue to prepare environmental assessments, with public participation, before gathers are conducted.

## Population Suppression

Pending sufficient budget allocations, the BLM proposes to reduce the number of on the range pregnancies by implementing multiple population suppression methods and techniques, including the use of fertility control, adjustment of sex ratios to favor males, and management of non-reproducing herds or herd components.  As part of the increased emphasis on population suppression, the BLM plans to substantially increase the number of mares treated with PZP fertility control over the next two years, from about 500 per year from 2004 to 2009 to as many as 2,000 mares. The BLM also plans to remove more females from the range and replace them with geldings or stallions in some HMAs a practice known as sex ratio adjustment. Few reproductively viable females on the range will reduce the foal crop each year.

# National Academy of Science Study

The BLM has asked the NAS to conduct an independent, technical analysis of the Wild Horse and Burro Program and to make recommendations regarding future management practices and present research needs.  The NAS will review three prior reports (completed in 1980, 1982, and 1991) as relevant background information for the current study and will also review relevant scientific research conducted since the time of the last report.

Created by a Congressional Charter signed by President Lincoln in 1863, the NAS is a federally chartered non-profit institution dedicated to the furtherance of science and its use for the general welfare.  Although the NAS is a private non-profit corporation, it is called upon by the terms of the Congressional Charter to act as an official, yet independent, advisor to the federal government in the areas of science and technology.  The NAS has the ability to play a unique role in advising the Federal government and has the ability to obtain the participation of highly qualified scientists from around the world.  The selected scientists serve without pay (i.e., volunteer their time).  The NAS has also established a rigorous process to ensure impartial results (objectivity).  The NAS is a not for profit institution, which has no financial interest or power of decision over the BLM or other entities and has no executive or regulatory authority.  Finally, the NAS has a history of successfully bringing together individuals with a wide range of expertise to study issues that involve sharply divergent and well fixed points of view.

Among the key scientific challenges and questions the BLM has asked NAS to address are:

- **Population Estimation**:  The BLM understands the importance of obtaining accurate estimates of wild horse and burro population size.  As a result, NAS has been asked to identify the best methods to estimate wild horse and burro herd numbers, the margin of error for those methods, and whether there are better techniques than those the BLM currently uses to estimate population numbers. For example, could genetics or remote sensing using unmanned aircraft be used to estimate population size and distribution?

- **Genetic Diversity:**  The NAS has been asked to review available information about the genetic diversity of wild horse and burro herds, to evaluate what that information indicates about long-term herd health from a biological and genetic perspective, and to identify the management actions the BLM could take to achieve an optimal level of genetic diversity if it is too low.

- **Population Growth Rates:** The NAS has been asked to evaluate estimates of annual population growth rates, including factors affecting the accuracy of and uncertainty related to the estimates. As part of this question, the NAS will review current science to determine if wild horse and burro populations would regulate themselves (self limit) before land and animal health would be compromised.

- **Predator Management**:  Although predator management is the responsibility of the U.S. Fish and Wildlife Service or State wildlife agencies, NAS has been asked to determine if there is evidence that predators could effectively control wild horse and burro population size in the West.

- **Fertility Control (Mares and Stallions):**  The NAS will evaluate scientific information related to the effectiveness of fertility control in preventing pregnancies in mares and reducing population growth, and whether there are other fertility control agents or population control methods for either mares or stallions that would be effective in slowing population growth.  For example, should the BLM consider castration or vasectomies in stallions, or spaying mares?

- **AML Establishment or Adjustment:**  The NAS has been asked to evaluate the scientific basis for determining AMLs as described in the 4700-1 Wild Horses and Burros Management Handbook.  For example:  are there other science based approaches to AML adjustment the BLM should consider?

- **Societal Concerns:**  Lastly, the NAS has been asked if there are options that would allow the BLM to better bridge societal differences about wild horse and burro management, while using the best available science to protect land and animal health.

At the conclusion of the NAS study, the BLM will carefully evaluate each recommendation received to determine if it is 1) in conformance with existing Federal law, and 2) in conformance with the BLM's existing land use plans (Resource Management Plans or RMP).

- Recommendations that are in conformance with RMPs and existing legislation would be considered for implementation.
- If recommended action(s) are not in conformance with Federal law, the BLM would need to coordinate with Congress for consideration of legislative changes.
- If the recommended action(s) are not in conformance with the BLM's existing RMPs, the BLM would be required to amend these plans and complete additional site specific environmental analysis (on a case by case basis or on a national level) before the changes could be implemented.

Depending on the nature of the recommendations the NAS provides, the BLM could determine there is a need to prepare a comprehensive (national level) EIS. Through the EIS process, a range of alternatives for future wild horse and burro management would be considered.  Each would represent very different choices and outcomes for America's wild horses and burros and a broad range of potential social, economic, and environmental impacts.  A thorough analysis of potential cumulative impacts would also be made.

# National Environmental Policy Act Requirements

Many of the actions identified in the BLM's new strategy cannot be implemented until site specific environmental analysis has been completed in conformance with NEPA requirements. Examples include:  proposals to gather and remove excess animals; proposals to implement population suppression methods and techniques, including use of fertility control, adjustments to herd sex ratios, and non-reproducing herds or herd components.  Decisions on where and when these types of actions would take place would be made following appropriate NEPA analysis.

Some actions may also require amendments to the BLM's existing RMPs before they could be implemented.

Some of the identified actions involve administrative decisions that are not subject to NEPA including:  budget requests, staffing decisions, entering into partnerships to boost adoptions, or development and implementation of a CAWP.

## Other Management Approaches Proposed by the Public

Many of the management approaches suggested by the public would result in the type of changes that would require the BLM to amend existing RMPs, and complete appropriate NEPA analysis before they could be implemented.  Changes to existing Federal laws may also be needed.  The other management approaches, which are not fully included in the new strategy, but were proposed by the public include:

- A suggestion to euthanize or sell, "without limitation," unadopted wild horses.  While humane euthanasia and sale without limitation of healthy horses for which there is no adoption demand is authorized under the WFRHBA, Congress prohibited the use of appropriated funds for this purpose between 1988 and 2004 and again in 2010, and this language is carried into the FY11 Continuing Resolution.  This choice reflects the public's values and passion for America's wild horses and burros, and is not under consideration.

- Another suggested management approach was to return unadopted wild horses to Herd Areas (HAs), or to expand the areas of the public lands designated for their use.  Decisions to return unadopted horses to HAs would require the BLM to amend existing land use plans and complete appropriate NEPA analysis on a case by case basis, or on a national level.  Designating lands for wild horse and burro use that are outside the 1971 HA boundaries would require changes to the WFRHBA.

- Some suggested a management approach in which wild horses and burros and wildlife would be the principal use of the public lands, and other uses would be reduced or eliminated.  These types of actions would require the BLM to amend existing land use plans in accordance with the NEPA and applicable Federal regulations and could also require changes to Federal law.

- Others suggested a management approach that would rely on the sole use of fertility control to manage wild horse and burro population size (i.e., no further gathers to remove excess animals).  Under the new strategy, the BLM will conduct research into the use of different fertility control agents or other population suppression measures.  The goal for this research will be to develop safe, humane, longer lasting and more effective methods for controlling population size.

- Allowing populations to regulate themselves through starvation, disease or predators to control wild horse and burro population size was also suggested.  The BLM has asked the NAS to review the Wild Horse and Burro Program to determine if there is credible scientific

evidence that population "self regulation," and/or predation would be effective in controlling wild horse and burro population size before land and herd health is compromised.

- Another suggested management approach would suspend the use of helicopters to assist in the gather and removal of excess wild horses and burros. The OIG (2010) found that gathers to remove excess wild horses and burros were necessary and humane. A recent review of gather statistics also indicates that gather related mortality in FY 2010 was limited to less than one-quarter of one % (0.24%) of the total number captured which is very low when handling wild animals. Based on the results of these reviews, the BLM will continue to use helicopters to assist in the removal of excess wild horses and burros when it is determined through gather planning that it is the safest, most effective, and most humane manner of doing so.

- Some commenters suggested the BLM manage wild horses and burros in the future by implementing a reserve design. Under this approach, wild horses and burros would be allocated large areas of the western landscape. Population size would be regulated through natural processes. This approach would require changes in existing Federal law.

- Some suggested that future management of wild horses and burros be based on family band structure and herd social dynamics. However, the makeup of individual bands is a dynamic and ever changing aspect of herd social behavior. Research indicates that 9 to 30 % of mares change bands (Rutberg, 1990; Singer et.al., from the 2002 United States Geological Survey Expert Panel Report). Band structure can be made up of a lead stallion and secondary stallion, as well as bachelor bands that contribute to breeding. Research further suggests that $1/3^{rd}$ of foals are sired by non-harem stallions (National Research Council, 1991, and Bowling and Touchberry from the 2002 U.S.G.S. Expert Panel Report). Eagle et.al, 1993, discusses the instability of breeding males in a band. Based on the current best science, the usefulness of such information is in question given the extent of changes that take place on a continual basis.

- A number of commenters asked the BLM to temporarily halt further removals until wild horse and burro numbers in the West can be independently verified, or to consider the use of other technology such as drones or infrared satellite imagery. Current best science indicates greater accuracy when aerial counts are conducted by trained and experienced personnel. Additionally, a previous test of infrared imagery in Nevada provided mixed results. Use of drones has also been considered but limitations such as cost, safety, and de-confliction with military flight zones would need to be overcome. Pending the NAS review of scientific information relative to this topic, the BLM will determine if policy changes are needed.

- Many suggested an immediate gather moratorium until the NAS study is complete. This option is not feasible at this time for several reasons. First, the WFRHBA directs the BLM to gather and remove excess wild horses and burros to protect land health. Second, the BLM's management actions must conform to decisions made in existing RMPs; these plans require the BLM to maintain wild horse and burro population size within AML. Third, if the BLM stopped gathers, populations could exceed 66,500 animals by FY 2014, requiring the removal of at least 13,300 excess animals each year just to hold population size

steady.  Allowing populations to grow to this level would not only adversely affect other multiple uses, but would also damage rangeland vegetation, threaten habitat for wildlife, including threatened, endangered and sensitive species, and ultimately threaten the quality and quantity of forage and water available for use by wild horses and burros.   Removal of this number would far exceed expected adoption demand.  The removal of even larger numbers of excess animals would be needed in the future to achieve AML in the 10 Western states — and lead to placing even greater numbers of unadopted wild horses into long-term holding and escalating costs for their care.  As noted by GAO (2009) and the OIG (2010), such funding increases are not sustainable.

# Strategy Details

Details of the BLM's strategy for future wild horse and burro management are presented below. Under the strategy, the Wild Horse and Burro Program will be guided by the goals, objectives, and management actions outlined on the following pages.

| SUSTAINABLE HERDS |
|---|
| **Goal:**  Use multiple population suppression methods and techniques, including fertility control, adjustment of herd sex ratios, and non-reproducing herds to achieve and maintain wild horse and burro (WH&B) population size within AML so that healthy rangelands and animals are maintained in a thriving natural ecological balance with other multiple uses,  and to better balance the number of excess animals which need to be removed from society's ability to absorb the annual increase through adoption or sale to individuals who can provide good homes. |
| **Objective 1:** Maintain the population of WH&B within the established AML for all of the HMAs. |
| **Action 1:**   Beginning in FY 2012 to about FY 2014, remove an estimated 7,600 excess animals per year to maintain the population size at approximately 38,500 animals on the range.  Prioritize gathers in areas where overpopulation most threatens land health, animal welfare, and public health and safety.<br><br>**Action 2:**  Continue to make adjustments in AML following in depth analysis of resource monitoring and population inventory data collected over three to five years (in accordance with the procedures outlined in the 4700-1 Wild Horses and Burros Management Handbook). |
| **Objective 2:**  Use a wide range of fertility control and other population control measures to slow herd growth rates and better align the number of excess WH&B which need to be removed with the number of animals that can be placed in private care. |
| **Action 1:**  Reduce the number of on the range pregnancies to assist in slowing population growth rates by:<br><br>    a.  Implementing CTR gathers with the principal goal of applying PZP fertility control to as many as 2,000 mares per year.<br>    b.  Adjusting herd sex ratios to favor males by releasing additional stallions or geldings post gather.<br>    c.  In herds where biologically sterile mules are a component, return mules to the range.<br>    d.  Consider incorporating a non-reproducing component in a number of HMAs, while maintaining the remainder of the herd as a self sustaining (reproductive) population, or managing some HMAs for non-reproducing herds.<br><br>**Action 2:**  Make decisions about which population suppression method(s) to use and where and when they will be implemented following completion of site specific NEPA analysis and RMP amendments, when appropriate. |
| **Objective 3:**  Implement actions to improve WH&B management within HMAs. |
| **Action 1:** Enter into voluntary agreements with livestock operators to trade use areas (livestock to WH&B) where feasible.<br><br>**Action 2:**  Identify opportunities to mitigate impacts between WH&B and other authorized activities on the public lands, as needed. |
| **Objective 4:**  Improve gather efficiency and expand the use of various gather techniques. |
| **Action 1:**  Use bait or water trapping gather techniques as funding, environmental, logistical or other factors allow.   In circumstances when funding is the primary limiting factor, consider implementing bait or water |

trapping if there are volunteer groups that wish to fund the additional costs.

**Action 2:**  Increase national in house gather capabilities.

**Action 3:**  Improve the number and type of local and national gather contracts, including consideration of stewardship contracts, assistance agreements, volunteer agreements, or other types of partnership agreements.

**Objective 5:**  Conduct rangeland health assessments, herd health evaluations, and habitat monitoring (utilization, trend, actual use, and climate data) in order to verify AML ranges and determine progress toward attainment of land health as well as long-term sustainable herd health.

**Action 1:**  Use best available rangeland health information to support decisions that affect the management of WH&B herds and their habitat.

**Action 2:**  Coordinate WH&B habitat monitoring with other resource program's monitoring activities and continue habitat and herd monitoring.

**Action 3:**  Monitor body condition and forage and water availability to evaluate herd health.  When conditions require, take appropriate action to protect the health of wild horses and burros and the land they depend on for habitat.

**Action 4:**  Use current science to estimate WH&B population size.

**Action 5:**  Continue sampling to evaluate the genetic diversity of WH&B herds, and take appropriate action to mitigate any concerns.

# ECOTOURISM

**Goal:**  Where appropriate, provide opportunities for ecotourism in a manner that is minimally intrusive to WH&B.

**Objective 1:**  Develop public recognition for WH&B herds.

**Action 1:**  Promote WH&B herds through partnerships.  Develop and maintain local support groups to focus their volunteering efforts on HMAs.

**Action 2:** Work with interested volunteers to collect monitoring data under formal written agreements that specify the data needed and define appropriate standards for data collection.

**Action 3:**  Facilitate volunteer efforts by creating one or more page links on the National WH&B Website.  These links will identify volunteer opportunities, outline requirements and expectations, and facilitate tracking of volunteer efforts.

**Action 4:**  Explore ecotourism and marketing strategies for our HMAs through partnerships.  Consider good examples of success in ecotourism.

**Action 5:**  Evaluate each ecotourism proposal received to determine its compatibility with the BLM's land management mission, goals for WH&B management, and the potential social and economic costs and benefits to local communities and the taxpayers.  Make decisions following site specific NEPA analysis or RMP amendments, and special recreation permit regulations, as appropriate.

# PASTURES AND PARTNERSHIP SANCTUARIES

**Goal:**  Over time, reduce the number of WH&B that require long-term care by implementing management actions to safely, effectively and humanely slow herd growth rates (reduce removals) and boost adoptions.    In the interim, provide for sustainable long-term care of unadopted or unsold WH&B in the most cost effective

manner in long-term pastures, or partnership sanctuaries, or Farm Service Agency pasture programs.

**Objective 1:** Provide additional capacity for the humane care of unadopted or unsold WH&B in long-term pastures, partnership sanctuaries, or Farm Service Agency pasture programs in a manner that is equally or more cost effective than at present.

**Action 1:** Maintain existing, long-term pasture capacity to care for unadopted or unsold WH&B.

**Action 2:** Solicit and evaluate proposals for partnership ecosanctuaries and acquire additional long-term pastures for unadopted or unsold WH&B (non-reproducing).

**Action 3:** Explore opportunities to partner with the Farm Services Agency to provide humane care for unadopted or unsold WH&B through their pasture programs.

**Action 4:** Seek authority to extend the period for contracts or assistance agreements from a maximum of 5 years to 10 years to provide greater stability/assurance of pasture availability, and continue to solicit (contract) for long-term grassland pastures for a minimum of 200 and a maximum of 5,000 wild horses.

**Objective 2:** Manage pastures and partnership ecosanctuaries in a manner that maintains unadopted or unsold and non-reproducing WH&B in pastures large enough to allow free-roaming behavior while providing the food, water, and shelter necessary to sustain them in good condition.

**Action 1:** Continue to follow existing animal care requirements in existing contracts.

**Action 2:** Seek partnerships with existing animal sanctuaries/preserves for the placement of wild horses.

**Action 3:** Open a dialogue with potential partners: land trust and open space organizations, conservation and sportsman groups, private forestry corporations, state or local open space areas, Native American tribes, and others.

**Action 4:** Explore transfer of animal title to the partner.

**Objective 3:** Provide opportunities for ecotourism and public viewing.

**Action:** Explore opportunities that include training, grants, tax incentives, emphasizing opportunities for tourism, and developing some privately owned, and economically self-sustaining partnership ecosanctuaries.

## PLACE EXCESS ANIMALS IN PRIVATE CARE

**Goal 1:** Place more animals into private care.

**Objective 1:** Expand the adoption/sale demand.

**Action 1:** Incorporate recognition of the 40th Anniversary of the 1971 Wild and Free-Roaming Horses and Burros (1971 Act) into adoption promotion and marketing in FY 2011.

**Action 2:** Increase the use of Internet based placement.

**Action 3:** Increase the use of incentives to help defray the cost of horse ownership.

**Action 4:** Encourage interagency use of wild horses for field work through letters and interagency meetings.

**Action 5:** Improve national/state/field level coordination of adoptions. Ensure a uniform, consistent, and cohesive national/regional adoption effort (i.e., coordinate the scheduling of BLM sponsored adoption events).

**Action 6:** Expand the marketing to specific equine disciplines and offer trained animals and sponsorships to their members.

**Action 7:**  Explore new authorities for new incentives.

**Action 8:**  Explore a virtual adoption program to allow individuals unable to physically adopt or care for an animal to make a financial contribution (virtually adopt) an unadopted or unsold animal in a sanctuary or long-term holding pasture.

**Objective 2:** Offer more trained animals.

**Action 1:**  Expand private partnerships to train animals without a Federal investment in infrastructure.

**Action 2:**  Explore the Mustang Heritage Foundation's proposal to adopt 4,000 animals each year, and other similar proposals.

**Action 3:**  Expand University and/or prison partnership programs without a Federal investment in infrastructure.

**Action 4:**  Encourage and consider more store fronts (privatized adoption facilities that can offer untrained and/or trained wild horses for adoption for the BLM (such as fostering volunteers, Trainer Incentive Program trainers, and others).

**Action 5:**  Take actions to increase the number of successful adoptions Bureau wide.

**Goal 2:**  Develop a separate environmental education component for the WH&B Program.

**Objective 1:**  Implement an environmental education program to tell the story of America's WH&B.

**Action 1:**  Increase interaction with youth groups (e.g., 4-H, FFA, Boys and Girls Clubs).

**Action 2:**  Work to create programs for youth (e.g., explore option to integrate Sally Ride's youth science program and the First Lady's plan for urban children.)

**Action 3:**  Develop curriculum to species biology, history, and ecological interactions and impacts within larger biological communities and landscapes.

**Action 4:**  Increase education opportunities at BLM managed facilities through interpretation.

**Action 5:**  Work with volunteers, partners, stakeholders, and others to host "Kids and Mustangs Days" throughout the U.S. in partnership with National Wild Horse and Burro Adoption Awareness.

**Objective 2:**  Ensure WH&B are titled only to those individuals who provide the animals with a good home.

**Action 1:**  Continue to conduct random, post-adoption compliance inspections and to address/resolve any instances of noncompliance or inhumane treatment consistent with existing BLM policy.

**Action 2:**  Continue to rigorously screen applications to ensure the prospective purchasers of WH&B are committed to providing the animals with a good home.

**Action 3:**  Continue to implement sales of WH&B with limitations (purchasers must sign a bill of sale acknowledging their intent to provide the animals with a good home).

# ANIMAL WELFARE

**Goal:**  Use a progressive approach to implement a Comprehensive Animal Welfare Program (CAWP).  Develop and implement a CAWP to ensure the well being of animals at gathers, in facilities, and on the range by maintaining healthy ecosystems.  The CAWP will bring together a progression of new components such as education for employees, volunteers, and contractors; an ongoing, internal animal welfare assessment program; and periodic external reviews of our animal care and handling.  Report CAWP actions and results on an annual

basis.

**Objective 1:** Develop and implement a Comprehensive Animal Welfare Program (CAWP).

**Action 1:** Use the structured approach successfully implemented by other industries to create a program to assess, monitor, document, and address noncompliance to ensure the BLM's humane treatment of animals.

**Action 2:** Develop a WH&B Care and Welfare assessment tool.

**Action 3:** Consider recommendations from the American Horse Protection Association on findings from the independent observers.

**Action 4:** Continue the partnership with Animal and Plant Health Inspection Service (APHIS) to have veterinarians at gathers and conduct yearly visits to long-term pastures. Periodically review this partnership.

**Action 5:** Explore partnerships with other veterinary and professional organizations, such as the American Association of Equine Practitioners, to conduct external reviews of the BLM's animal care and handling practices.

**Action 6**: Develop a rotating schedule and conduct periodic internal and external assessments in all BLM States.

**Action 7:** Consider hiring a full time Animal Welfare Coordinator.

**Action 8:** Develop an implementation plan with specific milestones for operations at gathers, in facilities and on the range.

**Objective 2:** Demonstrate to the public and Congress how the CAWP will benefit the animals under our care.

**Action 1:** Develop an animal welfare mission statement.

**Action 2:** Prepare and implement a plan that includes outreach tools and performance standards to describe and explain the CAWP.

**Action 3:** Incorporate reporting of the BLM's internal welfare assessment on the Website and in Reports to Congress.

**Objective 3:** Ensure the animals in our care are treated humanely through implementation of a continuous improvement process that incorporates continuing education about animal care and handling for employees, volunteers, and contractors on humane practices and on natural horsemanship principles.

**Action 1:** Develop an internal learning and training module.

**Action 2:** Implement training for employees, volunteers, and contractors.

# SCIENCE AND RESEARCH

**Goal:** Use current best science to manage WH&B and pursue increased knowledge of WH&B related science.

**Objective 1:** Pursue research that will improve methods and techniques to reduce WH&B population growth rates.

**Action 1:** Continue research into various population suppression agents, methods or techniques, including efforts to develop a longer lasting (3 year to 4 year) fertility control agent. As funding permits, continue or initiate research on other priority needs as identified in the Strategic Research Plan.

**Action 2:** Conduct new research for ovariectomy in mares and explore new research for sterilization of both male and female WH&B.

**Action 3:** Given a reasonable expectation of safety, implement promising management techniques as soon as

they are practically, economically, and legally feasible.

**Objective 2:**  Review and evaluate current science applicable to WH&B management.

**Action 1:**  Commission the NAS to review earlier reports and make recommendations on how the BLM should proceed in light of the latest scientific research. As part of their review, ask the NAS to specifically review the science behind rangeland monitoring and AML establishment and adjustment.

**Action 2:**  Review historic research recommendations of the National Wild Horse and Burro Advisory Board regarding and determine if these were implemented, are no longer relevant, or need to be pursued.

**Action 3:**  Review and update the cooperative research strategy between the BLM and U.S. Geological Survey regarding WH&B research priorities.

# PUBLIC OUTREACH

**Goal:**  Utilize effective communications to build the public's confidence and trust for the BLM's management of the WH&B Program with increased transparency.

**Objective 1:**  Improve the WH&B Program's Website.

**Action 1:**  Organize the Website in a manner that makes information easily accessible.

**Action 2:**  Keep the Website current and up to date.

**Objective 2:**  Increase the availability of WH&B Program information.

**Action 1:**  Keep the Wild Horse and Burro Program System (WHBPS) data current, and initiate programming changes to facilitate timely and accurate generation of standardized reports for gathers, adoptions, sales, and facilities.

**Action 2:**  Post standardized reports on the Website.

**Action 3:**  Update Website information on a regular basis, including updated videos and photographs of all phases of the BLM's WH&B handling and management.

**Objective 3:**  Continue to make opportunities available for the public to view WH&B on the range, during gathers, and at short-term or long-term holding facilities.

**Action 1:**  Continue to improve the ability of the public to observe WH&B operations with public safety and minimized intrusiveness to operations in mind.

**Action 2:**  Initiate a pilot program to test the feasibility, cost, and public response to webcast cameras in certain locations to better share all aspects of the BLM's Wild Horse and Burro Program operations.

**Action 3:**  Provide web based information to all audiences on the national WH&B Website and continue to post up to date information about ongoing gathers and facility operations, including data on mortality.

**Action 4:**  Host an annual or periodic media and public tour of wild horses in long-term pastures.

# Projected Program Costs

## The Bureau of Land Management's New Strategy

The new strategy assumes appropriations of about $ 75 million over the next four years (equivalent to the President's FY 2011 funding request).  The Strategy calls for a temporary reduction in the rate of excess wild horses and burros removed from Western public rangelands, to allow the BLM to shift Wild Horse and Burro Program funding to immediate priorities such as stepping up fertility control, boosting adoptions, and conducting more research.  The accomplishment of the goals outlined in this strategy is dependent on the level of funding received.

Other assumptions are:

- Reduce the number of on the range pregnancies by proposing CTR gathers with the principal goal of treating up to 2,000 mares per year with PZP fertility control, adjusting herd sex ratios to favor males through the release of additional stallions or geldings post gather and management of non-reproducing herds or herd components where appropriate.  The decision to implement CTR gathers, adjust herd sex ratios to favor males, or manage non-reproducing herds or herd components would be made pending site specific NEPA analysis and RMP amendments, as needed.
- Adoption demand would be boosted (from about 3,000 animals at the present time to over 4,000 animals) by offering more trained animals for adoption through work with private partners — existing facility adoptions and prison, fostering, and other training programs would continue.
- To obtain a fair and reasonable value for the American taxpayer, the BLM would provide humane care for unadopted or unsold wild horses in cost effective contracted long-term pastures, partnership ecosanctuaries, or Farm Service Agency pasture programs.

Projected program costs and the accomplishments expected with implementation of the BLM's new strategy are summarized in Figures 1 and 2.



Given adequate funding, the BLM would remove an estimated 7,600 excess animals per year, beginning in FY 2012 through about FY 2014.  Wild horse and burro population size in the West would remain level during this timeframe.

**Figure 1: Projected Wild Horse and Burro Population Size (New Strategy)**



| | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 |
|---|---|---|---|---|---|
| ▪ Funding ($ in thousands) | $64,682 | $75,620 | $75,008 | $75,000 | $75,000 |
| ▫ Adoptions | 3,029 | 3,500 | 4,200 | 4,200 | 4,200 |
| ▪ Fall Removals | 5,637 | 6,000 | 4,000 | 4,000 | 4,000 |
| ▪ Summer Removals | 5,000 | 4,000 | 3,600 | 3,600 | 3,600 |
| ▨ Total Removals | 10,637 | 10,000 | 7,600 | 7,600 | 7,600 |
| High AML | 26,600 | 26,600 | 26,600 | 26,600 | 26,600 |
| Animals in Holding (Sep 30) | 37,799 | 43,999 | 46,786 | 49,323 | 51,753 |

**Figure 2:  Funding, Removals, Holding, and Adoptions under the New Strategy[1]**

## Summary of the BLM's New Strategy

- Assuming appropriations of about $75 million per year during FY 2012 through FY 2014, wild horse and burro population size on the range would be held to approximately 38,500 animals— approximately 11,900 animals more than the established AML of 26,600.   About 62 % of this funding would be needed to care for unadopted excess wild horses.
- Increasing adoptions to more than 4,000 wild horses and burros per year and decreasing the number of excess animals removed over the next three years to about 7,600 excess animals removed per year would better align the number of wild horses and burr removed from the range with the adoption demand in the short-term.
- The BLM would continue to maintain existing short-term corrals and long-term pasture contracts, or enter into cost effective partnership eco-sanctuaries or Farm Service Agency

---

[1]  The projected number of animals in holding at the end of FY 2011 assumes the removal of about 4,887 excess animals during the summer 2011 gather season.  Beginning in 2012, the BLM hopes to enter into Partnership Ecosanctuary agreements that would place many of these horses into sanctuaries rather than in the traditional long term holding facilities.

    pasture programs to acquire additional capacity as needed to humanely care for approximately 52,000 unadopted wild horses.

- Pending the results of the NAS review, the BLM will decide whether to prepare a comprehensive EIS to analyze the potential impacts associated with a range of wild horse and burro management options, or if changes in Federal law would be required, in order to place the Wild Horse and Burro Program on a sustainable track over the long-term.

## Continuing the Recent Management Scenario

If the BLM continues the recent management scenario, which emphasizes removals to bring populations on the range to AML as soon as practical, the largest effect is the increase in numbers of excess unadoptable animals in long term holding, at greatly increased cost. For comparison purposes, the cost of continuing the recent management approach would increase from $75.6 million in FY 2011 to $95 million in FY 2014.  Under this scenario, the BLM could achieve AML (about 26,600 animals in the 10 Western states) after FY 2014.  In order to achieve AML, the continued removal of thousands of excess wild horses and burros from the range during FY 2011 to FY 2014 would be required, and cost for holding these horses would consume the vast proportion of the budget expenditures.  Once AML is achieved, wild horse and burro population numbers would be in a thriving natural ecological balance with the land's productive capacity and other multiple-uses, as required in the WFRHBA.  Removal numbers would drop once AML is achieved (5,200 per year) — and could drop even lower with greater emphasis on the use of a wide range of population suppression agents, methods or techniques, including fertility control, and would better align with current adoption demand (3,000) over the long-term. Projected program costs and the accomplishments expected with the continuation of the BLM's current management approach are summarized in Figures 3 and 4.  This information provides a comparison with the BLM's new strategy discussed above.



The BLM could potentially achieve AML on a West-wide basis in February 2015 with the removal of approximately 10,500 excess animals per year in FY 2011 to FY 2014.

Once AML is achieved, only approximately 5,200 excess animals would need removal each year, allowing the BLM to better align removals with adoption demand.

33

**Figure 3:  Projected Wild Horse and Burro Population Size (Continuing Recent Management Scenario)**



| | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 |
|---|---|---|---|---|---|
| Funding ($ in thousands) | $64,682 | $75,793 | $81,979 | $89,479 | $94,658 |
| Adoptions | 3,029 | 3,715 | 3,500 | 3,500 | 3,500 |
| Fall Removals | 5,637 | 6,060 | 5,500 | 5,500 | 5,500 |
| Summer Removals | 5,000 | 4,737 | 5,000 | 5,000 | 5,000 |
| Total Removals | 10,637 | 10,797 | 10,500 | 10,500 | 10,500 |
| High AML | 26,600 | 26,600 | 26,600 | 26,600 | 26,600 |
| Animals in Holding (Sep 30) | 37,799 | 44,581 | 50,968 | 57,102 | 63,130 |

**Figure 4:  Funding, Removals, Holding, and Adoptions under the Continuing Recent Management Scenario**

## Comparison of the New Strategy and Recent Management Scenario Summary

- This summary is provided for comparison purposes only, and is not a budget request.
- Continued removal of horses at this level would result in over 60,000 unadoptable excess animals held in long term holding by FY2014.   This could require an increase in appropriations from $76 million in FY 2011 to $95 million in FY 2014, and consume nearly 69 % of this budget.
- AML could be achieved by February 2015, but would require the removal of 10,500 excess animals per year in FY 2011- FY 2014.
- Once AML is achieved, removal numbers (5,200 per year) would better align with current adoption demand (3,000).   Use of a wide range of population suppression agents, methods or techniques, including CTR gathers with the principal objective of applying PZP fertility control, could reduce removal numbers even further ─ potentially to as low as 3,500 animals per year.   Over time, the number of unadopted animals in holding and costs for their care would be reduced.  The potential risks to land and animal health would also be minimized as wild horse and burro population size is balanced with the land's productive capability and other multiple uses.

# Comparison of the BLM's New Strategy and the Continuing the Recent Management Scenario

Projected costs for the BLM's new strategy are lower than would be needed for continuation of the Recent Management Scenario through FY 2014 (see Figure 5). Instead, BLM has held the budget for the new strategy flat (near the 2011 proposed funding level), and assumes that no funds would be re-directed from other sub-activities, such as wildlife, recreation and range management. No cost projections or estimates of gather/removal, fertility control or holding numbers are made beyond FY 2014 as these could be an outcome of an EIS effort or a change in Federal laws, if needed, to put the Wild Horse and Burro Program on a sustainable track over the long-term.

**Figure 5: Comparison of the BLM's New Strategy and Continuation of the Recent Management Scenario (Note: for comparison purposes only)**

| Item | New Strategy | | | | Recent Management Scenario | | | |
|---|---|---|---|---|---|---|---|---|
| | FY 11 | FY 12 | FY 13 | FY 14 | FY 11 | FY 12 | FY 13 | FY 14 |
| Funding Needs[2] | $75.6 | $75.0 | $75.0 | $75.0 | $75.7 | $81.8 | $89.4 | $94.6 |
| Total No. Removed | 10,000 | 7,600 per year | | | 10,000 | 10,500 | 10,500 | 7,700 |
| Fertility Control (Treat No.) | 2,000 per year | | | | 850 | 2,000 | 2,250 | 2,500 |
| No. Adopted | 3,715 | 4,200 per year | | | 3,715 | 3,500 per year | | |
| Total No. in Holding | 43,999 | 46,786 | 49,323 | 51,753 | 44,581 | 50,968 | 57,102 | 60,330 |
| No. On the range (Projected) | 38,497 | 38,896 | 38,526 | 38,631 | 38,497 | 35,696 | 32,335 | 28,302 |
| AML (West-wide) | 26,600 | | | | | | | |

---

[2] Millions of dollars.

# Program Policy and Developments

## Overview

During FY's 2005 through 2010, the BLM removed over 51,000 excess wild horses and burros from the range in an effort to attain the established AML of 26,600 wild horses and burros in the 10 Western states.  In FY 2007, the BLM came close to achieving AML reaching an estimated 28,365 wild horses and burros on the range.  However, escalating program costs primarily associated with the long-term care of unadopted or unsold wild horses quickly eroded the progress made (see Figure 6 below and Figures 8-9, page 34).  Of the more than 51,000 animals removed from the range, fewer than 26,000 were placed in private care through the BLM's adoption program.  Today, the BLM is holding about 41,000 unadopted (and unsold) wild horses in contracted short term holding and long-term pastures.

**Figure 6:  Total Population, Removals and Funding Levels (2005 to 2010)**



Between FY's 2005 through 2010, Wild Horse and Burro Program costs have increased by nearly $25 million.  Nearly $20 million of this increase is associated with the humane long-term care of unadopted or unsold wild horses.

A summary of other program policy and developments during FY 2005 through FY 2010 as required by the 1971 WFRHBA follows.

# External Program Reviews

## Government Accountability Office

The GAO completed a review of the Wild Horse and Burro Program in FY 2009 (GAO-09-77).  The GAO found that:

- The BLM has made significant progress toward setting and meeting AML but has not provided specific formal guidance to the field offices on how to set AML;

- The BLM was closer to meeting AML in FY 2007 than in any other year since AMLs were first reported in 1984;
- Undercounting animals can put the animals at risk and lead to increased program costs;
- The BLM has implemented multiple controls to help ensure humane treatment, including random checks on adopted horses and agreements with adopters and buyers to prevent slaughter.

The GAO also found that the number of animals removed from the range is far greater than the number adopted or sold, resulting in increased need for short and long-term holding.  If not controlled, GAO warned that off the range holding costs will continue to overwhelm the program.  The GAO determined that the budget increases necessary to pay for caring for so many unadopted horses were not sustainable and recommended that the BLM find effective long-term options.  A detailed summary of the GAO's findings and recommendations, and the BLM's response is provided in Appendix 1.

## Office of Inspector General

The OIG completed a review of the BLM's Wild Horse and Burro Program in December 2010 (C-IS-BLM-0018-2010).  The OIG found that gathers to remove excess wild horses and burros are necessary and humane, but recommended that the BLM:

- Focus on research and testing of improved population control methods to balance wild horse and burro population growth with adoption demand, thereby minimizing the need for additional long-term holding facilities and preserves;
- Put into practice the best science for wild horse and burro management and needed new research, as coordinated with and confirmed by the NAS;
- Undertake an ambitious effort to minimize and reduce the need for short and long-term storage facilities over the long-term.

See Appendix 2 for a detailed summary of the OIG's findings and recommendations, and the BLM's response.

# Advisory Board

The National Wild Horse and Burro Advisory Board continues to advise the BLM and make recommendations about Wild Horse and Burro Program guidance and procedures.  Advisory Board membership is balanced in terms of categories of interests represented and geographic locations.  Each member is a person who, as a result of training, experience, or affiliation, has knowledge or special expertise that qualified him or her to provide advice from among the eight listed categories.  Members are appointed by the Secretaries of the Interior and Agriculture. Members are appointed to serve 3 year terms, and are designated as representatives or special government employees from among, but not limited to the following:

- Wild horse and burro advocacy;
- Wild horse and burro research;
- Veterinary medicine;

- Natural resource management;
- Humane advocacy;
- Wildlife management;
- Equine behavior and management;
- Livestock management; or,
- General public interest (with special knowledge about protection of wild horses and burros, equine behavior, management of wildlife, animal husbandry, or natural resource management).

The Advisory Board meets at least twice a year, and often quarterly.  Their past advice has informed the BLM's wild horse and burro management program since the first meeting in 1973.

# Appropriate Management Level (AML)

In FY 2009, the GAO found the BLM has made significant progress toward establishing the AML, but recommended specific formal guidance be provided to the field offices to ensure that the factors considered in future AML revisions are consistent across all HMAs (GAO-09-77).

In July 2010, the BLM revised its wild horse and burro management manual and finalized the Wild Horses and Burros Management Handbook.  Consistent with the new policy guidance, the BLM will continue to revise or adjust AML in the future through a multi-tiered analysis.  This analysis: (1) determines whether the four essential habitat components (forage, water, cover and space) are present in sufficient amounts to sustain healthy wild horse and burro populations and healthy rangelands over the long-term; (2) determines the amount of sustainable forage available for wild horse and burros use; (3) determines whether or not the projected wild horse and burro herd size is sufficient to maintain genetically diverse populations (avoid inbreeding).

The BLM generally sets the AML in consideration of rangeland productivity and capacity as stated above, and as part of the multiple use decisions for the public lands; for example, the WFRHBA of 1971 requires coordination with the State fish and game management agency.  The AML is established as a population range that allows wild horse and burro populations to grow from the lower limit to the upper limit over a four to five year period without the need for interim gathers.  The BLM also considers more than one year's data because forage production can vary substantially from year to year based on the timing and amount of precipitation received, among other factors.  As an example, under the same level of grazing, use pattern mapping may indicate light to moderate utilization during above normal precipitation years and heavy or severe utilization during below normal precipitation years.

The results of the BLM's analyses are documented and made available to the interested public for review and comment, in NEPA documents and/or in Resource Management Plans (RMP).  After careful consideration of the comments received, the BLM issues a final decision and adversely affected parties are provided the opportunity to request administrative review of the final decision.



The amount of sustainable forage available for wild horse and burro use is determined based on the results of in-depth analysis of utilization monitoring, use pattern mapping and other rangeland monitoring data collected over at least a three to five year period.





Drought can substantially reduce the amount of forage available for use by wildlife and wild horses and burros.  Recurring drought conditions left insufficient forage to carry wild horses through the winter in a healthy condition, as shown in this photograph of the Augusta Mountains HMA.  An emergency removal of wild horses was completed in November 2007.

A wildfire in the South Shoshone HMA in the summer of 2007 destroyed 27,000 acres of habitat.  The BLM determined there wasn't enough forage to carry wild horses through the winter.  An emergency gather was conducted in January 2008 to remove the excess wild horses.

At the present time the BLM has set AML for all but two HMAs: Montgomery Pass (Nevada) and Cerbat (Arizona). The U.S. Forest Service (U.S.F.S) has the lead for establishing AML for the jointly managed BLM/U.S.F.S Montgomery Pass HMA. The BLM is working on establishing the AML for the Cerbat HMA (Figure 7).

**Figure 7:  AML Establishment by Year by State**

| State | Number of HMAs | 2005 - 2009 | 2000 - 2004 | 1995 - 1999 | 1990-1994 | 1985 - 1989 | 1980 - 1984 | Not Set |
|---|---|---|---|---|---|---|---|---|
| AZ | 7 | 3 | 0 | 1 | 1 | 1 | 0 | 1 |
| CA | 21 | 6 | 7 | 3 | 4 | 0 | 1 | 0 |
| CO | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| ID | 6 | 0 | 1 | 3 | 0 | 2 | 0 | 0 |
| MT | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| NM | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| NV | 85 | 29 | 26 | 17 | 12 | 0 | 0 | 1 |
| OR | 18 | 5 | 8 | 0 | 4 | 1 | 0 | 0 |
| UT | 19 | 13 | 4 | 0 | 0 | 0 | 2 | 0 |
| WY | 16 | 3 | 2 | 5 | 6 | 0 | 0 | 0 |
| **Total** | **179** | **65** | **49** | **29** | **27** | **4** | **3** | **2** |

# Gathers and Removals

During the period from FY 2005 to FY 2010, the BLM continued to implement a management approach that conducts gathers to remove excess wild horses and burros (those numbers above AML), adopts as many of the excess animals as possible, and places any unadopted or unsold wild horses in contracted long-term grassland pastures (Figures 8 and 9).   This approach is consistent with the BLM's Strategic Plan for Management of Wild Horses and Burros on Public Lands (1992).  Under this strategy, gathers are conducted to remove excess wild horses and burros.  This is required to protect land and animal health and to make progress toward achieving AML in the 10 Western states.  However, because adoption rates have not kept pace with the number of excess animals removed to protect land and animal health, the BLM is currently holding 41,000 unadopted wild horses in short-term corrals and long-term pastures.  As the number of unadopted wild horses has increased, the costs for their humane care have escalated – from about $28 million in FY2008 to an expected $48 million in FY2011 – an increase of nearly $20 million in a four year period.

As the number of unadopted wild horses has increased, the costs for their humane care have escalated — from about $28 million in FY 2008 to an expected $48 million in FY 2011 — an increase of nearly $20 million over the past four years (Figure 8).



40

**Figure 8:  Wild Horse and Burro Population, Removals, Adoptions and Funding Levels**

| Year | Wild Horse and Burro Population Size[3] | Number Removed | Number Adopted | Enacted Funding Levels[4] | Actual Expenditures[5] |
|------|------|------|------|------|------|



The BLM staff at short-term corrals has extensive experience in caring for and handling equines.  Many adopt, train, and ride their adopted mustangs as they perform their daily work.

Each facility also has a veterinarian that administers veterinary treatment and makes recommendations to the BLM regarding animal care.  These dedicated professionals are experts in equine care, handling and behavior.

41

provisions in the Act have been restricted by Congress in many recent years, and are not under consideration by the BLM.  The BLM therefore transports excess, unadopted wild horses to contracted privately-owned grassland pastures. Here, the animals are provided with humane, life-long care in an un-crowded and free-roaming setting off the public rangelands.  This allows the BLM to continue to make progress toward achieving the goal of healthy wild horses and burros on healthy Western rangelands, now and into the future. The BLM presently has contracts with 20 ranches comprising 275,228 acres of grassland pasture for a combined capacity of just over 32,000 animals (which provide an average of 8.6 acres per animal year-round).

**Figure 9:  Average Number of Unadopted Animals in Short-term Corrals or Long-term Pastures and Funding Levels**

| Year | Average Number of Unadopted Animals in Short-Term Corrals or Long-Term Pastures[6] |
|------|-------------------------------------------------------------------------------------|
|      |                                                                                     |

($ in Millions)

Although long-term pastures represent an economic cost to the American taxpayer, they are more cost-effective than short-term corrals.  In FY 2010, the direct long-term pasture contract cost was about $1.30 per animal per day, as compared to the BLM's cost for short-term corrals of about $5.25 — a savings of about $3.95 per animal, per day.  These costs have been increasing in FY 2011.



# Herd Management

**Figure 10:  Herd Management Accomplishments and Funding Levels**

| Year | Units of Accomplishment | Funding Levels |
|------|------------------------|----------------|
| 2005 | 22 | $365 |
| 2006 | 8 | $313 |
| 2007 | 6 | $136 |
| 2008 | 4 | $114 |
| 2009 | 10 | $142 |
| 2010 | 6 | $233 |
| | | ($ in Thousands) |

Under the provisions of the WFRHBA and the implementing regulations (43 CFR 4710.4), the BLM is required to manage wild horse and burro herds  at the minimum level necessary to attain the objectives identified in approved land use plans and HMA plans.  This means that a minimum level of actions or activities can be used on the range to support wild horse and burro management.  Based on this requirement, the BLM sets wild horse and burro AMLs at numbers which will ensure land and animal health and at the same time provide for other resource uses, even during the driest years.

Consistent with the minimum feasible level of management requirement in law and regulation, the BLM manages wild horses and burros in a manner similar to that for wildlife (as compared to domestic livestock).  For example, livestock may be provided with constructed fencing systems and water developments (reservoirs, wells, etc); where for wildlife, there is an expectation that in most cases the natural availability of water will meet wildlife needs.

The BLM does not provide supplemental feed for wild horses and burros and avoids relying on constructed water developments such as troughs, pipelines or wells that require frequent maintenance.  This is to prevent the animal's death from dehydration if the water development should fail.  Occasionally, the BLM does provide water in temporary emergency situations when necessary to protect land or animal health.  However, water hauling is not a sustainable practice over the long-term because of cost.  Areas where wild horses and burros are located also often lack road access.



Wild horses remain at a dry trough trying to get water in this aerial photograph of the New Pass/ Ravenswood HMA (September 2007).

Extended drought, coupled with the impacts of a wildfire which destroyed thousands of acres of habitat, led to the emergency removal of excess wild horses from the HMA in November 2007.

Healthy rangelands are comprised of diverse and productive native vegetation species (grasses, forbs, and shrubs) as shown in this photograph of Razorback Spring (below.)  Rangelands in poor ecological health exhibit a lack of native species diversity and productivity.  In the photograph of the Red Rock National Conservation Area (below), perennial grasses and forbs have been replaced with invasive species such as red brome that are less nutritious, and that increase the potential risk for wildfire.

The BLM undertakes rangeland health improvement projects such as seeding, prescribed fire, emergency fire rehabilitation or shrub and tree removal as necessary and appropriate.  These projects may be used to restore rangelands where natural fire regimes have been suppressed, or where historic grazing patterns by both livestock and wild horses have decreased the availability for healthy forage plants.  While these projects have the potential to increase the amount of forage available for wild horse and burro use, they can be very expensive and ecologically challenging to successfully establish, particularly in many arid regions of the West which can receive less than 5 to 8 inches of annual precipitation.  It is more cost effective to manage public lands in a manner designed to preserve and maintain land health, than it is to try to restore damaged rangelands.  Only when additional forage is available on a sustained basis would forage potentially available for wild horses and burros increase.



Healthy rangelands are comprised of diverse and productive native vegetation species (grasses, forbs, and shrubs) as shown in this photograph of Razorback Spring in Nevada (2006).



Rangelands in poor ecological health exhibit a lack of native species diversity and productivity.  In this photograph of the Red Rock National Conservation Area (2007), perennial grasses and forbs have been replaced with invasive species such as red brome that increase the potential risk for wildfire.

# Herd Area (HA) History

The WFRHBA limits the management of wild horses and burros to the areas where they were found when the Act was signed into law (December 15, 1971).  These areas are called Herd Areas (HAs).  At the time the WFRHBA passed, the HAs comprised 53.8 million acres of public, private and other non-BLM managed land; however, the task remained to determine the appropriate management for these HAs.

44

In the late 1970s, the BLM began to prepare land use plans (LUPs) as directed by Congress. Through the land use planning process, the BLM evaluated each HA to determine if the goal of managing healthy wild horses and burros on healthy rangelands over the long-term could be met.

Today, the BLM manages wild horses and burros in 179 subsets of the original HAs known as HMAs that comprise 33.7 million acres.  Of this, 26.9 million acres is public land administered by the BLM and 6.8 million acres is non-BLM managed land.

About 20.1 million acres of the original HAs (15.5 million acres of BLM administered public land and 4.6 million acres of non-BLM managed land) are not managed for wild horse and burro use today.  The Congress and the public have asked the BLM to explain why these areas of public land are no longer managed for wild horse and burro use.  To answer this question, the BLM reviewed LUPs, as well as Federal legislation, land exchanges, and court decisions since 1971.  Of the 15.5 million acres of public land, nearly 11 million acres (70.7 %) is not managed for wild horses and burros today for the following key reasons:

- Approximately 7.4 million acres (47.6 %) is not managed because a significant portion of the land, the water, or both the land and water was not owned or controlled by the BLM, and the other landowner was unwilling to make their land and/or water available for wild horse and burro use.
- About 1.9 million acres (12.5 %) was transferred out of the BLM's administration to other agencies such as the U.S.F.S or National Park Service, as a result of Federal legislation.
- Approximately 1.6 million acres (10.6 %) had conflicts with other resource uses (such as Threatened and Endangered Species, National Conservation Areas, wilderness areas, etc.) that could not be resolved in favor of wild horses and burros.

Appendix 3 provides a detailed summary of the reasons the BLM no longer manages these areas for wild horse and burro use.

The BLM's policy provides for periodic re-evaluation of HAs through the land use planning process.  Through land use planning, the BLM can determine if on-the-ground conditions have changed sufficiently to allow for reconsideration of these areas for use by wild horses and burros, and if so, can then  allocate the forage and water necessary to maintain the animals—and the land —in a healthy condition over the long-term.

45

# Livestock Use



Livestock use is one of the many multiple-uses of the public lands authorized under federal law.

Livestock use is one of the many multiple uses of the public lands authorized by Congress under several federal statutes.  Of the 253 million acres of public lands managed by the BLM, livestock grazing is authorized on 157 million acres under the provisions of the 1934 Taylor Grazing Act. [The Federal Land Policy and Management Act (1976) and the Public Rangelands Improvement Act (1978) also recognize public lands livestock grazing as a legitimate and valued use of public lands.]  By comparison, through the WFRHBA, Congress limits the management of wild horses and burros to the 53.8 million acres of public, private and other non-BLM managed land where the animals existed in 1971.

Protection of soil, water and plant productivity, as well as availability of forage, water and cover for wildlife managed by the States, is an important reason for removal of excess wild horses and burros.  The BLM does not remove wild horses and burros in order to make the forage available for use by domestic livestock, but does manage wild horses and burros (including removal of excess horses and burros), to assure that forage that has been allocated for domestic livestock is available for this permitted use.   The BLM's records indicate there has been a 14 % reduction in authorized (permitted) livestock use from 1971 through 2008, in consideration of forage availability and forage allocations in LUPs.  Review of actual use data indicates a 29 % reduction in livestock use for the same time period (Figure 11), while authorized wild horse and burro use has increased.  However, because AML has not been achieved by the BLM in the past years, the actual use by wild horses and burros has exceeded authorized use.

**Figure 11:  Authorized and Actual Livestock vs. Wild Horse and Burro Use**

| Authorized Use | Livestock | Wild Horses and Burros |
|---|---|---|
| 1971 | 14.5 million AUMs | 252,000 AUMs |
| 2008 | 12.5 million AUMs (-14 %) | 301,452 AUMs (+20 %) |
| **Actual Use** | Livestock | Wild Horses and Burros |
| Actual Use -  1971 (AUMs) | 12.1 million AUMs | 252,000 AUMs |
| Actual Use - 2008 (AUMs) | 8.6 million AUMs (-29 %) | 420,252 AUMs (+67 %) |

The BLM typically manages domestic livestock intensively through rest or deferred rotation grazing systems that provide for periodic growing season rest of key forage plants.  This periodic rest allows plants to produce strong roots, seeds, and sufficient plant growth to provide for soil cover which protects against soil erosion.  Under these grazing systems, livestock are authorized to graze during part of the year, not year-round.  In the event of drought, wildfire or other situations such as severe grasshopper infestations, the BLM adjusts numbers of livestock and the seasons of use to protect land and plant health.  In contrast, wild horses and burros typically graze on a continuous basis year-round.  Year-round use results in greater impacts to plant communities than does controlled livestock grazing use, because forage plant seed production and stronger plant roots and soil cover may not be achieved.

In managing livestock grazing on public rangelands, the BLM's overall objective is to ensure the long-term health and productivity of these rangelands and to create multiple environmental benefits that result from healthy watersheds.

# Monitoring

## Population Estimation

The WFRHBA requires the BLM to maintain a current inventory of wild horses and burros on given areas of the public lands.  In the past, most BLM offices have based their population estimates on direct counts from either a helicopter or a fixed wing airplane.  However, research reviewed by the National Research Council (1982) indicated that this practice can undercount the actual number of wild horses by 7 % to 60 % depending on topography, vegetation, observer experience, weather, type of aircraft, etc.  More recently, Lubow and Ransom (2009) found an undercount bias as large as 32 % before making any statistical corrections.

In FY 2009, the GAO found undercounting the number of wild horses and burros can put animals at risk and lead to increased program costs.  The GAO recommended the BLM continue to adopt and employ statistically based methods to estimate animal populations across HMAs, such as those being evaluated by animal population researchers.  These methods account for the wild horses and burros that are not seen during the inventory.

In FY 2010, the BLM issued policy recommending the use of one of two viable techniques for field use as the principle methods for estimating wild horse and burro population numbers.  The two techniques are mark resight using photographs and simultaneous double count with sightability bias correction.  These two techniques produced the best results in the variety of conditions that existed during research and testing.  Selection and use of a specific technique is the responsibility of the individual BLM field office and is based on the HMA or HMA complex's topography, size, and vegetative cover.

Due to the importance of obtaining accurate wild horse and burro population estimates, the BLM doubled the amount of funding dedicated to aerial inventory in FY 2010.  In FY 2010, the BLM also issued policy also requiring that at a minimum population surveys should be conducted every 2 years whenever possible, and within 6 months to 12 months prior to a proposed gather and removal.



*How many horses are there?*

*Counting horses from a moving aircraft several hundred feet above the ground isn't easy.  Add tree cover, rugged terrain, and poor weather, and estimating the number of wild free-roaming horses becomes even  more difficult.*

Aerial population surveys are conducted primarily by trained and experienced BLM personnel.  Other professional agency personnel such as the U.S. Forest Service (U.S.F.S.), U.S. Geological Survey (U.S.G.S.), and State wildlife agencies, National Park Service (N.P.S.) or U.S. Fish and Wildlife Service (U.S.F.W.S.) occasionally assist the BLM.  In some areas, volunteers also assist the BLM by conducting ground counts; however, ground counts alone are not generally adequate.

Over the last few years, the public has asked the BLM to be more transparent by allowing non-government observers to participate in aerial surveys.  However, the BLM's new survey methodologies require the use of trained and experienced observers.  The best practice is to use the same observers repeatedly to develop an index of the observer's ability to see wild horses and burros and facilitate statistical analysis of the survey data.  The BLM's aviation safety policy also limits passengers aboard any aircraft to "mission critical personnel."  Mission critical personnel are required to undergo safety training, and to wear and use personal protective clothing and equipment.  Therefore, BLM has not allowed non-government affiliated observers to participate in aircraft surveys.

Figure 12 summarizes the number of HMAs inventoried and funding levels for population estimation during FY's 2005 to 2010.

**Figure 12: Wild Horse and Burro Population Inventory and Funding Levels**

| Year | HMAs Inventoried | Funding Levels |
|------|------------------|----------------|
| 2005 | 77 | $488 |
| 2006 | 85 | $504 |
| 2007 | 75 | $347 |
| 2008 | 84 | $391 |
| 2009 | 63 | $377 |
| 2010 | 90 | $766 |
| ($ in Thousands) | | |

Due to the importance of obtaining accurate wild horse and burro population estimates, the BLM doubled the amount of funding dedicated to aerial inventory in FY 2010.

In FY 2010, the BLM also issued policy also requiring that at a minimum population surveys should be conducted every 2 years whenever possible, and within 6 months to 12 months prior to a proposed gather and removal.

# Habitat Monitoring

One of the BLM's primary missions under the Federal Land Policy and Management Act of 1976 is to protect land health.  Rangeland habitat monitoring helps the BLM assess and evaluate the effects of wild horse and burro, wildlife, and domestic livestock use and management on land health.  The Wild Horses and Burros Management Handbook issued in July 2010 established the BLM's policy for habitat monitoring within HMAs and within associations of combined HMAs (HMA Complex). The Handbook outlines annual and long-term monitoring objectives.  The primary purpose of habitat monitoring is to collect the resource data necessary to:

- Make a determination of excess animals (i.e., support the need to gather and remove excess animals).
- Establish or adjust AML.
- Develop or revise HMA Plans.
- Evaluate conformance with Land Health Standards, LUP goals and objectives, or other site specific or landscape level objectives.

To ensure the BLM has the data necessary to support these types of wild horse and burro management decisions, collection of habitat monitoring data is coordinated with other resource programs (e.g., range, watershed, wildlife) to maximize efficiency and minimize duplication.

Monitoring and assessment of land health conditions is primarily conducted by BLM staff, but is also done in coordination with other agencies, including the U.S.F.S, U.S.F.W.S., Natural Resources Conservation Service (N.R.C.S.) and state wildlife management agencies, when agencies agree on monitoring protocols and have common interests in monitoring information. In some cases, volunteer groups or individuals also collect rangeland habitat monitoring data using acceptable and agreed upon monitoring protocols.

Figure 13 summarizes the number of HMAs monitored during FY's 2005 to 2010 and the level of funding provided by the Wild Horse and Program.

**Figure 13: HMA Monitoring and Funding Levels**

| Year | HMAs Monitored | Funding Level |
|------|----------------|---------------|
| 2005 | 124 | $718 |
| 2006 | 122 | $762 |
| 2007 | 95 | $762 |
| 2008 | 107 | $920 |
| 2009 | 123 | $1,028 |
| 2010 | 135 | $1,174 |
| | ($ in Thousands) | |

The Wild Horse and Burro Program benefits from monitoring conducted by other resource programs including, but not limited to, range, watershed, riparian, wildlife, recreation and wilderness.

## Genetic Diversity Monitoring

The BLM continues to work closely with Dr. Gus Cothran at Texas A&M University to establish the baseline genetic diversity for each herd and to periodically collect genetic material (hair or blood samples) to detect any change from the baseline in periodic re-testing of wild horse or burro DNA.  When monitoring indicates that genetic diversity is a concern, Dr. Cothran provides the BLM with recommendations to improve the herd's genetic diversity.  Options to mitigate genetic concerns can include maximizing the number of breeding age wild horses (ages 6 to 10 years) within the herd; adjusting the sex ratio to favor of males and increase the number of harems and effective breeding males; or introducing one to two young mares every generation (about every 10 years), from other herds living in similar environments.

# Population Suppression (Fertility Control)

In FY 2010, the BLM issued policy that requires the authorized officer to consider a range of alternatives to reduce population growth in wild horse herds with average growth rates that are greater than or equal to five % ($\geq$ 5%) per year. An effective, safe, and cost effective fertility control agent would be an invaluable tool for the management of wild horses.  The range of alternatives are considered during gather or HMA planning and may include application of fertility control, adjustment to sex ratios and sterilization (Section 1333(b)(1) of the WFRHBA). Prior to making a decision, the BLM conducts a site specific environmental analysis to evaluate the potential environmental impacts.

As part of the environmental analysis, the BLM uses a computer modeling technique to estimate the impacts to wild horse and burro population size, average population growth rate, and average removal number from a comparison of the various management alternatives. The Win Equus model was developed by Dr. Stephen Jenkins, Professor of Biology (University of Nevada at Reno) and was peer reviewed in April 2000.  Another objective of the modeling is to identify

whether any of the alternatives would be likely to "crash" the population based on a number of stochastic factors (varying environmental conditions).

The BLM has applied several techniques to reduce or suppress population growth, and began testing of these techniques as early as 1992.  Population suppression is currently subject to the limitations of specific fertility control vaccines, the expense of application, and the large number of animals that would need to be treated to result in suppression of the populations. The products and techniques are described below.

## Porcine Zona Pellucida

Current research and development has produced both one year and 22 month applications for Porcine Zona Pellucida (PZP) fertility control (vaccines).  The one-year vaccine is about 90 % effective when applied annually.  Early research indicated the 22 month time release (pellet) vaccine (PZP-22) is 80 % to 90 % effective if applied during November through February; however, preliminary data from ongoing studies indicates it may be less effective than previously thought.

Wild horses have an 11 month gestation period.  Without treatment, 50 % to 80 % of mares produce live foals.  When PZP treatment is applied, most mares are already pregnant (treatment does not adversely impact the fetus).   This means that fertility control will not take effect until one year after its application.  PZP-22, if applied during the proper time, is only effective for two years.  If the drug is applied to a pregnant mare in January 2012, the mare will foal in May 2012 and should not have another foal until May 2015.

With current technology, the only practical and effective way to treat large numbers of mares with fertility control PZP is to capture most of the herd through helicopter gathers, administer the 22 month PZP vaccine to the mares while they are in a chute, and then release them. The largest cost of treatment is the cost to gather sufficient horses to allow treatment of appropriate females (i.e., it is not possible to only gather mares). For example, of 1,000 horses gathered, only about 400 of these horses are mares within the suitable age range for treatment.   Additionally, to maintain infertility, wild horse herds would need to be re-captured every two years to reapply the vaccine which is thought to maintain infertility.  Wild horses have been observed to become gather shy, and avoid frequent subsequent helicopter attempts for round ups, by hiding under trees and not moving towards the trap.  There is a real concern that horses subject to gathers on an every other year basis, will become less likely to be trapped in the future for removal or for subsequent treatment.

The one year PZP vaccine may be delivered remotely via dart gun when mares are approachable at close distances.  This is currently being tested in a limited number of small HMAs where the horses are used to being approached by humans.  Remote delivery of PZP-22 pellets is currently being tested.  However, remote delivery of either of the PZP vaccines is considered impractical for the majority of herds that roam across millions of acres and are mostly unapproachable.

Since 2004, the BLM has treated 2,837 mares in about 79 of its 179 HMAs with PZP-22. Application was made during gathers that were conducted to achieve AML. These treatments

have not appreciably slowed population growth or extended the gather cycle, largely because too few mares were treated.  There are approximately 38,500 horses currently on the range.

The number of mares available for treatment and release following AML gathers is a function of population size.  An estimated 70 % to 80 % of a herd's mares would need to be treated to substantially reduce population growth rates. For example, if any population of horses achieves a 20% reproductive increase each year, the real goal is to reduce the percentage of mares by a measureable number, so that a reduced percentage of reproduction is achieved.  If the HMA is already above AML, reproduction at 20% or even somewhat less continues to overexploit the forage and water resources, and it is extremely expensive and difficult to catch, treat and release the 60-80 % of the mares that would be eligible for treatment in any year.

Many HMAs have not been gathered until the population size is three to five times the AML upper limit due to funding limitations.  When this happens, the BLM is physically unable to capture enough horses to achieve AML and still have enough mares available to treat with fertility control and then release.  As a result, only a small percentage of a herd's mares have been treated and released in most HMAs.  To successfully accomplish this level of treatment, HMAs must be gathered when herd size is at or near the AML upper limit and must be re-captured and re-treated every two years to maintain infertility.  Only this allows fertility control to reduce the necessity for future gathers and removals of excess horses on a regular basis.



PZP-22 vaccine must be physically applied to the mare.  When applied during November through February, the vaccine is effective for approximately 22 months.  To maintain infertility, mares need to be re-captured and re-treated every two years.

In FY 2011, the BLM estimates it will treat about 850 mares with PZP fertility control vaccine through gathers to achieve AML (AML Gathers) and CTR gathers.  CTR gathers are principally aimed at applying fertility control vaccine to the captured mares, or adjusting herd sex ratios to favor males, and then most of the captured wild horses are released back to the range.  Specific criteria and objectives for the CTR gathers conducted in FY 2011 include:

- Treat wild horse herds with population sizes that are below the AML upper limit;
- Capture each herd, apply fertility control, and release most of the captured animals back to the range; and,
- Treat 70 % to 80 % of a herd's mares to reduce population growth rates for two years following treatment.

To maintain population suppression, herds would need to be recaptured and the mares re-treated every two years (i.e., retreatment in January 2014 would be needed to prevent the mares from becoming pregnant during the spring 2014 foaling season).  This level of capture and treatment

52

would be very costly and would result in increased impacts to individual horses and herd social behavior as a result of more frequent capture and handling.  As a result, the BLM is interested in the development of a longer lasting fertility control agent (see Research).

If sufficient resources are provided for removal gathers so that the BLM can achieve AML (26,600) on a West wide basis, the BLM will be able to more effectively use fertility control and other population control measures.  For example, CTR gathers have potential to reduce removal numbers from about 5,200 per year to about 3,500 per year.  This would better align removal numbers with the adoption demand.  Over time, there would be fewer animals in short-term corrals or long-term pastures and reduced costs for their care.

## Adjustments to Sex Ratios and Sterilization (Stallions)

Adjusting sex ratios to favor males reduces the number of mares available to foal and slows herd growth rates.  Current research indicates that wild horse populations generally exhibit sex ratios of about 50 % males and 50 % females.  However, this can vary from about 40 % to 60 % in favor of either males or females (Garrott 1991, Berger 1986, Feist and McCullough 1975, Goodloe 2000, Green and Green 1977, Greger and Romney 1999, Hall 1972, Nelson 1978, Roelle et al. 2010, Turner et al. 1992).

In herds with about the same number of males or females, or fewer males than females, sex ratio adjustments to favor males may be accomplished by releasing greater numbers of stallions or geldings following the gather.  This leaves fewer mares and reduces pregnancies on the range, thus reducing population growth to less than 20% per year.  An increase in the proportion of male horses as geldings is likely to have fewer impacts on the herd's social structure than would an increase in the proportion of stallions.  This is because stallions are generally more competitive when forage or water is limited, while geldings tend to form bachelor bands and lose their male dominant (stallion like) behavior. The goal of adjusting sex ratios is to produce a herd with at least 60% male horses, usually in conjunction with applying PZP-22 to the mares of the herd.

# Research

Direction to conduct research is contained in the Wild Free-Roaming Horses and Burros Act (WFRHBA, 16 U.S.C.  § 1333(b)(2)(C)(3)), and the Strategic Plan for Management of Wild Horses and Burros on Public Lands (1992). Research priorities for the Wild Horse and Burro Program were determined in the 2003 Strategic Research Plan (Research Plan). Principal input into the Research Plan came from the U.S.G.S and APHIS on topics of contraception, aerial census, population modeling, and genetics, as well as disease and animal health monitoring and surveillance.  Advice and input was also provided by Wild Horse and Burro Program managers and specialists, the Wild Horse Advisory Board, the BLM Director's Science and Advisory Committee, and seven topic specific advisory panels convened by U.S.G.S.  The Research Plan identified the continuation of fertility control research as a high priority.  Figure 14 summarizes the BLM's funding for research during FY's 2005 to 2010.

**Figure 14: Summary of Research Funding**

| Year | Direct and Partner-Contributed Research Funding |
|------|------------------------------------------------|
| 2005 | $524.751 |
| 2006 | $401.783 |
| 2007 | $239.568 |
| 2008 | $230.189 |
| 2009 | $636.315 |
| 2010 | $875.356 |
| ($ in Thousands) | |

Research funding increased by nearly four times between FY 2008 and FY 2010.  This reflects the BLM's increased emphasis on fertility control use, research and development, including efforts to develop a longer-lasting (3 year to 4 year) fertility control agent that is safe, effective and humane.

## Fertility Control Research

- **PZP:**  To minimize the cost and potential impacts to wild horses associated with either annual darting of one year PZP or the recapture and re-treatment of mares with PZP-22 every two years, the BLM is interested in the development of a longer lasting fertility control vaccine.  An effective, longer lasting fertility control agent could eventually reduce the number of excess wild horses that need to be removed from the range as required by Section 1333(b)(2) of the WFRHBA.  Over time, this would result in fewer wild horses that need to be adopted or sold, and held or handled in short or long-term holding facilities, and reduced costs.  As part of this important effort, the BLM is continuing research in partnership with the University of Toledo (Ohio) on the development of PZP-22 into a longer lasting 3 year to 4 year PZP vaccine.

- The BLM developed a Fertility Control Field Trial Plan designed to evaluate the effectiveness of PZP use in slowing herd growth rates in wild horses.  Field research for two components of the Plan is nearly complete: (1) Individual based trials and (2) Population based trials.  The individual animal based studies were designed to investigate the behavioral implications of PZP treatments on wild horses, population dynamics, efficacy of the vaccine, body condition and foal health.  The primary focus for population based studies was to determine effect on population growth rates.

- Ransom et al. (2010) found no differences in how PZP treated and control mares allocated their time between feeding, resting, travel, maintenance, and social behaviors in three populations of wild horses, which is consistent with Powell's (1999) findings in another population.  Likewise, body condition of PZP treated and control mares did not differ between treatment groups in Ransom et al.'s (2010) study.  Turner and Kirkpatrick (2002) found that PZP treated mares had higher body condition than control mares in another population, presumably because energy expenditure was reduced by the absence of pregnancy and lactation.

- In two studies involving a total of four wild horse populations, both Nunez et al. (2009) and Ransom et al. (2010) found that PZP treated mares were involved in reproductive interactions with stallions more often than control mares, which is not surprising given

the evidence that PZP-treated females of other mammal species can regularly demonstrate estrus behavior while contracepted (Shumake and Wilhelm 1995, Heilmann et al. 1998, Curtis et al. 2002). Ransom et al. (2010) found that control mares were herded by stallions more frequently than PZP treated mares, and Nunez et al. (2009) found that PZP treated mares exhibited higher infidelity to their band stallion during the non-breeding season than control mares. Madosky et al. (in press) found this infidelity was also evident during the breeding season in the same population that Nunez et al. (2009) studied, resulting in PZP treated mares changing bands more frequently than control mares.

- Aggression between stallions and mares has also been studied in three wild horse populations and no difference was found between the treatment groups (Ransom et al. 2010). Data regarding level of competition and aggression between band stallions in relation to the presence and number of treated mares were also collected during this study, and results will be published upon completion of the analyses. Harem tending by stallions, such as urine and fecal covering of mare excretion and active defense of mares against other stallions, was best explained by a model of mare body condition in the Ransom et al. (2010) study. Stallions in this study tended higher condition mares more frequently than lower condition mares. Long-term implications of all of the detected changes in social behavior are currently unknown.

- **SpayVac®:** The BLM is also currently working with the U.S.G.S to conduct a five year research project on the use of SpayVac® as a potential longer lasting fertility control agent for wild horse mares, which should be completed in 2016. SpayVac, which is also based on the PZP antigen, uses a novel liposome technology that may stimulate a stronger and longer lasting immune response and hopefully longer lasting infertility. The U.S.G.S will evaluate the safety and effectiveness of SpayVac® in captive wild horses. It is easy to handle and administer, and in one previous study a single vaccination with SpayVac® maintained a high level of contraception for 4 years in captive Nevada estray horses.

- **Ovariectomy (Spaying):** The BLM is reviewing a research proposal to investigate the development of a safe, effective, and humane surgical method for spaying (sterilizing) mares (ovariectomy). While the technique has been applied to a small number of wild horse mares, it remains to be seen how well it will work when attempted on mares that may be pregnant at any stage of gestation. This is what one would encounter in the field. The feasibility of using these techniques on large numbers of mares in the field, the incidence of abortion or other complications and the likelihood that enough mares could be spayed to have a population level impact on herd growth rates are unknown.

- **Humane Society of the United States (H.S.U.S.):** Since 2008, the H.S.U.S. and the BLM have collaborated on a project to control population growth rates within two HMAs ─ one in Colorado and the other in Utah. As part of this effort, the BLM conducted removal operations on the Sand Wash Basin HMA and Cedar Mountain HMA in October and December of 2008, respectively. The H.S.U.S. applied 22 month PZP by hand

injection and the treated mares were returned to their ranges.   As part of this project, the H.S.U.S .has been collecting foaling information for the two herds since 2008.  During the fall and winter of 2010-2011, the H.S.U.S. is also attempting remote delivery of PZP by darting as many of the previously treated mares as possible in a continuing effort to control population growth rates. The H.S.U.S. treatment protocol is combining the treatment of some mares with one year PZP, as well as treating some mares using a newly developed dart that is designed to deliver 22 month PZP remotely.  This is a novel approach for control of wild horse population growth since the remote delivery of the pellets that make up PZP-22 had never before been attempted in a wild and free-roaming setting. The project is ongoing and is currently scheduled to continue with funding from the Annenberg foundation until November of 2013.   The BLM is continuing to provide project review and staff support.

- The H.S.U.S. is also currently in discussions with the U.S. Forest Service concerning the Jarita Mesa Wild Horse Territory in New Mexico. The H.S.U.S. will be furthering their efforts to refine techniques for the remote delivery of PZP-22 to control the population growth rate on this Wild Horse Territory.

## Other Population Suppression Methods Considered

- **Vasectomies (Stallions):**  The focus of the BLM's past fertility control research has been mainly for mares.  Given the social structure of the herds, any mature male has the ability to breed mares.  Existing research shows that under normal circumstances at least 15 % to 33 % of foals are sired by non-harem stallions, making it unlikely that fertility control focused on males would be effective in slowing population growth (Asa 1999, Bowling and Touchberry 1990, Kaseda and Khalil1996).  Although the technique has been developed, performing vasectomies on stallions is not a widely practiced procedure within veterinary medicine.  Post vasectomy, it is expected that stallions would retain their stallion like behavior.  By contrast, gelding stallions (castration) is a routine veterinary procedure in both domestic and wild horses.  Geldings lose their stallion like behavior after a few months, are less competitive than stallions, and have fewer impacts on herd social behavior as a result.  However, because of the continuing public interest in vasectomies as a tool for slowing wild horse population growth, the BLM has asked the NAS to determine if there is credible scientific evidence to indicate vasectomies would be effective in controlling herd growth rates or if there other methods that the BLM should consider for managing stallions that would tangibly suppress population growth.

- **IUDs:**  Pilot studies using coil type intrauterine devices (IUD) and glass balls or marbles as IUDs have failed to demonstrate a long lasting effect on conception in mares.  In both instances, mares "slipped" the devices and became pregnant soon thereafter.   The application of IUDs is further complicated by the difficulties associated with identifying a time window for application when mares are not pregnant before the devices can be implanted.

- **GonaCon™:**   GonaCon™ is an experimental fertility control vaccine that is being developed for potential use as a management tool for deer and horses.  Previous studies

indicate it is effective in maintaining infertility in horses for about one year ─ comparable to the one year formulation of PZP.  A NPS sponsored test of the GonaCon™ vaccine on wild horses is ongoing in Theodore Roosevelt National Park in North Dakota.  The BLM is awaiting the results of this project and will evaluate the potential of GonaCon™ as a contraceptive agent based on the results of this research.

## Population Estimation Research

Aerial surveys rarely detect all the wild horses and burros within an HMA.  As a result, population estimates must be developed using correction factors to account for the animals not identified during the census.  The BLM's research, conducted in partnership with U.S.G.S and Colorado State University, has identified two techniques as the principal methods for population estimation (simultaneous double count and photo mark resight).  Both methods provide for the use of such correction factors.

# Sales and Adoptions

Over the past decade, adoptions of excess wild horses and burros have declined from a high of just over 7,700 animals in 2002 to just over 3,000 in 2010.  Changing demographics and economic and other factors have made many Americans less willing to accept the challenge of taming and caring for an untrained wild horse.  As a result, sales and adoptions of untrained animals have declined in recent years (Figure 15).  Despite these challenges, the BLM remains committed to finding as many good homes as possible for excess wild horses and burros.

**Figure 15:  Sales, Adoptions and Funding Levels**

| Year | No. Sold | No. Adopted | Funding Level |
|------|----------|-------------|---------------|
| 2005 | 1,468 | 5,701 | $5.198 |
| 2006 | 643 | 5,172 | $5.262 |
| 2007 | 436 | 4,772 | $5.295 |
| 2008 | 351 | 3,706 | $5.174 |
| 2009 | 70 | 3,474 | $6.797 |
| 2010 | 545 | 3,074 | $6.795 |
| **Total** | | | **($ in Millions)** |

To offer more trained animals for adoption without a Federal investment in infrastructure, the BLM has increased the amount of funding for partnerships with organizations like the Mustang Heritage Foundation and the National Wild Horse Association.

## Sales

Following Congressional approval of sale authority for certain categories of animals in 2004, the BLM has sold over 4,200 wild horses and burros "with limitations."  Each purchaser signs a Bill of Sale which requires the humane treatment and care of the animal(s) and prohibits re-sale for slaughter or commercial use.  Sales involving the purchase of more than four animals are conducted by the BLM Headquarters (Washington, DC) Office.  Short-term facility managers have the authority to sell up to four animals per sale.

# Save the Mustangs Fund

The Save the Mustangs Fund was established in May 2005 by the Ford Motor Company in partnership with the BLM and Take Pride in America.  The Fund allows all horse lovers, young and old, to be involved with our nation's "Living Legends."  Its goal is to raise public awareness of the urgency of wild horse and burro issues and to find good, caring homes for them.  Since 2005, $236,099.75 has been donated by members of the public, to the Fund.  Of this, $208,300 has been paid out of the fund for incentives for 501(c) 3 (non-profit groups) to purchase or adopt animals, for College Equine (wild horse training) Programs, and public education.

# Adoptions

The BLM implemented a number of adoption program initiatives during FY 2005 to FY 2010 to maintain or increase the number of animals placed in good homes (Figure 16).

**Figure 16:  Summary of Adoption Program Initiatives and Results**

| Program Initiative | Description | Results |
|---|---|---|
| **FY 2005:** | | |
| Fostering Volunteers | Participating volunteers in Eastern States, California and New Mexico gentle one or more wild horses a year and help find an adopter for these horses. | About 400 animals have been adopted through this program to date. |
| **FY 2006:** | | |
| Letter Campaign | Letters sent to over 320 wild horse advocacy groups offering $100 from the Save the Mustang Fund for each excess wild horse purchased. | Over 450 animals purchased by six advocacy groups. Of these, one group is under investigation for selling horses to slaughter in Mexico.  Another group ran out of money to feed the horses and was placed on trial for animal abuse. |
| | Letters sent to over 15,250 public land ranchers from the BLM Director and the Public Lands Council Executive Director asking ranchers to adopt or purchase excess wild horses. | No response from public land ranchers. |
| | Letters sent to over 100 Sport and Recreation groups by the Division Chief. | Groups educated about the Program, unknown effect. |
| Equine University Training/ Adoption Program | Saint Mary of the Woods College and Rutgers University are using ungentled yearling horses in their university's equine program.  Students gentle the horses and assist BLM to adopt their gentled horse(s). | Each year 5-8 wild horses are trained by each equine program and then adopted. |
| **FY 2009:** | | |
| Pilot Adoption Incentive Program | BLM implemented a pilot adoption incentive program in an effort to increase the adoption of horses four years old and older.  Under this program, a $500 incentive payment is made to | The number of four year old and older animals adopted has remained steady.   Animals were eligible to start receiving titles in May 2010.  There were animals adopted through the pilot adoption |

58

|  | the adopter after one year of providing the animal with humane care (i.e., when the adopter receives title to the animal). | incentive program and all were titled. |
|---|---|---|
| Ken McNabb | The BLM contracted with Ken McNabb (respected horse clinician and television personality) to tell BLM's story through his weekly television program on RFD TV. | Mr. McNabb has been effective in educating over 564,000 viewers on the adoption program. |
| National Adoption Day | In 2009, the BLM partnered with H.S.U.S., Jerry Reynoldson, the American Horse Protection Association, and the Mustang Heritage Foundation to sponsor the first ever National Adoption Day. | About 507 animals were adopted in events sponsored mainly by the BLM. Only a few advocacy groups participated. The focus shifted to a National Adoption Awareness campaign in 2010. |

# Volunteers

The partnership between the BLM and volunteers is one of the best practices in the Wild Horse and Burro Program in all states. Volunteers assist the BLM to monitor the herds and their habitat and foster public awareness about the importance of maintaining land and animal health. Some volunteers help the BLM to apply fertility control, or are very active at adoption events or helping to find qualified adopters for the animals. Many volunteers serve as mentors for new adopters and assist the BLM with adoption compliance once the animals are adopted.



Volunteers play an important role in the Wild Horse and Burro Program and contributed more than 114,000 hours valued at $2.377 million in FY 2010.

**Figure 17: Volunteer Hours and Their Economic Value**

| Year | Volunteer Hours | Economic Value |
|---|---|---|
| 2005 | 145,230 | $3.028 |
| 2006 | 177,701 | $3.705 |
| 2007 | 147,096 | $3.067 |
| 2008 | 125,638 | $2.619 |
| 2009 | 125,081 | $2.608 |
| 2010 | 114,017 | $2.377 |

As shown in Figure 17, the number of volunteer hours contributed to the Wild Horse and Burro Program has declined from a high of nearly 178,000 hours in FY 2006 to about 114,000 hours in FY 2010.

BLM_002017

**($ in Millions)**

The BLM also works closely with some volunteer groups such as "Friends of the Mustangs" in western Colorado.  These volunteers apply their passion for America's wild horses and burros by assisting the BLM with public education and outreach, herd and habitat monitoring, gathers, fertility control and adoptions.

Volunteers represent the BLM and are subject to all applicable Federal rules and regulations. Assigned work is completed assigned in accordance with the BLM's policy using approved methods, techniques and procedures.  Volunteers are also prohibited from fundraising, addressing or commenting on policy or taking a position on pending legislation while acting on behalf of BLM.   The BLM has the responsibility to orient, train and supervise volunteers, ensure their safety and to evaluate each individual volunteer's conduct and performance.

## Compliance and Enforcement

The BLM issues a title for adopted wild horses or burros when the adopter of record has demonstrated the humane care of their adopted animal for one year following the animal's adoption.  To ensure adopted animals have received humane care, the BLM conducts post adoption compliance inspections.  If an adopted animal has not been treated humanely and the adopter fails to correct the situation in a timely manner, the BLM repossesses the animal in accordance with applicable Federal regulations.  Figure 18 provides a summary of the number of compliance inspections completed and the associated costs for FY's 2005 to 2010.

**Figure 18:  Adoption Compliance and Funding Levels**

| Year | Compliance Inspections | Funding Level |
|------|------------------------|---------------|
| 2005 | 6,023 | $926 |
| 2006 | 6,406 | $825 |
| 2007 | 4,978 | $816 |
| 2008 | 4,388 | $697 |
| 2009 | 2,882 | $665 |
| 2010 | 3,061 | $630 |
| | **($ in Thousands)** | |

The number of compliance inspections completed during FY's 2005 to 2010 has decreased, commensurate with a reduction in the number of excess animals adopted.

## Environmental Education

The BLM continues to develop and deliver environmental education programs about wild horse and burro management to America's youth.  As an example, in FY 2007, the BLM partnered with the Sierra Nevada Chapter of the Girl Scouts of America to develop and implement a pilot Wild Horse and Burro Patch Project.  This innovative program includes a field trip to learn about the management of wild horses and burros on the range, the BLM's Adopt a Horse (or Burro) Program, and the humane care of the animals at short and long-term holding facilities.  The BLM also participates in the annual Boy Scouts of America National Jamboree.  Many states also work closely with 4-H or other partners to host events such as Kids and Mustangs Days.  These

programs all share a common purpose, to share the story of America's wild horses and burros in a meaningful and personal way.

# Mustang Heritage Foundation

The Fleishman Hillard Marketing Study (2001) recommended the BLM create a National Wild Horse and Burro Foundation.  The Foundation was created in 2003 through a partnership between the BLM and the Nevada Commission for the Preservation of Wild Horses.  In 2005, the name was changed to the **Mustang Heritage Foundation (MHF).**  In FY 2007, the BLM issued a solicitation requesting proposals for the training and adoption of excess wild horses. Following evaluation of the proposals received, the BLM awarded a grant to the MHF.

The BLM's partnership with the MHF is a unique and ground breaking effort to work with a private non-profit organization on a large scale to train and adopt excess wild horses to qualified individuals.  At the heart of this partnership are the following principles:

- A recognition that demographic changes have led to increasing demand for wild horses with at least some training;
- Implementing a number of pilot projects and other programs and activities aimed at increasing the number of trained wild horses available for adoption without a Federal investment in infrastructure; and
- Reaching new and previously untapped adoption markets.

Since September 2007, nearly 2,700 excess wild horses have been trained and adopted through various MHF Programs and events.  Equally important is the marketing coverage which has directly benefited the Wild Horse and Burro Adoption Program through the media and internet (i.e., YouTube, Facebook, Twitter, Trainer Blogs, etc.).

## Extreme Mustang Makeover Events

Crowd pleasing Extreme Mustang Makeover (EMM) events capitalize on a marketing and business model from the private horse industry to showcase the versatility and trainability of American mustangs.  Each participating trainer has 90-100 days to gentle their assigned mustang.  Trainers then bring their mustang to a competition.



During the competition, trainers are evaluated on the body condition of their mustang, as well as their ability to handle the horse "in hand" through a series of maneuvers which include picking up the horse's feet, maneuvering it through obstacles and loading it into a trailer.  Following the "in hand" course, trainers mount their animals and complete a "horse course" that includes a series of obstacles that require the trainer to demonstrate the level of competency the horse has accomplished.

All the trained horses are offered to the public for adoption. Trainers are offered a $700 reimbursement for expenses, and also compete for substantial prize money in EMM events.

## Trainer Incentive Program

Trainers who meet the BLM's minimum adoption, facilities and trailer requirements are eligible to train up to four mustangs at a time through the MHF's Trainer Incentive Program (TIP). Participating trainers are required to pick up their assigned mustangs from a designated BLM facility and to humanely care for the animal throughout the training period.  Included is providing the animals with ample water and good quality hay and veterinary or farrier care as necessary.  The use of natural horsemanship (least resistance) training methods is mandatory. Once the mustang has been successfully trained, the trainer identifies a qualified adopter and works with the BLM to complete the adoption paperwork.  Trainers are offered a $700 reimbursement for expenses.

## Youth and Yearling Program

TIP trainers, sponsored by MHF may also work with youth and their families to adopt and train yearling mustangs (filly or gelding colts 18 months of age and younger).  TIP trainers sponsor a competition designed to showcase the youth's gentled yearling.  At the time of the competition, the youth family may take their mustang home by adoption, or offer the horse for reassignment to a new adopter.



Youth and yearling events allow young people and their families to get involved — by adopting, training and caring for a living symbol of our nation's history. Each youth family must meet the BLM's minimum adoption, facility and trailer requirements to participate.

## Youth Employment Program

In FY 2010 the BLM partnered with the MHF to implement a youth employment program.  The program resulted in successfully training and adopting 150 mustangs.  Through the assistance agreement with BLM, MHF also employed 150 young people, ages 15- 24.  In this program, youth are offered a $1,000 scholarship to attend college, in lieu of salary.

Program requirements included writing a history research paper, current issue paper, press releases, presentations to both youth and adult organizations, social networking, connecting with horses and their trainers while developing a business plan for their own horse training business as well as an active role as camp counselors.

Three youth camps, sponsored by MHF were conducted in 2010 with 130 students in attendance. Held at the National Cowboy Hall of Fame, the National Cowgirl Hall of Fame, and the Pan Handle Plains Museums, the camps employed more than 30 youth as camp counselors.

## Adoption Success

Through the assistance agreement, the full unit cost to BLM for the work performed by the MHF averaged $1,974 per adopted animal in FY2010. This compares to a full unit cost for BLM adoptions of $2,856 per animal (2010 Federal Business Management System data).

A review of adoption data from the BLM's Wild Horse and Burro Program System (WHBPS) demonstrates a solid rate of adoption success for MHF sponsored training and adoption programs (Figure 19). Adoption success is defined as: the adopted animal was not returned to the BLM, was not repossessed by the BLM for noncompliance with adoption requirements, and was titled to the adopter of record after successfully demonstrating one year of humane care. The BLM expects this trend to continue as we work together to improve these programs, events and activities.

**Figure 19:  Adoption Success (WHBPS Data for 2007-2010)**

| Adoption Type | Description | Total No. | No. Successful | Success Rate |
|---|---|---|---|---|
| **EMM** | MHF Events | 1,118 | 1,032 | 92.3% |
| **TIP** | MHF TIP Program | 959 | 730 | 76.1%* |
| **Training** | BLM Prison and Mantle Programs | 1,098 | 966 | 87.9% |
| **Facilities** | BLM Facility Adoptions | 5,799 | 4,917 | 84.7% |
| **Other** | Internet and Satellite Adoptions | 12,701 | 11,259 | 88.6% |

\* Adoption success for the TIP program has increased over the past three years as the BLM and MHF work together to make improvements to the program.

# Wild Horse and Burro Program System

In FY 2010, the BLM deployed a redesigned Wild Horse and Burro Program System (WHBPS). The comprehensive computerized program system is a series of relational databases that function as the primary records for use by Wild Horse and Burro Program personnel. Additional data needed to manage the Wild Horse and Burro Program is included in geographic (land) information system (GIS) databases. Full utility of WHBPS is dependent on timely and accurate entry of data into the databases.

WHBPS tracks every animal from gather to titling (as a result of the animal's adoption or sale) or death if the animal remains in the BLM's care and control. The numbers of animals in long-term pastures are affirmed annually through counts by experienced BLM personnel or APHIS veterinarians.

63

The numbers of animals the BLM reports are a snapshot at a given point in time.  As excess animals are removed, adopted or sold, transported to long-term pastures, or new population inventory data becomes available, the numbers change.

# Animal Welfare

During FY 2009, the GAO found that the BLM has implemented multiple controls to help ensure the humane treatment of wild horses and burros.  Included are:

- Prior to their closure in 2007, the BLM maintained standard operating procedures and agreements with all three slaughterhouses in the United States to alert the BLM about any wild horses entering their slaughter facilities.
- A variety of controls used at various stages in the management of wild horses and burros which include standard operating procedures, inspections and data collection at gathers and in short-term corrals or long-term pastures, and random checks on adopted horses and agreements with adopters and buyers to prevent slaughter.

The GAO also found that although offices collect data on animal treatment, the BLM does not always compile the information in its central database or report it to the public. The GAO recommended the BLM track the number of animals harmed or killed during the gather process in a centralized database. Also recommended was informing the public about the treatment of animals following their adoption and during gathers and in short-term and long-term holding facilities.  The BLM is engaging in a number of activities to address these recommendations.

## Transparency

In response to the GAO's recommendation, the BLM issued policy which requires all field offices to report the results of gather operations, including the number of animals that died or were euthanized to the National Program Office.  Monthly updates on gather results (including any mortality), short-term and long-term facility reports, and sales and adoptions are posted on the BLM's Website at www.blm.gov. When gathers are being conducted, the BLM also posts daily reports on the district or field office's Website.  The daily reports provide updates on the gather's progress and any animal deaths.

## Public Observation

Based on heightened public interest in observing wild horse and burro gathers over the past two years, the BLM has established policy for public and media observation of wild horse and burro gathers. In addition to policy issuance, the BLM has formed a National Wild Horse and Burro Communications Team to assist states/field offices to safely and effectively host visitors at gathers.

The public may informally observe gathers from designated viewing points when gather operations occur on public land.  When BLM uses historic trap sites or holding facilities that are located on privately owned land, public viewing is at the discretion of the private landowner.

The BLM's primary focus, while gathering wild horses and burros, is to conduct the gather in an efficient manner, while also assuring the safety of the animals, the safety of contractors and staff, and the safety of the public, while the gather is conducted.  It is the BLM's policy to host formal observation days at gathers through advance appointment, on days and at times scheduled by the authorized officer (generally about one public observation day per week which limits the disruption that public observation may present at gathers).  During formal observation days the public (or media) are provided with pre and post gather briefings and have the opportunity to ask the BLM staff conducting the gather questions about the gather operation.  Hosted observation days are based on the availability of staff with the necessary expertise to safely and effectively host visitors, as well as other gather specific considerations (e.g., weather, terrain, road access, landownership).  The public is also advised that these days are tentative and may change due to unforeseen circumstances (e.g., weather, wildfire, trap relocation, equipment repair, etc.). To ensure safety, the number of people allowed per day is determined by the BLM authorized officer based on site specific conditions.

The BLM estimates that hosting an increasing number of interested public at gathers (and at short term holding facilities) has increased the BLM's operating costs by nearly $1 million in FY 2010.  This funding was primarily used to provide Communications and Law Enforcement support at gathers.

## Animal Care and Welfare Assessment

For nearly 40 years, the BLM has protected the health and welfare of wild horses and burros to ensure their humane treatment.  In FY 2010, as part of the BLM's ongoing commitment to animal care and welfare, the BLM implemented three pilot projects that are expected to contribute information that the BLM can use to develop and implement a Comprehensive Animal Welfare Program:

- The BLM has partnered with the University of California at Davis to develop a "Wild Horse and Burro Care and Welfare Assessment Tool" which will define specific standards for wild horse and burro care and handling.  Once developed, the BLM will have a template for continuous internal assessment of wild horse and burro care and handling during gathers and at short-term holding facilities.

- Through a partnership with the American Horse Protection Association (AHPA), independent teams comprised of credentialed university equine specialists observed and reported on the BLM's animal handling and care associated with wild horse gathers and at short-term holding facilities.  The AHPA's report was given to BLM in November 2010 and confirms the humane and effective use of helicopters, and the easy pace at which the animals are moved during gather operations.  The report also contains a number of recommendations which the BLM is currently considering.

- BLM invited an independent and external review by the American Association of Equine Practitioners to evaluate gathers, short-term corral facilities and long-term pastures.  This review is underway.

In addition, the BLM has expanded its partnership with the U.S.D.A. Animal and APHIS. The APHIS is a multifaceted Agency with a broad mission area that includes protecting and promoting U.S. agricultural health, regulating genetically engineered organisms, administering the Animal Welfare Act and carrying out wildlife damage management activities.  These efforts support the overall mission of U.S.D.A., which is to protect and promote food, agriculture, natural resources and related issues.

Through the BLM's partnership agreement, APHIS provides credentialed professionals with doctorates in veterinary medicine to make recommendations to the BLM for animal care and handling.  These individuals possess extensive professional experience in humanely caring for and handling large animals, including equines, and are engaged in horse and burro gathers, incident investigation teams, research teams, and as needed to review and make recommendations to BLM.

## Use of Helicopters to Assist in Wild Horse and Burro Capture

Before the BLM had the legal authority to use a helicopter to assist in the capture of excess wild horses and burros, crews worked from horseback to roundup the animals.  These gather operations were conducted without any of the controls the BLM has in place today.  The riders would apply pressure to the wild horses to get them to move in the direction of the trap. Horses would often be started 8 to 10 miles from a trap site by one or more persons on horseback and herded toward the trap in order to achieve the goal of gathering the animals.  To achieve the goal, riders on horseback were often unable to control the animals pace, had to keep the pressure of movement on regardless of any daytime temperatures, and needed to herd the mares in a manner that allowed foals to remain at their side. Riders attempted to safely move the animals around barbed wire fences or through gates.  However, many times foals were left behind or the animals themselves ran through barbed wire fences.  It was not infrequent to have an injury to a rider, due to long hours and rough conditions in the saddle.

In 1976, Congress amended the Wild Free-Roaming Horses and Burros Act to allow the use of helicopters and provide the BLM with a safe, humane and practical means to gather excess wild horses and burros.  Helicopters also apply pressure to groups of horses to move them towards the trap, however, pressure can be eased up when needed to slow animals when care of movement is called for, but then reapplied when needed to turn animals a specific direction.  Gathering by helicopter has proven much more effective in gathering larger numbers of animals.  At the same time, injuries to riders were substantially reduced.  Since the mid 1970s, the BLM has worked hard to identify, refine and improve methods and procedures to minimize stress and impacts to wild horses and burros during gather implementation.  These Standard Operating Procedures (SOPs) are implemented to ensure a safe and humane gather occurs and that stress and injury to the animals is minimized to the greatest extent possible, while still meeting gather objectives.



Unlike the often brutal methods used by individuals known as *mustangers* prior to the passage of the WFRHBA — today the BLM uses helicopters that allow pilots to control the animals pace, keep foals at their mare's side or to mark their location if needed, and to safely move the animals around barriers such as barbed wire fences.

The BLM also prohibits the use of helicopters to gather wild horses during March 1 through June 30.  This period represents the six weeks before and the six weeks following the peak of foaling which occurs within a two week period during mid April to mid May.  In accordance with this policy, the BLM routinely uses helicopters to assist in the capture of wild horses, including foals which by this age are generally able to keep up with other horses at the rate of speed applied, from July 1 through February 28.  Helicopters may be used year round in the capture of wild burros as they do not have a defined foaling season.  Care is always taken to not leave foals behind by using an appropriate rate of travel, or if a foal does drop behind, care is taken to allow the foal's mare to stay behind as well.

## Mortality

The U.S. DOI OIG found that the BLM's gathers to remove excess wild horses and burros are necessary and humane.  "Our inspection confirmed that wild horse and burro gathers are necessary because BLM lands cannot sustain the growing population of wild horses and burros. The growing population of these animals must be addressed to achieve and maintain a thriving natural ecological balance of the authorized uses of the land, thus gathers are necessary and justified actions.  Further, we did not observe any inhumane treatment of wild horses and burros."

The BLM's gather data, demonstrates that gather related mortality for wild horses and burros is much less than that associated with gathering other wild animals, This also affirms that the use of helicopters is a safe, humane, effective and practical means to gather excess wild horses and burros from the public lands.

The standard operation procedures the BLM has developed and the professional methods and procedures the contractors use limited gather related mortality to less than one quarter of one % in FY 2010 (0.24%).  Additional animals may be humanely euthanized due to preexisting conditions and in accordance with BLM policy (GAO-09-77).  The gather statistics underscore that excess animals above AML are removed safely, and before forage and water supplies become too limiting and cause greater impacts to the animals.

# Summary

During FY's 2005 through 2010, the BLM implemented a number of management actions to improve the management of America's wild horses and burros.   These changes ranged from issuing policy guidance to establish a consistent approach for future AML revisions; increasing funding for aerial population inventories and fertility control research; inviting independent, external reviews of the BLM's animal care and handling practices; and increasing management transparency by providing opportunities for the public to view gather, short and long-term holding operations and posting the results of gather operations (including any mortality) on the BLM's Website.

The BLM has also proposed a new strategy that includes fundamental changes for future wild horse and burro management.  Included are actions to improve on the range-management of the animals, strengthen measures to ensure the humane treatment and care of wild horses and burros, and provide increased opportunities for public/ private partnerships in support of the program.

Over the next two years, the BLM expects to reduce removals of excess wild horses and burros from the range, significantly increase the number of mares treated with fertility control, and boost adoption demand by offering more trained animals, without a federal investment in infrastructure.  The BLM will also call on the NAS to review previous wild horse management studies and make recommendations on how the BLM should proceed in light of the latest scientific research.  The proposed NAS review is expected to be completed in.

At the conclusion of the NAS study, the BLM will determine whether there is a need for a comprehensive Environmental Impact Statement (EIS) that would analyze the potential impacts of several wild horse and burro management options ─ each representing a range of choices and outcomes ─ or if changes in Federal law are needed in order to place the Wild Horse and Burro Program on a more sustainable track over the long-term.

# **Bibliography**

Asa, C.S. 1999. Male reproductive success in free-ranging feral horses. Behavioral Ecology and Sociobiology 47:89–93.

Berger, J. 1986. Wild horses of the Great Basin. University of Chicago Press.

Bowling, A.T., and R.W. Touchberry.1990. Parentage of Great Basin feral horses. Journal of Wildlife Management 54(3):424–429.

Cothran, Gus, 2009.  Letter dated July 16, 2009.   Effective population size to keep the rate of loss of genetic variation at 1 % per generation.

Curtis, P.D., Pooler, R.L., Richmond, M.E., Miller, L.A., Mattfield, G.F., Quimby, F.W. 2002. Comparative effects of GnRH and porcine zona pellucida (PZP) immunocontraception vaccines for controlling reproduction in white-tailed deer (*Odocoileus virginianus*). Reproduction Supplement 60:131–141.

Feist, J.D., and D.R. McCullough. 1975. Reproduction in feral horses. Journal of Reproduction and Fertility, Supplement 23:13-18.
Garrott, R.A. 1991. Sex ratios and differential survival of feral horses. Journal of Animal Ecology 60:929-937.

Goodloe, R.B., R.J. Warren, D.A. Osborn, and C. Hall. 2000. Population characteristics of feral horses on Cumberland Island, Georgia and their management implications. Journal of Wildlife Management 64:114-121.

Green, N.F., and H.D. Green. 1977. The wild horse population of Stone Cabin Valley, Nevada: a preliminary report. Pages 59-65 in Proceedings, National Wild Horse Forum, April 4-7. 1977. University of Nevada, Reno.

Hall, R. 1972. Wild horse biology and alternatives for management; Pryor Mountain Wild Horse Range. Bureau of Land Management, Billings District Office.

Heilmann, T.J., Garrott, R.A., Caldwell, L.L., Tiller, B.L. 1998. Behavioral response of free-ranging elk treated with an immunocontraceptive vaccine. Journal of Wildlife Management 62:243–250.

Jenkins, S.H.  1996.  Wild Horse Population Model.  Version 3.2.

Kaseda, Y., and A.M. Khalil. 1996. Harem size and reproductive success of stallions in Misaki feral horses. Applied Animal Behaviour Science 47:163–173.

Madosky, J.M., Rubenstein, D.I., Howard, J.J., Stuska, S. In press. The effects of immunocontraception on harem fidelity in a feral horse (*Equus caballus*) population. Applied Animal Behaviour Science.

Nelson, K.J. 1978. On the question of male-limited population growth in feral horses (*Equus caballus*). Master's thesis, New Mexico State University, Las Cruces.

Nunez, C.M.V., Adelman, J.S., Mason, C., Rubenstein, D.I. 2009. Immunocontraception decreases group fidelity in a feral horse population during the non-breeding season. Applied Animal Behaviour Science 117:74–83.

Powell, D.M. 1999. Preliminary evaluation of porcine zona pellucida (PZP) immunocontraception for behavioral effects in feral horses (*Equus caballus*). Journal of Applied Animal Welfare Science 2:321–335.

Ransom, J.I., Cade, B.S., Hobbs, N.T. 2010. Influences of immunocontraception on time budgets, social behavior, and body condition in feral horses. Applied Animal Behaviour Science 124:51–60.

Shumake, S.A., Wilhelm, E.S. 1995. Comparisons of effects of four immunocontraceptive treatments on estrous cycle and rutting behavior in captive white-tailed deer. Denver Wildlife Research Center, Colorado, USA.

Singer, F.J., L. Zeigenfuss, L. Coates-Markle, and Rev. F. Schwieger. 2000. A demographic analysis, group dynamics, and genetic effective number in the Pryor Mountain wild horse population. Pages 73–89 in F.J. Singer and K.A. Schoenecker (compilers), Managers' summary—ecological studies of the Pryor Mountain Wild Horse Range, 1992–1997. U.S. Geological Survey, Midcontinent Ecological Science Center, Fort Collins, Colo.

Roelle, J.E., F.J. Singer, L.C. Zeigenfuss, J.I. Ransom, L. Coates-Markle, and K.A. Schoenecker. 2010. Demography of the Pryor Mountain Wild Horses, 1993-2007. U.S. Geological Survey Scientific Investigations Report 2010-5125.

Turner, A., Kirkpatrick, J.F. 2002. Effects of immunocontraception on population, longevity and body condition in wild mares (*Equus caballus*). Reproduction Supplement 60:187–195.

Turner, J.W., Jr., I.K.M. Liu, D.R. Flanagan, A.T. Rutberg, and J.K. Kirkpatrick. 2007. Immunocontraception in wild horses: one inoculation provides two years of infertility. Journal of Wildlife Management 71(2):662–667.

Turner, J.W., Jr., M.L. Wolfe, and J.F. Kirkpatrick. 1992. Seasonal mountain lion predation on a feral horse population. Canadian Journal of Zoology 70:929-934.

# Appendix

❏ Appendix 1:  Summary of GAO's Findings, Recommendations and the BLM's Response
❏ Appendix 2:  Summary of the Office of Inspector General's Findings, Recommendations and the BLM's Response
❏ Appendix 3:  Principle Reasons Some Herd Area Acreage is Not Managed for Wild Horse and Burro Use Today

Appendix 1:
# Summary of the GAO's Findings, Recommendations and the BLM's Response

In FY 2009 the GAO released a report which examined the BLM's Wild Horse and Burro Program (GAO-09-77).  A summary of the GAO's findings, recommendations and the BLM's response follows.

| The BLM's Progress in Setting AML | | |
|---|---|---|
| **The GAO's Findings** | **The GAO's Recommendations** | **The BLM's Response** |
| • BLM has made significant progress toward setting and meeting AML but has not provided specific formal guidance to the field offices on how to set AML. | • Finalize and issue the new Wild Horse and Burro Program Handbook that establishes a policy for setting AML to ensure that AML is determined based on consistent factors across HMAs into the future. | • Finalized and issued the 4700-1 Wild Horses and Burros Management Handbook. <br> • Revised and issued Manual Sections 4700-4740. |
| **The BLM's Progress in Meeting AML** | | |
| • BLM was closer to meeting AML (about 27,200 animals) in 2007 than in any other year since AMLs were first reported in 1984. <br> • The extent to which BLM has actually met AML depends on the accuracy of BLM's population counts.  Most offices use a method that researchers say consistently undercounts animals. Undercounting can put animals at risk and lead to increased program costs. | • Continue to adopt and employ statistically based methods to estimate animal populations across HMAs to improve the accuracy of population estimates integral to BLM's management of wild horses and burros on the range and in planning for capacity needed for excess animals once they are removed from the range. | • Finalized and issued Instruction Memorandum (IM) 2010-057, Wild Horse and Burro Population Inventory and Estimation. <br> • Continue ongoing population estimation research in partnership with the United States Geological Survey (U.S.G.S) and Colorado State University. |
| **The BLM's Management of Animals Off the Range** | | |
| • The number of animals removed from the range is far greater than the number adopted or sold, resulting in increased need for short and long-term holding. <br> • Compared to average adoption rates in the 1990s, 36% % fewer animals were adopted in 2007. <br> • As of June 2008 the BLM was holding over 30,000 animals in holding facilities, up from | • Develop cost-effective alternatives to the process of caring for wild horses removed from the range in long-term holding facilities and seek the legislative changes that may be necessary to implement those alternatives. | • On October 7, 2009 Secretary Salazar sent a letter to U. S. Senate Majority Leader Harry Reid outlining his proposal to put the Wild Horse and Burro Program on a more sustainable track. <br> • The BLM has developed a strategy for wild horse and burro management which incorporates the elements of the Secretary's initiative. |

| nearly 10,000 in 2001. | | |
| • If not controlled, off the range holding costs will continue to overwhelm the program. | | |

Appendix 1, continued

# Summary of the GAO's Findings, Recommendations and the BLM's Response

| The BLM's Controls to Ensure Humane Treatment of Animals | | |
|---|---|---|
| **The GAO's Findings** | **The GAO's Recommendations** | **The BLM's Response** |
| • The BLM has implemented multiple controls to help ensure humane treatment, including random checks on adopted horses and agreements with adopters and buyers to prevent slaughter.<br>• Although the BLM collects data on the treatment of the animals, the information is not always compiled in a central data base or reported to the public.<br>• Providing additional information to the public on the treatment of these animals could help inform the public about their treatment and improve transparency. | • Track the number of animals harmed or killed during the gather process in a centralized data base system and determine what information on the treatment of gathered animals, short-term and long-term holding animals, and adopted animals could easily be provided to the public to help inform them about the treatment of WH&B. | • Finalized and issued IM 2009-041 requiring field offices to report the results of gather operations, including the number of animals that died or were euthanized, to the National Program Office.<br>• Post monthly updates on gathers, sales and adoptions at www.blm.gov |
| **Challenges in Managing for the Long-Term Sustainability of the Program** | | |
| • The BLM has limited options for dealing with unadoptable animals. The WFRHBA provides that unadopted excess animals shall be humanely destroyed or, under certain circumstances, sold without limitation. However, the BLM only manages these animals through sales with limitations. BLM is concerned about the possible reaction to the destruction of healthy animals. | • The Secretary of the Interior and the BLM should discuss with Congress and other stakeholders how best to comply with the WFRHBA or amend it so that the BLM would be able to comply. | • The Department of Interior and BLM have met with key House and Senate members and their staff regarding the Secretary's initiative, including discussion of possible amendments to the 1971 Wild Free-Roaming Horses and Burros Act.<br>• The Secretary's initiative was presented to the National Wild Horse and Burro Advisory Board on December 7, 2009.<br>• Met with key stakeholders regarding the Secretary's initiative.<br>• Engaged the public and key stakeholders in strategy development. |

Appendix 2:
# Summary of the Office of Inspector General's Findings, Recommendations and the BLM's Response

The OIG released a report which examined the BLM's Wild Horse and Burro Program in December 2010 (Report No.: C-IS-BLM-0018-2010).  A summary of the OIG's findings, recommendations and the BLM's response follows.

| The OIG's Findings | The OIG's Recommendations | • The BLM's Response |
|---|---|---|
| • Gathers to remove excess wild horses and burros are justified.<br><br>• The BLM's care and handling of the animals is humane.<br><br>• Growing populations and waning public interest in horse adoptions, and mounting costs are straining the BLM's ability to sustain the Wild Horse and Burro Program.<br><br>• Continued unchecked horse population increases will result in a growing need to hold horses, and commensurate increases in program funding. | 1. There is urgent and aggressive focus on research and testing of improved population control methods to balance wild horse and burro population growth with adoption demand, thereby minimizing the need for additional long-term holding facilities and preserves. | • In FY 2011, the BLM will increase the number of mares treated with PZP fertility control by about 400 mares.  Adjustment of herd sex ratios to favor males is also planned in some HMAs as an additional population suppression method.<br>• The BLM is pursuing with U.S.G.S, industry and academia research studies designed to develop longer lasting fertility control agents.  They are:  (1) continuing research with the University of Toledo (Ohio) on the development of a three year PZP vaccine; (2) working with U.S.G.S, Oregon State University and Telamar Laboratories to conduct a five year research project to evaluate the safety and effectiveness of SpayVac®; and (3) evaluation of a research proposal for the development of a safe, effective and humane surgical method for spaying mares (ovariectomy).<br>• The BLM will also consult with the NAS to determine if there is credible scientific evidence to indicate vasectomies would be effective in controlling her growth rates or if there are other methods for managing stallions that would tangibly suppress population growth.<br>• Lastly, the BLM will review earlier research recommendations by the Wild Horse and Burro Advisory Board to determine whether these were implemented, are no longer relevant or need to be pursued. |
| | 2. There is an ambitious effort to minimize and reduce over the long-term the need for short and long-term storage facilities. | • The BLM will seek to reduce costs by implementing partnership sanctuaries or Farm service Agency pasture programs when it is equally or more cost effective to do so.<br>• The BLM will also boost annual adoptions to over 4,000 animals by offering more trained animals through the Mustang Heritage Foundation's adoption |

Appendix 2, continued

# Summary of the Office of Inspector General's Findings, Recommendations and the BLM's Response

Appendix 3:

| The OIG's Findings | The OIG's Recommendations | The BLM's Response |
|---|---|---|
| | (Reducing the need for short and long term holding, continued)<br><br>3. The best science for wild horse and burro management and needed new research is coordinated with and confirmed by the NAS and the results put into practice. | proposal or other similar proposals, and continuing existing facility adoptions and prison, fostering and other training programs.<br>• The BLM will also increase the number of mares treated with fertility control to an annual goal of 2,000 beginning in 2012 by utilizing newly introduced CTR gathers. The goal for these gathers is capture for fertility control application, with minimal removal. From FY 2004 to FY 2010, less than 500 mares were treated each year and about 850 are proposed for treatment in FY 2011.<br><br>• The BLM will continue to use current science to manage wild horse and burro herds. The BLM will move forward with a review by the NAS to conduct an independent, technical evaluation of the science, methodology and technical decision making approaches of the Wild Horse and Burro Program. The study is expected to be completed in 2013.<br>• The BLM will continue work with HSUS to examine the use of PZP and the most effective methods for the use of PZP on the range.<br>• The BLM will use the information gained in the NAS study to reevaluate current rangeland management strategies and practices that could lead to revisions of existing RMPs.<br>The BLM will continue efforts to establish a Comprehensive Animal Welfare Program. |

Appendix 3:

# Principle Reasons Some Herd Area Acreage Is Not Managed For Wild Horse or Burro Use Today

*Table 1:  Acreage Managed for Wild Horse and Burro Use in 1971 vs. 2010. Percentages are based on the 53.8 million acres of combined public and private lands originally identified under the Act. These 53.8 million acres make up the Herd Areas. The areas within the Herd Areas where Wild Horse and Burros are actively managed are called HMAs.*

| Item | Acres of Public Lands in Millions | Other Landownership | Break Down of lands originally identified under the Wild Free-Roaming Horses and Burro Act 1971 and current status. |
|---|---|---|---|
| HA Acreage (1971) | 42.4 (78.8 %) | 11.4 (21.2 %) | 53.8 (100 %) |
| HMA Acreage (2010) | 26.9 (79.8 %) | 6.8 (20.2 %) | 33.7 (62.6 %) |
| HA Acreage Not Managed Today | 15.5 (77.1 %) | 4.6 (22.9 %) | 20.1 (37.4 %) |

*Table 2: Of the 53.8 million acres of public and private land originally identified as Herd Areas under the Act, approximately 15.5 million acres of land are not currently managed for Wild Horse and Burros. Below is a breakdown of the Principle Reasons, and Other Reasons the areas are not currently managed for Wild Horse and Burro use.*

| Number of acres | % | Principle Reasons Some Areas Are Not Currently Managed for Wild Horse and Burro Use |
|---|---|---|
| 3,115,229 | 20.1% | No water available, or a significant portion of the land and the water available not owned or controlled by the BLM (i.e., the other landowner was unwilling to make their land or water available for wild horse and burro use). |
| 2,481,295 | 16.0% | Land not owned or controlled by the BLM (i.e., the other landowner was unwilling to make their land available for wild horse and burro use). |
| 1,935,238 | 12.5% | Transferred out of the BLM's administration to the U.S.F.S., National Park Service, or other agencies as a result of Federal legislation. |
| 1,782,504 | 11.5% | No water available within the Herd Area, or the available water not owned or controlled by the BLM (i.e., the other landowner was unwilling to make their water available for wild horse and burro use). |
| 1,645,758 | 10.6% | Conflicts with other resource uses (such as Threatened and Endangered Species, National Conservation Areas, wilderness, etc.) that could not be resolved in favor of wild horses and burros. |
| **10,960,024** | **70.7%** | **SUBTOTAL** |

Appendix 3, Table 2, Continued

*Table 2: Reasons that the Some Public Land within Herd Areas Are Not Currently Managed for*

| Number of acres | % | Other Reasons Some Areas Are Not Currently Managed for Wild Horse and Burro Use |
|---|---|---|
| 168,370 | 1.1% | BLM administered land transferred to private or state ownership through land exchange. |
| 1,341,887 | 8.6% | Land was inappropriately designated as part of the Herd Area (i.e., The animals observed when making the determination of use were actually privately owned horses identified as such only after the claiming period provided for in the 1971 WFRHBA). |
| 877,072 | 5.7% | Areas that can no longer be effectively managed as a result of Department of Defense withdrawals, etc. |
| 860,576 | 5.5% | Areas with unsuitable habitat (i.e., unproductive land or inadequate forage) and not capable of sustaining healthy wild horses and burros over the long-term. |
| 389,918 | 2.5% | Areas where the long-term management of wild horses and burros wasn't feasible (e.g., animals wouldn't stay in the Herd Area, the presence of multiple fences, etc.). |
| 310,663 | 2.0% | Areas where wild horses and burros could no longer be managed as a result of various Federal Court decisions. |
| 266,718 | 1.7% | Herd Areas with herd sizes too small to allow for effective management over the long-term (i.e., less than a handful of animals present at the time the WFRHBA passed; thus genetics concerns). |
| 142,686 | 0.9% | In appropriately or mistakenly designated as a Herd Area (i.e., areas of public land with no animals present at the time of the passage of the Act). |
| 96,648 | 0.6% | Areas of public land with critical habitat components, such as summer or winter range, that are absent or not controlled by the BLM. |
| 67,042 | 0.4% | Areas where habitat fragmentation has occurred as a result of highway corridor fencing, etc., to the extent that management of wild horses and burros is no longer possible. |
| 39,553 | 0.3% | Areas impacted by urban expansion to the extent that effective management of wild horses and burros no longer possible. |
| **4,561,133** | **29.3%** | **SUBTOTAL** |

*Wild Horse and Burro Use, continued.*

| Total Number of Acres of Public Land Currently found within Herd Areas that are not managed for Wild Horses and Burros | % | |
|---|---|---|
| **15,521,157** | **100.0%** | **TOTAL** |



U.S. Department of the Interior • Bureau of Land Management • Report to Congress

# Wild Horse and Burro Program Strategy and Fiscal Year 2005 to 2010 Program Report

March 2012

# Table of Contents

**Executive Summary** ......................................................................................3

**Introduction to the Wild Horse and Burro Program** ...................................10

    Balancing the Multiple Use Mandate ...............................................................10
    Impacts from Overpopulated Herds...................................................................10
    GAO 2008 Finding: "Critical Crossroads"........................................................11
    Salazar 2009 Wild Horse Initiative................................................................. 12

**Program Strategy Development, 2010 to 2011** ............................................. 13

    Public and Advisory Board Involvement...........................................................13
    National Environmental Policy Act (NEPA) Requirements..............................13
    National Academy of Sciences Report, Due Midyear 2013 ............................14

**Wild Horse and Burro Program Strategy** ......................................................16

    Seven Key Components of the Program Strategy..............................................17
    Assumptions for Success .................................................................................19
    Potential Change Factors .................................................................................19
    Budget Considerations.....................................................................................27
    Probable Scenario if Program Strategy is Not Implemented ............................30
    Other Management Approaches Proposed by the Public ..................................36

**FY 2005-2010 Program Report** ...................................................................40

    Overview.........................................................................................................40
    External Program Reviews ...............................................................................40
    Appropriate Management Level .......................................................................42
    Gathers and Removals .....................................................................................43
    Use of Helicopters to Assist in Wild Horse and Burro Capture .......................44
    Transparency...................................................................................................46
    Public Observation..........................................................................................46
    Short-Term Corrals..........................................................................................47
    Long-Term Pastures........................................................................................ 47
    Herd Area (HA) History .................................................................................. 48
    Herd Management............................................................................................ 49
    Livestock Use..................................................................................................52
    Monitoring ......................................................................................................53
    Population Growth Suppression Methods .........................................................56
    Research..........................................................................................................59
    Sales and Adoptions.........................................................................................63
    Volunteers ......................................................................................................65
    Compliance and Enforcement...........................................................................66

1

Environmental Education.................................................................................................66
Save the Mustangs Fund ...............................................................................................66
Mustang Heritage Foundation.......................................................................................67
Wild Horse and Burro Program System .......................................................................69
Animal Welfare..............................................................................................................69
Animal Care and Welfare Assessment .........................................................................70
Mortality .......................................................................................................................71

## Summary ....................................................................................................72

Bibliography .................................................................................................................73
A Brief History of the Wild Free-Roaming Horses and Burros Act of 1971 .................. 75
Glossary of Terms and Acronyms ................................................................................ 77

## Appendices .............................................................................................82
Appendix 1: Summary of GAO's Findings, Recommendations and the BLM's
Response ......................................................................................................................82
Appendix 2: Summary of Office of the Inspector General's Findings,
Recommendations and the BLM's Response ...............................................................85
Appendix 3: Principal Reasons Some Herd Area Acreage is Not Managed
for Wild Horses and Burros ......................................................................................... 86

2

# Executive Summary

This document formally presents two reports from the Bureau of Land Management: the current Wild Horse and Burro Program Strategy (as directed in the Department of the Interior, Environment, and Related Agencies Appropriations Act 2010, 111th Congress, 1st Session, House of Representatives Report 111-316, Conference Report to Accompany H.R. 2996, Senate Report 111-38); and the Wild Horse and Burro Program Report for FY 2005-2010.

## Introduction to the Wild Horse and Burro Program

The Bureau of Land Management's (BLM's) top priority is to ensure the health of the public lands so that the species depending on them, including the nation's wild horses and burros, can thrive. As directed by Congress under the Wild Free-Roaming Horses and Burros Act of 1971 (Act), the BLM protects, manages, and controls wild horses and burros that roam 26.9 million acres of Western public rangelands as part of its overall multiple-use mission. These animals have virtually no natural predators and can double their population every four years. As of February 28, 2011, the free-roaming wild horse and burro population was estimated at 38,500, exceeding by nearly 12,000 the number that the BLM has determined can exist in balance with other public rangeland resources and uses. These impacts threaten the quality and quantity of forage and water available for other domestic and wildlife species, which include game and nongame species, and Federally and State threatened, endangered and sensitive species. It is extremely vital that the BLM manage wild horses and burros along with these species to remain compliant with its multiple-use mission. To achieve this end, the BLM's Wild Horse and Burro Program must be put on a sustainable course that benefits the animals, land, and American taxpayer.

The need to gather and remove wild horses and burros from the range is fully recognized by Congress in the 1971 law. Section 1333 of the law mandates that once the Secretary of the Interior "…determines...on the basis of all information currently available to him, that an overpopulation exists on a given area of the public lands and that action is necessary to remove excess animals, he shall immediately remove excess animals from the range so as to achieve appropriate management levels." The BLM does not euthanize or sell "without limitation," healthy, wild horses. While these actions are authorized under the Act, Congress prohibited the use of appropriated funds for this purpose between 1988 and 2004, and again from 2010 to 2012.

## From 2004 to Present

The BLM is required under the Act to "manage wild free-roaming horses and burros in a manner that is designed to achieve and maintain a thriving natural ecological balance on the public lands" [§1333 (a)], and to "immediately remove excess animals from the range so as to achieve appropriate management levels." [§1333(2) iv] (AML). The Act defines excess animals as "wild free-roaming horses or burros (1) which have been removed from an area by the Secretary pursuant to application law or, (2) which must be removed from an area in order to preserve and maintain a thriving natural ecological balance and multiple-use relationship in that area." [§333(2)f].

BLM_002039

In its 2004 Report to Congress, the BLM outlined a plan to achieve AML within three years and that identified funding needs of $42.2 million in FY 2005 (with slight declining annual costs thereafter). These funds would carry out the plan as well as provide for increased animal removals, adoptions and holding costs. The plan involved four key components:

- Aggressive removal of excess animals to bring down the estimated population of 36,000 to the target management number of 26,000 within three years.
- Increased adoptions from 7,000 per year to 7,600 per year through work with the Wild Horse and Burro Foundation (since renamed Mustang Heritage Foundation to identify more markets for wild horse and burro adoptions.
- Implement cost savings and efficiencies throughout the program to be achieved in part by adopting more animals and acquiring more contracted long-term holding facilities that would maintain unadopted animals at costs lower than those of short-term holding facilities.
- Continued research, development, testing and implementation of effective population growth suppression methods, including fertility control.

From 2004 to 2011, costs to manage the program have increased from the identified need of $42 million (in 2005) to costs over $75 million (in 2011). Therefore, the 2004 goal and plan has not yet been accomplished. Costs have increased for the following reasons:

- A greater number of animals on the range existed than were estimated in 2004. (36,000 in 2004 and 38,500 in 2011 despite removals greater than planned levels.)
- From 2004 to 2011, 14,400 more animals were removed than planned due to more animals being found on the range, which resulted in an increased cost of removals.
- The placement of 7,600 animals per year in private care through the adoption program was not achieved for the following reasons:
  - o The average number of adoptions from 2000 to 2003 of 7,000 has declined to 2,844 in 2011. The decreased number of adoptions is partially offset by 5,092 animals that were sold through the sale program implemented in 2005.
  - o Considering total adoptions and sales from 2004-2011, over 20,300 less animals were placed in private care than had been planned for.
- Increased removals and less animals placed in private care have resulted in 34,700 more animals than had been planned for currently being maintained in short-term and long-term holding facilities.
- Holding costs to maintain horses have dramatically increased due to increases in fuel and hay prices and greater numbers being maintained in holding than planned. The projected cost for 2011 was $14 million and actual costs were nearly $36 million.

All of these factors have resulted in total program costs that are not sustainable and that are beyond those projected to manage the program in the 2004 Report to Congress. The 2008 Government Accountability Office Report (GAO-09-77) stated that spiraling off the range holding costs are not sustainable, and the 2010 Office of Inspector General's 2010 program review (C-IS-BLM-0018-2010) found that unchecked horse populations and rising holding costs are not sustainable.

4

Currently there are 47,500 animals in captivity (February 2012) and an estimated 38,500 on the range (February 2011). The BLM acknowledges that major changes in Wild Horse and Burro (WH&B) Program management must be made and presents here a Program Strategy to implement both interim and permanent changes while the National Academy of Sciences (NAS) completes a review of the program to develop recommendations for future management that will be delivered in their midyear 2013 report.

## Wild Horse and Burro Program Strategy

The BLM's strategy builds on the concepts presented in the Interior Secretary's October 2009 national initiative to create a cost efficient and sustainable WH&B Program. It was developed with public input and Wild Horse and Burro Advisory Board review. As part of the BLM's continuing commitment to work with stakeholders to achieve a common goal, a draft strategy development document was released initially for review on June 3, 2010. Approximately 9,000 individuals, groups, and agencies offered opinions and suggestions during the 90-day comment period. While opinions were divergent, the BLM used the feedback received to develop a second proposed strategy for managing wild horses and burros.

Details of the second proposal were released to the public on February 28, 2011. Almost 43,000 comments were received during the 30-day review period. The BLM also asked the National Wild Horse and Burro Advisory Board for their recommendations. The vast majority of the comments pertained to issues or information already identified and addressed in the BLM's strategy. A number of very different, and often conflicting, approaches for future wild horse and burro management were also identified, some of which cannot be implemented without amendments to the BLM's existing Resource Management Plans (RMP) or changes in existing Federal law.

Guidance and recommendations from the NAS in 2013 will be utilized by the BLM to issue directives and guidance to the States regarding population estimation, genetic diversity, population growth rates, predator management, fertility control, AML establishment or adjustment and societal concerns.

The BLM is making fundamental changes for managing wild horses and burros as outlined in this Program Strategy, the most significant of which are:

- place greater emphasis on the use of multiple population growth suppression methods in combination with removals to achieve and maintain wild horse and burro population numbers at Appropriate Management Levels (AML). Achieving and maintaining AML is essential to the BLM's multiple-use mandate in the semi-arid lands where wild horses and burros are found. These regions are most often characterized by their low annual rainfall, abundant unpalatable shrubs and overall low vegetative productivity. The BLM's goal is to manage these areas for healthy rangelands, other land uses, wildlife and healthy herds of wild horses and burros for future generations to enjoy.

- continue research into various population growth suppression agents, methods or techniques including efforts to develop a longer lasting (three to four-year) fertility control agent, as part of this increased emphasis. Ultimately, as technology and methods

5

improve, the BLM intends to use a wide range of safe, effective and humane population growth suppression agents and methods. These include fertility control, adjustment of sex ratios in favor of males, and management of non-reproducing herds or herd components. Such methods have the potential to become the principal means the BLM uses to maintain wild horse and burro population size in balance with the forage and water that is available on Western rangelands.

The desired condition is that, over time, lower reproduction rates would result in the BLM needing to remove fewer excess animals from the range. Fewer gathers would be needed and removal numbers should better balance with society's ability to absorb excess animals through adoption or sale. The result will be fewer unadopted or unsold animals requiring long-term care.

This approach has the potential to substantially reduce costs over the long term.

The Program Strategy focuses on the following seven areas of emphasis and change. A more complete description of each of the seven Components is in the full Program Strategy; goals, objectives and action items for each Component may be found in Table 1 (see pages 21-26). A Glossary of Terms and Acronyms follows the Summary Section.

**Component One: Sustainable Herds**
- Temporarily reduce the number of wild horses removed from the range from 10,000 animals to 7,600 per year beginning in FY 2012, as the NAS review is being conducted.
- Reduce the number of on-the-range pregnancies by implementing population growth suppression methods that include treating mares with Porcine Zona Pellucida* (PZP) fertility control; adjusting herd sex ratios in favor of males through the release of greater numbers of stallions or geldings to replace and reduce the number of mares in some Herd Management Areas (HMAs); and management of non-reproducing herds or herd components where appropriate. *See full Program Strategy section.

**Component Two: Ecotourism**
- Work with local communities to explore ecotourism and marketing opportunities for HMAs.
- Enhance public outreach by recruiting local volunteers to assist with monitoring rangeland health and animal health, assisting with range projects and potentially helping with research projects.

**Component Three: Pastures and Private Sanctuaries**
- Expand opportunities for partnerships for ecosanctuaries that are intended to provide cost effective, humane, and long-term care for unadopted and unsold wild horses. These ecosanctuaries will provide a place to facilitate education to the public on wild horses, as well as provide another outlet to potentially adopt and train horses.

**Component Four: Place Excess Animals in Private Care**
- Make efforts to increase the number of wild horses and burros adopted by members of the public from 3,000 to 4,000 or more, annually, despite challenging economic factors

6

such as the high cost of hay. This will be done through expanded partnerships to train wild horses without additional Federal investment in infrastructure.
- Explore increased use of WH&Bs by government agencies and other beneficial integration of wild horses and burros into society.
- Continue adoption work through private partners, prison programs, existing adoption facilities and fostering programs.

**Component Five: Animal Welfare**
- Ensure that animals in the BLM's care are treated humanely through development and implementation of the Comprehensive Animal Welfare Program (CAWP). As part of the development of this program, the BLM will establish best management practices using a series of performance-based standards and developing Standard Operating Procedures (SOPs) to be used in the field.

**Component Six: Science and Research**
- Provide information to the National Academy of Sciences as requested.
- Continue monitoring current research studies with non-profit partners and universities, particularly on herd dynamics and efficacy of fertility control agents (such as PZP); and seek proposals for new research projects as funds become available. Support and increase the use of population census methods to improve data on herd numbers, as recommended by the U.S. Geological Survey.

**Component Seven: Public Outreach**
- Reaffirm the BLM's commitment to transparency and openness in all facets of the WH&B Program. This commitment includes increased public viewing opportunities during gathers, at short-term corrals and long-term care facilities to the greatest extent possible without compromising the safety of the people or the animals. The BLM is also committed to promptly providing accurate information related to the program.

## Assumptions for Success
The success of the Program Strategy is based on the following assumptions:
- That an appropriation of about $75 million would continue over the next two years, equivalent to FY 2011 Operating Plan levels.
- That costs to provide humane care for unadopted or unsold wild horses in contracted short-term corrals, long-term pastures, partnership eco-sanctuaries, or Farm Service Agency pasture programs would remain at FY 2011 levels.
- That funding costs for gather and removal operations, as well as application of population growth suppression methods, remain the same as FY 2011 levels
- That removal of 7,600 animals over the period of the NAS study will offset the projected foal crop each year to maintain the on-range population at roughly 38,500.
- That adoption demand would increase from the current number of an average of 3,000 animals per year to over 4,000. This partially depends on increased partnerships to offer more trained animals at a higher initial expense. Challenges for potential adopters will remain the rising cost of animal care, including hay and transportation costs.

7

- That population estimates of herds are reasonably accurate, recognizing that 100% accuracy is impossible in free-roaming animals over 31.6 million acres of rangeland.
- That currently developed fertility control methods are proven effective in significantly reducing population growth, and that a sufficient percentage of mares in western rangeland herds can be treated.
- That 3-4 year, or longer, effective and implementable fertility control as a population growth suppression method will continue to be developed through sound research and eventually registered for field use.
- That there will be sufficient response to the BLM's solicitation for additional long-term pastures and eco-sanctuaries to hold excess horses and burros.

## Potential Change Factors

Several factors could affect and alter this Program Strategy, including recommendations in 2013 from the NAS report, the overall economic climate of the country, and on-going research into new population growth suppression methods.

In the case of extreme drought or wildfire, the BLM may need to conduct emergency gathers to protect the animals. This could lead to two situations: (1) the number of animals being removed exceeding 7,600 in a given year, with a need for more short- and long-term holding space; and (2) fewer gathers conducted for the purpose of applying population growth suppression. Emergency gathers could thus affect the timing and implementation of the Program Strategy.

## FY 2005-2010 Wild Horse and Burro Program Report

During FYs 2005–2010, the BLM implemented a number of management actions to improve the management of America's wild horses and burros. See the full Program Report section for details. Highlights of accomplishments include the following:

- Expanded use of fertility control by implementation of catch, treat and release (CTR) gathers to apply 22 month Porcine Zona Pellucida (PZP-22) vaccine to captured mares or adjust herd sex ratios to favor males.
- Increased research funding by nearly four times and expanded efforts to research and develop a longer lasting fertility control agent.
- Issued policy guidance requiring the authorized officer to analyze a range of alternatives during gather or HMA planning to reduce population growth rates for wild horse herds with average growth rates of greater than or equal to 5 % per year.
- Implemented a sales program that aims to place animals in good homes.
- Doubled funding for aerial population inventory and issued policy guidance recommending the use of mark re-sight and simultaneous double count methods developed by USGS for wild horse surveys to estimate population numbers. The policy requires that population surveys be conducted every two years whenever possible, and within six to 12 months prior to a proposed gather and removal.
- Entered into partnerships and increased the funding available to the Mustang Heritage Foundation and other partners to increase the number of trained animals offered for adoption in order to counter declining demand for untrained wild horses.

8

- Provided increased opportunities for the public and media to observe gathers from designated viewing points. Implemented an annual public tour for viewing long-term holding facilities and will continue to host public visitation at short-term holding facilities.
- Expanded our commitment to ensure the humane treatment of the wild horses and burros in our care by implementing three pilot projects that provided independent review of our animal care and handling practices by credentialed observers that are being incorporated into a Comprehensive Animal Welfare Program (CAWP).
- Increased the WH&B Program's transparency by reporting on the BLM's new redesigned website the results of, and significant numbers associated with, gather operations, short-term holding facility, long-term holding facility, and sales and adoptions.
- Made changes to incorporate the findings of reviews by the Government Accountability Office (GAO, 2009) and the Office of Inspector General (OIG, 2010) of WH&B Program management.
- Issued the Wild Horses and Burros Management Handbook to provide guidance for herd management and to ensure that the factors considered in future AML revisions will be consistent across all Herd Management Areas (HMA).
- Accounted for and explained the reasons that 15.5 million acres of public land within the original 1971 Herd Areas are no longer managed for wild horse and burro use. The results are posted on BLM's National Wild Horse and Burro website.
- Deployed a redesigned WH&B Program System database to serve as the primary records system for program data.

9

# Introduction to the
# Wild Horse and Burro Program

## Balancing the Multiple Use Mandate

The Bureau of Land Management's (BLM's) top priority is to ensure the health of the public lands so that the species depending on them, including the nation's wild horses and burros, can thrive.



BLM Director Bob Abbey served eight years as the agency's State Director in Nevada, where 50% of wild free-roaming horses live.

As directed by Congress under the Wild Free-Roaming Horses and Burros Act (Act), the BLM protects, manages, and controls wild horses and burros that roam Western public rangelands. The Bureau manages these iconic animals on 26.9 million acres of public Western rangeland as part of the agency's overall multiple-use mission across 245 million acres of public lands.

When Congress passed the 1971 law, it found that wild horses and burros – those Living Legends of Western history – were "fast disappearing from the American scene" because of their lack of legal protection. Now, 41 years after that landmark law was enacted, these special animals are firmly established and experiencing robust population growth under Federal protection. In fact, wild horse and burro herds, which have virtually no natural predators, grow at a rate of about 20 percent a year, which means herds can double in size every four years.

The BLM faces profound challenges in managing wild horse and burro populations in the West. Wild horse and burro overpopulation can have adverse effects on not only the health of wild horse and burro populations, but may also have profound impacts on rangeland vegetation. These impacts threaten the quality and quantity of forage and water available for other domestic and wildlife species, which include game and nongame species, as well as Federally and State threatened, endangered and sensitive species. It is extremely vital that the BLM manage these species to remain compliant with its multiple-use mandate. To achieve this end, the BLM's Wild Horse and Burro (WH&B) Program must be put on a sustainable course that benefits the animals, land, and American taxpayer.

## Impacts from Overpopulated Herds

Because of rapid growth in herd sizes and to protect the health of the land and the animals, the BLM must remove thousands of wild horses and burros from the range each year. The Western rangeland free-roaming population of 38,500 horses and burros (as of February 28, 2011) exceeds by nearly 12,000 the number that the BLM has determined can exist in balance with other public rangeland resources and uses. The ecosystems of public rangelands, which provide habitat for wildlife, are simply not able to withstand the impacts resulting from overpopulated herds.

Without healthy rangelands, wild horses and burros cannot thrive. Moreover, they cannot even survive when range conditions and water availability, which are affected by drought, wildfire, and climate change, deteriorate beyond a certain point.

BLM_002046

The need to gather and remove horses and burros from the range is fully recognized by Congress in the 1971 law. Section 1333 of the law mandates that once the Secretary of the Interior "determines...on the basis of all information currently available to him, that an overpopulation exists on a given area of the public lands and that action is necessary to remove excess animals, he shall immediately remove excess animals from the range so as to achieve appropriate management levels."

The BLM does not euthanize or sell "without limitation," healthy, wild horses. While these actions are authorized under the Act, Congress prohibited the use of appropriated funds for this purpose between 1988 and 2004, and again from 2010 to 2012.



**Figure 1.** Given adequate funding, under the new strategy the BLM would remove an estimated 7,600 excess animals per year, beginning in FY 2012 through about FY 2014. The BLM expects wild horse and burro population size in the West to remain level during this timeframe as shown above.

## GAO 2008 Finding: "Critical Crossroads"

When excess horses and burros are removed, the BLM feeds and cares for these animals in short-term corrals and long-term pastures while trying to place as many as possible into good private care through adoptions or sales. Since 1971, the Bureau has adopted out more than 225,000 wild horses and burros. Adoptions of untrained horses removed from the range have declined in recent years as a result of social and economic factors.

11

While the BLM is working hard to boost adoptions, the public's demand for adoptable wild horses has left more than 47,500 wild horses and burros (as of February 2012) in corrals and pastures that must be kept operating at a cost that is approximately half of the entire WH&B Program budget. Animals in holding retain their "wild" status and remain under the protection of the BLM, which, again, does not sell or send any horses or burros to slaughter.

So the BLM finds itself in the predicament of needing to gather overpopulated herds from the Western range each year while its holding costs keep rising – with no end in sight. Recognizing this unsustainable situation, the Government Accountability Office, in a report issued in October 2008, found the Bureau to be at a "critical crossroads" because of spiraling off-the-range holding costs and its limited management options concerning un-adopted horses.

## Salazar 2009 Wild Horse Initiative

In response, Secretary of the Interior Ken Salazar and BLM Director Bob Abbey announced on October 7, 2009, a new and sustainable way forward for managing our nation's wild horses and burros that included the possible creation of wild horse preserves on the productive grasslands of the Midwest and East through partnerships with private, nonprofit organizations; and possibly showcasing certain herds to highlight the special qualities of wild horses as well as provide opportunities for local tourism and education/adoption facilities.

In that announcement, other new strategies were recommended that were aimed at balancing wild horse and burro population growth rates with public adoption demand to control holding costs, slowing population growth rates of wild horses on Western public rangelands through the aggressive use of current population growth suppression methods, active management of sex ratios on the range, and creating non-reproducing herds or herd components.

The BLM's Wild Horse and Burro Program Strategy (see page 16) builds on the concepts presented in the Department of Interior Secretary's October 2009 national initiative to create a cost efficient and sustainable WH&B Program.

BLM_002048

# Program Strategy Development, 2010 to 2011

Using these proposals as a starting point for finding the most viable approach to protecting and managing America's iconic wild horses and burros, BLM teams drafted a "Strategic Development Document" outlining seven sections or themes: Treasured Herds, Wild Horse Preserves, Sustainable Herds, Placing Excess Animals into Private Care, Animal Welfare, Science and Research, and Communications.

## Public and Advisory Board Involvement

As part of the BLM's continuing commitment to work with stakeholders to achieve a common goal, the Strategy Development Document was released for review on June 3, 2010. Approximately 9,000 individuals, groups, and agencies offered opinions and recommendations during the 90-day comment period. While opinions were divergent, the BLM used the feedback received to develop a proposed new strategy for managing wild horses and burros.

On February 28, 2011, the BLM released details of the program strategy to the public. Almost 43,000 individuals, groups and agencies provided comments during the 30-day review period. Substantive public comments were incorporated into a comprehensive summary to facilitate review and analysis of the comments received. Each of the summary comments was then carefully reviewed to determine if they were new (not previously identified) issues, or information that the BLM should incorporate into the program strategy. The preponderance of public comments concerned the Sustainable Herds theme.

The National Wild Horse and Burro Advisory Board also reviewed the program strategy in June 2010, and made recommendations to the BLM during their meeting in Phoenix, Arizona in March 2011.

The vast majority of the comments pertained to issues or information already identified and addressed in the BLM's strategy. A number of very different, and often conflicting, approaches for future WH&B management were also identified. These differences ranged from increasing or decreasing the number of wild horses and burros on the range, providing greater forage allocations for wild horses and burros reducing forage allocations for other uses such as livestock grazing; and allowing natural predation to control populations rather than controlling populations through removal and population growth suppression methods. Many of these suggestions cannot be implemented without amendments to the BLM's existing Resource Management Plans (RMP) or changes in existing Federal law.

A brief summary of the comments and recommendations from the public and the WH&B Advisory Board may be found in "Table 3, What We Heard from the Public and Advisory Board" (see pages 31-35) and includes BLM's responses to the recommendations. For detailed information, refer to www.blm.gov. NOTE: This information will be posted following submission of the Report to Congress provided publication is in compliance with the Privacy Act.

## National Environmental Policy Act (NEPA) Requirements

Many of the actions identified in the Program Strategy cannot be implemented until site-specific environmental analysis has been completed in conformance with NEPA requirements. Examples include: proposals to gather and remove excess animals; and proposals to implement population growth suppression methods and techniques, including use of fertility control, adjustments to herd sex ratios, and non-reproducing herds or herd components. Decisions on where and when these types of actions would

13

take place would be made following appropriate NEPA analysis. Some actions may also require amendments to the BLM's existing RMPs before they could be implemented.

Some of the identified actions involve administrative decisions that are not subject to NEPA including: budget requests, staffing decisions, entering into partnerships to boost adoptions, and development and implementation of a Comprehensive Animal Welfare Program (CAWP).

As a result, the BLM's Program Strategy that can be implemented under existing authorities and RMPs while a study by the National Academy of Sciences (NAS) is being completed.

## National Academy of Sciences Report, Due Midyear 2013

In December 2010, the OIG report encouraged the BLM to implement best science practices and to pursue new research for wild horse and burro management as recommended by the NAS. As a Congressionally chartered organization to officially and independently advise the Federal government in matters of science and technology, the NAS is uniquely positioned to conduct an unbiased, scientifically-based technical analysis of the WH&B Program. The 1971 Act itself states "the Secretary shall consult with …such individuals independent of Federal and State government as have been recommended by the National Academy of Sciences" [§1333(b)(1)].

In response, the BLM contracted with the NAS in June 2011 to conduct a review of the science related to BLM's current policies, taking into account the BLM's multiple use mandate; and to make recommendations of methods to better manage wild horse and burro population dynamics, future management practices and present research needs. The NAS will review three prior reports (completed in 1980, 1982 and 1991) as relevant background information for the current study and will also review relevant scientific research conducted since the time of the last report. Specifically, the NAS will look at the following key scientific challenges and questions as follows:

- **Population Estimation**: The BLM understands the importance of obtaining accurate estimates of wild horse and burro population size. As a result, BLM has asked NAS to identify the best methods to estimate wild horse and burro herd numbers, the margin of error for those methods, and whether there are better techniques than those the BLM currently employs to estimate population numbers. For example, could genetics or remote sensing using unmanned aircraft be used to estimate population size and distribution?

- **Genetic Diversity**: BLM has asked NAS to review available information about the genetic diversity of wild horse and burro herds, to evaluate what that information indicates about long-term herd health from a biological and genetic perspective, and to identify the management actions the BLM could take to achieve an optimal level of genetic diversity if it is too low.

- **Population Growth Rates**: The NAS has been asked to evaluate estimates of annual population growth rates, including factors affecting the accuracy of and uncertainty related to the estimates. As part of this question, the NAS will review current science to determine if wild horse and burro populations will regulate themselves or self-limit before land and animal health is compromised.

- **Predator Management:** Although predator management is primarily the responsibility of the State and other wildlife agencies, NAS has been asked to determine if there is evidence that

14

predators could effectively control wild horse and burro population size in the West.

- **Fertility Control (Mares and Stallions):** The NAS will evaluate scientific information related to the effectiveness of fertility control in preventing pregnancies in mares and reducing population growth, and whether there are other fertility control agents or population control methods for either mares or stallions that would be effective in slowing population growth. For example, should the BLM consider castration or vasectomies in stallions, or spaying mares?

- **AML Establishment or Adjustment:** The NAS has been asked to evaluate the scientific basis for determining AMLs as described in the 4700-1 WH&B Management Handbook. For example: are there other science based approaches to AML adjustment the BLM should consider?

- **Societal Concerns:** Lastly, the NAS has been asked if there are options that would allow the BLM to better bridge societal differences about wild horse and burro management, while using the best available science to protect land and animal health.

At the conclusion of the NAS study, the BLM will carefully consider their findings for implementation and evaluate each recommendation received to determine if it is: (1) in conformance with existing Federal law; and (2) in conformance with the BLM's existing land use plans and RMPs. The BLM may then alter portions of its WH&B Program Strategy. The NAS report is expected in mid-2013.

15

# Wild Horse and Burro Program Strategy

In this Program Strategy, the BLM will make fundamental changes for managing wild horses and burros. The most significant changes will:

(1) <u>place greater emphasis on the use of multiple population growth suppression methods in combination with removals</u> to achieve and maintain wild horse and burro population numbers at Appropriate Management Levels (AML). Achieving and maintaining AML is essential to the BLM's multiple-use mandate in the semi-arid lands where wild horses and burros are found. These regions are most often characterized by their low annual rainfall, abundant unpalatable shrubs and overall low vegetative productivity. The BLM's goal is to manage these areas for healthy rangelands, other land uses, wildlife and healthy herds of wild horses and burros for future generations to enjoy.

(2) <u>continue research into various population growth suppression agents, methods or techniques</u> including efforts to develop a longer lasting (three to four-year) fertility control agent, as part of this increased emphasis. Ultimately, as technology and methods improve, the BLM intends to use a wide range of safe, effective and humane population growth suppression agents and methods. These include fertility control, adjustment of sex ratios in favor of males, and management of non-reproducing herds or herd components. Such methods have the potential to become the principal means the BLM uses to maintain wild horse and burro population size in balance with the forage and water that is available on Western rangelands.

The desired condition is that, over time, lower reproduction rates would result in the BLM needing to remove fewer excess animals from the range. Fewer gathers would be needed and removal numbers should better balance with society's ability to absorb excess animals through adoption or sale. The result will be fewer unadopted or unsold animals requiring long-term care.

This approach has the potential to substantially reduce costs over the long term.



This photo shows an example of fertility control being applied in a chute to a wild horse. During the next two years, the BLM hopes to substantially increase the number of animals treated with population growth suppression methods. Fewer reproductively viable females on the range will reduce the number of foals that are born each year.

16

## Seven Key Components of the Program Strategy

The final Program Strategy is organized around the following seven components. The goals, objectives, and action items for each component may be found in Table 1 (see pages 21-26).

**Component One: Sustainable Herds**

- *Temporarily reduce the number of wild horses removed from the range from 10,000 animals to 7,600 per year* beginning in FY 2012, as the NAS review is being conducted. This temporary reduction in removals is intended to maintain the number of wild horses and burros on the range at about 38,500 animals pending the findings of the NAS in 2013. While the BLM is concerned that forage limitations may require the removal of more than 7,600 animals in the event of drought or other emergencies, it has decided to adopt this more conservative gather approach pending the findings of the NAS study.

- *Reduce the number of on-the-range pregnancies by implementing population growth suppression methods* that include treating mares with Porcine Zona Pellucida\* (PZP) fertility control; adjusting herd sex ratios in favor of males through the release of greater numbers of stallions or geldings to replace and reduce the number of mares in some Herd Management Areas (HMAs); and management of non-reproducing herds or herd components where appropriate. Over the next two years, the BLM hopes to substantially increase the number of animals treated with population growth suppression methods up to as many as 2,000 animals. From 2004-2009, the use of PZP for fertility control as one method was used to treat approximately 500 mares. Fewer reproductively viable females on the range will reduce the number of foals that are born each year.

\*In January 2012, the "parent" liquid compound Porcine Zona Pellucida (PZP) was renamed ZonaStat-H as the first registered official contraceptive horse vaccine. For the purposes of this report, it will be referred to as PZP.



| | FY 2010 | FY 2011 | FY 2012 | FY 2013 Request | FY 2014 Projected |
|---|---|---|---|---|---|
| Adoptions | 3,029 | 2,888 | 4,200 | 4,200 | 4,200 |
| Fall Removals | 5,637 | 5,000 | 4,000 | 4,000 | 4,000 |
| Summer Removals | 5,404 | 3,965 | 3,600 | 3,600 | 3,600 |
| Total Removals | 11,041 | 8,965 | 7,600 | 7,600 | 7,600 |
| Animals in Holding (Sep 30) | 37,799 | 41,245 | 44,124 | 46,751 | 49,267 |

**Figure 2. Removals, Holdings and Adoptions under the Program Strategy**

BLM_002053

**Component Two: Ecotourism**
- *Work with local communities* to explore ecotourism and marketing opportunities for HMAs.
- *Enhance public outreach by recruiting local volunteers to assist with* monitoring rangeland health and animal health, assisting with range projects and potentially helping with research projects.

**Component Three: Pastures and Private Sanctuaries**
- *Expand opportunities for partnerships for ecosanctuaries* that are intended to provide cost effective, humane, and long-term care for unadopted and unsold wild horses. These ecosanctuaries will provide a place to facilitate education to the public on wild horses, as well as provide another outlet to potentially adopt and train horses. It is hoped that ecosanctuaries could prove to be an alternative to higher cost short- and long-term holding pastures.

**Component Four: Place Excess Animals in Private Care**
- *Make efforts to increase the number of wild horses and burros adopted* by members of the public from 3,000 to 4,000 or more, annually, despite challenging economic factors such as the high cost of hay. This will be done through expanded partnerships to train wild horses without additional Federal investment in infrastructure. Existing training programs and partnerships would continue.
- *Explore increased use of WH&Bs by government agencies* and other beneficial integration of wild horses and burros into society.
- *Continue adoption work* through private partners, prison programs, existing adoption facilities and fostering programs.

**Component Five: Animal Welfare**
- *Ensure that animals in the BLM's care are treated humanely* through development and implementation of the Comprehensive Animal Welfare Program (CAWP). As part of the development of this program, the BLM will establish best management practices using a series of performance-based standards and developing Standard Operating Procedures (SOPs) to be used in the field. A training program based on how these SOPs will be incorporated to ensure that all individuals are knowledgeable and trained to these standards. To measure adherence to these standards and help guide future training needs, internal and external audits by qualified individuals will be conducted using a WH&B Care and Welfare Assessment Tool. The results of these audits will help identify areas for future training needs, or to identify if an SOP needs to be changed.

**Component Six: Science and Research**
- *Provide information to the National Academy of Science as requested.*
- *Continue monitoring current research* studies with non-profit partners and universities, particularly on herd dynamics and efficacy of fertility control agents (such as PZP); and seek proposals for new research projects as funds become available. The BLM works closely with the Humane Society of the United States (HSUS) to implement and monitor expanded use of PZP fertility control, which the BLM has been using under an Investigational New Animal Drug permit issued to the HSUS by the Food and Drug Administration since 2004. In January 2012, the "parent" liquid compound Porcine Zona Pellucida (PZP) was renamed ZonaStat-H as the first registered contraceptive horse vaccine registered by the Environmental Protection Agency. For the purposes of this report, it will be referred to as PZP.
- *Support and increase the use of population census methods to improve data on herd numbers* as recommended by the U.S. Geological Survey.

18

**Component Seven: Public Outreach**
- *Reaffirm the BLM's commitment to transparency and openness* in all facets of the WH&B Program. This commitment includes increased public viewing opportunities during gathers, at short-term corrals and long-term care facilities to the greatest extent possible without compromising the safety of the people or the animals. The BLM is also committed to promptly providing accurate information related to the program.

## Assumptions for Success

The success of the Program Strategy is based on the following assumptions:
- That an appropriation of about $75 million would continue over the next two years, equivalent to FY 2011 Operating Plan levels.
- That costs to provide humane care for unadopted or unsold wild horses in contracted short-term corrals, long-term pastures, partnership eco-sanctuaries, or Farm Service Agency pasture programs would remain at FY 2011 levels.
- That funding costs for gather and removal operations, as well as application of population growth suppression methods, remain the same as FY 2011 levels
- That removal of 7,600 animals over the period of the NAS study will offset the projected foal crop each year to maintain the on-range population at roughly 38,500.
- That adoption demand would increase from the current number of an average of 3,000 animals per year to over 4,000. This partially depends on increased partnerships to offer more trained animals at a higher initial expense. Challenges for potential adopters will remain the rising cost of animal care, including hay and transportation costs.
- That population estimates of herds are reasonably accurate, recognizing that 100% accuracy is impossible in free-roaming animals over 31.6 million acres of rangeland.
- That currently developed fertility control methods are proven effective in significantly reducing population growth, and that a sufficient percentage of mares in western rangeland herds can be treated.
- That 3-4 year, or longer, effective and implementable fertility control as a population growth suppression method will continue to be developed through sound research and eventually registered for field use.
- That there will be sufficient response to the BLM's solicitation for additional long-term pastures and eco-sanctuaries to hold excess horses and burros.

## Potential Change Factors

Several factors could affect and alter this Program Strategy, including recommendations in 2013 from the NAS report, the overall economic climate of the country, and on-going research into new population growth suppression methods.

In the case of extreme drought or wildfire, the BLM may need to conduct emergency gathers to protect the animals. This could lead to two situations: (1) the number of animals being removed exceeding 7,600 in a given year, with a need for more short- and long-term holding space; and (2) fewer gathers conducted for the purpose of applying population growth suppression. Emergency gathers could thus affect the timing and implementation of the Program Strategy.

19

In such an eventuality, the BLM will work collaboratively with state and local governments and other interested individuals and groups to prioritize and schedule gathers in areas where land health, animal welfare and public health and safety are the greatest concerns. The BLM also plans to continue to monitor on-the-ground conditions and take appropriate actions based on monitoring results, if necessary. The BLM will continue to prepare environmental assessments with public participation before gathers are conducted.

It is expected that some components of the Program Strategy will permanently benefit the Program, including the following:

- a comprehensive, performance-based animal welfare program from on-the-range to titling
- gather operations as needed to implement population growth suppression methods, including fertility control treatments, herd sex-ratio adjustments and non-reproducing herds or herd components
- gather operations as needed to reach AML and protect rangelands under the BLM's multiple use mission
- ongoing efforts to find good homes for excess wild horses and burros through the adoptions and sales program that reduces cost of long-term holding pastures to taxpayers
- ongoing research to ensure that management activities and decisions are based on sound science, including $2M for research in FY2013, if appropriated
- solicitation for external partners to create eco-sanctuaries that provide lower costs long-term holding pastures, the potential for local community tourism, and/or increased public viewing and education opportunities



This is a heavily degraded spring used by wild horses in the Bald Mountain HMA in central Nevada.

Details of the BLM's strategy for future wild horse and burro management are presented in Table 1. Under the strategy, the WH&B Program will be guided by the goals, objectives, and management actions outlined on the following pages.

20

**Table 1. Specific Goals, Objectives, and Actions under the Program Strategy**

| SUSTAINABLE HERDS |
|---|
| **Goal:** Use multiple population growth suppression methods and techniques, including fertility control, adjustment of herd sex ratios, and non-reproducing herds to achieve and maintain WH&B population size within AML so that healthy rangelands and animals are maintained in a thriving natural ecological balance with other multiple uses. Better balance the number of excess animals which need to be removed with society's ability to absorb the annual increase through adoption or sale to individuals who can provide good homes. |
| **Objective 1:** Maintain the population of WH&B within the established AML for all of the HMAs. |
| **Action 1:** Beginning in FY 2012 to about FY 2014, remove an estimated 7,600 excess animals per year to maintain the population size at approximately 38,500 animals on the range (estimated number in February 2011). Prioritize gathers in areas where overpopulation most threatens land health, animal welfare, and public health and safety.<br><br>**Action 2:** Continue to make adjustments in AML following in-depth analysis of resource monitoring and population inventory data collected over three to five years (in accordance with the procedures outlined in the 4700-1 Wild Horses and Burros Management Handbook). |
| **Objective 2:** Use a wide range of fertility control and other population growth control measures to slow herd growth rates and better align the number of excess WH&B which need to be removed with the number of animals that can be placed in private care. |
| **Action 1:** Reduce the number of on the range pregnancies to assist in slowing population growth rates by:<br><br>    a.  Implementing Catch Treat and Release (CTR) gathers with the principal goal of applying PZP fertility control to mares.<br>    b.  Adjusting herd sex ratios to favor males by releasing additional stallions or geldings post gather to replace and reduce the number of mares.<br>    c.  In herds where biologically sterile mules are a component, return mules to the range.<br>    d.  Incorporating a non-reproducing component in a number of HMAs, while maintaining the remainder of the herd as a self-sustaining (reproductive) population, or managing some HMAs for non-reproducing herds.<br><br>**Action 2:** Make decisions about which population growth suppression method(s) to use and where and when they will be implemented following completion of site-specific NEPA analysis and RMP amendments, when appropriate. |
| **Objective 3:** Implement actions to improve WH&B management within HMAs. |
| **Action 1:** Enter into voluntary agreements with livestock operators to trade use areas (livestock to WH&B) where feasible.<br><br>**Action 2:** Identify opportunities to mitigate impacts between WH&B and other authorized activities on the public lands, as needed. |
| **Objective 4:** Improve gather efficiency and expand the use of various gather techniques. |
| **Action 1:** Use bait or water-trapping gather techniques as funding, environmental, logistical or other factors allow.<br><br>**Action 2:** Increase capability to conduct gathers using BLM employees.<br><br>**Action 3:** Increase the number and types of local and national gather contracts, including consideration of stewardship contracts, assistance agreements, volunteer agreements, or other types of partnership agreements. |

BLM_002057

**Objective 5:** Conduct rangeland health assessments, herd health evaluations, and habitat monitoring (utilization, trend, actual use, and climate data) in order to verify AML ranges and determine progress toward attainment of land health standards as well as long-term sustainable herd health.

**Action 1:** Use best available rangeland health information to support decisions that affect the management of WH&B herds and their habitat.

**Action 2:** Coordinate WH&B habitat monitoring with other resource program's monitoring activities and continue habitat and herd monitoring.

**Action 3:** Monitor body condition and forage and water availability to evaluate herd health. When conditions require, take appropriate action to protect the health of wild horses and burros and the land they depend on for habitat.

**Action 4:** Use results from current scientific studies to estimate WH&B population size.

**Action 5:** Continue sampling to evaluate the genetic diversity of WH&B herds, and take appropriate action to mitigate any diversity issues that arise by introducing animals from other HMAs.

## ECOTOURISM

**Goal:** Where appropriate, provide opportunities for ecotourism in a manner that is minimally intrusive to WH&B.

**Objective 1:** Develop public recognition for WH&B herds.

**Action 1:** Promote WH&B herds through partnerships. Develop and maintain local support groups to focus their volunteering efforts on HMAs.

**Action 2:** Work with interested volunteers to collect monitoring data under formal written agreements that specify the data needed and define appropriate standards for data collection.

**Action 3:** Facilitate volunteer efforts by creating one or more page links on the National WH&B website. These links will identify volunteer opportunities, outline requirements and expectations, and facilitate tracking of volunteer efforts.

**Action 4:** Explore ecotourism and marketing strategies for our HMAs through partnerships. Consider good examples of success in ecotourism.

**Action 5:** Evaluate each ecotourism proposal received to determine its compatibility with the BLM's land management mission, goals for WH&B management, and the potential social and economic costs and benefits to local communities and the taxpayers. Make decisions following site specific NEPA analysis or RMP amendments, and special recreation permit regulations, as appropriate.

## PASTURES AND PARTNERSHIP SANCTUARIES

**Goal:** Over time, reduce the number of WH&B that require long-term care by implementing management actions to safely, effectively and humanely slow herd growth rates, which would reduce removals, and boost adoptions. In the interim, provide for sustainable long-term care of unadopted or unsold WH&B in the most cost effective manner in long-term pastures, or partnership sanctuaries, or Farm Service Agency pasture programs.

**Objective 1:** Provide additional capacity for the humane care of unadopted or unsold WH&B in long-term pastures, partnership sanctuaries, or Farm Service Agency pasture programs in a manner that is equally or more cost effective than present facilities.

**Action 1:** Maintain or increase existing, long-term pasture capacity to care for unadopted or unsold WH&B depending on need.

22

**Action 2:** Solicit and evaluate proposals for partnership ecosanctuaries and acquire additional long-term pastures for un-adopted or unsold WH&B (non-reproducing).

**Action 3:** Explore opportunities to partner with the Farm Service Agency to provide humane care for unadopted or unsold WH&B through their pasture programs.

**Action 4:** Seek authority to extend the period for contracts or assistance agreements from a maximum of five to ten years to provide greater stability/assurance of pasture availability, and continue to solicit (contract) for long-term grassland pastures for a minimum of 200 and a maximum of 5,000 wild horses.

**Objective 2:** Manage pastures and partnership ecosanctuaries in a manner that maintains unadopted or unsold and non-reproducing WH&B in pastures large enough to allow free-roaming behavior while providing the food, water, and shelter necessary to sustain them in good condition.

**Action 1:** Continue to follow existing animal care requirements in existing contracts.

**Action 2:** Seek partnerships with existing animal sanctuaries/preserves for the placement of wild horses.

**Action 3:** Open a dialogue with potential partners: land trust and open space organizations, conservation and sportsman groups, private forestry corporations, state or local open space areas, Native American tribes, and others.

**Action 4:** Explore transfer of animal title to the partner.

**Objective 3:** Provide opportunities for ecotourism and public viewing.

**Action:** Explore opportunities that include training, grants, emphasizing opportunities for tourism, and developing some privately owned, and economically self-sustaining partnership eco-sanctuaries.

# PLACE EXCESS ANIMALS IN PRIVATE CARE

**Goal 1:** Place more animals into private care.

**Objective 1:** Expand the adoption/sale demand.

**Action 1:** Increase the use of Internet-based placement.

**Action 2:** Increase the use of incentives to help defray the cost of maintaining adopted animals.

**Action 3:** Encourage interagency use of trained wild horses for field work similar to the United States Border Patrol program.

**Action 4:** Improve national/state/field level coordination of adoptions. Ensure a uniform, consistent, and cohesive national/regional adoption effort (i.e., coordinate the scheduling of BLM-sponsored adoption events).

**Action 5:** Expand the marketing to specific equine disciplines and offer trained animals and sponsorships to their members.

**Action 6:** Explore a virtual adoption program to allow individuals unable to physically adopt or care for an animal to make a financial contribution (virtually adopt) an un-adopted or unsold animal in a sanctuary or long-term holding pasture.

**Objective 2:** Offer more trained animals.

23

**Action 1:** Expand private partnerships to train animals without a Federal investment in infrastructure.

**Action 2:** Explore the Mustang Heritage Foundation's proposal to adopt 4,000 animals each year, and other similar proposals.

**Action 3:** Expand University and/or prison partnership programs without a Federal investment in infrastructure.

**Action 4:** Encourage and consider more adoption store fronts (e.g. privatized adoption facilities that can offer untrained and/or trained wild horses for adoption for the BLM such as fostering volunteers, Trainer Incentive Program trainers, and others).

**Action 5:** Take actions to increase the number of successful adoptions Bureau-wide.

**Goal 2:** Develop a separate environmental education component for the WH&B Program.

**Objective 1:** Expand environmental education programs to tell the story of America's WH&B.

**Action 1:** Increase interaction with youth groups (e.g., 4-H, FFA, Boys and Girls Clubs).

**Action 2:** Create more programs for youth.

**Action 3:** Develop curriculum to species biology, history, and ecological interactions and impacts within larger biological communities and landscapes.

**Action 4:** Increase education opportunities at BLM-managed facilities through interpretation.

**Action 5:** Work with volunteers, partners, stakeholders, and others to host "Kids and Mustangs Days" throughout the U.S. in partnership with National Wild Horse and Burro Adoption Awareness.

**Objective 2:** Ensure WH&B are titled for private ownership only to those individuals who provide the animals with a good home.

**Action 1:** Continue to conduct random, pre-titling compliance inspections and to address/resolve any instances of noncompliance or inhumane treatment consistent with existing BLM policy.

**Action 2:** Continue to rigorously screen applications to ensure the prospective purchasers of WH&B are committed to providing the animals with a good home.

**Action 3:** Continue to implement sales of WH&B with limitations (purchasers must sign a bill of sale acknowledging their intent to provide the animals with a good home).

# ANIMAL WELFARE

**Goal:** Ensure that animals in the BLM's care are treated humanely through development and implementation of the Comprehensive Animal Welfare Program (CAWP). As part of the development of this program, the BLM will establish best management practices using a series of performance-based standards and developing Standard Operating Procedures to be used in the field.

A training program based on how these SOPs will be incorporated to ensure that all individuals are knowledgeable and trained to these standards.

To measure adherence to these standards and help guide future training needs, internal and external audits by qualified individuals will be conducted using a WH&B Care and Welfare Assessment Tool. The results of these audits will help identify areas for future training needs, or to identify if an SOP needs to be changed.

**Objective 1:** Develop and implement a CAWP.

24

BLM_002060

**Action 1:** Use the structured approach successfully implemented by other industries to create a program to assess, monitor, document, and address noncompliance with animal welfare standards to ensure the BLM's humane treatment of animals.

**Action 2:** Develop a WH&B Care and Welfare assessment tool.

**Action 3:** Continue the partnership with Animal and Plant Health Inspection Service (APHIS) to have veterinarians at gathers, conduct yearly visits to long-term pastures, and assist BLM with post adoption compliance inspections. Periodically review this partnership.

**Action 4:** Explore partnerships with other veterinary and professional organizations, such as the American Association of Equine Practitioners, to conduct external reviews of the BLM's animal care and handling practices.

**Action 5:** Develop a rotating schedule and conduct periodic internal and external assessments in all BLM States.

**Action 6:** Consider hiring a full time Animal Welfare Coordinator.

**Action 7:** Develop an implementation plan with specific milestones for operations on the range, at gathers, and in facilities.

**Action 8:** Monitor body condition and forage and water availability to evaluate herd health. When conditions require, take appropriate action to protect the health of wild horses and burros and the land they depend on for habitat.

**Objective 2:** Demonstrate to the public and Congress how the CAWP will benefit the animals under our care.

**Action 1:** Develop an animal welfare mission statement.

**Action 2:** Prepare and implement a plan that includes outreach tools and performance standards to describe and explain the CAWP.

**Action 3:** Incorporate reporting of the BLM's internal and external welfare assessments on the website and in Reports to Congress.

**Objective 3:** Ensure the animals in our care are treated humanely through implementation of an ongoing improvement process that incorporates continuing education on animal care and handling best practices for employees, volunteers, and contractors on humane treatment and on the principles of natural horsemanship.

**Action 1:** Develop an internal learning and training module.

**Action 2:** Implement training for employees, volunteers, and contractors.

# SCIENCE AND RESEARCH

**Goal:** Use the current best science available to manage WH&B and pursue new science related to WH&B management.

**Objective 1:** Pursue research that will improve methods and techniques to reduce WH&B population growth rates.

**Action 1:** Continue research into various population growth suppression agents, methods or techniques, including efforts to develop longer lasting (three-year to four-year) fertility control agents. As funding permits, continue or initiate research on other priority needs as identified in the Strategic Research Plan.

**Action 2:** Consider new research for ovariectomy in mares and explore new research for sterilization of both

25

male and female WH&B.

**Action 3:** Given a reasonable expectation of safety, implement promising management techniques based on sound science as soon as they are practically, economically, and legally feasible.

**Objective 2:** Review and evaluate current science applicable to WH&B management.

**Action 1:** Commission the NAS to review earlier reports and make recommendations on how the BLM should proceed in light of the latest scientific research. As part of their review, ask the NAS to specifically review the science behind rangeland monitoring, AML establishment and adjustment and the suppression of population growth rates.

**Action 2:** Review current and historic research recommendations of the National Wild Horse and Burro Advisory Board to determine if the recommendations were implemented, are no longer relevant, or need to be pursued.

**Action 3:** Review and update the Strategic Research Plan for WH&B Management Program developed with the U.S. Geological Survey.

**Action 4:** Continue to utilize the multi-agency Research Advisory Team to provide expert advice and recommendations to the BLM on proposed, on-going and needed research.

# PUBLIC OUTREACH

**Goal:** Utilize effective communications to build the public's confidence and trust for the BLM's management of the WH&B Program with increased transparency.

**Objective 1:** Improve the WH&B Program's website.

**Action 1:** Organize the website in a manner that makes information easily accessible.

**Action 2:** Keep the website current and up-to-date.

**Objective 2:** Increase the availability of WH&B Program information.

**Action 1:** Keep the WHBPS data current, and initiate programming changes to facilitate timely and accurate generation of standardized reports for gathers, adoptions, sales, and facilities.

**Action 2:** Post current adoption event schedules, upcoming and completed gathers and standardized facility reports on the website.

**Action 3:** Update website information on a regular basis, including updated videos and photographs of all phases of the BLM's WH&B handling and management.

**Objective 3:** Continue to make opportunities available for the public to view WH&B on the range, during gathers, and at short or long-term holding facilities.

**Action 1:** Continue to improve the ability of the public to observe WH&B operations with public safety and minimized intrusiveness to operations in mind.

**Action 2:** The BLM will explore the feasibility, costs, privacy issues and value-added to web-based media in certain locations.

**Action 3:** Provide web based information to all audiences on the national WH&B website and continue to post up to date information about ongoing gathers and facility operations, including data on mortality.

**Action 4:** Host an annual or periodic media and public tour of wild horses in long-term pastures.

26

## Budget Considerations

**Historical Timeline**
*In FY 2008*, the cost to care for excess wild horses was about $28 million, which represents approximately 3/4th of the BLM's appropriated WH&B Program budget. In FY 2011, the BLM's WH&B Program Operating Plan was nearly $76 million. The BLM calculated that 54% of the requested funding or $35.7 million was spent to care for un-adopted or unsold wild horses and burros. This represents an increase of nearly $20 million over the past four years. These costs are unsustainable; the BLM's challenge is to find a long-term management solution that will reduce the number of excess animals both on the range and in short or long-term holding facilities. The management strategy will, in turn, substantially decrease the WH&B Program costs.

*In FY 2009*, the GAO found that the budget increases necessary to pay for caring for so many un-adopted or unsold horses were not sustainable and recommended the BLM find effective long-term options (GAO-09-77).

*In FY 2010*, the Department of the Interior, Environment, and Related Agencies Appropriations Act (P.L. 111-88) directed the BLM to prepare a comprehensive, long-term plan and policy for wild horse and burro management.

*In December 2010*, the OIG found that the BLM's gathers to remove excess wild horses and burros were necessary and humane. The OIG made three recommendations: (1) move forward with the Secretary's initiative; (2) develop improvements that focus on science and research to slow population growth rates; and (3) minimize and reduce the need for short and long-term holding. The OIG encouraged the BLM to implement best science practices and to pursue new research for wild horse and burro management, as recommended by the NAS.

**Starting in FY 2012**
In FY 2012, the Program Strategy assumes appropriations of about $75 million over the next two years (equivalent to the FY 2011 Operating Plan), and embodies the BLM's commitment to work toward a common goal with all stakeholders to protect the ecological integrity and health of Western rangelands while ensuring that healthy herds of wild horses and burros are preserved the enjoyment of future generations. A temporary reduction in removals of excess wild horses and burros from the public lands which has been proposed to accomplish the goals outlined in the new strategy. This will allow the BLM to shift funding to immediate priorities, to work toward better balancing the number of horses and burros removed from the range with the number of animals that society can absorb, increasing the use of and research into population growth suppression methods, including fertility control, and increased research into other WH&B management issues.

Implementation of the BLM's new strategy assumes appropriations of $75 million over the next four years for the purposes of this report (FY 2011 through FY 2014). The February 2011 estimated population in the ten Western states is approximately 38,500 and is expected to increase by about 20% following foaling in the spring 2012 to about 46,200 animals.

To meet the goal of treating as many as 2,000 animals per year with population supression methods, the BLM would need to capture about 4,000 animals above the 7,600 identified for removal, and then release

27

most of these animals back to the range to accomplish PZP fertility control and other population growth suppression treatments.While humane euthanasia and sale without limitation of healthy horses for which there is no adoption demand is authorized under the ACT, Congress prohibited the use of appropriated funds for this purpose between FY 1988 and FY 2004, and again in FY 2010 and FY 2012. This prohibited use reflects the public's values and passion for America's wild horses and burros, and is not under consideration by the BLM.

Based on this choice and prohibition, the BLM would expect that by FY 2014 about 62% of the requested appropriated funding would be dedicated to the long-term humane care of about 52,000 un-adopted and unsold horses. Beginning in FY 2012, the BLM's goal would be to care for many of these animals in more cost effective eco-sanctuaries through Cooperative Agreements (CAs) or Farm Service agency pasture programs. To provide adequate capacity, the BLM would also expect to maintain existing short-term corrals and increase long-term pasture contracts and/or aquire alternative eco-sanctuary holding space.

If the BLM stopped gathers and did not remove any animals through 2014 (recognizing that wild horse and burro population numbers grow at an average rate of 20% per year), the population would exceed 66,500 animals on the range. Allowing populations to escalate beyond current levels would not only negatively impact other multiple uses, but would threaten the ecological integrity of public rangelands, placing the West's native wildlife, including threatened and endangered species, as well as the wild horses and burros, at risk.

Table 2 illustrates how various removal rates could influence wild horse and burro numbers over the next three years. On-the-range populations are estimated each year on February 28th, which is prior to the foaling season. February 2011's estimated wild horse and burro population was approximatly 38,500. With an expected 20% increase due to foaling in spring 2012, the estimated 2012 population is 46,200 animals.

**Table 2. Estimated On-the-Range Wild Horse and Burro Populations, 2012-2014**

| Fiscal Year | Estimated On-the-Range Wild Horse and Burro Populations | | |
| --- | --- | --- | --- |
| | Without any Removals | With removals of 3,800 Per Year (for comparison purposes) | With removals of 7,600 Per Year (through 2013) |
| 2012 | 46,200 | 41,300 | 38,600 |
| 2013 | 55,400 | 45,800 | 38,700 |
| 2014 | 66,500 | 51,100 | 38,900 |

Without gathering for both removal and application of population growth suppression methods, wild horse and burro populations would continue to grow, expanding to other areas of the public lands and quickly exceed the capability of the land's forage and water necessary to support them. Area boundaries established for their occupation in the 1971 ACT and in the BLM's existing RMPs would also be exceeded.

BLM_002064

The BLM does not remove wild horses and burros in order to make the forage available for use by domestic livestock, but does manage wild horses and burros (including removal of excess horses and burros) to assure that forage that has been allocated for domestic livestock is available for this permitted use. Closing areas of the public lands to livestock grazing and other uses would not be a practical or effective option.



It is more cost effective to manage public lands in a manner designed to preserve and maintain land health than it is to try to restore damaged rangelands.

The BLM's records indicate there has been a 14 % reduction in authorized (permitted) livestock use from 1971 through 2008, in consideration of forage availability and forage allocations in LUPs. Review of actual use data indicates a 29% reduction in livestock use for the same time period while authorized wild horse and burro use has increased. However, because AML has not been achieved by the BLM in the past years, the actual use by wild horses and burros has exceeded authorized use. See Table 8 (page 53) in FY 2005-2010 Program Strategy section.

The BLM cannot rely solely on the use of PZP immunocontraceptive to control annual wild horse and burro population growth at this time. Limitations are that the efficacy or duration of infertility after application is a maximum of two years, depending on which of two formulations is used: ZonaStat-H/one year vaccine or the PZP-22/two year vaccine. PZP-22 requires application three to four months prior to foaling for two year efficacy, and most PZP applications require capture of mares for treatment. Both PZP formulations can be administered in the field by darting; however, most BLM wild horse herds are not approachable enough to permit darting from a close distance. Maximum use of PZP requires capture of wild horse herds through helicopter gathers to administer PZP vaccine to the mares while they are restrained in a chute, before releasing the mares back to the range. To maintain infertility for more than two years, wild horse herds have to be re-captured and re-treated every two years, three to four months prior to foaling. The magnitude of operations necessary to re-capture and re-treat would be very costly and difficult to accomplish. More frequent capture and handling would also result in increased impacts to individual horses and herd social behavior, and make the animals increasingly difficult to capture over time as their sensitivity to the helicopter is reduced. Additional methods of population growth suppression along with PZP fertility control treatments will need to be employed.

29

## Probable Scenario if Program Strategy is Not Implemented

If the BLM continues its recent management scenario that emphasizes to bring populations on the range to AML as quickly as possible through removals, the result is likely to be that by:

**2014:**
- Over 63,000 animals in holding facilities
- Annual cost of $95 milllion due to increased costs of maintaining unadoptable animals
- AML is reached

**After 2014:**
- With numbers at ALM, BLM would begin aggressive population growth suppession methods to reduce the annual foal crop
- Annual removals would balance with adoptions at 3,500 per year
- Annual holding costs for unadopted animals would increase to about $66 million

Ultimately, placing the WH&B Program on a sustainable track will depend on careful consideration of the findings from the NAS review. The NAS findings, together with ongoing research into the development of longer lasting fertility control agent(s), methods, or techniques, will be important keys for long-term success of the WH&B Program and will be a critical step for developing a sustainable management program for America's wild horses and burros.

.

30

**Table 3. What We Heard from the Public and Advisory Board**

| Strategic Component | What We Heard from the Public and *Advisory Board | The BLM's Response |
|---|---|---|
| **Sustainable Herds** | Many asked the BLM to implement a gather moratorium or to temporarily halt removals until the NAS study is complete. Others reminded the BLM of its legal responsibilities to maintain WH&B population size within AML and identified the need to meet NEPA requirements prior to strategy implementation. | Requests for a gather moratorium or to temporarily halt removals were considered during development of the proposed strategy (page 13-15). The strategy has been refined to: (1) clarify that a greater emphasis will be placed on the use of multiple population suppression techniques in order to maintain WH&B population size within AML, and (2) clarify the actions subject to site specific NEPA analysis or land use plan amendments prior to implementation. |
| | A number of commenters suggested specific topics the NAS should address. Many supported the use of PZP fertility control, while others felt the BLM needs to amend its standard operating procedures concerning the use of this vaccine. Before conducting further removals, many suggested the BLM make more forage available for WH&B use by taking actions to reduce or eliminate livestock use, return WH&B's to zeroed out Herd Areas, etc. Others reminded the BLM of its multiple-use mission and urged WH&B population size be balanced with other uses as outlined in existing RMPs. | The strategy has also been refined to explain the scope of the NAS study and how the BLM plans to evaluate and implement any recommendations. Pending the NAS review of scientific information relative to these topics, the BLM will determine if any policy changes are required. In addition, the BLM plans to provide information on law and policy as such authorizations guide forage allocations to WH&B, wildlife, and livestock. |
| | A number of commenters suggested that WH&B population size should be controlled through predation or other natural processes, while others felt this would be cruel and inhumane. Many commenters felt helicopter gathers were cruel and inhumane and preferred the use of natural controls or bait and water trapping gather techniques. Many considered the BLM's estimates of population size not credible and requested independent verification of the numbers. Others encouraged the BLM to ensure herds are genetically diverse and asked the BLM to consider the importance of family band structure in future management. There was strong support for rangeland monitoring using methods based on current best science. Others supported the use of volunteers to assist in monitoring the health of the herds and the rangelands they inhabit, but encouraged the BLM to first ensure that the volunteers are properly trained and that data must be collected using approved BLM methods. | The BLM considered predation or other natural processes as the primary means for controlling population size, and concerns about helicopter use during development of the strategy (page 13-15). The BLM has clarified the strategy with respect to the use of bait and water trapping. In developing the new strategy, concerns about genetic diversity, family band structure and requests for independent verification of WH&B numbers were also considered. The strategy has been refined to emphasize the BLM's interest in working with volunteers. |

BLM_002067

| | | |
|---|---|---|
| | *The Advisory Board recommends that this be included at the end of the Goal for Sustainable Herds: in balance with society's ability to absorb the excess annual increase. | *This recommendation has been accepted. |
| | *The Advisory Board recommends the Secretary follow the mandate for multiple uses under law for healthy rangelands and with regard to budget constraints, the Secretary should include contingency budget adjustments as part of the strategy in order to attain healthy rangelands. | *This recommendation is partially accepted. The BLM will consider how to adjust implementation plans when budget shortfalls or increases occur. |
| | *The Advisory Board recommends that the wording in Objective 1; Action 2 change to read: Continue adjustments to AML through the land use planning process. | *This recommendation has been accepted. |
| | *The Advisory Board recommends that the BLM assure continued ongoing research to measure the effectiveness, safety, and impacts of treatments on herd dynamics. | *This recommendation is partially accepted. The BLM rejects the consideration of herd dynamics in fertility management decisions based on lack of scientific validity. |
| | *The Advisory Board recommends that the wording in Objective 3; Action 2 change to read: Identify opportunities to mitigate impacts between WH&B and other authorized activities on public lands. | *This recommendation has been accepted. |
| | *The Advisory Board recommends that the wording in Objective 4; Action 1 change to read: Implement bait and water trapping gather techniques wherever possible to preserve band integrity. | *This recommendation has been accepted with a modification. |
| Ecotourism | Many supported development of ecotourism opportunities, but some encouraged the BLM to do so in a manner that is minimally intrusive to WH&B. Others believe these efforts should be compatible with the BLM's multiple-use mission and that private individuals or organizations should be responsible for developing ecotourism opportunities without governmental funding. | Ecotourism was addressed in the Strategy (page 18). The strategy has also been refined to clarify that such opportunities will be implemented in a manner that is minimally intrusive to WH&B. |
| | *The Advisory Board recommends that the BLM promote ecotourism where appropriate and in ways that are not invasive to the WH&B. | *This recommendation has been accepted. |
| Pastures and Partners | Many supported establishment of partnership sanctuaries and urged the BLM to move forward immediately to implement this component of the strategy. Others felt Farm Service Agency Pasture programs and | The BLM is already moving forward with this component of the strategy and posted a request for applications for partnership eco-sanctuaries on www.grants.gov in March 2011. Cost savings will be one of the criteria the BLM considers when |

32

| | | |
|---|---|---|
| | marketing long-term pasture contracts would be more cost effective for the taxpayer. Still others opposed the use of taxpayer funds to hold un-adopted or unsold WH&B and suggested that if private individuals want to care for these animals, they should do so at their own expense. | evaluating each proposal. The BLM is also interested in partnering with the American Farm Bureau Federation and the Farm Service Agency pending results of the eco-sanctuary effort outlined above, as appropriate. The BLM will make efforts to increase the number of wild horses and burros adopted or sold to good homes. |
| | *The Advisory Board recommends that the wording in Goal change to read: Long-term goal is to reduce the need for placement of unadoptable WH&B and in the interim provide for sustainable long-term care of excess, un-adopted WH&B in the most cost-effective manner in long term pastures or partnership sanctuaries. | *This recommendation has been accepted with a modification. |
| **Place Excess Animals into Private Care** | There was strong support for making more trained animals available for adoption and for expanded partnerships, including fully funding the BLM's partnership with the Mustang Heritage Foundation. | The BLM considered making more trained animals available for adoption and for expanded partnerships in developing the strategy. The BLM will explore incremental increases in funding for the Mustang Heritage Foundation and other partners based on their ability to perform (i.e., increase the number of successful adoptions). |
| | *The Advisory Board recommends that the wording in Objective 2; Action 4 change to read: Encourage and consider more store fronts (privatized adoption facilities that can offer untrained and/or trained wild horses for adoption for the BLM such as fostering volunteers, Trainer Incentive Program trainers, and others). | *This recommendation has been accepted. |
| | *The Advisory Board recommends that the wording in Objective 3; Action 2 change to be added: Consider semi-privatization of the adoption program for underperforming in-house adoptions. | *This recommendation has been accepted with a modification. |
| **Animal Welfare** | There was strong support for the development and implementation of a CAWP, including external reviews of the BLM's animal care and handling practices by qualified professionals. Some also asked the BLM to make specific changes in the gather and holding contracts, as well as standard operating procedures immediately. | A Comprehensive Animal Welfare Program (CAWP) will be developed that establishes best management practices using a series of performance-based standards and Standard Operating Procedures to be used in the field. A training program based on how these SOPs will be incorporated to ensure that all individuals are knowledgeable and trained to these standards. To measure adherence to these standards and help guide future training needs, internal and external audits by qualified individuals will be conducted using a WH&B Care and Welfare Assessment Tool. The results of these audits will help identify |

33