| | |
|---|---|
| **From:** | Warr, Victor (Gus) A |
| **To:** | Waddell, Holle |
| **Cc:** | Reid, Lisa |
| **Subject:** | Re: DRAFT: Adoption Incentive Program (Due by COB Monday, June 25, 2018) |
| **Date:** | Friday, June 22, 2018 10:19:05 AM |
| **Importance:** | High |

Thanks for sending this out Holle! I'll get you some feedback from Utah. The biggest thing I see that jumps out at me initially seems to be the definition of immediate family. My opinion is the listed definition seems a little strict, especially in the open definition of cousin & in-law. It really depends on which state you look into regarding a definition. I'm sure we will get solicitor review of this, but FWIW I've pulled up three examples as a reference below:

- Immediate family refers to a person's parents, spouse, children, and siblings and will also include the parent's spouse. Usually step children and adopted children and their spouses are included under the purview of immediate family. - USLegal.com
- Missouri Statute defining immediate family is the Missouri Code of State Regulations,19 CSR 15-7.021 (18) (H). It defines immediate family as follows: An immediate family member is defined as a parent; sibling; child by blood, adoption, or marriage; spouse; grandparent or grandchild.
- California is probably the strictest definition I've found: For purposes of subdivision (d) of Labor Code Section 2066, "immediate family member" means spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, brother, sister, half-brother, half-sister, stepsibling, brother-in-law, sister-in-law, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle).

I also see some questions that will come up from "BLM Program Contractors and Cooperators." Does that include immediate family members (it doesn't say so)? Do we need to define those as well?

Thanks for all your efforts on this!!

On Fri, Jun 22, 2018 at 8:29 AM Waddell, Holle <hwaddell@blm.gov> wrote:

Hello all! Each of you are aware that the program submitted the Options Paper to Congress in April 2018 and one of the components mentioned was an Adoption Incentive Program. We have been charged with launching the adoption incentive program in July 2018. Michael has identified $500K for this program in FY 2018.

As stated on the No-Surprises Call yesterday, below is a brief summary of the draft adoption incentive program and attachments that will support the program: BLM Adoption Incentive Agreement and Ineligibility Letter. The agreement will serve as the document to participate in the incentive program and the ineligibility letter will be sent to the adopter regarding their status in the incentive program.

The draft IM and procedure document are very, VERY rough draft and are awaiting the PS and "how-to" make the fee payments information. I will send them out for your review hopefully next week.

Please review and provide comments to me by COB Monday, June 25, 2018. I will be compiling first thing in the morning on Tuesday, June 26, 2018 to send the documents for solicitor review.

Adoption Incentive Program Summary and Draft Guidelines
The purpose of the Adoption Incentive Program (AIP) is to increase the numbers of excess animals placed into private care through adoptions. This program will encourage new individuals/organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals by providing a financial incentive. This incentive money will help defray initial ownership costs, such as veterinary care, feed and training.

1. Adopters participating in AIP must adhere to the terms of adoptions and prohibited acts provided at the time of adoption.
2. The AIP applies ONLY to untrained animals that are adopted and will not apply to purchase animals.
3. All untrained animals are eligible to participate in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.
4. Each adopter must meet adoption requirements, complete and sign an Application for Adoption and/or Sale of Wild Horses and Burros and have it approved by BLM.
5. If there is evidence indicating an adopter does not meet the minimum adoption requirements or does not intend to provide humane care, the BLM authorized officer will deny the adoption.
6. Adopters have an opportunity to receive a total of $1,500 for each animal adopted through the incentive program, $1,000 within 90 days from the adoption date and an additional $500 at time of title.
7. Adopters participating in the AIP must complete the Adoption Incentive Agreement (Attachment 2) to receive the first incentive payment in the amount of $1,000. The payment will be received within 90 days of the adoption date.
8. Adopters are required to retain their copy of the Adoption Incentive Agreement as it must accompany the completed title application when submitting for the certificate of title to receive the second incentive payment in the amount of $500.
9. The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.
10. The BLM authorized officer must maintain the signed Private Care and Maintenance Agreement, completed and signed Application for Adoption and/or Sale of Wild Horses and Burros and the completed and signed Adoption Incentive Agreement for official Bureau records.
11. The adoption information is required to be entered in the Wild Horse and Burro Program System within seven business days after the adoption is completed.
12. All animals participating in the BLM AIP will require mandatory compliance and will be identified on a newly developed report, Required Inspections for Incentive Animals.
13. Any adopter that relinquishes two or more animals in a six month time-frame or does not adhere to the terms and conditions of the Adoption Incentive

Agreement is no longer to participate in the adoption incentive program.
14. Adopters that misuse or do not follow the adoption incentive guidelines may be prohibited from future participation in the program.
15. Reassigned animals are not eligible for the incentive program.
16. BLM employees, their immediate family members, BLM Program contractors and cooperators are **NOT** eligible to participate in the incentive program. (*Immediate family members include spouse, civil partner/domestic partner, children, parents, siblings, grandparents, grandchildren, aunts, uncles, nieces, nephews, cousins and in-laws.*)

I will schedule a meeting for Monday afternoon to answer any questions as well as collect feedback. Thank you for your review and open mind.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--
**Thanks~**
**/gus**

Wild Horse & Burro Specialist / Utah WH&B Program Manager
BLM-Utah State Office (UT-933)
440 W. 200 S., Suite 500 -Salt Lake City, Utah 84101-1345

Desk: 801.539.4057
Cell: 801.824.1632
Fax: 801.539.4074
gwarr@blm.gov
https://www.blm.gov/programs/wild-horse-and-burro

| | |
|---|---|
| **From:** | Hofstra, Kurt W |
| **To:** | Kueck, Meredith A |
| **Cc:** | Hardesty, Amanda; Waddell, Holle; Lambert, Brent A |
| **Subject:** | Re: Adoption Incentive Program WHBPS Updates |
| **Date:** | Friday, June 22, 2018 2:04:16 PM |
| **Importance:** | High |

Meredith,

Confirming we will tackle 1st and second items immediately, and work the other two into a regular release. Are you thinking we should try and get the 3rd and 4th items into the 2018-B release which has FQT starting the 7/2 and running through 7/13; or would it be acceptable to put them in 2018-C? If we put #3 and #4 in 2018-B it will delay it further.

Kurt

On Fri, Jun 22, 2018 at 8:37 AM, Meredith Kueck <mkueck@blm.gov> wrote:
> Hi Kurt,
>
> Yes, the first two would be top priority and the other two could wait for a regular release.
>
> To answer your first two questions;
>
> - No, there currently is not an upper limit on the number of animals one adopter can adopt through the AIP.
> - The competitive base fee would still start at $25, but also could be any amount above that. For example, at an adoption with competitive bid, the bidding would start at $25 but could go up to any amount. Non-competitive would always be $25.00.
>
> Holle' - what are your thoughts on the second two questions?
>
> Meredith Kueck
> Wild Horse & Burro Specialist
> Bureau of Land Management
> Desk (405) 579-7183
> Cell (405) 312-8607
>
>
> **WHBPS SHARE POINT SITE**
>
>
> On Thu, Jun 21, 2018 at 4:06 PM Hofstra, Kurt <khofstra@blm.gov> wrote:
>> Hi Meredith!
>>
>> Thank you for forwarding this information. I think you mentioned the first two items are needed immediately to kick off the program, and the other two could be incorporated later.
>>
>> I'll review with the team, and look forward to receiving your thoughts on the screens where you would like the information displayed.
>>
>> The guidelines look to be a work in progress. A couple of initial questions...

is there is an upper limit on the number of animals one adopter in the AIP can adopt under the program?
- when it comes to the $25 fee, what is the difference between how a competitive vs. non-competitive situation is handled? This implies variable fees; will the competitive situation result in a higher fee?
- if the initial and final incentive fees are subject to change over time, do we need to track the value of the initial and final incentives offered when the AIP is initiated to avoid confusion later as to what's due, or is that tacked outside the PS?
- do we need a new report for tracking incentive payments across the program? Or is there a current report where that information would fit? What would the frequency of the report be?

Thanks again. Talk to you tomorrow!

Kurt

On Thu, Jun 21, 2018 at 2:07 PM, Meredith Kueck <mkueck@blm.gov> wrote:
Kurt,

The program is currently anticipating the need for the following updates to be made in WHBPS to accommodate the Adoption Incentive Program (AIP).

- A mandatory drop down field to indicate if an animal is an incentive or non-incentive when being added to a PMACA. Ideally this drop down would have "Select One" or something similar as the default so users are forced to take the time to select either incentive or non-incentive. Only untrained animals are eligible for the AIP. Reassigned animals are not eligible for AIP. The base adoption fee for AIP animals will be reduced to $25 and can be competitive or non-competitive.
  - An alternative to adding a drop-down would be adding 2 new adoption fee codes, Incentive - Competitive and Incentive - Noncompetitive. We can discuss further, but I think this may be the better option.
- All incentive animals will have a mandatory compliance requirement. A report to track AIP animals and associated inspections will be needed. The report title will be "Required Inspections for Incentive Animals" and the layout should be modeled after the Required Compliance List.
- Adopters that relinquish two or more animals in a six month time frame or who do not adhere to the terms and conditions of the Adoption Incentive Agreement will no longer be eligible to participate in the program. There will need to be a new Adoption Incentive Eligibility field associated with individual and organization records to will prevent users from adopting incentive animals to ineligible adopters. The Adoption Incentive Eligibility should be recorded separately from Adoption Eligibility Status. An adopter can be ineligible for the incentive program, but still eligible to adopt non-incentive animals.
- Adopters will receive an additional payment when their incentive animal is titled. A pop-up or some type of indicator needs to be added in the titling screen to remind users to initiate final payment when the title is recorded.

I've attached the draft AIP guidelines to provide additional details on the program. I am available any time tomorrow if you need to discuss or clarify any points.

Thanks,

Meredith Kueck
Wild Horse & Burro Specialist
Bureau of Land Management
Desk (405) 579-7183
Cell (405) 312-8607

**WHBPS SHARE POINT SITE**

--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

| | |
|---|---|
| **From:** | Hofstra, Kurt W |
| **To:** | Kueck, Meredith A |
| **Cc:** | Hardesty, Amanda; Waddell, Holle; Lambert, Brent A |
| **Subject:** | Re: Adoption Incentive Program WHBPS Updates |
| **Date:** | Friday, June 22, 2018 2:39:35 PM |
| **Importance:** | High |

Meredith,

We think we can get away with just doing new fee codes IF you are sure that there won't be any overlap between incentive adoptions and the other fee codes. Can you confirm that one way or the other?

In other words, what if an orphan foal is an incentive adoption - do they use incentive competitive, incentive non-competitive, or do they also need incentive orphan foal? If there will truly not be any incentive adoptions other than competitive and non-competitive, then that is probably the right solution.

Thanks.

Kurt

On Fri, Jun 22, 2018 at 1:09 PM, Meredith Kueck <mkueck@blm.gov> wrote:
> Kurt,
>
> If the second two items were included in the 2018-B release, do you have an idea how much longer the release would be delayed?
>
> Thanks,
>
> Sent from my iPhone
>
> On Jun 22, 2018, at 2:04 PM, Hofstra, Kurt <khofstra@blm.gov> wrote:
>
>> Meredith,
>>
>> Confirming we will tackle 1st and second items immediately, and work the other two into a regular release. Are you thinking we should try and get the 3rd and 4th items into the 2018-B release which has FQT starting the 7/2 and running through 7/13; or would it be acceptable to put them in 2018-C? If we put #3 and #4 in 2018-B it will delay it further.
>>
>> Kurt
>>
>> On Fri, Jun 22, 2018 at 8:37 AM, Meredith Kueck <mkueck@blm.gov> wrote:
>>> Hi Kurt,
>>>
>>> Yes, the first two would be top priority and the other two could wait for a regular release.

To answer your first two questions;

- No, there currently is not an upper limit on the number of animals one adopter can adopt through the AIP.
- The competitive base fee would still start at $25, but also could be any amount above that. For example, at an adoption with competitive bid, the bidding would start at $25 but could go up to any amount. Non-competitive would always be $25.00.

Holle' - what are your thoughts on the second two questions?

Meredith Kueck
Wild Horse & Burro Specialist
Bureau of Land Management
Desk (405) 579-7183
Cell (405) 312-8607

**WHBPS SHARE POINT SITE**


On Thu, Jun 21, 2018 at 4:06 PM Hofstra, Kurt <khofstra@blm.gov> wrote:
Hi Meredith!

Thank you for forwarding this information. I think you mentioned the first two items are needed immediately to kick off the program, and the other two could be incorporated later.

I'll review with the team, and look forward to receiving your thoughts on the screens where you would like the information displayed.

The guidelines look to be a work in progress. A couple of initial questions...

- is there is an upper limit on the number of animals one adopter in the AIP can adopt under the program?
- when it comes to the $25 fee, what is the difference between how a competitive vs. non-competitive situation is handled? This implies variable fees; will the competitive situation result in a higher fee?
- if the initial and final incentive fees are subject to change over time, do we need to track the value of the initial and final incentives offered when the AIP is initiated to avoid confusion later as to what's due, or is that tacked outside the PS?
- do we need a new report for tracking incentive payments across the program? Or is there a current report where that information would fit? What would the frequency of the report be?

Thanks again. Talk to you tomorrow!

Kurt

On Thu, Jun 21, 2018 at 2:07 PM, Meredith Kueck <mkueck@blm.gov> wrote:

Kurt,

The program is currently anticipating the need for the following updates to be made in WHBPS to accommodate the Adoption Incentive Program (AIP).

- A mandatory drop down field to indicate if an animal is an incentive or non-incentive when being added to a PMACA. Ideally this drop down would have "Select One" or something similar as the default so users are forced to take the time to select either incentive or non-incentive. Only untrained animals are eligible for the AIP. Reassigned animals are not eligible for AIP. The base adoption fee for AIP animals will be reduced to $25 and can be competitive or non-competitive.
    - An alternative to adding a drop-down would be adding 2 new adoption fee codes, Incentive - Competitive and Incentive - Noncompetitive. We can discuss further, but I think this may be the better option.
- All incentive animals will have a mandatory compliance requirement. A report to track AIP animals and associated inspections will be needed. The report title will be "Required Inspections for Incentive Animals" and the layout should be modeled after the Required Compliance List.
- Adopters that relinquish two or more animals in a six month time frame or who do not adhere to the terms and conditions of the Adoption Incentive Agreement will no longer be eligible to participate in the program. There will need to be a new Adoption Incentive Eligibility field associated with individual and organization records to will prevent users from adopting incentive animals to ineligible adopters. The Adoption Incentive Eligibility should be recorded separately from Adoption Eligibility Status. An adopter can be ineligible for the incentive program, but still eligible to adopt non-incentive animals.
- Adopters will receive an additional payment when their incentive animal is titled. A pop-up or some type of indicator needs to be added in the titling screen to remind users to initiate final payment when the title is recorded.

I've attached the draft AIP guidelines to provide additional details on the program. I am available any time tomorrow if you need to discuss or clarify any points.

Thanks,

Meredith Kueck
Wild Horse & Burro Specialist
Bureau of Land Management
Desk (405) 579-7183
Cell (405) 312-8607

**WHBPS SHARE POINT SITE**

\--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

\--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

\--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

**From:** Reid, Lisa
**To:** Waddell, Holle; Deborah Collins; Neill, John J; Kueck, Meredith A; Fluer, Scott L; Lockie, Grant E; Tiel-Nelson, Heather J; Johnson, Krystal F; Fontaine, Kristen A; Roberson, Peter (PJ) L; Frost, Scarlett H; Leonard, Stephen P; Spencer, Sally J; Rittenhouse, Bruce H; Todd, Marci L
**Subject:** AIP Comments - UT
**Date:** Monday, June 25, 2018 11:58:57 AM

Below please find the comments/concerns from Utah's WHB Specialist. If you have any questions, please let me know.
Thanks, L



*Lisa Reid*

Public Affairs Specialist
Utah Wild Horse & Burro Program
Bureau of Land Management
95 East 500 North
Fillmore, Utah 84631
office: 435-743-3128
cell: 435. 979.2838
fax: 435. 743.3135
www.blm.gov

| "Don't compare yourself to others or their work, just do your thing."

| | |
|---|---|
| **From:** | Reid, Lisa |
| **To:** | Waddell, Holle; Deborah Collins; Neill, John J; Kueck, Meredith A; Fluer, Scott L; Lockie, Grant E; Tiel-Nelson, Heather J; Johnson, Krystal F; Fontaine, Kristen A; Roberson, Peter (PJ) L; Frost, Scarlett H; Leonard, Stephen P; Spencer, Sally J; Rittenhouse, Bruce H; Todd, Marci L |
| **Subject:** | Re: AIP Comments - UT |
| **Date:** | Monday, June 25, 2018 12:20:57 PM |

Ok..one more...I'm sorry I thought they were through sending me comments.

The rules are contradictory. It says any animal regardless of age, sex..... But then it also says it does not apply to purchase animals. But then in the other guidelines it says "adoption/sale application".

1. The AIP applies ONLY to untrained animals that are adopted and will not apply to purchase animals.
2. All untrained animals are eligible to participate in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.
3. Each adopter must meet adoption requirements, complete and sign an Application for Adoption and/or Sale of Wild Horses and Burros and have it approved by BLM.

Thanks,

*Lisa Reid*

Public Affairs Specialist
Utah Wild Horse & Burro Program
Bureau of Land Management
95 East 500 North
Fillmore, Utah 84631
office: 435-743-3128
cell: 435. 979.2838
fax: 435. 743.3165
www.blm.gov

"Don't compare yourself to others or their work, just do your thing."

On Mon, Jun 25, 2018 at 11:00 AM, Reid, Lisa <lreid@blm.gov> wrote:
Sorry I forgot to add this one.

Here is suggested text, pulled from the provided summary/form:

"Program Summary: The Adoption Incentive Program provides qualified adopters with an incentive of $1500 dollars, in the form of two payments, for each animal adopted. The payments include $1,000 within 90 daysfrom the adoption date and an additional $500 at time of title. Only untrained animals are eligible for adoption through this program. Adopters must adhere to the terms of adoptions and prohibited acts provided at the time of adoption in order to successfully complete the program (and receive the incentive)."



Public Affairs Specialist
Utah Wild Horse & Burro Program
Bureau of Land Management
95 East 500 North
Fillmore, Utah 84631
office: 435-743-3128
cell: 435. 979.2838
fax: 435. 743.3135
www.blm.gov

"Don't compare yourself to others or their work, just do your thing."

On Mon, Jun 25, 2018 at 10:58 AM, Reid, Lisa <lreid@blm.gov> wrote:
Below please find the comments/concerns from Utah's WHB Specialist. If you have any questions, please let me know.
Thanks, L



BLM_002372



*Lisa Reid*

Public Affairs Specialist
Utah Wild Horse & Burro Program
Bureau of Land Management
95 East 500 North
Fillmore, Utah 84631
office: 435-743-3128
cell: 435. 979.2838
fax: 435. 743.3135
www.blm.gov

"Don't compare yourself to others or their work, just do your thing."

| From: | Reid, Lisa |
|---|---|
| To: | Waddell, Holle; Deborah Collins; Neill, John J; Kueck, Meredith A; Fluer, Scott L; Lockie, Grant E; Tiel-Nelson, Heather J; Johnson, Krystal F; Fontaine, Kristen A; Roberson, Peter (PJ) L; Frost, Scarlett H; Leonard, Stephen P; Spencer, Sally J; Rittenhouse, Bruce H; Todd, Marci L |
| Subject: | Re: AIP Comments - UT |
| Date: | Monday, June 25, 2018 12:24:51 PM |

One more...oh my goodness...

1 - consider splitting the payments into 3: $500 at the time of adoption, $500 at 6 months, $500 at the time of title.

*Lisa Reid*

Public Affairs Specialist
Utah Wild Horse & Burro Program
Bureau of Land Management
95 East 500 North
Fillmore, Utah 84631
office: 435-743-3128
cell: 435. 979.2838
fax: 435. 743.3135
www.blm.gov

*"Don't compare yourself to others or their work, just do your thing."*

On Mon, Jun 25, 2018 at 11:20 AM, Reid, Lisa <lreid@blm.gov> wrote:
  Ok..one more...I'm sorry I thought they were through sending me comments.

  The rules are contradictory. It says any animal regardless of age, sex..... But then it also says it does not apply to purchase animals. But then in the other guidelines it says "adoption/sale application".

  1. The AIP applies ONLY to untrained animals that are adopted and will not apply to purchase animals.
  2. All untrained animals are eligible to participate in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.
  3. Each adopter must meet adoption requirements, complete and sign an Application for Adoption and/or Sale of Wild Horses and Burros and have it approved by BLM.

  Thanks,

  *Lisa Reid*

  Public Affairs Specialist
  Utah Wild Horse & Burro Program
  Bureau of Land Management

95 East 500 North
Fillmore, Utah 84631
office: 435-743-3128
cell: 435. 979.2838
fax: 435. 743.3135
www.blm.gov

"Don't compare yourself to others or their work, just do your thing."

On Mon, Jun 25, 2018 at 11:00 AM, Reid, Lisa <lreid@blm.gov> wrote:
Sorry I forgot to add this one.

Here is suggested text, pulled from the provided summary/form:

"Program Summary: The Adoption Incentive Program provides qualified adopters with an incentive of $1500 dollars, in the form of two payments, for each animal adopted. The payments include $1,000 within 90 daysfrom the adoption date and an additional $500 at time of title. Only untrained animals are eligible for adoption through this program. Adopters must adhere to the terms of adoptions and prohibited acts provided at the time of adoption in order to successfully complete the program (and receive the incentive)."

*Lisa Reid*

Public Affairs Specialist
Utah Wild Horse & Burro Program
Bureau of Land Management
95 East 500 North
Fillmore, Utah 84631
office: 435-743-3128
cell: 435. 979.2838
fax: 435. 743.3135
www.blm.gov

"Don't compare yourself to others or their work, just do your thing."

On Mon, Jun 25, 2018 at 10:58 AM, Reid, Lisa <lreid@blm.gov> wrote:
Below please find the comments/concerns from Utah's WHB Specialist. If you have any questions, please let me know. Thanks, L

1 - issue of "immediate family" and BLM employees not participating. I understand if HR or Management won't allow employees, but the whole immediate family thing I'd like to get rid of. It's not like employees or family will be winning a million dollars. It's a set fee that everyone understands and has an opportunity to partake off. Why not make it an upper Management decision. Why punish family members from the program just because we work for BLM?

2 - The CA definition that currently be used would preclude about 12-15 "immediate family" members who might adopt. Wow, isn't it about adoption?

3 - Immediate family should include 3rd cousins, twice removed! That way no one is eligible to participate!

4 - The biggest potential problem with the AIP is the reality of adopters returning the horses to the BLM after getting paid and having compliance issues beyond what we are capable of dealing with. I'm sure all BLM staff at the field level feel that we should give immediate title or a shorter time period for title in order to help deal with this problem.

5 - Mandatory compliance?!! Not possible. With current staffing.

6 - Who is going to do the background search of the adopter to verify they are not related to blm? I have cousins that I wouldn't even recognize if they walked in and adopted.

7 - If two or more horses are returned in a 6 month period the adopter will no longer be eligible for the program. If we are putting that kind of stipulation in, why are we still going to require a one year title? It makes more sense to me. Reduce the titling to 6 months and make it a automatic title. Since they are discussing about making adoptions under this program required compliance checking why not have an automatic title. Also the definition of immediate family is ridiculous.

1. BLM employees, their immediate family members, BLM Program contractors and cooperators are **NOT** eligible to participate in the incentive program. (*Immediate family members include spouse, civil partner/domestic partner, children, parents, siblings, grandparents, grandchildren, aunts, uncles, nieces, nephews, cousins and in-laws.*)

Under this definition a lot of people will be excluded from the program. If the point of the program is to increase the adoptions why would we limit who could participate?

8 - The 100 fold compliance aspect workload without additional BLM bodies.

9 - The aspect of potential neglect of the animals.

10 - The easy money aspect may bring out potential for fraud, abuse and neglect.

11 - We will need a solid PR campaign with straight forward details, talking points and direction to point the public.

*Lisa Reid*

Public Affairs Specialist
Utah Wild Horse & Burro Program
Bureau of Land Management
95 East 500 North
Fillmore, Utah 84631
office: 435-743-3128
cell: 435. 979.2838
fax: 435. 743.3135
www.blm.gov

"Don't compare yourself to others or their work, just do your thing."

| | |
|---|---|
| **From:** | Dumas, Amy |
| **To:** | Waddell, Holle |
| **Subject:** | Re: DRAFT: Adoption Incentive Program (Due by COB Monday, June 25, 2018) |
| **Date:** | Monday, June 25, 2018 2:29:58 PM |
| **Importance:** | High |

My initial response is if we are to do this program, then the adopters should receive $500 at adoption and $1000 at title, or all of it at title, and none it at adoption.

It seems bizarre that we would still charge an adoption fee. I'd think they'd be waived somehow.

Are we going to have to hand out tax forms, too? I'd imagine we are going to have to treat these payments as income earned. Is it a W9??

More later when I'm less distracted. I am disappointed that I'm not able to make this call. I hope there will be more discussions.

Amy

Sent from my iPhone

On Jun 22, 2018, at 7:28 AM, Waddell, Holle <hwaddell@blm.gov> wrote:

Hello all! Each of you are aware that the program submitted the Options Paper to Congress in April 2018 and one of the components mentioned was an Adoption Incentive Program. We have been charged with launching the adoption incentive program in July 2018. Michael has identified $500K for this program in FY 2018.

As stated on the No-Surprises Call yesterday, below is a brief summary of the draft adoption incentive program and attachments that will support the program: BLM Adoption Incentive Agreement and Ineligibility Letter. The agreement will serve as the document to participate in the incentive program and the ineligibility letter will be sent to the adopter regarding their status in the incentive program.

The draft IM and procedure document are very, VERY rough draft and are awaiting the PS and "how-to" make the fee payments information. I will send them out for your review hopefully next week.

Please review and provide comments to me by COB Monday, June 25, 2018. I will be compiling first thing in the morning on Tuesday, June 26, 2018 to send the documents for solicitor review.

Adoption Incentive Program Summary and Draft Guidelines
The purpose of the Adoption Incentive Program (AIP) is to increase the numbers of excess animals placed into private care through adoptions. This program will encourage new individuals/organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals by providing a financial incentive. This incentive

money will help defray initial ownership costs, such as veterinary care, feed and training.

1. Adopters participating in AIP must adhere to the terms of adoptions and prohibited acts provided at the time of adoption.
2. The AIP applies ONLY to untrained animals that are adopted and will not apply to purchase animals.
3. All untrained animals are eligible to participate in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.
4. Each adopter must meet adoption requirements, complete and sign an Application for Adoption and/or Sale of Wild Horses and Burros and have it approved by BLM.
5. If there is evidence indicating an adopter does not meet the minimum adoption requirements or does not intend to provide humane care, the BLM authorized officer will deny the adoption.
6. Adopters have an opportunity to receive a total of $1,500 for each animal adopted through the incentive program, $1,000 within 90 days from the adoption date and an additional $500 at time of title.
7. Adopters participating in the AIP must complete the Adoption Incentive Agreement (Attachment 2) to receive the first incentive payment in the amount of $1,000. The payment will be received within 90 days of the adoption date.
8. Adopters are required to retain their copy of the Adoption Incentive Agreement as it must accompany the completed title application when submitting for the certificate of title to receive the second incentive payment in the amount of $500.
9. The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.
10. The BLM authorized officer must maintain the signed Private Care and Maintenance Agreement, completed and signed Application for Adoption and/or Sale of Wild Horses and Burros and the completed and signed Adoption Incentive Agreement for official Bureau records.
11. The adoption information is required to be entered in the Wild Horse and Burro Program System within seven business days after the adoption is completed.
12. All animals participating in the BLM AIP will require mandatory compliance and will be identified on a newly developed report, Required Inspections for Incentive Animals.
13. Any adopter that relinquishes two or more animals in a six month time-frame or does not adhere to the terms and conditions of the Adoption Incentive Agreement is no longer to participate in the adoption incentive program.
14. Adopters that misuse or do not follow the adoption incentive guidelines may be prohibited from future participation in the program.
15. Reassigned animals are not eligible for the incentive program.

16. BLM employees, their immediate family members, BLM Program contractors and cooperators are **NOT** eligible to participate in the incentive program. (*Immediate family members include spouse, civil partner/domestic partner, children, parents, siblings, grandparents, grandchildren, aunts, uncles, nieces, nephews, cousins and in-laws.*)

I will schedule a meeting for Monday afternoon to answer any questions as well as collect feedback. Thank you for your review and open mind.

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



<DRAFT_BLM Adoption Incentive Agreement.pdf>

<DRAFT_Ineligibility Letter.docx>

BLM_002379

| From: | Smith, Linda H |
|---|---|
| To: | Waddell, Holle |
| Cc: | Scott, Sudani; Kimberly Duncan; McConnell, Alan R; Kluherz, Michael K; Velasquez, Esther L; Grimstvedt, Gary G; Rittenhouse, Bruce H; Allen, Wayne S; Jackson, Michael A |
| Subject: | Re: Authorities for the Adoption Incentive Program |
| Date: | Monday, June 25, 2018 2:53:14 PM |
| Importance: | High |

Good afternoon, Holle. While we have a series of emails between the program and SOL, we don't what I would characterize as an opinion. ████████████████████████████
████████████████████████████████████████████████████████

I've looped in my directorate leadership for assistance on this as we understand the urgency of getting a resolution and path forward.

Thanks.

On Mon, Jun 25, 2018 at 2:43 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

Hello all - I just wanted to follow-up on next regarding the fee payments for the adoption incentive program. Looking forward to hearing from someone.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Fri, Jun 22, 2018 at 10:50 AM, Waddell, Holle <hwaddell@blm.gov> wrote:

Hello all - Please see Brett's email below. ████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood

---------- Forwarded message ---------
From: **Brett Myrick** <brett.myrick@sol.doi.gov>
Date: Fri, Jun 22, 2018 at 8:05 AM
Subject: Fwd: WHB Questions
To: Sklar, Ryan <ryan.sklar@sol.doi.gov>, < hwaddell@blm.gov >

Ryan-

Thanks,
Brett

--
Linda H. Smith
BLM Budget Officer
Office: 202-912-7060
Cell/Alternative Telework Number: 703-517-3382
lhsmith@blm.gov

This email (including attachments) is intended for the addressee(s) only. It may contain information that is privileged, confidential, sensitive, or otherwise protected from disclosure by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete this e-mail and all copies.

| | |
|---|---|
| **From:** | Hofstra, Kurt W |
| **To:** | Kueck, Meredith A |
| **Cc:** | Hardesty, Amanda; Waddell, Holle; Lambert, Brent A |
| **Subject:** | Re: Adoption Incentive Program WHBPS Updates |
| **Date:** | Monday, June 25, 2018 3:25:44 PM |
| **Importance:** | High |

Meredith,

Thank you for the clarifications, much appreciated! No questions at this time.

Kurt

On Mon, Jun 25, 2018 at 2:07 PM, Meredith Kueck <mkueck@blm.gov> wrote:

> Kurt,
>
> We just concluded the PCMB and I have some clarification on the items you had questions about.
>
> - The PCMB determined that there would be overlap between fee codes if we added codes for incentives. Instead, we will need to go back to a mandatory drop down field indicating if an animal is incentive or non-incentive to identify animals in the program.
> - There doesn't need to be an inspection due date, the animals just need to have an inspection completed prior to receiving title.
> - We would like to track the value of the initial and final incentives offered as well as a report to track incentive payments across the program. Ideally, that report could be pulled up and be up to date at any time.
>
> Incentive program eligibility and the notification upon titling can wait for the 2018-C release. Tracking the value of the incentive as well as the report to track the payments can also wait for the 2018-C release.
>
> Please let me know if you have any more questions or need additional clarification.
>
> Meredith Kueck
> Wild Horse & Burro Specialist
> Bureau of Land Management
> Desk (405) 579-7183
> Cell (405) 312-8607
>
>
> **WHBPS SHARE POINT SITE**
>
>
> On Fri, Jun 22, 2018 at 2:52 PM Hofstra, Kurt <khofstra@blm.gov> wrote:
>> Srikanth is ready to start working on the first two items and am going over what we have with him now, will be getting started today and over the weekend to get this moving.
>>
>> On Fri, Jun 22, 2018 at 1:50 PM, Meredith Kueck <mkueck@blm.gov> wrote:
>>> Kurt,

I am going to schedule an emergency PCMB meeting on Monday so we can discuss your questions. I will have some firm answers for you following that meeting.

Sent from my iPhone

On Jun 22, 2018, at 2:43PM, Hofstra, Kurt <khofstra@blm.gov> wrote:

> Also, what will be the due date for the inspection requirement?

On Fri, Jun 22, 2018 at 1:20 PM, Hofstra, Kurt <khofstra@blm.gov> wrote:
> Hi,
>
> Best guess is that it would delay 2018-B another 2-3 weeks. That would mean we would have to drop 2018-D, because we have already chewed into the development time between 2018-B and 2018-C. Right now we have C as 10/4 release date/ FQT 9/17-9/29; and D as 12/20 release date/FQT 12/3-12/14.
>
> Kurt
>
> On Fri, Jun 22, 2018 at 1:09 PM, Meredith Kueck <mkueck@blm.gov> wrote:
>> Kurt,
>>
>> If the second two items were included in the 2018-B release, do you have an idea how much longer the release would be delayed?
>>
>> Thanks,
>>
>> Sent from my iPhone
>>
>> On Jun 22, 2018, at 2:04 PM, Hofstra, Kurt <khofstra@blm.gov> wrote:
>>
>>> Meredith,
>>>
>>> Confirming we will tackle 1st and second items immediately, and work the other two into a regular release. Are you thinking we should try and get the 3rd and 4th items into the 2018-B release which has FQT starting the 7/2 and running through 7/13; or would it be acceptable to put them in 2018-C? If we put #3 and #4 in 2018-B it will delay it further.
>>>
>>> Kurt
>>>
>>> On Fri, Jun 22, 2018 at 8:37 AM, Meredith Kueck <mkueck@blm.gov> wrote:

BLM_002383

Hi Kurt,

Yes, the first two would be top priority and the other two could wait for a regular release.

To answer your first two questions;

- No, there currently is not an upper limit on the number of animals one adopter can adopt through the AIP.
- The competitive base fee would still start at $25, but also could be any amount above that. For example, at an adoption with competitive bid, the bidding would start at $25 but could go up to any amount. Non-competitive would always be $25.00.

Holle' - what are your thoughts on the second two questions?

Meredith Kueck
Wild Horse & Burro Specialist
Bureau of Land Management
Desk (405) 579-7183
Cell (405) 312-8607

**WHBPS SHARE POINT SITE**

On Thu, Jun 21, 2018 at 4:06 PM Hofstra, Kurt <khofstra@blm.gov> wrote:

Hi Meredith!

Thank you for forwarding this information. I think you mentioned the first two items are needed immediately to kick off the program, and the other two could be incorporated later.

I'll review with the team, and look forward to receiving your thoughts on the screens where you would like the information displayed.

The guidelines look to be a work in progress. A couple of initial questions...

- is there is an upper limit on the number of animals one adopter in the AIP can adopt under the program?
- when it comes to the $25 fee, what is the difference between how a competitive vs. non-competitive situation is handled? This implies variable fees; will the competitive situation result

in a higher fee?
- if the initial and final incentive fees are subject to change over time, do we need to track the value of the initial and final incentives offered when the AIP is initiated to avoid confusion later as to what's due, or is that tacked outside the PS?
- do we need a new report for tracking incentive payments across the program? Or is there a current report where that information would fit? What would the frequency of the report be?

Thanks again. Talk to you tomorrow!

Kurt

On Thu, Jun 21, 2018 at 2:07 PM, Meredith Kueck <mkueck@blm.gov> wrote:

Kurt,

The program is currently anticipating the need for the following updates to be made in WHBPS to accommodate the Adoption Incentive Program (AIP).

- A mandatory drop down field to indicate if an animal is an incentive or non-incentive when being added to a PMACA. Ideally this drop down would have "Select One" or something similar as the default so users are forced to take the time to select either incentive or non-incentive. Only untrained animals are eligible for the AIP. Reassigned animals are not eligible for AIP. The base adoption fee for AIP animals will be reduced to $25 and can be competitive or non-competitive.
  - An alternative to adding a drop-down would be adding 2 new adoption fee codes, Incentive - Competitive and Incentive - Noncompetitive. We can discuss further, but I think this may be the better option.
- All incentive animals will have a mandatory compliance requirement. A report to track AIP animals and associated inspections will be needed. The report title will be "Required Inspections for Incentive Animals" and the layout should be modeled after the Required Compliance List.
- Adopters that relinquish two or more animals in a six month time frame or who do not adhere to the terms and conditions of the

Adoption Incentive Agreement will no longer be eligible to participate in the program. There will need to be a new Adoption Incentive Eligibility field associated with individual and organization records to will prevent users from adopting incentive animals to ineligible adopters. The Adoption Incentive Eligibility should be recorded separately from Adoption Eligibility Status. An adopter can be ineligible for the incentive program, but still eligible to adopt non-incentive animals.

- Adopters will receive an additional payment when their incentive animal is titled. A pop-up or some type of indicator needs to be added in the titling screen to remind users to initiate final payment when the title is recorded.

I've attached the draft AIP guidelines to provide additional details on the program. I am available any time tomorrow if you need to discuss or clarify any points.

Thanks,

Meredith Kueck
Wild Horse & Burro Specialist
Bureau of Land Management
Desk (405) 579-7183
Cell (405) 312-8607

**WHBPS SHARE POINT SITE**

--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM

BLM_002386

cell - 303-877-7110

--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

--
**Kurt Hofstra**
Technical Manager
Contractor, DSG Systems
DIRM Support Services
National Operations Center, BLM
cell - 303-877-7110

| | |
|---|---|
| **From:** | Sharp, Robert N |
| **To:** | Waddell, Holle |
| **Subject:** | Re: DRAFT: Adoption Incentive Program (Due by COB Monday, June 25, 2018) |
| **Date:** | Monday, June 25, 2018 3:47:35 PM |
| **Importance:** | High |

Holle,

I forgot to add these clarifying points for a future IM:

-Is there an annual limit on the number of animals per participant (ie. if they're approved for more than 4 animals, do they get paid)?
-Do all types of relinquishment apply (i.e. if an adopter returns it to BLM that's simple. How about if they reassign to new adopter?)
-Will untrained animals which are adopted via a storefront be eligible?

Thanks.

-Rob

On Fri, Jun 22, 2018 at 7:28 AM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Hello all! Each of you are aware that the program submitted the Options Paper to Congress in April 2018 and one of the components mentioned was an Adoption Incentive Program. We have been charged with launching the adoption incentive program in July 2018. Michael has identified $500K for this program in FY 2018.
>
> As stated on the No-Surprises Call yesterday, below is a brief summary of the draft adoption incentive program and attachments that will support the program: BLM Adoption Incentive Agreement and Ineligibility Letter. The agreement will serve as the document to participate in the incentive program and the ineligibility letter will be sent to the adopter regarding their status in the incentive program.
>
> The draft IM and procedure document are very, VERY rough draft and are awaiting the PS and "how-to" make the fee payments information. I will send them out for your review hopefully next week.
>
> Please review and provide comments to me by COB Monday, June 25, 2018. I will be compiling first thing in the morning on Tuesday, June 26, 2018 to send the documents for solicitor review.
>
> Adoption Incentive Program Summary and Draft Guidelines
> The purpose of the Adoption Incentive Program (AIP) is to increase the numbers of excess animals placed into private care through adoptions. This program will encourage new individuals/organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals by providing a financial incentive. This incentive money will help defray initial ownership costs, such as veterinary care, feed and training.
>
>   1. Adopters participating in AIP must adhere to the terms of adoptions and

prohibited acts provided at the time of adoption.

2. The AIP applies ONLY to untrained animals that are adopted and will not apply to purchase animals.
3. All untrained animals are eligible to participate in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.
4. Each adopter must meet adoption requirements, complete and sign an Application for Adoption and/or Sale of Wild Horses and Burros and have it approved by BLM.
5. If there is evidence indicating an adopter does not meet the minimum adoption requirements or does not intend to provide humane care, the BLM authorized officer will deny the adoption.
6. Adopters have an opportunity to receive a total of $1,500 for each animal adopted through the incentive program, $1,000 within 90 days from the adoption date and an additional $500 at time of title.
7. Adopters participating in the AIP must complete the Adoption Incentive Agreement (Attachment 2) to receive the first incentive payment in the amount of $1,000. The payment will be received within 90 days of the adoption date.
8. Adopters are required to retain their copy of the Adoption Incentive Agreement as it must accompany the completed title application when submitting for the certificate of title to receive the second incentive payment in the amount of $500.
9. The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.
10. The BLM authorized officer must maintain the signed Private Care and Maintenance Agreement, completed and signed Application for Adoption and/or Sale of Wild Horses and Burros and the completed and signed Adoption Incentive Agreement for official Bureau records.
11. The adoption information is required to be entered in the Wild Horse and Burro Program System within seven business days after the adoption is completed.
12. All animals participating in the BLM AIP will require mandatory compliance and will be identified on a newly developed report, Required Inspections for Incentive Animals.
13. Any adopter that relinquishes two or more animals in a six month time-frame or does not adhere to the terms and conditions of the Adoption Incentive Agreement is no longer to participate in the adoption incentive program.
14. Adopters that misuse or do not follow the adoption incentive guidelines may be prohibited from future participation in the program.
15. Reassigned animals are not eligible for the incentive program.
16. BLM employees, their immediate family members, BLM Program contractors and cooperators are **NOT** eligible to participate in the incentive program. (*Immediate family members include spouse, civil partner/domestic partner, children, parents, siblings, grandparents, grandchildren, aunts, uncles, nieces, nephews, cousins and in-laws.*)

I will schedule a meeting for Monday afternoon to answer any questions as well as collect feedback. Thank you for your review and open mind.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood

--
Rob Sharp
Supervisory Wild Horse & Burro Specialist
Burns District-BLM
541-573-4429
rsharp@blm.gov

| | |
|---|---|
| **From:** | Wendlandt, June A |
| **To:** | Waddell, Holle |
| **Subject:** | Re: DRAFT: Adoption Incentive Program (Due by COB Monday, June 25, 2018) |
| **Date:** | Monday, June 25, 2018 3:48:04 PM |
| **Importance:** | High |

one more thing to add:

Volunteers are not free. As you know that means training them to do compliance, providing all the documents that they need, and they will ask for fuel to be covered. Printing out a list of adopters with address and giving it to a volunteer to go find a horse or 50 can be risky. Now a non employee has personal private information about someone else. I don't take kindly to random people showing up on my front door or even calling me on the phone. There could be a huge safety risk as well for our volunteers of what the might drive into.


On Fri, Jun 22, 2018 at 8:29 AM Waddell, Holle <hwaddell@blm.gov> wrote:

Hello all! Each of you are aware that the program submitted the Options Paper to Congress in April 2018 and one of the components mentioned was an Adoption Incentive Program. We have been charged with launching the adoption incentive program in July 2018. Michael has identified $500K for this program in FY 2018.

As stated on the No-Surprises Call yesterday, below is a brief summary of the draft adoption incentive program and attachments that will support the program: BLM Adoption Incentive Agreement and Ineligibility Letter. The agreement will serve as the document to participate in the incentive program and the ineligibility letter will be sent to the adopter regarding their status in the incentive program.

The draft IM and procedure document are very, VERY rough draft and are awaiting the PS and "how-to" make the fee payments information. I will send them out for your review hopefully next week.

Please review and provide comments to me by COB Monday, June 25, 2018. I will be compiling first thing in the morning on Tuesday, June 26, 2018 to send the documents for solicitor review.

Adoption Incentive Program Summary and Draft Guidelines

The purpose of the Adoption Incentive Program (AIP) is to increase the numbers of excess animals placed into private care through adoptions. This program will encourage new individuals/organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals by providing a financial incentive. This incentive money will help defray initial ownership costs, such as veterinary care, feed and training.

1. Adopters participating in AIP must adhere to the terms of adoptions and prohibited acts provided at the time of adoption.
2. The AIP applies ONLY to untrained animals that are adopted and will not apply to purchase animals.
3. All untrained animals are eligible to participate in the AIP regardless of species, age, sex, color, herd management area or the number of times the

animal has been offered for adoption.

4. Each adopter must meet adoption requirements, complete and sign an Application for Adoption and/or Sale of Wild Horses and Burros and have it approved by BLM.

5. If there is evidence indicating an adopter does not meet the minimum adoption requirements or does not intend to provide humane care, the BLM authorized officer will deny the adoption.

6. Adopters have an opportunity to receive a total of $1,500 for each animal adopted through the incentive program, $1,000 within 90 days from the adoption date and an additional $500 at time of title.

7. Adopters participating in the AIP must complete the Adoption Incentive Agreement (Attachment 2) to receive the first incentive payment in the amount of $1,000. The payment will be received within 90 days of the adoption date.

8. Adopters are required to retain their copy of the Adoption Incentive Agreement as it must accompany the completed title application when submitting for the certificate of title to receive the second incentive payment in the amount of $500.

9. The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

10. The BLM authorized officer must maintain the signed Private Care and Maintenance Agreement, completed and signed Application for Adoption and/or Sale of Wild Horses and Burros and the completed and signed Adoption Incentive Agreement for official Bureau records.

11. The adoption information is required to be entered in the Wild Horse and Burro Program System within seven business days after the adoption is completed.

12. All animals participating in the BLM AIP will require mandatory compliance and will be identified on a newly developed report, Required Inspections for Incentive Animals.

13. Any adopter that relinquishes two or more animals in a six month time-frame or does not adhere to the terms and conditions of the Adoption Incentive Agreement is no longer to participate in the adoption incentive program.

14. Adopters that misuse or do not follow the adoption incentive guidelines may be prohibited from future participation in the program.

15. Reassigned animals are not eligible for the incentive program.

16. BLM employees, their immediate family members, BLM Program contractors and cooperators are **NOT** eligible to participate in the incentive program. (*Immediate family members include spouse, civil partner/domestic partner, children, parents, siblings, grandparents, grandchildren, aunts, uncles, nieces, nephews, cousins and in-laws.*)

I will schedule a meeting for Monday afternoon to answer any questions as well as collect feedback. Thank you for your review and open mind.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

BLM_002392

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--

**June Wendlandt**

Wyoming Wild Horse & Burro Program Lead

Wyoming State Office

5353 Yellowstone Road

Cheyenne, WY 82003

Desk (307) 775-6097

Cell (307) 690-9069

jwendlan@blm.gov

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Tryon, Steve; Waddell, Holle |
| **Subject:** | Adoption Incentive |
| **Date:** | Monday, June 25, 2018 4:50:57 PM |

Steve

Holle had her call today with the WHB state leads and others in the program and a couple of suggestions came out of that call.

1. Reverse the incentives to $500 at adoption and $1,000 at titling. I know this goes against what is included in the Options Paper and even in draft congressional language but may be something to consider. Is there any appetite to consider this with leadership?
2. Concerns that having mandatory compliance in this program without funding to accomplish this was raised by several state leads. By reversing the incentive payments (#1) and having the larger incentive at titling may reduce the need to conduct compliance checks (only in the event of a report of an animal being neglected or mistreated)? Thoughts?

After the call Holle and I are recommended capping the limit of horses any one person can adopt in a year is 4 under the adoption incentives. This will be consistent with current policy of an individual only being able to title 4 horses a year. Second this will be consistent with the titling fee structure and reduce the tracking of horses where an adopter may adopt more than 4 but can only title 4 in a given year.

Finally, I think we are at a point where we need management assistance from AD/DAD to talk with 800 AD and staff about resolving the issuance of payment to adopters under this program. Holle has been getting mixed signals and we need 800 to tell us how the payment process can work. Linda Smith has copied 800 leadership on this already. Right now that is the main hold-up to getting this across the finish line in a timely manner. We can talk more this week. Thanks.


--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

| From: | Tryon, Steve |
|---|---|
| To: | Rittenhouse, Bruce H |
| Cc: | Waddell, Holle |
| Subject: | Re: Adoption Incentive |
| Date: | Monday, June 25, 2018 5:06:05 PM |

Thanks, Bruce. See my comments in blue below.

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

On Mon, Jun 25, 2018 at 5:50 PM, Bruce Rittenhouse <brittenh@blm.gov> wrote:

Steve

Holle had her call today with the WHB state leads and others in the program and a couple of suggestions came out of that call.

1. Reverse the incentives to $500 at adoption and $1,000 at titling. I know this goes against what is included in the Options Paper and even in draft congressional language but may be something to consider. Is there any appetite to consider this with leadership?

**I get where everyone is coming from. But, I feel like one more conversation with the Director on this would not be pleasant. We have made the case several times to put the incentive at the time of titling. Unsuccessfully.**

2. Concerns that having mandatory compliance in this program without funding to accomplish this was raised by several state leads. By reversing the incentive payments (#1) and having the larger incentive at titling may reduce the need to conduct compliance checks (only in the event of a report of an animal being neglected or mistreated). Thoughts?

**If we make compliance mandatory, we are going to have to pay for it. But wouldn't a signed statement from a veterinarian suffice? Isn't that a manner of of complying with mandatory compliance?**

After the call Holle and I are recommending capping the limit of horses any one person can adopt in a year is 4 under the adoption incentives. This will be consistent with current policy of an individual only being able to title 4 horses a year. Second this will be consistent with the titling fee structure and reduce the tracking of horses where an adopter may adopt more than 4 but can only title 4 in a given year.

**Yes. Smart. Will also minimize the exposure of the agency, and the run on our budget.**

Finally, I think we are at a point where we need management assistance from AD/DAD to talk with 800 AD and staff about resolving the issuance of payment to adopters under this program. Holle has been getting mixed signals and we need 800 to tell us how the payment process can work. Linda Smith has copied 800 leadership on this already. Right now that is the main hold-up to getting this across the finish line in a timely manner. We can talk more this week. Thanks.

**Ready to help. Although the 800 request is with General Law,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

--
Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

| | |
|---|---|
| **From:** | Collins, Deborah |
| **To:** | Waddell, Holle |
| **Cc:** | Leonard, Stephen P; Johnson, Krystal F; Frost, Scarlett H; Kueck, Meredith A; Roberson, Peter (PJ) L; Fontaine, Kristen A; Reid, Lisa; Rittenhouse, Bruce H; Tiel-Nelson, Heather J; Neill, John J; Fluer, Scott L; Spencer, Sally J; Todd, Marci L; Lockie, Grant E |
| **Subject:** | Re: PCPT: Adoption Incentive Program |
| **Date:** | Tuesday, June 26, 2018 3:06:35 PM |
| **Importance:** | High |

Hi All,

I visited DOI's Ethics page and found a reference to Ethics Prohibitions Unique to DOI at https://blmspace.blm.doi.net/wo/700/ethics/Documents/2017%20Ethics%20Guide.pdf

On page 5, 5CFR 3501.103(c) references employees, spouses and minor children in several items. ███████████████████████████████████████████████████████████████

**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

On Tue, Jun 26, 2018 at 2:11 PM, <hwaddell@blm.gov> wrote:

> BLM employees, their immediate family members, BLM Program contractors, cooperators, partners and their immediate family members are NOT eligible to participate in the incentive program. (Immediate family members include spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, brother, sister, half-brother, half-sister, step-sibling, brother-in-law, sister-in-law, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle.)

---

**PCPT: Adoption Incentive Program**

We have a fast approaching deadline (06/29/18) and much to do. Please have access to a computer in case there is a need to share screens for live edits.

- Continue edits on

    - DRAFT incentive program implementation plan/guidance/SOPs (whatever it will be called)
    - DRAFT incentive IM

- Review of timeline

- Next steps

| When | Tue Jun 26, 2018 2pm – 3:30pm Central Time |
|---|---|

| Where | Conference Line: 877.973.6205 Passcode: 9821164# ([map]) |
|---|---|
| Video call | https://hangouts.google.com/hangouts/_/doi.gov/hwaddell |
| Who | • hwaddell@blm.gov - organizer |
|  | • sspencer@blm.gov |
|  | • dacollin@blm.gov |
|  | • sleonard@blm.gov |
|  | • glockie@blm.gov |
|  | • hnelson@blm.gov |
|  | • kfjohnso@blm.gov |
|  | • mkueck@blm.gov |
|  | • lreid@blm.gov |
|  | • proberson@blm.gov |
|  | • jneill@blm.gov |
|  | • kfontaine@blm.gov |
|  | • sfluer@blm.gov |
|  | • sfrost@blm.gov |
|  | • m1todd@blm.gov - optional |
|  | • brittenh@blm.gov - optional |

| | |
|---|---|
| **From:** | Leonard, Stephen P |
| **To:** | Collins, Deborah |
| **Cc:** | Waddell, Holle; Johnson, Krystal F; Frost, Scarlett H; Kueck, Meredith A; Roberson, Peter (PJ) L; Fontaine, Kristen A; Reid, Lisa; Rittenhouse, Bruce H; Tiel-Nelson, Heather J; Neill, John J; Fluer, Scott L; Spencer, Sally J; Todd, Marci L; Lockie, Grant E |
| **Subject:** | Re: PCPT: Adoption Incentive Program |
| **Date:** | Tuesday, June 26, 2018 3:43:16 PM |
| **Importance:** | High |

I would be good with that definition.

Steve Leonard
Canon City Facility Manager/Colorado Program Lead
(719)269-8511

On Tue, Jun 26, 2018 at 2:06 PM, Collins, Deborah <dacollin@blm.gov> wrote:

Hi All,

I visited DOI's Ethics page and found a reference to Ethics Prohibitions Unique to DOI at https://blmspace.blm.doi.net/wo/700/ethics/Documents/2017%20Ethics%20Guide.pdf

On page 5, 5CFR 3501.103(c) references employees, spouses and minor children in several items. So, we may be able to limit it even further and be consistent. Just a suggestion. THanks.

**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

On Tue, Jun 26, 2018 at 2:11 PM, <hwaddell@blm.gov> wrote:

BLM employees, their immediate family members, BLM Program contractors, cooperators, partners and their immediate family members are NOT eligible to participate in the incentive program. (Immediate family members include spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, brother, sister, half-brother, half-sister, step-sibling, brother-in-law, sister-in-law, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle.)

### PCPT: Adoption Incentive Program

We have a fast approaching deadline (06/29/18) and much to do. Please have access to a computer in case there is a need to share screens for live edits.

- Continue edits on

  - DRAFT incentive program implementation plan/guidance/SOPs (whatever it will be

called)
  ○ DRAFT incentive IM

- Review of timeline

- Next steps

| | |
|---|---|
| When | Tue Jun 26, 2018 2pm – 3:30pm Central Time |
| Where | Conference Line: 877.973.6205 Passcode: 9821164# ([map](#)) |
| Video call | https://hangouts.google.com/hangouts/_/doi.gov/hwaddell |
| Who | • hwaddell@blm.gov - organizer |
| | • sspencer@blm.gov |
| | • dacollin@blm.gov |
| | • sleonard@blm.gov |
| | • glockie@blm.gov |
| | • hnelson@blm.gov |
| | • kfjohnso@blm.gov |
| | • mkueck@blm.gov |
| | • lreid@blm.gov |
| | • proberson@blm.gov |
| | • jneill@blm.gov |
| | • kfontaine@blm.gov |
| | • sfluer@blm.gov |
| | • sfrost@blm.gov |
| | • m1todd@blm.gov - optional |
| | • brittenh@blm.gov - optional |

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Incentive Agreement |
| **Date:** | Tuesday, June 26, 2018 5:26:59 PM |
| **Attachments:** | Adoption Incentive Agreement 2018.06.26.pdf |
| **Importance:** | High |

Hi Holle'

File is attached

On Tue, Jun 26, 2018 at 5:06 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

PJ - Please review, accept changes if necessary and convert to pdf.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

Form 4710-XX
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | Middle Name: | Last Name: |
|---|---|---|

| Address: | City | State: |
|---|---|---|

| Zip Code: | Email Address: |
|---|---|

FREEZE MARK(S):

SIGNALMENT KEY(S):

| Financial Institution Name: | Primary Account Holder Name: |
|---|---|

| Account Type | Routing Number | Account Number |
|---|---|---|
| ☐ Checking | | |
| ☐ Savings | | |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____   I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program.

Initial: _____   I have read and understand the terms of adoption and prohibited acts.

Initial: _____   I understand that I can ONLY adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____   I understand that I am responsible to complete and submit both the incentive copy of this agreement and the title application 4710-18) to receive the $500 incentive per adopted animal. (second payment)

Initial: _____   In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct mandatory compliance inspections on adopted animals participating in the incentive program.

Initial: _____   I hereby authorize electronic funds transfers to my account at the financial institution listed above.

Initial: _____   I agree to notify BLM of any changes regarding my banking information until my adopted animal(s) are titled.

Initial: _____   Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Initial: _____   I certify that I am not a BLM employee, immediate family member of a BLM employee, BLM contractor or cooperator.

Initial: _____   The BLM will use this information to process your agreement for private maintenance and care of wild horses or burros. BLM will use your driver's license and social security number for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

Initial: _____   I understand I will lose my eligibility to participate in the BLM adoption incentive program in the future if I return two

Full Name (Print): _____

Signature: _____   Date: _____   BLM_002402

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(d) Adopters are financially responsible for providing proper care;

(e) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(f) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(g) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(h) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(i) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(j) Adopters must dispose of remains in accordance with applicable sanitation laws;

(a) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(b) Adoption fees are non-refundable; and

(c) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition.  All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS and INELIGIBLE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12-month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12-month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to retain their copy of the BLM Adoption Incentive Agreement provided at the time of adoption as it must accompany the completed title application when submitting for the certificate of title to receive the 2nd incentive payment in the amount of $500.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

## NOTICES

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:**  16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:**  The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION:  Submission of the requested information is necessary to obtain or retain a benefit.  Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

BLM_002403

**From:**       Tryon, Steve
**To:**         Yolando Mack-Thompson; Ursula Massey; Jeff Brune; Joseph (Gene) Seidlitz
**Cc:**         Kristin Bail; Angela Falwell; Bruce Rittenhouse; Thomas Bartholomew
**Subject:**    Document for Tomorrow"s 0900 Program Update on WHB
**Date:**       Tuesday, June 26, 2018 7:44:18 PM
**Attachments:** WHB Program Briefing 06.27.2018.pdf

Sorry for the late hour, folks.

We'll be prepared to discuss these topics at 0900 tomorrow.

Gene, I'll bring a copy of last week's program update for Casey. It has some useful information in it.

st


Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

## INFORMATION/BRIEFING MEMORANDUM
## FOR BLM AND AS-LM OFFICIALS

**DATE:**       June 27, 2018

**FROM:**       Kristin Bail,
                Assistant Director – Renewable Resources and Planning

**SUBJECT:**    Discussion and Decisions for the Wild Horse and Burro Program

The purpose of this memo is to update senior management of the BLM and Assistant Secretary, Land and Minerals Management on current wild horse and burro priority activities.

## KEY FACTS

There are approximately 82,000 wild horses and burros on public rangelands, as of March 2018. The national Appropriate Management Level (AML) is 26,715.  In addition, 45,295 animals (May 2018) are in holding facilities with 8,955 in 26 corrals and 36,340 in 35 pastures.  Total holding costs for these animals were almost $50 million in FY17 (58% of the total wild horse and burro budget).  More than 10,000 animals are proposed to be gathered in FY 2018, with a majority of gathers scheduled to commence beginning in July 2018.

## BACKGROUND

***Permanent Sterilization (spaying and gelding)***:  Burns (OR) District will provide a briefing later today on their proposal to gather and spay 100 mares in their Warm Springs HMA as part of a research proposal with the U.S. Geological Survey to determine efficacy of spaying procedures and the behavior of mares in the field over a two-year period. The proposal currently includes public viewing, but disallows any videotaping or photography.  BLM will be providing a short video of the procedure as well as part of their NEPA document. In a previous effort the researcher (Colorado State University) withdrew due to concerns of public photography and videotaping.

WO-260 has now directed BLM states to include permanent sterilization as a part of their proposed action in NEPA reviews for gathers to be held in FY 2019.  As part of the Categorical Exclusion process (see below) a literature review of spaying and gelding horses has been provided to the State Program leads to support this action in their NEPA analyses.

The BLM has had limited success with gelding stallions in past.  Here is a summary of past gelding efforts:

- Conger HMA (UT) – 27 geldings released in 2017
- South Steens HMA (OR) – 10 geldings released in 2009
- Barren Valley Complex (OR) – 31 geldings released in 2008
- Challis HMA (ID) – 12 geldings released in 2009

1

- Sheldon National Wildlife Refuge (NV) – 5 geldings, 263 vasectomized stallions, and 114 spayed mares during 2008-2012

***Supplemental Water/Emergency Gathers***: Over the past several years the BLM has provided supplemental water for WHBs during periods of drought. In much of the interior west, primarily in the Four Corner states and parts of the Great Basin are currently in various levels of drought. For much of the interior west the three-month drought outlook through September the drought is expected to persist.  Several states have indicated water conditions are deteriorating within HMAs.  The Elko and Ely Districts of Nevada project that more than 1,000 animals may be at risk of serious deterioration in the next 30 days, and that this situation is a concern to local residents.

***Categorical Exclusions***: The WHB program is conducting an analysis of NEPA documents to complete the verification reports for activities such as gather/removals, fertility control and sterilization under administrative CXs, a process administered by the Council on Environmental Quality.  Three additional actions (euthanasia, unrestricted sales, and private lands for long-term holding) will be recommended through Legislative CXs in the FY 2020 budget request to the Department/OMB. Resources have been identified to complete the administrative process with a completion in July.

***Changes to the BLM Adoption Program/Adoption Incentives:*** WO 200 will schedule a separate briefing specifically to address the policy changes in the WHB adoption program. An early draft Instruction Memorandum is attached for reference. The revised guidance will emphasize: 1) a reduced adoption fee (from $125 to $25), 2) financial incentives of $1,000 and $500 provided at the time of adoption and titling, respectively, and 3) potential to reduce costs of the adoption compliance program.

**DISCUSSION**

***Permanent Sterilization (spaying and gelding)***:  The Warm Springs gather and spaying research project will provide the BLM with information about the impacts of spaying procedures and behavior of sterile mares with fertile mares and stallions.  WO 200 expects to authorize sterilization as part of normal gather operations before the USGS/CSU study is complete.

***Supplemental Water/Emergency Situations***: At the briefing on June 19, 2018 the decision was to halt all hauling of supplemental water for wild horses and burros.  A complete stoppage of hauling water could put BLM at risk from a public perception along with increasing the chance of potential litigation based on violating the Wild Horse and Burro Act or State Animal Cruelty Laws. Consideration must be given to the logistics (where and when) of euthanasia, in the event that animal condition deteriorates to the point that current euthanasia policy would be triggered.

2

**NEXT STEPS**

***Permanent Sterilization (spaying and gelding)***:  Support Burns District to move ahead with their Warm Springs gather and spay research project.  Further instruct states to include sterilization as part of their proposed action in any gather NEPA documents, at least until new CX authority is available.

***Supplemental Water/ Emergency Definition***:  WO 200 recommends that any request to provide water for horses be approved at the level of Deputy Director, Operations, just as gather requests are approved presently. Requests to gather horses on an emergency basis should continue to be approved by the Deputy Director, Operations. Such direction could be conveyed in an Instruction Memorandum.

***Categorical Exclusions***:  A team of WO-210, WO-260 and additional support from resources in the field will be completing an analysis of NEPA documents and preparing a Verification Report that will be submitted to CEQ along with the rest of the Group 1 CXs.   This is the highest priority item right now in the Wild Horse and Burro Program.

**ATTACHMENTS**
       1 – FY 2020 Legislative Proposal for DOI/OMB Budget
       2 – Draft Instruction Memorandum: Adoption Incentive Program
       3 – Supplemental Water Hauling and Emergency Gather

3

BLM_002407

**~~2019~~ 2020 Departmental Submission**
**Legislative Proposal**

| Account: | *WO-260 - 1060* |
|---|---|
| **Proposed Language/Change:** | Legislative Categorical Exclusion (CX) authority for management of wild horses and burros.<br><br>**(a) NEPA review**<br>Action by the Secretary of the Interior in managing the public with respect to any of the activities described in subsection (b) shall be subject to a rebuttable presumption that the use of a categorical exclusion under the National Environmental Policy Act of 1969 [42 U.S.C. 4321 et seq.] (NEPA) would apply if the activity is conducted pursuant to the Wild-Free Roaming Horses and Burros Act of 1971 (WH&B Act), as amended [16 U.S.C. U.S.C. 1331 et seq.] for the purpose of managing wild horses and burros.<br><br>**(b) Activities described** The activities referred to in subsection (a) are the following:<br><br>**(1)** Removal of excess wild horses and burros from public and private lands utilizing helicopter and bait/water trapping techniques for the achievement and maintenance of appropriate management level (AML).<br><br>**(2)** Removal of wild horses and burros from public and private lands for the purpose of health and safety of the general public.<br><br>**(3)** Removal of  wild horses and burros from public and private lands in response to emergency and declining resource (water, forage) conditions caused by such events as disease, drought, wildfire, and extreme weather events.<br><br>**(4)** Application of population growth suppression techniques, including fertility control  such as sterilization, vaccines and contraception, in wild horses and burros on public and private lands for the achievement and maintenance of AML.<br><br>**(5)** Sterilization of wild horses and burros for the purpose of managing herd management areas as non-reproducing in whole or part.<br><br>**(6)** Unrestricted sale of excess wild horses and burros for which an adoption or sale demand does not exist.  *[Legislation only; not through the CEQ administrative process.]*<br><br>**(7)** Euthanasia of excess wild horses and burros for which an adoption or sale demand does not exist. *[Legislation only; not through the CEQ administrative process.]*<br><br>(8) Approval of the usage of private lands encumbered by an off-range pasture or corral contract for the maintenance of excess wild horses and burros. *[Legislation only; not through the CEQ administrative process.]* |

## ~~2019~~ 2020 Departmental Submission
### Legislative Proposal

| | |
|---|---|
| **Cost/Revenue Estimate:** | $500,000 saving annually |
| **Description of Proposed Change:** | The proposed Legislative Categorical Exclusion (CX) authority would allow the BLM to take appropriate action to better control the growth of wild horse and burro populations across the western States by authorizing the use of a CX specific to the management of wild horses and burros to comply with National Environmental Policy Act (NEPA) requirements. |
| **Justification:** | The Bureau of Land Management manages wild horses and burros on public lands under the authority of the Wild-Free Roaming Horses and Burros Act (WH&B Act), passed unanimously by Congress in 1971 and amended in 1976, 1978, 1996 and 2005. |
| | The requested authority would provide for more effective management of WH&B on the range. The majority of wild horse and burro herds on public lands are chronically overpopulated, leading to an increased risk of starvation and thirst, damage to habitat on public lands and more animals leaving herd management areas and moving onto highways and private property in search of food and water. |
| | In order to take the necessary management actions to reduce the overpopulation of wild horses or burros, BLM must conduct a lengthy environmental analysis (EA) process for compliance with National Environmental Policy Act (NEPA) requirements. These analyzes are completed for either individual herd management areas (HMA) or groups of HMAs. The development of the individual analysis documents take hundreds of hours of staff time as well as periods of public involvement. BLM has been writing these EA documents for similar management actions for over 40 years with determinations of not having a significant effect on the quality of the human environment (individually or cumulatively). With the proposed CX authority, BLM would be in compliance with NEPA requirements for BLM's proposed management actions. |

*Internal Use ONLY – IM 2018XXX*

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750(I)

Instruction Memorandum No. 2018-XXX
Expires: 09/30/2021

To:             All District and Field Officials

From:           Assistant Director, Resources and Planning

Subject:        Guidance for the Adoption Incentive Program for Wild Horses and Burros

**Program Area**: The Bureau of Land Management (BLM) Wild Horse and Burro Program (WHBP)

**Purpose:**   This Instruction Memorandum (IM) outlines policies and procedures concerning the adoption incentive program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the adoption incentive program to adopters.

**Mission Related:** This IM is directly related to the BLM mission.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to continue focusing efforts on increasing the number of untrained excess wild horses and burros placed into private care through adoptions. All untrained animals are eligible to participate in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. AIP offers a financial incentive in the amount of $1,000 at the time of adoption and an additional $500 at time of title, if completed within the initial year.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow for remaining available funds to support critical on-range operations.

**Background:**  The BLM has been making excess animals removed from the range available for adoption since 1971 and has placed more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHBP. Over the last 10 years, adoptions have steadily declined. Increases in adoptions reduce holding costs, a cost savings which allows funding to be diverted to other aspects of managing wild horses and burros. The BLM has identified several options to increase adoptions and sales in a report submitted to Congress in

BLM_002410

*Internal Use ONLY* – IM 2018XXX

2

April 2018, including offering financial incentives to find willing homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate adoptions.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, and the Washington Office WHB Program Staff which all possess diversified experience.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

2 Attachments
   1 – Adoption Incentive Program Procedures (# of pages)
   2 – Adoption Incentive Program Agreement (# of pages)

**Gelding Studies: A History**

**CONGER HMA, UTAH**

Helicopter and bait/water trapping was completed at the Conger HMA in 2016 with 30 mares fitted with radio collars and 29 studs fitted with radio tags.

·   Behavior data collection started in March 2017. A second year of aerial surveys was conducted in spring 2017.

·   After another gather in 2017 which family groups were captured, held, and released together - **27 studs were gelded, and 8 were intact** in December 2017. Bachelor groups and social groups with geldings were returned to the HMA for further behavioral observations.

·   Aerial surveys and data gathering will continue in 2018, 2019 and 2020; with a gather occurring in the fall of 2020 to return the HMA to AML population levels.

·   Initial data was showing that the geldings were holding the bands together, but recent data has shown that some mare were leaving the gelding bands and forming new bands with bachelor studs.

**OTHER HMAs:**

Challis HMA, Idaho: ## geldings were released after a 2009 gather. In a 2012 decision, the geldings were retained in the herd as part of a 60% male:40% female herd management strategy. The geldings effectively took up spaces toward AML that would otherwise have been taken by mares.

South Steens HMA, Oregon: 10 geldings released in 2009

Barren valley complex, Oregon: 31 geldings released in November 2008.

USFWS lands; Sheldon NWR: 5 geldings and 263 vasectomized stallions, along with 114 spayed mares released 2008-2012. Growth rates were held very low, but fertile mares still foaled, and harem bands continued to exist. Spayed mares were always observed with other horses.

**Information for Justifying Hauling Supplemental Water for Wild Horses/Burros and Requesting an Emergency Gather**

1. Name of Herd Management Area (HMA):
2. HMA Acres:
3. HMA Appropriate Management Level Range:
4. What is the current population estimate and what is your data source:
5. What is the distribution of the animals across the HMA and how was this distribution determined:
6. What is the history of past water hauling in the HMA:
7. What is the current drought status in the vicinity:
8. What is the projected 3-6 month drought outlook:
9. What is the current body condition of the animals in the HMA:
10. Are the body condition trends declining, and if so, what is the percentage of the HMA population in decline:
11. Describe the condition of the range and identify data sources:
12. Any additional considerations (examples:  animals moving off HMA onto other public lands or private lands, public health and safety, etc.)

Requesting an emergency gather (all of the above questions should be answered, unless you have not been approved to previously haul water)

1. Describe the unexpected, unanticipated event[1] that now requires an emergency gather?
2. Are there other options besides a gather to mitigate the effects to the health and welfare of the animals?
3. Proposed gather method:
4. What is the number of animals to be removed?
5. Disposition of the Animals (short term holding, euthanasia):
6. Any additional considerations (examples:  easy public access and HMA visibility, animals moving off HMA onto other public lands or private lands, public health and safety, etc.)

Potential process for Deputy Director – Operations Decision

1. Local field office coordinate with State Wild Horse and Burro lead to prepare justification for providing supplemental water or conducting an emergency gather for signature by Field Manager
2. Proposal reviewed by District Manager and sent to State Director.
3. Proposal sent to WO-261 Division Chief for review
4. Independent team* may be convened to assess if the request represents an emergency situation.  This team will be led by the WO-261 Branch chief.  WO-261 Branch Chief will review the proposal and provide recommendations to WO-260 Division Chief

---

[1] Definition of Emergency: **Unexpected events** that threaten the health and welfare of a **WH&B population** and/or its habitat. Examples of emergencies include fire, insect infestation, disease or other **events of catastrophic and unanticipated nature** (BLM Handbook 4700-1 Section 4.7.2) (emphasis added)

5. WO-260 Division Chief briefs Assistant Director, Deputy Assistant Director and Deputy Director – Operations for decision.

*Independent team will consist of Wild Horse and Burro On-Range Branch Chief, APHIS Veterinarian and one state Wild Horse and Burro Program Lead from a different state.  This panel will review the proposal based on its merit and need.  This review in most cases by a desk review but in some cases may include a site visit to the HMA if time allows.

BLM_002414

| | |
|---|---|
| **From:** | Smith, Linda H |
| **To:** | Grimstvedt, Gary G; Grenfell, Jacquelyn M; Waddell, Holle; Becker, Christina A; Lawton, Eric A; Jackson, Tonya M |
| **Subject:** | Fwd: WHB Incentive Program Authorization |
| **Date:** | Wednesday, June 27, 2018 12:26:35 PM |
| **Importance:** | High |

Good afternoon, folks. WO800 has indicated we have the necessary advice from SOL on this topic.

We also believe this is an operational question for the program and for the NOC with regard to the process for implementing the payments. WO Budget is happy to participate in the discussion so that we understand the process that is developed.

Thanks.


---------- Forwarded message ----------
From: **Schneider, Margaret** <mschneider@blm.gov>
Date: Wed, Jun 27, 2018 at 12:17 PM
Subject: Re: WHB Incentive Program Authorization
To: Ryan Sklar <ryan.sklar@sol.doi.gov>
Cc: "Keable, Edward" <edward.keable@sol.doi.gov>, "Brown, Laura" <laura.brown@sol.doi.gov>, Aaron Moody <aaron.moody@sol.doi.gov>, Rachel Spector <rachel.spector@sol.doi.gov>, Brett Myrick <brett.myrick@sol.doi.gov>, "Russell, Gregory" <gregory.russell@sol.doi.gov>, Linda Smith <lhsmith@blm.gov>, Ann DeBlasi <amdeblas@blm.gov>, "Tryon, Steve" <stryon@blm.gov>


Thank you very much. This answers our questions and we will act on this advice. I we have additional questions as we start implementation we will set up a meeting.

On Wed, Jun 27, 2018 at 10:23 AM, Ryan Sklar <ryan.sklar@sol.doi.gov> wrote:
> Hi Margaret,
>
> In response to your request, Brett Myrick of SOL's Division of General Law has provided some more context and analysis for ███████████████████████████████ Please let us know if this meets BLM's needs or if you'd like something more formal. And, as always, please let us know if you'd like to discuss.
>
> Thanks,
> Ryan
>
> ---------- Forwarded message ---------
> From: **Brett Myrick** <brett.myrick@sol.doi.gov>
> Date: Tue, Jun 26, 2018 at 4:11 PM
> Subject: WHB Incentive Program Authorization
> To: Sklar, Ryan <ryan.sklar@sol.doi.gov>
>
>
> Ryan-



Thanks,

Brett

--
Brett H. Myrick
Department of the Interior - Office of the Solicitor
Attorney-Adviser - Division of General Law
202-208-3820
Room 6444

--

Ryan Sklar
Attorney-Advisor

Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

--
Linda H. Smith
BLM Budget Officer
Office: 202-912-7060
Cell/Alternative Telework Number: 703-517-3382
lhsmith@blm.gov

This email (including attachments) is intended for the addressee(s) only. It may contain information that is privileged, confidential, sensitive, or otherwise protected from disclosure by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete this e-mail and all copies.

| | |
|---|---|
| **From:** | Tryon, Steve |
| **To:** | Rittenhouse, Bruce H; Shepherd, Alan B; Waddell, Holle; Reiland, Michael J |
| **Subject:** | Fwd: Briefing Requested for D. Magallenas on WHB Program |
| **Date:** | Thursday, June 28, 2018 12:26:32 PM |
| **Attachments:** | WHB Program Update for OS w Gather Schedule 06.28.2018.pdf |
| **Importance:** | High |

For your records. Downey works in the immediate office of the Secretary. Here is what we are committing to them, FYI.

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

---------- Forwarded message ----------
From: **Tryon, Steve** <stryon@blm.gov>
Date: Thu, Jun 28, 2018 at 1:24 PM
Subject: Re: Briefing Requested for D. Magallenas on WHB Program
To: BLM_WO rcardinale <blm_wo_rcardinale@blm.gov>, Brian Steed <bsteed@blm.gov>, Casey Hammond <casey_hammond@ios.doi.gov>
Cc: Kristin Bail <kbail@blm.gov>, Jeff Brune <jbrune@blm.gov>, Yolando Mack-Thompson <ymackthompson@blm.gov>, Ursula Massey <umassey@blm.gov>, "Joseph (Gene) Seidlitz" <gseidlit@blm.gov>


Casey requested a version showing the dates of the proposed gathers, and no other changes. I have added another two-page document at the end of the BP that shows dates. It's useful to show, for instance, that the Warm Springs gather that is the basis for the Burns spay trial begins on October 1 (next FY) but is funded by contract this year.

Counting on one of you to get this to Downey. I recall she wanted it mid-day today.

Cheers,

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

On Thu, Jun 28, 2018 at 11:48 AM, Tryon, Steve <stryon@blm.gov> wrote:
> Attached is a pdf version of the briefing requested yesterday by Downey Magallenas, including the 2018 gather schedule. I think it addresses all her questions.
>
> I am also attaching a word version of the IB itself, in case one of you sees a need to edit it.
>
> I'm headed upstairs for a different briefing but I can come back and work on this if you need

anything.

st

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

BLM_002419

## INFORMATION/BRIEFING MEMORANDUM FOR
## DEPARTMENT OF THE INTERIOR OFFICIALS

DATE:          June 28, 2018
FROM:          Brian Steed, BLM Deputy Director – Policy and Programs
SUBJECT:       Implementation of Wild Horse and Burro Strategy

This briefing summarizes Wild Horse and Burro actions since the report "Management Options for a Sustainable Wild Horse and Burro Program" was submitted to Congress.

## BACKGROUND

On April 26, 2018 the Bureau of Land Management (BLM) submitted to Congress a report titled "Management Options for a Sustainable Wild Horse and Burro Program" (Options Paper).  This report outlined four options that included multi-pronged, sustainable approaches to reach on-the-range population levels at Appropriate Management Level (AML) and reduce the holding costs of horses and burros removed from the range.  Since the release of that plan the BLM has been moving forward with several of those actions outlined in the strategy.

## DISCUSSION

A number of efforts are currently underway to make immediate progress on the Secretary's vision of implementing meaningful program changes.

2018 Gather & Removal Schedule
In fiscal year (FY) 2018 the BLM is implementing its most aggressive gather & removal schedule in nearly a decade, with more than 10,000 horses and burros scheduled to be removed from the range by year-end (Attachment 1).  This will have an effect on FY 2019 holding costs (+$6.0 million); an amount that is funded by the 2019 House Appropriations markup, but not by the Senate.  Priorities for these gathers include public safety, addressing wild horse intrusions on private land, and preserving habitat for greater sage-grouse and other species of concern to the BLM. Wildlife program funds (+$4.5 million) are being used in 2018 to leverage funding from the wild horse and burro program.

Population Growth Suppression
BLM is moving forward on several fronts to increase the use of sterilization in gathers beginning in the first quarter of FY 2019. First, all offices have been instructed to consider sterilization – "spaying and neutering" – in their National Environmental Policy Act (NEPA) analyses. A literature review has already been disseminated to the field, and additional information is being developed on the five known gelding releases managed by the BLM since 2008.

Second, the Warm Spring, OR gather will be carried out in early October. Approximately 685 animals will be gathered, representing the majority of the herd management area. Groups of sterilized mares and non-sterilized mares will then be returned to the HMA with an equal number

of fertile stallions, to complete a two-year behavioral study. Information from this project will inform future NEPA analyses.

Finally, BLM is planning to incorporate gelding and spaying into at least two gathers in the Fall of 2018, which would be the soonest a gather could be executed pursuant to a NEPA analysis that had considered spaying and neutering as an option. The BLM is also planning to solicit a contract to acquire capacity for veterinarians to perform spaying procedures in anticipation of larger scale spaying and neutering of horses and burros later in FY 2019.

<u>Adoption Program Changes/Incentives</u>
The BLM is developing guidance and funding mechanisms to enhance interest in its adoption program.  This will include a $500 incentive at the time of adoption followed by a second payment of $500 to the adopter at the time of titling.  The fee to adopt an animal will be lowered from $125 to $25. Finally, the cost of adoption compliance checks will be reduced by minimizing BLM travel in lieu of alternate verification procedures. It is anticipated that this adoption incentive program will be in place prior to the end of FY 2018.

<u>Categorical Exclusions from Further NEPA Consideration</u>
By mid-July the BLM will have prepared a report that will be submitted to Council of Environmental Quality (CEQ) to categorical exclude several wild horse and burro actions including gathers, removals, application of fertility control, and spaying and neutering of animals.  The BLM is right now developing a "substantiation package" pursuant to CEQ regulations.  The BLM will also submit a package of legislative categorical exclusions as part of its FY 2020 budget request to the Department and OMB.

<u>Reducing Extraordinary Support for Wild Horses and Burros on the Range</u>
The BLM is developing guidance to address the practice of hauling water to extend the life of horses and burros in HMAs that exceed AML. This guidance will also address the nature of "emergency gathers," and whether predictable drought conditions should ever be a consideration in approving gathers. Significant on-range horse and burro mortality may be associated with implementation of this policy this summer, especially in AZ, NV, UT, and CA.

**NEXT STEPS**

1. Fully implement the FY 2018 gather schedule
2. Complete the analysis of the Oregon spay gather/removal and begin the research component in early 2019.
3. Identify two additional spay/neuter projects to include in late 2018 or Q1 2019.
4. Solicit a contract for acquiring veterinary services for future spaying/neutering of animals.
5. Finalize the adoption incentive program and have it ready for implementation prior to the end of the FY.
6. Continue to strive to reduce holding costs and place animals in private care.

**ATTACHMENTS**
1. BLM FY 2018 Gather Schedule

*Internal Working Document*

Table 1:  Completed FY18 Removals to date and Proposed Removals based on Additional L1110 Funds and Adjustments in L1060 Funds

| Action | Removal Reason(s) | PGS | Removals | 1060 Funding | 1110 Funding |
|---|---|---|---|---|---|
| Removals as of 3/1/2018 | Court orders, public safety, priority sage-grouse habitat, private land encroachment, and emergencies. | 67 (includes 27 geldings) | 4,245 | | |
| Planned Ground Darting for PGS Treatments | N/A | 518 | 0 | | |
| Recommended Spring/Summer Removals and PGS by Location | | | | | |
| -    Red Desert Complex, WY | GRSG, big game habitat | TBD | 2,670 | | $1.7 M |
| -    Warm Springs, OR | GRSG, big game habitat, spay research | 0 | 685 | | $800,000 |
| -    Onaqui Mountain, UT | GRSG | 0 | 50 | | $50,000 |
| -    Silver King, NV | GRSG, public safety, private lands | | 800 | | $800,000 |
| -    Pine Nut, NV | Bi-State SG, public safety, private lands | | 575 | | $600,000 |
| -    Bible Springs Complex, UT | GRSG, public safety, private lands | | 200 | | $200,000 |
| - | | Totals | 4,980 | | $4.15 M |
| -    Bullfrog, NV | T/E habitat, public safety, private lands | | 300 | $300,000 | |
| -    Muddy Creek, UT | State of UT agreement | 0 | 50 | $50,000 | |
| -    Pryor Mountain, MT | AML progress | 61 - darting | 20 | $25,000 | |
| -    Goshute (Ferguson Spring), NV | public safety, private lands | | 125 | $150,000 | |
| -    Little Bookcliffs, CO | AML, successful public working group | | 75 | $75,000 | |
| -    Chemehuevi, CA | Public safety, T/E habitat | | 200 | $250,000 | |
| -    Chocolate Mule, CA | Public safety, T/E habitat, military installation | | 25 | $25,000 | |
| -    Range Creek, UT | Private lands, wildlife | | 100 | $100,000 | |
| -    Unallocated | Emergency | TBD | 600 | $600,000 | |
| | | | 1,495 | $1.575 M | $4.15 M |
| TOTAL | | | 6,475 | | |

L1060 funded removals = $1,575,000 + 125,000 for holding = $1,700,000 (available from $1.7 M moved from L1060 to L1110 for WY Red Desert Complex Gather)

L1110 funded removals = $4,150,000 + 350,000 for holding = $4.5 million

Page **1** of **2**

BLM_002422

*Internal Working Document*

Table 2:  Current Planned FY19 Removals and Planned Population Growth Suppression (PGS) Treatments

| Action | Removal Reason(s) | PGS | Removals | Funding |
|---|---|---|---|---|
| Planned Ground Darting for PGS Treatments | N/A | 518 | 0 | |
| Recommended Fall Removals and PGS by Location | | | | |
| -   Owyhee Complex, NV | GRSG | 250 | 800 | $800,000 |
| -   Unallocated* | | TBD | 3700 | |
| **TOTAL** | | **768** | **4500** | |

*Note – Unallocated removals cannot be estimated until FY2019 budget is determine. Current estimated 800 is based on President's 2019 Budget.

BLM_002423

TENTATIVE
# FY 2018 Wild Horse and Burro Removal by Date
## as of May 21, 2018

| State | Herd Management Area (HMA) or Herd Area (HA) | Start Date | End Date | Animals Proposed to be Gathered | Animals Proposed to be Removed | Animals Actually Gathered | Animals Actually Removed | Proposed # of Mares/Jennies Treated with Fertility Control | Actual # of Mares/Jennies Treated with Fertility Control | Gather Method | Species | Rationale | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WY | Salt Wells Creek | 10/3/2017 | 10/17/2017 | 296 | 296 | 779 | 779 | 0 | 0 | Helicopter | Horse | Court order | Gather crossed FY's 17 & 18 |
| WY | Adobe Town | 10/10/2017 | 10/17/2017 | 656 | 616 | 567 | 567 | 0 | 0 | Helicopter | Horse | Court order | Gather crossed FY's 17 & 18 |
| WY | Great Divide Basin | 10/1/2017 | 10/4/2017 | 386 | 386 | 265 | 265 | 0 | 0 | Helicopter | Horse | Court order | Gather crossed FY's 17 & 18 |
| AZ | Black Mtn | 10/1/2017 | 9/30/2018 | 125 | 125 | 127 | 127 | 0 | 0 | Bait or Water | Burro | Pvt Land/Safety | Gather crossed FY's 17 & 18 |
| AZ | Lake Pleasant | 10/1/2017 | 9/30/2018 | 65 | 65 | 20 | 20 | 0 | 0 | Bait or Water | Burro | Pvt Land/Safety | Gather crossed FY's 17 & 18 |
| AZ | Cibola-Trigo | 10/1/2017 | 9/30/2018 | 60 | 60 | 1 | 1 | 0 | 0 | Bait or Water | Burro | Pvt Land/Safety | Gather crossed FY's 17 & 18 |
| AZ | Havasu | 10/1/2017 | 11/5/2017 | | | 81 | 81 | 0 | 0 | Bait or Water | Burro | Pvt Land/Safety | Gather crossed FY's 17 & 18 |
| NV | Antelope (Water Canyon) | 10/2/2017 | 10/12/2017 | 65 | 40 | 53 | 53 | 15 | 12 | Bait or Water | Horse | GonaCon pilot | Gather crossed FY's 17 & 18 |
| | Nuisance | 10/10/2017 | 9/30/2018 | | | | 5 | | | | | | |
| NV | Fox and Lake Range | 11/13/2017 | 11/19/2017 | 200 | 200 | 189 | 189 | 0 | 0 | Helicopter | Horse | Fire rehab | |
| OR | Hog Creek | 10/26/2017 | 2/15/2018 | 50 | 30 | 50 | 18 | 15 | 14 | Helicopter | Horse | Achieve/Maintain AML | |
| UT | Conger | 11/27/2017 | 12/3/2017 | 100 | 0 | 111 | 1 | 0 | 27 | Helicopter | Horse | Research | 27 geldings |
| CA | Twin Peaks | 12/20/2017 | 3/3/2018 | 125 | 125 | 32 | 32 | 0 | 0 | Bait or Water | Burro | Pvt Land/Safety | |
| NV | Johnnie | 12/20/2017 | 1/31/2018 | 75 | 75 | 117 | 117 | 0 | 0 | Bait or Water | Burro | Pvt Land/Safety | |
| OR | South Steens | 1/3/2018 | 2/28/2018 | 150 | 150 | 102 | 95 | 15 | 9 | Bait or Water (in house) | Horse | Selective Removal | |
| OR | Cold Springs | 1/23/2018 | 1/26/2018 | 120 | 80 | 134 | 72 | 35 | 30 | Helicopter | Horse | Achieve/Maintain AML | |
| NV | Triple B Complex (2 HMAs) | | | (1,368) | (1,368) | | | | | Helicopter | Horse | Pvt Land/Safety | |
| | Triple B | 1/30/2018 | 2/28/2018 | 800 | 800 | 993 | 924 | 28 | 28 | | | | |
| | Maverick-Medicine | 2/11/2018 | 2/19/2018 | 500 | 500 | 435 | 443 | 0 | 0 | | | | |
| UT | Bible Springs Complex (4 HMAs/1 HA) | | | (425) | (425) | | | | | Helicopter | Horse | BLM/UT State Agreement | |
| | Blawn Wash | 1/29/2018 | 2/5/2018 | 100 | 100 | 103 | 103 | 0 | 0 | | | | |
| | Four Mile | 2/5/2018 | 2/8/2018 | 150 | 150 | 144 | 144 | 0 | 0 | | | | |
| | Tilly Creek | 2/10/2018 | 2/11/2018 | 105 | 105 | 113 | 113 | 0 | 0 | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bible Springs | 2/12/2018 | 2/14/2018 | 70 | 70 | 71 | 71 | 0 | 0 | | | |
| NV | Spring Mtn/Wheeler Pass (Cold Creek) | 5/10/2018 | 6/11/2018 | 200 | | | | 0 | 0 | Bait or Water | Horse | USFS Emergency; lack of forage |
| AZ | Outside Black Mountain (Bullhead) | | | 60 | | | | | | Bait or Water | Burro | BLM/AZ State Agreement |
| AZ | Lake Pleasant | | | | | | | | | Bait or Water | Burro | BLM/AZ State Agreement | collaring research; no removal |
| UT | Range Creek | 6/11/2018 | 7/30/2018 | 100 | 100 | | | | | Bait or Water | Horse | Private lands/wildlife | CX |
| NV | Goshute (Ferguson Spring) | 6/18/2018 | 6/30/2018 | 125 | 125 | | | | | Bait or Water | Horse | Public safety; private lands |
| UT | Muddy Creek | 7/1/2018 | 7/30/2018 | 100 | 100 | | | | | Bait or Water | Horse | BLM/UT State Agreement |
| MT | Pryor Mtn | 7/1/2018 | 8/30/2018 | 75 | 20 | | | | | Bait or Water | Horse | |
| NV | Bullfrog | 7/10/2018 | 8/10/2018 | 300 | 300 | | | | | Bait or Water | Burro | T/E habitat; public safety; private lands |
| CA | Chemehuevi | 7/15/2018 | 8/30/2018 | 200 | 200 | | | | | Bait or Water (in house) | Burro | Public safety; T/E habitat |
| CA | Chocolate Mules | 7/15/2018 | 7/31/2018 | 25 | 25 | | | | | Bait or Water (in house) | Burro | Public safety; T/E habitat |
| UT | Bible Springs Complex/Sulphur | 8/1/2018 | 8/15/2018 | 200 | 200 | | | | | Helicopter | Horse | GrSG; public safety; private lands |
| WY | Red Desert Complex (5 HMAs) | | | 2,670 | 2,670 | | | | | Helicopter | Horse | GrSG; big game habitat |
| | Crooks Mountain | 8/6/2018 | 9/30/2018 | | | | | | | | | |
| | Green Mountain | 8/6/2018 | 9/30/2018 | | | | | | | | | |
| | Stewart Creek | 8/6/2018 | 9/30/2018 | | | | | | | | | |
| | Lost Creek | 8/6/2018 | 9/30/2018 | | | | | | | | | |
| | Antelope Hills | 8/6/2018 | 9/30/2018 | | | | | | | | | |
| CO | Little Book Cliffs | 8/15/2018 | 8/30/2018 | 75 | 75 | | | | | Bait or Water (in house) | Horse | Public safety; private lands |
| UT | Onaqui Mtn | 9/1/2018 | 9/15/2018 | 50 | 50 | | | | | Bait or Water | Horse | BLM/UT State Agreement |
| NV | Silver King | 9/1/2018 | 9/21/2018 | 800 | 800 | | | | | Helicopter | Horse | GrSG; public safety; private lands |
| NV | Pine Nuts | 9/10/2018 | 9/24/2018 | 575 | 575 | | | | | Helicopter | Horse | Bi-State SG; public safety; private lands |
| OR | Warm Springs | 10/1/2018 | 10/15/2018 | 685 | 685 | | | | | Helicopter | Horse | GrSG; big game habitat; spay research |
| **Total** | | | | **10,438** | **9,898** | **4,487** | **4,220** | **108** | **120** | | | |

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Incentive Agreement |
| **Date:** | Friday, June 29, 2018 8:27:10 AM |
| **Attachments:** | Adoption Incentive Agreement FINAL 6.29.2018.pdf |
| **Importance:** | High |

Good Morning,

Attached is the PDF for your review

Thanks

On Thu, Jun 28, 2018 at 5:09 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Hi PJ - Please double-check the attachment this time and convert to pdf.
>
> Thank you,
>
> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │
>
> Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov
>
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 

--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

Form 4710-XX
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | Middle Name: | Last Name: |
|---|---|---|
| | | |

| Address: | City | State: |
|---|---|---|
| | | |

| Zip Code: | Email Address: |
|---|---|
| | |

| FREEZE MARK(S): | SIGNALMENT KEY(S): |
|---|---|
| | |

| Financial Institution Name: | Primary Account Holder Name: |
|---|---|
| | |

| Account Type | Routing Number | Account Number |
|---|---|---|
| ☐ Checking | | |
| ☐ Savings | | |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

## OR

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____  I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program.

Initial: _____  I have read and understand the terms of adoption and prohibited acts.

Initial: _____  I understand that I can ONLY adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____  I understand that I am responsible to complete and submit both the incentive copy of this agreement and the title application 4710-18) to receive the $500 incentive per adopted animal. (second payment)

Initial: _____  In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct mandatory compliance inspections on adopted animals participating in the incentive program.

Initial: _____  I hereby authorize electronic funds transfers to my account at the financial institution listed above.

Initial: _____  I agree to notify BLM of any changes regarding my banking information until my adopted animal(s) are titled.

Initial: _____  Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Initial: _____  I certify that I am not a BLM employee, immediate family member of a BLM employee, BLM contractor or cooperator.

Initial: _____  The BLM will use this information to process your agreement for private maintenance and care of wild horses or burros. BLM will use your driver's license and social security number for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

Initial: _____  I understand I will lose my eligibility to participate in the BLM adoption incentive program in the future if I return two or more animals within a year.

Full Name (Print): _____

Signature: _____   Date: _____

BLM_002427

## PROHIBITED ACTS

(a)  Maliciously or negligently injuring or harassing a wild horse or burro;

(b)  Treating a wild horse or burro inhumanely;

(c)  Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d)  Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e)  Selling or attempting to sell a wild horse or burro or its remains;

(f)  Branding a wild horse or burro;

(g)  Removing or altering a freeze mark on a wild horse or burro;

(h)  Violating an order, term, or condition established by the BLM under this part;

(i)  Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(d)  Adopters are financially responsible for providing proper care;

(e)  Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(f)  Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(g)  Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(h)  Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(i)  Adopters must notify the BLM within 30 days of any change in the adopter's address;

(j)  Adopters must dispose of remains in accordance with applicable sanitation laws;

(a)  Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(b)  Adoption fees are non-refundable; and

(c)  Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition.  All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS and INELIGIBLE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12-month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12-month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to retain their copy of the BLM Adoption Incentive Agreement provided at the time of adoption as it must accompany the completed title application when submitting for the certificate of title to receive the 2nd incentive payment in the amount of $500.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

## NOTICES

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:**  16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:**  The primary uses of the information are to:

(1)  Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2)  Document the rejection, suspension, or granting of the request for adoption or sale;

(3)  Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4)  Identify contractors / employees / volunteers / service providers required to perform program functions;

(5)  Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6)  Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7)  Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION:  Submission of the requested information is necessary to obtain or retain a benefit.  Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

BLM_002428

| | |
|---|---|
| **From:** | McConnell, Alan R |
| **To:** | Waddell, Holle |
| **Cc:** | Velasquez, Esther L; Williams, Willie C; Kimberly Duncan; Grimstvedt, Gary G; Smith, Linda H |
| **Subject:** | Re: Vendor Request Form |
| **Date:** | Monday, July 2, 2018 3:16:25 PM |
| **Attachments:** | SF3881-03.pdf |
| **Importance:** | High |

Holle,

I think we will be using this form SF 3881, as well as the WHB Adoption Incentive Agreement form

Thank you,

Alan R. McConnell
Division Chief, Business Services
OC-600
303-236-6369
cell 303-386-6291
amcconnell@blm.gov

On Mon, Jul 2, 2018 at 1:53 PM, McConnell, Alan <amcconnell@blm.gov> wrote:
> Hi Holle,
>
> This is the BLM/DOI approved vendor request form that we use. We'll be talking about this at our meeting this afternoon. Thanks
>
> Thank you,
>
> Alan R. McConnell
> Division Chief, Business Services
> OC-600
> 303-236-6369
> cell 303-386-6291
> amcconnell@blm.gov
>
> ---------- Forwarded message ----------
> From: **Willie Williams** <wwilliams@blm.gov>
> Date: Mon, Jul 2, 2018 at 1:50 PM
> Subject: Vendor Request Form
> To: Alan McConnell <amcconnell@blm.gov>, Esther Velasquez <evelasqu@blm.gov>
>
>
> Attached is a copy of the form.
>
> Willie Williams
>
> Charge Card Bureau Lead / A/OPC

Financial Analyst

Accounts Payable

303-236-2636

FAX 303-236-0685

BLM_002430

OMB No. 1510-0056

# ACH VENDOR/MISCELLANEOUS PAYMENT
## ENROLLMENT FORM

This form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion. See reverse for additional instructions.

### PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

### AGENCY INFORMATION

FEDERAL PROGRAM AGENCY

AGENCY IDENTIFIER:                  AGENCY LOCATION CODE (ALC):                  ACH FORMAT:
                                                                                 ☐ CCD+          ☐ CTX

ADDRESS:


CONTACT PERSON NAME:                                                             TELEPHONE NUMBER:
                                                                                 (        )

ADDITIONAL INFORMATION:


### PAYEE/COMPANY INFORMATION

NAME                                                                             SSN NO. OR TAXPAYER ID NO.

ADDRESS


CONTACT PERSON NAME:                                                             TELEPHONE NUMBER:
                                                                                 (        )

### FINANCIAL INSTITUTION INFORMATION

NAME:

ADDRESS:


ACH COORDINATOR NAME:                                                            TELEPHONE NUMBER:
                                                                                 (        )

NINE-DIGIT ROUTING TRANSIT NUMBER:     __  __   __ __ __   __ __ __   __

DEPOSITOR ACCOUNT TITLE:

DEPOSITOR ACCOUNT NUMBER:                                                        LOCKBOX NUMBER:

TYPE OF ACCOUNT:        ☐ CHECKING        ☐ SAVINGS        ☐ LOCKBOX

SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL:                                      TELEPHONE NUMBER:
(Could be the same as ACH Coordinator)
                                                                                 (        )

AUTHORIZED FOR LOCAL REPRODUCTION          SF 3881 (Rev. 2/2003 )
                                           Prescribed by Department of Treasury
                                           31 U S C 3322; 31 CFR 210

BLM_002431

**Instructions for Completing SF 3881 Form**

Make three copies of form after completing. Copy 1 is the Agency Copy; copy 2 is the Payee/Company Copy; and copy 3 is the Financial Institution Copy.

1.  Agency Information Section - Federal agency prints or types the name and address of the Federal program agency originating the vendor/miscellaneous payment, agency identifier, agency location code, contact person name and telephone number of the agency. Also, the appropriate box for ACH format is checked.

2.  Payee/Company Information Section - Payee prints or types the name of the payee/company and address that will receive ACH vendor/miscellaneous payments, social security or taxpayer ID number, and contact person name and telephone number of the payee/company. Payee also verifies depositor account number, account title, and type of account entered by your financial institution in the Financial Institution Information Section.

3.  Financial Institution Information Section - Financial institution prints or types the name and address of the payee/company's financial institution who will receive the ACH payment, ACH coordinator name and telephone number, nine-digit routing transit number, depositor (payee/company) account title and account number. Also, the box for type of account is checked, and the signature, title, and telephone number of the appropriate financial institution official are included.

**Burden Estimate Statement**

The estimated average burden associated with this collection of information is 15 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to the Financial Management Service, Facilities Management Division, Property and Supply Branch, Room B-101, 3700 East West Highway, Hyattsville, MD 20782 and the Office of Management and Budget, Paperwork Reduction Project (1510-0056), Washington, DC 20503.

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | AIP Word Doc |
| **Date:** | Tuesday, July 3, 2018 2:20:48 PM |
| **Attachments:** | Adoption Incentive Agreement 7.3.2018.docx |

File is attached

--

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | Middle Name: | Last Name: |
|---|---|---|

| Address: | City | State: |
|---|---|---|

| Zip Code: | Email Address: |
|---|---|

| | Animal Identification<br>*(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code |
|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | LLWO260000L10600000.HG0000 |
| #2 | | $ | | $ | | LLWO260000L10600000.HG0000 |
| #3 | | $ | | $ | | LLWO260000L10600000.HG0000 |
| #4 | | $ | | $ | | LLWO260000L10600000.HG0000 |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____   I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program.

Initial: _____   I have read and understand the terms of adoption and prohibited acts.

Initial: _____   I understand that I can ONLY adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____   I understand that I am responsible to complete and submit both the incentive copy of this agreement and the title application 4710-18) to receive the $500 incentive per adopted animal. (second payment)

Initial: _____   In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct mandatory compliance inspections on adopted animals participating in the incentive program.

Initial: _____   I hereby authorize electronic funds transfers to my account at the financial institution listed above.

Initial: _____   I agree to notify BLM of any changes regarding my banking information until my adopted animal(s) are titled.

Initial: _____   Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Initial: _____   I certify that I am not a BLM employee, immediate family member of a BLM employee, BLM contractor or cooperator.

Initial: _____   The BLM will use this information to process your agreement for private maintenance and care of wild horses or burros. BLM will use your driver's license and social security number for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

Initial: _____   I understand I will lose my eligibility to participate in the BLM adoption incentive program in the future if I return two or more animals within a year.

Adopter Signature: _____   BLM authorized officer: _____

Remarks:

*(Continued on Page 2)*

BLM_002434        *(Form 4710-25)*

| | |
|---|---|
| **From:** | Velasquez, Esther L |
| **To:** | Waddell, Holle |
| **Cc:** | Grenfell, Jacquelyn M; Deborah Hamm; McConnell, Alan R |
| **Subject:** | Follow-up item |
| **Date:** | Tuesday, July 3, 2018 2:53:32 PM |
| **Importance:** | High |

Holle,

I will be out of the office Thursday, 07/05/2018 but I wanted to provide you with my suggestion on the billing/collection process (blue):

I understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as the eligibility to participate in the BLM adoption incentive program. I further understand that in the event of any of the above actions results in a financial liability, the BLM will purse collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).

31 U.S.C 7701 applies to the Tax Identification number.

*The BLM will use this information to process your agreement for private maintenance and care of wild horses or burros. BLM will use your driver's license and social security number for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701).*

Jacquelyn is out of the office today but I'm copying her on this email for additional comments/suggestions.

Thank you,

Esther L Velasquez
Acting Chief of Financial Services
BLM National Operations Center – OC610
Phone: 303-236-6332
Fax: 303-236-0685
Email: evelasqu@blm.gov

*Confidentiality Notice: This electronic communications is intended only for the use of the individual(s) or entity(ies) to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute, delete the original message, and notify the sender.*

| | |
|---|---|
| **From:** | Hamm, Deborah |
| **To:** | Waddell, Holle |
| **Subject:** | Fwd: Wild Horse and Burro Incentive program |
| **Date:** | Thursday, July 5, 2018 8:05:35 AM |
| **Attachments:** | SF1034.pdf |
| **Importance:** | High |

Attached is the form.

---------- Forwarded message ----------

From: **Willie Williams** <wwilliams@blm.gov>

Date: Thu, Jul 5, 2018 at 5:20 AM

Subject: Wild Horse and Burro Incentive program

To: Deborah Hamm <dhamm@blm.gov>


DeDe,

I met with the certifying officers on Tuesday and here are some of the things that we discussed concerning the payments.

1. In addition to the Incentive Agreement paperwork we also need a payment voucher to make the payment, like an SF 1034

2. Will there be an IM or IB for this program?

3. Can we add the Adopter's last four of the SSAN to the form? The SSAN is what we use to identify the person in FBMS and this will help us prevent duplicate payments.

Willie Williams

Charge Card Bureau Lead / A/OPC

Financial Analyst

Accounts Payable

303-236-2636

FAX 303-236-0685



--
Deborah (DeDe) Hamm
Branch Chief, Accounting Operations
BLM, National Operations Center OC-620
Phone: 303-236-1614
Fax: 303-236-7124
Email: dhamm@blm.gov

| **From:** | Grenfell, Jacquelyn M |
| **To:** | Waddell, Hollie |
| **Cc:** | Velasquez, Esther L; Deborah Hamm; McConnell, Alan R |
| **Subject:** | Re: Follow-up item |
| **Date:** | Thursday, July 5, 2018 11:14:53 AM |
| **Importance:** | High |

Hi All,
I agree with Esther's edits.

Jacquelyn Grenfell
Accounts Receivable Section Chief
Phone: 303-236-6588
Fax: 303-236-0685
Email: jgrenfel@blm.gov

On Tue, Jul 3, 2018 at 2:08 PM, Waddell, Hollie <hwaddell@blm.gov> wrote:
Thank you Esther. I just sent the agreement out however will incorporate your edits and add the updated agreement to the calendar invite.

Thank you,

Hollie Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a CHOICE. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." – Cheryl Wood

On Tue, Jul 3, 2018 at 2:53 PM, Velasquez, Esther <evelasqu@blm.gov> wrote:
Hollie,
I will be out of the office Thursday, 07/05/2018 but I wanted to provide you with my suggestion on the billing/collection process (blue):

I understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as the eligibility to participate in the BLM adoption incentive program. I further understand that in the event of any of the above actions results in a financial liability, the BLM will purse collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).

31 U.S.C 7701 applies to the Tax Identification number.

The BLM will use this information to process your agreement for private maintenance and care of wild horses or burros. BLM will use your driver's license and social security number for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701).

BLM_002437

Jacquelyn is out of the office today but I'm copying her on this email for additional comments/suggestions.

Thank you,

Esther L Velasquez
Acting Chief of Financial Services
BLM National Operations Center – OC610
Phone: 303-236-6332
Fax: 303-236-0685
Email: evelasqu@blm.gov

*Confidentiality Notice: This electronic communications is intended only for the use of the individual(s) or entity(ies) to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute, delete the original message, and notify the sender.*

| | |
|---|---|
| **From:** | Collins, Deborah |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Adoption Incentive Program - Due date today or Tuesday? Thx. MHF? |
| **Date:** | Monday, July 9, 2018 12:09:26 PM |
| **Importance:** | High |

**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

On Mon, Jul 9, 2018 at 11:59 AM, Waddell, Holle <hwaddell@blm.gov> wrote:
> Oh yes, it was confusing I thought you were asking about the MHF summary sheets.
>
> 1. Adoption Incentive Comms stuff...Let's have it ready for Thursday's PCPT meeting. I am getting on the calendar in a few minutes.
> 2. Yes, I will forward the MHF briefing information however it is in PDF. I will look for the word version but no promises.
>
> Thank you,
>
> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │
>
> Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> On Mon, Jul 9, 2018 at 11:54 AM, Collins, Deborah <dacollin@blm.gov> wrote:
>> I am not sure you read my message correctly or I probably miscommunicated it in my attempt to combine topics.
>>
>> 1. What day do you need the Adoption Incentive Plan? Is it this week?
>> 2. Can you please send me the stuff you have updated for MHF so I can begin the Summary Sheets. Thanks!
>>
>> Thanks!
>>
>> **Debbie Collins/WHB Outreach Specialist**

**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

On Mon, Jul 9, 2018 at 10:48 AM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Yes, sooner than later. I'd like to have Kristin sign the summary sheets as soon as we get a thumbs up.
>
>
> Thank you,
>
> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │
>
> Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 

On Mon, Jul 9, 2018 at 9:54 AM, Collins, Deborah <dacollin@blm.gov> wrote:

> Got it. My computer is being shipped back to OK today so I am working from Jahlin's computer again today.
>
> For planning purposes, please let me know if you want the plan today or tomorrow. Thank you.
>
>
> Also, I have not found an email about an amount for the MHF paperwork. Is it still due this week? Thank you.
>
> **Debbie Collins/WHB Outreach Specialist**
> **Bureau of Land Management - Washington Office/Off-Range Branch**
> **201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
> **405-579-1861/918-625-5292/dacollin@blm.gov**

On Fri, Jul 6, 2018 at 4:19 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Debbie - As previously discussed, we will need the communications/outreach plan for the adoption incentive program. I'm sure as a member of the team you have begun development/ideas for FAQs, talking points, news/press release, communications plan basically all outreach needed.
>
> Attached are the documents, of course in draft form but will assist you along the way...let me know what additional things you need. As significant changes are made to the documents, you will be informed.
>
> Thank you,
>
> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood

| From: | Roberson, Peter (PJ) L |
|---|---|
| To: | Waddell, Holle |
| Subject: | Re: Adoption Incentive Agreement (DRAFT) |
| Date: | Tuesday, July 10, 2018 4:24:20 PM |
| Attachments: | Adoption Incentive Agreement 7.10.2018.pdf |
| Importance: | High |

Holle'

Attached is the revised file

Thanks

On Tue, Jul 10, 2018 at 3:38 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> PJ - Attached is the incentive agreement with edits from today's conversation. Please fix the formatting, add initial box, create some additional space if available, add the 2nd page and convert to pdf. Please schedule 15-30 min with me tomorrow to conduct a final review.
>
> Thank you,
>
> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>
> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 

--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | Middle Name: | Last Name: |
|---|---|---|

| Address: | City | State: |
|---|---|---|

| Zip Code: | Email Address: |
|---|---|

| | Animal Identification (*Freezemark/Signalment Key*) | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____    I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____    I have read and understand the terms of adoption and prohibited acts.

Initial: _____    I understand that I can ONLY adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____    I understand that I am responsible to submit required documentation i.e., adoption incentive agreement (4710-25) and title applications (4710-18) to receive $500 (first payment) and $500 (second payment) per adopted animal within 60 days of adoption and title dates.

Initial: _____    In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct mandatory compliance inspections on adopted animals participating in the incentive program.

Initial: _____    I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____    Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Initial: _____    I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____    I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Adopter Signature: _____    BLM authorized officer: _____

Remarks:

_____

*(Continued on Page 2)*

BLM_002443    *(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(d) Adopters are financially responsible for providing proper care;

(e) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(f) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(g) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(h) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(i) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(j) Adopters must dispose of remains in accordance with applicable sanitation laws;

(a) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(b) Adoption fees are non-refundable; and

(c) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS and INELIGIBLE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12-month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12-month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to retain their copy of the BLM Adoption Incentive Agreement provided at the time of adoption as it must accompany the completed title application when submitting for the certificate of title to receive the 2nd incentive payment in the amount of $500.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

## NOTICES

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses and burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

| | |
|---|---|
| **From:** | Kane, Albert J - APHIS |
| **To:** | Waddell, Holle |
| **Subject:** | RE: [EXTERNAL] question re compliance |
| **Date:** | Tuesday, July 10, 2018 6:38:17 PM |
| **Importance:** | High |

Sorry … I know crazy busy back there …
I know the incentive thing is still being worked out … What I need to know is in general will there still
be a mandatory compliance program in the future? random list, mandatory for over 4 at a facility,
mandatory response to complaints etc.
Thanks
--------------------------------------
Albert Kane, DVM, MPVM, PhD (epi)
Advisor, APHIS/BLM WH&B Partnership
USDA APHIS Veterinary Services
2150 Centre Ave, Bldg B, MS 2E6
Ft Collins, CO 80526-8117
PH O: (970) 494-7234 Gov C: (970) 219-2409


**From:** Waddell, Holle [mailto:hwaddell@blm.gov]
**Sent:** Tuesday, July 10, 2018 3:47 PM
**To:** Kane, Albert J - APHIS <Albert.J.Kane@aphis.usda.gov>
**Subject:** Re: [EXTERNAL] question re compliance

Hi Al! I had a missed call from you...so you have the right number.
I will call you shortly. Wrapping up this call.


Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) |
hwaddell@blm.gov


"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each
day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all
blessings you have. When you shift your thoughts, your actions will follow suit and you will
begin to create the reality you desire." - Cheryl Wood

On Tue, Jul 10, 2018 at 3:58 PM, Kane, Albert J - APHIS <Albert.J.Kane@aphis.usda.gov>
wrote:

> Could you please give me a call at your earliest convenience?
> For my AVMA talk this weekend I need to know if there are changes coming for the
> compliance program …
> I also need to double check your cell number …
> Thanks

--------------------------------------
Albert Kane, DVM, MPVM, PhD (epi)
Advisor, APHIS/BLM WH&B Partnership
USDA APHIS Veterinary Services
2150 Centre Ave, Bldg B, MS 2E6
Ft Collins, CO 80526-8117
PH O: (970) 494-7234 Gov C: (970) 219-2409

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

BLM_002446

| | |
|---|---|
| **From:** | Kane, Albert J - APHIS |
| **To:** | Waddell, Holle |
| **Subject:** | RE: [EXTERNAL] question re compliance |
| **Date:** | Wednesday, July 11, 2018 11:14:24 AM |
| **Importance:** | High |

Got it thanks !

-------------------------------------
Albert Kane, DVM, MPVM, PhD (epi)
Advisor, APHIS/BLM WH&B Partnership
USDA APHIS Veterinary Services
2150 Centre Ave, Bldg B, MS 2E6
Ft Collins, CO 80526-8117
PH O: (970) 494-7234 Gov C: (970) 219-2409

**From:** Waddell, Holle [mailto:hwaddell@blm.gov]
**Sent:** Wednesday, July 11, 2018 9:49 AM
**To:** Kane, Albert J - APHIS <Albert.J.Kane@aphis.usda.gov>
**Subject:** Re: [EXTERNAL] question re compliance

Hi Al! Sorry about the delayed response. Short answer is yes, mandatory and random compliance lists will continue. The challenges have been a reduction in funding for compliance to try and re-prioritize funds however the program is working on a resolution. I will give you a call after the state lead call.


Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) |
hwaddell@blm.gov


"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Tue, Jul 10, 2018 at 6:38 PM, Kane, Albert J - APHIS <Albert.J.Kane@aphis.usda.gov> wrote:

> Sorry ... I know crazy busy back there ...
> I know the incentive thing is still being worked out ... What I need to know is in general will there still be a mandatory compliance program in the future? random list, mandatory for over 4 at a facility, mandatory response to complaints etc.
> Thanks
> -------------------------------------
> Albert Kane, DVM, MPVM, PhD (epi)

BLM_002447

Advisor, APHIS/BLM WH&B Partnership
USDA APHIS Veterinary Services
2150 Centre Ave, Bldg B, MS 2E6
Ft Collins, CO 80526-8117
PH O: (970) 494-7234 Gov C: (970) 219-2409

**From:** Waddell, Holle [mailto:hwaddell@blm.gov]
**Sent:** Tuesday, July 10, 2018 3:47 PM
**To:** Kane, Albert J - APHIS <Albert.J.Kane@aphis.usda.gov>
**Subject:** Re: [EXTERNAL] question re compliance

Hi Al! I had a missed call from you...so you have the right number.
I will call you shortly. Wrapping up this call.


Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) |
hwaddell@blm.gov


"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**.
Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude
for all blessings you have. When you shift your thoughts, your actions will follow suit and
you will begin to create the reality you desire." - Cheryl Wood



On Tue, Jul 10, 2018 at 3:58 PM, Kane, Albert J - APHIS <Albert.J.Kane@aphis.usda.gov>
wrote:

> Could you please give me a call at your earliest convenience?
> For my AVMA talk this weekend I need to know if there are changes coming for the
> compliance program …
> I also need to double check your cell number …
> Thanks
> -------------------------------------
> Albert Kane, DVM, MPVM, PhD (epi)
> Advisor, APHIS/BLM WH&B Partnership
> USDA APHIS Veterinary Services
> 2150 Centre Ave, Bldg B, MS 2E6
> Ft Collins, CO 80526-8117
> PH O: (970) 494-7234 Gov C: (970) 219-2409
>
>
>
> This electronic message contains information generated by the USDA solely for the
> intended recipients. Any unauthorized interception of this message or the use or

disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

BLM_002449

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | AIP Agreement |
| **Date:** | Wednesday, July 11, 2018 1:38:46 PM |
| **Attachments:** | Adoption Incentive Agreement 7.11.2018.docx |

File is attached

--

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A CONTRACT, RETAIN WITH OTHER LEGAL RECORDS.

| Adopter's First Name: | | Middle Name: | | Last Name: | |
|---|---|---|---|---|---|
| Address: | | City | | State: | |
| Zip Code: | | Email Address: | | | |

| | Animal Identification _(Freezemark/Signalment Key)_ | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ _BLM USE ONLY_ |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

_Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement._

Initial: _____    I have read and understand the terms of adoption and prohibited acts.

Initial: _____    I understand that I can ONLY adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____    In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct mandatory compliance inspections on adopted animals participating in the incentive program.

Initial: _____    I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial: _____    I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____    I understand that I am responsible to submit required documentation i.e., adoption incentive agreement (4710-25) and title applications (4710-18) to receive $500 (first payment) and $500 (second payment) per adopted animal within 60 days of adoption and title dates.

Initial: _____    I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____    I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____    Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____    BLM authorized officer: _____

Remarks:

_(Continued on Page 2)_

BLM_002451    _(Form 4710-25)_

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not   more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(d) Adopters are financially responsible for providing proper care;

(e) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(f) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(g) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(h) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(i) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(j) Adopters must dispose of remains in accordance with  applicable sanitation laws;

(a) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(b) Adoption fees are non-refundable; and

(c) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition.  All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS and INELIGIBILE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to retain their copy of the BLM Adoption Incentive Agreement provided at the time of adoption as it must accompany the completed title application when submitting for the certificate of title to receive the 2nd incentive payment in the amount of $500.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:**  16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:**  The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION:   Submission of the requested information is necessary to obtain or retain a benefit.  Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

| | |
|---|---|
| **From:** | Kali Sublet |
| **To:** | Waddell, Holle; Collins, Deborah A |
| **Subject:** | [EXTERNAL] Adoption Incentive Program |
| **Date:** | Wednesday, July 11, 2018 3:15:11 PM |
| **Importance:** | High |

Can either of you give me an update on the progress/launch of this program. We are beginning to get questions from trainers and the public. Thanks!

Thank you,

Kali Sublett
Executive Director



Creators and exclusive producers of the most talked about equine competition in America, the Extreme Mustang Makeover! Interested in adopting a gentled Mustang? Attend one of our events or call us about contacting a Trainer Incentive Program participant in your area. For more information, tickets and event schedules, go to www.extrememustangmakeover.com.

Follow us:

BLM_002453

| | |
|---|---|
| **From:** | Williams, Willie C |
| **To:** | Waddell, Holle |
| **Cc:** | Smith, Linda H; Allen, Wayne S; Velasquez, Esther L; Deborah Hamm; Grimstvedt, Gary G; Roberson, Peter (PJ) L; McConnell, Alan R; Rittenhouse, Bruce H; Becker, Christina A; Reiland, Michael J |
| **Subject:** | Re: Adoption Incentive Agreement |
| **Date:** | Thursday, July 12, 2018 1:43:36 PM |
| **Attachments:** | WHB Checklist for Adoption Incentive Payment.docx |
| **Importance:** | High |

Hello All,

Attached is the checklist that we developed here. Please let me know if I need to make any changes to the checklist.

Thank you,

Willie Williams

Charge Card Bureau Lead / A/OPC

Financial Analyst

Accounts Payable

303-236-2636

FAX 303-236-0685

On Mon, Jul 9, 2018 at 1:46 PM Waddell, Holle <hwaddell@blm.gov> wrote:

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



To speed up the processing and payment of the Adoption Incentive Payments please follow the instructions below.

Make sure all of the required paperwork is completed and included with the payment packet. The paper work includes:

A.  Initial Payment
1.  Wild Horse and Burro Incentive Agreement
- Signed and dated by recipient
- Signed and dated by an authorized BLM Official
- Must be filled out completely
- Be sure to include which payment will be made (1st or 2nd Incentive Payment)
- Contact information must be complete and legible.  This is the only we can contact the recipient if there is a problem with the payment.
2.  SF 3881 ACH Vendor/Miscellaneous Payment Enrollment Form
- Signed and dated by Recipient
- Must be filled out completely
- Banking information must be included.  We are only able to send the payment(s) via EFT
- Social Security number must be included
B.  Second Payment
1.  Please include the two forms that were submitted for the first payment.
a.  Wild Horse and Burro Incentive Agreement
b.  SF 3881 ACH Vendor/Miscellaneous Payment Enrollment Form
2.  Also include any documentation that shows the adoptee has met the requirements of the adoption agreement.

Once all the paperwork is gathered please either mail the paperwork to the address below or fax this information to the fax number below.

The recipient should expect payment within 30 days of the NOC receiving the payment.  If there are any questions please have them contact the NOC via e-mail (blm_oc_accounts_payable@blm.gov).

**National Operations Center (NOC) Contact Information:**
BLM National Operations Center
Accounts Payable Fire Team Building 50
Denver Federal Center, PO Box 25047
Denver, CO  80225-0047
Fax Number: 303-236-2531

BLM_002455

| | |
|---|---|
| **From:** | Williams, Willie C |
| **To:** | Waddell, Holle |
| **Cc:** | Smith, Linda H; Allen, Wayne S; Velasquez, Esther L; Deborah Hamm; Grimstvedt, Gary G; Roberson, Peter (PJ) L; McConnell, Alan R; Rittenhouse, Bruce H; Becker, Christina A; Reiland, Michael J |
| **Subject:** | Re: Adoption Incentive Agreement |
| **Date:** | Thursday, July 12, 2018 1:54:44 PM |
| **Importance:** | High |

Yes that is correct.

Willie Williams

Charge Card Bureau Lead / A/OPC

Financial Analyst

Accounts Payable

303-236-2636

FAX 303-236-0685


On Thu, Jul 12, 2018 at 12:50 PM Waddell, Holle <hwaddell@blm.gov> wrote:
> Thank you Willie. For clarification, is the SF 3881 the only form we will use?
> Besides the incentive agreement...
>
> Thank you,
>
> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>
> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> ❓
>
> On Thu, Jul 12, 2018 at 1:43 PM, Willie Williams <wwilliams@blm.gov> wrote:
>> Hello All,
>>
>> Attached is the checklist that we developed here. Please let me know if I need to make any changes to the checklist.
>>
>> Thank you,
>>
>> Willie Williams
>>
>> Charge Card Bureau Lead / A/OPC
>>
>> Financial Analyst

Accounts Payable

303-236-2636

FAX 303-236-0685


On Mon, Jul 9, 2018 at 1:46 PM Waddell, Holle <hwaddell@blm.gov> wrote:

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



| | |
|---|---|
| **From:** | Bail, Kristin M |
| **To:** | Waddell, Holle |
| **Subject:** | Re: WO 260 Meetings and "To Do"s": Week of July 16, 2018 |
| **Date:** | Friday, July 13, 2018 9:50:40 PM |
| **Importance:** | High |

Thank you, Holle' - it was great having you here this week. Appreciate you helping out with all of the questions that came up. Have a good weekend. -K

Sent from my iPhone

On Jul 13, 2018, at 3:31 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Kristin/Steve - The following are highlights regarding WHB meetings and tasks:
>
> - Continue coordinating with team regarding CX development/verification and finaling document through early part of next week
> - MHF Director briefing request
> - Advisory board review panel meeting regarding nominations
> - International program meeting w/Stan Brock and program discussion regarding frequent updates and content
> - Finalize adoption incentive program; division chief briefing Thursday/Friday; AD/DAD briefing request; Director briefing request
>
> Thank you,
>
> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │
>
> Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 

| From: | Bruce Rittenhouse |
|---|---|
| To: | Alan Shepherd |
| Subject: | Fwd: UPDATE from Acting Division Chief... |
| Date: | Monday, July 16, 2018 10:25:04 AM |
| Attachments: | Acting Division Chief Update 2018.07.10_2018.07.13.docx |

---------- Forwarded message ---------
From: **Waddell, Holle** <hwaddell@blm.gov>
Date: Fri, Jul 13, 2018 at 8:04 PM
Subject: UPDATE from Acting Division Chief...
To: Bruce Rittenhouse <brittenh@blm.gov>

Bruce - Here is a quick look at activities/communications this week in DC. Fo the most part it was a quiet week. We can go through the list Monday...I left a copy on your desk.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood


--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC  20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

*Thursday, August 26, 2021*

ACCOMPLISHMENTS, STATUS UPDATE and TO DO'S: 07/09/18 – 07/13/18

- Updated Concur to allow Alan and I to back each other up

- Responded to Casey Hammond questions

- Nevada Issues – Horses sucking mud in Fish Creek HMA, potential water hauling request to be submitted; Wildfire in Owyhee nearly 500K acres involving 2/3 of the 5 HMAs

- Need to review delegation of authorities for WHB operations for WO employees to conduct…has AD delegated authority to adopt? sale? etc? Draft a memo to AD or Director requesting authorities to be delegated (identify any issues/concerns)

- PCMB meeting…additional funds and new IRM advisor to engage

- Complete another round of House S&I questions/responses w/attachments and sent to 200

- PORP solicitation closed 07/10/18, tentatively we have received seven proposals…CO is working on preparing packages for TPEC review and evaluation

- AD 200 Leadership Meeting – All-star MLB game may cause disruption…#1 priority is continuity of operations, telework Friday, Monday and Tuesday may be offered to staff and shuttle service stopped and will resume 07/18/18; HR issues, no resolution; Continue CX so Group 1 may be sent to CEQ ASAP; FY 2020 DOI request pass-back expected 07/26/18; ASLM report edits should be made weekly by COB Thursday (*link on DC sharepoint*)

- Congressional office (Representative Mark Wayne Mullin) contacted legislative affairs re: Mowdy Ranch requesting a meeting w/ Brian and WHB Division Chief, they will not be involved and communicated back to Mowdy to reach out to the program for a meeting

- Meeting w/directives – Need to discuss adoption handbook revision (who and timeframe); briefings to 100 re: host of IMs coming forward for the remainder of the year; improve tracking spreadsheet internally (does 200 maintain a record of priority list); removed attachment 2 (adoption/sales application not approved for use) of sales IM, discussed change 1; NEW DTS route 200 business→260→200→870→100→260→870

- Transfer Program – Meeting w/Cynthia Moses-Nedd re: outreach efforts (press release, letter, postcard?) and coordination w/BLM and DOI; followed up w/Jeff Krauss and Bev Winston sharing transfer IM and authority language…weekly meetings to follow.

- HR Meeting w/Iris – Discussed vice Bohl, Iris is working on recruitment every other week and may have an update/draft vacancy announcement 07/19/18 or the week of 07/30/18; vice Bybee, needs a GS 12 PD developed if hiring a 12/13 or fill at GS 13 only, move forward working w/Marilyn to develop a GS 12 PD; PVC Maintenance Worker, needs a recruitment package which includes relocation form/pre-recruitment form/PD/crediting plan

BLM_002460

*Thursday, August 26, 2021*

- Secretary met w/Equicenter (MOU) and is considering a Veteran's Day event in NY at the Equicenter, Jeff attended meeting and more to come

- Weekly Scheduling Call (CANCELLED) – An email with program priorities and important meetings/meeting requests sent to Steve and Kristin (cc to you and Thomas)

- DC/DDC/BC Meeting – LUP Handbook revision continues due 09/30/18; internal review will take place 07/23/18 – 07/27/18 (ONLY 5 days for review); Appendix C edits are by Serena Sweets (?); Need to prepare briefing requests for IMs contact Stephanie Miller (100 advisor)

- WHB Improvements Meeting – Jeff Krauss held a meeting to discuss a news release with "good news" information such as a launch of adoption incentive program and transfer program, includes communications plan "Continue to Strengthen"…title is a work in progress

- ASLM questions re: WHB advisory board – Coordinated with Dorothea and Margaret (even called Dean lol) submitted responses for Steve's review

- Briefing w/Rich Cardinale – Submitted MHF information as well as Fish Creek HMA water hauling request, it was asked and suggested about the ability to identify and track water hauling actions/needs (we can discuss further Monday); received decision on water hauling request, Rich stated to submit another briefing request for MHF decision with Brian; provided an update on the adoption incentive program, submit draft IM to DC/DAD/AD for approval by 07/20/18

- Coordinated responses w/Amber Cargile for Huffington post article re: Guyana pilot program and misinformation from Stan Brock

BLM_002461

| | |
|---|---|
| **From:** | Bruce Rittenhouse |
| **To:** | Steve Tryon |
| **Subject:** | Wild Horse and Burro Activities Update |
| **Date:** | Monday, July 16, 2018 6:41:31 PM |

Steve

Here is the information you requested:

## Gather Updates (ongoing and recently completed):

**Bullfrog (NV):** Bait-trap gather operations began on July 11. As of July 13, 43 wild burros have been gathered and removed. The goal is to gather up to 300 wild burros to address private property and public safety concerns. The appropriate management level for Bullfrog HMA is 55-91 burros; the estimated population as of March 1 was 672 − 738% of AML.

**Pancake (NV): Bait-trap** gather operations began on July 9 but were suspended due to heavy rains. AS of July 13, 20 wild horses have been gathered and removed. The purpose of the gather is remove up to 250 wild horses that have exhausted the available water resources. The appropriate management level for Pancake HMA is 240-493 horses; the estimated population as of March 1 was 2,160 − 438% of AML.

**Piute Mountain HA (CA):** Bait-trap gather operations continue. As of July 11, 31 wild burros have been gathered and removed. The goal is to gather up to 60 wild burros that have habituated within the herd area but lack water. The removal target is in response to limited resources and the removal numbers are replacing approved removal numbers for Chemehuevi HMA.

**Range Creek (UT):** Bait-trap gather operations continue. As of July 10, 91 wild horses have been gathered and removed. The goal is to gather up to 100 wild horses that are damaging private lands. The appropriate management level for Range Creek HMA is 75-125 horses; the estimated population as of March 1 was 313 − 250% of AML.

**Harquahala HA (Aguila) (AZ):** Gather operations have concluded due to rain. In total, 142 wild burros were gathered and removed. The purpose of the gather was to remove all remaining burros in the area due to private property issues and lack of water.

**Lake Pleasant (AZ):** Gather operations completed on July 11. In total, 48 wild burros were gathered and released. The goal was to gather wild burros as part of a research project to collar some burros and track movement in the area in order to improve management efforts.

**Outside Goshute (Ferguson Spring) (NV):** Gather operations began on July 2 and concluded on July 12. In total, 135 wild horses were gathered and removed. The goal was to gather wild horses from an area with very limited water resources and where the wild horses have been found drinking water on private property.

**Upcoming Gathers -** The BLM is planning an aggressive gather year where over 10,000 animals will be gathered and removed from the range. Upcoming gathers of note include the Red Desert Complex in WY where 2670 horses are proposed to be gathered (1/4 of yearly total). Several smaller gathers are being proposed in UT, MT, CO. It is expected that states will ask for additional emergency gathers to address deteriorating resource conditions. An October gather in Oregon is proposing a research project to test the efficacy of spaying mares and studying their behavior on the range for two years. The EA is currently out and expected to be controversial and likely litigated.

**Supplemental Water Hauling -** due to extreme drought conditions in certain areas of the west the BLM has begun to haul water to animals to maintain their health. Water hauling is currently occurring in Nevada, Utah and Colorado.

**International Programs (Guyana)** - Little activity has recently occurred regarding shipping horses to Guyana.  The BLM has not put any agreements with Stan Brock.  The WHB program has scheduled a call for this coming Wednesday on status, next steps, etc. for this project.

**Adoption Incentive Program** - A final policy and attachments will be presented to the WHB Division Chief this week for review.  Briefings to the AD/DAD and director should occur in the next couple of weeks for approval to proceed.  Communications plan also being developed as well to help roll-out the program with expectations that the incentive program will be available for the public some time in August.

**House Survey and Investigation Team** - The WHB program provided WO-200 with answers to most of the questions the team asked BLM.  A few answers require some research to provide the team with answers.  All questions should be answered by the end of this week.

A**dministrative CX Substantiation** - The WHB is preparing 2 reports, one to substantiate gather/removals and fertility control and the second being on sterilization (spaying and neutering).  Fist drafts of these reports are expected to be submitted to WO210 and WO200 for review later this week.

--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC  20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Adoption Incentive Agreement |
| **Date:** | Wednesday, July 18, 2018 8:18:42 AM |
| **Importance:** | High |

Ok ill fix it

Thanks

On Wed, Jul 18, 2018 at 8:14 AM, Holle Waddell <hwaddell@blm.gov> wrote:
Good morning PJ! Ryan, the solicitor, just contacted me with the following bold text to add to the new bullet:

█████████████████████████████████████████████████████
████████████████████

Please add to the agreement. Let me know if you have questions as to where it should be added.

Sent from my iPhone

On Jul 17, 2018, at 5:11 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> PJ - Attached is the adoption incentive agreement with the solicitor's edits incorporated.
>
> Thank you,
>
> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>
> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 
>
> <DRAFT Adoption Incentive Agreement_2018.07.17.docx>

--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management** - **Wild Horse & Burro Program**
Office: (405) 579-1863

**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

BLM_002465

| From: | Sklar, Ryan M |
|---|---|
| To: | Waddell, Holle |
| Subject: | Re: Adoption Incentive Program Agreement for SOL Review and Edits |
| Date: | Wednesday, July 18, 2018 8:22:43 AM |
| Importance: | High |

Great, thanks!

On Wed, Jul 18, 2018 at 9:12 AM Holle Waddell <hwaddell@blm.gov> wrote:
Thanks Ryan. Not too late, I will make the edit.

Sent from my iPhone

On Jul 18, 2018, at 7:51 AM, Ryan Sklar <ryan.sklar@sol.doi.gov> wrote:

Hi Holle,

I was thinking a bit more about this last night, and if it's not too late, I'd consider making the following addition:



On Tue, Jul 17, 2018 at 4:41 PM Ryan Sklar <ryan.sklar@sol.doi.gov> wrote:

On Tue, Jul 17, 2018 at 4:30 PM Waddell, Holle <hwaddell@blm.gov> wrote:
Thanks for the review and feedback.

What do you think?

BLM_002466

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │
hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**.
Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for
all blessings you have. When you shift your thoughts, your actions will follow suit and you
will begin to create the reality you desire." - Cheryl Wood



On Tue, Jul 17, 2018 at 1:08 PM, Ryan Sklar <ryan.sklar@sol.doi.gov>
wrote:

Hi Holle,



I also ran the agreement by Brett Myrick in the Division of General Law.
He made the following suggestions:

Thanks, and let me know if you'd like to discuss.

Ryan

On Tue, Jul 17, 2018 at 1:30 PM Waddell, Holle <hwaddell@blm.gov>
wrote:

Hi Greg/Ryan - I understand IM is down...I wanted to follow-up
on the adoption incentive agreement sent for solicitor review. The
program plans to brief the Director next week. Feel free to
contact me with any questions.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management ⎪ 405.579.1860 (O) ⎪ 405.579.7102 (F) ⎪
hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Wed, Jul 11, 2018 at 1:58 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Greg/Ryan - Attached is the adoption incentive agreement adopters will complete at the time of adoption for your review and feedback. The agreement will be accompanied by required forms to process the initial incentive payment (forms are from the NOC and are OMB approved). Feel free to contact me with any questions. The program is continuing moving forward quickly to meet leaderships deadline to launch the adoption incentive as quickly as possible.
>
> Thank you,
>
> Holle' Waddell ⎪ Branch Chief ⎪ Division of Wild Horses and Burros ⎪
>
> Bureau of Land Management ⎪ 405.579.1860 (O) ⎪ 405.579.7102 (F) ⎪
> hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 

--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Kueck, Meredith A |
| **To:** | Johnson, Krystal F |
| **Cc:** | Waddell, Holle; Hardesty, Amanda; Jason.Osborne@mbshome.com |
| **Subject:** | Re: AIP-OLC |
| **Date:** | Wednesday, July 18, 2018 9:52:46 AM |

Hi Krystal,

Let's double check during testing, but I don't anticipate a problem with manually updating the incentive dropdown.

Meredith Kueck
Wild Horse & Burro Specialist
Bureau of Land Management
Desk (405) 579-7183
Cell (405) 312-8607

**WHBPS SHARE POINT SITE**

On Wed, Jul 18, 2018 at 9:14 AM Johnson, Krystal <kfjohnso@blm.gov> wrote:

Hi Holle and Meredith,

The developers have been working on the OLC to select the AIP dropdowns in WHBPS when we send the PMACAs over for the next event. We will begin testing tomorrow prior to sending the fixes and enhancements to production.

Meredith-if the AIP has not gone live by the end of that event can we manually go into WHBPS and update the PMACAs to correctly reflect the N*on-Incentive* animal under the new *Adopt Incent Prog* dropdown?

Thank you and have a good day!

--

~Krystal

Krystal Johnson

Wild Horse and Burro Specialist/State Program Lead
Eastern States Office
20 M Street, SE
Washington DC 20003

Office (202) 912-7741
Cell (202) 329-4728

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Ad Hoc Query |
| **Date:** | Wednesday, July 18, 2018 4:08:59 PM |
| **Importance:** | High |

Ok sounds good

On Wed, Jul 18, 2018 at 4:07 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> PJ - Let's create bar graph to include with the briefing paper I am developing for the adoption incentive program.
>
> Thank you,
>
> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>
> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 
>
> ---------- Forwarded message ----------
> From: **Meredith Kueck** <mkueck@blm.gov>
> Date: Wed, Jul 18, 2018 at 3:55 PM
> Subject: Re: Ad Hoc Query
> To: Holle Hooks <hwaddell@blm.gov>
>
>
> 8/15/15 - 9/30/15 : 202
> 8/15/16 - 9/30/16 : 231
> 8/15/17 - 9/30/17 : 291
>
> Meredith Kueck
> Wild Horse & Burro Specialist
> Bureau of Land Management
> Desk (405) 579-7183
> Cell (405) 312-8607
>
> **WHBPS SHARE POINT SITE**
>
>
> On Tue, Jul 17, 2018 at 4:51 PM Waddell, Holle <hwaddell@blm.gov> wrote:
>
> > Yes, that is correct.
> >
> > Thank you,
> >
> > Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

BLM_002471

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Mon, Jul 16, 2018 at 2:56 PM, Meredith Kueck <mkueck@blm.gov> wrote:

> Hi Holle',
>
> Just wanted to confirm the query you need me to run. You want the number of untrained animals adopted between Aug 15 and end of FY each year for the last 3 years, right?
>
> Meredith Kueck
> Wild Horse & Burro Specialist
> Bureau of Land Management
> Desk (405) 579-7183
> Cell (405) 312-8607
>
> **WHBPS SHARE POINT SITE**

--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have"* *-Atul Gawande*

BLM_002472

**From:** Deborah Collins
**To:** Waddell, Holle
**Subject:** Re: Adoption Incentive Program IM Language
**Date:** Wednesday, July 18, 2018 8:56:07 PM
**Importance:** High

This is good.

I had planned to call you and provide edits over the phone and I never got to do so after the other issue came up.   I even had a copy of the IM with me. Thx u.

Jason and I will be at office by 8. Meetings start at 8:30.

Sent from my iPhone

On Jul 18, 2018, at 6:20 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Debbie - Are you good with the following language for the adoption incentive program IM re:increases in adoptions? I did not see your edits in the document when I downloaded it today.
>
> *Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range; therefore, the feed and care of the excess animals continue to consume over 50% of the program's budget.*
>
> Thank you,
>
> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │
>
> Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
> 

BLM_002473

| From: | Johnson, Krystal F |
|---|---|
| To: | Waddell, Holle |
| Subject: | Re: REVIEW: Adoption Incentive Program (Due COB 07/20/18) |
| Date: | Friday, July 20, 2018 4:28:19 AM |
| Importance: | High |

Good morning! I scoped this out in my phone before heading to the Annville satellite event. I did not find any fatal flaws and I do not have any changes. Thank you for clearly outlining the process!

Have a good day!

Sent from my iPhone

On Jul 19, 2018, at 6:50 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Hello Team - Thank you again for all of your time and efforts in assisting with the development of the adoption incentive program. I have a division chief briefing Monday afternoon on the AIP and a follow-up briefing with 200 leadership depending on feedback from Bruce. Please review the draft IM and attachments for fatal flaws and inconsistencies. Please provide feedback to me by COB tomorrow Friday, July 20, 2018. Feel free to contact me with any questions or comments.
>
> FYI - There are a few formatting issues with the agreement that will be fixed...no worries. Ok, happy reviewing.
>
> Thank you,
>
> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │
>
> Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 
>
> <IM 2018 Attachment 1_Adoption Incentive Program Guidance_DRAFT.docx>
>
> <IM 2018-XXX, Guidance for the Adoption Incentive Program_DRAFT.docx>
>
> <SF3881-03 ACH Form for Payment (EXAMPLE).pdf>
>
> <SF3881-03_ACH Form for Payment (BLANK).pdf>
>
> <Ineligibility Letter (TEMPLATE).docx>
>
> <Ineligibility Letter (EXAMPLE).pdf>

&lt;Adoption Incentive Agreement (BLANK).pdf&gt;

&lt;Adoption Incentive Agreement (EXAMPLE).pdf&gt;

BLM_002475

| | |
|---|---|
| **From:** | Tiel-Nelson, Heather J |
| **To:** | Waddell, Holle |
| **Subject:** | Re: REVIEW: Adoption Incentive Program (Due COB 07/20/18) |
| **Date:** | Friday, July 20, 2018 5:28:04 PM |
| **Attachments:** | IM 2018-XXX, Guidance for the Adoption Incentive Program_DRAFT_htn.docx |
| | IM 2018 Attachment 1_Adoption Incentive Program Guidance_DRAFT_htn.docx |
| **Importance:** | High |

Hi Holle -- sorry for the late delivery and being so unavailable for all of the calls -- not going to lie, I sort of gave up getting on the calls as I had missed so many, and felt a little lost... goodness!

Hopefully my edits help make up for the under-involvement... ;)

.

On Thu, Jul 19, 2018 at 4:50 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

> Hello Team - Thank you again for all of your time and efforts in assisting with the development of the adoption incentive program. I have a division chief briefing Monday afternoon on the AIP and a follow-up briefing with 200 leadership depending on feedback from Bruce. Please review the draft IM and attachments for fatal flaws and inconsistencies. Please provide feedback to me by COB tomorrow Friday, July 20, 2018. Feel free to contact me with any questions or comments.
>
> **FYI -** There are a few formatting issues with the agreement that will be fixed...no worries. Ok, happy reviewing.
>
> Thank you,
>
> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>
> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 

--
Heather Tiel-Nelson
Public Affairs Specialist
Twin Falls District
2878 Addison Ave. East
Twin Falls, ID 83301
(208) 736-2352 w
(208) 308-3727 c

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2018-XXX
Expires: 09/30/2021

To:             All District and Field Officials

From:           Assistant Director, Resources and Planning

Subject:        Guidance for the Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:**   This Instruction Memorandum **(**IM**)** outlines policies and procedures concerning the
adoption incentive program for untrained wild horses and burros.  The intent of this IM is to
provide guidance relating to the administration of the adoption incentive program.

**Mission Related:** This IM is directly related to the BLM mission.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the
number of untrained excess wild horses and burros placed into private care through adoptions.
All untrained animals are eligible to participate in the AIP regardless of species, age, sex, color,
herd management area or the number of times the animal has been offered for adoption. AIP
offers a financial incentive in the amount of $500 within 60 days from the adoption date and an
additional $500 within 60 days from the title date, if completed within the initial year.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and
allow for remaining available funds to support critical on-range operations.

**Background:**  Since 1971 the BLM has continuously removed excess animals from the range
and made them available for adoption, placingmore than 235,000 animals into private care.
Placing animals into private care is a vital component of the WHB program. Although the
program has seen an increase in the number of animals placed into private care in recent years, it
does not equal the number of animals removed from the range; therefore, the feed and care of the
excess animals continue to consume over 50% of the program's budget. Increasing adoptions
reduce holding costs, a cost savings which allows funding to be diverted to other aspects of
managing wild horses and burros. The BLM has identified several options to increase the
number of animals placed into private care in a report to Congress, *"Management Options for a*

2

*Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff which all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

7 Attachments
> 1 – Adoption Incentive Program Procedures (5pp)
> 2 – Adoption Incentive Program Agreement 4710-25 (2pp)
> 3 – Adoption Incentive Ineligibility Letter (1pp)
> 4 – ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)
> 5 – EXAMPLE: Adoption Incentive Program Agreement 4710-25 (2pp)
> 6 – EXAMPLE: Adoption Incentive Ineligibility Letter (1pp)
> 7 – EXAMPLE: ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

# Guidance for the Adoption Incentive Program

The Adoption Incentive Program (AIP) was developed to increase the numbers of excess animals placed into private care through adoptions. This program will encourage new individuals/organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals by providing a financial incentive, $500 at the time of adoption and an additional $500 at time of title. This incentive money will help defray initial ownership costs, such as veterinary care, feed and training. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Costs savings may be utilized for other management operations.

## Incentive Guidelines

➢ This AIP is administered ONLY by BLM authorized personnel.

➢ AIP participants MUST have a bank account in order to electronically receive the two separate payment amounts..

➢ Adopters participating in AIP must adhere to the terms of adoption and prohibited acts provided at the time of adoption.

➢ The AIP applies ONLY to untrained animals that are adopted and will not apply to animals purchased through the sales program.

➢ All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to participate in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

➢ Adopters must meet adoption requirements, complete and sign an adoption application (Attachment 1: BLM #4710-10) and have it approved by BLM.

➢ Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

   o Adopters participating in the AIP must complete the Adoption Incentive Program Agreement (4710-25 Attachment 2) to receive the first incentive payment in the amount of $500. The payment will be received within 60 days of the adoption date.

   o Adopters are required to retain their copy of the Adoption Incentive Program Agreement (4710-25 Attachment 2) as it must accompany the completed title application when submitting for the certificate of title. This will ensure the second incentive payment in the amount of $500 within 60 days from the title date.

➢ The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

BLM_002479

➤ Each adopter participating in AIP may adopt up to four animals within a 12-month time period.

➤ BLM employees and other BLM approved individuals will conduct mandatory compliance inspections on adopted animals participating in the incentive program. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

➤ Any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Program Agreement (4710-25 Attachment 2) is no longer eligible to participate in the AIP.

   o BLM employees will issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

➤ Reassigned animals are not eligible for the incentive program.

➤ BLM employees, spouses or domestic partners of BLM employees, BLM contractors and BLM partners are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At time of adoption, BLM staff should ask the adopter if they are participating in AIP.

   NO – Adopter MUST complete and sign Adoption Incentive Program Agreement (4710-25 Attachment 2), forfeiting eligibility to participate in the AIP. This must be completed for each animal in addition to an approved adoption application, a Private Maintenance and Care Agreement (PMACA) and adoption fees paid;

   YES – Adopter must complete the Adoption Incentive Program Agreement (4710-25 Attachment 2) in addition to an approved adoption application, a PMACA and adoption fees paid.

**Step 2:** BLM staff will complete the adoption process and provide two copies of the Adoption Incentive Program Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff will complete data entry (indicating adopters and animals participating in AIP as identified in the Wild Horse and Burro Program System section on page 4, build official file and compete record.

   The BLM office of jurisdiction must maintain the signed PMACA), completed and signed adoption application and the completed and signed Adoption Incentive Program Agreement (4710-25 Attachment 2) for official Bureau records.

BLM_002480

**Step 4:** Incentive payments are issued via electronic funds transfer (EFT) only. Adopters are required to have a bank account (checking or savings) and provide the requested information at the time of adoption. To expedite processing and payments to adopters, all REQUIRED paperwork must be completed (according to the examples provided) and included with the payment packet submitted to the National Operations Center (NOC) within 10 days.

The following required paperwork *must be **COMPLETELY** filled out and submitted to the NOC:*
- 1st Payment
  - Adoption Incentive Program Agreement (4710-25 Attachment 2)
    - ☐ Signed and dated by adopter
    - ☐ Signed and dated by BLM authorized officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by adopter
    - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
  - Adoption Incentive Program Agreement (4710-25 Attachment 2)
    - ☐ Signed and dated by adopter
    - ☐ Signed and dated by BLM authorized officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by adopter
    - ☐ Banking information must be included. Incentive payments are via EFT.
    - ☐ Social Security information must be included to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

> National Operations Center (NOC) Contact Information:
> BLM National Operations Center
> Accounts Payable Fire Team Building 50
> Denver Federal Center, PO Box 25047
> Denver, CO 80225-0047
> Fax Number: 303-236-2531

The recipient should expect payment within 60 days, allowing additional processing time.
If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

BLM_002481

**Wild Horse and Burro Program System (WHBPS)**

- BLM Office of Jurisdiction will enter the PMACA and AIP information in WHBPS within 10 business days of the adoption date.  Animals participating in the AIP will be identified by selection of an "Incentive 500/500" option in the Adoption Incentive Program dropdown located on the Select Animals screen of the PMACA as seen below.



- BLM Office of Jurisdiction will enter completed compliance inspections within 10 business days of the inspection date.  The Inspection Reason for AIP animals will be entered as "AIP - Adoption Incentive Program."



- WHBPS creates a report containing adopter information, animal location and inspection date for animals requiring an inspection due to participation in the AIP.  The report is located in Reports/Compliance/Required Inspections for Incentive Animals.  Report filters are Admin State and inspection due date Fiscal Year.

BLM_002482





**2019 Required Inspections for Incentive Animals**

Admin State: California (CA930)

| FACILITY OWNER: | Test Facility | | (H): | | (W): | 555-555-5555 |
|---|---|---|---|---|---|---|
| Facility Address: | 1234 Fake Address | | | RIDGECREST | CA | 93555 |
| Adopter: | Doe, Janey | | (H): | 555-555-5555 | (W): | 555-555-5555 |
| Adopter Address: | 1234 Street Address | | | RIDGECREST | CA | 93555 |

| ANIMAL INFORMATION: | | | | |
|---|---|---|---|---|
| Freezmark | Signalment | Adoption Date | Inspection Date | Disposition |
| 07221733 | HF1AAAABG | 07/06/2018 | | Adopted |
| 09240049 | HG1AAAAEG | 07/06/2018 | | Adopted |
| 10240050 | HG1AAAABG | 07/06/2018 | | Adopted |
| 12860024 | HF1AAAABB | 07/06/2018 | | Adopted |

**Compliance Inspections**

State leads will coordinate mandatory compliance inspections of adopted animals participating in the AIP with field staff and volunteers.

BLM_002483

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Debbie"s language for Adoption Incentive Agreement |
| **Date:** | Monday, July 23, 2018 5:54:41 PM |

I understand that the adoption incentive program allows me to care for a maximum of four untitled animals at the same time and once an animal(s) is titled I may reapply to the program.

I understand that I can have a maximum of four untitled animals through the adoption incentive program; however, once an animal(s) is titled I am eligible to reapply for additional animals.


Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

***"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande***

BLM_002484

| | |
|---|---|
| **From:** | Shepherd, Alan B |
| **To:** | Waddell, Holle |
| **Cc:** | Rittenhouse, Bruce H; Reiland, Michael J |
| **Subject:** | Re: Briefing: Adoption Incentive Program |
| **Date:** | Monday, July 23, 2018 6:29:28 PM |
| **Importance:** | High |

I understand that I can maintain a maximum of four untitled animals through the adoption incentive program; however, as each enrolled animal is titled, I am again eligible to adopt additional animal(s) through the program.

Thanks,
Alan

Alan Shepherd
On-range Branch Chief (WO261)
National WH&B Program
1340 Financial Blvd
Reno, NV 89502

Office #: (775) 861-6611
Cell #: (775) 530-2784

email: ashepher@blm.gov
http://www.blm.gov/programs/wild-horse-and-burro

On Mon, Jul 23, 2018 at 4:18 PM, <hwaddell@blm.gov> wrote:

> Thank you all for your feedback today on the adoption incentive program. Please see the following verbiage to replace bullet #2 on the incentive agreement and vote on your favorite. Feel free to also submit original revisions. (There is a prize)
>
> I understand that the adoption incentive program allows me to care for a maximum of four untitled animals any one time and once an animal(s) is titled I may reapply to the program.
>
> I understand that I can have a maximum of four untitled animals through the adoption incentive program; however, once an animal(s) is titled I am eligible to reapply for additional animals.
>
> I understand that no more than four untitled animals can participate in the adoption incentive program at any one time.
>
> I understand that I may adopt a maximum of four animals participating in the adoption incentive program. I further understand that once title is received for my adopted animals, I am eligible to participate in the adoption incentive program.
>
> **Briefing: Adoption Incentive Program**
> Discuss adoption incentive program:
>
> - Fatal flaws
> - Implementation

- Leadership support
- Next Steps

| | |
|---|---|
| When | Mon Jul 23, 2018 2pm – 3pm Central Time - Chicago |
| Where | Conference Line - 877.973.6205; Passcode - 9821164# (map) |
| Video call | https://hangouts.google.com/hangouts/_/doi.gov/hwaddell |
| Who | • hwaddell@blm.gov - organizer |
| | • ashepher@blm.gov |
| | • mreiland@blm.gov |
| | • brittenh@blm.gov |
| Attachments | 4710-25 Adoption Incentive Agreement (EXAMPLE).pdf |
| | 4710-25 Adoption Incentive Agreement.pdf |
| | IM 2018 Attachment 1_Adoption Incentive Program Guidance_DRAFT.docx |
| | IM 2018-XXX, Guidance for the Adoption Incentive Program_DRAFT.docx |
| | Ineligibility Letter (EXAMPLE).pdf |
| | Ineligibility Letter (TEMPLATE).docx |
| | SF3881-03 ACH Form for Payment (EXAMPLE).pdf |
| | SF3881-03 ACH Form for Payment.pdf |

| | |
|---|---|
| **From:** | Reiland, Michael J |
| **To:** | Waddell, Holle |
| **Cc:** | Rittenhouse, Bruce H; Shepherd, Alan B |
| **Subject:** | Re: Briefing: Adoption Incentive Program |
| **Date:** | Tuesday, July 24, 2018 6:48:48 AM |
| **Importance:** | High |

Holle,

I think a combination of #2 and #3:

> I understand that I can maintain a maximum of four untitled animals within the adoption incentive program at any one time.

However, I'm good with Alan's as well.

Thanks,

Michael

On Mon, Jul 23, 2018 at 7:18 PM, <hwaddell@blm.gov> wrote:

> Thank you all for your feedback today on the adoption incentive program. Please see the following verbiage to replace bullet #2 on the incentive agreement and vote on your favorite. Feel free to also submit original revisions. (There is a prize)
>
> I understand that the adoption incentive program allows me to care for a maximum of four untitled animals any one time and once an animal(s) is titled I may reapply to the program.
>
> I understand that I can have a maximum of four untitled animals through the adoption incentive program; however, once an animal(s) is titled I am eligible to reapply for additional animals.
>
> I understand that no more than four untitled animals can participate in the adoption incentive program at any one time.
>
> I understand that I may adopt a maximum of four animals participating in the adoption incentive program. I further understand that once title is received for my adopted animals, I am eligible to participate in the adoption incentive program.

> ## Briefing: Adoption Incentive Program
>
> Discuss adoption incentive program:
>
> - Fatal flaws
> - Implementation
> - Leadership support
> - Next Steps
>
> When        Mon Jul 23, 2018 2pm – 3pm Central Time - Chicago

| Where | Conference Line - 877.973.6205; Passcode - 9821164# ([map](#)) |
|---|---|
| Video call | https://hangouts.google.com/hangouts/_/doi.gov/hwaddell |
| Who | • hwaddell@blm.gov - organizer |
| | • ashepher@blm.gov |
| | • mreiland@blm.gov |
| | • brittenh@blm.gov |
| Attachments | 4710-25 Adoption Incentive Agreement (EXAMPLE).pdf |
| | 4710-25 Adoption Incentive Agreement.pdf |
| | IM 2018 Attachment 1_Adoption Incentive Program Guidance_DRAFT.docx |
| | IM 2018-XXX, Guidance for the Adoption Incentive Program_DRAFT.docx |
| | Ineligibility Letter (EXAMPLE).pdf |
| | Ineligibility Letter (TEMPLATE).docx |
| | SF3881-03 ACH Form for Payment (EXAMPLE).pdf |
| | SF3881-03 ACH Form for Payment.pdf |

--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Waddell, Holle |
| **Cc:** | Shepherd, Alan B; Reiland, Michael J |
| **Subject:** | Re: Briefing: Adoption Incentive Program |
| **Date:** | Tuesday, July 24, 2018 6:59:34 AM |
| **Importance:** | High |

I like #2.

On Mon, Jul 23, 2018 at 7:18 PM <hwaddell@blm.gov> wrote:

> Thank you all for your feedback today on the adoption incentive program. Please see the following verbiage to replace bullet #2 on the incentive agreement and vote on your favorite. Feel free to also submit original revisions. (There is a prize)
>
> I understand that the adoption incentive program allows me to care for a maximum of four untitled animals any one time and once an animal(s) is titled I may reapply to the program.
>
> I understand that I can have a maximum of four untitled animals through the adoption incentive program; however, once an animal(s) is titled I am eligible to reapply for additional animals.
>
> I understand that no more than four untitled animals can participate in the adoption incentive program at any one time.
>
> I understand that I may adopt a maximum of four animals participating in the adoption incentive program. I further understand that once title is received for my adopted animals, I am eligible to participate in the adoption incentive program.

---

**Briefing: Adoption Incentive Program**

Discuss adoption incentive program:

- Fatal flaws
- Implementation
- Leadership support
- Next Steps

| | |
|---|---|
| When | Mon Jul 23, 2018 2pm – 3pm Central Time - Chicago |
| Where | Conference Line - 877.973.6205; Passcode - 9821164# (map) |
| Video call | https://hangouts.google.com/hangouts/_/doi.gov/hwaddell |
| Who | • hwaddell@blm.gov - organizer |
| | • ashepher@blm.gov |
| | • mreiland@blm.gov |
| | • brittenh@blm.gov |
| Attachments | 4710-25 Adoption Incentive Agreement (EXAMPLE).pdf |
| | 4710-25 Adoption Incentive Agreement.pdf |
| | IM 2018 Attachment 1_Adoption Incentive Program Guidance_DRAFT.docx |
| | IM 2018-XXX, Guidance for the Adoption Incentive Program_DRAFT.docx |

BLM_002489

Ineligibility Letter (EXAMPLE).pdf
Ineligibility Letter (TEMPLATE).docx
SF3881-03 ACH Form for Payment (EXAMPLE).pdf
SF3881-03 ACH Form for Payment.pdf

--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Adoption Incentive Agreement Bullet #2 Revision Options |
| **Date:** | Tuesday, July 24, 2018 10:14:32 AM |
| **Importance:** | High |

Ok Ill head up there

Thanks

On Tue, Jul 24, 2018 at 10:10 AM, Waddell, Holle <hwaddell@blm.gov> wrote:

PJ - Please print this email and the updated agreement to take upstairs to Crystal. Let me know when you are ready. Here are the options for Crystal's review...

1. I understand that I can maintain a maximum of four untitled animals through the adoption incentive program; however, as each enrolled animal is titled, I am again eligible to adopt additional animal(s) through the program.
2. I understand that I can maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, I become eligible to adopt additional animal(s) through the adoption incentive program.
3. I understand that I can maintain a maximum of four untitled animals within the adoption incentive program at any one time.
4. I understand that I can have a maximum of four untitled animals through the adoption incentive program; however, once an animal(s) is titled I am eligible to reapply for additional animals.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Waddell, Holle |
| **Cc:** | Shepherd, Alan B; Reiland, Michael J |
| **Subject:** | Re: The winning text for Bullet #2... |
| **Date:** | Tuesday, July 24, 2018 1:27:25 PM |
| **Importance:** | High |

I want my participation ribbon!

On Tue, Jul 24, 2018 at 1:11 PM Waddell, Holle <hwaddell@blm.gov> wrote:

I understand that I can maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, I become eligible to adopt additional animal(s) through the adoption incentive program.

Alan is technically the winner although I finessed it a bit and Michael also contributed...we are ALL winners!o!

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a CHOICE. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood

--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

**From:**          Waddell, Holle
**To:**            Bruce Rittenhouse
**Subject:**       Adoption Incentive Program
**Date:**          Tuesday, July 24, 2018 8:07:38 PM
**Attachments:**   4710-25 Adoption Incentive Agreement (EXAMPLE).pdf
                   4710-25 Adoption Incentive Agreement.pdf
                   IM 2018 Attachment 1 Adoption Incentive Program Guidance_DRAFT.docx
                   IM 2018-XXX_Guidance for the Adoption Incentive Program_DRAFT.docx
                   SF3881-03 ACH Form for Payment (EXAMPLE).pdf
                   SF3881-03 ACH Form for Payment.pdf

Bruce - Please see the adoption incentive program IM and attachments. I am still
awaiting solicitor review of the ineligibility letter per our discussion during Monday's
briefing.

Thank you,

Holle Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting
your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your
thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| First Name: Jane | Middle Name: B. | Last Name: Doe | Email: email@domain.com |
|---|---|---|---|

| Address: 1234 Anywhere Lane | City: Sun Valley | State: CA | Zip: 91352 |
|---|---|---|---|

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: 2018 BOC: 252Z |
|---|---|---|---|---|---|---|---|
| #1 | 12345678 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #2 | 23456789 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #3 | 87654321 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #4 | 98765432 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| | **(1st Payment Total)** | $2000 | | $2000 | **(2nd Payment Total)** | | |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

***Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.***

Initial: JD _____   I have read and understand the terms of adoption, prohibited acts, and title qualifications, incentive payments, and ineligible participants provided on page 2.

Initial: JD _____   I understand that I can maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, I become eligible to adopt additional animal(s) through the adoption incentive program.

Initial: JD _____   In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: JD _____   I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period under 43 CFR 4750.4-3, which states *"An adopter may request to terminate his/her responsibility for an adopted animal by submitting a written relinquishment of the Private Maintenance and Care Agreement for that animal…"*.

Initial: JD _____   I understand returning any animal(s) as stated above after receiving adoption incentive payments will result in a financial liability to the BLM.

Initial: JD _____   I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: JD _____   I understand that I am responsible to submit the Adoption Incentive Agreement (4710-25), ACH Form (SF-3881) and title application (4710-18) per adopted animal within 60 days of adoption and title dates to receive incentive payments.

Initial: JD _____   I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: JD _____   I Jane B. Doe _____ (Print Name) understand that failure to comply with the following terms (**compliance will be judged solely by the BLM**) may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions result in a financial liability to BLM, the BLM will pursue collection of a portion or all of the incentive payment(s) from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: JD _____   Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____   BLM authorized officer: _____

BLM_002494

*(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not   more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with  applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition.  All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be ebe applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are paid in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS, INCENTIVE PAYMENTS and INELIGIBILE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to submit the Adoption Incentive Agreement (4710-25), ACH Form (SF-3881) and title application (4710-18) per adopted animal within 60 days of adoption and title dates to receive incentive payments.

BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are not eligible to participate in the BLM adoption incentive program.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION:  Submission of the requested information is necessary to obtain or retain a benefit.  Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

(Form 4710-25, page 2)

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| First Name: | Middle Name: | Last Name: | | Email: | |
|---|---|---|---|---|---|
| Address: | | City: | | State: | Zip: |

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: BOC: 252Z |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| | **(1st Payment Total)** | | | **(2nd Payment Total)** | | | |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

***Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.***

Initial: _____   I have read and understand the terms of adoption, prohibited acts, and title qualifications, incentive payments, and ineligible participants provided on page 2.

Initial: _____   I understand that I can maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, I become eligible to adopt additional animal(s) through the adoption incentive program.

Initial: _____   In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____   I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period under 43 CFR 4750.4-3, which states *"An adopter may request to terminate his/her responsibility for an adopted animal by submitting a written relinquishment of the Private Maintenance and Care Agreement for that animal…".*

Initial: _____   I understand returning any animal(s) as stated above after receiving adoption incentive payments will result in a financial liability to the BLM.

Initial: _____   I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____   I understand that I am responsible to submit the Adoption Incentive Agreement (4710-25), ACH Form (SF-3881) and title application (4710-18) per adopted animal within 60 days of adoption and title dates to receive incentive payments.

Initial: _____   I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____   I _____ (Print Name) understand that failure to comply with the following terms (**compliance will be judged solely by the BLM**) may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions result in a financial liability to BLM, the BLM will pursue collection of a portion or all of the incentive payment(s) from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____   Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____   BLM authorized officer: _____

BLM_002496   *(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not   more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with  applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition.  All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be cbe applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are paid in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS, INCENTIVE PAYMENTS and INELIGIBILE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to submit the Adoption Incentive Agreement (4710-25), ACH Form (SF-3881) and title application (4710-18) per adopted animal within 60 days of adoption and title dates to receive incentive payments.

BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are not eligible to participate in the BLM adoption incentive program.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:**  The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION:  Submission of the requested information is necessary to obtain or retain a benefit.  Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

(Form 4710-25, page 2)

BLM_002497

## Guidance for the Adoption Incentive Program

The Adoption Incentive Program (AIP) was developed in an effort to increase the numbers of excess animals placed into private care through adoptions. This program will encourage new individuals/organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals by providing a financial incentive, $500 at the time of adoption and an additional $500 at time of title. This incentive money will help defray initial ownership costs, such as veterinary care, feed and training. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Costs savings may be utilized for other management operations.

### Incentive Guidelines

➢ This AIP is administered ONLY by BLM authorized personnel.

➢ AIP participants MUST have a bank account in order to electronically receive the two separate payment amounts in their bank account.

➢ Adopters participating in AIP must adhere to the terms of adoptions and prohibited acts provided at the time of adoption.

➢ The AIP applies ONLY to untrained animals that are adopted and will not apply to animals purchased through the sales program.

➢ All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

➢ Adopters must meet adoption requirements, complete and sign an adoption application (Attachment 1: BLM #4710-10) and have it approved by BLM.

➢ Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

    o Adopters participating in the AIP must complete the Adoption Incentive Program Agreement (4710-25 Attachment 2) to receive the first incentive payment in the amount of $500. The payment will be received within 60 days of the adoption date.

    o Adopters are required to retain their copy of the Adoption Incentive Program Agreement (4710-25 Attachment 2) as it must accompany the completed title application when submitting for the certificate of title to receive the second incentive payment in the amount of $500 within 60 days from the title date.

➢ The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

BLM_002498

➢ Each adopter participating in AIP may adopt and maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, the adopter becomes eligible to adopt additional animal(s) through the adoption incentive program.

➢ BLM employees and other BLM approved individuals will conduct mandatory compliance inspections on adopted animals participating in the incentive program. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

➢ Any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Program Agreement (4710-25 Attachment 2) is no longer eligible to participate in the AIP.

    o BLM employees will issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

    o Adopters that relinquish an animal however have remaining animals participating in the AIP are still eligible for the second incentive payment at time of title for those animals.

➢ Reassigned animals are not eligible for the incentive program.

➢ BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At time of adoption, BLM staff should ask the adopter if they are participating in AIP.

NO – Adopter MUST complete and sign Adoption Incentive Program Agreement (4710-25 Attachment 2), forfeiting eligibility to participate in the AIP. This must be completed in addition to an approved adoption application, a Private Maintenance and Care Agreement (PMACA) and pay the adoption fee.

YES – Adopter must complete the Adoption Incentive Program Agreement (4710-25 Attachment 2) in addition to an approved adoption application, a PMACA and pay the adoption fee.

**Step 2:** BLM staff will complete the adoption process and provide two copies of the Adoption Incentive Program Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in AIP as identified in the Wild Horse and Burro Program System section on page 4, build official file and compete record.

The BLM office of jurisdiction must maintain the signed Private Maintenance and Care Agreement (PMACA),  completed and signed adoption application and the completed and signed Adoption Incentive Program Agreement (4710-25 Attachment 2) for official Bureau records.

BLM_002499

BLM_002500

**Step 4:** Incentive payments are issued via electronic funds transfer (EFT) only. Adopters are required to have a bank account (checking or savings) and provide the requested information at the time of adoption. To expedite processing and payments to adopters, all REQUIRED paperwork must be completed (according to the examples provided) and included with the payment packet submitted to the National Operations Center (NOC) within 10 days.

The following required paperwork *must be **COMPLETELY** filled out and submitted to the NOC:*
- 1st Payment
    - Adoption Incentive Program Agreement (4710-25 Attachment 2)
        Signed and dated by Adopter
        Signed and dated by BLM Authorized Officer
        Identify 1st payment with amount
        Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        Signed and dated by Adopter
        Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
    - Adoption Incentive Program Agreement (4710-25 Attachment 2)
        Signed and dated by Adopter
        Signed and dated by BLM Authorized Officer
        Identify 2nd payment with amount
        Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        Signed and dated by Adopter
        Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
        Social Security information must be included to process EFT.
    - Title Application (4710-18)
        Signed and dated by Adopter
        Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

       National Operations Center (NOC) Contact Information:
       BLM National Operations Center
       Accounts Payable Fire Team Building 50
       Denver Federal Center, PO Box 25047
       Denver, CO 80225-0047
       Fax Number: 303-236-2531

The recipient should expect payment within 60 days, allowing additional processing time.
If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

BLM_002501

**Wild Horse and Burro Program System (WHBPS)**

- BLM Office of Jurisdiction will enter the PMACA and AIP information in WHBPS within 10 business days of the adoption date.  Animals participating in the AIP will be identified by selection of an "Incentive 500/500" option in the Adoption Incentive Program dropdown located on the Select Animals screen of the PMACA as seen below.



- BLM Office of Jurisdiction will enter completed compliance inspections within 10 business days of the inspection date.  The Inspection Reason for AIP animals will be entered as "AIP - Adoption Incentive Program."



- WHBPS creates a report containing adopter information, animal location and inspection date for animals requiring an inspection due to participation in the AIP.  The report is located in Reports/Compliance/Required Inspections for Incentive Animals.  Report filters are Admin State and inspection due date Fiscal Year.

BLM_002502



**2019 Required Inspections for Incentive Animals**

Admin State: California (CA930)



| FACILITY OWNER: | Test Facility | | (H): | | (W): | 555-555-5555 |
|---|---|---|---|---|---|---|
| Facility Address: | 1234 Fake Address | | | RIDGECREST | CA | 93555 |
| Adopter: | Doe, Janey | | (H): | 555-555-5555 | (W): | 555-555-5555 |
| Adopter Address: | 1234 Street Address | | | RIDGECREST | CA | 93555 |

ANIMAL INFORMATION:

| Freezmark | Signalment | Adoption Date | Inspection Date | Disposition |
|---|---|---|---|---|
| 07221733 | HF1AAAABG | 07/06/2018 | | Adopted |
| 09240049 | HG1AAAAEG | 07/06/2018 | | Adopted |
| 10240050 | HG1AAAABG | 07/06/2018 | | Adopted |
| 12860024 | HF1AAAABB | 07/06/2018 | | Adopted |

**Compliance Inspections**

State leads will coordinate mandatory compliance inspections of adopted animals participating in the AIP with field staff and volunteers.

BLM_002503

OMB No. 1510-0056

# ACH VENDOR/MISCELLANEOUS PAYMENT
## ENROLLMENT FORM

This form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion. See reverse for additional instructions.

## PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

## AGENCY INFORMATION

FEDERAL PROGRAM AGENCY

Bureau of Land Management

| AGENCY IDENTIFIER: | AGENCY LOCATION CODE (ALC): | ACH FORMAT: ☐ CCD+   ☐ CTX |
|---|---|---|

ADDRESS:

CONTACT PERSON NAME:

BLM OOJ (If information is illegible, a BLM POC is needed)

TELEPHONE NUMBER:

(  818  ) 515-4545

ADDITIONAL INFORMATION:

## PAYEE/COMPANY INFORMATION

| NAME | SSN NO. OR TAXPAYER ID NO. |
|---|---|
| Jane B. Doe (Adopter Information) | 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 |

ADDRESS

1234 Anywhere Lane

Sun Valley, CA 91352

| CONTACT PERSON NAME: | TELEPHONE NUMBER: |
|---|---|
| John Doe | (  818  ) 555-1212 |

## FINANCIAL INSTITUTION INFORMATION

NAME:

Bank of the World

ADDRESS:

5678 Anyplace Lane

Sun Mountain, CA 91353

| ACH COORDINATOR NAME: | TELEPHONE NUMBER: ( ) |
|---|---|

NINE-DIGIT ROUTING TRANSIT NUMBER:   1   0   1   0   1   0   1   0   1

DEPOSITOR ACCOUNT TITLE:

(Complete this field if adopter information is different than above)

| DEPOSITOR ACCOUNT NUMBER: | LOCKBOX NUMBER: |
|---|---|
| 321321321 | |

TYPE OF ACCOUNT:

☒ CHECKING     ☐ SAVINGS     ☐ LOCKBOX

| SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL: (Could be the same as ACH Coordinator) | TELEPHONE NUMBER: ( ) |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

SF 3881 (Rev. 2/2003 )
Prescribed by Department of Treasury
31 U S C 3322; 31 CFR 210

BLM_002504

OMB No. 1510-0056

# ACH VENDOR/MISCELLANEOUS PAYMENT
# ENROLLMENT FORM

This form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion. See reverse for additional instructions.

## PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

## AGENCY INFORMATION

FEDERAL PROGRAM AGENCY

AGENCY IDENTIFIER:          AGENCY LOCATION CODE (ALC):          ACH FORMAT:
☐ CCD+          ☐ CTX

ADDRESS:

CONTACT PERSON NAME:          TELEPHONE NUMBER:
(          )

ADDITIONAL INFORMATION:

## PAYEE/COMPANY INFORMATION

NAME          SSN NO. OR TAXPAYER ID NO.

ADDRESS

CONTACT PERSON NAME:          TELEPHONE NUMBER:
(          )

## FINANCIAL INSTITUTION INFORMATION

NAME:

ADDRESS:

ACH COORDINATOR NAME:          TELEPHONE NUMBER:
(          )

NINE-DIGIT ROUTING TRANSIT NUMBER: ___  ___   ___ ___ ___   ___ ___ ___   ___

DEPOSITOR ACCOUNT TITLE:

DEPOSITOR ACCOUNT NUMBER:          LOCKBOX NUMBER:

TYPE OF ACCOUNT:          ☐ CHECKING          ☐ SAVINGS          ☐ LOCKBOX

SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL:          TELEPHONE NUMBER:
(Could be the same as ACH Coordinator)
(          )

AUTHORIZED FOR LOCAL REPRODUCTION

SF 3881 (Rev. 2/2003 )
Prescribed by Department of Treasury
31 U S C 3322; 31 CFR 210

BLM_002505

**From:** Williams, Willie C
**To:** Waddell, Holle
**Subject:** Re: Draft IM: Adoption Incentive Program (WHB)
**Date:** Wednesday, July 25, 2018 1:35:56 PM
**Importance:** High

Holle,

The only issue that we have with the IM is the address. I should have updated the address. It should read:

BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047

Willie Williams

Charge Card Bureau Lead / A/OPC

Financial Analyst

Accounts Payable

303-236-2636

FAX 303-236-0685

On Fri, Jul 20, 2018 at 12:28 PM Waddell, Holle <hwaddell@blm.gov> wrote:

Willie - Thank you again for EVERYTHING!

Attached is the draft IM for the adoption incentive program for your review. Please feel free to provide feedback as well as contact me with any "fatal flaws".

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



| | |
|---|---|
| **From:** | Reiland, Michael |
| **To:** | Amy Dumas |
| **Subject:** | FY18 Budget |
| **Date:** | Friday, July 27, 2018 8:14:30 AM |
| **Attachments:** | FY19 PTA Initial Targets ($75 million).xlsx |

Amy,

Here's the final FY19 worksheet I have.

This is based on $75 million total budget for the program.  Hopefully, in the end, it's much higher, but this is what we have to start with for PTA.

Thanks,

--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

| Admin State | DI Units | DI Unit Cost | DI Total Cost | HG Units | HG Ops Cost | HG LABOR | HH Animals | HH Units | HH Unit Cost | HH Total Cost | HI Animals | HI Units | HI Operations Unit Cost | HI Ops Costs | HI LABOR | JB Units | JB Unit Cost | JB Total Cost | JC Units | JC Unit Cost | JC Total Cost | JJ Units | JJ Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 0 | | | | | | | | | | | | | | | | | | | | | | |
| AZ | 0 | $0 | $0 | 90 | $100,000 | $100,000 | | | | $0 | 400 | 146,000 | $5.05 | $737,300 | $55,000 | | | $0 | 0 | | $0 | 0 | $900 |
| CA | 0 | $0 | $0 | 250 | $105,000 | $300,000 | | | | $0 | 1,100 | 401,500 | $5.00 | $2,007,500 | $575,000 | 0 | | $0 | 0 | | $0 | 0 | $650 |
| CO | 0 | $0 | $0 | 120 | $35,000 | $200,000 | | | | $0 | 1,700 | 620,500 | $3.60 | $2,233,800 | $205,000 | 0 | $0 | $0 | 2 | $1,500 | $3,000 | 0 | $800 |
| ES | 0 | $0 | $0 | 500 | $500,000 | $1,000,000 | | | | $0 | 230 | 83,950 | $6.50 | $610,675 | $235,000 | | | $0 | | | $0 | | |
| ID | 0 | $0 | $0 | 90 | $90,000 | $120,000 | | | | $0 | 1,375 | 501,875 | $4.50 | $2,258,438 | $248,000 | | | $0 | 4 | $1,250 | $5,000 | 0 | $1,000 |
| MT | 0 | $0 | $0 | 40 | $10,000 | $80,000 | | | | $0 | 10 | 2,200 | $4.70 | $10,340 | $40,000 | | | $0 | 2 | $6,000 | $12,000 | 0 | $1,000 |
| NM | 0 | $0 | $0 | 500 | $300,000 | $700,000 | | | | $140,000 | 850 | 310,250 | $4.50 | $1,396,125 | $100,000 | 0 | | $0 | 0 | | $0 | 0 | $1,200 |
| NV | 0 | $0 | $0 | 40 | $100,000 | $225,000 | | | | $0 | 1,300 | 474,500 | $5.25 | $2,491,125 | $25,000 | 0 | $0 | $0 | 2 | $10,000 | $20,000 | 0 | $900 |
| OR | 0 | $0 | $0 | 110 | $180,000 | $210,000 | | | | $0 | 675 | 246,375 | $3.80 | $936,225 | $500,000 | 0 | $0 | $0 | 1 | $5,000 | $5,000 | 0 | $1,287 |
| UT | 0 | $0 | $0 | 100 | $180,000 | $120,000 | | | | $0 | 1,750 | 638,750 | $4.90 | $3,129,875 | $390,000 | 0 | | $0 | 2 | $9,000 | $18,000 | 0 | $1,078 |
| WY | 0 | $0 | $0 | 175 | $330,000 | $100,000 | | | | $0 | 950 | 346,750 | $6.30 | $2,184,525 | $275,000 | 0 | $0 | $0 | 2 | $15,000 | $30,000 | 0 | $900 |
| WO-261 (PVC) | | | | | | | | | | | 1,100 | 401,500 | $5.40 | $2,168,100 | | | | $0 | | | $0 | | |
| WO-261 (Fallon) | | | | | | | | | | | 1,850 | 675,250 | $4.75 | $3,207,438 | | | | | | | | | |
| WO-262 (Elm Creek) | | | | | | | | | | | 350 | 127,750 | $5.70 | $728,175 | | | | $0 | | | $0 | | |
| ORPs | | | | | | | 37,200 | 13,578,000 | 2.04 | $ 27,699,120 | | | | | | | | | | | | | |
| New ORPs | | | | | | | - | - | $ 2.30 | $ - | | | | | | | | | | | | | |
| WO 260, 261, 262 WHB Labor | | | | | | | | | | | | | | | | | | | | | | | |
| WO PCS Costs | | | | | | | | | | | | | | | | | | | | | | | |
| WO 260, 261, 262 Operations Costs | | | | | | | | | | | | | | | | | | | | | | | |
| Advisory Board Meetings | | | | | | | | | | | | | | | | | | | | | | | |
| APHIS | | | | | | | | | | | | | | | | | | | | | | | |
| Bureauwide | | | | | | | | | | | | | | | | | | | | | | | |
| Eco Sanctuaries | | | | | | | 600 | 219,000 | $3.70 | $810,300,000 | | | | | | | | | | | | | |
| Removals (6,250) | | | | | | | | | | | | | | | | | | | | | | 800 | $1,000 |
| Fertility Control Treatments | | | | | | | | | | | | | | | | | | | | | | | |
| Mustang Heritage Foundation | | | | 455 | $450,000 | | | | | | | | | | | | | | | | | | |
| Beatty Butte Facility | | | | 30 | $60,000 | | | | | | 30 | 10,950 | $8.22 | $90,000 | | | | | | | | | |
| Incentive Program | | | | | $1,125,000 | | | | | | | | | | | | | | | | | | |
| National Marketing | | | | | $350,000 | | | | | | | | | | | | | | | | | | |
| NOC | | | | | | | | | | | | | | | | | | | | | | | |
| Other offices | | | | | | | | | | | | | | | | | | | | | | | |
| Research - Genetics | | | | | | | | | | | | | | | | | | | | | | | |
| Sales Preparation | | | | | | | | | | | | | | | | | | | | | | | |
| Transportation | | | | | $400,000 | | | | | | | | | $100,000 | | | | | | | | | |
| Vaccine | | | | | | | | | | | | | | $400,000 | | | | | | | | | |
| Statistical Analysis | | | | | | | | | | | | | | | | | | | | | | | |
| WO-200 | | | | | $0 | | | | | | | | | | | | | | | | | | |
| Research Related Flights (USGS) | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | 0 | | $0 | 2,500 | $4,315,000 | $3,055,000 | 37,800 | 13,797,000 | | $28,649,420 | 13,670 | 4,988,100 | | $24,689,640 | $2,648,000 | 0 | | $0 | 15 | | $93,000 | 800 | |

1,204,500

$55,987,060

BLM_002508

| Admin State | JJ Total Cost |
|---|---|
| AK | |
| AZ | $0 |
| CA | $0 |
| CO | $0 |
| ES | $0 |
| ID | $0 |
| MT | $0 |
| NM | $0 |
| NV | $0 |
| OR | $0 |
| UT | $0 |
| WY | $0 |
| WO-261 (PVC) | $0 |
| WO-261 (Fallon) | |
| WO-262 (Elm Creek) | $0 |
| ORPs | |
| New ORPs | |
| WO 260, 261, 262 WHB Labor | |
| WO PCS Costs | |
| WO 260, 261, 262 Operations Costs | |
| Advisory Board Meetings | |
| APHIS | |
| Bureauwide | |
| Eco Sanctuaries | |
| Removals (6,250) | $800,000 |
| Fertility Control Treatments | |
| Mustang Heritage Foundation | |
| Beatty Butte Facility | |
| Incentive Program | |
| National Marketing | |
| NOC | |
| Other offices | |
| Research - Genetics | |
| Sales Preparation | |
| Transportation | $200,000 |
| Vaccine | |
| Statistical Analysis | |
| WO-200 | |
| Research Related Flights (USGS) | |
| | |
| | $1,000,000 |

BLM_002509

| Admin State | KF # of Animals Gathered | KF Unit Costs | KF # of Animals Gelded | KF Gelding Cost | KF # of Mares Treated w/PZP (via helicopter gather) | KF PZP Applictor cost for helicopter gathered | KF # of Animals by Darting Method | KF PZP/Darting Cost | Gather Sex Ratio Adjustments | KF Units | KF Total Costs | MC Units | MC Unit Cost | MC Total Cost | MC LABOR | MP Units | MP Unit Cost | MP Total Cost | MP Labor | NK Units | NK Unit Cost | NK Total Cost | Total PE Costs (includes labor) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | | | | | | | 0 | | | | | | | | | | | | | 2 | $500 | $1,000 | $1,000 |
| AZ | | $800 | | | | | 0 | | | 0 | $0 | 0 | $0 | $0 | $7,500 | 0 | $5,000 | $0 | | 10 | $160 | $1,600 | $1,001,400 |
| CA | 0 | $0 | | 0 | $100 | | 0 | | | 0 | $0 | 7 | $25,000 | $175,000 | $20,000 | 7 | $5,000 | $35,000 | $40,000 | 10 | $250 | $2,500 | $3,260,000 |
| CO | 0 | $1,450 | | 0 | | | 250 | $360 | | 250 | $90,000 | 2 | $25,000 | $50,000 | $12,500 | 2 | $14,000 | $28,000 | $200,000 | 10 | $240 | $2,400 | $3,059,700 |
| ES | 0 | $0 | | 0 | | | 0 | | | 0 | $0 | 0 | $25,000 | $0 | $0 | 0 | $0 | $0 | $0 | 10 | $180 | $1,800 | $2,347,475 |
| ID | 0 | $855 | | 0 | | | 20 | $250 | | 20 | $5,000 | 2 | $10,000 | $20,000 | $5,000 | 6 | $14,500 | $87,000 | $64,563 | 10 | $245 | $2,450 | $2,905,450 |
| MT | 0 | $550 | | 0 | | | 0 | $500 | | 0 | $0 | 1 | $25,000 | $25,000 | $2,500 | 1 | $20,000 | $20,000 | $40,000 | 10 | $750 | $7,500 | $247,340 |
| NM | 0 | $1,450 | | 0 | | | 0 | $360 | | 0 | $0 | 0 | $25,000 | $0 | $2,500 | 0 | $0 | $0 | $150,000 | 10 | $292 | $2,920 | $2,791,545 |
| NV | 0 | $900 | | 0 | $1,000 | | 0 | $100 | | 0 | $0 | 15 | $25,000 | $375,000 | $100,000 | 15 | $13,750 | $206,250 | $400,000 | 10 | $200 | $2,000 | $3,944,375 |
| OR | 0 | $1,100 | | 0 | $1,000 | | 30 | $300 | | 30 | $9,000 | 3 | $25,000 | $75,000 | $17,500 | 5 | $3,150 | $15,750 | $250,000 | 10 | $250 | $2,500 | $2,200,975 |
| UT | 0 | $900 | | 0 | $1,000 | | 60 | $300 | | 60 | $18,000 | 5 | $25,000 | $125,000 | $17,500 | 5 | $9,000 | $45,000 | $230,000 | 10 | $410 | $4,100 | $4,277,475 |
| WY | 0 | $650 | | 0 | $1,000 | | 0 | $400 | | 0 | $0 | 5 | $25,000 | $125,000 | $40,000 | 8 | $6,000 | $48,000 | $275,000 | 10 | $200 | $2,000 | $3,409,525 |
| WO-261 (PVC) | | | | | | | 0 | | | 0 | $0 | | | $0 | | | | $0 | | | | $0 | $2,168,100 |
| WO-261 (Fallon) | | | | | | | | | | | | | | | | | | | | | | | $3,207,438 |
| WO-262 (Elm Creek) | | | | | | | 0 | | | 0 | $0 | | | $0 | | | | $0 | | | | $0 | $728,175 |
| ORPs | | | | | | | | | | | $0 | | | | | | | | | | | | $27,699,120 |
| New ORPs | | | | | | | | | | | | | | | | | | | | | | | $0 |
| WO 260, 261, 262 WHB Labor | | | | | | | | | | | $0 | | | | | | | | | | | | $0 |
| WO PCS Costs | | | | | | | | | | | | | | | | | | | | | | | $0 |
| WO 260, 261, 262 Operations Costs | | | | | | | | | | | | | | | | | | | | | | | $0 |
| Advisory Board Meetings | | | | | | | | | | | | | | | | | | | | | | | $0 |
| APHIS | | | | | | | | | | | | | | | | | | | | | | | $0 |
| Bureauwide | | | | | | | | | | | | | | | | | | | | | | | $0 |
| Eco Sanctuaries | | | | | | | | | | | | | | | | | | | | | | | $810,300 |
| Removals (6,250) | | | | | | | | | | | | | | | | | | | | | | | $800,000 |
| Fertility Control Treatments | | | | | 0 | 1,750 | 160 | $500 | | 160 | $80,000 | | | | | | | | | | | | $80,000 |
| Mustang Heritage Foundation | | | | | | | | | | | | | | | | | | | | | | | $450,000 |
| Beatty Butte Facility | | | | | | | | | | | | | | | | | | | | | | | $150,000 |
| Incentive Program | | | | | | | | | | | | | | | | | | | | | | | $1,125,000 |
| National Marketing | | | | | | | | | | | | | | | | | | | | | | | $350,000 |
| NOC | | | | | | | | | | | | | | | | | | | | | | | $0 |
| Other offices | | | | | | | | | | | | | | | | | | | | | | | $0 |
| Research - Genetics | | | | | | | | | | | | | | | | | | $45,000 | | | | | $45,000 |
| Sales Preparation | | | | | | | | | | | | | | | | | | | | | | | $0 |
| Transportation | | | | | | | | | | | | | | | | | | | | | | | $700,000 |
| Vaccine | | | | | | | | | | | | | | | | | | | | | | | $400,000 |
| Statistical Analysis | | | | | | | | | | | | | | | | | | | | | | | $0 |
| WO-200 | | | | | | | | | | | | | | | | | | | | | | | $0 |
| Research Related Flights (USGS) | | | | | | | | | | | | | | | | | | | | | | | $0 |
| | | | | | | | | | | | | | | | | | | | | | | | $0 |
| | 0 | | 0 | | 0 | | 520 | | 0 | 520 | $202,000 | 40 | | $970,000 | $225,000 | 49 | | $530,000 | $1,649,563 | 112 | | $31,770 | $68,058,393 |

BLM_002510

| Admin State | Overhead/Base Labor Costs | Agreed Upon Negatives | Agreed Upon Positives | FY 2019 State Cost Target | Carryover |
|---|---|---|---|---|---|
| AK | | $0 | $0 | 1,000 | $0 |
| AZ | $0 | $0 | $0 | 1,001,400 | $0 |
| CA | $0 | $0 | $0 | 3,260,000 | $0 |
| CO | $0 | $0 | $0 | 3,059,700 | $0 |
| ES | $0 | $0 | $0 | 2,347,475 | $0 |
| ID | $0 | $0 | $0 | 2,905,450 | $0 |
| MT | $0 | $0 | $0 | 247,340 | $0 |
| NM | $0 | $0 | $0 | 2,791,545 | $0 |
| NV | $0 | $0 | $0 | 3,944,375 | $0 |
| OR | $0 | $0 | $0 | 2,200,975 | $0 |
| UT | $0 | $0 | $0 | 4,277,475 | $0 |
| WY | $0 | $0 | $0 | 3,409,525 | $0 |
| WO-261 (PVC) | | | | 2,168,100 | $0 |
| WO-261 (Fallon) | | | | 3,207,438 | $0 |
| WO-262 (Elm Creek) | | | | 728,175 | $0 |
| ORPs | | | | 27,699,120 | $0 |
| New ORPs | | | | 0 | |
| WO 260, 261, 262 WHB Labor | $3,270,000 | | | 3,270,000 | $0 |
| WO PCS Costs | $0 | | | 0 | $0 |
| WO 260, 261, 262 Operations Costs | $470,000 | | | 470,000 | $0 |
| Advisory Board Meetings | $60,000 | | | 60,000 | $0 |
| APHIS | $100,000 | | | 100,000 | $0 |
| Bureauwide | $2,840,000 | | | 2,840,000 | $0 |
| Eco Sanctuaries | | | | 810,300 | $0 |
| Removals (6,250) | | | | 800,000 | $0 |
| Fertility Control Treatments | | | | 80,000 | |
| Mustang Heritage Foundation | | | | 450,000 | $0 |
| Beatty Butte Facility | | | | 150,000 | $0 |
| Incentive Program | | | | 1,125,000 | |
| National Marketing | $0 | | | 350,000 | $0 |
| NOC | $1,100,000 | | | 1,100,000 | $0 |
| Other offices | $250,000 | | | 250,000 | $0 |
| Research - Genetics | | | | 45,000 | $0 |
| Sales Preparation | | | | 0 | |
| Transportation | | | | 700,000 | $0 |
| Vaccine | | | | 400,000 | $0 |
| Statistical Analysis | $10,000 | | | 10,000 | $0 |
| WO-200 | $150,000 | | | 150,000 | $0 |
| Research Related Flights (USGS) | $100,000 | | | 100,000 | $0 |
| | | | | 0 | $0 |
| | $8,350,000 | $0 | $0 | 76,509,393 | $0 |
| | | | | 500,000 | |
| | | | | 400,000 | |
| | | | | 75,000 | |
| | | | | 0 | |
| | | | | 75,000,000 | |
| | | | | 450,000 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 76,425,000 | |
| | | | | (84,393) | |

BLM_002511

| | |
|---|---|
| **From:** | Sklar, Ryan M |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Adoption Incentive Program: Ineligibility Letter |
| **Date:** | Monday, July 30, 2018 11:29:20 AM |
| **Importance:** | High |

Hi Holle,

I wanted to follow up on my email from last week and let you know ███████████████ ███████████████████████████████████

Thanks,
Ryan

On Thu, Jul 26, 2018 at 1:52 PM Ryan Sklar <ryan.sklar@sol.doi.gov> wrote:
Hi Holle,

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

Thanks for your patience.

Ryan

On Thu, Jul 26, 2018 at 11:50 AM Holle Waddell <hwaddell@blm.gov> wrote:
Hi Ryan! Just wanted to check the status of your review of the ineligibility letter.

Sent from my iPhone

On Jul 24, 2018, at 9:05 PM, Ryan Sklar <ryan.sklar@sol.doi.gov> wrote:

Hi Holle,

I haven't had a chance to review the letter yet, but it's on my to-do list for tomorrow morning. I'll give you a call if I have any questions.

Thanks,
Ryan

On Tue, Jul 24, 2018 at 6:50 PM Waddell, Holle <hwaddell@blm.gov>

wrote:

Hi Ryan! Any questions about the ineligibility letter for the adoption incentive program?

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) |
hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Mon, Jul 23, 2018 at 7:14 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

Ryan - Attached is the letter I mentioned today. The program plans to issue this letter once an adopter participating in the adoption incentive program violates the adoption incentive agreement.

As soon as you can get back to me the better. We hope to brief the Director while I am back in DC.

FYI - If an adopter violates a prohibited act or term of adoption, we issue a decision/cancel the private maintenance agreement and the adopter is notified with the information to appeal the decision.

For further clarification, feel free to contact me.

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) |
hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039


NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.


--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039


NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.


--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039


NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Sonneman, Jean E |
| **To:** | Waddell, Holle |
| **Cc:** | Purdy, Mark E; Rittenhouse, Bruce H |
| **Subject:** | Re: WHB Discussion re:Expediting Process and Adoption Incentive Agreement |
| **Date:** | Wednesday, August 1, 2018 2:41:19 PM |
| **Importance:** | High |

Hi Holle,

I just spoke with Jeff Parrillo, the Departmental information-collection officer. He said we should include the incentive form in the package for revision and early renewal of control no. 1004-0042.

Jean Sonneman
Bureau of Land Management
Senior Regulatory Analyst
202-912-7405

On Tue, Jul 31, 2018 at 12:59 PM, Waddell, Holle <hwaddell@blm.gov> wrote:
> Hi Mark! Thank you for the heads up yesterday.
>
> Just wanted to follow-up with you and Jean today on a status update regarding the review of the adoption incentive agreement.
>
>
> Thank you,
>
> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>
> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov
>
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 
>
> On Mon, Jul 30, 2018 at 11:34 AM, Purdy, Mark <mpurdy@blm.gov> wrote:
>> Hi Holle,
>>
>> I don't think Jean is in the office today. We'll have to wait until she's back in the office to give you a response.
>>
>> Thanks,
>> Mark
>>
>> **Mark Purdy**
>> Regulatory Affairs (WO-630)
>> Bureau of Land Management
>> Washington, D.C.
>> Office: (202) 912-7635
>>
>> On Fri, Jul 27, 2018 at 8:16 PM, Holle Waddell <hwaddell@blm.gov> wrote:
>>> Jean/Mark - Thank you for meeting with the program this afternoon. I look forward to

your follow-up on Monday. I will be traveling back to Oklahoma tomorrow and will be in the office Monday morning.


**WHB Discussion re:Expediting Process and Adoption Incentive Agreement**
Scheduled: Friday, Jul 27, 2018 from 2:00 PM to 2:30 PM
Location: BLM-WO MST RM5003 Riparian Interview Rm Capacity 6 Phone 202 912 7611
Invitees: BLM-WO MST RM5003 Riparian Interview Rm Capacity 6 Phone 202 912 7611, mpurdy@blm.gov, ameasley@blm.gov, jesonnem@blm.gov, brittenh@blm.gov


Sent from my iPhone

BLM_002516

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Bail, Kristin M; Tryon, Steve |
| **Cc:** | Shepherd, Alan B; Waddell, Holle; Reiland, Michael J |
| **Subject:** | Updates - Canon City Contract and Adoption Incentives |
| **Date:** | Thursday, August 2, 2018 5:36:54 PM |

Kristin, Steve

I want to update on the Canon City contract and the Adoption Incentive Program. We have come to a critical mass on both of these subjects and wanted to provide you the latest information.

Canon City contract - As I mentioned in a message yesterday the Colorado contracting officer indicated that it would an additional 3-4 weeks to negotiate a bid with Department of Corrections. While this has implications for the WY Red Desert gather (and the Sand Wash Basin) starting next week about placing animals the concern is the per animal costs that DOC has proposed for holding animals. Their bid is basically $2/head/day higher than all the other contracts for prison holding facilities. Felicia Salazar, the Contracting Officer in Colorado is asking them to re-consider DOC to lower their unit costs. She will provide more details by the end of the week and I will forward that when I receive it.

Adoption Incentives - We heard from Regulatory Affairs that the adopter form will need OMB review to receive a form number. This process could take several months, based on past experience and possibly has impacts on when we can begin this program.

Be happy to set up a meeting early next week.

--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

| | |
|---|---|
| **From:** | Lohr, Gabriel GDL |
| **To:** | Waddell, Holle |
| **Cc:** | Purdy, Mark E; Roberson, Peter (PJ) L; Sonneman, Jean E; Rittenhouse, Bruce H |
| **Subject:** | Re: WHB Discussion re:Expediting Process and Adoption Incentive Agreement |
| **Date:** | Tuesday, August 7, 2018 8:01:04 AM |
| **Importance:** | High |

Great, then I won't forward it to them. Thanks.

Gabe

Gabriel D. Lohr
Attorney-Advisor, Branch of General Legal Services
Division of General Law, Office of the Solicitor
U.S. Department of the Interior
(202) 513-0512
(202) 208-6475 (Fax)

On Tue, Aug 7, 2018 at 9:00 AM, Holle Waddell <hwaddell@blm.gov> wrote:
Gabe - Both Ryan and Greg have reviewed the adoption incentive agreement and provided their feedback which is incorporated in the form submitted to regulatory affairs.

Sent from my iPhone

On Aug 7, 2018, at 7:55 AM, Lohr, Gabriel <gabriel.lohr@sol.doi.gov> wrote:

o.k., I'll wait for the new incentive form. I want program attorney input into this to make sure we've covered all our bases.

Gabe

Gabriel D. Lohr
Attorney-Advisor, Branch of General Legal Services
Division of General Law, Office of the Solicitor
U.S. Department of the Interior
(202) 513-0512
(202) 208-6475 (Fax)

On Tue, Aug 7, 2018 at 8:51 AM, Purdy, Mark <mpurdy@blm.gov> wrote:
To clarify - Holle is adding the new incentive form to the 60-day notice and supporting statement. The sale form is already included.

**Mark Purdy**
Regulatory Affairs (WO-630)
Bureau of Land Management
Washington, D.C.
Office: (202) 912-7635

On Tue, Aug 7, 2018 at 8:49 AM, Purdy, Mark <mpurdy@blm.gov> wrote:

The version I just sent is the most recent; however, we will have a revised version that includes the new sale form.

-Mark

**Mark Purdy**
Regulatory Affairs (WO-630)
Bureau of Land Management
Washington, D.C.
Office: (202) 912-7635

On Tue, Aug 7, 2018 at 8:47 AM, Lohr, Gabriel <gabriel.lohr@sol.doi.gov> wrote:

> I would like Ryan Sklar to look at this and see whether he has any concerns. Is this the correct version to send to him?
>
> Gabe
>
> Gabriel D. Lohr
> Attorney-Advisor, Branch of General Legal Services
> Division of General Law, Office of the Solicitor
> U.S. Department of the Interior
> (202) 513-0512
> (202) 208-6475 (Fax)
>
> On Tue, Aug 7, 2018 at 8:40 AM, Holle Waddell <hwaddell@blm.gov> wrote:
>
>> Thank you Mark! We hope to have a revised document that includes the adoption incentive agreement within the week.
>>
>> Sent from my iPhone
>>
>> On Aug 7, 2018, at 7:37 AM, Purdy, Mark <mpurdy@blm.gov> wrote:
>>
>>> Hi Holle,
>>>
>>> I'd like to make sure we're all working from the most recent versions. Attached is the 60-day notice and supporting statement. Please let me know if there is anything I can do to help.
>>>
>>> Thanks,
>>> Mark
>>>
>>> **Mark Purdy**
>>> Regulatory Affairs (WO-630)
>>> Bureau of Land Management
>>> Washington, D.C.
>>> Office: (202) 912-7635
>>>
>>> On Thu, Aug 2, 2018 at 8:52 PM, Waddell, Holle

<hwaddell@blm.gov> wrote:

Thank you Jean for your review and response. We will begin working on revising the OMB Control Number Renewal package PJ sent to Mark several months ago. I am hoping we will be able to coordinate with Jeff Parillo to expedite the process as Gabe Lohr stated in a voicemail last week.

PJ - Give me a call tomorrow morning to discuss what is needed and a time-frame to provide a complete revised package to Jean and Mark.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Wed, Aug 1, 2018 at 2:41 PM, Sonneman, Jean <jesonnem@blm.gov> wrote:

Hi Holle,

I just spoke with Jeff Parrillo, the Departmental information-collection officer. He said we should include the incentive form in the package for revision and early renewal of control no. 1004-0042.

Jean Sonneman
Bureau of Land Management
Senior Regulatory Analyst
202-912-7405

On Tue, Jul 31, 2018 at 12:59 PM, Waddell, Holle <hwaddell@blm.gov> wrote:

Hi Mark! Thank you for the heads up yesterday.

Just wanted to follow-up with you and Jean today on a status update regarding the review of the adoption incentive agreement.

**WHB Discussion re:Expediting Process and Adoption Incentive Agreement**

Scheduled: Friday, Jul 27, 2018 from 2:00 PM to 2:30 PM

Location: BLM-WO MST RM5003 Riparian Interview Rm Capacity 6 Phone 202 912 7611

Invitees: BLM-WO MST RM5003 Riparian Interview Rm Capacity 6 Phone 202 912 7611,

---

On Fri, Jul 27, 2018 at 8:16 PM, Holle Waddell <hwaddell@blm.gov> wrote:

Jean/Mark - Thank you for meeting with the program this afternoon. I look forward to your follow-up on Monday. I will be traveling back to Oklahoma tomorrow and will be in the office Monday morning.

---

Thanks,
Mark

**Mark Purdy**
Regulatory Affairs (WO-630)
Bureau of Land Management
Washington, D.C.
Office: (202) 912-7635

---

On Mon, Jul 30, 2018 at 11:34 AM, Purdy, Mark <mpurdy@blm.gov> wrote:

Hi Holle,

I don't think Jean is in the office today. We'll have to wait until she's back in the office to give you a response.

Thanks,
Mark

---

"A positive outlook, regardless of how bleak the circumstances may look, is a CHOICE. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood 

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov



mpurdy@blm.gov, ameasley@blm.gov, jesonnem@blm.gov, brittenh@blm.gov

Sent from my iPhone

<60-day notice 6.6.2018.doc>

<1004-0042 Supporting Statement_5.23.18 jes comments.doc>

**From:**      Roberson, Peter (PJ) L
**To:**        Waddell, Holle
**Subject:**   Re: WHB Discussion re:Expediting Process and Adoption Incentive Agreement
**Date:**      Tuesday, August 7, 2018 11:50:33 AM
**Importance:** High

Can you re-forward the attachments? I wanna make sure I am working from the correct files.

Thanks

On Tue, Aug 7, 2018 at 7:40 AM, Holle Waddell <hwaddell@blm.gov> wrote:
> Thank you Mark! We hope to have a revised document that includes the adoption incentive
> agreement within the week.
>
> Sent from my iPhone
>
> On Aug 7, 2018, at 7:37 AM, Purdy, Mark <mpurdy@blm.gov> wrote:
>
>> Hi Holle,
>>
>> I'd like to make sure we're all working from the most recent versions. Attached is the 60-day
>> notice and supporting statement. Please let me know if there is anything I can
>> do to help.
>>
>> Thanks,
>> Mark
>>
>> **Mark Purdy**
>> Regulatory Affairs (WO-630)
>> Bureau of Land Management
>> Washington, D.C.
>> Office: (202) 912-7635
>>
>> On Thu, Aug 2, 2018 at 8:52 PM, Waddell, Holle <hwaddell@blm.gov> wrote:
>>> Thank you Jean for your review and response. We will begin working
>>> on revising the OMB Control Number Renewal package PJ sent to
>>> Mark several months ago. I am hoping we will be able to coordinate
>>> with Jeff Parillo to expedite the process as Gabe Lohr stated in a
>>> voicemail last week.
>>>
>>> PJ - Give me a call tomorrow morning to discuss what is needed and a
>>> time-frame to provide a complete revised package to Jean and Mark.
>>>
>>> Thank you,
>>>
>>> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>>>
>>> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@
>>> blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Wed, Aug 1, 2018 at 2:41 PM, Sonneman, Jean <<u>jesonnem@blm.gov</u>> wrote:

> Hi Holle,
>
> I just spoke with Jeff Parrillo, the Departmental information-collection officer. He said we should include the incentive form in the package for revision and early renewal of control no. 1004-0042.
>
> Jean Sonneman
> Bureau of Land Management
> Senior Regulatory Analyst
> 202-912-7405

On Tue, Jul 31, 2018 at 12:59 PM, Waddell, Holle <<u>hwaddell@blm.gov</u>> wrote:

> Hi Mark! Thank you for the heads up yesterday.
>
> Just wanted to follow-up with you and Jean today on a status update regarding the review of the adoption incentive agreement.
>
> Thank you,
>
> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>
> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | <u>hwaddell@ blm.gov</u>
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 
>
> On Mon, Jul 30, 2018 at 11:34 AM, Purdy, Mark <<u>mpurdy@blm.gov</u>> wrote:
>
>> Hi Holle,
>>
>> I don't think Jean is in the office today. We'll have to wait until she's back in the office to give you a response.
>>
>> Thanks,
>> Mark
>>
>> **Mark Purdy**
>> Regulatory Affairs (WO-630)
>> Bureau of Land Management

Washington, D.C.
Office: (202) 912-7635

On Fri, Jul 27, 2018 at 8:16 PM, Holle Waddell <hwaddell@blm.gov>
wrote:
> Jean/Mark - Thank you for meeting with the program this afternoon. I
> look forward to your follow-up on Monday. I will be traveling back
> to Oklahoma tomorrow and will be in the office Monday morning.

> **WHB Discussion re:Expediting Process and Adoption Incentive**
> **Agreement**
> Scheduled: Friday, Jul 27, 2018 from 2:00 PM to 2:30 PM
> Location: BLM-WO MST RM5003 Riparian Interview Rm Capacity
> 6 Phone 202 912 7611
> Invitees: BLM-WO MST RM5003 Riparian Interview Rm Capacity 6
> Phone 202 912 7611, mpurdy@blm.gov, ameasley@blm.gov,
> jesonnem@blm.gov, brittenh@blm.gov

> Sent from my iPhone

<60-day notice 6.6.2018.doc>

<1004-0042 Supporting Statement_5.23.18 jes comments.doc>

--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul*
*Gawande*

| | |
|---|---|
| **From:** | Bruce Rittenhouse |
| **To:** | Alan Shepherd; Holle Hooks; Michael Reiland |
| **Subject:** | Fwd: Revised 2020 Passback - WHB |
| **Date:** | Tuesday, August 7, 2018 2:23:39 PM |
| **Attachments:** | WHB Appeal to 2020 OMB Passback_8.7.2018.docx |

Here is the 2020 Passback language that Thomas sent to 800.

---------- Forwarded message ---------
From: **Thomas Bartholomew** <tbarthol@blm.gov>
Date: Tue, Aug 7, 2018 at 2:22 PM
Subject: Revised 2020 Passback - WHB
To: <lhsmith@blm.gov>, <tmjackson@blm.gov>
Cc: <stryon@blm.gov>, <kbail@blm.gov>, <brittenh@blm.gov>


Hi Linda and Tonya,

Here is the WHB write up. Let us know if you need anything else.

Thomas


       --
       Thomas Bartholomew
       Resource Advisor
       Resources and Planning Directorate
       Bureau of Land Management
       Washington, DC
       202-208-5922



--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC  20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

BLM_002526

FY 2020 Over-Target Funding Request

Bureau of Land Management

**Wild Horses and Burros**

With a $32.448 million increase over the President's proposed fiscal year (FY) 2019 funding level of $67.552 million, the BLM's Wild Horse and Burro Program would continue addressing the challenges of managing America's Wild Horses and Burros. This funding request includes components of what was identified in Option IV of the April 2018 Report to Congress *(Management Options for a Sustainable Wild Horse and Burro Program)*.

Under the President's current proposed FY2019 budget of $67.552 million, the BLM would not be able to gather and remove animals from the range with the exception of animals that are causing public safety concerns or affecting private lands (less than 500 animals). As a result, on-range wild horse and burro populations would continue to increase to nearly 110,000 animals (over 4 times the national Appropriate Management Level (AML) of just under 27,000), causing an increased degradation of rangeland health as well as impacting the health of animals leading to possible catastrophic die-offs, especially as drought continues in the West. The placing of animals into private care through adoptions, sales and transfers would be limited to roughly one-half of the FY2018 level due to budgetary impact to national partnerships and the number of events the BLM could conduct and support. The majority of the budget, approaching 70%, would be used to support the caring of animals in off-range corrals and pastures following increased removals from the range during FY2018 and FY2019. Under this funding scenario the wild horse and burro program will continue to see wild horse and burro populations increase on the range, in spite of potential deaths due to deteriorating health and resource (forage and water) conditions.

With an additional $32.448 million in funding, the Wild Horse and Burro Program will be able to better address the over population of on-range horses and burros. Consistent budgets at this level over the next several years will eventually begin to address the on-range over-population through gathering and removing animals from the range, along with more widespread use of both short term and permanent (spaying and neutering) population growth suppression techniques, seeking additional lower cost long term holding space for excess animals through public-private partnerships, and increasing the placement of animals into private care through adoptions, sales and transfers. On-range populations are currently over three times the national AML. Under this proposal, FY2020 would be the first year to show a significant slowdown in the current trajectory of rapid growth in the on-range population, beginning the long process to get to the national AML by 2035. Gathers would continue to focus on high priority areas considering rangeland and herd health, sage grouse habitat conservation, threatened and endangered species, animals moving outside of herd management areas, and emergencies related to public safety. Population growth suppression techniques would occur during every gather, and removals would focus on those animals that are highly adoptable. Off-range holding costs will continue to increase as a result of additional removals in previous years as well as those proposed in 2020. The acquisition of additional, cost effective off-range pastures through partnerships with private land owners is vital to allow more program funds to be allocated for on-range management operations. Efforts would continue to increase the placement of animals into private care through adoptions, sales or transfers as existing national partnerships would continue and BLM would be able to support more events. The number of adoptions are expected to increase with implementation of the Adoption Incentive program. The table below shows the differences in accomplishments between a $67.5 million funding level and a $100 million funding level as described in Option IV. However, since the number of adoptions are unlikely to meet the level of

the number of animals removed from the range for the foreseeable future, long term holding will continue to be a major cost and component of the program.

The assumptions that are built into these estimates include:  1) Congress will not remove the prohibition of unrestricted sales and destruction of healthy wild horses and burros; and 2) The FY19 budget is $85 million (a split between the current House and Senate budget proposals).

|  | 2018 | 2019 | 2020 (Original) | 2020 (Updated) |
|---|---|---|---|---|
| Adoptions/Sales | 4,200 | 4,500 | 2,000 | 6,000 |
| PZP Treatments | 1,000 | 1,000 | 500 | 2,000 |
| Permanent Sterilization | - | 100 | 100 | 3,000 |
| Gathers | 11,500 | 5,000 | 500 | 12,000 |
| Surveys/Monitoring | 90 | 90 | 5 | 90 |
| Compliance | 1,150 | 1,150 | 200 | 1,150 |
| On-Range Population* | 82,500 | 89,500 | 107,500 | 95,500 |
| Off-Range Population | 52,100 | 55,000 | 49,500 | 51,000 |
| Budget | $75 million | $85 million | $67.552 million | $100 million |

* On-range populations will continue to increase at a rate of 17-20% annually.  The only way to see a decrease in the on-range population is to remove a number greater than the projected annual population increase.

# Bureau of Land Management Wild Horse & Burro Program
## Review of Previous Research

**Lori Mitchell Dixon, PhD**
*Project Director*

August 2016
GLM 15112



3361 EXECUTIVE PARKWAY, SUITE 200 | TOLEDO, OH 43606
TEL 419.534.4700  |  FAX 419.531.7117  |  WWW.GLM.COM

BLM_002529

# Bureau of Land Management
# Wild Horse & Burro Program
## Review of Previous Research

In fulfillment of GS-07F-0554Y, Great Lakes Marketing (GLM) conducted a review of prior research completed on behalf of the Wild Horse and Burro (WH&B) program.  The reports were provided to GLM by the WH&B contact.

Previous WH&B studies are abundant and offer a number of solid recommendations to the program that are still relevant.  Accordingly, some of these recommendations have already been incorporated by the WH&B program and some are highlighted to indicate that they remain worthy of consideration.

For this report, GLM compiled existing recommendations into one of the following categories:
- Branding
- Herd Management
- Public Relations
- Training
- Adoption Events
- Post-Event Support
- Organizational

Within each category, recommendations are copied *verbatim* from their source(s).  Note that these recommendations are not GLM's; GLM only organized them in a concise manner for discussion purposes.  With each recommendation, the original document has been cited so that reviewers may look up full details of the recommendation.

At the conclusion of each section is GLM commentary.  Our research efforts were focused on determining strategies to increase the number of animals placed into private care.  To the extent that the other topics relate (i.e., herd management), comments are provided.

The justification for GLM's comments is in the complete report and not duplicated in this summary.



BLM_002530

# Branding

| Recommendation | Source |
|---|---|
| **The BLM needs to develop a clear, consistent answer to the question, "Why adopt a wild horse or burro?"** | Recommend a unified message and branding in coordination with the BLM and NWHBF (La Salle 2).<br><br>Develop and implement a National Marketing Strategy (BLM 2).<br><br>Messages—the heart of any communications effort—must build on the theme.  They must be clear, compelling, and consistent (Fleishman-Hillard 55). |
| **The BLM should determine the best role for their horses (riding, work, show, etc.) and market consistent with that message** | Research and develop brand package and execute as part of integrated program (Fleishman-Hillard 53).<br><br>We strongly recommend conducting research before deciding on a theme and packaging it into a brand (Fleishman-Hillard 53).<br><br>We recommend including the existing theme, "Adopt a Living Legend," as part of our testing (Fleishman-Hillard 54). |
| **Using the term "mustangs" is advantageous over "wild horses"** | Distinguish adoptable horses as "mustangs" and unadoptable horses, due to age or personality, as "wild horses." Goal is to keep the two categories separate and make adoptable horses more adoptable (La Salle 2). |
| **Change message to freedom, spirit, and resilience** | Messaging change to incorporate mustangs as symbols of the American Heritage of freedom, spirit, and resilience.  This changed from the "living legends…" message after 9/11 (La Salle 2). |
| **Create a national wild horse registry** | We recommend the National Marketing Team be responsible for creating and maintaining the registry, possibly enlisting the support of the WH&B Group located in Reno (National Program Office).  The Team should promote the National WH&B Registry on the Website, with specific mention of the benefits of registering, i.e., a certificate of authenticity describing the HMA and the unique characteristics of horses from this area.  We recommend the National Marketing Team and local Public Affairs Specialists promote the unique characteristics of each HMA in all marketing activities to promote adoption events (Fleishman-Hillard 97). |



## GLM Commentary

Several suggestions all combine to indicate the need for a brand or style guide for the WH&B program, logo, and positioning statement.  This task needs to be completed by a professional advertising agency. The WH&B program must make all partners (official and unofficial) and staff members aware that the WH&B program name, logo, and other brand elements are valuable assets and, like all assets, must be managed and protected.

"Mustang" must stand for a horse that has traits consistent with domestic life.  A "wild Mustang" should be considered an oxymoron.  An American Mustang should be reserved for a horse that has been gentled, and a wild horse should refer to a horse that has not been handled.  Once an advertising agency is in place and can serve as a "clearing house" for advertising and communications, these inconsistencies can be removed from the language used by the WH&B program staff and, hopefully, that of the partners.

Brand management, in addition to the development of an overall marketing, communications, crisis management plan, and social media plan, must be coordinated through a professional advertising and communications agency.  The ability to create and coordinate an appropriate and comprehensive plan cannot be accomplished within the structure of the WH&B program.  The required skills and ability to react immediately to market conditions require a streamlined organizational structure.

It was suggested that a positioning statement be tested.  This is clearly logical and should be conducted through the Mustang Heritage Foundation (MHF).

Various recommendations for positioning statements (i.e., living legend, freedom and spirit, etc.) are not consistent with the adoption element of the WH&B program.  It feels uncomfortable to say that wild horses represent freedom and spirit when the WH&B program is, euphemisms aside, about gathering horses and breaking them.   The positioning statement should highlight the value of the Mustang.  A good advertising agency can craft a positioning statement that differentiates Mustangs from domestic horses and extolls the virtues of Mustangs.

With respect to the registry: "In 2015, NAMAR became the official Mustang Registry of the Mustang Heritage Foundation (per the NAMAR website)."  This information needs to be shared with adopters.



BLM_002532

# Public Relations/Marketing/Outreach

| Recommendation | Source |
|---|---|
| **Increase public involvement** | Participatory decision-making processes foster the development of a shared understanding of the ecosystem, an appreciation for others' viewpoints, and the development of good working relationships. Thus, BLM should develop an iterative process between public deliberation and scientific research and codesign the participatory process with representatives of the public (National Research Council 4). |
| | This plan [The Secretary's Wild Horse and Burro Initiative: A Plan for Public Engagement] recommends an explicitly phased approach to public engagement that communicates an ongoing commitment to stakeholders and potential partners that BLM will not go it alone and envisions engagement with stakeholders over the long term as an explicit element of a foundation for a sustainable Program (Harty 21). |
| | Influence the influencers:  To make true inroads into the horse industry, BLM must communicate the value of the wild horse and the program to influentials within the horse industry (Fleishman-Hillard 53). |
| | The Fleishman-Hillard report contains an in-depth educational outreach plan that contains a speakers' bureau, vocational education outreach, K-12 curriculum program, and Mobile Mustang Tour. |
| **Coordinate ongoing internal education and training** | Recommend BLM staff be trained in customer service on an ongoing basis and communication be in a non-government style.  Make the adopter feel connected to the community (La Salle 2). |
| | It is recommended that the marketing team present the plan each year during the annual meetings of the horse specialists and public affairs groups.  The first year, it would be helpful to not only introduce the National Marketing Team, but to generate some enthusiasm for the plan by initiating either an internal incentive program or provide some unifying handouts such as fashion clothing with logos or some valuable premiums (Fleishman-Hillard 58). |
| | We recommend the National Marketing Team build and manage a News and Information Bureau in year one and operate it on an ongoing basis to serve as the backbone of all public relations outreach about the WH&B program (Fleishman-Hillard 87). |
| | Prepare briefing materials to educate internal audiences about the program's mission.  The briefing materials should include the strategic plan, a summary of the communications plan, a S.W.O.T. (strengths, weaknesses, opportunities, and threats) analysis and |



BLM_002533

| | |
|---|---|
| | press clips.  The team can also offer opportunities for DOI officials, Members of Congress, and their staffs to become involved with the program through public events and press interviews (Fleishman-Hillard 101). |
| **Conduct horse event outreach** | Target potential adopters in venues where they assemble around the country to communicate our messages about the value of the wild horse.  This strategy includes both stand-alone activities that create opportunities to educate target audiences, and activities scheduled in conjunction with adoption events (Fleishman-Hillard 53). |
| **Execute coordinated media outreach programs** | A decision to attend an event, and possibly adopt a horse, requires a fair amount of preparation on the part of the potential adopter: preparing home facilities, getting pre-qualified, arranging personal schedules to attend the event, and so on.  BLM must get the word out early—a minimum of 12 weeks in advance—and with enough frequency to attract interest, and allow our target audience enough time to prepare to attend the event.  All possible channels of communication must be used, from media outlets to direct mail, flyers, posters, and the Internet (Fleishman-Hillard 67). |
| | 📊 The Fleishman-Hillard report contains a 6-page turnkey adoption event promotion template. |
| **Promote the national toll-free number** | We feel the toll-free number should be included in all advertisements, press releases, brochures, and other program information publicly distributed, much in the same way that companies list their Websites now on all information.  Staff who man the toll-free line should be completely conversant about the WH&B program and keep a log of interested parties—names, addresses, phone numbers, e-mail address—that should be entered into a database to use for future mailings/communication about adoption events (Fleishman-Hillard 91). |
| **Institute a national PR Internship Program** | We recommend the National Marketing Team establish and coordinate the PR Internship Program, working in close cooperation with Public Affairs Specialists in the field offices for their input on specific needs (Fleishman-Hillard 92). |
| **Construct a visitor's center** | We recommend BLM begin to investigate the possibility of establishing a visitor's center at Palomino Valley and/or Lorton, VA (Fleishman-Hillard 98). |
| **Establish a national WHB club** | Establish a National Wild Horse & Burro Club as the preeminent national organization for wild horse and burro owners…Investigate the possibility of developing a magazine of the WH&B National Club to be published quarterly (Fleishman-Hillard 83). |



| **Establish partnerships with national retailers, media sources, universities, and other allies** | An exclusive partnership with a national retailer will significantly boost our other efforts to promote the WH&B program to a wider national audience, create a community of support, and provide a new market outlet for adoption challenged animals (Fleishman-Hillard 93). |
|---|---|
| | We believe that the WH&B program should capitalize on the built-in advantage of its federal status by seeking to develop an exclusive relationship with a national broadcast network (Fleishman-Hillard 94). |
| | We recommend the National Marketing Team build into its structure some formal capability for evaluating the public affairs impact of each activity and executing public affairs efforts for the purpose of maintaining and building public and political support (Fleishman-Hillard 99). |
| | Ally development is an integral part of any public affairs effort. Again, we recommend that some point of accountability and responsibility be created within the National Marketing Team to bring focus to ally development (Fleishman-Hillard 100). |
| | Seek corporate sponsors like Wild Horse Winery or Pet Smart (Glenn et al. 26). |

# GLM Commentary

The recommendation for customer service training is still extremely relevant and is the foundation for many recommendations to be offered by GLM.

The previous recommendation for a National Marketing Team addresses the need for a coordinated marketing approach.  GLM's recommendations for a coordinated marketing approach focuses on contracting to a **full-service public relations/communication/marketing/crisis management/ advertising agency** and outsourcing these activities.  A staff marketing coordinator can oversee the vendors.  The many PAOs can take direction from the agency.

Recommendations for internal communications are still extremely valid.  An internal communications plan needs to be developed and given maximum support by BLM leadership.

Recommendations for outreach are also still valid, but GLM recommends execution through an assistance agreement or contract.

The comment that adopting a horse is not an impulse decision is correct in most cases.  Advertising for satellite adoptions needs to be months in advance of the event to attract **new** buyers.

To the extent that internships are appropriate to meet the personnel development goals of government agencies, the recommendation could still be valid.  Based on interviews with POA officers, GLM does not support this recommendation as a way to market the WH&B program.  POA officers have not been trained to optimize marketing and advertising channels for satellite adoptions.



Visitor centers have significant potential to increase awareness of the WH&B program.  However, the investment in infrastructure and personnel training could easily outweigh the benefits.  Furthermore, the focus of most of GLM's recommendations are to increase exposure to the program in the eastern states.

GLM does not endorse establishing another "club" since several already exist.  GLM recommends that the WH&B program **support the existing organizations**.

Recommendations to develop partnerships and get major sponsorships are still relevant.  However, these efforts require significant expertise and the ability to respond quickly.  GLM recommends that the WH&B accomplish these tasks through contracts or existing partnerships.



BLM_002536

# Training

| Recommendation | Source |
|---|---|
| **Train more animals** | Increase percentage of trained animals available for adoption (La Salle 1). |
| **Partner with colleges to make training programs** | University and College Equine Program Contracts – BLM's participation in university and college equine training programs could vary widely depending on the particular college or universities curriculum, facilities, staff, and student population.  However, a recent proposal by the University of Nevada at Reno (UNR) can serve as an example of how a university or a college equine training program might work under this option.  Under UNR's recent proposal, students would train a small number of wild horses (8-12) as part of their course work each year.  Trained horses would then be showcased at a horse show in the spring and offered for adoption to qualified adopters.  Under the UNR proposal, BLM would contribute funding to develop and maintain an equestrian training center and would also pay a training fee to the University, together with any veterinary or other miscellaneous health care expenses which might be incurred.  As alternative(s) to UNR's proposal, BLM proposed a fee arrangement in which the University would keep any proceeds above the $125 adoption fee when the animals are adopted, or alternatively, a flat training fee roughly equivalent to BLM's cost to feed and care for the animal during the training period (about $2.50 per feed day) (Glenn et al. 17). |

## GLM Commentary

GLM strongly agrees that increasing the number of trained animals is vital to the success of the adoption program.  Correctional facilities, universities, etc., all are possibilities.  However, GLM recommends focusing on developing assistance agreements to develop the partnerships.  GLM also recommends furthering commitments to existing training programs (i.e., MHF TIP program).



BLM_002537

# Adoption Events

| Recommendation | Source |
| --- | --- |
| **Pre-Screen Horses** | Potential adopters need more information about each horse, to increase the horse's market appeal and to reduce returns.  This can be done by a "pre-screening evaluation" of each horse before it is offered for adoption, most likely by a TIP trainer.  Each horse would be rated in a number of industry-accepted categories, including temperament, attitude, conformation, movement, etc ("Milk Run" 2).<br><br>Be more selective when placing horses and more candid about the challenge and time it takes to train them (Koncel and Rutberg 46).<br><br>Pre-screen animals to make sure they are adoptable (BLM 1). |
| **Do not use competitive bid auctions** | There should be three adoption options, with an increasing level of TIP trainer involvement post-adoption, and a higher adoption fee to cover TIP Trainer costs ("Milk Run" 6). |
| **Do not hold satellite adoption events** | Rather, hold internet events until enough horses are adopted to fill a truck, then make deliveries to the closest TIP trainer facilities or to the adopters ("Milk Run" 7). |
| **Use fee structures** | BLM should charge a deposit (base $125 fee) to potential adopters, and require the balance due before the horse is shipped.  Shipping fees should be determined by regional zone and added to the adoption fee ("Milk Run" 7).<br><br>Require adopters to make a deposit so we don't ship animals that don't get picked up (BLM 1). |
| **Screen satellite adoptions** | Cost benefit analysis should be done as part of deciding to have each satellite adoption (BLM 1).<br><br>The State Wild Horse and Burro Lead and Public Affairs Specialist will use GIS information to evaluate markets and pick potential sites. Once selected, the Public Affairs Specialist, in conjunction with the State Wild Horse and Burro Lead, will review the data to select the event location ("National Adoption Plan" 2). |
| **Improve Electronic Adoption Offerings** | Have a national website for internet adoptions and measure cost versus performance (BLM 1).<br><br>Electronic Media Adoptions – This option would issue a RFP for contractor sponsored electronic adoptions (these could include internet, video, satellite television, tag-on events in association with other contractor-sponsored events/activities (e.g. livestock auctions, Rand rodeos, etc.).  Under this option, potential bidders could submit their bid based on the number of animals they think they can |



BLM_002538

| | adopt in a specific region of the country and their plan for accomplishing this number of adoptions using various electronic mediums (Glenn et al. 11). |
| --- | --- |
| **Establish more adoption facilities** | With all criteria [listed on pages 20-21], the following list of locations is an exhaustive compilation of potential adoption facilities (Fleishman-Hillard 22).<br><br>📊 The Fleishman-Hillard report contains 27 pages of potential adoption event locations for the BLM to consider.<br><br>Establish adoption facilities to serve Eastern US (BLM 1). |
| **Develop a virtual adoption program** | Our idea is for those horses and burros that are unlikely to be adopted yet still need support on one of the program's ranches, allow a visitor to the site to take a stake in the future of the horse or burro by contributing to that animal's future (Fleishman-Hillard 92). |

# GLM Commentary

The recommendation to pre-screen horses before they are sent to satellite adoptions is clearly valid. Sending a horse that is highly unlikely to be adopted is inappropriate. However, rating the horses is not a recommendation that GLM can support.

GLM does not support the removal of competitive bid adoption events.

GLM does not support the use of internet adoptions only, but does support more selective use of satellite adoptions.

Several issues need to be addressed in the fee structure; however, GLM does not advocate charging for transportation. Our recommendations include additional options for free transportation.

GLM strongly advocates for a more scientific approach in selecting satellite adoption locations. However, GLM believes a more opportunistic approach is needed rather than data analysis.

GLM strongly recommends contracting for internet adoption services. Internet adoptions are not optimized and the internet adoption site is technologically outdated.

Establishing additional adoption locations in the east is necessary, but the locations should be storefronts operated by TIP trainers. The horses must be near trainers to meet the objective of having more trained horses available for adoption.

A virtual adoption is a solid concept and GLM supports this. However, it will need to be developed and managed using an assistance agreement or contract.



# Post-Event Support

| Recommendation | Source |
|---|---|
| **Limit new adopters to one horse** | New adopters should be limited to one horse.  Offering the second horse for $25 incentivizes people to bite off more than they can chew (Koncel and Rutberg 50). |
| **Provide support to adopters** | Conduct in-person compliance checks.  Provide additional support to adopters—connect them with opportunities for education and connect them with a network of adopters.  Many adopters felt isolated (Koncel and Rutberg 49). |
| | We recommend the establishment of a National Wild Horse Mentor Network with coordination on a national level…training and educational updates must be a big part of the program system (Fleishman-Hillard 74). |
| | Another challenge facing wild horse adopters once the animal arrives home is finding such resources as trainers, veterinarians and farriers.  The national coordinating office will develop a database of providers by region and the information will be shared with adopters both during the adoption process and through follow-up communications (Fleishman-Hillard 75). |
| **Speed up titling timeline** | Shorten the adoption probation period and shorten the time it takes to issue titles (BLM 1). |
| **Create small adoption contracts** | BLM would solicit contractors from the list of previous adopters.  Contractors would have to be previous successful adopters.  They could take as few as one and as many as four of the "left over" horses that were not adopted at satellite adoptions, or they could make arrangements to pick up horses at a BLM facility.  The contractor would feed and care for the horses and be responsible for getting them adopted.  When the horse is adopted the contractor would be paid a set fee or alternatively his/her bid price (Glenn et al. 14). |

## GLM Commentary

GLM **does not** recommend restricting new adopters to one horse since this requires a searchable database, screening consistency, and justification.  Furthermore, the cost to attend an event and transport the horses may not be justified for one horse.  Other issues are significantly more relevant and pressing.

Adopters absolutely need more support.  The WH&B does not need to add support mechanisms, but it must provide information to adopters.  An adoption folder with relevant materials is needed.  GLM recommends that the MHF should be responsible for maintaining a resource directory that is available to all adopters and TIP trainers.



GLM strongly agrees that a 12-month waiting period to receive a title is not consistent with the trend toward making more trained horses available for adoption.  Compliance checks are inconsistent between states further suggesting that the 12-month waiting period should be reviewed.

The concept of small contractors can be handled through MHF storefronts.



# Organizational

| Recommendation | Source |
|---|---|
| **Centralize operations, scheduling, and marketing** | There are many benefits to organizing adoption events on a centralized national schedule that tie directly back to our objectives. First, it allows BLM to look at the country as a whole and organize the schedule of adoptions with regard to factors such as market potential, seasonality, and regional events like endurance ride competitions, rodeos or fairs, thus increasing event visibility, logistics and efficiency.  A national schedule also makes it easier to coordinate advertising and create promotional opportunities around an adoption event, such as trainer demonstrations and trade show exhibits, which build attendance and increase overall awareness of the program (Fleishman-Hillard 52). |
| | A centralized team dedicated to executing certain marketing and advertising functions on a national level will best serve the WH&B program…It appears that BLM can ill afford to go forward without establishing the in-house expertise needed to raise the visibility of the WH&B program to a level that will support the amount of increased adoptions needed to achieve AML.  Therefore, we strongly recommend that BLM take the steps necessary to establish an office whose sole purpose it is to promote successful adoptions of wild horses and burros (Fleishman-Hillard 55). |
| | Event Promotion Contracts – Under this option, BLM would contract event promotion activities for satellite and facility adoptions.  Event Promotion Contracts could be either national or regional.  If the contract was national, the WO Marketing Team would be the COTR.  If the contract was regional, either the BLM State Public Affairs Specialist or the local Wild Horse and Burro Staff would be the COTR.  The key thing would be to have BLM and the Contractor work together to coordinate promotion activities…The Event Promotion Contract could also be administered through a non-profit 501(c)3 organization.  The BLM could use a Cooperative Agreement to transfer money to the non-profit, and the non-profit would be responsible for coordinating the promotion of the adoption events (Glenn et al. 5). |
| **Establish a National Wild Horse & Burro Foundation** | Establishment of a non-profit entity would go far to maximize promotional opportunities proposed in this plan, as well as create new opportunities to raise the visibility of the WH&B program.  In particular, a foundation would allow BLM to easily develop fund raising and philanthropic outreach programs with private-sector companies (Fleishman-Hillard 98). |
| **Outsource Adoptions** | There has been interest expressed in pursuing a business model (for profit) approach to wild horse and burro adoptions.  Many feel this |



| | |
|---|---|
| | would lead to adopting more animals at less cost than the government sector (Glenn et al. 8).

This option would issue a RFP for an adoption-contractor pilot project in a region of the country where potential adoption markets exist, but have not been currently tapped by BLM to any significant extent.  Another alternative would be to target contractor adoptions to replace BLM adoptions in states with very high unit costs.  Under this option, potential bidders could submit their bid based on the number of animals they think they can adopt in a particular or designated region of the country and present their plan for accomplishing this number of adoptions.  Alternatives to this approach could include: (1) BLM requesting bids for a specific number of animals and the BLM facility the contractor will pick animals up from (e.g. 500 head to be picked up from the Elm Creek facility) or (2) BLM requesting bids for a range of numbers and optional BLM facilities the contractor can pick animals up from (e.g. 500-1000 head, to come from SLC, Elm Creek, or Paul's Valley facilities) (Glenn et al. 8). |
| **Develop a volunteer program** | Recommended developing a strong volunteer program that allows for people that cannot adopt to still assist in an outreach capacity.  Referenced the BLM-CA Volunteer Pilot Program (La Salle 2).

BLM can help by building a network of support around new adopters—volunteers to help BLM staff adoption events and answer questions; mentors to provide expert advice once new adopters bring their animals home; and resources like databases of trainers, veterinarians, and farriers around the country (Fleishman-Hillard 52).

A program that outlines where and when volunteers should be used on a standardized basis must be initiated (Fleishman-Hillard 67). |

## GLM Commentary

Satellite adoption marketing and hosting activities need to be centralized, and protocols need to be in place for each state to follow.  Opportunities definitely exist to create fewer, larger adoption events which are handled by event management companies.  Outsourcing all of the adoption activities is a logical approach.  BLM staff are experts in animal management but not in event management.  GLM does not support recommendations that require involvement from the BLM beyond transporting and managing the horses during an event.

Additional foundations are not needed.  Potentially identifying the well-run organizations and increasing the partnership level could be justified for specific initiatives.  The creation of the MHF has been the single-most impactful change for adoptions.

It is vital that the WH&B program create volunteer programs across the US.  These programs should be created and managed through an assistance agreement in which the WH&B staff request volunteers from the "Program" and the "Program" supplies the **trained** volunteers.  Note that the concept of building support networks is endorsed and discussed in an earlier section.



# Herd Management

| Recommendation | Source |
|---|---|
| **Establish management practices to limit population growth** | BLM's removals hold horse populations below levels affected by food limits.  If population density were to increase to the point that there was not enough forage available, it could result in fewer pregnancies and lower young-to-female ratios and survival rates.  Decreased competition for forage through removals may instead allow population growth, which then drives the need to remove more animals (National Research Council 3). |
| **Use PZP, GonaCon, and chemical vasectomies to effectively control population** | The most promising fertility-control methods for free-ranging horses or burros are porcine zona pellucida (PZP) vaccines and GonaCon™ vaccine for females and chemical vasectomy for males…Although applying these methods usually requires gathering horses and burros, that process is no more disruptive than the current method of population control—gathering and removal—without the further disruption of removing animals (National Research Council 3).<br><br>Consider the use of vasectomy for population control as well as gelding, spaying, PZP, or other similar drug controls ("Steering Committee" 2). |
| **Record disease information** | Recording the occurrence of diseases and clinical signs would allow BLM to monitor the prevalence of genetic conditions that affect population health.  Such data have not been recorded and integrated to date.  Surveillance of these mutations would be possible if blood or hair samples are collected during gathers (National Research Council 3). |
| **Develop transparent standards for AMLs** | How Appropriate Management Levels are established, monitored, and adjusted is not transparent to stakeholders, supported by scientific information, or amenable to adaptation with new information and environmental and social change.  Appropriate Management Levels are a focal point for controversy between BLM and the public.  Standards for transparency, quality, and equity are needed in establishing these levels, monitoring them, and adjusting them.  Data and methods used to inform decisions should be scientifically defensible, and the public should be able to understand the methods used and how they are implemented and to access the data used to make decisions.  Appropriate Management Levels should be adaptable based on environmental change, changes in social values, or the discovery of new information (National Research Council 4). |
| **Establish additional non-reproducing herds** | Establish a non-reproducing herd or herds on a(n) existing HA(s) or HMA(s) where horses are not currently present ("Steering |



BLM_002544

| | Committee" 1) |
| | Consider eco-tourism as possible joint effort enterprise to support this program…Investigate the possibility of the use of other appropriate federal land for the purpose of non-reproducing herds ("Steering Committee" 2). |

## GLM Commentary

Herd management issues are outside the scope of the GLM contract.  However, to the extent that these issues impact opinion, it is vital that BLM, and especially WH&B staff and volunteers, understand the facts and can answer questions correctly.  WH&B staff need to be given talking points so they don't inject their personal opinions.



BLM_002545

## Sources

BLM, Division of Evaluation Management Services. "Internal Review of the Wild Horse and Burro Adoption Program." 2014. Print.

Fleishman-Hillard, Inc. "A National Marketing Plan for the Bureau of Land Management's Wild Horse & Burro Program." 12 January 2001. Print.

Glenn, Don, and Sally Spencer, Lili Thomas, Randall Anderson, Patrick Williams, Susie Stokke. "Adopt-A-Horse Program: Possible Options for Implementing Private Contractor Adoptions." October 2004. Draft.

Harty, J. Michael, and Kearns & West. "The Secretary's Wild Horse and Burro Initiative: A Plan for Public Engagement." U.S. Institute for Environmental Conflict Resolution. 26 April 2010. Print.

Harvey, Timothy. "Steering Committee formation to study the feasibility of establishing non-reproducing herds in existing HAs and HMAs." Draft.

---. "The Milk Run." BLM Wild Horse and Burro Advisory Board. Draft.

Koncel, A. Mary, and Allen T. Rutberg. "Catching the Spirit: A Study of Bureau of Land Management Wild Horse Adopters in New England." Routledge, Cummings School of Vet Medicine, Tufts University. 10 Jan 2012. Print.

La Salle, Diana & Associates. "Moving Animals into Private Care: Repositioning The Mustang Horse To Increase Adoptions Within The U.S. Horse Industry." 21 February 2005. Print.

"National Adoption Plan." Bureau of Land Management. August 2005. Print.

National Research Council. *Using Science to Improve the BLM Wild Horse and Burro Program: A Way Forward*. Washington, DC: The National Academies Press, 2013. Print.



BLM_002546

# Bureau of Land Management

**Sept 2016**

## Wild Horse & Burro Program

*GLM 15112*

Demand and Private Placement Research



BLM_002547

# Warning



- No silver bullet exists; the impact of implementing any of these recommendations requires acknowledgement that **changes throughout the organization are needed.**

- Each new recommendation does NOT need a committee, it needs to be tried for at least six months.

- **Accountability** needs to replace **autonomy**. Somebody needs to be empowered to say, FIX IT.

- BLM/WH&B program limitations make it necessary for **outsourcing nearly every creative solution** (i.e., get out of the way and subcontract).

- The role of the WH&B staff (on the private placement side) needs to be to **manage contracts and agreements**.

- **Remember, that during the hour in which you review and discuss this report today, the American public will be responsible for two more wild animals.**



BLM_002548

2

# Most staff suggest that improved event management and offering more trained animals will increase private placement



*What suggestions do you have to **increase the number of animals** adopted at your adoptions?*

| Event Management (30 comments) | More Trained Animals (20 comments) | Marketing/ Advertising (18 comments) |
|---|---|---|
| **Involve positive, trained personnel and showcase horses** | **More trained animals means easier adoptions** | **Increase advertising and expand to other markets** |
| Have personnel who have good people skills, who are knowledgeable about the animals, and who want to be at the adoptions. | Halter-trained and gentled animals are much more appealing to the public/easier to place. | More outreach is definitely needed, and to wider markets. Assistance with all our different media outlets; radio, TV, social media, the local newspapers, online forums, local horse groups, etc. |
| More adoption demonstrations on gentling techniques on both horses and burros. Showcase previous happy adopters' horses. | We need to streamline the adoption/sales process. | I think our market is saturated and they should be moved to larger population bases. |
| More fully funded wild horse positions. Managers are reluctant to release personnel for WH&B events when they have full workloads in other areas. | Continue to include videos of the animals and specific descriptions of their potential. | Continue to spread the work via the internet and social media. |
| | Sending only the most desirable animals. | Use success stories as promotional tools. |

BLM_002549

# Executive Summary



GLM conducted in-depth research to analyze the private placement elements of the WH&B program.  Barriers to increased private placement include the following.  Recommendations to address these issues are detailed in this report.

- WH&B staff are responsible for handling integral elements of private placement and are not equipped to handle the tasks. These deficiencies range from technical skills, logistical expertise, marketing expertise, crisis management, etc.  The statement is not meant to criticize but is meant to create awareness that **staff members have been put in positions in which they have received no training**.  It is illogical to attempt to train staff members when outsourcing and contracting for the skill sets would be significantly more cost effective.  This allows the staff to focus on resource management (which is more likely within their skill set).

- The WH&B brand has not been managed and now has no equity.  A marketing program must have a defined brand and market position.

- The MHF has significant potential to be agile and responsive— what the WH&B program cannot be as a federal agency.  This relationship, and its highly committed constituencies, need to be leveraged.  New programs, such as adopter clubs, additional storefronts, and trusted trainer programs should be created within their structure.

- The WH&B program is a marketing organization, and as such needs to hire an event management firm, advertising agency, website developer, and other technical assistance.  Marketing is being confused with advertising and is not focused on growing the market. The cost of these contracts, relative to boarding animals for their lifetime is clearly justified.

- Successful partnerships exist and the model can be extended to other potential affiliates.  BLM needs to utilize staff who understand how to develop partnerships and identify other opportunities.  Priority needs to be given to programs that train animals and create demand for animals.

- All staff working with the public need ongoing customer service training.

- All BLM and WH&B staff need to be prepared to answer questions from the public about the program.  Given the controversial nature of the program, talking points need to be given to staff. BLM staff and MHF constituents (as well as other partners) need an access point so their voices can be heard. Many staff members and other engaged with the program want to offer input but do not have a channel to do it.

BLM_002550

4

GREAT LAKES MARKETING RESEARCH

# Basic Concerns

UNITED STATES
[DEPAR]TMENT OF THE INTERIOR
[BURE]AU OF LAND MANAGEMENT
[AD]OPTION OF WILD HORSE(S) OR BURRO(S)

FORM APPROVED
OMB NO. 1004-0042
Expires: February 28, 2011

First Name: LENNOX
Middle Initial: M

[...address on page 2)
City: SWANTON
State: OHIO
Zip Code: 43558

State: OH
Birth Date: 4/10/1962
Social Security Number or Tax Identification Number

Alternate Phone (Include area code)
E-Mail Address: lennox_mitch @ yahoo.com

[...mo]s.) 1 Horses (Older than 18 mos.)______ Geldings______ Trained Animals ______

[a]nd transportation:

[U]NITED STATES
[DEPARTM]ENT OF THE INTERIOR
[O]F LAND MANAGEMENT
[ADOPT]ION OF WILD HORSE(S) OR BURRO(S)

FORM APPROVED
OMB NO. 1004-0042
Expires: March 31, 2014

First Name
Middle Initial

[...addre]ss on page 2)
City
State
Zip Code

Note that the form expiring in 2017 was not at events GLM attended.



GREAT LAKES MARKETING RESEARCH

# Basic Concerns

These flyers do not have uniformity. The public needs to recognize the flyers and associate them with the program. A consistent format and professional appearance are mandatory to establish and protect the brand. Photos of the backside of a horse or a dirty set of teeth do not encourage adoptions. Photos need to show a horse with an owner, together.







GREAT LAKES MARKETING RESEARCH

Website

A concerted effort is needed to constantly manage messaging so it is all consistent. All communication tools should be aligned.



Riverton

Missing: WH&B Poster

Basic and obvious marketing opportunities are missed because nobody is held accountable for the marketing.

BLM_002554



## Public can view the horses Saturday at Cornell



Horses and donkeys are in Ithaca looking for new homes, and visitors have come from all over the East Coast to look at them.

The Bureau of Land Management, of the United States Department of Interior, has brought 30 wild horses and donkeys to the Oxley Equestrian Center at Cornell University, hoping to have them adopted and taken to new homes.

Ithaca, New York

BLM_002555





Note the improper use of the logo and additional tagline, "Do something wild...adopt"



Volunteer table in Ithaca, NY.



BLM_002555

# Marketing is a way of thinking



**Marketing requires a fundamental shift in how you think. The WH&B program needs to think about marketing in a whole new way**



BLM_002557

11

# 1 Separate Management of Resources and Marketing of Animals



## Fact

- **The WH&B program was structured to handle the priorities that were relevant in the seventies.  The structure is no longer relevant.**



Resource Management — On Range

Private Placement — Off Range

BLM_002558

12

# Expertise and manpower is needed in a variety of capacities; most staff need help with basic event planning tasks

*What areas of expertise or manpower are most needed to support your team with adoption events?*



Ironically, having the right forms is not perceived as a problem; however, outdated materials are commonplace at many adoption events.



**n=72**

*Aided; respondents were allowed multiple responses.*



# The full spectrum of promotional support is needed; all staff need some support in at least one area

*What additional support from the Washington WH&B staff do you feel would be beneficial to help with advertising adoptions?*

Given that the need extends across all respondents, a national effort is needed to create economies of scale and consistency.



| National advertising support | Writing or placing radio advertising | Social media support | Templates for flyers | Taking pictures and video | Expertise to help with media relations | Manpower to help post flyers | Help writing press releases | Other |
|---|---|---|---|---|---|---|---|---|
| 56% | 44% | 41% | 34% | 33% | 31% | 16% | 11% | 25% |

**n=64**

*Aided; respondents were allowed multiple responses.*



# Staff say advertising is the greatest weak point for adoptions

*Thinking about the adoptions you have been to, **in your opinion**, how much do you agree or disagree with the following statements? [Scale of 1-7 where 7 is significantly agree and 1 is significantly disagree]*



| Statement | Significantly Agree (7) | Agree (6) | Slightly Agree (5) | Neutral (4) | Disagree (3, 2, 1) |
|---|---|---|---|---|---|
| The location for the adoption was well suited for public viewing of the horses and public access | 19% | 55% | 7% | 12% | 7% |
| The personnel working at the adoption events were knowledgeable and customer-service oriented | 32% | 32% | 14% | 11% | 12% |
| The public was provided an appropriate level of education about the WH&B program at the adoption | 11% | 34% | 18% | 16% | 22% |
| The quality and diversity of animals were appropriate to meet the needs of those wanting to adopt horses | 7% | 37% | 16% | 14% | 27% |
| The adoption event was advertised well | 4% | 22% | 20% | 15% | 39% |

■ Significantly Agree (Rating of 7)  ■ Agree (Rating of 6)  ■ Slightly Agree (Rating of 5)  ■ Neutral (Rating of 4)  ■ Disagree (3, 2, 1)

**n=95**

BLM_002561

15



# 2 Treat the Brand like an Asset

## Fact

- **The majority of horses adopted are trained. Greater public interest exists in trained animals.**

- **A brand is an asset and must be controlled and managed.**

- **The horses shown at adoptions create the brand image.**





These were available at several locations but are outdated; creating brand confusion.



# WILD HORSES AND BURROS – AMERICAN LIVING LEGENDS



The public lands of the western United States are diverse, ruggedly beautiful, and majestic – as are the horses and burros that live there. Wild horses are born with the colors of the land upon them – the browns, reds, blues, dapple grays, and snowy whites – all of which reflect nature's paintbrush.

Today's free-roaming horses (Equus caballus) and burros (Equus asinus) are descendants of domestic animals brought by 16th-century Spanish explorers and of later animals that escaped from or were released by Native Americans, U.S. Cavalry units, and immigrants. Modern free-roaming horses and burros are, therefore, technically described as *feral* – descended from domestic animals but no longer under human control – rather than *wild*. Many people also refer to the horses as mustangs, which is 1800's Americanized slang for the Spanish word *mesteño*, meaning "stray."










"Wild Mustang"

He's desert bred, he's underfed, and tough as a piñon tree.
No cowboy pals or pole corrals, just wild and runnin' free.
No thing of beauty, most would say, but beauty's hidden there.
It's in the blood of a rangy stud, and the heart of a mustang mare.

Robert Wagoner

U.S. Department of the Interior
Bureau of Land Management

As the marketing position is updated, it is vital that all locations (all touch points) are updated and consistent with the marketing plan.

BLM_002563









So many images, logos, messages, and market positions exist at one event that the public is confused. Is it an adoption? A celebration? Where do I go for factual information?



BLM_002564





Some events are "shows" but the ultimate goal is to showcase the American Mustang.  Make the mission of the EMM events clear so it fits the mission of the adoption program (i.e., is "Train. Adopt. Attend." the role of the public or the trainer.  Maybe the role for the public is "be amazed then adopt").



BLM_002565

# 3 Concentrate Placement and Marketing Efforts


GREAT LAKES
MARKETING
RESEARCH

## Fact

- **The market demand is for trained animals.**

- **The BLM is not agile and cannot respond to market demand. It must optimize partnerships.**

- **The MHF is meeting the objective of moving animals in private care.**



BLM_002566

20



# **4** Mandatory Briefings and Q&A Sessions



## Fact

- **Several examples exist that reinforce the need for a PR professional to interface with the media.**

- **From a BLM staff member at an adoption event:**

- **Staff are not able to answer the question:  What is the equity in the WH&B brand?  What does it stand for?**

> *"I hope the horses get adopted today because if they don't, the WH&B folks could kill them, and they don't want to have to do that."*

BLM_002567

21



# 5 Create an American Mustang Companion Club (AMCC) (Adopter Support Group)

## Fact

 **Adopters are the best advocates.**



BLM_002568

# ⑥ Create a Trusted Trainer Program


**GREAT LAKES MARKETING RESEARCH**

## Fact

- **The sale authority program is underutilized.**

- **The sale program vs. the adoption program is illogical. The animals needing the most protection are given the least protection (i.e., are sale eligible).***

- **Training and buyer reputation are the greatest safety nets.**

> BLM>Wild Horses and Burros>Adoption Program>Sale Program
>
> ### Wild Horse and Burro Sale Program
>
> Under a December 2004 amendment to the 1971 wild horse law, wild horses and burros over 10 years old – as well as younger ones that have been passed over for adoption at least three times – are eligible for sale, a transaction in which ownership passes immediately from the Federal government to the buyer. Since that amendment took effect, the BLM has sold more than 5,800 wild horses and burros. *(Note: It has been and remains the policy of the BLM not to sell or send any wild horses or burros to slaughter.)* Proceeds from the sale of eligible animals are used for the BLM's wild horse and burro adoption program, as directed by Congress under the sale-authority amendment.

*For example, three-strike and older horses are more likely to be taken to slaughter but are given the least protection because they are sale eligible. Trained and young horses are adopted, rather than sold, to "protect" them for a year. However, these are the most desirable animals already and least likely to be taken to kill barns. The age and training are enough protection. These are the animals that should be sale eligible.

BLM_002569

23

# Less than half have sale eligible horses at their events; a variety of personal reasons exist for not offering them



*Do you have sale-eligible horses at your adoption events?*



Reasons not to have sale eligible horses:

- "I strongly believe that you should not mix sale-eligible animals with adoptable animals. It creates confusion."
- "It takes away from the adoption of wild horses."
- "The program is too much for one person to handle."
- "The State Director for the NM region will not allow staff to sign a bill of sale."
- "Demand is low for older horses."
- "I don't know why."

**n=72**

BLM_002570

24

# The majority agree that sale eligible horses should be available; others question if demand exists



*Do you think sale-eligible horses should be available at adoption events?*



"I think they should, but they need to be advertised so that people know they will be available."

"I think it would confuse an already easily confused public to explain why one is for sale and not the other, and what rules they have to follow."

"No demand for them, not many people want aged horses."

"Trained animals at a EMMs are perfect for sale because it's the more traditional horse market buyer that acquires those animals. That audience understands the 'true' horse market where thousands of animals are bought and sold every day."

**n=72**

BLM_002571

# The staff is open to changes in the sale program

*How much do you agree or disagree with each statement related to the sale program? [Scale of 1-7 where 7 is significantly agree and 1 is significantly disagree]*





| Statement | Significantly Agree (7) | Agree (6) | Slightly Agree (5) | Neutral (4) | Disagree (3,2,1) |
|---|---|---|---|---|---|
| Official titles should be given to purchasers of sale-authority horses | 25% | 39% | 4% | 21% | 11% |
| The age for sale authority horses should be lowered | 29% | 24% | 6% | 25% | 17% |
| Horses shown at Extreme Mustang Makeover events should be sold rather than adopted | 25% | 26% | 3% | 26% | 20% |
| The sale program should be carefully expanded to reduce the burden of compliance checks related to adoptions | 21% | 24% | 10% | 25% | 21% |
| Individuals who have been thoroughly vetted and have a relationship with the WH&B program should be allowed to purchase horses, regardless of the number of strikes | 21% | 11% | 10% | 26% | 32% |

■ Significantly Agree (Rating of 7)  ■ Agree (Rating of 6)  ■ Slightly Agree (Rating of 5)
■ Neutral (Rating of 4)  ■ Disagree (3,2,1)

**n=72**

BLM_002572

# 7 Remove All Barriers to TIP Trainers Creating Storefronts



## Fact

- **23 TIP trainers have used their facility as a pick up location or store front.\***

- **70 TIP trainers said they could (and would) establish a store front.**

*\*From the survey conducted with TIP participants*

Have you offered your facility as a MHF TIP "store front"



No, I have not, but I could 47%

Yes 16%

No, I have not and could not 37%

BLM_002573

27

# TIP people say Increasing the number of TIP horses at satellite adoption events has the most potential positive impact

*How would you evaluate each of the following with respect to its potential to impact the number of animals adopted? [Scale of 1-7 where 7 is significant positive impact and 1 is significant negative impact]*





**n=151**

BLM_002574

28

# Per TIP people, improved access to animals and increased financial reward may increase the number of horses trained



GREAT LAKES
MARKETING
R E S E A R C H

*What keeps you from training more horses through the MHF Trainer Incentive Program?*



- At capacity — 33%
- Time — 33%
- Hard to find adopters — 30%
- Limited access to horses — 30%
- Not cost effective — 22%
- Other commitments — 17%
- Not as financially rewarding — 12%
- Training domestic horses — 6%

**n=162**

*Aided; respondents were allowed multiple responses.*

BLM_002575



# A few perspectives from TIP participants to consider…

*You mentioned that **<u>not having a good experience</u>** keeps you from training more horses through the MHF Trainer Incentive Program.  Why is that?*

 "For two of the three horses, adopters asked me to get specific horses to train for them.  After spending a small fortune in gas, food, and lodging to get the horses and tons of time training those horses, they backed out without even taking the time to turn in an application.  Basically, we have to put all the expenses up front and adopters have no skin in the game, so they can just back out at any time."

"Attitudes towards trainers from the northern group is very unprofessional and rude.  We have the purest of intentions and a passion for mustangs.  I have 15 at our ranch used for therapy.  We have a huge amount of community support and the BLM treats us like criminals."

BLM_002576

30



# Per TIP participants, the primary suggestions are to increase compensation and improve access to horses

*What suggestions do you have to improve the MHF Trainer Incentive Program?*

| Help with Expenses/ Compensation (30 comments) | Variety of Horses/ Access to Horses (18 comments) | Promotion/ Advertising (14 comments) | More programs (13 comments) |
|---|---|---|---|
| Help cover incidental costs and speed up payment | More access to pickup locations and through the internet | Increase advertising and online promotion | Offer more diverse training programs |
| More money and cover vet expenses.

Direct deposit our pay or at least pay to in a timelier manner.

The trainer is responsible for all costs associated with vet care, farrier care, etc. I can't be the only person who thinks that is completely unfair.

If the mileage and vet bills could be taken care of that would be great.

Provide more money to the trainers, cover feed costs, and provide a market of approved adopters that are serious and ready. | Provide more pickup points.

Good program just wasn't fair. I was never able to pick out a horse I wanted to work with.

Just to have more info on the horses that are out there.

The ability to pick horses for TIP out of the holding facilities would increase my involvement.

Photos of potential TIP horses in the pens is immensely helpful. | More exposure by advertising for trainers and the horses they have. An online site like the BLM has to move horses to a wider range of people.

Showcase them more on the EMM FB. TIP trainers can advertise one horse a week in that thread.

Have horses available on the Internet Adoption.

Celebrity endorsement.

Video of the horses along with pictures. I like to watch them before picking one. | Offer a senior trainer division and also classes for donkeys.

Offer a few educational workshops for trainers to assist new TIP trainers in completing the process. Not just for training a horse but the paperwork requirements as well.

Look to those kids who are in clubs like Pony Club or 4-H and give incentives for them like some of the breed organizations do.

A saddle training program.

Study the principles of Learning Theory and modern animal training. |

BLM_002577

# TIP people suggest that adoption regulations, access to horses, help with expenses, & advertising should be addressed



*Is there anything the MHF or the WH&B program could do to better help you TIP more wild horses or improve your experience with the program?*

| Simplify Process/ Regulations (22 comments) | Variety of/Access to Horses/ Resources (16 comments) | Help with Expenses/ Compensation (14 comments) | Promotion/Advertising (13 comments) |
|---|---|---|---|
| Streamline paperwork and eliminate some of the red tape | Cut down travel time for TIP trainers | The cost of care eats into TIP trainers' compensation | Help trainers create awareness and connect with the public |
| Make the paperwork simple and provide self-addressed, stamped envelopes, as to where the specified paperwork needs to go. | Easier access to the horses we have to choose from and a more lenient policy on selling the horses vs adopting them. | Help with feed bill. It takes too much money to feed the horse until the adopter is approved! By time the BLM approved there's no profit made for training the horse! | Just promoting the program to help find adopters a bit easier. |
| Remove barriers and facilitate getting adoptions approved by having BLM personnel available at least 5 days a week (6 would be better). | Let us be able to have a better selection of mustangs at the BLM facility. I had only 4 geldings to choose from. The age 3 to 5. I don't train fillies. | Reimbursement for feed, while in training. | Provide contracts and options so I could make a career out of it |
| Allow me to take more horses that fit our at risk program that could be marketed on the internet or in satellite auction as well as through our program | Get the horses closer to me, or cover mileage. (4 mentions) | Reimbursement for fuel to pick up mustangs. | Having current TIP horses available promoted at corrals; TIP horse list with weekly update of available horses from their corrals. |
| | | It would probably help if there was reimbursement for travel to pick up TIP horses for those who have to travel over a certain predetermined number of miles to pick up horses. | Having a TIP section at EMMs. |

BLM_002578



# 8 Subcontract for Internet Adoption Services

GREAT LAKES MARKETING RESEARCH

## Fact

- **The internet adoption software is outdated and limits the potential of placing animals into private care.**

# Internet Adoption Destinations



*October 2010 – September 2015*



**n=468**

BLM_002580

# 9 Subcontract for Event Management Services


GREAT LAKES MARKETING RESEARCH

## Fact

- **No customer focus, or *serving the public* mentality, exists at satellite adoption events.**

- **The skills needed to create an acceptable customer experience do not exist within the teams handling the satellite adoption events.**

- **The number of animals adopted is not optimized because of this deficiency.**



BLM Office

FIRST COME, FIRST SERVE LINE BEGINS ON THE OTHER SIDE OF THE BLEACHERS BEHIND YOU.

Ithaca, NY adoption

# Staff members are working with the public at adoption events. This requires staff members be trained for this task.

*What is your role with satellite (off site) adoption events?*





**n=80**

*Aided; respondents were allowed multiple responses.*

BLM_002582

36

# 10 Require States to Set Goals for Adoption Events



## Fact



**The cost per horse adopted at a satellite adoption ranges by state. Some multi-day events result in less than 10 animals adopted. States need to be accountable for their budget.**

**11** Create Sources of Valuable
Marketing Information



**Fact**

📊 **The BLM is not using data to understand the adoption program and develop programs.**



**Quality Data = Quality Planning and Evaluation**

BLM_002584

38



# 12 Create a Site Selection and Approval Process

## Fact

📊 **Adoption sites are selected for reasons that may not align with the WH&B program goals.**



BLM_002585

39

# Adoption Rates vs Equine Population





The map shows the percentage of WHB animals adopted in each state minus the percentage of all equine in each state. Green states have adopted more wild horses and burros than expected, while red states have adopted fewer than expected. (Example: California adopts 12.3% of all WHB animals, but only contains 7.6% of all US equine.  12.3% - 7.6% = 4.7%)



# 13 Create a Ready Market

## Fact



**The public needs more information about the adoption process before attending an event.**

**The public needs more information about the horses to be shown before the event.**

BLM_002587

41

# 14 Build Relationships that Increase Exposure



## Fact

📊 **The market for all horses is shrinking. The WH&B program needs to "take" its share.**



BLM_002588

**15** Create (Streamlined) Decision Making



GREAT LAKES
MARKETING
R E S E A R C H

## Fact

**Countless recommendations for minor "fixes" exist within BLM/WH&B/MHF constituencies.**



BLM_002589

43

GREAT LAKES MARKETING RESEARCH

# Per staff, more trained horses and removing the titling barrier are most likely to increase private placement numbers

*How would the following changes to the adoption program impact the number of horses placed into private care? [Scale of 1-7 where 7 is significant positive impact and 1 is significant negative impact]*

**n=70**

# Per staff, barriers include cost, inability to train, and geographical distances

*It has been a greater challenge to place horses relative to burros. How significant are the following barriers to adopting wild horses?*





| | Significant Barrier (Rating of 4) | Barrier (Rating of 3) | Moderate Barrier (Rating of 2) | Not a Barrier (Rating of 1) |
|---|---|---|---|---|
| The cost of upkeep | 40% | 46% | 10% | 4% |
| The inability to train/work with a wild horse | 36% | 39% | 19% | 6% |
| Getting access to horses in closer proximity to home | 25% | 43% | 21% | 11% |
| General lack of interest in horse ownership | 21% | 42% | 28% | 10% |
| Lack of awareness of the adoption program | 17% | 39% | 35% | 10% |
| The cost of transporting the horse | 13% | 31% | 46% | 11% |
| Meeting the requirements to adopt a horse | 7% | 31% | 47% | 15% |
| The quality of the horses | 15% | 22% | 39% | 24% |
| The adoption process/not getting immediate ownership | 14% | 21% | 40% | 25% |
| The cost of adoption | 1% | 3% | 26% | 69% |

**n=72**

**16** Share Information with the Staff



## Fact



**The simplest estimate says that the herd increases by about two animals every hour.**

BLM_002592

# More detailed and higher level updates would help staff stay current with the program



*What information would be most valuable for you to have so you better understand the WH&B program?*

| Future Goals/Plans (16 comments) | Current Events/Updates (15 comments) | Policy/Rules and Regulations (6 comments) |
|---|---|---|
| **Higher level information sharing** | **More detailed updates on all aspects of the program** | **Interest in being current with policies** |
| Future goals and objectives. | Upcoming events and programs. | Rule & regulations changes. |
| Knowing the Director's vision so we can understand how we have to proceed versus how we may want to proceed. | Research updates. | Policy updates, and the way we do business. |
| Long-term strategies and explanation as to why & how various decisions were made by senior leadership. | Communication strategy updates. | Significant events going on in the other state and facilities. |
| How it all ties together and what the foundation of the program is. | Adoption, gather, and inventory numbers. | What WO expects out of the field. |
| | Goals and updated issues from a public affairs perspective. | |
| | Monthly updates from WO on current strategies, proposals, and litigation would be informative, | |

BLM_002593

# Per the staff, many controversial issues could be reduced by educating the public



*What do you think is the most controversial issue within the WH&B program that impacts the number of horses placed into private care?*

| Activists/Misinformation (20 comments) | Gathering/Population Control (10 comments) | Government Issues/Regulations (9 comments) | Demand/ Overpopulation (8 comments) |
|---|---|---|---|
| Lack of education and activists are prevalent | Educating the public on the need for gathers | Reduce regulations and limitations | Combination of lower demand and overpopulation |
| Interest groups and ignorance.

Activists that sue BLM and make the program go into sleep mode in fear of offending anyone. It feels like BLM is afraid to manage the program.

We allow a few vocal critics to determine the future of animals and resources on public lands.

Lack of education to a broader population, and specific target marketing that would make the broadest impact. | Not many members of the public have enough or correct information about the way that gathers are conducted.

The most controversial issue is our gather and upcoming population control methods - I'm not sure it impacts our ability to place animals.

Create a "Myths and Facts about the WHB Program" page on FB or on website to debunk common misconceptions. | BLM needs to be able to manage without public interference. Staff on the ground need to have the ability to manage the animals.

Grant titles immediately to place more animals.

The "intent clause" on the adoption agreement probably causes some issues.

The government has oversight and ownership of adopted animals. Some individuals don't want that invasion in their business. | The demand for horses in general is down.

There is a general demography change in the country that does not make horse ownership very desirable.

The number of animals in holding which prevents us from gathering adoptable horses.

Holding animals and not being able to place animals in homes because of the lack of authority. |

BLM_002594

48

# End of Report



Other deliverables related to this contract are:
- Literature Review
- Demand Evaluation
- Staff Survey Results
- MHF Online Survey Report (courtesy of MHF)

Lori Mitchell Dixon, PhD
Project Director
[Ldixon@GLM.com](mailto:Ldixon@GLM.com)
419.534.4710

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Waddell, Holle |
| **Subject:** | Adoption Incentive IM |
| **Date:** | Monday, September 10, 2018 10:00:41 AM |
| **Attachments:** | IM 2018-XXX, Guidance for the Adoption Incentive Program_REVISED BHR.docx |

Holle

Here are my final comments on the draft IM.

--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

BLM_002596

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2018-XXX
Expires: 09/30/2021

To:            All District and Field Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:**   This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained excess wild horses and burros placed into private care through adoptions. This program will encourage new individuals/organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. The incentive payments will help defray initial costs, such as veterinary care, feed and training. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Costs savings may be utilized for other management operations.

BLM_002597

**Incentive Program Direction**

➢ This AIP is administered **only** by BLM authorized personnel.

➢ AIP participants **must** have a bank account in order to electronically receive the two separate payment amounts in their bank account.

➢ Adopters participating in AIP must adhere to the terms of adoptions and prohibited acts provided at the time of adoption.

➢ The AIP applies **only** to untrained animals that are adopted and will not apply to animals purchased through the sales program.

➢ All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

➢ Adopters must meet adoption requirements, complete and sign an adoption application (Attachment 1: BLM #4710-10) and have it approved by BLM.

➢ Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  o Adopters participating in the AIP must complete the Adoption Incentive Program Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) to receive the first incentive payment in the amount of $500. The payment will be received within 60 days of the adoption date.

  o Adopters are required to retain their copy of the Adoption Incentive Program Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) as both documents must accompany the completed title application when submitting for the certificate of title to receive the second incentive payment in the amount of $500 within 60 days from the title date.

➢ The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

➢ Each adopter participating in AIP may adopt and maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, the adopter becomes eligible to adopt additional animal(s) through the adoption incentive program.

➢ BLM employees and/or other BLM approved individuals will conduct mandatory compliance inspections on adopted animals participating in the incentive program. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

2

➢ Any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Program Agreement (4710-25 Attachment 2) is no longer eligible to participate in the AIP.

  o BLM employees will issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  o Adopters that relinquish an animal however have remaining animals participating in the AIP are still eligible for the second incentive payment at time of title for those animals.

➢ Reassigned animals are not eligible for the incentive program.

➢ BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are **<u>NOT</u>** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At time of adoption, BLM staff should ask the adopter if they are participating in AIP.

NO – Adopter **must** complete and sign Adoption Incentive Program Agreement (4710-25 Attachment 2), forfeiting eligibility to participate in the AIP. This must be completed in addition to an approved adoption application, a Private Maintenance and Care Agreement (PMACA) and pay the adoption fee.

YES – Adopter must complete the Adoption Incentive Program Agreement (4710-25 Attachment 2) in addition to an approved adoption application, a PMACA and pay the adoption fee.

**Step 2:** BLM staff will complete the adoption process and provide two copies of the Adoption Incentive Program Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in AIP as identified in the Adoption Incentive Program Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

> The BLM office of jurisdiction must maintain the signed Private Maintenance and Care Agreement (PMACA)  completed and signed adoption application and the completed and signed Adoption Incentive Program Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** Incentive payments are issued via electronic funds transfer (EFT) only. Adopters are required to have a bank account (checking or savings) and provide the requested information at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork must be completed (according to the examples provided) and included with the payment packet submitted to the National Operations Center (NOC) within 10 days.

3

The following required paperwork *must be **COMPLETELY** filled out and submitted to the NOC:*
- 1st Payment
  - Adoption Incentive Program Agreement (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
  - Adoption Incentive Program Agreement (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information must be included to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

    National Operations Center (NOC) Contact Information:
    BLM National Operations Center
    Accounts Payable Building 50 OC-622
    Denver Federal Center, PO Box 25047
    Denver, CO 80225-0047
    Fax Number: 303-236-2531

The recipient should expect payment within 60 days, allowing additional processing time.
If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

4

BLM_002600

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow for those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed excess animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range; therefore, the feed and care of the excess animals continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings which allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff which all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

5 Attachments
     1 -  Adoption Incentive Program WHBPS Guide (2pp)
     2 -  Adoption Incentive Program Agreement 4710-25 (2pp)
     3 -  Adoption Incentive Ineligibility Letter (1pp)
     4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)
     5 -  EXAMPLE:  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_002601