UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2018-XXX
Expires: 09/30/2021

To:              All District and Field Officials

From:            Assistant Director, Resources and Planning

Subject:         Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:**   This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained excess wild horses and burros placed into private care through adoptions. This program will encourage new individuals/organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. The incentive payments will help defray initial costs, such as veterinary care, feed and training. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Costs savings may be utilized for other management operations.

**Incentive Program Direction**

➢ This AIP is administered **only** by BLM authorized personnel.

➢ AIP participants **must** have a bank account in order to receive the two separate payment amounts electronically in their bank account.

➢ Adopters participating in AIP must adhere to the terms of adoptions and prohibited acts provided at the time of adoption.

➢ The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program.

➢ All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

➢ Adopters must meet adoption requirements, complete and sign an adoption application (Attachment 1: BLM #4710-10) and have it approved by BLM.

➢ Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  o Adopters participating in the AIP must complete the Adoption Incentive Program Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) to receive the first incentive payment of $500. The payment will be received within 60 days of the adoption date.

  o Adopters are required to retain their copy of the Adoption Incentive Program Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) as both documents must accompany the completed title application when submitting for the certificate of title to receive the second incentive payment in the amount of $500 within 60 days from the title date.

➢ The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

➢ Each adopter participating in AIP may adopt and maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, the adopter becomes eligible to adopt additional animal(s) through the adoption incentive program.

➢ BLM employees and/or other BLM approved individuals will conduct mandatory compliance inspections on adopted animals participating in the incentive program. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

BLM_002603

➢ Any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Program Agreement (4710-25 Attachment 2) is no longer eligible to participate in the AIP.

  o BLM employees will issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  o Adopters that relinquish an animal however have remaining animals participating in the AIP are still eligible for the second incentive payment at time of title for those animals.

➢ Reassigned animals are not eligible for the incentive program.

➢ BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At time of adoption, BLM staff should ask the adopter if they are participating in AIP.

NO – Adopter **must** complete and sign Adoption Incentive Program Agreement (4710-25 Attachment 2), forfeiting eligibility to participate in the AIP. This must be completed in addition to an approved adoption application, a Private Maintenance and Care Agreement (PMACA) and pay the adoption fee.

YES – Adopter must complete the Adoption Incentive Program Agreement (4710-25 Attachment 2) in addition to an approved adoption application, a PMACA and pay the adoption fee.

**Step 2:** BLM staff will complete the adoption process and provide two copies of the Adoption Incentive Program Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in AIP as identified in the Adoption Incentive Program Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

The BLM office of jurisdiction must maintain the signed Private Maintenance and Care Agreement (PMACA) completed and signed adoption application and the completed and signed Adoption Incentive Program Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** Incentive payments are issued via electronic funds transfer (EFT) only. Adopters are required to have a bank account (checking or savings) and provide the requested information at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork must be completed (according to the examples provided) and included with the payment packet submitted to the National Operations Center (NOC) within 10 days.

BLM_002604

The following required paperwork *must be **COMPLETELY** filled out and submitted to the NOC:*
- 1st Payment
    - Adoption Incentive Program Agreement (4710-25 Attachment 2)
        - ☐ Signed and dated by Adopter
        - ☐ Signed and dated by BLM Authorized Officer
        - ☐ Identify 1st payment with amount
        - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        - ☐ Signed and dated by Adopter
        - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
    - Adoption Incentive Program Agreement (4710-25 Attachment 2)
        - ☐ Signed and dated by Adopter
        - ☐ Signed and dated by BLM Authorized Officer
        - ☐ Identify 2nd payment with amount
        - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        - ☐ Signed and dated by Adopter
        - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
        - ☐ Social Security information must be included to process EFT.
    - Title Application (4710-18)
        - ☐ Signed and dated by Adopter
        - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

      National Operations Center (NOC) Contact Information:
      BLM National Operations Center
      Accounts Payable Building 50 OC-622
      Denver Federal Center, PO Box 25047
      Denver, CO 80225-0047
      Fax Number: 303-236-2531

The recipient should expect payment within 60 days, allowing additional processing time.
If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

4

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed excess animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range; therefore, the feed and care of the excess animals continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

5 Attachments
      1 -  Adoption Incentive Program WHBPS Guide (2pp)
      2 -  Adoption Incentive Program Agreement 4710-25 (2pp)
      3 -  Adoption Incentive Ineligibility Letter (1pp)
      4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)
      5 -  EXAMPLE: ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_002606

| | |
|---|---|
| **From:** | Reiland, Michael J |
| **To:** | Rittenhouse, Bruce H; Shepherd, Alan B; Waddell, Holle |
| **Subject:** | OMB Briefing Powerpoint |
| **Date:** | Tuesday, September 18, 2018 2:34:57 PM |
| **Attachments:** | FY20_OMB Briefing templates (WH&B).pptx |

Bruce/Alan/Holle,

Please review and comment as necessary. I need to get this to WO-200 by about Noon EST
Wednesday (9/19).

Thanks,

--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479



**Bureau of Land Management**

# 2020 OMB Program Briefing
## Wild Horse and Burro Management



Kristin Bail, Assistant Director
Resources and Planning Directorate
Division of Wild Horse and Burros
September 21, 2018

BLM_002608

**Bureau of
Land
Management**

# Program Overview

- Increasing adoptions by offering more trained animals through partnerships with prisons and NGOs
- Currently over 4,000/year placed in private care good homes
- Reducing holding costs by acquiring more pastures to decrease animal numbers in expensive corrals.
- Research continues to develop more effective fertility control methods
- 90% of HMAs have populations that exceed target management numbers (AML)

BLM_002600

**Bureau of
Land
Management**

# Major Accomplishments

- About 11,000 removals in Fiscal Year 2018
- About 5,000 private care placements (adoptions/sales) in Fiscal Year 2018
- Will have the lowest on-range growth rate since 2011-2012
- Will have highest number of private care placements since 2006
- Will have lowest unit cost for private care placements since 2009

BLM_002610



# Historical Trends and Funding History





**Bureau of
Land
Management**

# Details of the 2020 Wild Horse and Burro Management Request

|  |  | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Target) | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Fixed Costs | Transfer | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | *$000* | 75,000 | 66,719 | +670 | -8 | +171 | 67,552 | +833 |
|  | *FTE* | 166 | 161 |  |  | 0 | 161 | 0 |

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Over Target) | | | |
|---|---|---|---|---|---|---|---|
| | | | | 2020 OMB Target | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | *$000* | 75,000 | 66,719 | 67,552 | +32,448 | 100,000 | +33,281 |
| | *FTE* | 166 | 161 | | +4 | 165 | +4 |



**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Target: $67,552,000**

- 500 animals would be gathered from the range
- 2,000 animals would be placed into private care through adoptions, sales, or transfers
- Fertility control treatments using PZP would be about 500. Treatments include darting only.
- Anticipate sterilizing up to 100 animals,.
- Surveys and Monitoring to prepare for future gathers will be conducted on about 5 HMAs. Compliance inspections will be completed on about 200 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.
- On-range populations in March 2020 will be approximately 107,500; off-range population at the end of FY 2020 will be approximately 49,500.

**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Over target: +$32.4M**

– 12,000 animals would be gathered from the range

– 6,000 animals would be placed into private care through adoptions, sales, or transfers

– Fertility control treatments using PZP would be increased to 2,000. Treatments include darting and animals treated during gathers and returned to the range.

– Anticipate sterilizing up to 3,000 animals, contingent on approval to use CX for this technique.

– Surveys and Monitoring to prepare for future gathers will be conducted on about 90 HMAs.  Compliance inspections will be completed on about 1,150 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.

– On-range populations in March 2020 will be approximately 95,500; off-range population at the end of FY 2020 will be approximately 51,000.

BLM_002614



**Bureau of
Land
Management**

# Details of the 2020 Request cont.

|  | 2018 | 2019* | 2020 (OMB Target) | 2020 (Over Target) |
|---|---|---|---|---|
| Adoptions/Sales | 4,500 | 4,500 | 2,000 | 6,000 |
| Fertility Control Vaccines | 1,000 | 1,000 | 500 | 2,000 |
| Spay and Neuter | - | 100 | 100 | 3,000 |
| Gathers | 11,500 | 5,000 | 500 | 12,000 |
| Surveys/Monitoring | 90 | 90 | 5 | 90 |
| Compliance | 1,150 | 1,150 | 200 | 1,150 |
| On-Range Population* | 82,500 | 89,500 | 107,500 | 95,500 |
| Off-Range Population | 52,100 | 55,000 | 49,500 | 51,000 |
| Budget | $75 million | $85 million | $67.5 million | $100 million |

* Assumes mid-point budget between House and Senate version of appropriations bill

BLM_002615

**Bureau of
Land
Management**

# Streamlining & Efficiencies

- Increasing Adoptions
  - Increasing training opportunities
  - Adoption Incentive Program
- Reducing Holding Costs
  - Strategic planning for moving animals from corrals to pastures
  - Increasing the number of pastures available (2019 solicitation)
  - Increased marketing and providing ways to make the submission process easier for interested parties

BLM_003616



Bureau of Land Management

# Critical Factors & Future Trends

- No highly effective population growth suppression method available
- Few natural predators
- Increasing on-range population (even with increased removals)
- Continued intense public scrutiny of gathers and removals
- Litigation

BLM_002617

| | |
|---|---|
| **From:** | Shepherd, Alan |
| **To:** | Michael Reiland |
| **Subject:** | Fwd: PPT on Options Paper |
| **Date:** | Tuesday, September 18, 2018 7:03:05 PM |
| **Attachments:** | Director Presentation to Advocacy Groups (Letter).pptx |

This is PPT that was given by Steed to the Secretary's Advocate circle couple months ago

Thanks,
Alan

Alan Shepherd
On-range Branch Chief (WO261)
National WH&B Program
1340 Financial Blvd
Reno, NV 89502

Office #: (775) 861-6611
Cell #: (775) 530-2784

email: ashepher@blm.gov
http://www.blm.gov/programs/wild-horse-and-burro

---------- Forwarded message ----------
From: **Lutterman, Jason** <jlutterman@blm.gov>
Date: Mon, Sep 17, 2018 at 3:36 PM
Subject: PPT on Options Paper
To: Alan Shepherd <ashepher@blm.gov>


Attached.
--
Jason Lutterman
Public Affairs Specialist (on-range)
National Wild Horse and Burro Program
Bureau of Land Management
Office: (775) 861-6614
Mobile: (202) 304-0967

Visit us online:
www.BLM.gov/WHB

# BLM Wild Horse and Burro Program

- Wild horses and burros are federally protected and have virtually no natural predators. Herds can double in size every four years.

- Approximately 82,000 animals are currently on the range, 55,300 of which are excess (Appropriate Management Level (AML) is 26,700).

- The current overpopulation threatens the health of the western rangelands, degrading ecosystem functions and limiting the forage and water available for domestic and wildlife species.



Wild horses in the Antelope Herd Management Area of Eastern Nevada, which is at nearly 500% of appropriate management level



BLM_002619

# BLM Wild Horse and Burro Program

- Emergency gathers are required to save impacted animals.

- The BLM cannot gather and treat enough animals to reduce herd sizes through fertility control vaccines alone.

- Low adoptions and sales have resulted an additional 46,000 excess, unadopted and unsold animals in off-range facilities.

- The BLM spends almost 60% of its appropriated funding on holding/care of animals removed from the range – increased removals to achieve AML would increase these funding needs.



Wild horses often must leave their designated ranges
when food and water becomes depleted

**Enacted Program Budget**

FY2017: $80,550,000
FY2018: $75,000,000

BLM_002620

## Program Options:
## Achieve AML in Eight Years, Using All the Authorities within the Act, while Substantially Decreasing Off-Range Holding Costs

- **Removal of 156,000 animals** from the range over a 10-year period

- **Treat 38,000 mares** with fertility control methods (i.e. PZP) over a 10-year period

- **40,000 adoptions**; **110,000 sales without restriction**; **24,000 animals euthanized** — over a 10-year period

- Off-range population reduced to 6,000 by year 10

- Costs would exceed current average annual appropriations by about $200 million over the 10 years

- Appropriate Management Levels would be achieved within 8 years



Wild horses standing in a field of invasive cheat grass



Excess wild horses in an off-range corral

BLM_002621

## Program Options:
## Achieve AML in 10 Years Using Existing Authorities, By Substantially Increasing Program Funding

- **Removal of 151,200 animals** from the range over a 10-year period

- **Treat 52,400 mares** with fertility control methods (i.e. PZP) over a 10-year period

- **40,000 adoptions** and **2,000 sales** with current restrictions over a 10-year period

- Off-range population increased to 110,000 by year 10

- Costs would exceed current average annual budget by about $1.12 billion over the 10 years

- Appropriate Management Levels would be achieved within 10 years



Wild horses and burros on western rangelands roam over 26.9 million acres



Wild horses prepared for an adoption event. BLM adopted/sold almost 4,200 animals in FY17

BLM_002622

## Program Options:
## Achieve AML in Six Years Using Existing Authorities and Creating an Adoption Incentive Program

- **Removal of 129,000 animals** from the range over a 10-year period

- **Treat 26,000 mares** with fertility control methods (i.e. PZP) over a 10-year period

- **84,000 adoptions** over a 10-year period, increasing adoptions through a financial incentive program; **2,000 sales** with current restrictions

- Off-range population increased to 71,000 by year 10

- Costs would exceed current average annual appropriations by about $1.43 billion over the 10 years

- Appropriate Management Levels would be achieved within 6 years



A helicopter carefully herds animals into traps.



*Prada horses* are specially trained horses that help lead wild horses into the trap

BLM_002623

## Program Options:
## Achieve AML in 12 Years Using Existing Authorities, Creating an Adoption Incentive Program, and Increasing Permanent Sterilization

- **Removal of 36,600 animals** from the range over a 10-year period

- **Treat 103,000 mares** with fertility control methods (focusing on permanent sterilization) over a 10-year period

- **40,000 adoptions** over a 10-year period, developing a financial adoption incentive program; **2,000 sales** with current restrictions

- Off-range population decreased to 36,800 by year 10

- Costs would exceed current average annual appropriations by about $320 million over the 10 years

- Appropriate Management Levels would be achieved within 12 years



Overpopulated herds put animals at risk of starvation and thirst.



Once gathered and adopted out, wild horses make great show animals.

BLM_002624

| | |
|---|---|
| **From:** | Rittenhouse, Bruce |
| **To:** | Michael Reiland |
| **Cc:** | Alan Shepherd; Holle Hooks |
| **Subject:** | Re: OMB Briefing Powerpoint |
| **Date:** | Wednesday, September 19, 2018 9:18:47 AM |
| **Attachments:** | FY20_OMB Briefing templates (WH&B) BHR.pptx |

Michael

Here are my comments on the powerpoint.

On Tue, Sep 18, 2018 at 3:35 PM Reiland, Michael <mreiland@blm.gov> wrote:
> Bruce/Alan/Holle,
>
> Please review and comment as necessary.  I need to get this to WO-200 by about Noon EST
> Wednesday (9/19).
>
> Thanks,
>
> --
> Michael Reiland
> WO-260 Budget-Analyst
> 202-912-7261
> 202-794-2479


--
Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast

Washington DC  20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov



# 2020 OMB Program Briefing
## Wild Horse and Burro Management



Kristin Bail, Assistant Director
Resources and Planning Directorate
Division of Wild Horse and Burros
September 21, 2018

BLM_002626



# Program Overview

- Increasing adoptions by offering more trained animals through partnerships with prisons and NGOs
- Currently over 4,000/year placed in private care good homes
- Reducing holding costs by acquiring more pastures to decrease animal numbers in expensive corrals.
- Research continues to develop more effective fertility control methods
- 90% of HMAs have populations that exceed target management numbers (AML)

BLM_002627



**Bureau of Land Management**

# Major Accomplishments

- About 11,000 removals in Fiscal Year 2018
- About 5,000 private care placements (adoptions/sales) in Fiscal Year 2018
- Will have the lowest on-range growth rate since 2011-2012
- Will have highest number of private care placements since 2006
- Will have lowest unit cost for private care placements since 2009

3

BLM_002628



# Historical Trends and Funding History



**Wild Horse and Burro Enacted Budget 2000-2020**

BLM_002629



**Bureau of Land Management**

# Details of the 2020 Wild Horse and Burro Management Request

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Target) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Fixed Costs | Transfer | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | $000 | 75,000 | 66,719 | +670 | -8 | +171 | 67,552 | +833 |
| | FTE | 166 | 161 | | | 0 | 161 | 0 |

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (OverTarget) | | | |
|---|---|---|---|---|---|---|---|
| | | | | 2020 OMB Target | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | $000 | 75,000 | 66,719 | 67,552 | +32,448 | 100,000 | +33,281 |
| | FTE | 166 | 161 | | +4 | 165 | +4 |

BLM_002630



**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

### WH&B Target: $67,552,000

- 500 animals would be gathered from the range
- 2,000 animals would be placed into private care through adoptions, sales, or transfers
- Fertility control treatments using PZP would be about 500. Treatments include darting only.
- Anticipate sterilizing up to 100 animals,.
- Surveys and Monitoring to prepare for future gathers will be conducted on about 5 HMAs.  Compliance inspections will be completed on about 200 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.
- On-range populations in March 2020 will be approximately 107,500; off-range population at the end of FY 2020 will be approximately 49,500.

6

BLM_002631



**Bureau of Land Management**

# Details of the 2020 Wild Horse And Burro Management Request

## WH&B Over target: +$32.4M

- 12,000 animals would be gathered from the range
- 6,000 animals would be placed into private care through adoptions, sales, or transfers
- Fertility control treatments using PZP would be increased to 2,000. Treatments include darting and animals treated during gathers and returned to the range.
- Anticipate sterilizing up to 3,000 animals, contingent on approval to use CX for this technique.
- Surveys and Monitoring to prepare for future gathers will be conducted on about 90 HMAs.  Compliance inspections will be completed on about 1,150 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.
- On-range populations in March 2020 will be approximately 95,500; off-range population at the end of FY 2020 will be approximately 51,000.

7

BLM_002632



# Details of the 2020 Request cont.

|  | 2018 | 2019* | 2020 (OMB Target) | 2020 (Over Target) |
|---|---|---|---|---|
| Adoptions/Sales | 4,500 | 4,500 | 2,000 | 6,000 |
| Fertility Control Vaccines | 1,000 | 1,000 | 500 | 2,000 |
| Spay and Neuter | - | 100 | 100 | 3,000 |
| Gathers | 11,500 | 5,000 | 500 | 12,000 |
| Surveys/Monitoring | 90 | 90 | 5 | 90 |
| Compliance | 1,150 | 1,150 | 200 | 1,150 |
| On-Range Population* | 82,500 | 89,500 | 107,500 | 95,500 |
| Off-Range Population | 52,100 | 55,000 | 49,500 | 51,000 |
| Budget | $75 million | $85 million | $67.5 million | $100 million |

* Assumes mid-point budget between House and Senate version of appropriations bill

BLM_002633



# Streamlining & Efficiencies

- Increasing Adoptions
  - Adoption Incentive Program
  - Increasing training opportunities
- Reducing Holding Costs
  - Strategic planning for moving animals from corrals to pastures
  - Increasing the number of pastures available (2019 solicitation)
  - Increased marketing and providing ways to make the submission process easier for interested parties

BLM_002634



# Critical Factors & Future Trends

- No highly effective population growth suppression method available

- Few natural predators

- Increasing on-range population (even with increased removals)

- Continued intense public scrutiny of gathers and removals

- Litigation

BLM_002635

| | |
|---|---|
| **From:** | Shepherd, Alan B |
| **To:** | Rittenhouse, Bruce H |
| **Cc:** | Reiland, Michael J; Waddell, Holle |
| **Subject:** | Re: OMB Briefing Powerpoint |
| **Date:** | Wednesday, September 19, 2018 9:47:09 AM |
| **Attachments:** | FY20_OMB Briefing templates (WH&B) BHR + ABS.pptx |

Here's my thoughts


Thanks,
Alan

Alan Shepherd
On-range Branch Chief (WO261)
National WH&B Program
1340 Financial Blvd
Reno, NV 89502

Office #: (775) 861-6611
Cell #: (775) 530-2784

email: ashepher@blm.gov
http://www.blm.gov/programs/wild-horse-and-burro

On Wed, Sep 19, 2018 at 6:18 AM, Rittenhouse, Bruce <brittenh@blm.gov> wrote:
> Michael
>
> Here are my comments on the powerpoint.
>
> On Tue, Sep 18, 2018 at 3:35 PM Reiland, Michael <mreiland@blm.gov> wrote:
>> Bruce/Alan/Holle,
>>
>> Please review and comment as necessary. I need to get this to WO-200 by about Noon
>> EST Wednesday (9/19).
>>
>> Thanks,
>>
>> --
>> Michael Reiland
>> WO-260 Budget-Analyst
>> 202-912-7261
>> 202-794-2479
>
>
> --
> Bruce Rittenhouse
> Acting Wild Horse and Burro Division Chief (WO-260)
> 20 M Street, Southeast
> Washington DC 20003

BLM_002636

202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

BLM_002637



**Bureau of
Land
Management**

# 2020 OMB Program Briefing
## Wild Horse and Burro Management



Kristin Bail, Assistant Director
Resources and Planning Directorate
Division of Wild Horse and Burros
September 21, 2018

**Bureau of
Land
Management**

# Program Overview

- Increasing adoptions by offering more trained animals through partnerships with prisons and NGOs
- Currently over 4,000/year placed in private care good homes
- Reducing holding costs by acquiring more pastures to decrease animal numbers in expensive corrals.
- Research continues to develop more effective fertility control methods
- 90% of HMAs have populations that exceed target management numbers (AML)

**Bureau of Land Management**

# Major Accomplishments

- About 11,000 removals in Fiscal Year 2018
- About 5,000 private care placements (adoptions/sales) in Fiscal Year 2018
- Will have the lowest on-range growth rate since 2011-2012
- Will have highest number of private care placements since 2006
- Will have lowest unit cost for private care placements since 2009

BLM_002640

3



# Historical Trends and Funding History



**Wild Horse and Burro Enacted Budget 2000-2020**



**Bureau of Land Management**

# Details of the 2020 Wild Horse and Burro Management Request

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Target) | | | | |
| | | | | Fixed Costs | Transfer | Program Change | 2020 OMB Target | Change from 2019 |
|---|---|---|---|---|---|---|---|---|
| **Wild Horse and Burro Management** | *$000* | 75,000 | 66,719 | +670 | -8 | +171 | 67,552 | +833 |
| | *FTE* | 166 | 161 | | | 0 | 161 | 0 |

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (OverTarget) | | | |
| | | | | 2020 OMB Target | Program Change | 2020 OMB Target | Change from 2019 |
|---|---|---|---|---|---|---|---|
| **Wild Horse and Burro Management** | *$000* | 75,000 | 66,719 | 67,552 | +32,448 | 100,000 | +33,281 |
| | *FTE* | 166 | 161 | | +4 | 165 | +4 |

BLM_002642



**Bureau of Land Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Target: $67,552,000**

- 500 animals would be gathered from the range
- 2,000 animals would be placed into private care through adoptions, sales, or transfers
- Fertility control treatments using PZP would be about 500. Treatments include darting only.
- Anticipate sterilizing up to 100 animals.
- Population surveys and monitoring to prepare for future gathers will be conducted on about 5 HMAs.  Compliance inspections will be completed on about 200 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.
- On-range populations in March 2020 will be approximately 107,500; off-range population at the end of FY 2020 will be approximately 49,500.

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Over target: +$32.4M**

– 12,000 animals would be gathered from the range

– 6,000 animals would be placed into private care through adoptions, sales, or transfers

– Fertility control treatments using PZP would be increased to 2,000. Treatments include darting and animals treated during gathers and returned to the range.

– Anticipate sterilizing up to 3,000 animals, contingent on approval to use CX for this technique.

– Population surveys and monitoring to prepare for future gathers will be conducted on about 90 HMAs.  Compliance inspections will be completed on about 1,150 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.

– On-range populations in March 2020 will be approximately 95,500; off-range population at the end of FY 2020 will be approximately 51,000.



# Details of the 2020 Request cont.

| | 2018 | 2019* | 2020 (OMB Target) | 2020 (Over Target) |
|---|---|---|---|---|
| Adoptions/Sales | 4,500 | 4,500 | 2,000 | 6,000 |
| Fertility Control Vaccines | 1,000 | 1,000 | 500 | 2,000 |
| Spay and Neuter | - | 100 | 100 | 3,000 |
| Gathers | 11,500 | 5,000 | 500 | 12,000 |
| Surveys/Monitoring | 90 | 90 | 5 | 90 |
| Compliance | 1,150 | 1,150 | 200 | 1,150 |
| On-Range Population* | 82,500 | 89,500 | 107,500 | 95,500 |
| Off-Range Population | 52,100 | 55,000 | 49,500 | 51,000 |
| Budget | $75 million | $85 million | $67.5 million | $100 million |

* Assumes mid-point budget between House and Senate version of appropriations bill

BLM_002645

Bureau of
Land
Management

# Streamlining & Efficiencies

- Increasing Adoptions
  - Adoption Incentive Program
  - Increasing training opportunities
- Reducing Holding Costs
  - Strategic planning for moving animals from corrals to pastures
  - Increasing the number of pastures available (2019 solicitation)
  - Increased marketing and providing ways to make the submission process easier for interested parties

BLM_002646

**Bureau of
Land
Management**

# Critical Factors & Future Trends

- No highly effective population growth suppression method available

- Increasing on-range population (even with increased removals and PGS treatments)

- Few natural ~~predators~~ population controls

- Continued intense public scrutiny of gathers and removals

- Litigation

BLM_002647

| | |
|---|---|
| **From:** | Reiland, Michael J |
| **To:** | Tryon, Steve |
| **Cc:** | Rittenhouse, Bruce H; Shepherd, Alan B; Waddell, Holle |
| **Subject:** | OMB Briefing Powerpoint |
| **Date:** | Wednesday, September 19, 2018 10:59:53 AM |
| **Attachments:** | FY20_OMB Briefing templates (WH&B).pptx |

Steve,

Here is the draft of the Powerpoint presentation for the OMB Briefing this Friday.

Thanks,

--
Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

BLM_002648



**Bureau of Land Management**

# 2020 OMB Program Briefing
## Wild Horse and Burro Management



Kristin Bail, Assistant Director
Resources and Planning Directorate
Division of Wild Horse and Burros
September 21, 2018

**Bureau of Land Management**

# Program Overview

- Wild horses and burros are federally protected and have virtually no natural predators. Herds can double in size every four years.
- Approximately 82,000 animals are currently on the range, 55,300 of which are excess (Appropriate Management Level (AML) is 26,700).
- The current overpopulation threatens the health of the western rangelands, degrading ecosystem functions and limiting the forage and water available for domestic and wildlife species.
- Emergency gathers are required to save impacted animals.
- The BLM cannot gather and treat enough animals to reduce herd sizes through currently available fertility control vaccines alone.

# Major Accomplishments

- About 11,000 removals in Fiscal Year 2018
- About 4,700 private care placements (adoptions/sales) in Fiscal Year 2018
- Will have the lowest on-range population increase since 2011-2012
- Will have highest number of private care placements since 2006
- Will have lowest unit cost for private care placements since 2009

BLM_002651

3



**Bureau of
Land
Management**

# Historical Trends and Funding History



**Wild Horse and Burro Enacted Budget 2000-2020**



Bureau of Land Management

# Details of the 2020 Wild Horse and Burro Management Request

| | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Target) | | | | |
|---|---|---|---|---|---|---|---|
| | | | Fixed Costs | Transfer | Program Change | 2020 OMB Target | Change from 2019 |
| **Wild Horse and Burro Management** *$000*<br>*FTE* | 75,000<br>166 | 66,719<br>161 | +670 | -8 | +171<br>0 | 67,552<br>161 | +833<br>0 |

| | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (OverTarget) | | | |
|---|---|---|---|---|---|---|
| | | | 2020 OMB Target | Program Change | 2020 OMB Target | Change from 2019 |
| **Wild Horse and Burro Management** *$000*<br>*FTE* | 75,000<br>166 | 66,719<br>161 | 67,552 | +32,448<br>+4 | 100,000<br>165 | +33,281<br>+4 |

**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Target: $67,552,000**

- 500 animals would be gathered from the range

- 2,000 animals would be placed into private care through adoptions, sales, or transfers

- Fertility control treatments using PZP would be about 500. Treatments include darting only.  Anticipate sterilizing up to 100 animals.

- Population surveys and monitoring to prepare for future gathers will be conducted on about 5 HMAs.

- Compliance inspections will be completed on about 200 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.

- On-range populations in March 2020 will be approximately 107,500; off-range population at the end of FY 2020 will be approximately 49,500.

BLM_002654

**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Over target: +$32.4M**

– 12,000 animals would be gathered from the range

– 6,000 animals would be placed into private care (adoptions, sales, or transfers)

– Fertility control treatments using PZP would be increased to 2,000. Treatments include darting and animals treated during gathers and returned to the range.

– Anticipate sterilizing up to 3,000 animals, contingent on approval to use CX for this technique.

– Population surveys and monitoring to prepare for future gathers will be conducted on about 90 HMAs.

– Compliance inspections will be completed on about 1,150 adopted animals, with special emphasis on animals adopted pursuant to the adoption incentive program that will be initiated in 2019.

– On-range populations in March 2020 will be approximately 95,500; off-range population at the end of FY 2020 will be approximately 51,000.

BLM_003655



**Bureau of
Land
Management**

# Details of the 2020 Request cont.

|  | 2018 | 2019* | 2020 (OMB Target) | 2020 (Over Target) |
|---|---|---|---|---|
| Adoptions/Sales | 4,500 | 4,500 | 2,000 | 6,000 |
| Fertility Control Vaccines | 1,000 | 1,000 | 500 | 2,000 |
| Spay and Neuter | - | 100 | 100 | 3,000 |
| Gathers | 11,500 | 5,000 | 500 | 12,000 |
| Surveys/Monitoring | 90 | 90 | 5 | 90 |
| Compliance | 1,150 | 1,150 | 200 | 1,150 |
| On-Range Population* | 82,500 | 89,500 | 107,500 | 95,500 |
| Off-Range Population | 52,100 | 55,000 | 49,500 | 51,000 |
| Budget | $75 million | $85 million | $67.5 million | $100 million |

* Assumes mid-point budget between House and Senate version of appropriations bill

BLM_002656

# Streamlining & Efficiencies

- Increasing Adoptions
  - Adoption Incentive Program
  - Increasing training opportunities
- Continuing research into longer lasting population growth suppression treatments
- Reducing Holding Costs
  - Strategic planning for moving animals from corrals to pastures
  - Increasing the number of pastures available (2019 solicitation)
  - Increased marketing and providing ways to make the bid proposal submission process easier for interested parties

# Critical Factors & Future Trends

- No highly effective population growth suppression method available
- Increasing on-range population (even with increased removals and population growth suppression treatments)
- Few natural population controls
- Continued intense public scrutiny of gathers and removals
- Litigation

BLM_003658

| From: | Sklar, Ryan M |
|---|---|
| To: | Waddell, Holle |
| Subject: | Adoption Incentive IM |
| Date: | Wednesday, September 19, 2018 2:36:01 PM |
| Importance: | High |

Hi Holle,

I recently received the adoption incentive IM in DTS. Any chance you can send me some documentation that summarizes exactly what the adoption incentive program is? I personally know what it is, ████████████████████████████████████████████

Thanks,
Ryan

--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

| | Adoption Incentive Program | | |
|---|---|---|---|
| Year | Untrained Animals Placed Into Private Care* | Cost to BLM | Estimated Savings for Holding for animal lifetime ** |
| 2019 | 2,250 | $ 2,250,000 | $ 45,168,750 |
| 2020 | 1,000 | $ 1,000,000 | $ 20,075,000 |
| 2021 | 750 | $ 750,000 | $ 15,056,250 |
| 2022 | 500 | $ 500,000 | $ 10,037,500 |
| 2023 | 250 | $ 250,000 | $ 5,018,750 |
| 5 Year Total | 4,750 | $ 4,750,000 | $ 95,356,250 |

* Estimates based on current anticipated funding levels (i.e. President's Budget Requests).

** Based on average animal age at placement being 7.

| Assumptions made |
|---|
| 1. Unadopted animals will spend on average 3 years in corrals, at which time they are moved to pastures. |
| 2. Life expectancy in off-range pastures is 30 years old on average. |
| 3. Costs are not adjusted for inflation ($2 a feed day for pastures; $5 a feed day for corrals). |
| 4. On average 1/2 of all adopted animals are untrained. |
| 5. Total financial incentive to adopters is $1,000 ($500 at the time of adoption; $500 at the time of titling). |
| 6. Current trend in budget requests in declining; thus reduced funding is expected for adoptions in the future. |
| 7. Costs for each fiscal year includes both the expenditure in that year and the liability for the second payment in the next. |

BLM_002660

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Waddell, Holle |
| **Subject:** | response to Advisory Board. |
| **Date:** | Thursday, September 20, 2018 9:04:40 AM |

Holle

I would like to review this response made by the advisory board at last year's Grand Junction meeting. I think its a somewhat too long so please shorten it up and make it more concise. Need a pretty quick turnaround on this. Thanks.

**Recommendation #3:** Create funding mechanisms to maximize adoptions and or sales, especially through successful programs, and to include international adoptions and or sales. Motion carried 6-1.

> **BLM Response:** The BLM accepts this recommendation. The BLM is always looking at innovative and creative ways to maximize adoptions and sales to place animals into good homes. For example, the BLM is drafting guidance to establish an Adoption Incentive Program where adopters will receive a monetary incentive at time of adoption and titling to help defray their costs for humane care of the animal.
>
> An international program is being considered as well to place animals into other countries for the purposes of humanitarian aid or economic development. To date, these international efforts have involved working with a private citizen on a pilot project to transport a small number of horses to a working ranch in Guyana.
>
> The BLM received authority from Congress to transfer animals to Federal, state, and local government agencies for use as work animals. Animals have been placed with Border Patrol and law enforcement agencies under this authority The BLM has developed policy (BLM Instruction Memorandum 2018-052), however, no authority at this time exists to directly transfer wild horses and burros to private, non-government entities nor outside of the country.

--
Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov

BLM_002661

| From: | Waddell, Holle |
|---|---|
| **To:** | Rittenhouse, Bruce H |
| **Subject:** | Re: response to Advisory Board. |
| **Date:** | Thursday, September 20, 2018 10:33:59 AM |

Please take a look at this revision...

**BLM Response:** The BLM accepts this recommendation. The BLM continues seeking innovative and creative ways to increase private care placement through adoptions and sales. For example, the BLM has developed an Adoption Incentive Program that provides $500 to adopters at time of adoption and $500 to adopters at time of titling to help defray their costs for humane care of the animal.

The BLM received authority from Congress to transfer animals to Federal, state, and local government agencies for use as work animals. The BLM has developed policy (BLM Instruction Memorandum 2018-052) and began communication and outreach efforts. No authority at this time exists to directly transfer wild horses and burros to private, non-government entities nor outside of the country.

An international program is being considered as well to place animals into other countries for the purposes of humanitarian aid or economic development.

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Thu, Sep 20, 2018 at 9:04 AM Rittenhouse, Bruce <brittenh@blm.gov> wrote:

Holle

I would like to review this response made by the advisory board at last year's Grand Junction meeting. I think its a somewhat too long so please shorten it up and make it more concise. Need a pretty quick turnaround on this. Thanks.

**Recommendation #3:** Create funding mechanisms to maximize adoptions and or sales, especially through successful programs, and to include international adoptions and or sales. Motion carried 6-1.

**BLM Response:** The BLM accepts this recommendation. The BLM is always looking at innovative and creative ways to maximize adoptions and sales to place animals into good homes. For example, the BLM is drafting guidance to establish an Adoption Incentive Program where adopters will receive a monetary incentive at time of adoption and titling to help defray their costs for humane care of the animal.

An international program is being considered as well to place animals into other countries for the purposes of humanitarian aid or economic development. To date, these international efforts have involved working with a private citizen on a pilot project to transport a small number of horses to a working ranch in Guyana.

The BLM received authority from Congress to transfer animals to Federal, state, and local government agencies for use as work animals. Animals have been placed with Border Patrol and law enforcement agencies under this authority The BLM has developed policy (BLM Instruction Memorandum 2018-052), however, no authority at this time exists to directly transfer wild horses and burros to private, non-government entities nor outside of the country.

--

Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov

| **From:** | Rittenhouse, Bruce H |
| **To:** | Waddell, Hollie |
| **Subject:** | Re: response to Advisory Board. |
| **Date:** | Thursday, September 20, 2018 11:45:28 AM |

Thank you, that is perfect from an amazing person!

On Thu, Sep 20, 2018 at 11:34 AM Waddell, Hollie <hwaddell@blm.gov> wrote:

Please take a look at this revision...

**BLM Response:** The BLM accepts this recommendation. The BLM continues seeking innovative and creative ways to increase private care placement through adoptions and sales. For example, the BLM has developed an Adoption Incentive Program that provides $500 to adopters at time of adoption and $500 to adopters at time of titling to help defray their costs for humane care of the animal.

The BLM received authority from Congress to transfer animals to Federal, state, and local government agencies for use as work animals. The BLM has developed policy (BLM Instruction Memorandum 2018-052) and began communication and outreach efforts. No authority at this time exists to directly transfer wild horses and burros to private, non-government entities nor outside of the country.

An international program is being considered, as well to place animals into other countries for the purposes of humanitarian aid or economic development.

Thank you,

Hollie Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a CHOICE. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood

On Thu, Sep 20, 2018 at 9:04 AM Rittenhouse, Bruce <brittenh@blm.gov> wrote:

Hollie

I would like to review this response made by the advisory board at last year's Grand Junction meeting. I think its a somewhat too long so please shorten it up and make it more concise. Need a pretty quick turnaround on this. Thanks.

**Recommendation #3:** Create funding mechanisms to maximize adoptions and or sales, especially through successful programs, and to include international adoptions and or sales. Motion carried 6-1.

**BLM Response:** The BLM accepts this recommendation. The BLM is always looking at innovative and creative ways to maximize adoptions and sales to place animals into good homes. For

BLM_002664

example, the BLM is drafting guidance to establish an Adoption Incentive Program where adopters will receive a monetary incentive at time of adoption and titling to help defray their costs for humane care of the animal.

An international program is being considered as well to place animals into other countries for the purposes of humanitarian aid or economic development. To date, these international efforts have involved working with a private citizen on a pilot project to transport a small number of horses to a working ranch in Guyana.

The BLM received authority from Congress to transfer animals to Federal, state, and local government agencies for use as work animals. Animals have been placed with Border Patrol and law enforcement agencies under this authority The BLM has developed policy (BLM Instruction Memorandum 2018-052), however, no authority at this time exists to directly transfer wild horses and burros to private, non-government entities nor outside of the country.

--
Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov

--
Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov

| | |
|---|---|
| **From:** | Bartholomew, Thomas A |
| **To:** | Smith, Linda H; Jackson, Tonya M; Lawton, Eric A |
| **Cc:** | Reiland, Michael J; Waddell, Holle; Shepherd, Alan B; Rittenhouse, Bruce H; Tryon, Steve; Bail, Kristin M |
| **Subject:** | WHB Presentation for OMB |
| **Date:** | Thursday, September 20, 2018 1:37:08 PM |
| **Attachments:** | FY20_OMB Briefing (WH&B).pptx |

Here is the WHB presentation deck. Please let us know if you have any edits you would like to make.

Best,

Thomas

--
Thomas Bartholomew
Resource Advisor
Resources and Planning Directorate
Bureau of Land Management
Washington, DC
202-208-5922

BLM_002666



**Bureau of
Land
Management**

# 2020 OMB Program Briefing
## Wild Horse and Burro Management



Kristin Bail, Assistant Director
Resources and Planning Directorate
Division of Wild Horse and Burros
September 21, 2018

BLM_002667

**Bureau of
Land
Management**

# Program Overview

- Wild horses and burros are federally protected and have virtually no natural predators. Herds can double in size every four years.

- Approximately 82,000 animals are currently on the range, so the national population is 55,300 animals above the Appropriate Management Level (AML) of 26,700.

- The current overpopulation threatens the health of western rangelands, degrading ecosystem functions and limiting the forage and water available for domestic and wildlife species.

- Emergency gathers are required to limit the impacts from overpopulation.

- The BLM cannot gather and treat enough animals to reduce herd sizes through currently available fertility control vaccines alone.

**Bureau of
Land
Management**

# FY 2018 Major Accomplishments

- Completed Report to Congress outlining options for future management of the program

- About 11,000 removals in Fiscal Year 2018, the most since 2005

- About 4,700 private care placements (adoptions/sales) in Fiscal Year 2018

- Will have the lowest year over year on-range population increase since 2011-2012

- Will have highest number of private care placements since 2006

- Will have lowest unit cost for private care placements since 2009

- Issuing new guidance on adoptions: price charged and financial incentives



# Historical Trends and Funding History





# Details of the 2020 Wild Horse and Burro Management Request

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Target) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Fixed Costs | Transfer | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | *$000* | 75,000 | 66,719 | +670 | -8 | +171 | 67,552 | +833 |
| | *FTE* | 166 | 161 | | | 0 | 161 | 0 |

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (OverTarget) | | | |
|---|---|---|---|---|---|---|---|
| | | | | 2020 OMB Target | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | *$000* | 75,000 | 66,719 | 67,552 | +32,448 | 100,000 | +33,281 |
| | *FTE* | 166 | 161 | | +4 | 165 | +4 |

BLM_002671

**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Target: $67,552,000**

- 500 animals would be gathered from the range
- 2,000 animals would be placed into private care through adoptions, sales, or transfers
- Fertility control treatments using PZP would be about 500. Treatments include darting only.  Anticipate sterilizing up to 100 animals.
- Population surveys and monitoring to prepare for future gathers will be conducted on about 5 HMAs.
- Compliance inspections will be completed on about 200 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.
- On-range populations in March 2020 will be approximately 107,500; off-range population at the end of FY 2020 will be approximately 49,500.

BLM_002672

**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

## WH&B Over target: +$32.4M

– 12,000 animals would be gathered from the range

– 6,000 animals would be placed into private care (adoptions, sales, or transfers)

– Fertility control treatments using PZP would be increased to 2,000. Treatments include darting and animals treated during gathers and returned to the range.

– Anticipate sterilizing up to 3,000 animals, contingent on approval to use CX for this technique.

– Population surveys and monitoring to prepare for future gathers will be conducted on about 90 HMAs.

– Compliance inspections will be completed on about 1,150 adopted animals, with special emphasis on animals adopted pursuant to the adoption incentive program that will be initiated in 2019.

– On-range populations in March 2020 will be approximately 95,500; off-range population at the end of FY 2020 will be approximately 51,000.

BLM_002673

7

**Bureau of
Land
Management**

# Details of the 2020 Request cont.

| | 2018 | 2019* | 2020 (OMB Target) | 2020 (Over Target) |
|---|---|---|---|---|
| Adoptions/Sales | 4,500 | 4,500 | 2,000 | 6,000 |
| Fertility Control Vaccines | 1,000 | 1,000 | 500 | 2,000 |
| Spay and Neuter | - | 100 | 100 | 3,000 |
| Gathers | 11,500 | 5,000 | 500 | 12,000 |
| Surveys/Monitoring | 90 | 90 | 5 | 90 |
| Compliance | 1,150 | 1,150 | 200 | 1,150 |
| On-Range Population* | 82,500 | 89,500 | 107,500 | 95,500 |
| Off-Range Population | 52,100 | 55,000 | 49,500 | 51,000 |
| Budget | $75 million | $85 million | $67.5 million | $100 million |

* Assumes mid-point budget between House and Senate version of appropriations bill

BLM-002674

8

**Bureau of
Land
Management**

# Streamlining & Efficiencies

- Increasing Adoptions
  - Adoption Incentive Program
  - Increasing training opportunities
- Continuing research into longer lasting population growth suppression treatments
- Reducing Holding Costs
  - Strategic planning for moving animals from corrals to pastures
  - Increasing the number of pastures available (2019 solicitation)
  - Increased marketing and providing ways to make the bid proposal submission process easier for interested parties

BLM_003675

# Critical Factors & Future Trends

- No highly effective population growth suppression method available
- Increasing on-range population (even with increased removals and population growth suppression treatments)
- Few natural population controls
- Continued intense public scrutiny of gathers and removals
- Litigation

| From: | Smith, Linda H |
|-------|----------------|
| To: | Bartholomew, Thomas A |
| Cc: | Jackson, Tonya M; Lawton, Eric A; Reiland, Michael J; Waddell, Holle; Shepherd, Alan B; Rittenhouse, Bruce H; Tryon, Steve; Bail, Kristin M; Scott, Sudani M |
| Subject: | Re: WHB Presentation for OMB |
| Date: | Friday, September 21, 2018 7:38:36 AM |
| Attachments: | FY20_OMB Briefing (WH&B).lhs.pptx |
| Importance: | High |

On Fri, Sep 21, 2018 at 8:38 AM Smith, Linda <lhsmith@blm.gov> wrote:
> Good morning. We had our overarching briefing with OMB late yesterday and did not finish until late. Just seeing this now. I have a number of edits and will share them with Eric Lawton and Sudani Scott to address.
>
> We have been instructed to address only the at target budget proposal. References to the overtarget will need to be removed as the overtargets are being briefed at a higher level in the Department.
>
> Thanks.

On Thu, Sep 20, 2018 at 2:37 PM Bartholomew, Thomas <tbarthol@blm.gov> wrote:
> Here is the WHB presentation deck. Please let us know if you have any edits you would like to make.
>
> Best,
>
> Thomas
>
> --
> Thomas Bartholomew
> Resource Advisor
> Resources and Planning Directorate
> Bureau of Land Management
> Washington, DC
> 202-208-5922

--
Linda H. Smith
BLM Budget Officer
Office: 202-912-7060
Cell/Alternative Telework Number: 703-517-3382
lhsmith@blm.gov

This email (including attachments) is intended for the addressee(s) only. It may contain information that is privileged, confidential, sensitive, or otherwise protected from disclosure by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete this e-mail and all copies.

--
Linda H. Smith
BLM Budget Officer
Office: 202-912-7060
Cell/Alternative Telework Number: 703-517-3382
lhsmith@blm.gov

This email (including attachments) is intended for the addressee(s) only. It may contain information that is privileged, confidential, sensitive, or otherwise protected from disclosure by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete this e-mail and all copies.

BLM_002678



**Bureau of
Land
Management**

# 2020 OMB Program Briefing
## Wild Horse and Burro Management



Kristin Bail, Assistant Director
Resources and Planning Directorate
Division of Wild Horse and Burros
September 21, 2018

BLM_002679

**Bureau of
Land
Management**

# Program Overview

- Wild horses and burros are federally protected and have virtually no natural predators. Herds can double in size every four years.

- Approximately 82,000 animals are currently on the range, so the national population is 55,300 animals above the Appropriate Management Level (AML) of 26,700.

- The current overpopulation threatens the health of western rangelands, degrading ecosystem functions and limiting the forage and water available for domestic and wildlife species.

- Emergency gathers are required to limit the impacts from overpopulation.

- The BLM cannot gather and treat enough animals to reduce herd sizes through currently available fertility control vaccines alone.

BLM_002680

**Bureau of
Land
Management**

# FY 2018 Major Accomplishments

- Completed Report to Congress outlining options for future management of the program

- About 11,000 removals in Fiscal Year 2018, the most since 2005

- About 4,700 private care placements (adoptions/sales) in Fiscal Year 2018

- Will have the lowest year over year on-range population increase since 2011-2012

- Will have highest number of private care placements since 2006

- Will have lowest unit cost for private care placements since 2009

- Issuing new guidance on adoptions: price charged and financial incentives

BLM_002681



**Bureau of
Land
Management**

# Historical Trends and Funding History



**Wild Horse and Burro Enacted Budget 2000-2020**



**Bureau of Land Management**

# Details of the 2020 Wild Horse and Burro Management Request

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Target) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Fixed Costs | Transfer | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | $000 | 75,000 | 66,719 | +670 | -8 | +171 | 67,552 | +833 |
| | FTE | 166 | 161 | | | 0 | 161 | 0 |

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (OverTarget) | | | |
|---|---|---|---|---|---|---|---|
| | | | | 2020 OMB Target | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | $000 | 75,000 | 66,719 | 67,552 | +32,448 | 100,000 | +33,281 |
| | FTE | 166 | 161 | | +4 | 165 | +4 |



**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Target: $67,552,000**

– 500 animals would be gathered from the range

– 2,000 animals would be placed into private care through adoptions, sales, or transfers

– Fertility control treatments using PZP would be about 500. Treatments include darting only.  Anticipate sterilizing up to 100 animals.

– Population surveys and monitoring to prepare for future gathers will be conducted on about five HMAs.

– Compliance inspections will be completed on about 200 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.

– On-range populations in March 2020 will be approximately 107,500; off-range population at the end of FY 2020 will be approximately 49,500.

BLM_002684



BLM

Bureau of
Land
Management

# Details of the 2020 Request cont.

|  | 2018 | 2019* | 2020 (OMB Target) | 2020 (Over Target) |
|---|---|---|---|---|
| Adoptions/Sales | 4,500 | 4,500 | 2,000 | 6,000 |
| Fertility Control Vaccines | 1,000 | 1,000 | 500 | 2,000 |
| Spay and Neuter | - | 100 | 100 | 3,000 |
| Gathers | 11,500 | 5,000 | 500 | 12,000 |
| Surveys/Monitoring | 90 | 90 | 5 | 90 |
| Compliance | 1,150 | 1,150 | 200 | 1,150 |
| On-Range Population* | 82,500 | 89,500 | 107,500 | 95,500 |
| Off-Range Population | 52,100 | 55,000 | 49,500 | 51,000 |
| Budget | $75 million | $85 million | $67.5 million | $100 million |

* Assumes mid-point budget between House and Senate version of appropriations bill

BLM_002685

**Bureau of
Land
Management**

# Streamlining & Efficiencies

- Increasing Adoptions
  - Adoption Incentive Program
  - Increasing training opportunities
- Continuing research into longer lasting population growth suppression treatments
- Reducing Holding Costs
  - Strategic planning for moving animals from corrals to pastures
  - Increasing the number of pastures available (2019 solicitation)
  - Increased marketing and providing ways to make the bid proposal submission process easier for interested parties

**Bureau of
Land
Management**

# Critical Factors & Future Trends

- No highly effective population growth suppression method available
- Increasing on-range population (even with increased removals and population growth suppression treatments)
- Few natural population controls
- Continued intense public scrutiny of gathers and removals
- Litigation

BLM_002687

| | |
|---|---|
| **From:** | Bartholomew, Thomas A |
| **To:** | Bail, Kristin M; Tryon, Steve; Rittenhouse, Bruce H; Reiland, Michael J; Waddell, Holle; Shepherd, Alan B |
| **Subject:** | Fwd: WHB Presentation for OMB |
| **Date:** | Friday, September 21, 2018 8:22:44 AM |
| **Attachments:** | ATT00001.htm |
| | FY20_OMB Briefing (WH&B) (Final).pptx |
| **Importance:** | High |

See edits from Budget. Let me know if there are any issues. They asked to take the overtarget discussion out as that is being briefed to OMB separately.


Begin forwarded message:


**From:** "Lawton, Eric" <elawton@blm.gov>
**Date:** September 21, 2018 at 9:12:46 AM EDT
**To:** "Bartholomew, Thomas" <tbarthol@blm.gov>
**Cc:** Sudani Scott <smscott@blm.gov>
**Subject: Fwd: WHB Presentation for OMB**


Thomas
We've addressed Linda's comments. Can you let us know if Steve and Kristin are ok with them. see attached
Thanks,
Eric


---------- Forwarded message ---------
From: **Smith, Linda** <lhsmith@blm.gov>
Date: Fri, Sep 21, 2018 at 8:38 AM
Subject: Re: WHB Presentation for OMB
To: Thomas Bartholomew <tbarthol@blm.gov>
Cc: Tonya Jackson <tmjackson@blm.gov>, Eric Lawton <elawton@blm.gov>,
Michael Reiland <mreiland@blm.gov>, Holle Hooks <hwaddell@blm.gov>,
Alan B Shepherd <ashepher@blm.gov>, Bruce Rittenhouse <brittenh@blm.gov>,
Steve Tryon <stryon@blm.gov>, Bail, Kristin <kbail@blm.gov>, Sudani Scott
<smscott@blm.gov>



On Fri, Sep 21, 2018 at 8:38 AM Smith, Linda <lhsmith@blm.gov> wrote:
> Good morning. We had our overarching briefing with OMB late yesterday and
> did not finish until late. Just seeing this now. I have a number of edits and will
> share them with Eric Lawton and Sudani Scott to address.
>
> We have been instructed to address only the at target budget proposal.
> References to the overtarget will need to be removed as the overtargets are
> being briefed at a higher level in the Department.

Thanks.

On Thu, Sep 20, 2018 at 2:37 PM Bartholomew, Thomas <tbarthol@blm.gov>
wrote:

> Here is the WHB presentation deck. Please let us know if you have any edits
> you would like to make.
>
> Best,
>
> Thomas
>
> --
> Thomas Bartholomew
> Resource Advisor
> Resources and Planning Directorate
> Bureau of Land Management
> Washington, DC
> 202-208-5922

--
Linda H. Smith
BLM Budget Officer
Office: 202-912-7060
Cell/Alternative Telework Number: 703-517-3382
lhsmith@blm.gov

This email (including attachments) is intended for the addressee(s) only. It may contain
information that is privileged, confidential, sensitive, or otherwise protected from disclosure by
applicable law. If you are not the intended recipient or the employee or agent responsible for
delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination,
distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you have received
this email in error, please notify the sender immediately and delete this e-mail and all copies.

--
Linda H. Smith
BLM Budget Officer
Office: 202-912-7060
Cell/Alternative Telework Number: 703-517-3382
lhsmith@blm.gov

This email (including attachments) is intended for the addressee(s) only. It may contain information
that is privileged, confidential, sensitive, or otherwise protected from disclosure by applicable law. If
you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to
the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use
of this e-mail or its contents is strictly prohibited. If you have received this email in error, please
notify the sender immediately and delete this e-mail and all copies.



**Bureau of Land Management**

# 2020 OMB Program Briefing
## Wild Horse and Burro Management



Kristin Bail, Assistant Director
Resources and Planning Directorate
Division of Wild Horse and Burros
September 21, 2018

BLM_003690

**Bureau of Land Management**

# Program Overview

- Wild horses and burros are federally protected and have virtually no natural predators. Herds can double in size every four years.

- Approximately 82,000 animals are currently on the range, so the national population is 55,300 animals above the Appropriate Management Level (AML) of 26,700.

- The current overpopulation threatens the health of western rangelands, degrading ecosystem functions and limiting the forage and water available for domestic and wildlife species.

- Emergency gathers are required to limit the impacts from overpopulation.

- The BLM cannot gather and treat enough animals to reduce herd sizes through currently available fertility control vaccines alone.

**Bureau of
Land
Management**

# FY 2018 Major Accomplishments

- Completed Report to Congress outlining options for future management of the program

- About 11,000 removals in Fiscal Year 2018, the most since 2005

- About 4,700 private care placements (adoptions/sales) in Fiscal Year 2018

- Will have the lowest year over year on-range population increase since 2011-2012

- Will have highest number of private care placements since 2006

- Will have lowest unit cost for private care placements since 2009

- Issuing new guidance on adoptions: price charged and financial incentives



**Bureau of Land Management**

# Historical Trends and Funding History



**Wild Horse and Burro Enacted Budget 2009-2020**



**Bureau of
Land
Management**

# Details of the 2020 Wild Horse and Burro Management Request

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Target) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Fixed Costs | Transfer | Program Change | 2020 OMB Target | Change from 2019 |
| **Wild Horse and Burro Management** | *$000* | 75,000 | 66,719 | +670 | -8 | +171 | 67,552 | +833 |
| | *FTE* | 166 | 161 | | | 0 | 161 | 0 |

BLM_002694



**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Target: $67,552,000**

- Anticipate sterilizing up to 100 animals.
- 500 animals would be gathered from the range
- 2,000 animals would be placed into private care adoptions/sales/transfers)
- Fertility control treatments using PZP would be about 500. Treatments include darting only.
- Population surveys and monitoring to prepare for future gathers will be conducted on about five Herd Management Areas.
- On-range populations in March 2020 will be approximately 107,500; off-range population at the end of FY 2020 will be approximately 49,500.
- Compliance inspections will be completed on about 200 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.

BLM_002695

6



**Bureau of Land Management**

# Details of the 2020 Request cont.

| | 2018 | 2019* | 2020 (OMB Target) | |
|---|---|---|---|---|
| Adoptions/Sales | 4,500 | 4,500 | 2,000 | |
| Fertility Control Vaccines | 1,000 | 1,000 | 500 | |
| Spay and Neuter | - | 100 | 100 | |
| Gathers | 11,500 | 5,000 | 500 | |
| Surveys/Monitoring | 90 | 90 | 5 | |
| Compliance | 1,150 | 1,150 | 200 | |
| On-Range Population | 82,500 | 89,500 | 107,500 | |
| Off-Range Population | 52,100 | 55,000 | 49,500 | |
| Budget | $75 million | $85 million | $67.5 million | |

\* Assumes mid-point budget between House and Senate version of appropriations bill

BLM_002696

**Bureau of
Land
Management**

# Streamlining & Efficiencies

- Increasing Adoptions
  - Adoption Incentive Program
  - Increasing training opportunities
- Continuing research into longer lasting population growth suppression treatments
- Reducing Holding Costs
  - Strategic planning for moving animals from corrals to pastures
  - Increasing the number of pastures available (2019 solicitation)
  - Increased marketing and providing ways to make the bid proposal submission process easier for interested parties

BLM_002607

Bureau of
Land
Management

# Critical Factors & Future Trends

- Including permanent sterilization (spay and neuter) in future population growth suppression methods (FY19)
- No highly effective population growth suppression method available
- Increasing on-range population (even with increased removals and population growth suppression treatments)
- Few natural population controls
- Continued intense public scrutiny of gathers, removals, and permanent sterilization
- Litigation

BLM_002698

**From:**           Lutterman, Jason
**To:**             Bruce Rittenhouse
**Subject:**        WHB Presentation
**Date:**           Friday, September 21, 2018 2:20:24 PM
**Attachments:**    WHB Program Overview_7.12.18.pptx

--
Jason Lutterman
Public Affairs Specialist (on-range)
National Wild Horse and Burro Program
Bureau of Land Management
Office: (775) 861-6614
Mobile: (202) 304-0967

Visit us online:
www.BLM.gov/WHB



*A group of wild horses stand in a field of cheatgrass*

BLM_002700



U.S. Department of the Interior
Bureau of Land Management

# Presentation Overview

- Wild Horse and Burro Act (1971 as amended)
- Status of Wild Horse and Burro Program
- Urgency of the Situation
- Solutions and Management tools
  - Removals
  - Incentives
  - Affordable Care
  - Fertility Control
  - Sterilization
  - Additional authorities



BLM_002701



# Bureau of Land Management



3

BLM_002702



U.S. Department of the Interior
Bureau of Land Management

# BLM Management

- Management is based upon the <span style="color:red">principles of multiple use and sustained yield</span> of our nation's resources within a framework of environmental responsibility and scientific technology.



- <span style="color:red">Multiple Use:</span> Balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and non-renewable resources.

- <span style="color:red">Principal Use:</span> Domestic livestock grazing, fish and wildlife development and utilization, mineral exploration and production, rights-of-ways, outdoor recreation and timber production.



- Provisions for managing some lands for less than all of the resource uses

4

BLM_002703



U.S. Department of the Interior
Bureau of Land Management

# BLM Management

- 1876 Mining Law

- 1934 Taylor Grazing Act

- 1964 Wilderness Act

- 1970 National Environmental Policy Act (NEPA)

- 1971 Wild Free-Roaming Horses and Burros Act

- 1973 Endangered Species Act (ESA)

- 1976 Federal Land Policy and Mgt. Act (FLPMA)

- 1978 Public Rangelands Improvement Act (PRIA)

5

BLM_002704



U.S. Department of the Interior
Bureau of Land Management

# Wild Free-Roaming Horses and Burros Act of 1971

- Protect, Manage and Control
- Applies to public lands administered by BLM & USFS
- Manage where found in 1971 (no relocation)
- Maintain a thriving natural ecological balance in combination with other multiple uses
- Management at the minimum feasible level



BLM_002705



U.S. Department of the Interior
Bureau of Land Management

# Wild Free-Roaming Horses and Burros Act of 1971

- Appoint an Advisory Board
- Consult with State wildlife management agencies
- Remove from private land when requested
- Authority to enter into cooperative agreements with private land owners and State and local government agencies
- May designate specific Ranges where horses or burros are principle use.

BLM_002706


U.S. Department of the Interior
Bureau of Land Management

# Wild Free-Roaming Horses and Burros Act of 1971, as amended

- Authorization for the use of helicopters for capture and motor vehicles for transport **(1976 FLPMA)**

- Immediately remove excess animals and determine if AMLs are to be achieved by removal or destruction of excess animals or other means such as sterilization or natural controls **(1978 PRIA)**

- Maintain a current inventory **(1978 PRIA)**

BLM_002707



U.S. Department of the Interior
Bureau of Land Management

# Wild Free-Roaming Horses and Burros Act of 1971, as amended

- Excess animals made available for adoption **(1978 PRIA)**

- Humanely destroy those for which no adoption demand exists **(1978 PRIA)**

- Sale w/o limitation **(Appropriations Act, 2005)**
  - Offered unsuccessfully for adoption 3 times
  - Animals older than 10 years

- **Since 2010, annual legislation has prohibited sale without limitation and destruction of healthy animals**



BLM_002708



U.S. Department of the Interior
Bureau of Land Management

# BLM's WHB Management Goal

# Healthy herds on healthy rangelands in combination with other uses of public lands



10

BLM_002709



# The Wild Horse and Burro Program is at a crossroads



BLM_002710



U.S. Department of the Interior
Bureau of Land Management

# WHB by the numbers

- **10** Western states have WHBs
- **177** Herd Management Areas (HMAs)
- **26.9** million acres  of public rangelands
- **26,690** animals is the Appropriate Management Level
- **81,951** animals on the range (as of March 2018)
  - **½** in Nevada
- **44,730** animals in holding (June 2018)
  - 8,304 in 26 corrals ($5.05 per day; $24.3 million total in FY18)
  - 35,782 in 35 pastures ($1.98 per day; $24.3 million total in FY18)
- **4,099** adopted/sold in 2017 ($1,931/animal adopted or sold)
  - Decline in Adoptions since 7,800 but are rebounding
- **4,209** removed from the range in 2017 ($1,000/animal removed )

12



# Overpopulation on the Range

**25,000** wild horses and burros lived on public lands in 1971

**27,000** wild horses and burros can live in balance with wildlife and livestock on healthy public lands

**82,000** wild horses and burros live on public lands in 2018

BLM_002712



U.S. Department of the Interior
Bureau of Land Management

# Low rate of private care

- Too few wild horses and burros are placed into private homes each year.
- At the same time, herds continue to increase rapidly on public lands.





# High Off-Range Costs




U.S. Department of the Interior
Bureau of Land Management

# Off-Range Costs

Off-range pastures

Off-range corrals


$2/animal/day


$5/animal/day

## $1 Billion Lifetime Costs

For animals already in BLM's corrals and pastures

BLM_002715


U.S. Department of the Interior
Bureau of Land Management

# Urgency of Situation

- Nearly every HMA is overpopulated

- Degradation of public lands is on-going

- Several emergency gathers are necessary each year to save imperiled animals from thirst or starvation

- More animals on highways and private property
  - 400 vehicle-horse collisions in NV since 2006.

BLM_002716



U.S. Department of the Interior
Bureau of Land Management

# Overpopulation Effects

- Damage to rangeland condition and wildlife habitat

- Moving out of designated management areas, onto private land and public highways

- Affecting other land users such as hunters and livestock permitees as well as the economic viability of small western communities





BLM_002717



U.S. Department of the Interior
Bureau of Land Management

# Solutions/tools

- The BLM is exploring all options and tools to address urgent overpopulation on the range.

- <span style="color:red">The situation is urgent:</span> solutions are needed that can reduce overpopulation immediately.





BLM_002718



U.S. Department of the Interior
Bureau of Land Management

# Remove Excess Animals

- Removing excess animals is the only way to produce an immediate meaningful impact on overpopulation.

- A strong gather + removal program is necessary to reach appropriate management level

- No additional funding to hold more excess animals

- Removals should focus on high-priority areas

 

BLM_002719



U.S. Department of the Interior
Bureau of Land Management

# Adoption Incentives

- What could be offered to increase adoptions?
- Financial incentive could be offered to wild horse and burro adopters to help offset cost of ownership.





BLM_002720



U.S. Department of the Interior
Bureau of Land Management

# Strengthen Partnerships

- A broad coalition of interest groups and citizens willing to contribute is needed

- Strong <span style="color:red">partnerships</span> can:
  - Help on-range management, including <span style="color:red">fertility control</span> application
  - <span style="color:red">Train more animals</span> for placement into private care
  - Provide <span style="color:red">low-cost holding</span> for excess animals





BLM_002721



U.S. Department of the Interior
Bureau of Land Management

# Transferring Animals

- Wild horses and burros are in demand by other public agencies for use as work animals
  - Since FY17 Appropriations – easier to transfer animals to federal, state and local agencies
  - More than 400 wild horses and burros have been transferred or otherwise adopted/purchased by agencies like Border Patrol since 1971

- Exploring international opportunities













U.S. Department of the Interior
Bureau of Land Management

# Volunteers

- Advisory Board recommendation to utilize more volunteers for all aspects of program

- 1-year pilot program with Volunteer Coordinator in Eastern States Office
  - A volunteer serves as the Volunteer Coordinator
  - Assess needs
  - Implement best practices





U.S. Department of the Interior
Bureau of Land Management

# Cost-effective Care

- More animals can be moved to more affordable pasture settings, either through contract or partnership

- Not readily accessible once moved to pasture

- Creates long-term financial commitment for gov't

- Need partners willing to financially support excess wild horses.



BLM_002724


U.S. Department of the Interior
Bureau of Land Management

# Fertility Control

- Current fertility-control tools are limited
  - Vaccines only effective for ~1 yr
  - BLM must gather most horses to apply fertility control vaccine in most HMAs
  - Few herds are suitable for darting programs
- Apply once at AML
- Continue on-going research



BLM_002725



U.S. Department of the Interior
Bureau of Land Management

# Sterilization

- Permanent sterilization of some animals could slow population growth in herds, reducing the need for future gathers.

- If animals are sterilized and released, holding costs are nearly unaffected.

- Gelding stallions may not have an impact but could replace a breeding mare.



BLM_002726



# Additional Authorities

- The President's FY19 budget proposal requests use of all tools in Act.

- Unrestricted sale or humane euthanasia would reduce holding costs and provide a way to achieve AML



BLM_002727



# Discussion



BLM_002728

| | |
|---|---|
| **From:** | Collins, Deborah |
| **To:** | Waddell, Holle |
| **Subject:** | Revised PPT |
| **Date:** | Monday, September 24, 2018 4:52:05 PM |
| **Attachments:** | Off-Range Program PPT_AIP_SLC Adv Brd_DC_2018.09.24.pptx |

Here you go. Make sure you are ok with the second slide that talks about impacts of reducing holding costs. Thanks.


**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**