

**U.S. Department of the Interior**
**Bureau of Land Management**

# Wild Horse and Burro Program

The Bureau of Land Management – Adoption Incentive Program

BLM_002730



U.S. Department of the Interior
Bureau of Land Management

# Goals of the Adoption Incentive Program

- **Increase placement of wild horses and burros**
  - **Encourage new individuals and organizations to adopt untrained wild horses or burros.**
  - **Encourage prior adopters to consider adopting additional animals.**

- **Reduce holding costs**
  - **$1,000 incentive is less than the annual feed and care cost/animal.**
  - **Cost savings will contribute to improving rangeland health.**



BLM_002731

U.S. Department of the Interior
Bureau of Land Management

# Adoption Incentive Program Process

- **Applicant completes standard adoption application, agrees to abide by the prohibitive acts, provides financial institution information and pays $25 adoption fee.**
  *(All current incentives are no longer valid.)*

- **Within 60 days of adoption date, $500 is electronically deposited into adopter's bank account.**

- **Within 60 days of animal's title eligibility, applicant mails in request for second $500.  (Adopter will receive the second $500 within 425 days of the initial adoption date.)**

*\* Titling process completes one year (365 days) from adoption date.*

BLM_002732



U.S. Department of the Interior
Bureau of Land Management

# Adoption Incentive Program Process (cont.)

- *All untrained wild horses and burros are eligible for the incentive* regardless of species, age, sex, color, HMA or the number of times the animal had been offered for adoption.

- Applicant *can choose to adopt, not purchase, a sale-eligible animal and participate in the AIP*, but the applicant *waives the opportunity to receive automatic ownership*.

- Trained animals are *NOT* eligible for the incentive.

BLM_002733

U.S. Department of the Interior
Bureau of Land Management

**The reality is that the off-range holding numbers** *may not go down dramatically in the immediate future,* **but the BLM is implementing the** *Adoption Incentive Program* **to help the BLM regain balance to animal populations and rangelands.**



BLM_002734

| | |
|---|---|
| **From:** | Myrick, Brett H |
| **To:** | Waddell, Holle |
| **Cc:** | Sklar, Ryan M |
| **Subject:** | Re: Wild Horse and Burro Adoption Incentive Program |
| **Date:** | Tuesday, September 25, 2018 10:26:30 AM |
| **Importance:** | High |

Hi Holle-

Right now I'm available between 1-4 today to talk.

Thanks,
Brett

On Tue, Sep 25, 2018 at 10:18 AM Waddell, Holle <hwaddell@blm.gov> wrote:

Hello Brett! Ryan Sklar reached out this morning regarding a concern with the draft guidance for the new Wild Horse and Burro Adoption Incentive Program IM. Please let me know your availability to discuss and resolve today.

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--
Brett H. Myrick
Department of the Interior - Office of the Solicitor
Attorney-Adviser - Division of General Law
202-208-3820
Room 6444

| | |
|---|---|
| **From:** | Reiland, Michael J |
| **To:** | Rittenhouse, Bruce H; Shepherd, Alan B; Waddell, Holle |
| **Subject:** | OMB Request |
| **Date:** | Wednesday, September 26, 2018 7:28:09 AM |
| **Attachments:** | OMB Monetization Response.xlsx |

Bruce,

Please find attached a spreadsheet that shows a monetization of the bullet points on the OMB presentation that they requested.

I'm still finalizing the movement of animals from corrals to pastures slide, but otherwise it should be good.

Let me know what you think and we can chat about it.

Holle/Alan - let me know if you see anything that doesn't make sense to you.

Thanks,

Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

| Adoption Incentive Program | | |
|---|---|---|
| Year | Untrained Animals Placed Into Private Care* | Cost to BLM |
| 2019 | 2,250 | $ 2,250,000 |
| 2020 | 1,000 | $ 1,000,000 |
| 2021 | 750 | $ 750,000 |
| 2022 | 500 | $ 500,000 |
| 2023 | 250 | $ 250,000 |
| 5 Year Total | 4,750 | $ 4,750,000 |

* Estimates based on current anticipated funding levels (i.e. President's Buc

** Based on average animal age at placement being 7.

| Estimated Savings for Holding for animal lifetime ** |
|---|
| $                45,291,938 |
| $                20,129,750 |
| $                15,097,313 |
| $                10,064,875 |
| $                  5,032,438 |
| $                95,616,313 |

dget Requests).

| Increasing training opportunities (MH | | |
|---|---|---|
| Year | Animals Placed Into Private Care | Cost to BLM |
| 2013 | 692 | $ 3,116,963 |
| 2014 | 556 | $ 1,026,590 |
| 2015 | 937 | $ 1,989,153 |
| 2016 | 1,255 | $ 2,747,247 |
| 2017 | 1,859 | $ 2,856,702 |
| 5 Year Total | 5,299 | $ 11,736,655 |

\* Based on age of animals at placement.  **Average Savings per Animal**

| F only) |
| --- |
| Estimated Savings for Holding * |
| $            13,583,110 |
| $            10,879,920 |
| $            17,713,815 |
| $            23,786,685 |
| $            35,686,780 |
| $          101,650,310 |
| **$                 19,183** |

## Strategic planning for moving animals
## from corrals to pastures

| Year | Number of Animals Moved from | Estimated Cost Savings ** |
|---|---|---|
| 2017 | 2,000 | $ 46,756,500 |
| 2018 | 4,000 | $ 93,513,000 |
| 2019* | 1,110 | $ 25,949,858 |
| 2020* | 1,230 | $ 28,755,248 |
| 2021* | 1,230 | $ 28,755,248 |
| 5 Year Total | 9,570 | $ 223,729,853 |

* Estimated based on natural mortality average within system and additional pasture space planned.

** Based on the average age of animal moved being 9 years old.

BLM_002741

| | Increasing the number of pastures av | |
|---|---|---|
| Year | Planned Number of New Pasture Spaces | Number of Animals Moved into New Spaces |
| 2019 | 3,500 | 500 |
| 2020 | - | 3,500 |
| 2021 | - | 200 |
| 3 Year Total | 3,500 | 4,200 |

* Based on the average age of animal moved from a corral to a pasture beir

| ailable |
| --- |
| Estimated Cost Savings * |
| $              11,689,125 |
| $              81,823,875 |
| $                4,675,650 |
| $              98,188,650 |

ng 9 years old.

| | |
|---|---|
| **From:** | Reiland, Michael J |
| **To:** | Rittenhouse, Bruce H; Waddell, Holle; Shepherd, Alan B |
| **Subject:** | OMB Monetization Updated |
| **Date:** | Wednesday, September 26, 2018 1:09:26 PM |
| **Attachments:** | OMB Monetization Response.xlsx |

Bruce,

Here's a final document from me. I worked with Bea to get numbers for the "Corrals to Pastures" tab.

Thanks,

Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

| Adoption Incentive Program | | | |
|---|---|---|---|
| Year | Untrained Animals Placed Into Private Care* | Cost to BLM | Estimated Savings for Holding for animal lifetime ** |
| 2019 | 2,250 | $ 2,250,000 | $ 45,291,938 |
| 2020 | 1,000 | $ 1,000,000 | $ 20,129,750 |
| 2021 | 750 | $ 750,000 | $ 15,097,313 |
| 2022 | 500 | $ 500,000 | $ 10,064,875 |
| 2023 | 250 | $ 250,000 | $ 5,032,438 |
| 5 Year Total | 4,750 | $ 4,750,000 | $ 95,616,313 |

* Estimates based on current anticipated funding levels (i.e. President's Budget Requests).

** Based on average animal age at placement being 7.

BLM_002745

| Increasing training opportunities (MHF only) | | | | | |
|---|---|---|---|---|---|
| Year | Animals Placed Into Private Care | Cost to BLM | | Estimated Savings for Holding * | |
| 2013 | 692 | $ | 3,116,963 | $ | 13,583,110 |
| 2014 | 556 | $ | 1,026,590 | $ | 10,879,920 |
| 2015 | 937 | $ | 1,989,153 | $ | 17,713,815 |
| 2016 | 1,255 | $ | 2,747,247 | $ | 23,786,685 |
| 2017 | 1,859 | $ | 2,856,702 | $ | 35,686,780 |
| 5 Year Total | 5,299 | $ | 11,736,655 | $ | 101,650,310 |

\* Based on age of animals at placement.

| Average Savings per Animal | $ | 19,183 |
|---|---|---|

## Strategic planning for moving animals
## from corrals to pastures

| Year | Number of Animals Moved from | Estimated Cost Savings ** |
|---|---|---|
| 2017 | 3,950 | $ 92,344,088 |
| 2018 | 4,316 | $ 100,900,527 |
| 2019* | 1,610 | $ 37,638,983 |
| 2020* | 3,230 | $ 75,511,748 |
| 2021* | 1,230 | $ 28,755,248 |
| 5 Year Total | 14,336 | $ 335,150,592 |

* Estimated based on natural mortality average within system and additional pasture space planned.

** Based on the average age of animal moved being 9 years old.

BLM_002747

| Increasing the number of pastures available | | | |
|---|---|---|---|
| Year | Planned Number of New Pasture Spaces | Number of Animals Moved into New Spaces | Estimated Cost Savings * |
| 2019 | 3,500 | 500 | $ 11,689,125 |
| 2020 | - | 3,500 | $ 81,823,875 |
| 2021 | - | 200 | $ 4,675,650 |
| 3 Year Total | 3,500 | 4,200 | $ 98,188,650 |

* Based on the average age of animal moved from a corral to a pasture being 9 years old.

| | |
|---|---|
| **From:** | Reiland, Michael J |
| **To:** | Rittenhouse, Bruce H |
| **Cc:** | Waddell, Holle; Shepherd, Alan B |
| **Subject:** | Re: OMB Monetization Updated |
| **Date:** | Thursday, September 27, 2018 8:49:48 AM |
| **Importance:** | High |

Bruce,

Yes, Holle mentioned the thought about adding narrative about the "how and why". I'm doing that now. Will have an update soon.

Also, I'm including both expenditures and liabilities ($500 expenditure; $500 liability) for each fiscal year to show the total cost vs savings in each row. This will also be explained in the narrative.

Thanks,

Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

On Thu, Sep 27, 2018 at 9:46 AM Rittenhouse, Bruce <brittenh@blm.gov> wrote:
> Michael
> I would recommend we include a short narrative to explain each of these four tables
> that identify the assumptions and other factors into getting these costs savings. One
> question, under the incentive program tab would the costs to BLM the first year
> (2019) be one half of what you show on the table since we are only giving $500 at
> time of adoption. and the other $500 the next FY?
>
> On Wed, Sep 26, 2018 at 2:09 PM Reiland, Michael <mreiland@blm.gov> wrote:
>> Bruce,
>>
>> Here's a final document from me. I worked with Bea to get numbers for the "Corrals to
>> Pastures" tab.
>>
>> Thanks,
>>
>> Michael Reiland
>> WO-260 Budget-Analyst
>> 202-912-7261
>> 202-794-2479
>>
>>
>> --
>> Bruce Rittenhouse
>> Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

| | |
|---|---|
| **From:** | Reiland, Michael J |
| **To:** | Rittenhouse, Bruce H |
| **Cc:** | Waddell, Holle; Shepherd, Alan B |
| **Subject:** | Re: OMB Monetization Updated |
| **Date:** | Thursday, September 27, 2018 9:11:40 AM |
| **Attachments:** | OMB Monetization Response.xlsx |
| **Importance:** | High |

Bruce,

Here's an updated sheet with the assumptions narratives.

Thanks,

Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

On Thu, Sep 27, 2018 at 9:49 AM Reiland, Michael <mreiland@blm.gov> wrote:
> Bruce,
>
> Yes, Holle mentioned the thought about adding narrative about the "how and why". I'm doing that now. Will have an update soon.
>
> Also, I'm including both expenditures and liabilities ($500 expenditure; $500 liability) for each fiscal year to show the total cost vs savings in each row. This will also be explained in the narrative.
>
> Thanks,
>
> Michael Reiland
> WO-260 Budget-Analyst
> 202-912-7261
> 202-794-2479
>
> On Thu, Sep 27, 2018 at 9:46 AM Rittenhouse, Bruce <brittenh@blm.gov> wrote:
>> Michael
>>
>> I would recommend we include a short narrative to explain each of these four tables that identify the assumptions and other factors into getting these costs savings. One question, under the incentive program tab would the costs to BLM the first year (2019) be one half of what you show on the table since we are only giving $500 at time of adoption. and the other $500 the next FY?
>>
>> On Wed, Sep 26, 2018 at 2:09 PM Reiland, Michael <mreiland@blm.gov> wrote:
>>> Bruce,
>>>
>>> Here's a final document from me. I worked with Bea to get numbers for the "Corrals to

Pastures" tab.

Thanks,

Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479


--
Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov

| Adoption Incentive Program | | |
|---|---|---|
| Year | Untrained Animals Placed Into Private Care* | Cost to BLM |
| 2019 | 2,250 | $ 2,250,000 |
| 2020 | 1,000 | $ 1,000,000 |
| 2021 | 750 | $ 750,000 |
| 2022 | 500 | $ 500,000 |
| 2023 | 250 | $ 250,000 |
| 5 Year Total | 4,750 | $ 4,750,000 |

* Estimates based on current anticipated funding levels (i.e. President's Buc

** Based on average animal age at placement being 7.

| Estimated Savings for Holding for animal lifetime ** |
|---|
| $    45,168,750 |
| $    20,075,000 |
| $    15,056,250 |
| $    10,037,500 |
| $     5,018,750 |
| $    95,356,250 |

lget Requests).

| Assur |
|---|
| 1. Unadopted animals will spend on average 3 years in corrals, |
| 2. Life expectancy in off-range pastures is 30 years old on avera |
| 3. Costs are not adjusted for inflation ($2 a feed day for pasture |
| 4. On average 1/2 of all adopted animals are untrained. |
| 5. Total financial incentive to adopters is $1,000 ($500 at the ti |
| 6. Current trend in budget requests in declining; thus reduced f |
| 7. Costs for each fiscal year includes both the expenditure in th |

BLM_002754

| mptions made |
|---|
| at which time they are moved to pastures. |
| ge. |
| es; $5 a feed day for corrals). |
| |
| me of adoption; $500 at the time of titling). |
| funding is expected for adoptions in the future. |
| at year and the liability for the second payment in the next. |

BLM_002755

| Increasing training opportunities (MH | | |
|---|---|---|
| Year | Animals Placed Into Private Care | Cost to BLM for MHF Services |
| 2013 | 692 | $ 3,116,963 |
| 2014 | 556 | $ 1,026,590 |
| 2015 | 937 | $ 1,989,153 |
| 2016 | 1,255 | $ 2,747,247 |
| 2017 | 1,859 | $ 2,856,702 |
| 5 Year Total | 5,299 | $ 11,736,655 |

\* Based on age of animals at placement.       **Average Savings per Animal**

MHF = Mustang Heritage Foundation: a 501(c)(3) non-profit who works with the B

| F only) | |
|---|---|
| Estimated Savings for Holding * | |
| $ | 13,891,900 |
| $ | 11,161,700 |
| $ | 18,810,275 |
| $ | 25,194,125 |
| $ | 37,319,425 |
| $ | 106,377,425 |
| **$** | **20,075** |

| Assur |
|---|
| 1. Unadopted animals will spend on average 3 years in corrals, |
| 2. Life expectancy in off-range pastures is 30 years old on avera |
| 3. Costs are not adjusted for inflation ($2 a feed day for pasture |
| 4. Costs to BLM are actual expenditures to MHF for each Fiscal |

LM to train and place wild horses and burros.

| mptions made |
| --- |
| at which time they are moved to pastures. |
| age. |
| es; $5 a feed day for corrals). |
| Year (does not include MHF contributions) |

BLM_002758

## Strategic planning for moving animals
## from corrals to pastures

| Year | Number of Animals Moved fro | Estimated Cost Savings | |
|---|---|---|---|
| 2017 | 3,950 | $ | 90,830,250 |
| 2018 | 4,316 | $ | 99,246,420 |
| 2019* | 2,110 | $ | 48,519,450 |
| 2020* | 3,730 | $ | 85,771,350 |
| 2021* | 1,230 | $ | 28,283,850 |
| 5 Year Total | 15,336 | $ | 352,651,320 |

* Estimated based on natural mortality average within system and additional pasture space planned.

BLM_002759

| **Assumptions made** |
| --- |
| 1. Life expectancy in off-range pastures is 30 years old on average. |
| 2. Costs are not adjusted for inflation ($2 a feed day for pastures; $5 a feed day for corrals = $3 |
| 3. Animals are typically (space permitting) moved to pastures at age 10 or determined to be un |
| 4. Average age of animal moved from a corral to a pasture = 9 years old. |
| 5. A solicitation for additional pastures is announced in FY19 and animals and 3,500 additional |
| 6. 1,000 animals are moved into the FY19 newly acquired spaces in FY19 and 2,500 in FY20. |

| |
| --- |
| |
| 3 a feed day difference). |
| nadoptable. |
| |
| spaces are awarded. |
| |

| | Increasing the number of pastures av | |
|---|---|---|
| Year | Planned Number of New Pasture Spaces | Number of Animals Moved into New Spaces |
| 2019 | 3,500 | 1,000 |
| 2020 | - | 2,500 |
| 2021 | - | 200 |
| 3 Year Total | 3,500 | 3,700 |

* Based on the average age of animal moved from a corral to a pasture beir

| ailable | |
| --- | --- |
| | Estimated Cost Savings * |
| $ | 22,995,000 |
| $ | 57,487,500 |
| $ | 4,599,000 |
| $ | 85,081,500 |

g 9 years old.

| Assur |
| --- |
| 1. Life expectancy in off-range pastures is 30 years old on avera |
| 2. Costs are not adjusted for inflation ($2 a feed day for pastur |
| 3. Animals are typically (space permitting) moved to pastures a |
| 4. Average age of animal moved from a corral to a pasture = 9 y |
| 5. A solicitation for additional pastures is announced in FY19 ar |
| 6. FY21 movements estimated based on natural mortality avera |

BLM_002763

| mptions made |
| --- |
| ge. |
| es; $5 a feed day for corrals = $3 a feed day difference). |
| t age 10 or determined to be unadoptable. |
| years old. |
| nd animals and 3,500 additional spaces are awarded. |
| age within the newly 3,500 pasture spaces. |

BLM_002764

| | |
|---|---|
| **From:** | Sklar, Ryan M |
| **To:** | Waddell, Hollie |
| **Subject:** | Re: holding pattern |
| **Date:** | Thursday, September 27, 2018 1:39:57 PM |
| **Attachments:** | Adoption Incentive Agreement 9.26.18 + RS.docx |
| **Importance:** | High |

Hollie,

Here's the edits to the adoption incentive agreement that I mentioned last night. Apologies again for the changes, but it's being surnamed, so the IM is moving forward. I'm teleworking today, so call my cell a ▓▓▓▓▓ if you have any questions.

Thanks,
Ryan

On Wed, Sep 26, 2018 at 10:19 PM Waddell, Hollie <hwaddell@blm.gov> wrote:

Ok, thanks for the heads up! The tentative launch date is 10/10/18 so I'd like to continue forward swiftly. As you are aware, this is a priority for leadership. Please call my cell tomorrow if I can answer any questions, ▓▓▓▓▓ .

Thank you,

Hollie Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a CHOICE. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood

On Wed, Sep 26, 2018 at 8:42 PM Sklar, Ryan <ryan.sklar@sol.doi.gov> wrote:

Turns out I may not be sending over any edits. I'll let you know.

--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

--

BLM_002765

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | | Middle Name: | | | Last Name: |
|---|---|---|---|---|---|

| Address: | | City: | | | State: |
|---|---|---|---|---|---|

| Zip Code: | | | Email Address: | | |
|---|---|---|---|---|---|

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____   I have read and understand the terms of adoption and prohibited acts.

Initial: _____   I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____   In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____   I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial: _____   I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____   ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Initial: _____   ████████████████████████████████████████████████
████████████████████████████████████████████████

Initial: _____   ████████████████████████████████████████

Initial: _____   I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____   I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to

Adopter Signature: _____   BLM authorized officer: _____

Remarks:

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not    more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS and INELIGIBILE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to retain their copy of the BLM Adoption Incentive Agreement provided at the time of adoption as it must accompany the completed title application when submitting for the certificate of title to receive the 2nd incentive payment in the amount of $500.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:**  16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:**  The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION:  Submission of the requested information is necessary to obtain or retain a benefit.  Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

(Form 4710-25, page 2)

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | AIA Form |
| **Date:** | Thursday, September 27, 2018 2:58:06 PM |
| **Attachments:** | 4710-025 Adoption Incentive Agreement.pdf |

File is attached

--

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

Form 4710-25
(June 2018)

**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| First Name: | Middle Name: | Last Name: | Email: |
|---|---|---|---|

| Address: | City: | State: | Zip: |
|---|---|---|---|

| | Animal Identification (*Freezemark/Signalment Key*) | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: BOC: 252Z |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| | **(1st Payment Total)** | | | **(2nd Payment Total)** | | | |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____   I have read and understand the terms of adoption, prohibited acts, and title qualifications, incentive payments, and ineligible participants provided on page 2.

Initial: _____   I understand that I can maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, I become eligible to adopt additional animal(s) through the adoption incentive program.

Initial: _____   In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____   I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period under 43 CFR 4750.4-3, which states *"An adopter may request to terminate his/her responsibility for an adopted animal by submitting a written relinquishment of the Private Maintenance and Care Agreement for that animal…"*.

Initial: _____   I understand returning any animal(s) as stated above after receiving adoption incentive payments will result in a financial liability to the BLM.

Initial: _____   I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____   I understand that I am responsible to submit one Adoption Incentive Agreement (4710-25), ACH Form (SF-3881) and title application (4710-18) for adopted animals within 60 days of adoption and title dates to receive incentive payments.

Initial: _____   I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____   I _____ (Print Name) understand that failure to comply with the following terms (**compliance will be judged solely by the BLM**) may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions result in a financial liability to BLM, the BLM will pursue collection of a portion or all of the incentive payment(s) from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____   Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____   BLM authorized officer: _____

(Continued on Page 2)

BLM_002770

(Form 4710-25)

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be cbe applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS, INCENTIVE PAYMENTS and INELIGIBILE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to submit one Adoption Incentive Agreement (4710-25), ACH Form (SF-3881) and title application (4710-18) per adopted animal within 60 days of adoption and title dates to receive incentive payments.

BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are not eligible to participate in the BLM adoption incentive program.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

(Form 4710-25, page 2)

| | |
|---|---|
| **From:** | Stratton, Joseph A |
| **To:** | Waddell, Holle; Roberson, Peter (PJ) L |
| **Subject:** | Fwd: holding pattern |
| **Date:** | Thursday, September 27, 2018 3:25:20 PM |
| **Attachments:** | ATT00001.htm |
| | Adoption Incentive Agreement 9.26.18 + RS.docx |
| **Importance:** | High |

Holle, this appears to me to be just a wording order change. I think it is simple and we should accept what they have edited. It seems reasonable changes. joe

---------- Forwarded message ----------
From: **Holle Waddell** <hwaddell@blm.gov>
Date: Thu, Sep 27, 2018 at 3:17 PM
Subject: Fwd: holding pattern
To: Joseph Stratton <jstratto@blm.gov>


Here is the email from the solicitor I mentioned earlier.

Sent from my iPhone

Begin forwarded message:


> **From:** "Sklar, Ryan" <ryan.sklar@sol.doi.gov>
> **Date:** September 27, 2018 at 1:39:57 PM CDT
> **To:** "Waddell, Holle" <hwaddell@blm.gov>
> **Subject: Re: holding pattern**
>
>
> Holle,
>
> Here's the edits to the adoption incentive agreement that I mentioned last night. Apologies again for the changes, but it's being surnamed, so the IM is moving forward. I'm teleworking today, so call my cell at ▮▮▮▮▮▮ if you have any questions.
>
> Thanks,
> Ryan
>
> On Wed, Sep 26, 2018 at 10:19 PM Waddell, Holle <hwaddell@blm.gov> wrote:
>> Ok, thanks for the heads up! The tentative launch date is 10/10/18 so I'd like to continue forward swiftly. As you are aware, this is a priority for leadership. Please call my cell tomorrow if I can answer any questions, ▮▮▮▮▮▮.
>>
>> Thank you,
>>
>> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │
>>
>> Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Wed, Sep 26, 2018 at 8:42 PM Sklar, Ryan <<u>ryan.sklar@sol.doi.gov</u>> wrote:

> Turns out I may not be sending over any edits. I'll let you know.
>
> --
>
> **Ryan Sklar**
> Attorney-Advisor
> Office of the Solicitor
> U.S. Department of the Interior
> 202-208-3039
>
> NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

--

Ryan Sklar
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | | Middle Name: | | | Last Name: | | |
|---|---|---|---|---|---|---|---|
| Address: | | | City: | | | State: | |
| Zip Code: | | | Email Address: | | | | |

| | Animal Identification _(Freezemark/Signalment Key)_ | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ _BLM USE ONLY_ |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

_Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement._

Initial: _____    I have read and understand the terms of adoption and prohibited acts.

Initial: _____    I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____    In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____    I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial: _____    I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____    ███████████████████████████████████████████████
                     ███████████████████████████████████████████████
                     ███████████████████████████████████████████████

Initial: _____    ███████████████████████████████████████████████
                     ███████████████████████████████████████████████

Initial: _____    ███████████████████████████████████

Initial: _____    I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____    I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to

Adopter Signature: _____    BLM authorized officer: _____

Remarks:

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not   more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS and INELIGIBILE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to retain their copy of the BLM Adoption Incentive Agreement provided at the time of adoption as it must accompany the completed title application when submitting for the certificate of title to receive the 2nd incentive payment in the amount of $500.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

(Form 4710-25, page 2)

| | |
|---|---|
| **From:** | Rittenhouse, Bruce |
| **To:** | Kristin Bail; Steve Tryon |
| **Subject:** | OMB request to quantify WHB efficiencies |
| **Date:** | Friday, September 28, 2018 3:36:22 PM |
| **Attachments:** | OMB Monetization Response.xlsx |

Kristin, Steve

At the recent OMB briefing for the Horse program Mike asked if we could quantify the efficiencies that we described on slide #9.  Attached is what Michael developed regarding cost savings for the Incentive Program, training, corrals to pastures and additional pasture holding space.

--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC  20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

## Adoption Incentive Program

| Year | Untrained Animals Placed Into Private Care* | Cost to BLM | Estimated Savings for Holding for animal lifetime ** |
|---|---|---|---|
| 2019 | 2,250 | $ 2,250,000 | $ 45,168,750 |
| 2020 | 1,000 | $ 1,000,000 | $ 20,075,000 |
| 2021 | 750 | $ 750,000 | $ 15,056,250 |
| 2022 | 500 | $ 500,000 | $ 10,037,500 |
| 2023 | 250 | $ 250,000 | $ 5,018,750 |
| 5 Year Total | 4,750 | $ 4,750,000 | $ 95,356,250 |

* Estimates based on current anticipated funding levels (i.e. President's Budget Requests).

** Based on average animal age at placement being 7.

### Assumptions made

1. Unadopted animals will spend on average 3 years in corrals, at which time they are moved to pastures.
2. Life expectancy in off-range pastures is 30 years old on average.
3. Costs are not adjusted for inflation ($2 a feed day for pastures; $5 a feed day for corrals).
4. On average 1/2 of all adopted animals are untrained.
5. Total financial incentive to adopters is $1,000 ($500 at the time of adoption; $500 at the time of titling).
6. Current trend in budget requests in declining; thus reduced funding is expected for adoptions in the future.
7. Costs for each fiscal year includes both the expenditure in that year and the liability for the second payment in the next.

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Date:** | Tuesday, October 2, 2018 2:02:50 PM |
| **Attachments:** | Adoption Incentive Agreement 10.2.2018 PR.docx |

--

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

BLM_002778

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | | Middle Name: | | Last Name: | |
|---|---|---|---|---|---|
| Address: | | | City | | State: |
| Zip Code: | | | Email Address: | | |

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #2 | | $ | | $ | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #3 | | $ | | $ | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #4 | | $ | | $ | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

***Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.***

Initial: _____    I have read and understand the terms of adoption and prohibited acts.

Initial: _____    I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____    In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____    I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial: _____    I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____    I understand that I ~~am responsible to submit required documentation i.e.,~~ become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting an adoption incentive agreement (4710-25) ~~and~~ taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting a title application~~s~~ (4710-18) and complying with the Terms of Adoption and satisfying the Title Qualifications listed below. ~~to receive $500 (first payment) and $500 (second payment) per adopted animal within 60 days of adoption and title dates.~~

Initial: _____    I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____    I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____    Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____    BLM authorized officer: _____

*(Continued on Page 2)*                                                                                                       *(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy;

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not——more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws.

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification, or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS and INCENTIVE PAYMENTS, INELIGIBLE

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12 month period, the applicant has submitted with certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e. the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

*(Form 4710-25, page 2)*

---

## TITLE QUALIFICATIONS and INCENTIVE PAYMENTS, INELIGIBLE

Title Applicants applicants participating in in the BLM Adoption Incentive Program are required to retain submit an adoption incentive agreement and Ach form within 60 days to receive the 1st incentive payment.

In order to receive the 2nd incentive payment Applicants participating in the BLM Adoption Incentive Program are required to submit an adoption Incentive agreement (4710-25), ACH form, and completed title application (4710-18) per adopted animal within 60 days of title claim.

their copy of the BLM Adoption Incentive Agreement provided at the time of adoption as it must accompany the completed title application.

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

AUTHORITY: 16 U.S.C. 1333 and 31 U.S.C. 7701.

PRINCIPAL PURPOSE: The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

ROUTINE USES: The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

Formatted: Font: (Default) Times New Roman

Formatted: Heading 3, Space Before: Auto

Formatted: Superscript

Formatted: Centered

Formatted: Normal, Indent: Left: 0.08" Space Before: 0 pt

Formatted: Normal, Indent: Left: 0.08" Space Before: 7.9 pt

| | |
|---|---|
| **From:** | Sklar, Ryan M |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Updated Adoption Incentive Agreement |
| **Date:** | Tuesday, October 2, 2018 3:44:23 PM |
| **Importance:** | High |

looks good. thx

On Tue, Oct 2, 2018 at 4:24 PM Waddell, Holle <hwaddell@blm.gov> wrote:

> Ryan - Please see the changes based on your feedback. Are we good to send for 508 compliance and print?
>
> Thank you,
>
> Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │
>
> Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
>
> 

--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Dallet, Benjamin C |
| **Cc:** | Waddell, Holle |
| **Subject:** | Adoption Incentive Agreement |
| **Date:** | Wednesday, October 3, 2018 7:48:08 AM |
| **Attachments:** | Adoption Incentive Agreement 10.3.2018.docx |

Good Morning Ben,

Attached is the final Adoption Incentive Agreement file. Feel free to reach out with any questions you may have

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

BLM_002782

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A CONTRACT, RETAIN WITH OTHER LEGAL RECORDS.

| Adopter's First Name: | | Middle Name: | | Last Name: | |
|---|---|---|---|---|---|
| Address: | | City | | State: | |
| Zip Code: | | Email Address: | | | |

| Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|
| #1 | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____   I have read and understand the terms of adoption and prohibited acts.

Initial: _____   I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____   In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____   I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial: _____   I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____   I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the adoption incentive agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the adoption incentive agreement (4710-25), ACH Form (SF 3881), a completed title application (4710-18) and satisfying the Title Qualifications listed on page 2.

Initial: _____   I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____   I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act  and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____   Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____   BLM authorized officer: _____

BLM_002783

*(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## INCENTIVE PAYMENTS, INELIGIBILE PARTICIPANTS, & TITLE QUALIFICATIONS

Applicants participating in the BLM Adoption Incentive Program are required to comply with the Terms of Adoption identified above.

In order to receive the 1st incentive payment, adopters are required to submit an adoption incentive agreement (4710-25) and the ACH Form (SF 3881) provided.

In order to receive the 2nd incentive payment, adopters are required to submit an adoption incentive agreement (4710-25), the ACH form (SF 3881), and a completed title application (4710-18) per adopted animal.

If required documentation has been received, incentive payments should be expected within 60 days of both adoption and title dates.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

(1) The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

(2) At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

(Form 4710-25, page 2)

| | |
|---|---|
| **From:** | Collins, Deborah |
| **To:** | Waddell, Holle |
| **Cc:** | Lutterman, Jason W; Reiland, Michael J; Roberson, Peter (PJ) L; Hall, Salina M |
| **Subject:** | Re: Final FY18 WHBPS PMDS Run |
| **Date:** | Wednesday, October 3, 2018 10:54:13 AM |
| **Attachments:** | image.png |
| **Importance:** | High |

Whenever we can celebrate would be great because my Adoption Incentive Comm Plan has some spots to insert the new number too, once I get back from WO600.

**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

On Wed, Oct 3, 2018 at 10:46 AM Waddell, Holle <hwaddell@blm.gov> wrote:

Jason - Great question and I will defer to Michael as he is finalizing his EOY reports. Meredith said it was the final FY 18 PS/PMDS push however Michael is the final on targets and accomplishments.

Thank you,

Holle' Waddell │ Branch Chief │ Division of Wild Horses and Burros │

Bureau of Land Management │ 405.579.1860 (O) │ 405.579.7102 (F) │ hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Wed, Oct 3, 2018 at 10:43 AM Lutterman, Jason <jlutterman@blm.gov> wrote:

Is this a final number? Can we celebrate with a social media post?

Great job everyone!

--
Jason Lutterman
Public Affairs Specialist (on-range)
National Wild Horse and Burro Program
Bureau of Land Management
Office: (775) 861-6614
Mobile: (202) 304-0967

Visit us online:
www.BLM.gov/WHB

On Wed., Oct 3, 2018 at 6:42 AM Collins, Deborah <dacollin@blm.gov> wrote:

I told you we would make it over 4600!!! Whoooo Hooooo!!!!

**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

On Tue, Oct 2, 2018 at 6:37 PM Waddell, Hollie <hwaddell@blm.gov> wrote:

Total # of animals placed into private care....4,647 (Adoptions - 3,206 and
iiiiiii)iiiiiii
Sales - 1,441)

Nearly tripled our sales number!

Great job to all....

Thank you,

Hollie' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a CHOICE. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



---------- Forwarded message ----------

From: **Kueck, Meredith** <mkueck@blm.gov>
Date: Tue, Oct 2, 2018 at 6:26 PM
Subject: Final FY18 WHBPS PMDS Run
To: Jerrie Bertola <jbertola@blm.gov>, Pat Williams <pbwillia@blm.gov>, Ruth Thompson <rthompso@blm.gov>, Robert Sharp <rsharp@blm.gov>, Victor Warr <gwarr@blm.gov>, June Wendlandt <jwendlan@blm.gov>, John Neill <jneill@blm.gov>, John Hall <jahall@blm.gov>, Amy Ruhs <aruhs@blm.gov>, Krystal Lovee <jlovee@blm.gov>, Stephen Leonard <sleonard@blm.gov>, Christopher Johnson <kfjohnso@blm.gov>, Spencer, Sally <sspencer@blm.gov>, Christopher Robbins <crrobbins@blm.gov>, Stratton, Joseph <jstratto@blm.gov>
Cc: Hollie Hooks <hwaddell@blm.gov>, Michael Reiland <mreiland@blm.gov>, Beatrice Wade <bwade@blm.gov>, Alan Shepherd <ashepher@blm.gov>, Bruce Rittenhouse <brittenh@blm.gov>

Results of the final FY18 PMDS push for WHBPS:

| wbs_funded_prog | functional_area_2 | functional_a | fiscal_year | wbs_funded WHB | | PMDS |
|---|---|---|---|---|---|---|
| LXSISALE0000 | HG0000 | L10600000 | 2018 | LXSISALE00C | 1441 | 1441 |
| N/A | HG0000 | L10600000 | 2018 | N/A | 3206 | 3206 |
| | HH0000 | L10600000 | 2018 | N/A | 12945278 | 12945278 |
| | HI0000 | L10600000 | 2018 | N/A | 3939724 | 3939724 |
| | JJ0000 | L10600000 | 2018 | N/A | 11264 | 11264 |
| | KF0000 | L10600000 | 2018 | N/A | 571 | 571 |
| | MC0000 | L10600000 | 2018 | N/A | 80 | 80 |
| | NK0000 | L10600000 | 2018 | N/A | 3545 | 3545 |

Meredith Kueck
WHBPS User Representative
Bureau of Land Management
Desk (405) 579-7183
Cell (405) 312-8607

**WHBPS SHARE POINT SITE**

BLM_002787

| | |
|---|---|
| **From:** | Wilson, Patti L |
| **To:** | Kueck, Meredith A; Collins, Deborah A; Waddell, Holle; Wade, Beatrice A; Rickman, Wendy I |
| **Subject:** | question |
| **Date:** | Wednesday, October 3, 2018 12:38:56 PM |
| **Importance:** | High |

This was in the WHBPS update notes and sent the question to Meredith last week but haven't heard. I haven't seen anything about changing the title date to 6 months or are you planning to pay the final payment 6 months before titling.

- Enhanced Adoption Incentive Program (AIP) tracking of AIP eligibility status of potential adopters and final incentive payment at 6 months.

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Adoption Incentive Agreement |
| **Date:** | Wednesday, October 3, 2018 2:39:10 PM |
| **Attachments:** | Adoption Incentive Agreement 10.3.2018.pdf |

PDF file is attached


--

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul*
*Gawande*

BLM_002789

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | | Middle Name: | | | | Last Name: | | |
|---|---|---|---|---|---|---|---|---|

Address:     City     State:

Zip Code:     Email Address:

| Animal Identification<br>*(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|
| #1 | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____    I have read and understand the terms of adoption and prohibited acts.

Initial: _____    I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____    In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____    I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial: _____    I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____    I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the adoption incentive agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the adoption incentive agreement (4710-25), ACH Form (SF 3881), a completed title application (4710-18) and satisfying the Title Qualifications listed on page 2.

Initial: _____    I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____    I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____    Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____    BLM authorized officer: _____

*(Continued on Page 2)*        BLM_002790    *(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## INCENTIVE PAYMENTS, INELIGIBILE PARTICIPANTS, & TITLE QUALIFICATIONS

Applicants participating in the BLM Adoption Incentive Program are required to comply with the Terms of Adoption identified above.

In order to receive the 1st incentive payment, adopters are required to submit an adoption incentive agreement (4710-25) and the ACH Form (SF 3881) provided.

In order to receive the 2nd incentive payment, adopters are required to submit an adoption incentive agreement (4710-25), the ACH form (SF 3881), and a completed title application (4710-18) per adopted animal.

If required documentation has been received, incentive payments should be expected within 60 days of both adoption and title dates.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

(1) The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

(2) At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Adoption Incentive Agreement |
| **Date:** | Wednesday, October 3, 2018 2:54:41 PM |
| **Attachments:** | Adoption Incentive Agreement 10.3.2018.pdf |

File is atatched

On Wed, Oct 3, 2018 at 2:39 PM Roberson, Peter (PJ) <proberson@blm.gov> wrote:
> PDF file is attached
>
> --
> # Best Regards,
>
> **PJ Roberson**
> **Program Administrator**
> **Bureau of Land Management - Wild Horse & Burro Program**
> **Office: (405) 579-1863**
> **201 Stephenson Parkway Suite 1200 Norman, OK 73109**
> **proberson@blm.gov**
>
> *"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul*
> *Gawande*


--
# Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul*
*Gawande*

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | Middle Name: | Last Name: |
|---|---|---|
| | | |

| Address: | City | State: |
|---|---|---|
| | | |

| Zip Code: | Email Address: | |
|---|---|---|
| | | |

| | Animal Identification<br>*(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____    I have read and understand the terms of adoption and prohibited acts.

Initial: _____    I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____    In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____    I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial: _____    I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____    I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the adoption incentive agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the adoption incentive agreement (4710-25), ACH Form (SF 3881), a completed title application (4710-18) and satisfying the Title Qualifications listed on page 2.

Initial: _____    I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____    I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act  and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____    Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____    BLM authorized officer: _____

*(Continued on Page 2)*

BLM_002793

*(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## INCENTIVE PAYMENTS, INELIGIBILE PARTICIPANTS, & TITLE QUALIFICATIONS

Applicants participating in the BLM Adoption Incentive Program are required to comply with the Terms of Adoption identified above.

In order to receive the 1st incentive payment, adopters are required to submit an adoption incentive agreement (4710-25) and the ACH Form (SF 3881) provided.

In order to receive the 2nd incentive payment, adopters are required to submit an adoption incentive agreement (4710-25), the ACH form (SF 3881), and a completed title application (4710-18) per adopted animal.

If required documentation has been received, incentive payments should be expected within 60 days of both adoption and title dates.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

(1) The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

(2) At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:**  The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION:  Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

*(Form 4710-25, page 2)*

| | |
|---|---|
| **From:** | Kueck, Meredith A |
| **To:** | Wilson, Patti L |
| **Cc:** | Collins, Deborah A; Waddell, Holle; Wade, Beatrice A; Rickman, Wendy I |
| **Subject:** | Re: question |
| **Date:** | Wednesday, October 3, 2018 3:51:28 PM |
| **Importance:** | High |

Hi Patti,

I apologize that I didn't get back to you more quickly. That is a typo I didn't catch when I proof read the release notes. It should read 12 months.

Thanks,
Meredith

Sent from my iPhone

On Oct 3, 2018, at 12:38 PM, Wilson, Patti <pwilson@blm.gov> wrote:

> This was in the WHBPS update notes and sent the question to Meredith last week but haven't heard. I haven't seen anything about changing the title date to 6 months or are you planning to pay the final payment 6 months before titling.
>
> - Enhanced Adoption Incentive Program (AIP) tracking of AIP eligibility status of potential adopters and final incentive payment at 6 months.

BLM_002795

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Adoption Incentive Agreement |
| **Date:** | Wednesday, October 3, 2018 4:28:11 PM |
| **Attachments:** | Adoption Incentive Agreement 10.3.2018.pdf |

Third time is a charm!

File is attached

On Wed, Oct 3, 2018 at 2:54 PM Roberson, Peter (PJ) <proberson@blm.gov> wrote:

  File is atatched

  On Wed, Oct 3, 2018 at 2:39 PM Roberson, Peter (PJ) <proberson@blm.gov> wrote:

    PDF file is attached

    --
    Best Regards,

    **PJ Roberson**
    **Program Administrator**
    **Bureau of Land Management - Wild Horse & Burro Program**
    **Office: (405) 579-1863**
    **201 Stephenson Parkway Suite 1200 Norman, OK 73109**
    **proberson@blm.gov**

    *"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

  --
  Best Regards,

  **PJ Roberson**
  **Program Administrator**
  **Bureau of Land Management - Wild Horse & Burro Program**
  **Office: (405) 579-1863**
  **201 Stephenson Parkway Suite 1200 Norman, OK 73109**
  **proberson@blm.gov**

  *"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | | Middle Name: | | | Last Name: | |
|---|---|---|---|---|---|---|

| Address: | | City | | State: | |
|---|---|---|---|---|---|

| Zip Code: | | Email Address: | |
|---|---|---|---|

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: _____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

***Please initial the terms that apply to all wild horses and burros adopted under this BLM Adoption Incentive Agreement.***

Initial: _____    I have read and understand the terms of adoption and prohibited acts.

Initial: _____    I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____    In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____    I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial: _____    I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____    I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881), a completed Title Application (4710-18) and satisfying the Title Qualifications listed on page 2.

Initial: _____    I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____    I _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM Adoption Incentive Agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act  and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____    Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____    BLM authorized officer: _____

*(Continued on Page 2)*

BLM_002797

*(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(c) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy;

(d) Selling or attempting to sell a wild horse or burro or its remains;

(e) Commercially exploiting a wild horse or burro;

(f) Treating a wild horse or burro inhumanely;

(g) Violating a term or condition of the Private Care and Maintenance Agreement;

(h) Branding a wild horse or burro;

(i) Removing or altering a freeze mark on a wild horse or burro;

(j) Violating an order, term, or condition established by the BLM under this part.

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## INCENTIVE PAYMENTS, INELIGIBILE PARTICIPANTS & TITLE QUALIFICATIONS

Applicants participating in the BLM Adoption Incentive Program are required to comply with the Terms of Adoption identified above.

In order to receive the 1st incentive payment, adopters are required to submit an Adoption Incentive Agreement (4710-25) and the ACH Form (SF 3881) provided.

In order to receive the 2nd incentive payment, adopters are required to submit an Adoption Incentive Agreement (4710-25), the ACH form (SF 3881) and a completed Title Application (4710-18) per adopted animal.

If required documentation has been received, incentive payments should be expected within 60 days of both adoption and title dates.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

(1) The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

(2) At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a currently valid OMB control number.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:          All District and Field Officials

From:        Assistant Director, Resources and Planning

Subject:     Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:**   This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  BLM managers retain discretion to determine how best to administer the adoption incentive program.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Costs savings may be utilized for other management operations.

**Incentive Program Direction**

➢ This AIP is administered **only** by BLM authorized personnel.

➢ BLM authorized personnel should make incentive payments into participants' bank accounts.

➢ The Adoption Incentive Agreement (4710-25 Attachment 2) should be ordered from the Printed Materials Distribution System (PMDS). It is printed in a carbon with three copies .

➢ BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

➢ The AIP applies **only** to untrained animals that are adopted. It does not apply to, and BLM authorized personnel should not make incentive payments associated with, animals purchased through the sales program.

➢ All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

➢ BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

➢ Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  o BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  o BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

➢ The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

➢ The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating

2

BLM_002800

animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

➢ BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

➢ The BLM should disqualify any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2) from eligibility to participate in the AIP.

   o   BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

   o   Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

➢ Reassigned animals are not eligible for the AIP.

➢ BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are **<u>NOT</u>** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:** BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

3

**Step 4:** BLM authorized personnel should issue incentive payments via electronic funds transfer (EFT) only. BLM personnel should obtain an adopters bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the National Operations Center (NOC) within 10 days.

The following required paperwork *should be **COMPLETELY** filled out and submitted to the NOC:*

- 1st Payment
    - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
        - ☐ Signed and dated by Adopter
        - ☐ Signed and dated by BLM Authorized Officer
        - ☐ Identify 1st payment with amount
        - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        - ☐ Signed and dated by Adopter
        - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
    - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
        - ☐ Signed and dated by Adopter
        - ☐ Signed and dated by BLM Authorized Officer
        - ☐ Identify 2nd payment with amount
        - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        - ☐ Signed and dated by Adopter
        - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
        - ☐ Social Security information is necessary to process EFT.
    - Title Application (4710-18)
        - ☐ Signed and dated by Adopter
        - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

National Operations Center (NOC) Contact Information:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047
Fax Number: 303-236-2531

4

BLM_002802

The recipient should expect payment within 60 days, allowing additional processing time. If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
   1 -  Adoption Incentive WHBPS Guide (2pp)
   2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
   3 -  Adoption Incentive Ineligibility Letter (1pp)
   4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_002803

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Waddell, Holle |
| **Subject:** | Fwd: Current Comm Plan and NR for Adoption Incentive Program - Roll-out Upate |
| **Date:** | Thursday, October 4, 2018 6:25:17 PM |

--
Jason Lutterman
Public Affairs Specialist (on-range)
National Wild Horse and Burro Program
Bureau of Land Management
Office: (775) 861-6614
Mobile: (202) 304-0967

Visit us online:
www.BLM.gov/WHB

---------- Forwarded message ---------
From: **Winston, Beverly** <bwinston@blm.gov>
Date: Thu, Oct 4, 2018 at 1:37 PM
Subject: Re: Current Comm Plan and NR for Adoption Incentive Program - Roll-out Upate
To: Deborah Collins <dacollin@blm.gov>
Cc: Lutterman, Jason <jlutterman@blm.gov>

Also, we may do the news release without an adoption event, since the incentive will only help future adopters and not the people there that day.
We can discuss tomorrow if you like. Just don't want to engender ill will if people feel like they are missing out on the incentive for the horse they just agreed to take.

On Wed, Oct 3, 2018 at 2:15 PM Winston, Beverly <bwinston@blm.gov> wrote:
> Thanks for the heads up.

> On Wed, Oct 3, 2018 at 1:46 PM Collins, Deborah <dacollin@blm.gov> wrote:
>> Hi Bev.  Just learned that the Adoption Incentive IM is now back with the solicitor and Holle' doesn't anticipate a roll-out until mid-October, at the earliest. So, just a reminder that once you get the NR approved, we may or may not be ready to distribute. Thank you.

>> **Debbie Collins/WHB Outreach Specialist**
>> **Bureau of Land Management - Washington Office/Off-Range Branch**
>> **201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
>> **405-579-1861/918-625-5292/dacollin@blm.gov**

>> On Wed, Oct 3, 2018 at 10:52 AM Collins, Deborah <dacollin@blm.gov> wrote:
>>> Hi Bev,

>>> I've attached your last NR and your last NR with one comment. Take it for what it's worth. I just suggested an edit to one of the quotes.

I've also attached the latest comm plan. My apologies. There were two comments I had forgotten to remove after I addressed them. Thank you.

**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

--

Bev Winston
Bureau of Land Management | Communications
202-208-6913 | bwinston@blm.gov

--

Bev Winston
Bureau of Land Management | Communications
202-208-6913 | bwinston@blm.gov

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Waddell, Holle; Rittenhouse, Bruce H; Deborah Collins; Reiland, Michael J; Shepherd, Alan B |
| **Subject:** | Incentive Q&As |
| **Date:** | Friday, October 5, 2018 1:57:42 PM |
| **Attachments:** | draft10052018_AdoptionIncentiveQAs.docx |
| **Importance:** | High |

Hi All,

With Debbie taking care of a family emergency, Bev Winston in 600 has asked me to draft a few Q&As for the Adoption Incentive Program as she's working the traps to get the comm plan and news release reviewed.

Michael, Bev was intent on getting some kind of cost estimate, even if it's a complete estimate based on last year's numbers. Do you have anything better that could work here? And if not, do my estimates make sense? I used Bruce's back-of-the-envelope estimates for the cost of long-term care, since I know we don't want to use the $50,000 number anymore. Give me a call if you can talk.

I think Bev is wanting this today, so hopefully folks have time to review this quickly.

Thanks,
Jason

--
Jason Lutterman
Public Affairs Specialist (on-range)
National Wild Horse and Burro Program
Bureau of Land Management
Office: (775) 861-6614
Mobile: (202) 304-0967

Visit us online:
www.BLM.gov/WHB

**Adoption Incentive Program**
**Questions and Answers**
**Draft as of 10/5/2018**

**How much will the Adoption Incentive Program cost taxpayers?**

A wild horse that remains in a BLM pasture for the remainder of its life costs taxpayers on average approximately $12,000-$16,000 for feed and care. The BLM estimates taxpayer savings of approximately $11,000-$15,000 per animal over its lifetime if it is adopted with a financial incentive rather than remaining in a BLM facility.

In Fiscal Year 2018, nearly 1,700 wild horses and burros were adopted that would have been eligible for the incentives. If a similar number of incentive-eligible animals were adopted in 2019, it would cost the BLM a total of $1,700,000 over 1-2 years to provide both adoption and title incentives. It should be noted this is a conservative estimate – the BLM expects the Adoption Incentive Program to create more demand to adopt wild horses and burros, thus increasing the cost to provide the incentives.

**When does the Adoption Incentive Program start?**

Approved adopters are eligible to receive incentives for animals adopted from the BLM after [insert effective date]. Adoptions completed before [insert effective date] are not eligible for the incentives.

**Who can apply for an adoption incentive?**

Any approved adopter may apply to receive an incentive at the time and place of adoption. Inquire with the BLM at time of adoption. Authorization to deposit incentive via electronic funds transfer to a financial institution is required.

**Which animals are eligible?**

All untrained wild horses and burros are eligible for the incentive regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. Purchased animals, trained animals, transferred animals or animals adopted prior to [insert effective date] are not eligible for the incentives.

**How does BLM ensure wild horses and burros are adopted to good homes?**

The BLM is committed to finding good homes for wild horses and burros and has implemented a number of safeguards to ensure adopted wild horses and burros receive good, humane care. All adopted animals remain the property of the U.S. Government and protected under the 1971 Wild Free-Roaming Horses and Burros Act until titled approximately one year from adoption date. Prior to titling, adopted animals must be made available for inspection by the BLM.  It is illegal to mistreat a wild horse and burro and it is illegal to sell an untitled wild horse or burro. Upon titling, adopters are required to obtain certification from a veterinarian or other authorized official that the animal is in good health.

| From: | Reiland, Michael J |
| To: | Waddell, Holle |
| Cc: | Lutterman, Jason W; Rittenhouse, Bruce H; Deborah Collins; Shepherd, Alan B |
| Subject: | Re: Incentive Q&As |
| Date: | Friday, October 5, 2018 3:46:53 PM |
| Importance: | High |

Jason,

Here are my suggestions. Not sure where the $12,000 came from, but that's not really close at all. That would only be 12 years in a pasture. The changes I made reflect at least 3 years in a corral and 22 years in a pasture for the low end number. This assumes an animal would live on average to 30 years old in a pasture and the average animal taken into the off-range system is 5 years old. If anyone thinks any of those are off by too much, we can re-work the numbers, but I think they are good averages and estimates.

Thanks,

Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479

On Fri, Oct 5, 2018 at 3:14 PM Holle Waddell <hwaddell@blm.gov> wrote:
> Perfect and thanks Jason! Let me know if you need anything from. I know Debbie drafted something that she probably shared with you.

Sent from my iPhone

On Oct 5, 2018, at 1:57 PM, Lutterman, Jason <jlutterman@blm.gov> wrote:

Hi All,

With Debbie taking care of a family emergency, Bev Winston in 600 has asked me to draft a few Q&As for the Adoption Incentive Program as she's working the traps to get the comm plan and news release reviewed.

Michael, Bev was intent on getting some kind of cost estimate, even if it's a complete estimate based on last year's numbers. Do you have anything better that could work here? And if not, do my estimates make sense? I used Bruce's back-of-the-envelope estimates for the cost of long-term care, since I know we don't want to use the $50,000 number anymore. Give me a call if you can talk.

I think Bev is wanting this today, so hopefully folks have time to review this quickly.

Thanks,
Jason

BLM_002808

--
Jason Lutterman
Public Affairs Specialist (on-range)
National Wild Horse and Burro Program
Bureau of Land Management
Office: (775) 861-6614
Mobile: (202) 304-0967

Visit us online:
www.BLM.gov/WHB

<draft10052018_AdoptionIncentiveQAs.docx>

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:             All District and Field Officials

From:           Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:**   This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  BLM managers retain discretion to determine how best to administer the adoption incentive program.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**   The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Costs savings may be utilized for other management operations.

BLM_002810

**Incentive Program Direction**

- This AIP is administered **only** by BLM authorized personnel.

- BLM authorized personnel should make incentive payments into participants' bank accounts.

- The Adoption Incentive Agreement (4710-25 Attachment 2) should be ordered from the Printed Materials Distribution System (PMDS). It is printed in a carbon with three copies .

- BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to, and BLM authorized personnel should not make incentive payments associated with, animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

    o BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

    o BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating

2

animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

➢ BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

➢ The BLM should disqualify any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2) from eligibility to participate in the AIP.

   o BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

   o Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

➢ Reassigned animals are not eligible for the AIP.

➢ BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:** BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

3

**Step 4:** BLM authorized personnel should issue incentive payments via electronic funds transfer (EFT) only. BLM personnel should obtain an adopters bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the National Operations Center (NOC) within 10 days.

The following required paperwork *should be **COMPLETELY** filled out and submitted to the NOC:*

- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

> National Operations Center (NOC) Contact Information:
> BLM National Operations Center
> Accounts Payable Building 50 OC-622
> Denver Federal Center, PO Box 25047
> Denver, CO 80225-0047
> Fax Number: 303-236-2531

4

BLM_002813

The recipient should expect payment within 60 days, allowing additional processing time. If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
      1 -  Adoption Incentive WHBPS Guide (2pp)
      2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
      3 -  Adoption Incentive Ineligibility Letter (1pp)
      4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_002814

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:          All District and Field Officials

From:        Assistant Director, Resources and Planning

Subject:     Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management ~~(BLM)~~ Wild Horse and Burro (WHB) Program

**Purpose:**   This Instruction Memorandum (**IM**) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  The Bureau of Land Management (BLM) managers retain discretion to determine how best to administer the adoption incentive program.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:**  This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Costs savings may be utilized for other management operations.

**Incentive Program Direction**

- This AIP is administered **only** by BLM authorized personnel.

- The BLM authorized personnel should make incentive payments into participants' bank accounts.

- The Adoption Incentive Agreement (4710-25 Attachment 2) should be ordered from the Printed Materials Distribution System (PMDS). It is printed in a carbon with three copies .

- The BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted. It does not apply to, and BLM authorized personnel should not make incentive payments associated with, animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of for $500 within 60 days from the title date.

- The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

2

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

- The BLM should disqualify any adopter that relinquishes two or more animals within a ~~12 month~~12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement ~~(4710-25 Attachment 2)~~ from eligibility to participate in the AIP.

  o BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  o Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals are not eligible for the AIP.

- ~~BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are~~ **NOT**No BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:**  At time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement ~~(4710-25 Attachment 2)~~ from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement ~~(4710-25 Attachment 2)~~ from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:**  BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

3

**Step 3:** The BLM staff must complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official BLM ~~Bureau~~ records.

**Formatted:** Indent: Left: 0"

**Step 4:** The BLM authorized personnel should issue incentive payments via electronic funds transfer (EFT) only. The BLM personnel should obtain ~~an~~ adopters' bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the National Operations Center (NOC) within 10 days.

The following required paperwork *should be **COMPLETELY** filled out and submitted to the NOC:*

- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter.
    - ☐ Signed and dated by BLM Authorized Officer.
    - ☐ Identify second ~~2nd~~ payment with amount.
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.).
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter.
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT).
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter.
    - ☐ Completed, signed, and dated by certifying individual.

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

4

National Operations Center (NOC) Contact Information:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047
Fax Number: 303-236-2531

The recipient should expect payment within 60 days, allowing additional processing time.
If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

> **Commented [HTT1]:** Are you saying that the receipient should allow addional processing time in addtion to the 60 days?  This should be clarified or reworded.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** ~~Since 1971,~~ ~~T~~the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care ~~s~~ince 1971.  Placing animals into private care is a vital component of the Wild Horse and Burro (WHB) program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50 percent~~%~~ of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

> **Commented [HTT2]:** Please state if the manual/handbook is or is not affected.

**Coordination:**  This policy was coordinated with the WHB ~~SS~~tate ~~LL~~eads and ~~SS~~pecialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. ~~The policy was reviewed by T~~the Office of the Solicitor, ~~A~~Associate ~~SS~~tate ~~DD~~irectors, and the Office of Communications reviewed the policy.~~.~~

**Contact:**  Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
    1 -  Adoption Incentive WHBPS Guide (2pp)
    2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
    3 -  Adoption Incentive Ineligibility Letter (1pp~~p~~)

5

4 - ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

6

BLM_002820

| From: | Tryon, Steve |
|---|---|
| To: | Rittenhouse, Bruce H; Waddell, Holle |
| Cc: | Bail, Kristin M; Krauss, Jeff |
| Subject: | Fwd: Proposed MHF Recognition Event |
| Date: | Wednesday, October 10, 2018 12:18:04 PM |
| Importance: | High |

You guys are good-to-go in planning the MHF event on 11/03.

One consideration on time of day: please do it early enough on Saturday that not all of the horses have already been picked up by adopters. We need some ponies as a back drop. As a courtesy, pls remember to invite the State Director (Karen M.). I already alerted her and the ASD (Barbara), and they alerted the DM and the Comms chief. Any of them should feel welcome to join you, as it is their backyard!

KB will be your VIP presenter on Saturday morning.

Cheers,

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

---------- Forwarded message ---------
From: **Schneider, Margaret** <mschneider@blm.gov>
Date: Wed, Oct 10, 2018 at 12:37 PM
Subject: Re: Proposed MHF Recognition Event
To: Tryon, Steve <stryon@blm.gov>
Cc: Kristin Bail <kbail@blm.gov>, Jeff Krauss <jkrauss@blm.gov>, Amanda Kaster <akaster@blm.gov>

yes.

On Wed, Oct 10, 2018 at 12:29 PM Tryon, Steve <stryon@blm.gov> wrote:
> Hi Margaret,
>
> The adoption at Meadowood on Nov 2-3 is rapidly approaching. Are we clear to issue invitations, and plan an event?
>
> Thanks!
>
> Steve Tryon
> Deputy Assistant Director, Resources and Planning
> Bureau of Land Management
> 1849 C Street, NW
> Room 5654
> Washington, DC 20240

202-208-4896


On Wed, Oct 3, 2018 at 5:24 PM Tryon, Steve <stryon@blm.gov> wrote:
OK we have reached out to the Eastern States lead to make her aware that this might be happening, and she is glad to support. I will alert Karen and Barbara, too, in case one of them wants to join Kristin.

Couple of other good factoids from the ES program lead:

- 30-35 head to be adopted, 12 of those from the new on-line corral.
- The TIP trainer is associated with Extreme Mustang Makeover, which is a centerpiece event for MHF, so that's a good connection.

See below the flyer that is already in circulation.

We can draft some TPs for Kristin. Not sure quite how to frame the adoption incentive, since some adopters will wonder why they didn't wait a little longer to become eligible for it. "And for your next horse" is occurring to me right now.

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896


On Wed, Oct 3, 2018 at 3:44 PM Schneider, Margaret <mschneider@blm.gov> wrote:
got it thanks

On Wed, Oct 3, 2018 at 3:37 PM Bail, Kristin <kbail@blm.gov> wrote:
Yes, I am available. Also, per Bruce's note, MHF cannot do the October 12-13 event so we needed to look at another option. -K


On Wed, Oct 3, 2018 at 3:33 PM Schneider, Margaret <mschneider@blm.gov> wrote:
If that is the best opportunity we will run the traps upstairs to verify that no one is concerned with pushing this into early November. Will Kristin be available to do the event? Thanks.

On Wed, Oct 3, 2018 at 2:43 PM Tryon, Steve <stryon@blm.gov> wrote:
Hi Margaret,

The WHB program has proposed a local option for recognizing the Mustang Heritage Foundation. Kali Sublette, their Director, would fly out from TX and be joined at Meadowood by one of the MHF Board members, and by a TIP trainer.

The best time to host would probably be Saturday morning or Saturday afternoon, depending on the availability of the BLM principal. The program recommends

<u>mid-morning on Saturday November 3</u>.

We could recognize that MHF itself has passed the threshold of placing 10,000 horses into private care. We could also celebrate that many of the horses picked up that day were selected from the new "On-line Corral," and we could also roll out the new adoption incentive.

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

---------- Forwarded message ---------
From: **Rittenhouse, Bruce** <brittenh@blm.gov>
Date: Tue, Oct 2, 2018 at 3:00 PM
Subject: MHF recognition
To: Kristin Bail <kbail@blm.gov>, Steve Tryon <stryon@blm.gov>
Cc: Holle Hooks <hwaddell@blm.gov>

Kristin, Steve

Here is what is the latest on recognizing MHF. With no one from MHF leadership or their Board of Directors able to attend the Belton TX event on October 12-13 due to prior engagements the recommendation from the program is to have the recognition event at the Lorton VA adoption on November 2-3. The recognition would be showing BLM's appreciation for MHF passing the 10,000 threshold of animals they have placed into private care.

Kali will be able to attend and possibly MHF Board member Robin Lohnes. Having it close to DC will allow for a good presence of BLM leadership and WHB staff as well. Also, we have inquired and it is likely we can have a MHF TIP trainer present to give a testimonial about the value of the MHF. Finally, we are negotiating and it is likely that we can get the America's Mustang Trailer at the event, with its virtual tour. Pushing this out to November 2-3 will allow us to plan this and show our appreciation in a good way.

If you support this revision then let me know and we'll plan the logistics.

--

Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

ROUGH CAPTION FILE TRANSCRIPT

OCTOBER 10, 2018.

WILD HORSE AND BURRO ADVISORY BOARD MEETING


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


>> IF EVERYBODY CAN TAKE THEIR SEATS, WE'LL GET STARTED.

IT'S ALMOST 8:00, AND I LIKE TO KEEP EVERYTHING ON TIME IF WE CAN.


>> I WOULD LIKE TO WELCOME EVERYBODY TO THE MEETING OF THE NATIONAL BLM WILD HORSE AND BURRO ADVISORY BOARD MEETING.

IF THERE ARE VETERAN IN THE ROOM, WE WOULD LIKE YOU TO STAND AT THIS TIME SO WE CAN RECOGNIZE YOU.

IF YOU REMAIN STANDING AND EVERYONE ELSE STAND TOO, WE'LL SAY THE PLEDGE OF ALLEGIANCE.


>> I PLEDGE ALLEGIANCE TO THE FLAG OF THE UNITED STATES OF AMERICA AND TO THE REPUBLIC FOR WHICH IT STANDS, ONE NATION UNDER GOD, INDIVISIBLE WITH LIBERTY AND JUSTICE FOR ALL.

THANK YOU ALL VERY MUCH.

AT THIS TIME, AS WE GET STARTED, I'M GOING TO TURN THE MICROPHONE OVER TO OUR MODERATOR.

DANIEL IS GOING TO TALK TO US, DANIEL ADAMS.

DAN, IF YOU WOULD, HAVE AT IT.


>> DAN:   GOOD MORNING, EVERYBODY.

GLAD TO HAVE YOU HERE.

I'M GOING TO GO OVER A COUPLE OF LOGISTICS SO WE HAVE AN EFFECTIVE MEETING TODAY AND TOMORROW.

EVERYBODY SHOULD HAVE RECEIVED THIS SHEET AT THE REGISTRATION TABLE.

WE'LL WALKTHROUGH THIS QUICK.

THESE ARE WHAT WE CALL THE RULES OF THE ROOM.

OUR HOPE AND INTENT IS THAT BY EVERYONE LISTENING AND FOLLOWING THE RULES, WE'LL HAVE A GOOD MEETING.

FIRST IS ABOUT SEATING FOR ATTENDEES.

IF YOU WISH TO STAND, THAT YOU WOULD DO SO IN THE STANDING AREA IN THE BACK.

WE WANT TO MAKE SURE EVERYONE CAN SEE THE BOARD.

IF YOU CAN STAY SEATED, THAT HELPS A LOT.

SPEAKERS WILL BE SEATED AT THIS TABLE.

THE COMMENT PERIOD IS TOMORROW.

THERE WILL BE A ROSTER SET UP TO DO THAT.

WE ASK PEOPLE NOT TO COME FORWARD PAST THE RED LINE IN FRONT OF THE CHAIRS.

YOU ARE NOT ALLOWED TO APPROACH UNLESS YOU HAVE APPROVAL FROM THE CHAIR.

THE MEDIA, THERE IS A TAPED OFF SPACE IN THE BACK OF THE ROOM FOR THE MEDIA TO SET UP.

ATTENDEES ARE NOT ALLOWED TO PLACE MICROPHONES OR CAMERAS IN THE SPACE SET ASIDE FOR THE BOARD MEETING.

WE ASK YOU TO KEEP THOSE IN THE BACK.

NUMBER FIVE, ALL ATTENDEES SHOW MUTUAL RESPECT FOR EACH OTHER AND THE BOARD.

WE ASK YOU TO REFRAIN FROM USING CELLPHONES OR TALKING DURING THE MEETING.

IF YOU HAVE A PHONE CALL, WE ASK YOU TAKE THAT OUTSIDE.

IF ANYONE DISRUPTS THE MEETING, THEY'LL BE ASKED TO LEAVE OR ESCORTED OUT.

THOSE WISHING TO ADDRESS THE BOARD, AS I MENTIONED, THERE IS A SIGN UP IN THE BACK.

THE COMMENT PERIOD IS TOMORROW.

THIS MEETING IS FOR THE BOARD.

BLM_002826

WE ARE HERE TO HELP THEM AND GET THEM THE INFORMATION THEY NEED TO DO THE WORK THEY DO.

ONE OF THE THINGS, WHY IT'S IMPORTANT FOR YOU TO SIGN UP, WHEN WE HAVE THE COMMENT PERIOD, TIME TOMORROW, WE'LL BASE THAT ON THE NUMBER OF PEOPLE SIGNED UP TO SPEAK, SO IT'S IMPORTANT IF YOU WISH TO SPEAK, THAT YOU DO THAT.

ATTENDEES WISHING TO PROVIDE HANDOUTS TO THE BOARD, LEAVE THEM AT THE TABLE WHEN YOU COME IN.

HANDOUTS WILL NOT BE AT THE SPEAKER TABLE AND NO ONE MAY APPROACH THE BOARD WITH HANDOUTS.

ATTENDEES MAY NOT OBSCURE THE VIEW OF PARTICIPANTS OR DISRUPT THE MEETING.

NUMBER 10, THE BOARD WILL NOT BE ALLOWED COMMENTS DURING THE MEETING.

THIS DOES NOT MEAN THE BOARD AGREES OR DISAGREES WITH ANYTHING SAID.

THE BOARD HAS THE RIGHT TO SHARE COMMENTS DURING THE PERIOD AND WE MAINTAIN THE RULES FOR THE BENEFIT OF ALL INVOLVED AND APPRECIATES THE COOPERATION OF THE RULES.

WE SHARE IN COMMON THAT WE WANT TO DO THINGS GOOD FOR WILDLIFE AND THE RANGE.

WE CAN ALL WORK TOGETHER AND HAVE A GREAT MEETING.

WE ARE EXCITED TO GET STARTED AND GET GOING.

LOGISTICS, SAFETY IS IMPORTANT.

IS THERE ANY REASON TO VACATE THE BUILDING, EXITING THE BACK DOORS HERE?

TO THE LEFT OR RIGHT, THERE ARE EXITS YOU CAN GET TO.

THERE ARE RESTROOMS OUT THE DOOR TO THE LEFT AND THEN RIGHT OR PAST THE REGISTRATION DESK AT THE FRONT, THERE ARE ALSO RESTROOMS THERE.

DID I MISS ANYTHING, FRED?


>> FRED:   I THINK YOU HAVE DONE A GOOD JOB.

AN OUTSTANDING JOB.


>> DAN:   THANKS.

WE'LL TURN IT BACK TO FRED.


>> FRED:   WE APPRECIATE EVERYONE COMING.

WE HAVE NEW BOARD MEMBERS.

WE'LL INTRODUCE THE BOARD TO YOU.

I'LL ASK THEM TO INTRODUCE THEMSELVES AND SAY A BIT ABOUT THEMSELVES, ANYTHING THEY WANT TO SAY.

WE START WITH DR. BARRY PERMAN.


>> I'M A PROFESSOR OF MANAGEMENT AT THE UNIVERSITY OF NEVADA, RENO.


>> I'M CAP GINGER CATHERINE.

I'M A NATURAL HISTORY MAKER.

I SOUND UNDER WATER.


>> I'M JIM FRENCH FROM HUMBOLDT COUNTY, NEVADA.

I WORK FOR THE NEVADA DEPARTMENT OF WILDLIFE.


>> I'M AN EQUINE VETERINARIAN.


>> I'M CELESTE CARLISLE.

I HAVE BEEN IN BIOLOGY FOR A LONG TIME.

I'M THE PROJECT MANAGE FOR RETURN TO FREEDOM, WILD HORSE CONSERVATION.

>> I'M STEVEN YEARDLEY.

I'M A CATTLE RANCHER IN YOU SAW.

I'M HERE TO PRESENT LIVE STOCK MANAGEMENT ON THE BOARD.

>> I'M BEN MASTERS.

I SIT AS WILDLIFE MANAGEMENT ON THE BOARD.

I'M FRED WOOL.

I HAVE THE HONOR AND PRIVILEGE TO SERVE AS CHAIRMAN OF THIS BUNCH OF CATS.

IT'S LIKE HERDING CATS, BUT IT'S FUN.

WE HAVE WITH US TODAY MR. KRISTIN BAIL.

SHE'S THE ONE IN CHARGE OF THE MEETING.

I'M TURN IT OVER TO HER TO HER GIVE YOU COMMENTS THIS MORNING.

KRISTIN, IT'S YOURS.

>> KRISTIN:   THANK YOU, FRED.

ONE THING I DON'T HAVE IS A GOOD VOICE.

I APOLOGIZE.

THANK YOU ALL FOR BEING HERE.

I KNOW SOME OF YOU TRAVELED QUITE A WAYS.

I HAVE BEEN IMPRESSED BY THE PASSION AND DEDICATION OF EVERYONE INVOLVED IN THE PROGRAM AND WHO CARES ABOUT THE HORSES AND RANGE LAND UPON WHICH THEY ATTEND.

THANK YOU FOR THOSE ATTENDING TODAY AND FOR THOSE ATTENDING ON LIVE STREAM.

WE HAVE A GREAT GROUP OF FOLKS THAT TRAVEL HERE AND DO AN AMAZING AMOUNT OF SETUP TO BRING THE LIVE STREAM TO YOU.

THANK YOU FOR YOUR WORK ON THAT.

I WANT TO INTRODUCE BRUCE RITTENHOUSE.  HE IS FILLING IN FOR DEAN.  I AM KRISTIN BAIL, DIRECTOR OF RESOURCES AND PLANNING.  TODAY I AM THE DESIGNATED FEDERAL OFFICIAL FOR THE WILD HORSE AND BURRO

ADVISORY BOARD.  I WANT TO THANK OUR MEMBERS FOR THEIR SERVICE, THEIR CONTRIBUTION TO DEALING WITH TOUGH, COMPLEX AND IMPORTANT ISSUES.  DR. MCDONNELL, ONE OF OUR BOARD MEMBERS HAD A PREVIOUS COMMITMENT AND SHE WAS UNABLE TO ATTEND IN PERSON.  SHE IS PARTICIPATING THROUGH THE PHONE.  I WANT TO THANK HER FOR TAKING TIME TO CONTINUE TO PARTICIPATE EVEN WITH THE CHALLENGES OF COMMITMENT.  I WANT TO JOIN FRED IN WELCOMING OUR NEW MEMBERS, DR. PERRYMAN, DR. LENZ AND CELESTE CARLISLE.  THANK YOU FOR JOINING US. IT TAKES A LARGE TEAM TO PUT THESE MEETINGS TOGETHER.  I WANT TO THANK OUR WASHINGTON OFFICE, WILD HORSE AND BURRO BOARD STAFF.

TODAY, WE'LL START TWO DAYS OF DIALOGUE ON A VARIETY OF ISSUES.  THE HEALTHY, CONSTRUCTIVE DIALOGUE IS FOR THE BOARD MEMBERS.  WE HAVE THE PRIVILEGE OF HAVING A VARIETY OF IMPORTANT PRESENTATIONS. THAT IS TO INFORM ALL OF US AS WE MOVE FORWARD IN THE PROGRAM TO HELP THE BOARD PROVIDE RECOMMENDATION TO THE BUREAU OF LAND MANAGEMENT.  WE CONTINUE TO LOOK FOR THE BOARD'S AND OUR PRESENTER'S INSIGHTS AS WE WORK TOWARD HAVING A HEALTHY, PRODUCTIVE AND THRIVING ECOLOGICAL BALANCE FOR OUR HORSE HERDS. ONE THING WITH THE NEW BOARD MEMBERS, AND SOME OF YOU MAY BE LESS KNOWLEDGEABLE ABOUT ADVISORY BOARD ROLES AND RESPONSIBILITIES, AND I WANT TO TAKE A MINUTE TO EXPLAIN THOSE.  AN ADVISORY BOARD IS A SPECIAL PRIVILEGE GIVEN BECAUSE THE FEDERAL ADVISORY COMMITTEE ACT PRETTY MUCH GIVES BOARDS THE RIGHT TO PROVIDE GROUP ADVICE TO AN AGENCY.  THAT DOESN'T HAPPEN OUTSIDE OF A CHARTERED ADVISORY BOARD.  THE BOARD IS HERE TO OFFER ADVICE AND RECOMMENDATIONS FOR THE SECRETARIES OF BOTH INTERIOR AND SECRETARY OF AGRICULTURE.

WE HAVE FRIENDS FROM THE FOREST SERVICE HERE TODAY PROVIDING PRESENTATIONS.  THEY PROVIDE INPUT TO THE AGENCY RESPONSIBILITY YOU SAID THE WILD HORSE AND BURRO.  FORMAL BOARD RECOMMENDATIONS ARE DONE BY A VOTE.  THAT VOTE DOES NOT REQUIRE UNANIMOUS CONSENT.  RECOMMENDATIONS ARE APPROVED EVEN IF THERE IS NOT A 100% CONSENSUS.  JUST A MAJORITY.  WE DO ENCOURAGE THAT THE BOARD MEMBERS WORK TO ACHIEVE CONSENSUS, BUT THESE ARE TOUGH ISSUES.  IT IS TOUGH BECAUSE WE ALL HAVE STRONG, VALID APPROACHES TO WHAT SHOULD BE DONE, AND WE DON'T ALWAYS REACH 100% AGREEMENT ON HOW THAT IS FORWARD.  WE DO WORK VERY, VERY MUCH TOGETHER TO WORK ON THOSE AREAS THAT WE HAVE AGREEMENT.  I CALL WORKING ON THE VIOLENT AGREEMENT THAT WE ACHIEVE IN A LOT OF

AREAS.  WE WANT TO CONTINUE TO HAVE THAT DIVERSE, IMPORTANT, CHALLENGING DIALOGUE, AND MOVE TOGETHER TO REACH CONSENSUS WHERE WE CAN.

IT'S OKAY IF YOU WONDER WHY WE DON'T HAVE UNANIMOUS VOTES.  IT'S OKAY BECAUSE WE WANT TO HONOR THE FACT THAT THERE ARE DIVERSE OPINIONS, AND THE BOARD CAN'T ALWAYS REACH CONSENSUS.  I MENTIONED ADVISORY BOARDS AND COUNCILS.  THE BLM HAS 37 CHARTERED RESOURCE ADVISORY COUNCILS SIMILAR IN FUNCTION BUT DIFFERENT IN THEIR MAKEUP COVERING LAND MANAGEMENT BOARDS.  THEY CAN INCLUDE MEMBERS OF TRIBES, MEMBERS OF INDUSTRY, ENVIRONMENTAL GROUPS, RECREATION INTERESTS, ETC.  THEY ALL HAVE A CHARTER LIKE THE ADVISORY BOARD DOES.  ONE THING WE HAVE CARRIED OVER FROM PREVIOUS MEETINGS IS FINDING WAYS OF VARIETY OF BOARDS THAT WE HAVE TO TALK AND INTERACT BECAUSE SO MANY INTERESTS INTERSECT.  WHETHER YOUR INTEREST IS IN HUNTING, FISHING, WILDLIFE MANAGEMENT, ETC.  AS WE MOVE FORWARD, WE CONTINUE TO LOOK FOR WAYS WHERE WE HAVE INTERACTION AND CROSS POLLINATION, AND MORE IMPORTANTLY, ALSO HAVE A CLOSE TIE TO WHAT IS GOING ON IN THE FIELD.

THE RACKS ARE CLOSE TO WHAT IS HAPPENING ON THE GROUND IN THEIR AREA AND HOW TO INFORM EACH OTHER WHAT IS GOING ON IN LOCAL CONDITIONS.  I LOOK FORWARD TO OUR DIALOGUE OVER THE NEXT TWO DAYS.  I'M HOPING WE CAN BUILD ON OUR SUCCESSES, CONTINUE TO ROLL UP OUR SLEEVES AND DEAL WITH OUR CHALLENGES, AND WORK TOWARD THE THRIVING ECOLOGICAL BALANCE WE ALL SEEK, AND ALSO CONTINUE TO WORK TOWARD THRIVING RELATIONSHIPS ON BEHALF OF THE LAND AND VERY IMPORTANTLY ON BEHALF OF THE WILD HORSES AND BURROS.  IF THERE ARE QUESTIONS FROM THE BOARD, I WOULD BE HAPPY TO TAKE THEM OR I CAN TRANSITION TO THE NEXT PART OF THE AGENDA.  THANK YOU AGAIN, TODAY.

>> THANK YOU VERY MUCH.  IT'S INTERESTING WE HAVE AS MANY PEOPLE AS WE HAVE HERE.  WE HAVE AN HONOR WE HAVEN'T HAD SINCE I HAVE BEEN ON THE BOARD.  EVEN THOUGH HE'S AN ACTING DIRECTOR OF THE BLM, HE'S STILL IMPORTANT AND IMPORTANT TO THE OVERALL HORSE PROGRAM, MR. BRIAN STEED.  I'LL LET KRISTIN INTRODUCE HIM.  SHE IS BETTER THAN ME.

>> KRISTIN:   I'LL APPRECIATE FRED AND WELCOME BRIAN.  HE IS THE SON OF UTAH.  HE KNOWS WESTERN ISSUES.  HE CARES ABOUT WESTERN ISSUES AND HAS BEEN REFRESHING AND ENGAGED IN THIS PROGRAM AS WELL AS THE OTHER CHALLENGING AND DIVERSE PROGRAMS THAT THE BLM WORKS IN AND FACES EVERY DAY.  IT IS MY PLEASURE TO WELCOME BRIAN STEED TO OUR MEETING AND WELCOME HIS REMARKS SOON COMING.  TAKE ADVANTAGE OF THIS OPPORTUNITY.  YOU ARE TALKING TO A LEADER FOR THE BLM AND DEPARTMENT AND THE FUTURE WILD HORSE AND BURRO PROGRAM.  FOR THOSE THAT DON'T KNOW BRIAN, I'LL ASK YOU TO STAND UP TO LET FOLKS KNOW WHAT YOU LOOK LIKE.  PLEASED TO HAVE YOU.  THANK YOU.

>> BRIAN:   I NOTICED AN EMPTY SEAT WITH MY NAME ON IT.  I APOLOGIZED FOR NOT TAKING MY RESPECTIVE PLACE.  BY THE TIME I REALIZED, MY FRIEND JOHN TOLD ME, YOU HAVE BEEN HERE FIVE MINUTES AND ALREADY SCREWED IT UP.  THANKS, BRIAN.  I'M DIRECTOR OF POLICY AND PROGRAMS, BUREAUX OF LAND MANAGEMENT.  IT'S A GROUP OF PEOPLE I HAVE LONG ADMIRED, A FUN JOB.  I WANT TO THANK KRISTIN AND BRUCE FOR THE HARD WORK THEY PUT INTO THIS PUBLICLY, AS WELL AS THE OTHER TEAM MEMBERS HERE.  I WANT TO THANK EVERYONE IN THE PUBLIC FOR ATTENDING TODAY.  THIS IS AN IMPORTANT ISSUE, AN ISSUE THAT INSPIRES A LOT OF PASSION, AND PASSION ON MULTIPLE SIDES.  IT'S IMPORTANT TO HAVE DIALOGUE IMPORTANT POINTS.


THOUGH WE MAY NOT AGREE, WE CAN COMMUNICATE IDEAS, DISCUSS CONCEPTS AND DO SO IN A CIVIL WAY THAT WE CAN ACTUALLY COME TO RESULTS AND SOLUTIONS.  I LOOK FORWARD TO HEARING THE CONVERSATION TOMORROW.  ALSO, I WANTED TO GIVE A SPECIAL THANKS TO OUR ADVISORY BOARD MEMBERS, ALL NINE OF THEM.  YOU HAVE BEEN GIVEN A DIFFICULT JOB.  I HAVE ONLY WORKED ON THIS PROGRAM IN AN OFFICIAL CAPACITY FOR THE LAST YEAR.  I STARTED MY JOB WITH BLM IN OCTOBER.  I HAVE TO SAY IT'S AN ISSUE THAT INSPIRES MANY STRONG EMOTIONS.  THOSE STRONG EMOTIONS, I THINK, ARE OFTEN COMMUNICATED TOWARD YOU ALL.  I APPRECIATE THE TIME, DEDICATION AND PASSION YOU PUT INTO THIS.  IT'S FUN TO SEE SO MANY OF YOU AGAIN.  MY PREVIOUS JOB WHEN I WORKED ON CAPITOL HILL, I HAVE WORKED WITH SOME OF YOU BEFORE.  IT'S FUN TO MEET NEW FRIENDS AS WELL.  TO MISS CATHERINES, I WAS INTRODUCED THROUGH CLOUD.  WE ARE AT A JUNCTURE.  WE ARE FACING A TIME WHERE NO ACTION IS NOT AN ACTION -- OR IS NOT AN OPTION.  ALLOWING THE PRESENT COURSE IS CONTRARY TO THE BLM'S MISSION.  AS EQUINE POPULATIONS CONTINUE TO GROW, WE HAVE SEEN NEGATIVE

CONSEQUENCES FOR THE ENVIRONMENT AND THE ANIMAL RELYING THERE ON.

WE AT THE BLM NEED TO REACH THE APPROPRIATE MANAGEMENT LEVELS, AND WE LOOK FORWARD TO A CONSTRUCTIVE DIALOGUE WITH YOU ALL ON HOW WE FIND ACTION THAT PROTECTS THE LONG-TERM HEALTH AND WELFARE OF THE ANIMALS AND RESOURCES ON THE RANGE.  WE ARE COMMITTED TO ADDRESSING PRESENT CHALLENGES ON POPULATION ON THE RANGE AND ALSO OFF RANGE, WHICH IS AN INCREASINGLY OPPRESSIVE PROBLEM TO US FROM A FINANCIAL STANDPOINT.  I DID A POWERPOINT.  I APOLOGIZE.  I USED TO BE A UNIVERSITY PROFESSOR.  I GOT IN THE HABIT OF DOING IT.  THIS IS MORE FOR MY BENEFIT THAN YOURS.  YOU CAN SEE EXCITING SLIDES LIKE THIS ONE.  HERE IS THE SITUATION.  WE HAVE AN ON RANGE VISION OF HEALTHY HORSES AND RANGELAND.  WE BELIEVE THAT HEALTHY HORSES AND RANGELAND EQUALS HEALTHY COMMUNITIES.  THAT'S WHAT WE ARE STRIVING FOR ON THE RANGE.

OFF RANGE, WE ARE WORKING HARD TO FIND PLACEMENT INTO GOOD HOMES FOR THESE HORSES AFTER SOME OF THEM HAVE BEEN REMOVED FROM THE RANGE.  THOSE TWO VISIONS WORK TOGETHER AND CAN'T BE SEPARATED.  I WOULD ALSO BE REMISS IN SAYING THIS IS NOT ONLY THE BLM VISION BUT THE SECRETARY OF INTERIOR WHO ASKED ME TO ADDRESS THIS IN A DIRECT MANNER.  THERE ARE MANY HORSES ON THE RANGE.  WE CURRENTLY SIT AT MULTIPLE TIMES OF WHAT WAS DEEMED TO BE THE APPROPRIATE MANAGEMENT LEVELS.  AS A RESULT, WE ARE SEEING IMPACTS ON THE RANGE, ALSO IMPACTS ON THE BOTTOM LINE OF THE BLM WHERE WE SPEND AN ADDITIONAL PORTION OF THE YEARLY APPROPRIATIONS BUDGET ON HORSES GATHERED OFF THE RANGE.

NOTABLY AS WELL, THESE VISIONS ALIGN WELL WITH BLM'S OVERALL MISSION OF MULTIPLE USE AND SUSTAINED YIELDS BOTH FOR FUTURE AND PRESENT GENERATIONS.  THAT MEANS IT'S CRITICALLY IMPORTANT TO ACHIEVE THE VISION FOR THE OFFLINE POPULATION AS WELL AS ON RANGE. TO DO THAT, WE HOPE TO FIND A PERMANENT HOME FOR ALL OF THE HORSES REMOVED FROM THE RANGE.  WE'LL TALK ABOUT THOSE THINGS TODAY.  LET'S TALK ABOUT CONSEQUENCES OF OVERPOPULATION.  EVEN MEMBERS NEW TO THE ISSUE KNOW WE ARE FACING A CRITICAL JUNCTURE AS MENTIONED BEFORE AND OVER POPULATION CAUSES DEGRADATION OF ANIMALS ON THE RANGE AND IMPACTS LOCAL COMMUNITIES.

THIS IS NOT JUST REALIZED BY THE BLM, CONGRESS IN 2017 NOTED FAILURE TO ADDRESS THESE PROBLEMS WILL RESULT IN IRREPARABLE DAMAGE TO THE LANDSCAPE AND CREATED THE WILD HORSES AND BURRO ACT.  WE WANT TO TALK ABOUT CONSEQUENCES WE ARE SEEING ON THE RANGE. THIS IS THE PAN CAME HMA, 438% OF AML NEAR NEVADA.  THE PICTURE ON THE RIGHT, YOU NOTICE HORSES AROUND THE WATERING SOURCE, KEEPING PRONG HORN ANTELOPE AT BAY.  I WISH WE COULD SAY THIS IS A UNIQUE CIRCUMSTANCE.  WE HAVE MANY EXAMPLES OF WILD HORSES AND BURROS. AS WATER SOURCES BECOME SCARCE, HORSES ARE INDEED TRYING TO REACH AS MUCH WATER AS THEY CAN AND WE'LL HAVE SEVERE IMPACT TO THE SPRINGS OVER TIME.

AS A RESULT FOR INCREASED COMPETITION FOR RESOURCE, WE HAVE NOTICED A DECLINE IN THE HEALTH OF HORSES AND BURROS.  ABOUT 1,857% OF AML ON HMA AND YOU NOTICE THE CONDITION OF THE HORSES IS SAD. AS SOMEONE WHO LOVES ANIMALS, IT'S IMPORTANT, I THINK, THAT WE PAY ATTENTION TO THE CONSEQUENCES OF OUR CHOICES AS WE ARE GOING FORWARD.  ALSO, AS THERE IS INCREASED COMPETITION FOR RESOURCES, WE NOTICE THAT HORSES ARE NOT ONLY GOING TO STAY ON BLM PROPERTY, BUT INDEED WILL TRAVEL.  HORSES AND BURROS HAVE SOUGHT REPRIEVE ON PRIVATE PROPERTY ANTELOPE VALLEY HMA, YOU SEE THE DAMAGED HORSES AS WELL AS THE GO SHOOT HMA.  THESE ARE NOT SINGULAR ISSUES, BUT EXAMPLES WE ARE SEEING IN MANY PLACES ACROSS THE RANGE.  THIS HAS LED TO ISSUES OF PUBLIC SAFETY, PINE KNOT MOUNTAIN HMA.  AS YOU SEE, HORSES HAVE MOVED IN FREQUENTLY TO AN APARTMENT COMPLEX TO ACCESS THE GREEN GRASS, AND THIS CREATES A BIT OF A PUBLIC SAFETY CONCERN AS WELL.  I ACTUALLY REQUESTED THE PICTURE ON THE BOTTOM LEFT BE INCLUDED ON THIS.

I THINK IT SHOWS HOW CLOSE THEY COME TO HUMAN ACTIVITIES.  THIS WOULD BE DIFFERENT IF THEY WERE DOMESTICATED ANIMALS.  THEY ARE NOT DOMESTICATED ANIMALS.  THEY ARE WILD ANIMALS.  ON THE RANGE AND VISION, HEALTHY RANGE LANDS EQUAL HEALTHY COMMUNITIES.  HOW DO WE GO ABOUT DOING THAT?  I WOULD BE LYING IF I SAID THAT THERE IS AN EASY PATH FORWARD.  WE ARE FACED WITH A NUMBER OF DIFFICULT CHOICES AS AN AGENCY, AND INDEED ARE TURNING TO THE ADVISORY BOARD AS LOOKING FOR GOOD IDEAS ON WHAT IS A PRESSING PROBLEM EVERY SINGLE YEAR.  I'LL MENTION, ANECDOTALLY, THERE ARE TWO THINGS I VIEW AS THREATS TO THE BLM.  ONE IS WILDFIRE.  THE OTHER IS WILD

HORSES. WE ARE IN A TREND LINE TO WHERE HORSES ARE CONSUMING A LARGE PORTION OF OUR BUDGET. I'M NOT ENTIRELY SURE HOW TO GET ENTIRELY IN FRONT OF THAT IN THE TIMEFRAME THAT WE HAVE.

WE HAVE A BUDGET OF $81 MILLION PER YEAR FOR THIS PROGRAM. OVER HALF OF THAT IS SPENT ON HOUSING HORSES OFF RANGE. THAT MEANS WE HAVE LESS MONEY TO SPEND. WHILE I WISH THERE WAS A BIG POT OF MONEY OUT THERE THAT WE ENVISION GETTING IN THE FUTURE, I'M NOT SURE WHAT CONGRESS WILL DO WITH THIS INFORMATION. MY FEAR IS THAT WE'LL BE INCREASINGLY ASKED FOR OTHER PARTS OF THE BLM TO SUPPORT THIS PROGRAM, WHICH I THINK IS A FRIGHTENING PROSPECT INDEED. HOW DO WE GET THERE? YOU KNOW WE HAVE LIMITED TOOLS IN THE TOOL BOX. ONE OF THE TOOLS WE HAVE USED AGGRESSIVELY AS WE CAN OF LATE IS GATHERS. GATHERS REMAINS AN IMPORTANT PART OF THE MANAGEMENT PORTFOLIO. I SAY THAT BECAUSE WE HAVE AREAS -- AND THIS YEAR HAS BEEN PARTICULARLY ROUGH, WHERE WE HAVE ANIMALS IN DECLINING HEALTH, AND ANIMALS THAT ARE CLEARLY ON A PATHWAY TO WHERE THEY WON'T SURVIVE IN CERTAIN AREAS. WE HAVE BEEN INSTRUCTED AND HAVE BEEN INSTRUCTING -- I HAD A CONVERSATION EARLIER IN THE YEAR WITH THE SECRETARY OF INTERIOR. THOSE ANIMALS DEPLETING WATER SOURCES AND ARE IN PERIL, WE HAVE BEEN DOING THAT AND IT WILL CONTINUE TO BE AN IMPORTANT MANAGEMENT TOOL GOING FORWARD.

ALSO, THE SECRETARY -- THE SECRETARY HAS INSTRUCTED US TO LOOK FOR ADDITIONAL MEANS OF POPULARITY GROWTH DEPRESSION. WE SUBMITTED A REPORT TO CONGRESS DETAILS SEVERAL OPTIONS ON PATHWAYS FORWARD. ONE OF THE OPTIONS THAT WAS PRESENTED THERE INCLUDED EXTENSIVE USE OF POPULATION GROWTH SUPPRESSION, METHODOLOGIES, BOTH INCLUDING TEMPORARY VACCINE BASED AS WELL AS SPAY AND NEUTER TECHNIQUES. WE ARE PURSUING BOTH AS EXPEDITIOUSLY AS WE CAN GIVEN THE CONSTRAINTS THAT WE FACE. I THINK BOTH CERTAINLY HAVE MERIT. THE VALUE OF BOTH MEAN THAT THE MORE POPULATION GROWTH SUPPRESSION WE EMPLOYEE ON THE RANGE, THE LESS NEED WE HAVE FOR GATHERS AND LONG TERM HOLDING OF THE ANIMALS, A COSTLY ENDEAVOR. WE LOOK TO DOING MORE OF THAT IN THE FUTURE, AND WE CONTINUE TO DO THAT AS AGGRESSIVELY AS WE CAN.

WE ARE ALSO ENGAGED IN ACTIVE RESEARCH PROGRAM TO IMPROVE FERTILITY CONTROL METHODS THROUGH VACCINE-BASED AS WELL AS SPAY AND NEUTER TECHNIQUES. LASTLY, I WANTED TO TALK ON THE OFF-RANGE

VISION.  WE HAD ABOUT 46,000 HORSES IN HOLDING AT THE BEGINNING OF THIS YEAR.  EACH OF THOSE HORSES WILL COST, DEPENDING ON WHAT WE DO WITH THEM OVER SHORT-TERM OR LONG-TERM HOLDING, IT COULD CAUSE $4,800 A HORSE HER LIFETIME.  THAT'S ABOUT A BILLION DOLLARS TO CARE FOR THE HORSES OVER THEIR LIFETIMES.  THIS YEAR WE HAVE AN ADDITIONAL 11,000 HORSES OFF OF THE RANGE.  WE HAVE NOT SEEN THE EXACT NUMBERS YET ON HOW MANY HORSES, BUT IT'S ALMOST CERTAINLY NORTH OF 50,000 HORSES OFF RANGE.  THAT MEANS THE PRICE TAG OF HOLDING THE HORSES LONG TERM IS INCREASING.  WE ARE LOOKING FOR AGGRESSIVE MEANS TO MOVE THE HORSES INTO GOOD HOMES, LOOKING TO PURSUE ADOPTIONS AND SALES.

ONE OF THE THINGS UPCOMING IS ADOPTION INCENTIVES, A THOUSAND DOLLARS INCENTIVES, DISTRIBUTED $500 AT A TIME OF ADOPTION AND $500 TITLING THE HORSE AT THE END TO PROVIDE THE BOOKENDS FOR THE YEAR WE ARE SEEING THE ANIMALS AND HOW THEY ARE DOING SO WE ARE ABLE TO MAKE SURE WE ABIDE BY THE MANDATES OF THE BURRO ACT IN TERMS OF ADOPTION.  IT'S A NOVEL IDEA.  SOME PEOPLE WANT TO EXPRESS THIS BY LOOKING AT ME LIKE I'M INSANE.  AVERAGE HORSE THAT SAVES US $200 PER HORSE EACH YEAR NOT COUNTING YEARS TWO THROUGH END, WHATEVER THE HORSE'S LIFE EXPECTANCY IS.  LOOKING AT THAT SEEMS TO MAKE SENSE AND THIS INCREASES OUR LONG-TERM HOLDING CAPACITY FOR HORSES.  IF WE PUT THEM IN SHORT-TERM CORRALS, IT'S MORE EXPENSIVE THAN TO HOLD THEM OFF RANGE IN LONG-TERM PASTURES.  WE'LL BE ROLLING OUT THE ADOPTION INCENTIVE THIS FALL.  WE HOPE TO INCREASE THE NUMBER OF SALES TO GOOD HOMES AS WELL.  WE HAVE BEEN PARTNERING WITH A VARIETY OF PARTNERS TO INCREASE THE NUMBER OF SALES AND MAKE SURE THEY ARE GOING TO HOMES THAT TREAT THEM WELL.  WE ENVISION THAT GOING FORWARD.

LASTLY, WE CAN'T DO THIS BY OURSELVES.  WE ARE LOOKING FOR PARTNERSHIPS WITH ANYONE WILLING TO PARTNER WITH US TO MAKE SURE THAT WE CAN MAINTAIN A VIABLE HORSE AND BURRO POPULATION, TO MAINTAIN HEALTHY HORSES ON THE RANGE.  WE HAVE BEEN IN DISCUSSIONS WITH MANY ADEQUACY GROUPS AS WELL AS A VARIETY OF OTHER GROUPS OF INDIVIDUALS TO ENSURE WE CAN MEET OBLIGATIONS.  AS I SAID BEFORE, WE HAVE AN APPROPRIATION FIXED ON THIS, AND SO WHILE WE ARE AS CREATIVE AS WE CAN BE, WE ALSO NEED AS MUCH HELP FROM OUR PARTNER ORGANIZATIONS AS POSSIBLE.  WITH THAT, LET'S TALK ABOUT WHAT COMES NEXT.

THE BLM IS MOVING AHEAD ON NEW INNOVATIVE TOOLS AND STRATEGIES TO ADDRESS ON RANGE POPULATION, INCREASING PLACEMENT OF ANIMALS INTO GOOD HOMES.  I WOULD BE FOOLISH TO SAY THIS WILL BE EASY.  IT WILL NOT.  WE NEED AS MUCH CONSENSUS GOING FORWARD ON THAT.  THIS WILL NOT BE DONE NEXT YEAR.  IT WILL TAKE US SOME TIME.  IT'S TAKEN US SOME TIME TO GET INTO THE SITUATION WE ARE IN, AND IT WILL TAKE TIME TO GET OUT OF THE SITUATION, BUT I'M OPTIMISTIC.  THE WILD HORSE AND BURRO POPULATION IS IN MANY MAJORS A PRODUCT OF HUMAN PREFERENCE.  I'M ABSOLUTELY OPTIMISTIC THAT AS WE GO FORWARD AND EDUCATE AS MANY PEOPLE AS POSSIBLE ON THIS ISSUE, THERE ARE REAL LONG-TERM SOLUTIONS FOR IT.  I LOOK FORWARD TO HEARING FROM THE BOARD WHAT YOUR PERCEIVED SOLUTIONS ARE AND WORK WITH YOU AS WELL AS MEMBERS TO FIGURE OUT.  WE PROBABLY HAVE TO MAKE HARD DECISIONS, BUT I'M OPTIMISTIC THAT WE CAN MAKE THE DECISIONS AND HAVE A VIABLE AND LONG-LASTING PROGRAM BENEFICIAL TO THE RANGE AS WELL AS THE HORSES.

WITH THAT, I'M HAPPY TO TAKE ANY QUESTIONS YOU MIGHT HAVE.

>> FRED:   THANK YOU, BRIAN.  ONE OF THE THINGS I WOULD LIKE TO BRING UP, THAT ADOPTION INCENTIVE PROGRAM WAS A BOARD RECOMMENDATION BACK IN 2015.  WE ARE TICKLED TO SEE THAT COMING BACK.

>> BRIAN:   I READ THAT, ACTUALLY.  I'M GLAD TO SEE THAT COME TO FRUITION.

>> FRED:   SOMETIMES NEW BOARD MEMBERS DON'T UNDERSTAND THAT WE MAKE RECOMMENDATIONS THAT HAVE TO BE APPLIED TO GOVERNMENT REGULATIONS.  THEY MAY NOT BE THE EXACT SAME THING, BUT THEY ARE CLOSE.  A LOT OF COMMENTS YOU MADE, THE MAJORITY STANDS BEHIND THAT -- THE MAJORITY OF THE BOARD.  WE AGREE WITH WHAT YOU ARE TALKING ABOUT.  DO ANY OF THE BOARD MEMBERS HAVE QUESTIONS THEY WOULD LIKE TO ASK, OR COMMENTS?

>> BEN:   I WANT TO SAY THANK YOU FOR COMING.  WE HAVE NEVER HAD AN ACTING DIRECTOR COME.  IT MEANS A LOT TO HAVE SOMEONE FROM THE HIGHER UPS, COME AND TALK FACE TO FACE.  TO ME, IT SHOWS YOU HAVE A DEDICATION TO TACKLE THIS.  I HOPE THAT ALSO EXISTS UP ON THE HILL AS WELL.  THAT WAS GOING TO BE MY QUESTION TO YOU.  WE WANTED TO HAVE THIS IN WASHINGTON D.C. TO GAUGE, IS THIS AN ISSUE PEOPLE WANT TO ADDRESS.  IN YOUR OPINION, IS THIS A TOPIC BEING DISCUSSED IN WASHINGTON D.C.?  DO PEOPLE WANT TO FIND A SUSTAINABLE SOLUTION?

ARE THEY WILLING TO PUT MONEY INTO MAKING THAT HAPPEN?  WHAT IS THE TALK ON THE HILL, FOR LACK OF BETTER WORDS, REGARDING THE TOPIC?

>> BRIAN:  I WORK FOR THE ADMINISTRATION.  IT'S HARD TO GAUGE ALL OF THE TALK.  I HAVE BEEN ASKED ABOUT IT MANY TIMES BY COLLEAGUES ON THE HILL.  THERE IS A REAL INTEREST IN HOW WE CAN HELP THIS PROGRAM GET TO A BETTER PLACE.  I DO THINK THERE IS INTEREST ON THE HILL.  I THINK THERE IS INCREASED AWARENESS THAT THE WAY IN WHICH WE HAVE DONE THINGS IN THE PAST IS PROBABLY UNSUSTAINABLE.  LOOKING AT THAT, I THINK THAT IT'S EITHER GOING TO TAKE MORE MONEY OR MORE TOOLS, AND EITHER OF THOSE SITUATIONS IS UP TO THEM.  I CAN'T MAKE THAT DECISION ON MY OWN.

>> HI, BRIAN.  ANOTHER QUESTION -- THANKS, LIKE BEN SAID, FOR COMING OUT HERE AND SUPPORTING US AND FOR THE DISCUSSION.  IT'S GOOD TO GET SOMEONE IN YOUR POSITION OUT HERE.  YOU MENTIONED, THOUGH, ABOUT HEALTHY HORSES, UNHEALTHY RANGES, AND YOU MENTIONED TWO MAJOR CONCERNS THAT YOU HAVE FOR THE BLM.  ONE WAS WILDFIRE, AND ONE WAS WILD HORSES, AND REALLY, THE RAMIFICATIONS FOR BOTH ARE MAJOR ECOSYSTEMS BEING DESTROYED.  IN SITUATIONS WHERE OVERGRAZING IS OCCURRING FROM EXCESS POPULATIONS OF ANY LARGE AMULET.  WHEN THERE IS A WILDFIRE, FIRST THING WE DO IS RUN TO PUT IT OUT.  SPEAKING OF HUMBOLDT COUNTY, THEY HAD A WILDFIRE BURN OVER 62,000-ACRES.  YOU CAN IMAGINE THE DAMAGE THAT DID.  WE HAVE 31,000,000-ACRES WILD HORSES RUN ON.  A LOT OF CASES, AND YOU SHOWED SEVERAL OF THEM, WHERE THE POPULATIONS ARE IN EXCESS FIVE, SIX, UP TO 18 -- 18 TIMES THE AMOUNT OF HORSES THAT SHOULD BE ON THERE.  THE AMOUNT OF DAMAGE BEING DONE IS EQUAL TO THAT OF A WILDFIRE, BUT WHEN THERE IS A WILDFIRE, EVERYONE HEARS ABOUT IT.  THERE IS A LOT OF PUBLICITY ABOUT IT.  PEOPLE IN CONGRESS FIND OUT ABOUT IT.  IS THERE THAT KIND OF URGENCY TOWARD THE WILD HORSES PROGRAM?  DO CONGRESSMEN UNDERSTAND WHAT IS GOING ON IN THE WEST?  DO THEY CARE ABOUT IT?  WHAT IS YOUR PERCEPTION ON THAT?

>> BRIAN:  I THINK IT'S MIXED.  I WORKED FOR FIVE YEARS ON THE CONSERVATION CENTER FOR UTAH.  WE HAD A CHANCE TO TALK ABOUT THIS A LOT WITH OTHER COLLEAGUES, ESPECIALLY IN MISSISSIPPI.  I THINK THERE IS AN INCREASED UNDERSTANDING.  I DON'T THINK EVERYONE HAS THAT SAME UNDERSTANDING WHAT IS GOING ON WITH THE WILD BURRO POPULATIONS AND CIRCUMSTANCES THEY FIND THEMSELVES IN.  I FIND THEM WORKING ON IT.  I THINK, AND THIS IS AN OPINION ON THE DIFFERENCE BETWEEN WILD HORSES AND WILDFIRES.  WILD HORSES HAVE BEEN A SLOW BURN, TO USE THE ANALOGY.  IT'S TAKEN TIME TO GET TO WHERE WE ARE.  I

THINK THERE IS A VARIETY OF VIEWPOINTS ON THAT, WHAT WE SHOULD DO ABOUT THAT.  WHEREAS WILDFIRE, THERE IS CONSENSUS ON WHAT SHOULD BE DONE.  YOU SEE A CATASTROPHIC WILDFIRE, YOU FIGHT IT, WHERE THERE IS A CONSENSUS NATIONWIDE ON THE WILD HORSE PROGRAM.

>> SOMETIMES THE FIRE THAT BURNS SLOWEST BURNS THE MOST, THOUGH.

>> BRIAN:   THAT'S TRUE.  THE TWO ARE NOT COMPLETELY SEPARATED.  WE HAD A DISCUSSION THIS WEEK ON THE FIRE BEING DISCUSSED.  THE REASON WE ARE GATHERING THE HORSES, THE FIRE BURNED UP ALMOST THE ENTIRETY OF THE FEED.  IF THE HORSES ARE TO REMAIN, WE TOOK 800 OFF OF THE RANGE TO SAVE THEIR LIVES.

>> AND THEY ARE CONNECTED, IF YOU REMOVE THE PERENNIAL SHRUBS AND GRASSES AND THEY ARE REPLACED WITH INVASIVE SPECIES, BURN CYCLES INCREASE TO EVERY SEVEN YEARS.

>> BRIAN:   I THINK DR. PERRYMAN CAN SPEAK BETTER ABOUT THAT THAN I COULD.  CHEEK GRASS IS THATCH WHERE BUNCH GRASSES AREN'T.  THEY LAY OVER EACH OTHER AND BUILD FUEL STALK MORE THAN OTHER NATIVE GRASSES THAT DON'T BURN AT THE SAME RATE THAT NONNATIVE GRASS DOES.

>> THANK YOU.

>> BRIAN, THANK YOU FOR BEING HERE, COMING OUT TO DO THIS.  OUTSIDE LOOKING AT WHAT IS GOING ON.  I DON'T KNOW IF IT'S A FAIR QUESTION OR NOT, BUT -- IT'S MY OPINION THAT OUR CHALLENGES AREN'T GOING TO BE -- FOR LACK OF A BETTER WORD, FIXED.  I'M NOT SURE CONGRESS HAS THE APPETITE TO TAKE THIS UP RIGHT NOW.  IT MIGHT BE BECAUSE THEY ARE SO UNINFORMED AND OTHER THINGS GET IN THE WAY THAT END UPTAKING PRIORITY OVER THEIR TIME.  YOU SHOW PHOTOGRAPHS HERE, AND MANY OF US HAVE BEEN OUT TO A LOT OF THE HMAS IN NEVADA AND OTHER PLACES.  SOME PLACES DON'T HAVE THE PROBLEM NEVADA DOES.  NEVADA IS THE 800-POUND GORILLA IN THE ROOM.  THE FACT OF THE MATTER IS THAT WE HAVE MANY OF OUR HMAS THAT OVERLAP WITH A T & E SPECIES LIKE STAGE GRASS AND THESE LATE-SEASON HABITATS, WE ARE IN THE MIDDLE, WE ARE IN A TRAIN WRECK.  CONGRESS NEEDS TO KNOW.  I'M THAT WAY.  MY WIFE -- YOU HAVE TO GET ME AND GO, LOOK AT THIS.  THIS IS A PROBLEM HERE.  ONCE YOU DO THAT, WE CAN TAKE CARE OF IT.


THAT'S A LONG WAY TO GO TO ASK THIS, DO YOU THINK IN YOUR OPINION THAT IT WOULD BE HELPFUL FROM BLM'S PERSPECTIVE, AND AGAIN, MAYBE IT'S NOT A FAIR QUESTION, I DON'T KNOW, BUT DO YOU THINK A MEETING OF THE ADVISORY BOARD IN WASHINGTON D.C. COULD POSSIBLY HELP GET

SOME POLITICAL APPETITE TO HELP SOME OF THE FOLKS ON THE HILL TAKE A REALISTIC, IN THE MOMENT LOOK AT WHAT WE HAVE GOT TRANSPIRING OUT HERE IN THE WEST?  IS THAT A FAIR QUESTION?

>> BRIAN:   I'M NOT SURE IT'S A FAIR QUESTION.  CAN I SAY, NO, IT'S NOT A FAIR QUESTION AND MOVE ON?  [LAUGHING]


I WOULD SAY THE MORE ATTENTION WE BRING TO THIS, THE BETTER OUTCOMES WE CAN SEE.

>> THANK YOU.

>> BRIAN:   I'LL GIVE A LONGER ANSWER.  I'LL SPEAK LIKE AN ECONOMIST.  I USED TO TEACH ECONOMICS AT THE UNIVERSITY 80-MILES FROM HERE.  THIS IS A QUESTION OF TRADEOFFS.  THE TRADEOFFS ARE INHERENT HERE ON WHAT WE ARE WILLING TO TRADE OFF.  RIGHT NOW, I THINK PEOPLE HAVE NEVER ENVISIONED THE HORSE PROGRAM AS A TRADEOFF.  EVERY DOLLAR I SPEND ON KEEPING A HORSE IN CAPTIVITY LONG TERM IS A DOLLAR THE FEDERAL GOVERNMENT DOESN'T SPEND SOMEPLACE ELSE OR DOESN'T GO INTO THE DEFICIT.  THAT'S A CONVERSATION WORTHY TO HAVE.  OR THE TRADEOFFS ON THE RANGE, FOR EVERY ADDITIONAL HORSE ON THE RANGE ACCORDING TO VEGETATION AND WILDLIFE, IT'S A TRADEOFF.

MORE INFORMATION IS PROBABLY BETTER -- NOT JUST PROBABLY, MORE INFORMATION IS BETTER.

>> FRED:   IN THE LAST BOARD MEETING WE HAD, THE BOARD MADE THE RECOMMENDATION THAT LONG-TERM HOLDING WITHIN THREE YEARS, WAS PART OF THE REASON TO TAKE THE MONEY.  JIM, I THINK YOU HAD A COMMENT YOU WANTED TO MAKE?

>> JIM:   THANK YOU, MR. CHAIRMAN.  BRIAN, ONCE AGAIN, APPRECIATE YOU COMING.  I'M SURE YOU HAVE HEARD A LOT OF THESE REQUESTS AND CONCERNS THAT HAVE BEEN VOICED SO FAR THIS MORNING.  I GUESS THAT'S WHERE SOME OF THE FRUSTRATION COMES FROM.  WE SEEM TO BE TASKED WITH A JOB HERE THAT IS -- THAT HAS NO SOLUTIONS, OR THERE IS NO APPETITE FOR THE SOLUTIONS.  IT MAKES IT TOUGH FOR A LOT OF US.  I'M NOT COMPLAINING, JUST SAYING THAT'S WHERE THE FRUSTRATION COMES FROM.  FROM THE PERSPECTIVE, AND I WANT TO FOLLOW UP ON DR. PERRYMAN'S COMMENTS ABOUT THE ECOLOGICAL DISASTER IN NORTHERN NEVADA.  FOLLOWING THE FIRE BUDGETING AND SUPPORT THAT HAPPENED FOR WILDFIRE SUPPRESSION THIS YEAR, ONE OF THE THINGS I DON'T THINK, I HAVEN'T SEEN HAPPEN WITH REGARD TO BUDGET SUPPORT HAS TO DO WITH THE RECLAMATION SIDE OF IT.  ONE OF THE THINGS THAT I FEEL IS -- ONE OF THE PLACES WE ARE DROPPING THE BALL RIGHT NOW, AFTER THE FIRE IS

OUT AND EVERYBODY GOES HOME TO GET THEIR TEE SHIRT AND COFFEE CUP FOR THE LAST FIRE, WE ARE FACED WITH A RECLAMATION DISASTER. THE MARTIN FIRE TOOK THE GRASS OUT OF THE ECOSYSTEM, TOOK THE PRIORITY HABITAT OUT OF IT.  TALKING WITH MUCH OF THE FOLKS IN THE DISTRICT OF BURRO LAND MANAGEMENT, THE BUDGET SUPPORT FOR THE RECLAMATION THAT NEEDS TO OCCUR THERE IN THE NEXT 18 MONTHS ISN'T THERE.

AS YOU ARE WELL AWARE, WITH THE INVASIVE SPECIES ISSUES, WE HAVE ABOUT 18 MONTHS IN MUCH OF THE GREAT BASIN BEFORE WE LOSE THE HABITATS TO INVASIVE SPECIES.  I WONDER WHAT YOUR PERSPECTIVE IS RELATIVE TO THAT RECLAMATION BUDGET.  I KNOW MONEY IS TOUGH.  THAT IS ONE OF THE REASONS THE RECOMMENDATION OFF THIS BOARD FOR SHORT-TERM, LONG-TERM HOLDING CAPITAL.  ASIDE FROM THE HORSE ISSUE, WE HAVE AN ECOLOGICAL DISASTER THAT IS GOING TO CREATE MUCH BIGGER PROBLEMS DOWN THE ROAD THAT WE HAVEN'T SEEN.

>> THANK YOU FOR THE QUESTION.  WE ARE AWARE THAT RECLAMATION IS AN ENORMOUS PRIORITY.  WE ARE MOBILIZING.  WHEN YOU HAVE A MARTIN FIRE BURNING 440,000-ACRES, AND BY THE WAY, THAT FIRE WAS GOING 10 MILES PER HOUR AT ONE POINT, IT IS -- IT'S A DAUNTING TASK.  IT'S A LOT OF LAND TO RECLAIM AND A LOT OF LAND TO RESTORE.  IT'S SOMETHING WE INDEED TAKE SERIOUSLY.  WE THROW AS MUCH MONEY AT IT AS WE CAN, BUT WE HAVE A FIXED BUDGET AS WELL.  WE HAVE A FIXED APPROPRIATION THAT -- WE ARE WHERE WE ARE.  WE HAVE TO BALANCE THE RESOURCES BETWEEN PRIORITIES.

>> A FOLLOW UP QUESTION, MR. CHAIRMAN.  THE POINT OF MY QUESTION WAS, ONCE WE -- IT APPEARED TO BE THAT WE PROVIDED THE PRIORITY FOR FIRE SUPPRESSION WITH REGARD TO THE SUPPORT ON THE FIRE BUDGET. THE POINT I WANTED TO MAKE IS, WE ARE AT A POINT WHERE WE NEED TO TAKE A SIMILAR ACTION IN TERMS OF BUDGET SUPPORT FOR THE RECLAMATION SIDE OF IT BEFORE WE LOSE IT.

>> BRIAN:   POINT TAKEN.

>> A REAL QUICK FOLLOW UP QUESTION TO DR. PERRYMAN AND JIM.  AS FAR AS -- I HAVE TALKED WITH A LOT OF PEOPLE.  THEY TOLD ME, IT'S NOT OUR JOB TO TALK TO CONGRESS.  CONGRESS IS OUR BOSS.  IF THEY WANT TO TALK TO US, WE CAN'T GO TO THEM.  IF THERE WAS A MAJOR FIRE CONSUMING HUNDREDS OF THOUSANDS OF ACRES ON PUBLIC LAND OCCURRING AND YOU DIDN'T TALK TO CONGRESS, THERE WOULD BE BACKLASH FROM CONGRESS ON WHY DIDN'T YOU INFORM US THIS WAS TAKING PLACE.

I FEEL LIKE WE ARE IN A SIMILAR SITUATION WITH THESE WILD HORSES.  CAN THERE BE A PARADIGM SHIFT WITHIN THE AGENCY TO REACH OUT AND INFORM CONGRESS, WE HAVE THIS PROBLEM.  WE HAVE TO DO SOMETHING ABOUT IT.  WE ARE A DIRE ECONOMIC THRESHOLD BEING CROSSED AS WE SPEAK.

>> I HAVE CERTAIN RULES OF WHAT I CAN AND CAN'T DO.  I CAN'T LOBBY CONGRESS.  THAT'S SOMETHING BY LAW I'M NOT ALLOWED TO DO.  WHAT I CAN DO IS INFORM CONGRESS.  THAT'S PART OF WHY WE ARE HERE TODAY.  WHILE IT'S LESS DIRECT, I SPEND A LOT OF TIME ON THE HILL TALKING TO PEOPLE ABOUT THIS ISSUE AND THE RESOURCE NEEDS WE HAVE.

>> FRED:   ANY OTHER BOARD MEMBER?  WE NEED TO STAY ON TIME IF WE CAN.  BRIAN, I APPRECIATE YOU COMING.  I APPRECIATE THE EFFORT.  I KNOW BUSY AS YOU ARE, AND YOU STAYING OVER FOR THE WHOLE BOARD MEETING, IT'S AN HONOR FOR YOU TO BE HERE.  I KNOW HOW BUSY YOU ARE, AND HOW IMPORTANT THIS IS OR YOU WOULDN'T BE HERE.  THE BOARD WOULD APPRECIATE INTERACTING WITH YOU AT ANY TIME IF THAT'S OKAY.

>> BRIAN:   ABSOLUTELY.  I WANT TO SAY, YOU GUYS HAVE A HARD JOB.  I APPRECIATE THAT.  I APPRECIATE THE EFFORT YOU PUT INTO IT, AND THE SERIOUSNESS YOU PUT INTO IT.  IT'S AWESOME.  WE TAKE WHAT YOU SAY SERIOUSLY.  THANK YOU VERY MUCH.

>> FRED:   THANK YOU VERY MUCH.  ONE THING AS WE GO ON, I WOULD LIKE TO REMIND EVERYBODY TO PUT YOUR CELL PHONES ON MUTE.  I HAVE BEEN HEARING A DING ONCE IN A WHILE FROM TEXT MESSAGES.  THAT'S NOT FAIR FOR EVERYBODY.  IF YOU HAVE A CELLPHONE AND YOU WANT TO PUT IT ON MUTE, THAT'S FINE.  PLEASE, DON'T INTERRUPT THE MEETING FOR THINGS LIKE THIS.  WHEN I WAS A NEW MEMBER ON THE BOARD, THERE WERE TWO PEOPLE THAT MENTORED ME.  THEY WERE ON THE BOARD AND ARE HERE TODAY.  THAT'S CALLIE HENDRICKSON AND SUE.  THEY WERE FORMER BOARD MEMBERS THAT TAUGHT ME TO BE SURE I KNEW EVERYTHING I WAS DOING.  JUNE, STAND UP AND CALLIE, STAND UP WITH HER.  I APPRECIATE YOU ALL MORE THAN YOU WILL EVER KNOW.


MOVING ALONG WITH THE BOARD MEETING, WE ARE HONORED TO HAVE WITH US TODAY THE STATE DIRECTOR OF THE STATE OF UTAH, MR. ED ROBERSON.  HE WILL TALK TO US ABOUT WHAT IS GOING ON WITH THE STATE.  ED, IF YOU WOULD MAKE YOUR WAY UP?  YOU HAVE THE FLOOR, MY FRIEND.

>> ED:  I HAVE DONE THIS A FEW TIMES.  I KNOW I SHOULDN'T BE WALKING UP AND TALKING.  IT'S STRAINED, AND WE WANT THE PUBLIC TO HEAR EVERYTHING WE HAVE TO SAY.  GOOD TO SEE SOME OF THE BOARD MEMBERS I KNOW, THE STAFF.  WORKED WITH JUNE, OKAY?  I LIKE LEANING FORWARD.  ED ROBERSON, TWO YEAR EXPERIENCED UTAH STATE DIRECTOR, MOVED HERE OCTOBER 3RD, 2016, AND I AM SO PROUD TO BE HERE.  I WANT TO WELCOME YOU TO SALT LAKE CITY.  I WANT TO TELL YOU HOW MUCH I APPRECIATE YOU GOING OUT WITH OUR STAFF.  WE HAVE GREAT STAFF IN BLM UTAH.  THE TRIP TO SKULL VALLEY YESTERDAY.  I DIDN'T MAKE IT BUT I HEARD IT WAS A GOOD TRIP.  ONE SLIDE I ADDED, AND YOU HAVE HAD A NICE DISCUSSION WITH BRIAN ABOUT ECOLOGICAL HEALTH AND RESTORATION AND HOW WE ARE DOING OUR WORK HERE IN UTAH.  I LOOK FORWARD TO SPENDING TIME WITH YOU.  I APPRECIATE JUNE AND CALLIE AND THE BOARD MEMBERS THAT PROCEEDED YOU.


IT TAKES DEDICATION, PERSONAL SACRIFICE AND HARD WORK.  WHAT WE NEED FOR THE BODY, IT SOUNDS LIKE YOU ALL ARE PROVIDING.  THAT IS BALANCED, ENLIGHTENED, INFORMED ADVICE.  WE HAVE THE SAME BOARD THAT DOES THE SAME FOR US IN ALL OF OUR PLANNING.  THANK YOU FOR THE SERVICE AND THANK BRIAN FOR TAKING ALL OF THE HARD QUESTIONS.  I KNOW YOU WILL BE EASY ON ME BECAUSE I HAVE THE JOB OF WELCOMING YOU TO UTAH, AND THANKING YOU FOR BEING HERE.  I THINK WE HAVE A GREAT STATE.  I MOVED HERE PARTLY BECAUSE I KNEW THAT LISA REID, THE STAFF WE HAVE HERE IS TOPNOTCH.  WE HAVE BEEN CHALLENGED.  GUESTS WILL TELL YOU ABOUT OUR HERD MANAGEMENT AREAS, OUR POPULATION.  SOME OF THE THINGS WE ARE DOING TO ADDRESS SCIENCE ON THE LAND, TO LOOK AT POPULATION CONTROL AND OTHER THINGS WE ARE WORKING HARD FOR HERE IN UTAH.  WE HAVE, YOU KNOW, WE ARE FORTUNATE ENOUGH TO HAVE 23,000,000-ACRES, 22.9 MILLION-ACRES OF PUBLIC LAND HERE.  IT'S SOME OF THE MOST BEAUTIFUL COUNTRY, SPECTACULAR SCENERY YOU WILL EVER SEEN.  YOU SAW THE GREAT BASIN PORTION OF IT YESTERDAY.  YOU GO SOUTH, YOU GO EAST.  YOU WILL SEE RED ROCK.  YOU WILL SEE FORMATIONS ALONG THE RIVER, GREEN RIVER, AND INTO WYOMING.  32,000,000-ACRES OF SUBSURFACE.  BLM MANAGES A VARIETY OF USES, THE LANDS NOT ONLY PROVIDE ECONOMIC OPPORTUNITY FOR OUTDOOR RECREATION, DEVELOPMENT OF MINERALS, RAISING, WE ARE ALSO STEWARDS FOR MANAGEMENT AND RESOURCES THE STATE IS ENDOWED WITH.


THE ADMINISTRATIVE UNITS YOU HAVE HAVE BEEN IN THE WEST DISTRICT, YESTERDAY IN THE FIELD OFFICE.  YOU SEE ON THE MAP WE HAVE, WE HAVE

FOUR DISTRICTS AND THE GRAND STAIRCASE MONUMENT.  THOSE ARE THE FIVE LINE OFFICERS THAT REPORT TO ME AND NEED AN ASSOCIATE STATE DIRECTOR.  THEY ARE DOING EVERYTHING THEY CAN TO MANAGE TWO NATIONAL MONUMENTS, TWO NATIONAL CONSERVATION AREAS AND THE REST OF THE 23,000,000-ACRES ARE POSSIBILITIES WE HAVE HERE.  THEY SUPPORT NATIONAL AND REGIONAL ECONOMIES.  I WOULD LIKE TO RECOGNIZE STEVE YEARDLEY WHO IS IN ONE OF THOSE LOCAL AND REGIONAL ECONOMIES IN THE SOUTHWEST PART OF THE STATE.  I APPRECIATE YOUR SERVICE ON THE BOARD FROM THE INDUSTRY, THE LIVESTOCK INDUSTRY AND YOUR INTEREST IN HORSES AND HOW WE MANAGE THEM ON PUBLIC LANDS.  SINCE MY TENURE HERE AS STATE DIRECTOR, I WALKED ON FOLLOWING THE FOOTSTEPS OF MY PREDECESSOR AND STRENGTHENING RELATIONSHIPS AT THE LOCAL LEVEL WITH THE STATE OF UTAH, WITH MY OTHER FEDERAL PARTNERS.

LAST WEEK I WAS IN ST. GEORGE SOUTH OF WHERE STEVE IS FROM WHERE WE HAVE THE FASTEST GROWING COMMUNITY IN THE NATION.  WE WERE WORKING ON HOW THE LANDS AND CONSERVATION AREA COME INTO PLAY WHEN YOU HAVE THAT KIND OF GROWTH AND WE ARE THE URBAN INTERFACE INCLUDING THE RED CLIFFS NATIONAL CONSERVATION AREA AND BEAVER DAM NATURAL CONSERVATION LAND.  WE ARE WORKING TO TAKE CARE OF THE LANDS WITH THAT FAST GROWTH AND ENSURE WHAT WE HAVE AT THE END OF THE DAY IS WHAT WE ARE CHALLENGED TO HAVE, A SUSTAINABLE SET OF RESOURCES AND LANDS UPON WHICH MULTIPLE USES CAN TAKE PLACE.  THE ECONOMIC BENEFITS THAT WE ARE ABLE TO CONTRIBUTE TO.  IT'S NOT US, WE ARE NOT THE ENTREPRENEURS AND PUBLIC LAND USERS THAT HELP BRING ALL OF THAT TO BEAR, BUT THROUGH BALANCED MANAGEMENT, WE HELP DEVELOP OPPORTUNITIES FOR RESOURCES DEVELOPING RESPONSIBLY.

WE WORK TO MAINTAIN HEALTHY ECOSYSTEMS.  WE WORK TO ENSURE HEALTHY OPPORTUNITIES.  THIS STATE, I HAVE A SLIDE ON VISITATION AND RECREATION IN A MOMENT.  THIS STATE IS DRIVEN BY THAT.  THIS IS ONE OF THE FASTEST GROWING STATES AS WELL.  THEY MOVE HERE BECAUSE WE HAVE THINGS LIKE THE WASATCH FRONT AT OUR DOORSTOP, THE SALT FLATS, THE DEEP CREEKS TO THE FAR WEST ON THE BORDER WITH NEVADA. WE HAVE SOME AMAZING OPPORTUNITIES HERE FOR RECREATION OF ALL KINDS.  IN 2017, I'M SURE THEY'LL BE HANDING IT OUT, IN 2017, OUR ECONOMIC OPPORTUNITIES, IF YOU HAVEN'T BEEN GIVEN -- THIS IS THE 2018 SOUND INVESTMENTS, WHICH I KNOW WE'LL TALK ABOUT THE BENEFITS BLM BRINGS TO THE ECONOMY.  HERE, OIL AND GAS BRINGS IN $2.6 BILLION TO

THE ECONOMY CONTRIBUTING TO 25,000 JOBS, 4 BILLION IN TOTAL ECONOMIC OUTPUT, COAL, 750,000,000.  MINERALS 72,000,000.  SOLAR, WE HAVE A SOLAR SALE IN PROCESS IF YOU ARE INTERESTED IN INVESTING IN SOLAR DEVELOPMENT, OF 24,000,000, GRAZING OF 170,000,000, RECREATION OF 185,000,000 AND 25,000 JOBS.  WE FEEL AN OBLIGATION TO ALL OF THE PUBLIC OF THE UNITED STATES, AND ALSO TO OUR LOCAL STATE ECONOMIES.  I MENTIONED I WOULD TALK ABOUT RECREATION.  2017 WE HAD 8,000 VISITORS TO BLM LANDS, COMPARABLE TO THE MIGHTY FIVE.  THE MIGHTY FIVE NATIONAL PARKS PUT ON A NATIONWIDE -- I THINK THEY ARE SADDENED BY THE SUCCESS OF THE PUBLIC RELATION'S CAMPAIGN.  WE HAVE FOLKS COMING TO THE MIGHTY FIVE PARKS AND LOVING THEM TO DEATH.  THEY ALSO LOVE OUR BLM LANDS THAT ARE ADJACENT TO THE TUNE OF 5200 JOBS.


WE HAVE AN ABUNDANCE OF RECREATIONAL OPPORTUNITIES.  WE HAVE THE LANDSCAPE AND MORE IF YOU STAY A WHILE, AND WE HAVE VISITORS FROM ACROSS THE WORLD NOT JUST THE NATION.  WE GO FROM MOUNTAIN BIKING IN MOAB, RIVER RUNNING IN WEST CANYON.  OSB RIDING IN LITTLE SAHARA WHERE I WENT MONDAY WITH JOHN BUCKMEYER WHERE WE GET 28,000 PEOPLE TO SPEND TIME WITH FAMILY ON A SPECIAL WEEKEND.  DRIVING OF NINE MILE CANYON.  HUNTING IN THE HENRY MOUNTAINS.  WE HAVE WILD BISON HERDS.  IT'S AN AREA JOHN WESLEY POWELL THOUGHT IT WAS ROUGH TERRITORY DOING HIS RIVER EXPEDITIONS.  WE HAVE THE PRIDE OF BEING ABLE TO SAY THAT'S ONE OF THE AREAS WE MANAGE.  OUR UTAH REC JUST APPROVED FIVE BUSINESSES TO DISTRIBUTE OPPORTUNITIES ACROSS THE STATE INSTEAD OF ALL IN ZION OR ARCHES OR CANYON LAND OR PARKS OR OUR AREAS GETTING INCREASED VISITATION.


I THINK THOSE OF YOU THAT HAVE BEEN ON THE RACK FOR THE LAST TWO YEARS, YOU KNOW THE PRIORITIES OF THE BLM.  I THINK YOU KNOW THE PRIORITIES OF THE AGENCY.  I WANTED TO WALK THROUGH THEM A LITTLE BIT AND TALK ABOUT BLM UTAH AND OUR LEADERSHIP HERE DOES TO SUPPORT THE NATIONAL BLM NATIONAL LEADERSHIP OPPORTUNITIES AND THE AREAS OF FOCUS.  I MENTIONED JOB CREATION.  WE ARE SUPPORTING WORKING LANDSCAPES.  ENERGY DEPENDENCE, INDEPENDENCE, WE ARE ENCOURAGING ENVIRONMENTALLY RESPONSIVE DEVELOP ON OUR PUBLIC LANDS IN UTAH.  SHARED CONSERVATION STEWARDSHIP, THE NEXT SLIDE, I'LL WALK INTO THAT AND FOR YOUR BENEFIT, IT WILL BE MY LAST SLIDE BEFORE TAKING A FEW QUESTIONS.  I'LL MAKE A LOUD NOISE AND WAKE YOU UP BEFORE THAT POINT.

SAFE BORDER, WE DO A LOT HERE SUPPORTING BORDER SECURITY MOVING TO THE BORDERS WHEN NEEDED TO ASSIST.  YOU ARE NEXT TO THE DUG WAY PROVING GROUND.  WE HAVE HILL AIR FORCE BASE.  WE HAVE LAND THAT BLM SUPPORTS THROUGH OUR COMPLIMENTARY MANAGEMENT AROUND THEM.  WE ARE COMPLETING A LARGE LAND EXCHANGE ON THE UTAH TEST AND TRAINING RANGE TO MOVE STATE LANDS OUT OF THERE SO THE LANDS WILL BE ALL PUBLIC WHEN THE MILITARY DOES TEST MISSILES FLYING INTO THE AREA.  SERVING AMERICA, I THINK THE THING THAT I LIKE TO BRAG ABOUT IS I THINK WHAT GOOD NEIGHBORS WE ARE AND HAVE BEEN, AND HOW WE SUPPORT TRADITIONAL LAND USES, AS WELL AS PROVIDING ACCESS FOR HUNTING, FISHING, OTHER RECREATIONAL OPPORTUNITIES AND AMAZING PUBLIC LANDS THAT SUPPORT WILDLIFE, WILD HORSES, AND LIVESTOCK.  I WANT TO TALK A MINUTE ABOUT THE UTAH WATER RESTORATION INITIATIVE.  I HAD THE POSITION OF SITTING IN THE POSITION KRISTIN IS IN FOR SEVERAL YEARS.  THAT PARTNERSHIP THAT STARTED 13 YEARS AGO WAS ABLE TO MAKE SO MANY SIGNIFICANT CONTRIBUTIONS TO THE HEALTH OF OUR PRIORITY WATERSHEDS IN THE STATE.

IT'S AN ALL HANDS, ALL LANDS APPROACH.  WE ARE DOING -- WE ARE PROVIDING CONTINUITY ON THE GROUND FOR THESE ACTIVITIES.  WE ARE WORKING AS GOOD NEIGHBORS WITH OTHERS TO POOL TOGETHER OUR RESOURCES TO FOCUS ON THE HIGHEST PRIORITY ACTIVITIES AND PROJECTS AND TO REDUCE ADMINISTRATIVE IMPLEMENTATION.  IT'S A DEPARTMENT OF NATURAL RESOURCES WEBSITE.  MY FRIEND MIKE STYLER, EXECUTIVE DIRECTOR ON DNR WILL BE TALKING WITH YOU THIS MORNING.  IT WAS HIS DEPARTMENT THAT IS THE FOCUS OF ADMINISTERING WRI.  THE WEBSITE IS AMAZING.  IT TALKS ABOUT THE PARTNERS.  IT TALKS ABOUT HOW WE ARE IMPROVING OUR RESTORATION ACTIVITIES, AND OVER THE TIME PERIOD OF THE LAST 13 YEARS, WE HAVE TREATED 1.4 MILLION-ACRES. 400-MILES OF STREAM RESTORED TO PROPER CONSERVATION.  HEALTHY WATERSHEDS.  YOU CAN SEE ISLANDS OF JUNIPER CONVERTED BACK TO RANGE LAND AND SHRUB LAND TO HOST THE SAGE GROUSE AS WELL AS 300 OTHER SPECIES AS WELL AS PROVIDING HEALTHIER LANDS FOR WILD HORSES, WILDLIFE AND LIVESTOCK.  OPPORTUNITIES FOR THE PUBLIC AND VISITORS TO SEE AN INTACT LANDSCAPE MORE OF A MOSAIC THAN MONO CULTURE.

WE HAD HORSES WAITING TO DRINK WATER.  WE PUT TOGETHER A WATER PROJECT PROPOSAL THAT ALLOWS FOLKS TO SAY, I HAVE CONFLICTS HERE. I HAVE AREAS I COULD DO A BETTER JOB OF MOVING MY ANIMALS OUT, OR MOVING WILDLIFE OR HORSES OUT OF AN AREA THAT'S BEING HEAVILY IMPACTED SO WE CAN GET RESTORATION OF THE AREA.  REALLY, TRY TO MOVE WATER TO PLACES WHERE THE ANIMALS CAN USE IT, AND GET IT OUT OF AREAS LIKE REPAIRING AREAS.  IN THE 13 YEARS WE HAVE SPENT COLLECTIVELY, AND THAT'S ALL OF THE FOLKS.  THERE ARE 100 TO 150 PARTNERS THAT DO IT, $207 MILLION, ALMOST $1.5 MILLIONS OF TREATMENT, $24 MILLION OF IN-KIND CONTRIBUTIONS AND THIS YEAR ALONE WE HAVE TREATED 127-ACRES.  WE ARE SNR ON THE FIRES THAT HIT US.  I'LL STOP THERE.  I WANT TO THANK YOU FOR JOINING US IN UTAH.  I'M A BLOCK FROM THE GATEWAY MALL.  IF YOU COME TO THE OFFICE, LOOK FORWARD TO ENGAGING YOU ON THE ISSUE THAT I PUT A LOT OF HEART AND THOUGHT INTO WHILE I WAS IN KRISTIN'S POSITION.  WE ARE PROUD HERE, GUS AND LISA'S LEADERSHIP.  WE HAVE A GREAT PROGRAM AND RELATIONS WITH FOLKS AND ENLIGHTENED MANAGEMENT.  ABBY JOSIE IS OUR DEPUTY STATE DIRECTOR WHO PROVIDES LEADERSHIP AND KNOWS ONE OF TWO OF YOU FROM HER DAYS IN NEVADA.

MR. CHAIR, THAT'S -- I COULD GO ON AND ON AS GINGER KNOWS, AND OTHER, BUT I'LL STOP.

>> FRED:  I MET YOU AT THE TIME I CAME ON, AND I WAS IMPRESSED AND HAVEN'T CHANGED THAT VIEW.  ANYONE HAVE ANY QUESTIONS?

>> HI.

>> YES, MA'AM.

>> THANK YOU FOR COMING.  THANK YOU FOR THE WORK ON THE BOARD IN THE PAST.  IS SITTING OUT THERE THEN.  I JUST REALLY APPRECIATE IT.  WE HAD A GREAT TOUR YESTERDAY WITH GUS AND LISA.  AT ONE POINT THEY SHOWED US THE KIOSK AND RULES FOR THE HMA.  DO YOU HAVE PLANS FOR DOING THAT FOR ALL OF THE HMAS IN UTAH?  PEOPLE LOVE TO SEE WILD HORSES.  IF THE SIGNAGE IS THERE, THAT WOULD BE GREAT.

>> GUS WILL TALK TO YOU A BIT.  I'LL LET HIM.  I'M GETTING THE --

>> THE EVIL EYE?

>> I WANT TO KEEP YOU ALL ON SCHEDULE.  I KNOW GUS CAN ANSWER THAT QUESTION.  IT'S A GREAT QUESTION.  MY GRANDDAUGHTERS WERE HERE OVER THE SUMMER, AND WE WENT TO THE SWELL AND SAW THE SINBAD

BURROS OUT THERE.  IT HELPS TO HAVE SOME INTERPRETATION SO YOU
KNOW WHAT YOU ARE SEEING.

>> I COULDN'T AGREE MORE.

>> FRED:   THANK YOU, GINGER.  ANYONE ELSE?  STEVEN?

>> STEVEN:   ONE QUICK QUESTION.  WITH ALL OF THE ACTIVITIES AND
ECONOMIC OUTPUTS THAT TRANSPIRE UNDER THE DIRECTION OF THE BLM IN
THE STATE OF UTAH AND LANDS MANAGED, WHERE DO YOU SEE THE
EXPRESSIVE NUMBERS OF WILD HORSES AND ECOLOGICAL DAMAGES
OCCURRING IN THE LONG LIST OF PROBLEMS AND PRIORITIES?  WHERE
DOES THAT LINE UP ON THAT LIST?

>> I WOULD RATHER GUS ANSWER.  I THINK YOU WILL HEAR FROM MIKE
STYLER.  WE HAVE HAD AREAS WHERE THERE ARE SO MANY WILD HORSES
ON PRIVATE LAND BASICALLY UP IN THOSE HIGH AREAS IN THE CLIFFS.  DNR
HAS HELPED FUND SOME OF THE PASSIVE GATHERS WE HAVE HAD.  YOU
HAVE HAD PRIVATE LANDOWNERS WHO HAVEN'T USED THEIR LAND FOR
GRAZING FOR 15 OR 20 YEARS BECAUSE OF OVERPOPULATION.  WE HAVE
OTHER AREAS LIKE THAT.  WHEN WE HAVE DROUGHT AND WATER
SHORTAGES, AND THREE TIMES OVER AML IN THE STATE, WE HAVE TRIED TO
BE STRATEGIC AND FOCUS ON WHERE YOU GO.  WE KNOW IN BEAVER IRON
COUNTY, TWO WINTERS AGO WE HAD SO MANY HORSES OUT THERE IN SNOW
UP TO THEIR CHEST.  IT WAS A HARD THING TO DO.  WE COULDN'T GET THEM
OUT BECAUSE OF THE SNOW.  YOU HAVE -- AND AGAIN, I'LL LET GUS, IF YOU
WOULDN'T MIND, LET HIM GIVE YOU THE REAL LAY OF THE LAND AND WHAT
OUR PLANS ARE.

>> STEVEN:   THANK YOU.

>> FRED:   THANK YOU, ED.  THANK YOU VERY MUCH.  OUR NEXT SPEAKER IS
A GENTLEMAN, AND I'M LOOKING AT THE BOARD AND SEE "THEE GUS WARD."
"I HAVE KNOWN HIM FOR A LONG TIME, AND I DIDN'T KNOW HE HAD A NAME
THAT BEGAN WITH "V."  WHAT DOES THAT STAND FOR?

>> THE "V" STANDS FOR VICTOR AND "A" FOR AUGUST.  VICTOR AUGUST.
APPRECIATE BEING HERE.  I WAS LOOKING AT THIS TRYING TO FIGURE OUT
HOW THE POINTER WORKS.  ANY IDEA?  NO?  THEY WON'T SEE IT ON THERE.

>> FRED:   OH, THAT POINTER.  I HAD A GREAT TRIP YESTERDAY.  HOPE YOU
ENJOYED IT AS MUCH AS I DID.  I WOULD RATHER BE KICKING IN THE SOIL AND
BEING WITH THE HORSES.  THIS IS A GREAT ENVIRONMENT.  I CAN'T TELL YOU
HOW MUCH WE THANK YOU FOR YOUR WILLINGNESS TO BE ON THE BOARD.
YOU FEEL THE STRUGGLE WE FEEL AS BML EMPLOYEES.  AT TIMES WE ARE
ATTACKED.  AT OTHER TIMES WE ARE PRAISED.  WELCOME TO UTAH.  I'M A
UTAH NATIVE BORN AND RAISED.  WASHINGTON WILL NEVER GET ME OUT OF

BLM_002848

THE STATE.  YOU ARE STUCK WITH ME HERE.  I CAN TALK ABOUT UTAH FOR HOURS AND DAYS.  LOVE THE STATE.  I SPENT THE LAST 28 YEARS WITH BLM IN THE WILD HORSE AND BURRO PROGRAM.  THOSE OF YOU NEW ON THE BOARD, ONE OF THE OPPORTUNITIES WE GET, WHEN THE BOARD COMES HERE, WE TELL YOU EVERYTHING WE CAN ABOUT OUR PROGRAM IN THE STATE.

I'LL DEEP DIVE INTO THE HORSE AND BURRO PROGRAM, TELL YOU ABOUT INDIVIDUAL HM AS, CHALLENGES AND SUCCESSES.  I DON'T SEE A CLOCK.  THROW SOMETHING AT ME FOR QUESTIONS.  AS YOU SAW YESTERDAY AND HAS BEEN TALKED ABOUT, SOMETHING I HAVE TO TOUT, WE HAVE AN AMAZING HORSE AND BURRO TEAM IN THE STATE OF UTAH.  IT'S NOT JUST THE STATE LEVEL.  WE ARE A SMALL STATE.  WE HAVE TWO FULL TIME HORSE AND BURRO EXPERTS IN THE STATE OF UTAH.  WE HAVE OTHERS ACROSS THE STATE THAT WORK IN THE HORSE AND BURRO PROGRAM BUT ALSO HAVE OTHER DUTIES.  THEY WORK IN THE RANGE PROGRAM, THE WEED'S PROGRAM, WHATEVER IT MAY BE.  THERE ARE THREE FACILITY WORKERS.  WE HAVE WONDERFUL, FULL-TIME PUBLIC AFFAIRS OFFICER.  LISA, YOU MET YESTERDAY.  WHAT MAKES OUR MANAGEMENT TEAM SUCCESSFUL IS OUR MANAGERS.  ED, WHAT AN AMAZING GUY, CLEAR DOWN ABBY TO OUR FIELD MANAGER, DISTRICT MANAGERS.  THEY SUPPORT US AS A TEAM AND ARE ABLE TO GET THINGS DONE.  I'M PROUD OF THAT COORDINATION AND WORK.

AT OUR FACILITIES, WE HAVE A BIT OF EVERYTHING IN UTAH.  WE HAVE TWO WHAT WE CALL OFF RANGE CELLS.  OUR DELTA FACILITY.  IT'S A 300 ANIMAL FACILITY.  IT'S INSIDE THE CITY LIMITS.  IT'S LIMITED IN SIZE.  THEN WE HAVE THE AXEDALE FACILITY, A BURRO CONTRACT AND HORSE CONTRACT FACILITY.  ONE IS FOR HORSES, HOLDS UP TO 2,000 ANIMALS.  WE HAVE A CONTRACT FOR A THOUSAND ANIMALS FOR THAT FACILITY AND A BURRO FACILITY, 1200 HEAD FACILITY.  IT'S PART PASTOR AND PART CORRAL.  THE INDIVIDUAL APPLIED AND WAS AWARDED THE CONTRACT.  WELL-RUN PROGRAM.  WE HAVE AN OFF RANGE PROGRAM.  WE HAVE 350 MARES THERE.  WE HAVE AN OFF RANGE PASTURE IN CENTRAL UTAH.  WE HAVE 19 HERD MANAGEMENT AREAS IN THE STATE.  I'LL GO THROUGH THEM IN DEPTH COMING UP.  WE HAVE 19 HERD MANAGEMENT AREAS TAKEN OUT OF MANAGEMENT WITHIN 29 HERD AREAS.  17 OF THOSE ARE WILD HORSES AND TWO WILD BURROS.  THIS IS KIND OF A WIDE-SHOT MAP YOU ARE LOOKING AT IN FRONT OF YOU.

YOU CAN COMPARE UTAH TO THE BORDERS OF WYOMING AND NEVADA.  THE BLUE AND PURPLE ARE HERD MANAGEMENT.  I'M COLOR-BLIND.  THE RED ONES ARE THE AREAS.  WITHIN 29 HERD AREAS, 19, WE MANAGE ANIMALS AT. I'M GOING TO MOVE FORWARD.  IF YOU LOOK AT, ON THE RIGHT-HAND SIDE, LET'S DEEP DIVE INTO SOME OF THESE.  I'LL FOCUS ON NORTHERN UTAH.  ON THE RIGHT SIDE, THOSE ARE HERD AREAS.  THOSE ARE HERD AREAS THAT CREATE THEIR OWN CHALLENGE.  THAT'S AN AREA WE HAVE HAD.  THOSE OF YOU FAMILIAR WITH EQUINE ANEMIA, THAT'S THE COGGENS TEST FOR HORSES.  THERE ARE ONLY A COUPLE DOCUMENTED THAT WE HAD EQUINE INFECTIOUS ANEMIA ON THE RANGE.  WE TEAMED UP WITH THE TRIBE IN 1998.  BETWEEN 1998 AND 2006 WE DID EXTENSIVE GATHERS AND AT THE TIMING.  WE GATHERED A LOT OF ANIMALS AND IDENTIFIED 98 INDIVIDUALS POSITIVE FOR EQUINE INFECTIOUS ANEMIA OFF OF PUBLIC LANDS THAT HAD TO BE EUTHANIZED.  VERY UNIQUE, SOMETHING OTHERS DON'T DEAL WITH.


IN 2008 THE LAND USE PLAN DESIGNATED THOSE AS HERD AREAS.  NOT ONLY BECAUSE OF THE EQUINE INFECTIOUS ANEMIA, BUT WE HAVE A LOT OF TRIBAL LAND IN THAT AREA.  THERE ARE ESTIMATES OF 2,000 PLUS HORSES ON THE TRIBAL LAND THAT GO BACK AND FORTH TO THE BLM.  VERY CHALLENGING AREA THERE.  WE HAVE THE HERD CREEK.  IT HAS A JAGGED BOUNDARY WITHIN THE HMA THERE.  WE DID A DEEP DIVE TO FIGURE OUT, THAT IS THE AREA WE MANAGE IT IN.  THAT WAS A CIRCLE ON A MAP AT ONE TIME.  WE HAVE BEEN ABLE THROUGH LAND-USE PLANS TO FOCUS ON WHERE CAN WE MANAGE THE HORSES EFFECTIVELY?  IF YOU MOVE TO THE LEFT SIDE, THAT'S WHERE WE WAS YESTERDAY.  YOU CAN SEE THE ORIGINAL HERD AREA OF THE ONAQUIS IS LARGE.  A LOT OF IT HAS NO WATER SOURCE. THEN YOU GET TO THE MILITARY LAND.  WE IDENTIFIED 200,000-ACRES IS WHAT WE CAN MANAGE ON THE ONAQUIS.  THIS IS A CHALLENGE ITSELF BECAUSE OF THE VISITATION.  YOU HAVE THE MILITARY COMPONENT TO DEAL WITH.  EACH ZONE WITHIN UTAH HAS THEIR OWN MANAGEMENT CHALLENGES AND OPPORTUNITIES.


WHEN YOU GO TO THE SOUTHEAST PART OF THE STATE, YOU HAVE THE MUDDY CREEK AND SINBAD AREAS WE MANAGE LAND ON.  ROBERT'S ROOST IS AN AREA THAT WAS A HERD MANAGEMENT AREA BUT THERE IS NOT EFFECTIVE WATER THERE.  WE COULDN'T KEEP A POPULATION OF 25 TO 30 ANIMALS THERE BECAUSE THERE WENT WATER.  ANIMALS WERE GOING WITHOUT WATER.  THEY WERE BEING COMPROMISED.  IN 2008 THE LAND USE PLAN WENT THROUGH THE PUBLIC PROCESS AND DETERMINED WE CAN'T EFFECTIVELY MANAGE ANIMALS THERE.  THERE ARE STILL HORSES THERE. IF YOU LOOK TOWARD THE GRAND STAIRCASE ED TALKED ABOUT AT

HARVEY'S SPHERE, THERE ARE A DOZEN TO TWO DOZEN ANIMALS THERE, A
VERY REMOTE POPULATION, SELF REGULATING THROUGH LAND.  IT'S NOT A
HERD MANAGEMENT AREA.  ON THE WESTERN SIDE OF OUR STATE IS OUR
LARGEST COMPONENT MANAGING HORSES AND BURROS IN UTAH.  THE
ONAQUIS, WE HAVE A LARGE NUMBER OF HERD MANAGEMENT AREAS.  MOST
OF THE BOUNDARY IS THE SAME AS THE HERD AREA BOUNDARY.


THEY ARE GOING THROUGH A LAND-USE PLAN TO MANAGE THE
POPULATIONS.  WE HAVE BEEN PARTNERED WITH OUR PARTNERS WITH THE
USGS IN COLORADO STATE TO DO RESEARCH ON THE CONGERS.  AT SINBAD
WITH THE BURROS, WE HAVE BEEN DOING WORK THERE.  WE ARE ACTIVE IN
HOW TO BETTER MANAGE THE POPULATIONS.  HERE ARE SPECIFIC
NUMBERS.  I APOLOGIZE TO YOU BOARD MEMBERS.  I THINK THE SLIDE YOU
HAVE IN FRONT OF YOU, THE NUMBERS -- I ADJUSTED THEM A BIT OR I ADDED
SOME.  AS OF 2018 MARCH, LOOKING AT OUR WEBSITE, WE HAD 5100 ANIMALS
IN THE STATE OF UTAH DOWN FROM 2017.  WE WERE UP 5800 ROUGHLY.
TODAY, AS OF NOW, I ESTIMATE OUR POPULATION IN THE STATE OF UTAH TO
BE 4842 ANIMALS.  THAT'S PLUS OR MINUS 15% EITHER WAY, CONSISTING OF
4800 HORSES AND 344 BURROS.  WE HAVE BEEN ACTIVE IN REMOVING
ANIMALS IN '17-'18.  IF YOU LOOK AT OUR APPROPRIATE MANAGEMENT LEVEL,
IT'S JUST UNDER 2,000.  EVEN THOUGH WE HAVE BEEN ACTIVELY REMOVING,
TRYING TO DO THE BEST WE CAN, WE ARE TWO AND A HALF TIMES WHERE
WE SHOULD BE.


WE ARE NOT BAD AS SOME STATES.  WE HAVE BEEN TRYING.  WE HAVE BEEN
EFFECTIVE IN SOME AREAS.  WE HAVE A LONG WAY TO GO.  IN MANAGING
HORSES HERE IN UTAH, I HAVE FOUND WE CAN BE THE BEST MANAGERS IN
THE WORLD.  THIS IS A KEY FACTOR THAT DRIVES WHAT WE DO AND HOW WE
DO IT QUICKER THAN ANYTHING.  LIKE I TOLD YOU YESTERDAY, AND THANK
YOU FOR BRINGING THE RAIN WITH YOU.  IT'S OCTOBER 1ST, AND IT STARTED
RAINING.  WE HAVE PRETTY MUCH HAD FOUR MONTHS OF DRY NOTHING IN
UTAH.  BASED ON THE DROUGHT MONITOR, UTAH, COLORADO, THERE IS A
BIG BLOB OF CRUCIAL DROUGHT STRICKEN -- THE WHOLE WEST.  THAT'S A
DROUGHT MONITOR.  IF IT'S WHITE, YOU ARE NOT IN THE DROUGHT, BUT YOU
CAN SEE THE WHOLE WEST IS IN A DROUGHT CONDITION.  THAT DICTATES IN
A BIG WAY WHAT WE DO AND PUSHES US IN ONE DIRECTION OR ANOTHER
WHEN IT COMES TO LONG-TERM MANAGEMENT.  WE DEAL WITH THE WATER
ISSUE EVERY YEAR ON MANY OF THE HMAS. THIS IS A SLIDE I PULLED IN 2016.
WE HAD SO MANY HORSES WITHOUT WATER.  IT WAS BRING WATER TO THEM
OR THEY WOULD BE COMPROMISED AND WE WOULD HAVE TO DO AN
EMERGENCY REMOVAL.

MOST OF THE ISSUE IS THE WATER.  YOU SEE THAT A LOT IN THE WEST.  WE TRY TO IMPROVE THE WATER SOURCES SO WE DON'T HAVE TO HAUL WATER. THIS IS WATER CATCHMAN PONDS, CLEANING THEM OUT, SIMPLE MAINTENANCE THAT DOESN'T TAKE A LOT OF MONEY, BUT IT'S EFFECTIVE IN STORAGE CAPACITIES SO THEY DON'T GET INTO COMPROMISE.  MUDDY CREEK, WE DID A MANAGEMENT THIS SUMMER.  THAT'S A CHALLENGING AREA.  THE SPRING SOURCE ON THE LEFT YOU SEE, WE DEAL WITH THAT EVERY YEAR.  IT SUSTAINS 25 OR LESS HORSES.  WHEN WE HAVE MORE THAN THAT, THE STREAM STARTS DRYING UP.  LITERALLY, IT'S BEEN FOR THE LAST FIVE YEARS, AN ANNUAL PROCESS OF THREE AND A HALF HOURS INTO THIS MAKING SURE THE HORSES ARE OKAY.  WE HAVE HAD TO EUTHANIZE HORSES FOR THE LAST FIVE YEARS WHERE THEY CAN'T WALK.  I'M NOT GOING TO DRIVE INTO AN AREA TO SEE A HORSE IN THAT AREA AND NOT RELIEVE THAT SUFFERING.

IT'S A CHALLENGE, BUT WHEN IT RAINS, THINGS LIKE THE RIGHT SIDE HAPPENS, CAVERNS FILL UP WITH WATERS AND THE HORSES DISPERSE.  THE LONG-TERM SOLUTION IS KEEPING THE NUMBERS IN CHECK.  THIS IS SOME OF THE SIGNS GINGER TALKED ABOUT.  I WOULD LOVE TO ANSWER THAT QUESTION.  THESE ARE CRITICAL IN FUTURE MANAGEMENT TO EDUCATE THE PUBLIC.  THIS TALKS ABOUT THE ONAQUIS WHERE PEOPLE LOVE THEM TO DEATH.  THEY START PETTING THEM, FEEDING THEM AND MAKING PETS OUT OF THEM, THAT'S THE CONCERN I HAVE.  THE KIOSKS, I WOULD LOVE TO SEE THEM ACROSS THE STATE.  WE NOTICED YESTERDAY, THIS HAS BEEN UP FOR TWO YEARS.  THERE ARE NO BULLET HOLES IN IT.  THAT TELLS ME THE PUBLIC LIKES IT.

THE ONAQUI HMA, PARTNERSHIPS CREATE CHALLENGES.  WE PARTNER WITH THE MUSTANG FOUNDATION.  THIS IS THE IMPACT EVERY YEAR.  IF IT WAS NOVEMBER, WE WOULD INVITE YOU UP WITH A COMPETITION BETWEEN MUSTANGS AND DOMESTIC HORSES.  IT'S FANTASTIC.  WE HAVE HARD CORE DOMESTIC HORSE OWNERS ADOPTING MUSTANGS BECAUSE THEY ARE BLOWN AWAY BY WHAT THEY CAN DO.  THE ZOO DISPLAYS SOME OF THE ANIMALS WHERE WE HAVE THOUSANDS VISITING THE ZOO AND THEY LOOK AT THAT AND SAY, WE DIDN'T KNOW THERE WERE WILD HORSES.  WE HAVE A FESTIVAL WE HAVE BEEN DOING 30 YEARS, I BELIEVE.  WE HAD THE 20 YEAR ANNIVERSARY WITH BLM HORSES.  THEY HAVE TO HAVE A FREEZE MARK. THEY COME TO COMPETE.  WE HAVE STARTED A 4-H PROGRAM.  THE YOUTH PROGRAMS WE DO, THEY ARE GREAT PARTNERSHIPS.  WE LOVE OUR

PARTNERSHIPS.  WE LOVE THE PARTNERS WE WORK WITH.  IT'S A
CHALLENGE WITH THE PROGRAM WE HAVE.  THE SATISFACTION WE GET AS A
TEAM TO SEE THE SUCCESS IS JUST WELL WORTH THE EFFORT WE PUT IN.


WE HAVE GREAT PARTNERSHIPS.  I HAVE LISTED SOME OF THE CHALLENGES
HERE.  YOU CAN LOOK AT YOUR BOOKS AND ASK QUESTIONS TO GENERATE
QUESTIONS.  WE ARE TWO AND A HALF TIMES AML.  WE HAVE SEVERAL THAT
ARE FOUR OR FIVE TIMES OVER WHAT THEY SHOULD BE.  THE EXTENDED
DROUGHT PERIODS WE ARE HAVING, THEY ARE KILLING US.  THE WATER
LIMITATIONS ARE KILLING US.  THE WATER SHORTAGE ISSUE, WE HAVE
TALKED ABOUT IT AMONGST OURSELVES.  MAYBE WE NEED TO LOOK AT THE
AMLS.  IF WE DON'T HAVE ENOUGH WATER TO SUSTAIN THE POPULATIONS,
DO WE DEVELOP MORE WATER, REDUCE AML?  WHAT DO WE DO?  IT'S TOUGH
TO DEAL WITH.  PROGRAM WIDE, BRIAN AND EVERYBODY, THE PROGRAM
WIDE BUDGET LIMITATION WHERE OTHER STATES ARE TAKING THE
OPPORTUNITY TO DO REMOVALS.  MAYBE WYOMING WILL GET IT OR NEVADA
WILL GET IT.  THAT MEANS THE OTHER STATES CAN'T REMOVE THE ANIMALS
THEY SHOULD.  THE TRICKLE EFFECT, THE STATES NOT HIGH PRIORITY GET
LEFT BEHIND.  NEVADA WAS IN THAT MODE SEVERAL YEARS. NEVADA IS IN A
TOUGH BOAT RIGHT NOW.


THE INCREASE PRIVATE PROPERTY AND PUBLIC SAFETY CONCERNS, THOSE
ARE THINGS WE DEAL WITH ON A SOMETIMES WEEKLY OR MONTHLY BASIS
AROUND THE STATE.  THAT'S WHAT I'VE GOT.  I HOPE I LEFT TIME FOR
QUESTIONS.

>> FRED:   YOU DID.  EVEN IF YOU DIDN'T, WE ARE GOING TO ASK THEM.

>> I LOVE IT.  I WOULD RATHER ANSWER QUESTIONS.

>> FRED:   ONE THING WE WOULD LIKE YOU TO DO FOR THE NEW BOARD
MEMBERS, CAN YOU EXPLAIN THE DIFFERENCE OF WHAT GOES INTO AN HA?

>> A HERD AREA IS THE ORIGINAL 1971 DESIGNATION.  IF YOU LOOK AT THE
ONAQUI HERD AREA, THAT'S THE DARK RED LINE.  AFTER THE ACT WAS
PASSED IN '71, THERE WAS A PERIOD BETWEEN '73, '74, '75, EACH DISTRICT
HAD TO IDENTIFY WHERE WILD HORSES WERE FOUND.  SOMETIMES THAT
WAS DONE ON THE GROUND OR HOSPITAL OR FIXED AIRPLANE.  THE BML
MADE A CIRCLE ON THE MAP AND SAID THAT'S WHERE THEY WERE FOUND.
AFTER THAT, BLM HAD TO IDENTIFY WITHIN THE HERD AREA, WHERE CAN WE
EFFECTIVELY MANAGE THE HORSES?  A HERD MANAGEMENT AREA HAS TO
FALL WITHIN A HERD AREA.  HOPEFULLY, THAT MAKES SENSE.  THUS, WE
HAVE THE HERD MANAGEMENT AREAS, A SUBSET OF THE HERD AREA OR THE

SAME BOUNDARY.  A LOT OF HERD MANAGEMENT AREAS ON THE SOUTHWEST PART OF THE STATE, IT'S THE SAME BOUNDARY.

>> FRED:   ONE OTHER QUESTION I WANT TO ASK BEFORE I TURN IT TO THE OTHER BOARD MEMBERS.  I DON'T GET ON FACEBOOK MUCH.  I HAVE GRANDKIDS.  I DO THAT, BUT I HAVE A FRIEND THAT SAYS EVERYTHING ON FACEBOOK IS TRUE.  RECENTLY, THERE WERE FACEBOOK POSTS ABOUT A GATHER THAT OCCURRED IN THE STATE.  I HAVE KNOWN YOU A LONG TIME. SOME OF THE COMMENTS FORWARDED TO ME WERE NOT VERY -- FLATTERING.  I WANTED TO KNOW IF YOU WOULD MIND SHARING THAT.

>> EVERY TIME WE DO A GATHER OR EVENT, THINGS LIKE THAT POP UP, MR. CHAIRMAN.  I APPRECIATE YOU BRINGING THAT UP.  WE TALKED ABOUT THIS YESTERDAY.  WE HAD A GATHER CALLED THE MUDDY CREEK GATHER.  WE REMOVED 150 HORSES.  THERE WAS A SITUATION WITH PASSIONATE PEOPLE THERE.  THEY LOVE THE HORSES.  I LOVE THAT ABOUT THIS PROGRAM. PEOPLE ARE PASSIONATE AND LOVE THE ANIMALS.  WE HAD THE NEED TO REMOVE ANIMALS.  THEY WERE SO UPSET THAT THEY STARTED TO GET RAMBUNCTIOUS.  WE HAVE A GREAT LAW ENFORCEMENT TEAM.  I ASKED THE LAW ENFORCEMENT PERSON TO GO THERE AND MAKE SURE EVERYTHING WAS OKAY, JUST BE A PRESENCE THERE, WHICH HE DID.  THE GATHER PROCEEDED AND IT WAS GREAT.  THAT EVENING FACEBOOK AND TWITTER FEEDS WERE SHOWING UP THAT GUS WAS MAKING FUN OF PEOPLE, AS PEOPLE WERE CRYING, HE WAS MAKING FUN OF THEM.  I WASN'T EVEN UP THERE.  I WAS DOWN BY THE LAW ENFORCEMENT.  IT'S UNFORTUNATE THAT PEOPLE HAVE SO MUCH PASSION THAT IT TAKES THEM DOWN THE ROAD OF BEING DISHONEST AND TRYING TO SMEAR SOMEONE PERSONALLY.  IT'S A SAD SITUATION AT THAT POINT.


I HAVE DEALT WITH HATE MAIL AND THREAT AND YOU SHOULD DO THIS OR THAT.  THAT HAPPENS.  I WISH PEOPLE WOULD EDUCATE THEMSELVES ON THE TRUTH.  SOCIAL MEDIA IS A LOT OF TIME A VENTING POINT WHERE PEOPLE'S PASSION AND EMOTION, I CAUTION PEOPLE TO WATCH WHAT THEY READ AND GET THE FACTS BEFORE THEY JUMP INTO THAT.  THAT WASN'T THE ONLY INCIDENT.  WE COULD GO ALL DAY, BUT THAT'S THE ONE WE ARE TALKING ABOUT, I IMAGINE.

>> FRED:   WHEN THAT HAPPENED, I HAVE KNOWN YOU QUITE A WHILE.  I DON'T KNOW ANYONE IN THE PROGRAM THAT HAS MORE PASSION THAN YOU.

>> THANK YOU.

>> FRED:   ANYMORE QUESTIONS FOR GUS?  BEN?

>> BEN:   I HAVE TWO QUESTIONS --

>> FRED:   YOU CAN ONLY HAVE ONE.  KIDDING.

>> DO YOU HAVE A SYNOPSIS OR DATA OF HMA IN THE HA?

>> GUS:   YES, ON OUR STATISTICS, IF YOU GO TO OUR NATIONAL STATISTICS, YOU CAN LOOK AT THE HERD AREAS.  ARE YOU TALKING OUTSIDE OF THE HERD AREA BOUNDARIES?

>> CORRECT.

>> GUS:   THANK YOU.  OUT OF THE 4800 ANIMALS IN UTAH, WE HAVE 300 TO 400 ANIMALS OUTSIDE OF THE HERD AREA BOUNDARY.  WE HAVE THAT SUBSET OF 800 TO A THOUSAND ANIMALS WITHIN HERD AREAS, SO YOU KNOW, THAT'S A BIG PROBLEM WE DEAL WITH.  WHEN THE POPULATIONS EXPAND, THEY GO SOMEWHERE.  HORSES AND BURROS DON'T UNDERSTAND THEY HAVE TO STOP AT THIS LINE.  THEY GO OUTSIDE.  IT CAN BE SIGNIFICANT, BUT IT'S DEFINITELY A SUBSET OF THE NUMBER THAT THERE ARE QUITE A FEW ANIMALS OUTSIDE.  THEY HAVE BEEN ON PUBLIC LAND.  DO THEY FALL UNDER THE WILD HORSE AND BURRO ACT?  ABSOLUTELY.  THEY ARE NOT IN A HERD AREA OR HERD-MANAGEMENT AREA.

>> THANK YOU.  YESTERDAY YOU MENTIONED MOUNTAIN LION.  I'M NOT FAMILIAR WITH THE CLAIMS.  DO YOU HAVE THAT INFORMATION AVAILABLE?

>> GUS:   I WORK WITH DR. PETERSON.  I DON'T KNOW ABOUT STUDIES.  WE HAD STUDIES IN THE LATE '9 0S.  I DON'T KNOW OF STUDY, BUT DR. PETERSON MAY BE ABLE TO TACKLE THAT ONE FOR US.

>> STEVEN:   ONE OTHER QUESTION I HAVE.  IT WAS ONE I ASKED MR. ROBERSON.  HE SAID HE WOULD DEFER TO YOU.  THERE ARE A LOT OF ACTIVITIES, ECONOMIC ACTIVITIES AND THINGS GOING ON WITH BLM GROUND IN THE STATE OF UTAH.  IT'S A LARGE AREA.  AS FAR AS ON THE LIST OF PRIORITIES AND PROBLEMS WE ARE FACED WITH, WHERE ARE THE ECOLOGICAL PROBLEMS OCCURRING BECAUSE OF THAT ON THAT LIST?

>> I WOULD SAY SINCE ED CAME TO UTAH AS OUR STATE DIRECTOR, HE UNDERSTOOD THE PROGRAM, FORTUNATE FOR UTAH, IT'S NOT UNCOMMON FOR ME TO GET TO MY DESK 6:30 IN THE MORNING AND ED WANTS TO KNOW WHAT'S GOING ON.  IF HE'S CALLING ME PERSONALLY, IT'S HIGH ON HIS PRIORITY.  HE'S MADE THIS A PRIORITY TO DO HIS BETH TO WORK WITH THE STATE, WITH THE LIVESTOCK COMMUNITY, INTEREST GROUPS TO MAKE THIS A PRIORITY PROGRAM.  IT MAY NOT BE NUMBER ONE, BUT IT'S UP THERE.  IT'S DEFINITELY HIGH.

>> FRED:   TOM?

>> GUS, I WANT TO THANK YOU FOR THE TOUR YESTERDAY.  THAT WAS EDUCATIONAL.  ARE HORSES REMOVED FROM THE COGGENS?

>> GUS:   YES, THEY ARE TESTED FOR ANEMIA.

>> IN THE CASE OF THE HERD OF REACTORS, DO YOU GO BACK TO THE HORSES REMAINING TO TEST THEM?

>> GUS:   NOT ON A REGULAR BASES.  THE CHALLENGE WE HAVE IS THEY GO BACK AND FORTH BETWEEN TRIBAL LANDS.  WE HAVE AN AGREEMENT WITH THE UTAH STATE VETERINARIAN.  WE GATHER THE HORSES AND TEST THEM ONSITE.  WE WON'T SHIP THEM TO OUR FACILITY.  WE HAVE TO TEST THEM. IF WE HAVE A POSITIVE AND WE HAVE A QUARANTINE ONSITE WHERE WE HAVE SPENT MONTHS IN QUARANTINE ON THE PUBLIC LANDS.  IT'S A RARE, ISOLATED CASE.  ANYTIME WE GO INTO THERE, WE HAVE TO HOLD THE ANIMALS AND TEST THEM.

>> THANK YOU, MR. CHAIRMAN.  GUS, FIRST TIME I MET YOU WAS YESTERDAY. YOUR REPUTATION PROCEEDS YOU FOR SURE IN TERMS OF PASSION FOR THE JOB ON THE NEVADA SIDE.  I HAD FOLKS ASK ABOUT YOU WHEN WE WERE TALKING ABOUT THE SCHEDULE.  THE STATE OF UTAH IS LUCKY RIGHT NOW.  BEN ASKED ONE OF THE FIRST QUESTIONS.  I'M GOING TO DEFER TO THAT.  I HAD A COUPLE OF OTHER SMALL QUESTIONS.  I WAS WONDERING ON THE 1100 OR SO THAT YOU GATHERED THIS YEAR, WERE THOSE GATHERED BASED ON EMERGENCY CONDITIONS, OR WERE THEY SCHEDULED AHEAD OF TIME?

>> A COUPLE OF THEM WERE EMERGENCIES.  MOST WERE SCHEDULED.  WE HAD ONE PRIVATE LAND GATHER.  WE HAD A COUPLE ON PRIVATE LAND. THEY WERE SMALL.  ONE WAS AN EMERGENCY.  THERE WAS A LACK OF WATER, NOT THE ENTIRE HMA.  IT WAS THE SOUTHERN PART WITH THREE SPRINGS.  THE REST WERE PLANNED WE WERE WORKING TO GET ON THE GATHER SCHEDULE.

>> THE OTHER QUICK QUESTION, YOU MENTIONED THE 4-H PROGRAM ON THE ADOPTION SIDE OF IT.  DO YOU HAVE A NAME FOR A LEAD?

>> ON THE WATER PROGRAM?

>> ON THE 4-H PROGRAM.  YOU HAD A SLIDE WITH THE 4-H PROGRAM.

>> GUS:   THE WATER PROGRAM?  IF I SAID FORAGE, I MIGHT HAVE MISSPOKE.

>> 4-H.

>> OH, IDAHO KICKED IT OFF AND WE HAVE MULTIPLE STATES DOING THE SAME PROGRAM.  IT'S WORKING GOOD.  WE COULD HOOK THE 4-H LEADERS UP TO HELP EACH OTHER.

>> I APPRECIATE THAT.  NEVADA IS NOT DOING THAT.  IT LOOKS LIKE A GOOD OPPORTUNITY.

>> GUS:   IT'S SUCH A GREAT PROGRAM FOR THE YOUTH.  IT'S GREAT.

>> IF YOU WOULDN'T MIND, WOULD YOU FORWARD THE CONTACTS TO ME?

>> GUS:   HELP ME WITH THAT, LISA.

>> I REGRET WHAT OUR CHAIRMAN REFERRED TO ON FACEBOOK.  I HAVE KNOWN YOU A LONG TIME.  I CAN'T IMAGINE YOU WOULD EVER DO ANYTHING LIKE THAT.  I'M NOT A FACEBOOK FOLLOWER.  ON THE 4-H, WONDERFUL.  IN COLORADO, STEVE LEONARD IS WORKING ON THE 4-H INTERFACE.  HE'S EXCITED ABOUT IT, DEDICATED BLM EMPLOYEE.  JUST ON A PERSONAL NOTE, WHEN I ADOPTED BY MUSTANG, THE BLM WAS KIND ENOUGH TO BRING IT TO GRAND JUNCTION TO PICK HIM UP.  THANK YOU.

>> GUS:   THANK YOU, GINGER.

>> YOU MENTIONED THE DROUGHT MONITOR.  HOW ARE YOU USING THE DROUGHT MONITOR IN YOUR DECISION-MAKING PROCESS?

>> GUS:   ONE OF THE THINGS, I ENCOURAGE OUR FIELD SPECIALIST TO DO, WHEN THEY ARE DOING AN ANALYSIS ON DOING A GATHER OR NOT, WHEN THEY USE INFORMATION SUBSEQUENT TO GATHER, THIS HAS TO BE PART OF THE ANALYSIS.  I ENCOURAGE THEM TO LOOK AT NOT ONLY OUR UTILIZATION OR TREND, BUT USE THE DROUGHT DATA.  IT'S PREDICTABLE.  IT PREDICTS, LOOK WHERE WE ARE AT RIGHT NOW.  THIS CAN ANSWER QUESTIONS WHY WE HAVE NO VEGETATION GROWTH BECAUSE OF LACK OF WATER.  WE HAVE RAIN GAUGE WE USE.

>> THE DROUGHT MONITOR IS BASED ON SURFACE WATER AVAILABILITY.  THERE ARE SOME YEARS YOU CAN HAVE ALL KINDS OF FEED ON THE GROUND THAT YOU DON'T -- THERE'S NO WATER, BASICALLY.  AS LONG AS YOUR STAFF IS COGNIZANT -- I CAN'T SAY THAT WORD.  AS LONG AS THEY REALIZE WHAT IS GOING ON, IT'S OKAY.  WE HAVE HAD ISSUES WHERE SOME OF THE BLM OFFICE HAS BEEN RELYING EXCLUSIVELY ON THE DROUGHT MONITOR AND IT CAN BE OFF BASE WHAT IS GOING ON THE GROUND.

>> THAT'S ONE GLIMPSE.  THEY HAVE TO LOOK AT THE LOCAL DATA, THE LOCAL TREND, MONITORING DATA, UTILIZATION, ALL OF THE FACTORS.  THAT'S A GOOD POINT.  THANK YOU FOR MAKING THAT.

>> SHE FINALLY CAME AWAKE AND HAS A QUESTION.

>> WELCOME TO THE BOARD, CELESTE.

>> CELESTE:   ONAQUI IS LOOKED TO FOR A SUCCESSFUL FERTILITY PROGRAM.  YOU HAVE APPROACHABLE HORSES AND A TEAM SUPPORTIVE OF DOING THIS INCLUDING THE STATE LEAD.  THAT'S REALLY IMPORTANT.  I KNOW OTHER FIELD OFFICES HAVE LOOKED TO YOU FOR ADVICE AND

PRACTICALITY AND THE DOS AND THE DON'TS.  ALSO, AS YOU BUILD AND ESCAPE UP A PROJECT WITH SUCH APPROACHABLE HORSES AT ONAQUI, HOPING TO UP THAT, HOW ARE YOU FORMULATING YOUR -- WHAT ARE YOUR LIMITATIONS FOR 60 AT THIS POINT INSTEAD OF 100, ARE THERE REASONS YOU ARE NOT JUST SAYING, 80% OF THE MARES OR WHATEVER?

>> GUS:   ONE OF THE BIGGEST CHALLENGES IS WE HAVE THE MOB, THE LARGE GROUP OF HORSES.  THOSE ARE APPROACHABLE.  WE HAVE SUB POPULATIONS ON THE ONAQUIS THAT ARE NOT THAT APPROACHABLE.  THERE ARE THOSE WE CAN'T APPROACH CLOSE.  WE HAD A TRAINING THIS SUMMER WHERE WE HAD HALF A DOZEN INDIVIDUALS TAKE THE TRAINING.  THE IDENTIFICATION OF THE INDIVIDUAL ANIMAL IS KEY.  MAKING SURE YOU HAVE THE DATABASE AND MAKING SURE YOU CAN IDENTIFY EACH INDIVIDUAL MARE SO YOU KNOW WHICH ANIMAL YOU ARE TRAINING.  WE DON'T WANT TO HALF HAZARDLY DART ANY MARE WE WANT.  WE WANT TO KNOW WHEN IT WAS TREATED.  WE WANT TO BE PRECISE IN WHAT WE DO.  OUR LIMITATIONS ARE ON THE ONAQUIS.  WE ARE LOOKING AT THE MUDDY CREEK.  WE HAVE A SUBSET OF MUDDY CREEK THAT ARE APPROACHABLE.  THERE ARE A LOT OF THOSE IN MUDDY CREEK YOU CAN'T GET A MILE FROM THEM.  TAKE WHAT YOU CAN GET.  ANY SUPPRESSION WILL SUPPORT THE PROGRAM IN THE LONG RUN.  I ENCOURAGE FIELD FOLK TO TAKE ADVANTAGE OF THAT.

>> ONE QUICK ONE, IF I COULD.  IN MCCULLOUGH PEAK, THOSE HORSES ARE JUST LIKE YOU ARE TALKING ABOUT, MILE AWAY, LOT OF DUST.  WHEN THEY STARTED HAVING PEOPLE WHO WERE COMING TO VIEW THE HORSES, THAT TURNED AROUND WITHIN A COUPLE OF YEARS.

>> IS THAT RIGHT?  NOW THE MCCULLOUGH PEAK HORSES ARE NOT TO IGNORE YOU AS ONAQUIS, BUT THEY ARE DEFINITELY DISTANT.  THE SIGNAGE, IF IT'S ANYTHING LIKE THE MCCULLOUGHPEAK, IT WAS CLOUD OF DUST IN 1994 TO SEE THE HERD.

>> WE HAVE HAD BLM DIRECTION DIRECTING US TO SAY IF YOU CAN DART HORSES, EVERY STATE SHOULD LOOK AT HMA AND WHAT IS THE APPLICABILITY.  WE NEED TO EMPHASIZE THAT AT THE STATE LEVEL AND DO WHAT WE CAN, USE ALL OF THE TOOLS WE HAVE.

>> FRED:   ANYBODY ELSE?  GUS, I WANT TO THANK YOU VERY MUCH.  THANK YOU FOR THE TOUR YESTERDAY.  IT WAS A PLEASURE HOOKING UP WITH YOU YESTERDAY AND SPENDING TIME WITH YOU.

>> GUS:   YOU ARE WELCOME ANY TIME.  IT'S NOW 10:00.  LET'S TAKE A 15 MINUTE BREAK.  EVERYONE BE BACK ON STATION BY 10:15.  THANK YOU ALL.


[MEETING WILL RESUME SHORTLY ]

>> IF EVERYBODY CAN TAKE THEIR PLACES, WE'LL TAKE BACK UP.  ONE OF THE THINGS I WAS ASKED TO DO, APPARENTLY I HAVE DONE THIS IN A LOT OF MEETINGS WE HAVE HAD IS TO SHARE A COWBOY POEM WITH YOU.  THE EARLY PREDAWN SILENCE IS LIKE MUSIC TO THE EARS.  OF THE RESTED AND CONTENTED WHO TAKE THE TIME TO HEAR.  I HAVE MISSED THAT PREDAWN SILENCE UPON THE TRACK, BUT I WILL HAVE IT BACK FOR ONCE AGAIN I HAVE HORSES THAT HEAR MY SPIRIT'S ODE.  DEAR GOD HOW HAVE I HAVE MISSED THEM, AND HOW THEY MAKE ME WHOLE.


ALL RIGHT, IF YOU WILL SIT DOWN AND WHERE IS MR. BRUCE AT?  OH, SHAZAM.  WE ARE HONORED AND PRIVILEGED TO HAVE THE ACTING CHIEF OF THE WILD HORSE AND BURRO PROGRAM.  HE'S A NICE GUY.  HE WORKED HARD TO GET THE MEETING UNDER WAY.  HE'S DONE AN OUTSTANDING JOB.  AT THIS POINT, I'LL TURN IT OVER TO YOU, BRUCE.  YOU CAN SHARE A BIT.

>> ALL RIGHT.  CAN EVERYBODY HEAR ME?  THANK YOU.  GOOD MORNING.  FIRST OF ALL, I WANT TO, AS EVERYONE HAS ACKNOWLEDGED THE BOARD MEMBERS FOR YOUR PASSION AND BEING PART OF THIS.  IT TAKES A LOT TO GET YOU ON THE BOARD.  I KNOW THAT NOW FIRST HAND.  YEAH, SO IT WAS GREAT.  ONE, IT TOOK A LOT OF WORK TO GET THIS MEETING.  I HOPE -- MY HOPE PREFACE OF THE MEETING WAS IT WAS FOR YOU NINE FOLKS HERE.  THANKS FOR BEING HERE.  SECOND, FIRST OF ALL, IT'S REALLY IMPORTANT THAT I WANT TO THANK EVERYBODY WITHIN THE BUREAU OF LAND MANAGEMENT AND WILD HORSE AND BURRO STAFF DEDICATE TODAY THE PROGRAM, WEARING DUAL HATS.  MANY, MANY PEOPLE IN THE BURRO WORK IN THE HORSE PROGRAM, RANGE PROGRAM AND OTHER THINGS.  IT'S A VERY COMPLEX JOB.  THANKFULLY TO THEM, THEY ARE THERE.  BEING IN THIS PROGRAM, I CAME INTO THE PROGRAM FIVE MONTHS AGO.  NOW I HAVE SEEN IT FIRST HAND.  I KNOW PEOPLE IN THE PROGRAM ARE SOME OF THE MOST DEDICATED EMPLOYEES IN THE BUREAU, AND THEY ARE DEDICATED TO THEIR RESOURCE.  THEY CARE FOR THE ANIMALS.


THAT'S MY LINE IN THE SAND WHEN THEY TALK TO PEOPLE.  THEY SAY PEOPLE IN THE WILD HORSE AND BURRO PROGRAM DON'T CARE FOR THESE ANIMALS.  THERE IS NOTHING FURTHER FROM THE TRUTH.  THAT'S THEIR MAIN MOTIVATE FOR BEING IN THE PROGRAM.  I HAVE BEEN IN THE POSITION FIVE MONTHS NOW.  I WANT TO THANK ALAN SHEPHERD AND HOLLY WADDELL THE TWO BRANCH CHIEFS RESPECTIVELY.  WITHOUT THEM AND THEIR EXPERIENCE AND KNOWLEDGE, I COULDN'T HAVE DONE -- I DON'T KNOW WHAT I HAVE DONE IN SOME CASES.  THEY ARE THE REAL FOLKS THAT DO ALL OF THE WORK.  YOU WILL HEAR FROM BOTH OF THEM LATER TODAY.

LASTLY, I FEEL FORTUNATE TO BE GIVEN THE OPPORTUNITY TO THANK KRISTIN AND STEVE FORGIVING ME THE OPPORTUNITY TO BE IN THIS POSITION.

MANY HAVE TOLD ME AND I HAVE SAID IT FIVE OR SIX YEARS AGO, WHEN I NEVER THOUGHT I WOULD BE SITTING IN THIS CHAIR.  WITH DUE RESPECT TO THE DIRECTOR AND KRISTIN AND OTHER STATE DIRECTORS THAT THIS IS PROBABLY ONE OF THE MOST CHALLENGING POSITIONS IN THE BUREAU AS THE DECISION CHIEF.  I FEEL HONORED TO BE IN THE POSITION.  WITH THAT, WE'LL MOVE ON.  HOPEFULLY, I GET -- THERE WE GO.  WE HAVE HAD A LOT OF GOOD CONVERSATION ALREADY.  I WANT TO -- WHAT I'M GOING TO TALK ABOUT IS GROUND EVERYBODY ON THE ROAMING FREE WILD HORSE AND BURRO ACT SAYS.  I'M GOING TO GIVE THE CURRENT NUMBERS OF THE PROGRAM AT A NATIONAL LEVEL.  YOU HEARD GUS' PRESENTATION FOR UTAH.  UTAH MIRRORS THE NATIONAL PROGRAM OVERALL.  THIRD IS, AS BRIAN MENTIONED IN HIS PRESENTATION, THERE IS AN EMERGENCY.  BOLD MANAGEMENT NEEDS TO OCCUR AND HARD DECISIONS WILL NEED TO BE MADE, OR WE'LL SEE -- AND WE ARE PROBABLY ALREADY SEEING PHOTOS AND WE ARE ADDING IRREVERSIBLE CHANGES.  IS IT ALL HORSES?  THAT'S TO BE DEBATED, BUT IT'S ONE KEY AREA.  LASTLY, LET'S TALK ABOUT MANAGEMENT TOOLS THAT WE EMPLOYEE.

KIND OF BRIEFLY, THERE IS A MAP SHOWING OF HMAS IN THE WEST.  NEVADA IS GROUND ZERO.  UTAH, 18 OR 19.  WYOMING IS ANOTHER BIG AREA WITH A LOT OF HORSES.  THE PURPLE ONES ARE HORSE HERDS.  THE GREEN ONES ARE BOTH HORSE AND BURRO AND THE YELLOW ARE BURRO HMAS.  AGAIN, BASIC INFORMATION.  PUBLIC LAW SIGNED INTO LAW DECEMBER '71. HISTORIC PIONEER SPIRIT OF THE WEST IN WHICH THE HORSES AND BURROS DO THAT.  THE CULTURE AND PASSION PEOPLE HAVE FOR ANIMALS, I HAVE COME TO A GREATER APPRECIATION OF THE MAGNIFICENCE OF THE ANIMALS.  IT IS TO PROTECT WILD HORSES AND BURROS AS A COMPONENT OF PUBLIC LANDS MANAGED IN A MANNER DESIGNED TO THRIVE ACHIEVING AND NATURAL BOUNDS.  WE HEAR THOSE WORDS MANY TIMES.  BRIAN MENTIONED EARLY ON, THRIVING ECOLOGICAL BALANCE FALLS IN LINE WITH THE MISSION TO SUSTAIN DIVERSITY AND PRODUCTIVITY FOR THE USE AND ENJOYMENT OF CURRENT AND FUTURE GENERATIONS.  WE GET SO WRAPPED UP IN, YOU KNOW, THE MOMENT AND THE ACTION THAT HAPPENS AT THAT MOMENT, BUT WE ARE LOSING THE SCOPE AND BEYOND WHAT IT'S GOING TO LOOK LIKE 20 YEARS FROM NOW.  WHEN WE LOOK AT THE HEALTH OF THE ANIMALS AND RANGE LANDS.

THAT IS A REAL KEY THING FOR MY STANDPOINT, THRIVING ECOLOGICAL BALANCE, WE'LL SEE PICTURES.  WE SAW PICTURES FROM BRIAN'S PRESENTATION.  I'LL BUILD ON A COUPLE MORE ON THAT.  UNHEALTHY HORSES, IS THAT A THRIVING ECOLOGICAL BALANCE?  NO.  GRAINS LANDS, IS THAT A THRIVING ECOLOGICAL BALANCE?  NO.  THE OTHER COMPONENT OF THE ACT, THE WILD HORSE AND BURROS WILL BE CONSIDERED COMPARATIVELY WITH RESOURCE VALUES.  THIS IS A POINT THAT IS LOST IN THE PUBLIC VENUE OF CONVERSATION IS THAT WE HEAR A LOT OF THINGS ON THE HMAS THAT A LOT OF THE PUBLIC FEEL HMAS ARE THERE SOLELY FOR THE HORSES OR BURROS.  I HAVE TO REMEMBER THE BURROS OR THEA WILL GET MAD IF I DON'T MENTION BURROS ENOUGH.  THEY ARE NOT THE EXCLUSIVE USE OF LAND.  THEY ARE WILD HABITAT, RANGE LAND HEALTH, MANY OTHER OPPORTUNITIES.  THEY ARE CONSIDERED COMPARABLY IN THE MULTIPLE USE MANDATE.  I FORGET WHO SAYS THIS, IT MIGHT HAVE BEEN ED.  PUBLIC LAND MANAGEMENT AND MULTIPLE USE MANAGEMENT ON PUBLIC LANDS IS NOT FOR SISSIES.  WE'LL GET TO WHERE THERE ARE HARD DECISIONS.

AS GUS MENTIONED, MANAGED SINCE 1991.  HE WENT THROUGH THE HMA PROCESS.  ANOTHER COMPONENT IS MINIMUM FEASIBLE LEVEL.  THAT TERM AND THRIVING ECOLOGICAL BALANCE HAVE NEVER BEEN DEFINED.  THAT'S A KEY THING THAT WE ARE DEALING WITH TERMS THAT WE DON'T KNOW HOW WE DEFINE THAT, THOSE TWO TERMS.  THOSE ARE FURTHER DISCUSSIONS.  ALL RIGHT, WE ARE ROUGHLY AS OF MARCH 2018, AT ABOUT 82,000 ANIMALS.  THAT'S AN ESTIMATE.  THAT IS A PLUS AND MINUS NUMBER THERE.  CURRENTLY, FROM HOLDING, THIS IS OUR FACILITIES HOLDING REPORT, 48,000 IN 028.  YOU SAID NORTH OF 50,000.  I THINK WE ARE NOW AS WE HAVE BEEN REMOVING ANIMALS.  ROUGHLY 48,000 SOME TIME IN SEPTEMBER.  36,000 IN OUR PASTURES.  THIS PAST YEAR WE ADOPTED 4647 ADOPTED OR SOLD, AN INCREASE OF 600 FROM 550 LAST YEAR.  WE ARE NOT GETTING TO THE LEVEL OF WE ARE 7,000 SHORT OF MEETING THE GOAL OF PUTTING ANIMALS INTO HOMES WE REMOVE OFF OF THE RANGE.  THIS IS ANOTHER GRAPHIC HERE.  WE HAVE A BETTER GRAPHIC TO SHOW WE ARE THREE TIMES OVER THE APPROPRIATE MANAGEMENT LEVEL ON THE RANGE.

WE ARE AT A CROSSROADS.  THE HALL OF FAME CATCHER YOGI BERRA SAID WHEN YOU ARE IN A FORK IN THE ROAD, YOU TAKE IT.  WE ARE AT THE FORK IN THE ROAD.  WHICH ROAD DO WE TAKE IN ONE FORK ON ONE SIDE IS NO ACTION.  AS BRIAN MENTIONED EARLIER, NO ACTION AT THIS POINT IS NOT AN

OPTION.  THEN THE OTHER FORK IS, WHAT MANAGEMENT -- THIS IS WHERE THE MULTIPLE FORKS ARE, HOW MANY TOOLS DO WE USE IN THE ACT?  FULL LIMITATION IS THE FARTHEST EXTREME AND THERE ARE MULTIPLE ONES BETWEEN.  WE ARE AT A CROSSROADS.  AGAIN, EMPHASIZE NO ACTION AT THIS MOMENT IS NOT AN OPTION.  CONSEQUENCES OF INACTION, I'LL SAY, OF NOT NO ACTION, BUT INACTION, ANTELOPE VALLEY HMA, SEVEN TIMES OVER AML.  THIS IS A PICTURE SAME TROUGH, WE HAVE THE RED ARROW TO SHOW.  I HAVE MY POINTER.  THE RED ARROW SHOWS BASICALLY THE SAME TREE.  PICTURE FROM 2012.  YOU SEE THE WATER TROUGH THERE.  THERE ARE TWO THINGS TO NOTE IN THE PICTURE, 2012-2018, IN 2018, ALL OF THE VEGETATION BETWEEN THE TROUGHS IS GONE AND BARE GROUND. SECOND, PRETTY MUCH MORE DISTURBING TO ME IS YOU SEE IN 2012 THE TROUGH IS SIX INCHES ABOVE THE SOIL SURFACE.  SIX YEARS LATER, THE ENTIRE TROUGH IS EXPOSED.  WE HAVE LOST 18-INCHES TO TWO FEET OF SOIL.


IS THAT SOLELY DUE TO HORSES?  THERE HAVE BEEN EXTREME RAIN EVENTS HAPPEN, BUT PROBABLY MOSTLY DUE TOHORSES.  IN THE PAST, WE HAVE STRUGGLED TO GET MORE ANIMALS INTO CARE.  WE ARE NOW WAY TOO MANY ANIMALS.  THE GRAPH HERE, THERE ARE WAY TOO MANY POINTS TO SHARE.  THE RATE OF PRIVATE CARE IS RELATIVELY STAYED DECLINED. IT'S HARD TO SEE ON THAT -- I WISH MY POINTER WOULD WORK ON THERE.  IT WON'T.  IT LOOKS LEAK A FLAT LINE.  IT'S REALLY GONE DONE ROUGHLY 50% OVER THE LAST 20 YEARS.  WE HAVE SEEN AN INCREASE IN IT THE LAST FEW YEARS.  THERE ARE SEVERAL FACTORS THAT HAVE CAUSED THE DECLINE IN PRIVATE CARE OF ADOPTIONS AND SALES OF WILD MUSTANGS.  I WON'T GO INTO THAT.  THE BOTTOM RED LINE -- MIDDLE LINE THERE IS THE NUMBER OF REMOVALS.  2,064. THE TOP IS THE ON RANGE POPULATION, WHICH HAS BASICALLY GONE UP.  THE LINE IS EXPECTED TO CONTINUE UP TO AT SOME POINT WHERE WE DON'T KNOW WHAT THE LEVEL WILL BE, 85,000, 120,000, 150,000 HORSES?  WE DON'T KNOW.  UNTIL THERE IS A MAJOR EVENT HAPPENING ON THE RANGE LANDS.


AS BRIAN MENTIONED, 58% OF OUR BUDGET IS STRICTLY NOW TO HOLDING ANIMALS IN LONG-TERM CARE.  AGAIN, IT'S CONTINUALLY, AS OUR BUDGETS HAVE FLATTENED OUT, AND YOU SEE THE DECLINE THE LAST COUPLE OF YEAR, WE ARE BETTER AT MOVING ANIMALS INTO LONG-TERM CARE REDUCING COSTS.  ESTIMATES VARY YEAR BY YEAR, BUT ROUGHLY, WE USE THE NUMBERS OF COST, $5 A DAY PER ANIMAL IN A CORRAL AND $2 PER DAY IN A LONG-TERM PASTURE.  I WANTED TO SHOW HOW THESE COSTS

ESCALATE AND TRY TO GET PEOPLE TO REALLY UNDERSTAND AND WRAP AROUND HOW THE COSTS ESCALATE.

THIS NUMBER CHANGES DAILY.  FOR 36,500 HORSES, ONE DAY TO FEED THOSE ANIMALS IN OUR PASTURES IS $73,000.  FOR ONE YEAR FOR THOSE 35,500 -- 36,500 ANIMALS, IT'S $26 MILLION.  FOR THE LIFETIME OF THE ANIMALS, ASSUMES 15 TO 20 YEARS.  SOME SAY IT COULD BE LONGER.  $500 MILLION TO FEED THOSE HORSES CURRENTLY IN HOLDING NOW.  ADDING THE CORRALS, YOU ADD ANOTHER 400 TO 500,000,000 AGAIN GETTING TO A BILLION DOLLARS MARK FOR HORSES CURRENTLY IN HOLDING.  THE ESCALATION OF COSTS IS REALLY ASTOUNDING TO ME.  WHERE ARE WE AT? THE URGENCY OF THE SITUATION.  WE ARE AT A FORK IN THE ROAD.  LET'S TAKE IT.  WHAT FORK ARE WE GOING TO TAKE?  THE ADVISORY BOARD HAS A KEY ROLE IN WHAT FORK WE TAKE.  WE KNOW HOW PRETTY MUCH EVERY HMA IS OVERPOPULATED.  I WOULD SAY THERE IS MAYBE -- SHEPHERD WOULD KNOW HOW MANY AT AML, BUT I WOULD SAY 20 TO 30.  I'M NOT SURE. AGAIN, MANY OF THESE ARE WAY, WAY OVER.  WE SAW ONE THAT WAS 19 TIMES OVER AML.  WE ARE STARTING TO SEE A LOT MORE DEGRADATION OF THE PUBLIC LANDS IN THE HMAS.  SOIL LOSS, VEGETATION CHANGES, CONVERSION TO CHANGES WE HAVE HEARD EARLIER ON.  THIRDLY IS THAT EMERGENCY GATHERS ARE INCREASING.

THERE WERE PROBABLY 3 TO 4,000 ANIMALS REMOVED THIS YEAR DUE TO EMERGENCY GATHERS DUE TO CONDITIONS.  DR. PERRYMAN, TO ADDRESS THE QUESTION YOU ASKED, GUS, ABOUT DROUGHT MONITOR, WE HAVE DEVELOPED A NEW PROCESS THAT WIND STATES WANT TO -- WHEN THEY ASK THE WASHINGTON OFFICE FOR AN EMERGENCY GATHER DUE TO RESOURCE CONDITIONS, THAT IS ONE OF THE KEY FACTORS THAT WE LOOK AT THE NATIONAL OFFICE TO SAY ARE THEY IN DROUGHT CONDITIONS? WHAT IS THE LIKELIHOOD OF CONSIDERING THE DROUGHT INDEX?  AS YOU SAID, IT REFLECTS SURFACE WATER.  IF IT'S A WATER-HAULING ISSUE, IT NEEDS DIRECTOR APPROVAL AS WELL.  THIS YEAR MONTANA WAS NOT IN A DROUGHT.  IT WOULD BE INTERESTING TO HEAR THAT SOMEONE IN MONTANA OR NORTHERN WYOMING WANTED TO HAUL WATER BECAUSE THEY WERE NOT IN A WATER-HAULING SITUATION, BUT EMERGENCY GATHERING IS BECOMING THE NORM ANYMORE WITH CONTINUING DROUGHT.  WHEN THAT IS EXACERBATED WITH HIGH NUMBERS, THAT EXACERBATES THE NUMBERS OF REQUESTS WE ARE GETTING.  JULY AND AUGUST, IT WAS LIKE ONE A DAY, IT SEEMED LIKE.  THE LAST PART WE SAW IN PICTURES BEFORE WAS PRIVATE PROPERTY.  WE HAVE MORE AND MORE HORSES AND BURROS MOVING OFF.

WE HAD SEVERAL BURRO GATHERS IN ARIZONA DUE TO ONE CASE NEAR THE TOWN OF WINDEN, ARIZONA, THERE WERE 13 COLLISION BURRO INCIDENTS.

HORSES AND BURROS MOVING ON TO PRIVATE LANDS AND AG LANDS AS WELL.  ALSO, DAMAGING THEIR PRIVATE PROPERTY AS WELL.  TOOLS, THE BMS CONTINUES TO LOOK AT EXCESS ANIMALS.  WE STRIVE TO DO THAT IN A HUMANE WAY A HELICOPTER OR BAIT-TYPE GATHER METHOD.  THE EXAMPLE GUS GAVE ABOUT THE ONAQUI, WE CAN TREAT THE MOB BUT NOT THE OTHERS BECAUSE THEY ARE HARDER TO DEAL WITH.  IN NEVADA, 800,000-ACRE HMA AND YOU CAN'T GET WITHIN A MILE OF THE HORSES, THERE IS NO WAY TO DART THAT.  WE ARE LOOKING AT EXPANDING TEMPORARY FERTILITY CONTROL AND EXPLORING PERMANENT.  A LOT OF FOLKS ARE AWARE OF WARM SPRINGS GATHER OCCURRING RIGHT NOW, WHICH IS PROPOSING SPACE FOR MARES.  WE CAN TALK ABOUT THAT IN FURTHER DISCUSSION.

WE ARE ALWAYS ON THE INCREASE IN ADOPTION AND SALES.  WE ARE TRYING TO EXPAND THE MARKETS.  IN THE WORK GROUP YESTERDAY, FOLKS WERE IN ON THE ADOPTION SALE SIDE.  LOOKING AT MARKETING TOOLS WE HAVE CONTRACTED OUT TO REACH NEW AUDIENCES FOR ADOPTIONS. THERE ARE AREAS WE HAVE NOT TAPPED.  WE KNOW THEY ARE BIG HORSE COUNTRY, SOUTHEASTERN UNITED STATES IS A BIG AREA WHERE WE HAVE A LOT OF ADOPTERS FROM FLORIDA, GEORGIA AND THAT AREA.  WE ARE TRYING TO PROVIDE, AND IT WAS A BOARD RECOMMENDATION PASS TO HAVE ADOPTION EVENTS OUTSIDE OF THE CORRALS AND FACILITIES AND REACH NEW MARKETS.  ALONG WITH SUPPLEMENTING ADOPTION EVENTS WE HAVE IN THE FACILITIES AS WELL.  AS BRIAN MENTIONED, STRENGTHEN AND EXPAND PARTNERSHIPS.  WE CAN'T DO THIS ALONE.  WE NEED PEOPLE'S HELP AND ASSISTANCE.  WE HAVE GREAT PARTNERS AT THE NATIONAL LEVEL AND LOCAL LEVEL AS WELL.  WE ARE TRYING TO WORK ON EXPANDING VOLUNTEERS.  WE HAVE A CONTRACTOR WORKING WITH DOROTHEA ON TRYING TO DEVELOP A POOL OF VOLUNTEER, AND NOT JUST IN THE WEST AND NOT JUST FOR DARDING BUT FOR EVENTS THAT OCCUR IN NEW JERSEY OR THE NORTHEAST, GETTING A CADRE OF VOLUNTEERS WILLING TO HELP OUT.  ANOTHER ONE WE ARE WORKING ON TRYING TO GET CONGRESS TO AUTHORIZE IS TRANSFER OF ANIMALS TO OTHER AGENCIES.  OVER THE YEARS BML HAS ADOPTED 400 ANIMALS TO BORDER CONTROL.

BORDER SECURITY IS PROVIDED THROUGH BLM.  SEVERAL OTHER LAW ENFORCEMENT AGENCIES APPROACHED BLM, EXAMPLE OF NEW YORK CITY

POLICE DEPARTMENT HAS APPROACHED BLM TO SAY, HEY, FIRST OF ALL, THEY THOUGHT -- AND SOME OF OUR KEY SPOKES PEOPLE ARE NOT BLM PEOPLE, IT'S PEOPLE OUTSIDE OF THE AGENCY.  ONE OF THE BIGGEST ADVOCATES WE HAVE ABOUT GETTING ANIMALS AND THE VALUE OF DURABILITY AND MUSTANG PATROL I WAS INTRODUCED TO IN WASHINGTON. HE ACTUALLY PERSUADED THE NEW YORK CITY POLICE DEPARTMENT TO INQUIRE ABOUT USING MUSTANGS AS HORSES IN NEW YORK CITY.  BY VISION WAS, HOW COOL WOULD THAT BE TO BE IN TIME SQUARE AND SEE A BLM MUSTANG WITH A FREEZE MARK ON ITS NECK?  TO ME, THAT WOULD BE COOL.  WE ARE TRYING TO EXPAND THE MARKETS AND OTHER FEDERAL AGENCIES AS WELL.  THERE ARE A LOT OF OTHER AGENCIES THAT USE HORSES.  THEY DON'T COME TO US.  THERE ARE CERTAIN REASONS WHY. OTHER LEGISLATIVE AUTHORITIES, ALLEN WILL TALK ABOUT THAT WHEN HE RECAPS THE REPORT SUBMITTED TO CONGRESS THIS PAST SPRING.  WITH THAT, I'M GOING TO OPEN IT UP TO QUESTIONS.  I THINK WE HAVE FIVE MINUTES.

>> FRED:   AND IF WE HAVE MORE QUESTIONS, WE'LL TAKE 'EM.

>> I CAN'T GET OUT IN FIVE MINUTES?

>> GUS:   NO.  YOU HAVE BEEN IN THE JOB FIVE MONTHS.  I KNOW HOW FRUSTRATING IT IS.  A FRIEND HAD 12 KIDS AND A WIFE, AND HE WAS HAVING TROUBLE FINDING A PLACE TO RENT.  HIS WIFE SAID, I'M GOING TO TAKE SOME OF THE KIDS TO SEE MY MAMA WHO PASSED AWAY, IN GRAVEYARD, THE CEMETERY.  SOMEONE STEPPED BY.  HE SAID I WANT TO RENT YOUR HOUSE.  HE SAID I HAVE 12 KIDS AND A WIFE.  HE SAID WHERE ARE THE OTHERS?  THEY ARE IN THE CEMETERY.  HE SAID, I'M SO SORRY.  YOU CAN RENT THIS PLACE FOR $100 A MONTH.  THERE ARE A LOT OF HALF TRUTHS THAT AFFECT THE WAY BLM MANAGES.  I WANT YOU TO SEE HOW FRUSTRATING IT IS WHEN YOU PROPOSE A WAY TO MANAGE AND LAWSUITS ARE HAPPENING AND YOU ARE WITHDRAWN AND ALL OF THIS STUFF.  AS FAR AS A MANAGER, THAT KIND OF COMPLICATES THINGS, DON'T IT?

>> NO.


[LAUGHING]

>> I'M GOING TO USE THAT STORY NEXT TIME I GET A PLACE.  IT DOES, AND THERE'S ALL THAT NOISE, BUT WHEN I CAME INTO THIS JOB, I KNEW THIS JOB WAS EMOTIONAL -- OR THE PROGRAM CONJURES UP A LOT OF EMOTIONS WITH A LOT OF PEOPLE WHETHER IT'S A RANCHER OR A WILD HORSE ADVOCATE.  WHEN I CAME INTO THE PROGRAM, I SAID BRUCE, DON'T LET YOUR EMOTIONS -- YOU HAVE TO BE UNEMOTIONAL.  THAT'S JUST EXTERNAL

NOISE OUT THERE THAT YOU DON'T -- YOU NEED TO IGNORE IT -- OR NOT REALLY IGNORE IT, BUT, OKAY, SOMETHING, YOU KNOW, HAPPENS THAT WE HEAR.  WELL, WHAT REALLY DID HAPPEN?  LET'S FIND INFORMATION.  MY BACKGROUND IS IN SCIENCE.  I WANT TO MAKE SURE BEFORE I COME UP WITH A CONCLUSION OR WHATEVER, I HAVE ALL OF THE FACTS INVOLVED.  IF NOTHING ELSE, I PUNT IT TO STEVE OR KRISTIN.  OR EVEN TO BRIAN, BUT YEAH, I THINK THAT WAS THE KEY THING FOR ME COMING INTO THIS POSITION, JUST FOCUS ON THE PROGRAM, WHAT WE CAN DO.  IT'S OUR SIDE BOARDS.  KEEP THE EMOTIONS OUT.  I'M AN EMOTIONAL-TYPE PERSON. THAT'S TOUGH SOMETIMES.

>> FRED:   JIM, I BELIEVE YOU HAVE A QUESTION?

>> JIM:   BRUCE, THANKS AGAIN FOR WHAT YOU ARE DOING.  TOUGH JOB.  WE APPRECIATE YOUR LEADERSHIP IN IT, AND THE WILLINGNESS TO DO THE JOB. I NEED TO ASK A COUPLE OF QUESTIONS, AND I THINK THEY ARE RHETORICAL AS ANYTHING.  I WAS STRUCK BY THE NUMBERS IN YOUR PRESENTATION HAVING TO DO WITH SHORT, LONG-TERM HOLDING AND PROJECTED NUMBERS IN TERMS OF THE BUDGET CONSUMPTION ON THE PART OF THAT, SHORT, LONG-TERM HOLDING.  WITHOUT A CALCULATOR, LOOKS LIKE THREE TO SIX YEARS DEPENDING ON HOW MANY ANIMALS WE HAVE TO REMOVE FROM PUBLIC LANDS, AND BASED ON SEEING A DOUBLING IN THE POPULATION ABOUT EVERY FOUR YEAR, WE'LL EXCEED THE PROGRAM BUDGET WITHIN SIX YEARS.  I THINK IT COULD COME DOWN TO MORE THAN THAT BASED ON THE 50 --

>> 58%.

>> JIM:   58% NOW.  APPARENTLY, WE ARE AT THE CROSSROADS OF THE TIPPING POINT.  IT'S UNSUSTAINABLE AND UNSUSTAINABLE IN A SHORT PERIOD OF TIME.  HAVING SAID ALL THAT, MY QUESTION IS, IS CONGRESS FULLY AWARE OF WHERE THIS IS HEADED RIGHT NOW?

>> I THINK WE HEARD THAT EARLIER FROM BRIAN'S PRESENTATION.  I DON'T THINK THEY ARE.  THERE ARE SOME AWARE.  TYPICALLY, YOU KNOW, I THINK THEY BECOME AWARE WHEN THEIR CONSTITUENTS WRITE THEM LETTERS. IN MOST CASES, THE RESPONSES WE GET AT THE PROGRAM LEVEL AND RESPONSES TO MEMBERS OF CONGRESS, ARE THESE SNAPSHOTS IN TIME. THERE IS A CERTAIN INCIDENT THAT HAPPENED.  EXPLAIN HOW IT HAPPENED, AND WHY DID IT HAPPEN?  I THINK, YOU KNOW, THERE'S NOT REALLY -- WE NEED A LOT MORE -- THE PUBLIC NEEDS TO REALLY BE ENGAGED.  I THINK WE HAVE SEEN AN ENGAGEMENT IN THE POLITICAL WORLD IN THE LAST FEW YEARS ON WHATEVER POLITICAL SPECTRUM THEY ARE DEALING WITH AND YOU SUPPORT.  I THINK, YOU KNOW, REALLY FOCUSING ON, AGAIN, THE LONG-TERM VISION HERE IS TO ONE, WE HAVE TO FIRST STOP AND THE ONE

GRAPH THERE, THE POPULATION GROWTH GRAPH, WE HAVE TO START TO STABILIZE THAT.  WITH THE NUMBER OF ANIMALS WE REMOVE THIS YEAR, WHEN YOU BUILD IN THIS YEAR'S FULL CROP, WE MAY KEEP IT FLAT.  WE MAY BE AT 82,000 NEXT YEAR.

THAT'S TO BE DETERMINED, BUT THAT'S THE FIRST STEP.  TO GET CONGRESS ENGAGED IS TO REALLY HAVE THE PUBLIC ENGAGE THEM.  NETWORKS OF THE ADVOCATE GROUPS ARE HUGE.  120,000,000 PEOPLE.  THAT'S TOO BIG FOR ME TO COMPREHEND.  THEY WROTE EDUCATED LETTERS TO WHAT THE ISSUES WERE, THAT WOULD HELP.  INSTEAD OF TALKING ABOUT TWO HORSES THAT MIGHT HAVE DIED IN A GATHERER, THAT DOESN'T SOLVE THE LONG-TERM ISSUE.  THAT'S WHERE CONGRESS CAN BE ENGAGED IN AND BE MORE INFORMED.

>> JIM:   ONE FOLLOW UP TOO, MR. CHAIRMAN.  UNDER THE MANAGEMENT SIDE OF YOUR PRESENTATION, YOU TALKED ABOUT THE DECISIONS TO MAKE, THINGS LIKE HAULING WATER.  OBVIOUSLY, AN OLD ADAGE MY DAD USED TO SAY, THAT'S LIKE DRILLING A HOLE IN THE FLOOR TO TAKE CARE OF A HOLE IN THE ROOF.  THAT'S WHAT I'M LOOKING AT THERE.  WITH REGARD TO THOSE DECISIONS TO CONCENTRATE HORSES IN A LOCATION BASED ON ARTIFICIALLY PROVIDING WATER, ARE WE EVEN THINKING ABOUT WHAT THE RAMIFICATIONS ARE TO THOSE OTHER OBLIGATE SPECIES THAT HAVE BEEN IMPACTED BY THE SHORTAGE OF WATER AS WELL?  BY EXACERBATING THAT BY ARTIFICIALLY WATERING THE HORSES TO REMAIN IN THAT LOCATION, I'M GUESSING WE ARE --

>> WE ARE ENABLING THE BEHAVIOR THAT THEY BECOME DEPENDENT ON IT.

>> EXACTLY.  ONE, IT REMOVES THE FREE ROAMING PART THAT THEY'LL STAY IN THE AREA.  THE AREA THAT IS GOING TO BE WHERE WATER IS BEING HAULED IS FURTHER DEGRADED, LIKE THE TROUGH PICTURE, THERE.  I'M SURE THE WATER HAULING PROBABLY OCCURRED THERE, BUT I THINK -- BELIEVE ME, WE HAVE HAD DISCUSSIONS ABOUT THIS THROUGHOUT THIS SUMMER, WHETHER TO HAUL WATER OR NOT HAUL WATER.  YEAH, IT'S THAT ISSUE OF GETTING THE ANIMALS DEPENDENT ON THAT WATER SOURCE, AND THEN THEY DON'T -- IF HORSES ARE GOING TO MOVE, THEY ARE GOING TO MOVE.  WE DON'T KNOW WHERE THEY'LL MOVE TO.  WE CAN'T CONTROL THEM.  THERE WAS SOMETHING YESTERDAY ABOUT POSSIBLY HURTING THEM, GOING OUT THERE WITH A COUPLE OF PEOPLE ON HORSEBACK AND PUSHING THE HORSES OUT IN A MOB MENTALITY WE SAW YESTERDAY AT THE ONAQUI.  THEY ARE PROBABLY OBUTUATED TO THAT.  IT'S THE DEDICATION OF PEOPLE IN THE FIELD THAT DON'T WANT TO SEE HORSES,

AND AS GUS MENTIONED, YOU PUT DOWN FOUR OR FIVE ANIMALS THAT CAN BARELY STAND.

>> IT BECOMES A QUESTION OF WHETHER OR NOT MANAGEMENT IS EXACERBATING THE IMPACT TO THE ECOSYSTEM AND SAGE BRUSH ADVOCATES ON THE GROUND.  I WORRY ABOUT THAT AS MUCH AS ANYTHING.

>> IT GOES BEYOND SAGE BRUSH SYSTEMS.  IT'S THE OTHER SYSTEMS WHERE WE HAVE HORSES.

>> JIM:   THANK YOU.

>> FRED:   AS A FOLLOW UP, AND GINGER, I'LL GET TO YOU IN A MINUTE.  YOU RUN OUT OF WATER AND TAKE THEM WATER.  THEY RUN OUT OF FEED AND YOU TAKE THEM FEED.  IS THERE ANY ART OF THE 1971 LAW THAT SAYS YOU HAVE TO HAUL WATER?

>> NOT THAT I'M AWARE OF.  YOU GO BACK TO THE FEASIBLE LEVEL.

>> FRED:   NATURE IS A CRUEL TASK MASTER AT TIMES.  ARE YOU REFERRING THAT WE ARE INTERRUPTING NATURE'S WAY OF BALANCING THE POPULATION?

>> I DON'T KNOW IF I'LL GO THAT FAR.  I THINK, ONE, AS BRIAN MENTIONED, IT HAS TAKEN MANY YEARS TO GET TO THIS KEY MOMENT IN TIME.  PROBABLY SO.  I THINK, YOU KNOW, HAS THE BLM -- YEAH.  WE HAVE DONE SOME ACTIONS THAT HAVE ACTUALLY ALLOWED FOR THE SITUATION TO OCCUR.  YOU ARE RIGHT ON ABOUT THAT.  WE ARE HAMMERED FROM ONE SIDE WHERE DON'T DO ANYTHING, JUST LEAVE THEM ALONE.  LET THEM SELF REGULATE.  THE KEY POINT IS THAT BY THE TIME HORSES KEY REGULATE POPULATIONS, WHAT ELSE HAS BEEN DEGRADED AND LOST BEFORE THAT?  I ASSUME HORSES ARE FAIRLY ADAPTABLE.  I'LL DEFER TO THE EQUINE FOLKS ON THE BOARD ON THAT.  I'M NOT GOING TO MAKE AN OPINION ON THAT.

>> THANK YOU, BRUCE.  GINGER?

>> GINGER:   THANK YOU, MR. CHAIRMAN.  I DON'T WISH YOU ILL WILL, BUT WE WOULD LIKE TO HAVE YOU BACK IN COLORADO.

>> THERE ARE DAYS I WISH THAT.

>> GINGER:   I BET THERE ARE.  THIS IS A DIFFICULT QUESTION, PROBABLY.  I HAVE WONDERED, HOW WAS THE 27,000 NUMBER THAT COULD LIVE IN THE WEST, WILD HORSES AND BURROS, HOW WAS THAT ARRIVED AT?  I HAVE BEEN IN COMMUNICATIONS SINCE 1993 WITH DR. GUS COSTMAN THE FOREMOST EQUINE IN OUR AREA.  THAT'S 150 TO 200 ANIMALS, AND ABOUT

75% OF THE HERD AMLS ARE BELOW THAT THRESHOLD.  MY BASIC QUESTION, THOUGH, IS HOW WAS THAT NUMBER ARRIVED AT?

>> THE ORIGINAL --

>> 26,710.

>> AML IS BASED ON RANGE CAPABILITY, WATER, THE HABITAT OF HORSES IN CONJUNCTION WITH PERMANENT GRAZING AND WILD LIFE USE.  IN THE ACADEMY OF SCIENCES REPORT, THERE WAS DEBATE THAT INDICATED THAT AML WAS NOT DONE, I DON'T THINK, IN MANY CASES IN A SCIENTIFIC WAY AND USED GOOD DATA TO DO THAT.  I THINK THE BLM IS LOOKING AT THAT.  AS GUS MENTIONED, EVALUATING THAT, WHERE THE COMPONENTS OF HABITAT AND MANAGING RESOURCES.  IF WE HAVE MORE HORSES OUT THERE AND WE HAVE TO HAUL WATER TO THEM EVERY YEAR, IT'S AGAINST THE MINIMUM FEASIBLE LEVEL OF MANAGEMENT AND REMOVES THE FREE ROAMING.  THE NUMBERS WERE DETERMINED BASED ON RANGE CONDITION AND FORGE AND SITE POTENTIAL AND THE AVAILABILITY OF WATER AND COVER AS WELL, ALONG WITH, LIKE I SAID, PERMANENT USES.

>> GINGER:   YOU TALK ABOUT HEALTHY RANGE LAND AND GENETIC VARIABILITY CONTEND THAT A HEALTHY HERD IS VARIABLE.  I KNOW IT'S A BALANCING ACT, BUT THE 27,000 NUMBER SEEMS INCREDIBLY LOW.  I JUST WONDERED IF IT WAS SCIENTIFICALLY DONE ON EACH HERD.  MAYBE THERE NEEDS TO BE A REEVALUATION OUT THERE.

>> I WOULD SAY PROBABLY NOT.  IT WAS NOT DONE SCIENTIFICALLY BASED.  WE WERE USING THE BEST INFORMATION AVAILABLE AT THE TIME.  YOU CAN DEBATE ON THE BEST SCIENCE, SOME CASES, YES.  SOME, MAYBE NOT.  IT WAS BASED ON THOSE FACTORS.  THE NUMBERS, SECOND PART HE WAS ASKING, CAN IT BE ADJUSTED.  AML WILL ALWAYS BE ADJUSTED.  UP OR DOWN.  I WOULD ASSUME THE GENETIC COMPONENT WOULD BE A COMPONENT TO THAT AS WELL.

>> I WOULD LIKE TO TRY TO ANSWER THAT QUESTION FOR YOU AS WELL.  I'M GOING TO DATE MYSELF RIGHT NOW, BUT WHEN THE DECISION TO SET AML CAME OUT, THERE WERE A NUMBER OF PEOPLE SITTING AT THE TABLE.  I WAS ONE OF THEM IN A NUMBER OF THOSE IN THE 1970S.  AML WAS ESTABLISHED BASED ON A GROUP OF PEOPLE SETTING AROUND THE TABLE WITH A SET OF OVERLAYS.  WE DIDN'T HAVE GIS AT THE TIME, BUT WE HAD OVERLAYS.  WE TALKED ABOUT WATERSHED MANAGEMENT TO BIG-GAME MANAGEMENT TO SPECIES MANAGEMENT TO PERMITTED LIVESTOCK AS WELL AS OTHER USERS ON THE GROUND.  IT WAS A DELIBERATIVE PROCESS

TO GET TO THE NUMBER.  I REMEMBER TALKING ABOUT GENETIC VIABILITY.
WE DIDN'T HAVE THE 200 ANIMAL NUMBER.  IT WAS LESS THAN THAT.  THERE
ARE HMAS THAT CAME IN LESS THAN THAT.  THE CONCERN ABOUT GENETIC
VIABILITY ASSUMED ONE THING.  THAT WAS THAT THE POPULATION WAS
ISOLATED AND HAD NO OPPORTUNITY FOR GENETIC MIXING FROM OTHER
HERDS.  WE FOUND IN NORTHERN NEVADA THAT, THAT WASN'T THE CASE.
WE DIDN'T HAVE ISOLATED POPULATIONS.  ONE OF THE FIRST THINGS YOU
NOTICE IS A LACK OF FERTILITY.  WE ARE NOT HAVING THAT PROBLEM IN THE
HORSE POPULATION NOW.  I WANTED TO BRINK IT FORWARD THAT IT WAS A
DELIVERY PROCESS.  IT WASN'T A FLIPPING OF THE COIN.


WE WORKED ON IT, SEEMS LIKE WEEKS AT A TIME TO GET ALL OF THE DATA
ON THE TABLE TO COME UP WITH AML.  THERE WERE CONVERSATIONS AT
THAT TIME DETERMINING WHETHER OR NOT -- WAS THAT A NUMBER CAST IN
CONCRETE?  IF NOT, COULD IT GO BOTH DIRECTIONS?  THE UNDERSTANDING
AT THE TIME WAS THAT IT COULD GO BOTH DIRECTIONS BASED ON DATA AT
THE TIME COLLECTED ON THAT.  THERE WERE SECTIONS ON THE RMPS AND
HMPS THAT THE BURRO WAS DEVELOPING AT THE TIME THAT THE AML
DISCUSSIONS ARE INCLUDED IN THAT.

>> WAS THE AML27000 THAT YOU ARRIVED AT?

>> WE DIDN'T DO IT ON HMAS ACROSS THE COUNTRY, THEY WERE IN THE
MANAGEMENT AREA WE WERE RESPONSIBLE FOR AT THE TIME.  THAT DIDN'T
INVOLVE THE ENTIRE 27,000 NUMBER.

>> SOUNDS LIKE, JIM, YOU WERE ONE PERSON ON ONE TEAM THAT WAS
OVER ONE AREA FOR DECIDING AMLS, BUT I WOULD ASSUME THERE WERE
OTHER TEAMS YOU WERE ABLE TO WORK WITH AND OTHER AREAS DOING
THEIRS.  THE BEST PEOPLE ON THE GROUND IN THE AREA THEY WERE IN
WERE DOING THE SAME PROCESS IN THEIR RESPECTIVE AREAS.

>> QUESTION I HAVE, WHEN YOU WERE TALKING ABOUT THE LOWER RATE OF
PRIVATE CARE, IN LARGE PRINT AT THE TOP, YOU TALK ABOUT A MAJOR
EVENT HAPPENING IF SOMETHING ISN'T DONE.  YOU WANT TO TOUCH ON
WHAT THAT MAJOR EVENT WOULD LOOK LIKE IF WE CONTINUE STATUS QUO
FROM BOTH AN ECOLOGICAL STANDPOINT, FROM THE RANGE THE ANIMALS
RUN ON AND FOR THE ANIMALS THEMSELVES?

>> I THINK ON THE SECOND PART, THE ANIMAL THEMSELVES SEE A LOT MORE
-- WE ARE SEEING A DECLINE IN HEALTH IN SOME AREAS.  I THINK THAT'S
MORE WIDESPREAD AS THE NUMBER GOES UP.  WE WON'T BE ABLE TO KEEP
UP WITH ALL OF THE EMERGENCY TYPE OR ESCALATING ISSUE PROBLEMS
THAT WE HAVE.  I THINK WE'LL SEE A LOT MORE LOWER AND DECLINE IN

ANIMAL HEALTH.  THAT'S FOR THE ANIMAL'S PERSPECTIVE.  ON THE RANGE PERSPECTIVE, I THINK WE'LL SEE FURTHER DEGRADATION OF LANDS LIKE INVASIVE SPECIES ENCROACHMENT OR SPREADING BROUGHT ON BY THE HORSES OR A WILDFIRE AS WELL IN THE AREAS.  YOU ARE GOING TO SEE RESOURCE DEGRADATION, VEGETATION CHANGES, SOIL LOSS, SOIL CHANGES.  YOU MAY SEE DISPLACEMENT OF ANIMALS, WILDLIFE AS WELL.  AGAIN, THAT WOULD BE MY CRYSTAL BALL.  I THINK YOU CAN SAY TEN DIFFERENT PEOPLE WOULD HAVE TEN DIFFERENT ANSWERS.

>> WHICH OF THOSE HAPPENS FIRST?  THE ECOLOGICAL CRASH OR THE POPULATION CRASH?

>> I THINK WE ARE SEEING AN ECOLOGICAL CRASH IN SEVERAL AREAS.  WE HAVE CROSSED THE THRESHOLD IN MANY AREAS MAKING IT HARD AND DIFFICULT TO -- YOU KNOW, GET BACK TO.  I MEAN, LIKE WITH A FIRE, IT'S RELATIVELY -- I DON'T KNOW IF IT'S RELATIVELY EASY, BUT IT'S MORE CLEAR CUT.  WE DO SEEDING, AND WE PRETTY MUCH PULL LIVESTOCK OFF FOR A FEW YEARS TO LET THAT RECOVER FROM THAT WILDFIRE.  WHEREAS WITH THE WILD HORSE PROGRAM AND ISSUES THERE, EVEN WHEN WE REMOVE A HUNDRED ANIMALS, 700 ANIMALS OVER, WE ARE NOT EVEN GETTING TO WHERE WE NEED TO BE.  EVEN IF WE GOT DOWN TO THE LOW AML, WE HAVE TO DO THE RESTORATION PART.  THE HORSES ARE STILL OUT THERE.

>> I'M NOT AN ECOLOGIST.  I ASSUME, IT'S NOT GOING TO BE PRETTY.  IN BASIC BIOLOGY, POPULATIONS CAN ONLY SUSTAIN THEMSELVES A TERN AMOUNT OF TIME, AND, PARTLY, WE ARE BLM IS CONTINUING THE INCREASE BY ONE, HAULING WATER, AND BY DOING ACTIONS WE ARE DOING.  I JUST THINK THE OPTICS ARE NOT PRETTY, AND FROM AN ANIMAL HEALTH CONCERN.

>> STEVEN:   THANK YOU.

>> FRED:   CELESTE?

>> CELESTE:   I THOUGHT YOU WERE GOING TO GO ON FOREVER.  WE HEAR A LOT OF DOOM AND GLOOM PROJECTIONS.  IF WE MAINTAIN THE STATUS QUO.  DOES THE BLM HAVE GOOD PREDICTIONS WHAT CAN OCCUR WITH LAYERED MANAGEMENT APPROACHES?  IN OTHER WORDS, THE PROBLEM IS THE POPULATION GROWTH RATE.  WHAT ABOUT MANAGEMENT AREAS THAT ADDRESS THAT AND THE ECONOMY OF SCALE HAS BEEN MODELED OUT YET BY THE BLM.  WE GET TO AML BASED ON CERTAIN ACTIONS.  ALLEN WILL TALK ABOUT THAT MORE THIS AFTERNOON.  THOSE ARE THE OPTIONS WE HAVE LAID OUT.  FROM FULL IMPLEMENTATION OF THE ACT TO WHAT WE ARE CURRENTLY UNDER.  THOSE ARE THE OPTIONS THAT, I THINK, AML IN EIGHT YEARS AND ANOTHER OUT TO 20 YEARS.  MAYBE HOLD THAT UNTIL THE PRESENTATION THIS AFTERNOON.

>> PERFECT.

>> GO AHEAD, BARRY.

>> THANK YOU, MR. CHAIRMAN.  WE HAVE BEEN TALKING ABOUT MANAGEMENT PARADIGM CHANGES OVER MOST OF MY CAREER.  ONE OF THE THINGS THAT CONCERNS ME, AND I'LL PREDICATE MY QUESTION WITH THIS, WHAT I WOULD LIKE TO SEE, IT'S MORE STRONG THAN THAT.  WHAT I WOULD WANT IS FOR ALL OF OUR HMAS TO BE MANAGED IN A WAY SO THAT THEY FALL WITHIN THE CIRCUMSTANCES OF THE PRIOR MOUNTAIN HMA.  TO ME, THAT'S THE ULTIMATE END POINT.  WE HAVE HMAS THAT ARE IN GOOD SHAPE.  THINGS ARE DOING WELL.  THEY JUST NEED A MANAGEMENT TWEAK EVERY NOW AND THEN TO MAINTAIN THINGS.  THEN THERE'S THE OTHER HMAS.  WE HAVE A SIGNIFICANT NUMBER OF THEM IN NEVADA.  WHERE WE HAVE ALREADY LOST ECOLOGICAL POTENTIAL, WE HAVE LOST THREE FEET OF SOIL.  THE AMLS ASSOCIATED WITH THOSE SITES HAVE NOW BEEN AUTOMATICALLY DECREASED.  THE CARING CAPACITY IS NO LONGER WHAT IT WAS.


WHEN WE GO BACK TO THIS ASSESSMENT OF THESE THINGS, AND I THINK BLM WILL HAVE TO DO THIS IN PART IS ONCE WE START GETTING THIS THING TURNED AROUND, THERE IS GOING TO HAVE TO BE CRITICAL ASSESSMENTS OF THE AMLS, UP AND DOWN OR WHATEVER THE DATA SAYS, THEY'LL HAVE TO GO THAT DIRECTION.  THAT IS SOMETHING THAT HAS TO BE DEALT WITH IN THE NEAR TERM.  WITH RESPECT TO THAT, THE QUESTION I HAVE IS, WE HAVE IN NEVADA AND SOME OTHER STATES, SOME OF THE HMAS ARE WELL OVER AML LEVELS.  A LOT OF THEM ARE WITH EME CRITTERS OUT THERE. THAT IS THE LIMITING SEASONAL HABITAT FOR SAGE GRASS.  THAT'S THE PREFERRED HABITAT WITH HORSES AND BURROS OVERLAPPING IN HMAS. YOU CANNOT HAVE MORE HORSES AND BETTER BROOD HABITAT IN THOSE AREAS.  THEY ARE MUTUALLY EXCLUSIVE.  YOU CAN'T HAVE LIGHT AND DARK AT THE SAME TIME.  MY QUESTION IS THIS, DOES YOUR GATHER AUTHORITY INCLUDE THOSE REASONS IS THE THREAT TO HABITAT, DOES YOUR GATHER AUTHORITY ALLOW YOU TO GATHER FOR THAT REASON HAVE YOU HAD DISCUSSION ON THAT?

>> VERY MUCH SO.  THIS PAST YEAR, YOU MENTIONED ABOUT IDENTIFYING PRIORITIES FOR GATHERS.  TYPICALLY, THEY ARE BASED ON A COURT ORDER DIRECTED TO REMOVE ANIMALS.  WE HAVE TO.  THERE ARE PRIVATE LAND REQUESTS.  WE GO GET THE ANIMALS AND REMOVE THEM.  THIS PAST YEAR, WE HAVE CONSIDERED HABITATS FOR OTHER SPECIES IS ONE OF THOSE PRIORITIES.  THIS PAST YEAR FISCAL YEAR '18, $4 MILLION OF SAGE GROUSE FUNDS WAS FOR PRIORITY HABITAT.  THERE WAS THAT.  YOU WILL

HEAR THAT LATER ON WHEN I TALK ABOUT RESPONSES TO BOARD RECOMMENDATIONS AS WELL.

>> WERE THESE REGULARLY SCHEDULED GATHERERS OR EMERGENCY?

>> THEY WERE NOT EMERGENCY GATHERERS.  WE TOOK $4 MILLION OF SAGE GROUSE FUNDS, WILDLIFE FUNDS DEDICATED TO SAGE GROUSE.  WE PULLED THAT OFF AND IDENTIFIED PRIORITY AREAS FOR GATHERERS IN THE PIPELINE.  WE HOPE TO DO THAT AGAIN THIS YEAR.  WE ARE UNDER C.R. NOW, WE HOPE TO GET A FULL YEAR BUDGET.  WE HAVE ENCOURAGED THE STATES, THE STATES GET A LOT OF MONEY FOR SAGE GROUSE INTEGRATED PROGRAM OF WORK.  THEY IDENTIFY PROJECTS ON THE GROUND THAT ARE FOR RESTORATION AND ENHANCEMENT AND FOR SAGE GROUSE HABITAT IN THE SAGE BRUSH BIO.  I HAVE BEEN TALKING TO A FEW STATES, AND SOME GET 4 TO $5 MILLION.  WE PULL OFF THOSE THAT ARE DIRECTLY TO, BUT AGAIN, IN THE HORSE PROGRAM, THIS IS WHAT I HAVE LEARNED IN THE LAST FIVE MONTHS.  YOU CAN'T HAVE STATES DO THEIR OWN THING BECAUSE OF THE ISSUES OF HOLDING.  IT WOULD BE GREAT IF A STATE COULD SAY, I'M GOING TO TAKE $3 MILLION.  I'LL TAKE 200,000 TO DO A GATHER FOR HORSES.  THAT'S THE PROBLEM ITSELF.


WHEN YOU MOVE THEM, WHAT WILL YOU DO WITH THEM?  THAT'S THE INNER LINK THAT I THINK A LOT OF PEOPLE IN THE BUREAU DON'T UNDERSTAND.  I DIDN'T GRASP THE WHOLE ENORMITY OF THE ISSUE.  WHY DON'T WE DO A GATHER?

>> LET ME REPHRASE MY QUESTION GIVEN YOUR ANSWER.  IS IT WITHIN YOUR EMERGENCY GATHER AUTHORITY TO GO OUT AND REMOVE HORSES FROM THE PRIORITY HABITATS?

>> TYPICALLY, UNDER THE REGS AND HORSE PROGRAM, IT'S MOSTLY -- STRICTLY FOR THE HEALTH OF THE ANIMALS.  THAT'S DEFINED AS AN EMERGENCY.  MAYBE THE POLICY NEEDS TO BE REVIEWED.  THAT WOULD BE A GREAT RECOMMENDATION, DR. PERRYMAN.

>> FROM WHAT I HAVE SEEN AND WHAT OTHERS HAVE SEEN, IF WE CAN'T MAKE A CASE TO THE PUBLIC THAT THESE PRIORITY HABITS, AND THIS IS ONE EXAMPLE.

>> IT COULD BE DESERT TORTOISE.  IF WE CAN'T MAKE A CASE THAT HABITAT DEGRADATION IS OCCURRING TO THE POINT THAT OTHER CRITTERS ARE BEING AFFECTED IN A SIGNIFICANTLY NEGATIVE WAY, THEN I DON'T KNOW IF WE CAN DO ANYTHING.  OUTSIDE OF THE MANAGEMENT PARADIGM BOX, WHAT ARE THE OTHER TOOLS WE CAN HAVE, THAT MIGHT BE A TOOL WE CAN IMPLEMENT?  IF WE HAD IT AVAILABLE TO TAKE A CRACK AT HABITATS

LOSING THE ABILITY TO LOSE THE CRITTERS THEY ARE SUPPORTING NOW, AND LESS OF THEM IN THE NEAR FUTURE.

>> WHEN YOU MENTION REVISION OF THE MANUAL, WE ARE DOING THAT WITH THE ADOPTION SIDE.  THE ADOPTION MANUAL IS OUT OF DATE.  WE HAVE A TEAM DEVELOPED LOOKING AT THAT AND REVISING TO BRING US UP TO THIS MOMENT OF TIME THAT INCLUDES THE ADOPTION INCENTIVE PROGRAM AND THAT.  WE HAVE NOT REALLY CONSIDERED THE START OF LOOKING AT IT FOR THE GATHERER PART OF THE HANDBOOK AND MANUALS. THAT WOULD BE SOMETHING.  IF THE BOARD LOOKS AT IT, WE'LL LOOK AT IT AND CONSIDER IT.

>> THANK YOU.  IN THINKING ABOUT CHANGING POLICY OR DETERMINING THAT AN AREA CAN SLOT UNDER THE EMERGENCY GATHERER PORTION OF GATHERERS, I'M NOT SURE HOW TO PHRASE THAT, BLM HAS THE PARAMETERS FOR WHAT THEY HAVE ESTABLISHED AS PRIORITIZED GATHERERS OF RECENT, UPCOMING FUTURE AND HOW HAVE THEY TAKEN INTO ACCOUNT SAGE GRASS HABITAT?

>> SORRY, REPEAT THAT AGAIN?

>> THAT'S OKAY.  NOW I THINK I HAVE IT BETTER IN MY HEAD.  TO CLARIFY VARIOUS POINTS THAT THERE ARE HABITATS THAT ARE GOING TO HAVE MORE PRIORITY OVER OTHERS AND HOW THEY CATALOG DIFFERENT SERIES THEY CAN TAKE, BUT BLM HAS PRIORITIZED GATHERERS UP AND COMING, HOW WERE THOSE HMAS -- WHAT WERE THE PARAMETERS FOR DETERMINING OKAY, WE ARE GATHERING THERE.  WAS IT SOLELY PERCENT ABOVE HML OR SAGE GROUSE HABITAT AND OTHERS?

>> YOU MAY WANT TO ADDRESS ALLEN AT BREAK.  IT WAS ABOUT HML AND SAGE GROUSE, IT WAS FOCUSED ON IF HMA HAD HABITAT, WE MAY SEE A LOSS OF POPULATION OF SAGE GROUSE.  THAT WOULD HAVE BEEN A PRIORITY GATHER.  IN THOSE GATHERS IDENTIFIED IN THE $4 MILLION SAGE GROUSE.  DOES THAT GET WHERE YOU ARE GOING?  I THINK THERE ARE MULTIPLE THINGS.  TYPICALLY, IT'S NOT JUST ONE SPECIFIC THING.

>> I THINK SHE WAS ASKING, IF I CAN PARAPHRASE THAT, WAS THE GATHERS MADE ON THE SAGE GROUSE HABITAT PRIMARILY BECAUSE THEY WERE PRIMARILY ON SAGE GROUSE HABITAT.

>> I'M TRYING TO LOOK FOR LAYERS IN DOUBLE DIPPING PROTECTING SAGE GROUSE AND ELIMINATING EVERYTHING ELSE.  I COMPLETELY GET YOUR POINT.  I'M TRYING TO FIGURE OUT WHERE THE PROTECTIONS ALREADY EXIST.  I MEAN, THAT'S THE BEAUTY OF THE BLM, I GUESS, IS TO TRY TO WEIGH THE FACTORS OUT.  AGAIN, LIKE I SAID, THERE ARE HARD CHOICES WE HAVE TO MAKE.  IF IT IS CRITICAL HABITAT OF A LISTED SPECIES AND THE

DESERT TORTOISE AND LANDSCAPE SPECIES AND BURROS, THAT IS A SPECIES WITH CRITICAL HABITAT.  THE GOAL IS TO RECOVER SPECIES AND PROTECT THE HABITAT.  AGAIN, WE ARE NOT GOING TO USE ONE FACTOR TO BASE THAT GATHER ON.  THE WAY YOU PARAPHRASED IT, FRED, THAT WAS ONE KEY COMPONENT.  SINCE AGAIN, NOT TO MISAPPROPRIATE FUNDS, THAT WAS CONGRESS DESIGNATED THE FUNDS FOR SAGE GRASS.  WHEN YOU GET DOWN TO THE NUTS AND BOLTS OF HOW IT WAS APPROPRIATED, WE NEED TO TARGET SAGE GROUSE.  WE COOPERATE DO THAT FOR DESERT TORTOISE.  YOU ARE HOPING THAT THERE ARE OTHER SPECIES IN THERE.  THE OTHER 250 OBLIGATES AS WELL BENEFIT FROM THE REMOVAL OF ANIMALS AS WELL.

>> FRED:   I'M GOING TO END THIS NOW.  WE ARE ABOUT 30 MINUTES OR SO PAST.

>> THAT WAS A LONG FIVE MINUTES, FRED.  MY ASSOCIATE IS NOT HELPING ME HERE.

>> FRED:   HE IS.  HE'S LISTENING TO ME BECAUSE I DID THIS.  I WANT THE BOARD TO BE AWARE WE ARE GOING TO BE ON TIME.  WE USED UP PART OF YOUR LUNCH BREAK FOR THIS TALK HERE.

>> NOW YOU MAKE ME HURT.  I HAVE AFFECTED PEOPLE'S LUNCH.

>> IF YOU WANT TO BRING A SANDWICH BACK TO EAT IT, THIS IS GOING TO COME OUT OF THE LUNCH BREAK BECAUSE WE ARE GOING TO STAY ON TIME.  WE'LL TAKE A FIVE MINUTES TO LET MIKE SET THINGS UP AND COME BACK AND ORDER IN ABOUT FIVE MINUTES.

>> THANK YOU, FRED.

>> ALL RIGHT, WE ARE NOW COMING BACK TO ORDER.  EVERYBODY, PLEASE TAKE A SEAT.  EVERYBODY, PLEASE TAKE A SEAT.

>> MIKE STYLER, WE ARE GLAD YOU ARE HERE.  YOU COME WITH HIGH PRAISE FROM PEOPLE THAT TOLD ME.  YOU TAKE AS LONG AS YOU NEED BECAUSE IT'S COMING OFF OF THE BOARD'S LUNCH HOUR.  HELP YOURSELF.

>> THAT'S THE LAST THING I WANT TO DO IS SHORTEN YOUR LUNCH HOUR.  WE'LL SEE IF WE CAN GET YOU BACK ON TRACK.  I'M MIKE STYLER, DEPARTMENT OF NATURAL RESOURCES.  WE HAVE A RESPONSIBILITY OF RESOURCES, GEOLOGIC SURVEYS, STATE PARKS, WE HAVE A DYNAMIC DEPARTMENT WITH 1500 EMPLOYEES AND ONE OF THE DELIGHTFUL THINGS I DO IS WORK CLOSELY WITH UTAH BLM.  I WANT TO JUST SHARE A BIT OF MY PERSONAL BACKGROUND WITH YOU.  I'M FOURTH GENERATION OWNER OF MUSTANGS.  MY DAD AND MY GRANDPA, MY GRANDPA VAL AND DAD RUSSELL, THEIR RECREATION WAS TO TAKE THEIR HORSES OUT ON THE

WEST DESERT AND CHASE MUSTANGS AND LASO THEM.  THE ANIMALS WERE
A SOURCE OF COMPANIONSHIP.  THEY USED THEM AS WORK ANIMALS.  THEY
USED THEM TO GATHER CATTLE AND HELPED KEEP THE POPULATION IN
CHECK.  THEY VALUED THEM, AND THEY USED THEM, AND THAT ETHIC HAS
COME DOWN TO ME AS I HAVE ALSO ADOPTED SOME AND RAISED THEM AND
HAD A LOT OF ENJOYMENT FROM THE HORSES.  I HAVE HAD REAL GOOD
WRECKS BY BEING THROWN BY A FILLY I HAVE.  SHE SURPRISED ME WITH
RANDOM RODEOS.  I NEVER KNEW WHEN WE WOULD HAVE A RODEO.  OUR
LEGISLATURE HAS BEEN CONCERNED IN UTAH WITH THE IMPACTS FROM OUR
WILD HORSE AND BURRO POPULATION.  WE ESPECIALLY IN THE LAST YEAR,
SUFFERED IF YOU READ TODAY'S PAPER, THE DRIEST WATER YEAR IN OUR
HISTORY.


I BELIEVE THAT IS TRUE.  WE HAVE BEEN WORKING FOR MANY YEARS TO
OFFSET THE EFFECTS OF INVASIVE SPECIES AND DROUGHT.  WE HAVE
GREAT PARTNERS WITH THE BLM TO WORK ON OUR WATERSHED
RESTORATION WORK.  I COULD USE THE POWERPOINT HERE.  ABOUT TWO
YEARS AGO IN 2017 LEGISLATIVE SESSION, THE LEGISLATURE WAS TALKING
TO US ABOUT WHY DON'T WE GIVE THE UTAH DEPARTMENT OF NATURAL
RESOURCES, WHY DON'T WE PETITION TO GIVE YOU WILD HORSE
MANAGEMENT?  I SAID, PLEASE, DON'T EVEN ASK FOR THAT.  IF IT HAPPENED
TO COME TO US, WE WOULD HAVE TO FOLLOW THE SAME FEDERAL
GUIDELINES THAT BLM AND FOREST SERVICE HAVE TO FOLLOW.  WE KNOW
THE BURDEN THEY ARE UNDER.  THEIR HANDS ARE TIED BEHIND THEIR
BACKS.  THE BUDGET THEY USE IS ASTRONOMICAL.  I DON'T THINK OUR
STATE LEGISLATURE CONTEMPLATED GIVING US MONEY, JUST TAKE IT OVER
AND DO IT.  THEY APPROPRIATED $500,000 AND THEY SAID LOOK INTO WHAT
YOU CAN DO WITH THE HORSE AND BURRO SITUATION WE HAVE IN UTAH.


WE THOUGHT, WHAT CAN WE DO?  WE THOUGHT WE COULD DO HABITAT
RESTORATION TO LESSEN THE IMPACT OF THESE ANIMALS ON THE
LANDSCAPE.  WE HAVE A FEW SLIDES TO SHOW YOU HOW WE PARTNERED
WITH NRCS AND U.S. WILDLIFE SERVICE AND FORESTRY LAND AND PRIVATE
LANDOWNERS TO LESSEN THE IMPACT OF WILD HORSES.  THESE ARE
BEFORE AND AFTER PICTURES.  I BELIEVE THIS IS THE SAME AREA 50-MILES
SOUTHWEST OF MILFORD, UTAH.  WE DID JUNIPER AND RABBIT BRUSH
REMOVAL.  WE ALWAYS DO RECEDING AS WELL.  WE DON'T JUST CUT STUFF
DOWN AND MOW IT DOWN, WE RESEED.  OUR DENSE JUNIPER, LOOK AT THE
LANDSCAPE.  IT'S BASICALLY ZERO.  WE RECEDE AND WITHIN A YEAR OR
TWO, THERE IS LESS SHRUBS.  THAT'S WHAT WE WANT IT TO COME BACK TO.

LOOK AT THE TREES COMING BACK.  SAGE GROUSE WILL NOT LIVE IN AN
AREA WITH 5% TREES.

>> I HAVE ANOTHER BEFORE AND AFTER BLM PROJECT FROM A BLM
EMPLOYEE.  THEY MARK THE SPOT FOR THE BEFORE AND AFTER PICTURES.
WITH RESEEDING AND MULCH THAT PUTS ON THE GROUND, THAT WILL BE
PRODUCTIVE IN THIS AREA.  THERE ARE LIVESTOCK, HORSES AND ELK.  WE
ARE CONCERNED ABOUT THE DEPARTMENT OF WILDLIFE.  $454,000.  WE
PARTNERED WITH OTHER ORGANIZATIONS, THE BIG BLOCK OF WHITE IS BLM
MONEY.  THE BLUE IS WILDLIFE RESOURCES MONEY.  SPORTSMANS GROUPS,
ALL 112,000.  WE LEVERAGED IT TO $9 MILLION TO DO THE PROJECTS YOU
HAVE SEEN.  THAT'S PART OF OUR WATERSHED RESTORATION INITIATIVE
THAT WE ARE PARTNERS WITH UTAH BLM, AND WE HAVE DONE MANY, MANY
ACRES.  GOING BACK TO THE PICTURE, THE LAND HAS A CERTAIN CARRYING
CAPACITY.  YOU CAN PUT SO MANY MOUTHS ON THE LAND.  YOU ADD UP THE
CATTLE, SHEEP, ELK, DEER AND HORSES, AND IT CAN CARRY SO MUCH.


ONE OF MY CONCERNS IS, WE MANAGE THE WILDLIFE.  WE MANAGE THE
LIVESTOCK.  THERE IS NO -- BASICALLY, NO WAY TO MANAGE THE NUMBER OF
HORSES.  WHEN WE DO PROJECTS LIKE THIS, WE STILL CAN ISSUE PERMITS
FOR DEER AND ELK.  WE CAN PULL OFF THE DEER AND WILD SHEEP AND ELK,
BUT OFTEN, BLM CAN'T KEEP UP WITH THE GROWTH OF THE WILD HORSE
POPULATION.  WE DO MORE THAN THIS.  WE DEVELOP STRINGS, GUZZLERS
DRILL WELLS.  WE DO THAT TO SPREAD OUT THE MOUTH ON THE LANDSCAPE
SO WE FULLY UTILIZE THE AMLS OUT THERE.  WE HELD THE WILD HORSE AND
BURRO SUMMIT.  I HOPE YOU RECEIVED INVITATION TO.  WHERE ARE THE
PRESENTATIONS?  THAT'S WHAT I WANTED YOU TO SEE, A NUMBER OF
PRESENTATIONS THAT MIRROR WHAT YOU HEAR TODAY.  THE SCIENCE WAS
VERY CLEAR ABOUT WHAT'S HAPPENING WITH WILD HORSE AND BURROS AT
THIS SUMMIT.  THIS WAS ALL TAPED FOR US AT UTAH UNIVERSITY, AND THIS
WAS ONLINE.  LET'S GO BACK TO -- WHERE'S THE -- WHERE'S THE WEBSITE?
DO I HAVE THAT?  THANKS TO PAUL GOETCH FOR GOING OVER BECAUSE WE
WERE PUTTING THIS TOGETHER AS HE WAS SPEAKING.  WILD HORSE
RANGE.ORG.  IF YOU CALL THAT UP, ALL OF THE PRESENTATIONS AT THE
WILD HORSE AND BURRO SUMMIT LAST YEAR ARE AVAILABLE.


I SPENT A COUPLE OF HOURS REVIEWING THOSE THINGS.  I GET HERE AND
SEE YOU HAVE BEEN HEARING ALL OF THE NUMBERS.  THEY ARE REFRESHED
IN YOUR MEMORY, SO YOU KNOW THOSE.  BEN, YOU SHOWED US A MOVIE, A
YEAR OR SO AGO.  WAS THAT A MOVIE ABOUT WILD HORSES?  YOU SPOKE.
YOU SPOKE.  I REMEMBER THE PRESENTATION WAS GOOD.  THAT'S WHAT WE

DID WITH THE OTHER 40,000.  WE REPORTED THAT BACK TO THE
LEGISLATURE, AND THEY SAID, WELL, WE ARE GOING TO GIVE YOU ANOTHER
250,000, AND TRY TO THINK OUTSIDE THE BOX AND DO OVER THINGS TO HELP
WITH THE WILD HORSE AND BURRO SITUATION.  WE CHANGED OUR THINKING
THIS YEAR.  WE APPROACHED BLM AND SAID WHAT CAN WE DO TO HELP IN
ASSISTING YOU TO DO GATHERERS.

>> YOU CAN SUE.  WHY DON'T WE TRY TALKING TO SEE IF THERE IS
SOMETHING THEY CAN DO.  I KNOW THEY DON'T WANT TO SUFFER THE
EFFECTS OF 4 TO 500 HORSES ON YOUR RANCH.  WE HELD A MEETING.  I
HAVE TO TELL YOU HOW MUCH WE APPRECIATE THOSE TWO GENTLEMEN,
GUS AND ED.  THEY SAID WE UNDERSTAND YOUR SITUATION.  WE WILL TRY
TO PUT THIS IN THE QUEUE TO TRY TO GET A GATHER DONE ON YOUR LAND.


WE SAID HOW ABOUT IF WE SWEETEN THE POT BY PAYING FOR THE GATHER.
THEY SAID, YOU WILL DO THAT?  YEAH, WE'LL DO THAT.  I WANT TO REPORT
THAT EARLIER THIS FALL, THEY DID A SOFT GATHER.  THEY BAITED THE WILD
HORSES AS THEY CORRAL, SLAM THE GATE.  THERE WASN'T NEED FOR
HELICOPTERS OR STRESS.  I BELIEVE 93 OR 94 HORSES WERE GATHERED.  I'M
TRYING TO GET THEM TO GIVE ME THE BILL.  THEY HAVE TOLD ME WHAT THE
BILL IS AND SAID WE'LL PAY IT.  ESSENTIALLY, OUR PART OF THE BILL IS FOR
THE CONTRACTOR'S COST THAT THEY CONTRACTED TO COME HELP GATHER
THE HORSES.  THE BLM COSTS, HOPEFULLY, THEY ARE OKAY COVERING
THOSE.  THAT WAS SO SUCCESSFUL, WE ARE LOOKING AT A COUPLE OF
OTHER GATHERERS THROUGHOUT THE STATE.  WE THINK BY CONSERVING
THEIR MONEY, THEY HAVE MORE MONEY TO GO TOWARD HOUSING.  MORE
MONEY TO SPREAD OUT TOWARD MORE GATHERS.  WE ARE HELPING
PRIVATE LANDOWNERS IN GETTING THE HORSES REMOVED.  WE DON'T CARE
IF IT'S PRIVATE LAND OR PUBLIC LAND, WE WANT TO REDUCE THE PROBLEM.
WE HAVE A WONDERFUL RELATIONSHIP WITH BLM AND CONTEMPLATING THE
GATHERERS.  SOME UP THERE, YOU CAN SEE THE SPRINGS COMPLEX,
CEDAR MOUNTAIN, MUDDY CREEK AND RANGE CREEK ARE THINGS WE ARE
CONTEMPLATING TO HELP WITH THE GATHERERS.


THEY ELUDED TO THE DRAFT, OCTOBER 1ST IS THE END OF THE NEW WATER
YEAR.

THANK GOODNESS, SINCE THE FIRST OF OCTOBER, WE HAVE HAD
RAINSTORM AFTER RAINSTORM.  THINGS ARE LOOKING UP.  THE IMPACT OF
LAST WINTER'S DROUGHT AND LAST SUMMER'S DROUGHT MEANS THERE IS
NO GRASS ON THE GROUND.  THE PONDS MIGHT BE FULL, BUT THERE IS NO
GRASS.  WE ARE ESPECIALLY CONCERNED ABOUT THAT.  WE HAVE WILDLIFE

RESOURCES TO DEAL WITH.  DOWN IN SOUTHEASTERN UTAH, SAN JUAN COUNTY, WE COLLARED A NUMBER OF FARMS THIS PAST SPRING.  BY END OF SUMMER, WE HAD LOST 100% OF THE COLORED FARMS.  THAT SHOWS HOW SERIOUS THIS DROUGHT IS.  OUR RANCHERS HAVE TO MOVE THE CATTLE OFF PURELY.  THEY HAVE THE CATTLE HOME IN MID SEPTEMBER WHEN THEY COULD HAVE STAYED UNTIL MID OCTOBER.  THEY SAID WE HAVE TO BRING THEM HOME BECAUSE THEY ARE SUFFERING.  WE HAVE HAD MORE FIRES THIS YEAR.  THIS YEAR IT'S BEEN 490,000-ACRES.  LET ME STOP THERE A SECOND AND TELL YOU SOME GOOD NEWS.  NOT ONLY DO WE HELP PUT OUT THE FIRES, BUT WE RESEED AFTER THE FIRES.  YESTERDAY, I MET WITH THE GOVERNOR'S STAFF AND GAVE THEM THE PROPOSED BUDGET.  THE COST IS $6.2 MILLION.  THEY DIDN'T BAT AN EYE.  I THOUGHT THEY WOULD COME OUT OF THEIR SEATS.  THEY SAID, IT'S SOMETHING WE HAVE TO DO.  IT'S PART OF WHAT THE DEPARTMENT OF NATURAL RESOURCES DOES.  WE RESEED AFTER FIRES.

I'M PLEASED TO REPORT THAT WE ARE PROACTIVE IN TRYING TO CHANGE THE LANDSCAPE WHEN IT GETS TO CHEEK GRASS OR PINION JUNIPER STATE, WE TRY TO RESEED TO FIRE RESILIENT GRASSES AND SAGE BRUSH SO THE WATERSHED IS HEALTHY.  THAT'S THE SECRET, HAVING HEALTHY WATERSHEDS.  WE HAVE TO HAVE BALANCE BECAUSE WE BELIEVE IN MULTIPLE USE.  THAT'S OUR FOUNDATION.  MULTIPLE USE.  WE HAVE TO PROVIDE FOR EVERY USER OF THE LAND.  IF WE ARE PROVIDING FOR THE USERS OF THE LAND, WE HAVE HEALTHY LANDSCAPE.  IF WE HAVE HEALTHY LANDSCAPE, THE WATER WILL TURN INTO A MUDSLIDE TAKEN UP BY A ROOT SYSTEM.  THAT WILL RECHARGE THE AQUIFERS IN THE SPRING.  WE HAVE, INADVERTENTLY, I THINK HAVE HELPED WITH BURROS BY DEVELOPING SPRINGS AND WELLS AND PUTTING IN PONDS WHERE HISTORICALLY WHEN MY GRANDPA WAS OUT CHASING HORSES, THERE WERE SO MANY SPRINGS AND PONDS.  IF THEY WEREN'T IN CLOSE PROXIMITY TO THAT, THE HORSE POPULATION COULDN'T GO.  INCREASING FOR WILDLIFE, WE HAVE PLACES FOR HORSES TO SPREAD OUT TO INCREASE THEIR NUMBERS.

SOMETHING I WANTED TO TELL YOU, THIS YEAR, NUMBERS I GOT FROM THE WILDLIFE RESOURCES, IN RESPONDING TO THIS DROUGHT, WE HAVE INCREASED THE ELK TAG NUMBERS BY 700 TO REDUCE ELK POPULATIONS.  WE HAVE INCREASED OUR BISON PERMIT NUMBERS.  WE HAVE A HEALTHY HERD ABOUT 450.  WE WERE ORIGINALLY GOING TO GIVE OUT 100 BISON TAGS.  WE HAVE NOW RAISED IT TO 220.  WE ARE GOING 220 TAGS ON A 450 HEAD HERD OF BISON.  WE ARE TAKING THIS SERIOUS.  WE HAVE INCREASED THE PRONG HORN TAGS ABOVE 50 PRONG HORN TAGS.  THE CATTLEMEN, I

HAVE MENTIONED HAVE VOLUNTARILY REMOVED LIVESTOCK BECAUSE
THERE IS NO FEED.  WE NEED A SIMILAR EFFORT WITH WILD HORSE AND
BURROS.  MANAGEMENT IS KEY.  WE CAN ALL COEXIST, BUT THERE HAS TO
BE MANAGEMENT.  WITHOUT MANAGEMENT, THINGS GET OUT OF WHACK AND
SOMETHING WILL SUFFER.  WE ARE TRYING TO DO OUR PART.  I KNOW BLM IS
TRYING TO DO THEIR PART.  IT SEEMS THEIR HANDS ARE TIED.  THERE ARE
RIDERS ON THE BULL MANAGEMENT ACT.  IF SOME OF THE RIDERS WOULD BE
REMOVED, THAT WOULD HELP THEM.  I DON'T KNOW IF WE HAVE THE
POLITICAL WILL IN THE COUNTRY TO DO WHAT NEEDS TO BE DONE, BUT WE
ARE COMMITTED ALONG WITH OUR PARTNERS IN BLM TO DO WHATEVER WE
CAN TO HAVE HEALTHY WATERSHEDS AND MAINTAIN THE BALANCE THAT
NEEDS TO BE THERE SO WILDLIFE AND LIVESTOCK LIVE TOGETHER IN A
HEALTHY ECO-SYSTEM WITH BOTH.  THAT'S MY PRESENTATION.  WE
APPRECIATE YOU COMING TO UTAH TO VISIT WITH US.


WE APPRECIATE ANYTHING YOU CAN DO TO HELP US THROUGH THIS
DIFFICULT TIME.

>> FRED:   THANK YOU VERY MUCH.  THE MAJORITY OF THE BOARD AGREES
WITH YOU THAT WE NEED TO HAVE A COOPERATIVE EFFORT MADE WITH ALL
STAKEHOLDERS, AND FOR ALL OF THE BEST USE OF THE RANGE FOR THINGS
THAT USE THE RANGE.  WE APPRECIATE YOU COMING IN.  DOES ANY OF THE
BOARD HAVE ANY QUESTIONS FOR MIKE?

>> STEVEN:   MIKE, I WANTED TO THANK YOU FOR THE WRI PARTNERSHIP.
THERE HAS BEEN A LOT OF LAND IMPACTED REPLACING THE VIABLE FEES
AND WILDLIFE.  I THINK IT'S A STEP IN THE RIGHT DIRECTION IN FIRE
PREVENTION, GETTING OUR WILDLIFE TO HAVE A HIGHER CARING CAPACITY.
THANK YOU FOR THAT.  THE OTHER INDUSTRY RELYING UPON THE LANDS.

>> MR. YEARDLEY REMINDED ME OF TWO THINGS.  THEY HAVE THE GRAZING
IMPROVEMENT PROGRAM WHERE THEY HELP RANCHERS DEVELOP NEW
WATER SOURCES, HELP WITH FENCING, HELP WITH THINGS TO HAVE MORE
SCIENTIFICALLY MANAGED GRAZING, MORE INTENSIVE SHORT-TERM
GRAZING, WHICH WE ALL KNOW IS HEALTHY FOR THE LAND.  THEY'LL COME
TO OUR WRI FOLKS WITH PROJECTS, AND WE GO TO THEM WITH PROJECTS,
AND WHOEVER FITS THE PROJECT THE BEST, WE WORK TOGETHER.  WE
WORK ACROSS THE FENCE ALL THE TIME ON DOING THESE PROJECTS
TOGETHER.  WE HAVE A WONDERFUL PARTNERSHIP.  I WANTED TO REPORT,
WE HAVE NUMEROUS EVENTS OF FIRE THIS YEAR WHERE FIRE CAME
BLOWING DOWN ACROSS A VALLEY OR MOUNTAIN THAT HIT ONE OF OUR
WEAR RESTORATION PROJECTS AND STOPPED BECAUSE WE HAVE THE KIND
OF COVER ON THE GROUND THAT IS FIRE RESISTANT.  WE ARE DOING THAT A

LOT FOR SAGE GROUSE BECAUSE ONE OF THE DANGERS FOR SAGE GROUSE IS FIRE.

IF WE CAN GET THE RIGHT COVER WE PROTECT THE SAGE GROUSE AS WELL.

>> I HAVE ONE QUESTION TO ASK YOU.  I'M FROM THE MILLS OF ARKANSAS.  IS BULL HOGGING THE SAME AS BUSH HOGGING?

>> PROBABLY COULD PULL UP A PICTURE MOMENTARILY.  IT'S A FRONT END MOTOR WITH A GRINDER TO THE FRONT.  IT GRINDS THE TREE INTO SPLINTERS.

>> FRED:   THAT'S DIFFERENT THAN THE WAY I DID IT.

>> WE CAN TAKE THIS DOWN.  THIS IS A BIG DEAL.  WE TAKE OUT BIG, BIG TREES WITH THIS.  SOMETHING OF INTEREST TO YOU --

>> FRED:   CAN I BORROW ONE OF THOSE?  I HAVE CEDAR TREES THAT WOULD BE AWESOME.  LOOK AT THAT.

>> THESE ARE ALL PRIVATE CONTRACTOR.  THEY ARE NOT GOVERNMENT EMPLOYEES.  WE CONTRACT FOR THE WORK TO BE DONE, THE SEEDING DONE, ALL OF THIS IS DONE BY PRIVATE CONTRACTORS.

>> FRED:   WE AIN'T GOT NOTHING LIKE THAT IN ARKANSAS.  LORD!  MY GOODNESS.  SEE, I LEARNED SOMETHING TODAY.  THAT'S AWESOME.  THAT IS INCREDIBLE.

>> THAT MULCH, THE NEXT SPRING, ALL OF THE GREEN GRASS -- IT MAKES IT WONDERFUL.

>> FRED:   THAT'S JUST AWESOME.  WE ARE KIND OF BEHIND BECAUSE ME AND MY CHAIN SAW AND HERD OF GOATS DON'T GET IT DONE THAT QUICK.  ANYWAY, ANYBODY HAVE ANY QUESTIONS FOR MIKE?  HE'S GOT US BACK ON TRACK FOR LUNCH.

>> GINGER:   IF YOU HAVE ANOTHER CONFERENCE, I WOULD BE HAPPY TO ATTEND.  IT'S UNFORTUNATE THAT MY ORGANIZATION -- THE OTHER ORGANIZATION WHICH WOULD HAVE REALLY LIKED TO BE PRESENT, WE WOULD LOVE TO HAVE YOU.

>> WE HAVE BEEN ASKED, ARE YOU GOING TO HOLD ANOTHER.  BASED ON THE TALKS AND SCIENCE PRESENTED, WE DON'T KNOW WHAT NEW INFORMATION THERE IS TO COME TO THE TABLE.  WE PROBABLY WON'T HOLD ANOTHER ONE.  IF YOU WOULD TAKE TIME AND LOOK AT THE PREPARATIONS THAT ARE ONLINE, IF YOU FEEL THAT THERE IS A NEED, AND THERE IS NEW

INFORMATION THAT WE SHOULD HAVE BROUGHT TO THE TABLE, WE WOULD BE HAPPY TO CONSIDER THAT.

>> GINGER:   THANKS SO MUCH.  I APPRECIATE IT.  HOW ARE THE MULE DEER DO YOU THINK NOW?  YOU LOST 100% OF THE FAWNS.

>> THAT'S THE DRIEST CORNER OF THE STATE.  TOMORROW MORNING, I SHOULD BE ON A MULE DEER HUNT.  MAYBE I CAN REPORT BACK.

>> GINGER:   YOU WON'T BE COLLARING THEM?

>> NO, THIS IS A HUNT.

>> FRED:   THANK YOU VERY MUCH.  ALL RIGHT, AT THIS TIME, WE'LL ADJOURN.  WE'LL COME BACK TO ORDER AT 1:15 THIS AFTERNOON AND HEAR FROM MR. BRUCE WHO WILL TALK TO US ABOUT RECOMMENDATIONS, RESPONSES TO RECOMMENDATIONS.  WE ARE ADJOURNED.

**ROUGH EDITED COPY**


Bureau of Land Management National Training Center

Wild Horse and Burro Advisory Board Meeting

October 10, 2018



\* \* \* \*


*This text, document, or file is based on live*

*transcription.  Communication Access Realtime Translation*

*(CART), captioning, and/or live transcription are provided in*

*order to facilitate communication accessibility and may not be a*

*totally verbatim record of the proceedings.  This text,*

*document, or file is not to be distributed or used in any way*

*that may violate copyright law.*


\* \* \* \*

BLM_002883

>> If I can have everybody's attention. We're a little bit late. We're going to start again. And as everybody takes their seat, I will recite another poem. There's nothing like a mustang between your knees, willing to please. On a mustang I'll find my way home. The world's mump brighter when I'm up on that throne, strapped to the topside of muscle and bone, beneath me a friend on whom I depend, on a mustang I'll find my way home. Luck is fickle, danger is quick and -- on a mustang I'll find my way home. When my trails have ended on this earthly plain and the angels above, they call out my name, please lord, carry me home on a good honest gray, on a mustang I'll find my way home. Thank you all for coming this afternoon. We're going to go ahead and start. And we've got our good friend, Bruce, that's going to talk to us about past recommendations. He's going to go through each one individually. And if at that time, if you have any questions or concerns, you need to address him at that time, and I will recognize you, and we'll go on. That way we won't wait until the end of it, knowing that you might say what did he say about that? We're going to do it one at a time.

[ Humming "Jeopardy" theme song... ]

>> BRUCE: All right, after lunch is a probably a good time to do this. The BLM implements those or provides rationale. So, we're going to present briefings from the last two board meetings, one from Elko, Nevada, in September of 2016, and the ones from Grand Junction last October 2017. I'll paraphrase what the board's recommendation was. So, I'm not reading so much, and then I'll read the BLM's response. So, the first recommendation from Elko, Nevada, in 2016, the board recommended that should follow the -- by -- deemed unadoptable for sale without limitation or humane euthanasia. Those animals deemed unsuitable for sale should then be destroyed in the most humane way possible. The response is that congress provides that appropriations here in shall not be made available for the destruction of healthy unadopted wild horses and burros. And with or without that prohibition, and that prohibition in our appropriations bill has been since about 2010. So, again, with or without that prohibition, one of BLM's top priorities will be continue to place animals into private care, and transfer of animals to other federal, state, and local agencies.  I hope that you have all of your responses in your notebooks. They should be in there. I will open that up to questions to the board for that response.

>> FRED WOEHL, JR.: I will say that the fact that congress has used their appropriations authority to rewrite the wild horse and burro act, I think is a little bit wrong, but that's all right. So, all right. Go ahead with number two.

>> BRUCE: All right. Number two. BLM should prioritize designated habitat for removal of excess animals.  BLM shall use the degree of range degradation as a criterion for

prioritization of removal of excess animals. Consideration should be given to those range lands that can be restored and maintained in a healthy status. So, BLM's response to that is that, again, gather priorities are based on the following criteria, compliance with court orders, public safety, protection of private property, protection of species, which includes greater sage grouse, initiation of research, and to achieve appropriate management levels in HMA. Those are the criteria. And the response to that is that in FY2018, BLM has removed over 11,000 animals, in which about 5,000 of those animals were in sage grouse habitat, specifically moved to the gathering wildlife funds to gather horses in those areas.

>> FRED WOEHL, JR.: I can assume that you agreed with that recommendation?

>> BRUCE: Yes, we do. And we're at prioritization. It's also been in there, but this is the first year where the wildlife program has contributed funds to do specifically for gathers in those habitats.

>> Is this a routine operation to determine whether or not the trigger has happened with regard to emergency removals? Or is this something that has to -- the bureau is waiting for a wake-up call, so to speak, from constituents or from somebody, another agency?

>> BRUCE RITTENHOUSE: I'm not sure what you --

>> I'm wondering, is that something on the radar by HMA that you're actually monitoring it on your own? Or are you waiting for a wake-up call from somebody around that is actually seeing it?

>> BRUCE RITTENHOUSE: I think, typically these are ones where we're making the call. These are our planned gathers. These are what we put on our regular schedule. And again, it doesn't preclude us from using wild horse and burro funds when available to include beyond, if we get sage grouse money in the future to use wild horse and burro funds, but our wild horse and burro funds to prioritize gathers in additional habitats as well. Does that answer your question?

>> JIM FRENCH: Yes, it does.

>> FRED WOEHL, JR.: Number three, okay?

>> BRUCE RITTENHOUSE: BLM shall develop partnerships to conduct analysis of socio-economic and environmental effects on communities with reduced AUMs on HMAs due to range degradation. Further analysis shall be conducted regarding the effects from all HMAs. The response, then response is that the BLM is not prepared to fund this without outside help. Our purpose is to fund the work that is a priority. Although this is a priority, but again, we are limited with funding. The BLM recognizes that uses of public land such as recreation, including private -- energy development, permitted livestock grazing and the presence of wildlife herds contribute to the viability of western communities and the national economy.

BLM_002885

4

>> I had a quick request on that, the decision-making process within the bureau, whether it be wild horse and burro, whether it be other decisions that come down the pipe such as land plan amendments. Generally involve decisions which will have an impact on local governments. Wild Horse and Burro it's not the part of the state or the county or the city that's responsible for that. It's interior. And I think that's where this recommendation came from, ultimately. And I would say that at least to cite the master plans from those communities in states that actually -- that actually are being -- they are being subjected to those decisions has to be part of the decision-making process. You can't make that decision absent that crucial piece of analysis.

>> BRUCE RITTENHOUSE: Right.

>> JIM FRENCH: And I believe there's been a court case that cited that in inform Nevada that required the interior to go back and look at that. I make that statement for the record is that it's not really optional. It's something the interior needs to do.

>> I know any site-specific project, we do a socio-economic analysis as well.

>> When it talks about effects on resources that many rural western communities depend upon, this is not just the tail end of a statement. There's a lot of our western communities do not have the tax base that you have in eastern states. It's a completely different sort of economic arrangement. So, in Nevada, for instance, where we're depending on who you talk to, we're 85% to 90% public land, there's no tax base. There's no school sections. There's no state sections to generate funding and whatnot. So, this is -- it's not just this little statement at the end of a sentence. It's extremely important, because the only tax base that we have are in many of the rural areas that is ranch-based income. And we just don't -- it's -- and many people do not understand that. We don't have private land that can be taxed. So, it all has to come off of the public lands. So, it's a very, very -- I know as a county commissioner, I know you are sympathetic to that concept. So, I just wanted to kind of clarify that for yourself being sort of from the eastern part of the world.

>> BRUCE RITTENHOUSE: Well, I'm a westerner.

>> JIM FRENCH: I have a question. At home, we have the -- we have the forest service and the park service owns 80% of Newton county, Arkansas. What you're talking about is true. They pay a stipend.

>> BRUCE RITTENHOUSE: But if you look at what the payment of tax is, it's not I was just back in DC about this. But our lowest tax base for private property that we tax at is a $1.35 an acre. The government pays 17 cents an acre.

>> JIM FRENCH: I know it's not much, but I wanted to be sure it was the same thing. Ginger?

>> GINGER KATHRENS: This cuts both ways. The little town of Maybell, Colorado, they're a wild horse watching economy. I would point out that a little town in Wyoming as well, their main driver is looking at wild horses. So, it works both ways, I should think.

>> I firmly believe that the federal government, there needs to be a robust review of the master plan that actually outlines what they're depending on. With whether it be wild horse watching or livestock grazing.

>> I would like to add, these smaller communities in the west are solely dependent on that are surrounded by strictly public land it affects everything. It's people's livelihoods at stake. If the range isn't maintained and taken care of, the caring capacity is decreased, and they're out. They're not able to take part in their western heritage. Their livelihood, the traditions that they have, that's supposed to be protected as well. And it's often a bypass statement like Dr. Perryman talked about. And ginger, what you talked about, a lot of people are guides and participate with wildlife and stuff. It affects all aspects of that. So, I think we need to really be aware of this situation and not overlook it. It's part of what makes up the west.

[ Silence on the line... ]

>> BRUCE RITTENHOUSE: Let me start over. BLM shall encourage racks to develop and submit for consideration ideas for herd management and range rehabilitation. Our response is that racks have a keen interest in wild horse and burro management. The BLM will prepare and transmit a letter to the racks representing areas where wild horse and burros are present and ask for their insight into herd and land management, including opportunities with state, local, and national organizations. We are, as a division chief, I'm going to commit ourselves to preparing that letter and having some discussion on this at the next meeting.

>> JIM FRENCH: Our meeting in Elko was the first meeting I had a racks attend. It was very positive, and I mentioned for this meeting having the local rack attend. Was that ever addressed or thought about or looked into?

>> BRUCE RITTENHOUSE: Yes, very much so, especially to get the Utah RAC here. But their charter expired. The RAC chairperson appointment expired, and they were without one, and we were scrambling. We were looking at other states as well to have a RAC chairperson come in to build that relationship with you guys as well. But we'll -- Wild Horse and Burro program will initiate that. 37RACs now. It doesn't need to go to all of them, but we'll determine how many have horse herds and burro herds on their RACS and send them letters and get some feedback and I'd be happy to some board members review that letter as well.

>> JIM FRENCH: Well, thank you. That was the first time we had done anything like that, and it was a very positive

bridge-building event. Anybody else have any comments? Okay. You can go on to number five.

        >> BRUCE RITTENHOUSE: BLM shall advertise and conduct more frequent adoption events at off range corrals to allow more horses and burros to reach sale eligible status. In calendar year 2018, the BLM according to our website held a total of 96 adoption events.  Of these events, 39 were held or will be held in BLM off-range corrals. For example, BLM's Paul's valley in Oklahoma holds monthly adoptions on the second Tuesday of every month. They have begun internet adoptions. Adoption events across the country allows more people an opportunity to adopt animals without having to travel to BLM facilities which are primarily located in the western United States.

        >> JIM FRENCH: This was one of my recommendations right here. And I know that Illinois is a different type of facility as Paul valley. But in Illinois, I can go there any day of the week and adopt a horse.

        >> BRUCE RITTENHOUSE: We have formal adoption events --

        >> JIM FRENCH: But in Paul's valley, you can only go the second Tuesday of the month. That is what this was addressed to. If some cannot go. I understand it's a stress, and Pat at Paul Valley is a friend of mine, and I'm not picking on him. If I happen to be going to Oklahoma City with a horse trailer, and I think dang, I can adopt a mustang, and it's only about 40 miles down from Oklahoma City. But it's the first Tuesday of the month, I'm blowed up. I mean, and you know what I'm saying. So, that's what this is about. I understand scheduling and personnel. But we need to work a little bit better, especially because there's only two off-range corrals from Oklahoma. It's Oklahoma and Paul's Valley. There's no other. Those things, I mean, we need to be able to work more with the public to make these horses available when we have them. Does that make sense?

        >> BRUCE RITTENHOUSE: Oh yeah. Definitely.

        >> JIM FRENCH: Ginger? Again, on the second Tuesday of every month, they herd in horses into the smaller corrals. Ewing, they're already in a small corral. It's a little bit different set-up, and I'm not saying that we should be able to go to Paul's Valley every day and it do. But once a week or something like that would be -- anything that will get these horses more available would help.

        >> BRUCE RITTENHOUSE: All right.

        >> JIM FRENCH: Ginger?

        >> GINGER KATHRENS: They were used as an adoption event facility, a number of mares that were brought in from Nevada. I showed horses to some of the people who came through there. This accounted for 161 horses were adopted in Montana during a few month period. I don't know if any of the other herds that have facilities like that, but this is a permanent facility at the base of the priors, and people were coming from Wisconsin, Minnesota, the Dakotas, because it's a lot closer than Palomino

valley.

>> BRUCE RITTENHOUSE: I caught some of the discussion with the work group with placement care, and I know there was discussion about that and discussion about increasing the adoptions and making them more available. We're hoping that the online corral -- and we had roll-out issues with that. But I think that's a start to at least allow anybody to go and pick up a horse at an event. We are trying to really strategize on how to streamline adoptions and get more animals in care.

>> GINGER KATHRENS: There were a lot of very plain horses there. But they were really nice horses. And I just don't know on the facilities end of that whether there are other opportunities like that.

>> JIM FRENCH: I really want to give BLM a pat on the back. One of the previous recommendations we made was to make the off-range corrals available. And a lot of the ones that was closed, the one that first comes to mind is Litchfield. It was closed, and it has been opened and there has been adoptions there. And there's a lot of these corrals that are now being used, and it's due to the board recommending, and the BLM agreeing to and implementing that. It's a positive thing and I think it helps with the number of adoptions that we had. And I think that number is only going to go up as more people realize the benefits. Gus, he talked about that. It's cool that we're taking mustangs and doing a show with quarter horses and beating them. That's cool! That is cool. Because, you know, that's -- well, mustangs are where the quarter horse got their start.  The steel dust horse, he was a mustang, and that was the start of the American Quarter Horse. Jim, I will let you take over.

>> JIM FRENCH: The number one request that I have received since being on this board aside from hate mail has been making adoptions more accessible. And I can only imagine with the change in protocol, that we're going to see an increase in interest in this. If we have people running guys like me down wanting to know how do I contact the bureau relative to the wild horse program or adoptions outside of the prison program for breaking horses, there's got -- it indicates to me there's a heck of a lot of interest on this that is untapped at this point. I just think that based on the policy shifts, we're going to have to ramp up the --

>> BRUCE RITTENHOUSE: And we're looking at all the ways to do that.

>> FRED WOEHL, JR.: How have the online adoptions gone?

>> BRUCE RITTENHOUSE: Essentially we post animals online, and people can bid on them and then when they get a -- I think they're open for a certain time period. Take over!

[ Laughter ]

>> Oh yes.

>> Introduce yourself.

>> Hi. I am Hollé Waddell. I presented a couple of
different times to the board. We have a new system in which you
can adopt a horse online. We identify different pick-up
locations so you can register, get approved application for
purchasing or adopting an animal. Once a pick-up location is
identified, a little down the line, a couple of months of
logistical coordination that happens, but they normally can pick
up the animal at a store front, off-range event, or a corral.

>> FRED WOEHL, JR.: It has been successful?

>> HOLLÉ WADDELL: Yes. It has really improved. The
previous system was really archaic and outdated, so we gave it a
face look. Crystal Johnson did a great job working with
developers and reformatting and recoding and all of the
technical things that needed to happen. There were bugs and
fixes, but there was policy issued as well as a how-to guide for
the field, and a helpful guide for purchasers online. It has
been an interactive -- people can still contact the eastern
states, because they are who manage the online corral
system. So, I'd say that it has increased the number of events
that we've had online. Previously we had maybe three a year. And
we're really trying to ramp up to have a monthly online corral
event.

>> FRED WOEHL, JR.: Aren't you using more and more
volunteers to help take photos?

>> HOLLÉ WADDELL: Yes. We have.

>> FRED WOEHL, JR.: And this is what the previous board
has worked close with Holle on this. It has been really good.

>> HOLLÉ WADDELL: A long way to go, but we have
volunteers taking videos and photos. It just has a better
ability to create a catalog for the animals, and then the
animals maintain some of the facilities. It's more user-friendly
for BLM staff and personnel to up load photos or videos of
animals that didn't get adopted, and use those animals again in
a future event. There's a search feature, so if you're looking
for a black horse, you can filter just for that. So, it's, you
know, kind of like if you're shopping online, it's the same
thing. It's a very similar concept, and it's much more
user-friendly than the previous system.

>> FRED WOEHL, JR.: Very much so. You've done a good
job. And to address Dan, your thing, we'll try to take up the
slack elsewhere. But this is good discussion, and this is a
board meeting, and I don't want to shortcut anything when we're
getting progress. Okay? I apologize for that, but we'll try to
get back, even if we don't have to have a break, we will get
back. Okay. Go ahead. I'm a tough one.

>> BRUCE RITTENHOUSE: We're not using this -- part of
this recommendation was to get animals to reach sale-eligible
status. And you haven't heard us say that. Mostly it is to,
again, to get animals into good homes. We're not trying to do
new things to get animals into that sale authority. I mean, if

an animal, we're thinking, we're posting good animals that are adoptable, and that are going to get into good homes and get through our adoption program. Whether they're untrained or trained.  But most of them online are untrained.

>> HOLLÉ WADDELL: Most of them are untrained. That is correct. One of the things that I would add, and I talked yesterday during the working group is that we've developed additional policy regarding animal selection requirements.  So that if an animal, to say we want to put the best animals forward on the online corral system and present those for adoption. And if you come to a facility, an off-range corral and adopt an animal that, you know, maybe has a couple of extra Nicks or maybe the mane has been cut down by someone else, maybe it wasn't the prettiest horse, but it is still available for adoption or purchase. So, we did develop policies to help create some guidelines of practices that people in the field were already doing available to the public, so they can see that we make the best effort to put the best animals forward in the events.

>> FRED WOEHL, JR.: Are all the horses at short-term holding facilities available for adoption or not? Something that you said, you said we're not trying to make it so that they're eligible for sale. Why not make it so they're eligible for sale authority? I don't see why that's a bad thing?

>> BRUCE RITTENHOUSE: Steven, if I may answer, they didn't say it was bad. They said the intent was not to speed horses through that, but to give everybody an opportunity to adopt a horse. They are not saying it's a bad thing, but it's another tool in the box.

>> STEVEN YARDLEY: We need to have all the horses available so if somebody wants to adopt them, they are --

>> BRUCE RITTENHOUSE: They are.

>> HOLLÉ WADDELL: That was part of the sales policy that was revised this fiscal year. It does provide guidance to off range corrals to hold monthly facility adoptions and events so that it's created as an event and the animals that are participating would be offered once, twice, and three times, and they become sale eligible. If the animal is not sale eligible, it can still be adopted.

>> STEVEN YARDLEY: Even after three times?

>> HOLLÉ WADDELL: Yes. Even after being presented and offered three times. That's correct.

>> FRED WOEHL, JR.: Ben, you have a question? Just go ahead and stay there.

>> BRUCE RITTENHOUSE: We've got two more and the Grand Junction, which are seven for that. Number six, I know a lot of people have been hearing this in the news. BLM shall facilitate invitation to attend state trials if they might occur if allowed by protocols governing the trial. The response is a research project is currently being proposed for a gather in Oregon,

which is ongoing at this time, and this fall. BLM plans to
contract to spay 100 mares. It is BLM's intention to be
transparent and allow public viewing of these procedures. While
at the same time we need to be prudent and consider the nature
of the research and the protection of the veterinarians and the
health of the animals. There are no special provisions in the
Warm Springs HMA environmental assessment. The board members are
certainly allowed and encouraged to join the public viewing, and
there is going to be public viewing at this, if it does happen.

      >> FRED WOEHL, JR.: I thought there was a lawsuit was
filed, and the intent of it was that there was not going be no
public viewing?

      >> BRUCE RITTENHOUSE: That is when CSU was involved. One
of the criteria that Colorado State University had is they would
not allow viewing -- or they would allow viewing but no
videography. When CSU pulled out, we revised to basically say
that we have a process outlined that says the public can watch
and do videography and do photography as well. It's in a small
room, and they're going to funnel people through.

      We are working on those recommendations as priority
work includes -- increasing the number of trained animals
offered for adoption, increasing animal availability to adopters
through store fronts with more emphasis on the eastern part
of the U.S., research more effective contraceptive measures and
more.

      >> FRED WOEHL, JR.: You have done an outstanding job on
that, too.

      >> BRUCE RITTENHOUSE: Don't pat me on the back. I had
nothing to do with it.

      >> FRED WOEHL, JR.: I was reappointed to the board a
year ago.

      >> BRUCE RITTENHOUSE: It's people like her.

      >> FRED WOEHL, JR.: Then they shut down all the board
activities that was going. And your crew continued on with these
recommendations and implemented a lot of them, and it's going on
with it. I'm thankful for that. That's rewarding that they went
ahead and implemented -- even though we wasn't there to help
them and, you know, give them -- that's not what we meant. But
they did it. And I'm appreciative of that. Any other board
members have any comments? Okay. Go ahead and move on.

      >> BRUCE RITTENHOUSE: We'll move to Grand
Junction. There were seven. The Wild Horse and Burro had their
meeting in Washington and presented their most recent
recommendations. It was scheduled early in the year, but we know
it happened. Obviously we didn't have a meeting in March, but
I'll paraphrase our response that we consider the board's input
on where future meeting locations. I think at the end of this
meeting, we'll discuss that a little bit at the end. BLM will
then work with the advisory board members, our senior BLM
leadership, stakeholders, and public, while still being cost

effective. Costs are obviously important, and Washington dc is a very expensive place. We know what happened in the spring. We didn't have a meeting for various reasons. I think we'll discuss more locations.  But Washington dc, and I think some of the discussion we had about getting congress, you know, there is some rationale to have a meeting in Washington, but we will make that call at some point. Okay?

All right. Number two was the phase-out long-term holding over the next three years and apply that budget to on-range management and adoptions. BLM BLM's was that it would allow sale or unitize the animals currently in holding. Refer to our response that basically we cannot do those actions at this point due to appropriations language, and our priorities of placing animals into private care.

>> FRED WOEHL, JR.: But if you had an advocacy group step up to the plate and say, "We would take them".

>> BRUCE RITTENHOUSE: They will take them and ensure that they will provide good homes for 36,000 animals, we would gladly take it.

>> FRED WOEHL, JR.: Okay. Okay.

>> GINGER KATHRENS: There are groups working right now, and I think we will talk more about this tomorrow, too, to actually not come to the table empty-handed. We're not going to provide homes for 35,000 horses either, but to provide some of the support that is going to be necessary to figure out what to do with that. And including perhaps housing some ratio of those horses. So, that is not off the table.

>> BRUCE RITTENHOUSE: Right. And we've had several offers like that as well. There's been three or four, I think in the last couple of years.

>> FRED WOEHL, JR.: Mary, would you like to make a comment like what we talked about at lunch?

>> LARRY: Certainly. We've got to start thinking about things differently than we have in the past. I have a paper that should be published in the next couple of weeks.  But one of the aspects that we thought would be good to explore is this idea of shared participation by -- shared participation of care for a very large number of animals, and it could be done congress would have to get involved with it.  But I think it would have to be done through tax credits and accelerated tax write-off amounts. For instance, if a benefactor wanted to provide an entity who has taken charge of these horses, if they wanted to provide them with $5 million worth of donations, they should not only get $5 million worth of tax write-off, they should get maybe 1.25 or 1.5, pick a number, some kind of accelerated amount that would create some kind of economic incentive for taking on this responsibility. And it moves the animals.  You can put whatever kind of stipulations you want to put on that care, but it would transfer that ownership from and that care responsibility from the federal roles on to the private

sector. And I think there's some ways -- there could be numerous ways to do that. But I think we have to start thinking along those lines, and it also provides an opportunity for some of the vocal horse advocacy folks to actually play a participatory role in the actual care and maintenance of the animals.

>> BRUCE RITTENHOUSE: That would be wonderful.

>> BARRY PERRYMAN: I think it's in production now. We'll get it passed around. It should be something that could spur conversation for the next several weeks.

>> BRUCE RITTENHOUSE: Number three, create adoption mechanisms -- to include international adoptions and/or sales. We continue to seek innovative and creative ways to increase private care placement through adoptions and sales. We are in the process of an adoption center program. You'll hear more about that this afternoon. We have received authority. We can transfer animals to other federal, state, and local governments. And then at this point, there is really no direct -- there is no authority at this time to directly transfer wild horse and burros to other private non-government entities, nor outside of the country. We have made sales that have eventually made their way out of the country, but these were specific things that were made to, for example, a similar thing like mustang heritage foundation in Germany. But, we're exploring ways with that.

>> BARRY PERRYMAN: Good. Good.

>> CELESTE CARLISLE: There were some animals sold, and the purchasers did complete the required paper work, the sales application, and they were outside of BLM, and we were no longer involved.  We did receive an update, and they worked very well with the mustang care foundation in order to have a successful event.

>> FRED WOEHL, JR.: Yes. It was very successful. Jim?

>> JIM FRENCH: Thank you. I want to get clarification on some of this wording. 2018-5052. No authority existed to directly transfer wild horses or burros to private non-government entities. That policy flies in the face of just exactly what Dr. Perryman was just talking about. We were talking about the possibility of putting a foundation together, organizing a foundation so that people who want to donate $20 or want to donate, people in the private sector who don't necessarily want to own a horse or a mustang could donate into a foundation that would support horses in long-term holding to alleviate the problem that we just described earlier this morning with the budget of the interior. And I in reading this, this policy flies in the face of that solution in the tool box. And we've got -- I bring that up right now, because I want to clarify that. I know there's conversation about a foundation being formed before. I'm told now that that idea has pretty much died. I just think it's a great idea. We have people who don't have a million dollars that would like to donate into a

foundation and actually provide funding for put it on the ground
to benefit mustangs that are in captivity.

       >> HOLLÉ WADDELL: So the first point is I have not heard
that the BLM foundation died. So, I'm not sure about that. I
defer, probably, to leadership to respond to that part of it, if
you're talking about the BLM foundation. Is that what you're
referring to? Okay.

       >> The IM and the foundation are two different
things. The IM specifically addresses the transfer to federal,
state, and local government. That's what that policy focuses
on. That's separate from any work to develop a BLM
foundation. Congress did give that authority, and there's still
work being done to understand how the agent will move forward
with that. I haven't been briefed on anything else in the
area. And I will say that the authority to accept donations does
exist, so the foundation is just a way to facilitate something
that the BLM already is able to do.

       >> HOLLÉ WADDELL: That's correct. And to get deeper,
there's departmental policy that creates the authority to accept
and solicit donations, and it's very clear about who is
authorized to do that. It's clear about that. So, there's BLM
policy that's being developed, and it's not been complete and
completely approved yet, and it is separate from the transfer
IEM. So, if there are non-governmental entities that are
interested in acquiring animals, they can still do that. There's
no law against it. They can adopt or purchase those animals. And
in fact, we have a memorandum of understanding right now with an
organization, Equi-center that has been very successful. They
have purchased animals and doing great training work and looking
at doing an open house later this fall. I would encourage
organizations, if you're interested in acquiring the animals,
then they can totally do that through adoptions and sales.

       >> BRUCE RITTENHOUSE: To try to clarify a little bit, I
think if we elevate this to 30,000 feet, and we actually look at
some of the conversations we had in Grand Junction versus today,
one of the things that I mentioned in Grand Junction is we had a
room full of people and energy in that room that want to do
something positive for the mustang program. And I can't think of
a better way of doing that and empowering people who have that
interest to follow through with that, other than creating a
foundation independent of the protocols on the ground right now
and allow for entities that have and are looking through a tax
benefit incentive or through just the goodness of their heart,
wanting to donate into a foundation. I firmly believe that's the
solution to the whole question about euthanasia. I really do.

       >> HOLLÉ WADDELL: Jim, yesterday, during our working
group, we had some good discussion, and this was actually
brought up. There are lots of foundations that have resources to
support foundations. I encourage that they work together. BLM
cannot do it all. I cannot create every program that is going to

place all of the animals. If I did, I should totally get a
really high rating on my evaluation.
      [ Laughter ]

      But in all of my efforts, I recognize that we have, you
know, over 40,000 animals that are in off-range corrals and
off-range pastures. So, I would encourage those organizations to
coordinate amongst themselves, absolutely, 100%. Contact us, and
we can move through adoptions and sales of those items.  But we
have gone down the tax incentive road, and it does create -- of
course we have to engage other departments. It's not just
something our agency and the department of interior could
resolve, but those are conversations we could have at the
table. Absolutely.
      >> JIM FRENCH: I think we're scratching the surface of a
solution here, and I believe, you know, that it's kind of sad
that here we are in 2018, and we're just now starting to talk
about this to this degree, because I really believe that that
energy is here, and that there are a lot of foundations out
there on the ground right now or corporations that would like to
donate large amounts of money to support -- if they can get the
tax write-off or credits to do so. I believe it would be a great
opportunity for them to buy into a piece of this management
right now. And I just -- I bring this out and I'm going to
re-emphasize it one more time, because I think we still need to
sit down and circle up and determine how do we duplicate some of
the efforts that are going on in the private sector right now
for other foundations and other things that are trying to be
done in the private sector? There's a lot of models out there on
the ground that I think we should try to take a look at on
that. I'll leave it with that.
      >> FRED WOEHL, JR.: Okay. Daniel, if I may make a
recommendation. I don't want to stifle any positive discussion
by the board, and we're doing very well. I know we're over. If I
could, we've got 30 minutes extra at the end of the day. What I
would like to do is let Mr. Shepherd give his talk after the
break. We'll finish up with this, and then Ms. Hope can do her
thing, and then we'll break, and we'll let Mr. Shepherd do it
then, and then we'll take up with Holle, if that's okay with
you. We will have a I don't want to stifle positive
conversations or limit any questions from the board. At this
point, this ain't anybody preaching, so I'm not going to say
amen and shut them down. Bruce?
      >> BRUCE RITTENHOUSE: We're not going anywhere.
      >> FRED WOEHL, JR.: Thus says the boss.
      >> BRUCE RITTENHOUSE: Whether it's donations or just
having people put these animals into private care, and you know,
I think that's -- again, that is one of our priorities. That was
our off-range vision to get as many animals into private care as
possible. Whatever mechanism is, and if these things that, you

BLM_002896

know, tax breaks, tax incentives, if that's going to work,
great. All right. Moving to number four. Increase wild horse and
borrow funding for reversible fertility control by $3 million in
FY19. And we are now in FY19. Fiscal year 19. BLM is partnering
with several research institutions to support research into
additional fertility control methods.  Some methods show promise
but have not been tested on horses on the range. BLM hopes to
expand where applicable reversible fertility control such as
vaccines and others that have shown some promise. Again, if it
can be effectively and efficiently administered with the goal to
reduce removals and achieve and maintain AML. Reversible
fertility control reversible fertility control does have
limitations.

>> FRED WOEHL, JR.: Number five?

>> BRUCE RITTENHOUSE: Okay. No questions. Okay. All
right. BLM will immediately, within the next three years follow
Wild Horse and Burro act, the on-range population is 82,000, and
we have finite off-range holding space for moving large numbers
of animals over consecutive years is currently not feasible
unless we get additional space. Unless the BLM
receives -- through adoption, sales, and transfers, or increases
future BLM budgets. This recommendation cannot be achieved and
cannot be achieved in this time frame. In April 2018, you will
hear later that BLM submitted a report to congress titled
management options for a sustainable Wild Horse and Burro
program. This had four options to move the program forward
towards achieving and maintaining across the program. These rely
heavily on achieving AML quickly, which includes partnership
with stakeholders in the public.

>> FRED WOEHL, JR.: I know we will probably talk about
it later, but who picks out of the options?

>> BRUCE RITTENHOUSE: The report was to congress.

>> FRED WOEHL, JR.: So congress has got to pick one?

>> BRUCE RITTENHOUSE: They can pick one or a blend of
them. We submitted with the intention -- we were directed under
the 17 to submit that report. We have done that, and now we are
waiting. As you've heard mentioned earlier today, we cannot
lobby congress. I think everybody has seen that report here in
the room, and know what's in it.

>> FRED WOEHL, JR.: My mamma taught me if I could not
say anything good, not to say anything. So, we're going on to
number six.

>> BRUCE RITTENHOUSE: Maintain AML for fertility
control. After AML is achieved, and when we say that, we're
talking at a program-wide level. In any one particular HMA
temporary fertility control can be effectively administered to
reduce future removals and maintain AML. Within most complexes
well above their AML, it will take many years using only
fertility control to reach AML. Permanent and temporary
fertility control will not allow those to reach AML at this

moment.

>> FRED WOEHL, JR.: After reading this, and when I saw that, I think what they were referring to was HMA like tiger, and like Oregon, there's a big demand for horses. The Pryor Mountains where those horses get adopted really quick, I think that's what they were referring to. Something like that.

>> BRUCE RITTENHOUSE: I didn't read the response.

>> FRED WOEHL, JR.: Am I right, Ginger? Is that what that was about?

>> GINGER KATHRENS: I'm not absolutely sure, but what I am sure of is that it will take the application of fertility control, whether you're at AML or not, combined with those techniques.

>> FRED WOEHL, JR.: Okay. Any other comments? Okay. On to number seven.

>> BRUCE RITTENHOUSE: All right. Adjust AML where appropriate. I know we've already had some discussions on this. After AML is achieved in any particular HMA or HMA complex, BLM with assess the need to adjust AML, following in-depth analysis of range land monitoring and data collected over three to five years in accordance with our procedures outlined in 4700 in our handbook. As part of a long-term management and land use planning. The goal of any adjustment is to have sufficient water and forage at the minimum feasible level to maintain their free-roaming behavior.

>> FRED WOEHL, JR.: Comments? Questions? Go ahead, Jim.

>> JIM FRENCH: I remember their recommendation well. I think the intent was to modify the 4700 manual having to do with adjusting AML following a catastrophic event. A three to five-year analyses following a major fire event or coming out of a drought cycle or something along that line, which has dramatically impacted the HMA habitat needs to be done sooner than later, and in many cases, it's not a five-year -- we don't have that luxury of five years. And I think the idea behind this is there's got to be a trigger within the context of the BLM's manual that allows for adjustment at AML based on conditions on the ground.

>> FRED WOEHL, JR.: Browse, there's probably several listed, and I don't know how many we have online watching this, and I'm sure there might be some people here. But would you briefly describe how AML is set?

>> BRUCE RITTENHOUSE: I'm going to let Alan do that.

>> FRED WOEHL, JR.: That's good. Okay. I can do that. Okay. Alan?

>> BRUCE RITTENHOUSE: And your EPAP will be...

>> FRED WOEHL, JR.: That's a question I'm asked time after time after time. And we've talked about it a little bit today. So, Mr. Shepherd, if you would just --

>> ALAN SHEPHERD: I'm Alan shepherd, the on-range branch of the Wild Horse and Burro in Washington. We're going to go

into an area and we're going to have a series of years of
collected monitoring data on forge utilization, animal
distribution, animal use distribution, water availability,
whether impacting private ground. We're going to look at all
factors. So, all of those are taken into account, and we're
going to figure out what our capacities for use is in those
areas. And then you're going to also be looking at in regards to
your livestock use, we're going to be working with our
departments of wildlife agencies to see what their target elk
numbers and deer numbers and all of those things to look at to
see what that capacity is for an AML or a multiple use decision
in an area. And establish it through that. Jim talked about
earlier that the initial steps that were taken in the late 70s
and early 80s to establish the preliminary AMLs, done with
county commissioners and grazing boards and folks like that. We
took it steps further to then look at those numbers and then use
resource monitoring data to look at carrying capacities of those
pieces of ground. And each state did it differently. Nevada did
multiple use decisions where we looked at livestock, wild
horses, wildlife, multiple uses.

    Some states were specific to horses. By using resource
monitoring data is the key to look at what that production is on
an annual basis. And you want three or five -- multiple years,
you know? One year is not going to set it. You don't want to set
it on a high year, then your AML is too high. You don't want a
drought year, or it's way low. You want to have an average, and
you want to take into account that bad year anyway. You want to
have an AML that is supportable, should you have that bad
event.

        >> FRED WOEHL, JR.: Right.

        >> ALAN SHEPHERD: That's the basic process.  Like I
said, it's not a one-year answer. It's going to take a couple
years to put together the right amount of information. The field
is collecting this data every other year.

        >> FRED WOEHL, JR.: And each HMA would probably have a
different basis of information -- thank you, lord.

    [ Laughter ]

    Prayers work. What can I say?

    [ Laughter ]

    Highway did you do that, Dan? Oh, goodness. I mean, so how
long does it take to adjust an AML? I think that's what this was
all about. In those areas where there's a fire that sweeps
through. We've had lots of fires. Almost 500,000 acres here in
this state, and horses can't handle that, but the AML is still
the same. Is that what this is directed to?

        >> ALAN SHEPHERD: And I think the way I would answer
Jim's thought is we're not going to adjust the AML immediately
with that scenario. We're just going to look at adjusting that
population level to help benefit the restoration. And then look

at the monitoring data down the line to see did that restoration
enhance the area and it's benefitting the horses? Or did it
just, you know, burn the soil clean that it's not going to be
beneficial to re-establish some of the things? And we go to the
land of cheat grass in a lot of our country where the AML isn't
supported anymore. So, I think the key thing would be a BLM
response to manage animals in specific cases to a response of a
major drought or major fire instead of adjusting the AML
immediately. That comes later with trying to do -- have them
with the right data.

        >> FRED WOEHL, JR.: That makes sense.

        >> BRUCE RITTENHOUSE: That makes a lot of sense. Does
the policy currently call for the initiation of analysis to
start looking at data coming out of a --?

        >> ALAN SHEPHERD: We have gotten to the AML range, and
we can start looking to see is AML appropriate? In 85% or 90% of
our HMAs, we never achieved AML, so how do we know it's
right? That's the key. I have been doing this stuff for 29
years, and I have only reached AML twice in one HMA, and that
was because of a fire or a drought. I have never achieved it due
to AML gathers, to achieve AML as a management tool, just
because we have never had the capabilities to be there. I think
that's the big thing. We have to be able to get there and stay
there for a little bit and see what happens on the ground, you
know? The problem is, in a lot of our countries, especially the
great basin and our Mohave country and things like that, where
it takes five and ten and 15, and maybe 50 years to see any
major response to some of this stuff. We just have to hope that
we see a response and we get favorable moisture and things like
that and we keep that number there, so we can see how the
vegetation responds.

        >> FRED WOEHL, JR.: Thank you.

        >> BRUCE RITTENHOUSE: That's it.

        >> FRED WOEHL, JR.: That's it for you, Bruce.  You can
come back up here and sit now. You can sit with the big boys.

        >> FRED WOEHL, JR.: We will now hear from Ms. Hope
Woodward, and she will talk about what the forest service is
doing with their wildlife services. I appreciate you being
patient it's a good meeting. We're asking lots of questions and
finding out lots of information. So, buckle your seat belt,
because -- it's your turn to drive.

        >> All right. Thank you very much for the opportunity to
present here to you, and thank you for Utah state for hosting
this I want to note that this presentation is a little bit
different than what was on the website. We are about a tenth of
the size, however, we are authorized similarly as the BLM under
the wild roaming Wild Horse and Burro act as amended. The issues
we face, and the opportunities are similar to that of the BLM,
and that we also do partner with the BLM and actually have 24 of
our territories -- they are referred to as territories as

opposed to herd management or herd areas.  We actually partner with the BLM on 24 of those, primarily in Nevada where we share boundaries.  We have approximately 8700 wild horses and wild burros on the active territories that are found in 19 national forests in eight western states on 2.1 million acres.

I am pausing, because 19 seems like a number of national forests, but I think that number is likely correct. And of those 24, 27 are wild horse territories and four are wild burro territories, and three are actually combined, and those are in the spring mountains areas outside of Las Vegas.

Our staffing is a bit smaller than the BLM, and we have the staff in region three. The Washington office has a program manager, myself. And also in region three, we have dedicated specialists on the Carson national forest, there's a wild horse specialist and a facility manager and also a horse technician seasonal, and we were also able to bring on Carson assisted funding to bring on four wild horse interns. Some of which are continuing on. So, there's not a separate tab here as Carson pointed out. Here present with us today, we are fortunate. But the region three as a dedicated wild horse and burro coordinator. Dr. Francisco is a veterinarian and Ph. Primarily, we're funded to support the costs related to the animals, horses and burros, primarily horses removed off of forestlands prior to FY14. There are approximately 700 animals in BLM long-term holding pastures, and that's where we receive our budgeted for funding. We received the same FY18 as we did in FY17. Fortunately, the costs were somewhat reduced overall. We're actually billed after the end of the calendar year, and so we did have a little bit of extra funding beyond 550,000 that we could use for other program support out to the regions and forests.

And we're looking at for FY19, additional funds, primarily to be covering not only those horses in the BLM long term, but also animals that were removed, and an emergency gather, which I'll refer to later in the Cold Creek area, wild horse territory. And then also the animals that are to be removed, the helicopter round-up on the Modoc national forest that will be in short-term care for adoption and sales at the BLM facilities. In terms of our management capacity and planning, how the forest service has approached management, without decisions, we're limited in management other than for emergency gathers off private, tribal, state lands, or for public safety or safety of the animals. Currently we have seven of the 34 territories have decisions, three are joint managed, and we have four that are working on wild horse management plans.

In terms of the management that we have been doing, particularly on those that do have the management plans, and this includes the prior mountain herd, which the forest service, 10% of that herd is on the forest service in Montana. So, in

terms of on-range fertility control, we have two territories
doing that. That includes the priors and Jicarilla. At least for
this fiscal year. In other years we have had fertility control
on both Herita mesa and Jicarilla. Both are in northern New
Mexico. The Jicarilla and the Herita mesa go to the Bloomfield
facility in the Carson national forest.  And Modoc has recently
come on with a new short-term facility on Modoc national forest
and with capacity, initial phase one, of about 300 to 500
horses.

         In terms of round-ups and removal of animals, which
includes helicopter as well as bait trapping, there is ongoing
bait trap removal in the Carson forest. This year, the
Jicarilla, the forest service land. That is a jointly managed
area with the BLM. And activities have been conducted on the
prior service portion, and not on the mesa portion, which is the
BLM. So, the gathers would be off the Jicarilla, the planned
Modoc gathers, and the emergency gathers on cold creek
territory, cold creek area. In terms of gentling and training,
we have been doing that on the Carson, some on the Jicarilla,
and also the Modoc national forest. And adoptions and sales,
those have been done on the same three forests, and also some on
the Prior Mountains. I don't have figures this year on the prior
mountains in terms of the we have appropriate management levels
for 2000 for horses and 296 for burros.  Overall, we're almost
four times over AML, or 400%. We do have some territories with
higher percent over AML. And we also do have some territories
that are actually under AML, some very small territories in
Nevada.

         >> FRED WOEHL, JR.: Hope, are you going to talk more
about the devil's garden?

         >> HOPE WOODWARD: Yes. There are more in later context,
and I will discuss certain aspects of that as well.

         >> FRED WOEHL, JR.: Okay.

         >> HOPE WOODWARD: A note in terms of management
planning, there's a few territories that have done management
planning, and there's others that yet need to do management
planning, and that's also discussed in another slide. So,
there's need for review for about 25 territories, the AML
review. As was noted earlier in the 70s and 80s, there was
initial review. And then some of those territories haven't had
any review or analysis regarding decisions in this.

         So the areas that I'll be going into in the next few
slides have to do with where we are in the status of our plans
and fertility control related to management as well as well as
litigation. So, I noted that we have 34 active territories and
seven with NEPA decisions. Those are in New Mexico, Hundo Torape
is one. And another in the cherry creek area. And also this
year, Hickasun completed a management plan out of the Austin
range district in Nevada. The Modoc national forest also has a
signed management plan with the priors, and San Bernardino

territory. And we have five territories working on management
plans. The Heber has completed the collaborative group process,
and now they're going to be beginning the EPA process in mid-
November, and they expect to go out for scoping for initial work
and proposed action. The North Hills, we've moved along with
assistance of the BLM. They have taken the lead on that EA, and
likely for the BLM, they have a management decision in this
first quarter, and then likely the Dixie will sign a decision
the next -- the second quarter. So, the population surveys are
generally done with the BLM, especially where we have joint
managed areas. But we have surveys for populations that are done
more informally. We have horseback surveys, and some population
is derived from the permu-T observations. The Jicarilla is the
primary territory with the only -- only area that we have done
fertility control, the forest service led this year. We plan to
expand that, the fertility control with PZP. Carson is bringing
in the science center, and they will put on PZP training for
about ten people, including staff from Oregon. The Ocicho did
conduct a pilot study to see how that might be affected for
those horses, and they are deciding to move through with
training people and working to get something that perhaps maybe
hadn't been brought out here before, the EPA licensing. And that
varies. States require certification or licensing. So, although
we are treating vertebrates, for Oregon, for example, you're
looking at rodents. Some states are more stringent to get that
licensure. Some are easier to get that.

       In terms of the gathers, in reference to Fred's
question, today began the round up via helicopter on the Devil's
Garden, and there's a planned removal for 1,000 horses.  I'm
wondering whether it might be more appropriate to be
question/answer or break out on a separate -- after going
through the slides first, and then returning to that.

       In terms of removal by bait trapping, we removed one
horse off the Big Summit territory, due to the horse having
become overly habituated, being fed by the public, and that was
an unfortunate occurrence that there is need for greater
education for the public. Some signs are put up there. And
unfortunate to have one of our partners who is working towards
adopting that animal. As I noted, we had an emergency gather
related to low body condition, lack of forge off of Cold
Creek. This was in April and May, and 148 horses were removed
through bait trapping and with assistance, at least in terms of
the contracting with the BLM. However, this was a forest service
bait-trap gather removal of those animals. And they are
available for adoption. The first ones became available for
adoption out of the Ridge Crest facility in south eastern
California on August 1. And probably two weeks ago, I think 16
of those had been adopted out for training. So, those are some
very gentle, easily approachable animals. And we're looking to
have success in finding good homes for those animals. And the

Ridge Crest facility has been helpful in taking on that role
when we didn't have a place for those animals to go to offer
them for adoption. In terms of the Jicarilla, this year they
removed 48 horses from bait-trapping method. In terms of the
gentling and training program, with Devil's Garden, animals
removed through several partners, were able to adopt out a
number of horses and get those gentled. That was actually more
of last fiscal year. But that still is an active program, and
they're working on developing other partners and other gentling
programs. The Jicarilla, in addition to the Jicarilla Mustang
Heritage alliance, which is one of the partners with the Carson,
the Carson has also been doing some in-house, so to speak,
gentling with some of the interns that came on, two of them have
horse experience or training experience. And the one I mentioned
on the Big Summit. And sales, 37 animals were sold off the
Jicarilla.
          We're getting near the end of the presentation. I noted
with the Jicarilla mustang heritage alliance, they are working
with the Carson as well as the sky mountain wild horse
sanctuary, who have assisted doing work with PZP as well as with
surveys and setting out cameras. I noted we were able to bring
on a number of interns. The Washington program has several
partners, two of which are the college trees program, and we
were able to bring on six interns on the Carson for, and also
two here in Oregon. Those partners were on. We funded a Modoc to
assist with the wild horse program. Okay. All right. So, just
the other inner agency agreements that we have other than those
working with the BLM are national agreement to refund the BLM
for care of the horses we have an agreement that expires this
calendar year. They were helpful in working with the Salt River
horse collaborative in Arizona outside of phoenix on the Tonto
national forest, and they have also been working with a
contractor now to form a collaborative to look into solutions
working with the state of Arizona for those horses. These were
not protected under the wild and free roaming horse and burros
act. However, tracking those animals as well as unauthorized
animals that are not protected under the act also comes under
the purview of the wild horse and burro program in forest
service, in collaboration working with our units, the forest
service local units. We're recognizing just overall on this
idea, on the agreements that we need to develop into more
partnerships.  We need to engage how to engage those
partnerships and formalize and develop new partners. And the
idea of having open and honest communications, respectful
communications, and that all information gets out on the
table. People are able to really express what their side boards
are, what their needs, we are using the Udall foundation for
that. In terms of informal agreements where we don't have an
MLU, the -- has been a partner assisting with the pike summit
herd, particularly with the annual ground surveys. And also they

have been assisting, too, with emergency issues such as the one
I mentioned earlier about the animal that needed to be
removed. And then the Modoc placement committee on the Modoc
national forest has been continuing to work to help place
animals and look for alternative solutions to long-term
management.

        We currently have one ongoing litigation that is
ongoing from last year, which is actually FY18. And those
plaintiffs are noted here. That is currently ongoing, and there
is no ruling on that case. Oh! And I didn't show these slides
here. I apologize. I was imagining that you were seeing that. I
apologize thinking that you were maybe seeing all of that.

        This last slide, we move on to the question issues, and
given that I don't have the slides specifically on the Modoc
national forest gather off the devil's garden plateau wild horse
territory, I want to note a few points about that. I will pause
here just to get my thoughts in order. So, this round up and
removal of horses via helicopter contract which began today,
this falls under the authority under the act in terms of
maintaining a thriving and preserving and maintaining and
achieving a thriving natural ecological balance in terms of our
relationship on our wild horse and burro territories. There are
an estimated 4,000 for a territory with an AML that was set in
2013 of 402 horses...

        And it is seen that without removing some of those
horses and removing towards AML, that there could be significant
damage. There already has been damage to the eco-system, and
also to the horses themselves. The Modoc national forest plans
to make as many of those removed horses as possible available
for adoption to good homes. And I have specifics on how that
will be done. However, it's unlikely that there will be enough
adopters provide homes for all of the gathered horses. And given
the population on the Modoc national forest is expected to
increase by 20% a year, it's seen that it may be destructive to
actually return those horses not adopted to the
territory. Destructive in terms of the habitat, of the
territory. So, these horses, some of these horses will be made
available for sale. We recognize this is the least preferred
option in terms of limited sale, as well as unlimited sale
authority that the forest service does have authority to use
under the act.

        And so that's why we're working hard, both the actions
of the forest service, as well as partnering with the BLM to
prioritize adoption of the gathered horses. And there is
additional information on the devil's garden plateau wild horse
territory web page, as well as links for application for limited
sales application for the Modoc, as well as an application for
adoption for the Modoc, and links to the BLM website to apply
for adoptions of those animals that will be going to the BLM
facility. Approximately 700 will be going, I believe, to the

Litchfield facility, north of Susanville, and 300 animals will
be going to the new Devil facility on the Modoc national
forest.

>> FRED WOEHL, JR.: Okay. Now in the past, in 2015, the
forest service kind of terminated their cooperative agreement
with the bureau of land management. They quit sending them
horses and started operating on their own. Are you saying that's
coming back since you're sending them to the BLM holding
facilities?

>> HOPE WOODWARD: Yes and no. The forest service is not
managing to put in long-term holding.  So that's not changing. I
would say no, we are not revising that. We are using our
existing memo of understanding with the BLM and our national
agreement. And so the animals that will be removed off of the
Modoc national forest that are under ten years old will
be -- will be -- I'm pausing, just because I've believing that
they're going to the Litchfield facility, and they will be
offered for adoption there, and they will go on to the agreement
to have those animals there for a short-term facility and no go
into long-term.

>> FRED WOEHL, JR.: So what happens if them 700 head
don't get adopted? How long is Litchfield going to hold on to
the 700 head?

>> HOPE WOODWARD: My understanding is they will hold on
to the 700 head for a year, and those are discussions that we
haven't finalized. So, I don't feel that I can speak outside of
what the Murdoch's plans are right now.

>> FRED WOEHL, JR.: Okay.

>> HOPE WOODWARD: They may very well be that I could get
back to you, maybe I can dial them up and get back to you by
tomorrow, perhaps.

>> FRED WOEHL, JR.: I understand that. Now the 300 head
that you've got, and you know, I'm aware of a lot of stuff
between the BLM and the forest service, and being on this board
as long as I have and being an active participant in a lot of
this. Honestly, my e-mails are burning up with some of the
information that is coming up. I don't know how much of it is
true, and how much of it is not, how much of it is half-truths
and how much of it is out and out lies. If there's something you
can't answer, just say that. But, the advocacy groups are going
crazy that you're going to send 300 horses to slaughter. And
that's some of the comments that I'm getting. And I know that's
not exactly correct, but I do know that you're going to offer
those horses for sale in the same manner that BLM does SE
horses. Is that right?

>> HOPE WOODWARD: That's correct. The Modoc national
forest has determined a process recording to sales as well as
adoptions. We recognize the sale without limitation is
controversial, so we have a progression of potential options to
move horses out of government ownership. The priorities are

adoptions and sales with limits under the current BLM guidance criteria, and also sales without limits, addressed by the act as amended as well as California state law.

>> FRED WOEHL, JR.: How can the forest service have sales without limits if they are acting under the same as BLM, and BLM can't?

>> HOPE WOODWARD: We are not required to not sell horses -- let me say this appropriately or correctly. Although we can sell horses without limitations, there's nothing in the act that says that we cannot offer them with limitations.

>> FRED WOEHL, JR.: That makes sense.

>> JIM FRENCH: Did I hear you say it's also under the provisions of the California state law?

>> HOPE WOODWARD: There is language related to the penal code for the Virginia state penal code.

>> JIM FRENCH: So there's a California state law that says you can't export or sell a horse in California for slaughter, right?

>> HOPE WOODWARD: There is actually -- it's probably best to actually look at the language itself rather than to interpret the California penal code section 598C and 598D.

>> FRED WOEHL, JR.: Do you have it there?

>> HOPE WOODWARD: It's unlawful for any person to buy or accept a horse with the intent of killing the horse if that person knows or should have known that any part of that horse will be used for human consumption. And under 598D, it's unlawful under that law to offer sale for sale horse meat for human consumption.

>> FRED WOEHL, JR.: For human consumption. That's interesting.

>> May I ask a quick question? For my own information, doesn't federal law supersede state law?

>> HOPE WOODWARD: There is a question for that that our counsel has discussed and BLM forest service. And we do have some thoughts related to mentioning the California penal code provisions on our forms. These forms are not approved by the office of management and business. These are forms that we've produced in the interim while we're working through getting OMB-approved forms forest-wide.

So, you may look at the interpretations of that. The office of supremacy of federal law over state law. The Modoc national forest has felt that it was important to include those on the form. If there is a need to remove or discuss, our counsel is aware of that.

>> FRED WOEHL, JR.: I assume that litigation is going to answer that question for us. At this point, has there been any lawsuits filed that you are aware of?

>> HOPE WOODWARD: I could check my Skype here. I'm not aware that any litigation has been filed.

>> FRED WOEHL, JR.: You just explained it very good,

under the BLM regulations, congress has stipulations in the
appropriations bill, but the same stipulations are not in USDA's
budget bill, which is why you can do what you're doing is
basically what you're saying.

>> HOPE WOODWARD: That's correct. We do have that
authority. We have the authority to use that. And we also have
the discretion to not use that authority.

>> FRED WOEHL, JR.: But I want to clarify the fact that
you're going to do every effort that you can to be sure that
these horses go to good homes. That's the first and foremost
priority of everything, correct?

>> HOPE WOODWARD: Yes. The direction from the Washington
office as well as what the Modoc has stated is that the first
priority is to find good homes for these animals, either through
adoption or sale with limitation.

>> FRED WOEHL, JR.: Okay. But -- okay. That makes
sense. Any other board members? Ginger?

>> GINGER KATHRENS: I think it's unfortunate that
someone who cares so deeply is in this situation. I know that
the board's hope that these horses can find homes.  Thank you.

>> I know you mentioned this, but how many are they
planning to actually remove?

>> HOPE WOODWARD: They're planning to remove up to 1,000
horses, so 1,000 horses. And that action starts today, and will
continue until 1,000 horses are removed.

>> There's about 3,000 or 3500 over AML. Is the
long-term plan to get back to AML?

>> HOPE WOODWARD: So the long-term plan is to get to
AML. And this gather removal round-up is actually part of a
four-year plan to get to AML.

>> So if everything goes as planned, within four years,
they'll be back to AML?

>> HOPE WOODWARD: That's correct.

>> One question I have, and this stems from our
conversation with Paul and Celeste yesterday in our break-out
meeting. From what I understood, don't they have draft blood in
them?

>> HOPE WOODWARD: Yes. And they are generally recognized
as being horses that are easy to train. And they're also the
larger size, approaching 16 as ginger mentioned, but 15,
possibly up to 16 hands. And that's also expected that the
younger horses who may have been raised and given better feed
and forge could attain larger size. Some of the horses removed
in 2016 were not as large size as we had expected. But, there's
a number of photos on the website, actually, a little bit of
time on Facebook, and Googling Modoc, you'll see a number of the
horses that have been adopted out over the years, and discussion
about the horses.

>> STEVEN YARDLEY: I just remember Holle mentioning one
of the big frustrations is that a lot of the wild horses were

not big enough. Maybe some outreach can go out. That's a good thought.

>> HOPE WOODWARD: That's a good recommendation, Steve, and hopefully if the Modoc is not listening in, I will pass that on. I know we worked with Steve Leonard out of Canon City and border control. But certainly, those are options, and actually opportunities that we'd like to have for the horses.

>> FRED WOEHL, JR.: I have one more question, and then we'll hit. Are these horses branded on the neck like a BLM horse? Or how are they identified?

>> HOPE WOODWARD: The Modoc national forest plans to use microchipping, using the same process or readers that the BLM would use.

>> FRED WOEHL, JR.: Okay.

>> HOPE WOODWARD: And they also will have identification neck tags.

>> FRED WOEHL, JR.: Okay. Thank you very much. Okay. What we're going to do, since we have taken -- we have taken Alan's time with everything, we're going to let him have as much time as he wants, but we're going to take a short five to seven-minute break. I want everybody back in here at 20 after 3:00. Alan, you'll have as much time as you need, because we don't want to hear Holle talk, and you can have as much time as you want.

[ Laughter ]

>> FRED WOEHL, JR.: If everybody will please take their seats, we'll start back up. Thank you. If the rest of the board members will please come back to the podium... we're going to start docking your pay. I want you to understand that the agenda is an outline or a guide.  The purpose of a board meeting is to learn as much information and fact-find as much as we can, and that's what we're going to do as a board. I apologize to those that don't get on time. Alan, I really do apologize for that. Our job is to ask as many questions as we can, obtain as much information as we can, and that's exactly what we're going to do. At this time, I turn it over to Mr. Alan Shepard, who is the operating manager and a friend of mine.

>> ALAN SHEPHERD: I'm the on-range branch manager. Holle will get mad if I take her title.

>> FRED WOEHL, JR.: She stays mad at me all the time.

>> ALAN SHEPHERD: I want to give a quick overview of our report to congress that we were requested to make a -- or develop a year ago. I'm going to run through a couple of quick things that we took into account in presenting the program to congress. We had over 82,000 animals at the time that we were writing the document, which is roughly three times the appropriate management level. We looked at the current populations were threatening the western range lands, impacting the ecological functions that we were dealing with, and in

limiting forge and water availability to all users. One of the big things we're seeing because of these numbers is emergency gathers based on water and forge availability are becoming more common, and we have to do them to save impacted and in peril animals.

One of the big keys that we deal with is we can't gather enough animals and treat enough animals to reduce the herd sizes through fertility control alone. They are not 100% effective. I think it is a valuable tool and will be a valuable tool when we're at AML, and can use it as a management tool at that time to keep us there. But at the current rate, it will not solve our problem. Low adoptions and sales have definitely resulted in the volume of horses we've got in holding at this point in time. So, we have to deal with that issue. And where we're spending 60% of appropriated funds for holding of animals and care for them, we definitely need to placing those animals, in order to make that funding available for other uses for proper management on the ground.

So the report to congress, in our appropriations language, in our 2007 appropriations language, congress requested a report from the BLM containing options for humanely achieving appropriate management level. They didn't request how many options, what they should look like, where they -- what they needed to be at what level. They wanted -- they gave us a time line of when they wanted that document, and we strive to achieve it. The program put together a group team of managers and specialists geared towards developing that document. We think we put together a pretty extensive and experienced team to look at all aspects of the program. And we went forward with that.

Over the course of a year and a few months, we finalized that report in April of 2018. In developing our report, we went into it with several management assumptions that we wanted to use to gear us as we developed the different options. And the holding expenses that we create by holding so many animals that we have. So, we can free up the funding that our allocations are for on-the-ground management. We had the assumption that long-term holding space including would be available if we're going to achieve these options. And we continued to ask for authority to transfer or to get authority to transfer animals to nonprofits. Other federal agencies, state and local governments. A couple more assumptions that we used in developing our goals were we identified a set of categorical exclusions within the framework of national environmental policy act, organization NEPA.

We assumed for any treatments that we would need to do on the animals themselves, we would have experienced veterinarians available into the level that we needed. Depending on what we were doing, we would need a lot of them with specialized abilities.

And then we also looked at any other legislative options or changes that could be considered to help us achieve some of these management options in our goal of achieving AML across the country and on all of our HMAs.

We'll just dive into the options.  Option number one, our goal is to achieve AML using all existing authorities within the act. Over a ten-year period, under this option, we would need to remove roughly 156,000 animals over a ten-year period to achieve AML. Y'all. We would treat with fertility control, primarily sterilization and vaccines of 38,000 mares over that time period. We would hope to achieve 40 plus thousand adoptions over that time period. We would, under sales without restriction, we would need to sell roughly 110,000 wild horses and burros and roughly 24,000 animals would need to be unitized due to -- it would account for roughly 200 million more than what we are currently spending in that time period, so roughly a billion dollars. Using this option, we would achieve AML in roughly eight years.

Option number two was to achieve AML using our current existing authorities. So, no sale without limitation and no euthanasia by substantially increasing program funding. We would need to remove, under this ten-year alternative, 151,000 wild horses and burros. We would need to treat over 52,000 mares with fertility control. 2,000 sales within current restrictions during that time period. Off-range population would increase, so our holding population would increase to 110,000 animals, roughly. The cost would exceed our annual budget by 1.1 million, or a billion with a "B" dollars, so we would be close to $2 billion for the program over ten years.

>> FRED WOEHL, JR.: Now Alan, is that over the ten-year period? Or 1.1 per year?

>> ALAN SHEPHERD: It would be our base funding that we get now, each year annually for ten years plus 1.1 billion over the ten years.

>> FRED WOEHL, JR.: So you would divide that by ten?

>> ALAN SHEPHERD: You could do it that way. You're definitely in the 150 million plus annually until we hit AML.

>> FRED WOEHL, JR.: And then your slide on option one would have increased the budget by about $20 million a year?

>> ALAN SHEPHERD: Correct.

>> FRED WOEHL, JR.: It's going to average $20 million a year?

>> What would be the ramifications -- so this is 0 to 10 years, but in the aftermath, what is the budget going to look like with option one versus option two?

>> ALAN SHEPHERD: Once we have achieved AML, that curve, the spending ups and downs will level out, and we will actually decrease our budget. If we achieve AML, we have no holding under that option. We would actually decrease it and still be able to have a manageable program, because we would have it under

control, and we would be achieving -- we would be placing animals hopefully as quickly as we need to remove them and things like that.

>> With option two as well?

>> ALAN SHEPHERD: With all the options that we will talk about. They will eventually all level out once we achieve AML. We have to achieve AML in order to get the budget to stabilize and/or decrease.

Okay. Option number three. Again, using the existing authorities to help place the animals as quickly as possible. The removal rate would be roughly 129,000 animals over the ten-year period. We would be treating 26,000 mares in that time period. 84,000 adoptions would need to occur in that -- over that time period using the financial incentive program that we're developing, hoping to basically double our approach of what we're doing currently. During that, we would be selling roughly 2,000 animals, which is about what we sell in a given year to 200 to 300 a year. And our off-range population would still be increasing to some level. By year ten, we would still have roughly 70,000 animals in holding. This is our quickest one, and we could do that within six years, but we will be removing a lot of animals, and we have to expect to place a lot of animals during that time period.  86 thousand animals would be expected to be placed during that time period. It's the most expensive -- this is where the big dollars come in. We would need an additional $1.4 billion above our cumulative appropriations in order to achieve this.

Our last option is using existing authorities creating -- using the adoption incentive program, and increasing permanent sterilization. This would remove roughly 36,600 animals.  We would treat 103,000 mares with fertility control, focusing on sterilization over a 10-year period of time. 40,000 adoptions would need to occur through the incentive program, similar to option number three. And sales would be roughly 2,000 animals as well. Our off-range population would be decreased to roughly 37,000 animals during that time period. This one would require roughly 320 million additional allocation of funding over the time period in order to achieve appropriate management level in 12 years. This is the only one that took us outside of the ten-year time frame that we were targeting. Even with doing a large number of sterilizations and placements and removals, it's still, based on the modeling that we did, still would require at least 12 years to achieve AML using this approach.

>> It's hard to compare between things without the background information. But when we look at things like spaying is incredibly contentious to begin with, but looking at feasibility, if you look at option four, over 10,000 mares a year that you would have to spay, that means you're gathering, you know, 40% of mares that are of a treatable age in any gather, so you're gathering 60% more, and BLM has

parameters. They can't gather more than, you know, you've said
anywhere between 15 to 18,000 a year, just because of
logistics. And that fluctuates, obviously. So, I have trouble
reading through these. And they are sort of magical numbers. I
don't know that they're attainable, and that is the analysis of
what's feasible.

>> ALAN SHEPHERD: The big thing is we have to assume
that we're going to have the contract crews to gather the
animals. So, that would likely mean we're going to have to
double or triple what we have currently in order to have that
type of work being done. Because we're going to have to gather
serious volumes of animals.  We're going to have to touch a lot
of animals in the course of a year. That's some of the
assumptions that we are going to have to have the funding for in
order to gather that number of animal. And in order to do that
volume of sterilizations, we're going to have to have those special,
having big cadre of qualified vets that can do the work we need
to have done.  And the sterilizations are going to be, you know,
we're going to have all kinds of gelding as well as spaying and
fertility control still happening. But, the big thing is that we
have got to control that mare population, that growth rate under
that option. And that's the most feasible method of controlling
for any assurance that we're going to control that growth rate
by using sterilization. But we're going to have to rely on a lot
of specialized labor work force.

>> And I want to couch that by saying you do have to
make a lot of assumptions when you model any of this, because
you start up here, and then you have to --

>> ALAN SHEPHERD: Right.

>> And figure out what you can do.

>> ALAN SHEPHERD: Right. With all of these options, and
these are the four principle options. We looked at all kinds of
different things, but these were the most practical to get us
within a set of parameters.  Our goal was ten years.  We set
that as our goal to see. And in talking to management and
requesters, ten years seemed to be the time frame we wanted to
live within. And so we have to look at that work that way. So,
that's why some of these numbers are just massive in scale. Are
they doable? I can't guarantee that. But, you know, we have to
formulate options that congress can absorb and mull it over and
give us a direction, you know? Tell us what they want. You
know? How do they want us to take this program? Do they want us
to reach it in ten years? Or do they tell us 20 years from
now? Or whenever? There's a lot of activity that has to occur.

>> BARRY PERRYMAN: One question I have, if any of these
are taken up and we get down to AML, what do you foresee as a
path way moving forward once we achieve AML so we're not
revisiting the same problem down the road ten years thereafter,
ten years, whatever. I think of us back in about 2007, we were
pretty close to AML on range.

>> ALAN SHEPHERD: My personal opinion is if we hit AML, and we maintain a suitable funding level that keeps us on the path to achieving and maintaining AML, I think we can keep it there as long as we maintain our tools.  And we need to use all of our tools in order to stay there. We can't slack off and take a time-out and sit back a couple of years, because we know what happens with two or three years of inactivity. We see what happens. We have experienced it multiple times, because we're multiple times over AML. I think the main thing is maintaining funding at the level we need to do the work we need to do population is going to be a goal to achieve and maintain AML, particularly to maintain it. And I think at that point we can get into the discussions that we've had already about looking at the monitoring and restoration projects and verifying AMLs and doing that type of work. But like we talked earlier, we have to achieve it first. We have to get to that number, and then we have to maintain it and see what, how our eco-system responds once we're there.

>> FRED WOEHL, JR.: Thank you. Alan, I think you have done a good job here trying to encapsulate the scale of the problem, which is something that I have been beating the bushes about for a long time now. The other scale of this plot is very hard to get our heads around. We can't service the debt because we're paying the interest, and we're about to get to the point where we can't make the interest payments. That's the reality of the situation. I believe there is a non-lethal way out of this. But we have to understand the scale of the problem. Anyway that you go about this, there's going to be 100 to 150,000 horses that are going to have to be dealt with in some way to get to AML. If we started today, okay? That's 150,000. How many cups of coffee is that if you have one each day? You know? Just think of it like that. It's an incredible amount. And so, all that to say this. This is my swag, and it may be some other folks' swag. There may be more horses, certainly as many horses on reservation lands than there is in the whole federal system right now. And of course, horses don't observe the sovereign boundary of reservations.  They move back and forth, even in the best of situations. They crawl through fences. They crawl over them. Fences aren't maintained on both sides. And so, my concern has been, if we were to get to AML, there's going to be a vacuum filled, at least in those areas around the Res. Those horses are going to come off the res, and they're going to be on public lands, and we may be right back where we were. So, the question is this: What is BLM and what is forest service doing? Is Hope still here? What is BLM and forest service doing to coordinate, for lack of a better term, with each of these -- each tribe is sovereign, and they have different governmental organizations and so on and so forth. What is being done to coordinate with them to sort of at least be ready for what could happen if this were to go down? Or if they wanted to participate in this

overall endeavor that we have to try and get a handle on this
debt curve that's bloody out of control right now.

>> ALAN SHEPHERD: Well, I think a major piece of it, you
know, I can't speak for the tribal governments and how they're
going to manage their land and horses.  I see our role as
opening lines of communications with those folks further. Of
knowing that we've seen it in many places where you create a
vacuum every time you remove animals.  You pull them, and
establish some level of equilibrium within the area. But, you
know, it's going to be -- the lines of communication of trying
to figure out, you know, this is what we've done, where can we
help? Or at least, you know, give them experience, you know? We
work closely with the forest service, so I think we will be
okay. We can work through those, because as we achieve AML, I
hope our partnerships and co-management of some of these areas
are bringing forest service with us. But the tribal ground and
state horses and things like that will always be something that
we have to consider them drawing in, especially if our habitat
starts improving. Forage starts creating and the brown horse
comes and visits and brings all of his buddies with him across
the tribal fence.

>> BARRY PERRYMAN: And now you're talking about health
issues as well. I think it would be good if BLM actually had an
action plan for going to the various tribal governments and
saying, Look, our problem is your problem and your problem is
our problem, and we probably need to see what we can do to
combine all of our resources and ideas and see if we can't, you
know, come to some kind of a hopefully non-lethal solution to
this.

But back to the scale, just for everybody's benefit,
we're talking about 125,000 horses BLM going in. And we have to
figure something else out. Double that. That's probably what the
real number is. It's probably closer to that than what we're
just dealing with here. That's the scale of the problem that
we're facing here. It's -- out of control doesn't describe the
situation.

>> FRED WOEHL, JR.: Tom?

>> TOM LENZ: When do you expect an answer from
congress?

>> ALAN SHEPHERD: I can't answer that.

[ Laughter ]

I wanted it the next day, but that didn't happen. We will
wait until they give us the direction they would like us to
follow.

>> TOM LENZ: And what expertise do they have?

>> ALAN SHEPHERD: I'm hoping they have staffers that are
looking through it and reading through the report that we gave
them, and at some point will ask us to sit down and clarify
it. I have talked to the appropriations staff when we released
it on both houses, and they asked a lot of good questions, but

it was definitely just cursory-type questions.  But I think that will come down to the individual, you know, congressmen and their staffer read through the document and formulate their own process of where they want to take it from there.

>> If we figure there's 80, 90,000 horses out there and half of them are mares and almost all of them are pregnant, we know we can't spay them the first 120 to 140 days, because the fetus maintains pregnancy. And we haven't had a research project done to determine how far into pregnancy we can spay them -- you may be able to do it throughout pregnancy. We may not. I don't know yet. So, that number, 10,000 a year, may not be feasible.

>> ALAN SHEPHERD: Like I said, these are, I guess, our best guess to achieve that time frame of looking at that ten-year period of time, that, you know, we know coming out of it that that's our best hope, you know? In reality, is it really going to take us 15 or 20 years using that approach? But the big thing is the numbers we generated and thought through were based on that ten-year target.  And that's what makes you look at it and swallow really hard and close your eyes and beg and things like that. But it's a lot of work. And a lot of animals to deal with. You know? And a lot of expertise.

>> FRED WOEHL, JR.: I appreciate that, but we have more discussion that we need to do. This is a very important topic for us, and so, let me have just a little bit more time, okay? I saw her. Bruce has a question.

>> BRUCE RITTENHOUSE: I don't have a question, but I know, getting to your question, Tom, about -- and Alan is right. If we will get a response. I have received a few phone calls.  Some folks are reading it, and this is good. These guys took a lot of effort to get that done.

>> FRED WOEHL, JR.: I think it's a good effort. But I assume if they asked for it, they would respond to it.  Maybe it's not a valid assumption.

[ Laughter ]

>> ALAN SHEPHERD: It wasn't one of the assumptions we went into it with.

>> I have been in this for ten years, when I adopted my first mustang.  And in that ten years, I've heard a lot of talk, but pretty much what's happened is status quo. People wish they had double the budget. They wish they had more tools in the tool box. But, nothing has changed in ten years. And the concern that I have is right now, it's beyond the control of the status quo, like the ship has sailed. We can't catch up to it. It's gone. And I don't know if we can out-spend it. I don't know if we can catch up, to be really honest.

So, the concern that I have is I think that it's more of a triage kind of situation. A lot of the HMAs are too far gone to be saved, to be honest. So, that begs the question, how big is the problem going to get, and how can you begin doing

triage to save what you can? And Gus today mentioned that there may be over 800 horses outside of HMAs, and -- 800 horses outside of HMAs in Utah alone. In Nevada, that number could be in the tens of thousands outside of the HMAs, and probably thousands outside of the HAs.

So, we're looking at 31 million acres just inside of the HMAs, and if we continue down the status quo, we might have tens of thousands of horses on 40 million acres or 50 million acres or 60 million acres, and it's just going to get bigger and bigger and bigger, and more and more out of control. And I wonder, is there anything that we can do to cap it at 31 million acres and have our triage and sacrifice it so that it doesn't become 40 or 50 or 60 million acres over the next few decades? Is there anything with fencing or with priorities or anybody talking about containing it at 30 million acres?

>> ALAN SHEPHERD: I think the main thing is one of our priorities that we will be -- I hope that we're definitely looking at is under a normal situation, which we currently aren't at, but under a normal situation, we would be targeting the HMA areas and HA areas around our existing established HMAs. If we can go in and target those, we can keep that expansion, which was already expanding. If we can control that, and then start making in-roads into it. That's some of our first steps, and that will be priority work, and work that each individual state, when they recommend their HMAs for treatment for management, they should be looking at those type of things of, where our issues are at, can we solve it in this gather? Or is it two gathers or whatever? They definitely all of our states need to be looking at how do we control those expansion animals plus the HA animals where we're not managing them long-term as we're working with the long-term management areas within the HMAs?

>> BEN MASTERS: Is there any budget for fencing to try to help with that expansion?

>> ALAN SHEPHERD: At this point in time, we spend very little on that type of work.

>> BEN MASTERS: If money was allocated for fencing, would it be beneficial?

>> ALAN SHEPHERD: You're dealing with grazing allotment and wildlife habitats and things like that. You could be placing a fence in a migration corridor for big game animals, for example, in Wyoming. That's a big issue right now with the secretary managing those critical migration corridors for big game. We could be boxing in animals, you know? I can't say that it's a definite thing, but we have to look at those type of things to see if there's a way to control movement away from where we want to do management. The wildlife staff and everybody to look at some of that management very collaboratively and come up with the best mechanism, especially if we get told you're going to do this within this period of time.

>> FRED WOEHL, JR.: Celeste?

>> CELESTE CARLISLE: My understanding of these options, and I could be wrong is congress was a little bit grumpy and said you have 30 days. That's not enough time to truly analyze members of this scope. And Paul and I are fond of saying we do a lot of back of the envelope calculations. But then after you've done those, you have to get down into the weeds and into the nitty gritties. I'm hopeful that congress understands that in the presentation of these four options, that these are very basic starting points, because otherwise, these are not good options.

>> ALAN SHEPHERD: We made it very clear when we talked to folks about it that this is the national AML. It's not HMA by HMA by HMA. In any scenario we run, you're going to have HMAs that are low AML, mid AML, and high AML, and twice AML. And you're going to have -- your average, the goal, the average is going to be the national AML. And then we can start looking at that other stuff. But, it's going to come down to once we really get -- if we implement whatever direction we go, that's when the more finite pencil pushing gets going with, you know, HMAs by HMA or complexes or states. And then how it melds into that national number.

>> FRED WOEHL, JR.: Ginger?

>> GINGER KATHRENS: You can go ahead. I hadn't planned on saying this at all, but I think that it's time that we looked at the whole program in a very different way. And I think that the HMA concepts haven't been successful in a lot of places because there are so many conflicts. In 1998 or whenever Pat became the director of the BLM, he came to Colorado, and he met with me. And he had a concept of wild horse commons. You wouldn't have all of these little herds all over the place, but you would, within an area in each state in which they are designated, you would have a common area where you have wild horses, and it would be managed primarily for the wildlife. And they would not have livestock grazing. Because a lot of the conflicts come from the multiple-use concept. And this is something that I have rejected immediately when the director said that, because it would require opening up the Wild Horse and Burro act and looking at management of wild horses in a completely different way that wasn't one that comported with the law. But, I'm just throwing this out here, because I'm very willing to sit down with BLM or anybody that would want to discuss a really truly different way of looking at wild horses, where they could be truly viable populations of animals, not 20 in one HMA and 153 in another, and 24 in another. They're just not viable. And when you really are striving to get to AML, which is the number that is probably reflected what it was when the act was passed, when they were fast disappearing, I don't think that's realistic. I don't think it's genetically realistic. And so I just throw it out there that I would love to

embrace discussions on ways which the animals could be managed
in large herds in a couple of places that don't interfere with
other activities and they would be primarily for wildlife. I say
primarily for wildlife, because we know that, and Gus as
mentioned this, we know where predators can be protected, but
there are even natural management tools that are possible,
augmented with humane PZP. I'm not saying we wouldn't try to
maintain in numbers in that way. I just throw it out there,
Alan, because you've been around for a long time, and we've been
through so many struggles together. And I mean, how many
animals -- what would be the method of killing the animals that
you're talking about?

        >> ALAN SHEPHERD: We would use whatever the approved
method would be. You know? That would be the consultation with
our vet advisors and things like that to be the appropriate,
most humane way practical. Most likely it would be animals that
we've already removed from the range, and/or certain
adoptability or salability or whatever. You would definitely
have to look into that criteria. But it would be the most humane
method.

        >> GINGER KATHRENS: That would probably be a
gunshot. That would be the most humane method of dealing with
this. They didn't even know what hit them. But I mean, this is a
pretty emotional issue.

        >> FRED WOEHL, JR.: We're going hear from Jim and Hope,
because we're running out of time. Daniel is giving me a really
mean look, and I don't want him mad at me. Jim, go ahead and
talk, and Ms. Hope, you'll have a chance to talk, and then we'll
move on to the next item on the agenda. If you want to have a
seat up here, you can. You don't need to stand there.

        >> JIM FRENCH: I was going to confine my comment to one
issue, but now I have more after listening to Ginger. Relative
to re-writing how the Wild Horse and Burro act is administered
would not only crack open the act itself, but also NEPA
and -- so getting that accomplished through congress is going to
be -- not going be easy by comparison to what we have in front
of us. I just wanted to say that. The other side of it,
from -- did we provide specific program proposals to affect the
40,000 adoptions to congress to get that increased public
awareness or public activity or public acceptance in the removal
of horses from their responsibility? We had a sliding scale in
terms of the number of adoptions, and I wonder if housed within
this, if there is any indication as to how we will go about
marketing to that degree.

        >> ALAN SHEPHERD: For the three or four main approaches
is, for the most part, we had to assume our adoption level was
going to be static for most cases, except where we had the
incentive, and the goal of the incentive was to double,
basically, that status. So, if we adopted more in a year, we may
not have to sell as many, or we may not have to do as many

sterilizations or that type of work. I think one of the main
things we discussed is if we're successful with placement, that
will affect a lot of the components of each option of what we
can do and can't do.

          So we all know we need to do a better job of placement
of animals, whether if it's marketing or, you know, just getting
the word out better or however, getting new markets. And Holle
has talked more about that and will talk more about it. But I
think the way we have to approach these scenarios or these
options is the fact that we have to look at some of those things
as a very static thing, because we can't see the future. And so
we looked at it as that 4,000 number for adoptions, for example,
per year for ten years is about what we're averaging over the
last period of time. So, we stayed at that level with the
options were we boosted the incentive was to hope to magnify
that either one or twofold.
          >> JIM FRENCH: I get that. Thank you.
          >> CELESTE CARLISLE: I would like to respond to Dr.
Perryman, and I would like to present Dr. Francisco, who is our
region three Arizona New Mexico wild horse and burro as well as
feral, unauthorized, and special status coordinator who has been
working with tribes.  She's been looking at this issue, so I
would like to present Dr. Francisco to answer that question.
          >> Many of the tribes have come to me and asked me the
same question. So, when I took this position in January 2017,
one of the first things that I looked at, because of something
that I have been working on in my own Pueblo in New Mexico,
because we have about 7,000 on our 700,000-acre reservation. We
have about 7,000 feral horses. And so, having the relations that
I've had as a veterinarian for 28 years with tribes and with
native people, when I came to the forest service, I brought that
relationship. And so we started working with New Mexico State
University, Dr. Sam Smalage put on an all voices summit in March
of this year where we invited the tribes. So, we want to really
engage the tribes in New Mexico and Arizona. Because what we've
found out is that, you know, obviously where we have national
forests, we are adjacent to tribal lands. And many of those
horses don't know that they're on forest service land, and they
don't know that they're on reservation land. We get what other
people don't want. So, somebody says I can't feed the horse
anymore, so they bring it to the reservation and let the
Indians, because the Indians all love horses.  We are finding
that on all tribal lands that we have an abundance of unwanted
horses that now belong to the tribes, and they become BLM or
forest service. So, we have a relationship, and we are working
very hard. In August, we sponsored a one-day summit and had the
USDA there and all the different tribal governments from New
Mexico, Arizona, Utah, Colorado, California, the south western
region. And some of the tribes talked about some pretty hard
decisions that they have to make. But nobody wants to see what

happened on the Navajo nation happen again, where you have 191 horses die in a mud pit. It wasn't something that was pleasant for anybody to see, and so those are things that we are working with and relationships that I am working to strengthen and hoping that we can definitely, because we know that these are -- these are tough decisions that have to be made. And tribes want to make the right decision. This was our country. No offense to any of you, but this was my country before it was any of yours. So, I definitely want to make my country strong, and that's why I served in the Air Force. So, I am a veteran. I have a deep, deep love for this country and the animals, which is why I became a veterinarian. So the tribes come, and we are working it out. So, the forest service is forward-thinking in knowing that part of the partnerships that we have to forge are those with the tribes.  The tribes are not very trusting of the U.S. government. I know that surprises a lot of people. But the tribes are not very supportive of the U.S. government. So, if I can as a government employee, and as a tribal person, build those relationships so that we can do what is right for the horses in the most humane matter, that is what we are doing and what the forest service wants to do.

          >> Can I ask where tribes are sovereign nations, what are some of the tribes doing that we could glean some ideas that they have come up with for their excess number of wild horses?

          >> DR. FRANCISCO: There was a horse hunt proposed, to hunt 60 horses on a remote location, but they faced a lot of outward opposition to that. Other tribes have thought about the same thing. One question that we get asked all the time, and I say we, meaning government officials. It was asked multiple times in our meeting in Colorado in August, why can't we slaughter horses? And we just, you know, we have to explain that. We did have people there from the food safety inspection service that explained to the tribes the history of what happened. And so the tribes were better educated on why that stopped and why it was not permissible currently. But those are some of the things.

           Other tribes, I will just be honest with you, are probably doing things that people don't want to talk about. That's all I know.

          >> Thank you very much. Appreciate it. I appreciate your input. Paul, you got to be an auctioneer, because we have Mr. Paul right behind you.

          >> HOPE WOODWARD: I should have come up a long time ago and put the pressure on Alan. I warned Dan that he was long-winded.

     [ Laughter ]

          >> FRED WOEHL, JR.: It's Dan's fault.
          >> HOPE WOODWARD: It's Alan's fault.
     [ Laughter ]

I'll be brief. It has been introduced several times throughout this meeting today, and that's the adoption incentive program. One of the things that I think Alan hit on was that it was a part -- it was identified as a part of the report that was submitted to congress, the management options for sustainable program. I'll say that that's the title. And that was submitted back in April, and he already went through all of that. So, I'll just go over the goals of the adoption incentive program. The overall goal is to increase the number of animals that are placed into private care through adoption. And the board members that have been here before and others that are watching, you recall me mentioning an adoption incentive program that was a pilot that was in New Mexico that they did for a number of years, and basically, the incentive they were offering was $500 one time, and what they found is it did not increase the number of animals placed in private care, it just changed the type of animals.  We are hoping this was a thousand-dollar total opportunity for adopters to receive two payments, one of $500 at the time of adoption date, and $500 at the time of title date. We like to encourage new individuals and organizations that are not currently purchasing to come out. We want to reach a different market.  We want to encourage new individuals as well as reengage the prior adopters that may have been there before to consider adopting additional animals. It was time for him to come get another. If we have adopters that are coming to adopt animals every 25 years, then we can change that, for sure. Every animal that leaves the -- it is freeing up space for Alan to remove more animals, and a cost savings to us as well. The $1,000 incentive is less than we would pay for the cost of an animal to stay in off-range corrals. Michael will be able to provide that information to you at the next board meeting, I'm guessing. Those cost savings will contribute to improving rangeland health. So, the adoption incentive, this is a draft policy that has been developed that is in the process of being approved. They will be able to choose if they wanted to participate and understand that they would be expected to of course adhere to the prohibited acts in terms of adoption, which is already a requirement as an adopter. And then they would be required to complete a separate form in addition to the adoption application. If they are participating, they would complete an adoption incentive agreement that has several different questions, and I identified the expectation that we would have of this adopter. And they would also be providing financial institution information for the direct deposit of the $500 initial fee. The initial fee of $500 incentive payment will be paid 60 days within the adoption date. It would be an electronic deposit, which is why we require the financial information, and the second payment would be eligible once the adopter completed all of their title application information, compliance

inspections, and all of those things would be required for submitting for the second $500 incentive payment.

>> FRED WOEHL, JR.: Holle, is there any training requirements with this as far as --

>> HOPE WOODWARD: Next slide.

>> FRED WOEHL, JR.: No, no, I'm talking about to get the money.

>> HOPE WOODWARD: Training? No.

>> FRED WOEHL, JR.: So they don't have to touch the horse or anything?

>> HOPE WOODWARD: Nope. Just adopting. This is to encourage new adopters and re-engage the old ones. So, the only requirement is that they would, of course adhere to appropriate acts in terms of adoption, and also the terms that are identified on the incentive agreement.

>> FRED WOEHL, JR.: And can you briefly discuss those? Or has that been done?

>> HOPE WOODWARD: It's being developed, but it's in draft, so I would rather not until it's finalized. The incentive program would work for all animals, all untrained wild horses and burros would be eligible, regardless of age, sex, color. And whether or not they are trained, doesn't matter the number of times that the animal has been offered, because it's an adoption. So, all animals whenever this program is launched sometime this fall would be eligible for this particular program.

An applicant can choose to adopt and not purchase the animal. The sale eligible animals that participate in the adoption incentive program. As I stated earlier, if an animal was sale eligible, it can still be adopted. If there's an animal being offered and says hey, you can purchase this animal, and they say I want to participate in the adoption incentive program, they would be able to do so. The adoption fees would be -- could be competitive or non-competitive. We have had kind of gone back and changed the format on a number of events. So, it just depends on the event. That would be identified in all of the advertising, as it is now. And again, trained animals are not eligible for this particular incentive. This is an extra thought. The reality is that the off-range holding numbers may not increase dramatically, however, we are wanting to implement this particular adoption program in an effort to assist BLM in regaining balanced populations and rangelands. That's really the goal. So, I know that this is not going to place 36,000 animals into private care, but it is one of the next tools, next steps, one of the components of getting that done. So, many new things that have been coming out of off-range, I talked earlier that we have increased the number of online corral events.  We've increased the number of adoptions or sale events that take place at the off-range corrals.  That has changed, and we have encouraged the facility managers to host more than one in a one

big drum bone. It's going to have a lot of different ingredients
in order for us to move and increase the number of animals
placed into private care.

>> FRED WOEHL, JR.: Questions?

>> JIM FRENCH: I have a question, and I'm going to think
outside of the box. I wonder how we arrived at the 500,000
number. The first time I heard this incentive program proposed
was at a national association of counties meeting in Washington
dc, and Neil Kornze presented that at the time, and he mentioned
$10,000 for that incentive. $10,000 is obviously a lot of money,
but when you are talking $48,000 for the life of the horse,
there is still $38,000 going back to the treasury, in my math. I
come back to that first question, is how did we arrive at
$1,000?

>> HOPE WOODWARD: Just to comment on the $10,000 in the
previous proposal, there have been several discussions about
incentive payments, and that was $10,000 for ten years, so it
still averaged to $1,000 per year. That one had challenges about
committing appropriation dollars in future years when we weren't
really sure what the funding would look like for the
program. But the thousand dollars in this particular scenario
did take into account that based on FY16 and FY17 numbers, we
averaged the cost of an animal in off-range corral for one year
to be $1,825, and that's based on a $5 per head per day amount
at corrals. So, Michael did some average, and he's an amazing
person in spreadsheets and his projections and things like that,
and felt like that was his recommendation, was the $1,000 was a
reasonable number. We went forward to request that maybe we do
1,000 initiative and $500 later or 500 initiative and 1,000
later. But it was said, let's offer $1,000, which is a fair
amount, more than we're offering adopters now. And we can see
where it goes.

>> JIM FRENCH: Thanks. I appreciate that. Going back to
your comment you made about the guy who, $25 years before he
come back for an additional adoption, and we need to fix
that. How about a sliding scale? How about, you know, kind of
the thousands for the first one and three thousand for the
second? A sliding scale? So if you -- give the incentive for
somebody to take two or three of them off the books at one time
to have that ability and that desire to do that. I don't
understand how that would be a bad thing for the program. And it
would certainly give the incentive for that fella who's looking
for an additional -- has the room for and looking for an
additional mustang for his family to maybe pick up three or
two.

>> HOPE WOODWARD: That's a good comment, and a good
thought. We did think about a sliding scale, and increasing, but
I won't even go through the challenges in trying to explain, you
know, the budget people. They're just like pulling their hair
out about oh my God, are we going the use those funds? Are you

sure it's authorized? So lots of discussion about this.
Everybody was a team player, and okay, how do we get to yes in
this particular scenario? So I think there's potential to do
more, Jim, 100%. But I think we start manageable and small
first, and see how well it goes.

        >> FRED WOEHL, JR.: This was a recommendation made by
the board back in 2015, and part of that was tip trainers for
mustang heritage get $1. If I'm a tip trainer and you come and
adopt a horse for $125, mustang heritage pays me $1,000. BLM
pays more than that because they're managing the program. But
that was the amount that we had set back then. And so, that's
when that was. You have 30 seconds.

        >> BEN MASTERS: I think there's a lot of demand for
mustangs, because they are really good horses and they get a lot
of pride out of owning a mustang. And I think that for the
majority of the public who want one, they -- a lot of people
can't train them themselves, because they don't have that skill
set. And usually after about three months or so of work, you can
get these wild horses in a pretty good place as far as being
able to pass it on to another individual. And while we were
sitting here thinking about it, if that number was raised from
$1,000 to $2500, that is enough money to pay a horse trainer for
three to four, maybe even five months' worth of horse training,
and it would be a very attractive incentive to a lot of people
that I know to pick out their own mustang and take it to their
trainer of choice, and then to have it trained for a long enough
period of time where the chances are that horse would reach a
level of training where it could have a really good relationship
with that buyer. The $1,000 incentive, I don't know if that's
enough time or enough money to pay for a trainer to get that
horse to the point of where it could be used by the general
public. That was just a comment that I thought was worth
making. I really don't have a question. It was more of just a
comment.

        >> FRED WOEHL, JR.: Okay.

        >> HOPE WOODWARD: And there's no requirement to train
the animals that are adopted ever. That's not a BLM
requirement. That's the choice to that adopter. And the purpose
of this adoption incentive, I know you mentioned $1,000 from the
2015 recommendation, but this was really kind of a more of an
analysis of what makes sense for this program, and what can we
really afford? Our potential budgets and other challenges that
we have within it? So I think if, and I would encourage again,
this would be the third time I've said it in this group, but
there are lots of organizations that are interested, and they
should totally develop some training programs so they can assist
adopters or be mentors or assist people in some kind of way,
create a Facebook and reach out and be available to them. I
think that's wonderful and people should completely do that. And
the host of people that you have heard a couple people say there

are lots of people who want these horses? I encourage them to
come and get them. Go to the adoption events or online corral
events, and encourage them to adopt and sale. For BLM to have to
dress it up for any expectation is a high thing. I promise I
will wrap up in just a second. Many of the things we talk about
are changes and are not the norm that we have been doing within
BLM. So, let's see if this one works, and then we can make
adjustments once it's successful.

          >> FRED WOEHL, JR.: Good deal. Thank you, Holle. As Paul
comes up to present his program, in is -- Barry has an important
meeting tomorrow, so he won't be here tomorrow, so I would like
to give him a few minutes to make a statement.

          >> BARRY PERRYMAN: I just wanted to say -- I was going
to say something else, but I'm going to say this. I can't be
here tomorrow, and so the board will have to make some
decisions. We may try to get on the phone call. But service
being what it is in this neck of the woods, out in the boonies,
it may be problematic. I wanted to say, first of all, with the
passage of the Wild Horse and Burro Act, the original
authorization, we had the ability, we had the potential to show
the world how to manage horses and burros in a thriving or to a
thriving ecological balance in a multi-use environment. We had
that ability to do that. We had the opportunity to do
that. Instead, we're sitting here however many years later
talking about a national disgrace. The horse nation -- the horse
nation. They have their own stories. They have their own
songs. And we have let this thing get so out of balance that our
disgrace has become their disgrace. And so, I try not to get too
emotional, but, as the board moves forward in their
deliberations and their work groups tomorrow, I encourage the
board to really think about the public thrust, the public
interest, and that interest has to include the resource base. If
you don't have the resource base, you don't have
anything. That's where it all begins and ends at. You've got to
have the habitat and the resource base. If we don't have the
resource base, then we don't have any options for the
future. The resource base is not managed appropriately. There's
no options for the future. At least they're very, very
limited. We talked about that a couple of times today. So, I
encourage you in your deliberations going forward to really
consider that aspect of this whole management scenario that
we're dealing with. And with that, that's enough. Thank you for
your indulgence.

          >> FRED WOEHL, JR.: Thank you, Barry. All right. Paul
that's a tough act to follow, but you've got it.

          >> PAUL GRIFFIN: It is, but I feel like yesterday, I
already got to do an audition to that act. In one of the working
groups, we already talked, really, about the research that has
to do with population growth suppression. I think that it is the
research that probably is of the greatest interest to the

board. But there are research topics that we support, including genetics. Survey methods, which are becoming a larger issue with safety concerns. Population modeling and demography. Let me echo people for thanking you for all of the efforts to advise the program. Yesterday you asked me to talk, and maybe I can review super quickly what we know about the fertility control measures that we know already work. I sensed yesterday that there might have been some discussion that board members would have liked to have about the research projects.

        >> FRED WOEHL, JR.: I think you did a good job yesterday during the working group of a brief overview and then let the board ask questions.

        >> PAUL GRIFFIN: Okay. Thank you. We know that PZP works well in both horses and burros. PZP pellets work for about a year, and they may lead to two or three more years of marginally more improved effects after a PZP booster dose, but it doesn't cause great effects for the first year or two. And there may be some variation in batch quality for the pellets.  We know that the vaccine doesn't have great effects after the first dose, but after a booster dose, the second overall dose, it can lead to four years of overall pretty good 80% percent contraception, at least. That is at least four years. Could be longer. Gelding, sterilizing stallions, and we're learning more about behavior effects, but at first blush, the effects seem pretty minimal. I mentioned that gelded stallions held their harems similar to fertile stallions.

        We know that spaying mares via colpotomy leads to permanent and immediate sterilization and reduced growth rates. And spayed mares continued to be in bands with other horses.  They did not go off by themselves and become solitary. The study that we're wanting to do will provide more detail about the effects of colpotomy -- spaying. So, I'm taking a different approach to everybody else.

        >> FRED WOEHL, JR.: Does any of the board have questions? The board recognizes Steven Yardley.

        >> STEVEN YARDLEY: Thank you, Mr. Chairman. As far as that Oregon study, how far out are they on that? Or what all has been done on that thus far?

        >> PAUL GRIFFIN: It is ongoing right now.

        >> STEVEN YARDLEY: And when will that take place? Or anticipated to?

        >> PAUL GRIFFIN: The research aspect to that project is under litigation, but our schedule would be for it to begin -- like I said yesterday, I've got to preface anything about the Warm Springs, the full disclosure about the true details is in the environmental assessment. Don't take my word for truth about this, but my understanding is that that could begin in late October with radio collaring. Then spaying to follow. That's assuming --

        >> BARRY PERRYMAN: Could you confirm what I heard? About

the effectiveness in the field and so on and so forth with approximate Spay Vac?

>> PAUL GRIFFIN: So there was an initial study that found that Spay Vac was promising as a vaccine. It's a PZP vaccine, instead of being oil-based or in capsules or in pellets, the PZP is surrounded by liposomes, and would lead to a long-lasting immune response. The initial trial, Alan, maybe you can confirm for me, was that Carson City? Yeah. A couple of years of good response after one year of Spay Vac. USGS followed up with a second dose at Paul's valley in Oklahoma, also in captivity. And there I think they had one reasonably good year after the dose, but then the second year was not so good. There is one of the investors or a person who works in the company who now makes Spay Vac. We have been in contact. The second trial was not promising. There could have been a number of variables that led to that promising outcome. We don't know which of those variables it was. Could it have been the location of the injection site? The quality of the batch? A number of things. But the bottom line is second trial was a real big disappointment. And so, you know, I would guess that BLM could be open to looking at further studies of Spay Vac if the company demonstrates that it works again.

>> FRED WOEHL, JR.: Alan, I heard that in some of the recent PZP use that the vaccine was not as viable as it has been in the past, that there was a quality issue?

>> ALAN SHEPHERD: Are you talking liquid PZP?

>> FRED WOEHL, JR.: What I was told is --

>> ALAN SHEPHERD: You're probably alluding to earlier results that I can't share, because they're held in confidence from one of the researchers. But we do have preliminary results from one of the studies that indicated that a comparison of PZP produced in 2016 was less -- had a lower effectiveness than PZP produced in 2018 at the University of Toledo. When I was alluding to variation in batch quality for PZP for the PZP22, that was the basis for that. The antibody titer response wasn't what we were hoping it would have been in some data that we've seen.

>> FRED WOEHL, JR.: Go ahead, Ginger.

>> GINGER KATHRENS: The NAS report recommended, you know, certain types of infertility treatments, and they did not recommend an ovariectomy. They said it may be followed by prolonged bleeding or infection, and makes it inadvisable for field application.  Has something changed that we would amend that decision with the NAS, do you think?

>> PAUL GRIFFIN: I would want to re-read what that report said. I don't think that the word recommendation is there. They were listed as the three most promising methods, but the report did not say that other methods were not promising. Yes, additional information has been shared since 2013, and it was made public in the first Oregon environmental

assessment in 2016, that was the 2015 panel convened to assess a number of different spaying methods, their risks, their costs, other concerns or things that BLM should be aware of when choosing a method. That 2015 report concluded that colpotomy was one of the most promising of the spay methods available for a use by BLM. I also think that it's an important misnomer that I need to point out here is that the proposed work at Warm Springs for horses that would be coming from Warm Springs, as clarified in the EA, would not be conducted in the field. No one at BLM has considered using gelding or spaying in an HMA. These animals would be removed from the HMA, transported to the corral, which you have visited, and the facility there is set up with padded squeeze chutes for appropriate restraint of an animal, of animals, that is suitable for this type of surgery. So, it shouldn't be interpreted as a method that's being considered for use in the field.

          >> GINGER KATHRENS: At that meeting it was presented in that way, because I remember Steven asked about using it in in the field.

          >> FRED WOEHL, JR.: We have Dr. Tom lynch who had the review of everything, and I think he would like to address this issue.

          >> TOM LENZ: You have to appreciate that the corral is the field.  When they say the surgery can be done in the field, it doesn't mean it's done out where they caught the horses. It's not done in a clinic, right?

          >> PAUL GRIFFIN: I stand corrected. Thank you for the clarification. So, a corral is considered in the field.

          >> FRED WOEHL, JR.: That's the way that I understood it. It could be done in a corral, but it doesn't have to be done in a sterile environment, which is difficult to achieve, especially on a large number of horses coming off of the range.

          >> PAUL GRIFFIN: One reason that the ovariectomy is preferred is because there is a smaller incision for healing.

          >> TOM LENZ: I think we reviewed 20 or 30 proposals and ended up recommending either nine or 11. It was in 2014. So, I don't remember the four of them were surgical procedures. One was ablation of the oviduct papulation in the uterus, with a laser, you would scar that, so the fertilized egg couldn't pass to the uterus, and so they would be sterile. The other was a forward-looking scope, putting a ligature around the oviduct to cut off the blood supply to the ovary. The reality was that some of the ovaries caused adhesions in the abdomen or dropped to the floor, and maintained the production of hormones, so the mares continued to cycle. The other was a laser and cutting the oviduct and tube. That one could not be done in the field because of equipment. You would have to have a laser guided endoscope, so that is tens of thousands of dollars that would not work well in the field. Spay Vac is most promising for this type of procedure for these type of horses in this type of

environment.

>> PAUL GRIFFIN: Thank you very much about the reminder about the review of the proposals. The report that Mrs. Katherine mentions by the national academy of sciences.  You could look at that as additional information that came in afterwards. One of the recommendations was actually that spaying via colpotomy may not best be considered a research project, because it was already demonstrated for use in management, and that maybe one should consider it as a pilot project. So, that's a semantic argument, but the main thing that I wanted to point out was that the national academy of science review panel concluded that spaying via colpotomy was suitable for use in management.

>> TOM LENZ: And the surgery itself is not the experiment. It's the stage of the pregnancy and how the horses interact and stuff like that, correct? This is not a brand-new surgery that we dreamed up. This is an old surgery. As a matter of fact, I've got two mares that were done six years ago.

>> PAUL GRIFFIN: It's a well-established procedure.

>> TOM LENZ: But it was to determine what stage of pregnancy you could perform the procedure on?

>> PAUL GRIFFIN: I'm getting to the point where I would want to pass the comments to an expert.

>> FRED WOEHL, JR.: Anybody else?

>> I would like to comment that Dr. Julie was on board before Dr. Lenz, and she was in favor of this. She thought this was a very promising procedure for population control and something that the board should really push for and the BLM should push for. But it showed a lot of promise, so I know that was one of the biggest things that she hoped to see happen was this go into full effect.

>> FRED WOEHL, JR.: I was asked this twice this week. Can you explain the formulation of PZP? How is it derived? Where does it come from?

>> PAUL GRIFFIN: Sure. Pig ovaries are macerated or cut up, and the tissue that's surrounded developing eggs, basically, is removed under a microscope, harvested, if you will, and then purified through filters. And then --

>> I don't want to put words in the chairman's mouth, but I think what he was wanting to know is how many piglets had to be sacrificed for each dose of PZP?

>> PAUL GRIFFIN: I don't know.

>> FRED WOEHL, JR.: The people that were talking to me about this were kind of curious that the sacrifice of one animal was okay. And to, you know, to do stuff like this.

>> PAUL GRIFFIN: I mentioned yesterday that Purdue university is looking into the development of a recombinant ZT protein, which would be harvested from microbes, where the microbes are grown in vats. They spit out the protein, the protein is purified, and you know exactly what the concentration

is and what the source is. So, there's something appealing about
that in many ways.  But it has to be demonstrated that it is
biologically active. So, we know that has been demonstrated in
studies in south Africa and India, but if we put it in wild
horses, we want to know that it works and what concentrations
and all of the protocols.

>> FRED WOEHL, JR.: This is my fifth year on the board,
and we are always in strong support in all birth control
methods, not just one. One is not all we need, but all of
them. I support the use of PZP in the areas where it can
work. But it's not an answer for everything. Anybody else have a
question?

>> JIM FRENCH: I'm curious, currently what is the cost
of a dose of PZP?

>> PAUL GRIFFIN: A dose of liquid PZP is about $28, that
is to say the cost of purchasing that dose is $28. The cost of
PZP2 pellet vaccine is $580, and the other is about $50. That
doesn't mean it's $30 to give a mare a dose of PZP, because you
have to have that mare in hand. To get the mare in hand, you
have to capture her, and to capture a mare, you typically have
to capture -- if you look at the age structure and so on,
probably at least a stallion and .4 or .5 foals on average. So,
if you're talking about $1,000 to capture each animal, it's a
$30PZP dose, and then $3,000 to catch the animals. There has
been discussions about which HMAs are suitable for darting. And
you have to know what that mare is and what her history is. You
use a different regimen if it's a primer or booster dose. If you
give two primer doses, it leads to horrible abscessing.

>> What would the cost potentially for an ovariectomy
via colpotomy?

>> PAUL GRIFFIN: I'm going to make wide margins and say
300 to $600.

>> FRED WOEHL, JR.: We've got about three minutes.

>> Mr. Chairman, is PZP22 now dartable?

>> PAUL GRIFFIN: We have been told that it is
dartable. We're not confident -- we're a little hesitant to dart
it, because we would like to see a further demonstration about
how often all of those pellets get injected and to the right
musculature and so on. So, we're hesitant to rely on darting for
PZP22.

>> FRED WOEHL, JR.: Anybody else?

>> PAUL GRIFFIN: There's always other research that we
support.

>> FRED WOEHL, JR.: You went over a lot of that
yesterday in our working group.

>> PAUL GRIFFIN: There's research about genetic
viability and, you know, we do ongoing monitoring to make sure
that each herd --

>> FRED WOEHL, JR.: I'd like to hear about that, but
you've got about three minutes.

>> PAUL GRIFFIN: 30 seconds, we have an ongoing cooperation with Texas A & M University. Our handbook calls for roughly every ten years, we try to sample a number of animals from herds when they're gathered.  We send off the samples, and we get information about heterozygosity. The population right now is four times what it was, or, you know, in 1971. Genetic viability is not really a big concern for most populations, and moreover, each herd really shouldn't be considered an isolated population, as Mr. French pointed out that there's a lot of movement between herds, and we can facilitate movement as management agency to make sure that each herd is viable.

>> FRED WOEHL, JR.: Is there a minimum number in a herd to be genetically viable?

>> PAUL GRIFFIN: If you had an endangered species like a toad living in one pond, then yes. Different people will give you different numbers whether it's 50 or 500 or 5,000. But horses are not an endangered species.  They number in the millions around the planet. They come from breeds that are pretty well known. Most come from breeds that have recently come about, and they're not isolated.  If there are isolated herds, geographically, there's nothing in the act that says that they need maintained by themselves.  BLM has a purview to move animals between herds.

>> FRED WOEHL, JR.: Are we gone? Are we through?

>> Public comment period tomorrow, you need to sign up at the back of the room...

[ Spoken off microphone ].

We never checked with Sue.

>> FRED WOEHL, JR.: She was supposed to have called in. I didn't want to call her, because she was supposed to have called in.

>> That's okay.

>> SUE: I'm here! I've been here all day!

>> FRED WOEHL, JR.: Yes, Lord!

[ Laughter ]

>> SUE: Did you need something?

>> FRED WOEHL, JR.: You didn't ask any questions.

>> SUE: Well, everybody was doing a good job asking questions, and there was only a couple of times that I had burning questions, and decided it was time to move on.

[ Laughter ]

>> FRED WOEHL, JR.: Well, you're missed.

>> SUE: It has been nice to listen. Sounds like you're having a really good discussion on everything, which is so helpful.

>> Can you ask her if she has been hearing everything okay?

>> FRED WOEHL, JR.: Have you been hearing everything

okay?

        >> SUE McDONNELL: I have heard your voice really well, but some of the others, it would be nice if they were closer to the microphones, because sometimes it fades in and out. The presenter's microphone has been pretty good.  I could hear everybody.

        >> FRED WOEHL, JR.: You could hear Steven, right?

        >> SUE McDONNELL: Exactly. Steve is one that I could always hear.

    [ Laughter ]

        >> FRED WOEHL, JR.: Well that's good. That's good. All right. Well, the meeting will reconvene in the morning at 8:00 a.m. As of right now the meeting is adjourned.

                [ Adjourned at 5: 00MDT ]
                      ***

ROUGHLY EDITED TRANSCRIPT

BUREAU OF LAND MANAGEMENT
WILD HORSE AND BURRO ADVISORY BOARD MEETING
SALT LAKE CITY, UTAH
OCTOBER 11, 2018
8:00 A.M.


\*   \*   \*

REALTIME CAPTIONING AND/OR CART (COMMUNICATIONS ACCESS REALTIME TRANSLATION) ARE PROVIDED IN ORDER TO FACILITATE COMMUNICATION ACCESSIBILITY AND MAY NOT BE A TOTALLY VERBATIM RECORD OF THE PROCEEDINGS.

\*   \*   \*



>> FRED WOEHL:   Good morning.
Good morning.
We will start.
Everybody take their seats, please.
Ms. Kristin has a shock gun up here.
She's shocking me already because we are five minutes late already.
So we are going to get started.
I thank everybody for coming today.
We had a very interesting meeting yesterday.
We learned April awful lot about an awful lot of stuff.
We had great interaction with the board and great interaction with the presenters and it was a remarkable day, I thought.
And today is going to be just as good.
So without any further ado, I'm going to turn it over to my friend Mr. Bruce, who is going to introduce the speakers this morning.
>> BRUCE RITTENHOUSE: Well, thank you again, everyone this morning.
Today we will start the morning off with a panel discussion, and on talking about healthy horses and healthy rangelands and it's a follow-up from, I think, a lot of the discussion we had yesterday.
So I feel very honored that -- Fred, do you want to go over the rules of the room first again?
>> FRED WOEHL: Is this anybody here who was not here yesterday to hear the rules of the room?

I think if you don't mind, I think before we have public comment period, I will have you do it at that point.

Is that okay?

All right.

Thank you.

>> One quick thing, we do have Dr. Barry Perryman and I assume Don will be on the phone.

We want to remember that they will both be participating.

>> FRED WOEHL: Yes, correct.

>> BRUCE RITTENHOUSE: Thank you.

Well, again, I'm really excited about this panel.

I think this is going to be one of the best parts of this meeting.

I think it's already been a great meeting so far, and I feel really honored that we got the four people that we got to come today.

Some came from pretty far away, and some are fairly local.

But -- and we'll provide that conduit and context of the complex management of public lands and a multiple use environment.

So I will introduce the folks all and then they have kind of drawn numbers and -- and they are going to go in that.

So the order that I introduce them is the order that they are going to present.

So first of all, I would like to introduce Nancy Perry.

Nancy works for the American society for the prevention of cruelty of animals.

She is their vice president for government relations, overseeing legislative and regulatory policy at the local, state, and federal levels.

She has over 20 years leading national policy.

Nancy has degrees from Wellesley, UC Northridge and Lewis and Clark College in beautiful Portland, Oregon.

Being an Oregonian, I had to say that.

The next presenter is Alan Bass.

He's the rangeland management specialist, serving as the range program lead for the BLM Utah State office.

He's been in this position since 2015 and a native son of Utah.

He has degrees from Weber State and Utah State University.

Our third speaker is Redge Johnson.

He's currently the county liaison for the governor's public lands coordinating office.

Redge has assisted in all 29 Utah counties for 28 natural resources identified by the Utah legislature.

Redge and his team have taken the county plans and drafted a state Resource Management Plan based on the desired outcomes of those 29 county plans and the state agency mandates, and this man was formally adopted in 2018 Redge has been tasked with the grazing management team.

He enjoys spending times in Utah's abundant outdoor resources and with his wife and two daughters.

And then lastly is Dr. Steven Petersen, he's a professor of rangeland landscape ecology at Brigham Young university.

He's been in that position for 12 years.

He's been working on free roaming horse research for over 13 years.

He was on the committee and an author of National Academy of Sciences report that was published in 2013.

He entered his Ph.D., again, another Oregon connection, his Ph.D. from Oregon State University in rangeland resources in 2004 under the direction of Dr. Tamsen Stringen.

We look forward to a good discussion.

And you each have no longer than ten minutes.

So Dan, keep them on track, okay?

All right.

Thank you.

>> NANCY PERRY: Can you give me one minute?

>> FRED WOEHL: Well, I need to warn you all.

He does have a cattle prod and he used it on me a lot yesterday.

So just be aware.

>> NANCY PERRY: Yeah, I think I'm live.

Can you hear me?

Great.

Thank you.

Oh, wait.

How is that?

Okay.

Great.

Fantastic.

Well thank you so much for this wonderful honor of being here before the advisory board and having this amazing opportunity over the last few days of so much really good conversation with so many people who are truly interested in working through this challenge with wild horses and burros and it's really a delight for me and it's been very energizing.

So as you heard, I'm Nancy Perry.

I'm with the ASPCA.

My organization is first animal welfare organization to be formed on the continent.

We are pretty old.

We have been at it for a long time.

Our focus has not been specifically on wild horses until fairly recently.

And some of the reason for that is we felt that the opportunities with respect there for making a genuine difference.

We were worried that it was just too great a challenge, and in the last couple of years, we have started to see real opportunity and that is why we have started to engage on this issue.

And that's why I titled this "Opportunities and Obligations."

Because I thought it was important to show where we thought we saw ways forward and some of the potential obstacles to moving forward.

So that's where I will focus my comments.

One of the first things that we determined a few years ago when we started having

these conversations about wild horses, and they involved going out to Nevada and meeting with stakeholders and sitting down with folks who had dramatically different views on this topic, was that if we focused on where we didn't agree, those conversations fell apart rapidly.

If we focused on where we agreed, we found we had a lot more common ground than we even knew walking in the door.

And that was what led to the really fruitful conversations for us.

The common goals we see on this slide don't represent everyone's core value, every one of those boxes may not be where our mission falls most specifically.

Obviously, humane treatment is our wheelhouse at the ASPCA, but we do care about ecosystem health.

We care about the rangeland, being able to support the lives of millions of other animals, and we certainly know that any plan forward that's going to result in long-term success for wild horses and burros will have to be fiscally responsible.

We appreciate that.

And most importantly, we really appreciate the way that this conversation in the last year has shifted to be thinking in terms of genuinely long-term solutions.

I think it's been hard to get there.

We all want this to be something that can be resolved quickly.

But we all know if we are looking hard at this problem, that it requires a long-term commitment, and working in Washington, D.C., I know that that is not always a given, and it's actually a pretty big challenge that we all face together.

Getting any administration to commit to something that lives beyond them is difficult, and Congress doesn't think that way either.

So we'll talk about that a little bit.

We do think after sitting down for a few years that there is a way forward.

It led us to sit down with other humane organizations, national welfare groups, as well as those stakeholders in Nevada and Utah, those states obviously representing very large chunks of the larger population of wild horses.

That led us to put a proposal on paper.

The minute you write a proposal and put it on paper, it starts to change and so we have called it a draft proposal, and it's continued to be a draft, but we did final force ourselves to submit it to the secretary last October, so a year ago, again as a draft.

We had some very robust, productive conversations with the BLM, working from the very top.

We had several conversations where the Secretary was in the room and we had conversations with the folks that work with the numbers and crunch them and understand the dynamics on the range in a very detailed way.

And that's been incredibly helpful in terms of figuring out some of the logistics of putting forward any kind of proposal.

Those conversations continue.

We have not come to any final commitment or agreement around it, but our proposal genuinely focuses on how to move forward, what the logistics should look like, and a nonlethal approach to managing wild horses.

That's obviously very key for us, but we think it's key for success, for any proposal.

Obviously, this is a time-sensitive situation.

So we are hoping that moving forward we can move from the discussion phase to the implementation phase as quickly as possible to avoid more years of foal crops that add to our inability to address this challenge.

Our proposal is basically -- the details are not necessarily the important part, it's the overall theme.

And, again, nothing is all that new under the sun here, but I think what we are proposing is the synergistic effect of committing to four different prongs ever management together.

So first and foremost, we are willing to argue for robust gathers, roundups and gathers.

That's something that's been difficult for the humane community to support, but at this point in timing, it feels like the way to get out ahead and start to work on prevention.

In order to be effective in that -- in that prong of the plan, we need to prioritize where the rangeland has been degraded, where wildlife is impacted where there's T&E species.

Focusing on a regional approach, instead of an HMA-based approach feels important.

As we all know and talking about the last few days, those herds are large herds and not just HMA-based.

Coupled with that is the need to be very committed to fertility control.

More than ever historically the agency has ever been able to be.

This is a big stretch and we realize it's a big stretch.

We believe that treating art least 80% of the horses on the range is going to be critical to realize the benefits of prevention in this plan.

And as far as the particulars, we can certainly go into them.

We believe that we have an effective tool with PZP, if it's properly applied.

I realize there are all kinds of arguments around that.

I appreciate that.

I have think there are other innovative technologies that we have heard about in the last 24 hours in this room, that are really exciting and there's a lot of prospects that will come online waiting for those prospects to be perfect doesn't feel feasible.

I think we should start with what the -- the tools that we have at our disposal now and bring new things online as they are appropriate.

We have a real interest in making sure all of those tools that are brought online are humane and effective, but we are very interested in being pragmatic too about whatever fertility control methods are applied.

Obviously if you are going to gather and remove, you will have to relocate those horses coming off the range.

And one area that we think there's some potential streamlining benefits is in the long-term holding area.

There have been a lot of be interested parties in helping with this problem, but given around the uncertainty if the agency would move forward with any lethal population control, that's been a bit of an obstacle to bringing some of those potential partnerships forward.

We believe that if we can commit to a nonlethal synergistic, multi-pronged approach,

we can see long-term cost effective pasturing, maybe lifetime so we are not transporting horses and incurring more costs that would result from some public/private arrangements.

And so that's obviously an area we still have a lot to explore on, but I think there's real potential here for saving money and allocating resources towards the on-the-range work that has to happen.

Then finally, perhaps the most fun prong of the management plan is talking about adoptions.

Everyone would like to talk about adoptions.

I have been really encouraged to hear about some of the innovative ideas that are really taking hold now around the adoption program.

We at the ASPCA are huge proponents of adoption, in many different realms and we are pretty good at marketing and we have offered the administration -- our opportunities to lean in.

We have done work around the horse community that shows there's a lot more homes out there than previously believed.

Edge Research did a study with us a year and a half ago.

That 2.3 million have the resources now to take in the horses and desire to.

It's about finding them, and marketing, obviously that the agency is leaning in on.

That's very exciting.

I think we can add to that, if we get the energy of the humane community behind a proposal.

So those are the guts of what we are proposing.

The underlying themes here are urgency.

Obviously prevention, getting out on the range and having a commitment to the rangeland work.

It's easy to talk about adoptions and finding a way out through adopting, but we absolutely cannot solve these problems through the adoption angle.

So I think that prevention on the range work is going to be critical.

Streamlining is something we already talked about.

That's an important element of state cost savings and then finally, this marketing work that's already underway is really important and I think there's a lot to be done there.

The holistic aspect of managing wild horses is going to be critical.

It's so easy to think well, the next new thing is going to be our saving grace.

And I think, you know, we have got to really be committed to and -- and determined to implement all elements of this plan together or else we are not going to realize the benefits that could be realized.

How much a minute?

Okay.

Okay.

So some of the challenges are building trust and making sure we can bring the right partners along on this plan.

The new sales policy, though, it doesn't relate to rangeland work directly, could create a back door to selling horses to slaughter.

I am assured that's not the intent of it, but the problem is many of the provisions that

were stripped out in the IM, with put in place in response to the incident in 2014, when 1700 mustangs did go to slaughter.

So having those provisions and making sure we are not sending too many horses too quickly, having a time limit, having some ability to report concerns, having a database that helps identify problematic buyers, all of those things are really critical and I think we need to go back and look at that IM and make some adjustments around it.

And I think what it does is it jeopardizes the support for moving forward if we don't have clear understanding that those horses aren't going to move out the back end.

Roundup protocols, we should revisit, because every time there is an incident on the range, there's certainly going to be problems with roundups.

It's unavoidable but having those comprehensive animal welfare protocols reviewed and having training for contractors would help avoid some of those programs and it's critical for building trust.

Finally, the political realities that I look at when I work on this issue and have been lobbying around it for 15 years, we cannot do nothing, but we cannot kill is a management option.

We can euthanized.

But killing healthy horses to control the population will not be supported in Washington or among Americans.

And then any sales for slaughter explicitly or any schemes that result in that, are going to erode trust in the agency.

And we have an opportunity right now to build trust.

So I think we have great opportunities.

I think working together and collectively, and really emphasizing where we have commonalty is going to be the way that we are going to get where we need to get and I'm glad that we are in this for the long haul.

So thank you so much for all of your generosity and work on this.

>> FRED WOEHL: Thank you very much.

Does any of the board have any questions or comments?

Ben?

Now, I want to point something out, we are going to have to be brief.

And so if I call your hand, don't get mad at me.

>> BEN MASTERS: The private partnership approach to taking care of the horses that would be gathered, you know, if we decided to try to do roundups and fertility control in eight years, that's going to mean probably gathering 100,000 horses off the range.

You are looking at somewhere in the ballpark between 100 to $150 million annually to feed and house those animals.

Where would that money come from and how would we as the Board or the BLM have some sort of certainty in knowing that that -- when $150 million expense is going to last for the next 15 to 25 years for the rest of that horse's lifetime?

>> NANCY PERRY: That is an important question and definitely one that's asked by a lot of folks.

We won't have certainty about anything that we do.

But we have to have a strong enough plan that we can look at where that money should be spent, how we can make savings.

We have been working with the biologist and an economist to model out options for gathering this many this year and how many years it would take of gathering.

All the gathering be need to be robust.

I don't think it means a lifetime sanctuary for all the horses that come off the range.

I think we can make savings if we are not moving horses to long-term holding and moving them again and again in that process.

There's cost savings to not having to do that.

So having long-term, stable contracts is a savings that we will make.

That's not enough.

We have to also build up our adoptions so that we are not putting every horse out there.

Some of them are not going to go through the adoption program, but I bet we can do a lot more with adoptions.

I don't think it's the only answer, though.

I think it's combination of those things that we'll save.

And then obviously if we really are on the range, employing preventative measures, we will realize the benefits there too.

So it's sort of that -- it's not one thing.

It's all of these things together that will make the savings that we need.

I also think one more thing.

I think there's a lot of interest and energy in a solution that involves unlikely bed fellows in Washington.

And so finding opposing parties that will agree to something will unleash some more funding.

Because I think they are tired of this issue too, and they would like to be done with, it but they just don't want to be responsible for something bad happening to the horses.

So I think if we have a positive solution, we will some positive benefits and even private funders might lean in with us.

>> BEN MASTERS: Can you give us an example of an entity that could commit $20 million annually for the next 15 years?

>> NANCY PERRY: We have not gotten far enough to identify specific corporate entities that would be in that position.

I know that there are some entities like the American Mustang Foundation is one of the potential long-term holders.

They already have some facilities online.

There are others that will come forward if we are able to strike a deal.

But no, I don't -- I think we are a little premature to have examples of those corporate entities.

I think there's an appetite out, there though.

>> STEVEN YARDLEY: You talked about the four different areas, and then on one of your next slides, I saw one of the things you would like to see happen is to minimize helicopter gathers.

How do you propose to accomplish all of this work and treat 80% of horses on the range while at the same time minimizing helicopter gathers?

>> NANCY PERRY: Yeah, well, I think the helicopter gathers are always going to be

necessary in certain geographies and we appreciate that.

I think finding the areas where they are not necessary and always employing other methods, will help avoid some of the incidents that erode trust in the agency's management.

I'm not suggesting that we don't do helicopter gathers.

I have think there's very little opportunity for eliminating them all together, given the geographies the horses live on.

>> STEVEN YARDLEY: What is your big opposition or concern with helicopter gathers?

>> NANCY PERRY: Oh, I think most of the incidents that happened in recent days, months, years, that gain a lot of attention for dens who are watching this issue are incidents that typically happen due to the stress of helicopter gathers, and frankly, some inappropriate behavior on the contractor's part.

And there are animal welfare guidelines that just are not always followed perfectly.

I have think there's no perfect scenario, but I think we can do better than we have always done.

>> FRED WOEHL: Steven, that's enough.

>> STEVEN YARDLEY: I would just like to finish one comment.

I would like you just to recognize that all the things you recommended are going to require a greatly increased amount of helicopter gathers versus the current.

>> NANCY PERRY: I think you are right about that.

>> FRED WOEHL: Okay.

Jim?

>> JAMES FRENCH: Thank you, Mr. Chairman.

Nancy, I applaud what you are trying to do.

An awful lot of the comments and the strategy you spelled out this morning is -- was actually discussed this morning prior to this.

And I applaud that.

One of the things that -- and we are talking about the adoption side it.

I think we all embrace the fact that we all would love to see -- as opposed to long-term holding, we would like to see an increase in adoptions.

I have been an advocate for international adoptions since I have been on this board and I know that a lost arguments against it I have heard them -- many of them already.

However, I think -- I think we lose sight of what the overall goal is on our side, if we -- if we eliminate that because -- due to some bad actors on the other end.

My question to you is:   Would your organization have an interest in brokering through websites and whatnot, brokering international adoptions to make sure that the other end of the -- the receiving end of the adoptions is appropriate?

You know, in other words if we had bad actors, I think your term on the other end of it, and, you know, their intent is -- is we can determine it as less than beneficial for the horses.

Would -- what we're looking for is an organization to broker those adoptions that would make sure that the overall impact would be -- on to the horses would be beneficial.

Because we have a -- there's ail huge demand, especially in western Europe for horses.

>> NANCY PERRY: That's very interesting.

I'm not very diverse on what the interest is, and that's a good conversation to have.

I will just say the ASPCA is a domestically focused organization.

So we don't have any real connections externally in the -- you know, outside of the US.

Our mission is American focused.

So we would not be in a good position to offer much support there.

I will say that I just have a lot more faith in our ability to track and understand where those horses go.

I'm sure you have heard this before.

I feel a lot more comfortable keeping them in this country, because then we -- I believe we have laws in place that would help us if we did see problems.

That doesn't mean there wouldn't be potential for someone good taking horses and giving them good jobs in another country.

It's much more difficult to ensure their safety, the further away they go and how far outside the reach of our law they would be.

So I just have hesitations around it.

High pressure I also would note that, you know, we are working towards a country where we don't have horse slaughter and there are a lot of countries that do.

And that's a quick -- a quick slide down for horses in other countries.

So all of those things would give me pause, but it's a conversation that we should keep having, I think.

>> JAMES FRENCH: Thank you.

>> Nancy thank you for coming in.

You bring tremendous resources and expertise.

I notices that several times during your presentation you stated y'all were opposed to nonlethal solutions.

>> NANCY PERRY: Mm-hmm.

>> It's my understanding that ASPCA supports euthanization of dogs and cats that are not adoptable.

>> NANCY PERRY: At the same time, we have been actively engaging with the shelter community in this country to really encourage them to move towards higher and higher what we call live release rates to get to the point where euthanasia is not employed for space purposes.

Meaning, it's not employed as a population control technique for dogs and cats.

And by being a bit of a gadfly on that, we have seen live release rates go way up in our shelter community in this country.

So I think it's important for our voice to be in favor of pushing everyone away from utilizing euthanasia lightly or conveniently.

And one of my concerns is it's been a challenge for the agency to get comfortable with and feel confident about on-the-range management and prevention on the range.

It just hasn't been the strong suit so far for the BLM.

And my worry would be not only would I not feel good about -- I feel like we have a real -- we have created this scenario.

And I feel we have an obligation to every one of those horses to try to avoid them paying the price ultimately for it.

So that would be a concern but I also worry that it would become too easy.

And I think if we have an escape hatch of euthanasia, I'm not sure it would ever go away, just the way politics work.

You know, when you start down a road, it's hard to undo it.

And so I would hate to see us go down that road if we have any other option in the entire world to exercise.

>> FRED WOEHL: Ginger.

>> GINGER KATHRENS: Hi, Nancy.

Thank you for being here it's great to see.

Does your proposal presuppose that you would be going to the AML of 26,710 horses which many organizations believe is unrealistically low to sustain certain small populations?

>> NANCY PERRY: Yes, there's so much concern and anxiety about AML, whether it's the right number, how to think about AML.

I think we start after the AML conversation with how we engage, not to say there aren't good, important dialogue around whether or not the AML number is the right number.

We get that, you know, there's -- it's a calculation.

And it may need adjustment.

Our interest is in recognizing that right now the agency has set that as AML and their job is to work towards it.

So as we enter this conversation, we are sort of post AML in saying, all right, well, that's AML, we are not in a position right now to challenge that.

So instead, we are working towards it, but I think everyone I have talked to from every level of the agency has acknowledged that that precise number may not be the critical piece here.

Getting close to it.

Getting more in the range of AML is what is important.

So I'm not saying that getting to AML isn't important, but I think if we got to 35,000, I think we would be having a very different conversation right now.

I feel like some of that anxiety would allay, if we didn't have 82,000 or whatever we have on the range right now.

So that's kind of where -- we are not very focused on it.

And we are not really trying to argue about it.

Does that make sense, Ginger?

I don't want to -- I don't want to avoid your question.

I just -- I don't know that we're that focused on AML.

>> FRED WOEHL: Thank you, Nancy.

>> GINGER KATHRENS: Yes thanks, Nancy.

>> FRED WOEHL: I really appreciate your -- your program that you did.

I enjoyed our drink and coffee this morning.

But I just have one question for you, and then based on your slide that you had about you are not in favor of BLM being able to adopt out 25 horses.

>> NANCY PERRY: Right.

>> FRED WOEHL: Due to an incident that happened in 2014.

>> NANCY PERRY: Right.

>> FRED WOEHL: And it wasn't a broad incident.

It happened with one person and all of that.

Based on that approach tore that, we don't need to issue a driver's license to anybody because there are accidents that happen and people get killed and that's bad.

Do you know what I'm saying?

And that -- that really bothers me because the -- this program of getting up to 25 horses can help out an awful lot.

And it's automatically assuming that they are going to go -- go and take them to slaughter because of an isolated incident that really shouldn't have happened and I agree with that.

>> NANCY PERRY: Yeah.

>> FRED WOEHL: Were lots of mistakes made.

I agree with you that we need to come together and I agree with a lot of what you did, but that stuck in my crawl just a little bit.

>> NANCY PERRY: Yes, I was rushing a bit.

It would be great to have a longer conversation about this, but here's some framing for that.

We support the idea of the right adopters or buyers getting larger numbers of horses.

We have seen that happening even before this sales IM came into place.

So I think when that policy came in, I don't think it precludes large-scale adoptions or sales.

But I think that the -- the sales IM is raising concerns because I think really those protections are pretty minimal.

>> FRED WOEHL: Well, now, now prior to this, if I wanted to adopt out four horses, that was my limit for 12 months, until -- 12 months, until they got titles.

>> NANCY PERRY: Oh, right.

>> FRED WOEHL: And now I can do more than that.

So if I have a training stable, where I specialize in mustangs, I can go get me 25 horses and I can train these and I can let other people have the benefit of owning a mustang.

I mean that was the intent.

I guess I'm kind of -- it kind of bothers me because I'm always a positive-looking thing.

I never try to look at negative.

>> NANCY PERRY: Right.

>> FRED WOEHL: This glass is almost full, it's not almost empty, do you know what I'm saying?

And one isolated case.

It was wrong.

It was terribly wrong.

It was terribly wrong!

And I agree.

But having that approach, where we are going to restrict on one isolated case, I don't think that's right.

>> NANCY PERRY: From what I understand, even before it went into place, this new policy, it was --

>> FRED WOEHL: But it had to go up to Washington, D.C., and get them sign on.

It nobody on a local level or state level could do it.

So if I'm a cowboy, I don't want to visit with Washington, D.C.

They don't know which end of the horse gets up.

>> NANCY PERRY: Some of them do.

I hear you.

I don't think we are that far apart on this.

>> FRED WOEHL: Okay.

All right.

Well, you and I can talk about this later, if you will, but we got to get on.

That's just -- I really appreciate the time and the effort that you spend and it's -- it's exciting to me having served on this board for five years and seeing where we were five years ago, where we -- you and I wouldn't even talk to each other.

I mean, I didn't know you then but since you are ASPCA and I was a cowboy, we wouldn't talk to where this morning we drank coffee and had a good time.

>> NANCY PERRY: Yeah, thank you.

>> FRED WOEHL: That's benefits.

>> NANCY PERRY: It's a great thing here.

The Mustang Heritage Foundation has a lot more capacity if we can all find the funding for them.

So they are a good example of a large --

>> FRED WOEHL: And part of the reason is that right there.

>> NANCY PERRY: I think we are sitting really close on this.

>> FRED WOEHL: All right.

Good deal.

Thank you very much.

Bruce, do you want to go on with the -- okay.

Alan, I promise.

You will probably get asked many questions.

>> ALAN BASS: Mr. Chairman, be careful what you promise.

Thank you, Mr. Chairman and members of the board.

For good or bad, I'm not going to talk about horses.

We will talk about livestock.

Whether that helps your meeting or not.

As you all eloquently noted, because I'm the BLM lead in Utah, I do not have to worry about horses in the state of Utah or dealing with them.

I have Gus and that's very comforting from a range parameter to do so.

So as I go about this presentation, again, those would be some interaction or intertwining of horses or livestock.

I will pretty much stick to how the agency deals with livestock grazing on public lands, but think about how horses are managed, maybe with or without the same kind of regulations or direction.

So I will go over -- I thought would be good to have an historical context and we will go about where we are today and the administration, some relevant acts that guide and direct us in that administration.

And, of course, we will talk about the myriad of regulations that we have in order to administer grazing on public lands.

So as we know, grazing is long in the tooth.

It's been around for a very long time, along with the horses.

They go back long before regulation and a lot of things were in place.

We know after the Civil War, there was a big push to go west.

The next little box comes up, "go west, young man."

All the post-Civil War, they went out and you can see in the picture, a group of livestock gathering crew.

They picked up strays or whatever else.

They went out and they got to the forage first and they made their livelihood.

And many, many, many folks did this, young and old and in between, because it was a very low cost to start up an operation and there was plenty of free forage and unregulated at that point in time.

Over the next several decades, this is occurring more and more and more and it began to be somewhat controversial.

It began to have interactions, the adage of the sheep and the cowmen did not get along.

Basically, the regulatory mechanism of the day was a long rope and a six shooter and that created a lot of hostility.

Then as you progressed towards the early 1920s and '30s, or even the 1900s, you had settlement occurring.

Those coming west that were not so much interested in livestock grazing but homesteading.

Ranchers also homesteaded and that started to create this interaction we still have today of some cry for regulation.

Even the industry itself went to their Congressmen and said we need to do something that needs to be some sort of management of who goes where and when and how we can get along on this public range.

And so we have the Taylor Grazing Act.

This was signed on one of the days that the dust bowl settled on Washington, D.C.

They put pen to paper and to arrest the deterioration and at degradation of the United States out west.

Some of the parts I highlighted, Sections of the Taylor Grazing Act, the grazing districts were created.

Concept of a ten-year grazing permit was instituted.

This concept of landowners adjacent to these grazing districts who either owned water rights or were in the business of livestock held the first priority, or preference, but the superiority of position in order to get that grazing privilege on public land authorized those issuing permits for cooperative agreements.

Arrangements to do range improvements and that's a really big deal today, that many of our range improvement.

You heard that water is a major limiting factor.

They are put in and maintained by permittees many of those from which their private water rights are developed from.

And so the -- at that time, the grazing service began this effort to adjudicate and in the 1930s and '40s we went through a process of the who, when and where and how much to graze.

So there was a real effort to kind of control or manage, if you will, the grazing on public lands.

The -- where the allotment concept, when the season of use, the permittee and how much was done.

You notice there on the third bullet point, the concept of this where and when was based almost entirely on the traditional and customary practice.

So they basically asked the rancher permittee, where have they been grazing and they gave them a permit for that.

We then later learned in the '50s and '60s that was not quite so sustainable as people came from the east to the west and they are used to dealing with AUMs, annual unit months, and the amount.

It's how many acres letter AUM.

So in the '50s and '60s, the Bureau went through a secondary adjudication process to fine tune and further address the traditional and customary practices because that's kind of what got us into the problem first place.

During that same time, we have a myriad of other acts that come into play, that grazing was trying to deal with and address and we are expected to manage livestock grazing and compliance with all of these things and some of the ones that we will focus on today, that stand out is the law of Free Roaming Horse and Burro Act and I will talk about other acts and it also talks about horses in that act.

So to go back to the Taylor Grazing Act, you see that the purpose of that was to stop injury to prevent soil deterioration and to provide for their orderly use, improvement and development.

That's critical part for me.

I think orderly use is a key point and, again, thinking about management of horses, how do we do orderly use?

And it's also to stabilize the livestock industry.

There's nothing to impede that but to help manage so that that can be sustainable.

It also talks about, in section three of the Taylor Grazing Act that it should be adequately safeguarded and the issuance of a permit pursuant to the provisions of the act should not create right, Title or interest or stake to the land.

It's an opportunity to use the public land and the Bureau recognizes that it's a longstanding and important aspects of public lands.

Then we get to the BLM's organic debt and I apologize, this violates all kinds of PowerPoint rules.

I understand Dr. Petersen.

You can read it.

I got in red the parts that I think are important.

That the purpose of multiple use is to utilize in the combination that will best meet the present and the future needs of the American people and that's going to be debated as long as after we leave today, forever when you start talking about people's values.

Again, the comment was made yesterday that the horses is a passionate program, I

believe livestock grazing can be equally as passionate and controversial at times.

The next part as well, provide sufficient latitude for periodic adjustments I think that's key for the bureau under the multiple use and the sustainable management guidelines.

We need to have that sufficient guidelines for periodic adjustments whatever that might be.

And the end result and the beginning of that management concept, we need to be able to have that latitude to adjust and revisit and review and move forward with new concepts to address what I believe is the -- you know, was the mission of the Bureau is ultimately land health management.

That's the one goal.

That's one common ground we agree on.

I think that's one thing through management we can focus on with all the resources.

And then last, harmonious and coordinated management without permanent impairment of the productivity of that land.

And so we are trying to do all of these things, provide food and fiber and soil health and economic stability.

So thanks to Tammy Howell, this is a picture of the Onaqui herd.

I believe you visited that yesterday.

In the Public Range Improvement Act, it talks about still a concern about the public lands being an unsatisfactory condition and then this act, we highlight the range improvement funds and 8100 fund and the Bureau's option that comes from grazing receipts where we want that money to go back out on the ground on the range improvements and's where we partner with the grazing improvement program, with the water shed restoration initiative, WRI to put water on the ground and wildlife benefit from that and horses went fit from that.

They took time to amend the '71 act and how the act is doing a good job from protecting horses from being captured or branded.

It looks a little better on your computer screen when you are closer.

But it says certain amendments are necessary and then it goes on to say because the horses exceed the carrying capacity of the range, pose a threat to their own happen at that time, fish, recreation, water, soil, conservation and other rangeland values.

I think that to me highlights the need for management.

I think if you read the Wild Horse and Burro Act, it occurs over 20 times.

That's the focus we need to have is the multifaceted management.

Today the livestock grazing program.

We issue grazing permits and we monitoring the permits for the terms and conditions in order to meet land health, fundamentals.

Rangeland health concerns and we work with our local partners through consultation.

We bill for that use set out through the Taylor Grazing Act and we transmit those around from permittee to permittee.

Just where we are today, there's roughly under 18,000 permits or leases.

There's 12.3 million livestock AUMs.

In 2017, there were 18% of those AUMs and 3.5 million AUMs in nonuse.

There's a myriad of reasons why that could be.

That could be from emergency sterilization, if we do a seeding, we want to arrest that

from livestock.

We ask that they come off for a period of time.

It could be from personal business uses, perhaps permittee wants to sell a few head and go to Hawai'i for a month.

Certainly one of those aspects, as we heard yesterday and as you watched those bull hog work on that tree, until we restore the vegetation, there's not the AUM.

Because something has gone in and used that forage prior to that, when and where livestock use and there's not anything there.

That ranges from the use of wildlife and wild horses that those permittees are also taking on use for those reasons.

This is just a graph to explain it.

I wanted to highlight on your right, you are looking at the screen and you can see the 1953 is the first date on the bottom.

It goes to 2017.

That decline is from that second era of that adjudication when we realized, you know, giving the permits based on what they were historically doing were not working.

And so it's -- this is a graphical representation of the numbers you saw in the previous slide there, 12 million AUMs and 8.8 being used.

And now I will go through the regulations.

These mind numbing.

I would encourage you if you look those up on the code of federal regulation, make sure you find 2005 regulations.

We even have judges use the wrong regulations.

If you want to read them, please use the 2005 version.

So the 4100, the 43CFR is what governs the grazing administration for the BLM, and there's a lot more in the regulations.

I will go through this pretty quickly.

It talks about us using multiple use and sustainable use with applicable lands and maintain and maintain rangeland.

I think that's critical.

Our fundamentals of rangeland health don't ask us to go for pre-European settlement or a potential natural community.

We need to manage these under the multiple use guidelines for functioning ecosystems.

That's in a sense, if you will, I don't like the word "sacrifice" it generates a lot of negative connotations but it's the give and take for a little bit, for everything that can be on that landscape.

And maybe not everything is everywhere on the landscape and that's about multiple use, but grazing, we take that into consideration.

There' regulations about increasing permitted use or decreasing permitted use for drought, fire or natural causes.

Again, the conditions for range improvement.

We have may require or ask the permittee to put in range improvements.

We may partner them, or provide other range management.

We have conditions for qualified applicants and these terms and conditions that will

continue on to the next slide, talk about a variety of components that we think are important for us to be able to meet those fundamentals of rangeland health and that can be a rotation system, that can be an expectation of a rider, salting locations and a myriad of things, the interested public and the rangeland is still important and necessary for that management of the livestock.

Again, continuing modified terms and conditions.

I threw one in here.

It was interesting.

There are prohibited acts and one of those if livestock are in excess of the numbers authorized.

Not to bring up old wounds but I have seen what would happen if we were 1800% over permitted use on public lands.

It gets pretty hairy.

We do all of this through a proposed and final decision process where the public is involved.

We don't take hardly any actions with this without issuing decisions and allowing the public participation of that and then again the caveat for all of this, 41.80 regulation, it came from the 1995, in the 4100 reg.

I hope that's not me, it's promote healthy rangelands and acceleration regulations and the management of the grazing and the western livestock.

So thank you for your time.

Maybe one day we will be talking about these.

>> FRED WOEHL: I'm from back east and if I want to drill 20 wells, I can drill 20 wells.

These water rights is important to the horses, to cattle to anything.

Would you mind briefly explaining water rights and how they impact the range.

>> ALAN BASS: I would encourage Redge to answer that.

So my official response, to water rights are governed by state of Utah.

That would be my official response.

>> FRED WOEHL: All right.

>> ALAN BASS: But, yes, they are very important.

Water rights arise.

The agency holds many water rights and permittees hold many of those water rights and for a myriad of those interactions we are able to work together but for the joint purpose of improvement of public lands.

They need water on the ground to have better health of their animals.

And to consume forage and so our goal is to distribute that water across that allotment, to do just, that and many times, at the end of those, design system, wiring systems, the permittees are willing to add, you know, 50 feet of pipeline into an open tank or a trough or guzzlers per small game and big game.

There's many times when they will leave their systems charged after they leave their when and where on the allotments.

Wild horses raise their dander a little bit.

They are more than happy to allow that.

Water rights have a beneficial use.

We have to make sure that that is being used.

We have common allotments and there will be 8 or 10 permittees on that allotment and only one or two have the water rights and that's why it's increasingly important for everybody to get along with that so that that water stays for all of those permittees to be able to use that in a shared management kind of perspective.

I hope that answers your --

>> FRED WOEHL: Thank you.

Anybody?

>> STEVEN YARDLEY: Could you just touch briefly on the social economical benefits of the public grazing to the state of Utah.

>> ALAN BASS: Where is Director Keith?

I don't have numbers in front of me.

Again, I think Redge could probably put some numbers -- sorry to pass the buck to him.

But I know there was an initiative out West, Grass Creek, northwest Utah, to an -- they provided several hundred dollars to look at the ability to keep these small ranching communities in play.

And how they are going to be sustained throughout the generation, and what the agency's interaction was, if you canceled the grazing or if you terminated that for the hundreds of thousands of acres and designated the uses.

They made that area for other uses under the Bureau's mission.

So I can't give you numbers but I think if many of these small rural towns if livestock grazing was to be removed, we would have more neighbors on loss front, for sure.

You might be able to answer that.

>> STEVEN YARDLEY: And what would be some of the ramifications, I guess to removing -- if you were to remove the public grazing from the lands and what have been some of the benefits of having -- I know you touched on water rights.

What have been some of the other benefits of having permittees on those public ranges?

>> ALAN BASS: Well, let's start with the positives.

I think grazing the way that we are using it now could be used for a lot of different purposes.

Not only into the livestock industry or put pounds on the hoof which is the rancher's ultimate goals.

We have targeted grazing.

We are using fuel breaks or fuel load removal.

We are doing a concept of outcome-based grazing authorizations where we are trying to work with the permittee to give them as much flexibility as possible.

So when we have identified resource objectives that we like to see out there, possibly for safeguards and possibly for other species and just the land health itself, that they are able to step back a little bit from the rigid when and where and how and whys to a more flexible approach to say, we need to go here and here and here and here in that type of rotation fits here because that's where the water is or that's where we got the rain or that's where the sage-grouse are not going to be here right now and went adjust our management system and go there.

And we know that resource will move and it will be something else.

So they are able to kind of maintain some land health by having a quote/unquote disturbance, a disturbance, that's in the negative connotation.

A lot of people think multiple use because there's a use.

There's also a negative impact.

Stop mowing your lawn and see what happens.

You will be spraying a lot of chemicals to control your weeds.

I think land disturbance helps.

So having the horses out there, and the ranchers are there and they understand what's going on.

They can give an historical context to the landscape.

They can provide feedback to the agency about what they have seen in the past.

They are usually the ones who give ideas on how to fight fires because it goes through their country.

And there's a knowledge base, because the agency with the limited staff can't get on the ground like we like to.

We may only get out, you know, once or twice a month to an allotment, where they are there every day.

The concept, if we remove that we are going to get back to a perfect condition or pristine condition, I think is a false impression.

Grazing has been occurring on this landscape forever, and, again, the goal is to manage that.

To make that work within the context of social values, the bureau' mission of multiple use and that includes all species that graze out there.

>> FRED WOEHL: Thank you.

Sue and Barry, if you are on the phone, if you have a question, ask it now.

If not, mute your phone.

You are creating a disturbance.

Well, Barry is pretty good at --

>> DR. BARRY PERRYMAN: I'm on the phone.

>> FRED WOEHL: Do you have a question?

>> DR. BARRY PERRYMAN: Not this moment in time.

>> FRED WOEHL: Well, put your phone on mute there's a little button on your phone that says mute, m-u-t-e.

>> DR. BARRY PERRYMAN: I will give it a try.

>> FRED WOEHL: Okay.

Well, this is one of the best parts that we had, and this give and take has really been good and I'm looking at the -- (Background noise)

And the read of the board meeting is board input.

If you don't mind, I would like this to go on because this has been really, really good and besides that, my good friend Jim has a question wants to ask.

>> JAMES FRENCH: Thank you, Mr. Chairman.

I'm going to state for the record also that the -- from a water rights issue, you know, you were talking -- you were speaking to that here a few minutes ago and speaking not for Utah, but for Nevada right now, one the things that was observed with the increase and the -- the increase in distribution of horses on to livestock allotments,

was not just the competition between horses and livestock.

In some case it's was the springs that were beat out and quit flowing.

And in many cases, though, it was a lot of those projects that were funded by 8100 funds, having to do with pipelines and troughs and drinkers and all of those kind of things.

Just by the nature of how horses gather around those locations, and mill around on them, whatnot, they damage them often to the point where they quit working.

And I know that was something that was not only for livestock standpoint.

It was from the wildlife perspective and the wildlife guzzlers, it was a big deal and it created a lot of damage.

I only say that because that's something to keep in mind as we are moving forward with sharing those spaces.

But I wanted to state for the record for my friend Dr. Perryman also is that from 30,000 feet, there's a paradigm shift going on right now with regard to the Taylor Grazing Act and what -- and what we took as gospel from the 1935 or '34 sustained yield model that was actually spelled out within that.

And orderly use, so to speak.

And because there has been -- when you factor in the changes in water distribution, the time of the year when water comes now, we are in the middle of -- I think most states that don't even have water rights or water drought issues in terms of inches of water produced, we are all seeing drought or snow droughts.

We are seeing a lack of snow, snow pack, which dramatically changes how water is delivered during the season.

And it is -- what that has done, though, is changed and shifted the response to the ecosystem on the lands.

Not only for -- with regard to how we run livestock operations but how that impacts things like other uses on the land, wildlife and whatnot.

I guess with that change in that synergistic impact to the ecosystem, in your view, Alan, what is the shift in management protocol from the livestock industry regarding that?

I know we all -- nobody -- the country I'm at right now is operating livestock the same way they did 20 years ago.

It's all changed dramatically and I'm just wondering if you can give us a little overview of that historical aspect of it.

>> ALAN BASS: Yes, if I'm tracking your question right and I think we saw yesterday or identified one of the concerns with that change in how water comes and when it comes and in what form it comes, is the hauling of the water and the shift that that's created for horses and concentrating them in certain areas.

I know we have a lot of offices that have the same conversation with permittees who haul water.

They may be filling up existing troughs and so they are sort of still grazing and managing their operation on that allotment with that historical way that they have been running that rotation.

So, you know, I think that's probably something that they think about.

I don't know how well -- or if the agency is dealing with that through the grazing

administration, because it -- it's the so unpredictable and changing it so often is how do we decide where do we put water developments or where do we take them?

There's -- you know, and I could only speak -- you folks from different areas of the country, probably have different interactions and Nevada is doing different things to address this.

In Utah, there's been proposals to consolidate allotments and make, you know, 29 operations into one.

And run bigger herds quicker through rotations and we are addressing, you know. There's an example of two of those water rights.

There's big water rights who are supporting that effort and developing the storage tanks where we can control that flow and they are putting the troughs on floats.

So now you can strategically or surgically distribute that water where you want that and not just have a free flow or filling up that pond where you have the potential for west Nile or whatever else may come.

As far as the grazing rights and the distribution, I'm not sure.

Sometimes it's a challenge for us to get out that far ahead because we are trying to renew the permits that are in front of us.

I do think through the Taylor Grazing and the outcome-based grazing, there's a conversation occurring with that, where with do we want to see our resource objectives where do we want to be in 10 years or 15 years and what is that going to take and water distribution is pinnacle to that conversation.

But the forecasts where we might have it coming or not, it's a challenge.

>> JAMES FRENCH: One little follow-up.

In addition to the water side of that, obviously, with we had vegetated challenges and we have wildfire incidents that have gone from 54 averages and 7 year averages because of the flashy fields on the ground and that's all shifting the paradigm as well in terms of that.

I'm just wondering, you know, the competition now, between users on the ground is becoming much more critical.

I think that's one of the reasons that we are here with the wild horse side of it, because that competition starting to equate into ecosystem degradation and I just -- I know -- I know in Nevada, I know that's a big deal for the livestock operators and you know a lot of the changes you just described with regard to the permits and whatnot, have been voluntary and have been proposed to the -- to the agency over and above, you know, what came down from Washington, D.C.

>> FRED WOEHL: Thank you, Jim.

Just so Daniel doesn't have a stroke, we will go ahead and finish this and however long it takes and we will gain back on the lunch.

I may not let everybody have an hour and 15 minutes.

And I promise by the closing time -- just like yesterday, you were stressing out.

We will get through in time, and we will do that again.

But things like this is really educational for us on the board.

And the interaction that we are having, I think, has been a -- well, that big word.

Beneficial, is that the word I'm trying to think of?

It's very beneficial.

So anyway, who is up next, Bruce?

All right.

>> REDGE JOHNSON: Good morning.

It's a pleasure to be here with you.

I would like to thank Bureau of Land Management for the opportunity to present to you today on behalf of the governor, Governor Gary Herbert and boss Kathleen Clark, we would like to welcome you to Utah.

And giving us an opportunity to discuss some of the issues that we have.

I was asked to cover multiple use and how Utah needs that on our public lands.

So I talked a little bit about healthy rangelands for healthy ecosystems, herds and economies.

That's a big part of the Utah economy, 57% of our state is public lands.

So we have very little private land to work with.

So every decision that's made by a federal agency has significant impacts on our economy.

And our ecosystem and our local communities.

So we appreciate the opportunity to come here and discuss some of the desires of the state of Utah and how we move forward on this.

I think everybody can appreciate that we all love horses.

I worked on this issue for a long time and whether I'm talking with the ranching community or with the advocacy groups, I have never yet run into someone who did not love horses.

And the question is how do we manage them and how do we get to this balance that we can all live in?

And I would like to give you a little background on myself.

These are actually our horses when I was growing up.

Probably one of the few people in my generation that grew up or spent a large part of my childhood without running water, electricity or telephone.

What I did have was about 80 foals every year that I got to train.

So that's kind of my background and that's probably why the governor's asked me to take this on was that background.

I'm not sure it was a blessing.

It gives me some background in how to deal with horses also.

All 80 mares that we ran, ran on open range year round.

So much different than most people back east, on how they train their horses, how they raise their horses.

I would say that a good portion of our mares were just as wild as some of the wild horses that you see out on the range.

Some probably more so if you were at the Onaqui and could approach them and get up to where you could approach them.

Some of our mares weren't quite that tame.

So it gives me appreciation for what -- what some of the challenges are.

I would also say that we were very specific on when we put our herds into a pasture, how much we let them utilize a pasture and the number of horses that we put in a pasture.

And we are very careful about following those principles.

And the reason for that is if we didn't, you wouldn't see the grasses that you see underneath the horses.

What you would see is see bare dirt.

And it's critical to deal with those three principles when you deal with livestock, but especially horses.

They don't have a cloven hoof, but a solid hoof.

They are one of the only animal out there that has that hoof.

They can dig through snow.

Which was great which is why we could leave ours at a high elevation during the winter and they can dig through the dirt and dig up the roots and take out a whole plant and I will get to that in a minute.

It's critical that we look at how we will manage the horses.

As I said, we support the wild horses.

The state of Utah wants to make it clear that we support wild horses and it's part of the economy.

It's part of our culture.

It's just something that we enjoy.

We know people fly into Salt Lake and go out to the Onaqui herd for that.

We don't want to disturb that, but this is the picture that we would like to see of the wild horses.

Healthy herds on healthy rangelands and we have got some work to do to get there.

Unfortunately, too often what we are seeing in certain areas are pictures like this and that's what we want to get away.

With on the left, you see that's a forage issue and on the right, that's probably a forage issue but also a water issue.

We have two different things.

I would like to discuss those and how we properly manage horses for both good rangeland conditions and water conditions.

So there's some talk yesterday about the challenges of BLM and multiple use.

I don't envy them because it is a big challenge but their mission is to have productivity of the public lands for future generations.

As Alan was saying, that's a discussion that will probably be continued perpetuity on exactly what that means.

They have sustained yield and that's energy development, timber harvesting, recreation, also ensuring the natural, cultural and historical resources are maintained for present and future use.

There was a lot of discussion about, you know, these horses have been here for a long time.

There's also other cultural uses out there but a lot of these rural communities depend on, and that was logging and grazing and mining.

That's the pioneers that came here, they didn't have anything when they got here.

So when they got here, they had to figure out how do we get the timber for building our houses?

How do we get the ore?

I grew up in Cedar City and that's where a lot of the iron ore came from.

They had to figure out how to get the ore out of the ground and that's part of historical multiple use and what we talk about and why that's so important.

We can't have a single use area or a single use on the landscape because our economy being 67% public lands, that's -- that's kind of a death knell for a lost these rural communities and we have to keep that in mind.

The state supports the multiple use mandate of the BLM.

And if we don't have healthy rangelands, then we have impacts to the species.

The picture on the left is the sage-grouse.

And if we have unhealthy rangelands, then we have impacts to the T & E species or any rangeland or any species.

And we are not able to do projects like we have on the right.

We have a lot of renewable resources in areas that we have wild horses but we aren't able to move forward with projects if there's not enough area for the T & E species to survive.

We have to have that balance there.

And that's why it's critical that we have these healthy rangelands across the landscape, with the wind and solar, a lot of times you can have grazing and stuff underneath that, but with mitigation and stuff, that has to occur for the sage-grouse, if we don't have enough healthy landscapes, it starts to impede progress into these other renewable resources.

So as I said, multiple use is critical for the state of Utah.

Wild horses and burros are absolutely part of that.

But we also have wildlife that we need to maintain, not just the threatened and endangered species.

We have all the other species out there.

It's not just big game, small animals, rabbits, squirrels, et cetera, crickets, insects and everything else.

It's the whole gamut that we need to look at and wildlife.

It's not just the big game, the stuff that's pretty to look at or the threatened endangered.

Are there enough bugs on the ground, there are enough mosquitoes?

I know that's not what everybody thinks about, but recreation is also huge.

We have the mighty five here in the state of Utah.

We are very supportive of our recreation industry, and believe it or not, we have a lot of people that go out to the west desert.

There's a lot of rock hounds out there and they like to see the wild horses.

They also -- believe it or not, they like to see the grazing that occurs out there and the cowboys moving their animals around.

It's critical for us.

We live in a very dry state and the state does own the water, and we allow the right to for people to use that water.

It's put to beneficial use.

So we'll probably get into that a little more later.

Grazing is also a critical impact for local communities, and we also view that in the

state of Utah as a cultural and heritage thing that we would like to protect.

It's a -- it's a very big part of rural communities as Alan was saying.

Some of these areas like Wayne County, 97% public lands.

And the vast majority of their income comes from grazing.

If they don't have grazing, they don't have the year-round stores and the year-round gas stations that also support recreation during the summertime when they do have some recreation.

So grazing is that year-round income that allows some of these rural communities to survive and then the added benefit are when they get some people traveling through for recreation or things like that.

But timber, grazing and mining, a lot of the year-round jobs that allow them to survive. Thanks.

Renewable energy is also a big part, especially in the west desert.

We have wind, solar and geothermal are all in that west desert area.

And there is not conflicts specifically, with wild horses and burros but like I said if we don't have healthy rangelands then we get into some of that conflict because we don't have the opportunity to generate some of that.

Wild free roaming horse -- wild Free Roaming Horse and Burro Act, I won't go through this, because I think the Board knows this by heart.

We looking for the thriving ecological balance on public lands.

So I want to go through these slides really quick.

26 years of change.

This is an HMA down in southern Utah.

There was a re-seeding it was very healthy and 2003, only half of it was there and this is 2016, and we don't see any grasses there.

These are pictures where there are wild horses.

The same thing on the Blonde Wash and it goes back to the discussion of how the horses can separate.

This is probably -- if there's anything from my slide, this one and the other slide, and that's the use of the forage.

You have 50% use, you are pretty good as far as keeping your -- your soil intact.

When you get down to 90% use, that's when you start seeing serious impacts, not only to the vegetation, but also impacts your water because you start getting a lot of erosion.

You don't have water retention and another thing that a lot of people don't think about with grazing, is if you keep healthy areas out there, then you also have carbon sequestration.

When you get to 90% use, you don't get carbon sequestration any more.

So something to keep in mind.

The ill pacts to water in the west.

As I said, water is key in these desert communities and what we are seeing is some significant impacts to the water sources, and it was mentioned earlier, once you start trampling down -- and horses do compact the earth harder than a cloven hoof animal.

A cloven hoof animal almost tills the earth when they walk, but the solid hoof actually compacts it.

You can see this the no livestock grazing in this area for 30 years.

You can see how solid the soils is compacted and that creates not only desertification.

Area but you see springs will actually quit running because the soil gets so compacted.

This is the other slide I would like you to take to heart.

And this is how wild horses monopolize water sources.

So you see the green is used by the horses.

And the blue is native wildlife.

I stole this slide from somebody else on the panel.

So I thank them tore that.

But it shows the impact that wild horses can have and in this area, we were not looking at cattle, but I can tell you also from being out on these ranges, that if there are wild horses on these water sources, they will also keep the cattle off.

So it's another impact to the grazing, but mostly looking at the wildlife issue on that.

How to achieve AML, some thoughts that we.

Have I know this is very aggressive, but with what's going on on the range, water impacts and forage impacts, threatened and endangered species, we are facing critical challenges and we would like to see AML achieved within three years but certainly within five to ten years.

That's critical or else we will never get ahead of this, especially the ecological damage.

We have a lot of restoration and remediation to do on the range and we can't even start doing that until we get down to AML and we talked a little about what the state of Utah is doing with watershed restoration yesterday and we are happy to pitch in on that effort but until we get to AML it's pointless to go out and do those projects.

Like we said earlier, we have done the seeding projects.

If you are over AML, the seedings just go away.

They are unsuccessful.

We would like to see all available fertility control options on the table.

Different HMAs will require different solutions.

Some will require permanent sterilization and some we can do the darting but we have to look at them HMA by HMA and see what works in those areas.

If you have areas that are really vast, really rugged, you are going to have to probably look at a permanent sterilization solution as part of getting to AML.

Remove young adoptable animals.

This comes from my background.

The younger the animal it is, the easier they are to imprint with and the easier they are to train.

We need to concentrate on bringing off those animals that are trainable and adoptable.

I think it was Protect the Harvest did a futurity and the top sale was $70,000.

There are ways to help finance some of this stuff, but we need to get those young -- and they started with very young animals.

Also, though, we need to retain an adequate number of high quality young animals for herd viability and diversity.

We always kept three or four of our best fillies and those were our replacement fillies and that's how we kept them genetically viable and then we brought in a new stud every few years.

We always had 80 head and we had good genetic viability by keeping the -- we also brought in other mares.

There's a way to do that by just bringing in new genetics.

And also I would highly recommend that we look at implementing proven grazing principles in the Wild Horse and Burro Program.

Do we shut off water and try to get them to move to a new area?

But with the wild horses if we don't think about how to move them, and how to get next in new pastures and do some kind of rotation with them, we will always end up with these impacts, localized impacts.

As we deal with the grazing community, we have plans and then we plan on when they will be in the pasture.

I would suggest that that's one of the ways to do this the last couple of days.

I saw that wild horse and burros are the living spirit of the West, I couldn't agree with that more.

They are.

That's one side of the coin.

The other side of that coin are the actual pioneers who brought the horses there.

We hear a lot of discussion of removing the grazing in order to allow more horses to be out there.

Those families, Mr. Yardley's family that have been out here for generations, those are the pioneers that brought these horses to the range.

So I hope we can get away from saying it needs to be one or the other.

There's enough room that they can both survive.

We need to work as partners on that instead of being in conflict with each other all the time.

I appreciate Nancy and the work she's doing to Friday that to fruition.

Dr. Steed was talking about tradeoffs.

We have to have multiple use and how do we get healthy herds on healthy rangelands while also still allowing renewable energy, grazing and the other things that are critical for the state of Utah to continue while we also enjoy the wild horses on range.

So look forward to working with you all, and I'm open to questions.

Thank you.

>> FRED WOEHL: Thank you very much, Redge.

Jim, do you have a question?

>> JAMES FRENCH: Thank you, Mr. Chairman.

Real quick question, Redge, from the -- you mentioned we all understand from the governor's office and I'm wondering if there's conversations within that -- that circle that in the process of achieving the recommendations, the five that you just presented to us, is there an appetite on the part of the state and local governments to partner with the federal government to achieve those recommendations?

>> REDGE JOHNSON: So yes, two years ago, the legislature put $500,000 to doing rangeland projects and $250,000 went in this year and part of that was for rangelands and another part of that was for some water projects and then actually doing some gathers.

Now we are not -- we have not done anything on the adoption side or fertility side.

But I think you would find a willing partner, in we can come up with some of these solutions to be partners with you on that.

You know we are great partners on the water restoration and rangeland restoration, yes, I think would be partners.

>> JAMES FRENCH: I think the subject matter experts alone and the ability to provide the specific management direction that is necessary for your piece of country in here is crucial in this whole thing and I think -- I would just like to state for the record, I think that part of the solution of this thing is going to be not only public and private partnerships that was presented by Nancy but also state and local partnerships right alongside of it.

>> REDGE JOHNSON: Thank you.

I would agree with that and state and county Resource Management Plans we refer to that as local ecological knowledge.

And, you know, these people have been on the range for 150 years.

They know how to manage these areas.

And if you see -- I would say, in the 40 years that I can remember, and I have been on the range since I was 10, working with my family, and buying cattle all across the we have, I have seen a marked improvement in many areas in the forage because of the management practices that we use now.

You know, we are not there in the '20s and '30s, but we are learning a lot and implementing those better management practices and I think we can bring that to the table on this issue.

>> FRED WOEHL: Ben, you have a question?

>> BEN MASTERS: I do.

Judging from the historical record of success of the wild horse and burro program, I think that the possibility of the program getting significantly more sun sustainable is very, very real.

And currently, in Utah, it's three times over AML, and there is approximately 800 to 1,000 horses outside of the herd management areas.

If populations double every four years, you are looking at 2,000 horses outside of HMAs and four years, 4,000 outside of HMAs in the next eight years.

The BLM's budget is strapped.

I wouldn't plan on them being able to contain it.

Does the state of Utah have a plan on what to do with potential exponentially growing horse herds outside?

Herd management areas?

>> REDGE JOHNSON: So right now our hands are tied with the same regulations that Congress has put on the Wild Horse and Burro Act.

It's interesting under the act, they are supposed to work with the local wildlife division, and we would like to see more cooperation there.

But to date, we -- I guess, one, that's why I'm here, talking about trying to find solutions.

We recognize this is an exponentially growing problem.

If we don't get ahead of it, that's why our timeline is three years.

You will see a lot of five and ten-year timelines.

I don't think we can let it go that far, Ben.

We have to get on this right away and there is a significant impact to our private landowners.

You know, as I said, some of these counties are in single digit private landownership. And they are still seeing impacts from wild horses.

That's -- that's not fair to them and we also have a lot of state institutional trust lands out on the rangelands.

Those are funds that go to our school children and they are affected by wild horse and burros.

So we have impact and we can't survive the exponential growth in the wild horses and be economically viable in some of these rural counties.

So we will do everything we can and, you know, we have been back to Washington, D.C., to try toad indicate people on the impacts that we see in rural Utah, but we need a solution from Congress to allow us to -- to address this.

>> BEN MASTERS: On those state lands, if there is a horse on state lands and it's not inside an HMA, or an HA, whose horse is that?

>> REDGE JOHNSON: It is to my knowledge, still a BLM horse.

We can call and let them know that they are there and they are supposed to be there within three days to remove it, but one of the issues, these are rangelands.

And so when the operator has the rangeland out there, is on the mountain taking care of his cattle during the summer months or harvesting the alfalfa, and he may not be out for a couple of weeks and they have eaten all the feed, but he didn't know that they were there for three or four or five weeks until he goes back out to check on something.

So there are some significant impacts there.

They are still wild horses and they are still protected under the Wild Horse and Burro Act.

The only thing we can do is let them know that they are there.

And Gus is really good trying to get the horses off of the private lands but it's the notification part where these are wide open rangelands.

If you have been down to western Utah, southwestern Utah, you know how big it is and how open it is.

Those horses have a lot of places to hide and they come out at night to feed and so there's an issue.

>> BEN MASTERS: So you are stating that a horse, an unclaimed horse that's on state land that's not inside an HMA or HA, belongs to BLM?

>> REDGE JOHNSON: Are you talking about unclaimed horses or horses that are branded?

We have two things --

>> BEN MASTERS: A feral horse.

That's 40 miles away from the nearest HMA.

>> REDGE JOHNSON: So if it's a branded, marked BLM horse, it's under Gus' supervision.

If it's a feral horse where somebody -- a private individual took a horse out and just let it out, and it's not a BLM wild horse, then the sheriff can go out there immediately pick

it up and they have to hold it for a few days and they can take it to a market and sell it.
Does that answer your question?

>> BEN MASTERS: The horses that are in HMAs are not branded.

So if a horse on an HMA and left ten miles without a brand, I don't understand why that horse is a wild horse and is the BLM's.

>> REDGE JOHNSON: So that's a good question and I will have to leave that one to Gus or somebody else on how that one is handled because we -- we can't harass the wild horses.

>> FRED WOEHL: But I think what he's asking, how do you know that it's a wild horse?

How do you know that it's not a horse off the -- the neighbor's ranch?

>> REDGE JOHNSON: Yeah.

>> FRED WOEHL: So what Ben is asking about these horses that are off the range, that they are completely away from it, what is the state of -- the state of Utah going to do about it?

I almost called y'all Idaho.

>> REDGE JOHNSON: That's fine.

We get along great with our partners to the north.

>> BEN MASTERS: Would that be better to defer to Gus?

>> REDGE JOHNSON: It is.

I will leave that one to Gus.

I can tell you most of our ranchers are very nervous about disturbing the wild horses and so they won't do something like that, but Gus, why don't you handle that one.

>> GUS WARR: Sorry, Redge, I want to see you squirm a little bit.

In the horse expand we they move outside of the herd area, even if they are 10 miles away, those animals are still unbranded, unclaimed and they fall under the Wild Horse and Burro Act.

It's not anywhere near an HMA.

We go and investigate it.

We try to determine good it's a feral horse that's been turned loose.

Sometimes we see one with a halter mark or the classic is we look down and see a shoe on it.

That's obviously not a wild horse but a horse that's unbranded, unclaimed, on public lands falls into the Wild Horse and Burro Act.

>> FRED WOEHL: Is there a brand law in Utah?

>> Yes, definitely, we work really closely with the state of Utah and the brand inspectors and they help us veg these questions if there's any questions.

We can determine are they wild horses or private feral horses.

>> FRED WOEHL: Dr. Petersen, don't panic, you will get your full time.

You will be grilled just as much as these folks are.

>> BEN MASTERS: So that statement that a horse that's unclaimed on public lands is a wild horse, that is a big statement.

Where is that at?

Where is that written at in the act?

Yeah, because that fascinates me that -- that a horse that's unclaimed that could be

200 miles away from the nearest HMA under that definition would be considered a wild horse.

(Off microphone comment)

>> GUS WARR: Mr. Chairman, in the state of Nevada, you know, everybody knows where the Virginia range is.

That's where the Wild Horse and Burro Act originated with Wild Horse Annie, she was talking about the Virginia range at the time.

And much of the Virginia range is state land.

And the Bureau of Land Management, there's a significant herd of horses on the Virginia range.

There always has been, at least in recent history.

And the Bureau of Land Management relinquished -- the question was asked them, are those your horses?

Are those somebody else's horses?

The same question you just asked the Bureau of Land Management, no way.

And we had -- we got an opinion from the attorney general just recently, the Department of Justice that those horses belong, in fact, to the state of Nevada and the management is -- is going to have to originate in the stay of Nevada, and they are going to take responsibility for those horses.

That's why the controversial discussion about the sale without restriction on the Virginia range, the population came up.

>> STEVEN YARDLEY: Are they held within the confines of the act on those horses.

>> What was that again?

Are they held within the confines of the act of what they can --

>> Not at all.

They are completely independent of that.

>> I have a comment.

I want to commend you on one thing that you said.

That's where said that they retain an adequate number of high quality young horses.

I have been on a couple of gatherings where they return part of the animals they gather to the range and I'm not critical of the folks that were in charge because they were range or grass manners.

They have horse people, but they were returning horses -- and I understand this from an adoption perspectives, Palominos, and buckskins but a lot of them were club footed or bench needed or had straight stifles and those are significant defects that would always lead to early lameness on certain wild horses early death.

And so I'm not sure what the solution is.

I'm sure we could put to go an educational booklet for the people that run the gatherings to help them identify those type of defects, because they do have consequences.

And a just want to commend you for bringing that up because it's a very good point that hasn't been discussed before.

>> REDGE JOHNSON: Thank you.

If I could add to that, during some professional conversations with folks, they were concentrating on those adoptable animals and bringing them on, as many as they

BLM_002965

could, and my point to them was leave some of those genetic markers in your herds so that what you are developing long term are adoptable animals.

Don't leave -- if whatever you are -- your negative traits if you leave those long-term, you will have less adoptable animals.

>> DR. TOM LENZ: I think one of the issues we faced is a lot of true, good, horse people, traditionally have not adopted these wild horses.

There's been some great effort to correct that with Mustang Makeover and so forth, and I told a fellow on the range that day, horsemen want horses that will remain sound.

And so even though the horse is pretty, if he's got bad knees or he's got hoof problems, they are not going to adopt that horse.

And we need to encourage people that are in the horse business that know how to train and ride horses to adopt these horses.

>> FRED WOEHL: Thank you very much.

That was a good program.

Dr. Petersen.

>> DR. STEVEN PETERSEN: Is that working.

>> FRED WOEHL: As they say in a western I watch, shoot Luke, you are loaded.

>> DR. STEVEN PETERSEN: This is a great opportunity to think through these things and come one ideas.

Mostly my background is in rangeland ecology and management.

Soil focus on the ecological principles that tie to range ecology and I don't know if you have seen this book of Jerry Holechek, the rangeland management principles.

I want you to read it and put on your coffee table and it's a beautiful book and it talks about major fundamental thoughts about how we conserve range.

And my focus is talking about some of those.

In that book, it talks about the main conservation for raising our resource practices that we have and they are to sustain rangeland renewable resources and that's a fundamental part.

To maintain green plants and capture solar energy and sustain range animals and maintaining that should be the focus of management efforts.

And then to provide protection to soil, water, vegetation and sustain the multiple uses that Redge just talked about.

With that we have to talk about the things that keep these rangelands sustainable.

They are precipitation which is the single most important factor in determining the plant communities.

And with that are soils that we protect soils, we understand them and realize they have a huge influence on the ability for plants to persist and to respond and when you think about ecological practices and principles we should think about resilience, as well as resistance to these types of disturbances.

It goes along with what Redge was just saying.

I put this map together.

This is of all the HMAs in the West United States.

And if you look at the map of -- this is from -- I can't see the dates on there, but about 30, 40 years, something like that is the average annual precipitation in the United

States and in red there, that red is primarily the driest parts of the state, and then if you look at Nevada, you have the arid environment.

And you have the relationship between where the horses are at and where rangelands are at and these conditions, it's really important to think about the influence of -- of the environment and the ecological responses and the resilience through these sites and the plant communities.

Also major principle of range is that you consider the potential disturbances and one of them is looking at animal density.

It is the most important of all grazing management decisions.

It has to deal with the frequency, the timing, the duration of grazing and how that can influence the plant communities that are there.

I like Redge's picture of the plants that he had on there, showing total grazing and not total grazing but the influence of plants in response to grazing, having to deal with total amount that was utilized, utilization.

And what happens these plants when which have evolved and grazing over long, long time periods they persist with grazing but as they continue to be grazed on, they have to draw from carbohydrate reserves.

If you keep using those plants over and over time, they only have so much they can draw from.

The roots are not able to do that.

The wheatgrass can respond very effectively, and enough hits of grazing in a time period, especially when they are vulnerable can a deleterious effect on that plant.

An important topic is the carrying capacity.

These ecosystems are tolerant of a disturbance, over time you can see what they can actually support and maintain.

And so think about stocking rates.

Your goals are to not over do this to cause damage to vegetation and part of this is to maintain the ecological processes that you see on the environment.

Sort emphasis is then to maintain the interactions so you can maintain the plant community that stabilize the soils, allows for infiltration rates and you get nutrient cycling and all of these processes that are made for rangeland management and health.

And with, that we continue what with has been stated as far as how we manage our horses, the BLM has come one appropriate management levels with the goal of -- this is in the handbook to maintain a balance of free roaming horses and burros with livestock, wilderness and recreation.

If you look back at the 1971 act, a statement that was made was the goal is to maintain a thriving natural ecological balance.

When I was on the committee, we talked a lot about what that means.

And how do you maintain this thriving natural ecological balance and it's an important thing to consider.

And the number of animals, whatever they may be, it's just an herbivore.

It doesn't have to be a horse.

It can be anything like we already heard about, livestock, and it doesn't matter what it is, as long as you are grazing these plants and having that effect, you need to consider

what that stocking rate means as far as the resilience of these sites.

Just for fun, I pulled up this.

This was off of the BLM website.

They showed the different states.

This is for a report from March 2018, and this was a total of horses by state and the total number of burros and their total.

I thought, well, compare that to 2017, how much is that?

Are we seeing a change and these are the results, every state except a couple?

This is Montana that has a decrease, but the rest are continually increasing.

We continue to see an increase in the number of horses.

And maybe more important is the discussion about AML and how many -- what percent of horses are there above AML in these different sites.

And the only one that's below it right now is Idaho.

The rest are all above and overall for the total amount on the bottom right is 207% above AML and that goes back to the concept or stocking rates and what it means to the lands long term.

So I want to show you a few things that have come out of the scientific data collection recently.

This is a site up in northwestern Nevada.

That fencing is great for doing studies.

You don't have to get an EIS, it's called liberty fencing.

So it's part of a team.

There were several of us involved in this study.

We developed those disclosures and five different disclosures.

Gail Collins was the biologist out there who has done a lot of work on horses.

You can see where it's exposed to grazing and on the right it's excluded from grazing.

We had a group out of ARS from Oregon.

And this is from Dr. Davies with Gail Collins and Chad Boyd who have reported on their five-year study.

Effects on horse grazing comparing excluded versus non-excluded.

And basically her base is covering density did not differ between grazing treatment from their study.

What they did find was that horses grazed areas had lower sagebrush density and greater soil penetration resistance and lower stability.

What that implies to those who would read this you have to be careful that you may have an effect, right?

So it may have an effect on the ecological function of semi-arid rangelands with the risk to exposing soils to impact the hydrologic process that occurs.

That was published in 2004 and I have a copy of that paper right here, and I can hand them to you if you would like to have that.

I made one though, I should have made a bunch.

I have that for you.

I will give you the whole pack.

I have a whole bunch of papers here that discuss this stuff.

And so on the right, you can see the grass soil aggregates and both are showing a

significant difference between graze and exposed sites.

And then the same team of people, they put together that study which was looking down.

So Davies was looking at the upland areas.

This study was down in the riparian community.

Again five years.

The same location.

Five different disclosures to show replication in this.

If you consider cover, also the density of plants, that there's an effect.

So bare ground in grazed areas was much higher -- it was much higher.

Significantly higher, and then here significantly lower.

There are these effects that can occur and the next graph shows you this, which is subtle heights and visual obstruction for potentially hiding cover.

To be considered.

And this is for plant community analysis.

This next set of slides is from work that was done by Luke Hall.

Environment was a Ph.D. student out of BYU, Brock McMillan and Redge, this was some of the stuff you were talking about.

They put fences -- they had areas fenced off to horses at Dugway Proving Grounds that's here in Utah and they wanted to see what difference would you see in areas that had horses that were able to access these water sites, versus those that were excluded and this image here is showing the total number of visits of wildlife at a site.

And on the left is your horse excluded sites and on the right are included.

And that's just a total of number of visits for wildlife species and if you break it down into individual species that do show up, on the left is showing you, again, excluded sites where you have got significantly higher number of species that are occurring at these sites where they are excluded.

Three minutes?

Got it.

That's perfect.

So the thought is that you think about the size of these animals.

They are large-bodied animals and, again, it's not just picking on horses.

Tobacco any large herbivore.

It's just the interaction between animals.

We did a study, my graduate student out in the same location, not this one but in Nevada where we looked at pronghorn.

She sat up on the hill and observed pronghorn and horse interactions and 50% of the time, when horsed showed up, pronghorn would vacate the water source.

We think mostly because of the size, the pronghorn, 100, 150 pounds and a horse will be 1,000 or 1200 pounds and it's a body size issue.

This is one that Redge just showed.

I want to understand what this is saying in the summer months when water becomes a scarcity and they need the water.

It's showing you the amount of time that the horses will stay at a water hole and utilize that water which can potentially displace other species.

A couple of slides left.

This is a description of the state theory.

An important concept, when a site has a potential disturbance, whatever that may be, over time, that disturbance may cross ecological thresholds.

We suggest that it takes energy, to be time and money and extra management to drive these ecological sites back to the way they were historically.

The goal in rangeland management is to not cross ecological thresholds if at all possible.

And that comes down to doing risk assessment, and so for sites that are potentially being utilized by herbivores of whatever type, that needs to be considered very carefully.

The sites like this are not permanently.

I was a week ago in Australia, at brumby week.

They talk about brumby impacts and they have had -- they got over 1 million brumbies, about 1 million brumbies in the whole country.

And there's an area where they removed horses and they still over the laugh three to four years have not -- last three to four years have not seen much of a recovery.

We haven't quantified that.

How much can they tolerate in crossing these thresholds.

It may not rebound the way you would like it to recover.

So the thought is to become educated and understand what the ecological processes are like.

And knowing what the principles are like, I think it's really critical and they can apply those, and understand the knowledge to make real fundamental decisions and maintain these landscapes.

And from that, you are able to make predictions about what those impacts might be.

And ecological site descriptions have been produced in many states.

I know for Nevada we they have a lot of ecological site.

It allows them to make predictions of what happens when you cross those and what does it feel like and what does it take to get them back.

I think that's a real fundamental part of this.

And with that, if you have any questions about this, I'm more than happy to answer those.

>> STEVEN YARDLEY: I would like to comment, Dr. Petersen, I think the all the information, a fundamental impact of what you presented is the most important thing that we have heard yet.

Knowing the significant impact that the rangeland resource has on so many different animals and.

So different people, what's at stake here with the excess population of wild horses, is astronomical.

And I would hope everyone would take an opportunity to review this information and look it over, but could you just touch on, you know -- and you kind of have, but you brushed over this transition that occurs when there is a threshold, an ecological threshold that's crossed.

What are the ramifications on these arid desert communities of crossing that threshold

and how long does it potentially take to return back to that pristine state it was in to between with.

>> DR. STEVEN PETERSEN: I love that question.

I teach to that to my students all the time.

8 to 10 minutes, it's not enough to go into detail.

These sites are sustained.

You have plant communities that have abiotic, and biotic.

You have your plants and the litter in the soil and decomposition rates and you have water and infiltration of the soil and all of that goes to go.

So they maintain these processes which are nitrogen cycling and the hydrological cycle.

These are fundamental parts of maintaining the ecosystem.

As sites become degraded for whatever the cause, is it can cause that disruption to those processes.

The discussion of what a threshold is, it's hard to define with strict numbers.

So the goal is to figure out where you see the decoupling processes.

You get higher runoff which has greater sediment content in that runoff.

That's the concern that you start losing your soils.

You can go from a abiotic, or biotic, where -- abiotic where you start to lose soils and the ability to infiltrate water and those are much more difficult to recover from, the abiotic thresholds.

If you lose your A horizon or the O horizon, that takes a long time, especially in the semiarid and arid environments that I was showing on this map.

If you let it go long enough, you could talk hundreds of thousands of years of recovery, unless you will do something about it.

So many of the discussions we have is kind of -- you could say it's more about triage.

You don't see this long-term impact.

But the goal is we have a lot of effort, we need a lot of effort it do things to restore the rangelands and implement the recovery and maintain the recovery process.

Is that a fair question?

>> STEVEN YARDLEY: What is the cost involved and the success rate in the arid communities when you talk about trying to overcome those thresholds through man made manipulations and the re-seedings that you can do to get it back to a state where you would like to see it, especially when you are involved with millions of acres that you are talking about.

What are costs involved in that?

>> DR. STEVEN PETERSEN: I will have to price out seed.

When they do seeding operations, the cost is outrageous, especially in the western -- the Great Basin environment, in particular.

These lands are dry.

Nevada is 10 inches or less per year as an annual average precipitation.

I think down in some of the low elevations where it could be 5 or 6 inches per year.

The ability to seed and have the seed germinate and be established.

If you get 1 to 5% success and you are seeding, then your average is pretty good.

Sometimes they have less than that.

And so it costs a lot to go out and do seeding and have it work and be a successful thing.

That leads to a discussion about, yeah, the whole business of what kind of plants you can seed out there because some will persist and some don't do well.

It's a challenge.

It can be very expensive.

>> STEVEN YARDLEY: Did you say 1 to 5%.

>> DR. STEVEN PETERSEN: That's not atypical for dry, arid rangelands.

That's typical.

>> STEVEN YARDLEY: Thank you.

>> FRED WOEHL: Celeste, you woke up.

>> CELESTE CARLISLE: I like this kind of stuff, and so I was listening.

>> DR. STEVEN PETERSEN: It is a fun topic.

>> CELESTE CARLISLE: I wanted to appreciate what you had to say.

This is in particular wild horse study but it does not preclude other large hoof ungulates and the point is not to mace blame at all, it's to figure out how to better manage.

We need better information about our horses on the public lands and doing the right thing.

So I support that.

Thank you.

>> DR. STEVEN PETERSEN: I agree with that.

>> FRED WOEHL: Anybody else have any questions?

Board, I would like to really appreciate you coming and you have done a good job.

>> DR. BARRY PERRYMAN: Mr. Chair?

>> FRED WOEHL: We will have some talks about that.

I was a bit apprehensive.

This is great.

I didn't ask you if you had a question!

(Laughter).

>> Trust me on that.

>> FRED WOEHL: I do trust you.

But this was really, really, really, really, really good.

This is first time we have ever done anything like this and it was really, really good.

I'm serious.

I really enjoyed it.

>> Not just you, Fred.

>> FRED WOEHL: I think they do.

Daniel?

That's what I was fixing to do next.

Sue, are you on the phone?

>> DR. BARRY PERRYMAN: Mr. Chairman, this is Barry.

Can you hear me?

>> FRED WOEHL: We can hear you.

>> DR. BARRY PERRYMAN: Great.

I have a quick question.

I just went through the Green River Tunnel and I lost everything.

I have a quick question for Dr. Petersen.

Could you explain that, you know, you were talking about Dr. Davies' study up at the Sheldon.

Could you explain for the public very quickly or reiterate once again because you did it earlier in your talk, that there is no such thing as grazing or there's no such thing as grazed or ungrazed.

It's always in some context of timing, duration and intensity?

>> DR. STEVEN PETERSEN: Yes, I can address that.

That -- going back to that fundamental principle in the beginning, that's what matters the most and if there is an ability to manage animals and how they use these landscapes, that is when you have the most effective use as I mentioned these plants, these perennial grasses they evolved with this but they are sensitive to the way they are grazed.

And the timing of grazing is really important.

It goes with upland and I riparian system.

You can graze riparian systems every year, but if you hit them again and again, over and over, that can be an issue.

That is a big problem.

Also if you graze them during a critical growing period when they are producing their inflorescences, they can handle that but they can't handle it over and over, especially in one growing season.

So they are vulnerable.

They are adaptive to those conditions but they are vulnerable as well.

Being able to keep your animals where the plant community is best benefited over time, is an important thing to consider.

I don't know if I answered the question or not.

What else did you ask about that?

I don't know if I got the whole thing.

Anyway, that's good.

And that's some stuff for you to think about.

Oh, it was about gradients, right, about over time period.

You know, you have to be able to understand that there will be animals from and there's different levels of grazing, and they will move on to the next ones and so there's movement going on.

But, again, it's this interaction between the grazer and the plant community that's there.

>> FRED WOEHL: Barry, can you hear me?

Barry?

Barry?

Sue?

We don't have anybody on now.

All right.

Okay.

>> DR. BARRY PERRYMAN: I can hear you!

(Laughter)

I heard most of what Dr. Petersen spoke of and I just wanted to just add very quickly that the study in the Sheldon, although there was no major differences between the two treatments, it was only true under that specific grazing scenario of timing, duration and intensity.

If you changed that timing, duration and intensity, you can expect a movement of one way or the other, depending on whether it was more intense or less intense.

>> FRED WOEHL: Thank you, Barry.

>> DR. STEVEN PETERSEN: There are a number of horses -- the Sheldon has had up to in the past, 1,000, 1200 horses on it.

The study was around the Badger Mountain area.

So a number of enclosures were set up in different spring areas springs and creeks and this is a very arid environment as well.

It's a lot like what you see in that picture.

That's next door.

That's over in the Roaring Springs Mountain area of Steens Mountains.

But anyway, that area did have horses that varied in the number and they were doing some roundups at the time and so the intensity of grazing did occur over time and I believe it states that in that document.

You can go through that and read that paper and have both of them here, both the Davies and the Boyd paper that describes that process, but there was -- you know, that was a discussion they had as well.

How many horses are there?

Are they staying in the area?

Are they moving on?

Coming back?

And I don't believe they really carefully looked at the exact number of animals that were present all the time.

We did have some cameras up.

We were take pictures of these horses.

We have knew they were coming inconsistently.

We do have that data that we can go back and look at.

>> FRED WOEHL: Okay.

Okay.

Board, at this time, I think we will go ahead and take a ten-minute break and then when we get back, there's a change in the agenda, not much of a change, but for the next couple of hours we will have working group reports but we are also going to talk about some recommendations and try to formulate some of those.

We aren't going to finalize them but talk about -- I didn't say you could leave!

We are adjourned for ten minutes.

(Break)

>> FRED WOEHL: If everybody will get seated, we will take up again.

>> DR. BARRY PERRYMAN: I am here, Mr. Chairman.

>> FRED WOEHL: If the board members would make their way to the platform, we will take up again.

Yes.

Yes.

All right, Board, the next item on the agenda is the working group reports.

We have that until lunch.

We will break for lunch at 11:30.

I want y'all to know we will have an hour of this and then we will take it back up.

One of the things I would like to propose in this thing is I don't think we are going to have a lot of working group talk to describe.

I would like to take this time to maybe work a little bit on doing some concepts and ideas for our recommendations that we will finally formulate and put out according to the schedule at 4:30.

So if y'all don't have any problems with that, and because I think a lot of y'all are -- the recommendations that you are going to make was a direct result of your working group.

So if that meeting with everybody's approval, we will just go right into it.

So one of the things that -- I don't know what to do about this point about who goes first or what goes what or things like that.

So Ginger had mentioned to me that she had a couple of items that she would like to bring up.

So I will just go to her.

>> GINGER KATHRENS: Thank you, Mr. Chairman.

These are really very small things in the scope of things.

A couple of -- a couple of points and recommendations that I would like for you to consider.

We have had some conflicts between wild horses and burros and trucks and cars and so forth, east of Bullhead City where my brother lives and in other places in Wyoming and so forth.

And in Wyoming, they have used something called a Strieter light.

And these are small reflectors and it's s-t-r-e-i-t-e-r, they are on the posts and on the sides of the highway on both sides.

The concept is that particularly the conflicts occurred at dusk and at night.

And when the headlights of the truck or car hit the light, it creates cross beams that go across and has the effect of deterring wildlife to cross there.

They are being used, and there have been studies done on this, that has office has, if that's important to you.

And they are being used in Wyoming.

I drive, of course this to the Pryors, I drive through Wyoming on a regular basis.

And so from roughly Worland, and Thermopolis and it's big, open country but there's a lot of conflict that's happened and also south of Grand Teton National Park they use Strieter lights.

I would suggest to BLM that they review where there are conflicts with wildlife, including burros and horses, and look into using this tool, which I think is very modestly priced to avoid collisions and damages to both humans and mammals.

>> FRED WOEHL: I don't know if that's something that is feasible or allowed because you are talking about state highways and BLM has no -- I mean, no jurisdiction.

>> GINGER KATHRENS: Jurisdiction there.

Well, I think what BLM could do is since, particularly east of Bullhead City, it's BLM land and Black Rock Desert Burro range, but they could interface, of course, as they do on a regular basis with state and local governments on this.

>> FRED WOEHL: Well, I -- okay.

That's something that we can talk about.

Okay.

What else?

>> GINGER KATHRENS: We love what Gus has done as far as having a kiosk with some of the rules of the trail and also those -- those plastic sticks that have also rules on there, don't feed, don't get within 100 feet, and also, they let the public know where they are.

And they let the public know that they are in a herd management area, managed by the Bureau of Land Management or the Forest Service.

I think the Forest Service could utilize this as well.

We raised the awareness that these are wild horses and not domestic horses.

And it also will increase, I believe, tourism and maybe help some of the smaller communities that are around areas that people don't know what they are seeing or they don't know that they have even passed a wild horse herd area.

In one of the small communities in Colorado, Maybell, they have a sign right outside of town that says, you know, that you are entering wild horse country and so forth and there's good signage at Sand Wash, if you have been to Sand Wash Basin but it can help promote the opportunities for the wild horses.

So I would like to see BLM do this in all the herds, where -- where they can identify that you are entering a wild horse herd area and here are the rules of watching and behaving in wild horse area.

>> FRED WOEHL: I'm sure there's a minimum standard but each state stands alone.

I mean, our role as the board is to make broad recommendations from 30,000 feet, not getting exactly in that.

Now, Bruce, isn't there a regulation that requires signage?

Don't you have a -- on your HMAs and things of that nature?

>> BRUCE RITTENHOUSE: I'm not sure what you mean, require signage?

>> FRED WOEHL: Saying this is BLM land.

This is BLM rules.

>> BRUCE RITTENHOUSE: Typically when people enter public lands, they see typically all the signs that will say, you are entering the lands managed by the so and so field office.

You know, and I think it's still up -- I think it's those HMAs that have high accessibility to the public probably already have kiosks in them.

I think, you know, again, somebody, I'm from Colorado, we have kiosks in Sand Wash Basin out there, but I think that's the only one.

Well, a Little Books has the friends of the mustang group there has developed a large structure there and that educates on the wild horse story.

So it varies.

>> GINGER KATHRENS: In Wyoming specifically, there's great opportunity for this.

Excuse me.

The route to Riverton, there are a number of herds that you pass along the way and that would be very beneficial, I think, Stewart Creek.

Green Mountain.

But herds where people are driving down the highway -- and I have been in the motel there in Rawlins and people are going, yeah, I saw some horses.

And the owner of the hotel, in fact, said, well, those are wild horses.

And they said, oh, really?

I didn't know that.

So we create an appreciation and more enjoyable trip if you know that long strip as wild horses that you are looking at.

>> FRED WOEHL: I think we could -- we can probably do something along the lines of encouraging BLM to promote stuff like, that but as far as mandating they do, A, B, C and D, I don't think we can.

>> We can include it as part of a marketing strategy that we all discussed earlier.

You know marketing was a big emphasis or push for the bureau in order to meet some of those goals that -- that they put out.

I have think that would be part a marketing strategy, for sure.

>> FRED WOEHL: To promote.

>> GINGER KATHRENS: I think -- yeah, I agree.

It is more marketing.

And in the long run, it's also about adoption.

If people get used to seeing horses and they go, wow, those horses are really cool.

I would like to have one of them one day, it's an incentive to adopt.

>> FRED WOEHL: Okay.

We can talk about that later.

Okay.

Ben?

Do you have anything you want to bring up?

No recommendation or anything like that?

Steven?

We may get to go to lunch early.

My goodness.

>> STEVEN YARDLEY: Sorry.

Yesterday there was presented to us by Alan Shepherd the on range branch chief, a set of options that were presented to Congress.

There were four different options that were presented to Congress, that BLM spent a lot of time and money adopting and I think as a board, we need to find one that we can stand behind and support and tell Congress, you know, this is -- this is the option that the Board supports.

>> FRED WOEHL: Okay.

So you are referring to the four options, A, B, C, and D, that he presented yesterday then?

>> STEVEN YARDLEY: Yes.

>> FRED WOEHL: Okay.

Okay.

I think so too.

I think we need to think about that and we can talk about it a little bit further, but come up with an option.

I think that's great.

I think that's a good idea.

>> STEVEN YARDLEY: I think it would be beneficial for everyone on the Board, maybe now or during lunch, but whenever you have a moment to kind of review those and look it over and kind of see what -- as you study it, what you think would be the best viable option.

Because I know BLM put a lot of thought and effort into it.

I have think we ought to support next in it.

>> FRED WOEHL: Good idea.

Good idea.

Was there anything in your's and Celeste's working group that y'all come up with?

>> CELESTE CARLISLE: I don't -- I think just general overall support for the BLM continuing to -- they were given marketing survey, which advised them to do some branding work to get some consistency between and among their adoption events and raise the level of professionalism and train volunteers and things of that nature, just so when you show up at an event, you know exactly what to expect.

Then implementing the solutions in a very, very, very comprehensive plan this they were given is going to take some resources and time and I think the Board needs to be supportive of that so that the adoption program can continue its forward progression.

>> FRED WOEHL: In what way?

What areas?

What type of --

>> CELESTE CARLISLE: I think that we should be supportive of -- that part of the marketing plan called for subcontracting out some portion of those -- that entire program.

That's going to be expensive and going to require RFPs and that whole thing.

>> FRED WOEHL: You are talking about the Great Lakes Marketing report that we got?

>> CELESTE CARLISLE: Correct.

>> FRED WOEHL: That was a very interesting report and a lot of things in there.

>> CELESTE CARLISLE: It was.

So I think that having come from oddly enough, strangely, I shouldn't have ever had this job, but marketing job for a short period of time.

Oftentimes the marketing studying is done and nothing else happens.

Sometimes what happens is agencies will hand pick from that.

Obviously the low hanging fruit will happen first but they can do within, but I think we need to be very supportive of making sure that they actually complete that project.

>> FRED WOEHL: Do you think that every aspect of that marketing survey should be implemented or do you think we need to cherry pick the ones that applied the best or --

>> CELESTE CARLISLE: I think they should be relying on a subcontractor to help them in making decisions.

I don't think they have the expertise to make that call but I think that people do.

>> STEVEN YARDLEY: Do you think that the recommendation we could make as a board, would be to implement the Great Lakes research project?

>> CELESTE CARLISLE: So it's a little lazy.

They have begun implementation of it and just making sure that we are backing the continuation of that.

A project like this, that they sort of reach out a top out point and then we sort of run out of money at this point and then everything that you have done down the line --

>> FRED WOEHL: Well, money is a limiting factor.

We have to admit that.

Maybe y'all could develop something along the lines that implemented, you know, to continue applying, aspects of that report that they can, that's feasible and economically feasible or something like that.

>> CELESTE CARLISLE: Okay.

Let me tweak some wording.

>> FRED WOEHL: Yeah.

I think -- for those of the board that wasn't there, the BLM in 2016, they did a marketing survey and it was really good.

And Holle' gave everybody one of those the other day.

Great Lakes marketing survey and there's a lot of information in there that is just incredible that makes tons of sense and it's a thing that I hadn't even thought about b when I read it.

We had problems in the past with marketing and there's been a lot of work done along this.

It was us asking questions and everybody asking questions and BLM and how we can do a better job of marketing these horses.

Because a mustang is a great horse and promoting that and pushing that and -- it's a remarkable thing within the BLM is that you have autonomous states and you have the whole Eastern States.

I think you have 30 something states east of the Mississippi that's in the Eastern States.

And each one of them have tried to come up with their own marketing plan.

And to promote and do all of this stuff.

I think the result of this would be to try to put everybody together, and it's incredible.

And so coming up with a recommendation that as many of those that are economically feasible to apply, something along those lines.

Does that make sense?

Okay.

All right.

Good enough.

Was there anything else that y'all come up with?

Yep?

>> STEVEN YARDLEY: I don't think so.

We were really encouraged by some of the things that the board -- or that -- that the BLM has already implemented.

They have talked about it earlier in the meeting, and being able to increase the number of horses that an individual can purchase.

I think that really opens the door for a lot of willing people who would like to make a go at training wild mustangs.

Also we are encouraged by the BLM's making an incentive to make it easier.

I don't know if we came up with a recommendation but there has been some good discussion about whether $1,000 is the right amount but I they it's a step in the right direction and maybe when we have a recommendation, there might be something that comes if we want to see that increase.

>> FRED WOEHL: Well, that's a budget amount and I know Holle' spoke of where they come up with it, but in 2015, when that was the board recommendation, that they do that, that $1,000 was about what TIP trainers were getting.

And what it was, we wanted the TIP to be -- I mean, if I TIP my own horse, I need to get the same thing.

Do you know what I'm saying?

TIP is a trainer incentive program through the Mustang Heritage Foundation.

>> STEVEN YARDLEY: Maybe it would be wise to leave it where it's at, but we are encouraged by some of the new approaches that are being looked into by the BLM.

>> FRED WOEHL: Well, I mean, last year they found homes for 4600 horses.

That's a lot more than what we have had.

I mean, that is a very steep climb.

Very steep climb.

Celeste?

>> CELESTE CARLISLE: To add on to the newer sales policy that you have been referring to, and Nancy brought it up in her presentation.

This is some concern on behalf of some of the groups that it's, perhaps, maybe the only problem is that it's written unclearly and so if we could have some direction for -- I'm not sure how to say this, clarifying it and making sure that it is abundantly evident that any loophole or perceived loophole is closed.

I think that would go a long way towards --

>> FRED WOEHL: Well, you know, and I'm being very honest and very up front when I address this like this, is that, you know, the glass is half full.

It's not half empty.

Just because one person did something wrong, it should not be held against everybody else.

That upsets me that if I go and I assume that I'm going to do something bad those horses I. say pardon me, but to hell with you, I will go buy some quarter horses.

I'm being very honest.

It's up to that person on the field, that's making that decision, whether or not them horses go or not, to make the best decision they can with the information they have.

I mean, if a guy comes up in a trailer and it's got plywood on the floor and cattle panels on the side where it's rusted out and you look at him and he says, I'm going to train 25 horses.

Well, no!

You know?

I mean, that's up to that person in the field to do that.

And the problem that bothers me is that when the Bureau of Land Management makes a decision based on the base information that they have and they are covering everything, they are covering 50 states, and then when -- and then when somebody who brings it on a more personal level because of a terrible instance, terrible.

It's one of those things.

But me judging somebody because someone else made a mistake, is not the right way to handle things.

You have to -- this has to be trust.

There has to be confidence among this.

I mean if you are looking like that, then nobody should have a driver's license because we may have a wreck on the way home.

That's -- you know, that's -- that is more of a chance of you having a wreck driving home than someone else doing something else with these horses.

>> CELESTE CARLISLE: But we are not on that panel.

So we don't have to talk about that.

>> FRED WOEHL: No, but you may have to vote on a recommendation.

>> CELESTE CARLISLE: This is very true.

Well, perhaps I will work on a little bit more of that wording that may be amenable to discuss.

>> FRED WOEHL: I would have no problem with clarifying it a little bit, but I do have problems with prejudging people based on one person.

>> CELESTE CARLISLE: I do too.

>> FRED WOEHL: But you want to do it.

So, you know, that's -- that's all I have a problem with.

Was there anything else that y'all want to bring up from y'all's working group?

Yes?

Go ahead.

Yes, yes, help yourself.

>> You know, I think one of the things we have to keep in perspective on liberalizing the adoption numbers and whatnot.

If we had a corral full of horses that we had options with, you know, with what's left over, I think this would be much more of a relevant conversation.

I'm not saying it's irrelevant, but it would be even more relevant.

You know, we are looking at 70,000 horses.

And on -- we are looking to try to -- we are trying to give recommendations of how -- what we are going to do with them.

We are also talking about the populations that are doubling every four years and I think the 800-pound gorilla in the room, we don't know what we are going to do with all of these horses.

I would say to the board and everybody that's out, there we need to be looking for -- for solutions to -- to allow for more adoptions out there on the ground.

I'm not saying we give them away to people who will slaughter them.

That's not my point at all.

I'm just saying that is comes back to what our chairman just said.

I think we need to assume best intentions on people until they prove us wrong and yes, there will be problems out there that we will have to deal with down the road, but I think clarifying what is -- what the consequences are, if you do violate the rule or the law, is -- I think is a good start and it's good place to go with it.

But I think we can do to increase the adoptions to get more of them off the long-term holding site.

>> I wasn't on the board when the $1,000 incentive program are implemented.

Are there good procedures in place to follow up on those horses to make sure that they are not eventually abused or neglected?

>> FRED WOEHL: Generally speaking, when -- all I can refer to is TIP.

I mean, and, well, you can do this on the wild horses too.

When they -- the plan that they have got, is when they would go and adopt that horse, they get $500.

Now, they say that horse.

They don't own that horse for a year.

Okay?

And then at the end of the year, generally in that time, a BLM employee will go out and ensure that the horse is maintained and everything is X, Y and Z, and then at the end of the year, they can get the other $500.

Now, I have been a TIP trainer for a long time.

And when someone comes to me to look at one of my TIP horses.

If I get the least indication that horse is already spoken for.

But now, I can't say every TIP trainer is that way.

But I'm just going about me.

I can tell you where every one of my TIP horses are.

I can tell you who has them.

I can tell you what they are doing and I'm talking at the last count was 76 of them.

I can tell you where every one of them are.

And it's a -- and so there is that requirement.

Now, on a -- an SA horse, a sale authority horse, there isn't any follow-up on that.

But what they are referring to on this -- in this bonus incentive, there's a year from the time that they pick up that horse, to the time that they get it.

So, yes, there's -- you know -- and I don't think anyone will keep a horse -- I mean, for a year and not --

>> DR. TOM LENZ: Take care of it.

>> FRED WOEHL: Yes.

>> DR. TOM LENZ: Those of us who get called out to look at horses or -- not these horses but horses in general to see if they were abused in general.

Otherwise, it always worries me that some of the folks are taking the horses for the money, and not for the horse.

A year is a long time, so I think you would probably pick up --

>> FRED WOEHL: You pick up real quick, plus the field staff going out there.

>> DR. TOM LENZ: It wouldn't hurt randomly to just drop around two or three years later.

>> FRED WOEHL: Well, but --

>> DR. TOM LENZ: It's a resource issue, I'm sure.

>> FRED WOEHL: But they don't have any authority.

>> DR. TOM LENZ: After they signed them over.

>> FRED WOEHL: After they are titled, they are their horse.

And so it's a -- yeah.

Ginger?

>> GINGER KATHRENS: Yes, Mr. Chairman.

I think to increase adoptions, back to the increasing adoptions, it's -- it's no fluke that there's a higher adoption rate in the horses in the herds that are known.

And so back to the signage, but there are other things, you know, I think we can do to put a wild face on the adoption program, and that is for people to know where their horse came from.

And so if they visited a range and so forth and then they have a roundup, the adoption rates go up if the herd is known.

I have been around for a long time and spoken to thousands of people all over the country.

I know that that's true.

>> FRED WOEHL: Well, that's very true, because, I mean there's -- I mean, groups, you know, get together and I mean, there's folks that want horses from that HMA because they had horses in the past, you know?

So that's very true.

And one of the things that we have done, and BLM has done, there's a lot of horses that were born in -- in -- in holding and they never would keep up with where that colt was from.

You know, they just let it run with its momma and then when they got ready to wean it -- but it wouldn't have a brand on it.

There are a lot of horses on, it that have Oklahoma brands.

I mean, you know, but they were from a horse that was caught from the wild.

And so that -- many are not there.

Well, there's been a lot of work.

BLM has done a lot of work to change that.

So that horse gets the same nuclear brand as its momma to keep that line.

And, you know, it's like buying a Ford or buying a Chevy, or buying a Dodge.

If you go and the truck doesn't have any emblem on, it and it's part Dodge and part Chevy, what kind of truck is it?

There are folks who really care about.

The Tiger Period, or the Pryor herd.

I'm partial to Wyoming horses.

I had a whole bunch of them.

It's like everything else.

And so that is a good -- I mean, that's great.

That's great and that's the -- good.

Anything else that you had from y'all's group?

Okay.

Tom?

>> DR. TOM LENZ: All right.

Let me get my notes up.

So the population growth suppression working group, we had a really interesting meeting, I thought.

We reviewed the on-range and holding population numbers, and the gather numbers over the last few years.

It looks like Nevada has greatest number of horses with over 40,000 horses and 3600 burros and we have -- we view the total number here plenty of time.

So I won't go over that.

Removal numbers increased in 2018, from a previous six-year average of around 4300 animals, up to 9500 animals.

Contraceptive vaccine uses, used PZP and 275 doses of PZP and around 14 doses per year of GonaCon.

And it was estimated that Spain would reduce the greatest number of foal.

So after reviewing fertility use or the contraceptive uses or the gatherings, it's pretty obvious of that group and should be to everybody that removals in fertilities are not making much of a dense to sustainable population.

We reviewed the current research projects and there are some promising results with the use of GonaCon and y-shaping IUDs.

This is not a formal recommendation, but to first focus resources on getting down ton an AML within the next three to five years by using removals primarily.

This can be accomplished and accommodated by off-range holdings and also to consider adding on-range euthanasia, purely from a welfare perspective, or to decrease pain and suffering.

In the herds that are suffering due to dehydration and/or starvation.

We believe the consensus was once at AML, once that use has been achieved, a combination of current contraceptives sterilization, sex ratio adjustments and removals should be able to maintain herds to an acceptable level.

>> FRED WOEHL: So you are talking about when they are gathered, club footing things of that nature?

>> DR. TOM LENZ: No.

No.

We are talking about situations where you have herds of horses or family groups where there's severe situation due to water shortage or starvation, rather than capturing those horses, perhaps the on-range euthanasia, it would be much better from a pure welfare perspective, rather than breaking up the herd and putting them through the capture technique and transportation, and so forth, and so forth.

>> CELESTE CARLISLE: I would propose getting to AML in three to five years is too difficult.

I think we need more time, based on the numbers and the parameters within which BLM has to stay within them just based on how many they can physically remove every year.

Maybe that can go a little bit up, but we're -- we have to kind of start at some level of assumption, and I would also propose that instead of on-range euthanasia that any gather, any time, even before AML is achieved that we increase use of fertility control

in all situations.

And we may be able to greatly reduce or hopefully completely remove any idea of euthanasia on the range or anywhere for that matter.

And I would be willing to model that out for you, if you would like, though I probably can't do it by the end of this meeting.

>> DR. TOM LENZ: Well, you know, I think in a perfect world, I think that would be great, but, you know, it's our observation that we're in a critical tipping point here, that it's not like we have three or five or ten years to fix this.

I understand that it's going to take a long time, probably, but well before I joined this board, there was a lot of discussion throughout the horse industry about this issue.

And we continue to hear in a couple of years and in a few years we are going to have something that will work.

Well, I don't think we have a few years.

I think we need to get on the stick and make some really hard decisions.

These are hard decisions.

No doubt everybody in this room loves horses and a lot of us devoted our entire life to improving their health and welfare and so these are hard decisions that have to be made and I think we need to -- that's what we are getting paid for, is to make those decisions and make the recommendations to BLM.

So that's something I think we can discuss.

>> FRED WOEHL: It is tough.

It is tough and we have to come up with some kind of answer.

BLM has struggled with this.

There's lots of folks have and it's a tough thing, but the range that we saw in our field trip, as we have heard from three -- what I can consider experts today, the range is at that -- probably past the point, don't you agree, Ben where some of the range will ever come back within -- I'm older than that you.

It ain't going to come back in my lifetime.

Is it going to come back in yours?

>> BEN MASTERS: I hope so, but, I mean, I spent three weeks in Nevada, and I can count the number of healthy meadow complexes on HMAs on one hand.

>> FRED WOEHL: And so it's kind of -- one of the things I'm taking out from this meeting is the potential of this private partnership where -- Celeste, you and I talked about this.

Where instead of BLM having a long-term holding.

Return to freedom group has long-term holding and they take over these horses or the Cloud Foundation take over these horses, something like that.

I mean -- I mean, I have mustangs at home.

I have my own return to freedom deal.

I mean, I have mustangs at home, you know?

And so I'm doing -- I'm doing my part, but anyway, that is one of the most exciting things I have taken away from here, but if this does not take effect, if we don't do something immediately -- I mean, seriously, immediately, they are in a severe drought here.

And the other day, when we drove back from the range where we were at, where

those -- where those horses was and we drove to that valley of private land and I could look at that range and look at the range we just left, it was just like the pictures we have seen, day and night.

So coming up with an answer, coming up with an approach, you know, and -- you know, and I have always said that a journey of a thousand miles begins with one footstep, but we haven't taken any footsteps and the journey is still up ahead of us and we are talking about three to five years doing this, A, B, and C.

Tom has a point.

In 2016, this board made the recommendation that we impose the 1971 law as written.

Ben was on that committee.

Steven was on that committee.

Ginger was on that committee.

Ginger did not agree.

She voted no, but eight of the nine members did and that kind of brought things to the attention of what was going on.

Now, we haven't -- but we haven't progressed since then.

That's been two years.

The population has grown more.

We have more horses out there.

Long-term and short-term holding, we have more horses than that.

Our budget has gone down 5%, and I anticipate in the budget for 2019 and 2020 is going to be about the same.

So coming up with a proposal and a plan to recommend to the Bureau of Land Management needs to take all of this into consideration.

There's not money to go ahead and increase long-term holding.

I mean, there's not money to do all of this.

And so we got to come up with something that we can recommend that's feasible, that makes sense and that is doable.

That's a tough thing to do.

>> DR. TOM LENZ: I agree 100%.

I'm excited about some of the options that have been presented here from some of the animal welfare groups.

I would like to see every horse out there end up in a happy place.

All right?

But, again, we're not there right now and we need to make some hard decisions in interest of the horses.

>> GINGER KATHRENS: I have been around for a long time, coming to these meetings.

I remember not too long ago, John Fallon served on this board.

He is not inherently in the wild horse loving area, and I release rates speck him greatly.

He was almost begging the BLM to increase the fertility control doses.

He said 400 doses.

What is that going to do?

So when you have the past president of the cattleman's association and also the

advocacy community begging BLM to increase fertility control, you know something is very wrong.

I think this is a moral argument, should our wild horses pay for the inaction, long-term inaction of the government when tools that were available were voluntarily not used.

And I totally agree with Celeste that we have to up the game and with Nancy Perry, that every mare that is given PZP-22 and if they are then reapplied in a couple of years, science is indicating that it has very long durability and it would render infertility.

And Ben and I didn't even have a person in our volunteer group.

So from a volunteer standpoint, I think there are a lot of people who stand ready to help.

And that goes back to advertising and marketing.

If people know where herds are and they admire them, they are going to be much more inclined to volunteer and we need volunteers like crazy to carry out on the range management.

But back to the moral question:   Do you kill the horses because of a failure in management?

>> JAMES FRENCH:   Mr. Chairman, I was going to sit on my hands on this, but I can't.

You know, there's also -- I believe there's a greater moral issue as well, and that is should the native wildlife suffer that same fate?

And inaction at any stage is not only assuring that but it is also -- we are at a point and I just have to keep coming back to Dr. Perryman on this thing.

We are not talking about horses any longer.

We are not talking about mule deer and pronghorn anymore.

We are talking about the land ever supporting those animals.

I know that sounds like doom and gloom.

I live in northern Nevada and I absolutely agree with everything Mr. Masters just said, that we are well past the point of no return in some habitats.

We have places right now that we have lost -- literally lost major mule deer populations.

Literally lost them.

We are not talking about the sagebrush that are dependent on them.

I cringe to think what is going to be left.

And so I guess I would say is that because we are at this point right now, we will have to look outside this box, whether we are going to -- we are going to fertility treatments on horses or whether we are going to gather in the long term or short term holding or whether we are going to wonder how the policy -- the shifts in policy are going to result in humane treatment of the horses.

I'm not advocating inhumane treatment of anything.

I'm just saying we have finally gotten to a point where any additional inaction is going to result in -- in inhumane treatment of horses and that is -- that is going to come in the form of starvation and -- and in the form of loss of habitat and dying of the thirst in Nevada in a lot of locations.

You know, we just heard yesterday about the number of emergency gathers that were conducted this year, and just Nevada alone.

Emergency gathers are just that.

You know, you are going to gather them or they will die right there in one spot.

Many of them did die, just the act of trying to put them in a truck, trying to get them into one location to take them off the land where they were starving to death, many of them perished as a result of that.

But nobody wants to talk about what was left over after we pulled those horses off that piece of land, what was left for those indigenous wildlife that's got to -- that are faced with trying to over winter in those locations this year.

I would just say that it's -- I'm going to emphasize this one more time and we will hear about it in terms of recommendations that this is about habitat.

This is about the ecosystem and this is about -- about what we -- it's less about horses at this stage of the game.

It's sad that we have gotten into a corner to where that's all we can talk about now, we have to put the horses on the one side because it is about the habitat at this stage.

I will leave it at that.

>> FRED WOEHL: Steven.

>> STEVEN YARDLEY: I completely echo what you just said, Jim.

This rangeland resource that the horses utilize is also utilized by a myriad of other animals, other species, not just mammals and invertebrates and there's so much at stake here that we -- once it's gone, professor Petersen talked, about it could take hundreds or thousands of years to get back.

I would argue in situations with all the invasive species that we have now, I don't know if those thresholds can ever be overcome.

So the carrying capacity at least within our lifetimes assuredly within our lifetimes is removed and the animals that utilize that for their winter range or their summer range now don't have that habitat available to them.

And along with that, the horses don't have that.

And I would argue that there are horses currently that are being abused inadvertently by the BLM, not by any choice of their own, but because their hands have been tied as to what they can do and I think we need to do everything we can in our power as a board to not let that process continue to happen to an agency that has been given two very separate charges that are linked for the management of the land first and foremost and the management of the horses but first and foremost, we have to take care of land so it can take care of horses.

And we have to humanely do what is right for the horses and sometimes it's a lot more humane for a horse to be euthanized than it is for it to starve to death or die of thirst.

And that's all.

>> FRED WOEHL: Thank you, Steven.

>> DR. BARRY PERRYMAN: Mr. Chairman?

>> CELESTE CARLISLE: Oh, Barry is on?

Go Barry.

>> DR. BARRY PERRYMAN: Mr. Chairman?

>> FRED WOEHL: Yes, sir?

>> DR. BARRY PERRYMAN: I just need to weigh in for a little bit too, to echo latest things that have been said.

And as I said yesterday, I think there's a nonlethal way out of this.

I really do.

If all of the parties are really interested in doing something, for the benefit of horses, I think there is a way out of this.

I have to say this, it doesn't make sense to -- to administer contraceptive to a dying mare!

And we're down to the habitat.

We're down to the face.

If we don't control these numbers to the point where this habitat could be maintained in the future, we lose our options for the future.

We lose them.

We no longer have the option to have wildlife species, pasturing birds out, there squeaky dogs and other small mammals and horses and mule deer.

If we lose the habitat, we no longer have those options.

They may be reduced options now in many of the HMAs.

This is not true in all the HMAs, but those critical ones that have just been abused and abused for decades now, we have -- we can't afford to lose the options for the future and if we -- if we sit around with inactivity and if we delay, delay, the longer we delay, the higher the chances are that we will lose those options for the future.

And it just -- you know, for me, it just doesn't make sense to administer contraceptive to a dying mare.

It just -- it just doesn't play.

I can't -- I can't wrap my head around that.

So with that said, I will let you guys get back and listen in a little bit more.

Thank you.

>> FRED WOEHL: Well, Barry, before you do that, you talked to us the other day -- the other evening about the horses in long-term holding.

Do you want to address that a little bit?

>> DR. BARRY PERRYMAN: As far as the sort of nonlethal way out of this?

Is that what you are referring to?

>> FRED WOEHL: Well, or a lethal way.

Whatever way you want to do it.

>> DR. BARRY PERRYMAN: Okay.

Well, there's already been some discussion this morning about, you know, transferring the care or the responsibility of the care from the federal government to private entities or NGOs that may or may not exist right now at this moment.

And I think -- I really do think that -- that there are millions of people both on an individual scale and on a foundational scale that would be willing to, you know, contribute whatever is necessary, to the time and the in, and the monetary means to, you know, taking care of these horses.

These are drastic times and I think when -- if we make the case correctly -- you know, Americans are generous people and they are concerned about their heritage and I think they will step up to the plate if there -- if they are presented with the opportunity in the appropriate way to -- to take on this task of supporting animals in long-term holding facilities of one kind or another, various kinds.

BLM_002989

You know, maybe in somebody's backyard, you know they have two or three or one, and maybe there's long-term holding facilities that are -- you know, that have thousands of horses in them.

But it's -- I mean, it's -- it's -- I think that's our way out of this thing, we have got to get these horses off the range.

There's no question about that.

And the question becomes how do we manipulate them into various markets or various homes to compensate for that?

Because we are up against it.

And we know we are up against it.

You know, I just think that's the way out of it.

It's through private and NGO-type partnerships with BLM to transfer these horse care, the off-range horse care over to that sector of the -- of the country.

Does that make sense?

>> FRED WOEHL: Yes, it makes sense to me.

Okay.

Thank you, Barry.

Celeste?

>> DR. BARRY PERRYMAN: Thank you.

>> CELESTE CARLISLE: I think it's in Quaker circles when you agree with someone, you say, Barry, my brother speaks for me.

I think it would be a bold and empowering move on behalf of this board to unify in a pretty big recommendation that doesn't include euthanasia, because we are stepping outside of the box and we talked yesterday on our way to dinner, sort of informally if the energy in this room right now that will make it happen.

These board members, these cattlemen associations in here, these advocates to continually say, just do it this way or this way, because it's the way I like, isn't going to work.

These are bigger, and newer ideas but without everyone getting behind it, they will fall flat just like all the ideas in the past.

So I want to continue to advocate for this idea you first brought up, being very much on the right track.

If we can sort of broaden it, biggify it, if you will -- I like to make up words -- and get euthanasia off the table.

I know that's not popular with everybody, but I think we still have a way out of it and we need to pursue it, but that is not going to be easy.

>> FRED WOEHL: Well, the one thing that I would recommend is that if that's something that you want the board to consider, then you consider the board's approach to applying, spay techniques.

Then you know where I'm at.

I mean, the thing is if we are going to use every tool, we need to use every tool.

We don't need to say, well, no, my way is the only way.

And I don't want euthanasia and all of this.

If we want every tool in the tool box, not only spaying, not only gelding, PZP, GonaCon, anything new that comes up, anything applied because PZP is not the

answer.

You cannot use PZP on every herd.

You cannot use dart every herd.

Well, just gather them.

We will put them in a pen and give them a shot and two weeks later, we will give them another shot but you have got to do it again.

These are wild horses.

The horses we saw out there in our field trip, they were not wild horses.

They were wild horses but they were not wild horses.

When you can go up and a horse looks at you and walks over to you like you are going to give him something, that's not a wild horse.

And so, you know -- and we have to base this on the ten states that is there.

Every HMA is different.

Every horse herd is different.

We heard Gus say them horses, the mob, they are acclimated to humans.

They are acclimated to seeing people.

You go a little further and they see a truck and run.

It's one of those things that yeah, I have no problem with that, but I really have a problem with somebody saying, my way or the highway.

I really do.

So honestly -- and I'm being very honest, I would not use PZP on my horses.

I would not even consider using PZP on my horses.

Would I spay my horses?

I would in a heartbeat.

Because I don't want to put anything unnatural in my horse.

(Off microphone comment).

>> FRED WOEHL: Well, but you are talking about taking -- taking something that's pretty precious to me off of a male horse.

(Laughter)

I mean -- I have a problem with that!

(Laughter)

You want to be brutally honest, you know?

I mean, it really -- and I have helped geld a whole bunch of horses and it hurts me every time I do it.

It does.

So what you are saying, Celeste is, we're going to do that.

We will take that big, important part of that male horse and not do a thing with that, but don't touch the girls.

>> CELESTE CARLISLE: I don't say that in terms of management.

(Off microphone comment)

>> FRED WOEHL: Okay.

Go ahead.

Are you through?

Are you done?

Oh, goodness.

>> JAMES FRENCH: I would like to end this on a positive note, if I could.

>> FRED WOEHL: Well, Hallelujah.

>> JAMES FRENCH: Dr. Perryman and I spoke about this last night.

I said this at Grand Junction.

I looked at everybody in that room and the energy that room, some of it negative and some of it positive energy, but it was energy.

I do believe that that is the solution to this problem.

And I do -- this morning, Nancy's presentation, it was -- it reminded me of something I saw happen in my lifetime and I can remember 1963, a lot of you folks don't remember that.

You didn't see 1963, but I remember a small group of people out there that had an issue with the reduction in habitat for Rocky Mountain elk and it had been reduced down to the general feeling at the time was that the elk populations had been reduced to about four and a half, 5% of their original range.

And that group of people, everybody told them the same thing we are hearing here today.

It's too big.

This problem is big.

We got -- society has moved in.

The technology has changed how elk are going to move around.

The elk numbers are -- we got genetic issues with the elk and you can't -- a whole bunch -- a whole range of discussions on that.

But that group moved on.

And we -- and they created and outfit called the Rocky Mountain Elk Foundation.

And that foundation right now is well over $100 million a year prospect.

They are buying ranches right now for elk habitat.

They are in every state that has had historic elk populations right now.

They have a presence there.

And they made a difference.

And I would just say that is the challenge we have right here, is create a foundation.

Create those public NGO alliances, not just the federal government.

I'm talking about state and local governments as well.

If you look at what's going on in Utah right now, Nevada could learn from that example.

I really believe that that is the solution to this thing.

That does not negate the fact that we have a train wreck that we inherited.

We have to deal with that.

Any decision that we make that hinders the ability of BLM to reduce the numbers to AML quickly risks the -- risks the prospect that we won't have an ecological system to support horses when we decide to expand our range later on down the road, and it is exactly that -- that issue right now.

So with, that I just -- I -- I just employ -- implore everybody that if you have got an idea about it, if you got a group that you recommend, if you got an idea relative to an NGO to take on these public/private partnerships, let's hear it.

Let's do it.

Because this is our opportunity right now.

Thank you.

>> FRED WOEHL: Thank you.

Thank you very much.

At that, we are going to go ahead and break for lunch and we will take back up at 12:45.

Is that what you want to do?

That's what we are scheduled?

Okay.

We will take back up at 12:45.

Thank y'all.

(Lunch break)

BLM_002993

ROUGHLY EDITED TRANSCRIPT

BUREAU OF LAND MANAGEMENT
WILD HORSE AND BURRO ADVISORY BOARD MEETING
SALT LAKE CITY, UTAH
OCTOBER 11, 2018
12:45 P.M.


*    *    *

REALTIME CAPTIONING AND/OR CART (COMMUNICATIONS ACCESS REALTIME
TRANSLATION) ARE PROVIDED IN ORDER TO FACILITATE COMMUNICATION
ACCESSIBILITY AND MAY NOT BE A TOTALLY VERBATIM RECORD OF THE
PROCEEDINGS.

*    *    *


>> FRED WOEHL:   Are we back up yet?
Close?
Not yet.
>> DR. BARRY PERRYMAN: You can hear you.
This is Barry.
I'm on.
>> FRED WOEHL: All right.
>> DR. BARRY PERRYMAN: Hi, Fred?
>> FRED WOEHL: We'll come back together.
I have been asked to share another poem.
I will share one that's very short and really quick and about my good friend right here,
Dr. Tom.
When you see this old cowboy, just remember he's not ragged by his choice.
He never meant to bow his legs or put that gravel in his voice.
He's just chasing what he really loves and what's burning in his soul.
Wishing to God that he'd been born about 100 years ago.
That's my good friend Tom.
(Chuckles)
>> DR. BARRY PERRYMAN: Mr. Chairman.
>> FRED WOEHL: I hope everybody had a good lunch.
They have the best hamburgers.
>> DR. BARRY PERRYMAN: Mr. Chairman, are you there?
>> FRED WOEHL: We will pick back up where we were at.

We were talking about working group reports and some of the recommendations we were going to make.

Where is Steven at?

>> DR. BARRY PERRYMAN: Mr. Chairman?

Do you hear me?

>> FRED WOEHL: All right.

We got a lot of stuff to cover because we only got 30 minutes to come up with these and get them written but we will do more formal work towards the end.

One of the things I would like to bring up --

>> DR. BARRY PERRYMAN: Mr. Chairman, Mr. Chairman?

>> FRED WOEHL: Yes, Lord.

>> DR. BARRY PERRYMAN: Can you hear me?

>> FRED WOEHL: Yes, yes.

>> DR. BARRY PERRYMAN: Could you have Dorothea text me the live link.

I would appreciate it.

>> FRED WOEHL: Dorothea text you the live link?

>> DR. BARRY PERRYMAN: Yes.

>> FRED WOEHL: That is a done deal.

And speaking of Dorothea I have to give her a huge round of congratulations and thank yous.

And we need to thank our sound people.

This is fifth year where they have been around and have done such an outstanding job.

If you get a chance to pat them on the back before the end of the day, I would greatly appreciate it.

They do a really good job.

They do an awful lot.

I'm hunting.

I wish I knew where stuff was in this book.

Steven, do you have something you want to bring up, a recommendation or anything?

Right now.

(Chuckles)

Shazam!

>> STEVEN YARDLEY: Yes.

>> FRED WOEHL: Okay.

>> STEVEN YARDLEY: All right.

That was kind of --

>> FRED WOEHL: You wasn't expecting it, was you?

>> STEVEN YARDLEY: Let me get to where I have them written down.

>> FRED WOEHL: I don't know where they are at.

I thought they were right here.

Someone got in my book while I was gone.

There's tab six.

Tab six.

Oh, that -- yeah, tab eight.

Yes.

Yes.

Yes.

Okay.

Steven, it's in tab eight.

>> STEVEN YARDLEY: Yeah.

>> FRED WOEHL: Tab eight and what we are talking about and what we want to do is we want to -- what we really want to do is come up with a -- a recommendation to the Bureau of Land Management on which of these options the Board endorses, I guess, would that be a good way of putting that?

And so I thought we would have a discussion about each of them.

>> STEVEN YARDLEY: Okay.

>> FRED WOEHL: And then come up.

Okay?

Does that make sense?

Ben?

>> BEN MASTERS: I'm just looking at the schedule and it says that the recommendations is for the 4:30 time slot.

So are we moving that until now?

>> FRED WOEHL: Well, what we are doing, we are not making recommendations.

We are working on them.

Since we can't do what we do in 30 minutes.

In our other board meetings we have about two hours where we talk about this and write 'em down and all of that.

We can't do a two-hour deal within 30 minutes since we had a short working group meeting.

We talk about them and then we will go on and discuss.

We will not formalize them.

We will just get our minds around them and then at the -- the 4:30, after we have public comments, we will then formulate them.

Does that make sense?

Okay.

All right.

Okay.

Steven, you got an opinion and which one of these do you think we need to do?

So I will just turn it over to you.

>> STEVEN YARDLEY: Well, after reviewing over lunch and not -- and also the past several days in reviewing the different options that are available, considering the time frame that we have to -- and the constraints we have to work with, in order to prevent more ecological damage from happening on the range and also considering the budget that the BLM has to work within and the confines of that, I personally believe that option number one is the best option to go with, both in terms of sustainability on the range and ensuring the least amount of ecological damage is done, and also the least amount of money in order to be fiscally sound is spent for the horses.

And so my recommendation is that the Board of the four options given by the BLM

accept option number one and advise that the BLM support option number one in their different options that they have given to Congress.

>> FRED WOEHL: Okay.

Thank you, Steven.

Any other board member have -- okay.

Celeste?

>> CELESTE CARLISLE: I have been over these options a lot, and the information that has in front of us on these pages is pretty scant.

And for the purposes of the board, really reading through and understanding what each option entails, and I would say that none of these options are good as they stand for various reasons, but that there are some pieces of them.

But in one of our recommendations that we haven't yet started talking about yet, incorporates some pieces of those options already so I actually would not be supportive of any of these options because I think what we will present takes little pieces of from each of them.

>> FRED WOEHL: Let me ask you this.

You said -- I know for a fact that BLM just didn't pull these options out of the air. They worked with a group.

They had a working group that set down and these were -- I mean these were as well thought out as they could based on everything.

And I know some of the things that are in all four of these options is difficult.

I mean, it is difficult but part of the -- part of the reason why they have an advisory board is to help them in these difficult decisions.

Now, no matter what recommendation we make, BLM has the right to say no, we don't like that.

Okay?

But the fact that they put these three options -- or these four options out reflects that they would like to have some input on these options and I really appreciate what you are saying, and, I mean, if I had my way, I could take parent of one, part of two, part of three and part of four, and come up with something, but that's not the options that we have and I hate being kind of forced into making a decision like this but you have to have a little bit of trust that these were the four options that they come up with, based open the information that I don't have, that you don't have, and like that.

>> CELESTE CARLISLE: But Alan Shepherd did say yesterday that these were options that there was some mixing and matching possible in them, and perhaps -- but perhaps Bruce can -- am I not assuming correctly?

>> BRUCE RITTENHOUSE: Well, I can't speak for, that but I just want to remind the board that this report was for Congress and not the BLM, not to select an option on the report to Congress.

We were wanting Congress to provide us some direction on how they felt.

>> FRED WOEHL: Well, let me ask you then, Bruce, would it be advantageous or beneficial if the board did or -- or would it be just kind of a trying to push a truck uphill? I mean --

>> BRUCE RITTENHOUSE: Yeah.

I have think we heard yesterday, I think it was asked of myself and Alan, when do we

expect to hear back from Congress and I think the answer was, we have no idea.

>> FRED WOEHL: No idea.

>> BRUCE RITTENHOUSE: And so I mean, in getting your question is that I think that -- no, I don't think it would be pushing uphill, a truck uphill but to make a recommendation on which option or which blend of options, I mean, you either can take them as they are written in the report to Congress or you can mix and match. And -- or incorporate new things as well.

>> FRED WOEHL: Okay.

Well -- and I'm just thinking out loud.

Would a recommendation -- well, we don't make a recommendation to Congress.

So I guess that don't work.

They take action on this as fast as they can due to the situation that we got, but -- but --

>> DR. BARRY PERRYMAN: Mr. Chairman?

>> BRUCE RITTENHOUSE: And just kind of following, is that, you know, basically we will take our direction from Congress.

>> FRED WOEHL: Right.

Right.

>> BRUCE RITTENHOUSE: If Congress says you will implement option one, we are then -- we will be doing that.

>> FRED WOEHL: Well, see -- I was going to say, we don't work for BLM.

We can lobby Congress.

We can ask for answers where y'all can't.

You have to be responsive to them.

>> STEVEN YARDLEY: And then I would also add by us saying we are in favor of this option, and voting on it as a board, if I were personally a Congressman and there was a Board that was chartered with making recommendations to the BLM, I would want to know where that Board stood as far as the recommendations that had been given to me by BLM so that I could know going forward what they thought in their collective knowledge was the best option.

>> FRED WOEHL: Could I construe that as a campaign speech?

You are going to run for Congress.

Is that --

(Laughter).

>> STEVEN YARDLEY: Not any time soon.

(Laughter).

>> DR. BARRY PERRYMAN: Mr. Chairman?

>> FRED WOEHL: Yes?

>> DR. BARRY PERRYMAN: Mr. Chairman?

>> FRED WOEHL: Yes?

>> DR. BARRY PERRYMAN: I have a question that would help me, if you don't mind.

You don't just deliver a report to Congress.

I mean, did you just put this in the Federal Register and let it go?

I mean who received it?

What committee?

What staff?

What -- who -- who was delivered -- who was it delivered to?

Who was it discussed with, Bruce?

>> BRUCE RITTENHOUSE: Do you want to answer that question?

You did the briefings.

>> FRED WOEHL: They are passing the buck to Alan.

He will be up here in a minute.

>> BRUCE RITTENHOUSE: I hate to do it, man, but that's your baby.

>> ALAN SHEPHERD: I believe when we finalized the complete packet and it went through the different layers of approval, through our organization, it went to Congress through our budget staff, I believe.

And would it have been OMB too, Kristin?

>> KRISTIN BAIL: Well, part of it is we don't know everyone who has been discussed because, you know, the secretary's office is involved.

They don't let folks at our level know who has talked to whom.

>> FRED WOEHL: Yeah.

>> KRISTIN BAIL: So we have provided some information because we wanted you to know that we had the support, and kind of the different things that could be emphasized or deemphasized and the investments that were taken.

And, I mean, don't know yet what will come of it.

So the board can say looking at the different things that were emphasized.

Knowing that there were large investments involved in it, there was one level where we doubled adoptions and we used permit sterilization a lot more and others where gathers were huge, or off-range holding becomes very large.

And also the overall assumption of trying to get around a ten-year period, I mean, that's even something that folks interested in a different time frame.

So as far as what helps the board, I don't know that understanding who has seen it or what -- because we don't really know what the next step.

Is I think the opportunity today is to -- to provide feedback on, you know, those different options and then we can always work with you to get better ideas of what that costs and all of that stuff and how we come one those numbers.

So that's my recommendation.

>> DR. BARRY PERRYMAN: Well, my question -- I mean, if it went to Secretary Zinke's office, I understand it goes up the chain, but I kind of need to know if it was presented to the appropriations committee in the House, if it was presented to Murkowski's staff, or the western caucus.

I mean who saw this?

Because if we are going to make recommendations, I need to kind of predicate that.

So --

>> FRED WOEHL: Barry?

Barry?

 --

>> DR. BARRY PERRYMAN: Yes.

>> FRED WOEHL: We don't have that answer for you.

And there's no way -- nobody in this room knows that.

>> DR. BARRY PERRYMAN: Holy cats!

(Laughter)

Okay.

>> FRED WOEHL: I could make something up.

But, you know --

>> DR. BARRY PERRYMAN: That's the information --

>> FRED WOEHL: I see where you are coming from.

Wait a minute.

I found the person responsible for it.

Holle'.

Hang on a minute.

>> HOLLE' WADDELL: Just a little bit.

The request for the report, of course, came through the appropriations.

So when it was submitted, it, of course, went through our leadership and then through the Department of Interior and then, to OMB and then to PMB and then to the appropriations committee.

>> FRED WOEHL: So the appropriations committee in the House --

>> HOLLE' WADDELL: Both.

>> FRED WOEHL: The House and the Senate.

>> DR. BARRY PERRYMAN: Okay.

Thank you.

>> FRED WOEHL: The House appropriations or the Senate?

>> HOLLE' WADDELL: It came out of the consolidated appropriations.

So it would have been the Congress.

>> FRED WOEHL: Bruce, can you hear that?

>> DR. BARRY PERRYMAN: Yes thank you.

>> FRED WOEHL: I mean, Barry, not Bruce.

That will teach me to drink iced tea for lunch.

Anything else, Barry?

>> DR. BARRY PERRYMAN: Not at the moment.

Please continue.

>> FRED WOEHL: All right.

Okay.

Yes, Jim?

>> JAMES FRENCH: Thank you, Mr. Chairman.

Has there been any acknowledgment that the report was received?

At all?

>> ALAN SHEPHERD: Yes.

Yes.

We had -- I had a few requests for some additional information from some staffers, and I think our leg folks have seen some stuff as well.

It's always come through them as I worked with the leg affairs to get the information back to them, the leadership and that.

>> JAMES FRENCH: So did USDA or Interior, from the Interior Secretary's office and on down, have they acknowledged this thing at all?

I'm curious.

We can lobby, and we can insert our comments into this process and I think that's -- I think I would like to be able to do that, if we can.

And so I guess rather than cold turkey go and talk with undersecretary Bernhardt or one of those folks, I would like to know who have seen the report and commented on it.

I mean, it's surprising to me that a report that they requested, that was provided to them has gone on deaf ears and I I'm curious about it.

>> BRUCE RITTENHOUSE: I think we feel the same way.

Alan -- oh, where did Alan go?

Yeah, we really have not gotten much information since then.

So -- because there were several -- besides the options in the report, there are some proposed legislative fixes -- I won't say fixes but amendments to the act.

So, I mean, those were some things that were, you know, would allow us to move forward and, you know, I would ask the board to say, take a look at those as well in the report.

>> JAMES FRENCH: Right.

>> BRUCE RITTENHOUSE: Those legislative -- the potential legislative amendments that the BLM said this will help us in this situation.

>> FRED WOEHL: Do you -- Board, I will ask you all this.

I'm sure this is something that ain't going to go away, and Bruce has asked us to look at more information.

I was not aware that there was some proposed changes to the 1971 law.

Do you think it would behoove us until the next meeting so we can examine the whole picture and come up with a decision at that time instead of going off half-cocked and not knowing the --

>> ALAN SHEPHERD: So Fred, we didn't think we needed to include the report to Congress in the notebooks.

So that's our oversight.

I mean, it is on the website.

And I don't know if it would be beneficial to put it up on the screen here or what, but, I mean --

>> FRED WOEHL: Well, it would --

>> BRUCE RITTENHOUSE: You are dealing with a complex report in a short amount of time.

>> FRED WOEHL: I don't think so.

I think if you and Dorothea could furnish that up with that website address.

You have don't have to do it now, but --

>> BRUCE RITTENHOUSE: Do you want copies of it?

>> FRED WOEHL: Do you have copies that?

>> BRUCE RITTENHOUSE: I can get you copies in ten minutes.

Then I will excuse myself for that time.

>> FRED WOEHL: Okay.

So we will table this for the moment.

Okay?

One of the resolutions that I would like to bring up is the one that we have made every time because it really makes -- makes sense.

Where is it at?

I have lost it again!

And it's the one that we have recommendation seven and it's one that we have made all the time and it says BLM shall continue to work towards full implementation -- that big word -- previous accepted recommendations of the board and prioritize according to the BLM metrics of meeting AML.

Note, this is the first recommendation from the board's April meeting.

In other words, just make sure that they follow up on this stuff.

I don't like us to make recommendations and they say, yes, we want to do it and then nothing else happens.

Does that make sense to everybody?

So I would like to include -- include that for sure.

Any comment on that?

Does that -- I mean, I really want to know, does that make sense to everybody?

>> It makes sense.

>> My only comment is what was -- what was obvious and urgent when this came up first time has exponentially gotten worse since then.

>> FRED WOEHL: Right.

Right.

And the -- yes, it has.

It has.

But still there's -- the thing is when the Board makes a recommendation, we make it in such a way to where we want them to do something, but there's a lot of -- and for lack of a better phrase, government red tape.

Even though it makes sense to me and makes sense to you, when you apply it to the overall thing, there's no way they can do it because of all the government red tape.

And one of the things that I noticed when I first came on the Board, there was no follow-up on this stuff.

If you go back and look from the very beginning when they had the advisory boards, there were recommendations made on and on and on and on, and no follow-up.

And one thing I want to do as a chair, is be sure that in we make the effort -- we took the time to discuss and develop recommendations.

I wanted to be able to follow-up and say, did you or did you not?

What could you do?

What couldn't you do?

Especially ones that they say we agree with.

Does that -- and so -- so one reason why we did this is so we would always have that up front, so we knew when it would come up again when they gave their answers to it, we would have this and we would be able to see what they were.

And the broad stroke of everything that we have approached is meeting AML.

Okay?

And so everything that we do has a basis, basically of meeting AML.

>> That's exactly right.

And Mr. Chairman, I would just also expand on that idea.

I'm not sure how the other board members report these activities to the people that they answer to.

Being a county commissioner, I know my county commission and I also know the initial and game commission for the state of Nevada, including the department of wildlife is keenly interested in what we are doing right here.

And I have updated them.

I will update them again when I get back from this meeting, in terms of what transpired here and those questions get asked.

You know, of all of those proposals that you made in Grand Junction which ones were handled and if not, why?

And so I would say it's real important that we have that conversation each time.

>> FRED WOEHL: Anybody else?

Okay.

Now, another thing I want to bring up, and it's one of the things that -- Ben, do you have that, that I had you type up for me.

Would you read that for us, please?

By the way, board, Ben is an excellent typist, if you need anything typed up, be sure to see him.

(Chuckles)

I type with one finger on each hand but he uses his whole hands.

Thank you, my friend.

Okay.

One of the problems that we have is water issues.

And we talked about.

This we will talk about this, but here's the -- what we have come up with.

Encourage BLM to gather horses and HMAs that are over AML that are reliant upon supplemental water.

One that AML -- once that HMA is at AML, stop hauling supplemental water, except under very extreme circumstances.

What we have got -- and it's one of those things to where people say, let the horses run free!

And then when they get short of water -- oh, you have to bring them water.

I don't see the game and fish commission carry out water for the deer and the elk.

In extreme situations they do.

It's the same thing with hay and things of this.

And so the problem is AML, getting the horses where they are.

A lot of these areas -- I mean, supplemental water hurts because them horses stay around where that area is, instead of going out and drinking water from this spring while they are graze in this spring.

If they have a horse of nice water right there, that's where they will stay and they abuse that ecosystem where they are at, and it's -- it's just not good.

So anyway, that's one recommendation I would like to bring up.

Anybody have any comment?

Jim?

>> JAMES FRENCH: Yeah, we -- I think we had a pretty robust conversation about that this morning, but it comes back to, from my standpoint, the ecosystems and preservation of those ecosystems.

And one of the things that I have observed in Nevada, which I mentioned this morning, I want to state for the record right now, is that we have districts -- BLM districts in Nevada right now that have actually programmed water hauling as -- on an annual basis.

And before we have a water season, before we know what the season is going to look like.

And so to their credit, there has been historic problems with water distribution in some of those HMAs and so they just but it on -- it's programmed and they get their contributors and they haul water.

The problem with that is if you are dealing with -- if you are dealing with excess -- or with problems with your HMA or your stocking rate and you are doing it as part of your program, you are assuring that you are well above at least the carrying capacity of that piece of country during the cycle, during this weather cycle.

You know, we are in a drought now.

You come out of that and maybe things change but the bottom line is that every year, if you know that will happen every single year, and you are programming for that, that tells me that you know that you have got an issue with stocking rates and all you are doing is -- like I said yesterday, you are drilling holes in the floor to take care of the leak in the roof.

But I would say that, you know, that gathers are an important part of that, and it's -- and for the horse's benefit, as much as for the wildlife benefit.

Because a lot can happen under those circumstances, with -- when you are hauling water so one location things can happen, leek a float sticks open and it drains a tank out on to the ground and all of those animals are standing around an empty tank.

Those kinds of things are -- you know, those are just not tenable.

That's not management.

That's just trying to temporarily take care of a problem.

I'm not saying that we shouldn't -- we should allow these animals to go without water.

I'm just saying from a program perspective, gathers need to occur under those circumstances.

>> GINGER KATHRENS: Mr. Chairman.

>> FRED WOEHL: Ginger.

>> GINGER KATHRENS: I certainly don't disagree with what you are saying.

If this has been done year after year, then have you also habituated other species to count on these water sources, as well as the horses, and might there be a weaning process?

I don't know.

I would worry about that.

>> FRED WOEHL: Well, as the group we had talk with us today, SMEs, the subject matter experts, he had a graph that when there are horses, there the other animals don't drink and don't come to that water.

>> GINGER KATHRENS: Well, that's not universally true, of course.

I mean, there are birds that drink out and there are horses that are not there all the time.

There are other species that use that water.

So I'm asking an informational question right now, because I'm not familiar with -- where are you talking about?

>> JAMES FRENCH: There's several right now, but Owyhee Desert was one that was habitually done and to their credit, we just burned the center out.

So there's a huge gather going on, because there's no winter range for the horses to sit on.

The sad part is we have a fairly large wildlife resource that will come down to that same winter range that's missing right now.

So --

>> FRED WOEHL: All right.

We have about 20 more minutes.

Anybody else have anything to bring up?

Go ahead, Jim.

>> JAMES FRENCH: Pardon me.

I think, you know in, talking with Dr. Perryman, one of the recommendations that we really wanted to see incorporated in some form is to provide a specifics program at the proposals that would -- would trigger emergency gathers and those HMAs that overlap over the top of habitats which are severely impacted at this moment in time, or are -- have an endangered species or threatened species or species on the sensitive species list that are actually competing right now for that.

Because we are actually seeing -- a good example is the greater sage-grouse, a good portion of those HMAs are overstocked which have issues with -- with limited water distribution right now.

They are directly competing with greater sage-grouse.

And mainly in Dr. Perryman's comment, the big issue with greater sage-grouse right now, according to all of the studies that are on the ground right now, the limiting factor in northern Nevada is late spring brood habitat.

And that broad habitat is directly impacted by -- by horses because they are looking for that -- that lush riparian habitat as well.

That's what they are on.

So rather than push the -- push those populations to the brink to where we have to list them on the endangered species list, we feel that it's prudent for the part of the Bureau of Land Management to actually effect those -- those removals down -- certainly down to AML or low AML and evaluate that following to make sure that we are at a level that will no longer impact those resources.

Did I make sense on that or not?

>> FRED WOEHL: Yeah.

Ginger.

>> GINGER KATHRENS: Yes, I had a question.

I don't know if anyone was at the advisory board meeting in Oklahoma City, when Dr. Jeff Manning gave a report and he listed the top eight reasons for the decline in sage-grouse populations and at that time, he didn't list wild horses.

And this was -- I can't remember.

Maybe four or five years ago.

And after the meeting, he was -- he was asked why, you know, did he not list the horses.

He said they really are not a player in -- in this and I think it was based on the fact that at that time, at least, there weren't as many wild horses, but still, he -- he was -- I think he was being very honest, but it didn't meet well with BLM at that time.

But I think he was just giving his own assessment of a study that he had done.

>> BEN MASTERS: I'm not familiar with the man, is he --

>> GINGER KATHRENS: Oregon.

>> I can tell with you 30 plus years on the ground, with respect to riparian and upland riparian habitats which is crucial for late-season brooding that horses have a big impact on them, especially in the years like we are in right now where waters are limited to certain locations and it's not lake we see in this part of the country where you can point across the valley and there are two springs over here.

Whitey desert, there may be three springs running which is almost 5,000, if you include the Idaho side of it.

We talking about 5,000 square miles.

So it's a large, large, piece of habitat, very high, sits above 7,000 feet and 6500, 7,000 feet in such of it and the available water certainly this time of year or this -- under these conditions are critical.

And I appreciated Dr. Perryman's comments on that yesterday, because the way he sees it right now, based on what we see in the -- in the priority habitat for greater sage-grouse, the potential impact for wild horses is very real.

>> FRED WOEHL: The thing that I want to just point out is the sage pictures or the time picture at that stage that we saw this morning from 2012, 2016, and 2018, the change in the -- the -- and that's got to have impact on everything that uses that range. And so I -- what would your recommendation read?

>> JAMES FRENCH: The recommendation would for the Bureau to evaluate those HMAs which overlap critical habitat -- priority or general habitat for greater sage-grouse, and to determine whether or not under emergency gather situation to at least remove horses down to AML and monitor and determine whether or not that is -- that has been adequate.

>> FRED WOEHL: And that's late season or late brood?

>> JAMES FRENCH: Late spring brood habitat.

That's what would benefit immediately from that right now, but there will be other habitats that are included in that general habitat as well.

>> FRED WOEHL: Okay.

>> JAMES FRENCH: But that would be our recommendation now.

>> FRED WOEHL: Why don't you draft that up and bring it for me to the meeting. Ben, you got something?

>> BEN MASTERS: Um, I think that there is a fence from a lot of stakeholders in the west that the Bureau of Land Management is going to get control of the Wild Horse and Burro Program.

I think there's a false hope among the different state wildlife agencies that it will be

resolved in the next decade and if we can look into the past and learn from history, we can see that this program has never been on a sustainable path forward and I think that there's -- that the Bureau of Land Management needs to recognize the failures of the wild horse and burro policy and to not give false hope to the other stakeholders in the west.

So I developed a recommendation to notify -- oh, I have stuff popping up.

Notify all western states governor's offices, western counties, RACs and state wildlife agencies where wild horses exist, that the Bureau of Land Management's wild horse and burro program is unsustainable, underfunded and has no plan to stop the exponential growth of wild horse and burros which are currently three times over the appropriate management level.

Notify these parties that thousands of horses have already left the defined herd management areas, and that large breeding herds are expanding in number and range, far outside before they are legally designated.

Notify these parties to expect the increase potential for ecological impacts, economic ramifications, highway safety concerns, litigation from multiple parties, needed press and to recognize that if it's beyond the Bureau of Land Management current ability to stop either the population growth or the expansion of these wild horse herds, to encourage states and local stakeholders to fully understand that the Bureau of Land Management's wild horse and burro program has no current plan to manage wild horses as dictated by law and to encourage those parties to develop management plans for thousands of breeding horses outside of herd management areas.

>> FRED WOEHL: That's pretty long.

Celeste?

>> CELESTE CARLISLE: I would say it's a little overkill to continually throw BLM under the bus for everything.

Just because this placing blame on who did what is here nor there.

I think preparing other state agencies for participation in what it's going to take many stakeholders and counties and states and cities, is a way forward.

But I don't think perhaps with that particular language, but I completely appreciate the direction of it and the need to involve different levels of administration of this.

>> FRED WOEHL: One thing I have been greatly impressed with, and I'm pleased and it's -- I'm surprised a little bit to be quite frank with you is the reaching out of the advocacy groups to try to come up with a solution by working with everybody that's involved.

That's something that Celeste, our new board member, who I appreciate a lot, has drilled home to me, that -- and it's really, really neat, and it's one of those things to where I'm really feeling good.

She's talking about private placement of these horses in long-term holding and more and more of that, and that's really, really one of the things that I feel more encouraged about and enthused about, is the joint working together.

You know, if you have got two horses in harness and they are both pulling different weights, you ain't going to go nowhere.

But if you put those horses where they are pulling in the same direction, you can move a lot of stuff!

And I'm encouraged about this.

But one things that I'm a little bit -- and I guess I'm -- I don't know.

I'm an old man and I'm kind of stuck in my ways at times, but there has to be given and take in every aspect of it.

And Celeste and I have had lots of talks about this and I'm -- I want to congratulate BLM for picking her because I think she's going to be a great board member and I mean that from the bottom of my heart.

But I agree with Ben's position in that some of the things that have been done don't make any sense and it seems like it's getting worse and worse and worse.

Ben has been on the board for three years and he's been a very active and vocal proponent for the Bureau of Land Management.

He's done an awful lot to help them.

He's done a lot to help Mustang Heritage and I sense his frustrations.

And I have had talks with Ben.

It's kind of like turning a great big ship.

It takes a while to turn it, but also just like we did in 2016, you sometimes have to take action to make it that everything is -- you are serious about it.

And so this is something that we need to talk about a little bit further and -- and explore.

And I sense Ben's frustrations and -- but the other thing I want to do is when we make recommendations -- recommendations, I want them to being of the kind that we can get an answer from.

I don't want them to be where BLM says that's too much.

We don't want to do that, do you know what I mean?

I don't know.

I'm just thinking.

Anybody else have a comment?

Jim?

>> JAMES FRENCH: Mr. Chairman, thanks again.

We talked a little bit about this this morning, and I -- and I don't disagree with what you decided here.

I think I do disagree, though, with the direction that's going to take both us and the Bureau of Land Management because I have been sitting here last couple of days and I -- I have been encouraged by the -- by the reaching out, as our chair has talked about from the NGOs, I think we have -- and I do believe this, I'm not being Polly Anna about it.

I think we have an opportunity to take a whack at trying to rectify, at least, a good portion of the mistakes of the past and, IE, all of those horses in captivity.

And I think I would like -- I would not want to send a message to the folks that might have an interest in becoming a partner in this, saying -- I would hate to send them the message that we are defeated and that -- and that, you know, their involvement as such would be irrelevant.

I want folks to know that this is another shot at trying to do the right thing, but I also want them to understand what I believe in my -- down deep inside, is that we are -- this is our last best hope.

What we are doing right now.

I know it sounds doom and gloom and the sky is going to fall, but I can tell you right now that everybody that knows anything about range ecology right now, and has been watching what's going on on the ground in the last 30 years are all saying the same thing in unison.

This is our last best hope.

So I would -- I just want to say that I want to -- I want to embrace what has been offered so far and -- and I have basketball heartened by the involvement of those folks who want to be a part of the solution in this thing, and I would just tell the Bureau of Land Management that there's a lot of folks who are elbow to elbow with you right now and want to see you succeed, because we succeed and so do the horses right alongside you.

>> FRED WOEHL: Right.

Steve, you had a comment?

>> STEVEN YARDLEY: I might change the verbiage a little bit and maybe shorten up what Ben's recommendation is, but I think it comes in the context of hope for the best, but prepare for the worst.

And I think, you know, in the day's modern age when there's a hurricane coming off the coast, they don't wait until it hits to make preparations for it.

I think there's an urgency, now more than ever, just as -- as Jim has talked about.

That there are drastic changes that need to take place.

There's an ecological disaster, that's disparaging as we speak and is just going to get worse and worse, if some drastic and hard decisions aren't made in this big ship, as big as it may be, and as big as it is growing, doesn't get turned around real fast.

And so I think it would be advantageous to, I guess, have a call to arms even for all the other agencies involved to get in and participate and help out in any way, shape or form.

Because we are facing an ecological disaster real quick if things don't change.

And we need every player that can be at the table here at this time.

>> DR. TOM LENZ: Just a couple comments.

I'm relatively new to the board.

I have been following this issue for 15 to 20 years.

I talked to a lot of BLM people and various areas, I have no doubt that the BLM people are 100% committed to this and the issue is well above them.

It's not them.

But I think -- and the interesting thing I have observed over the last two years, three years, I spent a lot of time around the horse industry and up until about two years ago, the horse industry paid no attention to this issue, because they felt it was not their issue.

Veterinary medicine paid some attention because we were concerned about animal health.

What I noticed over the last two or three years, there's strong interest throughout the horse industry, and there's strong interest throughout the veterinarians over the country that we reached a point that something needs be done.

They are willing to step up and do something.

And I think that was reflected when the people from the various animal welfare groups okay.

Up with some suggestions.

I would like to know more about this.

This is not just a wild horse and burro issue.

It's an issue for everybody that has any interest in it, whether they be wildlife biologists or hunters or veterinarians or horse owners.

I have think that's encouraging.

Every meeting I go to, there's discussion about the plight of the wild horse and burros and what should be done.

And so I think that's encouraging to me, because it's a significant shift in how folks have viewed this in the past and these some are folks that can do something about it.

They are not -- you know, they are not just wondering about it.

They can adopt the horses and they can buy the horses and so forth.

Okay.

I'm about done anyhow.

I think it's encouraging.

I think there's a lot of activity that maybe even BLM and some of the folks involved close to this are not aware of.

>> FRED WOEHL: Well, one thing I'm going to do in my role as board, I'm going to establish two new working groups, and one to work with that group that you have.

I'm really going to appoint you as chairman of that.

And the other thing is with my vice chair Sue, and with you, I'm going to appoint a couple of others to work with the advocacy groups and come up with the answers and pull this to go.

I'm really excited about that.

Really excited.

So as we go to break, I have some very good news, something that I'm excited about.

At this point or at one time during the day, we had Belgium, Switzerland, Denmark, France and Australia, watching us on TV.

And so that's pretty cool because next week I'm going to Australia.

So maybe they are trying to figure out what I look like.

Anyway.

(Laughter)

And then we had -- how to receive me.

Yeah.

We had almost 400 people watching this thing the whole time and we had total minutes watches of almost 26,000.

So y'all didn't know it, but y'all are movie stars now.

Well, Ben always has been but that's neither here nor there.

Anyway, we will take a break and come back at 2:00 and one of the most exciting parts of this is letting the public get to speak and that will happen beginning at 2:00.

So we'll break until then.

Thank you.

(Break).

>> FRED WOEHL: If everybody could take their seats.

Everybody take their seats.

Board members, please make their way back to the podium.

>> FRED WOEHL: It's now time for public comment.

I will turn the microphone over to my good friend Dan, he will give us the rules of the room.

>> DAN ADAMS: We are glad to have you here and to hear your thoughts and ideas.

What I will do is walk through real quick the rules of the room.

You should have received this when you walked in the room.

It comes out everybody gets four minutes.

So what I will do is I will be sitting here next to you and I will give you a one-minute warning when you are at three and we ask everybody to be respectful of everybody else and end it right at four.

Also you can't roll your time over to somebody else.

So it's your four minutes for you only to speak.

If on this sign-in sheet, if you did not mark yes in the far left column, if you left it blank, that means you are not signed up.

So if you want to sign up, you had to have marked yes on that sheet.

(Off microphone comment).

>> DAN ADAMS: Okay.

My right and your right may be different.

A couple of rules of the room that we want to follow is the seating, we want to make sure is available for everybody.

We don't want to have anybody's view be blocked.

If you don't want to stand up, we ask that you do so behind the chairs in the back and make sure that everybody has a seat so that you are not blocking.

The second item is that speakers or other attendees are not allowed to approach the dais at any time without consent from chair.

So there's a tape marker right here in the front.

We ask that you don't cross that, unless it's your turn to speak.

And then we ask that you come to this chair and take a seat.

What I will do is I will call out three people at a time, so the other two speakers can queue up here behind the tape and be ready to come up.

The media, we ask that they check in at the door and there's a taped area for them to set up.

Number four, no attendees can place microphones or equipment in the space set aside for the board.

Nothing in the front.

Could you use a camera if you're seated and not blocking somebody?

If anybody disrupts the meeting, we will ask you to leave, or you will be escorted out.

Number seven, those wishing to address the board, like we said, have to sign in.

And to know that your comments are to be addressed to the board.

This is the board's meeting and so we are all here to help them with information.

Number eight, attendees wishing to provide handouts to the board, need to give them to Dorothea, at the sign-in table when you come in.

You are not allowed to hand them to the board when you come up to speak.

Number nine, within the meeting room, attendees will not be allowed to display signs being placards that block the view of the participants.

Number ten, the board will not respond to comments made during the participation period.

This should not be interpreted that the -- to mean that the board members do not agree or disagree with anything you said.

11, the chair does reserve the right to comment on any factual inaccuracies that may be shared during the public comment period.

And lastly, number 12, the BLM commits to maintaining these rules and maintain cooperation with these recalls.

I would just add as has been said in the last little bit of the meeting, there has been a lot of positive energy and people talking about ways to solve problems together.

I had a number of you come up to me and say, gosh, I hope people are positive because we want to solve these tough problems together.

So we would ask you to approach this as a way to helping each other solve a really tough challenging problem.

I would also point out that Dr. Barry Perryman and Dr. Sue McDonnell who are on the board, both weren't able to be here today but they are participating by phone.

And lastly, just everybody's safety is very important.

And also -- so if we need to exit for some reason, as you go out these doors here, you can go left or right to an exit.

You can go left or right if you need a restroom too.

Yes?

(off microphone comment)

>> DAN ADAMS: So you would like to speak but you didn't sign up?

(off microphone comment).

>> DAN ADAMS: Do you mind if she goes first?

If you have a long drive, you are up.

A small fee.

That's true.

That's true.

Okay.

So then our other two that would line up here, if Gary Watson and Ethan Lane would queue up here.

And then just -- so this is being Livestreamed.

So it's really important that we speak into the mic and if it's pointed right at your mouth, it works best and then we push the button here too.

Okay.

You want to go ahead and state your name.

>> Okay.

My name is Lori Klein, and I'm here today because I have -- I'm very passionate about especially the Muddy Creek HMA herd, and I was listening Livestream yesterday from back home, and I wasn't planning to come up here until I was listening to the last end of Gus speaking, and from that point on, I was listening.

And later in the evening, I got a phone call telling me if I had heard about what Gus had said.

And I didn't realize it pertained to me.

So today, I wanted to make this 400-mile round trip to verify exactly what my discussion with Gus was the day before the roundup.

And I find this very important because I have dealt with the various horse specialists with BLM, and we have always had decent conversations and I wanted to be educated.

And the day I pulled up to Gus because I wanted to make sure I was in the right spot to -- at this time, when they were setting up the panels and I wanted to make sure that I was not out of place.

And so Gus and I started to have a conversation.

And I said to him -- it was my first time I had ever been to a roundup and I felt like I would be emotional because I had gotten to know the horses for many years, photographing, staying out there for weeks on end, and I became very interested in allotments, cattle grazing and the horses.

And how they -- you know, how the ecological works -- how everything works out there.

Anyways, when I told him that I thought -- I felt that if I show emotion it might show weakness and I don't know if that was appropriate way of describing it, but he said, oh, yeah!

We should -- you should see some of the people that come here, especially one woman.

All she did was cry, cry, cry, cry, cry, cry, cry.

This is the man I talked to that day.

And I am defending my honor and my truth into what happened that day.

And that's what I get from the BLM specialists has been that attitude.

And when I asked him -- I photographed and documented the Emery County search and rescue chasing the horses with mares with new foals and chasing them until they saw me walk out with a camera with one of them was just taken off of one of the trucks by men.

When they saw me, one went out -- radios and went out to get the other guys to come back.

And as they came back, I was in the woods.

I had been photographing the horses up in the trees.

So they don't know I was around.

My car was down at the other end.

So I left the area.

I went and called a friend to ask them to call search rescue -- the Emery county Sheriff to see if there were any rescues out there because they pulled one their trailers.

Oh, okay.

And I just want to say there's been -- there's horses that have died out there because they couldn't get through the gates to water, and, I mean I could fill a book.

I have given my affidavit to the BLM and my statements and FOIA, and I hope you view on that.

I worked hard on that, doing interviews with people who were trying to hear what I had to say.

And I really hope the board members here will contact me to find out more of what I have experienced out there.

And the hazing by the ranching community.

And I have learned that a great amount of ranching community is embedded in federal, state and commissions in the counties and I feel there's bias.

And when you talk about ecological damage, I don't hear anything about the cattle or the algae from the cattle mature, or the destruction from them at all.

Okay.

I appreciate it.

Thank you very much.

>> DAN ADAMS: And after you is going to be Barbara Sunblade.

>> Good afternoon, chairman Woehl, members of the board, I'm Gary Watson, chairman.

Mojave county board of supervisors and also part of the BLM RAC board and recognized breeder for the American quarter horse association.

While Nevada is ground zero for the horses, Mojave County ground zero for burros.

I made sure that each one of you have a map and it should be in front of you.

And simply all it does is it provides the herd areas and the HMAs for western Arizona.

There's some horse areas but it's a burro population of about 7,000 burros.

They are currently moving to the east, to areas with more forage and more water.

The western Arizona habitat, which they have been there for quite a number of years, can no longer support the current population.

Most of this area receives only 8 inches of rain per year.

The environmental devastation is affecting other populations.

The indigenous populations of the desert big horn sheep, the mule deer, Gambel quail and many others.

Our state director of the BLM Ray Souza has achieved about 800 adoptions this year.

Still, it's not enough to change an effective change of that population control.

In the Bullhead City area, of which is in Mojave County, there have been 11 recorded burro incidents in last 18 months.

So far, no human fatalities.

So far.

Near lake pleasant, north of Phoenix, on I-17, there have been a number of other accidents.

This is getting to the point where we are looking at human safety, ecological safety and the safety of those burros, and wild horses.

I as a board member and my board backs me in this statement, we urge us to use every available tool to reduce the populations in Mojave county and western Arizona.

And with that, I thank you very much.

>> Good afternoon, my name is Ethan Lane.

In my day job, I'm the executive director of the public lands council, representing all of the western cattle and sheep associations in all of the western states that support horse populations.

I also currently serve as the chairman of the national horse and burro rangeland management coalition, made up of 18 national organizations and representing roughly 10 million Americans, ranging from sportsman to professional land managers, ranchers, outdoor enthusiasts and others with concern about how horses and burros are managed on public lands throughout the west.

My comments will be in addition to our written comments already submitted for the records of this hearing.

We heard a lot over the laugh couple of days about the dire straits we are in, in managing these populations.

Since this board last met, the populations on range are up approximately 15,000 horses, give or take.

The solutions we have seen short of full use of the Wild Horse and Burro Act are a BB gunshot at a tank when you look at their impact on that he exploding population.

Ten horses here, 20 horses, there limited use of PZP, small scale gathers will not get us to a point where we can sustain this.

Question call for the use of full options available, including euthanasia and sale without limitation to achieve these goals because only then can we talk about some of these other solutions, getting us to a sustainable long range population.

Ben was right earlier when he said there is no plan.

That is not necessarily the BLM's fault.

We have an activist Congress that has saddled them with this management nightmare and then demanded a report on how they should deal with the situation that they created themselves.

That is a challenge that has proven to be almost insurmountable as everyone in this room knows.

But what's incumbent upon this board is to taken to speak truth to power and to continue to outline that there are options that must remain in the conversation.

We cannot afford to pretend that half measures will get us where we need to be to maintain a healthy viable population, while also allowing these rangelands to heal.

We can support all multiple uses in the West.

And wearing my hat as the head federal lobbyist for the cattlemans, I strongly support that.

Horses, recreation, and others, but we have to have balance to allow that to occur.

We cannot allow one use to take over those resources and consume them to the point that nothing else is viable in that environment.

We have thank the board for their time and attention over the past few days.

We look forward to their recommendations and their future work.

Thank you.

>> DAN ADAMS: After Barbara, Teresa Klein and then Tom Allen and Kimberly Ehrhardt.

Barbara is up.

Yes.

>> Thank you for the opportunity to comment.

The number discussed in the four options for managing growth suppression presented yesterday were, indeed shocking.

However, my understanding is that the numbers were based on claims by the BLM that the growth rate doubles every four years.

The two-year NAS study commissioned by the BLM and funded by US taxpayers indicates that the growth is 15 to 20% per year.

In some areas since then, the herd growth has been reduced due to increased predation, and climate change and other items that would affect reports from the NAS study and also the numbers that the BLM have claimed.

Why are you not using the impartial NAS data and recommendations?

Why are taxpayer now funding scientific studies handpicked by the BLM.

On the subject of rangeland health integration, why is there no mention about the degradation caused by cattle and sheep?

In terms of water, in Sandwash Basin, Colorado, the supplemental water provided was placed far enough apart to allow the forage -- you know, the horses not to degrade the forage.

Have you considered digging wells?

The NAS report stressed that addressing issued with science-based management approaches that were applied consistently and communicated transparently to the public could help to increase public confidence in the Wild Horse and Burro Program.

The report was published five years ago.

And I'm looking forward to that recommendation becoming a reality soon.

Someone mentioned for the first -- or the first person who spoke, mentioned the helicopter roundup issues that have taken place, specifically this summer.

I would like an investigation into that.

They have clearly violated the comprehensive animal welfare program for wild horse and burro gathers, standards that the BLM found necessary to come up with on June 30th, 2015.

I have some handouts in the back for each of you.

So I have a copy of those standards and I underlined --

>> One minute.

>> Thank you.

And I underlined those areas in case you are not aware, a refresher, if you will.

I also have some considerations for management that for land use planning, this has not been popular, but some closure to livestock grazing, which is, again, recommended or temporary removal.

I will also provide you with a copy of that.

I also have the NAS brief report version, kind of like the cliff notes in the back for you as well.

I'm hoping that you read its recommendations and use them in your advisory to the BLM.

>> DAN ADAMS: Teresa Klein.

>> Thank you for having me here today.

My name is Terese Klein, I'm with the wild horse league in Dayton, Nevada.

I have heard a great deal about getting to AML.

I heard about the available tools in the tool box that will enable the BLM to reach those AML goals.

I have heard how long it will take to getting to use these different scenarios and how much it will cost to reach AML in these time frames.

What I haven't heard is how to maintain genetic diversity with these AML numbers.

I have relocated over 100 horses to better forage.

I'm concerned about inbreeding.

We had three club foot stallions.

Just a small number, 100, and three, I thought was a rather high proportion.

It was a diverse band, but considering these three horses bond, they might have been from the same family.

They were very bonded to one another.

The information I'm about to relay is readily available to me online.

It should be available to the BLM.

I apologize in advance for pointing out problems with no solutions, but I only have four minutes.

In many areas, the BLM's plan to reduce wild horse herd population numbers for this arbitrary AML number will drive that area herd to inbreeding and potential extinction.

A leader in the field of equine population is Dr. Gus -- you have talked about somebody by the name of Gus.

It may be a different Gus.

He's involved in the horse genome project.

He's director of the equine blood typing at the University of Tennessee and I believe he's still a professor at Texas A & M.

Dr. Kaufman suggests that leaving them vulnerable to a long range loss of genetics.

(Background noise)

How small is too small?

At what point do the wild horse populations suffer the risk with irrefutable genetic damage.

Based on the DNA analysis, he now believes that the minimum wild horse and burro herd size is 150 to 200 animals.

He has worked in collaboration with the Dr. Francis Singer, research ecologist at the biological resource division for the United States USGS.

Preliminary evidence with the range in some areas, the example was the prior wild horse.

The preliminary evidence suggests that the heard of prior wild horses has been managed at dangerously minimum levels over the past 25 years and an increase in established appropriate management levels need to be considered in order to preserve the genetic viability of the herd.

(Background noise)

According to BLM's own statistic, the herd is larger than 61% of the herds under the management, prior AML of 121 larger than 70% of the herd AMLs by AML based on the BLM's last formal report in -- (Inaudible)

I only have one minute.

The last thing I would like to say, the BLM is setting the national heritage species up for inbreeding and failure to reproduce and low vitality and population fragmentation and eventual distinction.

Thank you for letting me speak.

>> DAN ADAMS: After Tom, we'll have Kimberly Ehrhardt and -- (Inaudible)

Sorry if I messed up your last name.

>> Thank you for the opportunity to provide a statement.

My name is Tom Allen, a member of the board of directors of public lands foundation.

I'm here representing our members who have collectively thousands of years of experience professionally managing that resource.

No one in the Foundation receives -- (Inaudible) -- someone once told me when I use the word "hope," the word" doubt "could be used as a substitute.

I remain filled with hope but plagued with doubt about the wild horse and burro program.

Hope is that Congress will fund the BLM to bring the numbers to appropriate management levels as soon as possible.

And either allow the sale animals without limitation or provide the funding to place an additional 60,000 plus animals in holding facilities for the remainder of their natural lives.

And as well provide the funding to gather nearly all animals each year to give fertility drug PZP to the proper number of mares.

My doubt is that any of the above options will occur.

There will be somewhere near 150,000 wild horses and burros on the range in another four years absent significant -- (Inaudible) -- to give this number perspective, consider the following.

Those excess numbers are greater than putting at least 500 new ranching operations or enterprises on public lands each funding 500 head of cattle for six months of the year.

No one would think this is a good idea.

Yet predictably, that's the equal of what we will have in another four years with unmanaged wild horses.

The program is unsustainable and functional with only minor variation.

The result has been uncontrolled increases in numbers resulting in destruction of healthy horses, financial impact on small businesses, and starvation and dehydration of horses.

If the numbers are not brought to AML, the preview we are seeing of starvation and dehydration will accelerate.

Mother nature will ultimately -- (Inaudible) -- you will prevail using a heavy hand.

Heavy hand that she has reviewed and she will add disease to this, to bring us -- (Inaudible) this must be avoided.

You deserve our appreciation for willingness to serve and hopefully you will prevail where others before you have been largely -- (Inaudible)

You must work to influence the administration to take your advance.

And we look for a way forward that can provide for wild horse and burro, wildlife, land and the people who depend on healthy plans for their use.

>> This is not a change in weather, but in attitude, and human cooperation.

This climate that we are in right now is essential for constructive progress because challenges interconnect us as to wise and acceptable solutions.

First, I'm a wild horse advocate.

I also advocate for healthy public lands, local communities, and wildlife, including apex predators of species.

Over last few days, we have heard the phrase all the tools in the tool box as an analogy for authorized management methods.

Several such tools in on range wild horse population suppression are PZP and GonaCon.

These vaccines are proven effective with years of scientific data, trials and use.

They are acceptable and supported by the BLM, majority of wild horse -- majority of wild horse advocacy groups and the current concerned American public.

As humane.

Cost effective in that they are $50 or less per month per mare and with some evidence that a few years.

Consecutive vaccination may produce infertility, which at this point, if they are on range, is that such a bad thing?

Without the cost of surgery.

So two things for one.

Yet with all of these benefits, to both the wild horses and budget, this tool is allocated the smallest percentile of the program's budget.

No solution -- no solution can ever be effective if it is underutilized or in some HMAs not at all.

It's not utilized at all.

The combo tool -- the combo tool from the tool box is full implementation -- full implementation of PZP, plus volunteer darters.

>> DAN ADAMS: You have one minute.

>> This compounds the savings.

In large HMAs where access and mare identification is difficult, modifications such as roundup, dart, mark, release, could be used producing a documented, significantly less reproductive on-range herd, allowing holding facilities and adoption programs to further reduce the off-range population.

Will this tool alone achieve BLM's goal of AML overnight?

No.

It won't.

But combined with volunteers, advocacy groups and the rest of the tools tool box, moving forward cooperatively, knowing we have made the wise decisions and are on the right dirt road together.

>> DAN ADAMS: After Mark, we will have Adam P, Peggy Coleman Taylor and I think it's Gailey Hunt.

Gail Hunt.

>> Good afternoon.

You should have a handout that you can follow along and make things a little more easily understood.

My name is Mark Graker and I'm with SpayVac for wildlife.

SpayVac was formed in 2017, to advance SpayVac which is a PZP-based contraceptive vaccine with proven long lasting single dose efficacy in horses and

several other species as well.

With respect to formulation, SpayVac is similar to other PZP vaccines that are familiar to and wildly accepted by the Bureau of Land Management and the animal welfare community.

You can see from this unnamed table, PZP, and ZonaStat H and SpayVac all share PZP as the antigen.

We all use similar adjuvants but we have different sort of special technologies associated with trying to enhance the immune response.

SpayVac uses liposomes with adjuvant and antigens between them.

This way the antigen is released more slowly over a period of time, resulting in a much more robust se response.

So that's the key to the difference in efficacy between SpayVac and the other PZP vaccines is this liposome technology and we have licensed this technology from the inventers, the IMV in Halifax, Canada, and we're in the process now of registering SpayVac with the EPA and we expect to approval in about a year or so, about late 2019.

In 2003, the USDA, the national wildlife research center undertook the trial of SpayVac and in the first year, all 12 mares received a single dose, were contracepted and 10 of the 12 were contracepted, all from dose, two, three and four, and most of the controls were -- were pregnant during the trial ranging from 75% to 100%.

Consequently, the USGS undertook a study of two formulations and one of these performed quite well.

Tables one and table two.

>> DAN ADAMS: One minute.

>> Although not as well -- it's not as strong as the formulation that was tried in Nevada. It was nevertheless at about 60% efficacy at the end of five years and the formulation that we plan to register is the formulation that was used in Nevada.

Thank you.

>> DAN ADAMS: Mark?

>> Thank you for the opportunity to address you during the public comment period. My name is Adam Peel, I'm the natural resource policy specialist for the national association of conservation districts.

NACD represents the 3,000 conservation districts and the men and women who serve on their governing boards.

As of you all know, state governments carry out natural resource management programs at the local level.

NACD's full comments were submitted in writing prior to the meet, but I will highlight some of the top line concerns.

We encourage the board and BLM to implement alternative methods to address the over population and reduce expenses to the taxpayers.

Use scientific rangeland health practices, continue to manage the populations to balance their impacts on rangeland resources, while protecting native species, oppose HMA and support spaying and neutering of wild horse irrespective of their final destinations and the management of tribes on their impacted land.

NACD supports long-term fertility control of wild horse and burros.

The sterilization of females and males are used humane practices to reduce the population.

We recommend to the board and to BLM to follow its Resource Management Plans to ensure it meets AML.

Wild horses and burros found on private and public lands outside of HMA should be removed immediately to prevent detrimental impacts to rangeland health:   Board emphasized the importance of science and rangeland health.

One thing to highlight is -- and this echoes the commission statement of NACD is we have to have all the tools in the tool chest for the local land managers to use in their decisions.

We cannot handcuff land managers with certain restrictions as though may be appropriate in other areas.

As you guys all know, are aware and support, local land managers know the local land the best.

As we heard yesterday, from the BLM Utah increase in private property and public safety concerns across the state are due to an expanded wild horses population.

Wild horses and burros will be there.

This must be a priority.

As we saw on the tour on Tuesday morning, the land is struggling to provide a healthy die' and water sources for the horses to have a substantial population.

Today, Dr. Petersen addressed the critical impacts happening to the rangelands.

I want to thank you for the opportunity to speak and to address you.

NACD looks forward to continuing our efforts with the BLM and this board to address the over population of wild horses and burros.

Thank you.

>> DAN ADAMS: Peggy?

>> Thank you for this opportunity.

I wanted to agree with Mr. French, that the climate of this particular gathering here is really great.

A lot different from last year.

So it's very promising with the ASPCA to join forces and to step up to try to resolve the issues to benefit the horses.

So as I listen to the presentations, the questions and the boards, I hear political agenda of persuasion or propaganda, whereas truth becomes unrecognizable.

One would be led to believe that the world is going to explode, if the wild horses and burros continue to roam free on their legally designated public land and state that it's only for wild horses, burros and wildlife.

And when sets policy pertaining to our public lands appears to be motivated by greed.

The repeated dialogue on what is best for the wild horse and burros is what's in best for the special interest groups.

Let's follow the money better the BLM 2018 data as follows:   Truth, the BLM cost to support the wild horse and burros we always hear 50 million annually, pertaining to 26.9 million acres and a total of 81,952 wild horses and burros.

In 2018, there was a 44% loss of wild horse and burro originally designated land since the 1971 free roaming wild horse and burros land.

The BLM cost for the grazing is up to 1 million annually at 155 million acres, and 1,000,933 cattle equivalencies that are being charged $1.43 per AMU, which is lower than the 2002 costs.

Truth, BLM oil leases, Utah averages about $23.50 an acre.

And netted this year 3 million plus in 2018.

Truth.

The BLM manages 254 million acres and administered 700 million acres to oil, mineral coal interest and the feds receive 12% of the profit and states 25%.

BLM generated 96 billion from sales and goods.

Truth oil fracking operations once established on public lands stop becoming multiuse, not to mention the huge amount of water usage required for these operations.

Truth, wildlife population comprised especially deer, due to fracking platforms based on environmental assessments and the extensive roads created that disturb the sage-grouse nesting.

>> DAN ADAMS: One minute.

>> Nesting habitat, not horses, bears or mountain lions.

The tools available for years and seem to find on blind eyes and ears, without cost and inhumane.

Once is to release the geldings back into the acres of public land that was once theirs and as such, presently not being used for any other usage, living out the rest of their lives free without cost to taxpayers or reproduction.

Another such suggestion, pay cattle ranches not to graze in exchange to keep the same number of wild horses on the range whereas the rancher makes more money at the end of the day by not grazing therefore BLM costs for holding wild horses is reduced.

A win/win.

Present the truth of all factors that represent issues of concern.

Not blame the horses for each -- for the lack of participation which is due to geoengineering, extreme land erosions when perhaps the floods are more likely.

>> DAN ADAMS: Time.

>> Okay.

>> DAN ADAMS: Thanks, Peggy.

Gail Hunt and then after Gail, we'll have Redge Johnson, Keeley Hendrickson and Brianna Schwartz.

>> Hi, board.

I would like to say it's a pleasure to be here, but it's not.

This is really difficult, especially for us dainty and gentile women.

I was a designated banjo player for the Forest Service.

And I was never any good at it.

So compared to that, this is much, much harder because of the sheer level of contention, and understand that everyone has to be so committed to their position.

It's basically livelihood vs. life, and we're loyal to those positions.

I get that.

But I think there are a couple of things we could all agree on.

One would be in 47 years, there's been a failure to launch.

The other might be that nobody I know is interested in the no action alternative.
There's got to be some progress.
And thirdly, I hope that everyone involved would agree that we just need to get real serious about hiring vets.
And I'm not talking to be clear, about hiring vets to do permanent sterilization on mares.
I'm talking about veterans, our war fighters, the people who risked everything so that we could all be in this room and be contentious and we could come before our federal government and have a dialogue with them.
I'm talking about our veterans.
Virtually everything that has been discussed in this room in the last two days, that needs doing, can be accomplished by task force of veterans.
We need to do that.
I have done a little ground work with veterans and talking to my Congress people and others and everyone I approach with this seems to be very enthused.
I think what we need now is to sit down with agencies, with all interested parties and talk about the tasks ahead of us and how do we accomplish that.
One thing I do know, I can say from my history with the federal government, this is something that I believe a multitude of partners would get on board with.
So if you are looking to save money, I think you can get a very qualified workforce and have some other people help us with the bill.
Because we are all interested in providing employment opportunities that aren't just, you know, menial tasks.
I mean, we have the people that bring the most knowledge and skill and experience and problem solving capacity, more so than any other sector of our population, and they deserve to be challenged just like we all want to be challenged to do our best and to solve new problems.
So I'm not talking about just fertility control, but that would certainly be the place to start.
And I believe knowing what some of these --
>> DAN ADAMS: You are at one minute.
>> What some of these tough, remote ranges look like, I believe we could sit down together and analyze some HMAs and see what it would take to have a means of getting that done, even with these high-flight horses such as Warm Springs, the remote areas.
I know we can get it done and I think we can get it done by late winter if we got busy.
Thank you very much.
>> DAN ADAMS: Thanks, Gail.
Redge Johnson.
>> Good afternoon.
Good to be back with you this afternoon.
Redge Johnson with the Utah governor's public lands policy coordinating office.
I gave most of my comments this morning during the presentation.
We have also given you some written comments that I would like to you review.
We will just take a couple of minutes and go over some highlights.

I have to support what has been said here before, that I think the temperature in the room is conducive to getting some things done and I'm hopeful that we can do that.

We have been working some of the advocacy groups on trying to come to some solution.

But it's critical that we get that done and get that done immediately.

We hope that you will concentrate on the condition of the rangeland and we are at a crisis point right now.

And that's why I say during the earlier presentation I was calling for three years to get back to AML.

If we let this go any longer, the program will keep going.

It's critical to the state of Utah.

67% of our state is public lands and a good part of our west, southwest desert includes the areas where we have wild horses and burros.

And they are welcome there.

And we want to support them but we also need to find a way that we can have thriving ecological balance on those areas and allow other multiple uses in that area.

We are not there for just one single use or any use.

We would like to have the full range of opportunities for all the people across state of Utah and all the people across the nation to be able to go out there and recreate or do what they like to.

So each HMA also requires specific management categories or management categories and so we include the permanent controls, including the mares and studs.

I'm afraid without that kind of that full range of authorities, it's going to put too many restrictions on what the local managers can do and, I like the suggestion you had earlier about working with the local governments.

Our county Resource Management Plans, especially in those areas that have HMAs and our state management resource plan also cover how we can work together on some of the wild horse and burro issues, but it has to be a partnership, a true partnership, 50/50 partnership or better with all levels of government trying to solve this I don't think any one area is going to be able to solve this on their own and it's going to take private citizens, the groups working together and everybody to try to solve this.

Most importantly is time.

The time is now to implement.

We can't let this go until next year or the year after that.

The crisis is right now.

And I'm glad to hear, that you know, a lot of groups are willing to work together with --

>> DAN ADAMS: One minute.

>> The government and at the national level, at the state level and the local level, with all the divergent groups out there.

Wildlife is coming to the board and the horse advocacy groups are coming to the board, animal rights groups.

I'm encouraged to see what we are hearing right now in this room but encourage us to move today.

Thank you very much.

I appreciate your time.

>> DAN ADAMS: Thank you, Redge.

Next Keeley Hendrickson.

>> Good afternoon, board members.

Kali Hendrickson.

You are good.

No problem.

I have been called worse.

>> DAN ADAMS: Sorry.

>> I'm the executive director for the White River and the Douglas Creek conservation districts in northwest Colorado.

We are home to the Piceance-East Douglas herd management area that does have an AML of 135 to 235.

Within the county we are 900 head of horses.

So as many of you know, I have been involved in this issue for a while and I used to say Colorado, you know, felt kind of funny for Colorado to be speaking when we had Nevada with issues they have got.

But unfortunately, we are growing and that's been our concern, is we are growing our numbers as well.

I am trying to remain hopeful that BLM and Congress will provide a full tool box to honor the legacy of the wild horse and burros by ensuring that they are treated humanely and with dignity.

The taxpayer dollars are prudently expended.

Those are the three criteria that I believe we must follow.

I want to thank all of you guys for serving on the board.

You are making the hard decisions that need to be made and your recommendations to make use of all of those tools that were available through the act are greatly appreciated.

Without all the tools in the tool box, the program will continue to be going down a disgraceful path.

We have submitted written comments.

I specifically ask that you take a look tell pictures attached.

You saw some of them earlier today on other presentations but as you know, pictures speak volumes.

And we all need to pay closer attention to those if we can't get out on the ground itself.

As the board is made up of various interests and points of view, your views are critically important.

We hope that the administration will recognize your expertise and act upon your recommendations.

Over the past three days, you have seen and heard the realities with a multitude of scientific research, showing the impact of the horse over population on rangeland health, and all that depend on them, including the horses, the wildlife, the livestock, the recreation and the local communities.

Once we cross that state and transition threshold, it's basically a point of no return for productive lands.

I'm very pleased to hear most of the discussion centered around the habitat and ecological impacts during this meeting.

I recall many of those same conversations while I was serving on the board from 2012 to '14.

The board at that time warned us all this is where we are headed, where we are today.

>> DAN ADAMS: You have one minute.

>> Unfortunately, we all have seen since that time the number of horses double, the land and water resources deteriorate, and more horses and wildlife suffering.

And we continue to hear that PZP will solve the problem and some saying remove the livestock and all will be well.

We can find long-term holding and a plethora of interest.

We all have the responsibility to solve this issue.

Those who distracted the issue with the horse vs. cow conversations and those who litigate the agencies of BLM need to accept the primary responsibility of the situation that we are currently in.

It's time to stop the nonsense and take real action to stop the degradation of the land.

And that does include Congress.

Thank you.

>> DAN ADAMS: Thank you, Kali.

Next is Brieanah.

After Brieanah, we will have Mark Ward, Linda Hannock and then Barbara Flores.

>> Good afternoon, many chair, members of the board.

My name is Brianna Schwartz, I'm the government relations and policy council for American wild horse campaign.

And I'm here today with my colleague Mary console, recommending our organization and over 750,000, excuse me, members and supporters and followers that is.

With my time, I would like to address two things.

First, the BLM's report to Congress.

And second, this board and the Interior Department's March towards mass sterilization of our federally protected wild horses that's against the will of over 80% of the American public.

First, in the agency's report to Congress, the BLM stated that each of the four management proposals, some implementing mass surgical sterilization would require new legal authority.

They understand that the authority to sterilize federally protected wild horses is not cheer and requires clarification from Congress.

Therefore, mass surgical sterilization is not a viable management tool.

As you choose options to support, I ask that you keep this in mind.

Second, as we have heard this week, the BLM has begun its experiments in the Warm Springs HMA by beginning to round up 100% of the horses that live there.

Next month, the agency will then remove the ovaries of 100 mares in a barbaric procedure known as ovariectomy colpotomy.

This is unnecessary.

They know and admitted that many of the mares would abort their foals would suffer awful complications and possibly die.

Yet, the BLM is not observing the welfare of the animals during the procedures, and has refused to allow for meaningful public observation of the public of these procedures.

Instead of these -- of these options that go against the directive under the wild horse act for humane management.

All they have to do is spend more than 0% of their budget on implementing PZP. The BLM spent 0% of its budget!

And NAS has recommended that the BLM implement PZP over and over.

The 253,000 petition signatures in the boxes behind me, that we are delivering today, on behalf of my organization, are testimony to the desire of the American people to see their federally protected wild horses and burros managed humanely.

Republican, democrat, independent, rural, suburban, urban, male or female, it doesn't matter.

The American people want humane management options for their wild horse and burros.

>> DAN ADAMS: You have one minute.

>> Thank you, sir.

Therefore I ask this board to consider the full picture when making a recommendation. Recognize the agency's obligations under federal law which includes the Wild Horse Act and the National Environmental Policy Act, recognize the directives from Congress, the will of the American people, and most importantly, the horses and the burros that we all love.

We understand the crisis and we want to help find humane solutions.

Thank you.

>> DAN ADAMS: Mark Ward.

>> I'm going to refer to a handout that I hope you all have.

The cover page is the national association of counties, American county platform and resolutions for 2018 and 2019.

And I would -- if I could, I would like to direct you to the last page of that handout, that I will discuss.

The NGO that I'm with, balanced resources, a good deal of our mission is to advise and represent and advocate for rural counties in Utah, in particular, those who are affects by this issue, three of which are Beaver, Iron, and Miller Counties and Beaver County commissioner Tammy asked me to make these comments.

She was here yesterday, but had a conflicting obligation in Arizona with the national association of counties.

The national association of counties, not just Utah association of counties or the Nevada association of counties or what some may say are counties with an extreme point of view, bust as of this year, the national association of counties this past summer in Nashville at their annual convention, adopted the language that you see there, highlighted in yellow regarding wild horse and burro management.

Most notably, they support restoring congressional funding for the acts, meaning the wild free roaming horse and burro act, sale without restrictions provisions.

Further, NACO, supports the sale and the fertilization ever them.

This is in recognition -- the fact that the national association would unanimously adopt

this is in recognition of what's been said over and over the last couple of days.

We are not approaching ecological disaster.

We are in the midst of it.

The eye the hurricane is here.

And counties feel this acutely.

Three counties I mentioned feel this acutely.

Much ever the economy of those three counties is grounded in traditional livestock grazing.

That grazing operates on a legal premise that has existed since 1934, the Taylor Grazing Act, the creation of the -- the grazing districts and allotments.

And it's the -- the ranchers that the permittees who dutifully and obediently follow increases and decreases --

>> DAN ADAMS: One minute.

>>  -- thank you.

In AUMs and that's the backdrop.

That's the legal backdrop against which we are having this discussion.

And the AMLs as you all know were set in a scientific way to achieve perpetuation of those AUMs so everything could be in balance.

So when the AMLs, when the herd sizes blow past the AMLs, what suffers?

Grazing.

Not to mention the landscape.

So it's in recognition of all this, that NACO has weighed in on this and we just want you to know that this is not -- this issue has come main stream throughout the United States.

It's not an outlier position, it's a main stream position, okay?

I'm talking about the restoration of all the available tools.

I want to make sure that you are aware of that.

So thank you.

>> DAN ADAMS: Thanks, Mark.

Linda?

Linda Hannock?

>> Good afternoon.

My name is Linda Hannock, I'm from Colorado, and I also am on the board of directors for the Cloud Foundation.

This is not an emotional issue.

This is an intellectual issue and this is an economic issue.

It's all based on money spent and facts and figures.

My background is my life long adulthood, I have been an educator and I have been a small business owner for almost three decades.

I come with a varied background on these topics.

What I want to talk about today is the grazing program and how it impacts the budget of our wild horses.

I had a chart that I didn't get in time, and so I will send it to you.

It's based on 2018 BLM numbers.

The current numbers from the last ten years.

What is the economic impact of our public lands from the grazing program?

The ranchers that participate self-report, and the AUMs don't always reflect under reporting interest and past grazing.

The actual numbers of livestock on our public lands is higher than represented.

The average grazing AUMs for last ten years is approximately 1 million -- 1 million per animal units per year.

There are currently 15,000 grazing permits using public lands.

That's individual permits, and those are also group -- corporate groups.

Less than 2% of the land is used for beef that is even been Americans.

That's something that people don't really understand.

The public lands beef is not feeding America right now.

What is the elephant in the room?

In 2017, long-term holding costs $5 million.

That's pretty black and white thing.

Since 2008, we have lost $1.2 billion or 120 million a year from the grazing program.

How do we lose that?

We see a lot of photographs of horses on the lands, but we don't see pictures of cows on the land much.

What is wrong with these pictures?

>> DAN ADAMS: You have one minute.

>> The current BLM numbers, the ratios of livestock to wild horses is 28 to 1.

Is that over population by the wild horses?

The grazing program must be more fiscally responsible and must be self-supporting without millions of dollars of subsidies every year.

The one thing I would like to remember that the 1971 act states, wild horses shall live on public lands principally, not exclusively.

Thank you.

>> DAN ADAMS: Thanks.

Thanks, Linda.

Barbara?

Real quick, Barbara, let me jump in real quick, after Barbara finishes, then we have Joanna Grossman, and Mary Decancel, and then Elise Lovon; is that correct?

Okay.

Thanks.

Go ahead.

>> I have been a wild horse advocate since the mid-1980s when I adopted my first mustang.

She was a great divide of the Wyoming basin.

I recently had to put her down at the age of 35 in June.

We did a lot of things to are promote the mustang as a great horse.

She did hunter over fences and trail riding, western pleasure.

Anything.

She never said no.

So she was best horse I have ever had.

A group of us in about '87, '88, formed with the Bureau of Land Management the

Colorado wild horse and burro coalition.

We helped Fran Ackley of the BLM write guidelines for checking on adopted wild horses once they were in their adopted homes.

We checked on horses within first month or so of their adoption and directed adopters towards available resources where needed.

We reported back to the BLM and we all worked together.

Over the next few years, the BLM began to send us adopter information and asking for visits and signoffs only when first year was ending or had ended.

All that was wanted was to get the horses off the BLM books and not their problem anymore.

I objected to this.

Saying that in order to assist adopters we needed the information and the ability to contact them sooner.

Nothing happened to correct the situation.

I told Fran Ackley I would no longer do adopter checks for the BLM if all they wanted was a signature to terminate the BLM responsibility.

The CWHBC members helped at adoptions.

We also started going out on herd areas and herd management areas by ourselves to observe wild horses in range conditions.

I myself have been on the ground on herd areas and herd management areas in Colorado, Wyoming, Utah and Nevada.

As time went by, it became obvious that the BLM was not interested in the welfare of the wild horses but simply in removing them from their homes as we became more critical of BLM and contractor practices that harmed the horses.

The BLM severed ties and pulled support for the CWHBC group.

We began to see that all they wanted was our support, not our input or criticism, no matter how constructive it was.

The Bureau of Land Management seems to have forgotten that America's wild horses and burros belong to the American public, not to the BLM.

>> DAN ADAMS: One minute.

>> They are only responsible along with US Forest Service for protecting, managing and controlling the public's wild horses.

The big thing I wanted to say is that AML has been set on a national level at a number according to Gary Sigodick that the national cattleman beef association said they could tolerate.

AML needs to be set on each herd area by monitoring, by scientific methods and each area is different and not at a national level.

If we were to maintain AML at this national number, it would be 3% of what the livestock AUMs have.

Thank you very much.

I have a flyer that I gave out that has more information.

>> DAN ADAMS: Thank you, Barbara.

Next will be Joanna.

>> Thank you all for the opportunity to provide comments today.

My name is Joanna Grossman and I'm the equine program manager for the animal

welfare institute, a nonprofit founded in 1951 and dedicated to reducing the suffering inflicted on animals.

The new policy which allows for the sale of 25 horses at one time, with no waiting period between transactions replaces a far more prudent policy that allowed only four horses per sale for the waiting of six months between purchases.

Although we appreciate the BLM's desire to find good homes for horses, the agency needs to be transparent with stakeholder as to what oversight mechanisms the BLM to make sure that they are not sold to the kill buyers.

The killing of 2,000 horses must not be repeated.

Several people wrote to Secretary Zinke to a relinquishment of BLM's responsibility and I included a handout for your review.

We must look at what protections are in place, and the standard boiler plate in the sales contract.

They have must demonstrate that it's doing its due diligence to make sure that someone seeking to purchase 25 horses at one time is not falsely representing their intentions.

Second, we fully support humane management tools to curb population growth, such as PZP fertility control but the manned sterilization is not humane.

The ovariectomy and colpotomy is widely outdated and carries significant risks.

It's astounding that the agency would aggressively pursue an option with the National Academy of Sciences explicitly regarded as inadvisable.

When Colorado state withdrew from partnership with BLM, like Oregon State before it, it should have been a sign to weigh other options.

Instead the BLM is proposing to move forward with the surgeries that the BLM admit it's may not be conducted in sterile condition and no welfare operations in the in place.

The BLM received thousands of comments in opposition to the ovariectomy experiment but regrettably chose not to heed the concerns that were raised.

Finally, the omission of the herd area repopulation working group from this board meeting's agenda seems counterproductive of the goal to find viable and long-term in the hold facilities.

They should look at herd areas that have minimal populations and develop pilot reintroduction plan.

We recognize a single solution to the ongoing problem of the long-term holding at enormous taxpayer expense does not exist but a multi-prong approach will be necessary.

In like of, that we must return some of these animals to the range on the millions of acres of public land previously occupied by wild horses.

Thank you again for your time.

>> DAN ADAMS: Thank you.

Next will be Mary.

>> Good afternoon, everybody.

My name is Mary Console and I'm a staff member with the American wild horse campaign.

I very much appreciate this opportunity to talk with you.

I'm here to speak out against the BLM's failed strategy of roundups and removals, of

America's wild horses and burros from our public land.

And this board's L. unanimous backing of this failed strategy.

This year, the BLM is planning on removing over 11,000 wild horses and burros to make room for the over 1.5 million livestock, private livestock grazing on public lands at the expense of American taxpayers.

Yet neither the BLM, nor the board have talked about that livestock or the damage that they are wreaking to the range.

Additionally, despite all of the talk about using all the management tools, this year the BLM has only PZPed 119 horses.

I repeat that number 119 horses.

I remind the BLM -- let me use my glasses.

I remind the BLM that roundups and removals are not supported by science.

They are brutal to the horses and burros that the BLM is supposed to be protecting and they are not supported by most Americans.

First, in 2013, the national academy of science has warned that roundups and removals fueling high population growth rates on the range.

And that they are expensive and unproductive for the BLM and the public that it serves.

Yet, they continue because the BLM continues to cater to special interest groups, including ranchers.

Also, while the BLM maintains that roundups are humane, nothing could be further from the truth.

Old and injured horses, pregnant mares and tiny foals, along with stronger, and healthier horses are chased for miles with foals often paying the biggest price.

Abortions, broken legs and necks and horrendous deaths are all too common.

Horses are also routinely euthanized for nonlife threatening conditions or for the severe injuries they sustained during their capture.

Although the BLM claims that roundups are necessary to keep wild horses from starving, most are coming off the range in good condition.

Ironically, as a result of the BLM's new sales policy, most of these healthy horses will end up in the slaughter pipeline.

>> DAN ADAMS: One minute.

>> Third, besides the quarter of a million signatures, 80% of Americans oppose the roundups and removals, and the killing or the slaughter of our wild horses.

It's time that the BLM and the advisory heed the recommendations of the NAS and the will of the American people.

Stop the roundups and removals.

Stop making excuses.

Prioritize PZP fertility control as a safe, humane and sustainable alternative for managing these iconic symbols of our American heritage.

With 30 years of science supporting it, PZP does work.

It just needs to be used.

Thank you.

>> DAN ADAMS: Thanks, Mary.

Okay.

Next we'll have Ginger.

After Ginger, we'll have Elise Lovan and then Justin Shannon.

Adam, I think we had you on here twice.

You only get to go once, man.

Oh, did I have --

>> Right before me.

>> You are Ginger.

Yep.

You know what I got that wrong.

Ginger, you are first and then Elise.

Unless you guys want to wrestle for it.

(Laughter)

>> Okay.

I better put my glasses on.

>> Let me make sure, there's only one Adam P, right?

All right.

So after -- so we'll go with Ginger and then Elise, and then Justin Shannon and then Ken Brown.

>> Ready?

>> Yes.

>> Hi.

Oops!

I am Ginger Fedek, I'm the wild horse and burro project chair for In Defense of Animals, a nonprofit organization.

In hearing the presentations and comments from the past two days, I. struck by the complete absence of mention of the effect livestock has on these very public lands we are discussing.

In many areas.

Wild horses and burros share the land with livestock, yet all the degradation is blamed on the wild horses who are vastly outnumbered by livestock.

We agree that healthy rangeland is a priority, but there are multiple uses contributing to the degradation.

What happens when you get to AML and the degradation of the range continues?

You are going to say, oops, I guess we were wrong.

It wasn't just the horses.

You've got to take the livestock into consideration.

I am not here to ruffle any feathers.

I have worked on cattle ranches and helped our sheep ranching neighbors with their stuff.

I have been a rancher myself, and I have needed to utilize my range management and range animal science degrees in protecting my own ranch an my own rangeland.

So I would like to end this on a positive, because I don't want to ruffle these feathers of the ranchers because I understand you.

I do want you to know that the wild horse advocates here today did not travel all this way to say leave them alone.

Do nothing.

We want to work together with you, the BLM, stakeholders, communities, for success and we believe in the multiple-pronged approach to solution.

It's not just PZP.

But PZP is important.

You can't just use less than 200 per year and expect any kind of an outcome.

So we believe we can accomplish our mutual goals without permanent sterilization or killing excess horses as Ms. Carlisle had stated before.

We believe we can capture this so-called energy in the room, that Mr. French talks about, and throughout our country to be the solution.

You talk about having limited tools in your tool box.

It's become a cliché this meeting, but yet the most potent and cost effective tool you have available is completely underutilized and that is volunteers.

>> DAN ADAMS: You have one minute.

>> There are places where advocates and community stakeholders and BLM all work together.

There are ID databases run by volunteers.

There are starters, all at no cost to government as opposed to 3,000 per mail in the BLM report to Congress.

It costs nothing to do this darting where volunteers are involved.

The increased budget funding for fertility control went to research, rather than to field application and we keep talking about how we are at this crossroads and time is of the essence.

Let's get it out in the field.

It's more than one.

Now, there are plenty of other solutions that you were presented in this document that was signed by 100 other organizations and these are solutions that use a multiple-pronged approach and in working together.

>> DAN ADAMS: You are at time, Ginger.

>> And there's this other document as well.

Thank you very much for the opportunity to speak.

>> DAN ADAMS: Thank you.

Next is Elise.

>> Good afternoon.

I'm Elise Lovan and I'm a volunteer for foreign national weld horse advocacy groups on policy.

And in my day job, I'm a government employee with 25 years directing federal and state employment and training programs.

My state budget alone is larger than the entire BLM budget for wild horses in the country.

I find that disheartening because the cost to run real programs and make real change costs money.

In my job, I have learned the value of broad-based coalitions and the need for inclusion.

The work is hard.

But through efforts such as public/private coalitions, you build foundational work that can weather the tides of political change and make real advancement that last beyond administrations.

You think we have heard some real dialogue and we want to look at further.

I want to talk about how we build solution-based toolkits and manage wild horses and burros that could -- that could follow and add potential fiscal resources for on-the-range management and create economic generators for rural communities.

Some of them can be done by developing pre-apprenticeships and registered apprenticeships for diverse populations.

Those can be done at federal, state and local government positions.

And they would help ensure that we have a workforce needed to manage our rich resources and also worker pipeline that is diverse, as we have seen from many of the people here, there is an aging population and building a workforce is very important.

You start that from the ground up when children are young.

Federally, these earn and learn programs are ways to create no skill jobs without debt, engage youth at early ages so they stay in school and can be leveraged with the federal work-based learning programs that can assist with cost for the individuals and also allay some of the costs to government and the private sector.

Gail talked about the creation of the veteran core program.

This is one that would enlist returning an unemployed veterans to participate in fertility of darting animals.

Research has proven the healing powers of such programs and this could go a step further, as it could help them use this as a career pathway into jobs related to the environment.

The veteran are an important part of our workforce and we need to find jobs that are growing jobs that can help to use the skills that they have.

Public/private collaborations can hem help with increasing the visibility and the marking programs through volunteers and the use of community connections.

It all happens they ground level, but government needs to manage and make things fair.

Training programs can be offered to those who are living --

>> DAN ADAMS: One minute.

>> The day-to-day experiences their new adoptees at home.

Such partnerships further increase more direct support, more access to in-person and online technical assistance, home visits and updates on the well-being of the wild horses before they are adopted.

BLM doesn't have the resources to provide one-on-one support and this approach can further ensure adoption success.

Thank you to the board and BLM for this opportunity to offer ideas for consideration on the complex issues before us regarding public lands, our wild horses and burros and future generations.

I invite you to be leaders and work with all -- wall the public, to create a future state for our environment, our wild horse and burros and be leaders for future generations.

Thank you.

>> DAN ADAMS: Thank you, Elise.

Justin?

>> Good afternoon, my name is Justin Shannon.

I work for Utah division of wildlife resources as a wildlife section chief.

I just have a short statement.

The Utah division of wildlife resources has a strong partnership with the BLM on resource-related management issues.

We encourage the BLM to manage horse populations to appropriate management levels using all available options.

We feel that managing horse populations to appropriate levels will result in improved habitat, less competition at water sources and will benefit wildlife populations in Utah.

UDWR, my agency, is willing to partner with and assist the BLM in managing the horse populations to appropriate levels.

Thank you for your time.

Thanks.

>> DAN ADAMS: Next up we have Ken Brown.

And after Ken, we have Pat Shea, Maggie Orr and Lori Klein.

Oh, thanks.

Okay so -- yes so we have Ken Brown, and Pat Shea and Maggie Orr and Kelly sublet.

>> Thank you, Ken Brown representing western counties alliance, deals with counties in the west.

I appreciate the opportunity to respond.

As you noticed, I parked close to the mic because I knew you would charge me with travel time.

WCA continues to support the wild horse and burro program on public lands when proper management exists.

Excess numbers continue to be a major problem in areas where WHB animals cause over grazing and resource damage.

Wild horse burro populations need to be managed within established, appropriate management levels, which they are not.

Good coordination and communication between state and federal agencies, county officials and private stakeholders relating to population data and monitoring.

WCA continues to support an enhanced gathering process which assists in reducing numbers, particularly in overpopulated areas.

We continue to support the reintroduction of disposal facilities, which are necessary to care for animals in need.

WCA continues to support your working is group, which is a very good concept dealing with various issues with the program.

WCA does not support reducing livestock AUMs to accommodate additional WHB roaming animals.

WCA thanks the Board and staff as you endeavor to improve the WHB program.

And have a good day.

>> DAN ADAMS: Thank you, Ken.

Pat?

>> I'm Pat Shea I'm a research professor at the University of Utah.

I was the director of the BLM in 1997 to '99.

At that point, we had 32,000 wild horses and we were close to 28,000 as a carrying capacity.

So I want to make four suggestions today and I need you to follow through on them.

First, there needs to be a concerted spending on research and application of that research on fertility control.

That's the first Catholic BLM director to implement the birth control, it was not without controversy.

Second, I think using the veterans is a very good idea.

I'm an honorary colonel in the Utah National Guard, and there are frequently projects that they are looking for.

So I would suggest each director of BLM in the western states try working with their state governors to identify acreage of greater than 500,000 acres of public land where wild horses could be put and tourism could be encouraged to go out and visit and see the wild horses in their natural habitat.

We came close to doing that Carson City, but then for political reasons that never happened.

I do think that there's a great possibility of tourism -- excuse me, tourism and wild horses going together in an economically viable way.

Mentioning the National Guard is another one of my favorite topics because with our pull down in Afghanistan and Iraq, the defense department still has a large logistical capability.

I teach in Pakistan, and there are places in the world like Pakistan where horsepower still means a horse and so one of the things that would be considered is to take many of the horses that are in grazing areas now and transport them through the DoD to those countries that could use them, and using the USAID to figure out what would be the most effective and humane way of doing it.

These horses would be a great, great value to the people that I will see in developing worlds.

So I would like to thank you for your time.

I suggest that Congress really is the forum in which these things have to happen.

I have to tell you at any time I went to see Congressman Young or some of the other powerful members of house or the senate, and suggest that they needed to buckle up and do some things about the 1971 act, I was shown the exit door quite quickly.

So that's where the forum has to be focused on doing the things that will get us back to a manageable size for these herds.

Again thank you for your time.

>> DAN ADAMS: Thank you, Pat.

Maggie?

>> Hello my name is Maggie Orr and I'm with the Lincoln county conservation district and the Nevada association of conservation districts and the Nevada conservation commission.

The conservation commissions came out of the dust bowl.

They are entities of state government, elected by local people.

In Nevada where the federal government owns 85%, CDs connect public and private

industries to ensure proper management of rangeland resources.

The Nevada conservation commission, supports these statements.

It is essential that wild horse and burro numbers be kept at or below AML.

All established solutions to excess numbers must be allowed and followed, adoption, sale, sterilization and human euthanasia.

Long-term holding is not a solution, but a misuse of public funds.

The 1971 wild horse and burro act should be enforced as enacted.

The Lincoln county conservation district, it on lands in Lincoln county.

My local BLM office conducts emergency gathers as they are able, both for protection of human lives and on our highways and when wild horses do not have enough water or food.

When horses are in jeopardy, rangelands are already in jeopardy.

The frequency of emergency gathers is increasing.

Since you last met, BLM has completed the NEPA removal of horses from multiple herd areas as the 2008, ELRP and 17 HMAs.

This he have moved out of the herd areas ton private land.

Every sage-grouse project that the BLM completes is negatively affected by the negative use of horse numbers exponentially over AML.

Managed livestock grazing is not the cause of degradation.

There's one solution to reach the desired goal of healthy horses on healthy rangeland.

We have to get to AML by all means allowed.

It would be great for off range horses, however, Nevada can't wait for this option if people don't step up.

I sincerely hope that they do.

I serve on boards like you to try and make a difference.

I cannot ignore what can be observed by anyone who goes to look at Nevada's rangelands where wild horses and burros are present.

I said that the CDs came out of the tragedy of the dust bowl.

Conservation districts stand ready to overcome the tragedy of our rangelands where wild horse and burro numbers are above AML.

We have can't come to solutions until we deal with the problem.

Please continue to recommend that BLM be given all the means to solve the problems as described in the recent report to Congress.

>> DAN ADAMS: One minute.

>> Option one in the report is the most viable option.

I understand this is not easy.

Thank you for doing the right thing for the horses and the rangeland.

>> DAN ADAMS: Thanks, Maggie.

Kali.

After Kali, we will have Debbie Gonzalez, Shawna M and Sundays Hunt.

>> I'm Kali Sublett with the Mustang Heritage Foundation.

I'm going to try to keep it short.

I will focus on one of our most successful programs the trainer incentive program and kind of give you a snapshot of where we are.

And just if I don't get to it in the end, I guess my goal is to encourage you to continue

to encourage the BLM and supporting organizations like the Mustang Heritage Foundation who are actively placing animals into adoptive homes.

I know adoption is not the answer.

But it definitely is working, and like Dr. Lynn said, there's a lot of enthusiasm and interest if, not enthusiasm at least interest from the entire equine community.

We are seeing it across the United States, and I think this is a really important time to give it all we can and do as much as we can to support those programs that are working.

Since 2015, we have seen a significant growth in the TIP program year over year.

However, the past two years we have either had to suspend or delay the program due to lack of funding.

We have not advertised the program in over 18 months, and are still meeting and exceeding adoption goals.

Based on the trainer interest, even without advertising, we are confident we can place upwards of 4,000 animals in fiscal year 2019.

We have over 450 animals currently in training with 40 to 60 being picked up by trainers each week.

We have 430 approved TIP trainers five or more applications coming in weekly.

Again, this is without having advertised the program since 2017.

We feel confident that if we are able to reach our goal of 4,000 adoptions in 2019, we will continue to see an increase in momentum that could take us to placing 5,000 to 7,000 animals annually.

The TIP program costs on average 1400 to $1,600 per animal per placement.

This includes a $1,200 or $1,000 payback directly to the TIP trainer and into the local economy.

The program has been supported financially by the BLM for the past 12 years, and saves BLM an average of $14 to $16,000 per animal.

That's a savings of more than $100 million in holding costs since 2007.

The past two years we have expended our budget before the end of fiscal year.

We are currently stagnant at approximately 1600 annual adoptions.

However, again, our potential is 4,000.

In FY '19, we are hoping and planning to receive BLM funding to support 2100 adoptions through the TIP program.

That leaves with us a need to fund an additional 1900 adoptions.

That leaves us --

>> DAN ADAMS: One minute.

>> 2.6 million.

We are now looking for additional funding sources to fill the gap between BLM funding and program potential.

So that's just kind of a quick snapshot.

BLM is supportive of the TIP program and has continued to support the TIP program, but we are fortunately and unfortunately at a point where BLM funding is no longer covering the program potential.

So I just want to put that out there.

I know there's a lot of talk about other organizations.

BLM_003039

We have been talking with other organizations about supporting the program.

So we are talking a lot about what we want to do and need to do and just want to remind everybody that there is a program that is working and there are some positive things that are happening and a lot of excitement and we want to keep that momentum going.

That's it.

Thank you.

>> DAN ADAMS: Thank you.

Debbie Gonzalez.

>> I don't look like a Gonzalez.

Thank you for allowing me to speak today.

My name is Debbie Gonzalez.

I am a mustang owner and a horse own created and a member of Welco.

Today, I wish I could remind you of the exponentially expanding body and the entwinement with ecology and our environment.

As you know, all species -- all species on the range have an impact on our -- have an impact from ants antelopes, cattle to cougars and horses to hare and sheep to sage-grouse.

It can't be hoisted on to one species' back.

You know that to be true.

The ecosystem of our high plains and mountain states has been in trouble since people decided to break it up into bits and pieces without regard for anything but the money that could be made from the land.

Unfortunately, I can't remind you much of anything.

I have only been allocated a scant few minutes.

But even if I had been allotted an extended amount of time, it wouldn't make a difference.

I feel your agenda has been set.

My background as a multigenerational native Coloradan, raised on the high plains of southeastern Colorado and my land grant college degrees aren't worth a hill of beans in your decision making process.

Awful though I would like to point out two items.

The current set AML of 126,000 is the same number that Congress deemed endangered when it enacted the 1971 wild horses and burros act.

And since 1971, the mustangs have lost over 40% of land originally set aside for them.

Finally, keep in mind that the idea of ecotourism, since 80% of the American people support the mustangs, and those 80% will ultimately affect the decisions made regarding the icon of our western heritage.

Thank you.

>> DAN ADAMS: Thank you, Debbie.

Shauna.

>> Good afternoon, board and thank you for the opportunity today.

The spreadsheet and information that I'm utilizing today converts grazing receipts, reported by the BLM budget, justification report for the private livestock grazed under the public lands grazing program.

Utilizing BLM data, we are able to get a closer head-to-head count comparing wild horses that are estimated by the BLM and permitted cattle grazing from 2002 to 2018. The BLM's own data completely undermines the BLM's entire argument for getting rid of wild horses to mitigate the environmental and fiscal costs of overgrazing on public lands.

The wide spread overgrazing across BLM land is due to cattle and the numbers show it.

Grazing receipts are self-reported by ranchers on an honesty basis.

The grazing fees done actually reflect under reporting or trespass grazing.

Therefore, the actual number of subsidized privately owned livestock on public lands is likely much higher as those are not reported bit BLM.

The federal grazing program subsidies lose taxpayers 1.25 billion over ten years or 125 million a year in direct costs by the BLM's own estimates.

When direct and indirect costs are factored, in those taxpayer losses rise to between an estimated 500 million and 1 billion a year, according to the GAO.

Why are we hiding the public lands ranching costs from the public?

Why are those costs not publicized as those of the wild horses and burros?

Why are the wild horses and burros continuously made out to be the culprit of over grazing?

  The accounting for cattle, deer, antelope, moose, it never makes headlines but the BLM wants to blame the wild horses it seems for their own poor mismanagement.

I do want to commend some of the BLM field offices that jumped into with advocacy groups this year as we were in drought situations that they worked with the advocates that were so willing to go out and take and deliver water to the wild horses.

That's what it takes.

It takes a group.

It takes a tribe.

So thank you so much for allowing me to speak today.

And I hope that you will continue hopefully to take care of our wild horses.

>> DAN ADAMS: Thanks, Shauna.

Next, we will have Sunday.

After Sunday, it will be present Beiling.

And Brent will be our final.

>> My name is Sunday Hunt, I'm the Utah director for the Humane Society of the United States.

And I'm here to represent our position.

The BLM estimates that there are approximately 82,000 wild horses and burros living on our land while questions remain about the validity of the population claims and whether current appropriate management levels and AMLs have been appropriately established.

The Humane Society of the United States and the legislative fund understand that there's conflicts related to wild horse populations and we recognize that the BLM is mandated to maintain the public lands for multiple-pronged approach.

Uses and that the BLM has determined that wild horses and burros is necessary.

The USUS, in satisfying the diverse stakeholders in the debate, however, we also

believe that where the agency is working to manage wild horse and burro populations that those efforts must be humane and in that release rates speck we must first acknowledge that the HSUS, that slaughter or destruction is not an option that should be on the table.

It's simply inhumane.

Furthermore, it's an action that only runs against the instincts of American public, but also nullifies nearly 50 years of federal policies that calls for the protection of these living symbols of free spirit of the American west.

Policy that was put into place in an attempt to halt the very actions of agencies attempting to pursue now.

We include in this concern serious reservations at HSUS, and hold with revised policies, particularly IM number 2018-066.

That could open the door to slaughter.

The previous policy put into mace in 2012 came to fruition as a result of investigations which reveals that the BLM was selling horses to a known kill buyer who was subsequently sending them to slaughter.

It limited the agency to selling only four horses at a time, with the required six month period between cells and its intent was to prevent kill buyers from the subsequent and resell of wild horses and burros.

Immediately, after documents are signed, this policy limitations was one of the few safeguards in place to prevent horses and burros from ending up in the slaughter line. It removes the safeguards and allows up to 25 horses without petitioning the agency.

More than 25 horses -- if you petition the agency and it appears to place no wait time between sales.

Whale Congress has put language in from selling wild horses to slaughter, it is clear that sell authority animals have ended up in the slaughter pipeline in the past, and the revision of the policy could very well mean that many of our iconic wild horses and burros may end up into the slaughter pipeline.

The HSUS firmly oppose these policy revisions.

We also believe that --

>> DAN ADAMS: You have one minute.

>> Where the agency is working to manage wild horse and burro populations that they must be both effective and humane.

We also express our concern with the BLM's proposed research in Burns Oregon. Due to the possibility and the ability of federally approved less invasive methods of fertility control, we believe it should focus on the implementation of already available controlled tools and look less invasive surgical methods and it would allow the agency to begin large scale implementation immediately and help avoid the public backlash.

That said, we are not suggesting a hands off policy.

We have always brought a constructive approach to the resource challenges and a fresh perspective to the wild horse and burro move.

We want to continue to work with stakeholders.

>> DAN ADAMS: You are out of time.

Thank you.

Brett?

>> Good afternoon to the board.

Thank you for letting me make comments today.

I represent Utah farm bureau federation which represents 34,000 farmer and rancher families in the state of Utah.

I would like to commend the board and the audience for the civility of the comments today.

I think we all can come to solutions when we have this kind of a civil discussion and commend you all for that.

I have submitted written comments but I wanted to talk from the heart.

I grew up in southern Utah and I have come from a ranching family.

One of the places that we run cattle is near the Muddy Creek allotment.

We also run cattle on the Tavaput plateau.

Both places you don't have gathers this year.

We applaud your efforts and thank you for helping us.

The last time I went out there this summer to gather cattle, we had a poor mare, a mustang, a wild mustang there that she had a colt at her side and she had been deteriorating in the drought conditions, and she had died the night before and her poor baby foal followed us the rest of the day.

So we as cowboys were gathering cattle and we have this orphan foal following us.

As ranchers, I'm telling you, it's unethical to watch wild horses, sheep, cattle or wildlife being managed on this.

The AML will allow 70 mustangs.

The last count they had over 600.

When you have those kind of conditions, there's no way that you can sustain the population in good condition especially when you have a 40-year drought like the one we have been experiencing.

They didn't have water to drink in many cases.

We had to move all of our cattle from the area where the mustangs are and this occurs in all of the areas where ranchers are bordering these mustangs as they graze.

They graze differently than cattle.

One of the things that we want to point out today, we don't expect any -- any favorable treatment or special treatment as ranchers in how we manage our animal units.

If I exceed my numbers, I'm going to be penalized.

I'm going to be trespassed and forced to comply with that.

But I will tell you this, if -- if there are conditions on the range that don't support the animals, our ranchers don't send animals out.

In fact, in southern Utah this year, most of our ranchers have voluntarily taken as much as 90% cuts on their range.

The problem is the mustangs are not managed in the same way.

And when you are at five and 600 head above the carrying capacity, it's devastating to the range.

One of the things that Redge Johnson and others have pointed out earlier is when -- when you have utilization rates that you have to follow, that means --

>> DAN ADAMS: You have one minute.

>> The cattlemen can only graze up to 50% of the grass available and they have to

remove the cattle.

Horses on the other hand, will take up to 90% because they are never -- they are not managed.

They have can't be taken off the range.

So as we look for solutions to this, the farm bureau would like to offer its support to helping the BLM find funding to find all available solutions that have been mentioned today and we would love to -- to use our power to lobby and to help find sources of funding to take all of the animals that we can off the range and give them back to the AMLs.

And I appreciate you for your time.

And I want you to know that farmers and ranchers really do have the best interest of these wild mustangs and burros at heart.

>> DAN ADAMS: Thank you, Brett.

I would like to echo -- I'm highly impressed with how civil and great people have been about being respectful and listening to others.

There's been some difference of opinion, but yet you guys have handled yourselves extremely well.

So very impressed.

I pass it back to you.

>> FRED WOEHL: Thank you.

I echo your sentiments.

Board, we are going to take a five-minute break and then we have a lot of work to do for the rest of the day.

The board is adjourned for five minutes.

(break).

>> FRED WOEHL: I need the board back up here.

We are running late.

I said five minutes.

You've already took nine.

All right.

The meeting will now come back to order.

Is Barry still hooked up?

He is?

Barry, are you there?

No.

I hadn't heard from Sue or her -- or him.

Okay.

All right.

Board, at this time, we are going to talk about recommendations.

I have got about three that I want to talk to y'all about and then we'll just start over there with Ben and come this way, and we'll talk about all the recommendations that you have and we'll address every one of them and I will start out.

I've got -- like I say, I've got about three.

And one of the things that I am -- board, I'm really feeling good about.

I mentioned this a little bit before.

Although there are several advocacy groups out there that really have an opinion that they don't want to work with Bureau of Land Management on anything, we do have several of these that have expressed a desire to work with us and to -- to come up with a -- with a program and they might need a little bit of time to do this in.

And so here's the recommendation that I proposed.

Now, Daniel, are you going to put them up here for us?

You do -- you do need to.

You need to type fast.

All right?

Okay.

Let him get this up so we can do this.

And like I said, I'm going to -- these are proofs and we are going to talk about them and we can change anything you want.

We have to get this done in about an hour and a half, an hour and 20 minutes.

So we have to move fast.

Within two years, if positive solutions and cooperation between parties and BLM, doesn't, correct the current problem, BLM should follow the stipulations of the wild horse animals deemed unadoptable for sale without limitation or humane euthanasia.

This is a -- this is a recommendation that we made in 2018.

I am encouraged greatly by the -- and I -- I'm going to blame Celeste for this, in that she's got me convinced that within two years or less, they can come up and start working together, sharing the cost of these long-term holding maybe put horses in long-term holding and try to get a handle of this program, without detriment to the range, and further detriment to the horses.

So I will start over again.

Within two years, if positive solutions and cooperation between interested parties and BLM does not begin to correct the current problem, and you might put in -- the current problem, and probably put in parenthesis, overpopulation, BLM should follow stipulations of the 1971 Wild Horse and Burro Act, in long and short-term holding -- all suitable animals in long and short-term holding, deemed unadoptable for sale without limitations or humane euthanasia.

That's straight out of the 1981 law.

So any of the board have any comments on that?

>> Well, there's a couple.

The second line, it should be interested parties.

It should say between interested parties.

>> FRED WOEHL: Interested parties.

>> DR. TOM LENZ: Interested parties.

And at the last line, it should be or euthanasia.

>> FRED WOEHL: Or, yes.

Okay.

In other words, my thoughts behind this is to give them two years -- I mean, and get something going by that time, and if it don't get going by that time, then we have to do something.

There isn't any ifs, ands or buts about it.

Yes, Celeste.

>> CELESTE CARLISLE: Is this our -- does this encompass the recommendations that Jim, you and I were talking about.

Is this supposed to lead into that?

>> FRED WOEHL: This is separate.

>> CELESTE CARLISLE: Okay.

I feel like I don't know about this one.

>> FRED WOEHL: No, you don't.

>> CELESTE CARLISLE: Okay.

Just checking.

>> FRED WOEHL: You do now.

>> CELESTE CARLISLE: Okay.

I need to clarify.

Okay.

Let me read this.

>> FRED WOEHL: Okay go ahead.

>> Could you define correction of current populations?

How are you going to measure that?

>> FRED WOEHL: You are right.

>> Do you want to add a percentage?

>> FRED WOEHL: Not begin to reduce AML?

Established AML?

I hate the word "begin."

>> FRED WOEHL: Okay.

What would be a good word?

I'm not an English -- hell, I'm from Arkansas!

>> DR. TOM LENZ: There has to be a measurement or else it doesn't mean anything.

>> FRED WOEHL: You want to do --

>> BEN MASTERS: How about taking possession of 25,000 horses annually for ownership?

>> FRED WOEHL: Well, I agree that should be the ultimate goal but it will be hard to -- when they kick this off to take 25,000 at once.

Am I right, Celeste?

>> CELESTE CARLISLE: And also this is so broad, that I think it could be interpreted in any way by anyone.

So --

>> DR. TOM LENZ: That's right.

>> CELESTE CARLISLE: So let me clarify exactly what you are getting at.

I think what you are looking for is that all of these promised partnerships that we have been talking about, we need to see some measurable movement with -- with and among those groups by some certain -- those groups need to step up and prove that what they have offered up is in the works or beginning to actually affect any sort of change, and if not, the board will be put into a situation, again, of saying we need to release all of those restrictions.

>> DR. TOM LENZ: But I think you still have to put in either a number or a percentage

or something.

>> FRED WOEHL: Okay.

What do you think --

>> CELESTE CARLISLE: Can you give us a week?

>> FRED WOEHL: 10%.

>> CELESTE CARLISLE: 10% of what?

>> FRED WOEHL: Go ahead, Jim.

>> JAMES FRENCH: I would hope that we would fall back on the standard protocol that BLM carrying capacity.

>> FRED WOEHL: AML.

>> JAMES FRENCH: Whether it be for allotment evaluation, or the context of an HMA, the difference, is that in those units of measurement, there -- there can be a wide variation in terms of what carrying capacity actually is, given conditions.

>> FRED WOEHL: How about if we put over population, 10% of the current number of horses on range?

>> DR. TOM LENZ: I would say that does not decrease the total number of horse and burro inventory, which would be everybody.

I think 10% is not a lot, if we are looking at two years down the road.

>> FRED WOEHL: Well, the reason I said that two years is it's going to take them at least a year to get up and running, I think, and then it's going to -- and then -- you see, whatever they do, they are going to have to run by BLM and dah, dah, dah, dah.

And so I don't -- I mean --

>> DR. TOM LENZ: It just doesn't seem like a big --

>> FRED WOEHL: 10% would be 8,000 horses, almost 9,000.

Which is a drop in the bucket, but it's a start.

>> DR. TOM LENZ: It's a slow start.

>> FRED WOEHL: Well, 20%?

Or 25,000 like Ben said.

>> BEN MASTERS: Yeah, I mean, I think that these ideas and the language is kind of too arbitrary and open to interpretation.

I'm not comfortable voting in favor of this and don't really plan to.

>> FRED WOEHL: Okay.

>> BEN MASTERS: How do you define interested parties?

How do you define problem?

How do you define positive?

>> CELESTE CARLISLE: This is a whole meeting in and of itself.

Yeah.

>> FRED WOEHL: Well, positive solutions is just positive is not negative.

>> BEN MASTERS: I mean --

>> FRED WOEHL: Cooperation is cooperation.

>> CELESTE CARLISLE: How about the board being supportive of the fact that these partnerships and programs that are coming to the BLM and that the BLM knows about many of them, that the board is supporting those actions and is encouraging the BLM to actually step into the role of assisting with the implementation of these programs.

>> FRED WOEHL: Well, here's my approach on this.

We have stuff like that ever since we have begun.

If these folks are really serious about stepping up and helping, that's I didn't said two years.

I mean, I don't want to come back next April and not have anything done and the population has grown by 20,000.

>> CELESTE CARLISLE: I totally understand that.

>> FRED WOEHL: The colts will be on the ground.

>> CELESTE CARLISLE: But what I'm saying -- I'm not saying that -- what am I saying this I'm trying to say that BLM has to step into the role as well.

It's all well and good to say, great, groups come up to the table and tell us what you've got and then do it.

But if from DC the communication to state leave, the communication to field offices is not there, none of this will happen.

The BLM also has to be vested in this completely throughout their structure.

That's what I think the board should recommend.

>> FRED WOEHL: Well, the thing is -- and here we, go I want to reiterate this, we are flying at 30,000 feet.

We are not going to make a recommendation to the field office.

That's not our job.

Our job is to make recommendations to BLM as a whole through the chief over here.

And so I am confident in my mind that BLM is doing every that they can to prevent this problem from getting any more but their hands are tied.

One of the promising things that we have had is the partnership between the advocacy group, like yours -- and I will be brutally honest for you.

I have no respect for any advocacy groups that don't have any horses.

None, zero, nada, zilch, but those who want to make this thing work and I think personally, I want to give y'all a chance.

Because I know you love these horses.

>> Fred?

>> FRED WOEHL: But we can't go on without doing something.

We can't go on without doing something.

>> GINGER KATHRENS: Who are the interested parties?

And by the way, we do have horses.

>> CELESTE CARLISLE: I don't think it precludes other interested parties.

>> FRED WOEHL: And that's why I said interested parties so we might have some state agencies.

We might have some -- some animal -- you know, those live animal park that you go and visit.

I'm serious.

We got to get rid of these horses!

We are faced with two options.

The only two options we have is placing them in homes or get rid of them.

There's no in between.

>> CELESTE CARLISLE: This may be a few things in between.

>> FRED WOEHL: Not on the range, there's not.

>> CELESTE CARLISLE: I'm not going to support this.

So I would like some portions of the idea, but, like Ben said, this is just way too broad, with no -- there's nothing actionable.

I think coming up with money --

>> FRED WOEHL: There from the parenthesis where you are at, erase everything up above that.

Back that way.

Yep.

>> CELESTE CARLISLE: So this is the thing that the board always recommends.

>> FRED WOEHL: We don't always recommend it, but that's wait it is.

>> CELESTE CARLISLE: Does this preclude the other recommendation that I think is coming down the pipeline?

>> Mr. Chairman?

>> DR. TOM LENZ: I'm sitting here trying to put together some language real quick in my head here.

I think one of the things we are missing here because we are tripping over the wording on some real broad language is that I think the intent -- and I don't want to put words from anybody's mouth here.

I think the intent is that we need to offer -- offer encouragement and a -- an admonition to the Bureau of Land Management to embrace what has been offered today.

And -- and then we can talk relative to -- you know, there was a lot of deliverables that were actually reported on in the Bureau's -- in the Bureau's document in terms of where they were sitting with regard to AML and where they were sitting with regard to holding short and long term.

And I think those are deliverables that we all would recognize or those numbers are all -- are kind of indicative of how the system, the program has kind of gotten out of hand.

I think if we can measure that in terms of where are we relative to the annual production, where are we with regard to holding, long-term holding and where are we with regard to the volunteer program and -- and how that has developed over the last year or two.

And I think it would give -- personally, I think I would be more comfortable in evaluating that in a year and trying to get a feel for whether we have the momentum rolling.

And if we have to use some sort of midcourse correction, tap the brakes a little bit down the road, in a couple of meetings.

I have think that would give us the opportunity to do that.

And I think it's always open -- we are always open to being able to -- if it doesn't work, if it's -- let's say, if it's a failure, we can always recognize that as well and we certainly have that option of -- you know, we are still operating within the two-year time frame that Fred, that you were interested in.

What I would like to do is I would like to look at it from the standpoint of the positive and try to look at it from that.

>> DAN ADAMS: Can I offer something?

I have 30 minutes until five.

You have a tremendous amount in common.

BLM_003049

I could just bullet the list out.

What are all the things you can agree on as a board that you want?

So you want to achieve AML.

You have a whole list of things, but then you can take that and very easily make a statement like you are trying to do here.

Maybe the idea would be to list the desired outcome, or the elements of it and then you could put it into a statement off that.

>> DR. TOM LENZ: How about it can be a bullet point or whatever you, the board encourages the BLM to collaborate with interested equine advocacy groups to decrease the total number of horses and burros in inventory, or whatever verbiage you want to use -- I mean, somehow we want to encourage the BLM to form these partnerships in order to decrease the number of horses that they are responsible for, right?

>> BRUCE RITTENHOUSE: That's what I'm saying, that's a statement.

That's a desired outcome.

We can take them and list them and it's easy to put into a paragraph.

>> DR. TOM LENZ: Well, there it is.

>> FRED WOEHL: There's no paragraph on anything.

These are recommendations one, two, three, and four.

>> BRUCE RITTENHOUSE: I understand.

It feels like we are kind of taking ambiguous ideas here and maybe we need to get a little more concrete of what those exact points are.

>> STEVEN YARDLEY: I have a concrete recommendation.

Encourage volunteers --

>> FRED WOEHL: No, hey, I'm the board and I'm the chair and we will finish this before we go anything further.

>> STEVEN YARDLEY: One thing I noticed working on the board, it usually takes at least two years for the BLM to enact any recommendation we make.

And so I think that we should just leave it as it is.

BLM should follow the stipulations of the 1971 Wild Horse and Burro Act by offering all suitable animals in long and short-term holdings being deemed unlikely to be adopted.

We are standing on -- we are falling off the cliff as we speak.

I don't think we should wait until we hit the bottom to start putting groups together.

We can have this ongoing as we go.

And I would also like to touch on this term sale without limitation.

It doesn't mean they have to go to slaughter.

No, by no means does it mean that.

Horses that are offered for sale without limitations anyone can purchase.

That means the Cloud Foundation, the wild horse federation, whatever other organization would like to purchase these horses has an ample opportunity to do so and should do so and I would encourage to do so.

And so my personal belief from the time I have been on this board, let's start now.

Why wait two years?

Every recommendation we have made has taken at least two years to fully enact.

>> FRED WOEHL: True.

That's true.

>> CELESTE CARLISLE: So I --

>> FRED WOEHL: Go ahead.

>> CELESTE CARLISLE: Just to be very clear here, I don't really think this has anything do with the workability of groups and their approaches to the BLM, and I would -- that's fine.

Put that out there.

You know I won't vote yes on it, but I don't think they should be tied necessarily to a recommendation.

So separate it out.

>> JAMES FRENCH: You are saying separate out the --

>> CELESTE CARLISLE: Yes, I don't think there are needs to have anything to do with groups that are interested in working with BLM.

>> JAMES FRENCH: Oh, I agree.

>> FRED WOEHL: No, no, no.

That's not what I'm saying.

I guess I am but the thing is, you told me in two years, you would have a solution that would work this done.

What happens if -- (Off microphone comment).

>> FRED WOEHL: Someone mentioned two years.

And in two years we will say, oh, my goodness, we forgot to do something.

>> CELESTE CARLISLE: Yeah.

>> FRED WOEHL: And then we will have 120,000 horses on the range and another 80,000 in holding.

>> CELESTE CARLISLE: Because this is too vague, I would not tie it to anything.

Something must happen for this or something doesn't happen and then this.

It's too vague.

I would say that we are very near to having all kinds of great ideas to partner with the BLM and be ready to act on, but I'm not going to put a timeline on it.

It's going to fly or it's not.

And we are working as hard as we can.

>> FRED WOEHL: Okay.

All right.

>> CELESTE CARLISLE: I'm not going to say --

>> FRED WOEHL: Erase it and start over.

I don't we have enough support for it.

>> BEN MASTERS: Mr. Chairman, can we leave that one to be voted on and list more?

>> FRED WOEHL: Well, I don't think there's enough support for it.

>> STEVEN YARDLEY: Well, that never stopped us from voting on it.

>> FRED WOEHL: Okay.

All right.

Okay.

Just leave it there.

All right.

Number two.

Okay?

What's the one you got over there on your computer?

>> BEN MASTERS: I have two recommendations.

>> FRED WOEHL: But mine?

>> BEN MASTERS: The recommendation that Fred wrote which I have on my computer is:   Encourage BLM to gather horses in HMAs that are over AML that are reliant upon supplemental water.

Once that HMA is at AML, stop hauling supplemental water, except under extreme circumstances.

Once again, that was Fred's recommendation.

>> FRED WOEHL: Okay.

>> BEN MASTERS: I have some that I have written.

>> FRED WOEHL: Okay.

I've got one more.

Okay?

Now drop down one more.

Continue to support an increase use of organizations like the mustang -- well, back up and take out -- take out organizations and put in programs.

Like the Mustang Heritage Foundation Trainer Incentive Program.

To place horses in good homes.

All right.

Ben, your turn.

>> BEN MASTERS: Including inmate training programs --

>> BRUCE RITTENHOUSE: Say that again.

>> BEN MASTERS: Inmate training programs.

4-H and youth programs.

4-H.

>> BRUCE RITTENHOUSE: Oh, my gosh.

>> BEN MASTERS: Youth programs.

Local fertility control advocacy groups, ecosanctuaries.

And the Mustang Heritage Foundation.

Celeste, would this be a good recommendation to incorporate some of the ideas that you have?

>> CELESTE CARLISLE: Yes.

For sure.

Some of the ideas.

That's a good one.

We wanted to make some sort of recommendation to support the marking research that the BLM has already had, and to continuing supporting the various phases that that plan recommended to the BLM.

They have begun implementation of some of those phases but I think to encourage that that -- that it continue following the -- finding the right terminology -- I think the recommendations within that marketing report.

They are picking them off to a certain extent but, I think we should encourage them to

pick off the entire list.

>> FRED WOEHL: I would think we would need to define the recommendations that they can, because some of them they probably can't because of federal law.

That's great marketing.

They had nothing to do with federal law.

And believe me, the federal law is way different than what a private company can do.

>> CELESTE CARLISLE: So maybe saying the feasible recommendations of the marketing report.

>> FRED WOEHL: There you go.

All right.

Okay.

Good.

>> BEN MASTERS: Mr. Chairman, I have more recommendations.

>> FRED WOEHL: Go ahead.

>> BEN MASTERS: Reach out to military and veteran organizations for help with adoption and volunteer fertility control application.

Control application.

I have another one.

Relocate 2,000 geldings to Cliven Bundy's grazing allotment.

(Laughter)

>> BRUCE RITTENHOUSE: Do I have to write that one?

>> FRED WOEHL: Lord, I apologize.

All right.

Steven.

>> You are going to get me in trouble, Ben.

>> STEVEN YARDLEY: So I still think it would be good to have -- we have all go the full congressional report.

Hopefully you had a chance to look at that.

I think it would be beneficial for the BLM and for Congress if they choose to act upon it to know where the board stands.

I think it would be good for us to take an official stance on the options that -- the option of one of the four that we felt was the best as a board.

Personally, I believe that option one is the best.

I open that up for discussion.

That's found on page 13.

Official report.

My recommendation is that the board accept the BLM's recommendation to Congress of option number one as a bath forward for achieving AML as the preferred path forward.

>> GINGER KATHRENS: Steven where is that again?

>> STEVEN YARDLEY: It's on page 13.

Official report.

And make sure you have the colored page because first one they gave us --

>> Yes, use the colored version because the black and white one --

>> FRED WOEHL: You had your hand on it.

It's under your right hand.

Okay.

Steven, do you have anymore?

>> STEVEN YARDLEY: To go with this?

>> FRED WOEHL: No.

To go with it.

Do you have --

>> STEVEN YARDLEY: And recommend Congress give the BLM the authority to carry out this option.

>> FRED WOEHL: Now, doing these recommendations, it needs to be something that the BLM has -- we have no -- we can't recommend to Congress.

We are not a congressional recommendation board.

>> STEVEN YARDLEY: But we are citizens who can make that recommendation.

>> Not as a board.

>> FRED WOEHL: Not as a board what we do is make recommendations to BLM.

>> STEVEN YARDLEY: So should we just delete the last sentence?

>> FRED WOEHL: Yeah.

Yeah.

>> STEVEN YARDLEY: Okay.

>> FRED WOEHL: Yep.

Steven, do you have any other recommendations?

Take off that last sentence, Dan.

>> DAN ADAMS: Okay.

Drop this right here?

>> FRED WOEHL: Yeah.

Okay.

Do you have anything else?

>> STEVEN YARDLEY: Yes, I do.

My recommendation is that the advisory board recognizes the value, supports and recommends increased research, funding, and implementation of permanent sterilization as one of many viable tools in our quest to achieve a thriving ecological balance, by achieving and maintaining appropriate management levels.

>> Make sure I got it right.

>> FRED WOEHL: Sterilization.

>> DAN ADAMS: Okay.

>> FRED WOEHL: Looks good.

>> DAN ADAMS: After implementation.

>> STEVEN YARDLEY: And supports ongoing research -- funding and implementation of the main permanent sterilization --

>> DAN ADAMS: Wait, hold on.

>> FRED WOEHL: Of humane permanent sterilization.

>> STEVEN YARDLEY: As one of many viable tools.

>> DAN ADAMS: Everybody look away.

One of many --

(Laughter)

>> STEVEN YARDLEY: Viable tools.

In the quest to achieve a thriving ecological balance by achieving and maintaining appropriate management levels.

>> FRED WOEHL: Dang!

I would hate for you to write me a letter.

Anything else?

>> STEVEN YARDLEY: No.

>> FRED WOEHL: All right.

Celeste?

Nope?

We are just bulleting down.

We will come back and take 'em one by one.

>> DR. TOM LENZ: I want to separate this out.

We have a large advocacy group, and I hope others follow that are willing to put up some money, and some resources to actually alleviate the issues.

So I would like to add something like the board encourages the BLM to collaborate with equine advocacy groups for wild horse and burro inventories.

>> DAN ADAMS: Can you help me out again?

>> FRED WOEHL: To collaborate with -- if not effective, implement the 1951 --

>> DR. TOM LENZ: I thought I said that.

>> FRED WOEHL: Anything else?

You and Sue had one, didn't you?

You better.

(off microphone comment).

>> DAN ADAMS: Your mic if you don't mind.

>> FRED WOEHL: Don't you two have one?

Hold it a minute.

I might want him to finish up.

>> DR. TOM LENZ: Sue has one.

If I don't read, this I will be in trouble.

So we recommend that --

>> FRED WOEHL: The board.

>> DR. TOM LENZ: Resources on getting down to an AML within the next three to five years by using removals as can be accomplished and accommodated off-range --

>> FRED WOEHL: He does pretty good.

>> DR. TOM LENZ: First -- underline first focus resources on reaching AML within the next three to five years by using the removals as can be accomplished and accommodated by off-range holdings.

>> Is there a second?

First focus or is that it?

>> FRED WOEHL: No, BLM first focus resources.

I mean when they have resources, their first focus is reaching AML.

>> DAN ADAMS: Okay.

Gotcha.

>> FRED WOEHL: Okay.

All right Jim.

No.

No.

Go.

>> JAMES FRENCH: This is the remaining one that Dr. Perryman and I have worked out last night.

On those HMAs exceeding AML --

>> FRED WOEHL: Hold it a minute.

AML.

>> JAMES FRENCH: I wanted to include HMAs and AMLs.

>> FRED WOEHL: Back up.

No, back up on --

>> JAMES FRENCH: Right behind HMAs.

>> FRED WOEHL: Yeah.

HMA and HAs.

>> JAMES FRENCH: Meeting AML, initiate emergency gathers where horse boundaries overlap priority habitats for threatened and endangered species.

Threatened and endangered and sensitive species.

>> FRED WOEHL: I don't think you need horse in there because HMA and HA are horse.

Do you think that --

>> JAMES FRENCH: Yeah, that's true.

>> You have threatened, endangered and sensitive.

>> FRED WOEHL: I would add, threatened, sensitive, and endangered.

>> JAMES FRENCH: And initiate evaluations to establish carrying capacity.

>> DAN ADAMS: One more time.

>> JAMES FRENCH: Initiate evaluations to establish carrying capacity.

>> FRED WOEHL: Any others?

>> JAMES FRENCH: One other that we haven't talked about, but maybe we would --

>> FRED WOEHL: Add it.

>> JAMES FRENCH: One of our recommendations is to meet in DC.

>> FRED WOEHL: Okay.

We will talk about that later.

>> JAMES FRENCH: I'm done then, Mr. Chairman.

>> FRED WOEHL: Ginger?

>> GINGER KATHRENS: Here we go.

Apply PZP, PZP-22, and any thoroughly vetted, safe reversible vaccines to all mares captured and returned to their ranges.

Maybe.

To all mares, captured and returned to the range.

Safe, comma.

Save is a good word too.

Safe, reversible vaccines to all mares captured and returned to their ranges.

I have some others.

>> FRED WOEHL: Okay go ahead.

>> GINGER KATHRENS: Okay.

Develop a national database to track all treated mares.

And this is a little bit similar to Ben's, I think.

Utilize volunteers -- utilize volunteers, including veterans to apply the vaccines --

>> FRED WOEHL: We already got one of those.

>> GINGER KATHRENS: In the field.

>> FRED WOEHL: We already got one of those.

>> GINGER KATHRENS: I don't think you do, in the field.

>> It was inclusive.

>> GINGER KATHRENS: Oh, okay.

Great.

Sorry.

>> I think it's different -- I think it's in the field.

>> GINGER KATHRENS: Yeah.

>> STEVEN YARDLEY: You only want it to be in the field?

>> GINGER KATHRENS: No, no, I don't, but including in the field then.

>> FRED WOEHL: Well, adoption and control.

I don't remember.

I mean --

>> Ginger, do you want to change this one as Ben had it or is that acceptable.

>> GINGER KATHRENS: Each out to veterans and fertility control applications.

I think implied in that is field darting, since they are cracker jack shots.

>> FRED WOEHL: No, they are not.

>> GINGER KATHRENS: Did you think of veterans delivering PZP by darting.

>> BEN MASTERS: That was my intention.

>> FRED WOEHL: Okay Ginger, anything else?

Celeste?

>> CELESTE CARLISLE: Well, I don't know how this will fly but we have all said maybe in secret, but -- I would say almost this entire board is first and foremost supportive of nonlethal management populations and I think it would be nice to say that.

That is the priority and the goal and the hope.

I -- I know I'm sounding like I always do, like the Pollyanna.

But the board has never said that before and the board makes recommendations for other forms of control but I think it's important to say that -- maybe it's important to say that the priority is nonlethal population management solutions.

>> GINGER KATHRENS: Certainly what we heard today through the comments, the vast majority of people would support that.

So I definitely --

>> FRED WOEHL: Depends on where you are at.

I don't think the vast majority of people support.

That there's 350 million people who --

>> GINGER KATHRENS: I said the people who spoke today.

>> FRED WOEHL: Oh, okay.

>> JAMES FRENCH: Mr. Chairman, it's sitting here and bouncing around in my head,

I think nonlethal is exactly what we want to see happen.

I don't want to say that imply that that could never be applied in the worst case scenario.

>> FRED WOEHL: I don't think I could support -- the priority of the board is nonlethal.

I mean, we are going to have to do something.

What do you think, Tom?

>> DR. TOM LENZ: Well, that's a broad statement.

I think there are a lot of situations where you have horses that are in body condition one or two or you have horses in remote areas that you are not able to gather or there are horses that are starving to death or horses that are severely injured and they need to humanely be euthanized to decrease pain and suffering.

I'm not an advocate of euthanizing healthy horses.

There are so many exceptions to that, I don't know if I can support it.

>> CELESTE CARLISLE: I think there's potentially a way to capture this sentiment in those talks we were having about foundations that might support -- absorb some of those costs of care and -- and pasture-type situations and have that wrapped around this idea of nonlethal forms of managing these populations ahead of other forms.

>> FRED WOEHL: That's what I mentioned in the first one and based on our talks to give them enough time to get that done.

But in they don't get it done -- there would have to be a time limit on it.

So, I mean, that's what my recommendation was, based on our talks.

In two years if they don't have programs in place, then there's no other option that we have.

My humble opinion.

But if you want to leave it in there and have the board vote on it, that's fine.

>> CELESTE CARLISLE: Well, maybe we don't -- maybe we don't have the quite right formulation of this idea.

>> GINGER KATHRENS: Well, maybe prioritize nonlethal, you know?

So that anything that's lethal would not be the first option.

Whatever you think.

>> STEVEN YARDLEY: I think it's important here to recognize that the BLM has never really even used to this point -- to any major extent --

>> FRED WOEHL: They haven't done it at all.

>> STEVEN YARDLEY: They haven't done it at all.

I think that's important to recognize.

And Celeste, honestly, I'm sure we would have varied opinions on this subject, but I think our intent on both sides is pure.

>> FRED WOEHL: Okay.

Let's go back up to the top.

>> DAN ADAMS: Okay.

I want to do a quick time check with everybody.

So it is 4:56.

>> FRED WOEHL: But we go to 5:15.

>> DAN ADAMS: We go to quarter after and then we have the hard stop.

>> FRED WOEHL: Well, we have to stop the air.

>> BRUCE RITTENHOUSE: Just the two points of clarification, the one where we call it ecosanctuaries they call it public off range facilities.

>> FRED WOEHL: Up, up, up.

That's where they are.

>> BRUCE RITTENHOUSE: Public off-range pastures.

And then the second clarification, off range.

>> FRED WOEHL: Off range.

We're not in church.

So we have can't take up an offering.

>> BRUCE RITTENHOUSE: The second one, regarding option one where it says recommendation, in reviewing the report to Congress, those aren't recommendations.

They are only options.

We did not -- the BLM did not make a recommendation.

They are options.

>> This one here?

>> FRED WOEHL: Yep.

>> BRUCE RITTENHOUSE: No, no, the one where it says page 13.

>> Oh, okay.

>> BRUCE RITTENHOUSE: So that needs to be rewarded because they are not recommendations.

>> FRED WOEHL: Just back up and say the board accepts option one to the report to Congress.

>> Yeah, right.

>> FRED WOEHL: Option one from the report to Congress.

As the preferred path.

Yep.

To reach AML.

Okay.

>> STEVEN YARDLEY: When I made that, could I put also in the required changes to enact that?

>> FRED WOEHL: Okay.

And -- of the board accepts option one and the required changes to the regulations.

>> STEVEN YARDLEY: Yes.

>> FRED WOEHL: In the act -- back up.

And.

A-n-d.

And the act.

Capital A.

Okay, board accepts -- back it up so I can read it.

Board accepts option one and the -- and the required changes -- and the required changes to the regulation and the act from the report to Congress as a preferred path forward to reach AML.

(Off microphone comment).

>> FRED WOEHL: Are you changing how it's worded or --

>> CELESTE CARLISLE: I will just quickly say that I would recommend that we don't

vote on these options at all, because I think there's a combination of these options that is potentially useful but we do not have time to go over that and I do not think any of the options as presented are quite there, but they are almost there.

>> FRED WOEHL: Okay.

All right.

Go back up to the top.

Okay.

Take that out.

>> STEVEN YARDLEY: Wait.

Why we are taking that out?

I thought we were going to vote on that.

>> FRED WOEHL: Yep.

No need to have it there.

Take it out.

No -- okay.

All right.

Recommendation number one, we are going to go through these pretty quick.

Okay?

>> Do you want me to number these?

>> FRED WOEHL: Number one, encourage BLM to gather horses and HMAs that are over AML that are reliant upon supplemental water.

One HMA is at AML, stop hauling water in extreme circumstances.

Jim, aye or nay?

Ginger, I'm sorry.

>> GINGER KATHRENS: Aye.

>> JIM KURTH: Aye.

>> DR. TOM LENZ: Aye.

>> FRED WOEHL: Aye.

>> CELESTE CARLISLE: Yes.

>> STEVEN YARDLEY: Aye:

>> BEN MASTERS: Aye!

>> FRED WOEHL: Number two.

>> KRISTIN BAIL: Are you going to record the vote?

>> I can do that behind each one.

>> FRED WOEHL: We have one right here.

Barry, are you there?

Sue, are you on the line?

No, it's all right.

It's all right.

Okay.

Number two, continue to support an increased use of programs like the Mustang Heritage Foundation trainer incentive program to place horses and burros in good homes.

I would like to increase use.

Increase funding and use.

Add the word funding.
Right there.
And use.
Okay.
Anybody else have any comments about that?
Okay.
Ben, I will start with you.
>> BEN MASTERS: Aye.
>> STEVEN YARDLEY: Aye.
>> CELESTE CARLISLE: Aye.
>> FRED WOEHL: Aye.
>> DR. TOM LENZ: Yeah.
>> JAMES FRENCH: Yep.
>> GINGER KATHRENS: Yep.
>> FRED WOEHL: Number three, encourage volunteer and partnership opportunities for fertility control and adoptions including inmate training programs, 4-H and youth programs, local fertility control action groups, public off-range pastures and the Mustang Heritage Foundation.
>> CELESTE CARLISLE: I have think it's advocacy groups.
>> There you go.
>> FRED WOEHL: I don't think we need to name the Mustang Heritage Foundation. I would recommend that we say organizations like the Mustang Heritage Foundation.
>> STEVEN YARDLEY: Do we have to even include them on it or could it be --
>> FRED WOEHL: Well, it is a model.
Organizations like -- l-i-k-e.
Mustang Heritage Foundations.
What do you think about that, Ben?
Are you okay with that?
>> BEN MASTERS: Aye.
>> STEVEN YARDLEY: Aye.
>> CELESTE CARLISLE: Aye.
>> FRED WOEHL: Aye.
>> DR. TOM LENZ: Yes.
>> JAMES FRENCH: Yes.
>> GINGER KATHRENS: Yes.
>> FRED WOEHL: It's going pretty good.
Number four, support the existing marketing research BLM has completed and support implemental phases and items from the marketing report.
That didn't -- let me read it again.
Support the existing marketing research -- we probably need to name that report, from Great Lakes --
>> CELESTE CARLISLE: Great Lakes.
>> FRED WOEHL: The existing Great Lakes research.
>> STEVEN YARDLEY: Great Lakes marketing.
>> FRED WOEHL: Go back up after existing, at Great Lakes Marketing -- marketing

research report submitted to BLM.

And take out has completed.

Take out completed and support implemental -- implementation.

Back up.

Implement.

Implement.

>> CELESTE CARLISLE: No, no, no.

Let me speak.

>> FRED WOEHL: Shoot Luke, you are loaded.

>> CELESTE CARLISLE: Listen to me.

To BLM and support -- oh, my God, how did this get so messed up?

And support implementation --

>> GINGER KATHRENS: And implement.

>> CELESTE CARLISLE: Well, they are called something.

Ollie, do you know what this is off the top of your head?

Support and implement list of recommendations.

Take out phases.

>> FRED WOEHL: The list of --

>> CELESTE CARLISLE: Support and implement list of recommendations -- I'm talking so that he doesn't get confuses.

>> FRED WOEHL: There you go right there.

>> CELESTE CARLISLE: Feasible recommendations of -- there you go.

Thanks, Fred.

>> FRED WOEHL: Ginger.

>> GINGER KATHRENS: Yes, sir?

>> JAMES FRENCH: Yes.

>> DR. TOM LENZ: Yes.

>> FRED WOEHL: Yes.

>> CELESTE CARLISLE: Yes.

>> STEVEN YARDLEY: Yes.

>> BEN MASTERS: Yes.

>> FRED WOEHL: Number five, reach out to military and veteran organizations with help for adoption and volunteer fertility control applications.

Help with what type of adoptions?

Adoption events or what?

>> GINGER KATHRENS: Well --

>> All the above.

>> FRED WOEHL: Ben aye or nay.

>> BEN MASTERS: Yes.

>> STEVEN YARDLEY: Yes.

>> CELESTE CARLISLE: Yes.

>> FRED WOEHL: Yes.

>> DR. TOM LENZ: Yes.

>> JAMES FRENCH: Yes.

>> GINGER KATHRENS: Yes.

>> FRED WOEHL: Number six, take out that page 13 from report.

Good.

Board accepts option one and the required changes to the regulation and the act from the report to Congress as a preferred path forward to reach AML.

Okay.

We got about five minutes.

We got to go fast.

Ben?

I will come back to you.

Steven?

>> STEVEN YARDLEY: Yes.

>> CELESTE CARLISLE: No.

>> FRED WOEHL: Yes.

>> DR. TOM LENZ: Yes.

>> JAMES FRENCH: Yes.

>> GINGER KATHRENS: No.

>> BEN MASTERS: Yes.

>> FRED WOEHL: Okay.

The vote is 4-2.

The motion carries.

Or the recommendation carries.

Okay.

Number seven, the advisory board recognizes the value of and supports ongoing research and funding of humane permanent sterilization as one of the viable tools in our quest to achieve a thriving ecological balance by achieving and maintaining AML. Now, to clarify this, we are talking about gelding and spaying, correct?

>> Yes.

>> And IUDs.

>> FRED WOEHL: Right.

Okay.

>> Should I put that here in parens?

>> FRED WOEHL: No.

No.

No.

No.

>> Okay.

>> FRED WOEHL: In other words, we are as the phrase that we have been using increasing tools in the tool box.

Ginger?

>> GINGER KATHRENS: No.

>> JAMES FRENCH: Yes.

>> DR. TOM LENZ: Yes.

>> FRED WOEHL: Yes.

>> CELESTE CARLISLE: No.

Can I say a quick thing just for the record parameters developed over the years by

wildlife fertility control researchers and scientists and applicators it makes me nervous and it doesn't fit in the parameters.

I like the general idea but I have got to say no.

>> FRED WOEHL: Okay.

Steven?

>> STEVEN YARDLEY: Yes.

>> BEN MASTERS: Yes.

>> FRED WOEHL: The vote is 5-2.

Passes, carries.

Number eight, the board encourages the BLM to collaborate with interested equine advocacy groups to decrease current unadoptable horse and burro inventories.

This is one submitted by Tom.

Ben, starting with you?

>> JAMES FRENCH: Can I ask a quick question?

To increase the inventory?

>> GINGER KATHRENS: Decrease.

>> JAMES FRENCH: Oh, to decrease.

All right.

Sorry.

>> BEN MASTERS: Yes.

>> STEVEN YARDLEY: Yes.

>> CELESTE CARLISLE: Yes.

>> FRED WOEHL: Yes.

>> DR. TOM LENZ: Yes.

>> JAMES FRENCH: Yes.

>> GINGER KATHRENS: Yes.

>> FRED WOEHL: The motion carries 7-0.

Number nine, we recommend that BLM first focus resources on reefing AML in three to five years by utilizing removals as can be accomplished and accommodated by off range holding.

Ginger?

>> GINGER KATHRENS: Well, I don't know how to vote on this.

Reaching AML in three to five years --

>> FRED WOEHL: We haven't got much time for comments.

>> GINGER KATHRENS: Okay.

Then I have to vote no.

>> FRED WOEHL: Okay.

>> JAMES FRENCH: Yes.

>> DR. TOM LENZ: No.

>> FRED WOEHL: Yes.

>> CELESTE CARLISLE: No for the same reason as Ginger.

We are almost there but no.

>> STEVEN YARDLEY: No.

>> BEN MASTERS: I don't think it's realistic.

So can I not vote?

>> FRED WOEHL: You are going abstain?

>> BEN MASTERS: I abstain.

>> FRED WOEHL: All right.

The motion carries 3-2 or 4-2.

And with one abstaining.

On the HMAs and HAs that exceed AMLs that overlap the -- initiate the evaluations to establish carrying capacity.

I'm going to start with Celeste on this one.

>> CELESTE CARLISLE: I'm going to say yes.

>> FRED WOEHL: I'm going to say yes.

>> DR. TOM LENZ: Yes.

>> JAMES FRENCH: Yes.

>> GINGER KATHRENS: Yes.

>> BEN MASTERS: Yes.

>> STEVEN YARDLEY: Yes.

>> FRED WOEHL: The motion carries.

Okay.

Number 11.

Apply PZP, PZP-22 and any safe reversible vaccines to all mares captured and return to the range.

>> Can I make a comment on this?

>> FRED WOEHL: Yes, if brief.

>> Well, in light of 12 where you want to establish a national database I would like to see us microchip those horses before we return them to the range.

Is that acceptable?

>> And we are doing, that yeah.

We can do that.

>> FRED WOEHL: But now here's the thing that I want to say about that too is one of our other recommendations at Carey, we recommended using spay.

So how can we microchip --

>> I'm talking about microchip.

>> FRED WOEHL: We are talking about this right here.

All mares captured.

No, no, no, no, no.

We already --

>> JAMES FRENCH: We would have to delete "all."

>> STEVEN YARDLEY: I think it's important here to have fertility vaccines probably.

Because are this says reversible vaccines.

So you need to have fertility in there.

>> FRED WOEHL: What he's saying after reversible, add fertility.

>> CELESTE CARLISLE: Control.

We don't want them to get fertility vaccines.

Fertility control.

Reversible fertility control.

>> FRED WOEHL: I love the way we have all ever these chairs.

Fertility control vaccine.

Add vaccine.

I'm going to start this one and I will have to say no:

>> JAMES FRENCH: The word "all" has to stay in there, flight.

>> DR. TOM LENZ: I can vote for it if all is out, but if it's not, no.

>> GINGER KATHRENS: I think it could be taken out.

>> FRED WOEHL: The trouble I have with this one here is that we have already voted to use spay and we are already doing this.

If you want to go back up and -- or say along with or whatever add -- you know, use PZP and spaying or whatever to mares captured, something like that.

>> CELESTE CARLISLE: I have a good one.

How about implement safe reversible fertility control vaccine, as part -- as at least as part of the fertility control management of mares captured and returned to the range. So that doesn't preclude one thing or another, but it makes it important that this be implemented alongside gathers.

>> FRED WOEHL: That's good.

All right.

>> I would drop this part here then?

>> FRED WOEHL: Yes.

>> GINGER KATHRENS: Aye.

>> FRED WOEHL: I can live with that.

I vote yes.

>> DR. TOM LENZ: Yes.

>> JAMES FRENCH: Yes.

>> GINGER KATHRENS:   Yep.

>> BEN MASTERS: Yes.

>> STEVEN YARDLEY: Just a point of clarification before I vote.

If we have mares that have permanent fertility control, and they are returned to the range, we don't need to give them fertility control vaccines.

>> GINGER KATHRENS: That's correct.

(Off microphone comment).

>> STEVEN YARDLEY: I will vote yes.

>> CELESTE CARLISLE: Yes.

>> FRED WOEHL: All right, develop a national database to track all treated mares.

Bruce, we are doing it now?

Aren't we microchipping them?

Ollie?

Microchipping?

>> That's not what I meant by the database.

>> We have a database?

>> I would clarify what you mean by this.

>> GINGER KATHRENS: I will.

>> But you have to have a permanent identification which is the microchips.

>> GINGER KATHRENS: That's a good thing.

But the database would be allowing the people to identify the mares without capture.

So they would be doing this by all kinds of techniques, photographic techniques and developing a database.

>> FRED WOEHL: Oh, no.

Okay.

I mean, the Bureau of Land Management has their microchip database so they can keep up with the horses.

>> GINGER KATHRENS: Right, right.

But this is to track them when they are in the field.

>> FRED WOEHL: Yes?

>> CELESTE CARLISLE: BLM does have an outdated database.

There is a lot of interest behind updating that database, but I -- it's been very slow and clunky to get going.

So I think encouragement from the board to continue on that track is important.

>> So should it say something about update existing national database or --

>> GINGER KATHRENS: Yeah, developing.

Yeah.

That's good.

>> FRED WOEHL: Develop and maintain?

>> CELESTE CARLISLE: And make available to all field offices.

>> GINGER KATHRENS: Well, whoever is in charge of that herd volunteer efforts should be included, not just Bureau of Land Management.

To take the load off of BLM in that regard.

>> FRED WOEHL: Now, here again we have to realize the fact that we are flying at 30,000 feet and we cannot dictate to the individual field offices and ten state offices.

We can't -- but -- but we can update and make available -- no, no, don't change anything yet.

So what we are doing to the national BLM which is Bruce is to update and make available to all BLM field offices the existing national database to track all treated mares.

That's fine.

Because we are not making any recommendations to the field offices.

>> Do you want to drop that part?

>> FRED WOEHL: No.

No.

No, it's good.

Okay.

Jim?

(Inaudible).

>> GINGER KATHRENS: Yes.

>> BEN MASTERS: (Inaudible).

>> BRIAN STEED: Steven.

No.

>> CELESTE CARLISLE: Yes.

>> FRED WOEHL: I will vote yes.

Go ahead now.

Here's your chance.

Type this in as she reads it.

>> CELESTE CARLISLE: Strike the sentence number 13, prioritize nonlethal management options for population control purposes.

>> DR. TOM LENZ: So define prioritize for me.

>> FRED WOEHL: If I may put words in your mouth, you are saying that's not -- nonlethal management would be first option.

>> CELESTE CARLISLE: Correct.

>> FRED WOEHL: And if that don't work, all other methods apply.

>> CELESTE CARLISLE: It's getting a little tricky.

>> DR. TOM LENZ: I think I would be comfortable with setting the priority -- the word prioritize as the first choice for nonlethal management options but I don't want to remove all of the -- all of the tools, because it --

>> FRED WOEHL: I agree.

I agree.

>> DR. TOM LENZ: We are at a point where we don't have much choice --

>> CELESTE CARLISLE: So prioritize nonlethal, blah, blah, blah, it does not preclude --

>> FRED WOEHL: I have no problem -- I have no problem personally making nonlethal management a priority, but if that don't work, we got to --

>> STEVEN YARDLEY: I think we should wait on this and figure out as a board when we have more time to discuss it.

>> FRED WOEHL: That's up to Celeste, if she wants to pull it off, we can.

But if you don't, we can vote on it.

>> CELESTE CARLISLE: I don't know.

>> FRED WOEHL: I mean, I have no problem with that right there, voting yes, if that's the -- I mean prioritize --

>> CELESTE CARLISLE: Yeah.

I think if we could just vote yes on that or if we could just vote on, that it shows that we are prioritizing that.

I don't think we necessarily need to list that we are precluding other things just showing as a board this is what we would want and prefer that's it.

>> BEN MASTERS: I think it's overly simplistic.

My priority as the wildlife management chair is the wildlife and the habitat that that wildlife depends on.

So that is my number one priority.

And in order to achieve that priority, if lethal management options are necessary, due to budget constraints, then I'm willing to do that because my priority is wildlife and wildlife habitat.

There's so many -- like, I just have issues with this.

Like, would I prioritize nonlethal management?

Yes, I would.

But I also understand that the BLM might not get a $500 million a year budget next year, which is going to be what it takes to have nonlethal management there.

>> CELESTE CARLISLE: Just as a clarification, lethal management is not free.

>> BEN MASTERS: Okay.

>> STEVEN YARDLEY: My argument would be, okay, by prioritizing nonlethal management, is that saying that that has a priority over rangeland health and rangeland management?

And --

>> CELESTE CARLISLE: No.

>> STEVEN YARDLEY: But it could be interpreted that way.

>> CELESTE CARLISLE: No.

We are still managing the horses for all the other priorities that we have listed.

>> FRED WOEHL: Well, let me say this.

Congress the last several years has made this statement in the appropriation bill, appropriations hearing shall not be available for the destruction of healthy, unadopted wild horse and burro for the sale of wild horse and burro that would result in their destruction or production into commercial products.

There's a rider since 2010, I think.

So, I mean, what we are saying here is something that is already being done.

So I honestly -- with this, I don't see any need for this.

So what I'm asking, Bruce, right now, this is what you do anyway, isn't it?

>> BRUCE RITTENHOUSE: Yes.

>> FRED WOEHL: Okay.

>> Mr. Chairman?

>> CELESTE CARLISLE: Thank you for that explanation, Bruce.

>> FRED WOEHL: He really poured it on.

>> You know this goes back to a conversation I had with Celeste this morning.

I don't think this is a statement for Congress or for the Bureau of Land Management as much as it's a statement of where we sit with regard to the question of euthanizing horses.

I think Celeste's comment this morning have to do with assuring any of those -- any of those NGOs that may have an interest in partnering as we are trying to build this coalition to manage that this is -- this is -- in a perfect world, with that question at hand, not a question of wildlife management or habitat or wildlife itself, a question of lethal versus nonlethal management for the horses themselves.

Here I am putting words in your mouth, but that's how I understood it when we talked about it.

In a perfect world, we are not interested in the lethal option either, but we are also not -- I don't think we are -- I think -- I don't think we are willing to walk away from it either if that's the last resort.

We.

Have I think from the standpoint of making a statement that we have a nonlethal management priority, given the two choices, that -- that I'm okay with that statement for that reason.

But I just -- I will just state for the record that that is -- you know, that we still need to retain all of the tools in the tool box.

>> FRED WOEHL: Any other comment?

>> DR. TOM LENZ: Well, my only concern -- I'm happy to hear from Bruce that that's

what they already do but I don't want someone to interpret in an isolated situation where there's some herd isolated off in the middle of nowhere, where you can't access them that are over populated that this option is not utilized, right?

I don't want -- it could be interpreted that way.

>> FRED WOEHL: Well, how with b could we say that BLM prioritize --

>> Gentlemen, can you make sure that you are speaking into your microphones.

>> FRED WOEHL: Can you say that BLM prioritizes and then -- you see, then that would -- well, if we add something -- the decision is up to the Bureau of Land Management?

Or --

>> CELESTE CARLISLE: Now wordsmith idea.

We as a board prefer nonlethal management for population control purposes whenever possible.

>> FRED WOEHL: That's better, I agree.

We as the board -- so we are not making a recommendation.

We are making a statement.

>> CELESTE CARLISLE: Correct.

Correct.

Which can help us to build some of the -- a lot of the support we are going to need to go forward with collaborative working groups.

>> FRED WOEHL: Where possible.

>> CELESTE CARLISLE: You don't need to write that part.

>> FRED WOEHL: Yes, he does.

>> CELESTE CARLISLE: No, I don't want it on there.

>> FRED WOEHL: When possible.

(Off microphone comment)

>> GINGER KATHRENS: And we just put a period after population control.

>> CELESTE CARLISLE: We could.

>> FRED WOEHL: We as the board prefer nonlethal management options for population control purposes when possible.

(Off microphone comment).

>> Your microphone, Jim.

>> FRED WOEHL: Are we still on air?

Good.

>> JAMES FRENCH: I don't want to give the impression that euthanasia by gunshot is not acceptable form of euthanasia.

>> FRED WOEHL: I agree with that.

>> JAMES FRENCH: Because the American veterinary medical association, supports the use of gunshot.

>> FRED WOEHL: But let me ask you this, Tom.

Should that be the first option?

>> DR. TOM LENZ: I don't want it to be the first option.

I don't want to give the impression that that's a bad thing.

>> FRED WOEHL: No, no, no, no.

And I think that when possible -- I mean, I don't want to go out there and just start

euthanizing horses and I agree where possible, we prefer nonlethal management. Where possible.

>> STEVEN YARDLEY: I would say too, though, it's kind of inherent to me, that nonlethal management is normally the preferred method that I don't -- I don't feel comfortable and I don't feel like I want to vote in favor of it, simply because normally that is -- but there are exceptions and I don't want --

>> FRED WOEHL: But now here -- let me explain something to you and this is what I'm picking up on this.

And we're going to have to express some trust in this, okay?

Celeste is trying to work with other advocacy groups to come up with an approach that will bind us together where we can work together and we can have a team that moves forward and she's ask for this so she can show these other groups that this is the preferred management if we put the preferred management is to shoot every horse, then she will have trouble -- am I putting words in your mouth?

>> CELESTE CARLISLE: No, this is the goodwill.

This is the ambassadorship.

It's a statement that I have heard almost all of you say, of course we prefer nonlethal management options.

And I think it's really nice to state that publicly.

That's all.

It doesn't take other options off table.

>> Mr. Chairman, if I could say to your point, your question, if you look at the first part of that statement, the first thing we say, we as a board and basically what we are stating here is that we -- the consensus of this board personally feels that based on what we know about this program, prefer nonlethal management as an option when possible and I -- I think I have heard that also, that none of us would prefer or shoot the lethal option if -- if there was another option out there.

So I think basically all we are stating for the record, what we all said all along.

>> STEVEN YARDLEY: But there are some people on the board who I spoke with, who do believe that it's a lot less devastating, emotionally, to a horse to on the range euthanasia, than to be gathered up and knotted up.

And so --

>> BEN MASTERS: Can we have it because that wording has my yes, undoubtedly, 100%.

>> GINGER KATHRENS: Celeste, are you okay with this?

Because I'm going to have to vote no on it.

If the idea is that we are trying to be inclusive and have advocacy groups and welfare groups, then I -- you know, I think we --

>> CELESTE CARLISLE: What is the win possible is what --

>> GINGER KATHRENS: Well, yeah.

>> FRED WOEHL: Well, that just makes sense.

>> CELESTE CARLISLE: I think it's straightforward.

>> FRED WOEHL: That just --

>> GINGER KATHRENS: That means that --

>> FRED WOEHL: Where possible -- listen where possible, my wife makes me wash

the dishes after supper.

She don't make me wash them every night because I leave early, but where possible, she makes me wash them.

And so where possible, there be some places where nonlethal management is not possible.

So --

>> JAMES FRENCH: I think I would propose that we on this with the -- (Off microphone comment).

>> FRED WOEHL: All right.

Ben.

>> BEN MASTERS: Yes.

>> STEVEN YARDLEY: No for the time being.

>> CELESTE CARLISLE: Yes.

>> FRED WOEHL: I'm voting yes.

>> DR. TOM LENZ: No.

>> JAMES FRENCH: Yes.

>> GINGER KATHRENS: No.

>> CELESTE CARLISLE: It didn't go but I think this is an important -- I'm not trying to re-up it at all, I just want to say these are good -- these discussions are good for the record.

>> FRED WOEHL: There's seven of us here so I got six votes.

Ben voted yes, you voted no.

You voted yes.

I voted yes.

You voted no.

You voted yes.

You voted no.

The yeses carry it, 4-3.

>> BEN MASTERS: Now just saying that wording we as the board, that that be revised to four out of three members of the board?

>> FRED WOEHL: Nope, nope, nope, nope, it's we as the board.

When the board votes, that's how it is.

>> BEN MASTERS: Okay.

>> FRED WOEHL: That's just like Congress and the Senate when they vote, that's how it is.

>> STEVEN YARDLEY: Even though it passed, I think we should revisit it in another board meeting.

>> JAMES FRENCH: One of the conversations that Celeste and I had ago, this is part of the record right now.

This conversation we just had right here is part of the record right now.

And that was her intent is to get this out here, because I think it was a good conversation to have and I think -- I think we pretty much stated our position left to right on this thing and I think that --

>> FRED WOEHL: Well, and, again, honestly, with the BLM people I know, this is what they do anyway.

I don't know any of them that go out there and start shooting horses.

I mean, and I don't know any of them that if there's a way to help a horse without putting it down, that they would.

I think what this does, it allows us to be a little bit more proactive in my humble opinion.

We will go ahead and talk real quick.

Do we have any other comments?

13.

Did you hear that, Bruce?

13 recommendations.

We should have went 14.

>> Baker's dozen.

>> I have been sitting here formulating what the responses will be.

>> Can we do a process check-in, if that's okay.

So with the IT group do we -- have we lost our closed captioning?

Are we still streaming or -- I'm sorry, our super awesome team of wonders.

>> FRED WOEHL: No, you.

We're still on the air.

(Off microphone comments)

>> FRED WOEHL: Well, if -- I mean, I -- I apologize for that, but this meeting -- we need to finish up our meeting, and so -- all right.

Let's talk as a board about making a recommendation to Bruce while he's thinking about stuff, but where we want our next meeting.

I think we pretty much talked about this at length the other night and we all chose DC?

>> STEVEN YARDLEY: Yes.

(Laughter)

>> FRED WOEHL: All right.

So for the record, the board unanimously recommends Washington, D.C., for our next board meeting, hopefully in April.

>> STEVEN YARDLEY: No, late March.

>> Is that calving season or --

>> STEVEN YARDLEY: We're off the board in open.

We would like it to be before we go off the board.

I -- I think Ginger would too.

That being said, early March --

>> GINGER KATHRENS: Oh, I don't know.

>> STEVEN YARDLEY: Well, that's our bread and butter.

>> All right.

You are proposing Washington before the end of March?

Because of three members expire March 30th?

>> FRED WOEHL: Okay.

>> STEVEN YARDLEY: That's my birthday.

>> Okay.

So location, we will -- we will get back with you on the location.

We will weigh that in, and look at the benefits of Washington and -- and potential other

places as well.
>> FRED WOEHL: Okay.
Fair enough.
We would appreciate that.
All right.
Ben?
Final comments?
>> BEN MASTERS: Just --
>> You also had approval of meeting minutes.
Does that have to happen before you adjourn?
>> FRED WOEHL: Oh, shoot!
I forgot all about those.
I will entertain a motion to approve our executive summary and minutes that were
done from the last meeting in Grand Junction.
Do I have anybody to make that motion?
>> GINGER KATHRENS: So move.
>> Second.
>> FRED WOEHL: Moved and seconded.
All in favor, say aye.
[ Chorus of ayes]
Phew!
Did I forget anything else that?
>> Not that I can remember.
>> BEN MASTERS: Final comment, if we don't meet in March and this is our last
advisory board meeting, I enjoyed working with all of you.
It's been an honor to be on this board.
I have learned a lot about the federal government and land management and how
easy it is to criticize a program, and how hard it is to get inside of it and actually try to
fix it.
And it hasn't been ease, but I'm so grateful for the opportunity to sit on this board and
thank you all for the knowledge and working with me.
>> FRED WOEHL: Thank you, Ben.
Steven?
>> STEVEN YARDLEY: I would echo what Ben has said.
I enjoyed serving on this board and getting to know the various people, their expertise,
their willingness and their desire and their passion for the program, for the horses, for
the range, for the ecosystem that we are dealing with here.
And a desire to make a difference, and a step in the right direction.
I have learned a lot.
I would agree wholeheartedly with Ben.
It's a lot easier to say what needs to be done than to make all the changes necessary
to enact it, and I appreciate those who are striving in the right direction to make those
necessary changes.
I do think there is a sense of urgency with the wild horse program that we haven't seen
in the past because we have excess horses and there's a lot of ecological damage that

is occur, not -- and it's not their fault.

It's our fault as people, because of our mismanagement and our choices to kick it down the road.

They are just doing what God intended them to do.

Grow and reproduce.

And so I hope that we can make some changes in the future for the benefit of the horses and for the benefit of the range that them along with so many other species rely on upon for their homes.

Thanks.

>> FRED WOEHL: Celeste?

>> CELESTE CARLISLE: I just have a deep amount of respect for every single one of you sitting up here and for every BLM staff member that we have interacted with.

And also the people who stood up and spoke today.

What you say does not go on deaf ears even though I know oftentimes it seems that it does.

But your comments are taken to heart and then, you know, weighed against a lot of different things, but it really does matter.

And I'm really honored to sit here even though it's hard!

>> FRED WOEHL: Tom?

>> DR. TOM LENZ: Well, this is my first board meeting.

I'm pleasantly surprised because I had a lot of folks warn me that I would be frustrated an upset by the end of it, and I'm not all.

So I'm really happy with the collaboration, discussion, commitment, of everybody and I thank everybody out there that's presented their opinion and we certainly consider those.

So I want to thank you all for a good meeting.

>> FRED WOEHL: Thank you, Tom.

Jim?

>> JAMES FRENCH: Thanks, Mr. Chair.

I echo everything I heard here.

I have to say I got the same admonition from my colleagues when I was selected for this board, and told me that I was going to be pulling my hair out.

And I'm pleasantly surprised.

I think they looked at me like I had two heads when I came back after my first meeting and I told them, I don't agree with you.

That this is worth doing.

It's hard and it's difficult, but everything that means something in life is.

And -- and I think it is -- I want to just assure the folks that are still in the room and that are streaming with us right now, is that there's a group of people up here that are -- are -- volunteered to do this job, that are very committed to doing the right thing.

And I'm honored to be a part of that.

>> FRED WOEHL: Thank you, Jim.

Ginger?

>> GINGER KATHRENS: Yes, sir.

Mr. Chairman, I have been around for a long time on that side of the advisory boards

and I will have to say that many times during meetings, there was not the civility and respect for each other that I think this board has.

And I commend you all.

I'm not only honored to serve.

I was very surprised to be selected to serve and I very much appreciate it.

Thank you.

>> FRED WOEHL: Thank you Ginger.

>> Just in case the other two are on the phone still?

>> FRED WOEHL: Barry?

Barry?

Sue?

They are not on the phone.

(Laughter)

It's been a -- whenever you come -- I mean this is starting in my fifth year of doing this. I have been the chair for the last four.

And it's always interesting to get new board members because some of them come in with a big idea of how they are going to change the world and then some of them come in like Ben that come up to me and said, buddy, we are going to work good to go, let's go have a beer.

And so that was really good, you know?

And what I will tell about you Ben is don't ever sing with him, because he screams.

(Laughter)

Anyway.

It's been an interesting thing and I have really enjoyed being here.

It is an honor to serve as a chair of this.

It's kind of like herding cats.

It honestly, is but it's a -- it's a lot of fun.

I'm really appreciative of Bureau of Land Management and the ones that put this on. Our sound system, our new lasting meant ore over here.

>> Just happy to be here.

>> Who by the way is getting a new knee tomorrow.

>> FRED WOEHL: Oh, really?

Wow!

>> This made me not think about it.

>> FRED WOEHL: Oh, that's good.

That's good.

That's good.

I really appreciate the young lady setting next to me.

She is very patient about things.

She's very nice.

She is just a really -- and we are honored and privileged.

I wish every person in her place was as nice as she was when I worked, because it would have -- I would probably still be working.

I couldn't serve on the board, but I will hand the microphone over to her.

But before I do, way I want to give my pal Bruce.

He allowed this.

13 recommendations is pretty good.

We had a lot of progress.

They are good preparation recommendation.

So I'm proud of that.

So without further ado, I will send it over to my good friend, Kristin Bail.

>> KRISTIN BAIL: I want to thank you all again.

Many traveled but you have definitely spent a lot of time in these last few days working -- speaking with us, listening, helping us wrestle through quite a number of tough issues, and I thank you for that and for those folks who have listened on the Livestream, and I'm even more grateful for those who have -- are reaching out a hand and say, hey, we want to help.

We want to do more.

We are going to look forward to our next meeting.

Please call Bruce and set that up next week because we want to get started on those conversations.

But there's some ideas I'm personally really excited about and let's -- let's keep the momentum going because this is some really good stuff.

So I know I'm bringing up the tail end, and I want to get you all either on the road on to family, friends or a beverage of your choice.

So thank you again.

Great meeting and we will continue the conversation.

Thanks.

>> FRED WOEHL: Thank you very much.

All minds clear.

Would you like to say something brief?

>> BRUCE RITTENHOUSE: I'm good.

>> FRED WOEHL: We appreciate everybody.

This meeting is adjourned.

(end of meeting)

| | |
|---|---|
| **From:** | Reiland, Michael J |
| **To:** | Brown, Mark A |
| **Cc:** | Rittenhouse, Bruce H; Easley, Anna-Maria; Boothe, Dorothea J; Waddell, Holle; Shepherd, Alan B |
| **Subject:** | Re: [EXTERNAL] Question from Congress on Wild Horses and Burros |
| **Date:** | Friday, October 12, 2018 9:47:06 AM |

Mark,

There are no tax benefits as far as I know. We have talked about doing the Adoption Incentive Program that way in the past, but nothing was done.

I'm curious how they don't know this. It would take an Act of Congress to give some sort of tax break.

Thanks,

Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479


On Fri, Oct 12, 2018 at 10:44 AM Brown, Mark <m3brown@blm.gov> wrote:

> Bruce,
>
> The Congressional Research Service (CRS) is requesting information on any tax benefits provided to any who adopts or purchases a WH&B from the BLM. Can you please provide the information requested to me by **3 pm Today, October 12?** I understand that you and your staff may be out of pocket so please let me know if you will need additional time. I have pasted CRS's question below:
>
>> would any of the BLM staff know if there are tax benefits to individuals or entities that adopt or purchase a wild horse or burro, or care for wild horses and burros in long term holding facilities or ecosanctuaries? I would be interested in anything related to tax impact for individuals and entities that purchase, adopt, or care for BLM wild horses and burros.
>
> Thanks,
> Mark
>
>
> Mark A. Brown
> Legislative Affairs Specialist
> Bureau of Land Management
> 20 M Street SE
> Washington, D.C. 20003
> Office: (202) 912-7424
> Email: M3brown@blm.gov

Mark, would any of the BLM staff know if there are tax benefits to individuals or entities that adopt or purchase a wild horse or burro, or care for wild horses and burros in long term holding facilities or ecosanctuaries? I would be interested in anything related to tax impact for individuals and entities that purchase, adopt, or care for BLM wild horses and burros. Thank you for your any assistance that BLM can provide.

| From: | Brown, Mark A |
|---|---|
| To: | Reiland, Michael J |
| Cc: | Rittenhouse, Bruce H; Easley, Anna-Maria; Boothe, Dorothea J; Waddell, Holle; Shepherd, Alan B |
| Subject: | Re: [EXTERNAL] Question from Congress on Wild Horses and Burros |
| Date: | Friday, October 12, 2018 9:52:35 AM |

Michael,

Thank you for the information and the quick turnaround.

Thanks,
Mark



Mark A. Brown
Legislative Affairs Specialist
Bureau of Land Management
20 M Street SE
Washington, D.C. 20003
Office: (202) 912-7424
Email: M3brown@blm.gov



On Fri, Oct 12, 2018 at 10:47 AM Reiland, Michael <mreiland@blm.gov> wrote:

Mark,

There are no tax benefits as far as I know. We have talked about doing the Adoption Incentive Program that way in the past, but nothing was done.

I'm curious how they don't know this. It would take an Act of Congress to give some sort of tax break.

Thanks,

Michael Reiland
WO-260 Budget-Analyst
202-912-7261
202-794-2479


On Fri, Oct 12, 2018 at 10:44 AM Brown, Mark <m3brown@blm.gov> wrote:

Bruce,

The Congressional Research Service (CRS) is requesting information on any tax benefits provided to any who adopts or purchases a WH&B from the BLM. Can you please provide the information requested to me by **3 pm Today, October 12?** I understand that

you and your staff may be out of pocket so please let me know if you will need additional time. I have pasted CRS's question below:

> would any of the BLM staff know if there are tax benefits to individuals or entities that adopt or purchase a wild horse or burro, or care for wild horses and burros in long term holding facilities or ecosanctuaries? I would be interested in anything related to tax impact for individuals and entities that purchase, adopt, or care for BLM wild horses and burros.

Thanks,
Mark

Mark A. Brown
Legislative Affairs Specialist
Bureau of Land Management
20 M Street SE
Washington, D.C. 20003
Office: (202) 912-7424
Email: M3brown@blm.gov

Mark, would any of the BLM staff know if there are tax benefits to individuals or entities that adopt or purchase a wild horse or burro, or care for wild horses and burros in long term holding facilities or ecosanctuaries? I would be interested in anything related to tax impact for individuals and entities that purchase, adopt, or care for BLM wild horses and burros. Thank you for your any assistance that BLM can provide.

| | |
|---|---|
| **From:** | Collins, Deborah |
| **To:** | Waddell, Holle; Winston, Beverly S |
| **Cc:** | Lutterman, Jason W |
| **Subject:** | Final Fact Sheet for Adoption Incentive, Sales Program and Online Corral |
| **Date:** | Monday, October 15, 2018 1:30:01 PM |
| **Attachments:** | AIP.Sales.OnlineCorral_FactSheet_2018.10.11.pdf |
| **Importance:** | High |

Hi Ladies. Here's the final that will be posted to the webpage and used at events once the Adoption Incentive Program rolls out. Holle' said Bruce and Kristin have already reviewed and given the thumbs up. Thanks!

Hopefully, the IM will be signed soon.

**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

BLM_003082



# THREE NEW WAYS

## TO BRING HOME YOUR OWN WILD HORSE *or* BURRO



### NEW Adoption Incentive Program

To assist the BLM in the placement of these animals into new homes, BLM now offers an incentive for the approved adoption of any untrained wild horse or burro. Adopters receive:

## $500 ➕ $500 🟰

**Within 60 days of the adoption date**    **Within 60 days of the title date**

## $1,000

*(Must complete application process and adhere to prohibited acts and titling requirements. Direct deposit to financial institution also required.)*

---

### NEW Enhanced Sales Program

If you choose to purchase your own wild horse or burro, the BLM now offers more available animals. The key elements of the sales program include:

★ Purchase up to **25 animals**

★ **$25 minimum** purchase fee for untrained animals

★ **$125 minimum** purchase fee for trained animals

★ **Automatic title** day of purchase

*(Application and Bill of Sale process required and purchaser must provide transportation of animal to their new home.)*



U.S. Department of the Interior
Bureau of Land Management
Wild Horse and Burro Program

**For more information on events, adoption and direct purchase options, visit *BLM.gov/whb* or call (866) 468-7826 •** 🟠🟠🟠🟠

BLM_003083

**ANNOUNCING THE
NEW AND IMPROVED**

# WILD HORSE
# AND BURRO
# ONLINE CORRAL

**Use the Online Corral to find your very own wild horse or burro!**

★ Locate your animal using an interactive map

★ Search by terms and receive notifications when matches become available

★ Track the status of your application

★ Pay for your purchase through *Pay.gov*

**View available animals at *WildHorsesOnline.BLM.gov*.**
*(This replaces BLM.gov/adoptahorse.)*

**For more information call (800) 370-3936 or email
*BLM_es_inet_adoption@BLM.gov*.**



## BLM AND THE ANIMALS IT SUPPORTS

# NEED YOU

**The Bureau of Land Management manages and protects America's wild horses and burros on 26.9 million acres of public lands in the West.**

The goal of the Wild Horse and Burro Program is to ensure healthy wild horses and burros can live and thrive on public rangelands. By providing a good home to a wild horse or burro, you're helping reduce costs to taxpayers while making a lifelong friend and companion.






**U.S. Department of the Interior
Bureau of Land Management
Wild Horse and Burro Program**

**For more information on events, adoption and direct purchase options, visit *BLM.gov/whb* or call (866) 468-7826** ·

| | |
|---|---|
| **From:** | Winston, Beverly S |
| **To:** | Bail, Kristin M; Tryon, Steve |
| **Cc:** | Waddell, Holle; Lutterman, Jason W; Krauss, Jeff |
| **Subject:** | Fwd: Final Fact Sheet for Adoption Incentive, Sales Program and Online Corral |
| **Date:** | Monday, October 15, 2018 1:50:50 PM |
| **Attachments:** | AIP.Sales.OnlineCorral_FactSheet_2018.10.11.pdf |
| **Importance:** | High |

Hi Kristin and Steve,
Just making sure you are aware of ths product being produced on the incentive program.
Bev

---------- Forwarded message ---------
From: **Collins, Deborah** <dacollin@blm.gov>
Date: Mon, Oct 15, 2018 at 2:30 PM
Subject: Final Fact Sheet for Adoption Incentive, Sales Program and Online Corral
To: Holle Waddell <hwaddell@blm.gov>, Beverly Winston <bwinston@blm.gov>
Cc: Jason Lutterman <jlutterman@blm.gov>


Hi Ladies. Here's the final that will be posted to the webpage and used at events once the Adoption Incentive Program rolls out. Holle' said Bruce and Kristin have already reviewed and given the thumbs up. Thanks!

Hopefully, the IM will be signed soon.



**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**


--
Bev Winston
Bureau of Land Management | Communications
202-208-6913 | bwinston@blm.gov



# THREE NEW WAYS

## TO BRING HOME YOUR OWN WILD HORSE *OR* BURRO



### NEW Adoption Incentive Program

To assist the BLM in the placement of these animals into new homes, BLM now offers an incentive for the approved adoption of any untrained wild horse or burro. Adopters receive:

## $500 + $500 =

Within 60 days
of the adoption date

Within 60 days
of the title date

## $1,000

*(Must complete application process and adhere to prohibited acts and titling requirements. Direct deposit to financial institution also required.)*

### NEW Enhanced Sales Program

If you choose to purchase your own wild horse or burro, the BLM now offers more available animals. The key elements of the sales program include:

★ Purchase up to **25 animals**

★ **$25 minimum** purchase fee for untrained animals

★ **$125 minimum** purchase fee for trained animals

★ **Automatic title** day of purchase

*(Application and Bill of Sale process required and purchaser must provide transportation of animal to their new home.)*



U.S. Department of the Interior
Bureau of Land Management
Wild Horse and Burro Program

**For more information on events, adoption and direct purchase options, visit *BLM.gov/whb* or call (866) 468-7826** •

BLM_003086

**ANNOUNCING THE
NEW AND IMPROVED**

# WILD HORSE AND BURRO ONLINE CORRAL

**Use the Online Corral to find your very own wild horse or burro!**

★ Locate your animal using an interactive map

★ Search by terms and receive notifications when matches become available

★ Track the status of your application

★ Pay for your purchase through *Pay.gov*

View available animals at *WildHorsesOnline.BLM.gov.*
(This replaces BLM.gov/adoptahorse.)

**For more information call (800) 370-3936 or email**
*BLM_es_inet_adoption@BLM.gov.*



## BLM AND THE ANIMALS IT SUPPORTS

# NEED YOU

**The Bureau of Land Management manages and protects America's wild horses and burros on 26.9 million acres of public lands in the West.**

The goal of the Wild Horse and Burro Program is to ensure healthy wild horses and burros can live and thrive on public rangelands. By providing a good home to a wild horse or burro, you're helping reduce costs to taxpayers while making a lifelong friend and companion.





U.S. Department of the Interior
Bureau of Land Management
Wild Horse and Burro Program

**For more information on events, adoption and direct purchase options, visit *BLM.gov/whb* or call (866) 468-7826 • **

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:              All District and Field Officials

From:            Assistant Director, Resources and Planning

Subject:         Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management ~~(BLM)~~ Wild Horse and Burro (WHB) Program

**Purpose:**   This Instruction Memorandum **(IM)** outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  The Bureau of Land Management (BLM) managers retain discretion to determine how best to administer the adoption incentive program.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:**  This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Costs savings may be utilized for other management operations.

**Incentive Program Direction**

- This AIP is administered **only** by BLM authorized personnel.

- The BLM authorized personnel should make incentive payments into participants' bank accounts.

- The Adoption Incentive Agreement (4710-25 Attachment 2) should be ordered from the Printed Materials Distribution System (PMDS). It is printed in a carbon with three copies .

- The BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement  (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to, and BLM authorized personnel should not make incentive payments associated with, animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount offor $500 within 60 days from the title date.

- The minimum adoption fee is reduced to $25 for untrained animals. This may be competitive or non-competitive.

2

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

- The BLM should disqualify any adopter that relinquishes two or more animals within a ~~12 month~~12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement ~~(4710-25 Attachment 2)~~ from eligibility to participate in the AIP.

  o BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  o Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals are not eligible for the AIP.

- ~~BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are NOT~~No BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:**  At time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement ~~(4710-25 Attachment 2)~~ from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement ~~(4710-25 Attachment 2)~~ from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:**  BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

3

**Step 3:** The BLM staff must complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official BLM Bureau records.

Formatted: Indent: Left: 0"

**Step 4:** The BLM authorized personnel should issue incentive payments via electronic funds transfer (EFT) only. The BLM personnel should obtain an adopters' bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the National Operations Center (NOC) within 10 days.

The following required paperwork *should be **COMPLETELY** filled out and submitted to the NOC:*

- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter.
    - ☐ Signed and dated by BLM Authorized Officer.
    - ☐ Identify second 2nd payment with amount.
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.).
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter.
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT).
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter.
    - ☐ Completed, signed, and dated by certifying individual.

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

4

National Operations Center (NOC) Contact Infomation:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047
Fax Number: 303-236-2531

The recipient should expect payment within 60 days, allowing additional processing time.
If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

> **Commented [HTT1]:** Are you saying that the receipient should allow addional processing time in addtion to the 60 days?  This should be clarified or reworded.

**Timeframe:** This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** ~~Since 1971, T~~the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care s~~ince 1971.~~  Placing animals into private care is a vital component of the Wild Horse and Burro (WHB) program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50 percent~~%~~ of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

> **Commented [HTT2]:** Please state if the manual/handbook is or is not affected.

**Coordination:**  This policy was coordinated with the WHB S~~S~~tate L~~L~~eads and S~~S~~pecialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. ~~The policy was reviewed by T~~the Office of the Solicitor, A~~A~~ssociate S~~S~~tate D~~D~~irectors, and the Office of Communications reviewed the policy.~~.~~

**Contact:**  Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
  1 -  Adoption Incentive WHBPS Guide (2pp)
  2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
  3 -  Adoption Incentive Ineligibility Letter (1p~~p~~)

5

BLM_003092

4 -   ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

6

BLM_003093

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:             All District and Field Officials

From:           Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  BLM managers retain discretion to determine how best to administer the adoption incentive program. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

BLM_003094

**Incentive Program Direction**

- This AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into participants' bank accounts.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement.

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to, and BLM authorized personnel should not make incentive payments associated with, animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - BLM authorized personnel should ensure that the Adoption Incentive Agreement and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually through the adoption incentive program; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

2

BLM_003095

- BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

- The BLM should disqualify any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2) from eligibility to participate in the AIP.

  - BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  - Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (Defined as a previously adopted animal that was returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, spouses or domestic partners of BLM employees and individuals or organizations receiving BLM funds either through a contract or agreement are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At the time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:** BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

> The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

3

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopters bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the NOC within 10 days.

The following required paperwork *should be **COMPLETELY** filled out and submitted to the NOC:*

- 1st Payment
    - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
        - ☐ Signed and dated by Adopter
        - ☐ Signed and dated by BLM Authorized Officer
        - ☐ Identify 1st payment with amount
        - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        - ☐ Signed and dated by Adopter
        - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
    - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
        - ☐ Signed and dated by Adopter
        - ☐ Signed and dated by BLM Authorized Officer
        - ☐ Identify 2nd payment with amount
        - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        - ☐ Signed and dated by Adopter
        - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
        - ☐ Social Security information is necessary to process EFT.
    - Title Application (4710-18)
        - ☐ Signed and dated by Adopter
        - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

> National Operations Center (NOC) Contact Information:
> BLM National Operations Center
> Accounts Payable Building 50 OC-622
> Denver Federal Center, PO Box 25047
> Denver, CO 80225-0047
> Fax Number: 303-236-2531

4

The recipient should expect payment within 60 days, allowing additional processing time. If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
   1 -  Adoption Incentive WHBPS Guide (2pp)
   2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
   3 -  Adoption Incentive Ineligibility Letter (1pp)
   4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_003098

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:             All District and Field Officials

From:           Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  BLM managers retain discretion to determine how best to administer the adoption incentive program. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- This AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into participants' bank accounts.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement.

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to, and BLM authorized personnel should not make incentive payments associated with, animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - BLM authorized personnel should ensure that the Adoption Incentive Agreement and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually through the adoption incentive program; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

2

- BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

- The BLM should disqualify any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2) from eligibility to participate in the AIP.

  - BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  - Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (Defined as a previously adopted animal that was returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, spouses or domestic partners of BLM employees and individuals or organizations receiving BLM funds either through a contract or agreement are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At the time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:** BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

> The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

3

BLM_003101

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopters bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the NOC within 10 days.

The following required paperwork *should be **COMPLETELY** filled out and submitted to the NOC:*

- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Social Security information must be included to process EFT.

- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

National Operations Center (NOC) Contact Information:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047
Fax Number: 303-236-2531

4

The recipient should expect payment within 60 days, allowing additional processing time. If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
     1 -  Adoption Incentive WHBPS Guide (2pp)
     2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
     3 -  Adoption Incentive Ineligibility Letter (1pp)
     4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

5

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:         All District and Field Officials

From:       Assistant Director, Resources and Planning

Subject:    Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  BLM managers retain discretion to determine how best to administer the adoption incentive program. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- This AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into participants' bank accounts.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel should not issue incentive payments for animals purchased.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually through the adoption incentive program; however, as each

BLM_003105

participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

- The BLM should disqualify any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2) from eligibility to participate in the AIP.

  o BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  o Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (Defined as a previously adopted animal that was returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, spouses or domestic partners of BLM employees and individuals or organizations receiving BLM funds either through a contract or agreement are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At the time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:** BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

3

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopters bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the NOC within 10 days.

The following required paperwork *should be **COMPLETELD** and submitted to the NOC:*
- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Social Security information must be included to process EFT.
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

    National Operations Center (NOC) Contact Information:
    BLM National Operations Center
    Accounts Payable Building 50 OC-622
    Denver Federal Center, PO Box 25047
    Denver, CO 80225-0047
    Fax Number: 303-236-2531

4

The recipient should expect payment within 60 days, allowing additional processing time. If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
      1 -  Adoption Incentive WHBPS Guide (2pp)
      2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
      3 -  Adoption Incentive Ineligibility Letter (1pp)
      4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_003108

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Dallet, Benjamin C |
| **Cc:** | Waddell, Holle |
| **Subject:** | Adoption Incentive Agreement (Final) |
| **Date:** | Wednesday, October 17, 2018 1:40:14 PM |
| **Attachments:** | Adoption Incentive Agreement 10.15.2018.pdf |

Hi Ben,

Attached is the Adoption Incentive Agreement for finalization. Thank you for your patience.

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul*
*Gawande*

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | Middle Name: | Last Name: |
|---|---|---|

| Address: | City | State: |
|---|---|---|

| Zip Code: | Email Address: | |
|---|---|---|

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year:_____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #2 | | $ | | $ | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #3 | | $ | | $ | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #4 | | $ | | $ | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |

I_____choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

***Please initial the terms that apply to all wild horses and burros adopted under this BLM Adoption Incentive Agreement.***

Initial:_____  I have read and understand the terms of adoption and prohibited acts.

Initial:_____  I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

Initial: _____  In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial:_____  I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

Initial:_____  I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____  I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881), a completed Title Application (4710-18) and satisfying the Title Qualifications listed on page 2.

Initial: _____  I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____  I_____(Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM Adoption Incentive Agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____  Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature:_____BLM authorized officer: _____

*(Continued on Page 2)*                                                                 BLM_003110      *(Form 4710-25)*

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(c) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy;

(d) Selling or attempting to sell a wild horse or burro or its remains;

(e) Commercially exploiting a wild horse or burro;

(f) Treating a wild horse or burro inhumanely;

(g) Violating a term or condition of the Private Care and Maintenance Agreement;

(h) Branding a wild horse or burro;

(i) Removing or altering a freeze mark on a wild horse or burro;

(j) Violating an order, term, or condition established by the BLM under this part.

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## INCENTIVE PAYMENTS, INELIGIBLE PARTICIPANTS & TITLE QUALIFICATIONS

Applicants participating in the BLM Adoption Incentive Program are required to comply with the Terms of Adoption identified above.

In order to receive the 1st incentive payment, adopters are required to submit an Adoption Incentive Agreement (4710-25) and the ACH Form (SF 3881) provided.

In order to receive the 2nd incentive payment, adopters are required to submit an Adoption Incentive Agreement (4710-25), the ACH form (SF 3881) and a completed Title Application (4710-18) per adopted animal.

If required documentation has been received, incentive payments should be expected within 60 days of both adoption and title dates.

BLM employees, immediate family members of a BLM employee, BLM contractors, cooperators or partners are not eligible to participate in the BLM adoption incentive program.

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

(1) The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

(2) At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you will be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

**EFFECT OF NOT PROVIDING INFORMATION:** Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

(Form 4710-25, page 2)

| | |
|---|---|
| **From:** | Tryon, Steve |
| **To:** | Shepherd, Alan B; Waddell, Holle |
| **Cc:** | Bartholomew, Thomas A |
| **Subject:** | Fwd: DTS Assignment--Guidance for the Adoption Incentive Program |
| **Date:** | Thursday, October 18, 2018 5:54:42 PM |

Hey guys, the IM looks good, and the update from "BLM partners" to persons or organizations with which BLM has a financial interest was very helpful. Can the form itself be changed, to make the same update, or are we depending on the field to explain "BLM partner" based on the language in the IM?

st

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

---------- Forwarded message ---------
From: <DTS@fws.gov>
Date: Thu, Oct 18, 2018 at 10:29 AM
Subject: DTS Assignment--Guidance for the Adoption Incentive Program
To: <afalwell@blm.gov>, <atenney@blm.gov>, <bloosle@blm.gov>, <jhmccart@blm.gov>, <kbail@blm.gov>, <rhawks@blm.gov>, <stryon@blm.gov>, <tbarthol@blm.gov>

Hello and welcome to the DTS automated email alert!

Your office (WO-200) has a task assigned.

Please log in to the Data Tracking System at the following URL Address:
https://dts.fws.gov/dts/preLogin.do?officeId=4444 and review Document Control Number (DCN)** BLM0015888.

To move the document to the next office in the routing process, enter your surname information for your office's task and save the record.

Document Subject: Guidance for the Adoption Incentive Program
Action Required: 3-Surname
Assigned By Office: WO-200 User: Thomas Bartholomew

**Thank you**.

| | |
|---|---|
| **From:** | Shepherd, Alan B |
| **To:** | Tryon, Steve |
| **Cc:** | Waddell, Holle; Bartholomew, Thomas A |
| **Subject:** | Re: DTS Assignment--Guidance for the Adoption Incentive Program |
| **Date:** | Thursday, October 18, 2018 5:59:58 PM |

Thanks for looking at it Steve.

Since the form is a standard form (SF) we cannot edit it but will have to be clear to the field to explain to it appropriately.


Thanks,
Alan

Alan Shepherd
On-range Branch Chief (WO261)
National WH&B Program
1340 Financial Blvd
Reno, NV 89502

Office #: (775) 861-6611
Cell #: (775) 530-2784

email: ashepher@blm.gov
http://www.blm.gov/programs/wild-horse-and-burro

On Thu, Oct 18, 2018 at 3:54 PM, Tryon, Steve <stryon@blm.gov> wrote:
> Hey guys, the IM looks good, and the update from "BLM partners" to persons or
> organizations with which BLM has a financial interest was very helpful. Can the form itself
> be changed, to make the same update, or are we depending on the field to explain "BLM
> partner" based on the language in the IM?
>
> st
>
> Steve Tryon
> Deputy Assistant Director, Resources and Planning
> Bureau of Land Management
> 1849 C Street, NW
> Room 5654
> Washington, DC 20240
> 202-208-4896
>
>
> ---------- Forwarded message ---------
> From: <DTS@fws.gov>
> Date: Thu, Oct 18, 2018 at 10:29 AM
> Subject: DTS Assignment--Guidance for the Adoption Incentive Program
> To: <afalwell@blm.gov>, <atenney@blm.gov>, <bloosle@blm.gov>,
> <jhmccart@blm.gov>, <kbail@blm.gov>, <rhawks@blm.gov>, <stryon@blm.gov>,
> <tbarthol@blm.gov>

Hello and welcome to the DTS automated email alert!

Your office (WO-200) has a task assigned.

Please log in to the Data Tracking System at the following URL Address:
https://dts.fws.gov/dts/preLogin.do?officeId=4444 and review Document Control Number
(DCN)** BLM0015888.

To move the document to the next office in the routing process, enter your surname
information for your office's task and save the record.

Document Subject: Guidance for the Adoption Incentive Program
Action Required: 3-Surname
Assigned By Office: WO-200 User: Thomas Bartholomew

**Thank you**.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:            All District and Field Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  BLM managers retain discretion to determine how best to administer the adoption incentive program. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- This AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into participants' bank accounts.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel should not issue incentive payments for animals purchased.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually through the adoption incentive program; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

2

- BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

- The BLM should disqualify any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2) from eligibility to participate in the AIP.

  - BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  - Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal that was returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, spouses or domestic partners of BLM employees and individuals or organizations receiving BLM funds either through a contract or agreement are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At the time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:** BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

BLM_003117

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopters bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the NOC within 10 days.

The following required paperwork *should be **COMPLETELD** and submitted to the NOC:*
- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Social Security information must be included to process EFT.
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

> National Operations Center (NOC) Contact Information:
> BLM National Operations Center
> Accounts Payable Building 50 OC-622
> Denver Federal Center, PO Box 25047
> Denver, CO 80225-0047
> Fax Number: 303-236-2531

The recipient should expect payment within 60 days, allowing additional processing time.
If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

**Timeframe:** This IM is effective immediately.

4

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

Kristin Bail
Assistant Director
Resources and Planning

4 Attachments
    1 -  Adoption Incentive WHBPS Guide (2pp)
    2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
    3 -  Adoption Incentive Ineligibility Letter (1pp)
    4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_003119

ROUGHLY EDITED TRANSCRIPT

BUREAU OF LAND MANAGEMENT
WILD HORSE AND BURRO ADVISORY BOARD
OCTOBER 18, 2017
8:00 A.M.


Captioning Provided by:
Closed Caption Productions, LLC
www.CaptionFamily.com
Phone:   (800) 335-0911


*    *    *

REALTIME CAPTIONING AND/OR CART (COMMUNICATIONS ACCESS REALTIME TRANSLATION) ARE PROVIDED IN ORDER TO FACILITATE COMMUNICATION ACCESSIBILITY AND MAY NOT BE A TOTALLY VERBATIM RECORD OF THE PROCEEDINGS.

*    *    *



>> KATHIE LIBBY: So let's all get settled.

Folks let's get settled.

Okay, folks.

>> DR. SUE McDONNELL: Kathie?

>> KATHIE LIBBY: It was a long day yesterday and we have a really, really good day today.

Really a bunch of issues were really looking forward to, and I will go over that in a minute.

Let me just say very briefly about that very long rules of room thing.

This is the tape that says, the public is here and the board is here because this basically is a board meeting and the public comment section is over.

So typically the speakers are speaking to the board and the board is questioning and getting additional information from the speakers and we are all listening in, taking notes.

Again, the presentations will be posted so you don't have to take down every single word you hear.

Those will be available to you next week.

So this morning, everything over to Dr. Julie.

We are going to hear -- and this is something we talk about all the time, kind of no matter where we sit, is that we need to be more collaborative.

We will talk about some really important Colorado collaborative partnerships.

I try hard not to say TJ Maxx.

TJ Holmes will start us off and we'll have SWAT and GEMS presentations.

And I know ladies you had these seats available to you and they got usurped from you.

I have been asked not to have people standing here.

As soon as you get seated, it's hard for the technicians to manage things.

That may or may not include you.

So following -- and this is really a great set of presentations.

Following that, Dr. Terry Messmer will be briefing us on the Utah Summit presentation.

Then we'll take a break and then we're getting into something a bit more focused on action and what we can collectively and what BLM can do and where we should put our priorities.

So we'll be looking at Mary Jo Rugwell, the BLM Wyoming state director.

We are really pleased.

Where are you, Mary Jo?

Oh, there you are.

Hiding in the room.

Hiding in the doorway.

Come on over and sit.

And so she'll be going over some of the key elements of the sustainable wild horse and burro program, and then after lunch, the board will be -- in terms of looking at recommendations, will be kind of doing that around some of those elements and some key questions about how to move forward.

So I think that will be a really interesting productive session.

We will adjourn at 5:00.

We try to do things on time around here.

So help us with that.

Okay?

Dr. Julie?

>> DR. JULIE WEIKEL: Good morning, everybody.

Thank you for showing up again.

We really appreciate it.

I want to check, who do we have on the phone this morning.

Dr. McDonnell, are you here?

>> DR. SUE McDONNELL: Hi, Julie, I'm here, but could you let the sound people know that the phone -- I'm not hearing you very well.

>> DR. JULIE WEIKEL: Okay, sound folks, you heard that.

Please try to fix it.

You magic people.

So for sometime, some of us on the board who don't think we can immunocontracept ourselves -- and by golly that is a verb -- out of the current dilemma with respect to the wild horse and burro program, show us the best example of where and how that can

work.

And so we have been trying to get Colorado for a while, and we finally got here and so we're really looking forward to that presentation and let's get on with it.

Thank you.

TJ.

Turn it over.

>> TJ HOLMES: In southwest Colorado.

Definitely want to thank you guys for specifically inviting us to talk along with SWAT and GEMS and having the -- having the tour out in Little Book Cliffs on Tuesday which is a great example and the first one I know of in Colorado, to get things kicked off.

My name is TJ Holmes, the darter and documenter of Spring Creek mustangs.

I'm going to kind of -- I'm nervous as hell.

I will kind of do a combination of reading and taking inspiration from my horses and I will probably do this a lot.

I want to acknowledge first of all that it takes a village to do everything that we do on the range, on America's public lands and that's no different in southwest Colorado.

We have very active village of committed advocacy groups in southwest Colorado for our herd.

We are only two people of that whole group, so thank you for acknowledging me, specifically, but I want to acknowledge all of them.

The Colorado chapter of the National Mustang Association has been advocating for this herd since the late 1990s.

I have been on the board of NMA Colorado since 2007.

In early 2008, I was a founding member of coalition group wildlife partners.

I don't know why that's making me cry.

Geez, man!

(Laughter)

It's a long time ago!

This includes representatives of NMA Colorado, four corners back country horsemen, Mesa Verde, and Mesa valley which is where we live and our horses live.

Our philosophy with these groups has always been that we want to help keep Spring Creek Basin mustangs wild on their home range and working together and with BLM we can do the work that has led to that reality.

I think I gave you guys or somebody provided these brochures for you guys.

This is also a collaborative effort between wild bunch and our herd management area or BLM, that gives some of the details about Spring Creek Basin.

We used Little Book Cliffs wonderful brochure as a template and now all the herd management areas have these.

So real quickly, Spring Creek Basin heard management area is in southwest Colorado.

It's the southern most of Colorado's herd management areas.

22,000 acres, it's the smallest herd management area in Colorado and has an AML of 35 to 65 adult horses.

We have a current population of 60.

60 mustangs.

And to move on from that, I want to talk about why Spring Creek and Spring Creek Basin are not the same thing and are not interchangeable things.

And I don't think Bruce Rittenhouse is here.

I'm going to drag him in, because he's an awesome guy.

I met last foul, Bruce Rittenhouse is Colorado's BLM branch chief for natural resources.

If I got that wrong, think it's pretty close.

Last week we rendezvoused and SWAT does this amazing rendezvous in Sandwash Basin every year.

It's a very community collaborative effort.

It brings in people from all over who come to the range, not only to see and photograph those horses and name foals but they come in to do work, removing wire, enhancing water, various other projects.

So I met Bruce there and in May, he came to visit Spring Creek Basin and all along he had been sending emails about how excited he was to visit Spring Creek.

We were excited to visit spring creak.

Cat Wild, here's Spring Creek, I said.

And he looks around and said, what?

And I said -- and we never even had to go into Spring Creek Basin.

They went to Spring Creek Basin to see the horses managed by BLM.

Spring Creek Basin is a big geographic basin.

Westerner understand this Spring Creek drains Spring Creek Basin.

All of these little Arroyos, cut -- it only runs when we have a big rain event in the basin and the horses are rarely in Spring Creek because it's usually dry.

We do have some seeps, but they are fenced into and thus are managed in Spring Creek Basin herd management area.

If anybody tells me about Spring Creek later, I'm not going to invite you.

(Laughter)

Which I will do at the end.

Okay.

So my background a little bit in 2002, as a journalist in Durango, Colorado, slowing down.

With the lifelong connection no horses I was given an assign.

To write a feature story about the mustangs of Spring Creek Basin and that's all it took.

I continued visiting for the next few years.

Mostly just photographing and enjoying the horses.

A month after observing and reporting on the 2007 roundup in Spring Creek Basin, I attended the roundup in Little Book Cliffs.

The volunteers here took an active part and their calm presence really impressed me.

They knew which horses had come into pens and they knew which ones to remove for adoption.

This literally -- this Grand Junction, this Little Book Cliffs is write learned the importance of documentation and volunteer advocate partnerships with BLM.

And I want to say that we had had some challenging issues even though I had only been recently in things.

A couple of weeks after, that I traveled to Pryor Mountain, wild horse range where I learned about bait trapping and fertility control with PZP.

It occurred to me during that visit that BLM didn't have an over population problem.

They had a reproduction issue.

By the time I got home, I knew that PZP implementation and bait trapping would take time and BLM buy-in because.

My lifelong experience with horses documenting -- every time I sing Spring Creek Basin, can you just say, go, ahead and cry.

Documenting the Spring Creek Basin mustangs was the place to start.

By knowing what we were managing, we could manage to achieve our goals of healthy horses on healthy range and if those horses done look healthy to you guys, you need to go to compliance training, where we can talk to you about healthy horses.

Partnerships.

Partnerships, I have three main things, the first is partnerships.

With the founding of the wild bunch in 2008, NMA Colorado has more partners drawn for projects that benefit the horses of Spring Creek Basin.

In 2010, wild bunch signed a memorandum of understanding with BLM.

At our quarterly meetings with the BLM herd manager.

Sorry, we plan range improvement projects such as fence maintenance and repair, installing a new water catchment system and installing a new one, and PZP darting.

Wild bunch members volunteer during the 2011 roundup and were instrumental in the success of the adoption event afterward.

We have also held educational events about wild horse management.

In addition to wild bunch volunteers, San Juan mountains association, the university of Missouri, forest service, the Serengeti foundation and private citizens have contributed, thank you to vital projects that benefit the horses.

Pardon me a moment.

Okay.

Thank you.

Moving into fertility control, from that, so partnerships were a big thing that we had to establish first NMA Colorado had been in Spring Creek Basin for like ten years at that time, because now it's been ten for me.

And we're doing a lot of on-the-ground projects with BLM.

In 2010, I met Dr. Jacob Kilpatrick, my hero!

At the science and conservation center and got certified to dart with PZP and the reason that makes me cry -- I'm taking all your time.

Is because I said I would never dart my horses.

Because they knew me.

I could get close to them to document them, and it became very clear to me that because I could do that, I was the one to dart them.

And with that, this isn't in my notes but in the six years -- in the six years that I have been documenting these horses they have gotten easier to dart.

It used to take me several hours of tracking a mare to get to them.

In the last couple of years, it takes me about an average of hour, hour and a half.

So certified to dart with PZP in 2010, and met Jay in partnership with BLM, wild bunch

and the science and conservation center we started our PZP program in Spring Creek Basin at the 2011 roundup.

We went from foal crops of 21 or so foals a year before PZP, to four foals this year being and four foals last year and three foals the year before that.

Does anybody need me to repeat that?

>> DR. JULIE WEIKEL: Excuse me, we have a handout here, right?

>> TJ HOLMES: Yes, you do.

>> That's from us.

>> DR. JULIE WEIKEL: This is Spring Creek Basin.

All right.

I will thought maybe the data you were just sharing with us was in one of these slides.

I just wanted to clarify.

Okay.

Thanks.

>> TJ HOLMES: So I will repeat, we went from foal crops of 21 foals before PZP and 3 foals last year and 3 foals.

Since the implementation of the PZP of 2011, no horses have been removed from Spring Creek Basin.

And I want to finish with our range conditions.

And that picture, if you can't see your horse because he's grazing in eyeball deep grass, you are not having a problem.

Because of the collaborative efforts of all of the partners, all of our partners, we have healthy horses on healthy rangeland and have achieved thriving ecological balance.

These photos were all taken in the last couple of months and we haven't really had any rain.

In 2012, the Serengeti foundation, bought the ranch.

The ranch is adjacent to Spring Creek Basin.

The foundation took a couple of years of nonuse for resource protection due to drought.

That was the term given to us.

The resource management plan signed in 2015 by the Tres Rios field officer when they relinquished that permit, they would close the allotment to ease competition with cattle, with livestock.

As a result of the relinquishment enclosure, it's improved remarkably, again note burros.

Fertility control using PZP combined with ending the competition with the livestock has contributed directly to the recovery of the range as indicated by land health assessments and other vegetation monitoring, conducted in Spring Creek Basin in the last two years with myself and other volunteers and our BLM herd manager, other range specialists and range tech and our assistant field manager.

Conclusion.

Wrapping up, my goal is to enable the Spring Creek Basin mustangs to stay wild on their home range with the help of PZP.

We have proved that it works.

I think those pictures show it.

I think no roundups since 2007 -- since 2011 show it.

And I think me bawling about it maybe not proving it but hopefully it goes a ways.

What works in the small area, again, Spring Creek basin, 22,000 acres can be applied to small areas of large herd management areas.

We employ a philosophy of want to and can do, and with PZP more Spring Creek Basins get to stay wild on their home range.

I will always be grateful to Patty temple, Marty Felix and Matt Dillon and locally Jim Dollerschell, I know you are here.

And Mike Jenson, Mike Jenson, say that again Mike Jenson.

He's great.

Brings collaboration and professionalism with a dash of humor, thank you for that, to our partnerships.

Also very much want to thank friends of the mustangs, SWAT, and GEMS and hopefully our new -- a new group forming for the Peceance-Douglas advocate league, Dan Nichols so we can have all of Colorado's herd management areas in the same situation that Spring Creek Basin, rill book cliffs and Sandwash Basin are currently in.

Those horses and with, that oh, questions.

(Laughter)

Okay.

>> DR. JULIE WEIKEL: So does anybody have questions?

>> GINGER KATHRENS: I do.

I do.

When you said the horses were easier to dart, being a darter and having darted in the Pryors, I think that those horses are the -- that act more elusive, but I only helped the BLM for one season, but I think it gets harder.

During that period of time, you know, you would see her and she would say, bye!

And she gone and typically not behaving like that.

Why is it easier for you?

>> TJ HOLMES: I don't know.

What I can tell you is that in the beginning, the hardest, longest mare I got took me six hours and ten miles of hiking and I finally got her with a 40-yard shot, which sorry, Marty, is very long for me.

I'm not sure if he's here yet.

I'm out there all the time.

I'm out there all the time.

I live there on the sanctuary and those horses are mostly from Spring Creek Basin.

At the risk of sounding woo-woo, I think that's -- that Traveler.

I go in.

Cry because, of course, I don't cry.

Nobody has seen me cry in the world.

I cry at the beginning of the season and I say I'm really sorry, this is going to hurt but it's for your best good and so you can stay there with gas that looks like that.

So that's why I do it.

>> Can we get a round of applause for TJ?

(Applause)

>> BEN MASTERS: And dean do we have in the budget to clone about 2,000 of her.

>> TJ HOLMES: PZP about $27 a dose.

Me... free!

>> GINGER KATHRENS: I had another question, if I might.

With a herd that small, is genetic diversity an issue and how do you deal with it?

>> TJ HOLMES: We have -- since the late 1990s we have introduced horses on the recommendation of Dr. Gus Cauthrine, he was at my alma mater, Texas A & M.

He was my advisor.

Degree in natural resources by the way if that helps my credibility.

He in his reports from genetic testing that we had done, recommended that we introduce horses periodically and we did that with three stallions in the late '90s and then we realized that introducing stallions maybe not the best idea.

So then in 2001 and in 2008, we introduced three mares in each of those years.

All from Sandwash Basin.

So we have -- we're sister herds in more than one way.

But in fact, one of the -- she's in here but one of the Sandwash Basin mares has been

in this photo.

We introduce horses periodically, because of the relinquishment and closing of the livestock grazing allotment in Spring Creek Basin -- BLM -- well, it's not because of that, but BLM is working on EA.

That's her, Raven from Sandwash Basin.

To hopefully increase the AML.

We're not looking for a huge increase.

You know, because we want to keep that.

So we're looking to go from maybe the way it is now, 35 to 65 adult horses to maybe 50 to 80, and with three and four foal as a year, you know, that will be achievable for sure.

>> GINGER KATHRENS: And you tracked, obviously, you know every horse.

>> TJ HOLMES: Yes.

>> GINGER KATHRENS: So you have ones that are the product of -- in the Pryors, there are two young stallions that need to leave the range because they are the product of a brother/sister foal and they are dead gorgeous.

But, yeah.

When you know the horses and then you -- you can -- I understand.

>> TJ HOLMES: I have been documenting ten years, September 19th.

That's a stallion, by the way.

He's not due in April.

I think you had a question.

(Laughter)

>> STEVEN YARDLEY: Sorry.

Hats off to you, that range looks exceptionally well.

>> TJ HOLMES: Thank you.

>> STEVEN YARDLEY: As we move forward this is more of what we need to do in order to maintain that thriving ecological balance that we are talking about.

I think like you said, that's the goal, healthy horses on healthy rangelands and I think from everything I have seen here, it looks like that goal is being accomplished.

>> TJ HOLMES: Thank you.

>> STEVEN YARDLEY: What's the AML for that --

>> TJ HOLMES: 35 to 65?

>> STEVEN YARDLEY: And where are they sitting at now?

>> TJ HOLMES: 60 in six years.

>> STEVEN YARDLEY: And what -- have they -- was there any gathering done before that?

>> TJ HOLMES: 2005, 2001.

So 2011, 2007, 2005, 2001 and then in the 1990s.

>> And in 2011, 80 down to 40.

>> TJ HOLMES: In 2011, the population went from a high of about 82, down to 40.

That was how we started the PZP program, was at that -- at that level.

So we didn't go all the way down to the bottom of our AML.

And we did that with BLM, and with Jim -- wherever Jim is.

Because we were going to implement a PZP program and knew that we would have a slow growth, population growth and we could -- we didn't have to go all the way down to 35 horses.

>> STEVEN YARDLEY: So just from looking at it, it looks like there's a real diversity of color and character in these horses.

And it's relatively smaller herd compared to a lot of the HMA, both in the size of the HMA and the size of the herd on it.

>> TJ HOLMES: Correct.

>> STEVEN YARDLEY: How would you anticipate like in some of these herds that are a lot bigger, over a lost vaster, maybe rougher country, that don't have that distinction of color in them, where you've got, say, 100 bay mares that are pretty much identical.

How would you anticipate the PZP darting program being instituted in those types of.

>> TJ HOLMES: Just start.

Just start.

But I also want to bring up a book and I can't remember -- I think the -- "A Year in the Life of Pronghorn "I think it was called and a professor in Idaho.

Byers was maybe his last name.

He wrote this book.

He did a study, I think a 20-year study of pronghorns on the national bison range in Montana, and they identified each one of those pronghorns.

If they can identify each one of those pronghorns by type, shape, and body and confirmation, when you get to know those bay horses -- we have a lot of grays.

We have a lot of grays.

That's our bay.

Bay is the new gray.

Gray is the new bay?

(Laughter)

So that's -- that's -- but they are so different, right?

I mean, I can't identify you guys because you all look-a-like to me.

I mean you know what I mean?

When you get -- when you get that level of commitment to a herd, on a theoretical basis, it doesn't seem possible, but we have done it.

They have done it with 600 horses.

Those guys have done it with 3,000 horses on the Virginia range.

I think, again, want to, can do.

Want to, can do.

Git-er-Done!

This is the West!

I know this sounds theoretical but there are a lot of Spring Creek Basins in Sandwash Basin.

There are a lot of Spring Creek Basins in divide basin, Wyoming.

You know, the Virginia range, they have taken -- they have taken, you know, this -- they have taken this area, and they have put -- they have made these areas with teams of darters.

Can do, want to.

If you want to do it, it can happen.

We put men on the moon!

I mean, it's not that I don't understand the difficulties and the situations but walking 22,000 acres ain't easy either.

I drive into the basin but then I walk.

>> STEVEN YARDLEY: So this was one permittee on there but they will sold their permit.

>> TJ HOLMES: There were two historically with quite a bit more AUMs in the mid1990s, NMA Colorado.

That permittee wanted to sell, wanted to retire, and so NMA Colorado bought his lease and worked with the BLM to retire that.

At the time, that was term.

I don't think it is now, but -- and so then BLM did a range analysis, a range assessment on the range at the time, and because of that reduced both the number of AUMs and the season of grazing.

So it had been warm season grazing, all productive season grazing which was direct competition with the horses and then they changed that to about 326 as many as AUMs and dormant season grazing from December 1st through February 28th and then when my boss, the Serengeti foundation purchased that ranch, we also purchased the allotment that went with it.

And so working with BLM, and BLM has said, you know -- and, again, it's the small herd management area, the cattle that were on it were not -- this wasn't, you know, with apologies to the ranchers, this was not a livelihood situation.

That's another reason it could be done here.

So when we bought the ranch and got the allotment then we have had not a whole lot of rain in southwest Colorado.

So we were able to take nonuse for resource projection due to drought.

That was the phrase.

And work with BLM so that when they were working on their resource management plan and then fined it, we said when the land owner relinquishes it, they did, we did, happy, happy.

Or, you know, for us.

For the horses.

>> DR. JULIE WEIKEL: TJ, would you -- sorry, go ahead.

>> BEN MASTERS: I have a few quick questions.

It seems to me that there are some criteria that make for a successful program like this, one of those is at AML or close to AML.

One of those is approachable horses that are well documented.

One is a dedicated volunteer staff and then one is a BLM staff that's willing to work with those volunteers which I know I heard a lot of people say that the BLM is not that willing to do so.

I think everybody, in an ideal world would love to have this going on across the west, because if that was the case, we would have to do much less roundups and the amount of roundups that we would have to do would probably equal the adoption demand.

Then we wouldn't have to do long-term holding.

We wouldn't have to be talking about potentially killing tens of thousands of horses and it would be this wonderful situation.

So if we can get there, 10, 20 years down the road, I think that's what everybody here would want to do.

Two of the big hang-ups that I see on how to get this to scale is how do we get more TJs?

How do we get more volunteers?

And another thing is -- right.

But TJ, how many mares do you dart every year?

30?

>> TJ HOLMES: Close to.

>> BEN MASTERS: So if there's 40,000 mares out there, we would have to have 12,000TJs to do that amount.

>> TJ HOLMES: Not necessarily, though.

So I only dart 30.

They're darting 100 or more, Little Book Cliffs is darting however many.

Virginia range, they are at 3,000.

She already said yesterday that they dart more horses -- they are darted more horses in a year that BLM, I forget what the time frame was.

>> With five people darting.

>> TJ HOLMES: With just a few people on that team.

>> BEN MASTERS: You can agree that BLM is not that good at some things.

>> TJ HOLMES: I went through training in 2010.

Matt went in -- I think it was earlier in 2010 and I don't know when Jay started doing the training, but March through October, every month, now it's twice a month, because

the demand is so high.

There are a lot of people out there trained.

Somebody yesterday said where is the -- where is the -- I forget the -- where is the request for volunteers?

How do people find out where to go?

And now -- you know, that's theoretical.

In practicality, you know, I don't want people showing up, I'm darting.

I'm training and I got my rifle, go get Houdini.

Which one is she?

There has to be some of that training.

But they just got four people trained, four more people trained.

Little Book Cliffs people mentored me.

I think I have been an inspiration to them.

They totally surpassed what I did.

Can do, want to.

If you want to get it done, the numbers start to not disappear, just kind of not make as much of a thing because if you want to get out there and get it done, and you don't say, oh, my God, we've got to have 12,000 people, start.

Start.

Start in Spring Creek Basin, Sandwash Basin, Virginia range, et cetera.

>> KATHIE LIBBY: Let me to interject that we have two more presentations before 9:15.

>> BEN MASTERS: So real quick, two things that come to mind right now that I think that we should discuss or maybe you want to have some feedback on is one of those is that, you know, with the adoption program we supplement -- the BLM supplements that financially, and I wonder if the possibility exists for the BLM to supplement some of the PZP efforts for volunteers financially, such as every mare that you dart is $250

to that local organization or something like that to provide a financial incentive for this to grow and also to cover a lot of the expenses in herd management areas where it makes sense.

Would that be helpful to y'all?

>> Well, yeah.

>> BEN MASTERS: Who will say no to that?

Another thing that I think could be helpful, which Ginger and I discussed, how do you take this idea and scale it?

And it seems as if each herd management area has a different system of record keeping and identification, and I wonder in the possibility exists to create an app where somebody can go out into a herd management area, look at the app, where they have a catalog of the horses and then that app would say, okay.

Well, you know, these horses have been PZP darted so that, you know, could you have a more knowledgeable darting volunteers going out to dart and, you know, good record keeping.

Would that be helpful on some HMAs?

>> TJ HOLMES: I think you still need to have the people on the ground because, you know, like you mentioned, there are a lot of bays.

There are a lot of grays, especially people starting off don't necessarily know which horses are which.

I do want to say, though, as all HMAs are unique, all HMAs are going to have their own unique way of -- of keeping track of their horses, of keeping track of their darting, of their volunteers, of their -- you know, their darters.

The other thing I wanted to say -- I lost my -- oh.

I think -- oh, to get started, what if there was even, you know, one new herd in Wyoming that undertakes a PZP program a year?

One new herd in Utah that undertakes a PZP program.

That sounds a lot better than oh, my God, we need 12,000 people right now.

I mean, you are still not, you know, oh, my God, we have, you know, 70,000 horses but you are starting.

Ten years ago when I started this, I ranted to Matt, oh, my God, why didn't I start last year.

Why didn't I start ten years ago?

Why didn't I start when you did?

Well, it's been ten years.

(Off microphone comment)

>> JAMES FRENCH: First off, TJ, I appreciate what you are doing.

I being the newbie on this board, I think there are some benefits to, that you go to the 30,000-foot level and look at the problem holistically because you are not that close to it yet in terms of a national issue.

And -- and I could tell you, I put a lot of thought into this and whatnot and I really do believe -- you mentioned we put a man on the moon.

And I believe the last time I looked at that, there was 97,000 employees in that system to actually put that man on the moon.

>> TJ HOLMES: How many are in BLM.

>> JAMES FRENCH: Well, everybody in BLM doesn't do the wild horse program, and I -- and I'm not minimizing what the BLM can do, the magnitude of what they can do.

What I am saying, though, is it's absolutely crystal clear to me, that the solution to this thing is not -- is not in what we disagree on, the solution in this thing is linking our arms together right now and utilizing this immense amount of talent, this immense number of people who have a passion for this horse, for their habitats, for -- because I think we all share that.

>> TJ HOLMES: Want to, can do.

>> JAMES FRENCH: I think ultimately we have to get past this paradigm that the -- that the only options that we have are those that were listed in the Wild Horse and Burro Act.

You know, in other words, we had a protocol that was in place based on that direction that involved -- we all know what it involved.

And I believe the paradigm shift that we have to do, and I think that's what we are

trying to do here is we are hitting the left rudder on this ship, trying to turn that ship a little bit to try to see if we can't come up with a set of paradigm shifts that involve bringing it down to AML in these areas and actually getting a balance to this, so that these horses are -- you know that, we can enjoy these horses based on what you showed us here.

And I think I'm going to -- I'm -- just real briefly, I will say that I think we -- that the solutions in this thing come from our ability to communicate with each other along that line, and recognize that we all have a job to do or we all have a passion in this thing, and try to come up with those solutions.

I really do believe, though -- and I will leave it at that, I believe the solution to this thing is going to be utilizing this immense volunteer and the passion and the energy that you -- you bring to the table.

And I would just say to the Bureau of Land Management, we have a -- being a county commissioner also, we talk about balance sheets all the time and budgets.

You know, and I -- I think it's roughly $50,000 from the time we capture a horse to the time this horse goes out of system for the federal government.

We've got $50,000 on the left side of that balance sheet right now and the notion that we would have a problem with expending money on the front side of this thing, in order to -- to take away from what it is we know we are going to spend already is ludicrous to me and I think we ought to have that conversation in terms of that balance sheet.

Thank you for all do you.

>> Thank you.

(Applause)

>> DR. JULIE WEIKEL: In order for the rest of our presenters to have their time, let's please be efficient and I know we all really appreciate the comments.

I promised June that she could have -- I don't know if it's a question or an observation.

And then let's hold the rest of our questions and hopefully we'll have a little bit of time after the other presentations but I don't want to get in the way of the rest of the presentations.

They are all crammed in here pretty quickly.

>> JUNE SEWING: Excuse me.

Some you may know I'm associated with the National Mustang Association and this would not speak for TJ's time.

She may or may not be aware of it, but this whole thing would not have started without the National Mustang Association.

My husband fought long and hard with the BLM to get that first agreement that they had in the partnership.

I believe it was one of the first ones that had been accomplished.

And we have -- you know, we also provided the seed money for them to get started, and they had a group of people, as she had mentioned, Patty Temple and some of those had come to us for the expertise that my husband had in working with the BLM.

And so I just wanted people to know that there are things that nonprofit organizations can do to further the program to save the wild horses.

>> TJ HOLMES: Thank you.

Thank you are, June.

>> KATHIE LIBBY: Why don't we move on to the other examples of this wonderful volunteer and collaborative efforts.

>> Okay.

So thank you for letting us be here today, and for -- I think it's here in Colorado, we have such wonderful examples of working together in collaboration with the Bureau of Land Management for the betterment of these wild horses on our ranges.

TJ Holmes, friends of mustangs, all very much mentors of what we are doing, and we wouldn't be necessarily up here doing what we are doing without having them come before us.

So we really appreciate everything that you guys have done.

I'm excited about being here for a few reasons.

For one, back in 2011, this was an idea that I had.

On off-range support model with one herd management area.

We -- this is kind of our motto:   But collaborate for solutions, resources and save our mustangs.

It all plays to go.

The land is an important resource for every competing interest that's out there in public lands and it is important to maintain and make sure that there are healthy horses and healthy animals on these lands.

So back in -- so we are a nonprofit organization that was formed in 2011, with an idea to support the BLM in managing wild horses both on and off the range.

We fully rely on public donations, fund-raising events, our programs, and grants to make ends meet.

We also work together with other key organizations like the Mustang Heritage Foundation and we are working together for the healthy herds, lands and homes for mustangs and we believe this can be applied to other HMAs like what TJ was speaking to earlier.

It's starting in one spot and moving to another.

Off range, we provide training and adoptions of mustangs and burros.

We foster a connection between children and adults, overnight retreat programs, therapeutic programs, and horsemanship clinics in order to increase public awareness and education.

On the range we are responsible for herd documentation, fertility control, special range projects and promotion of proper wild horse management for the Sandwash Basin herd management area.

Our on range support is called the Sandwash add voluntary indicate team and Stella Trueblood is here, our field manager to talk about the work we do on the range.

Stella, take it away.

>> STELLA:   I'm not going to spend a whole lot of time talking about our darting because TJ said it very eloquently, and I can't top her.

But I will tell you what we do as the Sandwash advocate team.

We were formed in 2012, before that we were just a loosely knit group of people that enjoyed going out to Sandwash and we did volunteer.

We worked several BLM work days out in the basin but we formed with Michele in 2012 because we recognized a need for the energy and the efforts of individuals and

groups to support Sandwash Basin land and wild horses.

We're 100% volunteer driven.

You talked about how we can get more volunteers to get out and dart, especially in such a large HMA of Sandwash.

There's almost 160,000 acres.

When I started darting, which was in 2014, I was primarily by myself.

It gets a little lonely out there, when you are by yourself darting.

We do provide herd documentation, database implementation for tracking herd genetics.

We have a large group of volunteers that provide information to us.

We track the bands' movement of mares from band to band, because obviously, we need to maintain an accurate sense of -- and documentation of the herd because we simply need to know how many horses are out there and we need to know who we are darting, obviously.

We also have quite a few gray horses.

So although a lot of them are stallions.

But we have a lot of diversity and color in Sandwash.

So maintaining an accurate sense of -- and herd documentation is very important.

We have a lot of really good volunteers that don't dart but do provide us with that information.

We did create and implement the PZP fertility control program, and as I mentioned, I started darting in 2014.

Prior it that, the Humane Society darted in 2008 at the gather.

They darted in 2010 and then 2013.

So we took over in 2014.

Initially it was primarily myself darting with a little bit of help from a BLM employee at that time.

And a couple of other people that were trained.

In 2013, or excuse me, 2015, I gained a volunteer and that's my darting partner Connie who is here today.

We do like to dart in teams because it is a large job and it's a tough job.

Not everyone can do it.

There's tough range conditions out there.

And you have to be tough to do it.

In 2016, we gained another couple of darters and now we're up to four and very happy to say that we have four very enthusiastic new trainees who just completed their training here in Grand Junction a couple of weeks ago.

So we are doubling our dart team for next year and I'm very happy about that.

The more boots you have on the ground, the more horses you can dart and equals less foals.

We did have a bait and trap gather this past year that started in November and ended in January.

I really want to thank Ben Smith, wild horse specialist in Colorado for partnering with SWAT.

We have a really good relationship with the little snake field office and Ben Smith and we really appreciate Colorado being -- BLM being forward thinking and work with us and have a bait and trap gather versus a large scale helicopter gather.

It was very important for us that that happened.

We had two successful adoption events, Michelle and Stephanie will probably talk a little bit more about that.

We do assist with special range projects, most recently BLM and SWAT collaborated on national public lands day and we fixed fencing.

Only about a mile of fencing got done.

[ chuckles]

Before the weather kind of drove us out and it was a learning curve for some people because we hadn't actually fenced that much.

But only probably, what, a couple hundred more miles of fencing to go, I don't know.

And some of our volunteers placed 1,000 reflectors on the fencing for sage-grouse protection.

And, of course, we do promote the Sandwash Basin mustangs anywhere and everywhere we go.

I'm not going to go over these slides very much because of the interest of time, but this is slide just simply shows the number of foals that were born per month in 2017.

We did have, I believe we are up to 98 foals important this year.

We have a total population of 600 -- actually 579 horses in the basin this year.

That's not including the 99 foals born.

We have 89 live foals as of today.

We have about a 10% mortality rate.

This just shows the number of mares that have been darted by years starting in 2014 and the number of volunteer darters.

You can see as number of darters go up, therefore, the number of treated mares goes up.

This is just an analogy of the horses that were treated, number of foals that were born out of those treated mares the following years and the number of mares that were bread back, meaning they were already pregnant when they were darted and that is a challenge for us, is to get back into the basin in the early spring to dart the horses before they start breeding.

And here's a summary of treatments by year, broken down to primers and boosters and, again, you can see how much we have increased and that's attributed to the number of people that are darting.

Thank you.

>> Thank you, Stella.

Stella has spent countless hours out there, and like she -- like she spoke to, we have a

lot of volunteers out there, whether the photographers documenting the herd for us or on the ground doing the darting.

It's a big job and like Stella said, it's 100% volunteer and they do it because they love these horses and want them to stay out there.

When they do have to come off range, we've got the greatest escape mustang and training center and when we took the -- when the 43 horses came off, we hosted an adoption event at our sanctuary, all of those horses found homes.

 The second adoption event was here in Fruita.

Six of those horses -- six and a half of horses, one was pregnant, they did not get adopted but it's our mission and goal that they will not go to holding.

We will put them in our training program, and I will now introduce Stephanie Lindsay who is our head trainer out there at the Great Escape Mustang Sanctuary and training center.

So Stephanie, do you want to talk about what we do out there?

>> STEPHANIE:   Yeah, like Michele was saying, eventually the horses have to come off the range, unfortunately, and it's really important for us to provide support for them as they come off the range.

And one of the most important -- or the primary barriers of adoption for mustangs is that they are wily animals and they are not easy for inexperienced folks that love them and want to own them.

So it's important for us to be able to provide training for these horses to at least get them to the abilities to be handled by a vet and a farrier and exist in our domestic world.

So we offer training all the way from that gentling and halter training and saddling and discipline training.

We have a group of ambassador mustangs and burros.

They are trained horses that can be utilized in our programs and exposure to the public to show people what these horses are capable of, once they are trained and how exceptional they can be there.

We find that the training we offer increases the success of adoptions in that less horses are being returned after they have been adopted, once.

And we also offer international training internship programs.

We have had folks from Austria come over and learn how to interact with wild mustangs.

The -- one of the most important programs that we have run has been in partnership with the Mustang Heritage Foundation.

We were first TIP store front in Colorado, and the TIP program incentivizes training mustangs to trainers that might not have trained mustangs otherwise.

So the Mustang Heritage Foundation foots the bill for that training.

So folks can adopt horses for $125 that are already gentled.

So we provide a store front because TIP trainers cannot pick up horses through canyon city.

They can only access TIP horses through our facility.

Since the store front started, we moved about 250 horses through our facility.

And that's not including this year, in which the store front was put on hold due to running out of their budget.

We could have moved 100 plus more horses this year, given the opportunity with the TIP funding.

There's about 50 trainers in Colorado and surrounding states that rely on us to access TIP horses and get them into homes.

We found out yesterday from the folks at MHF that so far, we are only promised 20 horses across the entire fiscal year.

So that's for us to train and adopt and for those 50 trainers to train and adopt, and I -- I think you can see that we would be through those 20 horses within the first month or two.

So that's scary.

So I think the biggest way we can help promote adoptions is by funding the Mustang Heritage Foundation and the TIP program to its fullest extent.

(Applause)

Compliment the training program and with the TIP program, we host adoption events.

Like I said, the unique situation with canyon city, it's a prison facility.

People can't access it very easily and TIP trainers can't access it at all.

It's important to increase it.

We plan to have open house/adoption events for people to come in and see what we are doing with the sanctuary and adopt horses.

For all of our adopters we have lessons and continued training to make sure that the horses aren't ending up at auctions or returned to BLM and then this year we also hosted the 2017 Colorado TIP program or the TIP challenge.

It's similar to the Mustang Makeover, but it's all in hand and we had 20 trainers participate.

18 adults and two youth and all of those horses found homes.

Are.

>> So training is a massive part of what we do on the back end when these horses come off the range.

Like Steph was talking about, it's challenging to find homes for wild horses and training is an important component in finding these horses, their long-term homes.

We do a lot at the great escape.

We also do outreach.

So there's Stephanie in the background with the little preschool group, on Dakota.

We travel to schools and do presentations for children, from preschool all the way through high school.

I just did a presentation at a career development center, who they have got equine science programs and I spoke to the issues of the wild horse and burro issues.

We utilize age-appropriate materials and presentations and such to talk about things.

But it engages the conversation and gets kid interested in what's happening.

We also accompany schools, we have done this, before that want to dive into the

BLM_003149

issue even further and so we have accompanied the school up to Sandwash Basin, local field office came out.

We had a conversation about conflict and we talked about how we are working together in trying to come up with a solution for these horses both on and off the range.

We also hosted a BLM compliance check training day with budget cuts coming up.

We figured that this is a pretty important area of the wild horse and burro program, it's first year of adoption and making sure that adoptions are going well.

We turned out 22 volunteers with Steve and Leonard leading that training day all over the front range so that if they get a call, hey, there's a horse in need, we have a volunteer that can go out and check on the situation.

They are now trained to do like I said compliance checks and assist the adopter with maybe fencing issues or something.

We also set up booths that maintain a presence at expos and other communicate events.

We bring our trained ambassador mustangs to participate in events and outside clinics in order to showcase their versatility and abilities.

Steph brought -- well, we did -- we had a few mustangs at Colorado mustang.

This is our new outdoor arena.

We have host educational programs.

So this was actually part of a horsemanship clinic that we were -- that we were doing.

We also do ranch riding and cow work.

We did a cow working clinic a couple of weekends ago.

We offer day tours at the -- at the training center, as well as the sanctuary herd.

We offer photography workshops and host children's field trips and it's getting kids involved in what we are doing and the issues and bringing them out to the ranch.

4-H mustang weanling training program.

Thank you Steven Leonard.

(Applause)

So in collaboration with Steve, we started a new type of 4-H program.

A think a lot of children focus on the competition, and not the back horse, what is the relationship.

We call it spirits of west.

We concentrate on horsemanship training.

So we bring guest instructors down to give the kids mini clinics.

We did an obstacle course clinic with our horses.

We have mentors for the kids.

Older, younger, we had 24 children and seven weanlings this past year and it was hugely successful and the kids came out the other end and it was funny because they were interviewed by a local paper.

And the one thing that was a consistent, when they were interviewed is that children learn patience because -- because you condition walk up to your horse the first day and touch it.

Well, some could, but others it took a few weeks.

We have had the mustang showcase where the kids were able to show off the training they had done on the horses and then we had an adoption event for them and yes, we ended up adopting the one that my son worked with, just because she's also amazing.

So we try to do a lot of stuff, obviously with children.

So out at the ranch, we also have a sanctuary pasture.

Training is a big thing of what we to do, and moving the horses out of pasture.

Sometimes we bring from horses that are not adjusting to the world of domestic life.

They are meant to live wild.

In that case we do have a sanctuary pasture for them and this is the sanctuary herd out at the ranch.

We have 28 of them out there right now.

27.

Sorry 27 of them out there right now.

And they are happy as can be and they are living their life wild.

Some of them are halter broke.

Some of them we can catch and we monitor them all the time, and if something is amiss, we do address issues with them but they wear down their feet and do awesome out there.

Retreat.

We also offer retreat programs.

So our retreat center is called escape on the range retreat center and it's exposing these mustangs and what we are doing and the work that we are doing different groups.

We have folks that do yoga workshops.

So you can come in and rent out the retreat centers to women's retreat and mindfulness and meditation retreats and therapeutic programs focused on children.

It's exposing them not mustangs and getting them to know who these horses are, which we think is really important.

The folks that are in the horse world, not necessarily domestic horse world because I feel like some of those folks done quite understand or grasp what's happening with the wild horses.

I feel that it's important to bring that knowledge to everybody and so everybody kind of has a different wind shift about what's happening with our horses.

So that's who we are.

We appreciate the time to come up here and talk to you guys about what we do.

I feel like our model of collaboration and what TJ is doing and what friends of mustangs is doing and McCollough Peaks and the Pryors are doing.

This is model and it can be replicated and like TJ said, it can be done and it takes a

little bit of time to break it down and develop a plan and a program.

And although we were mentored by these guys, our Sandwash Basin is totally different than Spring Creek Basin and we have different challenges and when the darters get trained, they come to Stella and get field training.

Our range is very different than the classroom and it's important to know the horses and database.

So anyways, I'm rambling now.

But I do think that the partnerships with the -- with the Bureau of Land Management has been wonderful and hear in Colorado, I'm really, really impressed with what we are able to achieve.

So thank you.

(Applause)

>> DR. JULIE WEIKEL: Let's open it up for questions to all of our presenters in the past.

However long that was, you guys since we started.

>> KATHIE LIBBY: The past hour.

>> DR. JULIE WEIKEL: Very good.

Questions?

>> DEAN BOLSTAD: Julie, I do have a question and also comments.

Thank you guys so much for being exemplary examples of what partnerships can do.

TJ, I love your pictures and what healthy rangelands look like.

It's obvious that you understand this concept.

Here's the question, the BLM should do everything it can financially to support.

You know we have multiple competing priorities for funds, on range, things to do, off range things to do.

My question is this, are you able to tap into private funding sources through other grants?

I know Mustang Heritage Foundation and the BLM supports them.

They support you.

But can we engage the private sector to financially contribute to these wonderful programs?

Have you been able to do that?

>> Yes, so because we are a nonprofit, that is -- that is a good portion also of our funding is through organizations like, the coalition of unwanted -- coalition of unwanted -- no.

Colorado unwanted horse alliance.

Anyways, it's organizations that we are able to go after for -- for training.

It takes a lot to train these horses and training is a really expensive program, and adopting them, you know, BLM $125, we get nothing.

So training is -- it's a losing proposition for us, but we are able to kind of make up for some of that through training grants, through other organizations because we are not a nonprofit.

Yes, a lot of the work we do, it is supported by the public, by our fund-raising events, by things like that.

There is -- you know, the ecosanctuaries that are funded by the Bureau of Land Management for us, we don't have that partnership.

We don't have that relationship.

So it's us kind of trying to incent the wheel to see how we will make up the off range.

>> DEAN BOLSTAD: So I think we don't only need volunteers doing all of this work but we need volunteers to financial resources and enter into those types of partnerships.

Again, thank you so much.

>> DR. JULIE WEIKEL: Do we have more questions?

I have a question.

Would you explain to me what Serengeti foundation is?

And your relationship with them, because clearly, someone is supporting you because -- because you are pouring all of this effort one direction.

Can you explain that relationship and who that is?

And apparently they had -- they were one of the permittees on your HMA?

>> They were the permittee.

Yeah, they were the permittee until it was relinquished and closed.

So the Serengeti foundation is a nonprofit organization that bought the ranch adjacent to Spring Creek Basin for the purpose of making it a mustang sanctuary, because of my work, documenting the horses since the 2007 roundup, when the Serengeti foundation bought the ranch, after that roundup, my stars snatched into place and I was hired by the Serengeti foundation to run the sanctuary with the understanding that a good portion of the reason for my employment there was because of my volunteer work with BLM in Spring Creek Basin.

So the Serengeti foundation started as a way to fund elephants.

Somebody was talking about elephants and how they are very family oriented and similar to wild horse families, very intelligent and very family oriented.

So then in about 2010, the Serengeti foundation was looking in the United States for a way to help animals or, you know, an issue, a topic, a thing.

The elephants, the sanctuaries funded there are one in Thailand and Africa.

I know nothing about the elephants.

It was at protests at our 2011 roundup.

So a very good thing came out of that publicity.

So yes, the Serengeti foundation is my employer.

>> And I do want to add one more thing, if I could speaking to that.

So everything that we're able to accomplish through the GEMS and through SWAT.

We have two full-time employees and one part-time employee, and everyone else is volunteers.

I volunteer 100% of my time.

We accomplish what we can do, like TJ, she's one person.

In our organization, there's two and a half employees that are being paid.

So I'm proud of that.

I think that's amazing.

But I also feel like I would love to get to a point where we could pay them what they deserve as well.

So anyways, just wanted to tack that on.

>> You guys rock by the way!

>> STEVEN YARDLEY: I have just wanted to make a comment that I think there's a lot of good that you are doing with your organization.

I think there is a lot the kids can learn from working with horses.

I know as a kid, I worked with a lot of horses and you do learn a lot of patience, and you learn a lot of life lessons that carry over into your human relationships, and that help you down the road in life.

And so hands off to you on that.

And also on assisting and I think that I'm real encouraged by all of your willingness to be on ground, working with the range, working with the horses to get positive results done and not using all of your funding and resources tied up in litigations that keep the BLM funs tied up.

They make a dedicated effort to helping the horses and helping people with their horses.

So thank you.

>> DR. JULIE WEIKEL: Okay.

Thank you ladies very, very much.

We appreciate what you do.

(Applause)

>> KATHIE LIBBY: And let me say, that as Dr. Messmer gets himself, the book that TJ was mentioned "Built for Speed, the Life of a Year of a Pronghorn" by John Byers.

>> DR. SUE McDONNELL: Kathie?

>> KATHIE LIBBY: Yeah, give me just a sec.

>> DR. JULIE WEIKEL: I believe Sue is trying to talk to you online.

>> DR. SUE McDONNELL: Kathie?

>> KATHIE LIBBY: Yes, Sue.

>> DR. SUE McDONNELL: Could you have the sound people help me out, I'm unable to ask questions.

When I try to ask, you don't seem to hear me.

>> KATHIE LIBBY: Yes, absolutely.

Art?

Guys?

>> DR. SUE McDONNELL: The volume is better but it could go up a little bit more.

>> KATHIE LIBBY: Thank you.

Apologize for that.

>> DR. TERRY MESSMER: Good morning.

I appreciate the opportunity -- oh, there we go.

Thank you.

Thank you.

Good morning.

I appreciate the opportunity to talk about the outcome of the national wild horse and burro summit.

What I will do is go through a series of questions and the responses to those questions

from individuals that participated in the summit.

But before I do that, I want to talk a little bit about some of the background of who I am, and why I'm here.

Yesterday Dr. Boyd talked about his background out of Texas.

I also come from a -- first of all, my name is Terry Messmer.

I'm a professor at Utah State University and also director of the Jack H Berryman Institute.

I come from a small farm background in North Dakota.

Seemingly like my father and his father before him, I was destined to become a father but my career choice was decided more by order of birth than it was by -- by the farm itself, or by my father's choice in career.

I was the second of two sons and in North Dakota, most of the situations, the farm transferred to the older boy.

And so I ended up being drafted for the Vietnam War.

Actually, let me clarify that.

I volunteered for the draft.

Subsequently after my two-year stint, I looked around for career choices for things that I could do to -- to still work with the land, still worked with animals and I looked at this career choice called wildlife management.

I thought what a great example.

What a great career.

I could get a steady pay check, no matter what I produced.

And I guess that's the definition of a bureaucrat, right?

So anyway, I got degrees in wildlife management, biology, community planning, animal range science, and so all of these focused on human dimension aspects.

It's kind of ironic because most people get into wildlife management because they don't like working with people and in reality wildlife management, range management, all of those things focus on working with people.

In addition, I stayed in the military.

Here 2014, I retired after 41 years.

I appreciate the lady yesterday, she talked about her service in the Vietnam War.

I thank her for her service and all veterans in the room, I thank you for your service.

My role in the military was specializing in preventative medicine, and particularly combat stress control.

I was a commander of several units that worked on combat deployments where we focused on reducing non-related combat deaths and injuries, focusing on disease, focusing on safety, accidents, things along that line.

My role as a combat commander for a combat stress unit was focused on reducing soldier suicides and so I appreciated the comments that were made just previously by the group that was here about the -- the therapy sessions and using horses in therapy because I do think that there's a very important aspect of using horse therapy in treating post traumatic stress syndrome in veterans.

I know 4-H has developed some programs and I would suspect the sanctuaries are working with other groups to do that.

Now getting no where we are at, the Berryman Institute Waston tacked to create a summit on wild horse and burro management.

The institute as you see, we are a think tank but we are different than most think tanks because what we focus on are the science of managing mitigating human wildlife conflicts.

In other words, applying science, management, education, to develop policies through teaching, education, that -- that mitigate -- that enhance human wildlife interactions by reducing those particular conflicts.

And so we do this through outreach.

We do this through engagement and national symposiums over the last 20 years we hosted 20, 20 plus international symposiums on various different topics and one of those was management of wild horse and burros.

Our unique niche was that we focus on the tough issues.

If you will, we focused on the good, the bad, and the ugly of wildlife management.

Now, horses are not considered wildlife.

They are their own category.

They are neither considered wildlife under the definition of wildlife from a state management agency and yield you heard Kevin Bonel talk about his perspective.

One the things we also do is publish a journal.

We publish a journal, open access journal and there are three examples of journal there and I would like to talk about each one of them because they are going to lead into my discussion about some of the responses that we have -- have got to the questions at the national summit and I will talk about the summit itself, and who participated and the demographics.

The first journal focuses on someone feeding a squirrel.

You have an urban population, 330 million people in the country and most of them live in urban environments.

And so most interactions of the urban public and the urban environments deal with situations such as this.

A most recent issue focuses on cosmopolitan coyotes and the idea of what coyotes are happening in urban areas and human beings are reacting to them.

Anyway, first photo the human wildlife interactions journal focuses on urban wildlife.

Several years ago we did a national survey and when I talk about the national survey, these are random surveys, they are stratified, and they are based on demographics designed to be very rigorous in terms of getting the kind of information we need to understand human behavior and understand the things that influence human behavior.

This particular survey, surveyed 1500 households in the United States and what we were astounded to find out, that 66% of those surveys -- the surveys that responded in the five years prior to, had experienced a negative interaction with wildlife.

So their relationship with wildlife in these urban areas were largely negative.

And a lot ever those situations you have a deer in the garden you have a deer that you happen to hit with your car or you have got some other interactions.

So that the thing to point out is that our experiences, our individual experiences and observations shape those values and shaped our perceptions about wildlife and the

management of wildlife.

Those are key things to know.

Now in the absence of those kind of experiences, we also ask individuals where they get their information from.

What helps shape their values?

What helps shape their actions and the key things that came out were family, friends, and more importantly today it's social media.

Research suggests that 87% of the -- of the public -- of the public in the United States receives their news through social media outlets.

That's pretty astounding.

I mean Walter Cronkite would be shocked if he heard that.

So anyway, the second one focused on something else.

That issue dealt with the concept of One Health, One Health.

We had a speaker in the summit that talked about the importance of One Health and One Health refers to the issue, the interactions of human beings, wildlife with the environment.

The health of each influences the other.

You cannot take those separately.

You cannot look at human health, wildlife health and environmental health separately, because they are all intertwined and they all have significant focus.

Dr. Kane is a veterinarian and has a significant role in the One Health concept and expanding that and exploring the options.

The third human wildlife interaction focused on large carnivores.

The large carnivore interactions, particularly predatory actions.

In the last 50 years, mostly in the last ten years, the numbers of predatory attacks of wildlife on human beings has increased.

Our most recent issue on cosmopolitan coyotes has documented an increase in

coyote attacks on human beings.

That article, that magazine, that journal focused on the peer-reviewed science about what are the attacks.

Why are they occurring and how can they mitigate the attacks by our behavior.

It's interesting to note, a lot of those attacks are caused by human ignorance, human not understanding the consequences of an animal in an environment and approaching the animal and doing things to attract the animal to an urban environment.

One of the things we also did when we looked at the predatory animals we did a national survey of public's response to predators and predation management.

In other words, what does the public think about predators?

But more so, what do they think about the role of managers and managing predation?

What we did in these national surveys, again, it was a random survey of households in North America and this included Canada.

We gave them situations or scenarios where we placed in the situation where there was a specific predatory animal preying on a specific species.

And we provided context where they could make choices.

They could make decisions based on the animal, based on the information, based on their knowledge about the situation, but also their perceptions of value of that particular predatory animal.

If you happen to be a snake, the jig is up because most folks felt that any time a snake did anything at all to any animal, it should be controlled.

So anyway -- but what we did see in the survey which is pretty significant is that the public is pretty sophisticated.

It provided the correct information, the correct sciences, they are clearly able to see shades of gray and they are clearly able to understand the role of management and particularly target management in addressing an issue.

And that's the critical component.

Information, education is part of that knowledge base that helps to make the decisions, but those are also related back to how those values, those values affect those outcomes and so anyway, what I'm going to do now is I'm going to talk a little bit about

the summit.

Let me see if I can advance this.

And what it was, the purposes of the summit, I've got some information here.

The summit was attended by, oh, 230 people over 100 different organizations, from 30 some different states.

And so I will get into some of the demographics of summit participants.

It was invited.

Those individuals that were invited were specifically invited and nominated by a steering committee of 20 organizations, and the individuals and organizations invited represented those individuals, organizations that were concerned about the issue, and concerned about implementation.

1971 Wild Horse and Burro Act.

As you can see by the logo, folks have looked at the logo and we got some criticism on the logo.

The logo reflects the concern.

The concern if you will, and the despair, the frustration.

As I sat here over the last day, I saw a lot of different values, a lot of different perceptions and nobody is wrong.

Nobody is wrong.

All the values and everything expressed over the last couple of days are true and right, and they reflect an individual perspective and they should be valued as such.

What we did do as part of the summit, is we taped the presentations and the presentations are available online.

You can go look at the presentations.

A couple of presenters were here over the last day and they presented some of the similar things presented at the summit, but idea here was establishing what is the base of science?

And I know we heard some comments about science and shadow science, and there

BLM_003163

is shadow science.

There is shadow science there's no doubt.

Usually the metric to determining what science is appropriate and acceptable, it has to undergo some type of peer review by the scientific community.

In other words, it has to be reviewed.

It has to be evaluated based on its methodology, based on the techniques, based on standard, scientific process and then it ultimately, if it stands the merit of that, if has the rigor, it ends up being published in a recognized peer-reviewed journal and then it becomes the best available science.

Now, when we get into the survey, I need to caution you, the survey represents a sample of individuals that participated in the summit.

It represents a very good cross section of individuals, organizations interest that are concerned about the issue, but it was not random.

And so it doesn't have the kind of rigor that you would typically find in a survey.

And so also, I urge the board, when you see or hear comments made about a certain number of percentage of people support this, versus that, unless there's documentation about the survey being done and the questions being asked appropriately, following standard rigorous protocol, I urge you to take that with caution because anybody can say anything about any issue and I can go survey the funds in my backyard and they all have certain opinions.

And I can say, well, this is what the public believes.

In reality, those things can only be achieved through a standard rigorous process involving sociologists and folks experienced in survey techniques.

One of the things I would encourage the advisory board to do, is a good national survey about public perceptions with wild horse and burro management and policies.

Clearly there are a lot of emotions involved.

So any way, the final day of the summit, after we heard some of the presentations.

And so the idea with the presentations was to kind of create a level of understanding.

Not agreement, but understanding about the issues, what's happen historically?

BLM_003164

What are the policies?

What does the science say?

What does the science say today?

Since 2013 and the national academy of science reports, there are things that happened.

One of the things that we need to understand and sometimes we forget is the science is never done.

It's never done.

There are new things developed and there are new ideas.

There's new concept.

There's new techniques and so as those science emerge, that's those data emerge, we have to continually ask us questions about the science and to understand it and so even some of the things Dr. Boyd talked with yesterday about they are going back ten years after, and looking to see how things have changed afterwards and so -- so you need to be cautious about that.

The science is really never done.

So anyway, what we tried to do is understand the framework and the understanding of what folks felt and what they might have agreed with at the final day of the summit and so we asked them a series of selected questions.

And so what we did is we used the clicker response method, where we formulated a question and when I say we, social scientists formulated a question and they asked respondents to respond digitally with a clicker and they were instantaneously.

Those responding to the survey, had immediate feedback at the time that the survey was conducted.

And so I will share with you a snapshot of what some of those responses were.

And, again, this is who they are.

This is who the individuals that were responding and so as you look at this cross section, they represent a good cross section.

Now, you look at the percentage and you say, well, wait a minute.

BLM_003165

They don't add up to 100.

Well, because several people had different interests.

They were allowed to choose different things that they could respond to you know, for example, some individuals were agricultural representatives but maybe they also were part of an NGO.

And so as you see there, we had a fairly good dispersions of group or individuals who are interested in the wild horse and burro management.

We also did have some youth involved.

As you know the 1971 act was passed largely on the backs of letter campaign by youth of America who wrote Congress and the President and said we need to act now.

We have need to take responsible for this and so the 1971 act resulted from that.

Okay.

And so we asked some questions, what are you doing?

And here's some response, and I see these -- the word slides might be a little -- a little vague for those in the back.

So I will just kind of reiterate some of those.

Of those who represented the organizations there, they indicated that they -- 55% indicated that they actually had a policy on wild horse and burro issues.

We didn't ask them what that policy was, but we said, have you thought about this enough?

In addition, 69% of those responding said that, well, what we are going to do is we are going to reevaluate our current position and we are going to go back and maybe look at developing a policy.

Maybe putting something together.

We asked them also what are their actions or what actions after the summit might they take?

And public education outreach okay.

Lobbying advocacy, calls to action, devoting staff time to coordinating committees and essentially there was a sense of -- we need to get a little bit more involved.

Actually, we need to get a lot more involved in this issue.

One the other things that came out was about 75% of the respondents felt that additional summits like this might be of value in the future.

And so the nature of those summits would be determined, again, about the nature of the issues.

Just checking my time here.

Okay.

So here are the meat, the meat of what we are looking for.

And so we asked them a series -- and I think I have 20 some slides where I will summarize some of the key issues and, again, you saw the demographics but, again, the demographics of summit participant represented a pretty good cross section of individuals and organizations that are concerned about this issue.

And so the number one question we ask, why are you here?

And the question was:   I care about making sure that wild horses are treated humanely.

And if you look at the response, 79% of those that responded to the survey said that's why we are here.

We want.

We want to understand.

We want to make sure that wild horses are treated humanely.

I suspect a survey of this with the US public might yield some of the same results.

Okay.

The other question I asked, I'm concerned about the current horse population numbers and the health of range lands.

You know, that was unanimous response almost, you know, 99% said we strongly agree with it, and 100% said we agree.

The folks that attended or responded to the survey share a lot of the same concerns of those in this room.

I'm concerned about the impact of current wild horse population numbers on wildlife.

You know, again, a strong response, you know.

80% roughly said that, yes, they strongly agree with that and another, you know, 21% said yes, we agree.

And so, again, we looked at some of the strength of those responses but generally overall, there was agreement with concern about the humaneness of how horses are being treated and concern about the current situation and a concerning about the impact that wild horse populations may be having on wildlife.

Next question dealt with the economic impact, the impact of horse population numbers on rural economies and again if you add those two figures to go, you know, you are getting up into the 90% range where folks agreed with that.

Participants were concerned not only about horses and wildlife but they were concerned about the local communities.

They were concerned about the livelihoods and I heard that from individuals today, concerned about the livelihoods of those who work the landscape and derive their income from.

Several years ago, we did a national survey on -- of ranchers, ranchers in North America -- or actually the United States and we were concerned about their attitudes and perceptions about endangered species act and we had a whole series of questioned in there to select from and rate their highest concern and when we received the results back, we were kind of stunned with their number one concern.

Does anyone want to take a shot at what do you think ranchers, farmers, land owners in the United States, what was their number one concern about the Endangered Species Act?

Yes, Steven?

>> STEVEN YARDLEY: I would guess property rights and water rights being compromised.

>> DR. TERRY MESSMER: That's a good answer.

The number one response from landowners in the United States, when we talked

about the Endangered Species Act, was affordable healthcare.

The idea that the Endangered Species Act could impact the revenues that they generate from their revenues to pay for the healthcare of their families.

Okay.

I'm concerned about the current impact populations on individual horse health and, again, you know, still really high responses here.

You know, we are talking 90% responses.

You know, again, this group heard some of the information over the first day and a half and they are responding accordingly and so we did not do a pretest, in other words we didn't do the survey before the summit.

We did it afterwards and so to do that, you would probably need to do both a pre and post test if you want to measure learning.

I'm concerned about the cost to taxpayers for holding horses.

I think a lot of concern.

90% again, and, again, I think a lot of those concerns would be shared by this room.

I believe that achieving thriving natural ecological balance requires maintaining a diversity of plant and animal species on the range.

Again, high, high, high support.

Over 90% agreement.

I believe -- I believe achieving ecological balance requires achieving rangeland health standards on federal lands.

You know, again, fairly strong achievement, but a little bit more diversity.

A little bit more disagreement and a little bit more opinion, but, again, still really high in that 90 percentile range.

Any time you get this kind of response in a true rigorous survey, it suggests the values.

Now, there's no way with this particular survey, that we are able to break this down based on demographics and so we don't know if -- if a rancher or we don't know if a sportsman or woman, you know, how they responded and how they shape out but

given the level of this strength, it suggests that there was consensus among those groups.

I believe it is possible to increase adoption enough to meet current supply of excess horses.

A lot of disagreement here.

And, again, we are in that range where it's 90 percentile, and, again, that was based on the information that was presented that the production on range estimates of 13,000, 14,000 versus what's adopted is based on the facts that they made this decision.

I believe that no kill solutions alone can adequately address off range population current conditions.

And here's another deck, 90% that if we are looking at off range populations, what options are there?

I know there were some interesting options presented this more than, about looking at adopting horses that are off range, and so all of those things no doubt have merit.

Just it's an issue, again, of scale.

I believe that no kill solutions alone can adequately address on-range populations that -- which are over and above AML.

And this was clarified based on current conditions and current financial constraints.

And, again, you see basically there was strong agreement with that in the 95% range.

I believe the combination of temporary permanent fertility control can reduce current horse populations enough which in the foreseeable future to alleviate theism pack to rangeland health, and, again, the clarification was under the current law with the current riders and not in combination with euthanasia.

And you see strong agreement for that statement.

Excuse me, strong disagreement for that statement.

How supportive are you of current situation?

96% completely opposed and over the last day, I heard a lot of frustrations, a lot of concerns about the current situation that one thing we can agree on is that not everyone are happy.

The next question.

Strong support.

78% completely supportive and another 18% moderate supportive.

And how supportive are you of horses for protein for pet food.

86% completely supportive and moderate support.

Now we start to see, we get into this next series of questions and there's more divergence in terms of level of spot.

How supportive are you of developing additional opportunities for adoption within the United States?

Completely supportive.

67%, moderately supportive 18%, and so the support is still fairly high but there's some divergence.

I can't tell you what demographics diverge from that because we didn't have that information.

We didn't tie it back specifically to the demographic.

How supportive are you of developing additional opportunities outside the United States.

Again, looking at the numbers, fairly strong support in the 80 percentile range and these were things, for example, international adoptions and things along that line.

Assume we can't control anything after adoption.

In other words once the horse is adopted, and it's overseas, you know, the rights to that horse or the rights to tracking that horse or not available.

How supportive are you of permanent sterilization?

Again, strong support.

71% moderate support in the 18% percentile.

How supportive of the non-remaining producing herds in the HMAs, the clarifications

BLM_003171

herds would not die off but they would be supplemented by other horses into the future and I think that's one of the things talked about by the sanctuary today that sustaining populations may be through minor reproduction changes.

But, again with this particular question, you saw not really a whole lot of support with this and not conclusive where it was in the 90 percentile.

And how supportive of are you of BLM managing horses within their boundaries.

Again, mixed emotions on this one.

Again we don't know what the demographics of respondents are.

This is a question that there was also some difference of opinion.

How supportive are you of gathering and removing excess horses to place on private leased pastures off federal lands?

A clarification regardless of cost, more capacity where off-range horses can be placed.

What you see here is a lot of -- a lot of dispersion in terms of responses.

And, again, we don't have the demographics to back these up and what group responded which way, which should be something that should be done if we are looking at a national survey, is tying these responses back to demographics.

Okay.

Let's see.

How supportive are you of reducing the age of sale without restrictions from 10 plus years to 5 plus years?

67% were completely supportive and another 26% were moderately supportive.

And so this is some change in the policy which would look at how we -- how we change and how we manage horses in off-road -- in off-range facilities.

How supportive are you of euthanizing for population control for unadoptable horses?

81% were supportive of that.

Okay?

But, again, there was some difference of opinion on it.

How supportive are you of adding mules, mules to horse herds to control growth, population growth?

And, again, opposition completely opposed, were in the neighborhood of 50 -- of 38%, but, again, there was a lot of dispersion of the respondents and we can't tie it back to demographics because we didn't ask individuals to identify that in their responses.

How supportive are you of maintaining non-reproducing herds in HMAs and, again, some mixed response.

32% completely supportive but then again it ranged down where there was a good overall support for some of these things.

How supportive are you of the BLM allowing individual states to managing horses within their boundaries?

55% supported that.

The idea that states would take over management authority and Utah a few years ago actually asked us to develop a draft of a state plan, in other words how would the state if they assumed management responsibility of these horses, how would the state go about managing them?

And a lot measures in that plan replicated what was identified in the BLM plan, however, the states would have jurisdiction.

How supportive are you of expanding the size of HMAs and I know that was mentioned today.

80% of respondents were completely opposed to expanding the HMAs.

Again, of this particular demographic.

I think there was discussion today about expanding areas when HMAs, one of the interesting things when we look at size, or scale, there are very few preserves, even Yellowstone is not large enough.

It's not large enough to contain all the ecological forces that are needed to manage it.

For example, wolves were introduced into Yellowstone but the wolves did not stay in Yellowstone.

Wild horse and burros don't recognize boundaries of HMA.

They have go where the groceries are green.

How supportive are you in increasing the number of HMAs and, again, fairly strong response that folks were opposed to that idea, that the idea is to manage within the existing HMAs without increasing those and enhance that management as opposed no go beyond.

How supporting are you of allowing horses to self-regulate on the range?

In other words, do nothing?

And pretty strong response across all the demographics.

98% were completing opposed to it.

How supportive are you of maintains horses from BLM facilities for remainder of their lives.

A lot of opposition to this with the demographics that were surveyed.

Again, getting in the range of over 90%.

So it suggests that there was some support, broad support across the range of demographics.

How supportive are you of gathering and removing excess horses to place them in private leased pastures off federal lands?

A lot of spread here.

A lot of dispersion of the results suggests that this is something that, oh, with maybe need to think about a little bit more if we are thinking about it as a management action.

How supportive are you creating a clearinghouse on management options and I think BLM actually has a fairly good information clearinghouse on their website, but this is talking about something that would be a little built more reactive and a little bit more responsive and so, again, there were some support for this and there was some that said, oh, I don't really know.

I don't have any opinion on it but it may be something that BLM might want to look at in materials of that information flow and how you manage that information flow, and how it's updated.

I know electric's a couple of comments made about volunteers and getting volunteers working on some of the darting programs.

BLM_003174

Lastly, out of this, what we have asked the authors to do and we have reached out to international authors, we will have interaction on wild horse and burro management.

So we have a call for papers out.

We are looking at science.

We are also looking at commentaries.

In other words, there were some -- there's some novel ideas here.

The work that's going on in Colorado, I would encourage the sanctuary of TJ and others who were part of that, consider providing pay manuscript, documenting their results and documenting their experiences and sharing that.

This in human-wildlife actions journal is a compendium, of the science, management and policy actions that have occurred since the 2013 national academy national science report.

We hoped to be it a volume that's complete, that balanced, that's fair and it also represents all the view points and all the values and experiences that individuals share are about wild horse and burro management.

And subject to the board's questions, that's pretty much it.

>> GINGER KATHRENS: Thanks.   Thanks, Dr. Messmer, for being here with us today.

It would have been nice to have met you at the summit, but those of us that are actively involved in wild horse advocacy were not invited.

Can you tell me who contacted you to begin this process of doing the summit?

>> DR. TERRY MESSMER: The initial contact of the summit came from a fairly broad steering committee, including environmental interests, sportsmen, state/federal agencies and so if you go to the summit website, there's a complete list of the organizations that were involved in -- in charting and planning the summit and so it's a pretty good cross-section of state wildlife agency, like I said the Audubon Society was part of it and it represents the groups that have been concerned about, it the wildlife society, the society for range management that have been concerned about it for several years and wanting to pull together a -- a forum to kind of talk about the issues to update the national academy of science report.

>> GINGER KATHRENS: So there was not an initial contact person or organization.

It was all of these that came together at one time and asked you to do it?

>> DR. TERRY MESSMER: This was an offshoot of some initial work that we did three years ago in developing the Utah plan.

And so the initial conversation came from the Department of Natural Resources which was wanting to shed some new light and wanting to revisit the issue.

That's where my contact came from.

>> GINGER KATHRENS: In the state of Utah?

>> DR. TERRY MESSMER: In the state of Utah, yes.

>> GINGER KATHRENS: And did you invite any of people that you heard present this morning?

>> DR. TERRY MESSMER: Yes -- this morning, no.

In other words, Ginger, they were.

No natured by the steering committee.

It's the same type of thing that to be invited you had to be nominated, just like to be a member of this board this you have to be nominated.

There were individuals that represented horse advocacies.

I would suggest that a lot of the individuals that participated there, had a strong interest in support for horses and management of horses and were concerned about horse welfare.

And so there were groups and individuals that were represented specific advocacy organizations that were in attendance.

>> GINGER KATHRENS: We are not familiar with those organizations.

>> DR. TERRY MESSMER: Okay.

There's one sitting on the board right here.

>> GINGER KATHRENS: June's organization, but the other three or four --

>> BEN MASTERS: The Humane Society was invited.

>> DR. TERRY MESSMER: Yes, the Humane Society was invited.

>> GINGER KATHRENS: Did the Humane Society attend?

>> DR. TERRY MESSMER: They said they were unable to participate and also the defenders said they were not able to participate but they were interested in maintaining contact and receiving follow-up information.

>> GINGER KATHRENS: In my experience as a political media consultant doing a lot of quantitative and qualitative research, when you get results like the ones we are looking at here today, it's -- it speaks to not having a broad section of people invited to this event whether they were nominated or not.

It's quite an unusual in my experience in the political world and you would probably scratch your head and say, we didn't do the right sampling.

>> DR. TERRY MESSMER: Okay.

Ginger as I pointed out in my comments this was not representative of rigorous representative of America, of the US public.

I pointed that out.

I have a long experience with social sciences.

I don't know what your background or training is, but I have done a lot of these surveys.

I publish these surveys and I understand the public input process and so when I presented these results, I presented them reflecting that they represent the cross section of individuals that participated in the summit.

I identified the demographics but I by no means represented that it's representative of the US public.

At the same time, that the idea that someone can say that the public supports a specific view point or certain percentage support this issue or that issue, without having the proper demographics and without the rigorous survey, you cannot make that statement either.

>> GINGER KATHRENS: Well, in future, it would be really great that you do invite people who share desperate views from those represented and so we would very much like to participate at some point in a further conference that you might have and I know there are people in this room that very much deserve to be at the table and so

that would be my recommendation to you.

>> DR. TERRY MESSMER: Thank you.

And, again, my recommendation to the board is that one of the things missing on the management of wild horse and burros is this natural perspective this national summit.

And I know the BLM has talked about possibly doing this with -- with someone, but I would suggest that if you are going to do this appropriately, that you probably want to issue an RFP and then have some of the recognized groups that are either affiliated with universities that usually do this type of research that they would then maybe compete for that and do it early on the on and up.

I'm not lobbying for Berryman Institute at Utah State University to do it, but I think what is needed some clear understanding of the public's knowledge about this issue, about the knowledge of the options and about the understanding of how these things are integrated together.

Without that, everything that we say about it is basically based on personal observation.

And as quantified or qualified the results that were presented here, there was strong support for issues but this represents the demographics of ail select audience and it's not a random stratified sample of American public and that's one thing that's missing on the issue of wild horse and burro management.

>> DR. JULIE WEIKEL: Could I ask for Dean Bolstad to please step in at this point and tell us what happened to the national survey that BLM had solicited.

It was starting.

There were focus groups.

If you remember, my objection that the West was being focused around Las Vegas, because I wasn't really sure that they could represent the West.

At one time, BLM was actively engaged in exactly what you were suggesting is needed.

What the heck happened to that?

>> DEAN BOLSTAD: So it is still there.

It is still waiting to happen.

BLM_003178

The questions that were to be surveyed need office of management and budget approval and Jason Lutterman can probably help to inform.

This can you provide more precise information?

I believe we have the questions, maybe approved at this point, but help me out here, thank you.

>> JASON LUTTERMAN: The wild horse and burro, the BLM front office has to review our response to over -- I think it was over 3,000 OR 6,000 comments we received in response to the public comment period and so, once BLM gets done reviewing that, it goes to the department and once the department is done, it goes to OMB.

And then once that's done, we'll be able to issue -- start our focus groups to develop the survey questions.

>> DR. JULIE WEIKEL: AM. I erroneous in thinking this is kind of slow?

(Laughter)

>> JASON LUTTERMAN: Yes.

Typically we receive about four or five public comments for these types of notices, and this time we received thousands and so it took sometime to go through that and in the meantime, we did lose our staff person who was the lead on that project.

>> DR. JULIE WEIKEL: Jim?

>> JAMES FRENCH: Being the newbie on this board when did we initiate that process?

How long have we been in there?

>> JASON LUTTERMAN: Since 2015.

>> JAMES FRENCH: So we are two years in this thing.

Just from a deliverables point of thing, what do you anticipate to the completion when we can put this out on the ground?

Obviously, I think everybody is with baited breath is waiting for that type of activity.

So what can you tell me on that?

>> JASON LUTTERMAN: So we did extend the contract.

We have are working with contractors.

We extended their contract for another two years but I believe the study -- the focus groups will be done within a year and then we move on to issuing the national survey, the next year after that.

>> DR. TERRY MESSMER: You can put a national survey on a website and what you will do is you will get a biased result and so when you look at randomized sampling, statistically sampling, you know, households are selected, demographics within the house hold are looked for, and so more and more, that's becoming real problematic.

A lot of surveys we have done in the past have been mail surveys follow-up responses where we didn't get a response.

We contact the individual by phone.

And most folks have cell phones now.

The demographics and the complications with true surveying, you know, getting public values is very, very difficult.

And, again, there are -- there are several organizations, several groups, you know, again a lot of these tied to universities that specialize in that kind of rigor.

And I don't know what -- what the process is, if you are going to contract with the marking firm or what you are going to do.

But, again, be very, very cautious about when you look at polling results.

I mean, the last election shows that -- so the merits of polling.

You know, and what pollsters can get wrong and what they can get right, but the bottom line is that it is very difficult and to be done right it has to be done very thorough.

Internet surveys are very, very suspect in terms of the results because of how they can be influenced based on social media and based on things along that line.

And so there are standard techniques and, again, there are a lot of folks well versed in doing this type of thing and given the change in demographics and how people get their information, and things along that line, it's going to be a very difficult task and it's going to be something that's going to take definitely a couple of years from the time you initiate to complete it, to come out with some kind of validity in terms -- that you can support those results statistically.

>> DR. JULIE WEIKEL: Thanks.

I have a question for you Dr. Messmer.

If you could return to your -- the next to the last slide and the one just before that, and please clarify the difference in those two questions, and the degree to which we're certain that the audience understood that difference.

>> DR. TERRY MESSMER: Which question?

This one?

>> DR. TERRY MESSMER: The third slide about is how supportive are you in maintaining horses in long-term holding facilities, okay?

And then the next one is, how supportive of you -- are you about putting excess horses on private leased pastures off federal land?

>> DR. TERRY MESSMER: This is a different facility.

This would be different.

It's not an existing holding facility.

It's actually another mechanism where you actually involve -- one of the things that was talked about is the idea of working more cooperatively with local ranchers.

There has been interest, for example, some ranchers that I worked with in Utah, that have been interested and wanting to be part of a partner in the process.

In other words, historically before the 1971 act, ranchers essentially in a lot of cases, they managed their local herds, if you will.

And so in some cases, they actually turned out sires or other things along that line to criteria.

These particular ranchers, want to preserve the traditional Spanish mustangs, such as the body type.

So they suggested the option that if we could work with BLM and we could take over more of a management role of these populations, we could be responsible for removing, for culling, for managing these animals, to achieve the status.

We could essentially create a primero breed of the Spanish mustang this they also

would be willing to pay the AUMs.

Pay BLM the AUMs for having those horses on their federal permit.

And so this is talking about a concept of doing something different than what we are doing right now, and creating pore freedom in terms of some of the way how the population is managed.

>> DR. JULIE WEIKEL: Thank you.

Dean, would you address this?

I think there might be some confusion about long-term pastures, long-term holding, and something along the lines of the -- a partnership which allows a local group to -- what do I want to say, guide the genetics for cultural reasons.

>> DEAN BOLSTAD: So I think you just answered the question.

(Laughter)

Pastures that we contract for to keep excess horses on, that's been our program.

The other thing that's suggested here is involvement from the private sector and managing the herds, I think is what's being suggested.

>> DR. JULIE WEIKEL: That's precisely why I wanted him to go back to the slide, gathering or removing excess horses on private leased pastures.

That's the definition of our long-term pastures.

>> DEAN BOLSTAD: The --

>> DR. JULIE WEIKEL: And yet in the previous slide, the participants said no, we are not really in favor of long-term holding.

>> DR. TERRY MESSMER: The assumption of these holding facilities, one of the things with the tours that they did also visit the delta facility, the holding facility and so the concept of the holding facility is looking at that facility.

You know, the idea that you've got horses that are milling around and spending their lives in a facility, where they are going to end up, no one knows, versus getting the involvement of additional land owners and looking at a lease pasture option.

Again, the clarification for all of this was regardless of -- it's -- the idea of creating more capacity on native ranges regardless of cost.

>> DR. JULIE WEIKEL: Thanks.

Go ahead, Dean.

>> DEAN BOLSTAD: So maybe it's a similar concept that Madeline Pickens had proposed to BLM?

Is that what's being suggested here?

I'm confused as well.

>> DR. TERRY MESSMER: I know the Madeline Pickens concept.

I know what is going on this.

This is looking at creating more capacity.

Creating more capacity.

Creating other options where you have more horses available to go on private lands, private lease ranches.

This is the demographics of it.

I'm not going to second guess what the respondents did and maybe what you are suggesting, Julie, is that that's reflective of some of the dispersion that we see in terms of the agreement and disagreement.

So it --

>> KATHIE LIBBY: If I may, I think your original question was how sure are you that people understood the distinction between those two questions.

>> DR. TERRY MESSMER: And I'm probably not because looking at the dispersion of this -- and if you look at the dispersion on some of these questions, some do reflect values but some probably reflects the confusion in terms of the question.

And so when you look at a national survey, all of these questions that you are going to be using in a national survey, you probably will test them for the focus group to make sure that people have an understanding and what the terminology and what the questions mean before they are released.

>> DR. JULIE WEIKEL: Okay.

Thanks.

Thanks.

I mean, we -- BLM does that.

They have long-term pastures.

>> DR. TERRY MESSMER: I know that.

I know that and the respondents know that.

>> DR. JULIE WEIKEL: Well, I think that's what they thought they were answering in the previous question, but that's why I think it's really unclear what the difference is between these two questions.

That's all.

>> DR. TERRY MESSMER: Are there any other questions?

>> GINGER KATHRENS: I just have one more question, and when you are coming up with conclusions and statistics and so forth, and you start out with a summit with the logo of starving-looking burro and a starving-looking horse, aren't you already biasing the conclusions?

I mean, the -- you are starting out with a supposition before you have even conducted, and on the summit, the attendee -- one person said to me, it was like having a health care conference and only inviting the insurance companies.

And so, I mean, how do you respond to this?

>> DR. TERRY MESSMER: Well, I mean the logo was developed again by responses from the steering committee and it reflects the general concern about the urgency, the sense of urgency and the idea that this encompasses the entire United States and not just the western area is because it is a western land issue.

The steering committee discussed having a healthy, free roaming horse and we saw some great pictures here today about that, but that also reflects the image that everything is right with the world and it's really not right with the world.

You know, the consensus of the individuals and what I heard yesterday in terms of the comment period is that everybody is not happy.

You know, everybody thinks there could be improvement.

Everybody wants to see the right thing being done but we differ based on what that right thing is.

And so, you know, I understand your concerns.

I share those concerns.

But essentially when you are looking at putting these things together, the idea that was reflected and actually came out of the end result of the summit is that folks that participate in the summit feel that we can no longer kick the can down the road as one participant said, that the things that have been doing over the last 20 years have been essentially exacerbating a situation and it's becoming more intense and more volatile and it's becoming more emotional.

And so the question is given the constraints we have with budget and management and all of those things, we need to do something.

What I did find is working with the participants of the summit, they are all open to new idea.

S.

This they are all open to new partnerships and there a sense of an urgency that something needs to be done.

>> GINGER KATHRENS: Yes, I agree.

Something needs to be done and it's nice to include the people not kicking the can down the road.

And not includes those non-can kickers would have been a very, very good thing to do and would have shown the honest with which this conference was created.

>> DR. TERRY MESSMER: And I appreciate that.

Like I said, I -- the comments made today, you know, the work that's going on, I was just marveling at the commitment and the dedication, and the idea is how do you replicate that across the landscape with sufficient scale that you address the situations that were also presented by the speakers the day before?

>> STEVEN YARDLEY: Yes, I just had a comment with that -- on Ginger's comment of the starving horse and the -- or the thinner horse and the thinner burro.

Quite frankly, I think that's what we are up against right now with our wild horse and burro population as a whole.

I agree and I'm very proud of the people who presented today and the work they are doing and I don't feel like the work that they have put in should be overlooked, but as a nation, our wild horse and burro program is currently -- there are approximately 75,000 horses we are dealing with.

If that continues on, status quo, if there's not a natural disaster, which potentially could there be in a lot of these locations that are being overwhelmed with the amount of horses that are currently on them, when AML approaches six and seven times, when the appropriate management level has been exceeded by six or seven times, that is what we are up against.

And in the next four years that number will double to 150,000 and in the four years after that, potentially 300,000 wild horses within the HMAs.

Nobody wants to see these horses die of thirst or die of starvation, but unfortunately, that is what is going to happen if status quo begins to be followed and there are some very tough decisions that have to be made right now that should have been made many years ago but weren't for whatever political reason or agenda, and so there are a lot of things that we are faced with right now that have resulted from kicking the can down the road, and there are a lot of horses that are suffering unnecessarily because of it.

Thank you.

>> DR. JULIE WEIKEL: We need to bring this to an end.

We are scheduled for a break right now.

Thank, everybody, for participating.

Tough issues.

We all know it.

Thank you.

(off microphone comment)

>> KATHIE LIBBY: Thank you.

Thank you and we'll see you back -- hold on.

So we are, as everyone wishes to, going to spend the rest of the meeting focused on what else do we do?

What do we enlarge?

Whatever, whatever, whatever.

What are we doing?

What are the actions?

That's what people are asking for.

That's what we will focus on.

Please come back at 10:15 and Mary Jo will get us started.

(Break)

>> DR. JULIE WEIKEL: Ladies and gentlemen, can we get back to our seats, please.

We have an important presentation.

Let's get back to our seats, if he can, please.

Our next presenter is Mary Jo Rugwell, the project lead and Wyoming state director.

I would ask us all to pay very particular attention to this presentation.

I think it will inform our subsequent discussions greatly.

So let's take it way, Mary Jo.

>> DEAN BOLSTAD: Julie, would you please do a sound check with Dr. McDonnell if she's able to hear now.

>> DR. JULIE WEIKEL: Sue, how are the electronics working for you?

>> DR. SUE McDONNELL: Much better.

>> DR. JULIE WEIKEL: We hear you beautifully, but that's probably just because of the eloquence with which your voice comes across.

Thank you.

All right.

Great.

Thank you for being here.

By any chance, do we have Fred on line or Jen at this point?

Okay.

I would assure you both of the other board members have this presentation, and have been encouraged by multiple parties, be sure you review that before tomorrow.

So they are doing that and going to try to call in this afternoon.

Thank you.

>> MARY JO RUGWELL: Thank you so much.

I am Mary Jo Rugwell.

I'm the state director for the Bureau of Land Management in Wyoming.

I was asked by the acting director of the BLM, Mike Nedd and deputy director John Ruse to act as a colead to put together some elements that will eventually become a report to Congress and report to Congress, the purpose is to try to outline a path to sustainability for the wild horse and burro program.

And so that's what my role is.

That's why I'm here today.

Thank you very much for the opportunity.

I would have loved to have been here yesterday, but I was at a leadership team meeting and I had to drive from Casper, Wyoming, to Grand Junction yesterday.

It was a beautiful drive, but it took a lot longer than I thought would.

Again thank you so much.

I was really impressed by the presentations that TJ Holmes and the great' scape mustang sanctuary and the Sandwash advocate team made.

It's compassion, combined with meaningful advocacy, and think it will be the way to get to sustainability in this program.

I was anxious to hear that hear.

Secretary Zinke has held some conversations with a variety of advocacy groups to get their input on the challenges we have.

Obviously, those were just initial conversations and I'm sure there will be additional conversations with advocacy groups.

Next slide.

This is the one.

I said next slide and it was already there.

That wouldn't be good.

So in the FY2017 appropriations act, the BLM was asked for a report that would outline a path to achieving long-term sustainable populations of wild horses on the range in a humane manner.

And so we have heard the phrase many times already today, healthy horses on healthy rangelands.

I was visiting with some folks in the hallway earlier, and that is absolutely what the Bureau of Land Management wants to see.

Gathers are very difficult for all of us.

It's not the thing that we want to have to continue to do.

We have need to figure out a way to have the appropriate number of horses so that the rangelands are healthy and they are healthy and that's what we are all trying to do here.

So because of this request from Congress, an interdisciplinary team has been working on trying to put together elements that will go into this report to Congress, and one of the reasons we are doing this presentation today is to outline those elements and to give the board an opportunity to weigh in on ways that we can meet the goals of those elements, put that in a report that we give to the Congress, that really outlines that path to sustainability, healthy horses and healthy rangelands.

So we'll go ahead and I will go through -- go ahead, next slide.

These are the elements that will be a part of that report to Congress.

Achieving appropriate management level or AML, I will probably use that for the rest of the time.

Maintaining AML, reducing our holding costs, placing excess animals into private care, ensuring humane treatment of the animals, using best available science, providing economic development and international aid, providing public information, and I think really one of the big keys is increasing our ability to work with partners.

So we look forward to hearing the board's thoughts on all ever these elements.

I'm going to go through them, through the components of these elements, and then at the end of the -- of the presentation, I will go ahead and summarize the questions that will be related to each of these.

And then the work for the rest of the day, I believe, is going to be getting feedback from the board on ways that we can achieve the goals.

These elements that are outlined here.

So element one is achieving AML and in the 1971 wild free roaming horses and burros act, it outlines if there is an excess of animals we need to immediately remove the excess animals to achieve appropriate management levels.

This is so important, not only for the health of the rangelands but absolutely for the health of wild horse and burros, and it's not just the right thing to do.

We are mandated by that law to do it and so that's one of the reasons that we really have to focus on this.

This slide shows, I think, in pretty -- pretty good way, where we were and where we are now.

When the act was passed in 1971, we had 25,000 wild horses and burros on the range.

When we were mandated to come one an appropriate management level, we arrived at a number around 27,000.

Currently, our estimates -- and we believe they are pretty darn accurate, we have 73,000 horses on the range.

This number does not include this year's foal crop.

And so we believe that because on many -- in many of the herd management areas we have, we do not have fertility control, and so we believe that the foal crop is

probably about 10,000 foals.

So that number is much higher than 73,000.

So this graph shows what has happened to the population of wild horses and burros.

As you can see, starting in the early 2000s, we were actually for a time at appropriate management level nationwide.

That doesn't mean that every single HMA of which there are 177, was at AML, but overall we were at AML for a time.

But because we didn't have effective long-term population growth suppression tools that we could use, and because we for a time were unable to do gathers because we did not have the capacity in either the corrals or long-term pastures, we had to greatly reduce the number of gathers we were doing.

You can see in 2017, we removed 4200 wild horses, burros, but because of the fact that we have not done a lot of removals in the last couple of years, the population has skyrockets.

Because we couldn't do the removals, there were more horses the range and they were effective in growing the population pretty dramatically.

So in summary for element one which is achieve AML, we are mandated to maintain wild horses and burros at the established appropriate management level.

We believe that we currently have an excess of about 46,000 horses on the range.

And existing fertility control vaccines, while effective for a year or just over a year, it is difficult to just use PZP and be effective in being able to control the population in many of our HMAs.

Element number 2 is maintain AML.

Without population growth suppression, herds can double in four to five years.

If we don't employ those tools or other tools the growth is exponential.

There are no natural predators for wild horses and burros and so if we do not manage the herds, we end up having a devastating impact to both rangelands and to the horses themselves.

Today approximately 84% of the 177 herd management areas are above appropriate management level.

In addition, BLM is mandated by our organic act to manage the public lands for multiple use in sustained yield.

The wild horse program is only one of the many uses of those lands, and because we haven't done a good job of really controlling populations, it's really starting to adversely affect those other uses of public lands.

And so in maintaining AML, really, only two things we can do is gather, remove, and either adopt or sell the animals, and then the other tool we have is fertility control.

Again, because PZP is only effective for about a year, unless you have herds like the ones we heard about this morning, which is just a wonderful story, we have got a herd in Wyoming called the McCullough Peaks heard where we have a great partnership with the friends of a legacy that use darting to control the population there.

That has been incredibly successful, however, we have a lot of really large herd management areas where it would be very difficult to control the populations using darting.

Because of the fact that we have those large HMAs with large numbers of horses and very large acreages, in order to apply PZP, we would have to gather the horses, which is something that we don't really like to do.

It's very expensive.

In order to do PZP on those types of herd management areas, the cost per horse is $2,600.

Again, it would be great if we could find a more effective longer lasting vaccine that wouldn't have to be applied as often.

I think we would have much better success in managing the numbers of wild horses.

So the summary for element two, maintain AML, again, the populations increase 15 to 20% a year.

If we do not do some sort of population growth control.

We have 177 HMAs and a large number of those are now over AML significantly.

Our existing fertility control vaccine is only effective for about a year.

We have a limited budget and resources to be able to do the application of PZP in a way that it would meaningfully reduce the population growth in many of these HMAs.

Element 3 is holding costs.

You can see from this graph that last year, it cost $47.5 million to pay for the horses in holding.

That is almost two-thirds of entire budget for the wild horse and burro program.

One of the reasons that I think Congress asked us for a report is that the President's budget for FY '18 proposed reducing budget for the wild horse and burro program by $10 million.

That's a lot of money when you -- you know, you have difficulty managing because of the high holding costs that we have.

Next slide.

So this slide talks about what those holding costs are.

For off-range pastures which we consider long-term holding, it's $2 per animal per day to keep the horses there.

The off-range corrals which the Bureau of Land Management has in the west cost $5 per animal per day.

If you take the number of horses that we have in holding currently, ironically almost exactly the same number of excess horses on the range, it would cost $1 billion -- with a b -- over the lifetime of the horses that we have in holding right now to take care of them.

You can see that this cost is one of the reasons that we are really struggling.

It's a very high cost.

There's a lot of animals in holding.

And it's been very difficult for us to figure out how to manage based on these numbers.

Even though off-range corrals are more expensive, they are necessary because that's where the horses are taken when they have to be removed.

That's where they are freeze branded, vaccinated, aged, dewormed and their blood is drawn for analysis.

This is also where we are able to do adoptions or sales.

BLM_003193

It would be very difficult to do that in the off-range pastures or on range.

So the corrals are needed for those purposes.

Having the large number of horses that we do in holding is really creating a situation that is not sustainable, and that's one of the reasons that Congress asked for a report from us.

So just in summary, the holding cost element, this says it was $50 million, it was 47.5, but, you know, that's close to 50, in 2016.

We have to reduce those holding costs and it's important that we figure out a way to balance the numbers on the range so that we don't have to take a lot of them off.

It would be great if we could balance the number we take off with the number that we are able to adopt or put into private care.

But the corrals, even though they are more expensive, they are necessary in order to let the program function the way it does right now.

So this slide talks about private care.

You can see in the early 2000s, when we were at AML, we were able to adopt well over 7500 horses a year.

Over time, that number has gone down dramatically to a low in 2014 of just over 2200 horses.

We have been able to reverse that trend in the last three years, mainly with the help of a lot of great partners like the ones we heard this morning, the Mustang Heritage Foundation, they have helped us by training horses and making them adoptive to horses.

And we will almost double the number from the figure that we adopted in 2014.

Next slide.

So in summary for element four, private care, adoption and sale have restrictions on the age, use and facility requirements.

So we have seen that tremendous decline from a high of almost 8,000 in 2002, to actually less than -- it's 3100 in 2016, but in 2014, it was only 2200.

We are on track this year to place more than 4,000 animals in private care, but the

problem is, that's not the balance -- the balance isn't there.

We are removing more horses than we can adopt and so that means more horses go into holding, which doesn't help us to be able to reduce those holding costs.

Next slide.

Element five, humane treatment.

We do have a comprehensive animal welfare policy in place currently for gathers.

In addition we always have veterinarians available at the gather operations.

I want to, again, emphasize that we do want to get out of the gather business.

It's our goal to be able to have balance so that we do not have to do gathers.

We do have a policy for transportation, holding facilities and adoption events, currently in development.

Element six, best science.

In 2017, we supported 24 research studies.

We are spending just over $13 million on those studies.

We're working with a large variety of partners in doing these studies.

12 of the studies are directly related to population control methods, including improving contraceptives.

We're working with seven different universities, the U.S. Geological Survey, and we have one project with the Humane Society of the United States.

The U.S. Geological Survey mays a key role with us in wild horse and burro program research.

They are working on projects aimed at improving -- sorry, there's a fly here, at improving contraception.

We have done some trapping and radio collar studies.

Those are helping us to learn more about movement, about how the horses react.

There was a study result in 2016 on an intrauterine device that was a pilot.

Results of that helped us to redesign that IUD and there will be further testing this year with that.

There are other studies that the USGS do for us, of doing a better job of estimating population, and we're working very hard with them on that.

And we have a population genetics research study ongoing with Texas A & M university.

So the summary for element 6, best science, in 2014, we implemented the National Academy of Sciences' recommended population survey methods so that our accuracy for estimates is better.

We launched a wild horse and burro research initiative in 2015 and there are ongoing research studies, including 12 projects for improving contraceptives and spay/neuter techniques.

Next slide.

Element seven, economic development and international aid.

We believe that there's a -- there's a -- probably a market for some of the horses that we have in long-term holding that could help with some partnerships with tribal governments, and also foreign countries that could put the horses to beneficial use that could really help these countries and tribes, and so that's something we are looking into.

We believe that is, you know, a market that we have not investigated very well up to this point.

>> BEN MASTERS: Would that be for consumption or usage?

>> MARY JO RUGWELL: No, I believe it's for usage.

>> DR. JULIE WEIKEL: Is BLM aware that there are about 100,000 excess feral horses on our American reservations?

>> MARY JO RUGWELL: Yeah, I think -- I think we are.

There's some reservations that would clearly not benefit from this because they already have their own issues.

Yeah.

Yeah.

But that -- obviously there's a lot of reservations so there's some that don't have that.

So -- element 8 is public information.

We have -- with the increase in social media platforms, we are engaged with Facebook and Twitter, trying to put out information about events, adoption events, viewing opportunities for gathers, things like that.

We're working at the state offices and with our field public affairs specialist to do a better job of this.

The website has some more detailed information.

BLM recently went to a different platform for our external website and, frankly, we've had some challenges with that.

We're still working to improve that, so that information is easier to access, but we are certainly not there yet.

And we also produced flyers and promotional items to use at events with the public.

And so this is just the summary for public information about the things we do with social media and the website.

So element nine is partnerships and as I said earlier, we believe that this is an area that we have to do better on, in order to have the success that was discussed earlier today.

Obviously the mustang heritage foundation is a fantastic partner because of all of their efforts in training horses, and efforts like we talked about this morning.

We have been able to do more adoptions because the horses are gentled and trained and easier for people that aren't as skilled to work with, and we need to have more partnerships with local groups to do training, adoption, but I think more importantly, more partnerships for on-range management, just as we talked -- we heard about this morning, with the PZP darting by volunteers.

>> STEVEN YARDLEY: A quick question.

Does that include, like, partnerships with local and state governments and their agencies?

>> MARY JO RUGWELL: Absolutely.

That's part of this too.

>> STEVEN YARDLEY: All right.

>> MARY JO RUGWELL: We are willing to partner with anybody that wants to partner, we'll figure out a way to make it work.

And obviously, you can see from the presentation, if we weren't having to remove and hold horses for such a long time, there would be more dollars to do other things, which on-range management would be our preference.

So -- and so for element nine, partnerships, the summary, you know, we do partner with local citizen groups and national organizations in the management of wild horse and burros both on range and off range.

The Mustang Heritage Foundation has been really helpful to us in getting animals into private care.

And we do have great partnerships for on-range management, with groups like TJ talked about this morning, with our friends of the legacy and the McCullough Peaks her area in Wyoming but we need to find out a way to, I think, expand that really exponentially to try to really help us solve the problems that we have.

Next slide.

So this slide just summarizes the discussion questions that we have, which are directly related to the elements that I just reviewed.

These questions will form the basis for the rest of the work today.

I'm going to go ahead and summarize them right now, but what we will do after I answer any questions that the board might have, is chart our path for the rest of the day to see how the board can help us answer these questions and then we will use that information, along with the interdisciplinary information that our group has put to go.

The number one is how can we achieve AML within all herd management areas in five to ten years.

The second question is.

How can BLM sustainable maintain AMLs within all HMAs.

The third is how can the BLM reduce and control holding costs for excess animals?

The fourth is how can the BLM significantly increase annual adoptions and sales of wild horse and burros?

The fifth is how can the BLM continue to ensure humane treatment of wild horses and burros.

The sixth is how can the BLM use best available science to improve the management of wild horses and burros.

The seventh is what humanitarian assistance opportunities exist for wild horses and burros.

The eighth is how can the BLM better provide information to the public?

And the last one is how can the BLM increase public participation and financial support in the management of the wild horses and burros both on and off the range.

So those are the nine questions that will form the basis for the rest of today's work with the board.

Kristin is going to lead that effort, and I think that we're really interested to hear what the board has to say about these questions and ways that that information can help inform the elements that will make up that report to Congress.

So with that, last slide, thank you.

And so with that, I will answer any questions that the board might have.

>> DR. JULIE WEIKEL: I would ask that the board take this time, that's allotted to your presentation, to ask clarifying questions.

We are going to have plenty of opportunity to make statements in our discussion this afternoon.

And I would propose with your permission and this is the time speak up if you don't like this format, let's go through these questions one at a time, starting at 1:00, and brainstorm, throw out suggestions.

These are not official recommendations with respect -- they are aimed directly at the question.

Okay.

It's brainstorming to answer the question.

At the end, once we have done that, with all nine questions, there may be official recommendations brought forth in the usual way that this board provides recommendations.

But, first, let's have an informed discussion about ex-of the questions that BLM would like some input, and if you are comfortable with that, that's the format under which let's try to move forward.

And Sue, did that make any sense to you?

>> DR. SUE McDONNELL: Yes.

>> DR. JULIE WEIKEL: Are we comfortable with that format?

Since you are going to run the show, I hope -- I hope you like it.

(Laughter)

All right, Kristin, thank you very much.

So information, inquiring questions of our speaker.

>> GINGER KATHRENS: Yes, hi.

Nice to see you.

I have a lot of questions written down here, but, you know, maybe we can address those during our period at 1:00.

You mentioned that in 1971, you estimated the population of wild horses and burros to be 25,000.

The current appropriate management level is now 26,710.

In the creation of the Wild Horse and Burro Act, the people who were involved in writing that act came up with language like, they are fast disappearing from the American West.

There was the perception that there was a critical under population of wild horses and burros and we could lose the wild horses forever.

I would like to throw a shout out to Hope, who was our board member, who passioned away this year.

What is the opportunity to not try to get to an AML that would, again, put the level at a critical mass?

>> MARY JO RUGWELL: Well, Ginger, I think we are absolutely willing to reexamine AML.

You know, AML is set in the individual resource management plans that are done at the -- you know, the field office level.

And I believe that we -- you know, we talked a lot in just trying to figure out what the elements were about whether we would, you know, really entertain looking at AML again and I think we absolutely will do that.

I think our concern is more, you know, having so many animals in holding, and having the population growing in a way that's not managed, and, you know, what the speakers talked about this morning is just the -- you know, that's the shining poster example for me of what this program needs to look like.

And the problem is, that particular thing doesn't fit in a big HMA, but I really liked TJ's you've got to start somewhere.

You know, just do it.

That really inspired me to go back home and talk to a field manager and say, you know, what could we do?

What could we do here?

But I think that -- I don't think it's AML is set in stone.

You know, we -- our resource management plans are good for about 20 years.

And then we have to look at them again.

But during that 20-year period, they also aren't set in stone, because things change and we have to revisit some of the decisions that we made.

Sometimes we have to amend the plans.

Sometimes we have to maintain the plans.

And I think that -- I think that we are willing to look at those appropriate management levels.

I feel like right now we feel like it's just out of control and we just need to -- we need to

figure out what the number is that best works for both the horses and the rangelands, and that's -- that's, I think, where we want to go.

>> GINGER KATHRENS: Well, you manage in Wyoming some of the most beautiful wild horse country in the west, particularly I'm talking about the red desert that I'm fairly familiar with now because we are going to do a pilot project?

Stewart Creek, hopefully to manage those horses on the range, but I'm dismayed at the AMLs that call for one horse every 6,000 acres in some of most beautiful western grazing area for horses.

So I'm glad to hear you say that there could be a reexamination of what I feel are unfair and unsustainable populations where you have AML 60.

It's hard to maintain a Spanish genetic component of a heard like lost creek when it's that small.

So just thanks for being here and I'm glad to hear from you.

>> DR. JULIE WEIKEL: Jim, did you have a question for Mary Jo?

Please.

>> JAMES FRENCH: Thank you, madam chair, and thank you, for, you know, bringing us up to speed on what's going on, and I think from an international -- or a national perspective and whatnot, there's a handful of questions -- and I will go through them real quick and maybe some of these questions will jell together but on the front side and dove tailing off the Ginger's comments having to do with AML adjustments.

I will look at it from the other side of that.

Obviously, when AML was established and even the HMA boundaries were established back in the early 1970s, and by the way, I was a part of that.

There was determinations based on existing wildlife populations and existing AUMs as you are well aware of.

As you might gather, fire cycles, invasive weeds and type conversion of vegetation on public lands, HMA drift, herds that actually tried to follow the forage and moved off their HMA and are existing outside of that and are by structure alone, are actually exempt from the process because they don't have an AML.

And I think that being the case, that dynamic that hasn't been addressed in there, what is the -- what is Interior's intent with that?

Obviously we are coming back to the table, probably to talk about AML.

I think it's a great time for us to actually roll our sleeves up and actually talk about, you know, what's -- identifying what we have there and identifying what our goals are and how we get to that with a new AML and even possibly HMA changes to boundaries based on realities on the ground.

>> MARY JO RUGWELL: Thank you for that, Jim.

I did forget to mention that one of the issues with over population, especially if the rangelands are starting to degrade is animals do -- you know, those boundaries are just -- are just on paper, right?

They don't stay within those herd management areas.

They go other places, and then they -- you know, they sometimes don't get counted because they do that.

You know, I think that we're -- we're open to looking at adjustments that make sense on the ground.

You know, for example, the checkerboard area in Wyoming, incredibly complex to try to manage herd management areas when every other section doesn't belong to the public.

It belongs to a private entity.

And, you know, they take great exception if a lot of horses are on their private, but because it's an every other section scenario, there's no way to effectively fence it.

There's really very little way of effectively managing it.

And we have been sued over the years for that.

When there is, you know, a consent decree or a court order, that really narrows our ability to have a lot of decision space, and we -- we have to just do things to -- to respond to that.

So I think -- I really think that we are open to looking at changes that make sense to herd management areas.

Again, that would be something that we would have to do via the Resource Management Plan and herd management plan scenario.

You know, we would have to do that in a planning effort, but I think there are times that

that is thing to do, because what we have been doing doesn't make sense.

It's just too complex.

>> JAMES FRENCH: Thank you.

Thank you for that and I just would offer to you, I'm sure you are well aware of exchange use agreements that occur for the Interior and Bureau of Land Management to actually incorporate sections of land which are privately held and I think in our case with the checkerboard in Nevada, it's Pacific union railroad, each side of the center line.

It's Nevada lands that now that owns that.

They are interested in coming to the table and talk about exchanging use.

That's a tool that I think Interior needs to look at.

I offer that for the record.

>> MARY JO RUGWELL: That's a great point.

>> JAMES FRENCH: Also with regard to -- I will back up a little bit.

One of the things we mentioned that's on this list of discussion has had to do with how do we increase adoptions?

How do we -- how do we make it more -- how do we make more horses available for public.

I would say that it comes back to the balance sheet question I talked about.

There's a lot of money on table right now if we can control how many horses you have no hold in -- you know, in facilities right now.

$5 a day, I think is what the number was for each one of them, but because we have that resource, because we have budgeted that resource and we have that money that's on the table right now, I think personally, I -- I'm bewildered by why we even have an adoption fee.

I'm bewildered by the -- many of the regulatory rules that we have placed on adoption in terms of age and classification of the animals that are available for adoption.

And I'm really bewildered by the brakes we have thrown on international adoption.

I'm sure you are well aware of that western Europe is well over the top interested in our mustangs.

They are not interested in eating them.

They are interested in -- the same way that folks in this room are interested in them.

>> MARY JO RUGWELL: Mm-hmm.

>> JAMES FRENCH: And I think that is one of the -- personally, one of the solutions to this problem is international adoption and making sure that we vet those folks very thoroughly and make sure we humanely handle these animals when we transfer their title to them.

But I think I would -- it goes back to a proposal made by Director Kornze in Jackson Hole, Wyoming, with the western governors association and western state region of NACO and mentioned at that time this was a proposal on the table that would evaluate people after an adoption, a successful adoption, just as we do right now and at the moment that we -- at the moment that we offer title to that horse, that we write a check for $10,000 to that person.

The idea behind that is that knowing that we have $54,000 from the time we take animal into captivity to the time we no longer take care of that animal, we have $54,000 sitting on the I believe that and if we use $10,000 of that, we still have a $44,000 net gain to the treasury on that balance sheet.

And I'm curious, I haven't heard anything about that since then.

I think everybody in that room, every governor in that room, every county commissioner in that room really perked up and thought, you know what, for the folks that are looking for a way that they can house and process more wild horses, having a stipend of $10,000 per head initially to get them out of public ownership and into some sort of program that would make them available for further adoption down the road, I think would go very, very long way into, you know, trying to take these animals -- these huge groups of animals that we have?

Captivity.

I wonder what your comments were and what you heard about that.

>> MARY JO RUGWELL: Yeah, Jim, those are both great points.

We do believe that this is a market for adoption overseas.

Obviously, there would be a lot of logistical challenges with that, although we still think

it's worth pursuing, because there is a high degree of interest in adoption.

We think that's a market that has not been even tapped yet.

So we are absolutely talking about that.

We also discussed incentivizing adoptions.

You know, the point that, you know, we could -- we could save the treasury $45,000 if we wrote somebody a check, is a great one.

I think it's one of the options that we have discussed as an interdisciplinary team, and one of the things that we are thinking about including in the report.

I think that, you know, the sense that I get is that people really want to solve this problem, and they want to find those innovative ways of doing it.

And it's really, I think, a situation where we are just looking for those kinds of ideas.

So --

>> DR. JULIE WEIKEL: Did you have more questions for Mary Jo?

>> JAMES FRENCH: I'm finished, thank you.

>> DR. JULIE WEIKEL: Questions for Mary Jo.

I have one.

>> MARY JO RUGWELL: Okay.

>> DR. JULIE WEIKEL: Are you aware of -- well, let me back up a little bit.

On your slide element two, maintain AML, your first bullet is gather, remove, adopt, sell, and your second bullet is fertility control, and every sub-bullet under that is about immunocontraceptives.

My question to you is, why is permanent sterilization not a bullet under fertility control?

>> MARY JO RUGWELL: It's certainly an option that we are considering.

Obviously, it's something that we have not found -- I don't think we have found really good ways of doing it well on range.

I know there's research ongoing about that, and I think it's absolutely an option.

Obviously it has to be done.

You know, you have to keep in mind the genetics and the ability to have sustainable populations on the range.

Dean, I don't know, do you have anything more to add on that one?

>> DEAN BOLSTAD: So I don't know, I think it needs to be on the list as well, contraception includes many different things.

>> MARY JO RUGWELL: We didn't really call it out.

It was probably just an oversight, rather than an omission.

>> DR. JULIE WEIKEL: I think it's an important oversight.

Are you aware of a proposal from the southeast Oregon RAC in December of 2015, that represented every HMA in Oregon, and asked BLM to gather Oregon down to low AML and let us, based on genetic selections and opportunities for optimum amount of genetic diversity to be allowed to reproduce and permanently sterilize things that went back to the range outside those specific genetic selections with the goal of prolonging any need to gather for ten years.

Are you aware of that proposal?

>> MARY JO RUGWELL: I personally am not but I'm sure the program folks have.

I have learned more about wild horse and burro in the last few months than I ever did.

I'm not familiar with that RAC proposal.

>> DR. JULIE WEIKEL: Well, certainly Dean is and maybe he wants to address that, I don't know.

>> DEAN BOLSTAD: Yeah, I'm aware of it, Julie.

We received the proposal, of course, and our approach was going to be to do the research studies to determine the safety and efficiency of doing it and, of course, those studies were stood down from for the time being, that you are aware of in Burns and our research program.

>> DR. JULIE WEIKEL: The techniques proposed in that proposal don't qualify as research proposals.

They are standard procedures in the equine industry today.

Anyway, that proposal exists.

Oregon said, use us as a model.

Let us -- let us try to have a sustainable population.

>> MARY JO RUGWELL: I think it's an interesting idea, something worth considering.

So what you are saying is that if the genetics were not good in certain horses, those would be the ones that would be perm nextly sterilized.

>> DR. JULIE WEIKEL: The idea is similar to the darting procedure, you allow a maximum amount of reproduction in terms of diversity, while slowing the total number of reproductions down.

That's the point of making selections about who gets to reproduce.

You know, certainly not the yearling and maybe not the mare who already has ten foals in the band.

I just wondered if you are aware of that.

>> BEN MASTERS: Julie, can you expand on that in terms of Sheldon National Wildlife Refuge and how that compares to castration of stallions?

>> DR. JULIE WEIKEL: I certainly can.

To say that -- that permanent sterilization is not a field operation, which is certainly some of the mythology that is out there.

That's not the case.

It has been done at Sheldon National Wildlife Refuge.

It's in a published, peer-reviewed paper that I have brought to the attention of this board.

The fact that BLM has not looked further into that is, actually, an amazing phenomenon.

If, indeed, we are serious about sustainability, somebody else showed us how to get that done.

And I would submit that permanent sterilization of males and females can be a field surgery.

In the hands of appropriate kinds of people who know how to get things done.

And it's just like darters.

We heard it over and over again.

Not everybody can be a darter.

And that's exactly the case with getting stuff done in the field with wild horses in any respect.

So I would submit this, because it will come up in this conversation, horse castration involves two basic fields of risk.

One is an aesthetic risk and the other is surgical risk and they are additive.

Spaying mares involves only surgical risk.

One might expect the risk to be less than it is for gelding horses, something with which a lot of people are familiar.

And, indeed, the Sheldon study bears that out.

It is a safer procedure.

And I would just urge that you read the whole paper.

It includes the regather rate on the spayed mares, the spays were done preferentially in older mares because it was linked to an adoption program and obviously the adopters wanted the younger mares.

So what Sheldon was left with to return to range was older mares.

And lo and behold, they survived better and all of that sort of thing that's not too surprising when you think about it.

The fact that BLM has not conducted a thorough vetting and examination of the Sheldon experience is in my opinion inexcusable.

And I actually have a graph here that I would be happy to share with the room, I'm sharing it with the only board member that I don't think has seen it.

BLM_003209

It shows reproduction rate on the Sheldon during the spay -- because they only spayed four years, okay?

And reproduction went from 22%, right in there with our national average, down to 6% and we never interfered with fertility.

Would you look at the last blue on the graph.

I would share with you the red is the observed foaling rate, we're at 18% here in 2008, and down here it's 6% in 2013.

Now, during that time, 110 mares were spayed, and 250 stallions were vasectomized.

Half of whom were vasectomized chemically.

And what you see here represented in terms of vasectomies is 125 surgical vasectomies because the others didn't work.

Now how do we know that?

We regathered all of those studs and collected their testicles and went off to Oregon State.

The surgeries, they were 100% successful.

The blue bars, never did that exceed 28%.

And yet look what happened to the reproduction rate.

Now, I would also submit to you in the room, who are not familiar with Sheldon, we have been looking in here in Colorado at some wonderful HMAs in terms of habitat for horses and out West, we have some not so happy horse places.

But the Sheldon is a happy horse place.

It's a good place to be a wild horse.

And so that data comes from an HMA where there's plenty to eat and drink for the horses and as you heard before, no cattle on the Sheldon.

So there's no competition in that respect.

So I don't want to overstate that now, but questions about the Sheldon project, definitely should inform this discussion as we go forward this afternoon.

>> BEN MASTERS: What was the mortality of the mares at Sheldon?

>> DR. JULIE WEIKEL: Okay.

So of 110 mares spayed, two mares died.

That we know of, and I -- I know what the criticisms are about the methodology of -- this was never set up to be a spay trial.

It was set up to do whatever they could do to decrease the number of horses on that refuge.

And so no horse, except crazy ones, went back to the range sexually intact.

So two mares died out of 110.

One mare bled to death.

She definitely was a spay-related death.

The other mare got autopsied in a pretty superficial autopsy, field conditions, and we don't know why she died.

It was indeterminate.

Maybe in a more thorough lab setting there would have been additional information.

We don't know.

So when I give the statistics, I say 2% because I call her a spay death.

Other people don't.

They say, look, you don't know that's why she died.

I mean, horses die in the pen post gather for other reasons.

We know she didn't break her neck.

So that's -- that's one trial.

>> BEN MASTERS: How does that compare so stallion castration?

>> DR. JULIE WEIKEL: Well, as I mentioned, stallion castration involves an anesthetic --

>> BEN MASTERS: Mortality-wise.

>> DR. JULIE WEIKEL: It's less in that particular -- now, remember, when you look at your long-term corrals or your short-term corrals where BLM is routinely providing castration of horses, they are doing horses of all ages and at the Sheldon we were preferentially doing old studs because we had adoptions, okay, for younger studs.

So the studs who got anesthetized and vasectomized, they would have higher risk because of their size, their power, the size of the blood vessels going to the testicles, all of those kind of things.

But in general, castration deaths in the field of wild horses.

Now don't extrapolate this to your backyard horses, because there are things that make it riskier, but it should be around 2%.

Yes, Jim.

>> JAMES FRENCH: I just wanted to clarify also, I'm just south of the project you were talking about there in southern Oregon, and well aware of the working group and a lot of those folks are a major part of that proposal that BLM has not weighed in.

I can tell you that the allotments that are affected by that proposal, are 100% -- there's 100% agreement on that -- working with the bureau on this program, so I see it as a win/win, I don't know how you can lose on that one.

I'm baffled by why this thing has not gotten any legs under it now.

I heard about it a year ago.

>> DR. JULIE WEIKEL: Okay.

Questions for Mary Jo.

We are trying to stay on task here.

We have about five minutes until we break for lunch, and we're going to start right back at 1:00.

Sue, do you have some questions?

>> DR. SUE McDONNELL: No, I'm okay for now, Julie.

Thanks for asking.

>> DR. JULIE WEIKEL: Thank you once again for staying with us.

We really appreciate it.

>> STEVEN YARDLEY: May I ask a question?

>> DR. JULIE WEIKEL: Go ahead.

>> STEVEN YARDLEY: One question I had -- well, maybe a couple of questions, one is regarding the range situation and the rehabilitation it's that's going to need to take place to get that range back to why it needs to be to sustain the numbers of horses that were originally there.

Has there been any contemplation into putting more of that money into range rehabilitation projects?

>> MARY JO RUGWELL: I think the idea, Steven, is to not have to spend so much money on holding and to use some of those funds to do, you know, rangeland rehab.

You know, one of the challenges that we have, we never really know what our budget is going to be, right?

It's appropriated funding.

The President makes a proposal.

The House and Senate figure out what they are going to do and then we see what the budget looks like.

We are never guaranteed any amount; although, we have been fortunate to get enough money to maintain the horses in holding and to do some on range management, but when so much money goes to the long-term holding, it really makes your ability to do on range improvements pretty tough.

We are definitely, you know, engaged in a lot of rehab work for a lot of reasons.

You know, the efforts to improve habitat for the greater sage-grouse both, you know, in the Great Basin and the Rocky Mountain region have really focused on a lot of habitat improvement, but obviously if we have a heard management area that's way above appropriate management level, you are not going to want to invest money in improving the rangelands until you have got your population of horses sustainable.

>> STEVEN YARDLEY: And I guess that would be a follow-up question I would have, is maybe as we move forward, would there be a consideration to first of all, in some

situations where the range has been degradated, reducing that AML in order to compensate for the range quality that's been lost and also considering the sagebrush, and the juniper, and the cheatgrass expansion, and the different things that have occurred as transitions have -- have transpired and thresholds have been crossed that would maybe adversely affect the HMA where those horses are?

>> MARY JO RUGWELL: I'm sure that the BLM would look at the range conditions and adjust down every use as appropriate, including AUMs for cattle crazing and appropriate management level for horses.

You know, there would probably be other things that we would think we would need to not do in that area until the range could hopefully, you know, be restored.

>> STEVEN YARDLEY: And one consideration I would ask if you would think about is in some of those situations if we could possibly for a sort -- for two to three years, if we could move a herd that's in an HMA, in order to let that reseeding the or the restoration project take hold and then put them back in because like you said, the population already exists, it's really hard to reestablish seedings in those arid locations.

>> MARY JO RUGWELL: Yes.

I don't know if that's anything that we ever thought about, but, you know, we typically manage things differently when we are trying to restore an area.

For example, if there's a fire, or if -- even if we do a prescribed burn, we don't allow grazing for a period of two years until the -- you know, until the vegetation is able to take hold.

>> STEVEN YARDLEY: I guess that's what I'm referring to, that does need to take place but you still have the grazers in this situation, it's wild horses.

>> MARY JO RUGWELL: And you also have wildlife that would be using it as well.

>> STEVEN YARDLEY: Exactly.

Thanks.

>> DR. JULIE WEIKEL: Steven, I would like to make a comment about that.

We have some of those examples, and I'm thinking specifically about a fire during which we had to gather the Jackie Butte horses and put them in the corrals and the original -- the original EA specified that they had to go back.

So for those of us who said, we can't get horses gathered, we have our hands on them.

They were scheduled to go back but given the rehab proposals -- because you all know how at the end of a fire, they have to hop in and make a proposal about what they are going to do.

Because that proposal included some seeding, the horses stayed in the corrals for a longer period than was initially planned for precisely the reason you are requesting.

So there might be a chance for success with the rehab effort and there might be other examples of that.

I just know about that one.

I have a question for you, and you said you are learning a lot.

So maybe this is unfair.

>> MARY JO RUGWELL: That's okay.

>> DR. JULIE WEIKEL: And you want to call on some --

>> MARY JO RUGWELL: I will probably volley to Dean and he will get me back later.

>> DR. JULIE WEIKEL: Yeah, he will.

As I reread the Wild Horse and Burro Act in the wee hours this morning, I noticed again that it provides not at all about any kind of suggestion about long-term holding.

It talks about AML.

It talks about rangeland health.

It talks about adoption.

That talks about definition of excess.

It talks about a lot of things.

But long-term holding is not part of act.

And I would kind of like to know the history of how long-term holding came to be part of the wild horse and burro program, if anyone can tell me that.

>> MARY JO RUGWELL: That would have to be a Dean question.

>> DR. JULIE WEIKEL: Okay.

Lucky you.

>> DEAN BOLSTAD: So there may be even be more history here than I'm aware of and recall, but I generally know how we got into the long-term holding business.

I think one of the first horses pastured off federal lands was referred to in public comments and that was Dayton Hyde and the South Dakota sanctuary.

The concept there was we have horses for which there's no adoption demand.

Dayton pitched a proposal.

I wasn't there, but this is my understanding of what happened and BLM said sounds like a good idea.

The proposal is we will have wild horses up there and we think we can generate money from tourism and it will be a self-sustaining operation.

I think that was intent but it didn't occur and then I recall there was an effort nationally to remove some of those horses and adopt them, and I think a number of them were and I'm fuzzy and don't know exactly what transpired since then, but now you heard yesterday that it is a self-contained operation and they have horses up there, many of which were former wild horses.

So more about how did we get into this business of having 44,000 horses in holding, and 30 some contracts, approximately, and five or six states in the United States.

Principally, it happened when BLM Bud Cribley, he was a senior specialist in Washington, D.C.

So it was BLM's effort and initiative and strategy that was initiated in approximately 2000, 2001, and it was a plan that BLM took to Congress and they said, look, we have wild horse issues, and we need to get to AML and here's BLM's plan to do it.

We would like additional money to implement this and there was kind of three legs of the stool so to speak in which we were going to approach getting to AML, and one of them was this long-term holding concept.

First leg of the tool was a gather aggressively because it's the most cost effective, quick way to get to AML, gather aggressively, get the numbers down, and those that can be adopted at the time, about 8,000, we had thoughts we could increase that.

Let's do that.

But the others that are not adopted, then they would be put in long-term holding.

And it was a plan and Congress bought into it and they funded it, and the plan was executed beautifully.

And it is how we got into long-term holding, but I often have said this, the plan failed miserably because some of the underlying assumptions were faulty.

We assumed that we will adopt 8,000 a year.

You have seen the graphs, at least two times, May Jo presented one of them.

What happened to adoptions?

We continued to gather aggressively 10 to 12,000 a year, we tried to adopt, but they declined.

So those horses removed but not adopted went to holding.

Now we have 44,000 there.

We assumed we had 48,000 when we began this.

And they said, BLM, you haven't been counting for all the unseen animals.

We underestimated grossly the number of animals on the land.

For all of those removed this should not be one horse on range left, but there are many horses on the range and we have improved and implemented new survey methods that being for unseen animals.

So, Julie, that's how we got into the long-term holding business.

It was planned, and we executed the plan.

The plan didn't work, and here we are today recontemplating a new path forward.

Lessons learned.

>> DR. JULIE WEIKEL: Right.

I appreciate that.

And, you know, I can imagine back then, it maybe seemed like a pretty good idea, but

we are continuing to expand that right up to this fiscal year with our sort of celebration of another 4700 spots, even as we recognize that it wasn't a great idea.

>> DEAN BOLSTAD: So we haven't expanded the numbers in holding.

You notice that this has been discussion that we contain the numbers and the natural mortality.

In order to reduce cost, Holle' reported 4700 spaces.

We have minimized and decreased the numbers in corrals so we would have a couple more million dollars to do something else on the range with.

So it's kind of minuscule but we are trying to do with the means we have and the best we can.

And that's the reason for expanding the pastures.

But here we are asking you the question, how can we reduce holding costs?

What is the way to do that in the future?

Because we are spending $47 million this year, 49 the year before.

It's obviously an impediment to moving forward.

(Off microphone comment)

>> DR. JULIE WEIKEL: All right.

Let's take a break.

Let's all come back at 1:00.

Thank you.

(Lunch break)

ROUGH EDITED COPY

CONSUMER: KIM MENNING

BLM

WILD HORSE AND BURRO ADVISORY BOARD MEETING

OCTOBER 19, 2017

CART CAPTIONING PROVIDED BY: SHERRIN PATTI

CLOSED CAPTION PRODUCTIONS, LLC

www.CaptionFamily.com

\* \* \* \* \*

This is being provided in a rough-draft format. Communication
Access Realtime Translation (CART) is provided in order to
facilitate communication accessibility and may not be a
totally verbatim record of the proceedings

\* \* \* \*

BLM_003219

>> Kathie: So welcome back everybody, there are moments when you behave that you're delightfully lovely we got a lot of work to do this afternoon so I'm going to turn it right over to Dr. Julie.  Madam Chair.

>> Julie Weikel: I'll remind us quickly about our format going forward here.  We got eight questions in front of us here.  Okay. Fine, they're right here. We're going to just brainstorm about these, okay?

And I would kind of remind us what brain tomorrow storming means, it means getting our ideas out there. Kathie's going to capture them. This is not a proposal at this point this is just to make sure we get maximum optimum number and we don't miss a good idea. So we're going to brainstorm until the break and hopefully we will have made it through all eight, nine, and furthermore, let's stay on one topic until we're done with it and then move to the next. Don't be jumping around. And somewhere there at the end we'll say, if you have a bright idea about number two or whatever and I'm not saying we may never go back but let's try to stay focused on the question at the time. And then after -- that's up to the break, just brainstorming among us. We may have to ask for some additional information but other than that, that's where we are for the next two hours. And Sue, are you online?

I am oh boy. I specifically want you to weigh in on every question so if I forget to call on you interrupt me please. Okay so how about starting us off on number one.

>> How can the AML -- how can -- yeah, three capital letters translates. How can the BLM achieve AML within all HMA within five to ten years.

>> Sue: Were you asking me to start the comments

>> Julie Weikel: I was.

>> Sue: I don't think we can do it without humane destruction on the range I'll throw that right out there for your thoughts. Right now we're just garbage ideas. We're not going to comment on one another suggestions.  We're just going to capture them.  Okay.  Thank you.  Do you have another one on question one and before we leave one we'll come back to everyone.  So --

>> Sue: I don't know what the budget considerations are but I also have thought a lot about our discussions that we had last year and I still feel as difficult as it is we need to reduce the cost of off range matters and basically holding costs so that we have enough budget to get going on the range.

>> Julie Weikel: Okay.  Who else wants to throw in a suggestion for question one?how can we achieve AML in all HMAs? Ben.

>> Ben: Helicopter gathers.

>> Julie Weikel: Anybody else got some ideas? Ginger? I can't tell if your light's on.

>> Ginger: There isn't one solution that will do this.  It has to be a real holistic look at all kinds of things that we could do but Ben, to your helicopter roundup suggestion I would say roundup and this goes along with a lot of other things roundup only adoption aged animals and combine those removals with a training component.

>> Julie Weikel: Okay, the question, number one question is achieving AML.  Okay? Go ahead.

>> I think we should also put in water trap and bait gathers in here as well.

>> Ginger: And then I would say dart on contraceptive one way or another.  Ease PZP 22 or primer booster native PZP but I think 22 to start with because the primer and the booster are in one dose.  And I would do it to all the adult mares that you capture.  Adoption aged animals to me are five and under and combine that with a training component.  Is that good enough?  Okay.

>> Julie Weikel: I need you to expand, Ginger, how in the world do you do that you're out there in a helicopter and you gather horses do you announce over a loud speaker all the five-year-olds do --

>> You do what you want but we did ask this to be a brainstorming.

>> Ginger: Back in the olden days in the 1990s that is exactly what happened.  Only five and under were removed and what you had was more infrastructure.  You put the -- you know, you brought it in and it wasn't ban by ban which would be the idea but the stallions went over here and the mares went over here and they were put through a chute and they were aged and five and under were sent to --

>> Julie Weikel: After the whole group is helicopter gathered then the sort ing occurs.

>> Ginger: At that trap site.  In a reasonable distance.

>> Julie Weikel: Jim, you want to weigh in?

>> Jim: Sure, I can.  This is a simple solution for a complex problem but I would say that the first thing I would recommend that the bureau do a complete evaluation of each HMA to determine what a decision matrix they're going to come into and a distribution matrix what I mean by that is they should initiate in some cases where we've had natural die off or we well below AML we need to know that before we go out and gather but under that decision matrix if we are well above AML as we are in many, many places in Nevada we need to get it into the holding facility.  I would think that we definitely should preserve those individuals in that adoptable age animals that are certainly ones that are going to be to receptive training side of it.  I completely agree with that.  Where the rubber meets the road from my standpoint is once you've gotten the decision matrix and collected those animals that are below AML what do you do with the non adoptable variety?  What do you do with those?  I would say under current rules, you know, we've had contracts who have for long-term storage and whatnot.

And we've had offers to take animals along that line.  And we've also had requests for sale and/or euthanasia I think ultimately from a sale side of it, once we've gotten down to that decision side of it to where we no longer have a location for the rest of those, rather than release them back onto a piece of real estate that we know is going to create additional problems, we're going to have to make that tough decision so we're going to have to have sale of some variety in order to process those animals.

>> Julie Weikel: June, would you like to weigh in on question number one?

>> June: No.

>> I think since it's inception the wild horse and burro act hasn't been followed in its entirety and the elephant in the room that hasn't been looked at is following it in its entirety the language is already in there to take care of these problems if we all believe in the wild horse and burro act and the people who came up with it let's follow it in its entirety.

What does it say?  When it is determined he, but he it it means the secretary of interior, shall immediately remove excess animals on the range.  Such action shall be taken in the following order and priority until all excess animals have been removed driving ecological balance in the range and protect the range from the key tier ration associated with overpopulation.

That's what we're working towards.  The secretary shall order old, sick, or lame animals to be destroyed in the most humane manner possible.  The secretary shall cause such number of additional excess wild horse and burros to be humanely captured and removed from private maintenance and care if there's an adoption that

exists for qualified animals and includes humane treatment and care including feeding and handling.  Providing not more than four animals are adopted per year per individual including transportation of such animals by the adopting party.  It goes on for the horses that can't be adopted.  Any excess animal or the remains of any excess animal shall be sold if the excess animal is more than ten years old or the excess animal has been offered unsuccessfully for adoption at least three times. Method of sale, an excess animal that meets either the criterion paragraph one shall be made available for sale without limitation including auction to the highest bidder. Including facilities until such time as all excess animals offered for sale are sold or the Appropriate Management Level as determined by the secretary is obtained in all areas occupied by wild free roaming horses and burros

>> Julie Weikel: Okay, Kathy, it's right straight from the act and you can get it there. Okay.  Ginger, did you have something to add?

>> Ginger Kathrens: Yeah, after that I can't remember what I was thinking of

>> Julie Weikel: How to achieve AML in all HMAs.

>> Ginger: There's lots of moving part to this Julie and I think we were talking about them at lunch, the whole marketing strategy, well, obviously only removing young animals but the whole BLM persona and the way they talk about wild horses has to change.  It's hard to adopt out out a feral horse.  The word feral should never be used

>> Julie Weikel: Ginger --

>> Ginger: It all goes together

>> Julie Weikel: But we have questions that specifically contain, for example, how can the BLM provide better information to the public.

>> Ginger: It all dove tails together.

>> Julie Weikel: Keep the big all -- and you're absolutely right.  There will be comments that pertain to more than one of the questions but we do have questions specifically ant what you're addressing here.  I guess I would just, I would say prioritize HMAs which have a plan in place for maintenance post gather.  So and I would say post gather to low AML.  So we give those maintenance plans the best possible chance of success.  So you got 177 HMAs and you leave here with a mandate, go gather them all down the low AML you'll have to prioritized them so that's what that's about.  Yes, Jim.

>> Jim: I would like to clay few on mine as well.  When I initiated the evaluation for adoption and what not.  I would hope that based on what we all know about the vast group of people out there that have an interest in placement on these horses and whatnot that part of that decision matrix would include taking full advantage of those groups of people.  I hate to use the word advantage but to fully use the energy and that they have and to place animals that the bureau was unable to do on their own and I hope -- that I think has been a component that's been somewhat missing from the whole process up to this point is we jump through, check the boxes off on certain types of placement but I think we probably missed the boat on those groups of people that have an interest in large groups and placement of large groups of horses especially if we make them available to them.

>> Ginger: Do you have an example of that.

>> Jim: Maybe I'm being Pollyanna about this but I think ultimately some of the questions we had with the folks yesterday out of the Dakotas and first comment out of her mouth that I wrote down is we have X number of horses and room for more and know this is not as simple as what The Humane Society does when they walk into a standard animal shelter and they adopt all the animals in the shelter, take it to

their no kill shelter and then from that point out that agency actually places those animals in some cases to be honest with you in some cases the humane society has to put down animals that they can't adopt either but I think we should take every opportunity to place those animals that we can and certainly we need to use all the resources that are out there and give them the opportunity to be a part of this solution.

>> Julie Weikel: All right in the interest of time, because we've got nine of these that we have to move through before break time, let's move to number two.  If you've got a thought about one just write it down and hang onto it and we'll hopefully have time to revisit these but we're brainstorming now.  Number two, how can the BLM sustainably maintain AML within all HMAs.

>> Permanent sterilization, PZP, partnering with local organizations.

>> Julie Weikel: June?

>> Instead of PZP how about vaccine fertility control so it can be kind of all-encompassing.

>> June: I think you don't need to write this down but it seems like a lot of the same things that applied to number one also apply to number two.

>>June Sewing:

>> Julie Weikel: Very true.  Anymore suggestions to maintaining AML once it's achieved

>> Ginger Kathrens: Creation of volunteer organizations to monitor and control population growth.

>> I would add to utilize local and state governments and state government agencies in controlling the animal.  Utilize local and state government and government agency.

>> I think another one would be to provide incentive to volunteer organizations.

>> Jim: Thanks, Ben, that was one of the front of my list as we should involve our partners on it as well especially at that stage and I would also say that ask and -- or -- ask each district of the BLM that actually has HMAs, give them the requirement for ongoing evaluations using the best science for their surveys and their population estimates.

>> Julie Weikel: I would only add have a plan in place for maintenance of AML.  And that encompasses partners, volunteers, all those things that you guys have mentioned but make that a formal plan before we even gather that HMA.

>> So this is just a clarification like a maintenance schedule more or less or --

>> Julie Weikel: It might be a schedule.

>> Or include the schedule within a broader plan of different things.

>> Julie Weikel: Well, for example, if you had in place something like the organ proposal.  Most of the maintenance is in deciding which horses are subjected to permanent sterilization and which are being sent back to rebreeding and that's all done at the beginning.  There's not maintenance on down the road until it's time for another gather which hopefully is another ten years down the road so it would vary on what the plan was.  Make sense?  Kind of?  Any additional -- Sue, weigh in on number two, please.

>> Sue: I guess I weighed in on, I think I'll just pass right now.  I don't think I have anything to add.

>> Julie Weikel: Okay.

>> Ginger Kathrens: Are we looking at long range or just -- because long range I would say reevaluate AML.

>> Julie Weikel: Throw it in there.  I'm guessing with the possibility it's open on both

ends.  Number three how can the BLM reduce and control holding costs for excess animals?

>> I would refer them to recommendation one from last year's advisory board meeting.

>> Ginger Kathrens: Explore opportunities to place non reproducing animals in zeroed out BLM HMAs or available for service JMAs.

>> Julie Weikel: Okay.

>> Ginger Kathrens: Zeroed -- in zeroed out HMAs and JMAs.

>> Julie Weikel: Ben?

>> I was going to say increase adoptions.  If you were able to get more that's less.

>> Julie Weikel: And I would add implement phase out of all long-term holding.

>> Ginger Kathrens: Does the marketing component come into this one now or one of the other ones do you think?

>> Julie Weikel: This is just how can they reduce and control holding cost?

>> Well really it kind of bounces back too on a lot of the recommendations that Ben made for the last -- question at hand.  Literally if you can do permanent sterilization, non breeding herds, fertility control, that in theory should carry over into reducing the holding costs because you'll have less to hold.

>> Julie Weikel: Sure, what do we want to say there, Steven, capture benefits from herd reduction decreases.  I know BLM has better language than that.  Shall we move to number, Sue, how about number three, do you have some specifics there?

>> Sue: Maybe because I can't see the list it's a little bit challenging but were you, that's okay, when you -- talked about phase -- did you say phasing out of the pastures?

>> Julie Weikel: I did.

>> Sue: Because I was thinking actually a little differently that maybe we could move them to pastures sooner in the process.  But I guess if we're going to be aiming at adopting them out then it would be more challenging to set up way to adopt from pastures but pastures are cheaper by bar.

>> Julie Weikel: I think that belongs in there as a separate item.

>> Sue: I don't know if there are any pasture facilities that would be able to take, places ta gather, you know, catch those horses up to do what you need to do with them to get them adopted.

>> Julie Weikel: Yeah, certainly the facility that we visited in Oklahoma wasn't really quipped to bring horses up for examination but anyway blah blah blah.

>> Sue: The cost might, you know, you might be able to do that at some places and there would be some savings that could support the development of, you know, simple facilities like they have at the short-term corral.

>> Julie Weikel: Okay, thanks, let's move onto number four.

>> Madam Chair, I haven't had a chance to weigh in on yet.  Just taking my time.  I echo, I believe BLM should eliminate short-term holding within the five year period and I believe that they need to review all existing policies and procedures relative to adoption with the intent of increasing adoption potential both domestically and internationally

>> Julie Weikel: Hang on Kathie before you write all that because that directly is number four.

>> Jim: Okay.

>> Julie Weikel: It's a good comment to start number four.

>> Jim: Okay.

>> Julie Weikel: Anybody conditions for question number three.  Number four, how

can the BLM significantly increase annual adoptions and sales of wild horses and burros?  Fred, if you're on the line, we want to hear from you on this.  Well, I know where he was until now.

>> Ben Masters:  I think you should prioritize money allocate ed to programs that are working.  For example the trainer incentive program because we heard from them earlier they could have adopted four thousand horses but they ran out of budget at 2500 dollars and I wonder if there's money -- at 2500 horses and I wonder if there's a way to prioritize money that is being spent on the adoption program towards the programs that we know are up and going

>> Julie Weikel: This is about increased options and sales.

>> Ginger Kathrens: Create signage for all wild horse herd areas along highways, roads and also create a brochure for that specific herd with a map of the area on how you view them.

>> Julie Weikel: I would add that we remove the impediments to sale.  And we have several of those in terms of number of animals and various things and that's been brought up before.  And it has to do with respect to adoptions too.  We heard from some of our speakers about various impediments so look hard at anything that restricts adoptions.  Anymore?

>> Sue McDonnell: This might be getting into the weeds a little too much but I think a huge impediment to adoption among people who are really good trainers and would find good homes is the the issue people call damaged goods and it relates to how much trauma those horses have to experience in the process before they actually are adopted and I think we could make some great improvements on reducing the stress and trauma to the horses that are headed in that direction.  It's probably too much into the weeds for details on that but if we could just note that I'd be happy

>> Ben Masters: I think also to increase adoption opportunities in the eastern United States because there's a lot of people back east who are interested but find it difficult to get the opportunity.

>> I would suggest also they continue to pursue prison programs.  I think they've been working really well on there.

>> I think it'd be worth wile to recognize that most things are a compilation of different breeds to do some pilot tests where maybe some other breeds were introduced in small herds such as a core horse or workhorse and see how those half bloods work for quite frankly I heard some chuckles in the room maybe on the board. I think a lot of times people think of mustangs as this specific breed.  It's not a specific breed.  What a mustang is in Oregon versus what a mustang is in Colorado there might not be any relation and I think I know that even within the BLM there have been times when desirable sires and maybe that's another option.  Desirable sires from one herd or maybe not sires but mares or sires have been taken to another herd in order to perpetuate those genetics.

>> Ben Masters: I think what you're getting is to select for riding desired genetics in the wild horse population.

>> Julie Weikel: Can we capture that with just say manage for adoptability.

>> Steve: That would be fair enough.  That's a yes.

>> Julie Weikel: I'll give you a great example that addresses exactly what you just said in the baby proposal what those people want to do is be allowed to participate in the selection of who goes back into breeding based on temperament because that's what they're prepared to market because that's what they want to train so yeah, exactly, it's all captured in that.

>> Steve: I might also add if you don't mind me saying so you were telling me about

some of the herds Oregon that were specifically managed for by local people at one time to try and get horses that were desirable for use.

>> Julie Weikel: Yeah, Dean watched that up close and personal.  Okay, let's move to number five.  Sue, did you have anymore increase adoptions?  I think you weighed in at one point.

>> Sue McDonnell: I know we talked about no age limitations.  Would that include adopting young foals because I think the younger they are the more trainable they are and they go quickly apparently from places who have them available.

>> Julie Weikel: Yeah it's a specific limitation but an important one I'm glad it's parted out there.  Thank you.

>> Sue McDonnell: And from a welfare standpoint it would be so much easier for those animals to go as youngsters the older they get I'm sure it's the greater risk of reduced welfare.

>> Julie Weikel: Yep.  Do we need to give Kathie a minute to get caught up or are we good?  Okay.  All right.

>> I'm not sure this is covered under what gym said but someone talked before about incentives for adoption.  Giving adopters ten thousand dollars or something.  I think that's a little high myself but -- and just giving them some incentive to adopt.

>> Jim French: I had a conversation about the director about that.  I agree with Ginger on that that it could bring out the worst in people on the corrupted side of things but I do believe that we ought to put a substantial chunk of money into the tip program and the training side of it.  We should give the incentive to people who are actually turning these animals into marketable and adoptable critters and we ought to make it easier for them to be successful.  Not harder.

>> Julie Weikel: Okay.  We've certainly heard that over and over again from our audience too.

>> Jim: Yeah, I think so.  Yeah.

>> Julie Weikel: Number five.  How can the BLM continue to ensure humane treatment of wild horses and burros?

>> Sue McDonnell: Does this meanwhile they're in BLM care or after they're adopted or wherever they go after.

>> Julie Weikel: I would appreciate if you weigh in on all aspects of this question given your expertise.

>> Sue McDonnell: Did you hear my last question

>> Julie Weikel: Yes, if this was while they were under control of BLM or have documents that people sign as horses move into other situations.  Did I get the question correctly?

>> Sue McDonnell: Yeah, I wasn't sure how broad this question was.

>> Julie Weikel: Let's keep it broad right now.  Address it in all of its aspects.

>> Sue McDonnell: I know BLM feels they have a comprehensive care program and that they're doing the best that they can under the circumstances and I think there's room for improvement.  It takes an open mind and to realize that there are people who could help them put together protocols to improve their handling of the animals through the entire system.  So I won't go into details but I think there are ways and there are people who could help them and I think it would be a great PR move and it would certainly make the animals more adoptable.

>> Julie Weikel: Okay, other ways on ensuring humane treatment?

>> Ginger Kathrens: Phase out helicopter roundups.  In lieu of bait and water trapping.  This goes back to the statement that someone made.

>> June Sewing: In follow-ups after adoption due to certain budgetary or whatever

restrictions I'm not sure that there is as much follow up as there should be.  My suggestion might use --

Might be a place where volunteers could be used to do that, you know, to follow up with adoptions to check on the treatment.

>> Ben Masters: Prepare an emergency situation in case we have thousands of horses starving to death in the next few years.

>> Jim French: I think the BLM needs to partner with the stakeholders in the capture and processing of wild horses during the process of gathering into the under the HML and have a third set of eyes so to speak to ensure humane treatment. Everyone is satisfied with how the animals are being treated during capture, processing and during the adoption process and also enter into MOU agreements with adoption brokers if we decide to increase international adoption which I think we should make sure that we have enforceable MOUs in place to protect the interest of the horses after they get there, so --

>> Julie Weikel: Do we have any additional suggestions with respect to ensuring humane treatment.

>> Steven Yardley: I would say to train any -- maybe even continue to train any local, state government agencies that are assisting as well as any other volunteer to make sure there's a really good training program in place for those people.

>> Ben Masters: While we're on humane treatment I said earlier today I said The Humane Society was invited to go to the national wild horse and burro summit and I was given that information and at that point in time I found out that information is correct so I wanted to retract that statement and apologize for any confusion that statement may have caused.

>> Steven:  Backing up to the increased adoption.  Something Jim said me me think of this.  Increased international adoptions.  Or have international adoptions.  I don't they even have them now.  Do they?

>> Julie Weikel: Didn't Jim have that?  I thought Jim got that point.  In number four, okay international adoptions are facilitated or looked at.  If Jim didn't say it, put it in there.  All right.  Onto number six.  How can the BLM use best available science to improve management of wild horses and burros?  Best available science.

>> Ben Masters: We have surveys that don't take two years to do so we have science period.

>> Julie Weikel: Would you say expedite acquisition of scientific information?  Yeah. Okay.  I'll say that.  Expedite acquisition of information.  And I get pretty specific here.  I would say review existing projects, i.e., Sheldon.

>> Sue McDonnell: I also think it would be worth reviewing maybe having an outside panel review the research, who BLM reaches out to for research and if they're reaching out and getting the word out to the larger research community.  I know they've tried really hard but sitting on the research advisory team, it seems that not only the best -- for example I have worked for thirty years in reproduction and the area of not fertility control but for the most part enhancing fertility but also in behavior and so in those areas where I'm very familiar, it seems that the true experts are not always known to BLM and the two experts don't even though that these are problems that need to be addressed and so much of the work goes to USGS and they're a great group of scientists but any given project where my expertise, where I feel I have expertise I feel they don't have necessarily the best people and we didn't get to the moon by limiting ourselves to and don't take this the wrong way but certain land grant universities I'm sure that they reach out to MIT and east coast private schools where there's extraordinary expertise and problem solvers who may not

know much about wild horses but they know a lot about the details of these vaccines and those sorts of things so I just encourage some way to try to get better science.

>> Julie Weikel: Sue, I want to read back to you what we think you said.

>> Sue McDonnell: You tend to ramble when you're in an office by yourself

>> Julie Weikel: Establish outside panel to review research sources BLM uses and maybe advise regarding others available.

>> Sue McDonnell: And to get the word out, you know, to let people know and have requests for proposals that are well advertised beyond the land grant schools.

>> Julie Weikel: All right.  We think we've captured that, thanks, Sue.

>> Ginger Kathrens: Remember I mentioned all that research.  There were dozens of research done with the priors with CSU and other organizations in the 1990 and so would that go under, could we make sure that goes under your suggestion to review research or should it be a separate piece.

>> Julie Weikel: Make ate accept root piece because that whole reinvent the wheel stuff we don't have time for that so when stuff is already been looked at if it pertain to what we're doing let's make sure we know about it.  It actually fits with a couple other things we already said but it's worth reiterating.

>> Ben Masters: I think to create a location where research is available to look at like where past research that has dealt with wild horses and burros because I know personally I find it, I have probably -- I've probably read maybe 30 pubs on wild horses and burros and there's stuff that was done in the 90s and I'd love to look at it but don't know how to access it.

>> Ginger Kathrens: There's research on genetics.  When Linda was the specialist she was the sign lead I believe for the BLM and so the priors became the guinea pig project for all kinds of research.

>> Jim French: I think they should, the bureau should adopt any and all survey methodologies and I say that that way because I know they are looking at one right now, an additional survey methodology but there are a number of them available depending on the type of population that you're trying to survey and so I would say that they -- they should duplicate the efforts of many of the wildlife agencies out there that actually use different survey methodologies based on the species and I think they should try to refine that in order to get the best possible most accurate accounts.  Number two, I think they should survey non-HMA lands to ensure composition.  I believe there's huge hole in the data right now.  We're talking about HMA data right now and we're talking about whether or not we're over and above AML.  I would submit there's whole bunch of horses right now that are unaccountable because they're not looked at whether they're based on one side of an HMA line or not and to that end I would say that the bureau needs to coordinate and utilize datasets offered by many of their stakeholder agencies that have been collecting data such as that for years.  I think they don't have to reinvent that wheel.

>> Julie Weikel: Anymore suggestions about using science?

>> Steven Yardley: I would say to use sound science in the control and in the management of wild horses.

>> Julie Weikel: Okay, moving on, number seven.  What humanitarian assistance opportunities exist for wild horses and burros and do you guys want me to ask BLM to tell us what they mean by that exactly?  Okay.  Mary Jo do you want to take that question?  Okay, Dean, tell us what humanitarian assistance means.

>> Dean: I think the primary thought was there are some conditions that could you equines for their cultures for a variety of purposes other than consumption.

Pack animals, border patrol animals all kinds of things.  Humanitarian assistance.  Anything other than human consumption as what's being thought of here primarily.  International humanitarian assistance.

>> Julie Weikel: And does this maybe encompass veterans therapy or stuff like that?

>> Dean: Sure.  Maybe veterans go to adoptions but if we're talking about rehabilitation of prisoners or helping veterans with post stress syndrome, use your imaginations

>> Steven Yardley: Why isn't human consumption being considered?

>> Dean: I guess you just put it on the table.

>> Steven Yardley: It seems to me there's a lot of people starving in the world and just because we don't eat horse we shouldn't limit what they eat.

>> Ben Masters: Therapy programs for veterans.

>> Jim French: I'm going to answer this question by asking another one.  How many states actually use the prisoner program for breaking and training horses?  I know of several that do it but do all fifty states actually do that?

>> Dean: Are you asking how many prison programs there are?  Holle or Alan can answer this question.  I think five or six.  It's varied.  There's six currently.  Nationwide there are six prison training programs.

>> In how many states?

>> Jim French: Having answered that question at six I think it would be -- I think it would be a good idea for the bureau to mirror these like the six ones we have now.  They have been a resounding success in Nevada I know that.

>> Does that the one in Sacramento.

>> Dean: It does.  That's one of the six.

>> Ginger Julie Weikel: Does that include the new one that's coming online in Nevada?

>> Dean Bolstad: The six do not include the potential or the request for one in lee.

>> Steven Yardley: I think that was a good idea where they have 4H programs to train.

>> Julie Weikel: Just to add an FFA to that.

>> June Sewing: Dean, when you talk about exporting horses for packing and stuff like that to other countries, can you tell me exactly what happened to that program where they were going to send a hundred, I think it was burros or something to Argentina or some place in South America and it never did go through.

>> The proposal was about five years ago to send one hundred burro to Guatemala to assist with transporting medical supply to back country and things like that the end of the project when the Department of Defense withdrew their support to transport the animals from the United States to Guatemala.  That's what happened to the project.  They indicated that it did not meet they have a provision to use military resources for humanitarian assistance, initially there was a determination that transporting the burros did meet that but something happened where they changed their position and stood down from what we thought was going to be the vehicle for transportation.  And it's very, very expensive to transport horses overseas.  There's two means.  Aircraft and boats and we're getting into the details away from the brainstorming session here, Julie.

>> Julie Weikel: It's interesting when you try to pursue what came of it that's going to come up a lot.  I guess I'm wondering at this point why we didn't capture Steven's suggestion about provision of human sustenance.  What humanitarian assistance opportunities exist for wild horses and burro and Steven asked, feed people.

>> Steven Yardley: There was also a gentleman yesterday about some farms in

Russia that would be interested in having those as work animals and I guess throughout the world there's probably opportunities for that in certain locations and situations but -- maybe that's too close.

>> Julie Weikel: You actually have an e-mail with the details from that project.  It's from a guy named Lon Ball if I shall correctly and he testified a little bit yesterday but of course couldn't in two minutes couldn't cover what all you have in the e-mail but assist a sincere serious proposal.

But I think it's captured in the international thing you both have mentioned you maybe haven't seen his full proposal.  It's pages and pages.  Dean, have we had that proposal before us before?  It seems familiar

>> Dean Bolstad: I don't remember seeing the full proposal but I do remember that and at the time the big obstacle is how you transport 30,000 animals overseas.  Who is going to pay for it.

>> In this year's proposal he says that the program should pay for it because of the net savings.

>> Dean: Sure.  I mean, I didn't mean to be Sr. castic but we're talking millions of dollars and we've -- we talked about the limitations of our budget.  I'm staffing out things --

>> Steven Yardley: Sorry for the interruption, Dean, I received a file a while back and I probably need to follow through on it there was a guy who, I guess greater sage-grouse some people in China interested in burros but that being said it sounds like the burro adoption is pretty much keeping up with demand within our own borders is that correct?

>> Dean: To some degree but not entirely.  I don't remember how many burros are in captivity but at least 1500.  There's older animals that there's not too much demand for and if it did we wouldn't have any in holding now but it's not nearly the challenges of the horses and the number of horses to adopt.

>> Julie Weikel: All right.  Anymore suggestions about humanitarian assistance opportunities?

>> Ginger Kathrens: I think BLM should put up signs on all the HMAs along thoroughfares whether they're dirt roads or major highways that indicate the horses you're seeing are wild horses.  And that the BLM office that's affiliated with each of these herd areas should be able to provide a brochure that describes the area and contains a map

>> Julie Weikel: Additional information, Sue?

>> Sue McDonnell: I'm still thinking

>> Ben Masters: I think an app.  Where you want to see where the HMAs are.  It shows you the map, the AML, a little bit about that herd, where it came from, just little tidbits of information where someone can pull it up and right there they can acquire all sorts of data that is easy to find because people live on their phones these days.  I would use it.

>> Ginger Kathrens: I would too.  All of the above would be good.  That's a good idea, Ben.

>> Julie Weikel: Additional communication suggestions.

>> Steven Yardley: There needs to be some contact info on there too so they could maybe touch base with someone in the local field office if they would more questions for instance.  They might want to go and see the wild horses but they might be driving at -- a car and most of the access is going to be by four wheel drive and you don't want people out there getting stuck.

>> Ginger Kathrens: That's a good point Steven.  In the priors and I know in some of

the other herds the sign does have phone numbers also if you run into some trouble, people to call or if you see people abusing or shooting horses or something like that there's a number to call and at least on the priors it does say high profile vehicles only, four wheel drive road.  So, yeah, I think all that information is important.  We don't want people to get in trouble.

>> Ben Masters: I don't know if this goes into this particular segment or back up into the adoption but if people see maps and they recognize it as their herd management area maybe they'll have some local ownership, some local pride so that when a gather is conducted people are like, oh, those are our horses let's see if we can find a home for them I think that could be a potential side effect.

>> Ginger Kathrens: I think that's the main reason to do it.  People who drive from roll lens go past the Stewart creek area and if there are signs that say these are the Stewart creek wild horses BLM whatever this is what we're suggesting because we know that if people see them and watch them they're going to value them and then, oh, and by the way they're going to have a roundup.

They're going to remove some of those horses.  Those are really cool horses so, yeah, I think it would increase adoptions.

>> Julie Weikel: I think that's a powerful point.  I loved having the signs on the tour and -- I kind of know where they are in Oregon but most people don't so it was really great the day before yesterday we driving and seeing the signs and it makes me remember back before BLM put out those signs that said your public lands permittees thought they owned those lands and I remember as a college student driving down the road and seeing that first BLM sign that said your public lands.  It was just part of a huge paradigm shift so I think ownership issues and I think that we could have the same affect with our HMAs ownership.

>> Steven Yardley: I think a good idea with the apps and the maps would be to have the appropriate level is and where it's at and -- as compared with where they're sitting, maybe when the next anticipated gather is and the reasons for it.  Just as much information as you can give the public.  About the different places.  Even the size of the herd management area.

>> June Sewing: I think maybe they could provide brochures in areas where there are HMAs in close proximity.

>> That's part of my my comments were.  We need to integrate this into our school system.  You know, I know the bureau of land management is present in many of the schools relative to the mining program, relative to many of the other issues on other stuff but I've yet to see presentation on the wild horse and burro program.  I think it would be much appropriate in our school system.  We have -- we celebrate the environment in Humboldt County we call ecology days and we have the bureau and all these other folks there talking about everything aquatic education all the way up through mining and minerals and such.

But we don't have anybody talking about horses.  I think that's a good opportunity and the other side of it too is I think we need to do a better job of coordinating with other stakeholder agencies.

I know in coordinating -- I know Colorado was one and I know Idaho was another.  That had issues with when they set hunting seizes for large ungulates such as elk and whatnot in places that had horses present in those units as well.

I think it's important that we establish the fact to people that own a deer tag or an elk tag they're encounter something other than an elk on the side of that mountain and I know we had issues in northern Nevada where someone shot a horse thinking it was an elk.  I think it's important.  It's nothing more than a brochure.

You slip it in with the elk tag.

>> Julie Weikel: I have a question to this about this pertinent topic because you guys mentioned some brochures and we have some examples of some good ones, Dean, how does BLM decide which HMAs have a brochure at this point.  Because we certainly don't have one for three fingers.

>> Dean Bolstad: So nationally we don't decide.  It's all been a local initiative.  Certainly we encourage information and education I think Oregon has one on theirs.  It's a local grassroots thing and I think most, gosh, maybe there's a lot of information on the website so if you have an app like Ben suggested we're kind of beyond the day and age of printing brochures and sticking them in the boxes on the post, out in the public lands.

>> Julie Weikel: Well, and pertinent to some of the additional information that Steven mentioned that stuff would become dated very quickly and whereas with an app that wouldn't happen

>> Steven Yardley: You talk about going out and having brochures and boards on an HMA, well it's 30,000 -- 100,000 acres well where's the little brochure box, you know?  It can be --

>> Ginger Kathrens: The brochure boxes are at the major entrances.  Like in the McCullough peaks that herd area is very visible between Cody and Greybull and there's signage there's the opportunity to get materials there.  And they're at a couple of places.  The roads are marked the names are there and the map --

>> Steven Yardley: And I think there is in certain HMAs there's definitely that opportunity.  In others they are such remote locations and there's not really a major --

>> Just may I say you're discussing the merits of the suggestions rather than brainstorming.

>> Steven Yardley: Sorry.

>> You get to do that next.

>> Julie Weikel: All right.  Thank you.  Kathie, keeping us in line.  Did you used to be a schoolteacher?

>> Kathie: Oh, dear, no

>> Julie Weikel: Just wondering.

>> Steven Yardley: Military drill sergeant maybe?

>> Kathie: I'm sorry, Steven.

>> Julie Weikel: Look at that, she was flattered by that.  That's awesome.  Number nine how can the BLM increase public participation and financial support in the management of wild horses and burros on and off the range.

>> June Sewing: I've been waiting all day for this.

>> Julie Weikel: Lead us forward, June.

>> June Sewing: I had mentioned this as e at very many of these meetings.  That we are not given the opportunity as nonprofit organizations to do this especially financial support.  I have said over and over and over again my association has money they're willing to give to projects and we never get a response from it.  That may be not brainstorming but anyone that's -- I suggest that they find way to do that.  I asked about that and they don't know what they're going to do

>> Julie Weikel: I think it's appropriate at this point for you to explain to us what that proposal is, where it sits, do we agree?  Okay?  Christian's going to address this because it's pertinent to this question.

>> Christian: I will add to it a little bit.  The BLM does have the ability to take donations and we're in fact working to finalize policy on that so it's very clear and

understandable and that we're tracking it so we do now have the ability to accept donations and it would be very interesting to understand, you know, the specifics at some other time of what barriers y'all were encountering.  In terms of the BLM Foundation that was provided to us in the 17 appropriations.  So they have to set up, you know, a board and get, you know, some of the rules of the road established.

And that board you know, will put together processes and procedures about how it wants to work, what types of things it wants to focus on and that will be probably, you know, be an ongoing conversation moving forward in terms of how best folks who are interested in doing things for wild horses and burros how they can best engage.  In some ways a foundation can be a -- taking money from small individual donors and kind of bundle it together into making it into a bigger pot.  It can be a facilitator.  It can do lots of different things and that's the way the board decides it wants to roll but we can't accept donations now and then make sure the interests of the public are still being met.

>> Julie Weikel: Can those donations be restricted or specific for a given project?

>> Kristin: We had a donation for shade at Palomino Valley is that correct?

>> Ginger Kathrens: There was an offer of fencing that we made several years ago at the Springs Corrals.

>> Julie Weikel: Does this foundation already have a name?  You said it came through in the appropriations in 2017.  What's its official name?

>> Kristin: BLM Foundation.

>> Julie Weikel: So back to your notes in response to June, you said find a way to accept money from foundations.  But as a separate bullet is BLM Foundation because it already exists.  As an avenue to donate to BLM so it's kind of two things.

>> Jim French: If a mining company want to donate one hundred thousand dollars to the wild horse and burro program in the county can they donate that to the BLM Foundation or separately?

>> Kristin: There's two pathways right now.  Like the shade at the valley that was for that purpose.  I cannot speak to what the board will set up in terms of rules and how donations will be designated the board has not been formed until the board has formed they won't be able to talk about how donations can be collected and that whole process.

We're eagerly awaiting that but they do take time the forest service, park service, Fish and Wildlife Service they all have foundations and it did take a bit of time before they got up and running.

>> Jim French: Also if I could I would say that the public needs to be viewed as a valued partner and I think there's a misconception that certain groups will have an interest and I'll just say it's wild horses are not valued the same as others and I think we need to make a real concerted effort to make sure that everybody at the table's valued.  Coordination of program activities with other interests on the land.  I think, and that goes to the BLM Foundation and whatnot.

I just wrote down a few of them.  REMF, Bighorns Unlimited.  Friends of Nevada Wilderness.  Even the livestock association.  All of those -- the Nevada wildlife coalition.  Those folks have all been at the table at different times.

Either with financial support or in kind support for projects all over and I think the only reason I think the wild horse and burro program hasn't received a whole lot of benefit is that they haven't asked.

>> Steven Yardley: I would say also to utilize permittees on those locations.  I know what benefits livestock benefits the wild horses and the wildlife as well.  Permittees on HMAs.

>> Julie Weikel: I think Steven makes a really valuable point there because BLM is kind of the intermediary there.  I know that I'm aware of permittee efforts of value that benefit wild horses because BLM makes me aware of them.  But I do think that they should be tracked because things like hauling water for wild horses which lots of permittees do that.  They rebuild the exclosures around the guzzler sometimes.

Different things like that and these are significant contributions that really get acknowledged.  So I think we need to encourage those groups or encourage BLM to make sure that those donations get recognized as such.  Sue you have comments on number nine.

>> Sue McDonnell: I was thinking as you were saying that would it work to have, you know, a social media page that has -- that all that stuff gets posted to?

>> Julie Weikel: Good question.  It's getting captured as you speak.

>> Sue McDonnell: Okey-doke.  Thanks, Kathie.

>> Steven Yardley: I think also if you can keep as much of the red tape and bureaucracy out of this as possible.  I know like there's a lot of, for instance, water lines that a lot of permittees would like to put in but because of the different hoops they have to jump through they either can't do it or it takes a lot of time to get it done.

>> Julie Weikel: Steven I missed the point of that, I'm sorry.

>> Steven Yardley: Okay, for instance, seedings -- there's a lot of reseedings or spike treatment or on the ground treatment that a lot of permittees would like to do.

>> Julie Weikel: That they do personally or ask BLM.

>> Steven Yardley: In conjunction with the BLM.  A lot of the seedings and a lot that we have done have benefitted not only the livestock but also the wildlife and also the wild horses.

But a lot of times when we've done them it's been on state ground because it's so hard to get a well drilled on BLM and get all the permits and all the hoops to jump there.  I think there's a lot of times that you can get a lot more done if you didn't have all the red tape and all the hoops to jump through.

>> Julie Weikel: All right you just introduced an another whole layer of complexity because as we all know water rights are state specific and not specific to BLM in general.

>> Steven Yardley: They are not but trying to get a well drilled on a piece of BLM property can be -- and I'm just using a well as a for instance.  Receding -- and it does it goes back to me maybe that's outside of the power of -- this board.

>> Julie Weikel: I think so.

>> Ben Masters: It's as difficult as getting a survey probably.  I think I see what you're saying because that's something I've heard with some of the wild horse organizations that I've been around is that they want to go out and they want to begin implementing a fertility control program, they want to get started but they encounter BLM staff who are hesitant or they don't want to or they're leery and I understand some of that but I think when appropriate just get out of the way and let them go for it.

>> June Sewing: There again is something I've talked about before in our association in the past and this has been quite a few years ago, the district offices or whatever would contact us about a project that needed to be done for what, you know, water development, troughs, whatever.  We have a backhoe and I'd run out there and help him do it.  We'd supply the material and everything and probably about maybe ten years ago wasn't able to do that anymore because it had to do an EA, had to do all these kinds of things and so it is really, you know, what do I want to say an obstruction to getting things done.

>> Steven Yardley: Maybe I can use a couple other examples.  We've used -- we've done spike treatments on a lot of our state sections that -- spike treatments to control brush, pinning juniper treatments to control -- open up forage under the trees but unfortunately, we haven't been able to do that on a lot of our BLM ground because of the bureaucracy restrictions that are applied.  And so I just think even range treatments, there's a lot of permittees, there's a lot of people like the wildlife foundations that would like to contribute to those and take part in those but because of all the red tape and hoops you have to jump through it makes really hard to do a lot of those projects that would benefit the wild horses also.

>> Julie Weikel: All right.  Any additional discussion about number nine increasing public participation and financial support in the management of horses on and off the range.  Remember, we want to include both of those areas.  Have we done that adequately?

>> Steven Yardley: One other thing I would add is education again.  I know we mentioned it before.  I think a lot of people don't know what they can do and what's available for them to do.  If we can inform the general public.  I know Sue and I were involved in a Cedar City at the university with a bunch of potential college students.

Or, sorry, I said -- Sue, I meant June, I apologize.  And one of the local BLM guys that deals with the horses was there and a lot of them had no understanding even that there were wild horses on the public ranges which I think everyone here probably agrees that that's unfortunate.

>> Julie Weikel: I have a quick question I want to give all of us an opportunity to revisit any one of the topics.  One through nine if you thought of something else that you want to add.  I'm going to give you a minute to just kind of look at the list of questions and see if there's anything that we forgot in the brainstorm department.

>> Sue McDonnell: Could you ask, oh, excellent, now can I see them.

>> Julie Weikel: Kathie's grinning from ear to ear so -- we're glad you can see them now.

>> Sue McDonnell: Okay, great.

>> Julie Weikel: Yes, Jim.

>> Jim French: I have one that I wanted to add to number two on how to -- does the BLM sustainably obtain AML with HMA.  Many of the HMAs there has been some significant change relative to vegetated type or fire cycle or whatever which has -- which has changed carrying capacity for everything including the horses.  And as I think everybody will agree that some HMAs you might have a one-half of an HMA is rich in natural resources which attracts the horses in one-half of it or one quarter of it where the other doesn't receive much use and just like with livestock industry and whatnot I think to undertake any programs such as water development through guzzlers or vegetative manipulations to increase vegetation which horses might have an interest in to increase the overall distribution on an HMA I think would go a long way to -- towards sustainability and staying within AML.  I think we get into trouble because in many cases we only see a portion of the HMA is actually usable whereas we have a potential or at one time much more was usable than it is now.  I think that's part of the valuation process.

>> Julie Weikel: Look at the words and see if it's captured.  In that case I would add another point.  Sustainability maintained.  Evaluate spatial and temporal usage of an HMA with an eye to optimizing and you mentioned one way to mention that is in the desert, turn the water sources on and off does a whole lot but we talked about, for example, one of the things we do with life cycle is we let plants reproduce is we take the cattle off during the seeding stage and we can do that with time sometimes.  If

we could move the horses off in certain areas because that is a problem with year-round usage so at any rate I just --
>> Steven Yardley: I might add at the bottom of the that evaluate spatial and temporal use HMA with an eye to optimized rangeland health with optimal use.  Is that all right?
>> Julie Weikel: That's all right, Steven.  Does anyone have any additional points that they really need to get in here on these topics?
>> Ginger Kathrens: I don't know where this would go, Julie but evaluate the creation of new wild horse ranges that are currently HAs, HMAs, I have no idea where that would go.  Evaluate whether certain HMAs should be considered as a range.  Right now we have just a couple of them and I can talk about specifically what we mean when we're not doing just listing.
>> Steven Yardley: Why don't you expand the audience the difference between a range and an HMA.
>> Ginger Kathrens: A range does not contain livestock grazing.  It's managed principally for wild horses and I'm including wild horses of course as wildlife so it's more or less for the wildlife.  And the priors for instance is a range, there aren't livestock there.  It's managed beautiful big horn sheep herd in that area and so forth.
>> Ben Masters: I think it's valid to put in -- allow people to buy up AUMs for wild horse and burro use.
>> (Applause).
>> Kathie: For wild horse use?
>> Julie Weikel: All right, folks, it's break time.  Thank you.  Wait, wait, real quick before we do that.  Dean and Kristin, did we do what you needed us to do here?
>> Kristin: I will say yes.  These questions are important for us to look forward and we wanted to make sure that.  Good ideas weren't being missed and so this has been very helpful and very appreciated.
>> Dean Bolstad: Agreed, thank you.
>> Steven Yardley: One other thing to add in conjunction with what was said by Ginger because of the detriment that's occurred on these ranges.  I think if we evaluate that the current HMAs have all the necessary attributes for an HMA and if perhaps they should be zeroed out.
>> Ginger Kathrens: Conversely, there are, what, 150 herds that have been zeroed out?  Perhaps evaluate whether there are any others that could, again, contain wild horses that kind of goes along with the other suggestion that the non reproducing herds would be zeroed out and JMAs.
>> Julie Weikel: All right.  Let's take a break, folks.  Those of you who brought forth new ground here recently think about those during the break.  We'll revisit those because it may take the form of specific recommendation.  I don't know.  But -- and if not just capture them there at the end as footnotes.  All right.  Thank you.
>> Kathie: Everybody, we'll be back in fifteen minutes.  Thank you.
>> (Break).
>> Julie Weikel: Okay.
>> Kathie: Okay, everybody, we are at the end of this particular road, huh?  End of the road.  End of the trail.  And the sooner we all sit and become quiet the sooner we get to go home.  Okay, we need all our board members.
>> Julie Weikel: So board members in front of you you now have a printed copy of the brainstorming that we just did moderately edited.  Only moderately.  It's just an opportunity for you to be able to look it over.  Other than removing some redundancies, correcting a few spellings and whatever, this is standalone product.

That goes to the committee who is working on this congressional presentation. Okay?  So look it over, make sure it captured that you want to -- capture the point you're trying to make to those folk to consider what's on here then we are going to kind of enter a new phase of this recommendation process.  And I want to begin that with this comment the recommendations that came out of the 2016 wild horse and burro advisory board meeting in Alcone, Nevada stand we want BLM to address all of those and I will express the board's disappointment that we did not hear that at this meeting.

But those recommendations are on the ground alive and well so going forward now, out of our presentations here this week, out of concerns for the program, whatever, what specific recommendations above and beyond this brainstorming, because this exists and it's headed where it's supposed to go.  What specific recommendations do we want to bring forward from this advisory meeting?

>> Kathie: Is that a one step two step where you want them to review these before we move on?

>> Julie Weikel: I think that's a good idea.  Let's take a few minutes to review this product because that might stimulate the thinking about specifics.

>> Kathie: And each -- even though we're not going to make it perfect or anything like that, but if something is in two and belongs in four, or you don't want the board associated those are the things we'll kind of maybe pull out.

>> Jim French: I'm going to take this to the other side of the comment that you just made.  I wasn't here in September 2016 for that meeting.  And I heard about it.  As I was just down the road from Meloc at the time and the phones were buzzing about the recommendations and --

I felt, you know, coming to this board, I felt that, you know, a year has gone by and that interior had an opportunity, got a brand new president, brand new interior secretary, a brand new BLM administration at the top.  And I was, it was my hope that we would have a meaningful conversation about those items.  I thought, I think the bureau had -- and I'm just speaking for myself here.  The bureau had a year.  I realize there was a transition involved in that year but it was still a year involved with that and I think those recommendations were pretty straightforward, very clear, I think the justification for those recommendations were there, it was very painful to do but a lot -- I know members were conflicted and were having a difficult time coming to that conclusion and from that standpoint I really, to get my arms around the whole thing I was hoping we'd have that opportunity to have that conversation.  And I'm for one am disappointed that that didn't occur.  I think the bureau missed an opportunity to do that.  And I will just say, having said that, I made a comment last night at dinner with a couple of my colleagues here as we were talking about today and whatnot and I asked the question, do you feel the bureau has -- and the interior has the pallet and the will to follow through the recommendations coming through this board at this moment in time and the interesting part of that conversation was that immediately the members sitting at that table immediately said no.  They don't.

And I thought that was what was -- I was going to hear this based on the fact that we didn't have the conversation that I thought we were going to have about -- I thought which was a very substantive meeting in September of 2016.  So having said that, and echoing what I think was the board members were actually feeling at the time, I'm going to make a recommendation, as long as we're talking about recommendations here.  I'm going to make a recommendation that this board, the next meeting of this board is conducted in Washington, D.C. and we have the

opportunity to not only bring forward this but to actually discuss it and actually discuss it with interior, with BLM staff and if the congressional delegation that's had interest in this process would like to chime in I would encourage them to be there as well but I think ultimately, I think in this, under this -- I think this is important enough and this is a turn in the road.  I think we took -- we're taking a paradigm shift and I think we tapped the rudder and I think we're moving the ship a little bit different direction than it was in the past and I think the bureau senses that obviously we wouldn't have had this exercise right here if they didn't feel that way.  And I think it's an opportunity for us to link arms as a team.  And sell this proposal.

>> Steven Yardley: So is your

>> Ben Masters: So is your recommendation that we meet in Washington, D.C.?

>> Julie Weikel: Do you want to put a time in on what that is?

>> Jim French: I'm going to say right around the first of the year but I guess we meet in February?  January?  February?

>> Dean Bolstad: We traditionally have avoided the holidays of course but we can meet anytime we want.  With a designated official and the BLM department and a desire to convene with any information that you can provide us.

>> Kristin Bail: We're supposed to have thirty days.  We can go down to as few as fifteen but optimally for maximum public notification it's 30.

>> Julie Weikel: Would you punch your mic, please, Jim?

>> Jim French: Getting the thirty days you need it would be reasonable to expect that we could conceivably do this right on the first week of January for instance of 2018?

>> Kristin Bail: That would be possible and if it's a recommendation we would make sure that folks knew about that.

>> Jim French: I'd like to put it out further so the folks in Washington can actually get to a position where they, you know, at least know what question to ask if we get to that point where we discuss this in particular. .

>> Kristin Bail: And the timing of placement of the BLM director.  We do not currently have a permanent director yet perhaps by then but the senate will let us know.

>> Kathie: If you can speak into your microphone as well make sure they're on, thank you

>> Julie Weikel: Kathie, can you increase that font because in order for me to read the wording of it to the board, thank you.  All right.  Thanks so much.  The recommendation is that the wild horse and burro national advisory board have their next meeting in Washington, D.C. and review their most recent recommendations including those presented in September 2016.  And then subsequently we kind of honed in on the time.  Do you want to add that?  Tentatively early next year.

>> June Sewing: Can I say something?

>> Julie Weikel: Absolutely.  I'm going to ask every board member to comment on this recommendation.

>> June Sewing: I would like to suggest it would be done before the end of March.  Julie and I are going off the board and since we have been intricately involved in this whole process and myself would be personally interested in being a part of this.

>> Julie Weikel: Thank you, brave lady.  Okay, so that's basically the recommendation.

>> Kathie: I put review the most recent recommendations on the surface that sounds like you'll talk about it together but I think you mean something different than that.  Would you like some more specific language in there?

>> Jim French: I think you can call it -- we can do some wordsmithing with it but I

think ultimately what we would like to do as group is present this eye to eye and have an adult conversation about what the justifications are, whether -- where they stand with it.  And whether or not we're going to actually move forward with any kind of substantive changes following this exercise.

>> Julie Weikel: Sue, for your benefit we're just watching the wordsmithing here to make sure we capture Jim's intent.  Once that happens I'll read it again and then I'd like every board member to address the recommendation and then we'll vote on it.

>> Sue McDonnell: Got it.

>> Ginger Kathrens: Jim, what did you mean by sell this proposal?

>> Jim French: I think I did use the word sell and I'm not sure what is the appropriate word to use.  And basically I think at the BLM knows what I'm talking about because you could come up with a recommendation that you think has all the justification in the world and run into a brick wall when it gets two or three layers above us and I guess if you want to call it selling I think what I would like to say is that we have the opportunity to explain our position.  Explain why we came up with these recommendations.  Explain why -- what we saw here today and yesterday. And -- make our case for the changes that we would recommend.

>> Julie Weikel: Okay, Kathie.  Read our recommendation, right?  That the advisory board have their meeting in DC and make recommendations to officials including those presented in 2016.  I think maybe it needs the word -- okay.  Tentatively to be scheduled early in the calendar year but before the end of March 2018.  Okay, let's go on the right.  Go for it, Ben.

>> Ben Masters: Looks good to me.

>> Julie Weikel: Okay, Ben likes it the way it is.  June.

>> June Sewing: I do too.

>> Julie Weikel: You were frowning so you were worrying me.

>> Steven Yardley: I was speechless.

>> Julie Weikel: And, Jim, do you still like your recommendation?

>> Jim French: So far.

>> Julie Weikel: Ginger?

>> Ginger Kathrens: I would suggest maybe we make our other recommendations this seems like the last step not the first.  You know?  Does that make sense?  I don't have any problem meeting in January but I have no idea what the recommendations are that we're going to be discussing in DC right now other than the big elephant in the room that was voted on last time.

>> Jim French: If I could I think ultimately that my thought was that there was some significant recommendations made at the last meeting that we were going to be discussing in -- I think along the line of item -- the ten o'clock item yesterday that the bureau chose not to bring up.  And I'd like to have that opportunity to make sure that we can debate that and we can actually talk about the merit and lack of merit if you so desire and actually have a conversation about that but at the same time I think this played off of that somewhat.  And I think ultimately that segways into this series of recommendations that we did today.  Because I -- I think basically my comment is that we all -- it took some pretty significant effort to get here and I think the only thing worse than having to go through something like this is to not have it -- at least not have it listened to.  And to have it round canned in Washington, D.C. so consequently I think this is important enough.  I think we have crossed some new territory on I think on a lot of subjects here.  Not just the elephant in the room as you were saying but there's a lot of subjects we talked about and a lot of things that are going to be significant changes in policy and I don't want somebody biting at our

heels that's going to kill this thing before it has a chance to actually have some light. Because I think ultimately this is the solution to a problem that we've had for a long time.

>> Ben Masters: And just so everybody knows about this elephant in the room which has been skirted for the past five minutes of this discussion is last advisory board meeting the recommendation was made to allow for the destruction and sale of healthy horses.  That is the recommendation that everybody is referring to and not addressing.  Just in case anybody wasn't aware of that.

>> Ginger Kathrens: And at that meeting I think some members of this board fully knew what they were going to recommend and there was not an opportunity then at least I didn't feel there was an adequate opportunity for discussion of that before it was voted on.  I think I was still pretty numb.

>> Ben Masters: And I personally, you know, that was like one of the hardest things that I've ever had to do and excuse the -- but I feel very, like you guys, kind of offended and kind of like you don't really care about us to really make a recommendation like that on such a difficult topic and you all didn't address it in this meeting or make a response back from the BLM.  I felt very blown off about that and I feel like that's part of the reason of why we want to go to Washington, D.C because if you guys aren't taking our time seriously and the time of everybody else here seriously maybe somebody a little bit higher up will.

>> Julie Weikel: Can I call on Sue and Jen and Fred on the phone.  Are Jen and Fred on the phone right now?  Okay.  Sue, would you care to comment on recommendation number one 2017 which is a meeting in Washington, D.C.?

>> Sue McDonnell: Before I comment just a clarification, since I can't see it does it -- does it include time that we as a group discuss it or would that change to be that we would go there prepared to put forth with whoever wanted to listen to what we had to say?

>> Julie Weikel: It's a regular board meeting.

>> Sue McDonnell: Okay so we would have time before we met with people to discuss things as a group.

>> Julie Weikel: That's my understanding and BLM officials are nodding at me. Kathie's nodding at me the wording says that the advisory board have their next meeting in Washington, D.C and present.

So -- I think that answers your question.  I presume some discussion going forward.

>> Sue McDonnell: And that sounds good to me.  I tend to move it up sooner than later like maybe by March 15th.  I'd hate for thing to get delayed and then you guys not -- June -- or anyone going off the board not to be a part of that.

>> Julie Weikel: Oh, gee, haven't recently been through that yourself and being stuck on this phone because you didn't know you were supposed to be here?  How sensitive of you.  Okay, we're adding before the middle of March 2018.

>> Sue McDonnell: Thank you.

>> Julie Weikel: Thank you for reminding us what a painful process that has been. Who is the board?  Okay.  Okay, Ginger, did you want to add something more?

>> Ginger Kathrens: Does that mean that we aren't going to discuss the recommendation about killing the horses or we wait until we go to D.C.?  Or --

>> Julie Weikel: The recommendation is out there.

>> Ginger Kathrens: There's nothing to discuss although I didn't feel there was a discussion at the other meeting but --

>> Julie Weikel: I have a quick question we are a quorum here and a quorum plus

with Sue's help so I guess I'm prepared to call -- I want to explain, we have a blanket proxy vote from our two missing members.  But BLM has advised me that proxy votes can only get used specific to a given recommendation after a specific phone call with respect to that recommendation but if this is going to pass without putting in those phone calls, we can go ahead and I would suggest we go ahead and see if it passes and if it doesn't then we call up Jen and Fred and get their vote.  Okay?  Are we good with that?  All right.  We're now voting on recommendation number one that the national -- the wild horse and burro national advisory board have their next meeting in Washington, D.C and present their most recent recommendations to agency officials.  Tentatively to be scheduled early in the calendar year but before the middle of March 2018 all those in favor say aye.  Thank you.  All those opposed say no.  Okay.  Six ayes.  Can you guys try to get us a meeting arranged by early next year, please?  Thank you.  All right.  Whew.  One down.  All right.  You're leaning in there, have you got a recommendation there, Steven?

>> Steven Yardley: Not yet.  So are we going to go through these then and we say we are brainstorming but you want us to pick some of these off.  What are you wanting right now?

>> Julie Weikel: This is a standalone document going to the committee that is going to be presenting to Congress with our brainstorming ideas.

>> Steven Yardley: And is this going to be presented as everyone on the board agrees with all of these ideas?

>> Julie Weikel: Well there's not possible because there's die ya metrically opposed things.  She wants to expand and you want to limit them and they're both on here.

>> Ginger Kathrens: That is not correct.

>> Julie Weikel: The possibility is out there about both ends of that.  But this is a document for a work -- a working document for BLM.  If there's a piece of this or any other subject that you want to bring forth as a recommendation to go out of this board for 2017, that's what we're doing right now.  Have I captured that?

>> Kathie: Let's back up to where I think Steven is.  You did a very, I didn't capture it quite as excellently as you did it.  So you have a bunch of suggestions that can be provided because it's a working group that it's going to.  One of your options is not to try to wordsmith all of this and turn it into specific recommendations but to say here's our ideas.  Before we do that and move onto other kinds of recommendations because those go to the wild horse and burros program not to Mary Jo's team so they're two different entities.  Before we turn these over we want to maybe give even a -- everyone moment and say the third bullet on number four, I don't want that sent forward as something the board said.

You know, the fact that you don't all agree with everything might just be okay but if there's something that you really either I didn't capture the way you stated it, it was yours or you read and it you say, I don't want that going forward then we can do those kinds of minor adjustments.

>> Steven Yardley: There are two things that I don't want to see going forward.  One I feel helicopters are a good way to perform roundups.

>> Kathie: Do me a favor what number you're under.

>> Steven Yardley: Okay, how the BLM continue humane treatment of wild horse and burros, one is phase out helicopters roundups in lieu of bait and water trapping.  Essentially with what I've seen with the helicopter pilots that are utilized by the BLM in the roundups I think they are as humane as possible and I think it's kind of a slap in their face to kind of put that out there that it's inhumane what they're doing I don't think that ought to go forward.  One other thing that I am definitely opposed to.  The

act prohibits it on number how can the BLM reduce, no -- yes, how can the BLM reduce and control holding costs for excess animals I believe on the backside of that page.  Kind of having a hard time following these on the back.  This act doesn't allow you to buy these for horses.  They're supposed to continue on livestock -- for livestock and then the last one.  Those areas where there are any areas that could again contain wild horses we have a big enough problem working with areas where we have wild horses.

>> Julie Weikel: Okay, Steven, you have three areas?  I'm trying to clarify if there's three areas or if he's back off on the third one?

>> Steven Yardley: I do have three areas.

>> Julie Weikel: Three areas.  Okay.  Dean, you could inform us on number two.  Steven says that the raising act prohibits the transfer of AUMs from cow to horses and I know that -- Madeline had a little trouble in that department so I'm aware that it's obviously not simple.

But can you address that?

>> Dean Bolstad: There's a lot to this answer here.  First of all permit use and lessees have grazing preference because they have base property to which they're attached.

Private land or water.  Mostly we are private land-based but there are water based permits as well, Steven, you're correct.  So in order to have and hold grazing preference you either have to have water or the base property so to acquire those you need to control or own the base property.  So that's the first step.  So if someone want to change use, yes, you can change it to the domestic horses and you can propose to BLM a different use for wild horses but that's a land use planning decision so all those things are possible and they're discretionary on the part of BLM.  Kristin, can you add to some of that?  Perhaps Mary Jo or others in the audience that are local officers could add to what I just said as well.  So there is no easy simple answer to this.

>> Kristin Bail: It could be potential policy-wise but when you look at all the different dependencies and hurdles you have the base property situation.  Or, you know, an Act amended in order to facilitate that kind of transfer without having the other dependencies occur.

>> Dean Bolstad: And another thing that occurs if the area is one hundred thousand acres are more and we're proposing to change one of those principle six uses.

One of which is livestock grazing so change it from livestock to wild horses, we have to have congressional approval of that if we're doing it entirely and eliminating that principle use.

>> Julie Weikel: Okay.  All three of these concerns of Steven's came from Ginger so I'm going to ask Ginger and Steven if there's some change of wording that might satisfy you both or one of you makes a recommendation and we vote it up or vote it down.

>> Ben Masters: So actually one of those recommendations was mine.

>> Julie Weikel: I'm sorry.  I'm really sorry.  I've been giving you a bad time since I got here.  All right.

>> Ben Masters: And if you did want to start with mine what I meant was allow people to buy AUMs and transfer those for wild horse use.  I think what I was getting at is I have a familiarity with one particular area in which there is a guy who bought the livestock permit in all of those AUMs and then took nonuse on it and then I don't know the proper terminology but like gave it up or zeroed it out or whatever.

And in that case I think that there is a compelling argument that in that particular HMA because those grazing allotments, because those AUMs are not being used that the AML for those horses in that particular HMA could be raised.

>> Julie Weikel: And that's exactly the situation that we heard about from --

>> Ben Masters: From TJ Holmes.  That's what happened with TJ.  If someone wanted to do that in somewhere else and like what Ginger was saying turn it into a wild horse range if there's no more grazing on that piece of property and there's no more permits for that, you know, something to consider.  If we're throwing ideas out.

>> Steven Yardley: Do you think we should also allow horse AUMs to be able to be transferred over to livestock?  Like not -- AUMs but AMOs can be transferred over to livestock?

>> Ben Masters: No.

>> June Sewing: And whether you do or not is how can they maintain AMOs and I'm not sure if that goes to that question or not.

>> Jim French: To clarify under one hundred thousand acres if some entity bought a base property and wanted to retire the AUMs and convert those to wild horse and burro or if it's RMEF and they want to convert it to elk use they can change the classification and over one hundred thousand would be commerce.

>> Dean Bolstad: I think you said a keyword, Jim, yes, what we saw in TJ's example, yes, it's been done, the person acquiring to give it up it's the bureau's decision subject to EPA and all those things and yes, it can be done and if it's under one hundred thousand acres my opinion is we have the discretion to do it.

>> Kristin Bail: The reporting requirement is the one hundred thousand level.

>> Jim French: In other words under an RMP amendment you can actually entertain a changing classification at that point.

>> Steven Yardley: So if the HMA is over one hundred thousand acres but the permit is under one hundred thousand acres then does it have to go before Congress or -- so like if it would become part of the HMA and the HMA is over a hundred thousand acres but the permit itself is let's say 20,000 acres then it would it have to go before Congress or not?

>> Dean Bolstad: If it's less they do not have to go before Congress and have approval of the livestock grazing.

If it's less than don't need to go to Congress if it's over we have to go to Congress.

>> Someone suggested a change in wording because I'm reading allowed people to do this and you have to go through hoops but it's --

>> Ben Masters: I think we may want to delete this one because it's already happened in the past and it seems like it's incredibly complex and one sentence is not going to address the complexity of that.

>> Jim French: It's a pathway to do what we want to do and the tool in the toolbox is to sit down at the table and get to that point and suggest that.

>> Kristin Bail: I just want for a moment I can give you the exact citation from the federal land management policy October on the one hundred thousand if you like because I think it'd be good to be clear on that since we were all trying to get it out of our brains instead of paper it says any management decision or action pursuant to a management decision so that would be like changing, making the change.

That excludes that is totally eliminates one or more of the principle or major uses so those are the ones that Dean talked about.  Those six.  For two or more years with respect to attractive land.  One hundred thousand acres or more shall be reported by the secretary to the House of Representatives and the Senate

>> Jim French: So reporting is different than approving it I guess.

>> Steven Yardley: If it's all right with Ben I'd like to see that.

>> June Sewing: I just have a question.  Our association actually has four permits in the eely district.  One horse and three cattle.  We are the permittee on all of them. We use the horse permit obviously but the other three is in nonuse.  Now could we, since we are the permittee on there could we then just put horses on there?

>> Dean Bolstad: So if it's a cattle permit you need to apply to change to kind of livestock, cattle, to horses and we're talking domestic horses here.  Not wild horses.

>> June Sewing: Because we've been wondering what we're going to do with those allotments.  We don't obviously run cattle and our nonuse permit is going to -- it's like ten years I think and it's soon going to wear off.  We've been trying to get somebody to buy them.  They want to pay us two dollars per AUM.

>> Ben Masters: I know a place where you can get excess horses if you need some.

>> June Sewing: You main domestic ones?

>> Ben Masters: Sale authority.  Dean can hook you up.

>> June Sewing: He said we couldn't do that.  If we bought the horses?

>> Dean Bolstad: So if you bought the horses and you own them you could apply.  If your intention is to graze your private horses you apply to your local BLM for a change in livestock and they'll renew and it change it from cattle to horses and then they'll issue a decision to either change or not change your permit.  Or if they change it then the terms and conditions of grazing might change.

>> June Sewing: So it's not really changing the designation?

>> Dean Bolstad: You change the livestock from cattle to horses.

>> June Sewing: I guess I'm a little confused which is not hard to do but --

>> I heard a recommendation that we eliminate, allow people to buy, etc.  Is that where we are or -- Jim, I'm not sure where you were.

>> Ben Masters: Yeah.

>> Julie Weikel: Before you agree to just pull it because it does capture an idea that's out there and functional.  Maybe we can make the language fit it better and say something like remove impediments that result in a change of use from cattle to horses that fit with existing law.  Because apparently the law exists to do this.  Yeah.

>> (Speaking off mic).

>> Ben Masters: I think maybe we should take out the word wild horse use because if that individual owns that horse then it is an owned horse and not a congressionally designated wild horse if they purchased that horse from sale of authority.

>> Julie Weikel: This is not about facilitating June's specific thing.  This is the thing about (inaudible) and it is wild horses.  Remember, it's under the section of how can the BLM sustainably maintain AML within all HMAs?

>> Kristin Bail: I think the distinction would be under TJ's example the allotment was already closed versus a transfer of class of livestock which it would remain an allotment so those are slightly different situations.

>> Julie Weikel: Right.

>> Dean Bolstad: Yeah I think June's are not in a wild horse area so they're two different things.

>> June Sewing: They're not.

>> Kathie: Jim, would you restate what you had said a minute ago.  It included within the law.

>> Julie Weikel: It was me, removing impediments that result in a change of use within an HMA within an existing -- I think it captures what your intent was. But -- does it -- does it address your objection because how this started is you didn't

want this to go forward.

>> Steven Yardley: Obviously different people on the board have different opinions. I guess I can just see where the doorway can maybe be open for the BLM to -- HMAs to buy out permittees and say, hey, we're going to give you this much for your permit take it or leave it because we need it for the wild horses and that's a legitimate concern that I have and like you said maybe having within the existing law or -- maybe that'll address it.

>> Ben Masters: That's exactly what I was attempting to do is if somebody wanted to buy out the cattle AUMs so they were fairly compensated and they were sold and that individual wanted to open up more available forage for the wild horses that those wild horses the AML could be increased inside of that HMA.

>> Steven Yardley: And my issue is the coercion factor that could exist within the BLM trying to get horses to AML and seeing this as a means of doing that and getting their permittees.  Does that make sense?  That's where my concern is.

>> Kathie: These are your ideas that go to a group that Mary Jo is heading to put together for strategy to give to Congress.  It's not going -- I doubt it's going to get labeled as -- I take it back.  Just tell me what you want to say.

>> Julie Weikel: It was Ben's suggestion, your concern --

>> Kathie: Julie, microphone.

>> Julie Weikel: It was Ben's suggestion and Steven's concern about the language. Are you both content about the language now that it could stay or not?

>> Ginger Kathrens: Steven, the permittee would have to agree, would they not? There's no mandate.  I mean, if you agreed to do it then it would be your decision. So I would think it's okay.

>> Julie Weikel: No, they can't make you.  Does the phrase within existing law make it palatable enough?

>> Steven Yardley: I guess that'll work.

>> Julie Weikel: Okay, one down.  Two to go.

>> Ben Masters: We'll use the second one and remove the first one is that okay, Julie?

>> Julie Weikel: I think so.

>> Kathie:

>> Julie Weikel: I think so we have the wrong one highlighted I have the last was concern value wait if any areas that could contain wild horses was that not your concern?  Okay.  Okay, and I believe this came from you originally, Ginger this evaluate, remember, this is under the topic how can the BLM sustainably maintain AML within all HMAs.  And then you said evaluate if any areas that, again, could contain wild horses.  And I'm pretty sure I know what you mean from this because this has come forward many times in the past.  So zeroed out ranges and HMAs would be looked at again for repopulation.  Is that what you meant?

>> Ginger Kathrens: I'm sorry, where are we on this?

>> Kathie: Bottom of page two, second column.

>> Julie Weikel: It pertains to question two.

>> (Speaking off mic).

>> Julie Weikel: It's question number two.

>> Steven Yardley: On the book side of the page.

>> Kathie: Second page second column at the bottom it says evaluate and you can see it on your screen if that's easier.  Evaluate if any areas that, again, could contain wild horses.

>> Ginger Kathrens: I'm not sure that, you know, that that was typed in there exactly

correctly.  It probably evaluate if there are any areas that have been zeroed out probably could contain wild horses.  Something like that.  Does that make sense?

>> Julie Weikel: Okay, now, Steven, this was your objection to that language which is now fixed.

>> Steven Yardley: And I guess whether they have been zeroed out they are obviously zeroed out for a reason and I would rather see the HMAs that we currently have addressed and taken care of and gotten down to AML rather than expanding and opening up new areas when the areas we currently have are faced with AMLs or with numbers that are way above AML.

>> Ben Masters: What if we put in the wording non breeding wild horses?  Non reproducing wild horses?  As an alternative to sticking them in a pen.

>> Jim French: That makes sense because you wanted to exclude horses and some of those HMAs are just vacant.

>> Julie Weikel: I would remind this board that this recommendation that accomplishes exactly that asking BLM to look at previously zeroed out areas about the potential of repopulating with non reproducing herd has come out of the board more than once historically.

So if you leave it in you're not putting anything out there that isn't already out there as a recommendation to BLM.

>> Ginger Kathrens: I don't know why it can't be there.  I mean, when was it -- when was it suggested before?  And it was a formal recommendation?

>> Julie Weikel: Yes and at least once since I've been on the board.  And I would -- my guess, trying to remember as best I can and you can help me here I think Tim brought it forward.

>> Ginger Kathrens: Okay.

>> Julie Weikel: And sometimes it does with respect to a specific area because we had that one in Utah that we were looking at specifically.  Had a water issue.  Anyway, the point is this recommendation already exists.  To leave it here doesn't add to the pile.

>> Ginger Kathrens: Well, but it was a recommendation -- it was something that was added at this meeting.  So it bears repeating.

>> Julie Weikel: Yeah but I'm kind of saying.

>> June Sewing: This is not a recommendation, this is part of what they're going to present to the -- and so -- but the recommendations that we have made would not be a part of this thing that they're going to present to Congress.

>> Julie Weikel: Exactly and that's what I'm trying to say is leave thing in here doesn't really change what has been even more strongly stated in the past.  And to which BLM has already responded and I can't speak to what the response was because it's pretty much area specific pertinent to why it's zeroed out.

>> Dean Bolstad: So we can go out and get the exact response.  BLM periodically revisits the standard use pl in -- plan to review areas, should they be activated.  Also to review the herd management area to determine if they should continue to be herd management areas.  What's changed in the last twenty years so it's a standard procedure already there but we are not wholesale and I think that was a response to the board. We're not wholesale planning to revisit all, however many 100 and some that have been designated for nonmanagement.

>> Julie Weikel: Steven, does putting in the word non-reproducing and knowing that this has come forward as a recommendation from the board in the past make you comfortable with leaving it right there?

>> Steven Yardley: My concern is as a permittee that would run on that ground it

would be concerning to think of bunch of horses being put back on that ground when you look at the areas where there are HMAs and the permittees have been asked or required to reduce their AUMs because of the overpopulation of wild horses.

And that was my big concern with that.

>> Dean Bolstad: I'll just repeat that.  As BLM revisits their land use plans this is standard procedure to review herd areas should they continue to be herd areas or not or HMAs nor not.

>> Would it help to start this with continue to evaluate.

>> Steven Yardley: It sounds like whether it's in there or not BLM's going to keep going whatever it's been doing.

>> Ben Masters: Still working on that survey.

>> Julie Weikel: Ginger, are you happy with it now.

>> Ginger Kathrens: That's fine.

>> Julie Weikel: We're done with that one.  Let's go to the third one.  This really was yours, Ginger, it said phase out helicopter roundups and water trapping.  Steven objected.  To leaving it in.  I would add I object to leaving it in.  Goodness knows the original act prohibited helicopters.  BLM had a real need for them.  Got the law changed to put them back in place and there are places where they are absolutely essential and, yes, Jim?

>> Jim French: I'm agreeing with what you're saying relative to that.  It needs to be part of the toolbox and I would also point out that there is a conflicting statement in here anyhow because if you go in question one it says we use helicopters for gathers and later on says we don't.  I would later say use them more appropriate because I don't think it should be the first order of business in every gather.  I think -- and I don't think the BLM does that anyhow I think they're going to say yeah, do helicopters every time but I don't think we should take that tool out of the toolbox.

>> Dean Bolstad: BLM last year removed 800 horses with bait and water traps which is kind of unprecedented compared to previous things and we just renewed our five year contract and I don't recall if we have six bait water trappers or not but we obviously want to continue that to be a part of our program.

>> Steven Yardley: Can you clarify too and I think it was kind of mentioned I think one of the biggest issues with helicopters is the expense but it sounds like what you said is water and bait trapping can be every bit as expensive or more.

>> Dean Bolstad: It can be very expensive or inexpensive.  It depends on the site specific place.  What's the best tool for the job.  That's what we ought to do and I'd remind the board that Velma Johnson testified when this change allowing helicopters her position was after five six years of not having it that BLM needed it.  Helicopters.

>> Julie Weikel: Okay.  So we have three people on record as objecting to this going forward.

>> Ginger Kathrens: Maybe phase out helicopter roundups if bait and water trapping is feasible.  Because the helicopter roundups if you can do bait and water the animals are far less apt to be damaged in the process and it's less stressful and it's less dangerous to them physically because I know adopters and it's so sad when they get a horse and they realize it's not a sound animal and it maybe was run very far at a very young age.  If we can use bait and water trap if it's economical and feasible then we should do it.

>> Julie Weikel: How then are you suggesting that the wording be changed?

>> Ginger Kathrens: Where economically feasible -- what was the other word I used?  Where --

>> (Speaking off mic).

>> Ginger Kathrens: Are feasible and economical.  Okay.

>> (Speaking off mic).

>> Jim French: Then we need to take item four out because --

>> Kathie: I put the word in here increase the use -- rather than talking about phasing out helicopters increase the use of bait and trapping where economically feasible.

>> Ben Masters: So I'm looking at a lot of these ideas.  And there's a lot of good ideas and there's a lot of problems with a lot of them and a lot of them are recommendations that we've already given in the past.  So what is the purpose of this?  Because this is not a professional document to hand over to Congress.  So like be a legitimate recommendation.

>> Julie Weikel: This is a working paper for her group and I tried to make that really clear but if there were any big glaring problems I wanted to give you all a chance to address them but there are contradictory things in here and I don't think that -- please address us would you, Mary Jo's going to tell us whether we're just wasting our time.

>> Mary Jo: This is just to inform the group that's working on the report.  So it's not like this document's going to be taken and handed to Congress.  This is just going to help inform us as we work on that report that will be -- everything that we thought about.  Everything that we're getting from you.  Is all going to be considered as we're preparing that.

>> Steven Yardley: Would we have that report presented to us when we have our next meeting or will it be ready by then?

>> Julie Weikel: It might already be law.

>> Mary Jo: Well it's not ready now I can tell you that but I would imagine once, you know once we have it finalized and of course in order to do that it has to be approved by the Secretary of Interior and, you know that it has to go up the Washington office 100 chain and then up to the secretary before we're even ready to present it to office.

I'm sure once that's happened it'll be given to the board I would imagine, right?  Right, Kristin?

>> Is there any chance the board can see that report prior to it going to Congress?

>> Mary Jo: That's a question I'm going to have to give to Kristin.  The secretary would be the one to make that decision.  We'd love to give it to you but the secretary get to make that decision.

>> Kristin Bail: It also goes to OMB may also want to see it before it is officially transmitted to Congress so there's a lot of people that want to look at it.  We can certainly ask the question but we do give deference to, you know, the final product being the product of the, you know, the president essentially and when the administration choose to share it.

>> Jim French: My level of concern is that report is going to reflect this document.  Obviously because we're giving it to you.  And which is -- which are our words.  And so my comment and I'm uncomfortable with representing myself as a member of this board without having -- making sure that that representation is accurate.

>> Mary Jo: That's a good point and everything we do we vet through our solicitor as well so we're not inadvertently propose something that's not legal currently and so that would be a part of this process as well.

>> Steven Yardley: I think what Jim's getting at too is even though the suggestion's put up, were put up by members of the board the board as a group doesn't necessarily give their stamp of approval.

>> Mary Jo: I understand and I understand the desire to see it when it's finalized and

I'm not exactly sure -- what I think we would probably do is have a section that discusses what the discussion was here today.  I'm not sure exactly how we would -- I'm sure we won't just attach this or anything like that.  It'll be used to inform the narrative about that and maybe.

I don't know, Kristin, we would obviously have to check up the chain to see, perhaps we could give the board that section to look at.

>> Kristin Bail: We can certainly ask the question but I don't see this as verbatim insertion.  It's more a reflection.  This is what we heard at the board meeting and particularly those items that are new and we do reflect what we heard from the board previously and will reflect what we hear as recommendations from this meeting as well.

>> Julie Weikel: Okay.  I call for concerns and we've been here for awhile on three little concerns.  I'm going to ask each of you, if you are comfortable enough with this document going forward with the modifications we've already made as a work product to the working report.  If you are comfortable enough let's just let this stand.  I hear you Jim that you couldn't defend every one of these bullets but as an accurate reflection of this discussion we could.  We all could I think.  So -- I guess I want to make this recommendation number two.  That the board present the discussion results from points one through nine of Mary Jo's presentation.  As an accurate reflection of the discussion relevant to these questions acknowledging that there are inherent contradiction and concerns.  Can we live with that?  Sue, did you hear that clearly enough because apparently you don't get to see the board anymore, is that right?

>> Sue McDonnell: That's right but, yeah, I heard it.  I've been able to follow your discussion.

>> Julie Weikel: So we're going to vote now.  All those in favor of presenting this inherently contradictory document as an adequate representation of our conversation and concerns to the congressional committee.

>> Ben Masters: Is really worth wasting people's time for them to look at that recommendation?  I mean, I just think that the board present the discussion results from question one through nine of a presentation as an accurate reflection of a discussion but there's contradictions and concerns.  Like, to me, I don't know if that recommendation is worth the Secretary of Interior's --

>> Kathie: She's just trying to get you to vote on whether it's okay to turn this over to Mary Jo's group.
This has nothing to do with the secretary.

>> Ben Masters: I thought these recommendations were going to the Secretary of Interior.  BLM wild horse and burro recommendations go where then?

>> Kristin Bail: They will be shared forward.  You are correct.  If this is an official recommendation of the board you are making this recommendation that this team consider this document and its work.

>> Ben Masters: And should we send a recommendation to the secretary of the interior about this presentation in which there's inherent contradictions and concerns is that a good use of his time?

>> Kathie: I think Julie was trying to get each of you to vote on whether or not it's okay -- if you're reasonably comfortable with --

>> Steven Yardley: Can we vote on that is having a formal recommendation is what Ben's getting instead of having all the verbiage that's going to go before the secretary let's just vote okay, nee.

>> Kristin Bail: It's not to be included as one of the recommendations.  Okay.

>> (Speaking off mic).

>> Julie Weikel: Can we technically submit this to the committee?  Instead of to the secretary?

>> Kathie: That's the question.

>> Kristin Bail: It would not be a formal recommendation of the board per the usual process of recommendations but if you -- it would be essentially the board's group consensus, you know that, yes, we want to have this go to the team that's working on the report that you all agreed that it's good enough to go but we wouldn't include it in that record and then come to the next meeting and say, okay, this is one of the recommendations and this is how we responded to it.

>> Julie Weikel: Okay take away the number two and give it a big star because it's somehow in a world all its own now.

>> June Sewing: Couldn't we just do it as a motion?

>> Julie Weikel: Sure.  Do you want to make that motion?

>> June Sewing: Yes.

>> Julie Weikel: Okay, June has moved that we and Steven seconds that this document move forward to the congressional preparation committee as an accurate reflection of our concerns all those in favor say aye.  All those opposed say no.

>> Dean Bolstad: You made a request of the program a number of times before. That were not formal recommendations.  And of course we honored that.

>> Julie Weikel: All right.

>> Jim French: That was the primary reason that we have number one.

>> Julie Weikel: Yeah.  That's right.  That's exactly right.  Okay.  The ayes have it. Please take this thing and -- make it let's make it part of a positive going forward I hope.  All right.  Back to are there additional recommendations that the board would like to bring forth at this time?  These are now formal real recommendations from the advisory board 2017.

>> Ben Masters: Phase out long-term holding for three years and take that budget and put it towards on-range management.  Three years.

>> Ginger Kathrens: Ben, where would the horses go that are living long-term.

>> Ben Masters: They would be destroyed.

>> Ginger Kathrens: (Speaking off mic).

>> Julie Weikel: Okay.  Additional discussion for recommendation number two? Which is --

>> June Sewing: I would like to add the adoption program as well.

>> Julie Weikel: Wait a minute you want to phase out the adoption program?

>> June Sewing: No, that the budget go to on-range management and adoption if that's okay with that guy down there.

>> Julie Weikel: Okay Ben is nodding so now recommendation says phase out long-term holding over the next three years and apply that budget to on-range management and adoptions.

>> Ginger Kathrens: I think it should add what it is and that's that it would be destruction of the animals.

>> Steven Yardley: I wonder if we would be better off to put as stated in the act that we -- the horses be put up for adoption at least three times, all horses in long and short-term holding facilities be offered for adoption at least three times.  And all unadopted horses be made available for sale without limitation or humane euthanasia.  Those animals deemed unsuitable for sale should then be destroyed in the most humane manner possible.

>> Ben Masters: That recommendation was made in 2016 and is made in

recommendation number one currently.

>> Julie Weikel: It's not obligatory that recommendation number two contain the mechanism.

>> Jim French: I think that's great point because destroying of the animal is just one of the options that is offered in the toolbox and I would hope that as we have moved through the process of trying to, and that was going to be my other motion I was going to make here for is that we, I believe we have the opportunity here to actually engage those organizations which have shown an interest in adoption, in tip training and also the system that's in play right now.  To actually take those animals, those excess animals, that are going to be released out of long-term holding and actually put them into the system for training and adoption down the road.  I would hope that we could actually list that as well as one of the options and not just drop to the final one but obviously there's that but I want to add a third one after we're done with this one.

>> Julie Weikel: Okay.  I want to wipe out all the modifying language and vote on the original recommendation number two just the way it stands and if you want we can add the operand if you will leaving BLM any options that accomplish this.  You know, short of putting them back on the range but -- I think it just muddies the water.  Ben's exactly right.  These are separate issues.  And if there's an alternative, for example, we have in front of us a proposal that Russia would like 20,000 mares and all you have to do is pay the freight to get them there.  And if it turns out that BLM does the cost benefit analysis of that and Congress allows it, then fine.  I don't mean to to preclude those options in this -- perfect.  Okay now recommendation says, thank you to Kathie, phase out long-term holding over the next three years and apply that budget to on-range management and adoption.  BLM will use all options that accomplish this focusing on humane options.

>> Steven Yardley: Could we add to that excluding putting them back on the range.

>> Julie Weikel: No, Steven.

>> Ben Masters: How about we keep out phase out long-term holding over the next three years.  Just keep it simple.

>> Julie Weikel: Well, it's called call for the question and as member of the board you can say call for the question.

>> Steven Yardley: Call for the question.

>> Julie Weikel: Take out the second sentence.  Call for the question.  We vote on it up or down and if it goes down we add the next sentence back and see if it passes.  Phase -- phase out long --

>> Sue McDonnell: Is it still going to have where the savings will be put.

>> Julie Weikel: It says apply that budget to on-range management and adoptions.

>> Ben Masters: Call for a question.

>> Julie Weikel: All those in favor for recommendation number two --

>> Julie Weikel: Call for the question.

>> Ben Masters: Call for the question.

>> Julie Weikel: Okay, all those in favor of recommendation number two, please say aye.  All those opposed to recommendation number two, please say no.

>> Ginger Kathrens: No.

>> Kristin Bail: Did Sue vote?

>> Sue McDonnell: I said aye.

>> Julie Weikel: The motion carries.  Recommendation number two is in place.  5-1.  Okay.  All right.  Are there additional recommendations to bring forth at this time?

>> Jim French: I was trying to see if we could divert some of the maybe I just -- I'll

just say it anyhow but I would like to divert some of that revenue that's going to be saved from the long-term holding facilities into enhancing the tip program make sure it's fully funded.  As far as the training side of it and that we by policy the BLM increases the ability for those training facilities to process more horses.

>> Julie Weikel: Okay the motion that just passed says and adoptions of which the tip program is one of those.  So that summon now all specified for range management and adoptions.  Are you suggesting an additional recommendation relative to adoptions that accomplishes the other things and I'm suggesting maybe it is a separate, it's not a modification to, it's a separate recommendation about adoptions?

>> Jim French: My sense is that because it's contained within the language that involves open range management as well, that the intent of my motion will be lost and I believe that my feeling is that in order for us to maximize the number of horses that can be adopted we need to fully fund the capability of those organizations that are actually doing that hard work and I'm not sure how this is going to work but I would like some of that funding diverted into that process.

>> We had some other language, Jim, I don't know if you want to combine them.  To take excess animals and put them in for training and adoption.  Do you want to combine this?

>> Jim French: Ultimately that's what I'm trying to accomplish but I'd like to include somehow a funding mechanism to go about that because that's what's been missing in the past for a good portion of and it I would like to give the opportunity for those horses for adoption at the same time that, you know, we're actually doing the hard work in terms of trying to determine how we're going to move forward with long-term management.  And in one of the options in that is to enhance the adoption program and that's how I would -- that's what I propose.

>> Could we maybe amend that recommendation to say adoption programs?  Which should include --

>> Jim French: It would include all of them, won't it?

>> Right.

>> Jim French: Yeah, I think that would be more complete?

>> How does that work for you Ben?

>> Ben Masters: That's fine.

>> I want a little clarification about the phrase in current systems.

>> Jim French: Is there a regulatory moratorium which limits the number of horses that these organizations can actually take into there system.

>> Kristin: It's a funding mechanism.  You saw that pie you shrink one piece and grow one piece.

>> Jim French: I don't want to later on be sitting here talking about we were going to do this and hit a wall in terms of the funding side and the rest of those animals were euthanized I would like to make sure that somehow we put -- we enhance that fund to where we can maximize that number.

>> Kristin Bail: So you can grow the pie or reallocate the pie.

>> Jim French: Whatever it takes but adopt as many as we possibly can.

>> Julie June Sewing: What if it just said create funding mechanisms to maximize adoptions?  Does that work?  I mean, it allows us to tap into the foundation, to take donations it asks BLM to make a bigger pie slice I mean it kind of does all those things.  Doesn't it?

>> Jim French: As long as in the discussion we capture those organizations and then secondly we capture the international adoption because those are the things I spoke

of earlier today.  Because I think we have a lot of options out there to pull a lot of those horses that are going to be coming out of short-term or rather long-term.

>> Julie Weikel: Kathie's getting it down again.  Through successful programs because I think that's one of the things we want to prioritize.  We heard that over and over again about prioritizing those programs that can get it done.  So maybe instead of especially through partnerships but especially through successful programs.  Does that capture your intent?  I think we all have it on our list.  I mean, in one version or another --

>> Steven Yardley: Is that going to exclude like newcomers that want to take part but feel like they can't because --

>> Jim French: No, I hope it would encourage it.  That's -- my term maximize adoption means if we got -- if we double the number of people out there that can actually perform that service let's get after them.  So --

>> I think it needs to include international adoptions.  Okay so at this point recommendation number three says create funding mechanisms to maximize adoptions especially through successful programs and to include international adoptions.  Dean, you're looking like you want to say something.

>> Dean Bolstad: I get in the weeds and very technical.  Adoption maybe sales might be an appropriate term to transfer animals to other nations but -- anyway I get the concept.

>> Julie Weikel: Adoptions/sales fits for me everywhere that it says adoptions.  Now it says make recommendations through adoptions/sales and to include international adoptions and/or sales.

>> Jim French: Yep.

>> Ginger Kathrens: Do we want to put any other verbiage in there that would maintain a humane transfer or something.

We've tossed out in the past numerous international sales things before. Don't we have some concerns about this and should we put some protection in there for the animals?  Gym

>> Jim French: What do you recommend?

>> Ginger Kathrens: I don't know, Dean, what do you think?

>> Dean Bolstad: So I don't think the United States Government can enforce U.S. regulations on the soils of foreign countries if that's the question.

>> Jim French: Well, I understand that we're not going to go to war but I can tell you that, you know, certainly within the context of an MOU or something along that line we could at least go on record that if they don't meet a set of standards in terms of ethical treatment of animals they lose that contract as null and void.

>> Dean Bolstad: So Ginger's intent here is that if we provide them to another country they're going to go for something other than meat on a hook.  That's what Ginger's concerned and that they be taken care of if and you talked about third party monitors in other countries.  The boroughs to Guatemala had that.  It was veterinarian to other countries.  We're not going to spend 7,000 dollars an animal to get them to Russia for somebody to eat them.  That's ludicrous.

>> Jim French: I agree and I'll tell you I think in the context of this thing I think we're covered then under what, under the regulations that were outlined for the Guatemala thing, right?

>> Dean Bolstad: Well they're not regulations but it was all part of the deal.  The concept and the, yeah, it's not policy but it was the proposal included veterinarian assistance once they got over there.

>> Jim French: Sure.  Well I guess ultimately that's what Ginger's talking about that

the protection is here as well.
>> Kathie: I threw some words up.  Do they help at all?
>> Jim French: I'm sorry?
>> Kathie: I threw in maximize adoptions or sales that meet basic humane standards.  Does anything like that help, Ginger?
>> Jim French: If that's direction more towards bureau in terms of how it orchestrates those types of transfers, yes, because that sets the stage for what you were talking about, Dean, and that satisfies what Ginger's talking about.
>> Ginger Kathrens: Is that right?
>> Dean Bolstad: The print is too small for me.  I'm sorry.
>> Ginger Kathrens: She added that meet basic humane standards.  I'm not sure if there's teeth in that or not.
>> Dean Bolstad: I hear Sue committing a comment.
>> Sue McDonnell: They could be shipped to Japan and humanely slaughtered.
>> Dean Bolstad: And that's what I was thinking too.  The intent is they're put to a productive use and purpose that's really what's being discussed here if we go to the expense of transferring them to other countries.  They could be breeding herds and create their own free roaming herds on the steps of Russia.
>> Julie Weikel: That's one of the proposals you have in front of us is they're going to be free roaming herds in a habitat that has three endangered big cats so --
>> (Speaking off mic).
>> Julie Weikel: No.  It's Jim's baby.
>> June Sewing: My comment would be that, I don't know whether we're talking about adopting or selling but if it's a sale thing it would be the same as any other sale.  Once those people have their animals they can do anything they want with them.
>> Jim French: I'm wondering then obviously the bureau looks at these recommendations for implementation.
I'm guessing if you want a full feeling for what the intent of was for the board you go back to the minutes of this meeting and hear this conversation and I think that suffice because your comments, Ginger are on the record on that.  Agree with you on that and I think and that's the nature of my motion.
>> Ginger Kathrens: I had a long conversation with this gentleman a year ago maybe.  Maybe less and as he explained it to me, the endangered cats would have a prey base that currently does not exist.  So the horse would be going to an environment that's somewhat different than where they came from and they would be a prey species.  Wild horses are a prey species.  When we talk about no predators which was said in this meeting in the states, the predator's the mountain line so in this case it's the endangered bengal tiger or something I don't have a problem with them being considered a prey species.
          But they do, just like what Dean says they have to be handled humanely and I don't know whether based on the discussion I've had with them I'm not sure if that would occurred or not.  I'm just not sure.
>> Julie Weikel: Are we ready to vote on this recommendation.  For Sue's benefit the recommendation now says, create funding mechanisms to maximize adoptions and/or sales especially through successful programs and to include international adoptions and programs.  Or sales.  Okay all those in favor of recommendation number three please say aye.  I didn't hear Sue.
>> Sue McDonnell: Aye.  Did you hear now?
>> Julie Weikel: Did you want to add to that, Sue?

>> Sue McDonnell: No, I just wanted to make sure you heard me.  It takes me a second to get my mute undone here.  All those opposed say no.

>> Ginger Kathrens: Because I have those same reservations and I'm a little worried about this.  Thanks.

>> Julie Weikel: All right any other recommendations to come forward at this time.

>> (Speaking off mic).

>> Julie Weikel: Where's that guy from meeker that could do basic math.  I need a tutor.  Hey.

>> Kathie: Right at the beginning there were seven ayes.

>> Julie Weikel: Quick question are Jen or Fred on the phone yet?  Okay.  No.  All right.  We miss you.  Are there any other motions to -- or recommendation to come forth at this time?

>> Ginger Kathrens: Dean is it appropriate to make a suggestion on budgets and allocation of funds this the pie chart?

>> Dean Bolstad: Okay.

>> Ginger Kathrens: Then I would like to see an increase in the percentage of funding for fertility control right now it's at 0%.  In other words I think it's around 100 some thousand dollars.  Well, it's going to have to at least, yeah, I mean, even a million dollars is, I don't know, Ben, do you have a thought on that?

>> Ben Masters: What is the budget for long-term holding right now?

>> Dean Bolstad: I'd have to go back to my notes but it's about 24 million that we spend on pasture contracts.  That's your question.  It's 23 or 24 million.  Michael could say exactly.

>> Ben Masters: If we phase that out over three years and split half of that between fertility control and half of that between adoption just throwing some numbers out, I would say increase the funding for fertility control --

>> Ginger Kathrens: -- to ten million.

>> Julie Weikel: Wait a minute you -- we have -- we have recommendation number one or number two that says that budget will go to on-range management and adoptions.  It doesn't say anything about it going to fertility control and now --

>> Ben Masters: On-range management is fertility control.  I consider on-range management to include fertility control.

>> Julie Weikel: Okay.  All right.  I was going to rehab pastures with that but anyway.

>> Ben Masters: How about three million dollars just, you know --

>> Ginger Kathrens: In the next fiscal year.  Yeah.  And, you know, I'm thinking a percentage of that of course would help not just buying the vaccines but also maybe helping with some of the expenses to deliver the vaccine.

>> Ben Masters: Dedicating personnel and subsidizing the volunteers.

>> Ginger Kathrens: Yeah, it would be for the volunteers as well.  Yeah.

>> Julie Weikel: So recommendation number four says increase wild horse and burro funding for fertility control in the next fiscal year to three million dollars.

>> Ben Masters: What's it currently at?

>> Ginger Kathrens: It's 140,000 dollars.  I'm trying to remember.

>> Dean Bolstad: Well those numbers don't capture all of our costs.  Not even close as Michael explained but it's not a large percentage of our budget.  I'm not going to say it is.  And on the other hand we can spend three -- I like broad discretion to do what you're suggesting.  So throwing three million dollars out there and treating ten horses in each of the 177 HMAs doesn't do anything.  So I think we would have an eye towards maintaining AML once it's achieved.  Those kind of things that you've talked about earlier.

>> Ginger Kathrens: Well it's to stabilize population growth.  Something like that.  Yeah.

>> Dean Bolstad: And I think we're going to be looking to maximize the leverage these dollars through partnerships and where we can do those kinds of things.  We can fly a hell copter and spend three million dollars but I don't think that's what you folks are intending here.

>> Ben Masters: You get what the recommendation is that I would like to see a lot more fertility control used and if you're comfortable with that we can further specify how it would be used.

>> Dean Bolstad: Used responsibly getting the most bang for the buck so to speak is what your intent is and increasing the programs in a meaningful way.  That's what you mean.

>> Ginger Kathrens: That sounds good to me.

>> Julie Weikel: Good and Kathie's just about to get it there.

>> Kristin Bail: Just to clarify in question we are now in fiscal year 18 so you are saying for fiscal year 19 which begins October 1, 2018 just want to make sure everyone is on that page.

>> Ginger Kathrens: Yeah, I understand that, that's unfortunate but I understand that.

>> Dean Bolstad: So which fiscal year did you mean?

>> Ginger Kathrens: I would love for it to be tomorrow but Kristin is pointing out that we are already in FY 2018.

>> Julie Weikel: So put fiscal year 2019.

>> Ginger Kathrens: Is it possible to reallocate funds, move them around at all or not?

>> Kristin Bail: We could look within our discretion but in order to address to a 70 million dollar budget from an 80 million dollar budget we had to eat our young and cut staffing, support, administrative support.  So it would be difficult but we could see whatever we could do.

>> Julie Weikel: Okay.  Recommendation number four says increase wild horse and burro funding for fertility control in fiscal year 2019 to achieve -- to enable goals for achieving AML.

>> Ben Masters: I think for maintaining AMLs in appropriate HMAs.

>> Julie Weikel: What happened to the three million?

>> Ben Masters: I think it'd be good to have a number in there.

>> Julie Weikel: Three million comes back.

>> Ben Masters: In appropriate HMAs.

>> Kathie: Thank you.  Okay, I apologize I thought the conversation was (speaking off mic).

>> Julie Weikel: Now recommendation number four says increase wild horse and burro funding for fertility control in fiscal year 2019.  Increase to three million.

>> Dean Bolstad: Instead of specifying the funding perhaps we could suggest numbers of animals treated or something like that.  I mean, it equates to funding too but, I don't know, just another thought.

>> Ginger Kathrens: Well it's not all for buying darts it's --

>> Dean Bolstad: It might be three million, it might be two million, it might be one and a half.  It might be a thousand animals.  It might be two thousand animals.  We kind of get what you're saying.

>> Julie Weikel: Okay the question is whether we want to change from a monetary measurement, three million, to per head treated goal.  It's your motion.

>> Kristin Bail: Would it be fair to say this would also be fair to protect potential public private partnership so we can increase the numbers not only from federal funds but outside federal funds as well and clarifying that.

>> Dean Bolstad: I think that would be a lot more open and helpful and --

>> Julie Weikel: Okay would you help us capture that because that just okay so it's to longer about three million dollars is that right?

>> Ginger Kathrens: No, it is.

>> Julie Weikel: Okay --

>> Ginger Kathrens: Because the money, you know, quantifying how many mares are going to be darted for three million dollars is not what this is about.  It's about the whole program is the volunteers that go out there and do it.  I don't know how many we're talking about.  We need to be doing thousands of of course.  The word -- what did you mean by appropriate, Ben?

>> Ben Masters: By appropriate I meant if there is a two herd management area that's right next to each other one of them is seven times over AML and the other one is at AML I would say that the one at AML is much more appropriate because the one that's seven times over AML is more likely to be facing a gather in the next few years.

>> Ginger Kathrens: I guess that's okay.  I don't know, what does everybody else think.

>> Dean Bolstad: Ben you're thinking to get the spring creek and replicate that within AML and healthy rangeland, lots of grass and really good condition horses under management plan that doesn't call removals.  That's what you're saying when you say appropriate HMA.

>> Ben Masters: Right the HMAs that, I mean, if you look at an HMA that's seven times over the AML that is going to be gathered next year or is on a high priority list to be gathered I think it's more appropriate to spend money doing fertility control to try to prevent an HMA to be gathered for the next five or ten years to have some type of prioritized list of where do we begin the darting process on a scaled up level.

>> Ginger Kathrens: I'm thinking of the herds in the red desert and those herds are over AML but some of them have such small AMLs like, and I'm just using this as an example lost creek which has some Spanish colonial markers in there the AML is like 70 and maybe there's 150.  There are other extenuating circumstances I think in trying to maintain a herd that is really very special even though it's over AML.  You can bring that down to close to the AML with fertility control.  And still be really selective.

>> Dean Bolstad: So sand wash would be a better choice to focus money and contraception to improve -- to increase what's going on compared to going to antelope valley where we visited last year there's thousands of horses I think Ben you're saying don't go to the valley but to target places like sang wash.

>> Ben Masters: Places that are more feasible.

>> Ginger Kathrens: Right and I think the red desert calls under that and sang wash but they are over AML.  I don't want AML to be the reason why we would use fertility.

>> Ben Masters: How about we take everything out after fiscal year 2019.

>> Ginger Kathrens: That's fine by me if it's okay with everybody else.

>> What if we added such funding might be applied to males and/or females.  It does and that's the point of putting it right there.  There's kind of been a usurpation of that phrase to mean immuno contraceptives and fertility control means fertility control. It's such a big jump of what we have I am not going to quibble over the number.

>> Ginger Kathrens: My intent was for fertility control not overreactimizing mares

certainly you know me well enough that I believe that we should be doing things that we can take back if we have to if we have a weather event in the prior months and we use two-thirds lose two-thirds of the herd and taken the ovaries out of the mares.

>> Julie Weikel: Would you amend to say reversible fertility control because fertility control control means fertility control control.

>> Ginger Kathrens: I understand and yes.

>> Julie Weikel: Okay so now take out -- might be used for -- reversible and take out all after six.  That all comes out too.

>> Kathie: Take out what's now called five but it's not really five.  That's all gone?  I didn't know if we agreed to it.  Thank you.

>> Julie Weikel: Isn't that what you said, Ben, and everyone said okay?  So now number four says increase wild horse funding for reversible control by three million dollars in fiscal year 2019.  All right?  Ready to vote?  Sue, is that clear?

>> Sue McDonnell: Yes.

>> Julie Weikel: Okay all those in favor of recommendation number four please say aye.  All those opposed say no.  No.

>> Ben Masters: Madam Chair, you have been voted against.

>> Julie Weikel: Yes I have.  Thank you for reminding me of that but it's not the first time.  Let's move on do we have anymore recommendations coming from the floor?

>> Steven Yardley: I have a recommendation.  I'd like go to go into a little bit of background because I believe this discussion deserves it.

All the recommendations we've made thus far do nothing to deal with the excess of three times AML that are across the ranges some places six and seven times over the levels and the dire consequences that are happening because of these.  If we leave it alone we're going to go from 75,000 horses this year to potentially 150,000.  That's assuming there's not a population crash.  From 150,000 four years from then we're going to be going to 300,000 horses assuming there's not a population crash.  I don't think a lot of these areas and sustain those numbers without having a population crash.  A population crash can is really kind word for animals starving and dying of thirst.  I don't think that's humane in any way, shape, or form.  I think that's one of the least humane things you can do to an animal and as an advocate for animals, and someone who takes care of them, I believe and part of why I'm here and why I'm doing what I'm doing is I believe we're all children of God and he's given us a stewardship over this earth and over his animals and he expects us to take care of his animals and sometimes that means making hard decisions that's best for them.  I would suggest that we follow the wild horse and burro act as written in its entirety and most of my recommendation comes directly from that.  And I'll start with the BLM immediately and by immediately within the next three years remove excess animals.  Defined as any animals over AML from the range so as to achieve Appropriate Management Levels.  Such action should be taken in order in priority to restore a thriving balance to the range and protect the range from the deterioration associated with overpopulation.  BLM shall order old, sick or lame animals be destroyed in the most humane order possible.  BLM shall charge additional free burros to be captured and removed for private maintenance and care for which the BLM determines an adoption demand exists by qualified individuals and groups.  All animals shown offered for adoption three times and thereafter should be made available for sale without limitation or humane euthanasia.  Those animals deemed unsuitable for sale should then be euthanized in the most humane manner possible.  Ladies and gentlemen, we are facing one of the greatest travesties that's ever happened in your country regarding our range resource.  And if we don't make hard

decisions now, generations to come are going to be making much harder decisions. The damage that's taking place currently nears impossibility to repair.  I don't know if you can do it.  We have ranges.  We have reseed that had were homesteaded that we tried to reseed three times and because of the arid nature of the ground, we haven't had any success to speak of.  We have tried various things from grading the land to making berms so that the seed would catch more moisture.  We've tried spraying off the cheat grass and the mustard weed to get salvaged seeding and none of it has worked and that's using Siberian wheat grass, the most prolific producers of perennial grasses that are nonnative.  That doesn't even come close to approaching the perennial bunch grasses and the winter fat that's out there that I think right now is the time to act.  And I feel unfortunate that this problem's been kicked down the road for a long, long time and now we're having to make some really hard decisions because of that but if we couldn't to kick it down the road the decisions are going to get harder and harder.

And animals including horses, burros, and wildlife are going to suffer the dire consequences because of it.  And that's why I'm making this recommendation.  Okay, Steven, please indicate your first statement.  Follow the build and horse and burro act in its entirety and then you immediately start quoting and wild horse and burro act which you just read.  If you could help Kathie out by telling us exactly where in the wild horse and burro act you're starting.  Pull it up and where you're ending.  This is the exact words out of the act.  Okay?  And we don't have to -- I mean, it is what it is.  Now you did say, did you say within three years because that's not in the act.

>> Steven Yardley: It is not in the act.  Immediately is in the act and I propose we define immediately in this recommendation as within the next three years.

>> Julie Weikel: Do you want to put that in parenthetically behind immediately and then just use the rest of the wording intact because if we wordsmith the act very much it will turn into a big deep discussion.  I'm in favor of hanging onto the act.

>> Steven Yardley: I am also in favor of hanging onto the act.

>> Kathie: So you give me the proper citation or whatever.

>> Steven Yardley: I had it pulled up for some reason it's not pulling up.

>> Julie Weikel: I had it here marked also but I'm not finding it.

>> Ben Masters: Steven I would like to write something down and it may kind of be what you wanted to say is to achieve the Appropriate Management Level within three years.  Then to use fertility control to slow the population growth to where the recruitment meeting the adoption demand.  At that point in time we would have a perfectly sustainable solution.

>> Steven Yardley: I think that would be excellent to add to it.  I also failed to mention I think we should include in this that we further recommend the BLM utilize the help and assistance of all state and local governments and agencies and individuals in achieving AML.  I agree is that should be the end goal and that's what I would like to see is a sustainable herd of healthy horses on healthy ranges and using fertility control, adoptions and permanent sterilization as part of that.

>> Julie Weikel: Before we modify the act language let's be clear about what you're including.  Okay?

>> Steven Yardley: Okay.  So if you go down to --

>> Julie Weikel: Because you start literally in the middle of a sentence.

>> Steven Yardley: Let me find -- if you go 1333 powers and duties of secretary.  Down to --

>> Julie Weikel: I see where you are and you started reading right here where you

said exist -- that an overpopulation exists on a given area of public land and an action is necessary to -- and that's where you started.  Remove excess animals.  You shall immediately remove excess animals.

>> Steven Yardley: Yes.

>> Julie Weikel: Is that where you want to start?

>> Steven Yardley: Yes.  That's where I want to start.  With he, he shall immediately decrease the size of the ALM.  We can't make recommendation to him.  We're making our recommendation to the BLM.  The BLM referred to here is he, referring to the Secretary of Agriculture shall immediately remove excess animals from the range so as to achieve Appropriate Management Levels such action shall be taken in the following order and priority comma --

>> Julie Weikel: I have a question, if you just stopped it right there.  Immediately remove excess animals from the range to achieve Appropriate Management Levels.  BLM is already obligated to follow this law about, from there on.  Even without us recommending it.  They are.  And so I don't know why we have to add all this extra language.  You're asking BLM to follow the wild horse and burro law.

>> Steven Yardley: I agree but they're not.

>> Julie Weikel: Okay, so do we need all that verbiage or can we just said BLM will immediately within the next three years follow the wild horse and burro act in its entirety and remove excess animal to achieve AML.

>> Steven Yardley: That's fine with me.  And I would like to include -- we further recommend that the BLM utilize the help and assistance of all state and local governments and agencies and individuals in achieving AML.  Thereafter, the goal should be to maintain herds at AML through darting, adoptions, and permanent sterilization.

>> Julie Weikel: Sue, we're just kind of caught up in a little wordsmithing right now.

>> Sue McDonnell: I'm still here.  I'm listening.

>> Kathie: We're going to lose closed captioning in -- we have about nine minutes left.  We will lose closed captioning.

>> Dean Bolstad: That doesn't mean the broadcast stops, right?

>> The closed captioning we can continue to record but the live streaming will end because it has to be captioned by law.  Just to clarify.

>> Julie Weikel: All right.  Nine minutes.  BLM will immediately within the next three years follow the wild horse and burro act and remove excess animal to achieve AML.  Further, use help and assistance of all state and local agencies and individuals in achieving AML.  The goal should be to maintain herds at AML through darting, adoptions and permanent sterilization.  There's a lot in that.  Is there any chance you'd be open to having some separate recommendations.  One is achieve AML and a separate one is about maintaining AML.  Just so it's clean and tight.

>> Steven Yardley: That would be fine.

>> Julie Weikel: Okay.  So I would suggest that number five BLM will immediately within the next three years follow the wild horse and burro act and remove excess animals on the range to achieve AML.  From the range.  From the range.  Okay.  That's the end of five.  Or do you want --

>> Steven Yardley: Include the next --

>> Julie Weikel: He want to keep further use of all states and individuals in achieving AML.  Okay.  So that stays part of five.  Let's discuss that, number five, right now, okay?

>> June Sewing: I would like to add organizations to that state agencies.  Organizations.

\>> Steven Yardley: I agree.

\>> Julie Weikel: Any further discussion of number five?  Ginger?

\>> Ginger Kathrens: Who does the killing?

\>> Julie Weikel: Number five doesn't say anything about the processing.  It says get them off the range.

\>> Ginger Kathrens: And then what?

\>> Julie Weikel: That's a separate issue?

\>> Ginger Kathrens: It is?

\>> Julie Weikel: Yes, it is.

\>> Ginger Kathrens: In 2007 BLM had meetings that contemplated destruction of healthy wild horses and I think that they came one within a thousand or two thousand that they could do a year without violating clean water standards and other EPA acts.  And they talked about the psychologists and how many they would have to have to counsel employees that were told to destroy healthy animals.  I think that if we're willing to make this kind of a -- recommendation then we have to be responsible for taking part in the deed itself.  I can't even imagine it.

\>> Steven Yardley: That's what's required in the end.

\>> Julie Weikel: Further discussion?  Calling for a vote on recommendation number five.  BLM will immediately within the next three years follow the wild horse and burro act and remove excess animals from the range to achieve AML.  Further BLM, I might be getting tired, further BLM will use the help and assistance of all state and local agencies, organizations and individuals in achieving AML.  All those in favor please say aye.  All those opposed please say no.

\>> Ginger Kathrens: Same as before.  No, absolutely not.

\>> Julie Weikel: Sue, I think we might have drowned you out.  Did you vote on that motion?

\>> Sue McDonnell: I voted aye.

\>> Julie Weikel: All right.  We're up against losing some of our ability to communicate with the public.  Actually that topic of maintaining AML, that statement, we have language drafted about that, I'm looking at you because do you want to provide that or will this start with, okay, all right.  This was in that basic goals and then somewhere at the end of it where removals with the goal that eventually removals equals adoptions.

\>> Ben Masters: And I think that's what we should all have is a goal.  What are we doing.  What are we looking forward?  What are we trying to do and I think that the goal is to achieve the Appropriate Management Level within the next three years.  Then to use fertility control to slow the population growth, to where --

\>> Julie Weikel: Just let Kathie get started.  Are you going to use the language that's up there, Kathie to start with?

\>> Kathie: I'm just listening to what he is saying.

\>> Ben Masters: Let's just start on a new one here if you can write down exactly what I'm saying we'll just start a new one.  To achieve the Appropriate Management Level --

\>> Julie Weikel: To maintain the Appropriate Management Level.

\>> Ben Masters: To maintain the Appropriate Management Level by using fertility control to slow the population growth to where recruitment equals the adoption demand.  Where removal equals the adoption demand.

\>> Julie Weikel: Can I ask for what clarification of what fertility control means.  All the tools in the toolbox or just immuno contraceptives.

\>> Ben Masters: I would like to see a priority in immuno contraceptives but I

understand that permanent is more realistic option but I would prefer it to have as fertility control in this.  Unless we want to, I mean, unless we want to try to flesh that out right here.

I guess we can.

>> Julie Weikel: I was just asking you if you were confining it.

>> Ben Masters: This is not confining it.  No.

>> Julie Weikel: And number seven is really number six.

ROUGHLY EDITED TRANSCRIPT

BUREAU OF LAND MANAGEMENT
WILD HORSE AND BURRO ADVISORY BOARD
OCTOBER 17, 2017
8:00 A.M.


Captioning Provided by:
Closed Caption Productions, LLC
www.CaptionFamily.com
Phone:  (800) 3350911


\*   \*   \*

REALTIME CAPTIONING AND/OR CART (COMMUNICATIONS ACCESS REALTIME
TRANSLATION) ARE PROVIDED IN ORDER TO FACILITATE COMMUNICATION
ACCESSIBILITY AND MAY NOT BE A TOTALLY VERBATIM RECORD OF THE
PROCEEDINGS.

\*   \*   \*




>> DR. JULIE WEIKEL:  Ladies and gentlemen, if you could take a seat.

We need to get started this morning.

Gosh.

It's nice to see you all here.

Whoa!

There's a lot of enthusiasm back there in the back of the room.

Do you want to lead us in some calisthenics.

Thank you for coming.

Another meeting of the national Wild Horse and Burro Advisory Board.

I want to start the morning off with Kathie Libby who is going to kind of explain our format going forward and we all have learned to have lots of respect for this little lady, because she runs a tight ship!

So Kathie, if you would kind of tell us how this will work today and we'll get on with it.

>> KATHIE LIBBY: Thank you, Julie.]

That, by the way, was Dr. Julie Weikel, who will be running our meeting this morning, and tomorrow if she does it well today.

(Laughter)

>> No pressure.

>> KATHIE LIBBY: So, serious issues all the time here and every once in a while we just like to interject a little smile to remember that we are all human beings attempted to make progress in some very difficult areas and it's hard.

The issues are hard.

The conflicts are hard.

Our perspectives are different.

So before we get officially started, I will go through some of the ways that we suggest that we encounter each other and work with each other over the next couple of days.

Let me say briefly that for this morning at least, the agenda, after I stop talking, Kristin Bail who is the designated federal officer for the wild horse and burros will give us some opening remarks.

We will then have two sets of comments from our local Colorado officials around what they are involved with and they are involved with some very interesting stuff in Colorado for wild horse and burros.

Then we'll take a look back, just to bring us forward at our last session, we had some meeting minutes from those sessions, and then there was some specific recommendations that we want to respond to.

And then Dean Bolstad, the head of the wild horse and burro program in DC will give us an overview of the program at large.

After our break  yes, we will have a break.

It will be 15 minutes.

We don't always but we do like to stop and start at the times designated.

So we will work our best at that.

It means if you take a break, please come in quietly, if you don't quite get back at 10:30.

We will have a US Forest Service update and a nice presentation on the influence of feral horses on native wildlife in the Great Basin.

So lots of really good information this morning.

I won't go through all of it.

There's more this afternoon, but that's just a bit of it.

So largely, as most of you  or many of you understand, this is a meeting of the national advisory board.

The public is invited, more than welcome.

We love to look out and see your faces.

We don't see the faces of people watching us on the web and yet, the largest majority of people, that's how they are seeing this.

So that's why you see all of this equipment all over the place.

And we do ask  and I do need to remind the board members as well, that you do have microphones, and they have a little button on them so that when it's your turn to speak, you want to press button first and you want to speak as directly into the microphone as you can.

It helps everyone.

But because it is, we do have  because it is a meeting of the board, we do have a couple of hours this afternoon set aside for public comment.

There are signup sheets in the back, if you wish to provide a public comment, once we know how many people are signed up, we'll divide the time equally amongst you.

Quite frankly, it usually ends up being two to three minutes.

So it's good to know what you say and say it as directly as you can.

There are specific seating arrangements and rules that allow us to have this as a meeting and allow everyone to listen and engage with everyone.

So I want to review those.

BLM_003265

They are in the back.

You don't have to learn them by heart but I do need to make sure that you know them in general.

So we do provide seating, and we're pretty filled up today.

That's good.

If you wish to stand, there are designated areas behind the seats that you can stand.

The  because it is a board meeting, the speakers and other attendees will not approach the dais at any time other than when you are speaking during the public comment period.

There is actually this lovely bright orange tape right here which means if you are visiting, you are on this side.

Okay?

And the media is asked to check in at the door.

We do have places if anybody at all has camera, there are designated camera places.

They are labeled in bright pink.

If you can sit with your camera, we welcome you to be right up front.

If it's a standing camera, there are two sections along the side that we ask you to use, just so that you are not spoiling everybody's view.

If you have any issues about uses of camera or whatever, Jason, are you in the room?

Okay.

Well, we'll just let you know who he is later, that you can come to.

No visiting attendees are allowed to place microphones, cameras or other equipment in the space beyond me, beyond in orange thing, okay?

Please most importantly, we just really want to show mutual respect for each other and for the speakers and the board members.

That includes  if you have that cell phone with you  and I know you've got that cell phone with you, please make sure it's either turned down or off.

And please don't use it during the session, don't speak into it during the session.

BLM_003266

If you decide that you will be disruptive, you will be asked to leave the room.

Simple as that.

We won't have a dialogue.

You will simply be asked to leave the room.

We really need to let the session work as it is intended.

If you are wishing to address the board, as I mentioned, sign in at the door and at that time, you are addressing the board, not the public at large.

It will be, you know, live shot and you will be heard and seen, and if I say that you have two minutes, then you have two minutes.

You don't get two and a half and everybody else gets two.

Whatever amount of time you have, you will be asked to stop at that amount of time.

If you have handouts that you would like to give to the board from your group or whatever, please give them to Dorothy in the back.

And we will ensure that the board members get your handouts but just don't be  we can't have a lot of people walking up to the table and handing things or throwing things to the board members.

Within the meeting room, we ask that you do not bring signs or placards and display them around.

Feel free to do that outside the room if you have something that you would like to draw people's attention to, but not inside the room.

When you are making your public comments, the board will not respond.

We save that time for you to speak, not for them to interject and dialogue with you.

That does not mean that they agree with you or disagree with you.

It doesn't mean anything.

It means we asked them not to respond and they will live up to that.

The chair does reserve the right to comment on any factual inaccuracies that may be shared during the public comment period.

And lastly, and very importantly, the BLM commits to maintaining tease rules to the

BLM_003267

benefit of all involved and appreciates your cooperation in helping us do that.

Okay?

So let's get started.

I'm going to turn it back to Dr. Julie.

>> DR. JULIE WEIKEL: Thank you, Kathie.

We all appreciate how Kathie tries to run the meeting in a way that allows everyone to have a voice in this important topic.

I want to briefly take a minute and introduce the board to you.

First, I want to send a big thank you from the board to Friends of Mustangs for a most gracious tour yesterday, and the best representation of people who love horses as individuals.

(Applause)

It was great.

And we like the food too!

(Laughter)

Dean has more to say on this topic in a few moments, but I just wanted you to know how much the board appreciated that.

So at this point, I would like to start with introductions over here to my right.

Ben Edwards represents wildlife management.

Oh, Masters!

I'm sorry, Ben.

I know a Ben Edwards.

I'm sorry.

It just fell out there.

And you just smiled.

You didn't correct me.

BLM_003268

Thank you, Kristin.

Oh, my goodness.

Should I blame on this aging or what?

I don't know.

Anyway, sorry, Ben.

Ben represents wildlife management on the board, but I would hasten to assure you all, everybody who serves on this board is doing the very best they can to comprehend this entire issue, wild horse and burro management in all of its aspects and we certainly don't confine any of the board members to their little slot.

Everybody participates equally and  but Ben's our wildlife expert at this point.

To my left is June Sewing, and she has been on the board for the longest of all of us, I do believe that's correct.

>> JUNE SEWING: I'm also the oldest.

>> DR. JULIE WEIKEL: June brings a longtime resume of caring for mustangs and she's here in the wild horse and burro advocacy position.

Steven Yardley from just up north in Utah, west in Utah, is representative of livestock management owner board.

He's a real active voice and is doing a good job of representing his constituency and he just drove in this morning.

Commitment!

To his left, we have our very newest board member, Mr. James French, and he hails from northern Nevada, Humboldt County, in fact.

We are delighted to have you on the board.

And welcome to immersion in these issues which I know you spent a long time up against in Nevada.

As you all may know, Nevada has over half of our wild horse and burro population.

So it's nice to have somebody on the board who actively represents that.

To his left is Ms. Ginger Kathrens, and Ginger Kathrens brings a very well respected voice to the board for humane advocacy.

BLM_003269

Has been on the board a short time, but very effective in that short time.

So that's your board.

And I would remind you there are some board members not on the dais today, but they are here with us.

Dr. Sue McDonnell has recently been reappointed to the board.

She will be on the call most of today and tomorrow.

Can you tell me if she's on right now?

Doctor, are you there, Sue?

>> DR. SUE McDONNELL: Yes, hi.

Good morning.

>> DR. JULIE WEIKEL: It's great to have you here.

Sue is going to  Dr. McDonnell is going to try to be present for every minute of our meetings.

I said that out loud so you would feel obligated.

>> DR. SUE McDONNELL: No, it's my plan to be here.

>> DR. JULIE WEIKEL: Awesome.

We are so glad to have you.

I just spoke on the phone with Jen Sall who is our public interest representative.

She too will do her very best to be present at as much of these meetings as she possibly can.

She's busy rearranging in her schedule in Wyoming right now to try to free up as much time as possible.

And, of course, your much beloved and much missed chairman of the board, Fred Woehl is here in spirit, I assure you, because he made me give him a onehour presentation last night of everything that went open the tour.

He so wants to be here with you.

And he will be joining us on the phone as often as he possibly can.

BLM_003270

So this is a full board in terms of participation, and the other members are just as present in this room as if they were sitting up here today.

At this point, there are more introductions, important people in the room, but I'm going to let Dean Bolstad introduce those to you.

Dean?

>> DEAN BOLSTAD: Thank you, Julie, I want to make a comment about Fred.

He called me at 5 a.m. this morning, hey, are you up?

Are you ready for the meeting?

Anyway, welcome back board members.

A special welcome to you, Jim, the newest member on the board.

Kristin Bail, the designated official assistant director of renewable resources and management in Washington, D.C.

And Mr. Greg Shoop, Colorado state director.

There is a number of BLMers in the room, and I will introduce and acknowledge them, so the public will know who we are so that you can interact and ask questions and get familiar with things if you are new to these issues.

So Ms. Holle' Waddell, please stand up Holle'.

On off range branch chief located in Norman, Oklahoma, and Mr. Alan Shepherd, on range branch chief in Reno, Nevada.

Some other Washington folks, Dorothea Boothe is your point of contact and organizer of this meeting.

She's been introduced.

Mr. Jason Lutterman and Hannah, in Washington, D.C.

She's our senior specialist.

Mr. Michael Reiland in the back, our budget analyst and our wonderful team that broadcasts this meeting international, Mr. art Ferraro from Phoenix, and Kimberly Menning.

Thank for what you folks do to bring this meeting to everyone who could not be here.

BLM_003271

And from the Forest Service, Ms. Hope Woodward.

Where are you, Hope.

And Mr. Jack Isaac who is doing a stint in Washington, D.C., normally in Reno.

So in Colorado, Mr. Christopher Joyner.

Chris, where are you?

You are also one of our public affairs specialists in the back, contact for the media.

And our state leads for Colorado, who will present shortly, Laria Lovec, and Steve Leonard who overseas the wild horse corrals in Canyon City.

Katie Stevens, our Grand Junction field manager, are you here?

Helped to host the tour yesterday and thanks to the wonderful Colorado team that helped to pull that off.

Dana Wilson, are you here?

The acting district manager?

Thank you, Dana.

I didn't introduce Mr. Jim Dollerschell, I left him last.

(Applause)

And also I believe there are some members of our wonderful Friends of Mustangs that were going to come to the meeting today.

Are you here?

Can you please stand up?

(Applause)

I didn't even have to ask for that.

Thank you.

Everyone knows of your dedication to this program, and probably Laria might address that or Greg, but from my perspective, and 42 years with BLM, I have never seen such dedication and cooperation and working with the BLM that I observed yesterday.

The Friends of Mustang have 30 years of relationship with BLM.

BLM_003272

These kind of good relationships don't develop overnight and they don't develop unless we have BLM managers like Jim that foster and grow this kind of thing.

These folks annually dedicate 2 to 4,000 hours per year to help dart with PZP, taking care of the horses and the land that they rely on.

Fantastic!

Wow!

Thank you guys so much for what you do.

So I apologize if I missed introducing anyone.

So, again, welcome to everyone across the world to this meeting, and back to you, Julie.

Thank you.

>> DR. JULIE WEIKEL: Thank you, Dean.

We're really pleased that you brought all of this power to listen to us.

(Laughter)

Hmm... hint, hint.

At this point, Kristin Bail would like to address us and we are really glad you came back to see us, Kristin.

>> KRISTIN BAIL: Thank you so much.

And I want to reiterate, because it really bears repeating, we had an excellent field tour yesterday, a Little Book Cliffs, just a dedicated group of folks.

It bears repeating, 2,000 to 4,000 hours of volunteer, and that's not easy work.

You know, it's in hard conditions.

You know, a lot of patience, a lot of grit.

So these folks earn every bit of the appreciation that we have shown them this morning and then some.

It was very impressive, the successes, as well as the logistical challenges and the realities that were discussed yesterday.

BLM_003273

Very, very informative and I so appreciate hearing directly from the folks who are there in the trenches helping out.

So many folks are here and work with us all over the country on ways to maintain and reach appropriate management levels.

These public/private partnerships are crucial and will be even more crucial as we go into the future and talk about future of the program.

BLM has an important new tool that was provided by us  by Congress to us, that's called the BLM Foundation:  I wanted to spend just a little minute on that.

Again, partnerships are key and anything that helps us form, foster and grow those partnerships is very important.

The BLM Foundation is in its infancy but Congress actually provided the BLM authority to have a foundation that will help us do all of our multiple use activities, but this program, I see, has a very strong possible future with the foundation and I'm really looking forward to  in the years to come how the board of that foundation will help us work with you to increase our capacity for partnership efforts, you know, such as what we saw yesterday.

What can we do to grow and, you know, get that all over  all over our country and each AML having the level of  excuse me, each herd management area having the level of care and commitment that we saw.

And this year, Congress also gave us another charge in the fiscal year 2017 appropriations.

It asked the BLM to prepare and submit to Congress a plan and I'm going to quote to achieve longterm sustainable populations on the range in a humane manner and that plan will be informed by our discussions today and tomorrow and I'm very much looking forward to the board's discussions and contributions on this very important matter.

Since the board last met, there have been some important changes.

We just reflected on  we have a new board member and my personal welcome to Jim.

We have folks that are returning to us, as board members and I appreciate everyone's flexibility and patience with the process.

We have a new administration and a new secretary, and everyone has been very interested in and engaged with this program.

This is definitely one that is receiving a lot of time, in terms of conversations, asking questions, and really diving deep into, you know, what we have done, what we are doing and what might be possible into the future.

We also have a President's budget request for fiscal year 2018 that asks Congress some very crucial and difficult questions about the program.

BLM_003274

You know, what tools that are provided for in the 1971 Act does Congress want us to use?

How can we achieve and maintain AML?

How can we reduce program costs and how can we have a sustainable longterm future and have healthy horses on healthy rangelands for the long term?

Those are very important questions and folks have reflected on that, that we will continue to be wrestling with them.

So I'm really looking forward to the board's conversations today and tomorrow, about the program, the challenges and creating that sustainable future, the opportunities.

What more can we do with public/private partnerships?

And, again, having that thoughtful conversation about the challenges.

Everyone here has a very strong passionate and important perspective, and having the advisory boards is a very important way for us to hear about that and to share in the conversation.

And so I thank everyone here who is choosing to participate in person and also everyone who is online and participating that way, because the future of the program is going to take all of our continued involvement, commitment, personal involvement and you all are very much demonstrating that by being present today.

So thank you.

>> DR. JULIE WEIKEL: Thank you, Kristin.

I greatly appreciate  we greatly appreciate your attending this.

This is the highest ranking BLM official in the room, I would share with you.

And I know Kristin is listening carefully and trying to help us navigate the process that will lead to effective change and we appreciate that, and we appreciate the consistency of having you back again.

You know, if you had been replaced, we wouldn't know if that was better or worse until we met that person, but I personally think we are lucky to have you.

Thank you very much.

Our next speaker is Greg Shoop who is the acting state director here in Colorado, and wow!

What a great piece of geography you have just across the road.

BLM_003275

Thanks.

Welcome.

>> GREG SHOOP: Did I do it right, Kathy?

If I'm green, I'm good?

So hello, guys.

I apologize, I have to wear these.

So apparently it's customary that the state director of the state hosting the board do a little presentation, a little introduction to their state.

I'm going to  I don't have pictures.

I'm sorry, but Laria Lovec will be up later to talk about more specific thing with respect to the wild horse and burro program in Colorado and she's got pictures!

So I want to welcome you guys.

I have some history with this program and this board and I want to start off by telling you folks that I truly appreciate the challenges and I say the magnitude of the challenges that are before you guys and I sincerely appreciate your dedication and your service, truly.

I mean that quite personally.

Thank you very much.

Now, about BLM Colorado.

So I travel all over the state as part of my job and I have to say it's a special pleasure to be in a state with such diverse landscapes and issues as Colorado, and to work with staffs and managers who are so qualified, professional and dedicated to our mission.

Our diversity of landscapes and uses is a reflection of the resources across BLM lands nationally, however, let me say quite shamelessly, they are better here.

And thank you for the acknowledgment, Julie.

It is true.

Phenomenal geography.

BLM_003276

We manage over 8 million surface acres of public land and 27 million subsurface acres of federal mineral estate.

The lands we manage for the red rock canyons to wide open sagebrush country and we manage a few 14,000foot peaks.

These lands and the activities on them are important contributors to the economy in Colorado.

We contribute more than $4 billion and 23,000 jobs to the Colorado economy in 2016.

Energy development is a large economic driver in Colorado to which the BLM contributes significantly.

Recreation too is a growing economic driver here.

We have phenomenal recreation resources and a growing population that lives here for the great outdoors.

The BLM in Colorado is proving to be a great investment for recreation dollars, contributing about $200 in economic output for every $1 of recreation program budgeted for BLM Colorado.

And Kristin, I just want to make note that I put that remark in there specifically for you.

Okay.

So the BLM has responsibility for protecting and managing America's wild horse and burros on the public lands when the act was passed.

In Colorado we have three herd management areas and coincidentally, I drove through one had the MA, one is near Craig and Spring Creek southwest of Montrose.

I remember.

We also managed the Little Book Cliffs wild horse range northeast of Grand Junction which is exclusively set aside for horses and which the board toured yesterday.

The BLM has the most challenging mandate of any federal land management agency, I think that's no secret to anyone.

We manage lands nor everything from energy development and recreation to wilderness, grazing and wildlife habitat and all sorts of programs and resources in between.

The decisions we make about how to manage these lands affect a lot of people.

We simply can't manage these lands without working closely with our diverse stakeholders, partners and advisory boards and councils.

BLM_003277

We work to ensure a thriving natural ecological balance between wile horses and the many uses outlined in the multi use mandate to achieve this we work with many partners and friends groups on a variety of programs and projects such as trail clearing, spring development and maintenance, tracking horse numbers, locations and range conditions, training horses and hosting adoptions.

In 1986, the BLM and the Colorado department of corrections formed a partnership creating the wild horse inmate program in Canyon City where select mustang, are trained by inmates through an accredited college curriculum.

Since the inception of the program, more than 3,000 inmates have gentled or trained more than 5,000 animals gathered from western rangelands.

Our partnerships with groups such as the San wash advocacy team and great escape mustang sanctuary has greatly increased the ability of what we can do on the wild horses.

Given the small geography, fertility control is showing promise to manage the reproduction levels within many of our HMAs.

We are working with partners, the Little Book Cliffs and others.

We rely on the help of committed and engaged members of puck lick such as a number of folks who are in the room today, who believe in our mission, love the public lands and are willing to invest time and energy to help us complete this important work.

I want to thank you guys for improving wild horse management on your public lands.

I want to thank you all for being here.

I want to encourage you to get out and enjoy your public lands while you are in the area, especially those of you from out of state on behalf of the civic leaders and businesses in the greater Grand Junction area, please spread your money around.

Stay a few extra days.

We have tremendous recreation resources you can enjoy.

BLM manages several national conservation areas just outside of town, with trails to hike and bike and great scenery to enjoy.

There are other nearby hiking and biking trails on public lands too, and I'm sure there are great businesses in town from which you can rent bikes, if you so desire.

I should also mention the Colorado national monument managed by our sister agency, the National Park Service.

I hope you all have a productive meeting, and welcome to Colorado.

BLM_003278

>> DR. JULIE WEIKEL: Thank you, Mr. Shoop.

Before you leave, does the board have any questions of Mr. Shoop at this point?

Hmm.

Okay.

No passing notes, class!

Okay?

(Laughter).

>> GREG SHOOP: So I'm dismissed?

>> DR. JULIE WEIKEL: You are dismissed.

We are all anxious to hear from the Colorado wild horse and burro program, and to do that, we have  and Laria, please correct me, am I saying your first name correctly, Laria?

Laria Lovec who is the wild horse and burro specialist and she will now share some pictures with us.

Is this your picture?

>> LARIA LOVEC: I didn't take it.

>> DR. JULIE WEIKEL: Okay.

Okay.

We like it.

Thank you.

Laria, carry on.

>> Please turn your mic on.

You have to press the button and it has to go green.

>> LARIA LOVEC: Good morning on.

Behalf of the wild horse and burro program Colorado program, I would like to welcome

BLM_003279

you to colorful Colorado.

As I was introduced, I'm Laria Lovec, I'm the state range and wild horse and burro lead.

There are three of us, who are overseeing the wild horse and burro program in the state, myself, Steve Leonard is in charge of off range and Ben Smith is in charge of on range.

Ben is not able to join us today, because he's been helping the gather in Wyoming.

We have three herd management areas and one wild horse range.

All of our management areas are in the western quarter of the state and I will give you some background on all of them.

Our first one starting in the northwest corner is the Sandwash Basin.

It's our second largest.

It's in the little snake field office.

We are just shy of 155,000 acres.

We have almost twice the high end AML for horse population out there, and it  the horses share the landscape with four sheep permits.

The sheep graze primarily in the winter, although they do trail back and forth in the spring, and in the fall.

It is our only HMA with priority and general sagegrouse habitat within it.

We have a partnership in place, the Sandwash Advocate Team.

If you guys could stand so the board can see who you are.

(Applause)

So SWAT is actively darting mares, and it's my understanding that in 2017, over 100 mares were darted.

We're still a work in progress, but we're getting there.

This year, we completed a bait gather, a bait, trap, gather and we removed 42 horses.

Another partnership with Great Escape Mustang Sanctuary, they will stand later.

Anyway

BLM_003280

(Applause)

 they helped us place those horses to adoption roughly 100% with two adoption events.

We had one out at their facility and then one in Fruita and we have been able to successfully adopt those horses with that partnership.

So moving south, we've got the PiceanceEast Douglas and it's the most challenging HMA at 190,000 acres.

It's home to 740 horses.

It's very rugged, which is over three times the high end AML.

Four grazing allotments intersect parts of the HMA, and those are predominantly cattle allotments.

And their season of use is starting in May and going through October, and some later grazing.

It's in general sagegrouse habitat.

We do not have an established partnership at the moment.

We do have a group who is forming with the intention of applying PZP to the mares this that HMA, due to its rugged terrain, it will be very  very challenging for them to do that, but we're excited how they will  how they will accomplish and what kind of other skills they will bring to it, whether it's fencing, project maintenance and we're really excited to get that group going.

Our third is the Little Book Cliffs horse range which is what we toured yesterday, and thank you to Jim and everybody who made that a very successful tour.

It's at 36,000 acres, and due to the work with friends of the Mustangs, we are able to keep that close to high end AML.

Right now, we are over, as you heard yesterday, we have between 170 and 175 animals out there.

1982  or 1980 was when the horse range was established.

There's no domestic livestock that overlap.

They were removed in the late '70s.

And in 1982, Friends of the Mustangs were created.

BLM_003281

They have been active in that HMA ever since they were created, and very involved as what we saw yesterday.

Grand Junction is having some concerns with drought this year, and we'll take a look at the seasonal drought outlook in a minute or two, but they have sent out letters to permittees requesting the permittees be prepared, either with reductions or changing their season of use.

So it is something that we need to be aware of on horse range as well.

We have one more HMA to look at, and that is Spring Creek Basin.

It's our smallest HMA.

It's just under 22,000 acres, and the one grazing allotment that  the one grazing allotment that over  that was in the HMA has been  the livestock have been removed.

I'm not sure if it is a closed allotment or if it's currently vacant.

That all depends on how it's outlined in the land use management plan.

We do not have any sagegrouse habitat in Spring Creek Basin either and TJ Holmes has been diligently darting for us to keep the population at 65, which is our high end AML.

Those are our four HMAs or horse habitats.

Here's the drought outlook, and this is good until the end of December.

As you can see, we have drought in the state and that will impact Little Book Cliffs wile horse range and PiceanceEast Douglas.

It's something that we are watching.

We are watching horse conditions.

We are watching conditions on the ground, and we'll take  we'll request action if we need to at the appropriate time.

Our partners are helping with that.

They are our eyes and ears on ground and we have quite a few partnerships within the state.

We have talked about Great Escape Mustang Sanctuary, they are the off range portion of Sandwash Advocate Team.

The Sandwash Advocate Team, and TJ Holmes are all focused on on range issues and activities and Great Escape Mustang Sanctuary and burro management are all

BLM_003282

partnerships for off range activities.

GEMS has been very instrumental.

It was first store front with the Mustang Heritage Foundation.

They have been very helpful in adopting out horses request  with their help, we have gone from 150 animals adopted in 2015, to over 400 in 2017.

(Applause)

GEMS has helped with the spirits of the west 4H club.

And Steve Leonard started the 4H project in Idaho in 2009 and continued it on in Colorado.

With his help and Jim's help, they created spirits of the west 4H Club in boulder County.

We adopted four weanlings.

He's worked with Mustang Heritage Foundation and Great Escape Mustang Sanctuary to add a full adoption component to their store front.

We have not only offered TIPtrained horses but also untrained horses during their adoption events.

And we expanded that.

That has allowed members of the public who are not able to come in to Colorado Correctional Facilities an opportunity to adopt untrained horses.

And it's been fairly successful.

We have had a partnership as Greg mentioned with Colorado Correctionals since 1986, with the wild horse inmate program, and that facility down in Canyon City, is the facility that Steve oversees.

It was started in '86.

We have a 3,000 head capacity.

The inmates feed and care for and train horses and burros.

The training program for burros is halter trained.

For horses we offer halter, pack and saddle trained animals.

BLM_003283

We hold monthly adoptions and we have had partnerships with other agencies such as U.S. Border Patrol, USDA Forest Service, a variety of local law enforcement agencies and then public has also come in to adopt.

This month, we adopted three animals, which is about average for us.

Some months are bigger.

And not all of them  so everything we adopted this month was untrained.

On average, we are adopting out between 80 and 100 trained animals every year.

Cumulatively, we adopted out over 5,000 animals since 1986, when the program was started.

So, again, our numbers this year were over 400, and we have done that through a variety of partnerships outside of the normal players.

We have also had some partnerships with other groups that have wanted to buy a large number  like the Serengeti Foundation, they bought 100 head, sales authority animals and that was as a result of a partnership and relationship with TJ Holmes and with Steve.

Unfortunately, we are not without our challenges.

Weather concerns are drought, large winters and dry summers.

Those are challenges that everyone sees.

We are also not competitive for gathers because we don't have a lot of sagegrouse habitat and we are not as competitive as stated like Idaho and Nevada.

That is a challenge for us.

We are working to increase our adoptions and the prison is attempting to meet the demand for trained animals.

We are not able to meet the public demand currently.

If we did, we would be very successful with trained  with adopting trained animals.

And as I mentioned earlier, fertility control, like in PiceanceEast Douglas is a big challenge for us and we are working on that by creating partnerships and getting help.

And as our populations increase, we are also met with a challenge of horses trespassing on to private lands.

We completed a gather outside of PiceanceEast Douglas in September to remove horses that were trespassing on private ground at the landowner's request and we

BLM_003284

have two other requests within the state to do the same.

So that is a challenge for us.

We are actively trying to meet those challenges by being innovative.

The 4H project in Colorado, Steve has started that here and we are outreaching to other counties within the state to get the project going there.

Steve and I also traveled up to Montana to assist MontanaDakotas in starting the project.

We had interest in three counties.

So we're actively working with them to try to get horses up to Montana, to start and it's my understanding that MontanaDakotas also has interest in North Dakota and South Dakota as well.

Once we get that started, I'm sure Jerry will be able to expand that throughout the TriState area.

We have worked with Forest Service, with the Middle Fork ranger district with the salmon chalice to provide a horse trained for the recreation crew and as a result of that horse's work, we have requests from the weed crew to have some horses trained to go into the back country and work with weed control there.

We have  as I mentioned earlier, we have partnered with GEMS to foster horses to provide the public with an expanded opportunity to adopt outside of the prison, and that has been very successful.

We have  again, we have adopted out over 400 horses this year, which is a huge increase from what we had two years ago, and that has been with Steven Leonard's leadership we have been able to do that.

So we're  we're moving forward and trying to be as innovative and get as many horses into good homes as we can, and increase our footprint.

So with that, do we have any questions from the board?

>> DR. JULIE WEIKEL: Jim.

>> JAMES FRENCH: I had one question with your Douglas HMA.

You said you are mentioned you are three times over HML, I wonder how long you think that situation has  has existed and whether you have documented any longterm sagegrouse impacts to  especially to like habitat.

>> LARIA LOVEC: I'm not sure  I'm sure we have not been at AML for quite sometime.

As far as sagegrouse impacts, that's a question that the local field office would be

BLM_003285

better suited to answer.

I don't know.

>> DR. JULIE WEIKEL: Laria, would you mind if we asked Kali when the last gather was done at Douglas.

Did we get to high AML at that time?

>> LARIA LOVEC: Go ahead.

>> DR. JULIE WEIKEL: Kali Hendrickson.

Okay, Kali is shaking her head and I don't know if that means she doesn't know or she doesn't want to answer, but that's fine.

Sorry, Kali, to put you on the spot.

>> LARIA LOVEC: I will reach out to White River and get that information back to you.

>> DR. JULIE WEIKEL: Thank you very much.

Three times AML kind of speaks to range concerns, I think, for lots of us.

>> LARIA LOVEC: And having looked at it, we do have some range concerns out there.

>> DR. JULIE WEIKEL: Good.

Thank you.

Not good that we have range concerns but good that you are aware of them.

Any more questions for our  yes, sorry, Steven.

>> STEVEN YARDLEY: I was wondering along those terms what is your plan to get the  that HMA down to appropriate range level?

>> LARIA LOVEC: For PiceanceEast Douglas, we would like to gather.

It's one of our top three priorities for 2018 to gather in that HMA.

As I saw in September, when we were gathering in the general area, it's going to be very difficult to do that, because it is so steep and a lot of tree cover is in that HMA.

So it's going to be a challenge, but that is our plan.

>> STEVEN YARDLEY: What is the range trend like with that excessive AML or

BLM_003286

threetimes the AML there?

>> LARIA LOVEC: I have not seen the trend data and I'm not sure we are meeting range standards, based on what I have seen, we are not meeting standards for range land health, and it is in a downward trend, just based on what I saw.

>> STEVEN YARDLEY: Thank you.

>> DR. JULIE WEIKEL: Laria, I noticed that we had four grazing allotments.

Have those people been put on restrictions?

>> LARIA LOVEC: They have not been put on restrictions.

They voluntarily reduced their numbers.

For PiceanceEast Douglas, it's a little different than the Sandwash Basin.

Those four allotments are contained entirely within that HMA.

PiceanceEast Douglas are bits are pieces.

So it is a little different.

They have more flexibility of moving elsewhere and to different pastures.

>> DR. JULIE WEIKEL: Right.

I know that those things occur when we  when we get range degradation, we lean on those permittees to try to give us some breathing room so I just wondered if we were there yet.

More questions for the Colorado wild horse and burro program?

Ginger has a question.

>> GINGER KATHRENS: It's great to a meeting in Colorado, my home state.

I'm glad you are here.

I know we think very highly of our BLM in Colorado.

Can you tell me what the livestock population is in PiceanceEast Douglas.

How many head of cattle are there?

I know it's difficult because they are

BLM_003287

>> LARIA LOVEC: Right.

They are not contained within that HMA.

I will get back to you with those numbers.

>> GINGER KATHRENS: Okay.

Thank you.

>> LARIA LOVEC: I don't know them offhand.

Do you want just allotment level or do you want within the HMA itself?

>> GINGER KATHRENS: Well, if you could do an estimate of within the HMA and then  and then the total numbers would be interesting.

Having been in that area, I think that that is an area that can be like BLM has done there, divided it into three sections, I believe, and have  I think have teams probably, volunteer teams would need to be set up in each of those three areas.

But this is a beautiful HMA and I would invite the public to maybe take a visit there.

I have only been there a couple of times.

It's really lovely as all of our herds are in Colorado.

Thanks.

>> DR. JULIE WEIKEL: Thank you.

We really appreciate hearing about real stuff right out the front door, so to speak.

Our next  we're ready to move on.

If you have had a chance to look at the minutes, that's tab, I believe, tab 4 in our booklets.

Do we have a discussion about any aspects of the minutes?

This will be our Elko meeting last September.

Any questions from the board with respect to the minutes?

Do I hear a motion that we accept the minutes as presented?

BLM_003288

>> GINGER KATHRENS: You will so move.

>> DR. JULIE WEIKEL: Ginger Kathrens has moved.

And I take a not from Ben Masters, not Ben Edwards, the most famous man in the public reach, I can't believe I messed up his name.

We have a motion and a second, with respect to accepting the minutes as presented.

Any more discussion?

All those in favor of approving the minutes as presented, please say aye.

[ Chorus of ayes ]

>> JAMES FRENCH: I will abstain.

>> DR. JULIE WEIKEL: We have an abstention from our new board member.

Obviously he's not even had a chance to look at these minutes, I'm pretty sure.

Thank you for that.

All of those in favor, please say aye.

[ chorus of ayes ]

Sue, are you still on the phone?

>> DR. SUE McDONNELL: Yes, Julie, and I will have to obtain as well.

>> DR. JULIE WEIKEL: Sue is obtaining from the minutes also, I assume she doesn't have the board booklet.

All right.

So all of those present and in favor of accepting the minutes as presented, please say aye.

[ chorus of ayes ]

So we have 5 votes accepting the minutes as presented.

That's a quorum, and they are approved.

Thank you.

BLM_003289

At this time, Dean, are you ready?

Because we want to hear from you.

>> DEAN BOLSTAD: So Kristin is going to address the recommendations from the last meeting.

>> DR. JULIE WEIKEL: Excuse me, I did not know that.

So at every board meeting, the board puts forth some suggestions to BLM, and that's all they are.

That's all we can do is tell them what we think collectively and we appreciate them reaching out to get that kind of public input into their decision making.

So we did that back in Elko, and at this time, we usually have a report from BLM which basically tells us what they have done with respect to our recommendations.

And sometimes they are fully implemented and sometimes they are tabled because they are not possible, and everything in between.

So at this point, Kristin Bail is going to address the topic of last year's recommendations.

>> KRISTIN BAIL: Thank you, Julie, and you will also see some realtime coordination.

So Dean, if there's something I don't cover, please add to what I say.

So Julie is right.

This is the time that in general we provide feedback to the board as to the recommendations from the previous board meeting, and how those were addressed and if they have not been addressed, either at all or only partially, we talk about why that is, and we have a conversation.

And this year, as I reflected earlier, we have some changes and we also have a very important task ahead in terms of delivering a report to Congress next month about the future for a sustainable program.

And in looking at the recommendations from last year's meeting, they really touched to what it is we are talking about today and tomorrow, and they really speak to what is going to go into that report to Congress.

So we  we thought a lot about it, real hard, and what we wanted to do is say, we're going to pause on saying we have decided to do, X, Y, Z, on these recommendations because we are having the conversation about the same issues today and tomorrow.

And we wanted to use those conversations today and tomorrow to inform what we submit forward to Congress.

BLM_003290

And so this is  this is different and it is new but it also means we haven't predecided anything.

We are not closing the door in terms of deciding something that  what the board is going to talk about.

They say this is what we are going to do and then turn around and talk about it all over again.

So we aren't going to be presenting on the recommendations from the last board meeting, because we will be talking about them very vigorously and in full today and tomorrow.

So that is different.

It was a decision made by our leadership with a lot of concern and care, and truly wanting this to be a meaningful process for the board and being able to actually take realtime recommendations and use them to inform what we send forward to Congress.

So with that, if I haven't covered what I need to, Dean, please make sure that you put that into the room.

>> DEAN BOLSTAD: No, I don't have a lot to add, Kristin.

Thank you.

Tomorrow at 10:30, I believe, it is, state director Mary Jo Rugwell will present the key elements of a strategy that BLM thinks are important and we're going to ask the board to provide input on how we should consider those key elements.

We have obviously been thinking about this and working on this report to Congress, but we are not going to provide our thoughts on what we think the path forward is.

We have definitely been thinking about it, but we will tell you what the key elements are and ask for the board's feedback.

So tomorrow's discussion, as Kristin said, will be very important and some of those same discussions relate to the recommendations you made in Elko.

So we're taking a pause for the time being to hear further thoughts from the board.

>> DR. JULIE WEIKEL: I guess you gathered, this is part of an ongoing discussion and we will be addressing these issues.

I would urge us as board members to review the minutes thoroughly about the recommendations as they came forward last year, to inform our discussions moving forward here, because as we have now heard this is part of a continuum to try to develop some cohesion and implementable Recommendations.

So thanks for that explanation.

BLM_003291

And Dean, do you want to head into the rest of your comments?

>> DEAN BOLSTAD: Yes.

It's traditional that we provide an  yes, please, thanks.]

That would be handy.

It's traditional that we provide the board an update on the wild horse and burro program.

I will do that in conjunction with Holle' Hooks, Alan Shepherd and Michael Reiland will join us later in my presentation, but first, we have a lot of new folks to this issue that keep coming online repeatedly.

I'm sure there are a lot of folks out and about watching our international broadcast.

So I thought it would be important to talk about what BLM's mission is, talk about some specifics of the Wild Horse and Burro Act and I need to figure out how to work this thing.

Which way do I need to aim them to make it work?

Do you have access to this manually do it over there?

So next slide, please.

I talked about BLM's mandate and what the laws direct us and how we manage public lands.

I want to talk about the Wild Horse and Burro Act and the status of the program and some of the numbers, how they have changed since our last meeting, and I will talk about land use planning, as it relates to wild horses and other things that BLM manages for  I want to talk about the existing management schools, management challenges and some of the thoughts about moving forward from where we are at today.

Next slide, please.

So BLM's mission is to manage the public lands to sustain the health, diversity and productivity  very, very important  sustain the health, diversity and productivity of the public lands for the multiple use and enjoyment of present and future generations.

The BLM manages 245 million acres of land and 700 million acres of mineral estate, both of which are integral to the lives and the livelihoods of communities and families across the nation.

The BLM was established in 1946, but its roots go back to the years after America's independence when our young nation began acquiring additional lands.

BLM_003292

At first, these lands were used to encourage homesteading and westward migration.

The general land office  next slide, please.

The general land office  I got kind of lost here.

The general land office was created in 1812 to support this national goal.

The values and attitudes regarding public lands shifted and Congress merged the government land office and another agency, the United States grazing service to create the BLM in 1946.

Today, the BLM is governed through the series of laws passed by Congress.

None of these laws are more important than the second to the last on this list, than the 1976 federal land management policy act.

It established that BLM is to manage the public lands for multiple use and sustained yield.

Sustained yield.

Maintaining the productivity and health of the land over time.

Federal land management policy act or FLPMA as we call it, defines the term multiple use as the management of public lands and their resource values, one of which is wild horses, so that they are utilized in the combination that will best meet the present and future needs of the American people.

FLPMA lists six principle or major uses of public lands and those six uses are:
 Domestic livestock grazing, fish and wildlife development and utilization, mineral exploration, and utilization, rights of way, outdoor recreation, and timber production.

Those are the uses that FLPMA lists and identifies, and it also refers to resource values.

Can we go back one slide, please.

It's worthy to note that if any one of these uses, these six that I listed, are entirely eliminated or proposed to be eliminated by BLM from tracts of land that are 100,000 acres or more, we have to have congressional approval to do that.

So that's our multiple use mission and our mandate.

Let's move on to the Wild Horse and Burro Act.

Next slide, please.

BLM_003293

That's where we are at.

You got it right.

So BLM and the Forest Service are to manage for horses and burros where they were found in 1971.

Consider management.

We are not required to manage it in all places but we are to consider managing them where they were found in 1971.

We are to maintain a thriving natural ecological balance in combination and support of multiple use.

Next slide, please.

Our clicker is not working very well.

So while they are working on that, the Act also allows for the designation of specific wild horse and burro ranges on which wild horse and burros would be given principal status over other uses.

Currently there are three wild horse ranges and one wild burro range in Nevada.

We toured one of them in the Little Book Cliffs yesterday.

There's another in Montana and the other two are in Nevada.

Hang in there, guys, I'm having a hard time keeping track of my notes and slides.

That's an entirely different presentation than mine!

(Laughter)

>> DR. JULIE WEIKEL: Technology.

I want to reiterate, in FLPMA, where six major uses of public lands are delineated, wild horses and burros are in there.

>> DEAN BOLSTAD: So they are not one of the principal uses listed in the federal land management policy act.

They are not one of them.

But they are among the resource values that BLM is to consider as we manage for those principal uses.

BLM_003294

>> DR. JULIE WEIKEL: Thank you for that clarification.

>> DEAN BOLSTAD: I have a slide with all the resource values, or a number of them, at least.

So we should be on slide 6, and there you are.

Thank you very much for getting back to the presentation here.

So continuing with the mandate of the Wild Horse and Burro Act, in 1976 the act has been amended three times.

The first time was in 1976, when we got authorization for the use of helicopters for the capture and management of wild horses and burros along with the use of mote motor vehicles for their transportation.

That was an amendment in 1976.

Another series of amendments were in 1978, through the public rangelands improvements act.

It provided that we are to immediately remove excess animals and determine if appropriate management levels, target numbers that we manage for on the land are to be achieved by removal or destruction of excess animals or other means such as sterilization our natural controls.

Also in 1976, it there was a stipulation added to the act that BLM is to destroy those animals for which no adoption demand exists.

And again, in 2005, the act was amended and it provided for sale without limitation of those animals that are offered unsuccessfully for adoption three times, or animals that are older than 10 years.

BLM has maintained a policy to not sell without limitation or humanely destroy healthy animals and Congress has also prohibited, up until this time, the use of funds to sell without limitation or destroy healthy animals and those prohibitions have been in place from 1988 to 2004, and then again from 2010 to present.

So this slide next slide, please.

This slide is pretty much the status of the program.

Most of you know we manage for horses and burros in ten western states.

BLM has designated 177 herd management areas for the management of horses and burros.

The Forest Service, I can't remember but I think they have 19 territories.

Hope will probably update that a little bit later this morning.

BLM_003295

BLM has designated 27 million acres for wild horse and burro management.]

That's not the areas that existed in 1971, but those are the areas we have determined to be compatible with other uses and the land capability to manage for horses and burros.

Our target numbers, the appropriate management level are about 27,000 animals.

As of March 2017, we have 73,000 animals on the range.

And probably at least 13,000 foals have been born since that time.

Along with those on the range, BLM maintains about 44,000 in holding corrals and contracted land pastures.

The maintenance of those animals comes at great cost.

Last year about 47  over $47 million.

And it's worthy to note that 90% of these animals are five years and older.

Only 10% of those 44,000 are younger than five, the common age that folks find desirable for adoption.

So we have a lot of animals that are not of high demand to the public.

In 2017, we removed  or we adopted or sold to good homes about 42,000.

Adoptions have generally declined since 2002 from about 8,000 to an alltime low in 2014 of 2200, but the good news is there's been an uptick over the last couple of years, primarily due because we are providing more trained animals.

They are much more adoptable than untrained animals.

In 20 17, we removed 42,000  or 4200, 4,200 animals from public lands through removals both bait trapping and water trapping.

Alan will talk a little bit more about that later.

So those 4200 removed are far less than those 13,000 approximately, guesstimating foals that were born.

So we have continued unchecked growth on public lands.

So here's a little schematic, next slide, please, that shows the purple areas where the wild horse herds are that BLM manages for in the designated herd management areas.

BLM_003296

The green are where there are both horses and burros.

The yellow are where the burros are located primarily in Arizona, Southern Nevada, California, a few in Utah, and a few in Oregon as well.

Next slide, please.

So this is something that I haven't presented on before, but for 2016, we used our GIS technology to overlay grazing allotments over the herd management area boundaries that BLM manages horses and burros in.

And then we correlated with our grazing database to estimate how many livestock AUMs were licensed within herd management areas and then compared that using the March 2017 population estimate to tabulate and calculate how many AUMs horses and burros have used versus livestock licensed use.

So in 2016, the estimated number of animal unit months consumed by wild horse and burros was about 800,000.

Filled livestock AUMs was about 600,000.

200,000 more AUMs used by horses and burros in those areas estimated in 2016.

Next slide, please.

So let's talk about land use planning.

In our land use plans, there's one decision to be made for horses and burros and that decision is to be whether we manage for them or not, and that means the designation of herd management areas.

So in doing so, during our land use planning process, we are to consider horses and burros in a comparable manner to other resource values, some of which are listed here.

And when we say comparable manner, we mean through the same process, not comparable as in equal acres of wilderness study area to equal acres of horse management area.

Just that we use the same process to evaluate these values, and to consider how we are going to manage for them.

Next slide, please.

So sometimes in land use plans, but also sometimes in activity plans, implementing the goals and the objectives of our Resource Management Plans, our umbrella land use plans, we establish appropriate management levels.

So that normally is a population range that establishes a low number of animals to be

BLM_003297

managed for with an upper range.

I think the upper range for Little Book Cliffs was 100 animals.

And so we allocate to that many animals in combination with the other uses of public lands.

So it's established through a NEPA process, and is aimed at  and you are going to keep hearing this thriving natural ecological balance.

It's aimed at taking good care of the land, providing for its health and productivity and at the same time considering for other multiple uses.

Next slide, please.

So in considering how much forage can be allocated to horses in combination to grazing and other uses, we rely on rangeland monitoring data that involves grazing utilization, trend, ecological condition data, the actual use of how many animals have grazed over time, climate and weather and BLM is now implementing a new monitoring process called assessment inventory and monitoring, AIM, where we are incorporating satellite imagery and randomly selected plots across all the western landscape.

This will add a new dynamic and tool to determine if we are meeting land health standards.

Land health, land health, sustainable use, thriving natural ecological balance.

It's a recurring  it's really what things are all about.

If we don't take care of the land, really nothing else matters.

Next slide, please.

Thank you.

So in managing horses and burros, we really only have two tools to manage their numbers on the range, removals and then we have fertility control vaccines that are about one year effective, unless they are reapplied.

If they had multiple years reapplication, then we begin to have a longer effectiveness, rather than just one year.

Other than those animals that we can dart, like the team does in Little Book Cliffs and in other areas here in Colorado, we have to gather the animals have our hands on them, where they are not readily approachable.

So if we were to stabilize, 73,000 on the range, stabilize their growth, we would need to contracept30000 animals located over 27 million acres.

BLM_003298

Pretty tall order.

Adoptions and sales, I said have declined from about 8,000 in 2002, down to the low of 2200 in 2014.

Good news is an uptick to about 4200 in 2017.

Next slide, please.

The high cost of maintaining unadoptable animals is a huge issue for the bureau.

The upper line on the graph indicates BLM's enacted budget and the lower line indicates how many million of dollars we spend to maintain unadopted animals.

So in 2017, repeating here, 47 million over the course of the last ten years, it's been over 60% of our budget on annual basis.]

That doesn't leave a lot of money to do other things and the things we really need to be aiming at which is management on the range.

Next slide, please.

So this slide, the green line depicts removals over time since 2001, and you can see that it's been a lot of removals to not so many, and the lower line, which equates to the access on the right is the population on the range.

In recent years, when we have only been removing 2500, 3500, 4500, approximately last year, the population on the range just skyrockets and is increasing, increasing, increasing.

Next slide, please.

So the management challenges, it doesn't matter if there's too many horses and burros or livestock, when there's too many grazing mouths on the land, it has an effect on the range and I assure you that in some places, the over populations of horses are having a great effect on the land and especially so in Nevada.

These pictures are in the Sheldon National Wildlife Refuge, where there's no livestock, showing some of the effects of horses and burros.

I think one of our science presentations is going to talk about reshoots on the Sheldon this afternoon.

Next slide, please.

In some areas of Nevada, the populations have outgrown the supply of water and the horses have become imperilled.

This is not across all ten western states, but there are certainly areas where horses don't have enough resources.

BLM_003299

And we have had imperilled horses that we've had to go in and do emergency gathers to rescue.

There's been other areas and the most wellknown example is in Las Vegas area, where the animals totally outgrew the capability of the vegetative resource to support them.

So you know, our eyes all go to these very skinny conditioned animals, but really, the animals are important, but what is important is the landscape behind them and the range land resource.

Over grazing by any animal, over time, will change the perennial rangeland communities, in the Great Basin, where the horses and burros live and where most of the public lands in the west are.

It will convert those perennial bunch grass ranges to annual grass lands and to the subception of noxious weeds.

Once we lose the perennial plant communities, they can't be reclaimed usually by receding and they will probably never come back naturally.

So what we have lost is the very habitat that horses and burros and others depend on.

We lost a stable water shed, the rain and the snow melt carries off the soil and compromises the fish habitat.

Those perennial plants in a more productive and healthy state, maintain the soils and allow it to recharge our aquifers.

So it is about managing for horses and burros and it is about other uses of the land and it is about wildlife, but the most important thing, and the only important thing in my mind being a student of rangeland management, is the health of the land.

We have to keep our eyes on it and it is so hard to communicate why that's so important and why it's so critical and it is vital that we manage the uses of the land, including horses and burros in a manner that we can maintain the productivity and the health of the public lands.

Next slide, please.

So there I was talking about one of my slides.

I talked about a thin horse and that the landscape was important.

Next slide, please.

So with the growing populations of horses, burros, they are beginning to leave their designated areas.

BLM_003300

They are going out on to private lands and in some cases along highways.

In Arizona, since 2015, there's been 190 vehicle collisions, and I learned last night that not long ago in Nevada, there was a collision where there was a fatality where a car slided with a horse.

It wasn't a BLM horse, but it was one of the Nevada estrays along the highway near Carson City.

So what is the way forward?

Probably most of you know in the president's budget, there's a request to remove the rider for unrestricted sale.

So always it will be BLM's priority to place animals in good homes.

That's what we want to do but absent the ability to do that, perhaps this needs to be consideration of other tools in the box.

There are perhaps other legislative options that could be considered.

We need to continue in the future our research that's aimed at developing longer acting fertility control tools.

If we had those and if we could apply them, we wouldn't have the need to remove excess animals from the range.

Next slide.

It will be important to maintain existing partnerships.

The Mustang Heritage Foundation is one of them.

They worked with BLM to place almost 2,000 animals.

We have the inmate training programs, the big one in Colorado that provide the trained animals that are more adoptable.

Next slide, please.

We need to seek more partnerships to not only support on range management, but the off range management as well.

We need to engage the private sector to begin to assume some of the financial liability for the animals for which BLM is caring for at great cost.

And once AML is achieved, BLM needs to aggressively buy fertility control so that we don't need to remove so many animals in the future.

BLM_003301

So at this point, I'm probably going to defer to Alan and Holle'.

Alan has a few slides and then moving into Allen's three or four slides and Holle''s three or four slides.

So Alan, just a few slides here about on range management, some of which I guess I have already mentioned a bit.

>> ALAN SHEPERD:  Good morning.

In 2017, we had the ability through appropriations to complete gathers where we removed roughly 4200 horses from several locations in several states, roughly I believe it's 30 HMAs that range in sizes, due to public safety, emergencies, and  and protecting sensitive wildlife habitat in are northern Nevada.

Those gathers were made up of roughly 3400 that we facilitated with the helicopter contracts, and then about 800 that were utilizing our bait and water trap contracts.

During our various gather operations and our darting programs, we were able to dart 234 horses in roughly nine locations, and during some of our helicopter gathers we were able to do just over 600 fertility control treatments with those.

In fiscal '18 with the current appropriation status within a continuing resolution until early December, we have a target of  a removal target this year covered by that date of roughly 1600 animals.

That those  we will  we will be working on a more thorough year  complete year gather schedule, once we know our budget status in December.

We have a pretty good idea of what we are doing.

We just need to find out where our budget sits and what we can allocate towards our gather and removal operations at that point, once Congress has finalized an appropriations for us for '18.

Our research activity is up and running.

We've got a lot of work going on right now looking into various improving or developing new fertility control population control vaccines and methods for us.

We've got 17 that are ongoing right now, through USGS or academia.

We've got two more that are planned to start but they are currently in the planning stages.

They will start potentially later in the year or next fiscal year.

And we have got  in the last year, we have also had five projects conclude doing various things for us.

BLM_003302

The  we have also got partners with other agencies that are doing some work on seven other projects that will be benefiting our program, and a complete list and summary of each of those projects is in your binder.

I think it's in section seven, I believe of the binder and it will give you a better explanation of each of the ongoing projects where their status is and  and where their next targets and goals are.

The other piece that my branch covers is we help a lot with any litigation that the states may encounter during the year.

Since our last Elko meeting, we had activity in 30 different litigation cases in the western states.

You can see there as well as California and  or the Forest Service in California has had two litigation cases that they have been working on.

So these cases, some of them  some of them resolved, some of them are new.

So that litigation update is also in your binder where you can a more thorough understanding of what those litigation cases were and the complaint involved.

Do you want to do questions now or after Holle'?

>> DEAN BOLSTAD: We can cover those, as long as Alan's comments are refresh in your minds.

>> DR. JULIE WEIKEL: Does anybody have any questions?

Go ahead, June.

>> JUNE SEWING: I noticed that the number of horses gathered nearly meets the number of horses adopted.

Is that the current trend?

>> ALAN SHEPHERD:  That's what we would hope.

So we can balance what's been moving into the statement.]

That would help us financially to stay fairly solvent but it's definitely not going to make us any headway in solving our ontheground management problems, but it definitely is a goal of ours, to balance it as much as we can to be able to  the animals that are going into the private sector, into public placement would equal our  the gathers that we have to do to remove from the public land.

>> JUNE SEWING: Yes, and I realize that that comes nearly no  not close to what the increase in population is, as far as the horses are.

>> ALAN SHEPHERD:  Correct.

BLM_003303

>> DR. JULIE WEIKEL: You refer to both the litigation update and the research update, those are in tab 9 for those of you who are searching for that.

And so we do have that information.

It's just under tab 9.

Just wanted to point that out because I think we are all flipping around trying to find that.

>> ALAN SHEPHERD:  Sorry about that.

>> DR. JULIE WEIKEL: Jim, did you have a question for Alan?

>> JAMES FRENCH: Sure.

I had one and I'm not sure if it's a question that's appropriate for anybody but a newbie on this board, but I need to ask it anyhow.

On one of the presentations going back a little bit, we were talking about AML and we are talking a little bit about the HMAs and touch, and I'm wondering what the policy, Interior's policy is right now for those horses which have drifted on to  or off of HMAs on to lands that have not been analyzed and AML has not been established on and whether or not there's  and how we are dealing with the rangeland conflicts that might occur with those distributions.

In Nevada, we are seeing a lot of movement of horses off of traditional HMAs, mainly because of climate change and some vegetative changes and fire cycles and whatnot.

I'm wondering what Interior's policy is on that.

Thank you.

>> DEAN BOLSTAD: So the provision in the Wild Horse and Burro Act is when we have a request from private landowners to remove them, then we are to do that.

But as June pointed out, we had limited removals and as Alan explained, we have limited those pretty much to the number of animals that go out of our system through adoptions and sales and through attrition, natural mortality of elderly animals.

So if we remove more than that, we would immediately become insolvent, but your question is:  What are we doing about animals that are moving outside the HMAs, many on private land.

Among our priorities in allocating the limits resources we have, last year about 4200 removed, our priorities and criteria have been in response to court orders, in response to public safety, those animals on highways, and then those animals that are encroaching on private lands as best we can, the most we can, and we are not able to deal with all of them, Jim, to be straight up about it.

BLM_003304

And then also some removals from very important sagebrush habitats like those removed from important sagegrouse habitat in Oregon last year.

We are not able to accommodate all the priorities, like those along highways and encroaching on public land, but it's among the criteria we consider.

>> JAMES FRENCH: So basically it requires either a state or a federal agency to make a formal request based on their observations?

>> DEAN BOLSTAD: Yeah.

They are the ones that first aware of animals that have moved outside the herd management areas and in the most important areas they alert us to the need and the request to remove and we do the best to accommodate but we are not able to in all cases.

>> DR. JULIE WEIKEL: I have a request.

Because you have limitations on what you can gather, you have to prioritize those things that you mentioned over and over again and that word has to sink in.

Where do sagebrush focal areas sit now, today, on the priority list?

Because at one time, two years ago, they were pretty  it was pretty high up on the list, and I'm just curious where FSAs sit today.

>> ALAN SHEPHERD:  So Kristin, do you want to take that or do you want to take the first whack?

>> KRISTIN BAIL: A larger conversation about the sagegrouse, and the manage of the greater sagegrouse, right now we have just entered into a public comment period on the sagegrouse plans and looking at various elements ever those plans, including the sagebrush focal areas.

So right now we feel that it is  give than we are in a very active conversation about the future of sagebrush focal areas, is it truly needed to have these specific subsets of priority habitat management areas identified?

We want  we wanted to broaden it out, have a conversation with our state partners, as to it may or may not be an FSA that is the priority within the sagebrush habitat for the bird or for wildlife in general.

So given deference to the active conversation and the decisionmaking process that has just started, we are more general in terms of how we are articulate where our priorities are.

And we work closely with the state, if the FSA is  continues to be very important, that is something that we continue to consider very, very carefully.

BLM_003305

But just because it's an FSA doesn't automatically move it up in the list as part of a very difficult prioritization process that we undergo, again in cooperation with our state partners.

>> DEAN BOLSTAD: I don't think I have anything to add, Kristin.

They continue to be important.

Again, recognizing team work with state and local governments to figure out where the most important areas are.

>> DR. JULIE WEIKEL: I'm not sure where the appropriate place to put this is, but in the interest of having a public that's as informed as possible and when one brings into the discussion rangeland health, and we bring into the discussion the subject of strays and Jim was speaking specifically to the strays from HMAs who get on to other lands, I would just share with us all that there's another big issue of strays.

We have on our public lands lots of horses and don't make me define lots, but in excess of a thousand that I know of that are estrays from reservations and these are separate and apart from the wild horse and burros wild horses and burros but they are an impact on our public lands.

And the gatherer of those animals are frequently fall on the shoulders of BLM, as you guys well know and so they figure into priorities some of sort or another.

So it's a huge additional factor.

It's kind of a miniature elephant in the room, if you will.

And if anybody wants to address that further in terms of clarification, but in certain ranges, that's a big factor!

>> DEAN BOLSTAD: So I don't know, Julie, maybe add some context here.

There are some horses in Nevada that have also roamed into some parts of Veil district in Oregon, that are not protected by the Wild Horse and Burro Act.

They are horses that strayed off of private tribal lands on to BLM lands and probably more than BLM lands on to Forest Service lands and so there's those horses and other little pockets of horses here and this that are not on herd management areas, not within them, that are essentially trespass animals on public lands.

So they are part of the issue also, as you point out.

>> GINGER KATHRENS: Yes, Alan, your statistic on the removals for 2017 was it, of 1600 something?

>> ALAN SHEPHERD:  That's our target going into fiscal year 2018?

>> GINGER KATHRENS: Okay.

Would that include the removals that are currently going on?

>> ALAN SHEPHERD:  Yes.

And some of those that are occurring right now were already covered  a portion of those were covered with the 2017 numbers.

>> GINGER KATHRENS: Okay.

So you are saying that there are  in addition to the checkerboard round up, there were 1600, in addition to the checkerboard roundup that's going on?

>> ALAN SHEPHERD:  Part of the Wyoming gathers going on, account for a part of that 1600 number.

A part of them started in '17 and so they count there.

So there's a split because there's two different fiscal years.

It went over the two fiscal years and that's why there's a split between the two.

>> DEAN BOLSTAD: Well, and it might be important to reiterate what you said earlier, our fiscal '18 projection for removals is 1600 that Alan mentioned is own up until December 8[th] during the continuing resolution, the.

We anticipate additional resources but until we know what Congress is going to decide, we have projected a number of removals beyond December 8th.

I think Alan said that earlier.

>> ALAN SHEPHERD:  Right.

>> BEN MASTERS: Alan, I have a few questions for you.

Do you have an estimate on the foal crop in 2017?

>> ALAN SHEPHERD:  Right now I would say based on our current March population, we will be right in that 13,000 number, pretty conservatively.

I think the Wyoming gather, if you look at it, it's running 22%, versus our normal 20%.

So it's a little higher.

You know, there would be some associated death loss associated with, that but I would definitely say conservatively, we will have about 13,000 born or have had about 13,000 born this year.

BLM_003307

>> BEN MASTERS: Thank you.

>> STEVEN YARDLEY: Alan, just reviewing over some of slides and some of the information that's been given to us, with the population increase that doubles every four years, there's approximately 75,000 horses currently on the ranges, which is about three times the appropriate management level.

Potentially in the next four years, that number would then again double to 150,000 horses and thereafter 300,000 in eight years.

If left unattended or if there isn't natural predation which by natural, I mean starvation or lack of thirst, it looks to me like with the amount of horses that are being gathered off, we are in  we are headed straight forward disaster if things aren't  if something isn't changed from the status quo.

Do you have any comments on that?

>> ALAN SHEPHERD:  I mean, we are definitely in a situation now in most of our HMAs where we are two and three times or more above our management levels.

And we are  we are going to definitely see increasing impacts to the lands, to the waters, the condition of the animals themselves, they are going to expanding their ranges.

Looking for new habitat, trying to find those life resources they need, so, you know, it's it's really on our part to try to monitor that as much as we can and try to keep track of where they are going and what they are doing, the impacts they are causing and try to keep them out of trouble in a lot of cases.

But we're going to  until we find a mechanism that's consistently effective to control the population growth, we can't make the gains that we need and plus holding the number of animals, we are  we need that movement into the private sector to help us move animals that way so we have the resources to do the work we need to do on the ground.

So the populations as they increase are definitely going to impact the public lands, the habitat they are in, as well as the animals themselves and it will continue until we get to appropriate management level and can sustain it at that number.

>> STEVEN YARDLEY: What is going to be the effect of the  this kind of population on the rangeland resource that Dean Bolstad commented was the most important thing we need to protect?

>> ALAN SHEPHERD:  With any over population, you will start removing those key perennial forage plants that are very important to sustaining the health of the public lands.

You know, whatever habitat they are in, whether it's a sagegrouse or sagebrush community or just a natural grass area, you are going to be removing those key plants because that's what those horses and burros or whatever are going to key in on, and with the over population, make repeated and repeated use on those and they will either become more and more less healthy, and eventually you will  you will transition

BLM_003308

into a likely and invasive plant species community such as cheatgrass or red brome in some of our areas or medusahead in some of our area and you will become very dependent on annual forage base, versus a perennial forage base and you will change your plant community because of the over population.

And you will likely never get it back.

>> STEVEN YARDLEY: And how will that affect the horses?

>> ALAN SHEPHERD:  It will affect them tremendously because you will lose the higher protein die that the they need and replacing it with a diet that is going to  is really usable just for a few weeks of the year, when it's growing and green.

You know, they can get some filler material, to eat the cheatgrass but they are not getting a lot of nutrition out of it.

In the pictures that you were seeing that we showed of Vegas area, for example, those horses rely a lot on red brome that grows from usually February through April.

Those horses rely on that and some scattered perennials to sustain themselves for a long time.

So they are going to start eating other plants that they really shouldn't be eating, you know, horses generally don't eat a lot of brush species.

In that Vegas area, for example, they were eating the barks off of yucca trees, and things like that to sustain themselves and you will see that same type of thing, you know, where they are going to rely on salt brush and various brush species in these Great Basin areas when those key perennial plants become so scarce or completely depleted.

>> STEVEN YARDLEY: Thank you.

>> Thank you, madam chair.

We framed this conversation around the overall horse health coming from this over population issue, and in some cases, it changes in caring capacity and our public lands.

I think one of the things I wanted to jump into my mind and I wanted to get on record.

As we are concerned and as we move down the road towards an ecological disaster having to do with public utilization, we miss the wildlife that's competing for the same vegetation on the ground.

In my experience, in my previous career, when you see a collapse in a population of a large herbivore, such as a horse, you are also going to see a collapse in the sagebrush  in my country, the sagebrush species which are utilizing that and competing for that same vegetation on the public lands.

And I wanted to state that this is much more than a wild horse issue this is an

BLM_003309

ecological disaster we are looking at and just wanted to get that out on the ground.

(Off microphone comment)

>> HOLLE' WADDELL:  Thank you, and good morning.

I was just going to kind of add on to Dean's presentation regarding the off range branch update.

As you can see, we reduced the number of animals currently in our corrals, mainly because we haven't increased the removals.

The number of animals in offrange corrals are nearly 11,000 and the pastures are sitting at almost 33,000 and that's with some additional new ones and also ecosanctuaries and I apologize.

That's my alarm.

Hang on.

I turned it on silent but it doesn't affect your alarm.

Sorry.

There were five no new awards made on an October solicitation, October 2016 solicitation.

We have four new ones in Oklahoma and one new one in Kansas that increased the off range pasture capacity to about 4700 spaces.

In addition to that, we have already begun delivering animals to all of the five new offrange pastures and things seem to be going well.

Since our last board meeting we also brought on another project inspector that would be going out to the pastures and engaging with the contractors and working as the  in a sense the contractor's officer representative representative.

He's the front line to be able to communicate with both of them.

So now we have two that are looking at all the 30  I think we have nearly 32 pastures at this point.

The last time we spoke, I did mention to you that we were rebuilding and redesigning our Internet adoption website, and it is tentatively going to be online and ready for mousse in January of 2018 which we are really excited about.

In the past, it's had limited capabilities and also not been as user friendly and what we would like to do is be able to increase the number of events, whether they are facility Internet events or just Internet events, where people can pick up at some of the satellite locations our store front partnership with the Mustang Heritage Foundation

BLM_003310

and also at some of the other offrange corrals.

We have extended the adoption demand study, the marketing firm has done a review of our adoption program and this is one of the pieces that was not able to continue through.

We had not received approval from OMB regarding a comment card which is necessary in order to distribute and receive public input on the program, and we have gotten that at this point.

So we are moving forward with the public survey at the off range public corrals where there will be an adoption event or the satellite adoptions as well.

The comment card has been distributed to the states that will present them to the public, but going in September 14th of 2017, through July 31st of 2018.

And at the end of this, this survey, we'll collect the comment cards.

We have been sending them over to Great Lakes marketing firm who is also going to be analyzing them and providing BLM with an evaluation report by 2019.

So we are looking forward to having that.

There is an example of the comment card in pretty much everything that I'm going to talk about in your binder so you can take a look at some of the questions.

It's very brief.

It's not an extended survey and we had some really good participation and feedback from the public.

The private care placement team, we have forged ahead and we have taken a look at this comprehensive review of the adoption and the sales program as it exists.

We identified some inconsistencies and are moving in order with action plan, phase one.

That draft has been presented and is now under review and we will be having some conversations and making any adjustments and then we plan to implement it immediately.

Next slide.

In addition this year, what we have done is we created or revised our  our brochure, our basic adoption brochure, and we wanted to find a way to incorporate sales because so often we really were just focusing on adoption when we actually have to where we actually have two opportunities for placement of animals into private care and that's through the adoption program, as well as the sales program.

Okay.

BLM_003311

I will look at my paper.

So we did revise it and produce a new adoption and sales brochure that I believe you have as well, that you can take a look at.

And you know the howto guide is very different than our previous adoption brochure.

It is more user friendly.

I think it provides some additional quotes and from past adopters, as well as many pretty specific information.

If you are interested in adopting or purchasing this is how you do so, and also, hey, by the way, we're BLM.

We are the wild horse and burro program, and here's why you should take home a wild horse and burro.

In addition to that, in the brochure, you will see an adoption application that has also been revised and every several years we have an opportunity to take a look at the current form and then submit it for OMB approval to have any revisions and we did do that.

We wanted to make it as well a little more user friendly, collect the information that's necessary, that will meet our minimum requirements as well as be very clear for our wild horse and burro specialists going out in the field and expecting some of these adopted animals.

You have a copy of that, if I didn't say that.

The next up is our ecosanctuaries.

We talked about this at the last board meeting.

I let you know that we would engage with the three ecosanctuaries two in Wyoming and one in Oklahoma, and I hosted an ecosanctuary workshop in December of 2016 to reengage the ecosanctuaries about events, and the ecotourism and outreach and make sure we had some better planned events and we will be reaching out to the public.

They did just that.

They definitely rose to the occasion and we increased the number of events that took place, as well as the number of people, tourists that were attending and visiting those ecosanctuaries in fiscal 2016.

We also renewed the Deerwood agreement which was our ecosanctuary in Wyoming.

We have a brochure to encourage people to go out and see some of the wild horses

BLM_003312

and participate in the education programs that exist.

As I mentioned earlier about the Colorado correctional facility that's there and we have a total of six correctional facilities.

And we have been looking at increasing the number of events that happened there as well, but we have also been tasked with  based on some recommendations that we received, to change the form or the instrument that is being used for those correctional facilities from agreements to contracts.

So we have begun that work.

And it hasn't stopped any of their work.

They still placed over 300 trained animals and then they also placed an additional 140 untrained animals.

They don't just adopt out or sell trained animals.

They also offer some of the untrained animals.

They increased their events there were some expos that took place.

We had the correctional facility that's in Wyoming brought over animals to one of the ecosanctuary and the mantle horse ranch brought over some animals as well.

It was a good increase and events and exposures but the correctional facilities training program.

Next slide.

So just a little bit about partnerships.

And as you look, pretty much everything is in your binders as well.

There's partnerships or MOUs we engaged with, but I wanted to highlight the Mustang Heritage Foundation, their partnership does assist us in placing many of the animals that we have placed into adoption and sales.

And this year, we  we did have six different Extreme Mustang Makeover events and this was one mustang magic event and the continuation of the TIP program and of that, they did place over 1800 animals throughout those programs through EMM and TIP.

And one of the EMMs did concentrate on sales and that was new for 2017.

And so Mustang Heritage Foundation is more than excited about increasing their use of sale eligible animals through their programs and we're excited about that.

BLM_003313

We do incorporate educational seminars at some of the Extreme Mustang Makeover events which has gone over extremely well.

We had some public that are there.

Mustang Heritage Foundation has invited the ranch coalition out as well to participate, and we also renewed the assistance agreement with the Mustang Heritage Foundation for another five years at the end of 2017, so we are looking forward to new work in 2018.

One of the things we did with the Mustang Heritage Foundation.

We debuted a trailer.

It debuted at Cheyenne Frontier Days and it came to the off range pasture tour that we hosted in Bartlesville, Oklahoma and closed the year out at the Fort Worth, Texas, Extreme Mustang Makeover event.

There's been several, and a writeup about it in your binders and notebooks.

It has several, three different screens on inside and people can learn information regarding on range at the or corrals and pastures and there's adoption and sales segment.

The virtual tour is a headset that a person is able to put on and they are able to walk around as if they are walking through one of the HMAs and there's several different footage and they are collecting footage so they can update the videos.

They do have five of these virtual reality tailer tours planned in 2018 and we hope one will be through streets of D.C.

Hopefully!

Maybe in 2018.

But as far as the virtual reality trailer, it has been well received so far from the public and it's been a part of our Americas Mustang campaign that we have used to educate the public.

Next slide.

And I mentioned the Mustang Heritage Foundation, helping to place 1800 animals.

The number of animals placed into private care is 4183 and that's over 4,000, which is a huge jump, as you can see, in this  in this graph.

So it displays the number of animals sole and the number of animals adopted and total number of animals placed overall in gray.

And you can see therm on an incline, which is really, really great.

BLM_003314

We plan to increase those things with a number of events and opportunities that we provide to the public to adopt and purchase an animal.

Any questions for me?

>> JUNE SEWING: I have something to add that's correct number adopted and the number gathered, does little to relieve what is happening on the range.

It does, I would believe, affect the number of horses that are either on range or off range, which would reduce the cost of doing that.

Does that make that much of an effect on it, do you think?

I mean

>> HOLLE' WADDELL:  Not right now.

And basically because of the number of animals that we currently have in holding, it almost balances them out, because we still have a large number or inventory of animals that are in our off range facilities so both corrals and pastures and the number of animals that are being removed, it essentially cancels one another house.

We hope to make some strides to increase the number of animals we place in private care and maybe one day that will exceed the number of animals that Alan removes.

>> JUNE SEWING: Thank you.

>> DR. JULIE WEIKEL: Thank you for the question, June.

What a nice segue into budget.

I think we are ready to go there.

We are scheduled for a break but can we  can we get into budget numbers.

Thanks.

Thank you, all.

>> So I just have a couple of slides here.

One is a breakdown of the overall expenditures within the program, and into some of the main categories that we look at and a couple of key ones I wanted to point out here is the holding.

Actually, the percentage of the total budget has gone down, and this is due to us moving more animals into the pasture, which are cheaper.

BLM_003315

So even though our overall off range population has stayed pretty static, our overall costs have gone down.

So that's allowed us to be able to use more money in other areas of orange.

So that was good.

The other part is the population growth suppression, so the fertility treatments that is a continuing on a slide up, going up.

So we spent more on that, but the one key thing that I wanted to point out on that particular program element is that this includes only those costs that are directly related to the fertility hold treatment.

A lot of people point to this and talk about the BLM not spending very much money on this particular aspect of the program, but when we do gathers that combine removals and treatment, that is all in our JJ element, our gather element.

So when people look at that, it seems like the BLM isn't spending that much money on fertility treatment, but in reality, it's a lot more than just that.

And another aspect of that, we just signed a new contract to provide PZP to the BLM over the next few years, and those costs have actually gone up per unit.

So that will also  that has become more expensive for BLM as well.

So those costs will continue to increase.

Okay.

Next slide.

And here are just some of the averages across the nation, and one thing before I go through each one of these, just point out that this is a national average.

So when we look at these, some costs in certain areas are way higher than this and some are lower.

But this is a national average for each one of these.

So for gathers which is a per head removed number, just right about $1,000 per.

To that stayed pretty static over the last few years.

Fertility control treatment, $2,500.

The adoption sale $1,891, so this one here dramatically decreased from last year.

BLM_003316

We were in the mid200s and now down to about $1,900.

So while we are adopting more and more, we are lowering our costs per head to adopt sales.

So that's a positive aspect of the program as well.

And then our holding costs you can see there, just over $5 for corrals and just under $2 for pastures.

Those both will go up a little bit as those contracts get annual increases but they are staying relatively static as well over the last few years.

This is where you can see the difference between moving those 4700 new spaces that were opened up in pastures as Holle' mentioned, how much money that saved the BLM in an annual cost.

It's $3 per head on average savings for that movement.

So in '18, if we continue the path of removals and those placed into private care being equal, we would anticipate once again our percentage of the overall pie will go down a little bit again.

Any questions?

>> DR. JULIE WEIKEL: Any questions?

Budget questions.

>> GINGER KATHRENS: When you say PZP, is that PZP22 the contract?

>> MICHAEL REILAND:  Yes.

>> GINGER KATHRENS: Is the amount on the PZP, the breakdown?

>> I don't have a breakdown when we talk about our fertility treatment control, it's whether they are darted or whether they are a part of  it's the PZP, whether it's GonaCon being used in other locations and so it's all of those different aspects.

We don't have a specific breakdown.

I can tell you that our contract that we just let out was $300,000 that we obligated towards that contract  or $400,000 over the next five years to be able to make that supply consistent over the next few years.

>> GINGER KATHRENS: And that's how many applications?

How many animals?

BLM_003317

>> MICHAEL REILAND:  Alan, do you remember?

I think it's 1500.

It's about 450.

So if you do the math, there we are talking just under 1,000 units of PZP and that's not necessarily  that's all we are going to use.

That's just our initial obligation towards that contract.

So as we use that up, we will obligate more money to that contract to be able to provide more doses.

>> GINGER KATHRENS: All right.

That's  you know, kind of a drop in the bucket of what is needed.

>> MICHAEL REILAND:  Like I said, we continue to do that.

That's continuing to increase.

Alan pointed out we had just over 800 treatments this year this last year which is an increase from the year before, which was an increase from the year before that.

So we continue to look at where can we effectively use those funds in order to be able to continue that trend up.

>> GINGER KATHRENS: What do you think the  how much can be produced of the PZP?

It's kind of a single source, isn't it right now?

>>> MICHAEL REILAND:  Right now we have a single course where we get that.

Certainly they looked at that they were able to be able to guarantee this current just under 1,000 in this initial thing.

We haven't gotten to the point of, okay, how many can you produce?

It's just simply this is what we had the funds for the initial obligation.

Can you produce that many?

Yes, we can.

>> GINGER KATHRENS: So you don't know what the capability really is?

BLM_003318

>> MICHAEL REILAND:  At this point, no.

>> GINGER KATHRENS: That's something that I think this board should know if possible.

>> MICHAEL REILAND:  We may ask for more than they can supply, but at this point we are not there.

>> GINGER KATHRENS: Yeah, with on the range management, which is where we have to be going.

We have to know these things, it's very important.

>> BEN MASTERS: To follow up on the fertility control treatment at $2,500 per treated animal, that seems incredibly high, because a lot of the animals that need to be treated need to be  need to do so annually.

What are the costs that go into $2,500 per treated animal because I have seen PZP applied to horses and, you know, I'm just  does that include an average of what was spent by volunteers?

Or is that just BLM or what goes into that number?

>> MICHAEL REILAND:  That's for gathered animals.

So in darting, much, much less than that.

It would be barely more than the actual dose cost because a lot of them are volunteers, like the awesome volunteers that we have here today.

So that cost is actually much lower.

So when we are talking $450 a dose, it's maybe $500, in order to be able to treat those animals.

This particular is basically saying we need to treat one mare and return one stallion back to the range.

So gathering two horses plus then the 450 and then the $50 for applying the dose and stuff like that.

So that's how we get to the $2,500.

So two animals gathered, returned, one of them being the mare that's treated.

>> BEN MASTERS: Thank you.

>> GINGER KATHRENS: And the cost for PZP is $25 for a  those?

BLM_003319

Thanks.

>> DR. JULIE WEIKEL: Okay.

And something that informed the answer to your question, would you address the difference in the gatherer costs between a helicopter gather per horse and bait trapping per horse?

And I'm familiar with those in some particular situations but perhaps you can speak to it at the national average level.

>> MICHAEL REILAND:  That's an interesting thing.

In past years we had a drastic difference between the costs per head of removals on bait/water versus helicopter.

Some of our bait/water this last year in '17 were actually higher than helicopter average gathers.

So even those costs have actually increased and part of that is what area are they in, the number of animals that can be captured, I mean, there are a lot of factors that enter in.

What is the per head cost of doing that?

And they literally range anywhere from $300, $400 a head, up to $1,500, $1,600 a head depending on all of those different factors.

So there is a lot of things that come into each one of these.

You can't take them and look at any specific instance in a specific state or a specific gather or the treatment, and say this is what it is, because this is just a national average.

How much did we spend in these areas divided by how many units of accomplishment do we have?

>> DR. JULIE WEIKEL: Thanks.

I appreciate that.

I'm aware of a bait gather, actually fairly successful one where the average cost was about $1,500 a mare but you don't know going into it what the costs can be, because you can't predict the weather, which influences it.

Some sites are more remote than others and so access is a big issue especially in winter and in certain latitudes it's only winter that you can bait trap, blah, blah, blah.

BLM_003320

At any rate, these are big variables from place to place, but I think it's important that the public understand that bait trapping can be a very expensive process and especially in our more remote sites.

Any more questions because it's break time, folks!

>> STEVEN YARDLEY: One last question.

>> GINGER KATHRENS: No, second to last.

>> STEVEN YARDLEY: Two last questions.

>> DR. JULIE WEIKEL: I would ask you to defer to June.

>> STEVEN YARDLEY: Ladies first.

>> JUNE SEWING: I just have a question on the adoption and the sales cost of $1,800, $1,900, where I think I read some place where the income is like $1,000 per head.

So is that not a deficit in costs where it might be reducing the number of horses, but it's still not equaling the cost?

>> MICHAEL REILAND:  The income we have coming in from the sales and the adoption program, are far out cost by how much is cost.

After every animal that goes off, you can see the per head, per cost holding those animals longterm, they are way higher.

So we are spending more money if we spend more money on any one year, on adopting or selling a horse, absolutely.

>> STEVEN YARDLEY: My question was on the pie graph on constructing and maintaining the shrub grass projects it was kind of cut off and it doesn't show the dollar amount, nor the percentage amount.

I was wondering that was?

>> MICHAEL REILAND:  I don't know the off the top of my head.

I can get that for you.

As you can see, it's a very slim piece of the pie.

If I remember right, those two are  I can't remember.

I wouldn't want to quote anything that would be way off.

I will get that for you.

BLM_003321

>> STEVEN YARDLEY: If I could just comment on that, it does seem like, considering that that's the most important resource that we are talking about here, it's really slim piece of the pie in comparison to the total budget.

Thank you.

>> DR. JULIE WEIKEL: Thank you all for participating.

I would remind you, we have got some really important presentations coming up this afternoon.

We are going to hear about the Forest Service program, and then we're going to get into some specific scientificallybased about ecosystem health, and I would encourage you all to try to attend those and let's take a break.

Let's get back here right at 10:30.

>> KATHIE LIBBY: I would suggest we take a full 15 minutes, since it's 10:26.

>> DR. JULIE WEIKEL: Very good, Kathie.

(Break)

>> KATHIE LIBBY: Okay.

Folks.

Everybody.

You are having way too much fun.

Okay.

Let's all get settled.

Where is the rest of the board?

Come on, everybody.

Let's get settled.

Okay.

When I count to three, there will be absolute silence.

I'm getting started.

BLM_003322

One...

Two...

You are paying attention, Alan, right?

I mean, Al.

When I count to three, there will be absolute silence and I was already on two.

Three.

Good!

Thank you very much and welcome back.

>> DR. JULIE WEIKEL: So our next presenter is Hope Woodward who will give ab overview of the US forest service program.

Welcome back.

Hope, we are looking forward to this.

Take it away.

>> HOPE WOODWARD: Thank you very much, Julie.

Thank you, board, for the opportunity to present an overview and update on the Forest Service wild horse and burro program.

I will be presenting the overview and update, including accomplishments that we have done in last year, noting a limited staff and budget to work with.

If you please keep the information in mind that I'm presenting, and from now until next meeting and continue to engage with us, we now have a new chief, as well as new secretary with the USGA, and we're looking for solutions and creative ideas and feedback to solving solutions for our wild horse and burro program that are based on science and involve the students, volunteers, and engagement with ontheground staff.

So I have a series of 12 slides that you will be seeing.

We are limited to about half an hour.

So I will try to limit myself in covering some of this information so feel free to follow up as well afterwards.

The basic information is that we are  our program is on 19 national forests and 8

BLM_003323

western states.

We have got 34 active territories on 2.1 million acres and 19 inactive territories on approximately 500,000 acres.

And we have approximately 7100 wild horses and 900 wild burros.

Some information to keep in mind with the program are our staffing is based on one program manager out of the Washington office, myself, and a dedicated staffing in Region 3 of the Forest Service in Arizona, New Mexico, and the Carson national forest, where we have a wild horse specialist and the wild horse program manager and seasonal technician.

Also the region also has hired a new wild horse and burro coordinator that's also over feral and special status horses for Arizona and New Mexico.

And Region 4 has a position for wild horse and burro coordinator that is currently vacant.

The total budget is $1.5 million for the program, and approximately half of that is spent for transfer funds to BLM for the care of horses in longterm holding that were gathered for 2015.

We have 750, 700,000 we may be able to help out with the 34 active territories within our management.

This terms of our management capacity and planning of the active territories, we have six with completed NEPA decisions, based on NEPA analyses, two of those are joint managed areas.

And currently we are having six territories that are working on management plans and four of them are joint managed areas with the Bureau of Land Management.

One of the things to keep in mind with the BLM and the her management area, a majority of these are with permitted livestock, and it's immediately adjacent to the Bureau of Land Management area and they use the term JMA complexes and joint managed areas.

And so on these, as with BLM, we manage not just for wild horses but also multiple uses.

In terms of 19 inactive territories, three of those have had analyses with NEPA signed decisions.

Just a little bit digging into on and off range management, approximately four have on range fertility, and that's with PZP, and that's native PZP and three of them have gentling and training contracts.

Five have friends or advocacy groups working with them, more dedicated groups.

And then in terms of shortterm offrange facilities two territories actually have one

BLM_003324

facility that's on the Carson.

We don't have shortterm offrange facilities for any animals that might be removed off the territories or for adoptions where people might come to adopt the animals except for one of the territories in the Forest Service system.

And then as far as territories that have done removals, we have three other territories and adoption sales, we have four territories.

With just one territory doing sales or two territories doing sales.

Regarding population appropriate management levels, our overall appropriate management level set for all territories is about 2,000 for horses and 296 for burros.

AML review of those territories that are active, as I noted six are completed management plans.

So we have AML review as needed for 28 territories.

In terms of looking at where some of our largest territories are in terms of population numbers, not acreage, in California, those are in California and Northern California, Montgomery Pass and the Modoc National Forest, they have the highest AML which is actually greater than 150.

No other territories have that high of AML.

The Modoc is at seven times the AML and they do have a management plan and they did a removal and I will discuss that later on.

This happened a year ago, all private and tribal lands and the among Pass is approximately two times over AM L. and we see that as a target for fertility control and water development and they need to also have revision of the management plan, but we see a lot of opportunity there.

Nevada is an area where we have nine territories that are actually at or below AML.

Some of those are joint managed areas.

So that could reflect the forest service side at the time that the aerial survey was taken.

Some of them are very small territories.

And then in Nevada, we have about eight territories with two to six times over AML, and of those, we are working on management plans for four of those eight.

Noting that, actually, one of those is Spring Mountain complex, it's a joint managed areas with the BLM that we are working on the management plan.

One of those actually, territories or complex it's actually a combination of wild horse

BLM_003325

and burro.

So wild horses and burros on those outside of Las Vegas.

And then also in terms of the management plans that we are working on, two territories are over approximately two times over AML, that's Oregon and one about four times over AML in Utah, and we are working on management plans so that we can actually do managing of horses in those areas.

I think the summary statement here, although we have approximately 8,000 animals on those territories, the AML is set for about 2300 for both of those.

Average three times over AML, but really need to fine tune that and look at where there are maybe higher populations and also where there's opportunity for management, including involvement of the community, where else do we have, perhaps, sagegrouse issues and then also where there's issues where habitat may be more degraded and others where the habitat is actually better.

So it's actually not  it's a complex solutions to looking at AML.

It's not kind of one size fits all.

So kind of a little bit of revision from last year's look and give than we don't have management planning for most of our territories that's also consideration and so opportunity for prioritization.

Going into program updates and accomplishments, the next few slides, we will discuss NEPA or management planning, a little bit about population surveys, the what kinds we do, fertility control accomplishments, gentling?

Training, gathers, adoption and sales, key items about how we manage populations of wild horses and burros which is looking at how to manage  how do we limit the population.

Then also going into a little bit about administration for the program, as well as grants and agreements, revisiting litigation update that's also in your packets, and then forest profiles in a couple of the forests.

Very busy slide, kind of reiteration of some of the information presented earlier.

This information is a little bit in your packet as well, kind of fine tuned it a bit.

It's noting those forests that do have signed decisions.

So Carson, we actually have two it territories and then HumboldtToiyabe and the Custer Gallatin National Forest which is the Pryor Mountains is located there.

And then the San Bernadino National Forest and then the six dual management plans.

We already reviewed.

BLM_003326

That just a little review on the territories that are working on management plans.

There's some information there.

This is really similar to what I presented last year.

These are the same territories that we're working on management plans last year.

They have advanced them, we are looking at having some documents out this for scoping, either the end of this year, more likely in January of 2018.

In terms of population surveys I don't have particularly information on the surveys done this year.

A number of them were actually done jointly with the Bureau of Land Management as part of the double observer analysis with USGS analyzing that data.

And then we also have just on US Forest Service only territories, not jointly managed, we may do a combination of different territories will use aerial surveys, the same USGS double observer analysis.

Also we have formal annual horseback surveys in at least one territory and then there's formal and informal ground counts, including one forest using game cameras as part of that.

And then on a few territories we have permittee observations.

So we're still working since we became more independent from the Bureau of Land Management I believe in fiscal year '15, separating our management.

We are still working and developing a lot of our operations and tools for managing horses, including population monitoring surveys.

Another busy slide.

This is presented somewhat in terms of more of a spreadsheet.

Just wanted to note these are some of the key management items that we'll be doing in terms of population on range and off range.

We had 60 animals that were treated with PZP fertility control, most of them were on the Devils Garden horses that were removed about a year ago.

The mason, and the Jicarilla, it reflects one of the individuals who passed away who was key in that program.

Dan Elkins  excuse me, I'm getting old and nervous.

BLM_003327

Definitely know his first name is Dan.

He was the mustang group that he had, however, we are continuing on with his partner there who is furthering on the work on range fertility control, as well as helping with population counts.

Gathers, large gather we had was on the can Devils Garden, and then we did have bait trapping removals off the Carson, in 26 and 24 on each of those.

On Murderers Creek which is a joint managed area.

Those animals have either been still in BLM shortterm holding.

I'm not sure if some of those have been adopted off yet.

Regarding animals, the gentling and the adoptions and sales, the numbers are up there.

A large number of the adoptions this year clearly, the devils garden, and Modoc National Forest rose to the challenge of the animals removed in the fall.

221 were sent to the BLM Litchfield corrals.

One gather happened October 2nd.

At the time they didn't really have partnerships with the community.

They didn't have a training program.

They developed their own Modoc mustang training program, and they managed to have 44 adoptions were trained by the MMT program.

So they really set some really strong ground work for going forward for managing their program.

Another  I want to mention too, and one of the highlights is the Carson national forest, in order to bring down our costs for longterm holding that we transfer funds over to the Bureau of Land Management, one key is to actually remove some of our man malls out of longterm holding.

The Carson national forest was successful in doing that last year in FY '16 and also again in FY '17, and so they were able to remove  this usually happens when animals are being transferred from one facility to another, of Bureau of Land Management, the Forest Service horses.

And so we had 22 horses removed and sold, and then also some other South Dakota horses removed.

One of the things too that the Carson, the only facility that does  the only forest that does have actually, an off range facility, they had a visitation by the Modoc National

BLM_003328

Forest this year, as far as operational technology exchange, just this fall, excuse me, earlier this year, but  no, earlier this fiscal year.

And so they had taken on some of the horses from Devils Garden that were sale eligible.

All of those horses were adopted out and were sold.

They didn't have a need to be adopted.

They found homes to  one or two horses were sold too.

So they were able to find homes for 36 of the Devils Garden horses.

Just moving on to some other kind of offrange administration aspects of the program, we were able to establish procedures to collect fees for adoptions and sales, determine the disposition of funds and transfer of the  those fees to the treasury and BLM.

By 9 act  according to the act, the  any funds that are collected from the sale of horses get transferred to the BLM and any funds collected via adoptions because the Forest Service doesn't have the authority to do, that those go on to the treasury.

So none of those go directly back to the Forest Service.

And then we are working on a process for getting OMBapproved forms.

In terms of grants and agreements, we renewed our service first agreement, overall agreement, national agreement for transferring funds to the BLM for longterm care of horses.

We issued new MOU for guiding the BLM and Forest Service staff to jointly manage wild horse and burros on the 24 jointly managed area.

Service first was used in the Litchfield corrals and the Modoc National Forest.

I didn't really fame size enough the importance of the partnership with the BLM and the involvement of Litchfield staff to actually assist and make that possible.

Without having those shortterm corral facilities, we wouldn't be able to have the area there where the horses could become adopted as well as other aspects of that operation.

Another ongoing is after having developed that MOU, local units are now developing interagency agreements.

And their own local MOUs that will assist in providing options for managing herds that are across agency boundaries.]

That will be helpful as they develop their management plans and love to share

BLM_003329

operating costs.

Also this year we signed an agreement with the Humane Society of United States, HSUS, the idea is to help facilitate coordination and cooperation, ongoing relationship, and to note the US Forest Service commitment to using fertility control on range.

Getting towards the end of my presentation here.

This is already in the packets in terms of litigation updates, Alan had presented this noting they were two cases.

This is actually both on the Modoc National Forest.

This related to earlier litigation and appeals, several going on since I think 2014.

So I just wanted to note here that finally we did get a decision just before the end of the fiscal year and the decision was that the panel has filed the amended judgment, this vacates the Forest Service exclusion of the middle section of the devils Garden wild horse territory in the Modoc National Forest.

Noting that it's one entire territory, including the middle section that was part of the litigation, in the 2013 management plan had indicated it was removed from the entire territory.

Those decisions are readily available on the Internet.

So the last two slides, just some general bullet points about the Carson National Forest.

I have already mentioned I referred to them, the Jerita Mesa, and Jicarita, Carson was first national forest to treat horses with PZP starting in 2009.

They were already doing roundup and removal but this added a strategy for onrange management.

One of the key things is that early on, they entered into partnerships for onrange remote and bait trap darting.

This also helped to gain confidence in the region to further support the program with additional personnel as well as funding, and seeing that it was an important to really put the funds in up front, to put the time in to help to manage those territories and that's become somewhat of a model for the Forest Service as I mentioned earlier, they have done some technology exchange with the Modoc National Forest, and then also with some of the forests in Region 6 in Oregon.

We had a little bit of referral to the Modoc, really see that as an incredibly hard to imagine the amount of work that they achieved, success achieved in working with the partners, with the BLM, with other nonagency partners and volunteers and some really dedicated people.

Actually, this week, Thursday, they will have another placement meeting.

BLM_003330

So they are continuing the work, and just want to note kind of a quote here, just the district manager that because of the hard work of volunteers, Modoc county, BLM, the Indian community council and BLA, the adoption effort has been more successful than anyone thought possible.

One of the things key to that is having training of those animals and also having younger animals and older animals available for adoption was also one of the key points to that program.

That's the last slide that I have and I'm very happy to take any comments or questions from the board.

Thank you.

>> GINGER KATHRENS: Yes, I have a question.

Can you explain what an inactive area.

You said there are 19 inactive areas.

>> HOPE WOODWARD: Correct.

Generally inactive areas are territories where it's been determined that there are no wild horses or burros on those territories.

Three of those territories have already done management planning.

They have done analysis to determine why there are not  it's not appropriate to have wild horses and wild horses on those territories.

A lot of documentation of the status is actually at the  at the district level.

As far as explaining what that means, I don't have full answer on that.

Some of the response has to do with the prioritizing of the forests to perhaps prioritize it off the other range administration and say we are going to look at these territories.

Let's look at the status.

Let's look at our monitoring and let's do range analysis and say do we have AML set at zero?

What is our status so right now, those inactive territories don't have management plans.

Either it may be because the animals moved off and so they are inactive.

They could have moved off and so they are vacant.

BLM_003331

It could be that they didn't have the resources there.

It could be that  any number and that's where the management planning would come in.

>> GINGER KATHRENS: Well, with that in mind, is there any opportunity to take horses from holding and reduce those costs by  and let these animals be nonreproducing, of course, animals, is the forest  those inactive areas, are they candidates at all for looking at that as a solution to reduce shortterm holding?

>> HOPE WOODWARD: I think in context of us having a new chief, as well as having a new secretary, particularly a new chief, he's asked us at the Washington office to gather together all different ideas and being creative and presenting different ideas.

Maybe some things in the past, we would say, no, way!

Those are inactive, like, we don't want to add anymore.

There's already enough of a burden just limited staff as well as funding and other priorities for existing range management staff to be managing even  because most of those are multiple use and having allotments and active allotments and then to have additional task.

But in light of really the need to present more  put more emphasis on management of the wild horse and burro, I think we have that with our new chief, willingness to listen, we are willing to present any suggestions you may have and present them not chief.

They may have to do with the forest to make the decisions but as I said starting off the talk, we really would like to hear any creative suggestions for management solutions.

>> GINGER KATHRENS: Well, I think you can  we probably will have people that will jump right on that and want to, you know, look at that possibility and would need your assistance.

I have no idea where these 19 areas are, but if they are areas where there's an opportunity for volunteers, and organizations to also be involved, then you wouldn't have that heavy burden that could come with  I mean, these animals will die out obviously, because they would be nonreproducing, but, yeah, that's interesting.

Thanks.

>> HOPE WOODWARD: Sure.

>> DR. JULIE WEIKEL: Steven.

>> STEVEN YARDLEY: Along those lines it looks like you might enlarge  like when you talk about staffing and you talk about what you are dealing with and three times the AML across the board, recognizing that there's some areas like Devils Garden that have a lot more and others closer to AML, it looks like if you were to put animals there, you could potentially enlarge a problem that you are already struggling with.

BLM_003332

>> HOPE WOODWARD: You are saying  your comment is in response to Ginger's question?

>> STEVEN YARDLEY: Yes, in response to her comments.

>> HOPE WOODWARD: Right.

I think that whatever would be considered what you just asked, awful those would be taken into consideration and analyses.

Is there  do we have capacity there?

What are existing conditions on the range?

What is the existing conditions of the livestock?

Are we already administering those permits to standard?

Are the permittees having to reduce the numbers of livestock?

So all of those things would be taken into consideration to see if it would be feasible at all.

So if you would manage any of the territories and all of those considerations when you do a management plan, that also would be taken into consideration.

>> STEVEN YARDLEY: One other question, I had, how has the  especially at the Devils Garden where they are seven times, AML, how has that affected the livestock and how has that affected the habitat and the wildlife habitat?

>> HOPE WOODWARD: I think in the Modoc, that's one of the places on of the national forest, where there are some permittees that have had to take reduction of up to 50%.

So that has affected them in terms of habitat and some of the areas.

So one response in terms of how it has affected.

It's affected some permittees and the landowners.

The horses are not just on the territory.

There are also horses off the territory, but another consideration with that is while, you know, the question is:  What is the effect on the land or the other side of that is what are the management solutions?

The Modoc is the territory that does have a management plan and they are very  I'm just trying to look for the word here.

BLM_003333

They have already presented to their region projections and plans to go forward.

So I say that all the partners are aware of the situation on the Modoc, private landowners, permittees, legislative people, commissioners, and so we are working on a solution.

>> STEVEN YARDLEY: Thank you.

>> DR. JULIE WEIKEL: Thank you, Hope.

Our next speaker is Lucas Hall.

He's going to bring us some information about the influence of feral horses on native wildlife in the Great Basin.

You have his presentation behind tab 12.

Thank you for coming.

I look forward to the information.

>> LUCAS HALL: There we go.

I would like to begin by first acknowledging those that helped us get to this point.

My advisors, Brock and Randy Larson, who weren't able to attend, unfortunately they are stuck doing some pretty rigorous field work in Hawai'i.

(Laughter)

We all feel bad for them, but someone's got to go out and trap some ungulates.

I would like to thank Robbie Knight who was our main contact and the director of environmental programs at the Dugway Proving Ground where the majority of our research was conducted.

I would also like to thank, of course, BYU, where I was able to conduct most of this research, and a special thanks to the Utah division of natural resources for all the help and the support that they provided over the years.

All right.

So I have been studying water sources now for a good number of years, and it never ceases to amaze me how influential water is across desert landscapes.

I actually love this photo because you can't see water per se, but you can see the evidence of water everywhere.

BLM_003334

Water shapes desert ecosystems.

It provides that foundational resource, that availability for life, for vegetative life and for animal life as well.

And what we're finding, now more than ever, is that this resource is being  is being tapped from several different angles and for several different purposes.

We have increasing human populations which is  and those are tied to these other factors that I'm going to talk about.

But just simply supplying that drinking water for increasing numbers of people and civilizations living in arid and semiarid situations out here in the west is problematic.

We are continually pumping groundwater from aquifers and that is at least based on recent research is indicating that these underground water reservoirs aren't necessarily  some of them are not replenishing at the same rate they have been historically, which is kind of troubling.

Also just the use of irrigation and agricultural practices in a lot of these arid systems is, again, continually putting that draw on water sources and, of course, for the same reasons livestock operations piping off water sources, from natural springs, all of these  all of these factors in unison are really putting the crunch on water sources.

Then you add to the mix invasive species, like tamarisk and it's water guzzling capabilities.

Again, it's just one more layered and we consider drought  you know, drought, and all the desert seems to be in drought.

Some more than others but all of these factors combined make this what is normally a very powerful resource, is kind of limiting its abilities to provide for wildlife or vegetation, et cetera.

It's not too many of a stretch to say that water is a limiting factor in the desert.

Anyone who has visited the desert or gone hiking, one of the first things on your check list is a bottle of water, right?

Water is both limiting across temporal and spatial axis.

What that means is there's a good deal of distance between water sources and deserts.

I have been studying water sources, like I said, for a while now and sampling a bunch of them, and, you know, sometimes it's half an hour, 45 minutes to get from one site to the next.

So they are partially limiting across landscapes.

BLM_003335

But also temporally limiting towards some of the end of our  or towards the end of summer seasons.

We have  we have a number of water sources that just dry up.

They are femoral in nature.

And so we have this spatial, temporal limitation on this resource and it coincides with some of the greatest fizz physiological demand.

We have species that lactate during the summer and these lactating females are highly dependent on water sources.

When the water is often not available, it's when it's most needed and that results in the competition for the resource.

There's a great deal of research coming out of Africa.

Elephants tend to run the show.

When they show up, you let them come and get water, right?

And so a lot of what we are  what I like to call kind of inferior or subordinate competitors to elephants they tend to give way to the kind of the peak arrival hour for elephants.

And they have over time, adapted different strategies and kind of morphed their life history strategies to the point that they can compensate for those times when elephants come.

They can modify their behaviors.

They adapt to use water at different times of the day, to use different water sources, and these adaptations are critical.

These behavioral adjustments, they have optimized their fitness, their ability to transfer their genes on to the next generation.

The question is:  Are horses which is the largest bodied animal at our water sources are they serving the same purpose as elephants in this case.

Are they driving these dynamics.

Are they pushing some of the native species out of their optimum.

So this might be new to, some but we have a lot of horses on rangelands.

In our particular study area, at the cedar mountains, in Tooele County, high AML is 390

BLM_003336

and as of the last count, in 2016, there were 654 horses.

So a little more than one and a half times AML there, just to provide a little bit of context.

But that seems to be a pretty wide spread story across a lot of different herd management areas.

And so the question is:  Are horses, are they adding this additional constraint to an already limited and constrained resource for native wildlife?

And so what our main objective was, was to determine the influence if there's an influence of horses on water use by native wildlife and this is just kind of a  just a map showing where most our study occurred, kind of north central western Utah and the Great Basin desert.

We are interested in primarily three metrics, in richness, diversity and temporal activity.

These are our response variabilities in our study.

Richness is the sum total count of species that occur at a water source.

For example, a water source could have ten different species using it and it would have a richness value of ten.

Diversity takes into being richness but it includes a metric which we call evenness.

At that same water source, you may have your ten species but those ten species may be  they may not be equally abundant or representative at that water source and so that's going to  that's going to tend to sway your overall diversity metric, and so a water source that ends up having a high diversity metric will have equal representation of all the species that are using it.

And so that's what we call diversity and that's a very common  a very common metric used to kind of put kind of a biodiverse value on different areas.

And temporal activity.

We will get more into temporal activity but we try to study several different facets and take different measurements on when  basically it boils down to frequency, duration, and timing of use of water sources.

And so our methods, we will be touching on two studies, one that was published last year and one that is nearing publication this year.

But first one took place back in 2010 to '11, and we used remote cameras, and we monitored 25 water sources around the clock.

At each of these sites we took a variety of habitat measurements and get an idea of the characteristic of each of these sites.

BLM_003337

And so we have 12 horse includes of those 2500 water sources and that will be  that's denoted by HI and you will see HI and HE through the rest of these slides.

And at these HI water sources, horses had free access and at the horse excluded water sources there were specific exclusionary fencing to keep livestock, as well as horses out of water sources.

Now on the Dugway military proving ground, there's no cattle and it hasn't been grazed for several decades but you might get a few head to stray on and these fences were primarily set up to keep them out of these water sources.

The fence is also of note.

The fences did not prevent any of our native species from accessing water.

They were relatively generous in their perimeter size, which some ungulates, like pronghorn and mule deer tend to care about and they were Barbless as well and they were just two tier and so based on our photo evidence, we didn't have  at least we didn't find any evidence for these fences obstructing the use of these water sources by in of our native species, in fact, it's almost the opposite for these guys.

For any of you guys who dealt with camera traps, you can multiply that by two, three, four, five, and that's about the number of pictures that we had to sort through.

And we'll talk more about pictures here in a moment, but of those 101,000 pictures, a little less than half, 48,000, were of native wildlife at all the 25 water sources.

A little more than half were of horses at just the 12 water sources, and so you kind of get an idea of just the presence of horses at these water sources and we began to notice some rather contrasting differences in the metrics that we were choosing to measure between these water sources in relation to wildlife activity.

And so coming back to our objectives, getting an idea of overall species richness, we see that at the horse excluded sites, there was over a twofold difference in species present.

That is to say that the horseincluded sites, we were detecting far fewer species of native wildlife.

We break that down for birds.

We see an even sharper contrast in their species richness and for mammals not so much but still a significant difference and one thing to note is that the mammals we were counting here don't include your rodents which are largely carnivorous and can are acquire most of their water through food and metabolically and really don't have a reliance on outside water sources and this includes our lagomorph and ungulates, and others.

We look at the overall water species where the horses had access, we had half of diverse communities of wildlife and compared to where horses had been excluded by

BLM_003338

fencing, and, again we break that down for birds.

We see the same pattern and for mammals we see, again, a similar pattern.

And this is our  I really like this graph I don't know how many of you have experience with nondimensional scaling.

We will walk through and get our brains wrapped around what we are talking about here.

Every single one of these points on this graph represents a water source.

And where that water source lies on this graph depends on the species that are there and their relative abundances.

And so we see based on whether horses were present or absent, we see a fairly decent grouping of these water sources.

And so what does this mean?

Well, what this means is that we're seeing a complete shift in wildlife communities, where horses are present, compared to where they are absent.

A complete shift in species composition, and the relative abundances of those species.

Now, one the main points of criticism that our paper faced during peer review was that the differences that we might be observing could be penned to habitat characteristics.

And so like I said, we took a variety of habitat measures and we threw them in the same analysis and what we show is that there's really no grouping based on whether horses are present or absent.

All of these water sources while they had differing overall habitat characteristics, they we couldn't necessarily group them, when we ran the analysis based on horse presence, it was far from significant, and there's just no general pattern.

And so we couldn't really pin it on habitat similarity.

Kind of changing gears and moving towards temporal activity of wildlife activity, we see that at horse excluded water sources, wildlife would visit more often than at horse included water sources and at those water sources where they would visit, at the fenced water sources they tend to spend a little more time accessing water.

Now, difference in time we see there is roughly two minutes.

The question is, what biological relevance does two minutes have?

You know, it's hard to say.

BLM_003339

We didn't study that specifically but when we go back to talking about the optimum, we talked about life history strategies and adaptations, two minutes could have a physiological consequence for animals.

Again, it was outside of our scope of measure but that possibility definitely exists.

We look at time between visits, wildlife, we're visiting water sources where horses were present, just far fewer times as the gaps between those visits were rather extensive.

And we look at overall minutes on average per day across the year, wildlife are spending roughly 24 minutes a day at water sources, where horses were excluded, and about five minutes per day at water sources where horses were included.

And to give you kind of a little better representation of kind of what we are talking there, we have this graph here, and so this is the fit for the first of the first year, the 53 species of native wildlife that we detected graphed across the year.

And so what you see in blue is the sum total minutes that were spent or excuse me, the average minutes based on site per day.

And we see that it you know, there's a fairly tight correlation with temperature which is not very surprising.

You can throw precipitation in there as well, and would you have a similar pattern, but what we see is that during the summertimes, wildlife usage goes up.

Big surprise, right?

Big surprise.

I would like to draw your attention to our Y axis.

There it peaks out at 60 minutes.

During the July and August, wildlife usage will kind of peak out at least on an average basis at about an hour per site per day.

Now, if we keep this same graph and simply add in horse usage, we see a rather contrasting difference here.

We see horse the time that horses spend at water sources dramatically overshadows that of wildlife.

And, again, I would like to draw your attention to that Y axis.

We added a zero there.

We are looking at close to 600 minutes that horses could spend at water sources.

BLM_003340

Some water sources we have them occurring up to 73, 74% of the day.

We had horses at the water source.

And, again, that can be particularly challenging if you are a native species and you are trying to access that water source.

A lot of the water sources that we studied weren't very much bigger than this desk that I'm sitting at right now.

And so some of these water sources could only water one to a few horses.

And so then you are  let's say, you know, whatever else kind of species, you are on the outside kind of looking in, trying to figure out when you can get a drink and it's particularly  at least based on our evidence, provides a challenge for native wildlife.

Actually, before I go forward anymore  so that kind of capitulates the first study that we had published last year.

The next study that we are working on and hopefully we just sent some revisions into the journal, as of Friday, I was working feverishly trying to get some updated graphs but was unable to do so.

We will still talk about it.

We talked about the 101,000 pictures that we had of wildlife for this first study.

We extended our sample period out an additional four years, and extended our study area northward along the cedar mountains and so for the second study, we had 44 water sources that we had studied for an additional three years.

And out of those  out of all of those years, we were targeting the ungulate community.

Those species will likely be the most sensitive to the added competition from horses and we wanted to isolate them and see how they are responding to the presence of horses.

And so we had about 800,000 pictures of ungulates over the course of the five years at those 44 water sources, pronghorn were about 30,000 of those pictures.

Mule deer were another 30,000 of those pictures and horses were about 740,000 of those pictures.

So, again, just an overwhelming presence of horses at those water sources and we have in our database for the cedar mountain area, we have two and a half million pictures of wildlife or animals into our database.

72% of that database is horses.

BLM_003341

And so, again, just kind of paints of picture of just how common these animals are occurring at all of these water sources.

And so, isolating pronghorn and mule deer with these additional years we look at the relative activity of pronghorn, at horse included sites they were about half of what it was at horse excluded sites.

And similar for mule deer, about half as what it is to horse excluded sites.

We also in the second paper included some interactions of horse activity with temperature, and we found that to be a significant interaction.

So as temperature increases, as horse activity increases at water sources, visits decrease by both mule deer and pronghorn.

We look at kind of temporal use of both pronghorn and mule deer.

If you are a pronghorn residing in the Great Basin desert, your happy hour is about 9:00 in the morning.

Its a little early for most of us, right?

They like to get a jump on their drinking for the day, I guess.

But we found a rather narrow band of time that these animals access the water in the area.

We found the same thing, that the 9:00 window was when pronghorn would come to do the majority of their watering.

In areas where horses were common, we could not exactly pin down a time when pronghorn would come to water.

It was all over the board.

We found them watering before they normally like to.

We found them  so in the wee hours.

I mean at 5:00 in the morning and as late as nightfall, which seemed to be just atypical for them, at least in the absence of horses.

And so we couldn't really pin down a time.

And so what we are thinking a lot of that variation is due to, is the variation in horse drinking patterns.

Horses didn't have a particular or optimal watering period across all of our sites.

BLM_003342

It seemed to be specific per site.

Depending on what time that was, that would largely determine when the pronghorn would come in.

We didn't see a pattern with mule deer.

Mule deer or usually knock ternal in activity and pronghorn are diurnal.

The pronghorn being diurnal, having that temporal overlap with horses we did see a pretty strong pattern.

And so, again, kind of going back to our annual graph of wildlife and horse usage of water, we see a similar pattern here on a daily basis.

We see horses again just running the show on an hourly basis.

In fact, it's even kind of hard to decipher what mule deer and pronghorn are doing but upon closer examination, you can see mule deer primarily active at night and the early morning and dusk hours whereas pronghorn have that bump into the early morning hours and taper off in the afternoon.

But, again, just showing you kind of really just the presence of horses there.

So in conclusion, based on our first study, we detected overall fewer native species at water sources where horses were present.

We observed decreased diversity which accounts for both richness and kind of the relative abundance of those species.

We also saw overall less time being spent by wildlife at water sources, where horses were present.

And this boils down to what I like to call the water fountain effect.

Each one of us in this room can go and get a drink from a water fountain.

We just can't do it at the same time, right?

We have to all get in line.

What we are noticing out in our study area, is this long line at water sources.

You can set up on any  any ridge and watch a water source and you will see a band of horses at that water source and then you will see another band on the hillside waiting to come in.

And so when band A clears out, band B comes in and band C is now on the hillside

BLM_003343

waiting to come in.

And so the question is, where do the wildlife fall in this pecking order?

And so far based on our  based on our data, it seems to most of them, it's not worth hanging out around those water sources where horses are present.

So as we look forward, there's a lot of research coming out over the last decade and still coming out today, indicating that the southwest is going to get hotter and drier as we look forward in the future and this is not too far forward in the future.

Over the course of this country things are predicted to get hotter and drier and so the question is:  What does that mean for some of our already crowded water sources for native species?

You know, what is this added competition from horses going to meet for them?

And kind of in conclusion, based on our second study, we did find strong evidence that horses displaced native wildlife, pronghorn and mule deer from water sources and our study provides further evidence that horses are negatively influencing native wildlife and I have time for questions if you have any.

>> DR. JULIE WEIKEL: Jim, go ahead, please.

>> JAMES FRENCH: Thank you, madam chair.

I just have several questions having to do with the conversation about the subordinate wildlife behavior around no watering holes and I will fall back a little bit on my experience.

I wonder if you had a chance to evaluate the whether or not  especially during the hottest time of the year, whether or not the camping or the occupation of the vicinity around a watering source by horses had an exponential change in terms of how wildlife used those sites, because in Nevada, that seems to be the mode, especially if there's a riparian overstory that they can shade up under.

Many times they camp on those locations.

They will migrate and move towards them and stay there for a month or two.

I wonder if you had a chance to evaluate that aspect of it.

>> LUCAS HALL: That wrapped into our intervisit time and overall visits per day.

But, you know, some offthecuff observations that I noticed going through some of our data sets, we would have  I remember one time in particular, are there was a four or five day span where horses were at a watering hole and we didn't have a single wildlife.

It was middle of July and it was two or three weeks that we didn't have a drop of

BLM_003344

precipitation.

The horses were, like you say, camped out there.

We didn't get any pictures of anything other than horses nor nearly a week.

>> JAMES FRENCH: Along that same line, did you also observe aggressive behavior on the part of horses.

I don't know if you had any burros in this study or not, bust horses with regard to becoming territorial and actually defending a piece of real estate away from other wildlife in this?

>> LUCAS HALL: So we seem to be the odd guy out in terms of those studying water sources and native wild sources.

Our data don't support that, based  again, and you think about photographs.

Photographs just capture a small instantaneous point in time and so to be able to document some of those occurrences as they play out over time can be kind of challenging.

What we  what we observed was that when there were horses there, there just weren't native species there, but other studies have shown that aggressive behavior of horses can deter use of wildlife.

In fact, there's a study that came out just last year, or the year before, where they had really good camera trap evidence of horses chasing elk off of water sources.

And so that possibility definitely exists.

Horses are  you know, they are a large behavioral animal.

We have seen  the research supports aggressive behaviors towards both pronghorn and mule deer in the literature, it's just based on our photo evidence, we can't uphold that but there's within other studies including the big horn sheep where the presence of horses would deter them from drinking from a water source.

We have talk about this all the time in classes but animals don't want to compete.

They don't want to compete for resources.

This results in the mortality.

And a lot of species of avoid conflict.

That's what our evidence suggests is straight up avoidance of tangling with a larger bodied animal.

BLM_003345

>> JAMES FRENCH: And that segues into my final question.

Does this look at other ungulate, such as neotropical birds and amphibians and small mammals.

I know you mentioned small mammals in.

My experience, that avoidance that you just spoke of is  is  it actually will exclude many of those species from a water source.

I wonder in you observed that.

>> Yeah, so again, we didn't go out and study this but previous work from Eric Beaver in the early 2000, demonstrated that anything that makes a burrow has a hard time existing where horses are, because of the trampling effect and the compaction on the immediate vicinity of where they are.

Again, off the cuff, we won find a lot of rodent burrows around any of our active horse sites.

That's not something that went out and exclusively pressures.

>> JAMES FRENCH: Thank you.

>> DR. JULIE WEIKEL: I have a comment and a request and in a way, I apologize, but if you wouldn't mind, I'm asking you to resubmit your slides in a color format where they come across well.

If you want to take a look at what we, there's a lot of power here, a lot of objective power in this study and in this presentation, and  but we can't see it all.

I had to write like crazy to capture everything that you said that is not apparent on the slides and it's just a color intensity thing and I know you can manipulate that.

Pardon?

(Off microphone comment).

>> DR. JULIE WEIKEL: I noticed what slides we have, represent improved water sites where the mud hole kinds of things that we see at springs and riparian areas, it is somewhat different.

In the  did you say 44 water sites?

How many of those are actually improved and how many of them are natural?

And what that has to do with is, is there any way to separate out the effect when horses stay up to 10 hours a day on a water site?

BLM_003346

The result of that, as anyone can imagine, it's pretty stomped out and so now the water, instead of being in a stream or a pond or a pool is in a bunch of hoof prints and I'm curious, is there that effect or are all the improved water sites like troughs where we won necessarily see that sort of thing?

>> LUCAS HALL: Yes so about a third of them is natural seeps.

We had one spring that I guess you can call a good spring, but the rest were seeps and about twothirds of them were what you would call improved water sources and it's interesting because you bring up a good point about kind of stomping and the wallowing that horses will do at  at some of the seeps that we study.

They have a very different effect but similar in outcome at developed water sources.

On a neighboring mountain range, for example, where horses  we were able to capture the movement of horses and their use of water sources over time.

We had ten years of data where there were no horses, but as the Cedar Mountain herd grew, they're expanding and so we are  we are capturing some of that southern expansion on to a different mountain range.

And horses would find their way to an unfenced water source and developed a guzzler, a wildlife guzzler.

And over the course of like two days, two and a half days they would just drink it dry.

And during the summer, those water sources don't replenish.

And a lot of that winter runoff and spring time rains and so forth.

So while it's a different impact than drinking buddy water out of horse hooves, it's very much the same concern where that water just isn't there and then our cameras we have set up, just didn't capture any other activity because nothing will come drink from an empty water source.

>> DR. JULIE WEIKEL: I will give you a chance, I'm sure you have things to say.

Having been involved in a conflict between a wildlife group who put in place guzzlers and maintained them and stuff and expressed extreme frustration of the horses tearing down the guzzlers and pushing on the fences and that sort of thing, do you  are you aware of that same sort of thing?

In other words in cooperative agreements with organizations that are trying to help provide water in the desert, do you have groups who are being frustrated in their attempts to help wildlife when we have guzzler deaths or guzzler overuse to the extent that they are not aware when they need them.

Are you aware of those type of conflicts.

>> LUCAS HALL: I'm aware of conflicts but I'm not aware of any particular groups that excited about that.

BLM_003347

Based on our evidence, the photo evidence of horses coming into unfenced guzzlers and drinking them dry and even, you know, even damaging them somewhat, you know, we would report that to the state which was the entity responsible for the management of these water sources, and based on their discretion, they would either they would set up exclusionary fencing around those water sources to prevent, you know, horses from accessing water sources.

Going back to your questions, I don't know of any particular groups but I tend to kind of keep to myself.

That's I didn't love to work in deserts.

I don't have to deal with a lot of people and do my own thing and keep to myself.

>> DR. JULIE WEIKEL: Have a question for the speaker?

>> BEN MASTERS: I D. the water sources that didn't have the horses higher richness, and those that did have horses.

I was wondering especially in regards to birds what particular birds species seemed to avoid locations with horses?

>> LUCAS HALL: Oh, that's a good question.

We had about  because of the 53 species, over 40 of them were birds.

I could  I can almost answer that question from the reverse side and tell you that cow birds and ravens didn't have a problem with horses.

So those are very common out at the horse sites.

There's a variety of passerines and golden eagles and redtailed hawks, great horned owls, I mean, there's a variety of species that avoiding the horserelated sites.

Yeah, I could get you a list.

I have just don't have that list offhand.

>> BEN MASTERS: Sure.

And then I was wondering if you had any data to compare the study area that you were in versus a similar area close to that, that did not have horses on ungulate mortality, age structure and if there was any conclusions to draw from that?

>> LUCAS HALL: Now you are talking, Ben!

That's exactly what we would love to do.

BLM_003348

Because both  both ungulates and mule deer are not doing all that great in the Great Basin.

And it would be  it would be really awesome to see if  if there's an impact that we haven't considered, like competition from horses at this point.

Again, it's something we haven't done but would love to do.

>> DR. JULIE WEIKEL: Sue, are you still online?

>> DR. SUE McDONNELL: Yes, I am and I'm patiently waiting to ask some questions if we can.

>> DR. JULIE WEIKEL: Would you please do so.

I'm sorry I haven't called on you sooner.

>> DR. SUE McDONNELL: That's okay.

Thank you so much, Mr. Hall.

That was a wonderful presentation.

Very helpful.

And I just had a couple of little questions.

One was  and I apologize if I missed, this but how large were the exclosures?

>> LUCAS HALL: These exclosures  what would they be across?

Maybe 50 feet across, 40 to 50 feet across.

So from  that's from one fence  one fence line to the other and then the water source would be in the middle.

>> DR. SUE McDONNELL: And they were more or less circular.

>> LUCAS HALL: No, they were square.

>> DR. SUE McDONNELL: And following up on Mr. French's, about interspecies aggression and, again, I know you only had still photographs, but if you know from your own observations or from the photographs or from anyone else's work, have you seen horsetohorse aggression at the water sites?

>> LUCAS HALL: Yes.

So horse to horse, that would be intraspecific aggression.

BLM_003349

>> DR. SUE McDONNELL: Right.

>> LUCAS HALL: And we did document that quite frequently, horses rearing up, you know, trying to determine who was going to get that next drink.

Yeah, we do have quite a few pictures of that.

>> DR. SUE McDONNELL: Thank you.

That speaks to considerable or significant compromised welfare.

Horses usually don't fight over water, unless it's extremely limited.

Thank you very much.

>> LUCAS HALL: Yep.

Thank you.

>> DR. SUE McDONNELL: That's all, Julie.

>> DR. JULIE WEIKEL: Thank you for your patience.

>> Please turn on your

>> GINGER KATHRENS: It is on.

It's been on.

Well, we'll debate the nativeness at some other time, luke.

Thanks for your presentation.

I really enjoyed it.

Can you tell me, I'm familiar with the exclosure system that they have in the Pryor Mountains and the water runs from an angle down into a tank that's  I bet it's not any larger than that.

Is that kind of what we are looking at or is this totally different kind of a system?

>> LUCAS HALL: So for some of the  for the developed waters, they will have a catchment pad that is fenced in, that is usually 40, 50 feet away from the drinker.

And then the water  the water lands on the catchment and then is drained to underground water tanks, which then have a smaller drinker available, which is about half the size of this table I'm sitting at right now.

BLM_003350

>> GINGER KATHRENS: Yes, it sounds like it's the same.

>> LUCAS HALL: Yes, similar.

>> GINGER KATHRENS: And there are, I think 10 or 12 of those in the Pryors and, although, of course, it's a different  it goes from very much a desert system, as well all the way to subalpine, and concerning the aggression of horses, I mean, I have documented horses since 1994.

And that is just a natural pattern, a way of life with wild horse bands, particularly when they are in close proximity to each other.

The dominant band stallion and his mares will get to drink first if there's a competition for water, but that is a natural phenomenon in the wild horse world.

So it's  it's not anything that's unique, I don't think to the  to the Great Basin, but very, very interesting report.

Is there some way  I mean, I guess you think it's a real problem that there are horses in the legally is designated ranges and they are diminishing wildlife habitat for other species, is that your conclusion?

>> LUCAS HALL: Yes, at least in terms of water usage, they are definitely restricting or constraining access for native species and  and appear at least based on our data, appear to be a problem for them.

>> GINGER KATHRENS: Our data would indicate that the dominant species or bears and mountain lions and when you see the activity of those predators, if they are allowed to live  and, you know, we would like to see them protected, then you will definitely see a change in pattern of horses and mule deer  we don't have pronghorn, but definitely mule deer and the horses.

They are nowhere around there, when there are predators in the vicinity.

So thanks very much.

>> LUCAS HALL: Thank you.

>> DR. JULIE WEIKEL: Thank you for a very  it's nice to see good, solid objective data.

Thank you so much.

And thanks for all of that time out on the ground to make that happen and I like to see data points instead of just too much opinion.

So thank you very, very much.

>> GINGER KATHRENS: I agree with what you said.

BLM_003351

The data is fascinating to me.

The wild horses is not a diurnal species.

It's just as active, in my experience, at night

>> LUCAS HALL: Yes, that's what we are finding.

>> GINGER KATHRENS: And having them come through camp on a regular basis.

They are very, very active at night.

And, of course, their digestive systems require movement.

So they  the camping out is not something I'm terribly familiar with.

Thanks.

>> LUCAS HALL: Yes, that was  yes, we were  we were told initially starting, you know, find some of our stuff, that, you know, they were not active at night and we had all of these photos of them at night.

Well, they are  but, then again based on our data, they are mostly diurnal.

Very much less of that does occur during nocturnal activity.

And that nocturnal activity tends tore correlated with availability of water, like during some of the roughest times in the summer is when we see the most nocturnal activity of the horses.

>> GINGER KATHRENS: Really?

I can't  mine is not scientific study, and just years and years of being there.

Some of the most interesting stuff was going on at night.

That's why we would send our sound crews out there to record it because there was so much activity and interaction going on in the evening hours but anyway, thanks a lot.

>> DEAN BOLSTAD: You said yesterday you had 7 million different pictures.

Can we anticipate more analyses and if so, what are you going to look at?

>> LUCAS HALL: Yes.

We have paper number two that will be hopefully coming out pretty soon, but just

BLM_003352

request the temporal and spatial aspects of our data set, we have a number of  a number of things that we would like to look at, in addition to what we already have, and hopefully add some more  some more evidence and some more just objectivity to the question at hand.

>> DR. JULIE WEIKEL: Thank you so, very, very much.

Let's take a break.

>> KATHIE LIBBY: No.

Let me say a few things.

We are still running a little bit late but I would like to suggest that we can start again at 1:15, as scheduled.

So you've got a little bit more than an hour for lunch.

But I think that's important.

Thank you.

That was really wonderful about every one of you.

We will have somebody  somebody asked me earlier.

I failed to mention it.

All of the power points that you are seeing today and tomorrow will be posted on the BLM wild horses website, probably next week, you know, after the meeting we generally do it.

So those will be available to you.

I think we are good.

Have a nice lunch.

>> DR. JULIE WEIKEL: See you at 1:15.

>> KATHIE LIBBY: And if you are going to do a public comment, please sign up.

(Lunch break)

BLM_003353

BLM_003354

ROUGHLY EDITED TRANSCRIPT

BUREAU OF LAND MANAGEMENT
WILD HORSE AND BURRO ADVISORY BOARD
OCTOBER 17, 2017
1:15 P.M.


Captioning Provided by:
Closed Caption Productions, LLC
www.CaptionFamily.com
Phone:   (800) 335-0911


\*    \*    \*


REALTIME CAPTIONING AND/OR CART (COMMUNICATIONS ACCESS REALTIME
TRANSLATION) ARE PROVIDED IN ORDER TO FACILITATE COMMUNICATION
ACCESSIBILITY AND MAY NOT BE A TOTALLY VERBATIM RECORD OF THE
PROCEEDINGS.

\*    \*    \*



>> KATHIE LIBBY: There we have some volume.

So we would like a little more volume up front and a little less volume in the room.

Don't forget to resilience your phones.

You have between now and -- Dorothea.

Are you there?

When do the sign-ups stop?

Okay and that's pushing it a little.

I will make it 2:30.

Sign-ups will stop at 2:30.

I'm still hearing an awfully lot of conversation.

Okay.

I will turn it over to our chair.

>> DR. JULIE WEIKEL: Thank you, Kathie.

When Kathie came in the room, it all got orderly.

Thank you.

So let's introduce and welcome our next speaker, Chad Boyd.

My proudly say Chad is a neighbor.

Out in eastern Oregon, that means you are 30 miles apart.

Chad works at the ag center in Burns, Oregon.

Thank you for coming Chad.

>> DR. CHAD BOYD: Thank you, Julie.

Can you hear me?

Are we on here?

Okay.

Are we on?

Check.

Okay.

First off, thank you for having me today.

Any time I get a chance to crawl out of my research realm and talk to folks who are doing what you folks are doing, I really appreciate it.

It makes the work more interesting and I appreciate the opportunity to be here today.

I appreciate Dean inviting me.

I don't know most of you.

I know one of you.

And what I thought I would do is share with you a little bit about who I am.

So you kind of know where I'm coming from.

And then get on to the business at hand, looking at some of the research that I'm here to talk to you about today.

I'm originally from central Texas.

My family has had a ranch there since the latter part of the 1800s.

And as a kid growing up, one of the things that central Texas is noted for is its white-tailed deer abundance.

And in particular, that part of the world has got some of the highest deer densities ever recorded.

On our ranch, during an annual censuses we have counseled up to 3 acres per deer deer density.

That's a lot of deer.

That's Pennsylvania level deer.

And as a kid, I was really interested in wildlife, and the more I started thinking about how those animals interacted with their habitat and how it influence them and how they influence the habitat and that culminated in me getting my undergraduate degree in wildlife management.

I was lucky enough spend some summers in Alaska working with the US national wildlife botany crew.

I went to get graduate degrees in rangeland ecology, and today I would consider myself a plant community ecologist with an abiding interest in wildlife.

So my current position is the research leader at the -- for the agricultural research service in Burns, Oregon.

We are looked at the eastern Oregon agricultural research center.

We are not alone there.

We are collocated with Oregon State University and recently we've had some of our

partners from the nature conservancy establish an office there.

So we have nature conservancy on site as well.

The Eastern Oregon Ag Research Center is a little different than a lot of ARS locations.

It's a place that does research on more ecosystem issues and there's a reason for that.

Our customers came to us -- oh, gosh, over a decade ago, and said, you know what, there's a lot of work.

There's a lot of quality work on how to -- a lot of research on how to produce more pounds of beef per acre.

What we really need to know is how do we deal with the ecosystem issues and invasive annual grasses, increasing presence of wildfire, expanding native conifer populations.

Those are the kind of issues that our customers are asking us to deal with.

Ranchers and regulatory agencies, state agencies, environmental groups, and nongovernmental organizations are our customers.

So we tend to work on those overarching ecosystem issues that affect multiple values, including sage-grouse, which keeps us hopping these days, as well as horses on rangelands.

So today I'm here as a scientist.

I'm not here as a person to offer up opinions on policy.

I'm not here to be an advocate for or against horses on rangelands.

I'm here to talk about -- with data in hand to talk about some of the work we have done looking at the relationship between free ranging horses on Sheldon National Wildlife Refuge and their habitat.

So with that, we'll get started.

To give you an idea of where I'm going today, I want to start out with a little background information on Sheldon.

Then we'll move into a discussion of the research itself, that I'm here to -- that's the

reason I'm here today.

We'll go through the results of that research.

I will give you some conclusions, based on that research, but then I want to kind of take those conclusions to a broader context and talk about what does it all mean?

The Sheldon National Wildlife Refuge is just under -- just shy of 500,000 acres, it's located in northwestern Nevada.

It has an interesting management history.

Historically it's been grazed by cattle and wildlife for many decades.

Cattle were removed in 1994, from the entirety of the refuge.

However, the refuge is still grazed -- was still grazed during that time period since 1994 by between 700 and 1200 free ranging horses.

Very minimal interior fencing presence within the landscape.

So there's not a whole lot to restrict the movement of those horses within the landscape.

US Fish and Wildlife in 2014 completed removal of the horses from the refuge.

And I should back up a step.

Speaking of US Fish and Wildlife, I did not acknowledge a couple of people and that's my coauthors in this research.

One is Dr. Kirk Davies who is also a rangeland ecologist and Gail Collins who is with the US Fish and Wildlife Service who works on both the Sheldon and Hart National Wildlife Refuges.

So an interesting place to do research, if you are looking for an archetypical big sagebrush landscape, this is it.

It's big country.

Few fences.

It's a really neat place to spend time.

So our objective was to evaluate horse use on plant community structure and

composition and also look at the effects of horse use on soil properties.

We focused on both riparian areas, as well as the associated uplands around the riparian areas.

Sheldon is a pretty cool spot to do -- was a pretty cool spot to do horse work and the reason for that is that there aren't livestock there.

And most of the places you could go to do horse work, you will be stuck trying to figure out, okay, what effects are associated with livestock, what effects are associated with horses?

This is a pretty unique -- this was a pretty unique opportunity to study free ranging horses and the relationship to their habitat in a large landscape in the absence of -- not the absence of other large herbivores.

There's certainly wildlife presence on the mule deer, antelope present on the refuge, but the livestock are not present.

This was an interesting opportunity to study horses.

We focused on really the southern half of -- of Sheldon.

It's about 200,000 acres, and it was occupied during the time of the study by about 500 horses and if you do the math, that comes up to something on the order of 375 acres per horse, to give you an idea of the number of animals there.

So for our study design, we selected five study sites and the study sites were centered around springs or seeps, and we selected those from a population of 60 springs that were located within the study area.

They were randomly selected.

Then when we got to a location, we established two 50 by 60-meter plots and if you don't think in meters, just think yards.

It basically works out the same.

But we established these two plots, and we then flipped the coin and decided which one of those two plots would be fenced and which one of those plots would remain open access for horse grazing.

And each of the plots had both the riparian component as well as an upland component.

So if you can picture roughly an area the size of a half a football field, half of which was in the riparian air and half of which is in the uplands that's what one of our plots look like.

We had a grazed plot, non-grazed plot at each of our study sites.

We collected the pretreatment data in 2008 to kind of characterize any differences, preexisting differences between grazed and non-grazed areas that might exist.

We did not find differences in any of the major variables that we measured and that I will be presenting today.

So no pretreatment differences.

The fences went up in the fall of 2008 and we collected post-treatment data from 2009 to 2013.

So basically a five-year study.

So the data that I'm going to present today or not comprehensive to every single scrap of data that we collected.

What I want to do is -- and frankly we don't have time to go there because we collected a lot of data in this study.

I want to present the highlights that characterize the major themes that we saw come out of this research.

And different pieces of data will have different numbers of years of collection associated with them and I will note that as we go through the data.

So the place I want to start is utilization.

And when I say utilization, I mean the amount of biomass consumed by a horse relative to the amount of plant biomass that's out there.

What percentage of that total biomass was consumed.

And I say by a horse and I need to back up just a step there again.

This area was also grazed by pronghorn and mule deer.

So we can't -- we can't factor out the influence of those two species because they did have access to the excluded areas.

The horses -- yeah.

>> STEVEN YARDLEY: The mule deer and the other species could they get on both sides of the exclosure, was the fence such that they prevented them?

>> DR. CHAD BOYD: They could get on both sides of the exclosure.

There was another study by a guy out of Utah, he did report some mule deer in the exclosures.

But it was minimal.

Basically the plots were just small enough that I think behaviorally, we didn't have a lot of critters that wanted to jump in there, certainly antelope are a little skittish about that kind of thing.

So let's look at utilization levels.

This is for the riparian sites, you can see the average utilization level and this is averaged over the five-year period of the study.

And we went from -- we had a couple of sites that were really heavy, buckaroo spring and the Smith spring.

Smith was over 80% and buckaroo was over 70%.

Then we had a couple of the sites with a little bit less utilization, probably a fair bit less utilization.

10 miles and close to 50% and corral springs was 50%.

If you look at the standard this is a plus or minus, it's really, really high.

The reason that's high is because the use varied strongly in accordance with years.

Some years we would have a lot of horse use and some years we wouldn't.

So we had a pretty huge plus/minus associated with utilization on those two sites.

You will notice we actually have four sites listed here instead of the five.

One of our sites, it turned out there were so anti-pyrogenic modifications in the springs and the place where we put the study site -- the spring itself was migrating back into its natural channel.

And so it was desiccating.

We did retain all five for the upland study.

And in the upland study we saw anywhere from 14% utilization at 10-mile, which is pretty low, all the way up to 61% at buckaroo spring.

Two of the sites were fairly low utilization in the uplands, three of the sites were what we would consider moderate to heavy utilization for the upland areas.

Let's look at some of the results that we found in this study.

And I'm going to present upland results first.

I will spend most of the -- Kurt Davies was in charge of the upland and I was doing the riparian.

So I will spend more time on the riparian.

First, I want to look at the percent change in cover of perennial grasses and specifically, sagebrush.

And apologize for the codes.

That's perennial grasses, big sagebrush and I should point out these were all mountain big sagebrush sites, 6,000 feet or greater and then we had other shrubs which included bitter brush and rabbit brush.

But if we look at the change in cover from the time that the fences went up, to the end of the study, five years, that's what we are seeing here.

This is the percent change in cover, and areas that were excluded from horse grazing, we saw fairly significant increase in the cover of perennial bunch grasses relativity to the areas with horse use.

That was statistically different.

Same goes for artemisia or sagebrush.

We saw an increase in sagebrush, an increase recovery of sagebrush in the horse excluded areas versus the horse use areas.

Other shrubs didn't seem to matter much, rabbit brush and bitter brush.

Okay.

Sagebrush density.

Let me explain this graph.

This is, again, sagebrush, plants that are mature, and that's what the M stands for.

I'm having trouble with the pointer.

Let's try this one.

Right there.

And then sagebrush plants that are mature and this is a density, just the number per meter squared and we found that areas -- and apologize.

I flipped the grays and the excluded color.

The gray is the excluded area.

The black bars are areas that were open to horse grazing.

What we saw is an increase in density of mature shrubs and we did not see a significant difference between treatments with juvenile shrubs and let me explain what that means.

Mature shrubs, that doesn't mean a shrub that's 4 or 5 feet tall.

It's a shrub that's producing reproductive structures and so that can a 2-year-old shrub.

What I think is happening here is after the fences went up in the excluded areas we saw an increase in the number of shrubs coming into the system.

And so therefore we had an increase in mature sagebrush in the excluded treatment.

Again, with other shrubs, bitter brush and rabbit brush, didn't seem to matter.

We also saw an increase in overall floral diversity and the previous speaker spoke a little bit that.

Diversity is richness, which is the number of species and it's also equitability, and equitability just means how well is that abundance distributed across species.

Do you have a whole bunch of one species and not a lot of other species or is it pretty

well distributed anyways you multiply those two things to go and the formula gives you an estimate of overall floral diversity and we saw a 20% decrease in favor of higher diversity -- excuse me, we saw a 20% increase in the areas that were excluded from horse grazing, versus those that were open to horse grazing.

We also looked at soil properties associated with the upland areas and we did this at the end of the study.

This was collected in 2013.

And we looked at two things.

Looked at soil aggregate stability which is the measure of basically how well the surface horizon stays to go, if you were to take it out the ground, does it crumble or does it take together in a block?

That's a good indication of erosion potential.

The higher the soil aggregate, the lower the erosion.

And we looked at the soil surface penetration.]

That means how hard the soil surface is.

The harder of surface is, the less water you get to infiltrate in there.

If we look at soil aggregate stability, soil aggregate stability was higher had the excluded sites versus those open to horse grazing.

I think that's about 20% higher.

And soil surface penetration suggests that the soils in the grazed areas were quite a bit harder on the surface than those in the -- in the excluded areas.

Okay.

So that's a snapshot and brief of some of the results from the upland work.

I want to switch gears now and look at the riparian work.

And I use the term riparian because there are plant communities that are influenced annually, seasonally long by water.

Some people reserve that for streams.

These were really seeps and springs, but that's where I'm going with riparian area.

Plant communities influenced year round by water from flowing source.

So I want to start out looking at ground cover and ground cover, let me explain this a little bit can be one of three things.

It can be bare ground, which you can see here.

It can be litter, which is previous year's plant growth that has fallen to the ground, or it can be covered by the base of a plant.

Okay?

If this water pitcher were a plant, this is the area that would -- its base of cover would be defined by that area.

It's the basal coverage of plant or bare ground.

That's the we looked at ground cover.

And some interesting differences.

Some expected differences too.

We had higher cover of bare ground in the areas that were open for horse grazing, these black bars.

We had a much higher cover of litter, ground -- much higher percentage of ground that was covered by litter, within the excluded areas, but the one that's really interesting is the one on the right, the plant basal cover.

There was a higher plant basal cover in areas that were open to horse grazing than areas that were excluded and that seems kind of counterintuitive, litter buildup in the exclosures, was so significant that it covered so much of the ground that there's not as much room available for plant establishment within those exclosures if that makes sense.

Okay?

So we did have some differences, again some expected, some not in terms of -- in terms of ground cover.

Now how does that play out in terms of actual species of plants.

I call the functional groups those that may economical roles and we'll take a look at each of those and the measurements here were collected at the end of the study.

So this is after five years of horse exclusion and the specific variable we are measuring is density, basically the number of above ground plants per unit area, in this case tenth of a meter square.

Sedges, we didn't see much of a different.

Going into this, I suspected that we would see a pretty strong different in terms of higher sedges, we did not see that.

Expected differences, rushes were higher in the grazed areas, rushes and eleocharis.

It's a genus.

And eleocharis was higher.

The grasses were slightly higher in terms of density of plants within grazed areas, but they didn't really make up a large proportion of the plant community.

They were -- it was almost incidental and the same for forbs, to the areas that were open to grazing.

Shrubs.

We expected going in that we might see a strong increase in shrubs in the excluded areas and usually if you are going to see an increase in shrubs associated with grazing, I say usually, you run into trouble when you say that, but oftentimes that occurs in the first three years after you change grazing management, if you are going to see a change in shrub abundance.

We only found shrubs at one site and the only shrub that we found was wild rose.

There were no willows at any of our sites.

So we really can't say a lot about shrubs.

What I can tell you is that the one site where we found shrubs, we had a much higher density, and much greater height on the shrubs within the excluded areas versus the grazed areas, but, again, that's one out of five sites that had shrubs so we really can't make any strong conclusions about the effects of horses on shrub component of the vegetation.

Okay, the biggest changes we saw in grazed and non-grazed areas within the riparian

zone had to do with what I will call habitat structure.

How tall is it?

How thick is it?

And this starts to get into the arena of potential implications for wildlife species.

If we look at stubble height, this is just the height of the vegetation at the end of the growing season.

We measured it in 2012 and 2013, the last two years of the study, and much greater stubble height, 40 centimeters stubble height in the excluded areas compared to under ten in the grazed areas.

And we saw a similar difference but less magnitude of a difference in 2013, but the same pattern, much lower structured vegetation, and the stubble in the areas with horse access.

Visual obstruction is just another way of saying how difficult is it to see through the vegetation, okay?

And visual obstruction scores were much higher in excluded areas, about three times as high as compared to areas that horses -- that horses had access for grazing.

So, again, habitat structure as opposed to necessarily composition was probably the biggest change that we saw within the riparian zone.

So what does all of that mean?

A want to throw out some conclusions here and then to spend just a couple of slides to wrap it up by offering some -- some thoughts on the context in which these conclusions occur.

So first off, conclusions.

In the upland areas we definitely saw a reduction in sagebrush.

That's something that -- that could be concerning with respect to sage-grouse habitat, which is a popular topic these days.

So we did see an impact on woody species in the uplands, again in the riparian area.

We have a hard time making that call because we don't have a large enough sample size.

The diversity decreased within the upland areas.

We did not measure diversity specifically in the riparian areas, but in the upland areas we did see a decrease in diversity.

Less stable soils in the upland areas, higher potential for erosion, and I didn't talk about it on the riparian slide, but this is something that would also concern me with respect to the riparian areas, that dramatic increase in bare ground that we had, those areas are going to be susceptible to both rain drop erosion, as well as wind erosion and more on that in just -- in just a moment.

These are springs.

They are not channelized riparian systems.

So the erosion dynamics are a little different than you would have in a channelized stream, but there is more bare ground susceptible to the effects of erosion within the horse-grazed areas.

The big environment change, again, that we saw in the riparian areas and probably overall in the study was just the alteration of habitat structure.

Inside the exclosures versus outside the exclosure.

I was talking about ground cover a while ago.

This is kind of what I was talking about in the lower right picture, this is all going to be -- this brown vegetation is going to be next year's litter.

That's a bit big change between the exposure and outside the exclosures.

Some final thoughts on the study.

This is a five-year study.

And five years -- it was five years that not surprisingly had abnormal weather.

Actually I do know what normal is.

We ran at statistics at Burns, Oregon, if you consider it 5 or minus 5%.

So it's occur 25% of the time.

So unsurprisingly, three of the five years within this study would have been considered

drought years.

So would we have seen different responses in wetter years?

Good question.

But that's something to think about when looking at the results of this study.

Most years were drought years but the thing I really want to focus on in the last couple of slides is springs vs. streams and the heterogeneity associated with horse use.

So let's look at springs vs. streams first.

So just for scale, that right there, those are two horses.

Those are rocks that look like horses.

But I'm standing at the upstream boundary of our study blocks at little buckaroo, and it's about a quarter mile from the spring source.

So all of our locations were very close to the spring source and they had very predictable water patterns, okay?

And therefore they had predictable energy patterns.

You can think of water as energy.

And energy the potential to do bad things to, say, a channel structure in a stream.

So we had predictable energy flow through these systems for most of the growing season.

We had a little bit of snow melt at the beginning of the season but for the most part this was predictable water amounts within these systems throughout the year.

And also this doesn't drain a large area, right?

This is pretty much the area drained by this particular seep.

So it's not like we are draining an entire portion of a mountain range here.

And the reason I'm bringing that up is I think we need to contrast that with channelized systems which are very different.

I've got a couple of pictures here in the lower right is sawtooth creek.

And it's the C channel stream, another channelized stream in the background of this picture on Steams Mountain, mere where I live.

And in channelized streams, they are what we call pulse driven systems.

So this' a huge pulse of energy that goes into the system every year about the time the snow melts, okay?

And the reason I'm bringing that up, if you had this level of utilization and this is one of our plots, this is Tenmile Spring, in this riparian system, it's probably going to blow up.

And what do I mean by that?

What I mean by that is when you have this level of hoof impact in a channelized system, what you are going to do is flatten out your banks and as you flatten out your banks what is happening to the water table and the soil column, yes, it's going down.

The sedges were not impacted in this.

I think that's because we had springs and not channelized riparian systems.

Sedges, they are resilient no grazing.

What they can't take is a loss of water in the soil.

Right?

And so if you were to impart this level of use on a channelized system, you are very likely to see a lowering.

Water table.

As the water table lowers, you will start to lose your sedges and as you lose your sedges, you are losing the glue that holds the channelized riparian systems to go.

The reason I'm bringing that up is I want to throw in a word of caution when taking our results and interpreting them across the board to other systems are more channelized pulse driven nature.

The last thing I want to talk about is heterogeneity, it's a favorite topic of mine and I want to think about some larger scales here.

We did some plot level work.

I want to think about a landscape, though.

Let's do a little exercise here.

This is inside on the right, and outside of our exclosures.

This is little buckaroo spring.

Is this good or bad?

What do you see in this picture that is good or bad?

Human nature -- go ahead.

>> JAMES FRENCH: And that's bad.

I can tell you that for a number of reasons I think you could argue that it is bad, but it is -- you increase the risk, I believe, of altering that habitat permanently when you get it to the left side there.

>> DR. CHAD BOYD: We have a lot more bare ground.

If this were a channelized system, I would be suspicious that it will blow up the next high flow event.

What about from a wildlife standpoint if you are a Kildeer, what side will you live on?

The left side.

If you are a sage-grouse chick, what are you going to be looking for?

Probably something in between those.

There's actually been some work done an that at Sheldon.

Looking at chicks during the brooding period.

This was done when the livestock was present in 1984.

It could have been livestock or horse use, who knows but they found that the chicks preferred areas that were utilized in a moderate fashion.

So something that's going to be in between these two particular extremes.

If you are nesting passerine bird, you will probably prefer the area on the right side.

I can attest to the fact that we were constantly attacked by brewers black birds when reading the transects within our -- within our riparian exclosures.

But the point that I want to make here is good and bad have a management concept associated with that.

You need it have an objective in mind when you make that determination.

And the problem that we saw at Sheldon was not necessarily that we had some airs that looked like the area on the left, it's the extent of the landscape that was occupied by those areas.

And its effect on -- so we've got some habitat heterogeneity that may support a diversity of uses but when -- when the majority of riparian habitat looks like on the left, then the benefits of that heterogeneity start to go away.

And this relates to a couple of things and one of them that's been talked about today -- actually both of them have been talked about today.

One of them is the number of animals and certainly the density of horses is going to have an impact on how they graze the land scape and how your landscape looks relative to those two extremes but there's another aspect to it that's frankly, probably more difficult to manage than the numbers and that's how the animals are distributed across the landscape and anyone who runs cattle knows this.

Distribution is a really tough thing and it relates to seasonal habitat preference in this case of horses.

It came out in the last presentation that towards the end of the growing season there was increased horse time that was spent in these areas around the water source and we saw the same thing.

So that area on the left could very well look like this picture in the upper left early in the growing season.

Okay?

Later -- early in the growing season, what you are going to find is you will find more horses in these uplands surrounding the seep in this case and they are there.

It's less buggy.

A little bit more wind.

Their water demand will be a lot less than it is later in the growing season, but as those grasses and shrubs start to die towards the end of growing season, you are going to begin to see more and more horse use in this -- in and around the riparian seeps and that's exactly what we saw.

So, again -- horses could create heterogeneity that might be beneficial to some species, however, the problem is managing that effect, and when you have animals that are on the rangeland for 12 months out of the year, and when you don't have control over distribution, you are going to -- it's easy to get to a point where the majority of the landscape is looks like the other on the left in the previous slide.

To me, that's the real problem from the management standpoint.

It's more than the number of horses but it's how the horses distribute themselves across the landscape throughout the year.

And with that, I will just add that the results from this work can be found in a couple of different journal articles, one in ecosphere and the riparian work has been published in "Rangeland Ecology and Management."

With, that I would be happy to take any questions you might have.

>> JAMES FRENCH: Thank you for your presentation.

It's very timely for me.

I cut my teeth on the Sheldon.

So I know that country very, very well.

But I was wondering if in the process of this five-year period, if you had observed a process of plant replacement going into an early sorel stage where you are seeing some plants that are in worst case scenario nonnative nocuous weeds.

And I know depending on elevation -- the second question is what were the elevation of the sites.

Depending on that, that will dictate as to whether or not -- how high the risk is for those high -- those areas of high use like that.

I just wondered if you observed that, just over a five-year period.

>> DR. CHAD BOYD: Yes.

Good question.

In the elevation of the sites, all of the sites were above 6,000 feet.

So we were at a point in the ecosystem where resistance to annual grasses will be high enough that they were only sporadically encountered in the study period.

So if we would have been at a lower elevation, I suspect we would have seen some very different results.

If we would have been in that particular part of the world, if we would have been less than 4500 feet, I think we would have -- my guess -- and this is a guess -- is that we would have seen an increase presence of things like cheatgrass, in the areas that were exposed to horse.

We were above 6,000 feet, and pretty resilient systems there.

>> DR. JULIE WEIKEL: I noticed that when you were referring to some species that might be in competition for some of these resources you specifically mentioned pronghorn and mule deer.

As you know, the history of the Sheldon, a big piece of that is that it was established primarily -- I mean, legally when it finally got established for pronghorn, but before that, it was a reserve for big horn sheep.

And as you know, in the CCP process, where they were planning the future of the refuge, the relationship between the big horn sheep and the horses was a major contributing factor on why the horses came off the Sheldon.

I wondered why you didn't refer to the big horn sheep?

>> DR. CHAD BOYD: Yeah.

We didn't get into the wildlife issue strongly, other than to document the habitat.

Yes, that could be a factor.

>> STEVEN YARDLEY: One comment I wanted to make on this picture you had right here with the -- kind of extremes on both side of the fence and you kind of touched on it in your statements if you were to leach that grass in that exclosure and those -- not just the grass but the other plants in that exclosure, and never grazed them again, potentially they -- that won be a healthy situation either.

They would crowd themselves out at some point in time and I have seen where there's been exclosures where that's happened.

>> DR. CHAD BOYD: Yeah.

>> STEVEN YARDLEY: It seems like kind of having a balance is really what is optimal for everything.

Do you want to touch on that?

>> DR. CHAD BOYD: Yeah, sure.

And I will be able to touch on it with data here next year.

It will be five years since the conclusion of the study and we're going to go back.

This will be year ten since the exclosures went up to collect the data on that and that will be one of our questions.

But generally what you see and we certainly saw it in these systems is these seeps will be really high-producing systems and any time you produce the amount of vegetation that you are seeing in these systems what you are going to get, you will get a strong litter layer and that litter layer can serve as an impediment to recruitment of new plants and into.

Plant community.

And, yeah, you can certainly see that over time.

One the things that might be different than it was historically that goes right along with that, is historically it's very likely that fire frequency was a lot higher than it is now and it probably helped to reduce some of that litter buildup.

You are going to see some pretty crazy levels of fire suppression in this particular area because this is primo sage-grouse habitat.

Without fire, you would begin to see a decrease in the density of new plants recruited into that system with increasing litter layers that you will see in the excluded areas.

>> DR. JULIE WEIKEL: Sue, are you still on the line?

>> DR. SUE McDONNELL: Yes, I'm here.

>> DR. JULIE WEIKEL: Do you have some questions?

>> DR. SUE McDONNELL: I had a question to clarify and I might have missed this being long distance but for your exclusion, were you working at a single riparian area or a seep and you excluded a portion of that seep and left a portion open or were you

having different sites where more or less the entire area was excluded, if you -- does that make sense?

>> DR. CHAD BOYD: Yes, it does.

No, we did not exclude entire seeps.

So we were working on really a microcosm of five different drainage systems and we had our study design with the grazed and the ungrazed plots 50 to 60 meters each within those -- within the systems.

We didn't fence out an entire system.

Am I answering your question, Sue?

>> DR. SUE McDONNELL: How large was a given system?

And what -- what portion of the it were you excluding is I guess my question?

>> DR. CHAD BOYD: It's going to be a very small percentage of the overall system.

And I'm hesitating a little bit there because the farther -- it depends on how you define the system.

We tended to stay pretty close to the headwaters spring because the farther you get from the headwaters spring, the earlier in the growing season you are going to start getting below a water potential that is going to support hydrophilic plants that define a riparian area.

So basically there's you gradient that starts at the spring where you have got a lot of riparian plants, riparian obligate plants around the spring but you dry out the farther that water travels over land and so it's moving target as to -- and what sort of the plant community to have really depends on the distance from the head water streams.

So that's why we tried to stay within a quarter mile of the head water spring.

>> DR. SUE McDONNELL: Thank you.

That answers my question.

And thank you, Julie.

>> DR. JULIE WEIKEL: Do we have any more questions from the board?

>> JAMES FRENCH: If I could get back to Steven's question and the idea of how plant

production changes if you don't graze it and you have this massive litter buildup.

What we tended to see was bigger plants, like, if you take sedges.

We had bigger plants in the excluded area.

They look more robust at the base of the things.

The question is:   Are they going to decrease in density over time?

So -- and I didn't present the data today.

We didn't see any differences in production.

So the last year of the study, we went in and put some cages in, in grazed areas and we compared the after vegetation produced in a single growing season, new vegetation and not standing dead, in the grazed versus excluded areas it comes out the same.

Okay?

We are still having equal production of plant material but my question is, and one of the reasons why I want to go back next year, is that going to decline over time if we continue to see fewer but larger plants, do you get to a point where -- in terms of litter accumulation, where that can offset the difference between grazed and ungrazed and I don't know the answer to that?

But we hope to find out.

>> STEVEN YARDLEY: Already a lot ever tools where, intensity, duration, how can that -- what kind of effect you would have on the grazed versus the ungrazed?

>> DR. CHAD BOYD: Yeah, really good question.

So if -- one of the factors that relate -- that really I brought up is, for example, a conspicuous lack of shrubs at our sites and one of the things you see is -- that you can see with cattle, you can see the same thing.

If you graze too late in a system and too hard in a system, you can start to hit the woodies, the willows and it's just because the sedges have died, and there's a switch that goes on when they start to hit the willows.

I think the same thing -- the same thing happens with horses.

We saw it in this study and so that's one aspect of it, if you can control the season of

use, I would be really interested over time to see what impact that has on the woody component here.

But, yeah, I think season of use in addition to go -- I mean, it's about the density of animals.

It's about how they disperse themselves across the lap scape and it's how those two things equate or sync up with season of use.

I think there's some differences.

There's big differences between this system and a well-managed livestock system.

First off, you will be able to control the density of animals, the stocking density of animals.

You will be able to control the season of use and you are going to be able to control through herding practices how those animals are distributed within a season across the landscape.

So to me, this is something -- this is something very different and I want to be clear about that.

I have think this is something that is very different than a well-managed livestock grazing system.

>> STEVEN YARDLEY: Thank you.

>> DR. JULIE WEIKEL: Thank you, Chad, for your presentation.

>> DR. CHAD BOYD: You bet.

>> GINGER KATHRENS: During the 1990s, the wild horse and burro, in the Pryor Mountains.

They had half a dozen or more researchers and all of that is bound in a book, you know, and it seems to me that we -- that we should have that maybe as a tool in our -- in our tool box to review, and just compare the season of use, like in the Pryor Mountains.

If you are familiar with it, it goes from 3,000-foot desert ecosystem up to subalpine.

And so when you talk about moving livestock around, well, the season of use up there isn't -- is driven by the season of the year, how much snow and moisture and so forth.

But a couple of conclusions were that the range condition up there was primarily all about moisture, how much moisture there was and within the exclosures I remember an interesting point was that there may have been more density of foliage outside the exclosures but the diversity was greater within the exclosures which I found interesting.

Interesting.

So I throw that out.

>> DR. JULIE WEIKEL: Thank you.

Thank you, Ginger for that observation and, yeah.

A lot of data, wherever it comes from, it's pertinent to different landscapes.

It's time for our next presentation.

And Dr. Al Kane will talk to us about some of our current tools that we have available.

Again, thank you, Chad.

We really appreciate the info.

Are.

>> KATHIE LIBBY: Just a reminder because of the public comment period, we will want to stop at 2:45 and we have eaten into a little bit of Dr. Kane's time.

So if we can help him get through all of that by that time, that would be lovely.

>> DR. ALBERT KANE: I heard you loud and clear.

Just start going like this if you want to cut me off.

So thank you for the invitation to share this with you guys today.

Dean asked me to do this talk.

It's the exact same talk I gave in Salt Lake City at the summit.

So for those of that you were, there my apologies for repeating it.

For those of that you weren't there, you get to see it here.

On that -- the day before the meeting, we were asked a question by somebody in the group that said, you know, I really still don't understand the problem.

We all love horses.

We hear that everybody loves horses and why do we want to get rid of them?

Nobody wants to get rid of all the horses.

The problem is we have too many excess horses and in our facilities we have excess horses because the adoption demand is too low, given the supply of horses that have been removed from the range, to try to keep things in balance, and on the range, we have too many excess horses because the population growth rate is too high.

If you look at population growth rates, they typically grow in the 15 to 20% per year, when there's uncontrolled reproduction.

There's really three things that determine that population growth rate.

Of the biggest one is foaling rate, but then you also have ingress and egress out of the system, or out of the land area you are talking about, that is horses migrating on to adjacent lands or coming in from adjacent lands and then obviously, you have removals, whether that's from mortality or a gather and removal situation.

So some numbers to keep in mind, as we talk about contraception is typically for untreated animals in these studies, what we see is about a 60 to 75% foaling rate among mares on the range.

And so that's kind of our baseline control group number that we see over and over again from these studies.

Most all of these studies had control groups and typically on the range, we see a foaling rate in untreated horses.

Now in captive trials be the foaling rate is a little bit higher.

There tends to be more stability in the captive setting and we tend to use mares of sort of prime reproductive age to give the contraceptions a good challenge.

In those studies typically we see 85 to 90% foaling rates in the untreated mares and that's just a test to make sure that our stallions are doing their job and truly challenging the contraceptive.

Though, ultimately when we talk about fertility control, we are obviously concerned with individual mares getting pregnant and foaling but the ultimate goal is population

growth suppression.

And that is reduce the rate of population growth and in order to achieve, that you need two things.

The first thing is a fertility control agent with high efficacy and we want to see 10% of the treated mares foaling.

If you have an agent where fewer than 10% are foaling, that's even going to help you achieve population growth suppression even faster.

But if you have an agent where half the mares are still foaling, that are treated, chances are you may never see a change in the population growth rate.

You may reduce individual mare foaling but if the population level, once you start adding those numbers up it's hard to see an effect.

So what we want to see is something -- typically our goal is for less than 10% of the treated mares to foal and then you have to treat enough pairs in the population to have a measurable effect and what we like to see is treat 75 to 90% of the mares in the population.

If you are only treating 10 to 20% of the mares in the population, it will be difficult to get to this goal of ultimate growth suppression.

So I will talk about the history of fertility control.

The research really started in the late '70s and early '90s.

BLM supported a lot of this early work.

At that time, male and female contraception was examined.

Mostly these were hormone treatments.

Unfortunately they had two aspects that were not desirable and one, they were short acting; and they tended to leave residues in the animals that persisted in the environment.

So most of the steroid, estrogen, and progesterone persist in the environment after they are excreted hasn't that's not a good thing in the big picture:   At that time, they determined that female contraception would be a more promising target than male contraception.

Wild horse bands are what we call dynamic and polygynandrous.

That means multiple males will breed multiple females in a harem.

They have see up to 30% of the foals in a given population can be sired by secondary stallions, and that's without fertility control treatments.

So in a normal setting, up to 30% of the foals you see, typically it's not that high but it can be as high as 30% and that means they are sired by something other than the dominant harem stallion.

Either a bachelor stallion or a secondary harem stallion.

It's my opinion when you use fertility control, even if you have contracepted the mare partially or for a period of time, instead of those mares getting pregnant in the first or second heat in a month and a half breeding season, those mares will cycle for five, six, seven months.

If you sterilize males and the 10 or 20% of males that you can't capture will get the job done and they will get those mares bread because they are hiding in the wings and when the stallion chased somebody one direction, another stallion comes in and breeds the mare.

So male contraception has not really been pursued too much.

The focus shifted to female contraception, specifically the focus really shifted to porcine zona pellucida or PZP.

PZP is a glycoprotein.

And we mix adjuvants with the antigen to help stimulate the immune system.

The mare makes antibodies against PZP and those antibodies -- the actual numbers here aren't important but the point is the green arrow indicates where an injection of a vaccine was given, and so you have a boost in antibody production and then they decay over time.

And so it's the antibodies that are active in the mare.

They block fertilization of the mare and they bind the proteins in the ovary and modify the function of that ovary.

And some of the studies that they look at the effect on the ovary and weighed them, taken them out of the mares and weighed them, they have seen that ovaries shrink when they are under the influence of the PZP vaccine and some have demonstrated a change in the estral cycling with one treatment of certain PZP agents or repeated

BLM_003383

treatments of the most common PZP agent which this is ZonaStat H and this is a baseline status.

Some people call it native PZP.

But it's the typical PZP, that the darting programs that the BLM has typically used.

It is registered with the EPA.

It's produced by the science and conservation center at Zoo Montana.

There's a primary shot and a 30-day booster, given roughly 30 days, say three to four weeks aft primary and that's kind of one treatment.

So if you just give a primary shot, you get a little bit of antibody production but the way the immune system works is it likes to see an antigen once and make a little bit of an antibody and get boostered and then you have the amnestic response and that's when the antibody levels really go sky high.

So with the second booster you see good efficacy with this product.

Ideally you administer it one to two months prior to the breeding season because if you remember back to that chart, antibodies decline over time, and if you boost those antibodies a month or two before the breeding season, then you have good antibody levels during the season.

This costs about $30 a shot to BLM.

The application costs for darting can vary obviously.

You have heard a lot of discussion and you saw yesterday some examples that rely heavily on volunteers to administer darting programs.

Those costs are low to the BLM but the people doing the work, this they spend a tremendous amount of time pursuing individual mares.

BLM applications will run from $500 a mare to personnel costs up to the catch, treat and release costs that you heard Michael estimate this morning of about $2,500 a mare and this is because you have to catch a horse to treat her and you can't just catch females.

So to treat one, you've got to catch typically two because half of them will be males.

Now you paid to catch two horses so you can treat one and treat her and release her and that's one of the reasons why that number is so high.

ZonaStat is pretty effective.

If you can get it in there every year, only 7 to 18% of treated mares foal.

It's used very successfully by the BLM on a handful of areas, five or six areas, I would say, including some areas here in Colorado.

So we have heard that it's being used in the Sandwash.

It's being used in Little Book Cliffs and has been done for several years and Spring Creek and very successfully because of the dedication of the one person who does the darting there.

This can greatly reduce the gather frequency, as long as you treat a high enough percentage of mares.

In and of itself an effective product.

We will look at one of the alternatives for Zonastat-H, and that   Assateague.

They were basically 46% over AML.

So not in a severe condition as many BLM HMAs they were not two or three times over.

They were half again over AML.

In the early days it did about two weeks to dart all the mares.

In the later days of study it took about four weeks and they get wily and they don't like being darted.

Not a huge impact on the mares but they still don't like it.

They learn if somebody is sneaking to me in the bushes holding something like this shaped in the hands maybe I want to move more than 50 yards a hand.

Good darters might go out to 60 yards, typically, they try to get a 30 or 40-yard shot.

You have to get that close to the mares.

Typically and their treatment is 0 to 7% of the treated mares were foaling each year.

So that's very good efficacy.

Their application rate varied and this had to do with things like budget and weather and timing, as well as biological reasons but they averaged a 70% treatment rate, which is a little low, but that's starting to get up to where I would say is a high enough percentage to affect the population.

Ideally you would be able to treat some 90% of your mares.

And if we look at population foaling rates, they drop to about 7% plus or minus 2% a year, and that would have been from -- a population foaling rate, again, as we said in the beginning would have been typically 60, 65%, probably, I don't remember what it was specifically for Assateague.

But if we look over time at the population level, you can see that they started with 156 horses.

After two years they had 166, after five years they had 171, after eight years -- so after eight years, the population is growing, and it's growing slowly but it's growing.

And there's a lot of reasons for that.

Maybe foal survival is better among the mares that did foal.

The treated mares lived longer.

So mortality decreased.

After 13 years, they finally saw a decrease in the population and then after 24 years, the study was over then, but using their population estimates from this year, they are down to 89 horses.

And so this is a success.

This is treating the vast majority of all the horses with the very effective agent and it took 13 years to see a population decrease and probably somewhere around the 20-year mark to see a decrease to where they wanted to see the population in terms of numbers.

But when we look at Assateague, this is a slide I used and showed the students in Colorado when I lectured to them.

A lot of people say, why don't you do what they did on Assateague.

This is a scale representation of the size of Assateague compared to a typical BLM HMA.

So Assateague island has 120 horses on about 9,000 acres.

And this is the typical scenario.

I drive down the highway, if you pull over on the side of the highway and you make the sound that a bag of Fritos, and they come gather around your car.

This is commonly what they see and they have their share of wily mares that are hard to dart that live in the salt grasses and that sort of thing.

But compare that to what I would call a typical BLM HMA, over here on the Jackson Mountains, the AML is 170 horses and it's 238,000 acres and this is what it looks like and there are no roads in there.

Either because there's just no roads because there's no reason for a road or maybe it's a wilderness area.

But can't just drive around and pull your car over and have the horses come up to you.

You can imagine in a vast area like this, how difficult it may to be find a horse, let alone get close to dart a horse.

What works well in this setting, may not work in this setting.

And there's settings in between, the and the Sandwash Basin.

I spent a fair bit of time in the Sandwash Basin.

The amount of hours that goes into the -- I think they said they darted 100 horses last year.]

That percentage of the population hasn't gotten high enough to really drop the numbers yet.

But unfortunately, they are several times over AML and they have 300 breeding mares out, there just looking at the numbers and they are darting 100 of them, but they are using an effective agent and if they get that population down, and then they start being able to dart 70 plus percent of the population, of those mares that is, then I think they have a good chance of affecting population growth rates in a significant way and that's actually our goal.

So because the Zonastat-H had to be given every year.

We were looking for other opportunities.

PZP, we were looking at pelleted PZP or what we call PZP-22.

The idea was a one treatment, longer lasting agent.

And the treatment itself consists of that primer shot, which is a liquid shot, given at the very same time as a shot that includes pellets and it includes PZP-22, it includes three pellets, a one month, a three month, and a 12-month pellet and the idea was that it was meant to release PZP in a pulsatile fashion over time.

It was costing $300 a dose and we just heard this morning that the current contract, that number is $450 or thereabouts a dose.

The first study that was don't published in 2004, again, about 50% of their untreated mares were foaling.

That's the lowest foaling percentage I have seen in one of these projects for treated mares.

Something to keep in mind.

Only about half of their untreated mares were foaling.

And then when they applied and measured the outcome here, they found that in the first two years, only 6 to 18% of their treated mares were foaling, and at 3 to 4 years 30 to 40% of their mares were foaling.

So in the third and fourth year, therm unable to reduce foaling even by half.

But they started with a fairly low foaling rate.

So the first two years looks pretty efficacious and the advantage it's one shot -- they are two shots given at the same time.

If you get your hands on the mare, you give them two shots at the same time.

Now we had a fairly highly efficacious two-year project, unfortunately this level of efficacy has never been repeated in another study.

When we look at the following studies, typically their untreated foaling rate was 60 to 75% and the first one was HSUS study on the Sandwash where 68% of the treated mares were foaling first couple of years hasn't this seemed much higher than expected and puzzling.

So with some other work that was being done to make it last even longer, they

repeated looking at PZP-22 in a captive setting at Carson City.

The first year, 10% foaled, which was pretty good.

That's on par with Zonastat-H given that it was one shot, one treatment.

Unfortunately in the second year, 68% of the mares foaled.

That indicates that you have no effect in the second year, from a product that we thought would last two years and maybe into the third year.

They went back to the laboratory to try to figure it out.

We know that PZP-22 has the same safety profile but the efficacy does not make it usable.

It's the best treatment we can touch the mare one time.

It the advantage of not having to given a 30-day booster because you give them both shots at the same time.

So the studies in the Sandwash continued with some studies where they gave boosters following the initial PZP 22 treatments and in the Sandwash, they had 18 to 22% foaling rates.

They were doing similar studies at Cedar Mountain and had 15% foaling rates for three years.

I think 40% foaling rates is probably too high.

That's not efficacy that I will get excited about.

15% foaling rates you start to sort of say, okay, that will be helpful.

I think more work needs to be done.

Just because you see something once doesn't mean you will see it the next time and the next time.

When I see good results two, three, four times in a row, then I start to have confidence in any drug or product like that.

One of the things to note is in their -- in their darting programs up to 68% of the injection sites do show a reaction, but aesthetically they do bother some people and they are something to take note of.

So there are some other PZP products, one of them is SpayVac which was developed in the '90s.

It's a one-shot long acting PZP product that uses liposome technology to be a sustained repiece.

It has been shown to block fertilization and it was one of the PZP products that was shown to shrink ovarian size.

So it's having some impact on ovarian tissues as well as blocking fertilization and it's successful in other species in deer and seals.

It was very effective and lasted a long time it showed promise for horses and it was tried in a captive situation in Carson City correctional.

And in the first year, none of the treated mares foaled and two to fourth years, 17% foaled.

Maybe this is longer lasting and it's pretty good efficacy.

There were only 12 treated mares and eight controls and it seemed like it was worth looking into further and repeating.

We did a couple of trials at Pauls Valley at the BLM facility there.

These are captive trials where the mares were treated and put in with stallions.

We were trying to repeat that Carson City efficacy and see if would be even better, hopefully.

The first year we had 13 to 17% of the mares foaling.

Again, that's on the margin of good enough, but I would like to see it a little bit lower but in the second and through the fourth years, 45% of the mares foaled.

And that's just way too high and that study our controls about 85 to 90% of them were foaling.

So we are barely even cutting foaling rates in half.

We did not have good efficacy when we repeated this trial.

15 of the mares that were treated never did become pregnant but a lot of other treated bears became pregnant quickly.

And there's something going on there immunologically, why certain individuals it seemed to have a very long lasting effect, but during the course of the study towards the end these were only 15 that didn't get pregnant.

And these were pretty much prime age breeding mares.

It's not like they got to be 25 plus years old or whatever.

We repeated a trial and we added a stronger adjuvant and 50 to 70% of the mares foaled it was disappointing and we talked to the manufacturer and challenging them, about you know, we don't think the variability is in the horses and what could be the variability in the vac seep.

There were not good explanations for this outcome.

The results were very variable and getting worse.

So we ended these trials.

We pulled the plug on them early.

We were going to follow them out to three, four, five years but after the second trial, the first year, we folded that up.

We followed the mares for a few more years.

I think another year or two.

When we looked at the limitations of SpayVac, there were some formulation changes in terms of the amount of PZP antigen, the type of adjuvant that was used.

It was difficult to obtain the product the manufacturer had kind of lost interest in producing it.

The good news is although it's not currently available, that is presently changing, the proponent of this product Mark Fraker who has found a new manufacturer who is interested in producing it, they will try to return to the original formulation and apparently pursue EPA approval.

I know they are trying to find opportunities to do some feed trials going back to go what they have explained as the original formulation.

In my opinion, this product still has some promise but we need new larger efficacy studies to demonstrate efficacy with reliability and repeatability before I have enough

confidence in it for field applications.

Just a note about PZP and what is PZP.

This is -- these are protein electrophoretograms of PZP.

These should essentially look the same if it's the same protein.

This is a pure PZP, and this will only show one band.

This is the PZP produced by Dr. Brown that's used in SpayVac, that method.

This is produced by Irwin Liu.

And this has a heavier ZP2 band, but the point is all PZP is not created equally.

If you have three or four vials of PZP in front of you, they may have slightly different proteins in them and these electrophoretograms, they show different substances.

I think we need to better understand the differences between different PZP formulations and preparations because some of them may stimulate certain types of antibodies better than others.

If we shift gears a little bit and look at GonaCon, it's not based on PZP.

It's against the hormone GNRH, it's a sex hormones that the follicle stimulating hormone.

It's registered with the EPA.

It's a one-shot for multiyear.

It's been studied in rabbits, elk, deer and horses.

It was used in?

Trials at Carson City, where they showed only 6% foaling the first year and 40% foaling years two and three.

So good first year efficacy, not so good second, and third year efficacy but, again this was a one-shot product.

So it looked kind of promising.

We didn't pursue it in field trials because the Park Service was pursuing a study at

Teddy Roosevelt National Park and so we knew that was ongoing, and what they found was 45 to 54% foaling rates in the first two years, which is not great efficacy.

Their foaling rate and controls, I think was about 75%.

So they did not cut it in half, but after a booster, three years later, they had 0% foaling first year, and only 16% foaling the next two years.

So with a booster, this product looks a little more promising it is a fairly simple shot to give.

It comes premixed.

It can be darted or hand injected.

And our hope is that as they continue to understand how these boosters work, we'll see good efficacy with it.

BLM is using it in one area currently.

It's a small kind of pilot study.

Just a note about EPA registration.

Regulation of contraceptives for free ranging wild and feral animals was transferred from the FDA to the EPA.

The EPA regards this as a restricted use pesticide.

Compared to the drug, it has little or no information on the mechanism of action or no information on side effects or complications.

But the EPA's mind-set and goal is pretty different than that for the FDA.

Typically, their burden is to establish environmental and nontarget animal safety.

So if you are trying to target mice, they want to make sure the product is safe and isn't going to adversely affect song birds, for example.

There is no minimum EPA requirement for efficacy, unless you make a public health or a food safety claim for a product.

So keep in mind, just because something is registered with the EPA, it does not mean it's an effective product.

It just means that it's -- that the environmental safety has been demonstrated and it's safe for the nontarget animals.

Now, they consider efficacy data, when they looked at the contraceptives and they considered the safety data, including for the target species but that's not their typical pattern of the products they regulate.

So just because you see EPA registration doesn't necessarily mean you can just go pull it off the shelf and it will solve your problems.

We have seen a lot of things.   You try to use in your feed room to control the mice, they are determined to be safe, but they are not effective and they let the market sort that out, in seems.

We looked at a few items that were charged, and that would include IUDs and marbles have been used to reduce estrus in saddle horses.

Over a period of time, you can't leave them in indefinitely.

They fracture and cause problems in the uterus.

And when you put stallions in without mare, he's flushing a quart of lube and the marbles flush right out.

Some IUD studies were done with a ring in the '90s.

They reported over 80% efficacy rates and said the silastic rings were effective and the mares returned to fertility when they were pulled out.

So we attempted to repeat these studies in some work we did with USGS and Oklahoma State University.

We attempted to repeat the SILASTIC ring.

And 60% of the mares lost the IUD pretty quickly and this was effective as long as it was retained but the majority of the IUDs fell out.

They are currently in the process of trying to reengineer the IUD so it stays in better.

And some of the results are promising.

The one big limitation of IUD you can only put them in an open mare.

And most wild horse mares are pregnant.

They are usually already pregnant when you catch them.

If you can catch them when they are open, that might be promising.

BLM has started to consider and look at surgical methods for sterilizing females, including spaying mares by ovariectomy.

Two of the leading techniques are colpotomy which takes 15 to 30 minutes per mare and laparoscopy which is a fiber optic-guided technique and that takes about an hour to an hour and a half per mare.

The colpotomy has been applied to wild horse mares.

The survival is related to the experience of the surgeon.

The one surgeon I know his survival rate is very good but you have to ask yourself, what is very good?

Can you accept a survival on the range of castration of adult wild horse stallions which is probably 95%, but it's not going to be perfect.

The safety and practicality of these mares is largely unknown.

As I said wild horse mares are usually pregnant.

One of the reasons we were trying to do research along these lines was to try and spay mares at different stages of pregnancy by colpotomy to see how much success they had.

Unfortunately those studies were stopped mostly because of the litigation.

The Sheldon reportedly reduced the number of foals per harem when they had combined vasectomy with spaying.

They later examined the horses they vasectomized and when they studied them, they saw that the vasectomies were not effective.

The tubal ligation are relatively untested because there's no demand for them in domestic horses.

There are some techniques that have been used in open mares, BLM was similarly interested in pursuing these areas with wild horses at wild stages of pregnancy and those studies were halted mostly by litigation.

Male surgical sterilization has been done, the surgical vasectomy is pretty successful.

The procedure itself is successful.

Whether or not you can affect population growth rate, as I said in the beginning, it's questionable in my mind.

I don't think you are going to be able to do a high enough percentage of stallions to have a population level effect.

This is not well studies because not used well much in wild horses.

The studies have a little bit of an effect the first year in the harems where the stallion was vasectomized, but as long as you get two or three years out, it's greatly diminished and soon disappeared.

Chemical vasectomy is described as something that should be easy to adapt to application.

That was a disservice, I think, to the community, because the one study that tried chemical vasectomy, 100% of them failed.

Clearly it's not that simple.

There's no established technique to chemical vasectomy, there's nothing on the shelf in terms of product or technique that has been demonstrated to work.

Castration of stallions it doesn't matter if you castrate them or vasectomized them.

If you replaces stallions with geldings.

A gelded stallion cannot reproduce, but you have the same population level questions of can you treat a high enough percentage of the animals?

There are also behavioral and ecological consequences of gelding a large population that are unknown and BLM through the USGS currently has some studies that are going to examine that very question.

So right now, Zonastat-H is really the best available product in my opinion.

Especially for small or closed populations that are at or near AML.

It has to be used in an area where animals can be cataloged by appearance so that you can keep track of which animals you have already treated.

If the 90% of your herd is bay with no markings, it's pretty hard to apply these

treatments because you don't want to dart of the same one over and over every week.

You've got to be able to tell them apart.

Animals also have to be approachable by darting, typically within the, say, 50-yard range, 40 to 60 yards, which is not applicable no many HMAs that the BLM has to manage.

If you can dart with it every year, I think you can expect good efficacy, particularly at the population level if you can treat about 90% or more of the population.

It certainly stabilizes population growth, but as we saw in Assateague, it may take you 15 to 20 years to start to decrease population size even a little bit.

GonaCon equine, I think is promising when it's followed with a booster smaller population at or near the AML because of the need to give it more than once.

I would expect good multiyear efficacy the more times it's given but the exact duration at this point is probably unknown after repeated treatments.

I forget which buttons to push.

PZP-22 has good efficacy that first year as a one hands on treatment.

Better efficacy with boostering, but the repeatable and the duration is unsupported.

SpayVac may still be promising, but we need to look at the ideal formulation and look for reliability in the results there.

Spaying and surgical techniques need to be examined in pregnant mares as far as their practicality and usefulness at the population level.

And with that, I went kind of fast, but if the board has questions.

I did that in 20 minutes at the summit, believe it or not.

I went really fast!

>> DR. JULIE WEIKEL: Thank you, Dr. Kane.

I want to ask -- because we are up against our timeline, I want to ask Sue right off the bat if you have any questions.

>> DR. SUE McDONNELL: Oh, thanks, Julie.

I had one question about -- for gathering for PZP, is most of that gathering done with helicopters or with bait trapping?

>> DR. ALBERT KANE: I would say it's done both ways.

I think for PZP treatment, most of it is done with helicopters because the go he will is to treat a large number of mares.

A lot of bait trapping is used in areas where they are so far over the population or where they are, they need to remove the mares that they catch.

It's pretty unusual to do, catch, treat and release by bait trapping but it could be done either way.

There are some projects right now with burros going on where they are using bait trapping, treating the burros and releasing them.

It could be done either way.

>> DR. SUE McDONNELL: And when you do it with helicopters, is the integrity of the harems maintained when you release them?

>> DR. ALBERT KANE: Typically not.

Typically, there's quite a bit of reorganization that goes on after you repiece them.

I think once that settles down, probably some of the horses return to their same harems but anything that disrupts a population, whether that be, you know, big movements because of drought or a gather or something like that, causes some remixing of harems.

Harems -- the idea that harems are stable and that one stallion holds a harem, it makes for a good movie, but it's -- they are a lot more dynamic than most people realize.

And that's certainly true after a gather.

>> DR. SUE McDONNELL: I can't I imagine that we know how doing that on an annual basis for something like PZP control, how that would disrupt over time.

>> DR. ALBERT KANE: I think gathering them on an annual basis has a lot of logistical basis.

I agree with you, the more you will do it, it will be a blender effect every time.

But the fact is if you repeatedly try to keep the same horses every year, regardless of the methods you use they get harder and harder to catch and after two or three years they can be almost impossible to catch.

Just because the jig is up.

They don't know that they don't really have to go into the trap.

They get to where they get smart.

>> DR. SUE McDONNELL: And one other --

>> DR. JULIE WEIKEL: , Sue, go.

>> DR. SUE McDONNELL: For GonaCon, when you say it's a one-shot, does it mean it's just a single injection, there's not a boost -- a primer and a booster?

>> DR. ALBERT KANE: Correct.

So the initial formulation was one shot.

At present, I think everyone would say to get good efficacy, you need to booster it.

The work on Teddy Roosevelt really suggests that the efficacy after one shot has not been good and so they are boostering mostly by darting there and that's the approach BLM used.

We boostered it after 30 days but the formulation --

>> DR. SUE McDONNELL: And is that what Teddy Roosevelt was doing, the primer and then 30 days later a booster?

>> DR. ALBERT KANE: Not initially.

Initially they were following the label with one booster and one shot.

The initial studies was just one shot.

It was very irregular, just because of the course of the study and the budgeting and everything else.

They gave a booster three years after the original shot because they wanted to see it play out for two or three years to see what the effect was and they came back and boostered it and thankfully they showed zero foaling even though the booster was three years after primer in a sense.

>> DR. SUE McDONNELL: Okay.

Thank you very much.

>> DR. JULIE WEIKEL: Thank you for those good questions, Sue.

We are going to have to wrap up our questions.

I apologize, but we do have to stay on schedule with respect to the public comment.

So we have a break scheduled for right now.

And we will begin public comments precisely at 3:00.

(Break)

>> DR. JULIE WEIKEL: Ladies and gentlemen, we really do need to get back to our seats.

Back to our seats for various reasons.

Some of which are just about as hard and fast as they can possibly be.

The recording of the public comments section will shut down at 5:00.

So in order to be fair to people, we have to give them their entire allotted time.

So let's get started.

>> KATHIE LIBBY: Okay.

Let's get settled, please.

Thank you.

We have been listen to a lost really, really important information.

This couple of hours, for many of us is really almost the most important part of our time over these two days.

So we welcome you.

We know there are 40 people who wish to speak.

We have two hours.

And so here's your prize, ladies and gentlemen.

You get a whopping two minutes each.

And what's going to happen, you are going to come up to this microphone right here.

You are going to be seated -- please listen.

You will be seated at the table.

You will not stand or walk around or do a dance.

You will be seated at the table and you will give us two minutes, and really, really focus on what you want us to hear.

At the end of two minutes, you will hear a little song from my phone, and if you are still talking, when the song finishes, you will hear from me.

Okay?

So two minutes a piece, and as always -- and you have been wonderful today and I really -- we all appreciate it.

Let's just show respect for each other as people get up and speak.

We won't always agree with them.

That's our business, not the world's at large.

Let's give each other some respect.

Let's see if there's anything else I need to tell you before we start.

I will give you three names and so that you know you are coming up so that there's less time spent getting in and out than there is actually talking and us listening.

Okay.

We are going to -- and I will apologize.

I'm reading your writing.

And I'm doing my best.

I will say Barlin Higby.

Don't get up yet -- no, no, you can get up.

>> I sound like my mother.

Get up, sit down, shut up.

>> KATHIE LIBBY: We women do that.

And then Tom Allen and Stella Trueblood.

So you guys be prepared.

>> Now is this turned on already?

>> KATHIE LIBBY: Is it green?

>> Yeah.

>> KATHIE LIBBY: Then it should be on.

>> Test.

>> KATHIE LIBBY: Yep.

You are good.

>> Lincoln county commissioner, Lincoln county, Nevada, Barlin Higby for the county.

Our tax base is solely based on the natural resource industries, which are the livestock industries, the mining, the other resources that are associated with those, with the livestock industry, and in the last few years, the horse populations have increased to such a number that it has affected our -- it has affected our tax base adversely, because of the numbers.

The livestock has been removed to protect the resource, because that's the only available option that the BLM has had to use and because of that, our tax base has dwindled.

It's had a major impact on our county's ability to function and provide the services for our citizens in our county, and we're at a critical point right now, where if the horses aren't brought to AMLs, we're going to lose that resource for good.

It will be gone.

And then there won't be -- we won't be a county, we will be broke.

We are to a point now that it's -- the resource has been too degradated in some areas that it won't recover in the '80s we had some others overrun by horses.

Some of it was natural and some of it they gathered.

There's areas that are still never recovered and it's been 30 years, 40 years.

So if we allow the horses to keep increasing and increasing, it's going to be not just small areas, small pockets.

It will be huge areas, and it's not only devastating to the livestock but it's -- is that you or -- oh, I thought I was done.

>> KATHIE LIBBY: That's two minutes.

And I thank you.

That's a lesson in how long two minutes is.

Not very long.

Thank you, sir.

>> My name is Tom Allen.

I'm a member of the board of directors of public land foundation whose membership represents thousands of years of professional experience in managing resources.

I want to jump to the numbers.

Under current policy in 2022, there's going to be 150,000 horses on the range.

That's 175,000 or so in round numbers over AML and to give that perspective, that's the equivalent of adding 500 ranching enterprises to the public lands, each running 500 head of horses for six months.

I don't think there's anybody would believe that that's a good idea.

And I would suggest it's not the same with the horses.

The fertility control PZP is ineffective for managing most populations for reasons you

have heard.

It's effective for one year.

It's increasingly difficult to gather horses, especially when there's trees.

It's difficult to keep track of mares that have been treated, and even if the numbers were at AML, which they are a million miles from being, the reality is, it's highly unlikely there's going to be budget capability to do the gathers.

A population reduction program based on PZP using darting, water, and feed trapping will fail.

The instances where these methods can be used are few and are not representative of the great majority of heard management areas and horse populations in the west.

The public land foundation is asking advisory board that the Bureau of Land Management be supported in using all tools available under the wild free roaming horse and burro act as amended.

Unrestricted sale of held horses and those that should be gathered to reach AML is essential.

Long-term fertility control drugs when they come along maybe in five years would be the answer.

Thank you.

>> KATHIE LIBBY: And Stella.

Thank you both for modeling what we need.

>> I'm Stella Trueblood and I'm the feel manager for the Sandwash Advocate Team, S.W.A.T. here in Colorado.

We administered 135 PZP treatments alone.

We are not done yet.

If I was not here today, I would be out on the range darting more.

We talked about the cost of PZP fertility treatments.

It's $24 a dose and round that out to 30, including a dart and adjuvant, the cost of my work and labor is free.

We pay our own vehicle costs, gas, maintenance, repair, and we receive no salary.

If we were to treat 250 mares annually, with two doses, a primer and a booster that annual cost would be $15,000 or $60 per mare.

The cost would be $1,200 per mare if it lived for 20 years, compare that to the cost of $45,000 to gather and warehouse a horse in holding, and it's a no-brainer what we should be doing.

PZP should be the standard for population control, not large-scale gathers and removals.

I find it a lot easier to dart horses today than when I started four years ago.

We have a very extensive database of all the horses in Sandwash, when they were treated, and I don't find that it's difficult to dart them.

It gets easier and easier every year.

To talk a little bit about the impact of horses to other wildlife on the range, at water holes, I have never seen any aggression by any horses towards any other wildlife, in fact, we see antelope drinking with horses frequently and elk especially at night.

I'm wondering what the studies are on the impact of 2,000 to 3,000 sheep that are camped at a water hole over a period of days.

I would like to see the answers to that.

>> KATHIE LIBBY: Thank you very much, Stella.

Sorry.

Okay.

Numbers four, five and six, Dr. Terry Sweet, please come on up.

After that, Holly Kennedy, and Tammy Pearson.

>> Ready, set, go.

Madam chairperson, I'm Terry Sweet, a board member of the Rocky Mountain elk foundation.

We are a national hunting and conservation organization, based in Missoula, Montana,

over 220,000 members nationwide.

Our mission is to ensure the safety of elk.

And we are a member of the national horse and burro land management range, which advocates for common sense, and ecological sound approaches through managing horses and burros.

BLM estimates 72,000 feral horses and burros.

US Forest Service, 110,000 feral horses and burros.

Recent studies show it increases at a rate of 18 to 20% per year, doubling the population every four to five years.

BLM has estimated carrying capacity of only 27,000 feral horses and burros on its land.

Significant long-term damage hag occurred to vital range properties including forage and water resolutions, okay?

Evidence suggests to support the fact that the horses are much harder on range resources than wild undulates.

The horses degrade the water sources and forage the population.

The public demand for the feral horses has evaporated, okay?

Fiscal year 2018 interior, environmental and related agencies appropriations bill that was recently passed by the house of representative includes language authorizing BLM to utilize euthanasia to help control the feral horses and burro population, and we fully support providing the BLM this opportunity to encourage the senate to retain this in the provision in the bill to another tool in their tool box.

Thank you.

>> KATHIE LIBBY: Thank you, sir.

Holly.

>> Good afternoon, members of the board.

My name is Holly Kennedy and today I will be speaking on behalf of the over 12,000 associate and 2700 agricultural producer members of Wyoming farm bureau federation.

Rightly considered and iconic species of west, these horses are often viewed with a level admiration that is not assigned to other animals in the western climate to the point of them being knowingly allowed to wreak havoc on our environment, AMLs were not arbitrarily determined.

They were set at a level where multiple species could utilize a land cape without causing sustained or long-term harm.

By allowing wild horse and burro numbers to continue and increasingly exceed AMLs, a conscientious choice being made to allow the rangeland to degradated, some cases beyond repair.

Our members have dedicated their lives and livelihoods to raising healthy animals.

They a voluntary indicate for the humane treatment of all animals.

Knowingly allowing any animal to be deprived of adequate feed or water is not humane.

We support multiple methods of population control, including adoption, sterilization, birth control, sale, and humane destruction.

Furthermore, they support the utilization of a reliable, basic and holistic approach of introducing jacks to produce sterile offspring.

We must take drastic steps to reach AML and then take adequate steps to maintain the population at that sustainable level.

If we care about our western rangelands and all of the species that depend on them, we must allow BLM to utilize all management options, including unrestricted sale and euthanasia.

Thank you.

>> KATHIE LIBBY: Thank you very much.

Tammy?

>> Good afternoon, board.

I'm Tammy Pearson, Beaver County Commissioner from Utah.

This is not my first Rodeo up here.

But the story is still the same.

Our county is 77% public lands.

We have 7 to 9 different HMAs in our county.

We are currently anywhere from 300 to 600% of AML.

Not only has the livestock people, but also the wildlife people are affected.

The wildlife in our communities and our areas, the groups that are involved with them, the SFW, the sportsmen, all of the different wildlife groups, including Rocky Mountain elk and that have sent us pictures, pleaded with us to do whatever we can to encourage the full implementation of the Wild Horse and Burro Act, all the tools in the tool box, and we recommend that.

We need it.

I think ignorance is bliss for human beings for the American public, they don't understand what's going on in the -- on the ground, but reality is harsh.

It's going to be harsh for the wildlife.

It's harsh on the riparian areas.

It's harsh on our springs.

It's harsh on the ecosystem.

We're intentionally devastating our own rangeland.

This will be the worst man made ecological disaster and the worst case of inhumane treatment of animals and this will be the history of the West if we allow status quo to continue.

So I commend the board on taking the brave steps that they did last year.

I think it's important we finally have an administration that is willing to take -- make the hard choices.

It's that time.

Thank you.

>> KATHIE LIBBY: Thank you very much.

And now the next three people in this order are going to be:   Kerry O'Brien, Kali Hendrickson and I have a question mark next to the next one, because it's TJ Holmes.

TJ, are you here?

Okay, you were given a number but you said no, I didn't wish to comment, so which is it?

(Off microphone comment).

>> KATHIE LIBBY: Okay.

So third is Cat Wilder.

That's a cool name.

>> I hope I can read this edit as always, thank you board members for your generosity and service.

I want to thank Dr. Kane for his presentation.

My name is Kerry O'Brien, I'm an independent advocate for healthy horses on healthy ranges.

Reduced to its lowest common denominator, we have a supply/demand problem.

Right or wrong, informed or totally ignorant, the American people are not going to allow the decimation of wild horses.

And I'm not going to go there.

I'm going to ask some elephant in the room questions.

Why are -- why are herds managed with native PZP by volunteers producing higher efficacy rates than those being treated by BLM with PZP-22?

And why have there been no follow-up efficacy correlation studies of PZP-22 after treatment where some herds show little or no reduction in foal crop?

If as reported the PZP-22 efficacy rate is very close to no treatment at all, why has BLM at great expense continued to gather and treat with a vaccine that apparently has close to zero efficacy?

How many mares were actually treated by BLM versus advocacy groups in the last

five years and which version of PZP?

You can't use PZP-22, ZonaStat-H and SpayVac interchangeably.

Using the tools available as they see fit, but also demands accountability.

People and organizations fail for two reasons, lack of vision and lack of follow through.

There's a community of visionaries in this room right now, who are successfully implementing fertility control.

They are impassioned, committed and view weather inconvenience and bureaucratic Stonewalling simply as hurdles to overcome, keeping their eye on the prize.

Fertility control by BLM is possible but it requires vision, accountability and follow through.

Thank you, board members.

>> KATHIE LIBBY: Thank you very much, Kerry.

Kali?

>> Thank you, board members.

I appreciate the opportunity to be here again today.

If I had only 30 seconds I would tell you, thank you so much for your recommendation from the last board meeting to sell and euthanize the excess horses.

That is the humane option that we have at our hand -- in our hands.

We don't yet, but we soon -- hopefully soon will.

Horses are going to die.

It is our decision whether we are going to help them die in a humane fashion or if we leave them on the range to starve to death and/or die of thirst.

So you guys made the tough decision, unfortunately you were criticized by some and the past administration did not heed your recommendation.

I would encourage you to reiterate that recommendation this meeting.

I will tell you the national horse and bureau rangeland management coalition, which

we are just involved with has over 10,000 members and represents 6,000 local governments and they support that recommendation.

I will also tell you in the many miles that I travel, if I talk to a total stranger on the airplane or elsewhere and you give the full concept, the full picture of the situation and they have not become emotionally attached to the issue, they understand it, and they support your recommendation.

I would like to tell you locally here, you guys saw yesterday one of the best examples of good management of a herd management area.

The numbers are at AML.

They are using PZP.

They are using volunteers.

They are gentling horses.

They are in a local, small area.

I would challenge you to go 50 miles to the northwest, to the Piceance-East where there should be 235 in the county and there's over 800.

Help us manage those.

Thank you.

>> KATHIE LIBBY: Cat?

>> Hi, I'm Cat Wilder, representing the Spring Creek Basin mustangs.

I have an invoice from -- to a BLM office in Colorado from the science and conservation center.

It's for 60 doses of PZP adjuvant, the total $1,657 which equals $27 a mare.

Training at the science and conservation center in Billings costs $200.

Mares darted in the Spring Creek Basin Heard Management Area since 2011, 118 times 27, equals 3,000, 186, plus 200 for training is almost $3,500 spent on fertility control since 2011.

If every one of those mares had foaled and those foals ended up, one darter by herself would have saved the government $5,900,000.

Add to that the cost of the roundups and processing that did not take place, and you are at $6 million saved.

If only half of those potential foals had ended up in holding that one darter would have saved all of us $3 million.

In Sandwash Basin this year, 135 mares have been darted by four people.

Three women, and one man.

If 50% of those 135 potential foals went to holding, it would cost the government $3,000,375 instead the government saved $3,000,375.

Combined can Spring Creek Basin, that equals $6,000,375 saved by five volunteers!

Working in partnership with BLM, and that's only talking money, trauma to horse and human also have been saved, lives have been saved, the range has been saved.

You get all of this for less than $35 a mare.

Thank you.

>> KATHIE LIBBY: Thank you very much, Cat.

(Applause)

Okay.

Let's appreciate and applause within.

Thanks.

Janet Smith will be next.

And then I have a question, Nicky Creecy, were you planning to speak today?

Yes.

Okay.

You are after Janet.

And then we will hear from Ian Evans.

>> Good afternoon and thank you, Janet Smith from King George, Virginia, for the record.

First thank you for the opportunity to address you all today.

I think the one thing we can all agree on is that this is a complex issue.

There's so many years of mistrust that must be overcome.

In order to achieve, that we must come together and be open to discussions between all parties to accomplish any kind of productive solutions.

And I hope the board and the BLM will take our comments today as real recommendations going forward.

If Tuesday's tour showed us anything, it showed us it can done.

I understand all HMAs are different and it's a special circumstance but it's not only HMA that's being managed.

There are HMAs in trouble, absolutely, no question about that.

But we can't punish the areas that are being managed because others are not.

There are some HMAs that are being managed that are still over AML, but they are over AML because there's been no budget to manage them.

Just because we go for years not gathering, because there's no budget to gather and there's nowhere to put them doesn't mean that now we can just start throwing away all of that money we spent to manage them.

I know funding only goes so far.

Priorities must be set.

But that means that maybe we need to relook at the program in funding.

We have got to stop painting -- stop using these giant paint brushes to categorize the wild horse areas as all of them are starving and all of the rangelands are depreciated.

I know the range is in trouble and it's a very difficult situation on all sides of the -- on all sides of it.

But if we can sit down and discuss some real opportunities and real solutions together, volunteers, local communities, we can start to make a difference.

>> Good afternoon, members of the board.

My name is Nicky Creecy, and I'm the proud operator of a mustang heritage store front for burros here along the front range in Colorado.

Through my store front initiated by a burro incentive program, I'm now through the HMF trainer incentive program.

I placed 28 burros into homes this last fiscal year.

Had the TIP program not exhausted its funding within six months, many more burros would have found adoptive homes this summer through my store front.

I look with passion to continue gentling burros and finding adoptive homes for these amazing animals throughout the fiscal year 2018.

The Mustang Heritage Foundation have informed me because of funding limitations, storefronts will be limited 20 animals that.

Includes animals to local TIP trainers and for my own training purposes.

This number will not go far enough.

I'm here to ask the advisory board to place utmost priority in supporting the training -- the trainer incentive program and other adoption initiatives their absolute fullest potential.

Trained animals are more adoptable, period.

And the reason these programs are working and why they ran out of the funs is because the nation wide network of trainers do it because they care.

We have found adopters nurture relationships and follow the animal's progress and assist in reassigning animals in their circumstances change.

By limiting the number of animals I fear the momentum.

He said no one wants these animals.

It's not true.

I personally have adopters ready to stand up and say so.

>> KATHIE LIBBY: Thank you very much.

>> Thank you very much for allowing me to make some comments today, I'm Ann Evans representing the Cloud Foundation which has over 700,000 followers.

My very first request is that the BLM quick referring to wild horses and burro as feral as in their publications and program materials, since the Wild Horse and Burro Act designated wild horses as a wildlife species.

Wild horses are a return native species.

In fact, if they hadn't evolved here, there wouldn't be horses anywhere.

I believe that the real and most important issue that we face is protection of our public lands because without those protections we won't have any wild horses or any wildlife.

Our public lands are under attack, and we need to make sure that we can protect them.

Secondly, I would like to encourage the BLM to embrace the science outlined in the million dollars NAS report.

On the range management, can and does work.

We witnessed it yesterday.

I witnessed it in other ranges but it does require a change.

Mind-set and a change of the way we think about roundups and removals.

Roundups and removals have not worked.

They are not economically sustainable and cause compensatory reproduction.

Public/private partnerships are possible and do work.

And I realize this cannot be done overnight, but a long-term view is required for us to be successful.

I'm encouraging the BLM to spend more of its budget on PZP programs and volunteer programs working with the -- working in cooperation with the BLM.

And also to consider repatriation of horses that are in short-term holding to the zeroed out lands that were their lands originally when the act was passed.

This will also reduce costs and allow horses to live their life in freedom.

Thank you.

>> KATHIE LIBBY: Thank you very much.

Here we are.

Kevin is it Burrnell or Bunnell.

Kevin, are you here?

Is that you?

Okay.

And then Debbie Matthews, you were a maybe.

Did you go from a maybe to a yes or maybe to a no?

No?

The third presenter then will be Randy Pacca.

>> Good afternoon, members of the board and thank you for your service.

Dr. Hall's presentation probably tells you all you need to know on why a state wildlife management agency would be concerned with this issue.

I'm here representing the Utah division of wildlife resources, and we have big concerns on the impacts that wild horses are having on rangelands and consequently on the wildlife populations, ranging from deer and elk populations clearly down to endemic snail populations that occur in only some springs in the Great Basin.

I know you have a tough job in front of you.

I don't know that there are easy answers other than the horse population needs to be reduced that.

Brings up all sorts of prickly issues or decisions that need to be made but it's the reality of where we are at this -- in this situation.

This is the only topic that's as polarizing as wolves that I have dealt with in my career as a wildlife professional and I don't envy the decisions you have to make, but we are having real impacts on not only wildlife populations that exist today, but the future, the ability to have wildlife populations on some of these rangelands and I hope we can

make logical decisions and look at the science that's out there, not take anecdotal observations over scientific data that's been collected properly and that's my request for you today.

Thank you.

>> KATHIE LIBBY: Thank you very much.

>> Thank you for the opportunity to be here today.

My name is Randy Parker, I'm with the Utah Farm Bureau Federation, representing more than 32,000 member families.

Livestock production is the backbone of Utah agriculture.

Livestock grazing on public lands is critical to the economic well being of rural communities.

FLPMA requires consideration of the history, culture and economics of livestock grazing as decisions are made.

Utah food and agriculture generates $21 billion in economic activity in our state and over 80,000 jobs.

Sheep and cattle ranching families we are nearly 67% of our state are compelled to combine private property, privately held water rights and access to grazing on federal lands to establish economically viable and sustainable businesses.

Since the 1950s, livestock AUMs in Utah have been cut from 5.5 AUMs to 1.8 million, AUMs.

We have need to stop the livestock grazing.

The reality that most of the wild free roaming horses are feral makes a compelling argument that management should be returned to the states.

At a time when the federal government is $21 trillion in debt, it doesn't make any sense whatsoever to continue growing wild horse and burro numbers.

This morning Mr. Bolstad noted that wild horse and burro use 800,000 AUMs that means 500,000 AUMs are used by excess horses and burros.

How is that affecting ranchers grazing rights?

Voluntary, mandatory grazing cuts?

We all -- we as an organization support all of the tools to get to AML, including euthanasia.

Let's get to AML and then evaluate where we are at.

Until we get to AML, we have no idea what the impact is and what we can do with grazing, livestock grazing.

Thank you.

>> KATHIE LIBBY: Thank you very much.

That was Randy.

Next three.

Kia Swanson, and Bonnie Brown.

>> Good afternoon, my name is Kia Swanson and I'm here as the deputy director of the Cloud Foundation.

I would like to thank you all for the opportunity to comment on this matter.

A approached a band of wild horses for the first time yesterday.

My heart swelled.

I was raised in an urban environment and I was surprised that our sprawling strip malls haven't overtaken the wild area.

I drew two powerful conclusions.

First, Phi he will feel so fortunate to see the BLM and the friends of the mustang in action.

What an overwhelming victory in this movement to see these bodies working in harmony to benefit the wild horses and our public lands.

Mill second conclusion amounts to a word of warning.

It's foolish to waste what tools we have to preserve this wild and beautiful way of life.

While fertility control is touts as best option, so little of the budget that the line item in the pie chart is marked as 0%.

BLM_003418

This board has an amazing opportunity at a time when the very concept of public land is under attack.

You hold the power to protect these lands and the animals on them.

Please invest in these contraception programs and the programs that I witnessed yesterday.

Please prevent the needless killing of horses and opening these untamed land to cattle, oil and other exploitive items.

This land can offer more than beef and petroleum.

The Cloud Foundation is opposed to any killing or ewe tan Asia in short-term or long-term holding.

Both with funding an manpower we can maintain the American west as wild, free, and devoid of roundups.

Thank you.

>> KATHIE LIBBY: Thank you.

>> Hello, thank you very much.

I was very happy to hear Christine say this more thanking to put a pause on your recommendations so that all of us could share what we have to say.

And that being so, I will read what I wrote.

The Wild Horse and Burro Act of 1971 put the BLM as a stewards of the American people's western icons.

Yet the mantra today is special interest groups controlling the BLM and spewing propaganda to justify not only the removal of the, whats off the public lands designated for them but to change policy to destroy them as well.

Apparently influence of the livestock and oil and mining industries seems to be excluded from all these discussions and their impact on the public lands and the cost to the taxpayer.

We have know the truth.

This dialogue has to change.

First ranchers deman removing of wolves and coyotes and now wild horses.

Even when the environmental assessments have proven road, oil and gas development are responsible for the diminish of big game populations and wildlife.

This dialogue has to change.

In conversations with western watershed projects it was expressed their interest in reducing cattle grazing from public lands and as such acknowledged the wild horses are unjustly being blamed for everything.

Even blamed for 50% decline in bird population, so why not blame the horses for the extinction of species of bees as well.

Did you know that beef has the lowest source of protein and followed by fish, turkey and chicken.

So force utilizing our resources to provide food sources, beef is at the bottom of the list.

This dialogue has to change.

There's similar dialogue in Africa in blaming the elephants for the destruction of the ranges.

By the recommendation of a government official, 40,000 elephants were killed.

The government official regrets this today because the elephants were proven that they helped the range and the ranges got worse.

That's on Ted Talks if anybody wants to read it.

Thank you.

>> KATHIE LIBBY: Thank you.

>> I'm Bonnie Brown.

I'm the executive director for the Colorado Wool Growers Association and also representing the American sheep industry association today.

You have already received our written comments.

I would like to make a few follow-up statements.

We are asking the board to reaffirm your September 2016 recommendation to utilize unrestricted sales and euthanasia to get us back to the AML.

Friends of mustang have done a phenomenal job on what they are doing in the Little Book Cliffs and they absolutely deserve all the recognition they are seeing.

We cannot adopt infertility control our way out of this situation.

Next year, we are looking at over 100,000 excess horses on the range and in holding facilities.

Partnerships in collaboration are fantastic, but to date, they have failed to effectively address the overall problem of excess horses.

In many places our rangelands cannot with stand another 15 to 20 years of overgrazing, before we can see an impact from fertility control.

And you all know the numbers.

We have too many horses in holding.

We have too many horses on the range, and we have a program that costs too much.

So as already has been pointed out, you know, horses are going to die.

That's just an unfortunate reality.

They are going to die on the range, and horses are dying in holding.

Now, they need to have some options to die by humane means because our rangelands cannot with stand the irreputable degradation.

In many others the BLM has failed miserable in the mandate to maintain a thriving ecological balance.

Please recommend to use all humane needs to get our mustang herds back to AML and save the western rangelands for future generations.

Thank you.

>> KATHIE LIBBY: Thank you so much.

I'm so impressed sometimes how you get up here and before that little ticker goes off you are in your last sentence.

The next three, Steve, Les Owen and Maggie Kasem.

>> Good afternoon, my name is Steve Raffopolis, we are one of the permittees in the Sandwash Basin.

I would like to thank you for the work you do and would like you to reaffirm your recommendations from Elko because I think that's the only way you are going to get a start to be able to put these programs in place that you have so been working with these other people, the advocates and this may be a chance to do it.

You have to start at the right number to be able to maintain the habitat.

Today in Sandwash, we have two to three times the AML, depends on where you put the AML, and Sandwash today looks worse than I have seen it in the last 10 to 20 years.

One thing I would like to mention to Mr. Shoop from Colorado, is that he forgets to mention other partners in this whole scheme of things.

And that's the permittee.

The permittee needs to be brought in to focus and be part of these talks.

When we did our allotment management plan in the year 2000 in Sandwash Basin, we allowed the use of water that's adjudicated to us in the Sandwash Basin.

The permittees build and maintain the water that all animals use.

And we voluntarily took reductions, voluntarily took reductions in our AUMs and our use in the Sandwash Basin for the resource.

We can't forget that habitat is the most critical part of this whole discussion, folks.

Without habitat, you can have 800 horses but if you don't have the habitat, they are not going to survive.

You need to get the habitat going and then talk about management and so I think that's very key.

And if you will -- if you look, in the Sandwash Basin, all the permittees, the four permittees have taken voluntary nonuse and I would think that less than 20% of the allocated AUMs, allocated to livestock are used by the permittees because of the lack of forage.

Thank you.

>> KATHIE LIBBY: Thank you, sir.

>> Good afternoon and thank you.

My name is Les Owen with the department of agriculture here in Colorado.

I would like to look at the negative impact of horse in excess of capacity of native rangelands.

There was discussion earlier regarding allotment level impacts in the form of reduced AUMs available to livestock permitted to graze in the areas along with the wild horses.

These impacts are significant.

As an example, from the earlier mentioned Sandwash Basin herd management area, BLM data from a 2016 environmental assessment indicated actual use AUMs by livestock was 16,000 lower than authorized use in 2012 and 2013.

These AUMs have significant value to ranchers, and the rural communities that they are a part of.

Applying an annual value of production of $100 an 12 month, the annual value production can be estimated at around $80 per AUM.

Applying it to the 16,000 comes out to $1.2 million of annual value production that's achievable give than amount of forage.

Ranchers take voluntary nonuse to protect ecological conditions.

This comes at a large cost, not only to the ranchers, but also to the businesses that make up the economies of the surrounding rural communities.

I appreciate recommendations that have come out of the Wild Horse and Burro Advisory Board and urge you to continue your efforts to ensure that federal agencies have all the tools authorized by the wild horse and burro protection act to maintain healthy horse and burro in the context of other multiple uses in healthy native rangelands.

Thank you.

>> My name is Maggie Kasem.

I'm just a private citizen.

I have 14 mustangs at home.

I love them dearly, so I'm obviously an advocate for the mustangs.

What I really would like to see is more and more requests for those volunteers that go out and dart the mares with the PZP.

I haven't seen requests.

I would like to see everything flooded with requests, volunteers needed.

We need to go here.

We need to go there.

Where are the requests?

I would like to see a lot more support for the TIP program.

I'm part of the TIP program it's been very successful with placing mustangs, and I would also like to see more ecosanctuaries.

Rather than just a blank statement of well, we just need to euthanize these horses.

Why not find a place for them to be?

Now, I know when we had the west Douglas roundup, we volunteered our ranch as a place to put these west Douglas horses.

We were told that we -- I saw the horses come in.

We have land that's exactly like the land that they were pulled off.

We could have put those horses in a place where they could still feel somewhat wild and free and yet we were told no, you have to wait until this' a request for solicitations.

So I would just like to see more positive ways at solving the problem, other than the blanket statement of let's just euthanize the horses.

Thank you.

>> KATHIE LIBBY: Thank you very much.

Next three, Lon Volles and Charlotte Row and Kirsten.

BLM_003424

>> I'm Lon Bow, cattle, organic farm from Trout Lake, Washington, where there's no GMAs -- HMAs.

And also hue San county, Russia Ben and Ginger and dean, I think you know me from the end of last year.

I'm the young buck from Rancho Hosan who had the audacity to have the adoption all captive 44,000 horses before the new budget.

My comments are limited to the confined horses.

The elephant in the room is the slaughtered glue factory.

Russia wants and feeds surplus horses.

We appeal to you to give serious consideration do make a knew theoretical HMA.

We had the audacity to ask in violation of Section 13.33 of the 1971 Wild Horse and Burro Act that BLM pay for the overseas delivery cost.

The playing field has changed since my first submission of our project proposal to the BLM staff, and the rest of the advisory board, some of you might be -- and other of you, I think I sent emails and you may have received those before the new budget submission.

And the elements introduced by the new BLM -- with the new opportunities that Dean Bolstad pointed out this morning, Dean, if I heard you right, there are three new substantive budget mandates that you mentioned, consider -- already?

Okay.

>> KATHIE LIBBY: You will have to continue to address Dean online.

Thank you, sir.

>> Good afternoon.

My here representing the black hills wild horse sanctuary of South Dakota.

Now in the 30th year we have 14,000 acres for 700 horses.

Most of whom were once on public lands.

We are constantly aware of our land conditions and the health of our horses.

As a nonprofit, we rely solely on donation and tourism income to support the needs of the horses and subsequently all the wildlife that call the sanctuary home.

This is my fourth board meeting I attended and it's frustrating to realize that the same issues, too many horses and degradated rangeland and fiscal turmoil and it's all blamed on the horses.

When do we humans take responsibility.

When do we ask what is best for the horses?

Perhaps instead of removing them from the land and asking for more funds to warehouse or destroy them, we focus on PZP and ask for more land, expand their HMA boundaries, move them into areas where they were not found in 1971.

The protection act has been amended before, amend it now to give them some more space.

It's really not the horses that are diminishing the quality of our public land.

It's us humans.

We want it for our cattle, for our land developments, for our energy needs.

Yes, it's public land and if you ask the public how they would like to see it, I'm pretty sure they would like to see other horses getting priority.

That's what most of the 10,000 annual visitors to the sanctuary say when we explain why our horses came off public lands to begin with.

In the words of Davidson Hyde, our founder, I would like to give you a few of his comments.

Granted, I would like to see a return to the conditions of my youth, a half century ago, he's now 92, when wild horses were truly free, when nature selected what would survive and what would perish when mares had a surplus of stallions to choose their mates and when predators kept the herds from destroying their range.

>> My name is Charlotte Roe.

I'm with in defense of animals and I'm privileged to be a guardian of wild horses and burros that I have adopted.

And if they were here, they would be very confused, because burros are a very

BLM_003426

endangered species worldwide.

And horses do not speak out of both sides of their mouth.

We have heard about the 1971 act.

It says that wild equus are a central component of these thriving natural ecological balance, but the BLM policies and words act as though something else, they are invasives and not integral, and feral being kind of like feral pigs, they harm the range and they starve and over populate, a biological impossibility.

It's as though they don't know how no live on the land, but they do.

I have heard a lot about habitat here, and we just have to think that at the beginning of 1900s, there were millions of wild horses.

And the great plains were a sea of grass, and we had all the wildlife we needed.

So I do agree with those who said that it's man that's the problem.

I just want to mention overpopulation as one aspect.

The BLM's target AML target of 26,710 is close to the guesstimate that was made when the '71 act was passed.

They thought that the population was somewhere around 17,000, and it was considered so dangerously low that we had a national emergency and it was unanimously passed and signed by Richard Nixon, with a great letter.

So I ask to ask and my wild horse and burros have to ask, why are we trying to implement a failed policy and make it even worse?

It is unsustainable.

It will plunge the west into deeper conflicts, litigation, a cycle of roundups that only speak -- spike population in what's called compensatory reproduction.

I have a number of proposals in my comments and I hope you will consider them.

Thank you.

>> KATHIE LIBBY: Great.

Thank you so much.

The next three, Kimberly Earhart, Cindy Williams, Ginger Padott.

>> Hello.

My name is Kimberly Ehrhardt and I have traveled here today to address this board from the state of Pennsylvania.

I address this board as an American citizen, a taxpayer, an informed wild horse and burro advocate, as well as to advocate for the preservation of healthy rangelands, the public's lands.

In 1969, the United States put a human being on the moon.

This monumental achievement was accomplished through the combined efforts and the cooperation of our government, scientists, and a diverse group of people known as Americans.

Undaunted by past failures have proven the impossible to be possible.

All the aforementioned are present here today, although our discussion is centered around, cost effective, sustainable management of wild horses and rangelands, not space travel.

Every member of this board has not only the response, but more importantly the opportunity to make fair, sound, publicly acceptable recommendations.

The answers to the existing problems within the BLM's wild horse and burro program will not be found in failed and still failing past practice or by continued proposals that enrage the American -- the majority of American people and waste their taxpayer dollars.

The Colorado BLM districts, billings BLM, several others, including Assateague island, closer to where I'm from, are leading the way in proving what success can be achieved through their on range management, with PZP vaccine and true cooperation with the community, local advocacy groups and volunteers.

Wildlife such as wild turkeys -- oh, I'm sorry, excuse me.

The essential ingredients to this success are on range PZP usage and increasing that usage and dedicated volunteers.

These two methods have significantly reduced the need to remove horses from the rangelands which in turn reduces costs associated with helicopter roundups and holding facilities.

Costs to purchase and administer PZP are incurred only once per fiscal year, whereas horses in government holding incur costs daily.

After seeing what has been achieved here in Colorado, let us work together to see the same success in other states because it is possible.

>> KATHIE LIBBY: Thank you, Kimberly.

Eddie.

>> Hello, my name is Patty Williams.

I'm from range lake, Colorado, I will read this very quickly.

It's time for special interest groups to look at the science concerning our wild horses.

BLM and other groups have claimed that horses are responsible for destroying critical habitat, compete for grazing lands and over populate but reports by are the general accounting office and the national academy of science dispute these claims.

BLM has never presented hard evidence that populations are what they claim.

But BLM and conservation groups in my area continue the horrendous assaults on these beautiful icons of the west.

Advocates -- do advocates want to work with BLM in my area?

Yes, they do, but let me tell you about a recent meeting that I attended in Meeker.

I went into this meeting with hopes for a partnership.

These hopes were dashed quickly.

When we realized that if we didn't agree with these goals, we were rudely told that we could not be on the committee.

Goal number one, wipe out zero out west Douglas horses.

Goal number two, zero out north Piceance horses.

There was a collaborative effort on these goals?

No, the west Douglas horses can be seen occasionally by the children on highway 139.

They get very excited and they tell me in the classroom when they see the horses.

I have spent most of my time in west Douglas this summer.

This is -- I have an aerial count that was done in BLM in 2016.

The count is about 110 horses but our local newspaper reports 275.

It doesn't match.

The math.

Not even by BLM standards.

These numbers are highly inflated to further agendas of special interest groups.

Let me be clear, I have nothing against oil and gas and ranching.

Oil and gas is my community's livelihood but everything needs to be done responsibly in conclusion, don't kill our horses with all the death and destruction in our country, we need positivity.

Leave these horses alone and let them live in a family band.

>> KATHIE LIBBY: I appreciate it.

Okay.

We are applauding internally.

Ginger.

>> Right here.

>> KATHIE LIBBY: Oh.

You are fast.

>> Thank you, board, for this opportunity.

My name is Ginger Fedak, I'm representing sun pony ranch in Colorado.

I have to say that we have two things that we can all agree on, our government and its agencies are wasting our taxpayer dollars and going over budget on wild horse issues and.

Current management protocol for our wild horses is unsustainable.

We all agree.

As a person with a degree in range animal science, and range management, who has spent a large chunk of my professional career as a scientist, performing and documenting studies, I am expressly concerned with most of the presentations here today.

If you want a fair study, do a side-by-side study of comparable rangeland and water, one side equal number of horses, other side equal number of cattle.

It is well known in the range management academia, that sheep and cattle do more damage to the range than horses.

Why then are you only documenting and targeting 70,000 horses rather than the millions of cattle on public lands?

There is science that can solve the current issues and problems of population control and Dr. Kane's report was very helpful.

Why did the BLM commission at great cost the study by the National Academy of Sciences using science to improve the BLM wild horse and burro program a way forward and then totally disregard it?

Yes, there have been a few minimal efforts to implement in certain areas, but the general response by BLM seems to be it can't be done.

Too many horses.

Too vast and remote areas.

Expand the PZP protocol!

Thank you.

>> KATHIE LIBBY: Thank you very much.

You were Ginger, right?

So next we have Suzanne Roy, followed by Ken Brown, followed by Tracy Scott.

>> Hi, everyone, I'm Suzanne Roy with the American wild horse campaign, and on behalf of my organization, and the Cloud Foundation, I brought with me petitions

signed by 300,000 American citizens in opposition to your board's recommendation to kill and slaughter tens of thousands of wild horses and burros.

Jason shoved my boxes under the table in the back, but I urge you to look at what 300,000 signatures look like.

It's six boxes filled with signatures of Americans who oppose the direction your board is taking.

We represent the voices of these citizens who hail from every state in the nation and care deeply about the protection of our wild horses and our public lands.

They are part of the 80% of Americans, including 86% of Trump voters and 77% of Clinton voters who oppose killing and slaughtering our wild horses.

The American people deserve better than this biased board meeting.

The American people deserve facts facts like over 80% of BLM rangelands have no wild horses present on them.

Wild horses are not from it.

The Utah wild horse and burro lead could not identify any starving horses.

That's' on the unscientific population limit that seeks to reduce the population to near extinction levels.

And finally there's a better way to manage wild horses, the PZP vaccine works if you use it.

My program has an organization on 3,000 horses on 300,000 acres in Nevada, the horses are under state jurisdiction and with a budget of less than $50,000, and a team of five volunteers, we have vaccinated more mares so far this year with PZP than the entire BLM did in 2016.

The American people deserve better than the sham proceeding to enhance the fortunes of a tiny taxpayer subsidized powerful special interest group the public deserves a fair and balanced advisory board.

>> KATHIE LIBBY: Thank you.

We've got other people.

>> Thank you.

Got it.

>> KATHIE LIBBY: We appreciate it.

Ken brown.

>> Ken brown, western counties alliance.

Thanks for the opportunity to respond.

Wild horse and burro populations need to be managed within established appropriate management levels in order to avoid overgrazing.

Excess numbers continue to be a major problem in most areas where wild horse and burro are animals now exist.

WCA does not support reducing livestock AUMs to accommodate additional WHB roaming animals.

Coordination and communication should exist between state and federal agencies, county officials, and private stakeholders regarding population data and monitoring.

WCA continues to support an enhanced gathering process which assists in reducing numbers in over populated areas.

WCA continues to support the reintroduction of disposal facilities which are necessary to care for animals in need, wild and domestic.

WCA continues to support the working group concept established by the board and staff.

I think that gives you an enhanced opportunity with background and various issues.

WCA thanks the board and staff, as endeavor to make the WHB program better.

Thank you.

>> KATHIE LIBBY: Thank you very much.

>> Thank you, board, for your service and this project, it's hard work.

I'm Tracy Scott, citizen of the United States who is part of the overwhelming majority of Americans who oppose killing our wild horse and burro or selling them to someone who will.

And I support protecting them on our public lands.

According to the wild free roaming horses and burros act of 1971, the horses are living symbols of historic and pioneer spirit of the west, that they contribute to the diversity of life forms within the nation and enrich the lives of American people.

As a Coloradan, and a founder of a mustang horse sanctuary, wild horses are an integral part of this culture.

When people enter Grand Junction, Colorado, they are greeted by images of our iconic national treasure, the wild horse.

The Little Book Cliffs is just behind monumental mount Garfield.

The wild horses influence international tourism and the area's brand image and as Mr. Bolstad said, there are three wild horse hears in Colorado with successful PZP programs.

The Piceance-East Douglas has a growing number of people who want to support and cooperate with the BLM to implement PZP and work on the range and offer support to the horses removed from that range.

Several work days have already taken place, as well as group gatherings to organize and implement the dedicated team of individuals that want to volunteer time to support the BLM white river field office and the horses of Piceance-East Douglas herds.

Adopted wild horses are utilized in riding disciplines, border patrol, equine therapy and coaching programs to empower human individuals, employees and families.

The complex social structure of the family band is the basis of how we support human families with aging loved ones and special needs.

Therefore, it is our duty as American citizens to continue discovering ways of partnering with the living, wild horses that help society, and to utilize proven science to manage the horses in their wild habitat.

I do not want my tax dollars spend on killing God's innocent, healthy creatures to make budget.

>> KATHIE LIBBY: Thank you so much.

>> Thank you for your time.

>> KATHIE LIBBY: That was Tracy.

BLM_003434

I have a question for Chad booth, did you -- you went from maybe to no.

Gotcha.

The then next we will hear from Blaine Scott, followed by Dustin Huntington, followed by Alison Wood.

>> Good afternoon, and thank you for the opportunity of listening to the voices of some of us.

I'm reverend Blain Scott, an ordained Christian clergyman and theologian, part of the 71% of the US population of adults considering themselves as Christians, seeking to be a moral voice, however, I promise not to pass any offering plates this afternoon.

I'm a founding partner of stead fast mustang sanctuary here in western Colorado and I oppose the slaughtering of what is called excess wild horses and the act of 1971 as we know says it's the policy of Congress that wile, free removing horses and burros should be protected from capture, branding, harassment, or death.

Gathered wild horses are treated with vaccines, and chemicals for parasite removal, therefore making them unfit for human consumption.

Now, in the holy Bible, the book of Leviticus, Chapter 11, the lord our God shares at the risk of quoting God from all the land animals, there are the creatures that you may eat, an animal that has divided hooves, such may you eat.

Horses, of course, are single hooved and single stomached and not to be consumed by humans.

Also there are mounting facts that the irreprehensible act of killing horses will be much if any benefit economically due to the complexities of how to implement it humanely and safely for horses and humans alike.

As American citizens, you respectfully on this board serve and dedicate only a small portion of your dedication and lifestyle.

Me and every American are judged by each decision you make 24/7.

Please therefore, avoid unjustly and inhumanely condemning 90,000 plus innocent souls of historic American West to death.

These deaths would increase a tiny portion of the budget and cutting American jobs.

There is the moral opportunity and obligation to advise BLM to maintain the long-standing prohibition on killing healthy wild horses.

Even God partners with horses and you hope you will too.

>> KATHIE LIBBY: Thank you, Reverend.

>> Okay.

>> Any consumption request help maintain a population but it will never get us back to the desired AML.

Hello, my name is Dustin Huntington from southeastern Utah.

Over the past 20 years the wild horse herd in our area has grown exponentially and the range lass deteriorated where they eaten everything utilized about the fence posts.

I do not consider this a cattle versus horse issue.

This is about saving the resource, and the range from total destruction.

The BLM micromanages every aspect of the federal land under their control.

Yet when it comes to a wild horse HMA, they are noticeably absent and ineffective.

Until the BLM can stand up to the advocates and do their job, the range will continue to decline.

And to the advocates, I beg you to visit any wild horse HMA across the western states.

And look beyond the horses and see the devastation on the ground.

In order to solve it problem, you have got to stop obstructing every reasonable solution put forward by knowledgeable, well-meaning individuals.

This is not about winning.

There is a well-known adage that fits this situation.

You may win the battle but lose the war.

Ultimately, we all lose, when the range and the resource is gone.

To the wild horse advisory board, I commend you.

I thought the recommendation committed last year were spot on, and I support them wholeheartedly.

BLM_003436

The solutions are there.

I am hopeful that those recommendations will be accepted and implemented quickly.

If I can leave you with one thought it would be this:   Listen to the land.

What is it telling you?

Listen to the land.

Thank you.

>> Good afternoon.

My name is Alison Woods.

I'm representing mustang camp, a certified nonprofit out of New Mexico.

Our mission is to utilize a scientific approach to animal training to foster a healthy, functioning relationship between wild horses and humans.

We train people to train mustangs so that more horses can be reached and find successful adoptions.

However, we have an imposing obstacle regarding perceived value.

If the value of something exceeds the could have, it will be purchased.

In our situation, if the perceived value of an animal exceeds cost of adoption, it will be adopted.

So what that means for us, we need to enhance the value in the eye of the adopter.

Especially regarding wild horses, value can be created via the trust in humans.

So we need to apply training methods, as well as husbandry techniques that will protect to the inherent value of the mustang, as well as create value.

Mustang camp has a proven viability in its methods through the training and adoption of close to 500 horses and burros since 2010.

We would like to note our instrumental relationship with the Oklahoma offices of the BLM as well as individuals in the Mustang Heritage Foundation, and invite everyone to explore our website, mustangcamp.org.

BLM_003437

I hope we can are find a way to improve the lives of horses and burros of the west.

Thank you.

>> KATHIE LIBBY: Thank you very much.

Let's see, you are now on to Tony Moore.

John D Hill.

And Randy Blacent.

>> I'm Toni Moore.

The misconception promoting that there's an over population on our -- the misconception promoting there's an over population of wild horses on our public land could not be further from the truth.

Due to the politics that directed policy at the passage of the Wild Horse and Burro Act herd use areas were decimated.

They are cut off, split up, fenced off and even sold.

In most cases the boundaries assigned to the wild horse use herd reflected livestock allotment areas and wild horses were systemically removed from their habitat, first by zeroing out entire herd areas and then reducing them to unreasonably small acreage.

It's a simple premise, who eats what, when and where?

Without that you are not going to have balance without this knowledge.

It can't be reached.

When over utilization by the livestock industry continues to significantly impact public lands.

What we have is an overpopulation of political power and the represented interests.

The groups pushing the hardest to remove and reduce wild horses, the ones pointing their fingers to wild horse population should check their own numbers.

Americans overwhelmingly face a financial and environmental burden of too many cows and sheep littering our public lands.

Subsidies for killing predators are astronomical and really who benefits?

Grazing on our public lands costs less than a 15-pound bag of premium cat food.

Seriously, folks who is the burden?

, place the wild horses in the holding areas back in these areas.

They are supposed to be a self-sustaining population.

Would someone explain to me how you can manage that on a plot of land of size of a postage stamp.

Until BLM addresses the overpopulation of livestock and the political pressure that keeps them there our public lands will continue in disarray.

Balance will be out of the questions and wild horses will continue to be blamed for their own mismanagement.

Who will be blamed when all the wild horses are gone?

Monitor and inventory all species and take appropriate action, and let's take politics out of science.

It's time to stop fake science.

>> Thanks to the board for hearing me today.

My name is John D Hill.

My family has been ranching in the book cliff mountains north of here since the 1870s.

I have been a member of the BLM northwest Resource Advisory Council and also I'm a former Rio Blanco county commissioner.

This morning, I was driving out to attend this meeting, I saw four young studs in trespass in the west Douglas herd area on my private property and just Monday I brought my own mares down for the winter, and thankfully there's two fences between them, even though that may not be good enough because some of the horses from west Douglas have crossed through my permits which are all outside the horse area and are now inside the Grand Junction field office boundaries.

So they are expanding even though they're supposed to be zero AML on west Douglas.

But we need to have annual roundups with no holds barred, culling of old, sick and lame horses and adopt out most of this year's current foal crop and then use the sale without limitation and euthanasia provisions of the Wild Horse and Burro Act and, you know, in other words just handle them like any rancher would his livestock.

There are also people like me who need to be able to get on their horse and ride out there and go ahead and chase a feral horses off their private land and permits when they are in trespass from a horse area some place.

One year ago in May, I attended the western region of the national association of counties meeting, during when BLM Director Neil Kornze asked for help with dealing with the horse problem.

And last September -- thank you very much.

Enough said.

>> KATHIE LIBBY: Two minutes goes fast.

>> Good afternoon my name is Randy blazer, the director of operations for the Mustang Heritage Foundation.

Please accept a comment on behalf of the Mustang Heritage Foundation trustee board president, Paula Carr.

It costs taxpayers millions of dollars to house and feed excess animals removed from the range.

We have programming currently in place to substantially reduce this cost by increasing the rate of animal placement into private care.

Our efforts, however, are severely contradicted by available BLM funding.

The Mustang Heritage Foundation in partnership with the BLM wild horse and burro program has been actively places BLM wild horse and burro into private care since 2007, through a federal finance assistance agreement.

We are reaching nearly 10,000 total adoptions since we began, however our placement rate has grown exponentially in the past 18 months.

In 2016, we placed a record breaking 1,226 programs through our program.

We projected to place 1300 animals through our trainer incentive program alone.

We met that goal in March of 2017.

We then had to suspend additional TIP pickups, halting the placement of any additional animals for six months.

By the rate at which the TIP program was showing growth, the Mustang Heritage Foundation could have placed an additional 1,000 animals if the program had not been suspended, making our annual placements 2,886 versus the 1,886 animals that we placed this past fiscal year.

We have the program in place and the momentum to move 3,000 to 4,000 animals to BLM off range corrals and into private care over the next 12 months.

Unfortunately, at this time, there is only funding allocated through BLM to place 1,400 animals through the MHF partnership in fiscal year 2018.

MHF respectfully requests the Department of Interior and BLM leadership to evaluate its current budget in order to assist us in placing additional animals.

>> KATHIE LIBBY: Just so you know, we have 11, just so you know, board.

Thank you all, very, very much.

So I want you all to keep up with that now.

Gary Moyer is going to be next, Kali Sublett and Ann Elliott.

>> Thank you.

I appreciate the opportunity to address the wild horse and burro advisory board and I want to thank you for holding this meeting in Grand Junction, Colorado.

We have requested years ago to come to rural western Colorado, where there are HMAs nearby.

Thank you for coming.

I want to thank the board for your recommendations at the last advisory board meeting regarding humane euthanasia.

I'm with the white river conservation district, as well as the Colorado and national association of conservation district and we have policy that supports wise use of our natural resources which is taking care of our rangeland.

That's our number one concern.

And I would remind everybody that the act that was passed in 1971, and this is what I'm not hearing here today, is -- it requires BLM to manage for the multiple use of our resources not single species management.

We hear a lot of comments here today with single species management.

How come horses condition be on more land, et cetera.

The act was very specific, about where horses could be managed and under what criteria.

I suggest that you always remind BLM that they are required by law to follow the act because it specifically also says that any time the numbers are above appropriate management level, they are required -- and an excess is determined, they are required to remove those horses.

So BLM is out of compliance with the law.

And we understand the problems with appropriations language.

This advisory board needs to educate Congress, as well as the public to the reality of what the situation is when it comes to the numbers.

Thank you.

>> My name is Kali Sublett, the executive director of the Mustang Heritage Foundation.

You already heard from a couple of our TIP trainers and Randy our director of operations but the Mustang Heritage Foundation has been in partnership with BLM for 12 years.

This year we signed our third five-year assistance agreement with BLM and so we are very excited about that.

We have a great partnership.

We placed approximately 10,000 animals over the past 11 years.

2017 was a record breaking year for us.

We had 1,886 adoptions, which you have already heard.

So much so we did have to suspend our most successful placement program, the trainer incentive program six months into the fiscal year.

We were fully funded as requested by BLM and met our goal within the six months.

Unfortunately there was not addition a funding to support the continuation.

Training of the animals.

This year, we also launched an educational project virtually -- virtual reality trailer that you guys, I think heard about this morning.

That's very exciting.

The public can come and experience wild horses on the range through this Americas Mustang trailer.

It will be on the road throughout the year.

So we'll give some updates on that next year.

I have brought some impact reports with me, with further details outlining the tremendous growth that we have seen and that Randy mentioned over the past three years.

Again, if I have to get to my comment very quickly, it would than the Mustang Heritage Foundation, through our network of trainers can place 3,000 to 4,000 adoptions this year.

I'm very confident of that.

The board is very confident.

Unfortunately, the budget is not there.

BLM is facing budget cuts.

We ask that the Department of Interior and BLM look at all the adoption programs and fund those which are successful and not only successful but cost effective also in their success.

Thank you.

>> KATHIE LIBBY: Thank you very much, yes, if you will leave them, we will get them.

>> Good afternoon.

My name is Anna Elliott, and I'm currently the vice president of the FOM, but I'm speaking solely for myself in this statement.

I would like to take this moment to applaud and thank the national Wild Horse and Burro Advisory Board for making the decision to visit the Little Book Cliffs herd management area in conjunction with their business meeting in Grand Junction.

I hope you learned more about the working partnership local BLM employees and volunteers of the nonprofit organization friends of mustangs, it's been a win/win relationship for both with the little book cliff horses and the range being the winners.

It needs to be edge couraged and fostered with other HMAs.

The public hears and reads news stories about roundups using helicopters and crowded holding facilities overflowing and now spoken suggestions of slaughter to address the cost and impact of the increasing number of horses and burros that overpopulate the ranges.

Sadly, we are hear the same old story time and time again, and the tide never seems to turn.

Just recently was this quote, dated October 3rd, 2017 from an advisory board's news release for this meeting that states, the rapid growth rate and the chronic population of the west wild horses are already affecting the health of the animals and the resources on which they and many other species depend.

To be effective in solving this challenge, we must work together to explore a wide variety of solutions to an unsustainable situation.

I would like to offer a suggestion that could be implemented soon if acted on.

In an article written by Dennis Webb in the daily sentinel dated Saturday, October 7th an above the headline, state mum on the predators removing.

The Colorado parks and wildlife has entered into a study of the Piceance and an estimated cost of $4.5 million.

Thank you.

>> KATHIE LIBBY: Sorry about that.

And thank you.

Yes, you can submit it.

Okay.

Next we have Leah Biando, Jay Paul Brown, Richard Connelly.

>> Good afternoon.

My name is Leah Biando and I'm here on behalf of the national horse and rangeland coalition.

Our coalition composed of 18 national organizations representing sports men and women, livestock growers, state and local governments, resource management specialists and others who are concerned with the managing of horses and burros in a common sense and ecologically sound way including the society for range management.

A professional scientific society of nearly 4,000 members in 48 countries for whom I serve as their DC coordinator.

On a personal note, I grew up officially on the back of a horse, training and competing in many different disciplines of riding and horse biology and behavior, including the many physical characteristics of horses that differentiates them from native rangeland species.

As a coalition, we prioritize the inherent health of public rangelands above all other considerations.

Healthy rangelands are the basis which allow native wildlife to thrive and livestock to graze to support local communities and free ranging horses and burros and water quality to be sustained.

We would like to recognize a critical decision that the BLM should follow the stipulations of act, by offering animals deemed unsuitable for sale without limitation or humane euthanasia.

This was not an easy decision to make but represents your careful review of the current crisis.

We encourage the board to continue making decisions to move the needle towards the viable solution.

To ensure healthy rangelands for future generations the board should encourage the BLM and Forest Service to increase the number of animals removed from the range in order to restore rangeland habitat, and reemphasize their previous recommendation to both the secretaries of interior and Reiland culture to implement the management tools to sustain wild horse and burro populations within a reasonable amount of time.

Thank you for the opportunity to comment today.

>> KATHIE LIBBY: Thank you so much.

>> I sure am glad you got to me, because I need to go to the bathroom.

(Laughter)

>> I'm Former State Representative of Colorado, J Paul Brown.

And I'm a rancher from McNashville, Colorado, a member of the Colorado cattleman's association, Colorado farm bureau and others.

It's been said here this morning, or earlier, that we've got a crisis on our hands and I think that that's exactly what we have.

We've got -- we are going to have an ecological disaster if we don't do something and do something now.

I love horses.

Like everybody in this room, I love horses.

But I want them to be taken care of just like I do my own horses at home and my own livestock.

And so we have to manage the resources so that it is sustainable, and we've got to take these excess horses off of the range.

That's all we've got to do.

Your recommendation last year was spot on, and I encourage you to continue that.

We've got to do that to save the horses, to save the resources, to save our country.

Thank you.

>> Good afternoon, dear advisory board members.

Thank you for coming here.

I traveled almost four miles to get here from my ranch.

(Laughter)

I thought maybe someone would like that.

I am Richard Kanell, the vice president of the organization for the Colorado farm bureau and on behalf of our more than 25,000 members, we thank you for the recommendations that you made last year concerning unrestricted sales and euthanasia.

And we thank you for your representing your interests and we thank you for coming here and seeing a situation that is, as I would put it is not typical.

I have saw that term used in one of the other presentations.

It was already in my mind that that's appropriate to -- to characterize are the Little Book Cliffs situation.

I frequently over the last 36 years have traveled into all of the herd management areas in Colorado.

And continue to do so.

And let me tell you what you saw is not typical.

Number one, is the containment.

It's a contained area.

The other areas, including west Douglas and Piceance are not contained.

As was mentioned by John Hill earlier, one month ago I was on the west salt allotment which is part of this Grand Junction office, 25 miles west of here, northwest of here, and I learned and saw those herds -- horses that have come over the top of the Little Book Cliffs, almost in Utah, but coming over the top and coming into this area.

Some day this isn't going to be allow -- if we allow that to continue this won't be a contained area.

I have been in those areas as well and seen the degradation that the herds have caused the forage in those areas.

Thank you very much.

>> KATHIE LIBBY: Thank you, Richard.

Appreciate it.

So we literally have four people left, I will give you each of their names before we get started.

And much to his delight, our next speaker is Mark Winch, close, and following Mark is John Harris.

And then Lucy Powers and lastly, but not leastly, Jim Hyrup.

>> Good afternoon.

I'm Mark Winch.

I'm representing public lands council today, which represents 22,000 public lands ranchers in the greater west as well as the national cattleman's beef association today.

The national cattleman's beef association and the public lands council echo the comments of the national wild horse and burro rangeland management coalition, committed to the Wild Horse and Burro Advisory Board affirming reaffirmation of the management of the wild horses, streamlined practices that ethically and humanely reduce the number of wild horses and burros on federal lands through appropriate management levels.

Wild horse and burro populations already exceed levels which western rangelands can sustainably accommodate and their numbers continue to rise at an alarming rates of 15 to 20% annually.

Nearly 46,000 horses and burros currently occupy federal holding facilities bringing them dangerously close to capacity.

While NCBL and represent the horse as an icon of American west we reiterate that horses and burros are nonnative species on the western landscapes.

Per last September's recommendation, NCBA and BLC agree that BLM should follow stipulations of Wild Horse and Burro Act by offering all suitable animals long and short-term holding for sale or humane euthanasia.

Those deemed unsuitable for sale should be destroyed in the most humane manner possible.

While it's no less ethical or human than those of the same practice supported by both the Humane Society of the United States and PETA.

And on an estimated 1.5 million shelter pets each year.

Should wild horse and burro populations return to levels scientifically proven to be conducive to healthy animals and ecosystems --

>> KATHIE LIBBY: Mark?

>> Thank you.

>> KATHIE LIBBY: Thank you, sir.

>> I'm John Harris.

I'm veterinarian here in Grand Junction.

I have been here for 51 years and started as a large animal practitioner and since '79, we have been just doing horses only.

I have been in the Little Book Cliffs and I have seen the range.

I have seen the horses.

The horses are beautiful.

I treated some and just observed them and gone up there with my brother just to have a walk and get away.

I read an argue in a veterinary publication several years ago, and it was called "Hungry Horses, Hungry People."

At the time, I was on the board of practitioners or directors of the American association of equine practitioners and wild horses were always a topic of discussion at our meetings because of the tremendous expense of taking care of these horses, the AAP was not against humane euthanasia at that time.

Laws were passed by Congress shortly after that, requiring humane transport and euthanasia of the horses.

Most of those horses were taken to Mexico to slaughter houses that were inspected by a committee of vets from the United States.

Make sure they were killed and handled in a humane manner.

Other animals are part of the food chain and all animals deserve the same humane treatment.

Big changes have been made in the last several years.

A professor at Colorado state has stimulated big changes in the handling of livestock.

There has been a discussion in AAP of handling horses or calling horses livestock or companion animals it doesn't really matter.

All animals should be treated humanely.

>> KATHIE LIBBY: Thank you.

As Lucy comes up, my apologies.

So my apologies, there was a last page, and it was hiding and we found it.

Thank you.

So we have four more people after Lucy and Jim.

>> Great.

Lucy Powers and I'm so glad I came!

I wrote a letter.

It came by email and each of you should have it from me, if you don't I will send it again.

I addressed you.

I have been following the wild horses and you all since 2012.

And I have done a lot of research.

I have been a professional journalism person and always want the facts and want to dig deeper and there's a lot of deep stuff here, as most of us know.

My letter said you failed as a public business.

Stop and start over.

Get a mission.

Do it right.

This is not right, what's been going on.

It's a business.

And it can work, but you've got too many people pulling on -- pulling strings on you.

It's not honest.

It's not transparent.

I've had businesses.

I have been involved in the government and I would just -- if it were my business, the BLM, the way it's going, I would stop everything, and start over, regroup and do it right.

And that's all I really have to say.

>> KATHIE LIBBY: Thank you very much, Lucy.

And Jim Hyrup.

>> My name is Jim Hyrup.

I'm not here representing any different organization, or any other individual.

These are my thoughts and my thoughts only.

First of all, I would like to thank the whole board for all of their hard work and their dedication.

We need to pursue solutions for successful gathers.

Many of you view a successful gather as one that safely and as humanely as possible removed all targeted horses from a designated area.

All adoptable horses should then be placed in a holding facility as close to the gatherer site as possible.

We must then follow up with successful adoptions.

More successful adoptions may occur by educating the potential adopters prior to their adopting.

Adopters and their new mustang should go through a training program together.

We could make valuable -- make available, follow training, counseling and compliance

checks.

Of equal importance, we all have to be realistic and accountable regarding unadoptable horses and this requires considerable compromises.

We have taken horse from work animals to pets.

Pets that are uncountable challenges.

These challenges are crippling many segments of our government and society.

Through diligent work, compassion for horses and the people on the other side of the fence, we must and will find a workable solution.

All involved are going to have to compromise until it hurts.

We must save our western American heritage, the mustang.

Realistically, we cannot save or afford to save every mustang.

Many range where they done belong, and many are where they belong but there's no space for more.

>> KATHIE LIBBY: And now with my apologies to the last page, four more people.

We will start with -- I will try the last name.

Chris Colesh and then Lisa Rutledge and Mike Perry.

Come on up.

>> Thanks for the opportunity to provide comment today.

My name is Chris Coflesh, I'm with the white river and Douglas creek conservation districts which are located in the notice corner of Colorado up in Rio Blanco county.

We are home to the east Douglas and Piceance, but the current estimates there's over 800 horses in our county, and that's whether they are inside the HMA or outside or in the west Douglas HMA which has AML of zero.

Given the current production rates we could see 1600 horses by 2021.

We know we are not high up on the totem pole as far as numbers and all of that goes but we don't want to get that way.

So currently the wild horse and burro program under its current management is not sustainable, unless we implement all the tools provided through the act of '71.

The only solution big enough to address this issue, like I said to implement all the tools through the Wild Horse and Burro Act.

Some groups try to claim adoptions and fertility control will solve the problem, but reality is, we have the current adoption rate of 3,000 to 4500 and recruitment of 14,000 foals.

I went to school in Meeker but that math don't add up to me.

(Laughter)

We respectfully request that this board continue to support the hard decisions and big enough solutions that will truly address the situation this we are facing.

Thanks.

>> KATHIE LIBBY: Thank you very much, sir.

Patty Painter.

>> Thank you for this opportunity to give public input.

>> KATHIE LIBBY: Right into the microphone.

>> Thank you for this opportunity to give public input.

My name is Patty Painter, I'm from ridgeway, Colorado.

I used to have a mustang and a wild burro.

In the final weeks of World War II, general George pat top and Colonel Charles Reed, US Army risked their lives, reputations and standing in the military to save the Austrian Lipizzaner horses in Czechoslovakia from use, abuse and slaughter.

The Lipizzaner is a symbol of Austrian identity just as the mustang is a symbol of the American west today.

There's a place for living symbols.

These are pure blood animals but in terms of the freedom, the family bonds and wild, untamed spirit they represent.

Quality is this countries was founded and grown upon.

Now there are only small pockets of land where they remain, entrusted to the management of the BLM and competing with conflicting interests that also want use of that land.

There are -- these are the only species with the exception of some wildlife, that are protected somewhat by law.

This protection comes with a huge price.

Roundups, holding facilities and now possibly slaughter.

The wild horse and burro today are an endangered species.

You all know that horses are not cattle.

They have not been dumbed down through breeding for meat production and yet it appears they may become a commodity to earn their keep, so to speak.

There are numerous other humane options not sterilization for the treatment and the management of these living symbols can we put aside the individual and the special interest group agendas, look at the situation and problems without succumbing to economic and political pressure?

Think about the true value of these animals and follow the example from history when enemies, when they worked together -- can we lay down our arms?

>> KATHIE LIBBY: Thank you.

I appreciate it very much.

And Lisa.

>> I will be reading an except today from a book called "if there were courage" by David Glenn.

David was my neighbor in Colorado.

He died two years ago.

If he were with us, we would still be here.

Excuse me.

Why should one care?

Why?

What is it that can ignite the fire of compassion?

Perhaps it is the memory of debts unpaid to these beautiful creatures or perhaps it is simply the wild horse itself that offers a spark to the flame.

The flame that should never be extinguished, a flame that burns from both ends, the human and equine, only to meet in the middle, to mingle with one, the other, burning more brightly than each on its own.

To spend time with wild horses, is to spend time in the presence of magnificence.

As it is to turn back the clock, it is to see those who have offered us their backs in their natural state.

It is to see them beyond our desires and needs and it is to see them before their offering, before their acceptance, before our forgetfulness.

It is see them for what they are.

A more beautiful form in motion would be hard to imagine, with long, unkempt manes catching in the wind, wild eyes flashing and peering deeply into one's sole.

Unshod hooves, pounding the earth in blurred thunderous movement, every last ounce of their beings expressing their reality, a reality filled with wild grace, power and freedom.

And a power that draws us to them.

To experience the swift charge of a herd stallion as he bears down upon you with head tossing and nostrils flared to hold steady as he pulled up short, dirt exploding through the air and raining down at your feet.

To peer through the dust of the moment, your adrenaline surging only to see the intelligence and the promise of kindness behind the wildness in his eyes.

>> KATHIE LIBBY: I'm, I really, terribly do not want to interrupt that.

State once more what the name of the work is.

>> "If There Were a Truth," it's been David Glen.

I'm very much against slaughter.

There's nothing humane about slaughter.

>> KATHIE LIBBY: Thank you.

Mike berry.

>> My name is Mike Berry.

I'm in the range management business, and have been for the last 18 years.

I have been involved in agriculture my whole life, which is 70 something.

I have had horses all my life.

I like them as much as anybody.

Nobody wants to see all of these horses gone, but it's totally out of control.

I have done some work for BLM and Forest Service in places where there's horses and they can do a lot of damage.

In fact, they probably do more damage than any other domestic animal.

The wild horse act was signed, the BLM hasn't been able to take care of their obligations.

Every time they try to do something, somebody sues them, and stops the -- whatever they are trying to accomplish.

These horses have to get gathered down to the appropriate numbers according to their EA, but they can't do it because people who don't use logic or science, they use emotions to run their agendas.

Because the BLM's hands are tied, by these lawsuits, the act has done more damage to the wild horses, the feral horses I call them, than if the act had never been implemented.

And now it's against the law for ranchers to manage the herds the way they used to, and now we've got a bunch of inbred problems.

So thanks.

>> KATHIE LIBBY: Thanks, Mike.

Thank you very much.

And before we close for the day we have one more it's Mary Marky.

Are you here?

Come on up.

Sorry about that.

>> My name is Mary Marky.

I came here from Cave Creek, Arizona.

I'm a Vietnam War vet and register nurse for over 32 years now at a big community hospital in Phoenix, Arizona.

My husband -- thank you.

My husband was a World War II vet.

He lived by love lack, Nevada.

He joined the navy two weeks before he was supposed to graduate from high school.

As I was growing up, he told me many times about the horses running on the range.

Horses are very adaptable, very intelligent.

They are classified as farm animals, but pigs, cattle, goat, sheep, anyone that knows the horse knows that a horse is not anything like any of those.

Actually, recently, the horse was found to be more like the elephant.

They travel in familiar groups and they learn from memorization and once they learn something they never forget, unlike humans whose memory has to be refreshed at times to remember.

Some scientists believe that intelligence is based on the mass of the brain size.

The horse's brain size is one and a half to two pounds, that is the same size as a 12-year-old human brain.

There have been studies that show that horses can be taught to do math and to read.

Horses brains, however, developed in a different direction from humans.

That's not what they wish to do.

I work in the medical field.

I see hearts being taken out of dead humans and put into other humans to extend their life.

We talk on cell phones and almost every place in the world except two places I drove through on the way to get here.

(Laughter)

We have the Internet on there.

We have our whole work calendar on there.

We have cars now that can drive themselves.

Semitrucks that can drive themselves!

I find impossible to believe that if the humans will get together and put their predatory side aside, that we cannot find a way to save these horses.

Thank you.

>> KATHIE LIBBY: Thank you, Mary.

Okay.

(Applause)

So let's accept that as applause for all of you being here, presenting your opinions, your thoughts, your concerns.

It's been a wonderful afternoon and I will turn it back to Julie.

Went begin at 8:00.

>> DR. JULIE WEIKEL: Yell, we begin at 8:00 in the morning with more presentations and then the afternoon will be devoted to discussion on the part of the board which might or might not lead to new recommendations.

We will see.

I would also like to point out to those of you who made recommendations, we want to thank you for caring enough to come and do that.

Each of us in front of us has about a 9-inch pile of additional recommendations sent to the board.

There are literally thousands of them.

Thank you all.

See you tomorrow.

(End of session)

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Reiland, Michael J |
| **Cc:** | Shepherd, Alan B; Waddell, Holle |
| **Subject:** | Re: OMB Briefing Powerpoint |
| **Date:** | Wednesday, September 19, 2018 8:18:25 AM |
| **Attachments:** | FY20_OMB Briefing templates (WH&B) BHR.pptx |

Michael

Here are my comments on the powerpoint.

On Tue, Sep 18, 2018 at 3:35 PM Reiland, Michael <mreiland@blm.gov> wrote:

> Bruce/Alan/Holle,
>
> Please review and comment as necessary. I need to get this to WO-200 by about Noon EST Wednesday (9/19).
>
> Thanks,
>
> --
> Michael Reiland
> WO-260 Budget-Analyst
> 202-912-7261
> 202-794-2479

--
Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov



**Bureau of
Land
Management**

# 2020 OMB Program Briefing
## Wild Horse and Burro Management



Kristin Bail, Assistant Director
Resources and Planning Directorate
Division of Wild Horse and Burros
September 21, 2018

# Program Overview

- Increasing adoptions by offering more trained animals through partnerships with prisons and NGOs
- Currently over 4,000/year placed in private care good homes
- Reducing holding costs by acquiring more pastures to decrease animal numbers in expensive corrals.
- Research continues to develop more effective fertility control methods
- 90% of HMAs have populations that exceed target management numbers (AML)

**Bureau of
Land
Management**

# Major Accomplishments

- About 11,000 removals in Fiscal Year 2018
- About 5,000 private care placements (adoptions/sales) in Fiscal Year 2018
- Will have the lowest on-range growth rate since 2011-2012
- Will have highest number of private care placements since 2006
- Will have lowest unit cost for private care placements since 2009



**Bureau of Land Management**

# Historical Trends and Funding History



**Wild Horse and Burro Enacted Budget 2000-2020**

Legend: WHB Program Enacted Budget, OverTarget

PB Request



**Bureau of Land Management**

# Details of the 2020 Wild Horse and Burro Management Request

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (Target) | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Fixed Costs | Transfer | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | $000 | 75,000 | 66,719 | +670 | -8 | +171 | 67,552 | +833 |
| | FTE | 166 | 161 | | | 0 | 161 | 0 |

| | | 2018 Enacted | 2019 Pres. Budget | 2020 Budget Request (OverTarget) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 2020 OMB Target | Program Change | 2020 OMB Target | Change from 2019 |
| Wild Horse and Burro Management | $000 | 75,000 | 66,719 | 67,552 | +32,448 | 100,000 | +33,281 |
| | FTE | 166 | 161 | | +4 | 165 | +4 |

BLM_003465



**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Target: $67,552,000**

- – 500 animals would be gathered from the range
- – 2,000 animals would be placed into private care through adoptions, sales, or transfers
- – Fertility control treatments using PZP would be about 500. Treatments include darting only.
- – Anticipate sterilizing up to 100 animals,.
- – Surveys and Monitoring to prepare for future gathers will be conducted on about 5 HMAs.  Compliance inspections will be completed on about 200 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.
- – On-range populations in March 2020 will be approximately 107,500; off-range population at the end of FY 2020 will be approximately 49,500.

BLM_003466



**Bureau of
Land
Management**

# Details of the 2020 Wild Horse And Burro Management Request

**WH&B Over target: +$32.4M**

- 12,000 animals would be gathered from the range
- 6,000 animals would be placed into private care through adoptions, sales, or transfers
- Fertility control treatments using PZP would be increased to 2,000. Treatments include darting and animals treated during gathers and returned to the range.
- Anticipate sterilizing up to 3,000 animals, contingent on approval to use CX for this technique.
- Surveys and Monitoring to prepare for future gathers will be conducted on about 90 HMAs.  Compliance inspections will be completed on about 1,150 adopted animals, with special emphasis on animals adopted pursuant to the financial incentives to be adopted in 2018.
- On-range populations in March 2020 will be approximately 95,500; off-range population at the end of FY 2020 will be approximately 51,000.

BLM_003467

**Bureau of
Land
Management**

# Details of the 2020 Request cont.

| | 2018 | 2019* | 2020 (OMB Target) | 2020 (Over Target) |
|---|---|---|---|---|
| Adoptions/Sales | 4,500 | 4,500 | 2,000 | 6,000 |
| Fertility Control Vaccines | 1,000 | 1,000 | 500 | 2,000 |
| Spay and Neuter | - | 100 | 100 | 3,000 |
| Gathers | 11,500 | 5,000 | 500 | 12,000 |
| Surveys/Monitoring | 90 | 90 | 5 | 90 |
| Compliance | 1,150 | 1,150 | 200 | 1,150 |
| On-Range Population* | 82,500 | 89,500 | 107,500 | 95,500 |
| Off-Range Population | 52,100 | 55,000 | 49,500 | 51,000 |
| Budget | $75 million | $85 million | $67.5 million | $100 million |

* Assumes mid-point budget between House and Senate version of appropriations bill

BLM_003468

8

# Streamlining & Efficiencies

- Increasing Adoptions
  - Adoption Incentive Program
  - Increasing training opportunities
- Reducing Holding Costs
  - Strategic planning for moving animals from corrals to pastures
  - Increasing the number of pastures available (2019 solicitation)
  - Increased marketing and providing ways to make the submission process easier for interested parties