**Bureau of
Land
Management**

# Critical Factors & Future Trends

- No highly effective population growth suppression method available

- Few natural predators

- Increasing on-range population (even with increased removals)

- Continued intense public scrutiny of gathers and removals

- Litigation

BLM_002470

| | |
|---|---|
| **From:** | Tryon, Steve |
| **To:** | Shepherd, Alan B; Waddell, Holle |
| **Cc:** | Bail, Kristin M; Bartholomew, Thomas A; Rittenhouse, Bruce H |
| **Subject:** | Sending Adoption Incentive IM back to you one more time |
| **Date:** | Friday, October 19, 2018 9:15:19 AM |
| **Importance:** | High |

Alan/Holle,

I just routed this back to you one more time with the following note:

*Alan/Holle/Bruce, Kristin and I would like you to do two things on the prohibited parties language:*
*1. Broaden to include all immediate family members, and not just spouses and partners. Children and grandchildren of BLM employees pose opportunities for family gain, and that's something we ought to anticipate and cut off ahead of time.*
*2. Crosswalk the language in the IM on immediate family members and partners with which the BLM has a financial interest into the form itself. The form, after all, will be at the events. The IM will not. All of the prohibitions need to match the IM, and be clearly embedded in the form.*
*3. Share your final language with Debbie, so she can cross-walk it into the comms. plan. I think the prohibitions on family and partners should be loud and clear in the Comms plan.*

Thanks!

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5654
Washington, DC 20240
202-208-4896

BLM_003471

| | |
|---|---|
| **From:** | Collins, Deborah |
| **To:** | Winston, Beverly S |
| **Cc:** | Waddell, Holle; Lutterman, Jason W |
| **Subject:** | Re: Final Fact Sheet for Adoption Incentive, Sales Program and Online Corral |
| **Date:** | Monday, October 22, 2018 9:33:55 AM |
| **Importance:** | High |

Okie dokie. If y'all are good on calling this Final once I remove the one bullet, I'll just be waiting for Holle' to tell me we have an approved program. Last I heard, the IM was back on track but I haven't heard the new ETA to roll-out. The fact sheet will sent out electronically to the field for their local printing and usage and events. Jason will post to our website once the program is live. I would recommend it be an attachment to the press release y'all will send out to the State External Affairs Chiefs too.

I'll send you the new version once the bullet is removed. Thank you.

Hi Jason,

I think you said you could try and make the edit with the native files so we don't have to use up any of our contract marketing labor dollars. Please let me know if this isn't possible. Thanks!

So,


**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**


On Fri, Oct 19, 2018 at 9:25 AM Winston, Beverly <bwinston@blm.gov> wrote:
> Debbie, I have one change.
> One the page titled "three ways..."
> Please delete the bullet on "Purchase up to 25 animals."
> Also, I have not sent to WO100 yet. What's your schedule for printing?
> Jason, may have a change in the comms. Stay tuned, plesae.
>
> On Mon, Oct 15, 2018 at 7:23 PM Waddell, Holle <hwaddell@blm.gov> wrote:
> > Thanks Debbie! Looks good.
> >
> > Thank you,
> >
> > Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
> >
> > Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov
> >
> > "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood
> > 

On Mon, Oct 15, 2018 at 1:30 PM Collins, Deborah <dacollin@blm.gov> wrote:

Hi Ladies. Here's the final that will be posted to the webpage and used at events once the Adoption Incentive Program rolls out. Holle' said Bruce and Kristin have already reviewed and given the thumbs up. Thanks!

Hopefully, the IM will be signed soon.

**Debbie Collins/WHB Outreach Specialist**
**Bureau of Land Management - Washington Office/Off-Range Branch**
**201 Stephenson Parkway, Suite 1200, Norman, OK 73072**
**405-579-1861/918-625-5292/dacollin@blm.gov**

--

Bev Winston
Bureau of Land Management | Communications
202-208-6913 | bwinston@blm.gov

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Bail, Kristin M |
| **Cc:** | Waddell, Holle |
| **Subject:** | Adoption Incentive DTS surnamed |
| **Date:** | Wednesday, October 24, 2018 7:04:37 AM |

Kristin

I surnamed the Adoption Incentive IM and attachments. This version includes a list of those BLM relatives/dependents who are not eligible to participate. I think this should address the last questions. Let me know if any changes are needed. Thx

--
Bruce Rittenhouse

Acting Wild Horse and Burro Division Chief (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov

| From: | Sklar, Ryan M |
|---|---|
| **To:** | Waddell, Holle |
| **Subject:** | Re: Adoption Incentive IM |
| **Date:** | Wednesday, October 24, 2018 8:33:21 AM |
| **Importance:** | High |

Here are some minor edits to the end of the bullet point.



On Tue, Oct 23, 2018 at 6:08 PM Waddell, Holle <hwaddell@blm.gov> wrote:

Ryan -



Let me know if you have any feedback and thanks again Ryan.

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood

🔲

On Tue, Oct 23, 2018 at 3:43 PM Sklar, Ryan <ryan.sklar@sol.doi.gov> wrote:

Holle,

Here's what I think you should use:

On Mon, Oct 22, 2018 at 7:00 PM Waddell, Holle <hwaddell@blm.gov> wrote:

Ryan -

[REDACTED]

- [REDACTED]

- [REDACTED]

The language may be found in the attached draft IM for your reference. Please give me a call tomorrow to discuss.

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--

**Ryan Sklar**
Attorney-Advisor

Office of the Solicitor
U.S. Department of the Interior
202-208-3039


NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.


--

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039


NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Adoption Incentive Agreement |
| **Date:** | Wednesday, October 24, 2018 3:01:16 PM |
| **Attachments:** | Adoption Incentive Agreement 10.24.2018.docx |
| | WHB_Logo_Vector_WithText_color.tif |

Hi Holle,

Attached is the new version of the agreement with the edits we discussed. I also removed the WH&B watermark logo that was in the middle. The vector files are attached as well (tif. and jpg.)

Thanks

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | Middle Name: | Last Name: |
|---|---|---|
| Address: | City | State: |
| Zip Code: | Email Address: | |

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year:_____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I_____choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms below* **for all wild horses and burros adopted under this BLM Adoption Incentive Agreement.**

_____   I have read and understand the terms of adoption and prohibited acts.

_____   I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

_____   In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

_____   I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

_____   I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

_____   I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881), a completed Title Application (4710-18) and satisfying the Title Qualifications listed on page 2.

_____   I certify that I am not a BLM employee, immediate family member (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of a BLM employee or individual, family member of an individual, or organization receiving BLM funds either through a contract or agreement.

_____   I_____(Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM Adoption Incentive Agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

_____   Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature:_____BLM authorized officer:  _____

*(Continued on Page 2)*                                                                 *(Form 4710-25)*

BLM_003479

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(c) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy;

(d) Selling or attempting to sell a wild horse or burro or its remains;

(e) Commercially exploiting a wild horse or burro;

(f) Treating a wild horse or burro inhumanely;

(g) Violating a term or condition of the Private Care and Maintenance Agreement;

(h) Branding a wild horse or burro;

(i) Removing or altering a freeze mark on a wild horse or burro;

(j) Violating an order, term, or condition established by the BLM under this part.

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## INCENTIVE PAYMENTS & TITLE QUALIFICATIONS

Applicants participating in the BLM Adoption Incentive Program are required to comply with the Terms of Adoption identified above.

In order to receive the 1st incentive payment, adopters are required to submit an Adoption Incentive Agreement (4710-25) and the ACH Form (SF 3881) provided.

In order to receive the 2nd incentive payment, adopters are required to submit an Adoption Incentive Agreement (4710-25), the ACH form (SF 3881) and a completed Title Application (4710-18) per adopted animal.

If required documentation has been received, incentive payments should be expected within 60 days of both adoption and title dates.

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

(1) The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

(2) At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you will be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

(Form 4710-25, page 2)

| | |
|---|---|
| **From:** | Rittenhouse, Bruce |
| **To:** | Mark Brown |
| **Subject:** | Handout for meeting with Taylor |
| **Date:** | Thursday, October 25, 2018 8:33:04 AM |
| **Attachments:** | BLM - Wild Horse   Burro Management 20181023.docx |

Mark

Here is the Wild Horse 101 with additional information of ongoing current issues for today's briefing.  Let me know if you need anything else. I'll see you at 1:50.  I'll be in Tryon's office finishing up a conference call.

--
Bruce Rittenhouse
Acting Wild Horse and Burro Division Chief (WO-260)
20 M Street, Southeast
Washington DC  20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

**BUREAU:**    **Bureau of Land Management (BLM)**
**MEMBER:**    **General Interest**
**ISSUE:**       **Wild Horse & Burro Management**

**Key Points**

- The 2019 budget level under the current Continuing Resolution is $75 million for the Wild Horse and Burro (WH&B) Management program, same as the 2018 appropriations level.
- As of May 2018, the WH&B population on public lands was nearly 82,000 animals (with about 13,000 additional foals born in 2017), while the appropriate management level (AML) is 26,715. Most (85%) of the 177 herd management areas (HMAs) in 10 western states are above AML.
- Currently, the BLM has two population growth suppression tools available: animal removal and short-term contraceptive vaccines.
- Due to fiscal constraints of caring for unadopted/unsold animals, the BLM cannot remove as many animals necessary to achieve AML, and prioritizes removals in response to court orders, public health and safety concerns, emergencies where animals are imperiled, and other situations. However, in FY18, the BLM were able to remove over 11,000 animals from the range.  Some of these removals were funded with Greater Sage-Grouse funds and occurred in priority habitat.
- Off-range holding costs were nearly $50 million in FY18 to maintain about 46,000 unadopted WH&Bs, which is over 62% of the BLM's FY 2018 WHB Program budget. With the number of removals in FY18, the FY19 holding costs are anticipated to increase significantly.
- The cost of lifetime care of the animals (average lifespan off-range can be up to 30 years) currently in the BLM's off-range corrals and pastures will surpass $1 billion.  The BLM is looking at ways to reduce holding costs by adding more off-range pasture space and moving eligible animals to them quicker.
- The BLM is currently barred from using all the tools available under the Wild Free-Roaming Horses and Burro Act (WH&B Act), as amended to manage the WH&B population.
- The BLM is finalizes a new Adoption Incentive Program, which would include payments to adopters ($500 at the time of adoption and $500 at the time of title) of untrained animals.
- Warm Springs – BLM Oregon, Burns District is close to completing a gather of approximately 850 animals (primarily horses) in the Warm Springs HMA.  As part of this removal, as part of a research proposal, in partnership with USGS, a total of 100 mares will be spayed.  Of these 100, 30 spayed mares will be returned to the range to understand if there are behavioral differences between spayed mares and fertile mares for two years. The remaining 70 mares will remain in holding. The proposed spaying will occur in early December (delayed due to pending appeals and litigation).  Of the 850 animals removed 200 animals will be returned to the range as part of the behavioral study.
- Boone Springs, NV– Recently in northeastern Nevada a total of eight horses were humanely euthanized according to BLM policy due to poor body condition and no prognosis for life.  The horses were at Boone Spring, which occurs on Madeleine Pickens property. The euthanized horses were removed from her property and placed on public lands.  The carcasses were later found by Ms. Pickens employees and photographed in various stages of decay.  This incident, like many other wild horse incidents, has been misreported on social media and regular news outlets.
- Devil's Garden Gather – This Forest Service gather on the Modoc National Forest (NE California) is ongoing and planning to remove 1,000 horses.  Of those horses, approximately 700 (which are under 10 years old) will be shipped to the BLM Litchfield facility where they will be prepped and put up for adoption.  The remaining 300 animals, older than 10 years will be held at a recently constructed FS corral where they will be offered for adoption and/or sale.  After 60 days these horses will then be sold without limitations for as little as $1 per animals.

- Sales Instruction Memorandum – In July the BLM posted the revised policy on the sale of wild horses and burros.  The new policy now says that an individual/organization can purchase up 25 animals without approval by the Assistant Director (AD) and that there is no time restrictions for purchasers.  The previous policy was an individual who purchased more than 4 animals required AD approval and that sales greater than 4 animals could only occur every 6 months.  Many advocacy groups felt this change in policy was going to lead horses sold and then used for commercial purposes.

**Background**
- Under the WH&B Act, the BLM protects and manages WH&Bs in areas of western public rangelands.  The Act requires the removal of excess WHBs, which are made available for adoption or sale.
- The Act also requires that excess WH&Bs for which adoption demand by qualified individuals does not exist, be destroyed in the most humane way possible, and that animals more than ten years of age, or that have been offered unsuccessfully for adoption at least three times, be sold without any limitation.
- Congress currently includes language in appropriation bills preventing the use of these tools.  Annual appropriations riders from 1988 to 2004 and 2010 to present prevent the BLM from taking actions that result in the destruction of healthy animals or unrestricted sale.
- Since 1971, the BLM has adopted more than 235,000 WH&Bs.  In FY 2018, the BLM removed over 11,000 WH&Bs and placed over 4,600 into private care through adoptions and sales.

**Current Status**
- The President's FY18 and FY19 budget request included a proposal to eliminate annual appropriations language that restricts the BLM from using all authorities under the WH&B Act; however, the current FY20 request does not include this request.

Prepared by:   Mark Brown, BLM Legislative Affairs, 202-912-7424
Date:           October 25, 2018

BLM_003483

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Subject:** | Final Adoption Incentive Agreement |
| **Date:** | Thursday, October 25, 2018 11:54:32 AM |
| **Attachments:** | Adoption Incentive Agreement 10.25.2018.pdf |

File is attached

Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

BLM_003484

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: | Middle Name: | Last Name: |
|---|---|---|

| Address: | City | State: |
|---|---|---|

| Zip Code: | Email Address: | |
|---|---|---|

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year:_____ *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | | $ | | $ | | | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I_____choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

***Please initial the terms below for all wild horses and burros adopted under this BLM Adoption Incentive Agreement.***

_____ I have read and understand the terms of adoption and prohibited acts.

_____ I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

_____ In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

_____ I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

_____ I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

_____ I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881), a completed Title Application (4710-18) and satisfying the Title Qualifications listed on page 2.

_____ I certify that I am not a BLM employee, immediate family member (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew,    or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of a BLM employee or individual, family member of an individual, or organization receiving BLM funds either through a contract or agreement.

I_____(Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM Adoption Incentive Agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

_____ Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature:_____BLM authorized officer: _____

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(c) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy;

(d) Selling or attempting to sell a wild horse or burro or its remains;

(e) Commercially exploiting a wild horse or burro;

(f) Treating a wild horse or burro inhumanely;

(g) Violating a term or condition of the Private Care and Maintenance Agreement;

(h) Branding a wild horse or burro;

(i) Removing or altering a freeze mark on a wild horse or burro;

(j) Violating an order, term, or condition established by the BLM under this part.

Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopters are financially responsible for providing proper care;

(b) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(c) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(d) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(e) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(f) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(g) Adopters must dispose of remains in accordance with applicable sanitation laws;

(h) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(i) Adoption fees are non-refundable; and

(j) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be provided. A voucher is non-refundable; is valid for six months; can be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## INCENTIVE PAYMENTS & TITLE QUALIFICATIONS

Applicants participating in the BLM Adoption Incentive Program are required to comply with the Terms of Adoption identified above.

In order to receive the 1st incentive payment, adopters are required to submit an Adoption Incentive Agreement (4710-25) and the ACH Form (SF 3881) provided.

In order to receive the 2nd incentive payment, adopters are required to submit an Adoption Incentive Agreement (4710-25), the ACH form (SF 3881) and a completed Title Application (4710-18) per adopted animal.

If required documentation has been received, incentive payments should be expected within 60 days of both adoption and title dates.

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

(1) The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

(2) At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you will be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your application.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:            All District and Field Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program for untrained wild horses and burros.  The intent of this IM is to provide guidance relating to the administration of the adoption incentive program.  BLM managers retain discretion to determine how best to administer the adoption incentive program. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Mission Related:** This IM is directly related to the BLM mission by sustaining the health and productivity of public lands through placing wild horses and burros into private care.

**Policy/Action:**  The BLM has developed the Adoption Incentive Program (AIP) to increase the number of untrained wild horses and burros placed into private care through adoptions by offering financial incentives to defray initial costs, such as veterinary care, feed, and training associated with caring for a horse or burro. The AIP will encourage new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program and invest in animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- This AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into participants' bank accounts.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- BLM authorized personnel should ensure that adopters participating in AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel should not issue incentive payments for animals purchased.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program, $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually through the adoption incentive program; hold wever, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

2

- BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed report called *Required Inspections for Incentive Animals*.

- The BLM should disqualify any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2) from eligibility to participate in the AIP.

  - BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP based on the above reasons.

  - Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal that was returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the adoption incentive program.

**Incentive Program Process**

**Step 1:** At the time of adoption, BLM staff should ask the adopter if they intend to participate in the AIP.

NO – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA) and the adoption fee.

YES – BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  BLM authorized personnel should also obtain an approved adoption application, a PMACA and the adoption fee.

**Step 2:** BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** BLM staff complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive Wild Horse and Burro Program System (WHBPS) Guide (Attachment 1), build the official file, and compete the record.

3

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopters bank account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, all **required** paperwork should be completed (according to the examples provided) and included with the payment packet submitted to the NOC within 10 days.

The following required paperwork *should be **COMPLETELD** and submitted to the NOC:*
- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - Signed and dated by Adopter
    - Signed and dated by BLM Authorized Officer
    - Identify 1st payment with amount
    - Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - Signed and dated by Adopter
    - Banking information must be included. Social Security information must be included to process EFT.
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - Signed and dated by Adopter
    - Signed and dated by BLM Authorized Officer
    - Identify 2nd payment with amount
    - Ensure contact information is complete and legible. (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment.)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - Signed and dated by Adopter
    - Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - Signed and dated by Adopter
    - Completed, signed and dated by certifying individual

Once the required paperwork is completed, please mail (return receipt) or fax the paperwork to the contact information listed below:

National Operations Center (NOC) Contact Information:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047
Fax Number: 303-236-2531

4

The recipient should expect payment within 60 days, allowing additional processing time. If BLM staff has any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50% of the program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff that all possess diversified experience. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle' Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

Kristin Bail
Assistant Director
Resources and Planning

4 Attachments
      1 -   Adoption Incentive WHBPS Guide (2pp)
      2 -   Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
      3 -   Adoption Incentive Ineligibility Letter (1pp)
      4 -   ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_003491

6

BLM_003492

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Adoption Incentive IM |
| **Date:** | Tuesday, October 30, 2018 11:02:45 AM |
| **Importance:** | High |

OMFG!

On Tue, Oct 30, 2018 at 10:38 AM Waddell, Holle <hwaddell@blm.gov> wrote:

These edits Amanda and Stephanie.

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--

Bruce Rittenhouse

Acting Division Chief. Wild Horses and Burros (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Waddell, Holle |
| **Subject:** | Re: Verbiage we discussed |
| **Date:** | Tuesday, October 30, 2018 3:51:52 PM |
| **Importance:** | High |

Holle, how's this? I actually increased the length by a few words....

The purpose of the Adoption Incentive Program is to increase the number of wild horses and burros placed into private care through offering financial incentives to adopt untrained animals. Increasing the placement of adopted animals into good, caring homes is of critical importance to the BLM. Failure to adhere to the terms of adoption set forth in the Private Maintenance and Care Agreement, the Adoption Incentive Agreement or failure to adhere to prohibited acts as defined by 43 C.F.R. Part 4700, will result in ineligibility to participate in the Adoption Incentive Program.

You are no longer eligible to participate in the AIP due to...

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program, On-Range Branch
Bureau of Land Management
Office: (775) 861-6614
Mobile: (202) 304-0967

Visit us online:
www.BLM.gov/WHB


On Tue, Oct 30, 2018 at 1:13 PM Waddell, Holle <hwaddell@blm.gov> wrote:
> Jason - I think I may have simplified the text when attempting to send it to you. Please let me know if this is succinct and clear.
>
> - The purpose of the Adoption Incentive Program (AIP) is to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives. The placement of animals into private care is of critical importance to the BLM as well as the health and safety of adopted wild horses and burros. As a consequence for failure to adhere to the prohibited acts, terms of adoption set forth in 43 C.F.R. Part 4700, or terms of the adoption incentive agreement that you signed, you are no longer eligible to participate in the AIP.
>
> Thank you,
>
> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |
>
> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov
>
> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:           All District and Field Officials

From:         Assistant Director, Resources and Planning

Subject:      Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:** The BLM has developed the AIP to increase the number adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and/or organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program, and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into adopters' financial institution account.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel should may not issue incentive payments for animals purchased.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the incentive program; $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild horse and Burro Program System (WHBPS) report titled "*Required*

2

*Inspections for Incentive Animals"*. These reports will be available to BLM employees after the animal information is entered into WHBPS.

- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

    o  BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP.

    o  Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2: The** BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1), build the official file, and complete the record.

3

BLM_003497

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopters financial institution account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, BLM authorized personnel should ensure completion of all **required** paperwork (according to the examples provided) and include with the payment packet submitted to the NOC within 10 days from the time the BLM authorized personnel enters the data and builds the file.

The following required paperwork should be **COMPLETED** and submitted to the NOC*:*
- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible (*IMPORTANT*: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Financial institution information must be included. Social Security information must be included to process EFT
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible (*IMPORTANT*: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

      National Operations Center (NOC) Contact Information:
      BLM National Operations Center
      Accounts Payable Building 50 OC-622
      Denver Federal Center, PO Box 25047
      Denver, CO 80225-0047

4

Fax Number: 303-236-2531

The recipient should expect payment within 60 days.
If BLM authorized personnel have any questions, please contact the NOC at
blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of
jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and
allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and
made them available for adoption, placing more than 235,000 animals into private care. Placing
animals into private care is a vital component of the WHB program. Although the program has
seen an increase in the number of animals placed into private care in recent years, it does not
equal the number of animals removed from the range.  As a result, the feed and care of the
animals removed from the range continue to consume over 50 percent of the program's budget.
Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be
dedicated to other aspects of managing wild horses and burros. The BLM identified several
options to increase the number of animals placed into private care in a report to Congress,
*"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April
2018. It included offering financial incentives to find homes for wild horses and burros,
launching new programs and building on successful partnerships that facilitate private care
placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and
Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists,
Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center
Staff and the Interior Business Staff; and the United States Department of Agriculture Animal
and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the
Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief,
Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
    1 -  Adoption Incentive WHBPS Guide (2pp)
    2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
    3 -  Adoption Incentive Ineligibility Letter (1pp)
    4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

5

6

BLM_003500

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Schneider, Margaret N |
| **Cc:** | Tryon, Steve; Waddell, Holle |
| **Subject:** | Re: adopters |
| **Date:** | Saturday, November 3, 2018 3:40:56 PM |
| **Importance:** | High |

Margaret

I talked with Holle` today and understand that you and her discussed this this her at the Meadowwood event today. Hopefully Holle` answered your questions. Do you think it is ready for AD signature, if not we will make any needed edits. We want to make sure the IM and supporting attachments are all correct before we begin implementation.

A second option is that there is a briefing scheduled for 16 November about wild horse and burro IM's. We weren't planning on discussing the Adoption Incentive IM at this briefing since we figured it would be signed by then. If you would like we could include this IM to answer any remaining questions leadership may have at that time in addition to the other IMs we want to brief. The other option is we can schedule a separate briefing specifically for the Adoption Incentive IM. I will be acting for Steve on Monday and Tuesday so I will be at MIB.

Thanks.

On Fri, Nov 2, 2018 at 1:34 PM Schneider, Margaret <mschneider@blm.gov> wrote:
> Do our regs specify whether you have to be a citizen to receive an adoption incentive? I want to be sure that we will not be paying foreign governments. I trust that is in the small print somewhere?


--
Bruce Rittenhouse
Acting Division Chief. Wild Horses and Burros (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Rittenhouse, Bruce H; Reiland, Michael J |
| **Cc:** | Waddell, Holle; Shepherd, Alan B; Deborah Collins |
| **Subject:** | Re: Wild horse and Burro tps |
| **Date:** | Monday, November 5, 2018 6:10:55 PM |
| **Attachments:** | draft110518_WHBnatlTPs.docx |
| **Importance:** | High |

Hi Bruce,

Thanks for the call today. I adjusted and added to the TPs. I've reached out for more information on our darting efforts in Colorado which could help "color" these talking points with examples, but that may have to wait for the next version since Jeff is asking for these sooner.

I made some minor changes throughout the document and implemented the edits I got from Debbie, but I highlighted the major additions for your review. Also added a section in the back on livestock.

Michael, could you also take a look at this talking point and let me know what you think? I took your $3,000 cost to gather-treat-release a mare and multiplied that by about 37,000 mares and rounded. I assumed 10% of the population would be infertile (too young, too old).

> It costs approximately $3,000 to gather, treat and release one wild mare using the best available vaccine, which can prevent pregnancy for 1-2 years. It would cost up to approximately $110 million annually if the BLM were able to gather, treat and release every fertile mare on the range.

Thanks
Jason

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program, On-Range Branch
Bureau of Land Management
Office: (775) 861-6614
Mobile: (202) 304-0967

Visit us online:
www.BLM.gov/WHB

On Sat, Nov 3, 2018 at 6:15 PM Rittenhouse, Bruce <brittenh@blm.gov> wrote:

> Jason
>
> Lets talk more about this as well. I am wondering if we can add other talking points and include some of the real arguments we hear the advocates spew, such as livestock vs horses, fertility control. Our talking points for the most part just give data (which is good) but we need to better tell our story. Plus, not sure how much we

want to talk about spaying at this moment, but keep it more generic to population growth suppression. I maybe just too naive with communications to tell our story in a better way.

On Thu, Nov 1, 2018 at 5:42 PM Lutterman, Jason <jlutterman@blm.gov> wrote:
  Hi All,

  I've been asked to pull together program-wide talking points for DOI and (hopefully) to be distributed to BLM PAOs. These are all basic talking points, most of which have been used/approved in some form at some point. Please let me know any edits as soon as you can.

  Thanks,
  Jason

  --
  Jason Lutterman
  Public Affairs Specialist
  National Wild Horse and Burro Program, On-Range Branch
  Bureau of Land Management
  Office: (775) 861-6614
  Mobile: (202) 304-0967

  Visit us online:
  www.BLM.gov/WHB

  ---------- Forwarded message ---------
  From: **Jeff Krauss** <jkrauss@blm.gov>
  Date: Tue, Oct 30, 2018 at 3:19 PM
  Subject: Wild horse and Burro tps
  To: <jlutterman@blm.gov>
  Cc: <brittenh@blm.gov>, <stryon@blm.gov>

  Jason,
  DOI communications has asked for a set of wild horse and Burro talking points that they can use as well as BLM PAOs to address the general media issues. The talking points should be cobbled together from previous material. The subheading should be:
  General TPS
  Budget
  Sales IM
  Research
  Spaying
  Long term holding
  Adoptions/ adoption incentives
  Euthanasia

BLM_003503

Let me know if I missed anything. Thx.

--
Bruce Rittenhouse
Acting Division Chief. Wild Horses and Burros (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

Wild Horse and Burro Program
National Talking Points
As of 11/1/2018

**KEY MESSAGES**

1. **Chronic wild horse and burro overpopulation is damaging to the long-term health of the herds and the land on which they depend.** With few natural predators, a rapid growth rate and limited available management tools, nearly every wild horse and burro herd on public lands is overpopulated.

2. **Adoptions and sales have not kept up with population growth, and the BLM must feed and care for unadopted and unsold wild horses and burros.** It costs BLM nearly $50 million every year to care for animals in off-range holding facilities.

3. **The BLM is taking action where it can to reduce overpopulation and program costs.** The BLM has focused on transferring animals from corrals to more cost-effective pastures, boosting adoptions and sales through a new website and financial incentive program, and investing in research to develop better fertility control tools.

4. **The BLM is committed to working with the public, our partners, state and local governments and Congress** to develop innovative and humane solutions that can help put BLM's Wild Horse and Burro Program back on a sustainable track.

**CURRENT SITUATION and OUTLOOK**

- More wild horses and burros roam public lands than at any point since the Wild Free-Roaming Horses and Burros Act was passed in 1971.

- Since receiving Federal protection in 1971, wild horse and burro populations on public lands have soared, far exceeding what is healthy for the land and the animals. With virtually no natural predators, herds can double in size in just four years.

- As of March 2018, the BLM estimated public rangelands were home to nearly 82,000 wild horses and burros, which is more than three times what the land can sustainably support in the long term (the recommended number is 26,690 animals). In 2017 alone, the population grew by more than 9,000 animals.

- The BLM cannot reduce overpopulated herds across the West through the use of fertility control vaccines alone. Just to stabilize the population, the BLM would be required to gather nearly all the wild horses on the range every year for treatment and release.

- <mark>Doing nothing is not an option –</mark> the adverse effects of overpopulated wild horse and burro herds is tremendous. Overgrazing damages the land and invites invasive species, while the health of the animals is put at risk as herd size outpaces what the land can support.

- <mark>Removing other species from the range (i.e., permitted livestock, wildlife) and dedicating more forage to rapidly growing wild horse herds would only kick the can down the road and exacerbate the challenge for future generations.</mark>

- In FY2018, the BLM gathered more than 11,500 animals from overpopulated herds – more than any year since 2002 – including nearly 3,000 animals that were in an emergency situation due to lack of water or food.

- As more wild horses and burros leave overpopulated herd management areas in search of forage and water, increased conflict with private land owners and collisions with vehicles are endangering human lives and property. For example, there have been at least 400 vehicle collisions with wild horses in Nevada over the past decade.

**SUMMARY of ONGOING MANAGEMENT EFFORTS**

- <mark>The BLM is taking action where it can to reduce overpopulation on the range and put the Wild Horse and Burro Program back on a sustainable path, but options are limited for managing and protecting the rapidly growing herds of wild horses and burros.</mark>

- Starting in 2015, the BLM began investing $11 million to develop new tools for managing wild horses and burros, including longer-lasting birth control and safe and humane methods to spay and neuter wild horses.

- The BLM is taking steps to stimulate public demand for wild horses and burros. A new Online Corral website provides a better way to adopt or purchase a wild horse or burro on the Internet and, starting late 2018, the Adoption Incentive Program will provide up to $1,000 to adopt an untrained wild horse and burro.

- The BLM has prioritized and increased the transfer of wild horses from off-range corrals to off-range pastures, which provide a free-roaming environment for wild horses while reducing costs to taxpayers.

- The BLM will continue its efforts to train more wild horses and burros for placement into good homes through the help of our partners and contractors.  For example, the BLM's partnership with the Mustang Heritage Foundation has helped train and place more than 11,000 animals into good homes since 2007.

**BUDGET**

- Despite the BLM's Wild Horse and Burro Program annual budget increasing from $20 million in 2000 to $81 million in 2017, there are now nearly three times the number of animals the land and resources can sustainably support – 81,951 animals as of March 1, 2018.

- Every year BLM spends close to $50 million, or two-thirds of the Wild Horse and Burro Program Budget, to provide feed and care for nearly 45,000 unsold and unadopted wild horses and burros in off-range facilities.

- High costs to care for unadopted and unsold animals have limited BLM's ability to manage population growth and conduct other activities vital to maintaining a healthy horse and burro population that is in balance with land's capability to maintain them.

- The cost to care for just the animals currently in BLM facilities is estimated to reach $1 billion over the animals' lifetimes.

- While the FY19 budget proposal requests a budget decrease for the program, it is notable that managing this program at any budget level is extraordinarily challenging.  As a federal agency, we are obligated to use taxpayer funds wisely and the proposed budget reduction is in line with what other federal programs are undergoing.

**FERTILITY CONTROL**

- In a 2013 report to the BLM, the National Academy of Sciences found that no highly effective, easily delivered, and affordable fertility-control methods are available for management of wild horses.  The BLM continues to use the fertility-control vaccine PZP where possible to help slow population growth of wild horse herds, which can reach 15-20% each year.

- It is infeasible to manage wild horses through fertility control alone.

- Though fertility control can slow population growth in some cases, it cannot quickly reduce overpopulation. For example, it took approximately 13 years of continued and intense fertility control use on the National Park Service's Assateague Island herd of horses before the overpopulation began to fall. Most BLM wild horse herds are already overpopulated and are not as approachable as the Assateague Island horses.

- It costs approximately $3,000 to gather, treat and release one wild mare using the best available vaccine, which can prevent pregnancy for 1-2 years.  It would cost up to

approximately $110 million annually if the BLM were able to gather, treat and release every fertile mare on the range.

- The BLM also applies a shorter-lasting vaccine via ground-darting programs in seven smaller HMAs (Colorado, Montana, Utah, and Wyoming) where the wild horses are approachable enough for darting. PZP can prevent pregnancy in wild mares for up to one year before a booster is required, though identifying, tracking and ground-darting individual mares every year is not possible in most HMAs due to size and the remote location of the horses.

- BLM has supported the development of a contraceptive agent for wild horses since 1978, and we're committed to using available fertility control vaccines to slow wild horse population growth where they can be effective.

- Since 2012, the BLM has treated more than 4,000 wild horses with fertility control in an attempt to slow population growth on the range.

- Though fertility-control vaccines like PZP can be useful tools for stabilizing and slowing population growth in small HMAs, a diverse set of tools is needed to ensure healthy herds and healthy rangelands across the West.

**RESEARCH**

- BLM uses the latest science in its efforts to ensure that viable populations of wild horses and burros can thrive on healthy public rangelands. For example, the BLM uses science to monitor rangeland vegetation, soils, water, wildlife habitat, and the effects of wildfire.

- The BLM has supported the development of an effective contraceptive agent for wild horses since 1978.

- In 2014, BLM released a solicitation for research projects to develop new or improve existing population growth suppression methods for wild horses. Research projects were reviewed and recommended by an NAS panel of experts in 2015 and are consistent with recommendations made to the BLM by its Wild Horse and Burro Advisory Board. The BLM has also reviewed and funded additional research projects since 2015.

- Since launching 21 projects in 2015, the BLM has continued to support innovative research with universities and the U.S. Geological Survey that can help improve wild horse and burro management moving forward. For example, the BLM supports research with universities to develop better, longer-lasting fertility control vaccines and safe and humane methods to spay and neuter wild horses.

**SPAYING**

- The BLM seeks a variety of tools and options to manage wild horse and burro population growth, including spaying and neutering wild horses to slow population growth and require fewer removals of animals from the range.

- As part of our efforts to find innovative and humane solutions to the growing overpopulation of wild horses and burros on public lands, the BLM is pursuing a project to determine the safety and feasibility of spaying wild horse mares and what impact that could have on behavior and band dynamics after they are returned to the range.

- The proposed procedure, ovariectomy via colpotomy, is supported by the American Association of Equine Practitioners and takes approximately 15 minutes to complete per animal.

- Wild horses that undergo the procedure will be placed under standing sedation and receive local anesthesia and pain relief medication. Animals will be monitored for signs of discomfort for up to seven days in corral pen.

- On August 8, Colorado State University withdrew from the proposed project to evaluate a safe and humane method of spaying wild horses in Oregon's Warm Springs herd, where the wild horse population is rapidly outgrowing the available water resources and is faced with a growing risk of death from water starvation.

    o The BLM is continuing the project through its partnership with U.S. Geological Survey to assess behavior impacts of spayed mares after they have been returned to the Warm Springs herd management area.

- By spaying wild horses and returning them to the range, the BLM can slow population growth while reducing the need and frequency of gathers.

**OFF-RANGE HOLDING**

- In caring for excess animals removed from the range, the BLM maintains a network of off-range corral facilities to prepare animals for private care, and a network of off-range pastures where unadopted and unsold animals live the rest of their lives.

- The BLM has prioritized and increased the transfer of wild horses from off-range corrals to more BLM-contracted off-range pastures.

- Off-range pastures provide a free-roaming environment for unadopted and unsold wild horses to live their lives, while saving costs for taxpayers. Most are located in the Midwest and Great Plains, where horses can be cared for at a more cost-effective rate.

- On average, it costs approximately $2 per horse per day to maintain the animal at an off-range pasture, compared to $5 per animal per day in a corral. Animals on pastures are not generally available for adoption or purchase.

- As of November 2018, there were more than 36,000 unadopted and unsold wild horses on 328,000 acres across 35 pastures in the Midwest and Great Plains, and more than 13,000 wild horse and burros currently in 24 off-range corral facilities available for adoption or purchase.

- Because off-range pastures are contracted on private land, most facilities are closed to the public though the BLM offers an annual tour.  Three public off-range pastures are open to public visitation.

**ADOPTION INCENTIVE –as of 11/5/18**

- The BLM is excited to launch an innovative new approach to increase adoptions of untrained wild horses and burros.

- With more than 45,000 wild horses and burros in BLM facilities, which cost taxpayers nearly $50 million every year, the BLM Adoption Incentive Program focuses on reinvigorating the demand for untrained wild horses and burros so that more animals can find good homes.

- The Adoption Incentive Program encourages and motivates new and repeating adopters and organizations to adopt an untrained wild horse or burro by providing a $500 incentive within 60 days of adoption and an additional $500 at the time of title eligibility.

- Each wild horse or burro adopted with a financial incentive saves the taxpayer up to $25,000 if that animal would have otherwise remained on a BLM pasture.

- All untrained wild horses and burros are eligible for the incentive regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

**SALE POLICY**

- Wild horses and burros that are over 10 years of age or have been offered for adoption at least three times are eligible for direct sale. Unlike an adopted animal, a purchased animal's ownership is transferred immediately from the U.S. Government to the purchaser upon signing the Bill of Sale.

- Whether a horse or burro is purchased or adopted, the BLM carries through its responsibility for protecting the welfare of each animal.

- The May 24, 2018, Instruction Memorandum (IM-2018-066) "Guidance for the Sale of Excess Wild Horses and Burros" provides internal guidance for what is considered a sale-eligible animal.  The new policy in no way changes the obligations and authorities clearly dictated by Congress.

- The changes in how the sale program is administered are designed to make it easier for organizations to partner with the BLM and support wild horses and burros.  We sell multiple animals to groups that then train and sell them to good homes.  The IM simply facilitates those types of partnerships.

- Secretary Zinke has made it abundantly clear that he does not support slaughter or euthanasia of healthy wild horses and burros.

- The agency continues to manage wild horses according to congressional direction in the Wild Free-Roaming Horses and Burros Act of 1971, Federal Land Policy and Management Act of 1976, and further guidance included in annual appropriations bills, including prohibition on the unrestricted sale or euthanasia of healthy wild horses and burros.

- Potential buyers must submit an application that describes specifically where the animals will be kept and how the animals will receive humane care – adequate space, feed and watering, veterinary care, etc.

- The sales application also requires the buyer to attest that they will provide humane care and will not sell or transfer ownership of any animal to any person or organization that intends to resell, trade or give them away for processing into commercial products.  These terms are also restated in the bill of sale a buyer signs.

- BLM authorized officers are still required to carefully review each and every application to ensure the application meets the BLM's standards for humane care of the animal.

- The Sale Policy requires approval from the BLM Assistant Director for Resources and Planning for each application that seeks to purchase more than 25 animals. The previous policy required the Assistant Director to approve the purchase of more than four animals within a six-month period.  In addition, the new sale policy lifts any time limits on how frequently applications may be submitted.

- A price of $25.00 is set for an animal that has received no training.  The price for an animal who may have received some training is $125.00.

- BLM Wild Horse and Burro Program provides a toll-free number (866-468-7826) and email address (wildhorse@blm.gov) to assist the public and horse auction facilities in confirming title status before a business transaction occurs.

**EUTHANASIA**

- BLM policy permits humane euthanasia as a last resort and act of mercy in instances where wild horses and burros are suffering and cannot be saved.

- When performing humane euthanasia of a sick, lame or injured wild horse or burro, BLM policy adheres to protocols as outlined by the American Veterinary Medical Association in their Guidelines for the Euthanasia of Animals: 2013 Edition.

  o Two methods are approved for use: 1) injection of a lethal dose of a barbiturate derivative such as sodium pentobarbital solution, or 2) gunshot to the brain of an animal that is calm and still, or humanely-restrained. Alternative methods may be used if an animal cannot be restrained.

- The BLM does not euthanize healthy wild horses or burros, nor does the BLM euthanize animals as a "management" practice – only as an act of mercy to end an animal's suffering.

**APPROPRIATE MANAGEMENT LEVEL**

- As part of its efforts to manage for healthy wild horses and burros on healthy rangelands, the BLM establishes an appropriate management level, or AML, for each wild horse and burro herd management area. AML is the level at which the horse or burro population is in balance with what the resources of the land can support.

- The BLM establishes AML in an open, public process through the development of land-use plans or in land-use plan implementation decisions. These land-use plans are the means by which the BLM carries out its core mission, which is to manage public lands for multiple uses, according to law, while protecting important resources.

- In setting AML, the overall goal for the BLM is to ensure healthy horses thrive on healthy rangelands for the long-term.  As part of a land-use plan, AML is determined after the evaluation and analysis of rangeland resource and population data spanning several years, including data relating to actual use, vegetation and soil types, weather and water quality.

- In setting allowable animal unit months (AUM) for livestock grazing, the BLM compiles information on the actual use of the land, including by horses, livestock and wildlife. The BLM also takes into account the number of livestock, grazing intensity, time of year and length of time they spend on public lands.

**LIVESTOCK vs. WILD HORSES**

- The BLM is responsible for the management of America's public lands for multiple uses, including as habitat for wildlife as well as more traditional uses of public lands, such as for livestock grazing.

- Livestock grazing on public lands is heavily managed. The BLM set terms and conditions for grazing on BLM-managed land (such as stipulations on forage use and season of use) through the issuance of permits and leases to public land ranchers.

- The BLM is required to manage public lands for multiple uses and sustained yield. Simply removing livestock from the range and dedicating more resources to wild horses will exacerbate the challenge in the future when more wild horses and burros are put at risk of starvation or thirst and there is no additional forage or water to allocate to them.

- Livestock grazing on BLM-managed land has declined by 35 percent since 1971 (when Congress passed the Wild Free-Roaming Horses and Burros Act) -- from 12.1 million Animal Unit Months (AUMs or forage units) to 8.7 million AUMs in 2016.

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Smith, Linda H |
| **Cc:** | Waddell, Holle; Reiland, Michael J; Bail, Kristin M; Tryon, Steve |
| **Subject:** | Adoption Incentives |
| **Date:** | Tuesday, November 6, 2018 7:56:55 AM |

Linda

As you are aware the Wild Horse and Burro Program has been developing a new way to provide incentives for those who adopt untrained wild horses and burros. The draft IM is close for signature and a communications plan and press release will follow soon after the IM is signed.

One question that hasn't been considered is whether BLM can implement this incentives program under a Continuing Resolution. New Mexico has been providing incentives as a "pilot" project for the a number of years so it already has been implemented. The WHB program is now planning to expand the adoption incentive process bureau-wide. In addition, the BLM has been funding, through its partnership with MHF, incentive payments to individuals who train horses that are eventually adopted or purchased. As mentioned above, this new IM only applies to untrained animals.

Kristin suggested I contact you regarding this. The question is if the spending related to this policy would be considered "new" under Continuing Resolution spending (which would mean waiting for Congress to pass a full year budget before implementation can occur) or if we could implement it immediately.

Thanks.

--
Bruce Rittenhouse
Acting Division Chief. Wild Horses and Burros (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:             All District and Field Officials

From:           Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:** The BLM has developed the AIP to increase the number adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and ~~/or~~ organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program, and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the ~~program~~ AIP and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

> **Commented [JH1]:** Or do we mean WHB program? Specify what program is being referenced.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into adopters' financial institution account.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel should may not issue incentive payments for animals purchased.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the AIPincentive program; $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

    o The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

    o The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees and/or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild horse Horse and Burro Program System (WHBPS) report titled

2

"*Required Inspections for Incentive Animals.*" These reports will be available to BLM employees after the animal information is entered into WHBPS.

- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

  - BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP.

  - Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **<u>NOT</u>** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Formatted:** Font: Not Bold

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1), build the official file, and complete the record.

3

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopter's financial institution account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, BLM authorized personnel should ensure completion of all required paperwork (according to the examples provided) and include with the payment packet submitted to the NOC within 10 days from the time the BLM authorized personnel enters the data and builds the file.

The following required paperwork should be **COMPLETED** and submitted to the NOC:
- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - Signed and dated by Adopter
    - Signed and dated by BLM Authorized Officer
    - Identify 1st payment with amount
    - Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - Signed and dated by Adopter
    - Financial institution information must be included. Social Security information must be included to process EFT
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - Signed and dated by Adopter
    - Signed and dated by BLM Authorized Officer
    - Identify 2nd payment with amount
    - Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - Signed and dated by Adopter
    - Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - Signed and dated by Adopter
    - Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

National Operations Center (NOC) Contact Infomation:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047

4

Fax Number: 303-236-2531

The recipient ~~should~~ may expect payment within 60 days.
If BLM authorized personnel have any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the WHB program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50 percent of the WHB program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
    1 -  Adoption Incentive WHBPS Guide (2pp)
    2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
    3 -  Adoption Incentive Ineligibility Letter (1pp)
    4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

5

6

BLM_003520

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:             All District and Field Officials

From:           Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:**  The BLM has developed the AIP to increase the number adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program, and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into adopters' financial institution account.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel should may not issue incentive payments for animals purchased.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the AIP; $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required*

2

*Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

   o BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters no longer eligible to participate in the AIP.

   o Adopters who relinquish an animal but retain other animals participating in the AIP remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1), build the official file, and complete the record.

3

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopter's financial institution account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, BLM authorized personnel should ensure completion of all required paperwork (according to the examples provided) and include with the payment packet submitted to the NOC within 10 days from the time the BLM authorized personnel enters the data and builds the file.

The following required paperwork should be **COMPLETED** and submitted to the NOC:
- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Financial institution information must be included. Social Security information must be included to process EFT
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

> National Operations Center (NOC) Contact Information:
> BLM National Operations Center
> Accounts Payable Building 50 OC-622
> Denver Federal Center, PO Box 25047
> Denver, CO 80225-0047

4

Fax Number: 303-236-2531

The recipient may expect payment within 60 days.
If BLM authorized personnel have any questions, please contact the NOC at
blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of
jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and
allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and
made them available for adoption, placing more than 235,000 animals into private care. Placing
animals into private care is a vital component of the WHB program. Although the WHB program
has seen an increase in the number of animals placed into private care in recent years, it does not
equal the number of animals removed from the range.  As a result, the feed and care of the
animals removed from the range continue to consume over 50 percent of the WHB program's
budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to
be dedicated to other aspects of managing wild horses and burros. The BLM identified several
options to increase the number of animals placed into private care in a report to Congress,
*"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April
2018. It included offering financial incentives to find homes for wild horses and burros,
launching new programs and building on successful partnerships that facilitate private care
placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and
Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists,
Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center
Staff and the Interior Business Staff; and the United States Department of Agriculture Animal
and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the
Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief,
Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
      1 -  Adoption Incentive WHBPS Guide (2pp)
      2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
      3 -  Adoption Incentive Ineligibility Letter (1pp)
      4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_003525

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Waddell, Holle |
| **Subject:** | Adoption Incentive in Handbook Revision |
| **Date:** | Thursday, November 15, 2018 7:35:35 AM |
| **Importance:** | High |

Holle

Good morning. It is snowing here in DC this morning.

After re-reading the Adoption Incentive IM, AGAIN, there is no mention of a year pilot period so not sure if it was in there, or if it was, who deleted it. With that I feel much more strongly to include it in the Handbook revision. My reasons is that once we finally launch the program it will take, in my opinion, a couple of years to really see if it is meeting its intended goals. This is because that it will take one year for one cycle of the program, that is, the $500 payment at the one year time to title the horse. I think this will take some time to analyze how effective the program will be and whether to continue it. Unless we see immediate abuses of the program, that is people taking the initial $500 and then abandoning the animal, we would shut it down. That's why the $500 at the end is so critical, along with compliance checks as well, to monitor the program and determine if there are abuses.

Second, since your time frame for completion of the revision is one year, if we do see abuses in the incentives program and shut it down we can delete this section from the Handbook down the road. If we don't include it now in the Handbook and the AIP continues we would eventually have to amend the Handbook to include it anyway.

From a funding perspective, if we see a uptick in adoption of untrained animals as a result of the AIP this will result in overall cost savings in holding costs so I don't see a negative impact from a budget perspective.

With that I would like Amy's team to include the AIP (maybe as a separate section in the adoptions area) in the PCP Handbook Revision. Be happy to talk further if you want.

--
Bruce Rittenhouse
Acting Division Chief. Wild Horses and Burros (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)

720-454-5747 (mobile)
brittenh@blm.gov

BLM_003527

| | |
|---|---|
| **From:** | Bail, Kristin M |
| **To:** | Rittenhouse, Bruce H |
| **Cc:** | Smith, Linda H; Waddell, Holle; Reiland, Michael J; Tryon, Steve |
| **Subject:** | Re: Adoption Incentives |
| **Date:** | Friday, November 16, 2018 12:58:26 PM |

Hi, Linda -- To follow up on your and my conversation, Steve will be getting with you to provide additional information. --Kristin

On Tue, Nov 6, 2018 at 8:57 AM Rittenhouse, Bruce <brittenh@blm.gov> wrote:

Linda

As you are aware the Wild Horse and Burro Program has been developing a new way to provide incentives for those who adopt untrained wild horses and burros. The draft IM is close for signature and a communications plan and press release will follow soon after the IM is signed.

One question that hasn't been considered is whether BLM can implement this incentives program under a Continuing Resolution. New Mexico has been providing incentives as a "pilot" project for the a number of years so it already has been implemented. The WHB program is now planning to expand the adoption incentive process bureau-wide. In addition, the BLM has been funding, through its partnership with MHF, incentive payments to individuals who train horses that are eventually adopted or purchased. As mentioned above, this new IM only applies to untrained animals.

Kristin suggested I contact you regarding this. The question is if the spending related to this policy would be considered "new" under Continuing Resolution spending (which would mean waiting for Congress to pass a full year budget before implementation can occur) or if we could implement it immediately.

Thanks.

--
Bruce Rittenhouse
Acting Division Chief. Wild Horses and Burros (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

BLM_003529

| | |
|---|---|
| **From:** | Smith, Linda H |
| **To:** | Bail, Kristin M |
| **Cc:** | Rittenhouse, Bruce H; Waddell, Holle; Reiland, Michael J; Tryon, Steve |
| **Subject:** | Re: Adoption Incentives |
| **Date:** | Monday, November 19, 2018 9:20:37 AM |
| **Importance:** | High |

Thanks, Kristin.

On Fri, Nov 16, 2018 at 1:59 PM Bail, Kristin <kbail@blm.gov> wrote:

Hi, Linda -- To follow up on your and my conversation, Steve will be getting with you to provide additional information. --Kristin

On Tue, Nov 6, 2018 at 8:57 AM Rittenhouse, Bruce <brittenh@blm.gov> wrote:

Linda

As you are aware the Wild Horse and Burro Program has been developing a new way to provide incentives for those who adopt untrained wild horses and burros. The draft IM is close for signature and a communications plan and press release will follow soon after the IM is signed.

One question that hasn't been considered is whether BLM can implement this incentives program under a Continuing Resolution. New Mexico has been providing incentives as a "pilot" project for the a number of years so it already has been implemented. The WHB program is now planning to expand the adoption incentive process bureau-wide. In addition, the BLM has been funding, through its partnership with MHF, incentive payments to individuals who train horses that are eventually adopted or purchased. As mentioned above, this new IM only applies to untrained animals.

Kristin suggested I contact you regarding this. The question is if the spending related to this policy would be considered "new" under Continuing Resolution spending (which would mean waiting for Congress to pass a full year budget before implementation can occur) or if we could implement it immediately.

Thanks.

--
Bruce Rittenhouse
Acting Division Chief. Wild Horses and Burros (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)

720-454-5747 (mobile)
brittenh@blm.gov

--
Linda H. Smith
BLM Budget Officer
Office: 202-912-7060
Cell/Alternative Telework Number: 703-517-3382
lhsmith@blm.gov

This email (including attachments) is intended for the addressee(s) only. It may contain information that is privileged, confidential, sensitive, or otherwise protected from disclosure by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete this e-mail and all copies.

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | Reiland, Michael J |
| **Cc:** | Shepherd, Alan B; Waddell, Holle |
| **Subject:** | Fwd: Request to Update Briefing Paper |
| **Date:** | Monday, December 3, 2018 5:22:58 PM |
| **Importance:** | High |

Michael

Steve requested some additional information to a the briefing paper we wrote for last Thursday's briefing with Casey Hammond. What he would like is a summary of accomplishments from 2018 including number of removals (11,264) and number of adoptions and sales (separate these out). Steve will add this information to the briefing paper. Coordinate the numbers with Alan and Holle before sending to Steve. Due COB tomorrow.

He also wants to include 2019 program priorities so here is what I come up with:

Launch Adoption Incentive Program
Revise Sales Authority
Close out S&I Report (Steve mentioned this)
Gather as many horses as budgets/holding will allow
Conduct spay research
Include sterilization in gathers.
Streamline holding costs and add additional holding space

Thank you.


Sent from my iPhone

Begin forwarded message:


> **From:** "Waddell, Holle" <hwaddell@blm.gov>
> **Date:** December 3, 2018 at 1:56:28 PM PST
> **To:** Alan Shepherd <ashepher@blm.gov>
> **Cc:** Bruce Rittenhouse <brittenh@blm.gov>
> **Subject: Re: Request to Update Briefing Paper**


> ALan - I just spoke with Bruce and he will respond and coordinate with Steve. Engage us when and if needed.


> Thank you,

> Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

> Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

> "A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you

have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



On Mon, Dec 3, 2018 at 3:51 PM Shepherd, Alan <ashepher@blm.gov> wrote:
What briefing paper? I'm sure it's in my emails, yes?

Thanks,
Alan

Alan Shepherd
On-range Branch Chief (WO261)
National WH&B Program
1340 Financial Blvd
Reno, NV 89502

Office #: (775) 861-6611
Cell #: (775) 530-2784

email: ashepher@blm.gov
http://www.blm.gov/programs/wild-horse-and-burro


---------- Forwarded message ---------
From: **Tryon, Steve** <stryon@blm.gov>
Date: Mon, Dec 3, 2018 at 12:59 PM
Subject: Request to Update Briefing Paper
To: Bruce Rittenhouse <brittenh@blm.gov>, Alan Shepherd <ashepher@blm.gov>, Holle Hooks <hwaddell@blm.gov>


Sigh ...

I know, it was only last Thursday that we did a perfectly good briefing paper.

We've been asked to add some 2018 summary detail to it, by c.o.b. tomorrow.

Who should I work with on this?

Thank you for your patience!

Steve Tryon
Deputy Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street, NW
Room 5642
Washington, DC 20240
202-208-4896

| From: | Rittenhouse, Bruce H |
| To: | Shepherd, Alan B; Waddell, Holle |
| Subject: | 19 priorites |
| Date: | Friday, December 7, 2018 1:11:44 PM |

**Launch Adoption Incentive Program**: Finalize policy and implementation SOPs, along with a communication plan (both internal and external).

**Close Out S&I Report**: Work with House Appropriations Survey and Investigation Team (Team) to ensure all information provided was accurately presented by the Team. This would include a request to see the final report before it is shared with the House Appropriations Committee.

**Finalize FY19 Gather Schedule**: Once the final FY19 budget is approved; develop a gather plan that includes the maximum number of animals that can be gathered (including removals, temporary fertility control treatments, and permanent sterilizations). This would depend upon both final funding amount and space available in off-range corrals to handle the removals.

**Conduct Spay Projects**: Determine any proposed projects with a high likelihood of successful within FY19 and include those within the FY19 Gather Schedule.

**Include Sterilization in Gathers:** Work with States to ensure that all gather related NEPA documents include removals, temporary fertility control treatments, and permanent sterilization alternatives for population control within HMAs.

**Add Additional Holding Space** (both Corrals and Pastures): Solicitations for both off-range corrals and off-range pastures will be going out in FY19. These solicitations will include both renewing/replacing existing space, as well as increasing the available space. This will aid the program in both reducing overall unit costs for holding and increasing the removal capabilities.

--
Bruce Rittenhouse

Acting Division Chief. Wild Horses and Burros (WO-260)

20 M Street, Southeast

Washington DC 20003

202-912-7648 (office)

720-454-5747 (mobile)

brittenh@blm.gov

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:               All District and Field Officials

From:             Assistant Director, Resources and Planning

Subject:          Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:** The BLM has developed the AIP to increase the number adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, motivate previous adopters to re-engage with the program, and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into adopters' financial institution account.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel should may not issue incentive payments for animals purchased.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the AIP; $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  o The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  o The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required*

BLM_003536

*Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

  - BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters who are no longer eligible to participate in the AIP.

  - Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1), build the official file, and complete the record.

3

BLM_003537

The BLM office of jurisdiction should maintain the signed PMACA, completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopter's financial institution account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, BLM authorized personnel should ensure completion of all required paperwork (according to the examples provided) and include with the payment packet submitted to the NOC within 10 days from the time the BLM authorized personnel enters the data and builds the file.

The following required paperwork should be **COMPLETED** and submitted to the NOC:
- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible (*IMPORTANT*: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Financial institution information must be included. Social Security information must be included to process EFT
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible (*IMPORTANT*: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

    National Operations Center (NOC) Contact Information:
    BLM National Operations Center
    Accounts Payable Building 50 OC-622
    Denver Federal Center, PO Box 25047
    Denver, CO 80225-0047

4

Fax Number: 303-236-2531

The recipient may expect payment within 60 days.
If BLM authorized personnel have any questions, please contact the NOC at
blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of
jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and
allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and
made them available for adoption, placing more than 235,000 animals into private care. Placing
animals into private care is a vital component of the WHB program. Although the WHB program
has seen an increase in the number of animals placed into private care in recent years, it does not
equal the number of animals removed from the range.  As a result, the feed and care of the
animals removed from the range continue to consume over 50 percent of the WHB program's
budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to
be dedicated to other aspects of managing wild horses and burros. The BLM identified several
options to increase the number of animals placed into private care in a report to Congress,
*"Management Options for a Sustainable Wild Horse and Burro Program"*, submitted in April
2018. It included offering financial incentives to find homes for wild horses and burros,
launching new programs and building on successful partnerships that facilitate private care
placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and
Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists,
Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center
Staff and the Interior Business Staff; and the United States Department of Agriculture Animal
and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the
Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief,
Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
    1 -  Adoption Incentive WHBPS Guide (2pp)
    2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
    3 -  Adoption Incentive Ineligibility Letter (1pp)
    4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_003539

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:            All District and Field Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:**  The BLM has developed the AIP to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, and motivates previous adopters to re-engage with the program, and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

* The AIP is administered **only** by BLM authorized personnel.

* National Operations Center (NOC) should make incentive payments into adopters' financial institution account.

BLM_003540

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel ~~should~~ may not issue incentive payments for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the AIP; $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required*

2

BLM_003541

*Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

    o BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters who are no longer eligible to participate in the AIP.

    o Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

3

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopter's financial institution account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, BLM authorized personnel should ensure completion of all required paperwork (according to the examples provided) and include it with the payment packet submitted to the NOC within 10 days from the time the BLM authorized personnel enters the data and builds the file.

The following required paperwork should be **COMPLETED** and submitted to the NOC:
- 1st Payment
    - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
        - ☐ Signed and dated by Adopter
        - ☐ Signed and dated by BLM Authorized Officer
        - ☐ Identify 1st payment with amount
        - ☐ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        - ☐ Signed and dated by Adopter
        - ☐ Financial institution information must be included. Social Security information must be included to process EFT
- 2nd Payment
    - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
        - ☐ Signed and dated by Adopter
        - ☐ Signed and dated by BLM Authorized Officer
        - ☐ Identify 2nd payment with amount
        - ☐ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
    - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
        - ☐ Signed and dated by Adopter
        - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
        - ☐ Social Security information is necessary to process EFT.
    - Title Application (4710-18)
        - ☐ Signed and dated by Adopter
        - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

    National Operations Center (NOC) Contact Information:
    BLM National Operations Center
    Accounts Payable Building 50 OC-622
    Denver Federal Center, PO Box 25047
    Denver, CO 80225-0047

4

Fax Number: 303-236-2531

The recipient may expect payment within 60 days.
If BLM authorized personnel have any questions, please contact the NOC at
blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of
jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and
allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and
made them available for adoption, placing more than 235,000 animals into private care. Placing
animals into private care is a vital component of the WHB program. Although the WHB program
has seen an increase in the number of animals placed into private care in recent years, it does not
equal the number of animals removed from the range.  As a result, the feed and care of the
animals removed from the range continue to consume over 50 percent of the WHB program's
budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to
be dedicated to other aspects of managing wild horses and burros. The BLM identified several
options to increase the number of animals placed into private care in a report to Congress,
*"Management Options for a Sustainable Wild Horse and Burro Program,"* submitted in April
2018. It included offering financial incentives to find homes for wild horses and burros,
launching new programs and building on successful partnerships that facilitate private care
placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and
Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists,
Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center
Staff and the Interior Business Staff; and the United States Department of Agriculture Animal
and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the
Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief,
Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

4 Attachments
      1 -  Adoption Incentive WHBPS Guide (2pp)
      2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
      3 -  Adoption Incentive Ineligibility Letter (1pp)
      4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_003544

**From:** Reiland, Michael J
**To:** Rittenhouse, Bruce H; Waddell, Holle
**Cc:** Bartholomew, Thomas A
**Subject:** Re: Kristin would like numbers added to the 2020
**Date:** Monday, December 10, 2018 5:39:49 PM
**Importance:** High

Bruce,

It looks good; except the holding costs, which would be more like $60 million. I can get better estimate in the morning if you'd like.

Thanks,

Michael

Sent from my iPhone

On Dec 10, 2018, at 6:05 PM, Rittenhouse, Bruce <brittenh@blm.gov> wrote:

> Thomas
>
> Here are the numbers that Holle and I came up with. Michael, please check these first thing in the morning and check if there are any fatal flaws.
>
> 2020
> - Approximately $44 million will be obligated to care for animals in off-range corrals and pastures.
>
> - 1,100 animals will be removed from the range
>
> - 2,750 animals will be adopted, sold, or transferred to other agencies.
>
> - Fertility control treatments will total approximately 700 (all accomplished with darting operations through partnerships).
>
> - 250 mares could be spayed if more cost effective methods are developed.
>
> - Surveys and monitoring will be conducted on about 6 HMAs.
>
> - Compliance inspections of adopted animals will be completed on about 200 animals that are outside of BLM care. Inspections will focus on animals adopted under Adoption Incentive Program.

- On-range populations in March 2020 will be approximately 106,000; off-range population at the end of FY 2019 will be approximately 49,000

On Mon, Dec 10, 2018 at 5:23 PM Bartholomew, Thomas <tbarthol@blm.gov> wrote:

**2020**

**Wild Horse & Burro Management: $75,000; +$7,407 over the 2020 OMB Submission**

The BLM will continue to manage off-range herds, continue to implement fertility sterilization methods, and will emphasize gathers to protect range health.

Surveys and monitoring and compliance inspections will continue to be conducted.

2019

**Wild Horse & Burro Management: $66,719/161 FTE**

- Approximately $57 million will be obligated to care for animals in off-range corrals and pastures.

- 800 animals will be removed from the range

- 2,500 animals will be adopted, sold, or transferred to other agencies.

- Fertility control treatments will total approximately 500 (all accomplished with darting operations through partnerships).

- 100 mares could be spayed depending on the initial results of the FY 2018 study.

- Surveys and monitoring will be conducted on about 5 HMAs. Compliance inspections will be completed on about 200 animals that are outside of BLM care.

- On-range populations in March 2019 will be approximately 93,000; off-range population at the end of FY 2018 will be approximately 52,000

--
Thomas Bartholomew
Resource Advisor

BLM_003546

Resources and Planning Directorate
Bureau of Land Management
Washington, DC
202-208-5922


--
Bruce Rittenhouse
Acting Division Chief. Wild Horses and Burros (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

| | |
|---|---|
| **From:** | Shepherd, Alan B |
| **To:** | Rittenhouse, Bruce H |
| **Cc:** | Waddell, Holle |
| **Subject:** | Re: Program Priorities |
| **Date:** | Wednesday, December 19, 2018 4:10:44 PM |
| **Attachments:** | 2019 WO260 Program Priorities_abs.docx |

Here's my thoughts

Thanks,
Alan

Alan Shepherd
On-range Branch Chief (WO261)
National WH&B Program
1340 Financial Blvd
Reno, NV 89502

Office #: (775) 861-6611
Cell #: (775) 530-2784

email: ashepher@blm.gov
http://www.blm.gov/programs/wild-horse-and-burro


On Wed, Dec 19, 2018 at 12:54 PM Rittenhouse, Bruce <brittenh@blm.gov> wrote:

Alan, Holle

Could you take a quick look these priorities following up from last week. I would like to put something like these in the document that Anthony sent out today instead of what I sent him before the meeting. Thanks.

--
Bruce Rittenhouse
Acting Division Chief. Wild Horses and Burros (WO-260)
20 M Street, Southeast
Washington DC 20003
202-912-7648 (office)
720-454-5747 (mobile)
brittenh@blm.gov

BLM_003548

**WILD HORSE AND BURRO PROGRAM (WO-260) FISCAL YEAR 2019-2021 GOALS**
**(not in priority order)**

1. Maximize cost effectiveness for off-range holding space
   a. Solicit and award contracts for both ORC's and ORP's to increase the anticipated increase number of removals.
   b. Move animals from ORC's to ORP's when space is available

2. Decrease on-range population growth rates
   a. Expand temporary fertility control where applicable
   b. Conduct humane permanent sterilization
   c. Continue to support development of new PGS technologies (vaccines, permanent sterilization (chemical, surgical, mechanical))

3. Stabilize and begin to decrease on-range populations
   a. Aggressive schedule of gathers to directly remove animals from the range above the expected population growth rate subject to funding and holding space availability.

4. Expand placement of animals into private care
   a. Adoption Incentive Program
   b. Revision of Sales IM
   c. Increase marketing of events
   d. Continuing and expanding relationship with Mustang Heritage Foundation and other organizations
   e. Develops volunteer strategy and expands national volunteer network
   f. Expand partnerships for maintenance of WH&Bs

5. Update Policy/Manuals/Handbooks/Regulations
   a. Complete all Instruction Memorandums initiated in 2018
   b. Revisions of Handbooks and Manuals
   c. Initiate revision of CFR's

| | |
|---|---|
| **From:** | Roberson, Peter (PJ) L |
| **To:** | Waddell, Holle |
| **Cc:** | Deborah Collins |
| **Subject:** | Re: Adoption Incentive Program IM |
| **Date:** | Wednesday, January 30, 2019 4:10:33 PM |
| **Importance:** | High |

Awesome, thanks for the update!

I'll begin working on my part

Thanks

On Wed, Jan 30, 2019 at 3:54 PM Waddell, Holle <hwaddell@blm.gov> wrote:

### *BREAKING NEWS...HOT OFF THE PRESS!*

Debbie/PJ - I just heard that the adoption incentive IM has been SIGNED! Of course the expectation is that it is effective immediately. I told Bruce we had a few boxes to check prior to a launch. I will schedule a call for the 3 of us tomorrow morning.

Thank you,

Holle' Waddell | Branch Chief | Division of Wild Horses and Burros |

Bureau of Land Management | 405.579.1860 (O) | 405.579.7102 (F) | hwaddell@blm.gov

"A positive outlook, regardless of how bleak the circumstances may look, is a **CHOICE**. Each day, start by shifting your thoughts to develop and demonstrate an internal gratitude for all blessings you have. When you shift your thoughts, your actions will follow suit and you will begin to create the reality you desire." - Cheryl Wood



--
Best Regards,

**PJ Roberson**
**Program Administrator**
**Bureau of Land Management - Wild Horse & Burro Program**
**Office: (405) 579-1863**
**201 Stephenson Parkway Suite 1200 Norman, OK 73109**
**proberson@blm.gov**

*"How we seek to spend our time may depend on how much time we perceive ourselves to have" -Atul Gawande*

In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:            All District and Field Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:**  The BLM has developed the AIP to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, and motivates previous adopters to re-engage with the program and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into adopters' financial institution account.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel may not issue incentive payments for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the AIP; $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.
  - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.
  - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals.*" These reports will be available to BLM employees after the animal information is entered into WHBPS.

- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

2

BLM_003552

- o   BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters who are no longer eligible to participate in the AIP.

- o   Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopter's financial institution account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, BLM authorized personnel should ensure completion of all required paperwork (according to the

3

examples provided) and include it with the payment packet submitted to the NOC within 10 days from the time the BLM authorized personnel enters the data and builds the file.

The following required paperwork should be **COMPLETED** and submitted to the NOC*:*

- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Financial institution information must be included. Social Security information must be included to process EFT
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

> National Operations Center (NOC) Contact Information:
> BLM National Operations Center
> Accounts Payable Building 50 OC-622
> Denver Federal Center, PO Box 25047
> Denver, CO 80225-0047
> Fax Number: 303-236-2531

The recipient may expect payment within 60 days.
If BLM authorized personnel have any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:**  This IM is effective immediately.

4

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the WHB program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50 percent of the WHB program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program,"* submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

Kristin Bail
Assistant Director
Resources and Planning

4 Attachments
   1 -  Adoption Incentive WHBPS Guide (2pp)
   2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
   3 -  Adoption Incentive Ineligibility Letter (1pp)
   4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

5



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



In Reply Refer To:
4750 (P)

Instruction Memorandum No. 2019-XXX
Expires: 09/30/2022

To:        All District and Field Officials

From:     Assistant Director, Resources and Planning

Subject:   Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:** The BLM has developed the AIP to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, and motivates previous adopters to re-engage with the program and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into adopters' financial institution account.

- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).

- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).

- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel may not issue incentive payments for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the AIP; $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

  - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

  - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled *"Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

2

- o  BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters who are no longer eligible to participate in the AIP.

- o  Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter.  The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopter's financial institution account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, BLM authorized personnel should ensure completion of all required paperwork (according to the

3

examples provided) and include it with the payment packet submitted to the NOC within 10 days from the time the BLM authorized personnel enters the data and builds the file.

The following required paperwork should be **COMPLETED** and submitted to the NOC:
- 1st Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 1st payment with amount
    - ☐ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Financial institution information must be included. Social Security information must be included to process EFT
- 2nd Payment
  - Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ☐ Signed and dated by Adopter
    - ☐ Signed and dated by BLM Authorized Officer
    - ☐ Identify 2nd payment with amount
    - ☐ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ☐ Signed and dated by Adopter
    - ☐ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ☐ Social Security information is necessary to process EFT.
  - Title Application (4710-18)
    - ☐ Signed and dated by Adopter
    - ☐ Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

National Operations Center (NOC) Contact Information:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047
Fax Number: 303-236-2531

The recipient may expect payment within 60 days.
If BLM authorized personnel have any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:** This IM is effective immediately.

4

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the WHB program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50 percent of the WHB program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program,"* submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

Kristin M. Bail
Kristin Bail
Assistant Director
Resources and Planning

4 Attachments
    1 -  Adoption Incentive WHBPS Guide (2pp)
    2 -  Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2pp)
    3 -  Adoption Incentive Ineligibility Letter (1pp)
    4 -  ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1pp)

BLM_003560

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240−0036
http://www.blm.gov

January 30, 2019

In Reply Refer To:
4750 (260) P

EMS TRANSMISSION 03/12/2019
Instruction Memorandum No. 2019-025
Expires: 09/30/2022

To:          All Field Office Officials

From:        Assistant Director, Resources and Planning

Subject:     Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros. Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:** The BLM has developed the AIP to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, and motivates previous adopters to re-engage with the program and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) should make incentive payments into adopters' financial institution account.
- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).
- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).
- The AIP applies **only** to untrained animals that are adopted. It does not apply to animals purchased through the sales program. BLM authorized personnel may not issue incentive payments for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.
- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.
- Adopters have an opportunity to receive a total of $1,000 for each animal adopted through the AIP; $500 within 60 days from the adoption date and an additional $500 within 60 days from the title date.

BLM_003561

    o    The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) before making the first incentive payment of $500. The payment should be made within 60 days of the adoption date.

    o    The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) before making the second incentive payment in the amount of $500 within 60 days from the title date.

- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.

- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled *"Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).
  - o    BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters who are no longer eligible to participate in the AIP.
  - o    Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.

- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. BLM authorized personnel should obtain an adopter's financial institution account information (checking or savings) at the time of adoption. To expedite processing and payments to adopters, BLM authorized personnel should ensure completion of all required paperwork (according to the examples provided) and include it with the payment packet submitted to the NOC within 10 days from the time the BLM authorized personnel enters the data and builds the file.

The following required paperwork should be **COMPLETED** and submitted to the NOC:

- 1st Payment
  - ○ Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ▪ Signed and dated by Adopter
    - ▪ Signed and dated by BLM Authorized Officer
    - ▪ Identify 1st payment with amount
    - ▪ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ○ ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ▪ Signed and dated by Adopter
    - ▪ Financial institution information must be included. Social Security information must be included to process EFT
- 2nd Payment
  - ○ Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
    - ▪ Signed and dated by Adopter
    - ▪ Signed and dated by BLM Authorized Officer
    - ▪ Identify 2nd payment with amount
    - ▪ Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
  - ○ ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - ▪ Signed and dated by Adopter
    - ▪ Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
    - ▪ Social Security information is necessary to process EFT.
  - ○ Title Application (4710-18)
    - ▪ Signed and dated by Adopter
    - ▪ Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

> National Operations Center (NOC) Contact Information:
> BLM National Operations Center
> Accounts Payable Building 50 OC-622
> Denver Federal Center, PO Box 25047
> Denver, CO 80225-0047
> Fax Number: 303-236-2531

The recipient may expect payment within 60 days.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the WHB program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range. As a result, the feed and care of the animals removed from the range continue to consume over 50 percent of the WHB program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program,"* submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:** This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

BLM_003563

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

Signed by:                                          Authenticated by:
Kristin Bail                                          Robert M. Williams
Assistant Director                              Division of Business Resources,WO-850
Resources and Planning

4 Attachments
　1 - Adoption Incentive WHBPS Guide (2 pp)
　2 - Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
　3 - Adoption Incentive Ineligibility Letter (1 p)
　4 - ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1 p)

BLM_003564

## Adoption Incentive Program
## Wild Horse and Burro Program System (WHBPS) Guide

- The BLM Office of jurisdiction will enter the PMACA and AIP information in WHBPS within 10 business days of the adoption date.  Animals included in the AIP will be identified by selection of the "Incentive 500/500" option in the AIP dropdown located on the Select Animals screen of the PMACA as pictured below:



- The BLM Office of jurisdiction will enter completed compliance inspections within 10 business days of the inspection date.  The Inspection Reason for AIP animals will be entered as "AIP - Adoption Incentive Program."



- The WHBPS creates a report containing adopter information, animal location, and inspection date for animals in the AIP.  The report is located in Reports/Compliance/Required Inspections for Incentive Animals.  Report filters are Admin State and inspection Fiscal Year due date.

Attachment 1





2

# 2019 Required Inspections for Incentive Animals

**Admin State:** California (CA930)

| FACILITY OWNER: | Test Facility | (H): | | (W): | 555-555-5555 |
|---|---|---|---|---|---|
| Facility Address: | 1234 Fake Address | RIDGECREST | | CA | 93555 |
| Adopter: | Doe, Janey | (H): | 555-555-5555 | (W): | 555-555-5555 |
| Adopter Address: | 1234 Street Address | RIDGECREST | | CA | 93555 |

ANIMAL INFORMATION:

| Freezmark | Signalment | Adoption Date | Inspection Date | Disposition |
|---|---|---|---|---|
| 07221733 | HF1AAAABG | 07/06/2018 | | Adopted |
| 09240049 | HG1AAAAEG | 07/06/2018 | | Adopted |
| 10240050 | HG1AAAABG | 07/06/2018 | | Adopted |
| 12860024 | HF1AAAABB | 07/06/2018 | | Adopted |

**Compliance Inspections**

State WHB Program Leads will coordinate mandatory compliance inspections of adopted animals participating in the AIP with field staff and volunteers.

**THIS IS A SAMPLE**

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

Adopter's First Name: Jane | Middle Name: B. | Last Name: Doe

Address: 1234 Anywhere Lane | City Sun Valley | State: CA

Zip Code: 91354 | Email Address: none@mail.com

| Animal Identification (Freezemark/Signalment Key) | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: 2019 BLM USE ONLY |
|---|---|---|---|---|---|---|
| #1 12345678 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #2 23456789 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #3 87654321 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #4 98765432 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |

I_____choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms below for all wild horses and burros adopted under this BLM Adoption Incentive Agreement.*

JD_____ I have read and understand the terms of adoption and prohibited acts.

JD_____ I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

JD_____ In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

JD_____ I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

JD_____ I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

JD_____ I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881), a completed Title Application (4710-18) and satisfying the Title Qualifications listed on page 2.

JD_____ I certify that I am not a BLM employee, immediate family member (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew,   or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of a BLM employee or individual, family member of an individual, or organization receiving BLM funds either through a contract or agreement.

I Jane B. Doe (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM Adoption Incentive Agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

JD_____ Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature:_____BLM authorized officer: _____

In Reply To:
4750 (260)


August 26, 2021
CERTIFIED MAIL # _____

[Adopter Name]
[Adopter Address]
[Adopter City, State and Zip Code]

Dear [Adopter Name]:

The purpose of the Adoption Incentive Program (AIP) is to increase the number of wild horses and burros placed into private care through offering financial incentives to adopt untrained animals. Increasing the placement of adopted animals into good, caring homes is of critical importance to the Bureau of Land Management (BLM). Failure to adhere to the terms of adoption set forth in the Private Maintenance and Care Agreement, the Adoption Incentive Agreement or failure to adhere to prohibited acts as defined by 43 C.F.R. Part 4700, will result in ineligibility to participate in the AIP.

You are no longer eligible to participate in the AIP for the following reason (s):

[INSERT VIOLATION]

Within 30 days from receipt of this decision, you have the right of appeal to the Board of Land Appeals, Office of Hearings and Appeals, 4015 Wilson Boulevard, Arlington, Virginia 22203, in accordance with the regulations at 43 CFR, Part 4, if you disagree with this decision. You are required to provide a Statement of Reasons to the Board of Land Appeals and a copy to the Regional Solicitor's Office (contact your local BLM Office of jurisdiction for the address). Please provide your local BLM Office of jurisdiction a copy of the appeal and Statement of Reasons. The appellant has the burden of showing that the decision appealed from is in error.

If you have further questions, contact your local BLM office [INSERT BLM OFFICE INFORMATION] or call 866.468.7826.


Sincerely,




Enclosure: Form 1842-1 (Information on Taking Appeals to the Board of Appeals)

Attachment 3

BLM_003568

**THIS IS A SAMPLE**

OMB No. 1510-0056

## ACH VENDOR/MISCELLANEOUS PAYMENT
## ENROLLMENT FORM

This form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion. See reverse for additional instructions.

### PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

### AGENCY INFORMATION

FEDERAL PROGRAM AGENCY
Bureau of Land Management - Wild Horse & Burro Program

| AGENCY IDENTIFIER: | AGENCY LOCATION CODE (ALC): | ACH FORMAT: ☐ CCD+   ☐ CTX |
|---|---|---|

ADDRESS:

CONTACT PERSON NAME:
Insert BLM OOJ OR POC here

TELEPHONE NUMBER:
Insert BLM OOJ OR POC number here

ADDITIONAL INFORMATION:

### PAYEE/COMPANY INFORMATION

| NAME | SSN NO. OR TAXPAYER ID NO. |
|---|---|
| Jane B. Doe (Adopter Information) | 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 |

ADDRESS
1234 Anywhere Lane

Sun Valley, CA 91352

| CONTACT PERSON NAME: | TELEPHONE NUMBER: |
|---|---|
| John Doe | (  818  ) 555-1212 |

### FINANCIAL INSTITUTION INFORMATION

NAME:
Bank of the World

ADDRESS:
5678 Anyplace Lane

Sun Mountain, CA 91353

| ACH COORDINATOR NAME: | TELEPHONE NUMBER: (     ) |
|---|---|

NINE-DIGIT ROUTING TRANSIT NUMBER:   1  0  1  0  1  0  1  0  1

DEPOSITOR ACCOUNT TITLE:

| DEPOSITOR ACCOUNT NUMBER: 321321321 | LOCKBOX NUMBER: N/A |
|---|---|

TYPE OF ACCOUNT:   ☒ CHECKING    ☐ SAVINGS    ☐ LOCKBOX

| SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL: (Could be the same as ACH Coordinator) | TELEPHONE NUMBER: (     ) |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

SF 3881 (Rev. 2/2003 )
Prescribed by Department of Treasury
31 U S C 3322; 31 CFR 210



**Wild Horse and Burro Program**

TM

**U.S. Department of the Interior
Bureau of Land Management**

# NATIONAL WILD HORSE & BURRO ADVISORY BOARD

Hilton Garden Inn
Downtown Boise
348 S. 13th St., Boise, ID
83702

July 10-11, 2019

Volume 1

Day 1 Meeting Minutes

U. S. Department of the Interior
Bureau of Land Management

BLM_003570

# Contents

**WEDNESDAY, JULY 10, 2019** ..................................................................................................... 2

Welcome ........................................................................................................................................ 2
Rules of the Room ........................................................................................................................ 2
Introductions ................................................................................................................................. 3
Opening Remarks .......................................................................................................................... 3
BLM Idaho Overview .................................................................................................................... 4
BLM Idaho Wild Horse & Burro Program .................................................................................. 6
BLM National Wild Horse & Burro Program ........................................................................... 11
BLM Responses to the 2018 Advisory Board Recommendations ............................................. 14
Wild Horse & Burro Program: Public Off-Range Pastures ...................................................... 16
Mustang Heritage Foundation .................................................................................................... 17
BLM Responses to the 2018 Advisory Board Recommendations (cont.) .................................. 20
Equicenter: Mission Mustang ..................................................................................................... 20
Advisory Board Recommendation and Working Group Review ....................................... **Error! Bookmark not defined.**

BLM_003571

# Wednesday, July 10, 2019

## Welcome

### Mr. Fred T. Woehl, Jr., Chair, Wild Horse and Burro Advisory Board

Mr. Woehl called the meeting to order at 8:00 a.m. and asked any Veterans to first stand and then asked all to stand and join in the Pledge of Allegiance. [Pledge of Allegiance]. Mr. Woehl turned the time over to Bryant Kuechle.

## Rules of the Room

### Bryant Kuechle, Facilitator, The Langdon Group

Mr. Kuechle, serving as the meeting's facilitator, introduced himself and reviewed the rules of the room. He mentioned that it is our hope and intent that by everyone listening and following these rules, we'll have a good meeting. Mr. Kuechle also reviewed the emergency exit procedure in the case of an emergency and the location of restrooms. The rules of the room were as follows:

1. Seating is available for attendees. Anyone needing or wishing to stand will stand in the designated area behind the seats. All attendees are to stay in the seating or standing area at all times, unless addressing the Board during the public comment period.

2. Speakers and other attendees will not approach the dais at any time without prior consent from the Chair of the meeting.

3. Media will check in at the door and will be guided to the space designated for cameras.

4. No attendees will be allowed to place microphones, cameras or other equipment in the space set aside for the Board meeting.

5. All attendees will show mutual respect for each other and for speakers and Board members. This includes refraining from using cell phones or talking while the meeting is in session.

6. If anyone disrupts the meeting they will be asked to leave or be escorted out.

7. Those wishing to address the Board will sign in at the door. Speakers will address their comments to the Board, while seated at the designated speaker table. Generally, speakers have about 3 minutes each and are asked to finish in the designated time to allow for the maximum number of individuals to express their viewpoints.

8. Attendees wishing to provide handouts to the Board will leave handouts with the BLM representative at the door. Handouts will not be brought to the speaker's table and no one will be allowed to approach the Board with handouts.

9. Within the meeting room, attendees may not display signs, placards, or other items that are likely to obscure the view of participants or disrupt the meeting.

10. The Board will not respond to comments made during the public participation period. This should not be interpreted to mean the members of the board agree or disagree with anything said.

11. The Chair reserves the right to comment on any factual inaccuracies that may be shared during the public comment period.

12. The BLM commits to maintaining these rules for the benefit of all involved and appreciates everyone's cooperation with these rules.

BLM_003572

## Introductions

Mr. Woehl asked the board members to introduce themselves (see Table 1).

Table 1 - National Wild Horse and Burro Advisory Board Members

| NATIONAL WILD HORSE & BURRO ADVISORY BOARD MEMBERS | |
| --- | --- |
| **Board Member** | **Representing** |
| **Mr. Fred T. Woehl, Jr.** | Public Interest (Equine Behavior) |
| **Dr. Tom Lenz** | Veterinary Medicine |
| **Ms. Celeste Carlisle** | Wild Horse & Burro Advocacy |
| **Dr. Barry Perryman** | Public Interest (NRM/Special Knowledge) |
| **Mr. James French** | Natural Resource Management |
| **Dr. Sue M. McDonnell** | Wild Horse & Burro Research |

Mr. Woehl introduced Mr. John Ruhs and turned the time over to him.

## Opening Remarks
*John Ruhs, Idaho State Director, BLM*



Welcome to everyone in the room and those that are following along online. We certainly appreciate you being here. Again, my name is John Ruhs, and I'm the BLM's Idaho state director. Today, also, I am the designated federal official for this meeting, and I look forward to working with and hearing from all of you today. Leah Baker, who is our acting assistant director for resources and planning, will be with you tomorrow and working as the designated federal official then. First thing I'd like to do is start off by thanking the chair, Fred Woehl, and Vice Chair, Sue McDonnell, as well as the members who serve on this advisory board. We really appreciate their involvement and the recommendations that they provide for us. Though three vacancies remain unfilled, in time, for this meeting, I'm very happy that we are meeting today to discuss some of the urgent issues that are facing the wild horse and burro program. Also, I want to thank our, BLM staff from the Washington office, BLM Idaho, and the audio-visual team from the National Training Center for all their good work in organizing and planning this meeting, and, of course, with that, a special thanks for leading the charge and putting on this meeting. Also, thank you to Bryant Kuechle for facilitating and keeping us on track, and Derek Moss for taking notes, so we really appreciate that. Then I'd also like to thank the officers from the Boise Police Department that are here today. We appreciate their support as well. It takes a lot to pull off a meeting like this, and I hope you all know how appreciative we are of the work that you do.

I want to talk about the importance of this meeting and how critical it is as we move forward on a sustainable path for the wild horse and burro program. Last May, the BLM released its most recent estimates of the wild horse and burro populations on public lands and found that there are now more three times the number of animals on the range than what we can sustainably support with food and water. In addition, we have nearly 50,000 unadopted horses in off range pastures and corrals. This overpopulation presents a variety of risks and barriers to achieving BLM's goal of having healthy herds on healthy public range lands, and there are no easy solutions to solving this challenge. Yesterday, on the tour, those that were able to make it saw firsthand BLM Idaho's efforts to manage and protect herd and land wealth in the wake of the fire, which burned so much horse habitat in this area that we had to temporarily remove many of the horses from the range to ensure that they had enough resources to survive and to allow the range to recover. Though not every herd is faced with natural disasters, many wild horse and burro herds routinely struggle to find enough food and water when overpopulation is allowed to persist.

As you will hear from several presentations throughout this meeting, reducing this overpopulation and keeping our land and herds healthy is a top priority for the BLM, as we work to carry out our mission of managing public lands, to sustain their health, diversity, and productivity for present and future generations. I know we've got a full agenda focused on the overpopulation challenge, as well as other pressing issues facing wild horse and burro management on public lands, and I'm very interested to hear the board's input and advice. Finally, before we get started with the meeting, I'd like to just quickly go over the roles and responsibilities of the advisory board for our new members and for the public in the room

who may be watching online.  The wild horse and burro advisory board was established by the 1971 Wild Free Roaming Horses and Burros Act and has been providing advice and recommendations for decades.  Your advice and recommendations should be informed after analyzing the information from the BLM and others and considering public comment.  Finally, as I'm sure you all know, formal board recommendations are made through a vote and approved, if a majority support it.  Though board members should try to reach a consensus, we realize that due to the nature of the challenges facing us, this may not always occur, and that is okay.  With that said, again, I would like to thank everyone for attending this meeting, and we are hoping it is congenial and productive.

## BLM Idaho Overview
### *John Ruhs, Idaho State Director, BLM*

I began serving as the state director in this job about four months ago in March, so I've got lots and lots of experience in BLM Idaho.  It's a joke.  You can laugh.  So, it's good to be here, and, again, I appreciate seeing folks like Fred and Sue and others that are on this advisory board.  Some of you were around when I spoke to the board in 2016 in Nevada, when I was the Nevada state director, so, again, appreciate you being here and sticking with us.  I have been involved with the wild horse and burro program in a variety of different capacities throughout my career.  I actually started working in the program when I started with the BLM as a range rider in Vail, Oregon. I worked on some herd management issues in that job, and throughout my career.  I've been a wild horse and burro specialist in the eastern states, and, I've been involved with the horse program, both as the district manager in Wyoming and in Nevada, and then again as the eastern states state director and the Nevada state director.  I spent a little time engaged with the program when I was the deputy director for BLM operations, so I have a little bit of experience with the horse program from several different perspectives.  So, again, we're happy to have you here in Idaho.  I'm glad you got to see a little bit of our state yesterday on the tour, but before I tell you a little bit more about the public lands that BLM Idaho manages, I wanted to show you a quick video.  Enjoy this.

[A video for BLM Idaho was shown]

BLM manages a variety of natural and cultural resources on nearly 12 million acres of public lands in Idaho.  About 22 percent of the state.  We also manage about 37 million acres of subsurface minerals in the state.  Uses and activities on public land that BLM manages in Idaho support somewhere around 11,000 private jobs with an economic impact of $1.1 billion.  BLM Idaho has about a thousand employees that work in four district offices located in Boise, Twin Falls, Idaho Falls and Coeur d'Alene.  We have 12 field offices located within those districts, and then we have the Idaho state office here in Boise.  I'm going to talk to you a little bit about a few of BLM Idaho's key programs, and I'll start with one that is the reason why you're here, and you're going to hear about the wild horse and burro program in depth during the next presentation, I'm just going to give you a brief overview.

In Idaho, BLM manages six herd management areas, or HMAs, that encompass a combined total of about 380,000 acres.  Four HMAs are in southwest Idaho, one is in south central Idaho, and one is in north central Idaho.  The most recent population inventory conducted in 2018 estimated the total wild horse and burro population for all six HMAs combined at about 760 wild horses.  Our AML for all HMAs combined ranges from about 390 wild horses at the low end to somewhere around 615 at the high end, so we're a little bit over, and you'll hear more about that in the next presentation, and we have no wild burros here in Idaho's HMAs.  So, livestock grazing is a major use of the public lands that BLM manages here in Idaho.  BLM administers nearly 1900 grazing permits and leases for grazing.  In 2018, grazing on BLM managed public lands in Idaho generated 458 million dollars in economic output, more than any other BLM state.  There are some exciting things happening right now with livestock grazing in Idaho.  As an example, we have the Deep Creek Ranch, which is located within the field office in the Twin Falls district, and it's one of BLM's 11 demonstration projects with outcome-based grazing authorizations initiative that was launched in 2017.  These authorizations emphasize ecological outcomes, in response to changing conditions, such as drought or wildfire.  The demonstration projects are intended to develop and determine the effectiveness of these permits to manage livestock grazing on public lands in order to meet both natural resource and operational objectives.  In the Boise district, BLM is working closely with seven livestock operators to experiment with the use of targeted grazing to establish 32 miles of fuel breaks in the area burned in the 2015 fire.  You heard about some of this during the tour yesterday.  The fuel breaks are being constructed alongside existing roads in an area dominated by invasive annual grasses in a wildland urban interface.  We have just completed year two of the targeted grazing implementation.

Another program that we manage here in Idaho is the phosphate mining program. We administer a large program in southeast Idaho. In fact, it's the largest and most complex non-energy leasable minerals program that the Bureau of Land Management manages. Southeast Idaho's open pit phosphate mines provide 22 percent of the United States' phosphate needs and roughly 2 percent of the world's phosphate. Phosphate is used for a variety of purposes, such as making nutritional supplements for animals, chemicals for industrial use, and fertilizers for agriculture. It is a major economic driver in southeast Idaho. Since last September, we've released three draft environmental impact statements for public comment. One of these proposes expansion of an existing mine, and two propose new mines. If approved, these three projects combined would sustain approximately 3,000 mining processing plants and indirect jobs for up to 30 years and would contribute an estimated 250 million dollars annually for the regional economy. Another program that we have here in Idaho, and it's something that people think about in other states, not necessarily here in BLM Idaho, because we're normally associated with rangelands, but we manage around 200,000 acres of forest lands, mostly in northern Idaho, and we offer between 13 and 15 million board feet of timber for public sale each year. Forest on the BLM managed land in Idaho generate over 14 million dollars in benefits and contributions in terms of jobs and output annually.

Outdoor recreation is one of the six key industries in Idaho, and it's a major use of public lands that BLM manages in this state. About 80 percent of our Idaho residents participate in outdoor recreation each year, and much of that is on BLM public lands. Outdoor recreation provides 78,000 jobs in Idaho and generates 2 billion dollars in wages, 8 billion dollars in consumer spending, and 450 million dollars in state and local tax revenue annually. In 2018, approximately 5.8 million individuals visited the public lands on BLM Idaho lands, and they hit those lands to hunt, fish, ride dirt bikes, off highway vehicles, mountain bikes, boat, camp, climb, hike, bird watch, ski, and more. If you want to experience recreation yourself while you're here in town, all you have to do is go right up 8th Street, just a few blocks away, and head into the Boise foothills. BLM is a key member of the Ridge to Rivers partnership with the city of Boise, the Boise National Forest, and the Idaho Department of Fish and Game. The Ridge to Rivers trail system has roughly 200 miles of multiple use trails, crossing and connecting about 85,000 acres of the Boise foothills. BLM manages more than 120 recreation sites in Idaho, including some of the most unique and special places in the state, including the birds of prey national conservation area, which is home to the greatest concentration of nesting birds of prey in North America, perhaps the world. The St. Anthony sand dunes consist of over 10,000 acres of clear shifting white quarts sand. We have over 300 miles of designated wild and scenic rivers, six designated wilderness areas, four national and historic trails, and two backcountry byways.

BLM Idaho fire and aviation program is one of the largest in the nation. We protect approximately 11 million acres of BLM, state, and private land. On average, BLM Idaho takes action on 450 fires that burn over 370,000 acres per year. The BLM Idaho fire program employs about 450 people, and we typically staff 50 engines, 11 dozers, 8 water tenders, one interagency hotshot crew, three heretic platforms, a type two helicopter and a type one helicopter. As part of that, we have partnerships, and in working with our neighbors, it's very important when it comes to being successful, fighting wildfire. The BLM partners with the local ranchers in the state of Idaho to increase fire protection resources through nine range land fire protection associations, or RFPAs. Through this program, over 300 Idaho ranchers, farmers, and range land permittees have been trained and equipped to fight wildfire on public land through agreements with the BLM. BLM Idaho transfers access vehicles, equipment, and supplies to local fire departments and RFPAs through the new rural fire readiness program that went into effect last year. Transfers made so far include surplus wildland fire engines to the Clark County Fire Department and in Jordan Valley, Oregon. We've also transferred a large amount of excess equipment to RFPAs and rural fire departments across the state, including 27,000 feet of hose, 85 radios, 30 drip torches, a hundred shovels and 50 Mcleods. Partnerships are very, very important to us.

Our fire program also includes fuels management. BLM Idaho treats about 100,000 acres annually through mechanical training, prescribed fire chemical treatments, seeding and restoration and creation of fuel breaks to aid suppression efforts. BLM Idaho provides prevention, mitigation, and community assistance, traditional and social media information, fire cause investigations, cost recovery and support for cooperators with training and equipment. BLM's work on wildfires doesn't end after they're put out. After large range land fires, BLM invests time and resources in restoring burned areas through emergency stabilization and rehabilitation programs. We do that through partnerships, collaboration with the state of Idaho and other federal agencies and the counties, we get a lot of work done on the ground, so treatments prevent erosion and invasion from nonnative plants and help restore native plants to ensure adequate forage for wildlife, wild horses and livestock. Over the past 16 months in Idaho, the BLM has completed emergency stabilization work on more than 417,000 acres and performed more long-term restoration work on nearly 423,000 acres, investing around $9.6

BLM_003575

million.  For those on the tour yesterday, you saw the impacts on the wild horses in the two HMAs and the importance of this program and the work that's been done to ensure that the four HMAs are there for the horses.

These are just some of the highlights of BLM Idaho's programs, and as I mentioned earlier, you're going to hear more about the wild horse and burro program in just a few minutes.  At this time, I'd be happy to answer any questions or entertain comments that the board might have.  We really appreciate the opportunity to speak today, and I hope you have a successful and productive meeting here and enjoy your time in Boise.

Mr. French asked if they have identified any herd areas (HAs) or other horses that are not part of the HMAs.
Mr. Ruhs responded that they don't have any HAs and are working on Management Plans that are going to help in the HMAs.

Ms. Carlisle asked about the Deep Creek Ranch, whether it is encompassed within BLM land or alongside it, whether it is a private ranch or not, and how the partnership works.
Mr. Ruhs responded that it has some private land and a lot of public BLM permits. It is done in cooperation through a planning process that includes the BLM and the Idaho State Department of Agriculture and others to develop it as a pilot project.

Mr. Woehl asked about intensive grazing of cheat grass.
Mr. Ruhs responded that they can provide more details on this and emphasized that targeted grazing is to create fuel breaks by allowing permittees within a confined area. It is approximately 200 feet on each side of the road for quite a few miles to graze and to reduce the opportunities for fire starts to come off the road. It has been successful so far, we're still in the early stages, there are some logistical issues with making it happen.

## BLM Idaho Wild Horse & Burro Program
*Heather Tiel-Nelson, Wild Horse and Burro Public Affairs Specialist, BLM Idaho*

Idaho is home to six Herd Management Areas – primarily located in the southern and central portions of the state; three are located in the Owyhees, two along the Owyhee Front and the other near the Oregon border, Four Mile is north of Emmett, and Challis is south of town, Saylor Creek is south of Glenns Ferry.

In comparison to other states, Idaho's six herd management areas are small, with the exception of the Challis HMA. While three of our HMAs are within the AML, three are not. The three HMAs that are within the AML were gathered following the 2015 Soda Fire which I'll cover later in the presentation.

We conduct population inventories using a simultaneous double count method on an every other year schedule. On the off years where we may have a gather planned, we will conduct a census flight prior to gathering so we ensure we capture the appropriate number of animals. The one exception to the population inventory method that we use takes place in the Saylor Creek HMA.  As the horses tend to roam in a large group and are accessible, this HMA is easily counted using a ground count method.

The Black Mountain HMA is one of three found on the Owyhee Front, it is closest to the town of Murphy. Situated on about 47, 434 BLM acres it's AML is 30 to 60 horses.  It was last gathered in 2015, and our most recent population inventory counted about 52 horses on the HMA, not counting the 2019 foal crop.

The Challis HMA is home to Idaho's largest wild horse herd; it's AML is 185 – 253 horses on about 156,545 BLM acres. This AML is largely based on winter range and available forage. We currently estimate there to be 349 horses in the Challis herd, not including the 2019 foal crop. The last time Challis was gathered was in 2012 where we removed approximately 150 horses.

We also conducted a small bait trap gather where we gathered 20 horses in Feb. of 2017; we removed 10 adoptable horses and returned the others to the range. We attempted to do the same in 2018 however we were challenged in court and we withdrew the decision.

BLM_003576

Following the 2012 Challis gather, a partnership between the BLM and Wild Love Preserve was formed. It's founder Andrea Maki identified adopters for 84 wild horses. After successfully caring for these animals for a year, she now has title and continues to care for them.

This is a unique partnership between BLM and a private entity dedicated to preserving the Challis herd in their home range on private land. Additionally, Andrea Maki has received the certification to apply PZP and works alongside the Challis FO to field dart a small group of wild horses annually.

The Four Mile HMA, north of the town of Emmett, is situated on 15,441 BLM acres; it's AML is 37 to 60.  We currently estimate there to be 150 horses, not considering the 2019 foal crop. The last time we gathered the Four Mile HMA was in 2009.

This HMA tends to be a little more challenging to manage as there are very few two-tracks into the heart of the HMA. While the east and west boundaries are bordered by roads, there is a large ridgeline in the middle of the HMA which also limits access, particularly when considering bait and water trap gathers.

The Hardtrigger HMA, adjacent to Black Mountain is about 60,090 acres, with an AML of 66 to 130. We last gathered this HMA in 2015 following the Soda Fire.  We just released the final group of horses to the Hardtrigger HMA the end of May, so we are at the low end of the AML in this HMA.

The Sands Basin HMA is the one we toured yesterday, so you are familiar with its location along the Oregon border.  It is 9,392 acres and the AML is 33 to 64; we released horses to the low end of the AML the spring of 2018.

The Saylor Creek HMA south of Glenns Ferry is 94,992 BLM acres and the AML is 50; our current estimated population is 112 horses.

The interesting thing about the Saylor Creek Wild Horse herd is that it has no natural water sources, so the horses receive water solely through pipelines and water trough systems that are largely supported and maintained by livestock grazing permittees and BLM staff.

Management of the Saylor Creek HMA falls under the Jarbidge Resource Management Plan which was revised in 2015. This ROD selected an alternative to implement the Saylor Creek HMA as a non- reproducing herd. When wild horse herds have no natural water sources, policy guiding BLM wild horse herd management allows for zeroing out the area's horse population.

At the time, we believed the better option was to introduce and manage a non-reproducing herd comprised of Idaho's wild horses that had been passed over for adoption. This option would have maintained wild horses in a free-roaming status on public land while also reducing the number of horses in off-range corrals or pastures. This would have been analyzed at a later date in a herd management area plan, however the judge believed BLM should have analyzed it in the revised RMP, therefore the decision was remanded and BLM is still following the 1987 Jarbidge RMP for wild horse herd management.

Bruneau Off Range Corral (ORC)–privately owned and contracted–is not open to the public, however we do host an annual tour each spring. It is the newest facility in Idaho and opened in fall of 2015 with a 2,800-animal capacity and 1,014 mares currently in holding, including over 360 foals.

Boise ORC: 150 animal capacity, 78 wild horses and burros currently in holding. This corral hosts a lot of walk up adoptions, they are open seven days a week, it is best to call ahead and make an appointment. So far this year, the Boise ORC has placed over 200 animals into private care. Of these, 55 adopters were approved for the Adoption Incentive Program. This facility was never intended to hold horses year-round but as the need for holding space has increased nationally, we have been caring for horses year-round here since 2009.

Challis ORC: primarily hold horses there when we gather the Challis HMA. It is a BLM facility open to the public. We have limited staff and coupled with the harsh winter conditions, it is cost prohibitive to hold horses year-round. The ORC has a 200-animal capacity. No wild horses and burros currently in holding at this location.

BLM_003577

Idaho was host to the Mustang Heritage Foundation's Extreme Mustang Makeover from 2013 to 2015. When they shifted the event to a different location, Idaho's Mustang Heritage Foundation TIP storefront trainers Matt & Stacie Zimmerman created the Mustang Mania TIP Challenge which is an in-hand training challenge. This year there were 67 trainers who adopted a wild horse or burro, and 51 of them competed this past weekend. This competition has seen a remarkable increase in participation each year since its inception. These trainers were able to show off their 90-day progress in a series of classes, including Conditioning and Handling, In-Hand Trail and Freestyle.

The Zimmermans also hosted an open mustang show over the weekend which attracted 55 mustangs for over 400 entries in a full slate of 71 classes! Additionally, six saddle-trained mustangs from the Beaty Butte training facility were all adopted, for a total of 73 animals placed into private care through this event.

Our Idaho Wild Horse & Burro program is also very fortunate to have the help of the Idaho Mustangs Club which was formed ten years ago to promote mustangs wherever possible –parades, trail rides that take place each year in one of Idaho's HMAs, and educational demonstrations during the Idaho Horse Expo, Western Idaho Fair and Murphy Outpost Days. This group does so much to bring mustang fans together and helps to promote our adoptable horses at the Boise Wild Horse Corrals.

With regards to the Soda Fire, we began gathering nearly all of the animals from the three HMAs the day the fire was called controlled. As the Black Mountain HMA was only 1/3 burned, we immediately released horses to the low AML following the gather. These horses were cared for at both the Boise and Bruneau Off Range Corral facilities until the rehabilitation objectives were met. Once that occurred, we returned horses to low AML in Sands Basin in June of 2018 and we returned wild horses to the Hardtrigger HMA just this past May to low AML. Both of the releases were wildly popular with members of the public who caravanned with us to the release location.

[A video of the return of wild horses to the Hardtrigger HMA was shown]

So this year we requested helicopter gathers for Challis and Four Mile and a bait/water trap for Saylor Creek HMA. However, due to other higher priority considerations, Idaho's gather requests were not approved at this time. We will likely request to gather these HMAs in 2020:

- Challis HMA (last gather was 2012)
  - Approximately 161% over high AML with 2019 foals.
- Four Mile HMA (last gather was 2010)
  - Approximately 293% over high AML with 2019 foals.
- Saylor Creek HMA (last gather was 2010)
  - Approximately 258% over high AML with 2019 foals.

Ten years ago, Boise District BLM Wild Horse Specialist Steve Leonard (now the Canon City, CO Wild Horse and Burro Facility Manager) took a wild idea to the management team to pair 4-H members with young wild horses to train for adoption. The vision soon grabbed hold and gained support with both BLM leadership and the University of Idaho 4-H Extension program. Each year since, between five to eight 4-H Clubs carefully select a young wild horse to train for six to eight weeks prior to offering the horse for adoption at the Idaho Horse Expo and the Western Idaho Fair. In 2014, the program expanded to eastern Idaho where several more 4-H Clubs prepare young wilds for an adoption during the Eastern Idaho Fair.

During the journey leading up to the adoption, 4-H members are teaching their young charges to lead, pick up their feet and load into a horse trailer. BLM then hosts a trail challenge where 4-H members can showcase their horse's training progress, and hopefully spark an interest in a potential adopter.

Ms. Tiel-Nelson quoted others saying the following: "For ten years now, this partnership has generated solid excitement

BLM_003578

around our wild horse and burro program," said Boise Wild Horse and Burro Specialist Raul Trevino. "It's very gratifying to see the 4-H members grow and develop their skills while also helping us place horses into new homes." "There is nothing more amazing than watching a youth touch a mustang for the first time, or more empowering than watching the same youth teach that horse to trust them as they begin the training process," said 4-H leader Tina Reay.

[A video of the Idaho BLM Wild Horse & Burro 4-H Partnership was shown]

I would like to go back to your question about herd areas. There is one that I mentioned, a historic one that is near our four-mile herd north of Emmett. It did not become an HMA largely because of the amount of private land and available water that's in that area.

Dr. Lenz asked if they have criteria for what is considered an adoptable animal? Ms. Tiel-Nelson and Mr. Raul Trevino responded that it has more to do with available holding. For example, in Challis, there was an agreement that it would be only to those that we considered to be easily adoptable, including horses that tend to be younger. In our experience, we have an easier time adopting animals that are in that yearling to three, four year old range.

Ms. Carlisle commented that she is really impressed with what was presented about partnerships with the Idaho wild horse and burro program and asked how Idaho, despite having lost one or two key people, i.e. Steve Leonard, was able to continue successfully. How do we make sure that happens elsewhere? Ms. Tiel-Nelson and Mr. Trevino responded that local specialists have become just as passionate as those who built the relationships and are able to carryon once the others are gone. There is a great connection with the program, with the kids in the program, and with the horses in the program, we are all very passionate about this. We are blessed in Idaho to have some key wonderful volunteers who are passionate. Mr. Trevino elaborated on the program and how he interacted with Steve and the University and the kids.

Mr. French asked about population inventories and whether these were done with a helicopter, on foot, or on horseback. Ms. Tiel-Nelson clarified that it was aerial, from a helicopter. Mr. French asked about hard trigger for gathers, and whether that is based on a percentage of AML. Ms. Tiel-Nelson responded that they request to gather when we are over AML, but because of budget constraints and limited holding, we can only get what is available. We have requested that for 2019, where we are over AML, and we're hoping that our requests for 2020 will be granted. Mr. French commented that Nevada placed HMA on a back burner in terms of active management until we hit an exponential growth rate, and then we had ourselves an actual crisis. He asked, do you have other gather criteria? Ms. Tiel-Nelson responded that there goal is to reach AML and they will request gathers to get there, in order to make maintaining AML much easier, not to mention small gathers and small groups of horses for adoptions much easier to manage in the future.

Mr. French asked whether it was the 4-H Extension that came to the BLM or was it the BLM that came to 4-H. Ms. Tiel-Nelson responded that Steve Leonard's daughter was in 4H, so he had a relationship with the extension program at that time. They worked together reviewing the guidance and the guidelines and the insurance that the extension program could bring to the table. It is just as much about having the horse specialists that are passionate about it that can guide those 4-H members.

Dr. Perryman asked why the Challis request was withdrawn. Ms. Tiel-Nelson responded that it was challenged because we had an inadequate public comment period, so we withdrew the decision based on that. It was tied to work on a long-term plan that would allow us to reduce large-scale helicopter gathers and complete either darting or bait water trapping gathers, all covered under one plan or programmatic agreement. She went on to clarify that for the Boise district, Four-Mile HMA, the final decision should be in August.

Ms. Carlisle asked if there is a strategy for requesting helicopter gathers and bait water trapping and whether one is prioritized over another or whether it's all thrown into the pot and considered equally. Ms. Tiel-Nelson responded that it depends on the HMA. In some cases, it is about accessibility.

Mr. Woehl asked about water from private landowners at Sailor Creek. Ms. Tiel-Nelson responded that there are BLM and private landowner pipelines and they are maintained primarily by grazing permittees. Mr. Woehl asked whether those horses turned back to Hardtrigger were PZP treated. Ms. Tiel-Nelson responded that yes, they were PZP treated.

BLM_003579

Mr. French referenced the Sheldon refuge in Nevada and that in the 1980s they could not use helicopters for gathering horses, so they had a number of contractors, wrangler horseback gatherers, who were very successful. It was an ongoing project to try to hold the numbers down below levels that were harmful to the range. He asked why the BLM seems to not use those types of gather methods in lieu of helicopter gathers in those areas that are not inaccessible. Ms. Tiel-Nelson responded, I think we've moved away from that because of the pressure that it does put on a saddle horse, and it's just simply not as efficient.  Our helicopter gathers are able to more safely and more humanely move those horses over that tough country.  The helicopters seem like a border collie in the sky and are able to guide the horses and let them pick their own way, at their own pace, to a trap. When I speak to ranchers or people who ran horses back in the day, I hate hearing the stories of the broken legged saddle horses, especially when the terrain is rough, and I think that's largely why BLM has moved away from that.

Dr. McDonnell asked, similar to the earlier question, when you do a gather, or in the case of the fire, how do you select what horses to go back out? What are the guidelines for age or similar? Other than non-adoptable? Ms. Tiel-Nelson and Mr. Trevino responded, it's largely based on age, we look at confirmation, we look at color, and we do look at the future progeny, recognizing that under the auspices of how we manage our program these days, we've got to look at the adoptability of that progeny. The age is a range from 5 to 18. This is mostly due to the fact that these horses are used to that terrain. If we were to turn out a yearling a year later, two years later after being in holding, he would probably be lost, he wouldn't recognize the area. We also look at confirmation, the demeanor of the horse. If we have a horse that could possibly be a threat, like you saw in Sands Basin yesterday, it's very open terrain, and it's very heavily populated, so we want to make sure the public is safe as well.  One of the other things, here in Idaho, we work very closely with some veterinarians, like the Idaho Equine Hospital and a couple of doctors like Dr. Liz Scott, who is very passionate about working with us and helping us throughout this journey, and they give us advice. Dr. McDonnell asked if there is any data on horses returning on how quickly they reestablished a natural social organization. Ms. Tiel-Nelson and Mr. Trevino responded that there have been a few lessons learned in the case of the Soda fire.  The Hardtrigger horses had been in captivity for almost four years. The horses are used to seeing a pickup with hay in the back and used to seeing Ruby and Colton and myself. We feed them, fix their water troughs, so, naturally, when we first turned them out, the dominant studs picked their mares and took off, but unfortunately, there was some stud horses that didn't quite mix in the bunch, so we saw some displacement with some of the stud horses. It has been about a year now since then and we've seen them mixing in and being able to find their homes, but the majority figured out their pecking order and just took off. You can see them now hanging out on the high ridge, where the public can't get to them. If they see you coming, they leave.

Dr. McDonnel asked about 90 percent effectiveness for the PZP treatment. Do you have any foals this year from those that were turned out last year?  And how many? Mr. Trevino responded that we did not see any foals in Sans Basin. 15 mares, and no foals. I've been out in Sans Basin frequently this Spring and we do have a couple young foals out there, but those foals were from mares that we did not gather or treat. So far, no foals from those treated. They may foal here in the next month or two, but so far, I'm not seeing any wet mares or anything like that of those we turned out last year.

Dr. Perryman commented, I camped out last summer in the Owyhee desert for a couple of nights, and I had a stud horse come up on me about midnight, 1:00 o'clock in the morning, and I thought I was going to have to take some serious action. When we have more and more animals out there and we have more and more opportunity for human-animal interactions, other agencies have some kind of policy at least for grizzly bear-human interactions; they have a policy for dealing with those kinds of things. Does the BLM have any kind of a policy together to deal with these kinds of situations, officially? Mr. Trevino responded, one of the challenges in Sans Basin, due to it being a heavily recreated area, was the interaction with humans. We have had some instances where it turned a bit dangerous for that individual.  So what happens after that, we get the complaints, we get the calls.  Myself, other BLM staff, we mitigate the problem by setting up a bait water trap or something to catch that horse and bring them back to the corrals and remove them away from that HMA so we can eliminate the problem.  If we are unsuccessful in capturing the horse, we will euthanize the horse in the field. Dr. Perryman asked, is it up to the discretion of whoever's in charge? Mr. Woehl clarified that there may instances where people are approaching the horses when they are not supposed to, stallions will protect mares, stallions will mount mares that may be in estrus, etc. Mr. Woehl asked if there is any signage to not approach the herds on horseback or be aware. Mr. Trevino responded that we do have some signage going into our HMAs, identifying that you're entering a horse management area, safety at your discretion.  We do not have any specific signs that may say, for example, that it's breeding season, the studs may not be very friendly at this time of year.  A lot of the problems that we see, at least in my experience, it is in the spring, during the breeding season, when the mares are in heat and the studs are trying to mix in

BLM_003580

with the herd but the dominant stud is not letting them in, so when they see a rider, it doesn't even have to be a mare, they're in breeding season and they attempt to mount a horse with a rider. A lot of people like going up there and riding, and a lot of people really enjoy going up there and seeing the horses and interacting with the horses and you're probably right, we probably should have something saying that during this time of year, please leave the horses alone, please stay away from them, take pictures at a distance. We're also at the mercy of educating the public and, hopefully, them understanding, there could be problems.

Ms. Carlisle commented, in the case of a study in California, we are having a lot of unintended consequences when we don't put a lot of forethought into how allowing recreation and camping affects these herds, in terms of breaking them up and spreading them out. I'm happy to share that study with you all.  It gave me great pause for thought, for sure.

9:45AM BREAK

## BLM National Wild Horse & Burro Program
### Bruce Rittenhouse, Acting Division Chief, Wild Horse & Burro Program

Mr. Rittenhouse thanked the Board members for their time. He wanted to recognize that this the wild horse *and burro* program, we do have burros. Mr. Rittenhouse thanked Bryant Kuechle and Derek Moss for facilitating and for taking notes at these meetings. He went on to say, I'd like to thank BLM Idaho for an awesome field trip yesterday. That was incredible.  I think it was a good success story of what happened and what they did with that fire and making a bad situation have a positive outcome. I want to thank John Ruhs and all of his staff for their preparation, ramp up, and setup for this meeting. We want to show the board that BLM is implementing some of the past recommendations. We are happy to have Jonathan Friedlander here from New York State to give a presentation about a veterans program that he is working on with us. We also want to recognize the great partnerships that BLM Idaho has entered into. BLM cannot implement its mission without a dedicated group of volunteers, dedicated group of partnerships, that all work with us on whatever the issue may be, from wildlife and other natural resource issues, to ensure that these public lands are healthy and can be maintained for future generations.

Mr. Rittenhouse introduced his topics for the day, including the program goals from a broad, 30,000-foot level, review of some facts and figures, discuss the challenges, show our current organization from a labor perspective and staffing levels at the Washington office, and then ultimately our infrastructure of corrals.

Our first goal is to maintain healthy herds on healthy range lands. The second, including activities on public lands and off range, is to ensure the health and welfare of these animals in our care, that they are cared for in the highest manner. The third goal, from an off range perspective, is placing excess animals into good homes and trying to increase placement, whether through adoptions or sales or transfers or other programs that BLM would be interested in.  We'd be interested in hearing from the Board on how we can expand this information as well to place more animals.

Goals of the Wild Horse and Burro Program:
- Maintain healthy herds on healthy rangelands

- Ensure the health and welfare of animals in our care

- Place excess animals into good homes

Facts and Figures:
- 10 Western states

- 177 Herd Management Areas (HMAs)

- 26.9 million acres of public rangelands

- 26,690 animals is the AML

- 88,000 animals on the range (March 2019)

- 48,000 animals in holding (May 2019)

BLM_003581

Case 1:21-cv-02146-REB   Document 47-12   Filed 10/14/22   USDC Colorado   Page 113 of 225

- o   12,000 in corrals
- o   36,000 in pastures
- 4,609 adopted/sold in FY2018
- 11,472 removed from the range in FY2018

Based on our estimates of 88,000 animals on the range, I should mention this is probably a minimum. I've heard between 5 and 20 percent more than 88,000 is likely.  Of note, last year we removed 11,472 animals, which was one of the highest numbers that we have removed from the range. As a result, instead of a 15 to 20 percent increase in the population from 2018 to 2019, we saw a 7 percent increase.  This year we are hoping to remove about 9,000 animals and we are in the process right now.

The Washington office is a dispersed group with staff in three different locations. There are several vacant positions or in a positions on a detail.  Dorothea and I are in the detail as the program coordinator and acting division chief, respectively. We have a new position that will focus on ensuring we follow CAWP principles of animal health and welfare. Overall, there are about 30 to 35 members in this program at the Washington level.  Then you get down to the states, which vary. Each state within the ten states has a state program lead, and then below that, there are wild horse and burro specialists at field and district offices, but we also rely on a lot of people that have collateral duties who wear multiple hats. I think that is typical of BLM offices anymore.

Mr. Rittenhouse showed the locations of the off range pastures, with 36,000 animals on about 300,000 acres of private land. We work with these contractors to ensure that the animals are well cared for, we do inspections on those corrals, or I mean on those pastures, excuse me, and as you can see, we have one in Missouri, and, um, a few scattered elsewhere across the western states.

We are in the process right now of evaluating a new pasture solicitation that will increase our pasture holding space by about 5,000 animals.  We also have public off range pastures, previously known as ecosanctuaries.  We now have four of them. They are not open to the public, but we do give tours of them. There are two in Wyoming, one near Laramie, Wyoming and one near Lander, Wyoming, and then we have one in Kansas, and one in Oklahoma.

The last part of this is our off range corrals. We have 26 corrals encompassed by two types of corrals, one is what we call our prep facility, facilities like Palomino Valley, Rock Springs and a few others where the horses come in off the range, and they are prepped, and they are dewormed, they're freeze marked, the stallions are gelded, all in preparation for adoption and/or sale or to try to streamline them and move them to pastures as quickly as we can.  The second type are what we call our maintenance facilities, like at Bruno, Challis, and Boise. We currently have 19,000 spaces with our corrals. We try to transition those animals as quickly as we can to the pastures and for adoptions and sales.

Mr. Rittenhouse pointed out that adoptions have been going on since 1978. A horse under the adoption program stays in federal ownership for the year until the animal is titled, and then it loses its protections under the Act. He recognized the Online Corral, started last summer as another means for people to adopt or purchase without having to go to a site first.

The second part of our focus to place animals is through our sales authority under the 2005 appropriations act, knows as the Burns amendment. We do sell animals, and when a bill of sale is completed, that animal, again, loses its protections under the Wild Free Roaming Horses and Burros Act. Purchasers certify that they will take humane care of that animal. We've revised our sales policy to require that the purchase of more than four animals needs approval of the Assistant Director.

There was a decline in adoptions from 2010 to 2014 and an increase from 2015 to 2019. Why the increase? BLM has done better marketing of our animals.  We've expanded more into the east. We've offered more animals. And we will continue to work to offer more animals.  My philosophy is the more animals we can offer, the more animals we will place, but there is a capacity point that we have to deal with within our facilities. There is also a cost component with adopting animals. It costs between $1,500 and $1,800 to adopt an animal

National Wild Horse and Burro Advisory Board Meeting – July 10-11, 2019                                    Page 12

BLM_003582

The adoption incentive program, a recommendation from the Board in 2015, is meant to bring in new adopters and to reinvigorate past adopters. From that standpoint, it has been a big success. We have seen better turnout at our adoption events. The adoption incentive applies only to untrained animals. An adopter gets $500 within 60 days from the time of the adoption, and $500 at the time of titling a year later, for a total of $1,000. We think it's a success from the standpoint of getting people to come out, but the program is still in its infancy. We are optimistic about it. There are people that would still rather purchase an animal instead of getting the $1,000. The advantages are they get the horse immediately, it becomes their property, versus waiting the year. We've seen an increase in adoptions yes, but there are a lot of variables contributing to that success. For example, we offered more horses, we have had more events, so, there are multiple factors to consider. I think BLM is just getting better at trying to market our product and brand.

As for partnerships, BLM is willing to partner and collaborate with anybody who wants to work with us. The Mustang Heritage Foundation (MHF) is one of our key partners. You'll more from them later. We also have six inmate training programs where inmates train these animals. Those animals are typically all placed and many of them go at competitive auction and go for a pretty good price.

Mr. Rittenhouse talked about research: we focus our research on fertility control, vaccine formulation and delivery. We're looking at Gonacon, which is showing some promise for longer term fertility control, with a booster up to four to five years, versus PZP and PZP22. We're also looking at IUDs and spay and neuter as an active proposal. We've done small gelding studies to look at gelding stallions holding mares after they've been released. Dr. Paul Griffin has provided the Board with information on these studies. He would be a better one to present those results. We are also looking at a lot of published research on range impacts and the ecology of wild horse and burros, including movements, behavior, and safety. And then, lastly, we are researching how to improve our survey methods, which came out of the National Academy of Science report from 2013. We've looked at using drones, we've looked at using remote sensing, we've looked at using infrared, we've looked at using satellites, but we still can't count these animals perfectly.

The challenge right now with this program is that we are three times over AML and costs about $50 million a year, which is 60 to 70 percent of our budget that goes directly to holding and caring for these animals. So, as you know, BLM released a report in 2018 to Congress, which outlined four options to address these challenges. Congress requested the report. They asked us to look at success and cost of removals, fertility control, cost of holding, etc. They asked us to provide the regulatory framework and technical protocols to start an active sterilization program.

Mr. Woehl asked what BLM is doing to improve adoptions and have more adoption events in the east. Mr. Rittenhouse responded that events in the east are more expensive. We have offices in Milwaukee, Washington, DC, and Jackson, Mississippi, so any event we do anywhere back east requires a lot of travel. Some options that we could try are more holding space, and storefronts in TIP locations. I don't know if we're capitalizing on those as well. Another challenge is the quality of horses. When we pull horses here in Idaho, they're going to probably be adopted here or in that respective state.

Dr. Lenz asked about inspections after the first $500 payment in the incentive program. Mr. Rittenhouse responded that it requires a mandatory inspection before getting their title. In those cases, if there is any indication the animal has not been treated well, we can still relinquish and take that animal back.

Dr. Perryman asked about efforts to engage 4H in the east, simply because the density of 4H programs in the east is much higher than it is in the west. It would be a good idea to throw some bait out there and try and get on the program of the next national 4H meeting. Mr. Rittenhouse agreed and stated that the only problem is finding 4H leaders capable enough to partner and take this on, like in the case of the partnership in Idaho. The Board and Mr. Rittenhouse agreed that there may be additional opportunities with 4H moving forward. Mr. Rittenhouse brought up FFA as another organized program capable of partnering.

The Board and Mr. Rittenhouse discussed whether the incentive received by participants is taxable. It is considered income but the BLM does not issue a 1099 for payment of the adoption incentive. They also discussed the sale contract language. Mr. Rittenhouse responded that the sale contract of BLM horses does include language that the purchaser will not mistreat the animal, that she/he will treat the animal humanely, and that she/he will not resell for commercial products. The only follow-up once the sell is complete and the animal is titled is in egregious cases, we will investigate and

BLM_003583

ultimately turn it over to law enforcement. We ask, did they misrepresent themselves in their application? If so, they could be voided for any future adoptions or sales.

Dr. McDonnell commented that, it seems from information I have received, that adoptions don't really work out for the good of the horse or the successful outcome of the owners. Is the BLM in a position to do any follow up studies on the success of adoptions? Do the horses and the adoptions meet the expectations of the participants? That information would be helpful. Do you want to comment on that? Mr. Rittenhouse responded that success is kind of a relative term.  Success for the adopter may be different than our success, but, a successful adoption would be is if that animal is adopted, is cared for in that first year and titled.  To me, that would be our success. So, if we adopt 2,000 animals and 1950 of those are titled and 50 are returned back to BLM for various reasons, it might be the adopter saying "I'm in over my head with this animal." That's the beauty of the adoption program, they can return it back to BLM, or BLM has, through compliance checks, determined to take an animal back and get it back in our corrals and take care of it.  Looking at how many animals that we take back or the adopter returns to us, I think it's relatively low.

Dr. McDonnell commented that if BLM could gather information that indicated that most people, no matter what their expectations, that we can dispel, or confirm, that most wild horses end up not having veterinary care or not being able to be handled, etc. Mr. Rittenhouse responded that BLM could look into that.

Ms. Carlisle asked if the RFI that the BLM sent out was not just for surgical sterilization, but for sterilization techniques in general.  Is that correct? Mr. Rittenhouse responded that it was specifically for surgical sterilization.

Mr. French asked of the 11,472 that were removed from the public lands or HMAs in 2018, how many of those gathers were triggered by emergency circumstances to the environment? Mr. Rittenhouse responded that it was about 5,800 through emergency gathers.

Mr. French asked if there are any contractual stipulations in the off range contracts that ensure that there is not going to be any resource damage on those off range pastures.  It doesn't make much sense to me to take a problem and move it 1,500 miles to the east and transplant it to another site. I know the public off range lands could also be impacted, including for property value, resource damage, etc. Is there any kind of contractual stipulations that preclude that from happening, that you don't get too dense on those pastures? Mr. Rittenhouse responded that the evaluation process for off range pastures includes a site visit and tour, a carrying capacity analysis, and we adjust the proposed number of animals per site to ensure that the health of that land is maintained.

Dr. McDonnell made the correction that the RFI was written in general terms for wild horse and burro mare sterilization methods, and they give examples of surgical techniques and less invasive oviductal blocking with glue.

## BLM Responses to the 2018 Advisory Board Recommendations
### *Bruce Rittenhouse, Acting Division Chief, Wild Horse & Burro Program*

BLM responded to the recommendations made by the Board at the October 10-11, 2018 Advisory Board Meeting held in Salt Lake City, Utah:

1. Encourage BLM to gather horses in HMAs that are over AML that are reliant upon supplemental water.  Once HMA is at AML, stop hauling supplemental water except under extreme circumstances. (Approved, unanimously)

- BLM Response: Gathering and removing excess wild horses and burros from herd management areas that are over AML is one of the top priorities for the BLM.  The BLM monitors range conditions in HMA's and when water becomes scarce and threatens the welfare of animals, the BLM will initiate emergency gathers to protect animal and land health.  If an HMA is at AML and is achieving a thriving natural ecological balance and multiple-use relationship with other uses and resources then water hauling should not be required.

2. Continue to support and increase funding and the use of programs like the Mustang Heritage Foundation Trainer Incentive Program to place horses and burros in good homes. (Approved, unanimously)

   BLM Response: The BLM continues to support and fund partners, such as the Mustang Heritage Foundation, to assist in placing more animals into good homes.  The ability to increase funding levels for these partnerships is

BLM_003584

contingent on the amount of funds appropriated by Congress and the need to fund other program priorities.

3.  Encourage volunteer and partnership opportunities for fertility control and adoptions including inmate training programs or 4-H and youth programs, local fertility control advocacy groups, public off-range pastures, and organizations like The Mustang Heritage Foundation. (Approved, unanimously)

    BLM Response: We agree. The BLM is willing to work with interested partners who are willing to apply fertility control treatments on the range and assist with adoption and sale events.  The BLM has expanded its adoption and sale events to public off-range pastures as well as the correctional facilities.  We continue to proceed in developing a national volunteer network to assist the BLM to increase the use of fertility control and place animals into good homes. The Board will see examples of these partnerships later today.

4.  Support the existing Great Lakes Marketing Research Report submitted to BLM.  Support and implement the list of feasible recommendations from the marketing report. (Approved, unanimously)

    BLM Response: The BLM has developed an action plan that addresses many of the recommendations put forward by Great Lakes Marketing (GLM) to increase placement of animals into private care through improved marketing, branding, communications, training, partnerships, etc. Among the products developed to help meet these objectives is a program Style Guide to bring consistency to advertising, signage, apparel and other brand platforms. The program also continues to work with our partner, MHF, to realize the full potential of the Trainer Incentive Program (TIP) and storefront outlets to maximize placement opportunities. The GLM recommendations continue to inform the program's actions and initiatives, and help to improve performance and outcomes.

5.  Reach out to military and veteran organizations for help with adoption and volunteer fertility control application. (Approved, unanimously)

    BLM Response: We agree. The BLM currently works with partners who are involved with veterans groups.  You will see one example at this Board meeting of a relationship we have with a veterans group.

6.  Board accepts Option 1 and the required changes to the regulation and the Act from the report to Congress as the preferred path forward to reach AML. (Approved.  Split vote of five in favor and two opposed, Ms. Carlisle and Ms. Kathrens)

    BLM Response: Option 1 of the 2018 report proposed that the BLM use all of the legal authorities contained in the Act, including the use of sale without limitation and euthanasia of unadopted or unsold animals.  Since 2010, Congress has prohibited the BLM from using these two methods to achieve a sustainable program.  The BLM strives to provide for the humane, non-lethal treatment of animals, both on the range and in BLM holding facilities.

7.  The advisory board recognizes the value of and supports ongoing research and funding of humane permanent sterilization as one of many viable tools in our quest to achieve a thriving ecological balance by achieving and maintaining AML.  (Approved. Split vote with five in favor and two opposed, Ms. Carlisle and Ms. Kathrens)

    BLM Response: As part of its Fiscal Year 2019 appropriations, Congress asked the BLM to immediately begin designing the regulatory framework and technical protocols for an active sterilization program (House Report 115-765). In response to this language, the BLM recently released a Request For Information (RFI) asking veterinarians and equine practitioners what types of surgical methods could be used to sterilize mares, and the costs and capacity of veterinarians to conduct these procedures. The BLM will analyze the responses to this RFI as it is considering a path forward. BLM intends to continue funding ongoing research that addresses both reversible and permanent population growth suppression methods.

8.  The board encourages the BLM to collaborate with interested equine advocacy groups to decrease current unadoptable horse and burro inventories. (Approved, unanimously)

    BLM Response: We agree. The BLM is willing to work with interested equine advocacy groups to achieve a sustainable program, including finding effective ways to increase the number of animals placed into good homes through adoptions, sales and transfers.

9.  We recommend that the BLM first focus resources on reaching AML in 3-5 years by utilizing removals as can be accomplished and accommodated by off-range holding. (Approved.  Split vote of four in favor, two opposed, Ms. Carlisle and Ms. Kathrens, and one abstain, Mr. Masters)

BLM_003585

BLM Response: Achieving AML in this timeframe is currently unattainable as it would require gathering and removing at least 30,000 animals annually over the 3-5 year period (90,000 – 150,000 in total). Currently, the BLM doesn't have the capacity and enough contractors to gather and remove this number of animals, nor does it have the preparation and holding facilities to handle this volume of removals in this time frame.

10. On the HMAs and HAs that exceed AML, initiate emergency gathers where these boundaries overlap primary habitat of sensitive, threatened and endangered species and initiate the evaluations to establish carrying capacity. (Approved, unanimously)

BLM Response: We agree. One of the priorities that the BLM has identified is to conduct gathers and removals of wild horses and burros in areas where resource conflicts occur, including areas with listed species and critical habitats. Past emergency gathers have focused on wild horse or burro health concerns, degradation of natural resources including key wildlife habitat, or to resolve an immediate threat to public safety or private property.

11. Implement safe, reversible fertility control vaccines as part of the management control to mares captured and returned to the range. (Approved, unanimously)

BLM Response: Under current direction, until populations in HMAs reach AML all excess horses and burros will be removed from the range and transferred into BLM holding facilities for adoptions or sales. Once AML is reached, the BLM can apply reversible fertility control on a larger scale, but only if and when longer term fertility control vaccines (3-4 years) are available. To treat a high percentage of mares using ZonaStat (liquid PZP) in most HMAs would require annual gathers, which is not practicable. The BLM continues to conduct research on developing longer term reversible fertility control, such as Gonacon, as a method to slow population growth rates.

[Responses continued after the presentation by the Mustang Heritage Foundation]

12:00PM BREAK

## Wild Horse & Burro Program: Public Off-Range Pastures
### Holle' Waddell, Off Range Branch Chief

We're going to be talking about public off range pastures. The information you have in your binders includes statistics for the Online Corral as well as fliers regarding the adoption incentive program. We have noticed that there are certain members of the public that aren't aware of our program and its challenges. Public off range pastures, or PORPs, offer opportunities to educate and market. We have modified the agreements to contracts to include additional provisions, such as the placement of animals into private care. We started talking about housing animals, having events that included animals that were going to be available, so not the animals that were housed there at the ecosanctuary, but bringing additional animals on site and hosting an adoption or sale event. They hold general demonstrations, open house events, and we saw the visitor number go from very little to over 3,500 in 2017.

Purpose of PORPs:
- To increase public access to WHB in off-range settings
- To expand outreach and educational opportunities about WHB
- To provide additional outlets for private placement of WHB
- To support BLM's on-range management efforts with needed off-range holding capacity

Four Public Off-Range Pastures: Kansas (1), Oklahoma (1) Wyoming (2). We finalized the transition from assistance agreements to contracts in 2018, and did a solicitation and acquired an additional one, so we went from three to now four public off range pastures. As I said, the purpose of these public off range pastures is to increase public access for wild horses in an off range setting. We don't have any burros at these pastures, so it does focus on wild horses in a free roaming environment. We hope that they expand outreach and educational opportunities regarding the wild horse and burro program, and also provide additional outlets for private care placement.

The four PORPs are very accessible, they each have websites and we've been working with them to find ways to allow people to schedule adoptions and then adopt the animals on site, outside of the BLM hosted events. This would be

BLM_003586

additional opportunities to place animals into private care, all while educating the public.

Mowdy Ranch – Coalgate, OK
- Acreage: 3,500
- Capacity: 350
- Amenities/Events: Tours, Lodging, Private Care Placement, Annual Marathon

Deerwood Ranch – Laramie, WY
- Acreage: 4,700
- Capacity: 350
- Amenities/Events: Tours, Lodging, Private Care Placement

Wind River Ranch – Lander, WY
- Acreage: 940
- Capacity: 225
- Amenities/Events: Tours, Interpretive Center, Private Care Placement

Svaty Ranch – Ellsworth, KS
- Acreage: 1,700
- Capacity: 225
- Amenities/Events: Tours, Private Care Placement

Wild Horses in Public Off-Range Pastures (as of 06/24/19): 950

The Board expressed how well the PORPs are operated and the great people that put forth a good face for BLM and the wild horse and burro program. Of note, all horses in PORPs are non-reproducing.

Dr. Lenz asked about what percent of horses end up being adopted. Ms. Waddell clarified that the animals adopted at these facilities are brought in and are not the animals at the PORPs.

Ms. Waddell talked about the effort put into the junior ranger booklet for different programs within the Department of Interior. We are revising what used to be our junior explorer book to make the messaging in the program consistent. We've hired a marketing firm to rebrand the program, and that, along with the interpretive education division, we are finding ways to communicate from an educational standpoint. We'd like to be able to use it in schools and provide it to school age children so they can learn some information about the program.

Ms. Carlisle asked about recent off range pasture solicitations and crowd solicitations and whether there are going to be further solicitations for more public off range pastures? Ms. Waddell responded that no, not at this time. The off range pasture solicitation closed, and we're in the process of reviewing the proposals and the technical team is doing their work. The off range corral solicitation is still open and has been extended to August 22nd. There will be no further solicitations for PORPs because there is a lot that goes into managing them. We have built up a good program now and we want to be able to pick up some steam, have some continuity regarding what the expectations are for the public off range pastures, get a really good schedule in line and a really good practice on exactly what we're going to do before we add additional ones.

**Mustang Heritage Foundation**
*Randi Blasienz, Director of Operations, Acting Executing Director*
*Matt Monroe, Director of Marketing*

The Mustang Heritage Foundation was created to support the Bureau of Land Management and finding homes for the horses and burros that are in off range holding corrals.  We do that through training efforts.  There was a study done that shows that the public is more apt to get a wild horse if it's not completely wild and has some level of training.  So, all of our programs do have a level of training in them.  The other part of our mission is to increase overall awareness of the mustang.  This week, we hit 2,000 placements of mustangs and burros since October 1st, so that's three quarters of the way through our fiscal year, we still have three months left, and the highest number that we reached before now was the 1,886 two years ago.  This is largely due to our trainer incentive program, which we'll talk about in a minute, but the potential for the program, the way that these trainers are working with these horses and potential adopters is just outstanding.

In 2017-18, the trainer incentive program was growing so rapidly that we had to shut down pickups for the trainer incentive program due to funding. The 1,742 horses that we moved out of holding saved the BLM $87 million.  We have involved 600 plus youth and adult trainers.  We pay them for their efforts, so whether that's prize money in the events or through their participation in the trainer incentive program, we do compensate the people that we work with across the United States. We've had over a million Facebook views through our live videos at the Extreme Mustang Makeovers, over 132,000 Facebook followers, so we are reaching our mission as far as spreading awareness.

[A video of the Mustang Heritage Foundation was shown]

The extreme mustang makeover is our most known event and is highly popular.  We just finished our 13th season.  I still have arena dust on my boots from the arena at the Kentucky Horse Park.  We had a great event.  The original platform was you have a hundred days, maybe 120 days, to take a wild horse, gentle it, train it, and compete for prize and money, and then we auction the horses off.  The success has been over 4,000 mustangs adopted or sold at events.  We've been in 25 states, over 70 events, $2,100 was our average auction price last year, and at the moment, we have 135,000 Facebook fans.

Our next event, we just moved our September Fort Worth event to January 23rd to 25th as of last week, and we did extend our deadline for adult applications.  We have 114 adult applications, we have 49 youth applications.  Something that we're also very excited about is the stock show is going to give us incredible exposure to an audience that we might not attract at a normal event.  1.2 million guests is the type of data that the stock show puts out as the number of people that attend, so as they build a new arena, we get to own the coliseum for the weekend, so we're very excited about the opportunity that we have that weekend.  Mustang Magic was our traditional event at the stock show, and we had changed it into a celebrity freestyle event.  We have invited, and they have accepted, eight of our top trainers and entertainers to compete for top prize of $25,000.  As I said, it was invitation only, and the stipulation is that you must have a mustang horse in your performance.  You can have multiple horses, you can have people, you can have animals, props, music, costuming, so it'll be really, really interesting to see what they come up with for this first ever competition that we're introducing.

The trainer incentive program (TIP) also started in 2007.  It started the fall of 2007, right as we were hosting our first extreme mustang makeover event. In the past three years, it really started to grow exponentially, and as Fred mentioned earlier, the 2018 numbers were a little bit lower due to the fact that it was growing so fast, we ran out of funding that year.  We are looking at a potential of 2,500 through TIP alone for this year, and this just goes back to our partnership with BLM and your recommendation to them.  They have fully supported us this year.  We got into a scenario where we were also looking at having to suspend the TIP program, they did give us additional support, so we are moving forward. We're super excited. We have 413 TIP trainers approved, and that number grows each week.  Olivia, at our office, is consistently going through applications from people that are waiting to get involved in the program.  They are all across the United States and more and more growing in the east, which is just great, so we can get more horses out there and into adopters.  The TIP challenge started several years ago where an approved TIP trainer, who wants to host a challenge in his region, is paid $1,000 per horse that he gets involved, the adopters adopt their horse at pickup, and then the TIP trainer uses that funding to provide an event about a hundred days after the adopter's pickup.  Essentially, it is a mini extreme mustang makeover.  We had 18 approved TIP challenge events this year, 674 of our numbers were due to the TIP challenge, so as the extreme mustang makeover events have gotten smaller over the years, the TIP challenges are starting to step up.

We'd like to talk a little bit about the American mustangs program.  It was very much an outreach program to just build

BLM_003588

some general awareness in the American population about mustangs.  It was created in 2015 to try to build awareness and start that connection to the mustang story.  The campaign was under the theme of your land, your horse. It included trade show materials and advertising campaigns.  We also developed the America's mustang experience trailer, it's a 40 foot trailer, custom trailer, it has multiple video screens that talk about your land, your horse on range, your horse off range, and it culminates with a VR headset experience, where you can literally stand with wild horses.  This has not only been associated with a trailer, but we now go to events and just create a kiosk and allow people to put on the headset, and it's incredible, the impact it makes.  Recently, there was an elderly lady in a wheelchair, she has always wanted to go see wild horses, we put that headset on her, turned her wheelchair around and watched her cry.  It was like a dream come true for her.  When there's a break, we do have headsets here, and if you have not put on the headsets, please do yourself a favor.  It was filmed at Onaqui.  The VR is a 360 environment.  It allows them to literally stand in the environment, and we can then put up educational information that kind of talks to that particular situation, what's going on, the population, etc.

One of the programs that the Mustang Heritage Foundation has that currently does not receive BLM funding, but it is a program that we are proud of is our veterans and mustang program.  The foundation is a nonprofit 501(c)(3) and we do receive grants from BLM, but we also receive private support, and this is one of the programs that only receives support from private contributions to facilitate it.  It was created in 2013.  We have a facility outside of Austin, Texas that allows us to have horses on site, it has a covered pavilion area where we can do training, and we developed a six week program where we partner a veteran with a wild horse.  We put them into the round pen under the supervision of a trainer, and the veteran was the first person to touch this wild horse.  Another aspect of the program is equine education, so we spent half the time in the classroom, teaching the veteran about horse ownership, horse care, they spent the second half of the day training the wild horse, and it also created a mentoring relationship between the veteran and the trainer and the classroom facilitator.  This is the last session.  I watched this program.  We've done it every year since 2013.  We only do one or two sessions a year, our sessions are very small, usually only about six veterans and horses per session. But, the impact that these veterans get, you'll see, they went all the way from the gentling to, at the end, we do a little highlight where they go over trail obstacles and they're allowed to share their story with the group that's there on site.  It's the way that we're able to give back.  So, not only are we giving back to the mustang, we're giving back to the veterans, and the video that we're going to show just explains it way better than I ever could.

[A video was shown]

We are looking to grow the Mustang Heritage Foundation through additional private support.  We are also looking to partner with other organizations across the U.S. that are either already working with mustangs or have an interest in starting to work with mustangs.  We've always tried to incorporate youth into our existing programs, whether it be extreme mustang makeover, the TIP challenges.  More and more we are realizing that the veteran population is also a population that we can really tap into and not only benefit the horse, but also benefit them.

Dr. Lenz said he was blown away by what they can do, and demonstrate at an event like the extreme makeover, with wild horses in such a short amount of time.

Mr. Woehl asked about how to grow the program. Ms. Blasienz responded that as long as the TIP program can continue to be funded, that's just going to continue our growth.  The Extreme Mustang Makeover, while it doesn't adopt out as many horses, it is the face of the mustang to the people that don't know the talents and the abilities of the horse.  So, as long as we continue to be supported, we will definitely continue to do what we can to help in the off range efforts. Mr. Monroe responded that, as a marketer, the demand is there. If we can just fulfill the horses, people want them.

Dr. Perryman asked about market saturation. Do you have any idea what the goal is for this program, what is the number you are trying to achieve, or that is achievable? Ms. Blasienz responded that we feel very confident that we could adopt out 5,000 to 7,000 horses annually in the next two years, and then we think it could grow beyond that to 10,000 annually.

Ms. Carlisle commented that the advocacy community has faced hurdles, including the best way to have healthy, functioning, long-term, sustainable relationships with our public lands partners. We tend to be a feisty group, an angry group at times. The Mustang Heritage Foundation is a model and inspiration to a lot of programs that are struggling with how to attain a healthy and functioning relationship with BLM. I would love to see information publicly available, presented next time, about how you got there, the beginning steps and the missteps.  We have a lot to learn from you all.

BLM_003589

My hat's off, for sure. Ms. Blasienz responded that it was in in 2010 and 2011 that the BLM came to them and asked what they could do with specific horses they didn't want to move to long-term holding, so we created an event just for those horses. Our model is to be willing to meet their needs and be the best partners that we can be for them.

## BLM Responses to the 2018 Advisory Board Recommendations (cont.)
### Bruce Rittenhouse, Acting Division Chief, Wild Horse & Burro Program

12. Update and make available to all BLM field offices the existing national database to track all treated mares. (Approved.  Six in favor and one opposed, Mr. Yardley)

   BLM Response: At this time there is no national database that tracks all treated animals. The Wild Horse and Burro Program System is currently not programmed for this capacity. The system can track the total number of animals treated during an individual event within an HMA, but it cannot track treatments for specific animals. Eventually it may be possible to track individual horses as the BLM begins microchipping treated animals, especially in instances where animals have been gathered, treated and released.

13. We as the board, prefer non-lethal management options for population control purposes when possible. (Approved.  Split vote of four in favor and three opposed, Mr Yardley, Dr. Lenz, Ms Kathrens).

   BLM Response: The BLM agrees that non-lethal management options are preferred whenever possible.

The Board discussed how BLM knows if an animal has been treated, with regard to system tracking. Mr. Rittenhouse responded that this is why treating takes a lot of time and effort from staff and volunteers to accurately track which horses have been treated. One of the efforts BLM is undertaking is to ensure that all tracking is consistent across programming and within BLM. Part of that is understanding deeply the differences in the databases between BLM and forest service and some of these bigger players, that each field office has a different database than at the national level, and forest service has a different database than BLM, so, we've got a long way to go, for sure. Anything that we have microchipped has been entered into the national database WHBPS, but that's a relatively small number of animals.

## Equicenter: Mission Mustang
### Jonathan Friedlander, President and CEO
### Debbie Collins

Mr. Friedlander introduced himself. We would like to thank everyone here, the board, the people who put this organizational trip together, and for inviting us.  Veterans are something very special to the groups that we serve at the Equicenter.  Obviously, our foundation is on horses, and when we've been able to put the two together, it's been a very special journey that we're on, and we're very thankful for this opportunity to share this with all of you here.  The Equicenter is in its 15th year.  We're on a very special 200-acre facility in Menden, New York, which is outside of Rochester, New York in upstate New York. We're a 501(c)(3) and we've been working primarily with our therapeutic riding and horsemanship programs.  Our core programming is with horses.  We have expanded into some other programs that I'll mention in a moment, but we serve approximately 115 riders a week, another 45 or 50 through some of our horsemanship programs, and we have at risk youth programs with schools.  We have about 30 horses living on property. That changes week to week.  We're very much a volunteer driven organization, anywhere from 150 to 200 volunteers functioning at any time.  Most are in our therapeutic riding lessons and our horsemanship programming, but we have people who assist with our farming and some of the other programs.

Veterans come to the Equicenter and it is a very serene, peaceful place. They say that they can finally breathe when they get up there and let down their guard.  We have waiting lists of about 40 riders at any given time. Many wanted to help with taking care of fences and equipment.  We started programs involving hay production, we became self-sufficient in our hay production, we started a therapeutic horticulture and farming program, which now is contracted with the VA as a national model, and we've been told by the VA it's the leading program of its kind in the country and being looked at by other VA hospitals around the country.  We've combined that with a farm-to-table cooking program, taught by veterans who are professional chefs. A veteran has the experience of being able to plant something, care for it, be outside, do something physical, but then also learn how to produce it, care for it, market it, sell it with a business plan, but more

importantly, learn how to prepare it and how to live a healthy lifestyle and eat in a healthy way.

We've expanded to include adaptive yoga and a canine assistive therapy program.  We are providing a holistic approach to people who come up to the Equicenter and want to experience many different things, and some come in for one, they might come in for farming and find out we have horses or vice versa, but what that has led to is a natural development of our programming.  Veterans are about 20 percent of who we serve now.  Kids are still primary, that's how we started, children as young as 2 years old and adults up to 85 years old have ridden.  The majority are still children, are young adults, but the adults are a large percentage now, and veterans are about 20 percent of who we serve through our programming, and that has led to a natural progression into Mission Mustang.

Ms. Collins introduced herself. I just retired after 28 years, which 24 of those years, I dedicated to the wild horse and burro program.  I had the opportunity of learning the full spectrum of the program. It never failed, from day one, when I started going out to places, whether I was at an event or we were trying to place animals, I was at a horse expo trying to talk about our animals, there was always someone that came up to me and had a story about how one of their friends or themselves or a neighbor was in a therapeutic program, that they had noticed the freeze mark, and they figured out that was a wild horse.  I had people that told me life impacting changes that had happened in their lives because of their involvement with wild horses and burros.

In 2005 Jonathan gave me a call. I had just left working out of our Washington office and moved back to Oklahoma. It turned out a mutual friend of ours from BLM had connected us and we were just talking about how we could integrate their interest and desire to help BLM and wild horses into their business and program. I had all of these stories but didn't know how to make some of the happen, but Jonathan and his program did. In 2013, we worked with several organizations to form a partnership that would benefit us all. That started a pilot program and we started working together. After some time, and a memorandum of understanding we worked out the best way to supply and transport horses for their programs with the help of MHF. That is just a little bit of the background about how we started working together.

[A video was shown]

Mr. Friedlander continued. The video speaks for itself as to why we're doing what we're doing. So, how did we get started? We needed to get some funding.  I had a Board of Directors that said we can't do this unless we have a way to pay for it, and we were very successful and fortunate to have WW livestock systems support us, they were very generous with helping us setup our enclosure that we needed.  We were working closely with BLM to find out what the requirements would be.  Again, WW was instrumental and, in fact, has offered discounts to anyone who mentions Mission Mustang and wants to pursue a project like this, they're willing to extend that generosity.  We have received funding from Home Depot Foundation.  One of their national initiatives is working with veterans.  The VA gives us money for some of our programming.  Wounded Warrior Project gives us some money, so we had the funding.  We also had to put together the team of trainers, Jack and Emma Muntier.  Emma is a two-time champion, and it really enabled us to be able to start a program like this, because we were very fortunate to have them live in the area and are committed to working with us. They come and work with us four days a week, and then some of the other staff there helping in the project.

Mark is an Army veteran, he didn't grow up around horses, his first experience with a horse actually was riding in Afghanistan with the locals into the hills.  This is Nathan, who is an Air Force veteran, and he was one of the first in the program, actually the first veteran to touch one of the horses.  He's working with Hero, and if I may, just reading this quickly:

"It's only been six days I've been in the ring with him (Hero), but the changes I'm picking up are already pulling me up and changing me. He's a hero to me, and I want to be that for him, too." Nate Bush, US Air Force Veteran

This is Brett, who is a U.S. marine, retired.  He came to us, he was doing a fundraising event for a hike he started called End 22, which was referencing the 22 suicides a day of U.S. veterans.  He came back from his last tour of duty, and three of his Marine buddies committed suicide.  Brett came out wanting to donate funds to the Equicenter, and I said, well, I need to show you around and tell you what you're supporting. He came out, I introduced him to the mustangs, Hero came over, touched his hand, and he turned to me and said, "Can I do this, can I be part of this?"  He's now active in the program, a regular, and has become a spokesperson for us and is extremely grateful for the experience.  Debbie briefly

BLM_003591

mentioned that we're trying to document the progress of both the veterans and the horses, so these are just some samples that you'll find in your packets that I distributed of a handbook we created, as well as some of the quality of life surveys that the VA uses, and we're trying to follow that to show progress.

Mr. Friedlander continued and shared several additional examples of veteran success. He went on to talk about PATH International, which is the Professional Association for Therapeutic Horsemanship (PATH) International: we are one of their premier accredited centers. Part of the goal from the beginning was to use their network of 800 or 900 centers that are members.  The possibilities are endless.  We also have a relationship with the British military and Prince Harry's regiment.  We do an exchange every year with the British military and the idea is we try to share ideas with the British Army on what we're doing with our veterans and what they're doing with theirs.  As a result of that relationship with the British Army, we were introduced Invictus Games, an olympic style event for veterans around the world.  We were asked to come to Sydney, Australia last October to share what we do with horses and veterans for the 19 allied nations participating.  Our goal is to build awareness and establish relationships.  We want to create a scalable model, share our expertise, and collaborate and cooperate with MHF, BLM, and anyone else who wants to work on this.

Mr. Woehl asked whether the same veteran works with the same horse all the time? Mr. Friedlander explained that veterans will come for a ten-week session. We find that the key period is in the real raw stage, when the mustang first arrives is when the veteran can relate most to the hypervigilance and the stress and the desire to fit back into the herd that the veteran is also experiencing.  It is one-on-one, the trainer with the mustang and the veteran, and that veteran will work with that same mustang, but there will be more than one veteran also working with that mustang.  Only one at a time, and then what we're trying to do with this pilot program is to gentle the horses to a point where they can be re-homed and create space for more mustangs to come in and have the same veterans and new veterans. They become very attached to the mustangs, as you can imagine, they don't want to see them go, but as we talk about it with them, they understand their sense of purpose is to help that horse, and that there are many more horses behind that horse that need their help, and, so, that is the process that we're trying to develop, is that we can keep horses moving through the program, graduating, if you will, veterans doing the same, and the Equicenter's never going to really make a dent in the 50,000 horses that need to be re-homed, but the idea is if it's then replicated in different places across the country, as more and more centers do this, it doesn't have to be therapeutic riding centers, it can be anybody who wants to take on a project like this, as more and more get involved, that will then start to multiply the numbers of horses and veterans saved.

Mr. Woehl asked if the horses have a hard time adjusting to new people every time during their time in the program. Ms. Collins explained that they learned a lesson from having horses bonding with inmates, that having only one inmate with a horse caused problems later when the horse was adopted. So, they learned from that experience, and the point of the pilot is not to necessarily match one horse to one veteran. The model can also be used for all types of programs, including for at risk, therapeutic, etc. Mr. Friedlander added that the consistency for the horse is provided by the training, not necessarily the individual, and Jack and Emma have helped establish the consistency in technique to avoid the problems you're talking about.  There are benefits to having multiple veterans work with the horse, and then the horse does not become a one person horse, and giving that horse a better chance to make it into a wider variety of different environments.

The Board discussed the MOU that is in place with Equicenter. The MOU basically says BLM will provide the animals, provide the transportation, and Equicenter is going to provide the documentation, and then BLM and Equicenter will work together to market and take advantage of any other marketing opportunities and develop a "handbook."  There are a couple of other national corporate sponsorships that are in the works to help promote this program, which would lend themselves to be very significant awareness building ventures for both what veterans are facing, as well as what mustangs are.

## Work Session
### Advisory Board

The Board asked BLM to provide a list all recommendations that the Board has made since 2011, and continued to discuss them, including the following:

- The board encourages BLM to continue to develop an agency wide standardized policy in written guidelines for the use of volunteers.  We understand eastern states is starting a program October 1 along these lines, and we want that to continue. The BLM is developing guidelines for volunteer positions and responsibilities to help

standardize everything, including for those that do compliance checks and so forth.

- Prioritize the use of available tools in the field to reduce population growth right now and to implement promising new tools as quickly as they become available. The Board agrees that this is happening for the most part and that BLM has acted in accordance with this recommendation. The Board requested a list of gather categories or priorities to better understand the protocols for gathers as they make recommendations moving forward.

- Develop partnerships with economic agencies and/or departments to conduct an analysis of socioeconomic and environmental effects on communities with reduced AUMs on HMAs due to rain, degradation, resulting from overpopulation of wild horses and burros. Further analysis should be conducted regarding the effects of potential movement of livestock from all HMAs. The BLM recognizes that other uses of public land, such as recreation, public viewing of the horses and burros, energy development, livestock grazing, wild horses and burro herds all contribute to the economic viability of western communities and the national economy. BLM also recognizes that a decline in the health and productivity of range lands negatively affect the resources that the economies of many rural western communities depend on. Dr. Perryman referenced a study that was just completed last year on much of the substance of this recommendation, that could be used to see exactly how that compares up with the substance of this recommendation. It has everything to do with AUM reductions and the value of an AUM and the value of those reductions as they filter through rural communities. It is beyond BLM's mission and scope to complete this kind of economic analysis (to show the effect of the loss of AUMs due to horses), but I think that effort could be fostered by BLM taking a look at what is out there and how can we incorporate that into our management activities. Mr. French mentioned the comprehensive socioeconomic analysis that Dr. Harris from the University of Nevada is completing for the State of Nevada that will evaluate BLM actions and the impact in each county.

- BLM should encourage BLM Resource Advisory Council (RAC) to develop and submit for consideration their ideas for herd management and rehabilitation strategies tailored to their specific areas in HMAs based on local knowledge and experience. BLM agrees that this would allow for direct, local consideration and take, essentially, what the Board does at a national level and bring it to the local level. However, BLM is in a holding pattern after direction to reduce advisory councils by one third, which may or may not affect BLM RACs across the states.

- BLM should advertise and conduct more frequent adoption events at off range corrals to enable more horses and burros to reach sale-eligible status. BLM is actively increasing adoptions and animals available for adoption.

- Have Board members attend spay trials when they might occur, if allowed by protocols governing the trial. BLM has not spayed any mares and we are in the process of dealing with the Warm Springs issue in Burns, Oregon. Otherwise, Board members would be welcome to attend.

- The Board requests to have their next meeting in Washington, DC. BLM has already scheduled and put in the federal register the next Advisory Board meeting for October 29-31 in Washington, DC. BLM and the Board discussed inviting members of Congress to attend or to hold a social event and invite them to attend. BLM is also looking at having two meetings in 2020, one in the West and one in the East. They discussed possibly associating one of these with an adoption event.

- Phase out long term holding over the next three years and apply that budget to on range management and adoption. BLM will not implement this recommendation because we have 38,000 horses in long term holding as it is. The Board asked about older horses in holding. Mr. Rittenhouse responded that when a horse exhibits the type of symptoms typical in much older horses, such as teeth falling out and body condition declining, BLM humanely euthanizes the animal. Mr. French pointed out that the recommendation was part of a budget discussion. They were asked to balance the budget, and one of the larger expenses at the time, and continuing today, is long term holding. It was a response to meet that budget requirement. BLM also maintains records of the ages of horses in long term holding, they are aged when they are moved off the range. BLM will break down the age of horses in long term holding. The Board and BLM agree that a more detailed discussion about euthanizing practices for long term holding should happen and Washington, DC, the next Advisory Board meeting, may be a good venue for that.

- Funding mechanisms to maximize adoption and/or sales including internationally. BLM still maintains that for adoptions, the animals have to be made available for compliance inspections. Congress has given us authority to transfer animals from BLM to another federal agency, but there have been some hurdles regarding that. All of

BLM_003593

these things are also in the context that we train horses to be saddle trained, but we cannot train them for all types of environments faced by specific agencies, such as comfortable with a helicopter flying over their head, or gun fire, like with the Border Patrol for example.  We have had some success with NYPD, Arlington Cemetery, and others.  There are some hurdles that we're trying to work on.  Regarding international adoptions, we sell animals. We have a very successful program with the German mustang makeover, and what we do is we sell those animals to an individual, so it's not a government to government thing.  The horses are trained to get acclimated to airline noise and plane noise, and then they're shipped to Germany for the mustang makeover there.

- Maintain AML by using fertility control to slow population growth.  Fertility control by itself will not get us to AML in any of our lifetimes.  We've got to have a toolbox full of tools to do this, because every HMA is different, every herd of horses is a little bit different. There are a few herds where that's the only tool we are using, because we are at AML, they're a small HMA, the animals are accessible to the public, or to the darter.

- Adjust AML where appropriate.  BLM would follow a land use planning process to do this. It requires a lot of information and a lot of effort. It is determined through monitoring data, looking at the use of the land, actions that occur there, range land monitoring and then population data inventory. Ultimately, it is very difficult to assess AML right now, when you're so far over AML.  There are instances, for example, with livestock operations, where they are not changing the AUMs but are taking a short-term action based upon drought conditions, water conditions, forage conditions.  With AML, you still have to have the data to support the change.  In all likelihood, AML does need adjusting, either up or down, but the data currently represents conditions nowhere near AML, a hundred times over AML.  BLM provided the process for updating or preparing a Resource Management Plan. The Board and BLM discussed the use of a programmatic EIS or similar for use by the Wild Horse & Burro Program and the process for that. Mr. Alan Shepard, BLM Wild Horse & Burro Program Lead responded that AML can be changed through a site specific plan using all resource monitoring data that was collected over a period of time, population data, distribution data, removals, and habitat trends to determine the horse carrying capacity and then comparing that data with livestock use data to establish AML.  Then in your next RMP amendment or renewal, you would affirm AML.  In other words, a herd management plan could be used to evaluate and adjust AML, it doesn't have to be the broad scope, EIS level.

The meeting was adjourned at 4:45PM.

BLM_003594



U.S. Department of the Interior
Bureau of Land Management

# BLM's Wild Horse & Burro Program

Bruce Rittenhouse, Acting Division Chief, Wild Horse & Burro Program
Wild Horse & Burro Advisory Board Meeting
Boise, ID ~ July 10, 2019



John Axtell



Wild Horse and Burro Program
TM
U.S. Department of the Interior
Bureau of Land Management

BLM_003595

# Presentation Outline



- WHB Program Goals

- Facts & Figures

- Organization & Infrastructure

- Programs/Partnerships



- Addressing the Challenges

BLM_003596



U.S. Department of the Interior
Bureau of Land Management

# WHB Program Goals



- Maintain healthy herds on healthy rangelands
- Ensure the health and welfare of animals in our care
- Place excess animals into good homes





BLM_003597

U.S. Department of the Interior
Bureau of Land Management

# Fact & Figures



- **10** Western states

- **177** Herd Management Areas (HMAs)

- **26.9** million acres of public rangelands

- **26,690** animals is the AML

- **88,000** animals on the range (March 2019)

- **48,000** animals in holding (May 2019)
  - 12,000 in corrals
  - 36,000 in pastures

- **4,609** adopted/sold in FY2018

- **11,472** removed from the range in FY2018



4

BLM_003598



U.S. Department of the Interior
Bureau of Land Management

# Table of Organization



| DC |
|---|
| NV/CO |
| OK/NE/WY |

**Division Chief**

**Branch Chief – Off-range**

**Branch Chief – On Range**

**Outreach Specialist**

**WHB Specialist-WY**

**Program Analyst**

**WHB Specialist**

**WHB Specialist**

**Mgmt Prog. Analyst**

**Private Care Coord.**

**Senior WHB Specialist**

**Research Coord-CO**

**Program Analyst**

**WHB Info Assistant**

**Project Inspector**

**WHB Program Coordinator**

**Staff Assistant**

**PVC/Fallon Corrals-12**

**Elm Creek Corral-NE 4**

**Project Inspector**

**WHB Specialist - CAWP**

BLM_003599

# Off-Range Corrals and Pastures



BLM_003600

U.S. Department of the Interior
Bureau of Land Management

# Adoptions/Sales





WELCOME TO
**WILD HORSE AND BURRO ONLINE CORRAL**

Login



BLM_003601

U.S. Department of the Interior
Bureau of Land Management

# Adoptions and Sales



**Adoptions and Sales ~ 2010-2019**

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| ■ Adoptions | 3,074 | 2,844 | 2,583 | 2,311 | 2,135 | 2,631 | 2,912 | 3,517 | 3,158 | 2,834 |
| □ Sales | 547 | 826 | 402 | 65 | 87 | 268 | 213 | 584 | 1,451 | 1,389 |
| ■ Adoptions & Sales | 3,621 | 3,670 | 2,985 | 2,376 | 2,222 | 2,899 | 3,125 | 4,101 | 4,609 | 4,223 |

All years Fiscal (Oct. 1 - Sept. 30)
FY19 figures current as of June 21, 2019

BLM_003602

U.S. Department of the Interior
**Bureau of Land Management**

# Adoption/Sale Event Locations



BLM_005603

U.S. Department of the Interior
Bureau of Land Management

# Adoption Incentive Program





- BLM begins realizing a cost savings in the first year of program
  - Encourage new individuals and organizations to adopt untrained wild horses or burros
  - Encourage prior adopters to consider adopting additional animals
  - $1,000 incentive ($500 at adoption and $500 at title)
- >1,000 animals adopted through incentive program since inception

BLM_003604



U.S. Department of the Interior
Bureau of Land Management

# Key Partnerships



- Increase efforts to train animals through partnerships

Mustang Heritage Foundation: 2,000/year





Inmate Training Programs





BLM_003605

U.S. Department of the Interior
Bureau of Land Management

# Programs

- Youth
- Veterans
- Volunteers








U.S. Department of the Interior
Bureau of Land Management

# Research



1. Fertility Control
   - Vaccine formulation & delivery, IUDs, spay & neuter, new methods, modeling



1. Improved understanding of WHB ecology
   - Movements, Behavior, Safety

2. Improved survey methods



BLM_003607

# Addressing the Challenges



- April 2018 BLM Report to Congress – "Management Options for a Sustainable Wild Horse and Burro Program"

- Consolidated Appropriations Act of 2019 – Asked BLM to submit additional analysis to 2018 Report – Due August 2019



BLM_003608

Questions



**Wild Horse and Burro Program**

TM

**U.S. Department of the Interior Bureau of Land Management**

# NATIONAL WILD HORSE & BURRO ADVISORY BOARD

20 F St NW Conference Center Washington, DC 20001

October 30-31, 2019

Volume 1

Day 1 Meeting Minutes

U. S. Department of the Interior
Bureau of Land Management

BLM_003610

# Contents

**WEDNESDAY, OCTOBER 30, 2019** ............................................................................................................. 2

Welcome ........................................................................................................................................................ 2

Rules of the Room ........................................................................................................................................ 2

Introductions ................................................................................................................................................ 3

Opening Remarks ......................................................................................................................................... 3

BLM Director Remarks ................................................................................................................................ 3

Welcome to BLM Eastern States .............................................................................................................. 4

Eastern States Wild Horse and Burro Program Overview .................................................................. 5

BLM National Wild Horse and Burro Program Overview .................................................................. 6

U.S. Forest Service Update ....................................................................................................................... 10

BLM and USDA Forest Service Responses to Boise Meeting Board Recommendations ............. 11

Marketing Presentation ............................................................................................................................ 15

Board Working Group Reports and Discussion .................................................................................... 17

BLM_003611

# Wednesday, October 30, 2019
## Welcome
### *Mr. Fred T. Woehl, Jr., Chair, Wild Horse and Burro Advisory Board*
Mr. Woehl called the meeting to order at 8:00 a.m. and asked any Veterans to first stand and then asked all to stand and join in the Pledge of Allegiance. [Pledge of Allegiance]. Mr. Woehl turned the time over to Bryant Kuechle.

## Rules of the Room
### *Bryant Kuechle, Facilitator, The Langdon Group*
Mr. Kuechle, serving as the meeting's facilitator, introduced himself and reviewed the purpose of the meeting, when the public comment period will be held, and the rules of the room. Mr. Kuechle also reviewed the emergency exit procedure in the case of an emergency and the location of restrooms. The rules of the room were as follows:

1. Seating is available for attendees. Anyone needing or wishing to stand will stand in the designated area behind the seats. All attendees are to stay in the seating or standing area at all times, unless addressing the Board during the public comment period.

2. Speakers and other attendees will not approach the dais at any time without prior consent from the Chair of the meeting.

3. Media will check in at the door and will be guided to the space designated for cameras.

4. No attendees will be allowed to place microphones, cameras or other equipment in the space set aside for the Board meeting.

5. All attendees will show mutual respect for each other and for speakers and Board members. This includes refraining from using cell phones or talking while the meeting is in session.

6. If anyone disrupts the meeting they will be asked to leave or be escorted out.

7. Those wishing to address the Board will sign in at the door. Speakers will address their comments to the Board, while seated at the designated speaker table. Generally, speakers have about 3 minutes each and are asked to finish in the designated time to allow for the maximum number of individuals to express their viewpoints.

8. Attendees wishing to provide handouts to the Board will leave handouts with the BLM representative at the door. Handouts will not be brought to the speaker's table and no one will be allowed to approach the Board with handouts.

9. Within the meeting room, attendees may not display signs, placards, or other items that are likely to obscure the view of participants or disrupt the meeting.

10. The Board will not respond to comments made during the public participation period. This should not be interpreted to mean the members of the board agree or disagree with anything said.

11. The Chair reserves the right to comment on any factual inaccuracies that may be shared during the public comment period.

12. The BLM commits to maintaining these rules for the benefit of all involved and appreciates everyone's cooperation with these rules.

BLM_003612

## Introductions

Mr. Woehl asked the board members to introduce themselves (see Table 1). Newest members of the Board are Ms. Susan McAlpine and Dr. Vernon Bleich (joined via phone).

Table 1 - National Wild Horse and Burro Advisory Board Members

| NATIONAL WILD HORSE & BURRO ADVISORY BOARD MEMBERS | |
|---|---|
| **Board Member** | **Representing** |
| **Mr. Fred T. Woehl, Jr.** | Public Interest (Equine Behavior) |
| **Dr. Tom Lenz** | Veterinary Medicine |
| **Ms. Celeste Carlisle** | Wild Horse & Burro Advocacy |
| **Dr. Barry Perryman** | Public Interest (NRM/Special Knowledge) |
| **Mr. James French** | Natural Resource Management |
| **Dr. Sue M. McDonnell** | Wild Horse & Burro Research |
| **Ms. Susan McAlpine** | Humane Advocacy |
| **Mr. Steven Yardley** | Livestock Management |
| **Dr. Vernon Bleich (via phone)** | Wildlife Management |

Mr. Woehl introduced Ms. June Shoemaker and turned the time over to her. Motion to approve, seconded, unanimous vote in favor to approve the minutes from the July 10-11 Advisory Board meeting held in Boise, Idaho.

## Opening Remarks

### June Shoemaker, Acting Assistant Director for Resources and Planning

Thanked members of the Board for their time and service. Welcomed new members of the board, Susan McAlpine and Dr. Vernon Blake, and congratulated Mr. Steven Yardley for reappointment to the Board.

Key to the agency's success is the continued ability, and recent success, in placing animals in private care. Discussed the roles and responsibilities of the Board and mentioned to the public that the final recommendations are approved at the end of the meeting and provided to the BLM for review, response, and implementation throughout the year.

## BLM Director Remarks

### William Perry Pendley, Deputy Director of Policy and Programs – Exercising the Authority of the BLM Director

Pointed out that public land is at a crossroads. When asked "what is the most significant issue facing public lands?" answered, "wild horses and burros." Spent significant time reading the report we are going to present to Congress. Evaluated carrying capacity. We know the population is growing. 60 percent of mares are pregnant. Expect them to give birth to foals each year. BLM hit a milestone this year: we adopted out 7100 horses and burros. 54% above what we had done the previous year. I complement my colleague Casey Hammond making it work and the hard work of the BLM. However, we can't adopt our way out of this situation. It is going to require a multipronged approach. We are already at capacity. It is going to require fertility controls and approved research. We must identify more contraceptive methods to make a real difference in discrete geographic areas. I am troubled by the attacks on academic institutions. We have to promote good science and urge the academic community to be of assistance to us. It is not compassionate. It is not humane. We can no longer continue to do what we are doing now. Some lands in the west will never recover. That stuns me. I believe in human ingenuity and believe that we can solve almost any problem that is in front of us. In addition, our actions are subjecting horses and burros to starvation, to lack of forage, and placing them in competition of indigenous species. We may even be in violation of the ESA by the way we are managing, impacting appropriated water rights, private property, and public safety. This is a huge issue for members of Congress and Governors. I am optimistic that we can solve this problem with wild horse and burro advocates. There may be a path forward, a compromise moving forward. Earlier, we had some burros slaughtered. When I heard about it, it appeared to be one person or one group doing this serial slaughter. Let's put out a reward and reach out to the animal welfare community to get us the information needed to stop this. We have 100,000 reward for information. I'm very pleased by that, people came to me, groups came together, these

are the groups that sue me all the time. It has gotten a lot of attention in the media. I'm hopeful that that kind of attention will help us educate the public on what we are trying to do. I'm eager to have the benefit of your advice and suggestions. I'm eager to work together to act in ways that are sustainable and meet the obligations.

Mr. Woehl commented that the Board agrees 100%. We have recommended things to BLM and they have agreed specific actions but they have not been implemented yet. We will work to get a list of priority items if you think that would be in line.
Mr. Pendley responded that our hands are tied by what Congress decides. I know the voices that I respond to and the American people out West that are affected by this. We have a statutory obligation to take this on.

Dr. Perryman asked what can you divulge about the report to Congress. What is the status?
Mr. Pendley responded that it is still in the drafting stage. I was not happy with some of what I saw. I am concerned about readability. I just didn't want us to send up the same things. Perhaps we can be more expansive. Make the dire presentation that we need to make. We can't sugarcoat this. I was there in the 80s with President Reagan. We're working our way on it because Congress has asked for it.

Mr. Yardley asked is there any concerted effort from the BLM to speed up or implement the gathers to bring the population down to where it needs to be?
Mr. Pendley responded that NEPA is a terrible burden for us. We are doing EAs on all of these gathers. We have to do an overall gather plan. We have to hire people. We have to acquire corral space. We are maxed out on corral space. We are creating some of our own problems. We are up against our limits.

Ms. Carlisle asked if the BLM has an image problem. For example, there has never been an educational mandate. Explaining what is happening has always been a shortfall. I think it would go a long way if the BLM could communicate. Everything we do has an impact. Is the BLM looking holistically at public land uses to mitigate all of these issues?
Mr. Pendley responded that he had no idea of the things that the BLM does. I was blown away. Its responsibility is expansive, massive. Almost all agencies can focus on one issue. BLM has more, much more, to manage. If this was a report for a fire, I think it would read: 0% contained and spreading.

Dr. McDonnell expressed her appreciation of the comments regarding the need to support academia and get their support for research. Mr. Pendley responded that we need good science to make good decisions.

Dr. Lenz encouraged that the BLM recognize we are past the tipping point. Horses are very reproductively sound. We've been working on this for decades. It is unique, we have to have some novel application for wild horses. There is some great work happening, we'll see something in the next 3 to 5 years that is effective and thank you for being aware of this.

Ms. McAlpine expressed that she is encouraged, as a new appointment, and expressed that there are a lot of things we are going to have to think about. Mr. Pendley responded, I know the secretary is invested in this and wants to move as aggressively as we can with our partners. I look forward to your recommendations.

Mr. Woehl commented that we need all of the tools in the tool box. I want to complement your BLM staff, current acting chief, Mr. Rittenhouse, Mr. Shepherd and Ms. Waddell, work hard to make this program work. I want to complement you on them, and many others, and the choices they have made. I will tell you I am very impressed with the BLM employees. I want to thank you for coming.

## Welcome to BLM Eastern States
*Karen Mouritsen, Eastern States Director*

Eastern States Area of Operations
- 31 States East of and Bordering the Mississippi River
- Approximately 10,000 Surface Acres
- 39M Acres Subsurface MineralsNational Conservation Lands

Eastern States Program Areas

- Energy and Mineral Resources
- Cadastral Survey
- Lands and Realty
- General Land Office Records Automation
- Wild Horse & Burro
- Wildland Fire
- National Conservation Lands
- Natural Resources

General Land Office Records Automation
- The Eastern States' records collection is the largest collection of land title records in the world.  We are the Secretary of the Interior's designated custodian of these historical documents.
- Since 1992, we've made more than 11 million land title records available to the public.
- The glorecords.blm.gov website averages 154 million hits annually. It is one of the most frequented sites in the Federal government.

Meadowood Special Recreation Management Area
- Please join us at Meadowood on Friday, Nov. 1!
- Location for the Nov. 1-2, 2019, Wild Horse and Burro placement event.
- Three primary focus areas at Meadowood:
  - Recreation
  - Environmental Education
  - Natural Resource Management

Wild Horse & Burro Program
- Eastern States initiated the concept of online adoptions and now manages the BLM Online Corral.
- We place the largest number of animals into private care of all BLM adoptions per year nationally.
- Our crews in two District Offices host ~18 satellite adoption events each year.
- We manage two holding/pickup facilities:
  - Mequon, Wisconsin
  - Ewing, Illinois

Mr. Woehl asked about a holding facility in Jackson. Ms. Mouritsen responded that we this is still on the table for consideration.

Ms. Carlisle asked for details about the pilot volunteer program. Ms. Mouritsen responded that we are describing the volunteer assistance that we need at our events. Job descriptions of what we need will be on the government volunteer website soon. We still have our current volunteers.

Ms. McAlpine asked about burros coming from the West to events in the East. Ms. Mouritsen responded that when we have burros available and they are shipped to events in the east, they are all placed. We can find someone to talk about the burro initiative.

Mr. Woehl talked about how difficult it is to get horses in the East and that BLM and Board have worked really hard to get that done. We appreciate the hard work of your staff to get that done. I hear lots of compliments. You have done a good job up there.

### Eastern States Wild Horse and Burro Program Overview
*Krystal Johnson, WHB Program Lead*

Ms. Johnson gave an overview of the Wilde Horse and Burro Program. The three main elements of our program that we administer are: Public Outreach; Satellite Events; and Online Corral. We have a lot of volunteers and people very dedicated to the program. Half of the animals offered on the Online Corral are picked up in Eastern States. Our new system to manage all of this is much more efficient.

Mr. Woehl asked about turnaround for getting horses to the East. Ms. Johnson responded that there is the paperwork, bill of sale, coordinating all of the transportation logistics, and then having our animals always rest in Elm Creek. The quickest turnaround is six weeks.

Dr. McDonnell asked about the number of people from eastern states doing private pickup or having a third-party private pickup. Ms. Johnson responded that they don't know a number but that it is possible for them to do this.

Mr. French mentioned that one of the primary recommendations has been to return many of the HMAs to AML. That is going to require that we process a large number of horses very soon. From your end of it, what challenges do you see on the Eastern States for processing? Ms. Johnson responded that they will do whatever they can to support that. We typically adjust our hours at Ewing to offer more.

Mr. French asked about 4H participation. Ms. Johnson responded that youth participation is at TIP challenges.

Dr. Perryman asked if they are having discussions about market saturation in the East. With this potential pending bubble of horses, we have 45,000 in holding now that are available for adoption. Are you having some significant, serious discussion on how to tap the eastern market? With the economy like it is, people are more apt to adopt. Are you having these discussions? Ms. Johnson responded that yes, we definitely know from analyses, one of our biggest potential markets is in Florida. Other big markets would be in Ohio. We are doing some targeted social media marketing efforts and working to identify where and then target those markets and evaluating locations for events, pickups.

Mr. Woehl asked if they will be increasing the number of adoption events. Ms. Johnson responded that we are definitely trying to move satellite events and finding facilities to rent to hold those events. We have released RFIs with zero response. It is hard to find new locations to hold events. If you know of appropriate arenas, please let us know.

Mr. French commented that it may be worthwhile to begin contacting local governments that have fairgrounds and facilities and to coordinate potentially holding events during other planned events at fairgrounds (i.e County Fair, etc.).

Dr. Lenz commented that we have learned that people that have horses tend to adopt more horses than those that don't. Hold adoptions in states that have high ownership of horses.

Ms. Johnson commented that Eastern States will have 2020 events scheduled by the end of December. North Carolina is one of the proposed locations.

## BLM National Wild Horse and Burro Program Overview
*Bruce Rittenhouse, Acting Wild Horse and Burro Division Chief*

The BLM's Wild Horse and Burro program has three essential goals that we strive to achieve:
1. Have healthy herds on healthy rangelands along with other uses and resources occurring on these public lands.
2. Protect the health and welfare of the animals that are under BLM's care and therefore provided protections under the Act.
3. Place those excess animals that have been removed from the range into good homes where they will be humanely cared for.

Population Estimates
- Estimated wild horse and burro population: 88,090 animals
- National appropriate management level: 26,690 animals
- Total on-range excess: 61,400 animals

Population Surveys
The BLM's goal is to survey at least one-third of HMAs every year to produce annual population estimates and use a formula to predict the growth in the remaining HMAs each year.

75 HMAs were surveyed in FY2019 using "double-observer" methods, along with 6 USFS wild horse territories that are part of 'complexes' with BLM lands. Those areas are shown in dark blue for BLM, and dark green for the Forest Service. You can see that we covered a significant area with these methods, as we have since 2014.

BLM_003616

This represents a major investment by BLM to monitor herd sizes across lands we manage, totaling approximately $1.2 million or 2% of the budget.

After these flights, BLM works with USGS to conduct statistical analyses of the data. These analyses give local BLM managers the best scientific information to estimate populations to help them make decisions whether management actions are needed.

Gathers
- Gathers are still our best and only way we can make any meaningful immediate reductions in overpopulation.
- The number of animals that we can gather and remove each year is limited on the available holding spaces and our annual budget.
- Therefore, gathers are prioritized each year, and that's usually done based on our most urgent needs such as to protect fire rehabilitation efforts, and to protect critical wildlife habitat for big game species and species of concern like the Sage Grouse. Emergency gathers due to animal health concerns and animals trespassing on private lands are also considered priorities.
- In FY19, we removed almost 7,300 animals in 30 HMAs as part of our management efforts, more than half of the animals removed were from herds in Nevada.
- This year we're making a concerted effort to plan gathers over a multi-year period, so that projects that take repeated gathers, such as fertility control, can be planned for and supported.

Fertility Control
- The BLM supports the use of fertility control vaccines where they can be effective in slowing or stabilizing population growth. The two ways to apply fertility control is through gathering the animals, treating them and releasing them. We do that method when we can gather down to AML. The second method is through darting programs, primarily employing volunteers. This latter method is pretty time intensive and requires a lot of knowledge about the animals in the HMA.
- Currently there are 12 HMAs, which are nearly double the number of darting programs we supported just a few years ago.
- These darting programs incorporate new and innovative ideas. For example, BLM Oregon is working with volunteers and livestock permittees to treat animals – a win-win for all involved.
- The BLM is looking forward to working with Congress and other stakeholders to increase the use of fertility control as we move forward with reducing overpopulation and achieving AML.

Research
- The WHB program may be the only BLM program that actively is directly working with USGS and universities targeting research. The program has a research coordinator position, has a dedicated Research Committee composed and directly solicits and invites researchers to submit proposals. The main focus areas are:
  - Fertility Control – have several research efforts addressing fertility control including longer term vaccines, IUDs, spay/neuter, several others).
  - On-Range ecology – some of these are tied in with the fertility control research to understand if or how fertility control affects on-range animal behavior, and how that relates to the issues we have concerning public safety when animals move onto highways and private property.
  - Survey methods – Double-observer, remote sensing, infra-red, drones
    - Imagine yourself in a single fixed-wing plane looking out the window flying over these moving horses trying to count them.
    - These survey methods, which are common among wildlife surveyors, help us to build the most accurate population estimates we can and were recommended by the National Academies of Science.

Private Placement
Previous high placement figure of 7,169 was 15 years ago in FY05. Adoptions/sales declined steadily for ten years after that, reaching a low of 2,222 in FY14. Placements have grown steadily since then, with FY19 seeing the most striking increase of nearly 54% over the previous year (FY18).

The Program attributes this improved performance to a number of factors, including:
- Increase in the number of placement events held;
- Increase in the number of animals offered;
- Implementation of the Adoption Incentive Program (AIP); and
- Better marketing, which you will see in a later presentation.

Off-Range Holding
Targeted states for recent ORP solicitation: CO/ID/KS/MT/NE/NV/ND/OK/OR/SD/TX(panhandle)/UT/WA/WY. Currently there are 35 pasture facilities in 9 states (including PORPs) with a combined acreage of (approx.) 330,000 and combined capacity of (approx.) 38,000. Current ORP/PORP population: (approx.) 36,500. Program currently preparing another ORP solicitation targeting the states of OK/KS/NE seeking ranches with capacity to hold 1,000-10,000 head. Planned posting date is November 2019.

Public Off-Range Pastures (PORPs):
- Wind River Ranch, Lander, WY – 940 acres – 225 head capacity
- Deerwood Ranch, Laramie, WY – 4,700 acres – 350 head capacity
- Mowdy Ranch, Coalgate, OK – 3,500 acres – 350 head capacity

BLM held a total of 6 adoption/sale events at the Wyoming and Oklahoma PORPs in FY19 and placed a total of 134 animals. FY19 adoption/sale results per facility:
- Wind River Ranch, Lander, WY – 42 placed
- Deerwood Ranch, Laramie, WY – 23 placed
- Mowdy Ranch, Coalgate, OK – 69 placed

With the addition of the Kansas PORP, we expect to hold at least an 8 adoption/sale events in FY20.

Looking Ahead
- To reach a sustainable program, removals will need to continue and likely increase
- Increase the use of humane population growth suppression tools
- Look for new, innovative ways to place more animals into private care
- Maximize use of lower cost holding options (i.e. off-range pastures)

Mr. Woehl asked why Nevada adopted way beneath the average. Mr. Rittenhouse responded that they are too busy doing the work on the ground. Mr. French commented that perception is reality. Wild horses in Nevada don't have the same mystique, the same attraction. We are seeing them on the highways and other areas, and they have a bad reputation and all the issues that revolve around that. The public are seeing animals in poor health, this is not helping the situation. Of note, there are 2 million people in Las Vegas and there is not a robust program in the Las Vegas valley, perhaps there is an opportunity there.

Ms. McAlpine pointed out that despite the BLM's hard work, it looks like 30,000 horses were taken off the range, a little less than 12,000 were actually placed somewhere. This gives you a picture of the enormity of the situation. All of us need to step up and help with that.

Mr. Rittenhouse responded that, historically we've never been able to place as many animals that we have removed off the range. 48,000 animals overall. That is why, if we are going to move forward, we are still going to continue to have this surge, until fertility control can start to have an impact, but that is down the road. It is a process.

Dr. McDonnell asked, of the 7,300, how many were bait trap versus helicopter? Mr. Shepherd responded that it is probably 40% that were bait-trap animals, the rest were helicopter. We are using it more and more where we can see the damage from the animals. Dr. McDonnell asked if that was an increase. Mr. Shepherd: it is an increase in the number over the years, yes, but it was about the same as last year. That gather you are referring to lasted over 2 months. There were weather events, etc. Dr. McDonnell: Are you ready to comment on the efficiency of bait trapping? What do you think of

BLM_003618

the future of bait trapping? Mr. Shepherd: It is extremely effective with burros, especially on private lands. It is one of those tools that we have and useful in specific times. Most successful with specific or limited resource. Otherwise it takes a while. Dr. McDonnel: What about cost? Is it less expensive overall? Mr. Shepherd: In reality, it is a wash. When you combine the two together because we have to pay labor and vehicles when contractors are paid by the animal.

Ms. Carlisle: Is there a way to compare gather methods with PopEquus, economically and ecologically, considering cost/benefit, desire, consequences, etc.? Dr. Griffin: PopEquus is still not available to managers, it has not been released. The tool can project herd growth over time and compare different treatment options. That also gives you the cost of gathering and holding animals. It is just not available yet. USGS is very protective until it has been peer reviewed. It does support the conclusion that it is not necessary to treat with fertility control until you are at AML. You just continue to have high growth rates. You can't get to that number until you get it below AML through a gather. We look forward to using that tool when it is available.

Mr. French: We have HAs that are not recognized under the law. Not only do those horses impact areas ecologically, after we've attempted to reach AML, they often migrate back. Are you including HAs in your population estimates? Dr. Griffin: Population surveys are done over an area, not necessarily an HMA. The survey area almost always goes beyond the boundary of the HMA. Those nearby lands are covered in the surveys. We have a total population size, and then tabulated within and outside the HMAs. Mr. French: Do you calculate AML for that same area? Dr. Griffin: Just within the HMA. Mr. French: there is seasonal movement of the horses. Dr. Griffin: those are the challenges that we face. Forest service land migrations are another challenge that we face when we do our population estimates. Mr. French: A set of protocols possibly need to be addressed. The data become skewed and it is important that we try and get an accurate look at it. Another statistical question, when extrapolating, are those estimates considering, for instance, if you have a drought cycle in one end of the state and above average precipitation in another. Dr. Griffin: I'm not sure whether annual variability is accounted for. Mr. French: perhaps in the double count you can just take pictures and then count them after the fact. Complete more surveys more often. You could create coalitions between wildlife agencies and complete surveys right alongside big game surveys.

Dr. Perryman: Thank you and your staff for the job that you guys do. It is rewarding but probably more often frustrating. In Antelope Valley, late season, late summer wildlife habitat for other species that migrate to this area to find meadow find it has lost 12-18 inches of topsoil that has been trampled. This area may never reach its ecological potential. We are seeing more and more of these examples where we have horse populations that are so high. How many gathers last year range wide, were gathers that were in response to T&E concerns (sage grouse, perhaps in combination with other). Mr. Rittenhouse: the gather schedule includes reasons for a gather. Wildlife habitat and T&E species are a priority. We rely on the States to tell us how/why they are doing a gather. Mr. Shepherd: we did four gathers because of wildlife habitat and T&E species, primarily sage grouse, except one for riparian habitat. Each of those gathers included multiple HMAs.

Mr. Yardley: As it relates to long term sustainability and maintaining a thriving ecological balance, regarding decimation that we see on the range from the huge number of horses on the range, and maintaining healthy herds on healthy range lands, how do you feel that these two goals are being met? Mr. Rittenhouse: they are not. Mr. Yardley: How much is it going to cost to restore a range to its prime conditions and how long will it take? Mr. Rittenhouse: I would say that in some cases it is going to take several decades. We see impacts from overgrazing, prior to the Taylor Grazing Act. We still those impacts in some areas with no horses. Horses in some areas are not meeting the goals. From the standpoint of recoverability, there will be no recovery in HMAs as long as we are over AML. Why would we try to revegetate? Mr. Yardley: Is that a downward spiral? Mr. Rittenhouse: Yes. I can't give you a cost estimate for range land restoration. Mr. Yardley: What would your response be to let nature just run its course? And what does that mean to you? Mr. Rittenhouse: That is contrary to what the act says. That is the short answer. That is a big talking point: let them be. That is not a pretty sight. The BLM from a humane perspective with our staff who care for these animals do not want to see them in those conditions. We will try to manage them as we can and achieve those goals. Letting nature take its course is contrary to what the act says. Mr. Yardley: How can we prevent this from happening in other areas? Mr. Rittenhouse: Until we can get to AML, we are going to see it more and more.

Dr. Lenz: Thank you. You are gaining ground and should be commended for that. Are you ever contacted by nonprofits or third-parties to take animals and take over the cost of maintaining those animals? Mr. Rittenhouse: We have been approached, but they have not taken the cost upon themselves. They can handle 30,000 or more, but they want BLM to

BLM_003619

pay to care for those animals. We don't have anyone that has said they would take them and pay for them. Ms. Waddell: We send letters to organizations to see how they can get involved and find ways to help. We have a list of folks that we plan to reach out to. We are looking at a program that provides a way for people to donate and support. Dr. Perryman: There are some ideas floating in the public domain to create some incentives for 501(c)(3) entities to take on some of that responsibility. There have been talks about tax incentives, but it is going to take Congress to take that on. We may hear more about that.

Mr. Yardley: Bruce, could you describe quickly what some of the costs to doing an area rehab project and what the success rate is? Mr. Rittenhouse: Only example that we have would be fire rehab costs: emergency stabilization and burn recovery. At the last board meeting, we visited the Soda fire area. It has met the recovery goals to return the horses. We need to be aware when we look at things in a short time frame. The recovery is long term. I don't know what the unit cost for reseeding is. There are a lot of variables that make a restoration project very hard if not next to impossible.

Mr. French: How do we increase the interest from organizations? There are a lot of regulations and laws for international interest in adoptions, for example. There is a huge demand for western mustangs in western Europe. There is a perception problem. Mr. Rittenhouse: BLM has done business with MHF-like programs in Europe. They usually buy 30 to 40 horses and go through our standard process of approvals. We have sold several animals to the German Mustang Makeover. Mr. French: There are similar organizations in the Baltic states as well. Germany is showing an interest. There are regions that have an interest but no supply. I think it is an opportunity.

Dr. Perryman: What was an opportunity has now become a national disgrace. It is society's fault.

BREAK

## U.S. Forest Service Update
***Jacqueline Buchanan, Acting Director of Range and Vegetation Ecology, U.S. Forest Service***

- Wild Horse & Burro Program Objective
- Facts & Figures
- Organization & Infrastructure
- Addressing the Challenges
- Highlighting Successes

USDA Forest Service has five individuals that are dedicated to the Wild Horse & Burro program. All others that get involved have other responsibilities but are utilized as needed. It may not be ideal, but it is what we have set up for now.

Challenges
- NEPA – Considering programmatic EAs as appropriate
- Funding – Comes out of our range management and vegetation ecology funds
- Litigation
- Partnerships – We are in this together. It is the public that cares deeply. Partnerships are critical.
- Rangeland health – There are impacts happening to a great extent. We have to look at how to manage and protect those horses and look at the rangeland and achieving ecological balance. We are committed to that.
- Feral/domestic horses – Tribal and other horses on the range. We are attempting to get better at responding quicker to emergencies and public safety concerns. The faster you can deal with something, the best chances you have to reduce the need for additional recovery.

Highlighting the Success
- Partnerships in the Carson National Forest
  - Collaborative wild horse management
- Humboldt-Toiyabe National Forest
  - Cooperative tribal domestic horse gather
- Modoc National Forest

    ○   Gather and Adoptions

Mr. Woehl: There used to be cooperation between the Forest Service and the BLM. Back in 2014, they got separated, mostly because of budgetary concerns. We appreciate the hard work that has gone into this. We are looking forward to having someone in a permanent wild horse and burro position within the Forest Service. Ms. Buchanan: I had heard enough in conversations that there was some tension in the system. I would rather just put that on the table and recognize that we and all are committed to working together.

Mr. French: Thank you for the work that was done on the Humboldt Toiyabe. That had been litigated every time the Forest Service had tried to do anything on their own. It was a big step to take to work with the tribe and commit to getting something done. Are you depending on ground surveys? Are you doing your own aerial surveys? Are you relying on BLM? Ms. Buchanan: It varies by unit. We do both aerial and ground surveys.

Mr. Yardley: Do you know AML and estimates for specific HMAs? Ms. Buchanan: We don't have them in the packet, but we can get them for you. Modoc and Devil's Garden AML 402, current estimated at 1,800 animals. Mr. Yardley: How has that been affecting that rangeland health in that area? Ms. Buchanan: It's impacting it greatly. Any time you are running numbers over the carrying capacity, there is a negative impact, proportionate impacts. Mr. Yardley: How has that impacted permittees? Ms. Buchanan: We have voluntarily resource protection/non-use permittees. Mr. Yardley: There seems to be direct competition? Ms. Buchanan: I don't feel there is. The permittees and the people in the livestock industry are invested in long term sustainability. Private water rights have been maintained.

Ms. Carlisle: Shout out to the Carson field office, how they work together, and it is really good to see them implementing wildfire response training. Ms. Buchanan: He is passionate about trying to make a difference there. I do think that is a success story.

Mr. Woehl: Is population growth suppression being used? Ms. Buchanan: Yes, on Carson. I believe most of the PZP application is done with volunteers.

Dr. Perryman: While you were working with tribes in the Santa Rosas, was somebody capturing the process so that it could serve as a model for other areas? When you have HMAs surrounding tribal areas, when you reduce the numbers on the federal side, those horses that are crowded outside of HMAs will return to the HMA. If we don't include tribal horses in this whole planning process, we could be right back where we were. Did anyone capture the model you used in that negotiation and partnership? Ms. Buchanan: Yes, they have had robust conversations how they got to that point and trying to use it as a model for how to work with tribes. It can be a win-win, tribes get their horses, we reduce the number on the range, etc. We are trying to answer, "how can you move through the process quicker?" and, "how can we move into a gather quicker?" I think they are hoping it will help.


BREAK FOR LUNCH


## BLM and USDA Forest Service Responses to Boise Meeting Board Recommendations

*Bruce Rittenhouse, BLM*

*Jacqueline Buchanan, USDA Forest Service*
1.  Strongly encourage and recommend that the USDA Forest Service Chief and the BLM Director along with key USDA Forest Service and BLM staff meet within 90 days to discuss and resolve relevant issues and work together to jointly manage wild horses and burros on all designated lands. Approved. Vote was unanimous.

    Deputy Director – Policy and Programs, Exercising Authority of the Director Perry Pendley and Chief of the Forest Service Vicki Christiansen met on Wednesday October 23. Outcomes of this meeting will be presented at the October 2019 Board meeting in Washington D.C.

2.  Encourage and recommend that BLM develop and promote standardized training (e.g. Eastern States State Office pilot program) for all persons interested in volunteering to assist the Wild Horse and Burro Program. Approved. Vote was unanimous.

The BLM recognizes that volunteers are vital to managing public lands. Without volunteers, many critical agency functions would not meet public expectations. It is imperative that the BLM recruits, places, and retains a pool of highly qualified volunteers to assist with the Wild Horse and Burro Program. On October 1, the Wild Horse and Burro Program, in collaboration with the Eastern States State Office launched a one-year pilot Volunteer Services Program. The project has developed standardized operating procedures to maximize outreach to increase the pool of volunteer candidates across this 31-state area. Further, a consistent set of volunteer job descriptions have been developed identifying the roles and responsibilities of volunteers. After the one-year period, the BLM will conduct an assessment and make a determination whether to expand the program to additional states.

3.  Recommend that BLM/USDA Forest Service develop a programmatic NEPA document for the application of all safe and humane methods of fertility control. Approved. Vote was unanimous.

    BLM – While, programmatic approaches to completing NEPA are an effective tool to streamline the agency NEPA processes. at this time, the BLM does not intend to start a Programmatic NEPA document for applying fertility control, since in some cases (e.g gather operations) site-specific NEPA would still be required. Forest Service - At this time, the Forest Service does not intend to start a Programmatic NEPA document for applying fertility control.

4.  Recommend that BLM/USDA Forest Service research and develop the appropriate programmatic NEPA document that covers management actions for wild horse and burro management that fall within the statutes and authorities of the Wild Horse and Burro Program. Approved. Five in favor, one opposed, Ms. Carlisle.

    BLM – While programmatic approaches to completing NEPA are an effective tool to streamline the agency NEPA processes at this time, the BLM does not intend to start a Programmatic NEPA document that covers management actions for the Wild Horse and Burro Program, since site-specific NEPA would still be required. Forest Service - At this time, the Forest Service does not intend to start a Programmatic NEPA document that covers management actions for the wild horse and burro program.

5.  In order to improve the health and adoptability of wild horses and burros the Advisory Board strongly encourages the BLM/USDA Forest Service to provide desirable equine conformation education and training by experts to all field personnel. Approved. Vote was unanimous.

    BLM – Since the July 2019 board meeting, the BLM has had discussions with Board Member Lenz, Wild Horse and Burro Program staff, and APHIS Veterinarian Dr. Al Kane about designing a web-based training for BLM employees on horse conformation. When a training is finalized it will be offered to Forest Service staff.

    Forest Service - This recommendation is inconsistent with paragraph 2 at FSM 2263.11(1): "Selective removal of excess animals or relocation of superior animals from other territories to improve gene pool is prohibited. The intent of the Wild Horses and Burros Protection Act is to manage these animals as part of the natural ecosystem." Forest Service staff could benefit from taking training related to equine conformation as part of staff development within the wild horse and burro management program.

6.  Encourage and recommend that BLM/USDA Forest Service remove, sterilize prior to returning to the range, or euthanize animals with serious acquired, congenital or heritable physical defects. Approved. Five in favor, one opposed, Ms. Carlisle.

    BLM – The BLM's current policy (IM-2015-070) outlines six reasons to euthanize excess wild horses and burros related to acts of mercy, health and safety. (1. A chronic or incurable disease, injury, lameness, or serious physical defect; 2. A Henneke body condition score of less than three with a poor or hopeless prognosis for improvement; 3. An acute or chronic illness, injury, physical condition, or lameness that cannot be treated or has a poor or hopeless prognosis for recovery; 4. An order from a state or federal animal health official authorizing the humane destruction of the animal(s) as a disease control measure; 5. The animal exhibits dangerous characteristics beyond those inherently associated with the wild characteristics of wild horses and burros; or 6. The animal poses a public

BLM_003622

safety hazard and an alternative remedy (capture or return to a HMA) is not immediately available. The BLM has no plans to sterilize and return animals to the range having conditions described in the recommendation.

Forest Service – While humane destruction of those animals included in this recommendation who meet the regulatory definition of "old, sick, or lame" (36 CFR 222.60) is consistent with FS policy, this recommendation is inconsistent with paragraph 2 at FSM 2263.11(1): "Selective removal of excess animals or relocation of superior animals from other territories to improve gene pool is prohibited", for those animals described in this recommendation who do not meet the threshold of the "old, sick, or lame" definitions. Forest Service interpretation of the intent of the Wild Horses and Burros Protection Act is to manage these animals as part of the natural ecosystem.

7. The Advisory Board is forming a working group to include key BLM staff to analyze modern, stateof-the-art, low stress, stock-handling approaches to gathering and handling of wild horses and burros with a report to be presented at the October meeting. We recommend BLM appoint this staff and fund any meetings necessary. Approved. Vote was unanimous.

   The working group consisting of Board Members (Dr. Sue McDonnell, Dr. Barry Perryman, Celeste Carlisle, and Dr. Tom Lenz), BLM staff (Alan Shepherd, Holle Waddell, Scott Fluer, and John Neill) and USDA APHIS Veterinarian Dr. Al Kane had conference calls discussing BLM's low stress, stockhandling approaches. A report of their findings is expected at this Board meeting.

8. We strongly encourage and recommend that BLM/USDA Forest Service review 43 CFR Subpart 4700 (Protection, Management, and Control of Wild and Free-Roaming Horses and Burros) and 36 CFR Subpart D (Management of Wild Free-Roaming Horses and Burros) and update where needed. Approved. Vote was unanimous.

   BLM – The BLM is in the initial phases of revising the 1986 Wild Horse and Burro regulations. These regulations have become outdated to reflect current management of wild horses and burros and at times impede management strategies and priorities. This rule making process is expected to take between 12- 24 months to complete and will include a public comment period when proposed rules are published in the Federal Register.

   Forest Service – The Forest Service is currently in the process to improve its NEPA policies through Environmental Analysis and Decision Making (EADM). EADM is a change effort that intends to reduce the time and cost of our environmental analysis and decision making processes to produce efficient, effective, and high quality land management decisions to accomplish more work on the ground and be more responsive to the public we serve. The reforms will identify ways to improve or eliminate inefficient or redundant processes, while maintaining a commitment to high-quality environmental analysis based on the best available science. Once completed, the Forest Service intends to review its regulations and directives for inclusion of the new process and update where needed those regulations and directives that are out of date.

Comments and Discussion on Recommendations and Responses:

#2
Ms. McAlpine: We would like to review volunteer position descriptions. Ms. Carlisle: We would like to document successful volunteer programs and review those. Ms. Buchanan: Forest Service probably shares some volunteers with BLM. We can learn from the BLM and the Forest Service, how do we better set up our volunteers to work with us now and in the future?

#3
Mr. Rittenhouse: For gather operations, site specific NEPA will still be required. Mr. Woehl: is this a change? Mr. Rittenhouse: we still have to do compliance for ESA and cultural for all HMAs, which is a 3- or 4-year process. Again, we still have to do site specific EAs. The Forest Service is not planning to do a programmatic EA, all issues would be difficult to cover.

Dr. Perryman: Why would we do this for anything? For oil and gas? For a RMP? Is it a question of budget, man-power, what is it really? Programmatic EAs is the greatest idea since sliced bread. Give me something else? Mr. Rittenhouse: We could do a programmatic assessment of all forms of fertility control, and it would cover that. But when we want to apply it, we would have to do an amendment for any modifications or changes, for the other things and tier to the other EA. Does that save us that much time?

Mr. French: I keep thinking that the BLM would have felt this was a godsend in terms of trying to streamline the process for gathers. We need to do it in a fairly abbreviated timeframe. When this came up, I would have thought this is what you would have jumped on. The BLM Director mentioned NEPA as a challenge. I would think that this would have been something that was welcome, to abbreviate from project to project. We could identify the issues just based on our history. I'm surprised. Mr. Rittenhouse: EA is myopic. We did a NEPA document for a helicopter gather. We have to go through the process again when we revisit the same area with the same activity in 5 or 10 years. Programmatic would address multi-year, subsequent gathers. Will cover population growth suppression tools as well so we don't have to go back and do those every time we take an action. We may have to do an amendment when we have to do a second gather. We would review that nothing has changed, looking to streamline NEPA to meet the needs on the ground. It is a hybrid of what we recommended. Looking to streamlining the process, sets the wide side boards but streamlining the process. We could use those tools in that HMA. Initially, the analysis for multiple years to get to an AML will take longer.

Dr. Perryman: If we modified our recommendation to address multi-year, multi-pronged approach to NEPA, would it be in danger of getting the same response? Mr. Rittenhouse: that is where the program is trying to go.

#4
Ms. Buchanan: The opportunity for us is one document that affects both USDA Forest Service and BLM, there are some efficiencies there. Regardless of the path that we go down, we can work together to find some efficiencies. Mr. Woehl: We felt this would help manage the program better, we don't want to impose anything on you. Trying to streamline processes. We are all about that.

#5
BLM has had discussions with Dr. Tom Lenz. Dr. Lenz's is preparing draft training to present to the BLM and evaluate that training in the future.

Ms. Buchanan: We see value in this training, understanding the conformation of a horse. It is a bit inconsistent with our manual, selected removal of excess animals to improve gene pool is prohibited. As part of the natural ecosystem. But yet, when we talk to staff, having folks who are working these programs, there is value in being able to discern that. We think it will be beneficial.

Mr. Rittenhouse: During the discussions that we've had, we want to make sure it is applicable in the field and management applications for animals that go into the adoption program and training program and when you are at a gather. Those are two desired applications of the training.

Dr. Lenz: We're looking to identify conformation defects that would lead to suffering and the likelihood of severe heritable defects that lead to pain and death. It will be a combination PowerPoint and Video training.

#6
We wouldn't euthanize for selective genetic traits. Mr. Woehl: If you have an area that is horse short, how do you select horses to move them? Ms. Buchanan: the clause is intended for selecting for adoptable traits, doesn't preclude translocating for genetic variability, viability.

Mr. French: Can you clarify how the Forest Service selects, or does not select, animals for removal and adoptions. Do you consider an animal that has a heritable defect? Ms. Buchanan: We will have a conversation about being in line and in sync, there are ways we can adjust if there is a good reason to. If it is within our guidance that we have, if we can, we would want to be in alignment. Mr. Woehl: How old is the policy? Ms. Buchanan: I believe it was in the 1980s. Mr. Woehl: A lot has changed.

BLM_003624

Mr. Yardley: We're involved in breeding and based on conformation, color, quality in order to make our animals marketable, but they'll go on to satisfy the needs of our customers. It would be wise for BLM and Forest Service to revisit this policy and make changes if necessary. If we're going to gather more horses, and offer up more horses for adoption, it is counter intuitive to not do this.

Dr. Lenz: What are your comments on color? Ms. Buchanan: If you're a horse person, you look at the legs first. That was the conversation. Dr. Lenz: colors are trendy. People like pretty horses. We just need to make sure they are sound as well.

Ms. McAlpine: When I read it, I read it as trained court mediator. You are not removing them to another place, to prevent a sever conformation abnormality. I support what others on the board are saying. If you can revise policy, you would not be violating your own policy when I read it.

Ms. Carlisle: We are talking about two different things here. Genetics and genetic health are thrown around inaccurately. I think what the Forest Service is saying, we are not running a breed program on our public lands. I thought BLM was in line with that. I thought they were similarly policied, BLM is managing for genetic health and in favor of natural selection. The BLM is doing a fairly adequate job with the help of the lab. I just want to clarify, BLM and Forest Service were in line with the same management strategies. Mr. Rittenhouse: Our interpretation of this recommendation is that we are not going to sterilize animals that meet one of the six criteria out of an act of mercy. Mr. Woehl: the driving factor was genetic defects, we want to sterilize and return to the range. We have to have animals we keep be adoptable. That was the intent, to manage that and to take those genes out. Dr. Perryman: I was hesitant to vote for this, the only reason I voted for it, early on in the history of the program, these animals came from local ranches. Are animals that are have "genetic defects" being returned? Mr. Rittenhouse: that animal would be included in one of those six factors and are going to be removed from the gene pool. Ms. Buchanan: old, sick or lame is pretty broad. I don't think we are really that far apart. I just want to clarify as well, we weren't trying to pick colors, my concern centered around putting those horses back on the range. We aren't looking to euthanize animals, looking at trying to ease pain and suffering.

### Marketing Presentation

**Megan Olson, Assistant Director of Advertising, ABI**

**Lisa Condon, Senior Director of Graphic Services, ABI**

**Paul McGuire, BLM WHB Outreach Specialist**

- Collaboration
- BLM WH&B Strategic Plan
  - Conducted kick-off meeting and follow-up meetings
  - Evaluated Great Lakes Marketing Information
  - Reviewed existing WHB marketing materials
  - Attended adoption events
  - Evaluated trends and existing communication landscape
- Strategic Plan Goals
  - Internal Communications and Branding
  - Audience Education: Getting the Word Out
  - Community Outreach
- Strategic Plan Tools and Tactics
- BLM WH&B Media Strategy Evolution
  - Campaign Report

Mr. Woehl: In the last several weeks, I've gotten a lot of emails over an action the board took in 2016. None of them knew anything about the adoption program. They thought the horses didn't go anywhere. If someone isn't really looking, does this stuff just pop up anyway? Response: We have a dual approach to marketing. We utilize the websites, so that we are reaching people in different ways. If you're online or on Facebook if you search for wild horse and burro, you could

BLM_003625

be served our ad as well. We do demographic and interest targeting.

Dr. Perryman: I'm trying to understand this demographic. A segment of the market are spending 8 hours a day in social media. Response: It could be websites. It could be streaming, if you're on a mobile device. That amount has grown. It is a true representation of adults 18+ with that type of media. That is the first year digital spending has surpassed all other media.

Mr. Yardley: A lot of the public isn't aware of the amount of degradation on range lands. I was wondering if that is being incorporated, there may be an opportunity to educate and advertise? Response: We have provided some materials, and some PSAs and maybe address, we do try to improve perception and educate as much as we can. There has been discussion about additional videos to help with that. We have a few short clips that are located on the website.

Ms. Carlisle: The adoption program has been inconsistent in the past. Marketing for it and having the momentum with Ms. Waddell and the program has been productive. What about maintaining that for the long term? Response: We work very closely with the team so that we are implementing our current campaigns. We fully intend to continue the program, to run the campaigns, evaluate them, and constantly improve upon them. They are incredibly cost efficient. We are able to promote so many more events than we used to be able to. Combined with the messaging that we have been able to put together. We want to continue and the data, we are seeing success. That doesn't mean that we won't continue to evaluate and modify as necessary. We may see new mediums, etc. Setting it and forgetting it is not our model.

Mr. Woehl: Are you still using other mediums? Response: Yes, grassroots, on the ground, print. Based on the success we are seeing we will continue with them. Definitely planned to go forward with them. It is a continual work in progress. Constantly looking where we need to make adjustments and additions as needed, it is budget dependent.

Ms. McAlpine: Has there been any estimation on the cost of this program, versus or based on the number of horses that we are adopting? Response: We have a cost per adoption that we can calculate, we will pull together a statistic for you. Mr. McGuire: With each event at the district level, there is also local advertising that goes on. Whatever costs of the ABI piece is a sliver overall, but a tremendous bang for your buck. Ms. McAlpine: It would be nice to document long term based on where we are today. If the costs have dropped, then obviously it needs to be looked at. Mr. Woehl: We can't attribute just advertising to our adoption success, it is the result of a combination of things.

Dr. McDonnell: I'm fascinated with all the data you get back. Can you link individual adoptions with advertising efforts in any way? Response: Not really, but we can implement pixel tracking to see where they go once they get to the site. I know that Mr. McGuire has some results from the local level. How did you hear about us, etc.? Great lakes marketing, other grass roots analyses. We are just seeing the actions taken through the digital media. Dr. McDonnell: I do spend an hour a day on Facebook, most of the posts I see have to do with horses. Mostly, ponies that I have adopted and people sending me pictures. I saw one ad for the UC Davis event. Response: We implement geoparameters, expanded reach, limit geography. There are some geographic parametes that prevent you from seeing those ads.

Mr. Yardley: How much of the increase in adoptions *do* you attribute to this? Response: Some of that data is starting to come through. Seeing results how people are hearing about programs. The best we can do is look at overall placements that have increased. Mr. Yardley: What is the target age? Response: Domestic horse side, they target women, 35 to 50 and their daughters. Do we have any idea of demographic? Response: Roughly 75% women, age 40+.

Ms. McAlpine: Who has responded to the ads? Could we use a questionnaire or checklist on an application for adoption? Response: Our role is to put the messaging out, the effort on the ground. They ask people to fill out comment cards. I'd have to look at their information, and they do enquire about how people are gaining information. These are through digital ads. Based on some of the research, from these other partners, that people are seeing the ads.

Mr. French: With regard to trying to determine the demographic and regional areas you target, is there some sort of evaluation to determine if that has shifted, how do we capture that? Response: That is data that is pulled from campaigns. We incorporate those cities within our targeting. In Ocala, we also use a lot of data in terms of geolocation. When we were looking at the data coming from campaigns and social media, we were still able to see that men were responding at a higher rate to digital display ads. Then we also look at specific events and rely on results from the field. We'll incorporate

that into the target. Mr. French: If we're going to utilize this information, later we are going to be talking about ecotourism that want to see horses in their natural environment. Regionally, taking advantage of that interest that folks have shown in the past. That is not necessarily on the table at this time. In Colorado, it is a big deal. In order to get our message out there, but actually involve communities in ecotourism concept is probably something that we ought to look at down the road. We could target demographics based on regions. In some regions of the country, it could be completely different. Trying to groundtruth that using this kind of data. Response: Our Hispanic media strategy is representative of that, we have adjusted based on testing in that market. We do look at regional differentiators that could affect our campaigns. Our public off-range pastures, opportunities for folks to come observe. That is an avenue that we can take in our advertising.

BREAK

## Board Working Group Reports and Discussion

1. We need to come up with some recommendation for national AML. 25 or 30 years go. With an over abundance of horses, AMLs may be a lot lower now.
    - Question for Mr. Shepherd: usually when an RMP is completed, there is another AML assessment in those?
    - Mr. Shepherd: not completely. Generally, the AML is affirmed or confirmed in an RMP. The specific, the holder of it, to actually change or update would be done with an implementation decision which is based on resource monitoring data and carrying capacity through an implementation decision and confirmed in a new RMP amendment.
    - It has been updated, at least confirmed through an implementation process. Based on the planning documents that we have currently, the AML that Mr. Woehl is referring to, is still pretty accurate with respect to the planning documents.
    - Mr. Shepherd: you have to do it on an HMA or HMA complex level, because you are going to want to look at how they interact with adjacent areas. That is also where you can make decisions on changes to the boundary of the HMA. An HMA, long term, is in the RMP process, and it is stated that you are going to maintain the status of the HMA or revert back to HA because of any limited resource, such as a long history of emergencies for example. There are lot of parameters that need to be assessed. The RMP is your umbrella.
    - Some of these areas that we have been looking at, the resource damage is so acute, are not going to come back, but the areas surrounding, the resource damage is not as acute. Until we get to AML, we don't know what we have. It may be less than what the older documents may indicate. This is an informational thing. I don't know if it is necessary, but at least we know that a reassessment, we know what is actually out there. Planning documents are updated over time.
    - Mr. Shepherd: it comes down to the resource monitoring. That information, population sizes. All of those pieces of the puzzle have to be assessed. It is all through that monitoring data.
    - Mr. Woehl: I don't think that range can handle even a ¼ of what AML is now. Low AML isn't sustainable as well.
    - Dr. Perryman: Yes, but the assessment can't be made until you take the pressure off it to see what you have. If the grazing pressure comes off it, plants have a chance to respond, you can measure the density, the production as a baseline for responding to removal of that heavy use. Same for other animal species. If they weren't trying to defend something that they feel is valuable that is a competing resource. It is something we need to think about, and I don't know what the language would be for a recommendation.
    - Ms. Carlisle: We think of AML as some static number. There is this rolling assessment region by region, this is happening already. Are we taking into account that things are changing?
    - Mr. Shepherd: Is AML still appropriate? We've never reached it and haven't been able to collect the monitoring data when we've been within the target population. As we progress, if we are fortunate enough to get to AML, that is when the field work begins to collect that data. In some areas we can do the assessment and reevaluate the status of AML, but in most areas, we're not ready, because we can't monitor how it changes once at AML.
    - Dr. Perryman: When you have lots of animals, their diet preferences change. If you have 500 animals, and

the original carrying capacity was 200, they are eating things that normally they would not eat. How does that play into the carrying capacity? Something that they would only eat in a drought situation. There is going to be some degradation, different species, crowding effects, etc.

- Mr. Yardley: Although we don't know what AML might be moving forward, we have long-term trends on the range: what was the range like in 1976 compared to what it is like now. What was the vegetation type, what is it now? We can make some pretty accurate and informed decisions based on that information. Their diet changes. But the reason it changes is because the more desirable plants are gone. It's already gone. Sageburst, cheat grass is all that is left.
- Mr. French: My impression of this is more of a timing question. We are making some significant management changes. We have had over 2 million acres burned since 1976 in northern Nevada. That dramatically impacts productivity for everything on the ground. We have had a significant move from HMAs to HAs (adjacent to HAs) that have added more pressure on the range. Pioneering populations from Rocky Mountain Elk that we didn't anticipate in the original RMP. Throw in T&E species. I think that is indicative of any place that has horses on it now. I would say that horses by themselves are not going to trigger any new management planning. We just completed an RMP, before that, it was 30 years since the last RMP. We have an RMP amendment for greater sage grouse. It did not deal with any other management. Do we need to reassess? This is a major component on the land. If we are going to assess HMA and HA boundaries, allotment evaluations, this might be the time to kickoff another planning project to reassess priorities on the ground. This might be the catalyst to start.
- Ms. Carlisle: It isn't just horses that matter. We have changing conditions on our rangeland. Forage quantity and quality are changing. Of course we can exacerbate that, but this is what I am trying to get at. This is a holistic management issue. But because we aren't acting, the wild horses and burros that we federally protect are suffering. They are just an indicator species. So is everything else. We are the WHB Advisory Board, not supposed to advise on how to fix everything. We are not going to come up with any recommendations for everything.
- Ms. McAlpine: If you are talking about plans that were developed 30 years ago, and things have changed (i.e. overpopulation) it is really important to reassess.

2. Some of our legislators have not seen wild horses. Encourage the BLM to have a field day with Congress and Senators to see Antelope Valley.
- Dr. Lenz: some of them don't know much, some do. Invite them and their staffers that do the work behind the scenes. Ensure that we have a high number from the eastern states. The western states are often aware, but the eastern states may not. Should be a recommendation with specific request for eastern states. Mr. Rittenhouse: typically, we don't really do that. Folks in Nevada specifically have been on the ground and know the issues. State directors could invite others and would work with legislative affairs in the Washington office. We have held tours when they requested to come. Maybe the board could act as intermediary. Seeing all aspects of the program, they can participate this week on Friday at the adoption event.
- Ms. Carlisle: I'm confused about the staffers. Who initiated that? Mr. Rittenhouse: They did, as they get asked to participate in appropriations. Dr. Perryman: We will rely on legislative affairs to tell us what can really be done.

3. The number of horses per state office that was adopted out. Wyoming has 1 HMA but was number 4 in the number of horses adopted. If we could come up with some way to encourage state participation with D.C. support for the placement of animals in good homes through the adoption and sale programs. We need the support from all states. Perhaps recommend that they recognize those top states, perhaps an incentive program.

4. Sterilization is an issue. We need to use every tool in the tool box. Know that BLM will not use surgical.
- Ms. Carlisle: I would like to hear Dr. Griffin's presentation. Is it time to redirect? Get out of those points that are always going to be divisive. Look for those techniques that are going to be able to be applied by folks that are not particularly skilled. It's like bashing heads. We should move and go another direction because we have some things that are happening in specific areas.
- Mr. Woehl: PZP is not the answer. It can be used. Do you feel that 45,000 can be treated with PZP?
- Ms. Carlisle: No, but my response does not mean PZP only. There are other solutions.
- Mr. Woehl: We still have to gather those horses.
- Ms. Carlisle: Gather, treat, release. There is a different treatment schedule for some horses.

- Mr. Woehl: It's almost impossible in some of these horses.
- Ms. Carlisle: It is not as logistically feasible in other cases. We could scale up faster than we could scale up for other methods of sterilization. I recognize that sterilization is one of the techniques. I am advocating for other techniques that are available. There is modeling done that by using PZP-22, if you were gathering and removing every 3 to 5 years. We are trying to find solutions that are somewhat palpable. I'm advocating for prioritizing things that can happen quickly with a broader spectrum of people that can implement them.
- Mr. French: Can we agree that the with a recruitment rate of 20% or thereabouts. We know that we have an annual capability on the BLM to gather 14,000 horses a year. With that being the case, there is no way we can gather our way out of this. What we have done is we have tied our hands again. Getting around recruitment level. I'm not saying across the entire spectrum of the population. I don't see PZP or GonaCon being a viable option mainly because of the vastness of it. We can't even gather enough. With the implementation of the BLM's protocols, in the near future, it is going to be harder to catch horses from the air. It is going to be difficult at some point down the road to use aerial methods to gather. I don't see it as being a viable way of controlling recruitment. Somehow we have to limit recruitment to get on the downside of that population.
- Dr. Perryman: That is an absolute impracticability when you have 40,000+ mares on the ground. Once you get to AML, then other methods start making more sense. Any of these contraceptive methods, that is not going to happen. There have to be massive gathers in order to make this happen. So a combination of these big gathers, so that we get to a point where a combination of contraceptive and gathers can be used to maintain. BLM has a capacity issue for gathers. That has to increase so that we can actually have the ability to gather more animals of our annual recruitment. None of these methods make any sense until we start approaching AML.
- Ms. McAlpine: I empathize, advocating for horses and burros, I take a little different position. I firmly believe that dying of dehydration and starvation is not humane. I need to step back and decide what is best for all. We need to address this issue immediately. Ms. Carlisle hit it on the head. We need to come together and give up our favorite idea for what is best for the animals. It is not going to be pretty, but neither is dying of starvation.
- Dr. Lenz: Let me give you some facts. Spaying mares is not unusual. We spay mares for many reasons. We geld stallions for many reasons. It is not unusual to spay mares. There are 4 or 5 different ways. Each has benefits. The advantage of culpotomy, it can be done in 15 to 20 minutes, it is easy to teach, and it can be done in the field. From a medical perspective, it is not inhumane. I don't think it is the answer. I think it is one of the tools we have. Yes, these decisions have to be made by people that know what is going on. That is unfortunate. We have to always think what is best for the horse, not what is best for an organization. I think spaying is indicative.
- Ms. Carlisle: I want to clarify. I know that contraception will not get us out of this. Where we disagree: waiting for AML to begin implementing contraception. I understand the logic and reasoning for wishing for that. This has to be implemented alongside the gather/removals and is better than it is to wait until we reach AML.
- Ms. McAlpine: Is spaying any more or less dangerous than foaling? Any more or less painful?
- Dr. Lenz: Complication rate with spaying is 4%. Includes infection, intestinal problems. We have drugs that you can get about 36 hours of pain management. These are all risk-benefit decisions. I don't know.
- Dr. McDonnell: When we say complication, it can be something very simple and very temporary. The death rate during ovariectomy is very low. Been so disheartening to me, the misinformation on this topic has to be the worst on every topic. It is so clear, reproductive specialists know this. So sad to see, upsets a lot of people. From stress and pain, I would recommend culpotomy. At the moment, we have to get it down by removals long before we can get to fertility control.
- Mr. Woahl: There isn't any way to gather and store that many horses. We don't have the long term holding.
- Dr. McDonnell: We're not going to gather, spay, and return to the range for a while.
- Mr. Woahl: What are we going to do if we gather them?
- Dr. Perryman: I'm more optimistic about long term holding. I don't think we have a choice. I think it has to be a combination of the two. If we are talking about 40,000 mares.

- Mr. Woahl: When are we going to make the first step.
- Mr. French: We have to address what is on the ground first. What the public decides what they want to do with those animals down the road is the other issue. We have have laser like focus on the issue at hand.

5. Transfer responsibility to tribal authority of tribal horses on public lands. Partner with them. Collaborate. Some kind of cooperation and contact a couple of the major horse holders in the tribal world to coordinate with them.
   a. Tribal horses are not protected under the act. Recommendation would need to be framed in how we manage and how BLM horses are impacted.
   b. Figure out with tribes that we need to work together, for the benefit of both agencies and the horses.
6. Entertain a rewrite of the regulations to allow for international adoptions. The things we should look for and assurances where folks have a similar interest in horses that we do.
7. Following the act that brought this whole thing to fruition, I don't think it has been followed in its entirety. Discuss more as a group.


Adjourn

BLM_003630



**Wild Horse and Burro Program**[TM]

**U.S. Department of the Interior Bureau of Land Management**

# NATIONAL WILD HORSE & BURRO ADVISORY BOARD

20 F St NW Conference Center Washington, DC 20001

October 30-31, 2019

Volume 2

Day 2 Meeting Minutes

U. S. Department of the Interior
Bureau of Land Management

BLM_003631

# Contents

**THURSDAY, OCTOBER 31, 2019** ............................................................................................................ 2

WELCOME .................................................................................................................................................. 2

RULES OF THE ROOM .................................................................................................................................. 2

ONLINE CORRAL DEMONSTRATION / LIVE EVENT .......................................................................................... 3

WILD HORSE AND BURRO PROGRAM SYSTEM (WHBPS) ................................................................................ 5

ONGOING RESEARCH AND MANAGEMENT APPLICATIONS ................................................................................ 6

ADVISORY BOARD DISCUSSION .................................................................................................................... 9

PUBLIC COMMENT .................................................................................................................................... 11

NATIONAL WILD HORSE & BURRO ADVISORY BOARD RECOMMENDATIONS .................................................. 24

BLM_003632

# Thursday, October 31, 2019

## Welcome

### Mr. Fred T. Woehl, Jr., Chair, Wild Horse and Burro Advisory Board

Mr. Woehl called the meeting to order at 8:00 a.m. and asked any Veterans to first stand and then asked all to stand and join in the Pledge of Allegiance. [Pledge of Allegiance]. Mr. Woehl introduced the new director of the Mustang Heritage Foundation (MHF). MHF was on the mall in Washington D.C. on Tuesday and Wednesday and had approximately 275 and 150 people, respectively, go through the trailer. The MHF 2020 plan for travel and getting the trailer to strategic locations is pending. Mr. Woehl turned the time over to Bryant Kuechle.

## Rules of the Room

### Bryant Kuechle, Facilitator, The Langdon Group

Mr. Kuechle reviewed the rules of the room:

1. Seating is available for attendees. Anyone needing or wishing to stand will stand in the designated area behind the seats. All attendees are to stay in the seating or standing area at all times, unless addressing the Board during the public comment period.

2. Speakers and other attendees will not approach the dais at any time without prior consent from the Chair of the meeting.

3. Media will check in at the door and will be guided to the space designated for cameras.

4. No attendees will be allowed to place microphones, cameras or other equipment in the space set aside for the Board meeting.

5. All attendees will show mutual respect for each other and for speakers and Board members. This includes refraining from using cell phones or talking while the meeting is in session.

6. If anyone disrupts the meeting they will be asked to leave or be escorted out.

7. Those wishing to address the Board will sign in at the door. Speakers will address their comments to the Board, while seated at the designated speaker table. Generally, speakers have about 3 minutes each and are asked to finish in the designated time to allow for the maximum number of individuals to express their viewpoints.

8. Attendees wishing to provide handouts to the Board will leave handouts with the BLM representative at the door. Handouts will not be brought to the speaker's table and no one will be allowed to approach the Board with handouts.

9. Within the meeting room, attendees may not display signs, placards, or other items that are likely to obscure the view of participants or disrupt the meeting.

10. The Board will not respond to comments made during the public participation period. This should not be interpreted to mean the members of the board agree or disagree with anything said.

11. The Chair reserves the right to comment on any factual inaccuracies that may be shared during the public comment period.

12. The BLM commits to maintaining these rules for the benefit of all involved and appreciates everyone's cooperation with these rules.

BLM_003633

Table 1 - National Wild Horse and Burro Advisory Board Members

| NATIONAL WILD HORSE & BURRO ADVISORY BOARD MEMBERS | |
|---|---|
| Board Member | Representing |
| **Mr. Fred T. Woehl, Jr.** | Public Interest (Equine Behavior) |
| **Dr. Tom Lenz** | Veterinary Medicine |
| **Ms. Celeste Carlisle** | Wild Horse & Burro Advocacy |
| **Dr. Barry Perryman** | Public Interest (NRM/Special Knowledge) |
| **Mr. James French** | Natural Resource Management |
| **Dr. Sue M. McDonnell** | Wild Horse & Burro Research |
| **Ms. Susan McAlpine** | Humane Advocacy |
| **Mr. Steven Yardley** | Livestock Management |
| **Dr. Vernon Bleich (via phone)** | Wildlife Management |

## Online Corral Demonstration / Live Event
*Krystal Johnson, Eastern States WHB Program Lead*

Adopt a Horse is a website launched over 15 years ago that allowed the public to adopt a wild horse and/or burro online. Historically it served as a bidding site for the online events only. The National Operations Center (NOC) is responsible for operations and maintenance of these systems. Eastern States Office oversees the daily operation of the system.

Demonstrating our new Online Corral, we are nearing the end of development and are looking for sign off on the authorization to operate. Today I will show you several features from the potential adopter/purchaser view as well as our internal users. I want to highlight the ease of use, connectivity to system of record, as well as the pay.gov portion.

Adopt A Horse:
- Outdated technology
- Inefficient, requires more effort and duplication of data to add animals to the site
- The Online Corral replaces the Adopt A Horse website.

Animal search feature enables potential adopters or purchasers to find a specific animal and save those searches to receive notifications when a match becomes available.

Pay.gov and Collections Billing System (CBS) connection enables customers to pay in full on the site.

The connectivity between the Online Corral and the Wild Horse and Burro Program System (WHBPS) database increases efficiency and maintains data integrity.
- Pulls individual animal details
- Collects applicant's information and history
- Populates Private Maintenance and Care Agreements and Bills of Sale

Great Lakes Marketing, Advisory Board, and internal gap analysis all highlighted the importance of the internet adoption site. The current site is outdated and the rebuild is a priority for the wild horse and burro program. The rebuild includes many new features to make the site more user friendly both internally and externally as well as streamlining our process. The site makes it easier for potential adopters or buyers to select animals and search for exactly what they are looking for. Adopters or buyers will also be able to submit and sign their applications, agreements, bills of sales and payments electronically.

- Searchable-Faceted search for locating available animals
- Efficient-Automation of application processing, PMACA creation, and fee collection
- Modern-Focused on the user experience both external and internal users
- Accurate-Syncs with WHBPS, eliminates redundancy in completing adoptions and sales

- Consistent-Links to current wild horse and burro information on blm.gov

Mr. Woehl: These are available for the adoption incentive program? Ms. Johnson: Yes. You could choose to purchase or adopt. Information is provided for the difference between adopt and purchase.

- Other features of the animal gallery: freezemark, species, color, age, species, gender, height, disposition, video (animals that video associated with them).
- Animal details: starting bid, number of bids, listing type, height, necktag#, freezemark, capture area, etc.
- Online corral system will maintain your application. When you go to the gallery, it will sync up with the animals you are approved to adopt, i.e. burros, etc.
- Mapping feature.
- Electronic signatures.

Adoption Application: we have received your application and are in the process of reviewing it. Even though they are electronic, we still have to review them all. I can see the status of my application. Once the admin begins reviewing it, status will update. When applications expire, you'll be emailed prior and can resubmit without having to submit an entirely new application. It will keep a running list of all of the applications throughout the life of the system.

Mr. Woahl: What happens if I arrive and I don't want the animal? Ms. Johnson: If I bid online and go to my pickup and decide that the animal is not a good fit, you can select another animal or let us know and we'll refund your money. Mr. Woahl: How much is the shipping? Ms. Johnson: There are no additional shipping fees to a pickup location.

Mr. Woahl: Typically, it is 2, 3 or longer weeks before I can go pick it up. Ms. Johnson: A timeframe for an Online Corral event is typically: 6 weeks before an event to see which corrals are able to participate. Public affairs will select animals they want to participate. Photograph, video, publish the animals online, week long online event, once the event ends, 1 week to 2 weeks to finalize payments and select pickup options, put together shipping and logistics on how to get animals where they need to go and some rest stops along the way, etc.

Ms. McAlpine: If I don't pay within the 5 days, do you go to the next highest bidder? Ms. Johnson: yes. Ms. McAlpine: Is there a search for tag number or the freezemark? Ms. Johnson: If we have an adopter and he/she was the high bidder and they aren't going to pick them up, they can pass on the animal and the admin gets a notification and then they can reoffer it to the next highest bidder. It doesn't happen that much. You can contact us if you want to remove.

Dr. Perryman: Is there a feature in the program if you get into a bidding war, do you get a text or an email? Ms. Johnson: If you are outbid you get a notification. We also have a high bid/proxy bid. Dr. Perryman: Is there a buy it now price feature? Ms. Johnson: We have the capability to do that, we haven't been using it with our competitive bids.

Mr. Yardley: Is this tied in so that when there is a live event? Ms. Johnson: Online Corral, when we select the animals, they are separated from the rest of the population. We don't want to end up placing an animal when others are bidding. Mr. Yardley: Is the incentive program for burros as well? If that money would be better spent just on horses because burros are just more adoptable. Ms. Johnson: The costs the same. Mr. Yardley: There is a big void for pickup in the northeast. Ms. Johnson: It mirrors our satellite event schedule.

- Other option, if you knew that you were really interested in a horse from a specific area, you can save a search. When we add any animals from that location, you'll get an email notification of new animals. They can select how often they want to see those notifications. They also set up to see when they have an online event beginning.
- Pay.gov interface

- Conclusion - The Online Corral improves our ability to place animals by:
  - Reaching a broader audience
  - Providing better customer service
  - Increasing internal efficiencies

Dr. McDonnell: If you were going to apply for the incentive, how would that work with the online corral? Ms. Johnson: When you are on the online corral, if you choose that you want to adopt this animal, it will take you through the adoption application, submit it, reviewed and approved. Once you have been selected you can choose whether to participate in the incentive. It will show what your selection options are. That way, when you go to pick up your animal, that paperwork will be ready.

Ms. McAlpine: What about the TIP program? Can they use this site, or is that separate? Ms. Johnson: We have not been offering that on the online corral. They have different resources to work to find the adopters to be able to show. We can offer trained horses from the online corral. MHF has a website that has all of the trainer information, they have a social media site, etc.

Mr. Woahl: Great improvement from the last system. I've looked, this has been incredible.

Mr. French: Based on the feedback, this is going to be a game changer for this program as far as getting horses into homes. They talk about the gene pool. Some of them are more desirable than others. It is in the best interest in the horses and the program to maintain that interest.

Dr. Perryman: Will you release to a surrogate? Ms. Johnson: Yes, as long as all of the payments and the hauler, pickup has an approved trailer.

Mr. Yardley: Someone bids and the auction is about the close, 3 seconds before, someone bids, does it knock back the time. Ms. Johnson: It actually ends at the time, so whoever is the last person to bid will get it.

Dr. Perryman: Minimum quality to the gene pool, we shouldn't be thinking about moving a bunch of chrome studs. We need to be selecting for conformation and viability. 10 years from now, something else may be in vogue.

## Wild Horse and Burro Program System (WHBPS)
### Meredith Kueck, BLM WHB Specialist

Version 1 deployed Septmber 21, 2007, beginning transition from WHBIS as the program system of record
Version 2 deployed December 2009, completing transition
Internal system, can only be used by individuals with a BLM PIV card and log in on BLM network

Developed to record:
- Census and gather event information and results.
- Information about herd lands, such as decisions and population estimates.
- Adoption event information and results.
- Data to track individual animals removed from the herd lands (from removal through private ownership or death), including history of health and medical treatment, locations and transportation, adoption, titling, and sales.
- Information about adopters and buyers to facilitate the adoption and sales processes (including inspections applications, approvals, titles, and bills of sale) and to enable tracking of animal and adopter/buyer history.
- Information about BLM offices, facilities, personnel, and contractors involved in the WH&B Program.
  - Calculates and tracks program accomplishments
  - Adoptions, sales, transfers
  - Feed days
  - Census
  - Gathers
  - Compliance

PCMB represents WHBPS users and makes recommendations for the benefit of the program
- Representatives from Herd Management, Facilities, Adoptions/Compliance/Titling, national program rep, branch chiefs

Quarterly updates with corrective and enhancement tickets – prioritized by PCMB
Currently transitioning to WHBPS 3.0 – browser enhancement
Developing mobile field apps for improved program support
Syncs with OLC and eGIS – animal locations and facility locations mapped in eGIS

BLM_003636

Links to field office information, links to specific animals.

Dr. Lenz: Keep animals up to date? Ms. Kueck: We ask which shots they have been given. Dr. Lenz: Do you require specific ones? Ms. Kueck: We give them recommendations, yes. Dr. Perryman: Could require at least what USDA requires. Dr. Lenz: Perhaps this is a guideline. Ms. Kueck: if they are not "up to date", we can have that conversation. Ms. McAlpine: Is breeding prohibited? Ms. Kueck: No.

Disposition: adoption history, strikes, can see everywhere an animal has been
Timeline: overview of the all of the actions. Capture, when it was listed in a group, all there. Gather, vaccination, prep, EIA test, adopted.

Ms. Carlisle: Does this program talk to the adoption program? Ms. Kueck: It is all the same system. If I change something here, the adoption program pulls data form the same database. Ms. Carlisle: Can it be linked to OLC? Ms. Kueck: We are looking to add edocs with the option to add the edocument that you can upload. For an application, or a copy of the mpa that someone provides us. They can just print that out.

Mr. Woahl: volunteers help us old people get through this. This is incredible, didn't know this. Ms. Kueck: we can track compliance, private care, etc. and can look it up easily. The adoption numbers that you have been seeing have been pulled from this system.

Mr. French: On the compliance check side of it, I have had folks that have had mustangs in possession a little more than a year and wondered if they were ever going to get a compliance check, do we have a way of prioritizing? Ms. Kueck: There are just so many adoptions, mandatory compliance checks are randomly generated. If someone wants it, they can just call their local office to sign off on their compliance checks.

## Ongoing Research and Management Applications
### *Dr. Paul Griffin, BLM WHB Specialist*

Fertility Control Research
- IUDs, Vaccines, Sterilization, Modeling

Other BLM-funded Research
- WH&B Welfare
- Movements, Genetics, Behavior
- Reduce WHB-Vehicle Collisions
- Improved survey methods

GonaCon
- EPA approved, dartable. Best if hand-injected.
- Can prevent estrus cycling; mares may act pregnant
- Primer dose has ~40% foaling rate reduction for 1 year
- Only ~30% reduction in 2nd year
- After booster dose by hand, efficacy goes way up:
  - 100% foaling reduction for 1 year
  - AND ~85% reduction for years 2-4 (at least)
- Already in use

Oocyte Growth Factor Vaccine
- Vaccine against two egg maturation proteins
- Incomplete follicle development
- Combined vaccine with weak adjuvant halted estrus:
  - 10 of 10 in 2018

- 9 of 10 in 2019
- Pasture trial for 1-dose version

IUD (Intrauterine device)
- Silicone IUDs
  - For 'open' mares (not pregnant)
  - 19 Mares living with fertile stallions
  - 75% of 'Y' shaped IUDs stayed in > 1 year
  - 100% contraception with IUD in place
  - No damage to uterus
  - Return to fertility
  - Field trial?

Gelding
- Effects of Geldings in a breeding herd
- Pre-treatment collars: August 2016
  - Gather and gelding Fall 2017
  - 27 studs gelded and returned
- Observations of all age and sex classes
- 2018-19 Gelding behavior similar to fertile stallions

Future Research & Applications
- Field trials for new methods
  - Adaptive Management
- Update WHB Research Strategy
- Request for Proposals in 2020

Discussion:
Dr. Griffin: Mares cycle with IUDs. Mr. Yardley: Do they have they progesterone with an IUD? Dr. Griffin: Yes, when they inserted the IUD and a shot of progesterone, long enough to let the IUD settle in, higher success when they did not. Mr. Yardley: What about an IUD infused with progesterone? Dr. Griffin: Possibly. Mr. Yardley: There are IUDs that are similar and they are infused with progesterone and are not put in as long. Dr. Lenz: 5 to 14 days after they foal. You have to do something to tighten the cervix, they come into heat 5 to 14 days after. Dr. Perryman: magnetic IUDs, what do we know about them? Dr. Griffin: We have been approached with these, a small number of two different sizes were attempted, and they did not stay in at high rates. We know from the inventor they are successful in domestic animals. There are some very clever designs. To us, that is the essential element. Mares breed with stallions. Unfortunately, the preliminary data, when they were used with stallions and mares they fell out. Until we see prelim data that show they work in the conditions we need them to, we are going to be less enthusiastic. Inventor seeking research opportunities in Australia in animals that are breeding.

Mr. Yardley: Has there been any break throughs on preliminary sterilization where it can be done non-surgically? Dr. Griffin: Yes, received information about a method to block and scar, which is a nonsurgical method and appears to be very successful, been done with a small number of animals. That would be the nonsurgical method we are aware of. Mr. Yardley: Is that fairly easy, something that could be done in an on-range corral, similar to gelding of a stallion? I feel like there is a need for permanent sterilization that is not as invasive, recovery of the mare, effectively done in the field as humanely as possible. Dr. Griffin: Yes, we are looking for sterilization methods of all types. How long it takes and in what settings it can be done, probably requires a squeeze shoot with some kind of standing sedation. Anywhere from 15 minutes to 45 minutes. In our country, it is a small number of people that can do it yet. If it becomes a popular method, there are other minimally surgical methods that also have potential. Mr. Yardley: What do you think those are? Dr. Griffin: Anything that would limit the fetus from staying in uterus. Mr. Yardley: GonaCon can be administered during pregnancy, what are the effects? Dr. Griffin: No effect in horses. There is the potential for vaccination to lead to abortion if it is administered in the first 6 weeks of pregnancy. Mr. Yardley: At that stage in the pregnancy, if the foal is going to be aborted, it is the least pain to the mare.

Ms. Carlisle: Seems like we are on the cusp of some new ideas, the BLM would not be able to pursue all of that. Dr.

BLM_003638

Griffin: All of the projects listed here are fully funded. There was a big influx in FY15. That typically happens when we look at the budget and management has an opportunity to look at priorities. Dr. Lenz: Have you looked at the National Academy of Science proposal? Dr. Griffin: Yes, we tried to do a project along those lines and were limited through litigation. That is another potential method that has not been tested. Anything that would seal the oviduct could be blocked through heat, laser, or glue.

Dr. Bleich: Recommendation for funding a line item for research to consider this next funding cycle. I would think that given the effort thus far, it is something that should be pursued. Dr. Perryman: DO you now have a new set of research priorities? Dr. Griffin: It is in the works. It will be un update to the 2005 research strategy. We have discussed what those priorities would be. Finding long-term contraception and sterilization methods. Other things include health of the animals, there are other priorities. Having better long-lasting fertility control. We are seeing so much damage on the range, we need methods to slow growth once we get to AML. We don't think fertility control will get us there.

Dr. Perryman: A combination of gather, treat, release is the only way to do it. Developing a research priority is going to be necessary. Litigation, was it based on a NEPA procedural aspect, or was it with the method itself of some kind? What intervened? Dr. Griffin: There were not serious criticisms of the methods, it had to do primarily with first amendment access to the viewing area.

Mr. Yardley: It is saddening to me, when you consider the amount of range, ecological disaster, misinformed groups that don't understand the problem as it arises on the range. Considering the range degradation, the effect on mares and foals, has there been any research on early term abortions? Dr. Griffin: Not that I know of.

Ms. Carlisle: I haven't seen research on year-round cycling using PZP. Didn't see any behavior changes from mares treated in PZP. I also don't know that there is year-round cycling. Dr. Griffin: You are right. We are getting a better presentation of how PZP works. Repeated doses of PZP can see changes in the ovaries so that some don't cycle. There could be a variety of results depending.

Dr. Lenz: Do geldings acquire mares and take over? Dr. Griffin: Yes, those that have been gelded at 3 years old or older still acquire a harem.

Dr. Perryman: What is the modeling timeframe for PopEquus? Dr. Griffin: You can specify, the presentation is 10 years. Dr. Perryman: We basically have to have a reset of this whole thing based on the resources that we have. When we do get to AML range wide, we have to manage these horses from that point on, otherwise 10 years later we will be in the same boat we are in now. We are talking about a management paradigm change, which includes contraception and removals to try and maintain the capacity of these habitats.

Mr. French: I have to agree with everything Dr. Perryman said. I have made my living in resource management. Resetting the whole process of trying to manage, we have been managing other resources for decades. A lot of the techniques are going to try and set management priorities based on population trends. I'm wondering with regard to setting the management priorities, what is the frequency of the surveys? Under big game, groundtruthing reset occurs twice a year. What is the reset on terms of those trends? Dr. Griffin: We try to survey each AML at least 1 in 3 years. There are some HMAs surveyed every year because of court order. In some states they aim for every other year. That is to say that the whole HMA gets surveyed. Where the local specialist says, there may be other data to include, complete coverage, so there is no subsampling. It is very intensive. We only started doing these analyses in 2013, some before that. We need to have consistent methods so you can look over time. USGS is analyzing those. 20% for horses is pretty consistent. It is phenomenal. They have it. There are some other areas with PZP and some geldings their annual growth rate is closer to 12%. Population still doubles in 6 years at 12%. Exponential growth is a real beast, these animals, have extremely high and very high adult survival rates; foaling rates are high; and if there is one thing we can do to slow those rates down, anything at the age of reproduction helps. That exponential growth is going to stay very high. If there was a vaccine to delay the onset of puberty or a foal IUD that could slow things down.

Dr. Bleich: You mentioned the effort to try and survey the HMAs, does that apply to burro HMAs? Dr. Griffin: It is our goal to try and survey all about 1 in 3 years. Logistics and funding dependent, applies for all. Set through IM.

Mr. French: With regards to the survey protocols, is that done with fixed wing? Dr. Griffin: Locally specific. For big grasslands where visibility is good, fixed wing. Two engine fixed wing, higher visibility. For areas that have more topography, it is more typical that we would use helicopters. Depends on topography. For fixed wing we can't go below 500 feet. There were a couple other questions regarding photography. For any group that is larger than 20, we take a photo and then compare to what is recorded on paper. Required for above 20. We also try to complete a complex of HMAs at the same time. We have been flying the tri-state survey area together since 2012 for example.

Dr. Perryman: Have you had any conversations with DoD with their latest declassified inventory technology that they use on the battlefield for intelligence that could be transferred over? Dr. Griffin: No, but I would love to learn more. We do work with the Navy, they helped us try out a large drone with infrared technology. We weren't using the best sensor and it didn't help in a desert. But yes, we are collaborating with the Navy. There is room for that in the future.

Mr. Yardley: Natural Regulation Theory? Dr Perryman: Yellowstone operated under that guideline, amounts to animals are allowed to go and do whatever they do, they are subject to the vagaries of population buildups and crashes, the swings of the pendulum are very large. We are mandated to maintain and manage multiple use, so therefore, anything that gets in the way of mandated, legal management is not consistent with our mandate. Consider the Central Park example. We have public lands. It doesn't work to just let it go back. We have the ability through management to keep the pendulum from swinging too far, we are mandated for that. Mr. Yardley: the very old, the very young, are the ones effected the most. When I asked earlier, when there is a limited source of feed and water, these are tough situations that require tough choices to be made. It is sad that we have let it get to this point. We are facing an ecological disaster. I hope as we make recommendations, we can keep those circumstances on our mind.

## Advisory Board Discussion

Dr. McDonnell gave an update from the Low Stress Handling and Comprehensive Animal Welfare working group.

Ms. Carlisle: In looking back over the protocol, the part that was impressive is that is comprehensive. The idea that we are looking at the entire program from on-range to off-range and everything in between is exciting. Establishing SOPs is exciting and glad to be a part of that. It is a positive process, reinforcing techniques that are working well and new techniques and making sure that people on the ground are trained.

Dr. Lenz: I think one thing we discussed was for looking into low stress handling procedures that are being done in the cattle industry by strategic placement of people and is something that we should look into and get a little more understanding.

Dr. Perryman: Commend the BLM for what they have been doing so far. There has been a lot of time and investment. We are not trying to reinvent the wheel. What new things are out there that may have some application for WHB management including from on-range to off-range and delivery. It is a good time to take a look at that so that everyone understands that the Advisory Board are trying to stay up to date and implement as much of it as we can that is practicable.

Dr. McDonnell: One of the key aspects was to have a national coordinator position. Dr. Kane has been attempting to fill that position. There is a hiring freeze, they have been unable to move forward with that. Setting of SOPs on this scale. That position will be critical to moving things forward. We'll be crafting a recommendation along those lines to the extent possible.

Mr. Woahl: Until after we hear public comments, a couple I would like to talk about. We have all seen mares in holding, if over a period of time, they would be easier to manage and treat. We could trade out the mares. Complete fertility control on them, and then when we gather mares in the field, swap them out. The herd numbers would remain the same, but the reproduction numbers would not. Something I'd like to talk about. Dr. Lenz: I wonder what effect it would have on the mares. They have been put in a situation with a lot of forage. Then you take it and put it back on the range. Stallions are going to divide them up. The feed they have is going to be different and sparser. What effect would it have on those mares? As far as body condition. Dr. McDonnell: I don't think there is a research answer. Thoroughbred mares do just fine and can adapt if she had originated there. These are mares that would have been born in an HMA, they would have less difficulty. I don't think anyone has looked, the long-range productivity they figure it out pretty quickly. They would

have difficult start with behavior. Mr. Rittenhouse: this is an interesting concept. We are already trying to reach out to a solicitor, may require a legislative change.

Dr. Perryman: I would be hesitant to move them back on the range anywhere, sets a precedent from moving off-range to on-range again? There is some ideas and concepts floating around and moving long-term holding onto areas that don't have horses. Once they are off the range, they need to be off the range. If we leave viable herds, reproductive herds on the range, we'll figure out how to deal with them on the back end. We may not want to go down that road.

Mr. Yardley: Long term sterilization, where they originated, transferring back and forth in the process. And it is their home range, there is still a learning curve. They don't know where the feed is, they don't know where the water is. Mr. Woahl: You are saying gather, hold them, return them? Mr. Yardley: No, sterilization in the field so that they can be gathered, treated, and returned within a day or two. Dr. Bleich: Any such proposal would set a precedent that would be very dangerous and would have severe political ramifications for our management objectives. Dr. Perryman: Animals learn where the feed and water is from their peers and from their mothers. If you take them away from that and it is not very long, maybe they can adapt and figure it out and remember. When you bring sheep, they come home and they are in bad shape, but it is stressful environment and probably unnecessary. It would be marginal, this idea of precedent, I don't think we want to go down that road.

Mr. Woahl: Recommendation where we can influence, advise, for the BLM to increase their budget on research for fertility control. I know that is something borderline. It is our recommendation that BLM increase or pursue an increase or do whatever they can to increase funding. Mr. Rittenhouse: I know that if there is research that is promising, for whatever it might be, they will evaluate that and if it has value and will help solve the challenges we are facing, we will fund it. Mr. Woahl: Is your funding sufficient then? Mr. Rittenhouse: no comment. It would not stress the budget or impact the budget. I don't know if research has been affected by that. Some of that is now ending. We are continuing and there have been some new projects that are coming online. Oocyte growth research is relatively new, showing promising results. Some of the initial trials have shown promising results. Some of the IUD things they have modified and changed. Research that has not been affected, we are done with it. Research is going to be a big thing moving forward. I think we all get frustrated because it takes a long time and we want to make sure we have the data and information to support it. We can fund things into the future. I want to emphasize from the board's perspective the challenges we are facing. Dr. McDonnell: from an academic funding standpoint, there will be people that come up with ideas, but there are a lot of people waiting for another RFP. There have been a lot of questions from equine experts, they ask all the time, when is the next RFP? Both the unsuccessful and successful have produced a lot of interest. NIH research looking at other species. That is where the oocyte depletion study came up. I would encourage to either have another RFP, or make it widely known that you can submit a pre-proposal to let you guys know that there are ideas and that they are welcome. Dr. Lenz: Do you have a research line item? Would it be beneficial? Mr. Rittenhouse: Stay away from the budget side of it, continuing research, RFP of proposals, there would be that support. Research has to address the key management issues we are dealing with now. We have a fair set of priorities. Mr. French: I think it would be a mistake to send a message to Congress or the folks that are deciding fertility control research. It is a hinge pin for long term management. The other side of it would include a line item in the budget. Population inventories, an immense lift on the part of BLM to fully implement an inventory protocol on HMA and HA that is affected by horses. In order for that to be effective, we have to be able to go in every 3rd year or so. By putting forward a recommendation from this board that would encourage BLM to develop budgets to support that kind of research down the road. Mr. Woahl: I don't think we can advise on budget items. Having this talk will let them know what our approach is. We need to increase research in several areas. Dr. Perryman: Help them reinforce their priority list of research. If the board's priorities are in line with BLM's, encourage them to continue to do contraceptive and survey. Mr. Woahl: I don't think we can mention budget, if we just encourage the BLM to focus research in contraception and survey techniques would coincide. JF and BP will draft something.

Dr. Perryman: Cooperation between BLM, Forest Service, and tribal entities. Mr. Woahl: Need to be specific on tribal lands adjacent, probably need to name individual tribes. Dr. Perryman: General statement and key contact individuals that we can share and they can move from there.

Ms. Carlisle: Comprehensive Animal Welfare Protocol, the others we mentioned. Making the process easier for established programs that are much like the MHF in other countries in order for that interchange. Mr. French: We lasered in on what would be beneficial regarding the language approving international adoption or transfer opportunities. I have

BLM_003641

some language that I would like to bounce off of you. Encourage BLM to identify, foreign and domestic, outside of the U.S. that would include transfer opportunities that exist within the U.S. Work programs, border patrol, law enforcement, park service, etc. Has to do with education and opportunity. Ms. Carlisle: There will be fear of horses slipping through the cracks, trying to see that this recommendation that is not going to large number of horses, facilitating relationships and streamlining a bureaucratic process. Mr. French: Try to maximize that interest and get the horses into places where it helps celebrates the horse itself and we can take some pride in it. Mr. Woahl: We need to be clear and concise, I think it is a good idea, finding them good homes and doing something like this would be good. Mr. French: In my conversations with Mr. Rittenhouse there was opportunities from the transfer side of governments that have interest. It would give us an opportunity to touch bases with organizations. Opening the door for large horses for purposes where we don't have any idea. Dr. Perryman: Good to be clear and concise. There are going to be groups that misconstrue, write it as well as we can with the intent. Mr. French: I think adding an intent statement would probably clarify some of that.

Mr. Woahl: How can we best approach legislators, or encourage BLM to visit with legislators and invite them to do field visits and to view operations? Response: through Legislative Affairs. Mr. Woahl: We could form a working group to work with BLM to ensure that interested legislators would have opportunities. Ms. Carlisle: Could a working group facilitate and then invite BLM WHB specialists for those regions to provide tours? Mr. Rittenhouse: we may be pushing FACA, if it is a quorum of the board, public would have to be notified and available to attend. The key is that it is originated by Congress, BLM will not solicit.

LUNCH

## Public Comment
A public comment period was conducted from 1:15 p.m. to 3:30 p.m. on Thursday, October 31, 2019 allowing individuals and individual representatives of groups the opportunity to address the Board.

### Brianna Schwartz
Good afternoon, for those who don't know me, I'm Brianna Schwartz and I'm the government relations policy person for the American Wilde Horse Campaign. I'm here with my colleague, who will speak later to represent the campaign and our over 800,000 supporters. With my time, I want to focus on fertility control, and I will start by just laying out some things that you already know but stating the obvious. Specifically, to the ovariectomy procedures. There are several things standing in the way, Congress, both the House and the Senate sent a letter to the BLM saying they do not approve. They want surgeries abandoned. Recently, earlier this week, vets sent a letter to the secretary as well, and that was in lieu of the AVMA and AEPA statements and it shows that there's controversy on this issue which is a factor that has to be analyzed in NEPA. There's also been recent polling that shows over 80% of Americans don't approve of this procedure being used on their wild horses, that they are paying to be managed. And I will state the obvious, there are lawsuits against there and there will continue to be. The American people do not want to see this happen. Federal courts have struck it down. Celeste brought up yesterday there's also scalability issue. You don't have enough vets to do this on a management level. And looking specifically at the Warm Springs horses who have all had their foals, there's no way for the BLM to quantify accurately the risk that will happen when this procedure is performed on pregnant mares. Because most mares that are coming off the range are in some form of pregnancy. Thank you. So what do we focus on? What we have today, which Celeste brought up yesterday, dartable options. Those are in your tool box now. They are used extensively on the range by BLM's own personnel, but BLM is not funding those programs. BLM listens to you guys. You can have them support their own programs. There's a wild horse specialist in Oregon that has to get private funding for her program. Ask BLM to spend more money on darting so that the herds that are easily accessible, the herds that have volunteers or staff that want to work on those herds can get taken off your table and you can focus on the critical areas. It doesn't matter what side of the aisle we are on, male, female, party, it really doesn't matter. People want to see the horses humanely managed and I want you to keep that in mind when you make your recommendations. Thank you.

### Bonnie Cole-Harcter
So I want to make a few points here. So I have listened to you, and I hear that you want to take down horses and burros to lower AML. I'm concerned because I have looked at the AMLs and I will send this to you. I have looked at the AMLs, and it looks to me like 148 of your 160 horse herds and 30 of your 33 burro herds will be below genetic viability. Using your geneticist benchmark in the BLM book, the benchmark of 150 minimum with 50 effective breeding animals. I know we are all just moving from herd to herd, but the they are to be sound. Is this a good management practice to have 148 of

your 160 or 30 of their 33, to be below genetic sustainability. Then I hear you want to sterilize your mares. Well, the mares will behave -- you suggested they will behave like geldings. So then where will they fit in, in the stallion bachelor bands? In the family bands? Or in isolation? We don't know at this point. Behavioral units are important to consider for survival of our wildlife, and the wild horses and burros are part of our wildlife. So if you don't know, is that also good management? Wild horses and burros cause, you said, dirt and not nocuous weeds. Well, I want to go back 100 years. Why did the Taylor Grazing Act come into effect? Overgrazing of what on our public lands? And then you go to western watersheds and you look at their pictures. Picture after picture of dirt and nocuous weeds with what in the picture? Livestock! On our public lands. And there are no horses in these areas. So it's not just the wild horses and the burros, in my mind, that causes dirt, and these nocuous weeds. We also have to consider all the players on our public lands. Now, I want to ask you, where are our geneticists on the advisory board? I think it's important to have the geneticists, because they could give us some ideas in terms of, you know, what – what numbers or what makeup should we have so we ensure -- really do ensure the health of the wild horses and burros. And then where -- where are the behaviorists? You are a behaviorist, and to speak to the research, the effect of the behavior units for survival on the range. So we need to address that. What -- if we're going to do something, what's going to be the behavioral effects? And then the last -- the last part, where are the rangeland biologists who can speak to the space, the fencing needs so that if the herds need to intermix, they don't get bumped because of the fences.

**Mindy Pless**
Good afternoon, I'm very happy to be here. My name is Mindy Pless. I live in the plains, the fabulous Commonwealth of Virginia. In the plains, it's like going back 100 years, and I am one of those people that every other week, every other day, I am out there on the forefront with my neighbors, my land -- my other landowner neighbors, combatting the suburban sprawl. What is most important to us is the land and the horses, okay? It's the same thing out in the West, with the mustangs. You have 26 million acres, and 80,000 horses. Okay? Where I am, I'm a taxpayer, a big taxpayer. So I'm here to present what I feel -- and I'm speaking for myself and the many people who could not be here today, the horse lovers, okay? He with want these horses to remain wild and free and in the $1.31 an acre for the cattle, I think we need to relook at some of this land use. We need to move some of the cattle and sheep away. I looked at the numbers that you had. I'm a businesswoman also. I'm not in this business for horses. No, no, I need a real job to support that. That's a hobby, and we will talk about that later. You need to take the allotment that we're not going to pay for no more helicopter removals, no more sterilization, no more fertilization. No, these horses will live the way they are. You will take the taxpayer money and you are going to reallot that money to some of that cattle and sheep land, all right? We will open up the grasslands to the horses and I want that land to be conserved, preserved for horses only! And the burros, okay? And this is not for just me, because I'm not going to be here that much longer. That's for 100 years from now, 200 years, and that's for forever because this law was enacted back in the '70s. And it's been amended a little bit. We need something more solid and it's to stay that way for eternity. Thank you very much.

**Adam Pugh**
Mr. Chairman and board, my name is Adam Pugh, I'm the natural resource policy specialist at the National Association of Conservation Districts. I am one of those millennials who looks at a computer screen about eight hours a day. (Laughter) So as you know, conservation districts work with millions of cooperative landowners, and operators to help them manage, protect, land and water resources on private and public lands in the United States. Our members are devoted to conserving natural resources on all landscapes across our nation with proper stewardship of the land. We fully recognize our western rangelands have their share of unique natural resource challenges specifically when it comes to the over population of wild horse and burros. It's critically damaging to the ecology of western rangelands causing severe problems for native plants and animals. Some of the pictures we were shown earlier today and yesterday, it would take hundreds, if not thousands of years for that land to recover. NACD recommends and supports common sense ecological sound rangeland management practices to ensure healthy wildlife and rangelands are preserved for future generations. Per the BLM's own data in 2009, there were roughly about 37,000 wild, free, roaming horses and burros on public lands. As you guys know, we have seen that number increase to about 88,000, which has resulted in the degradation and the health of our western rangelands. This has left the health of our animals, in very poor condition in which they often faced starvation and dehydration. It was said yesterday that we need to focus on HMA by HMA while looking for solutions. There's also mention that we need to give land managers access to all tools in the tool box. Well, the good news NACD, we support doing both. We need to take the handcuffs off of local land managers to I can Ma the best decision for that area. We recognize that fertility control alone will not reduce the numbers in the time frame to protect the health and the range where numbers are triple, quadruple that of the natural carrying capacity of the land and the Pop Equus demonstration we

---

BLM_003643

saw that kind of come into fruition on that. A full list of our recommendations were included in our written testimony. At the end of the day, we need to rely on peer-reviewed science for the best management of the land and the horses, and not necessarily rely on emotions and feelings to make these determinations. Mr. Chairman, thank you for the opportunity to address you and the rest of the board today. Thank you.

**Linda Greeves**
I felt I could not sit back. This is first time I ever publicly spoke. So you have to bear with me a little bit. NEPA is a public right and the taxpayers are who fund all of this. We have the right to have input in it. And we do not want the special interests path forward. It is a path to extinction for our horses. We need to put our environment and our public before special interests. You talk about dealing with facts but then the academy of the science report has been ignored for the most part and other common sense solutions have been as well. And the decade -- in the past decade, we had several advances in science and they also have been for the most part ignores. Horses are Native American. We now have DNA proof of that. That needs to be looked at. We have several places all over the world that are bringing horses to regenerate the land that has been destroyed by livestock and other things. We need to look at that. Here we allow all types of domestic animals to spread invasive plants and illnesses. This is damaging the range. The BLM aids with water projects and allowing fencing which affects many species not just the horse. It costs us millions of dollars a year to have the cattle on range and most importantly we lose our wile and this must stop. The grazing fees are at an all-time low. I know my rent has not gone down in the last ten years. We have horses on less than 15% of BLM land, while livestock are on most of it and the damage is across the board. That's common sense, you know what's happening. So until livestock is removed, we should not be looking to place all the blame on the horse. AMLs are -- are under 30,000 for horses, but over 1 million for cattle. That's another math problem. The AMLs are arbitrary and unscientific. This numbers about the same as when they were protected because of the drastic drop of over 1 million horses due to humans. They needed to be saved but now we are pushing them back to the extinction levels. We have over 30 years of PZP documentation out of Assateague Island. The Assateague and Chincoteague Islands have the same birth rate. It's a viable option for smaller places where we can get to the horses. This needs to be started now. Every year that we don't dart, we have more foals on the ground. And experiments the sterilized mares is barbaric. They will be pregnancy next. It's not in a veterinary office with sedation with a dough mess tick horses. You are here to help the public lands and not of your own agendas and special interests. By allow wildlife, including wild native horses to recover is critic am. You are dealing with an educated and emotionally mature public. Please don't insult us. And I was insulted by some of the comments yesterday. Thank you.

**Kim Earhart**
Good afternoon, board. I first, before I speak on the topic that I'm going to speak on, I want to say that every wild horse advocate that has spoken to far, I agree. And I support everything that they have said. I'm going to talk about one aspect, which is predominantly fertility control. Okay. So I'm going to read so I don't go off the HMA and ramble. My name is Kimberly Earhart, this is my fifth year in attendance and to comment before this advisory board. I'm a wild horse and burro advocate, also advocating for wildlife and healthy rangelands. As all of these living plants and animals are indivisible, none can survive in the wild without the others in. My desire to help solve the humane management problems we are facing regarding the mustangs, and to be a part of the humane solutions we all seek, I attended the PZP training course, bought my darting rifle and looked forward to volunteering for the BLM as a fertility control field darter and documenter. It is a good -- it is so good to hear the wonderful work being done in the areas of adoptions, and BLM partnerships with incredible nonprofits such as Mustang Heritage Foundation and others. But we all know, or at least should, after 50 years, the BLM is not going to adopt or round up their way to AML. More currently -- more of currently available, humane and publicly acceptable tools need to be simultaneously combined and implemented. As the wild horse and burro specialist deems most practical for success in their HMA. One of the most important of these combo tools is fertility control and now is the time for the BLM to fully fund the most promising research Dr. Griffin educated us on, so that BLM will be ready and poised to act with these studied and perfected vaccines. The BLM cannot afford to delay this research or the data applications and results it will supply. After a roundup that reduces the herd to low or high AML, that's the essential time to implement fertility control. I hope that there's not a repeat of when the BLM asked Dr. Jay Kirkpatrick to develop something that would limit or stop reproduction in wild horses. He did it. And the BLM never really fully implemented or used it as it was intended to be used. That has been successful in the primary pool, to control on HMAs, zoos and sanctuaries.

**Stephanie Schnider**
First of all, I would like to thank you all for your expertise and your input. I realize this is a very complex situation and I

BLM_003644

highly respect both sides. Seeing that there's a lot of intelligence and information coming from both the advocacy, as well as the BLM and political -- so-called political side. Setting aside the obvious reasons, and important role of the mustangs and of the development of our country, there are a myriad other reasons why we must do better in their protection and care. With our political climate as it is today, unfortunately, we are dealing with other circumstances that affect public perception of government agencies and offices. And that is something that we can't be terribly surprised by, that there is a general distrust of government agencies and special interest groups, such as fracking. We hear this in the news all the time. Fracking and oil and this and that and all of these special interest groups and the immense power that they have. And that's often unfortunately something that the public fears is behind some of the motivations when it comes to government agencies. That being said, we all have to pull together and come up with solutions that work for our wild horses and set aside our agendas and special interests and things that we may feel may not be the right course of action. We have to work together to find the best solutions for them. A few suggestions after hearing and doing some of my own research and just come up in my own mind as a citizen of this country, that is very concerned about this issue, I -- I see the fires happening in California, and it was mentioned yesterday by Mr. Pendley and I just felt that fire prevention is a place where we could use wild horses and we haven't tapped that potential. The second arena is ecotourism. I called a ranger yesterday at Assateague Island and I asked them how much is their ecotourism doing and what is their -- how many people are they seeing? They see 2.2 million people a year on Assateague Island. Not all of them may go to see the horses, but a large percentage thereof. And I think that is something that is a completely untapped resource for our western states. California is still being my favorite state, as that's where I'm originally from. I'm currently in New York and I'm an adopter of five horses, that I adore more than anything else in the world. And I want to see what is the best thing for them out there and not just my questions that I had. Quickly I can get there. There was a mention of euthanasia in old, sick and aged horses. I would like to know what the age limit is on that. We haven't mentioned climate change very much in our discussions on how that affects the land and as an herbalist and botanist, I understand that that has a dramatic impact on our lands and that should be accounted for, rather than scapegoating everything on to our horses. I'm all done. Thank you very much.

**Ginger Fedak**
We appreciate the efforts to publicize and increase adoptions and certainly are impressed by the online adoptions program. So kudos to that. Thank you for acknowledging in a couple of your begrudging comments that wild horse and burros are not the only impact on our public lands and there are other possible uses which may contribute to range degradation. Yet, you say you are the advisory board for the Wild Horse and Burro Program and that's what your job is to address. We understand the mandate for multiple uses on our public lands, and that is usually the go-to explanation as to why the HMAs have been reduced by over half their acreage since the 1971 act endeavored to guarantee these lands for wild horse and burro use, and that is also the explanation as to why the horses and burros must be brought down to low AML, to allow more resources for the other uses. However, when livestock outnumber wild horses in inappropriate numbers, on the small percentage of public land afforded to the horses, that they must then share with livestock and other uses, it would seem to us that your real job as the wild horse and burro advisory board should be to champion for the cause of wild horse and burros and defend the rights to their fair share of their guaranteed habitat. We submit that you cannot have it both ways. Claiming that the mandate is for multiple use, where the other uses get the majority of the resources and then scapegoat and blame the horses and burros for all of the range degradation that occurs. Most of us here are not of the ilk that scream at you, leave them alone and do nothing. We understand that it's not realistic and there must be workable processes to manage the numbers to self-sustaining levels for the good of both the horses and the range. But along with managing the other multiple uses. We simply disagree upon the methods. Ms. McAlpine, these horses are not dying of starvation, and thirst. If you think that advocates are okay with wild horses and burros dying of starvation, rather than being rounded up, you have either misunderstood something or have been given the wrong information. Yes, there are some areas where these animals have been fenced off of their prior legal lands, where their water sources have been and they must go searching for water where it once was, and is now fenced off. We will suggest instead of looking at the same old photos of sick or aged horses that are thin, we invite you out West to see for yourself, the health of these resilient and resourceful lands, yes, even in Nevada. BLM data itself shows that the horses brought in during roundups are an optimal body score condition. We understand and wholeheartedly agree on the concern which Mr. Yardley termed an ecological disaster, however, we seem to disagree on the cause. Of course, climate change enters into the equation. Mr. Yardley is a cattle rancher. You do not like to hear this but the science has shown over and over and over again that cattle and other livestock do far more damage to our ecosystem than any other factor. Please read up on the research from western watersheds project. Thank you.

**Tammy Pearson**

BLM_003645

Good afternoon. I'm Tammy Pearson. I'm a county commissioner from Beaver County, Utah. I'm also a cattle rancher and farmer, grew up in agriculture. I grew up raising animals, I'm very familiar with range conservation, range habitat, the life and the health of livestock and animals in general. We have our share of horses that we raise, and enjoy. We own a ranch on private property with also BLM and state land. We are -- we are tasked with the management of that, and we feel like that is our responsibility to protect and conserve that. As a cattle rancher, we spend probably two months at a time on a particular pasture. We rotate. We move to the next pasture. That original pasture is rested for the next ten months. And probably more during the next year on our rotation. So those lands are allowed to heal. The difference between livestock grazing and the horses, horses are there 24/7, 365, and the only management part of them is wherever the feed and water, is they can travel. So in my mind, and as a county commissioner, our rural counties, we have -- our county has 7500 people. We have miles and miles and hundreds of thousands of acres in our county, and it's -- it's what keeps rural people in rural America, is the public land. So public lands in our county is 77% of our county. That's what BLM manages, 10% is forest. We have no horses on Forest Service. Everything is on BLM. We have about five or six HMAs, the majority of those HMAs are almost 400% of AML. The horses are traveling outside of their HMA, they are doing heavy impact on other – on other parcels including private property. We have been at about a seven-year drought. We have huge impacts on our water and riparian area. The advantage between livestock and wildlife are with the increase in hunting or whatever on wildlife, the wildlife groups and the ranchers and the state have put a lot of money into water -- water resources and developing that. I personally spend all winter out there cutting ice for cows and horses and I don't see anybody else out this cutting ice, but me. We haul protein tubs and mineral, trying to supplement. We had some really, really hard winters and with this drought, there's no vegetation there either. All we're asking. We love the horses. I probably have more pictures of horse than anything else. We just need them down to appropriate management levels. We appreciate your help and your service here on this board. Thank you.

**Janet Lynch**
My name is Janet Lynch and I'm here in my private capacity as a citizen who is concerned enough to come down here at Maine at private expense to speak about these issues. I wrote to this board last week about my specific concerns and opposition to surgical sterilization using the -- especially the ovariectomy via colpotomy so I won't repeat that here and I refer the board to my comments which I will sent in. And I hope that you read them. I'm particularly concerned that under the recently appointed Acting Director Pendley, the BLM is planning to remove equine on an unprecedented scale in a doomed effort to improve rangeland quality to achieve a thriving natural ecological balance, the bureau must reign in livestock grazing to environmentally sustainable levels. Without doing so, they have no hope of reaching thriving natural ecological balance, because livestock vastly out number horses on these lands. Mr. Pendley opened yesterday's meeting saying that he's very troubled by the wild equine issue, and he went on to cite improbable rates of growth in the population. He then admitted that he has no expertise in the field, as an attorney. I do agree with Actor Director Pendley when he said we have a statutory obligation to take care of the land, unfortunately accelerating removals of wild horse and burros from our public lands without addressing livestock grazing is doomed to failure. If the goal is indeed to take care of the public lands. Mr. Pendley has a demonstrated contempt for the public lands and as recently as 2016 said that the founders intended so sell off those lands and as an attorney he has numerous conflicts of interest which should disqualify him from his current position. He -- he also relevant here has said also as recently as 2016 that the multiple use mandate indicates that it is -- he said it's supposed to be for ranching and other extractive industries. From fact, the multiple use doctrine is clearly defined in the 1976 federal lands policy and manage act, enumerates a road range of uses including recreation and wild horse and burro habitat. I refer you all to my written comments about use of PZP and my concerns about arbitrarily low AMLs, but I would like to finish by saying that the BLM's reckless plan to move forward with an unprecedentedly vast roundup and removal operation of wild equines at public expense will do much harm to these animals and cost taxpayers millions and will do nothing to over grazing, and nor will it help BLM to comply with the multiple use, which contract to Acting Director Pendley, industry for private property, and profits but is rather exactly what it says, a multiuse mandate for the benefit of all Americans whose legally protected interests in our public lands go far beyond the ranching and extractive industries and include protection of wild equines. Thank you very much.

**Debbie Gonzales**
My name is Debbie. And I was raised in a small town in the southeastern corner of Colorado. Engrained in any ethos is support for our next generation of agriculture leaders. My family buys land at our county junior livestock sale and we are part of the state fair and generalized stock sale buying group. This year, I was struck again by the size of the market steers at the sale. The largest weighed in at 1,519 pounds, and the reserve grand champion weighed in at just over 13 pounds. And the tiniest steer weighed in at a mere 1,050 pounds. Now, I could tell you in Colorado, we raise 'em bigger and better.

BLM_003646

But that would only be partially true. We raise ember. Now for the bigger part. The predicate for mustang removals should be revisited. Over the last 40 years, there's been a 30% increase in cattle rates. Daily forage requirements for a cow average about 2.2 of body weight. Current forage use on public lands has not been analyzed in light of larger animals and climate considerations. Therefore, when you see five head on the range, they are eating for almost eight. Throw in the fact that ranchers often self-report the number of head they graze and five head are eating for nine, and nine are eating for 15, on drought-stressed grasslands. Mustangs have always been blamed for everything that goes wrong on grasslands since White man came west. In the mid1800s, stockmen released up to 40 million cattle on grass islands. The plains were an estimated 2 million mustangs had lived for century without destroying the grazing. And, of course, the mustangs are held responsible for the sudden depletion of the grasslands. I think it was Toinby who said those who don't know history are doomed to repeat it. So here we are. Again, people who don't know our history, and are repeating the same mistakes over and over. Accurate head counts for our animals are possible. Our satellite images have an imaging revolution -- resolution of 5 to 6 inches. And they are perfectly capable of photographing the larger animals on our western grasslands. We need the mustangs in our future to help replant the grasslands and the startling and significant collapse of domestic horses. And a quick question, last fall's meeting, at the last fall meeting, in Salt Lake, this was a recommendation to work with our veterans on darting mares. What happened to that recommendation? Thank you.

**Callie Hendrickson**
Good afternoon, chairman and board members. I'm here today from Rio Blanco County, Colorado which is the northwest corner. We are home to the Piceance-East Douglas, where there should be approximately 235 horses. Today our county has 1150 horses. We are over four times the number of horses that there should be within the county. So sorry, Nevada, we're moving in your direction. If we fin down this direction, we will have 2 you no horses by 2023 and yet our county, truly depends on those public lands and the rangeland health and the watershed in which the livestock, the horses and the recreational depend upon. My first year serving on the board in 2012, there were only 37,000 horses on the range. So we all -- many of us at that time were very concerned we were headed down the path we are at today and we are here at 88,000 plus this year's foals. We heard Director Pendley that, the horses are big the threat to the rangelands in the west and I don't disagree. He talks about there will be 15 years and $5 billion to get us back to where it's a sustainable program. I'm pretty confident that those figures and that time frame is based on nonlethal management. We too would absolutely like to see the overpopulation crisis solved without horses being euthanized or sold without limitations. However, we are realistic, and recognize it's going to be nearly impossible given the current overpopulations and the exponential growth that is occurring. There's only one way that this will be possible, and that's if Congress truly provides 130 million a year for the next number of years. 20,000 horses a year are removed. All fertility control is used, including permanent, and the NGOs step up and help pay for holding all of those excess horses that come off the range, perhaps could you get private companies to provide contributions with tax incentives, but I will tell you without the feel good solution, is not implemented within the next year, you will find there's no solution big enough or enough money that can be thrown at it to solve it without lethal options. I strongly encourage everyone to get on board to take this opportunity and get it taken care of before we do have to implement the lethal options and it's coming quickly. So thank you.

**Gary McEwen**
Good afternoon chairman, my name is Gary McEwen. I'm first vice president of Nevada association of conservation districts, representing Nevada's association of conservation districts. Conservation districts in Nevada and throughout the nation are local governmental entities with statutory recognized authority and responsibility for locally led conservation across ownership boundaries and diverse partnerships. Yesterday Mr. Rittenhouse stated that looking ahead, BLM needs innovative ways to place more animals into private care and maximize use ever lower cost holding options, IE off-range pastures. Given the current congressional offerings of off-range holding costs consume approximately $52 million or 60% of roughly $80 million given to the Wild Horse and Burro Program fund. We believe that public/private partnership are an innovative way to place more animals into private care and maximize use of lower cost holding options. We assert that novel, public/private partnerships based on incentives could address much of the long-term care of excess horses removed from the range. We propose the advisory board take the public/private partnership concept highlighted below and pursue it. Excuse me. The basic premise of this public/private partnership is for Congress to create a green tax credits and charitable contributions that provide a funding mechanism to incentive … other nongovernmental groups that already expressed an interest to BLM to assume the care of excess wild horse and burros. As has been stated at this meeting, caring for wild horse and burros is expensive and without governmental funding some of type, is a barrier to participation by these entities. A tax credit-type incentive could provide beneficial to all parties involved, while benefiting the natural resources we all cherish. The cost per animal and contractual basis for long-term care are already known and in place

throughout existing BLM agreements with private sector. Contractual conditions could guarantee proper care, additionally conditions for receipt of tax credit funding based upon live animal inventories would ensure maintenance of animals in inventory and eventually upon natural attrition and the need for subsidies. We believe a public/private partnership funded through a mechanism such as this is one of the innovative ways that Mr. Rittenhouse is looking for. We also recognize that neither the board nor the BLM can petition Congress for tax credits. However, the public and Congress can be urged to consider this idea, the board and BLM can be supportive of the concept and provide crucial components for development and implementation. Thank you.

**Mary Counsel**
Hi, everyone. My name is Mary Counsell and I'm with the American wild horse campaign. I'm here to speak out against the path forward. Although many trumpets support of the plan by HSUS and ASPCA it was developed without input from any groups actively engaged in managing wild horse and burros on the range. The majority of them oppose it. The roundups and removals of 130,000 wild horse and burros over ten years will reduce wild horse and burro herds to just 27,000 animals. That's the number that existed when Congress passed the Wild Horse and Burro Act to protect wild herds because they were fast disappearing from the American scene. The result of these massive removals were nearly triple the number of animals in holding with only I one-year ban on slaughter and no guarantee of lifetime care. Blatantly absent from the path forward, this advisory board's discussion is consideration of these facts. Assertions of over population are based entirely on AMLs that the NES called not transparent, unsupported by science and not amendable to change. Wild horses are dwarfed in number and habitat by private livestock who have a much greater negative impact on grazing land. Forage allocations for commercial livestock versus protected wild herds are grossly inequitable. According to the NES, roundups and removals fuel higher population growths are expensive and unproductive. According to the BLM's own gather reports, horses coming off the range have body condition scores of 3 to 4, which translates into good shape. Instead of this plan for extinction, the BLM should implement the following humane and sustainable solutions supporting by most Americans. Adjust the current AMLs to allow more viable horse herds and provide a fairer allocation on designated lands. Prioritize PZP over roundup and not wait until AML is reached because that's nothing to happen. When necessary, conduct incremental removals so as not to overwhelm adoption demand. Fund projects such as water restoration to improve range management and allow wild herds to better habitat and protect mountain lions that can control the wild horse populations. Thank you for your time.

**Barbara Sunblade**
The Bureau of Land Management's director said that wild horse was were the biggest problems facing the public lands in the west. How is remotely possible when they are not present on 88% of BLM-managed lands? The BLM director's wild horse fixation, species extinction, near constant wildfire and wide spread doubt are a few dangerous and William Perry Pendley might consider instead. Oh, and cattle. Recently, a back door plan or should I say deal was created primarily by lobbying agribusiness, cat and dog organizations and a sanctuary, what could possibly go wrong. The path forward claims it protects wild horses. It does not. No funding is specifically designated for fertility control oversight, and nothing that prevents spaying, et cetera. There are no restrictions on how the BLM can spend the money and so the agency is free to spend all of it in pursuit of its long standing goal to reduce wild horses to extinction levels. Radical population suppression plan, the outdated surgical colpotomy spay is rarely performed on domestic horses. The National Academy of Sciences explicitly advised the BLM not to use this surgical procedure on wild horses due to the risks involved. Performed on wild horses in a field setting, what could possibly go wrong? This agenda will run the program and our wild herds to collapse. This plan is entirely put in place to benefit the cattle industry. In addition to bragging rights, no-doubt the so-called advocating organizations are benefiting as well. In the dog and cat organizations think they can find enough homes in rescues for the horses and burros, they are sadly delusional. It's not viable on a large scale or appropriate. The so-called nonlethal bill language prohibits slaughter for a year, but the plans makes the horrific outcome, with tens of thousands more healthy horses. The unprecedented mass roundup and removal of healthy horses with helicopters, ripping them from their families and homes on our public lands incarcerated at taxpayer expense and no guarantee of funding for their safety or long-term care. With this plan all of our wild horses will end up on dinner plates. What could possibly go wrong? Pretty much everything. Thank you

**Katie Kreska**
Thank you. Members of the board thank you for this opportunity to speak before you today about what we see as the most critical components to any Wild Horse and Burro Program. My name is Katie Kraksa. The BLM's job as Bruce wisely noted yesterday is to protect and manage our nation's wild horse and burros. We want to help with that mandate which is

why as many of you know, my organization has been involved in efforts to find humane, sustainable, nonlethal solutions to wild horse and burro management. But to make these solutions possible, to continue to work across the aisle and find common ground, and most importantly to instill a sense of trust in the agency, we urge you to consider the following. The BLM must commit to a nonlethal approach, continuing to push for the tools to kill horses is deeply devices, creates distrust and erodes public support for this program. This snot and will never be part of a productive solution to this issue. The BLM must implement an effective fertility control program nationwide. We understand that this is not going to be easy, nor is it going to happen, overnight but the scientific community, and the public and Congress have been urging these readily available and highly effective methods will be implemented in a meaningful way. Removing animals from the range without simultaneously treating those out there is like bailing water from a leaking boat, rather than plugging the hole and the BLM must strictly adhere to their comprehensive animal welfare program which handling animals on and off the range. And I want to commend you for increasing equine adoptions. We look forward to continuing this pattern in the future. We are in a rare and fleeting moment. True bipartisan initiatives such as on polarizing issues are not often reached on Capitol Hill. One thing that everyone in this room can agree on is that this program is in dire need of a change. More of the same is not the answer, which is exactly what we will get if the divisiveness and the gridlock continues. This amounts to doing nothing. And doing nothing is a choice. For the sake of these iconic animals, we must use this opportunity to shift the management paradigm away from removals and warehouses to humane, anxiety management with fertility control. The tipping point we are at has spurred up likely stakeholders and interest groups to for once push in the same direction for a humane path forward. I encourage all of you and the agency to do the same. Thank you.

**Joanna Grossman**
Thank you for the opportunity to provide comments. My name is Dr. Joanna Grossman and I'm with the animal welfare institute, a national nonprofit founded in 1951. Given the limited time, I wanted to focus on the BLM's proposed ovariectomy via colpotomy experiments. The proposal released in May marks the BLM's fourth attempt to proceed with controversial mass surgical sterilization experiments and coupled with the welfare risks are enough to give even a casual observer of the situation and the project's troubling history serious because. Numerous lawmakers have expressly criticized the push to move forward, despite significant opposition and the national academy science and the fact that two major academic institutions terminated partnerships with BLM to oversee the experiments. I appreciate the chair's recognition during yesterday's discussions that Congress does not support, and the scaling up such a strategy. Indeed federal lawmakers have been clear in their desire to see the BLM pursue proven, humane and scientific supported fertility control projects with respect to the colpotomy experiments as recently as May, two weeks before the new EA was issued it would have an immunosuppression. The decision to backtrack on this strategy, in view of the scientific consensus is that they offer an appropriate management tool and one that's available now is disconcerting. Earlier this no, AWI commissioned a national survey through the Harris poll and found that 77% of Americans oppose the BLM conducting surgical sterilizations. Similarly, a letter to Secretary Bernhardt signed by dozens of veterinarians across the country outline evisceration and hemorrhage problems, and holding corrals and what are essentially non-sterile conditions with minimal post-operative care. As the veterans not only notes, not only is ovariectomy via colpotomy more risky it's more risky than the techniques in rare circumstances where a ovariectomy is clinical necessary. The board is aware of NES's recommendations and due to a number of concerns including lack of independent observation, as a methods to curb growth on the range. While we are understand that BLM's desired employ methods beyond vaccine we hope they look at intrauterine devices, and other options. For FY '20 the House and the Senate and interior appropriations committees have included direction. Such explicit direction from Congress should not be necessary, but it represents persistent problems. AWI notified the BLM of the practices during the Warm Springs roundup that appeared to violate the policy and during this roundup, 32 horses including one foal that died from capture shock. Numerous horses were euthanized for suspect rationales such as angular limb deformities, including club feet. Unfortunately the unique stretches caused by helicopter roundups can contribute to these unnecessary deaths and injuries. We urge the agency to rely on watt and bait trap gathers, when the decisions are made to remove wild horses from an HMA.

**Linda Kemp**
Hello, my name is Linda Camp and I'm a master watershed steward and I have a position that is a volunteer position with preserving American wildlife. Wild horses have economic value, as a fire preventative tool that has proven to be effective with science-supported evidence. Wild mustangs are ecological mowing machines, fast, moving native grazer, eating dry grass and bushes that start and spread wildfires. Captain Simpson, the wild force horse brigade expert has documented that even the – they even clear dead branches off the bottom of trees, helping to stop wildfire. He recommends using the horses BLM have in holding pens and you are gathered through roundups and releasing them into remote areas as herds.

BLM_003649

Scientific evidence agrees with this. Restoring wild horse and burros' habitat that was taken from them will advance this use. Wildfires are very damaging to the watershed, which is quite obvious, causing destruction. Past the fire with mud slides, floods, scarce plant life, causing soil loss. Wild horses have shaped the west prior to the arrival of invasive livestock that have damaged the land and the environment. Losses in human life are unforgivable. So why are our wild horses not being used to help prevent these wildfires. Modern science establishes that horses regenerate the land contrary to what special interest groups and profit-seeking individuals are presenting or perhaps believe. Science has classified equine a keystone species, partly due to the free-roaming instincts, fast-moving digestive system that spreads seeds and fertilizes the land. The horses have upper and lower teeth that enables them to be the ideal native grazers for the environment. When horses are restricted by humans or held in two of a small of a habitat, they can do damage. The world has recognized the science but part of the United States have ignored the science-based facts. I urge you to ask BLM to use the science-based facts to improve our water sheds, our environment. Help with the tools for preventative wildfires and manage our wild horses. Thank you so much.

## Dale McClound

Good afternoon. I want to thank the advisory board to having this meeting. I though it's not an easy task to work on. I want to point out some things to you. Mr. Perryman, yesterday you said the phrase "do something different." Remember that? Do something different. I think you were talking to Mr. Rittenhouse at the time. So I'm going to suggest some different things for maybe we can all do. Number one, don't refer to the killing of healthy horses as euthanasia, because it's not. Euthanasia is putting a suffering animal down. Killing a horse or burro that is healthy and wants to live is slaughter or killing or maybe murder, but not it's not euthanasia. They do care how long they live because they wouldn't run from a wildfire or a helicopter or a wolf. All animals want to live. Do something different. So we're going to talk about gathers or roundups. Foal deaths because of a roundup or acute deaths because of a roundup are not acceptable. There's no reason for that. So foals and mares with foals or any horse, actually, maybe an older horse exhibiting difficulty keeping up with the herd should be allowed to fall behind. And if that means that horse goes back to freedom, so be it! If he can't be gathered at a little later date or maybe the next day. Acute deaths of horses during roundups are not acceptable. Broken necks, legs caught in the bars of a panel. And determination as far as what caused that and further preventative methods should be employed to stop that from happening again. I suggest we form a subcommittee of only wild horse and burro advocates to use the main committee as an educational tool for us. Educate us. Teach us the problems. But let's just the advocates of the horses and burros learn about it. Maybe we can make suggestions to you. Mr. Rittenhouse, you put on the board yesterday, looking ahead. You had number one, removals need to continue and likely increase. And since you also presented that 31 HMAs are at AML, we certainly don't have to gather them any longer from this date forward. We should be able to keep them and manage them correctly. I look forward to making sure that that happens. Two, you also put on the board, increase population birth suppression tools, I hope you designate one or two people to look into the latest and greatest suppression tools. You said look for ways to place more animals into private care. Our media girls talked yesterday, that's great, but how about newspaper ads. How about US today? How about television ads? Maximize the use you said of lowest cost holding options off range -- of off range pastures. Let's open up the solicitation period. Why can't it be six months or eight or all year long? Okay. Allow some states that maybe aren't in the west -- maybe they have 1,000 acres in Pennsylvania. And get this book! Everybody. "Our Lands" by Christopher Ketchum.

## Leah Biondo

Mr. Chairman, please excuse my laptop here. I haven't gotten my eight hours in today. Good afternoon, my name is Leah Biando providing testimony on behalf of the society for range management. Of the only 26 policy positions that we have founded since its founding in 1948, two of those deal with the management of wild horse and burros. The society believes in the practice of multiple use values on rangelands while maintaining basic soil, water and vegetation resources. The society supports use of wild horse and burros in accordance with the wild horse and burro of 1971 and in the numbers that they existed in when the law was passed. It specifies management to provide a thriving ecological balance and we interpret that to mean that long-term sustainability and productivity must be the primary consideration in devising policy for management purposes on rangelands, including the establishment of proper numbers and management levels for wild horse and burros. Rangeland health standards and guidelines are equally appropriate for all herbivores. Wild horse and burro populations increase rapidly and their numbers expand beyond herd management areas and exceed ecological carrying capacity, unless the excess animals are regularly removed. Overstocking of horses results in deterioration of vegetation, soils and water sheds and leaves the potential for invasive species. Serious conflict with wildlife and other domestic uses have resulted. We support changes in laws, policies and administration to effectively and economically manage wild horse and burros and reduce conflicts with other uses and maintain long-term sustainability of rangeland

resources. To that end, we recently signed on in support of a collaborative four-pronged approach to wild horse and burro management which I'm sure we will hear more about later. It will combine increased gathers and increased contraceptives and adoptions and private land donors to coordinate care. However, we are concerned with the last portion and also concerned with the lack of accountability. According to the BLM's 2018 report to Congress, the agency contracts with 30 private landowners, located primarily Iowa, Kansas, Nebraska, and Oklahoma to handle the long-term care and maintenance of over 35,000 horses, unfortunately the tax taxpayer has no assurance that the private land supporting these 35,000 horses under sound ecological status. We believe that the above section of the act should be amended to include the sentiment that excess animals should be contributed to a private landowner in an owe could logical region with stocking rates and rangeland health conditions accredited by a certified range management. This third-pert approval by a CPRM would mean there are sound management practices and are not degrading the productive status of wild horse and burros. Your role as advisory board members ensures our range LAN resources. Thank you for your time today.

**Keisha Sublecheck**

Good afternoon, my name is Keisha Sublecheck an on behalf of the Humane Society of the United States, we appreciate the opportunity to address the advisory board. First, and foremost, we applaud the BLM for achieving record numbers of adoption this past year. While adoptions are vital piece of the puzzles as others have pointed out, we are not going to adopt our way out of the problem. Heil the HSUS and the HLSA, determine different on range solutions for the management of wild horse and burro what urge the BLM to use the fertility till control tools it currently has available like PZP, PZP-22 and GonaCon, and slaughter and lethal methods will not be allowed by the American public, nor will the use of surgical sterilization techniques that have not been proven to be safe, humane, logistically feasible or economically viable as a management option for wild horse and burros. As BLM reported, in FY '19, BLM only treated 800 mares on 16HMAs. There's no way that 80 to 90% of the mares were treated on any of those HMAs would be necessary to curb population growth. The BLM needs to start implementing those tools in a more holistic and effective way on range while researching additional humane fertility control methods. The HSUS is partnering with Purdue University to develop a longer lasting easier to administer fertility control vaccine that's safe and humane. We look forward to sharing that research with the agency and this board. The HSUS and HSLF are committed to protecting wild horse and burros. We will continue to work with the members in both chambers of Congress and with the Bureau of Land Management that the BLM engages all interested stakeholders in the process of implementing the strategy and that additional strategies are pursued to allow for a path forward. Thank you.

**Penny Jackson**

I'm Penny Jackson. I'm here from the beautiful state of Florida, where as you may know, we have many formerly wild BLM horses. And some of the best trainers and rescuers. We must preserve the last of our wild lands and wild creatures so they are not lost forever. We need to uphold the wild horse protection act. This must be the priority of the board, the BLM and other agencies involved. Wild horses are not a threat to public lands. This board should be advising the BLM on how to best protect and manage, including stop the aggressive increased roundups. Stop using overpopulation as rationalization for the roundups. Wild mare sterilization is not a viable or credible option. The public will not accept it. Scientific assessment and the genetics of remaining wild horses and on carrying capacity of the HMAs, also should be enacted and a moratorium on roundups until that is complete. Such AMLs on science not arbitrary figures below genetic viability. Realistically review the adoption process and we need alternatives for the holding pens. Look to those with successful models and practices. Some of them have been here today and yesterday. As I government brat, raised here in Washington, D.C., I was taught to respect our public servants and the role of our government and protecting our public interests. This board has the role of advising an important government agency on programs, charged with the protection of public lands and wild horse and burros. You have the ear of the public officials. I will was startled yesterday to hear the characterizations of our public, some of the terms that were used. It was noticeably clear in this meeting that most of the board members here feel wild horses in the form of livestock management problem. Wild horses and burros are not livestock. They are wildlife. Please consider a paradigm shift. Our public lands belong to the people, not to the cattle industry, mining interests, developers, more citizens like me are becoming aware. I think you are going to see more of our voices. We love sound science and data. We can find a better way. Thank you for hearing us. And thank you for this child from a long-time public service for all of your service, your tireless work and I wish to acknowledge and honor the wild horse and public lands advocates here for their longstanding commitment to preserve our wild horse and burros:  And for efforts to educate the public.

**Ethan Lane**

My name is Ethan Lane. I'm the vice president of government affairs to the national cattleman beef association. Currently a serve as chairman of the national horse and burro rangeland management coalition. Our coalition is comprised of 18 national organizations representing over 10 million Americans, including sportsmen, livestock producers, state and local governments, resource management specialists, professional and managers and others concerned with the management of the horses in a common sense and ecological sound way. Our members of the individuals most closely tied to the land. They live in these communicates. Their livelihoods depend on them. Butting on my hat for a minute as the chief lobbyist for the cattle industry, I would be remiss if we didn't address of the recitations here today of the comparison between horse grazing and livestock grazing. The sim account fact is. Livestock grazing is managed and it's dealt with on a yearly basis hand in hand with BLM and US forest service. None of those things are true in the horse debate. It's because of that misinformation and the unhelpful political debate that my group, as well as the national horse and burro rangeland management chose to engage in a broad conversation with advocate groups that otherwise we may not see eye to eye with. Over the course of the past few years that group has produced a document that you have heard much about today, and will continue to, the path forward for the management of wild horse and burros. This is a really critical moment to seize on an opportunity to take action on this issue that is supported by reasonable stakeholders, across the spectrum. There are always going to be those on both sides of this debate, that do not like the idea of compromise. But we simply cannot continue to pursue a course that avoids the obvious conclusions that we have to find common ground on this issue. Our proposal to repeat does include large gathers, targeted at densely populated HMAs, treatment of those gathered horses and burros with population growth suppressant tools and relocation of horses and burros in holding facilities and those taken off the range to large cost effective facilities funded through public/private partnerships and promotion of adoption in order to bring down those holding costs for those -- for those horses. None of the proposals actions that we're advocating are new authorities for the BLM. We're simply presenting a path forward that provides some support from a broad range of responsible stakeholders to manage these horses properly, because as I have said to this advisory board before, we are at an event horizon. These horses are at a point where the best available science tells us we will not have the tools bond the next year or two to get control of this problem. So I appreciate your time and look forward to hearing the rest of this comment. Thank you.

**Alex Kappert**
Good afternoon again. Again, my name is Al Kappert, the new executive director of the Mustang Heritage Foundation. Id to reiterate what our mission is and share that with you guys. For those of you who don't know, the primary mission of our foundation is to create and promote programs and activities that provide information, and education about wild horse and burros, elevate their image and desirability and provide opportunities to become involved in the wild horse and burro experience. In addition to that, we worked to secure adequate numbers of caring homes for excess horses and burros. Working in partnership with the BLM, which we greatly appreciate. We had some great, great results, very pleased to report that in fiscal year 2019, that just closed out, we were able to place over 2,600 animals in long-term private care. Saving the taxpayers over $131 million. So very, very, very happy with that. Having personally adopted a couple of horses and a burro, I know that these programs are great. It's been great for myself and my wife. And I really look forward to our aggressive goals for 2020. We have got about -- or our target, excuse me, is 3,150 placements. We have got a great demand, great avenues for getting horses adopted and burros. As long as we can continue getting the funding, we will continue to get them new homes. Thank you for your time and dedication.

**Ann Souders**
Hi, may name is Ann Suaders and I'm from Paradise, Texas, first I want to address you as just plain old Ann from Paradise, Texas, who is a great adopter and muss thank enthusiast. And someone said do something different. That's what I want to do right now. I want to thank each and every one of you for what you do, and how you help change lives, probably more than you even know. And as Ann with America's mustang and the Mustang Heritage Foundation, I have the blessing of seeing many people's lives changed through a wild horse. And it just doesn't get better than that. So I want to thank all of you. I want to thank Holle' for helping us get the trailer here. I want to tell you all how much I appreciate you coming through the trailer and seeing what we have done, and what you have done with all of your hard work and efforts, and making this available to people to be educated and to know, and I want to tell everybody thank you from the bottom of my heart, for all of you coming and being there and listening. It takes all of us agreeing to disagree over the love of the wild mustang to help them and so I'm speaking for Shikoba from Divide Basin and Hawk from salt wells and my great curly Comanche, because of you, they are finally free in Paradise, Texas, and I can turn them loose out there right now and they would run and buck and probably fart and toot and run around and play, but I guarantee you at 6:00, they're looking for momma! They are ready to go to Paradise. So as a girl who grew up watching my friend Flicka, I have

BLM_003652

come full circle here today. Fighting you before as gathers, now I'm blessed by gathers, to have my mustangs free, and to have them at my house, being able to explain to people what we do, and why. Do I agree with everything? No. Am I here to help make it better? Absolutely! That's our goal. That's what we have to do. And to get to see people's lives changed every day, because of a wild horse, to see veterans come full circle, to see our youth in the makeovers grow up and graduate from college and be veterinarians, because of the hard work and effort they put through doing a makeover, and if have you not been to a makeover, shame on every one of you! And I will tell you there's an adoption Friday and Saturday in Lorton, Virginia, and I would highly recommend you be there because in the tool adopting horses and you should be too. So thank each and every one of you for coming and being there. You are always welcome in Paradise, Texas, to come and see my mustangs. I can talk mustang all day long.

**Jackie Peterson**
Good afternoon. My name is Jackie Peterson from Massachusetts. I'm a citizen of the United States and a fairly new wild horse advocates. I have become aware of the issues the wild horses are facing. I believe the issues are exaggerated by certain groups of people to meet personal agenda. This has created a perception that the wild horses are a problem. The solutions presented today are extreme and dire for all of our current wild horses. They are threatening the species longevity. Adoption programs may appease certain people but it does not appease me. I'm sorry for the person who spoke before me. They should be left alone and remain wild. What I keep asking myself is where is all the compassion in all of this? Where is the compassion to the wild horses. As their choice, I oppose solutions that involve any type of removal from the wild lands. I would prefer to see solutions that address the horse's need while preserving the species, the let's get rid of them or they are in the pay mentality has got to stop. Let me introduce you to cougher. She lives in the Reno, Nevada, and she's part of rocky's band. Jimmy is her grandson. Yes, copper is a grandmother. She has lived in our public lands all of her life. She has raised a family and is with them every day. It is all she knows. The land and their family. Today she's free. I'm here to be her voice and the voice of all wild horses who reside on our public lands who have come under threat, by certain administrations. I seek a compassionate approach which would steer towards alternate discussions and solutions of perceived issues and in and effort to connect with copper, from this room, I will ask all of you in this room to look at copper and look into her eyes. And for a moment, just please close your eyes and visualize, standing next to here, out in the range with her family, and you see the wild, the wind blowing through her hair. And the beautiful mane. Now look next to her and see her daughter and her grandson. And take a few deep breaths and keep breathing. May your breath become one, as you feel the warmth of her body, and let the rhythm of her breath and your breath become one and keep breathing. Be one with her. I ask again, where is the compassion? I ask that compassion be added to back to the wild horse management programs to ensure that the perpetuation of the species in the natural, wild, natural environment. Thank you.

**Miriam Sullivan**
Hello, everybody, my name is Marian Sullivan and I'm here representing myself and our wild, free, roaming horses and burros. I'm retired after working many years with private concerns and department of Army. I'm animal friendly, and I'm a horse owner myself. I'm very concerned about BLM's comments made on 10 July 2019 at the Boise, Idaho, meeting, BLM meeting. The discussion of international sales and adoptions made abroad to wit, a German private buyer would bought several of our wild horses and shipped them to Europe in crates. They stated that such sales adoptions are made without monitoring and/or oversight of any kind. Of our wild horses and burros. As many people may know, horses -- horse meat is very popular in Belgium, Italy, France, Germany, Japan, et cetera. And I'm sure that BLM is quite well aware of this fact also. Our wild horses sold adopted to European countries will most probably end up at slaughter houses. Such sales adoptions are sickening, horrific, stressful and cruel to these innocent dear souls at best. If these adoption sales don't work out, the European buyer cannot return the horse to BLM. I further believe that crating up and shipping any wild horse is uniquely cruel and animal abuse and seems like malfeasance to me on the part of BLM. And worse, there is no protection and/or oversight. All sales adoptions of our wild horse and burros including shipping abroad and/or outside of the USA should cease and desist and be investigated now. This activity is extremely troubling and shameful at best in my opinion, and as an American citizen and taxpayers, wild horse and burros should be left alone to live in peace on our US public parklands. It should be done now, and that cattle and sheep for-profit industry should never be a ratio of 100 cattle to sheep to one horse.

**Bob Bolton**
Thank you for the opportunity to provide a statement. My name is Bob Bolton a member of the Public Lands Foundation. I'm here representing our members who collectively have thousands of years of experience managing natural resources on

public lands. No one in the foundation receives pay for foundation work. It has taken many years to get to where we are today. Years of suffering on the part of wild horse and burros, years of seeing increases in the permanent loss of productivity many of our public land acres, years of negative impacts on small businesses, years of negative impacts on native wildlife and seemingly years in the future of having spent billions of dollars to warehouse horses and burros coming from herds that keep reproducing at rates that double their numbers every four to five years. It has taken years of work to come together to develop a proposal that if properly supported by the Congress, can bring an end to the disparate interests. Return to freedom, and the national horse and burro rangeland management coalition. The latter has within in a wide variety of interests such as the wildlife society the national cattleman beef's association and the national association of counties among others. The House and the Senate are understanding of the critical nature of the wild horse and burros numbers and are particularly understanding of the every and the wide-based support that went into the proposal to solve the problem without using lethal methods and instead using a broad-based program of gathers and fertility control, to achieve appropriate population levels. The House proposes an increase of $6 million for what might be a pilot effort and the Senate proposes $35 million. The public lands is a member of the afore mentioned coalition and worked to solve the wild horse and burro problem. That will not succeed with pilot levels of funding. $6 million is inadequate to are gathering enough animals treating them for fertility control and housing excess numbers off range and for reapplication of fertility control where needed. Funding must be more like the $35 million the Senate has proposed if there is to be sufficient progress. A significant investment at this time will avoid what is now an existing billion dollars commitment to warehouse horses from becoming a multibillion dollars commitment. We are asking this board to use its influence to urge the BLM and the Congress to the significant dollar investment in wild horse and burro management to correct the problems that define the BLM's horse and burro program. Thank you.

**Ryan Yates**
Again thank you all for what you do and I again appreciate all of your patience, and listening to the comments here today. American farm burough federation appreciates being able to provide comments to the wild horse and burro board. Thank you for your time and dedication to finding relate solutions to the Wild Horse and Burro Program's challenges. Farm bureau is the largest farm organization, representing producers of virtually every commodity in every state of the nation, as well as Puerto Rico. We represent nearly 6 million families. It specifies wild horse and burros can occupy public lands and that they shall be in a thriving, natural ecological balance, in addition the BLM and the forest service are required by law to manage and balance multiple uses of public lands including wildlife needs timber production, energy development, recreation, et cetera. Horses and burro currently roaming the western landscape are not native to North America. These animals are descended from domesticated breeds brought to North America from Europe. They have a demonstrated ability to grow at 18 to 20% per year, wide spread and overabundant feral horses and burros wreak havoc on the rangeland by overgrazing native plants exacerbating the invasive species and outcompeting with ungulates. There's a large cost for the American public. Currently federal horse and burro populations are three times the appropriate management level as determined by the Bureau of Land Management. Without effective management actions, horse and burro populationswill double within the next four to five years causing the rangeland ecosystem to further degrade. Horse and burro over population will continue to cause a disruption of fragile lands including elk, mule deer, big horn sheep, sage-grouse and others. Several stakeholder groups including animal rights groups, farm and large stock organizations including the farm bureau and local government entities have come together in a collaborative manner to recommend a bath forward proposal which includes a suite of recommended solutions to this crisis. This effort culminated for increased funding for the horse and burro program and is currently be considered. We would like to reduce federal horse and burro populations to AML and increase the fertility control managers to manage the on range population and eliminate off range populations currently held in costly holding facilities and thank you for your time.

BREAK

---

BLM_003654

## National Wild Horse & Burro Advisory Board Recommendations

Present: Ms. Susan McAlpine, Dr. Sue McDonnell, Dr. Barry Perryman, Ms. Celeste Carlisle, Mr. Fred Woehl, Jr., Dr. Tom Lenz, Mr. Jim French, Mr. Steven Yardley, Dr. Vernon Bleich

1. The Advisory Board recognizes the value of and supports ongoing research and funding of humane long-term fertility control and permanent sterilization as viable tools in our quest to achieve a thriving ecological balance by achieving and maintaining AML.

   Approved. Eight in favor, one abstain, Ms. Carlisle

2. The Advisory Board supports and endorses the AAEP and AVMA policy statement dated October 28, 2019 and recommends that the BLM and USDA Forest Service implement the strategies therein to the extent allowed by law.

   Approved. 7 in favor, 2 opposed, Dr. Perryman and Ms. Carlisle

3. The Advisory Board strongly encourages USDA Forest Service and BLM meet with relevant Tribal authorities and BIA where there are BLM/USDA Forest Service wild horse and burro management challenges.

   Approved. Vote was unanimous.

4. The Advisory Board recommends that BLM continue to implement the Comprehensive Animal Welfare Program as planned, including (1) filling the national CAWP coordinator position, and (2) implementing the training necessary to move forward with animal welfare audits for gathers and for all off-range care and handling.   We also encourage expansion of the Program to include animals on-range as well as in off-range pastures.

   Approved. Vote was unanimous.

5. The Advisory Board encourages BLM to continue and expand HMA population surveys and the collection of population baseline data.

   Approved. Vote was unanimous.

The meeting was adjourned.

**Wild Horse & Burro (WHB) Adoption Incentive Program (AIP)**
**Year One Evaluation Report**

## Purpose

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

## Background

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

**Key Stats for AIP Year One** (3/12/19 - 3/12/20)

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

## Continuing a Trend

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

## Positive Indicators

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average

BLM_003656

- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***



## Other Contributing Factors

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

**The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 611 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling  $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another

question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros



**U.S. Department of the Interior**
**Bureau of Land Management**

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

# Cash Incentives Help Agency Adopt More Wild Horses and Burros
### *First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency. Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in savings generated during Fiscal Year 2019, in part due to the AIP.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals.

The Brad Smoot family of Arco, Idaho, are a prime example. The Smoots had been considering adopting a wild horse for a while. When they learned of the Adoption Incentive Program, they decided that it was time. Ultimately, the family  adopted not one but eight!  They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with BLM Wrangler Ruby Kyle was so positive that when Ruby called to let the family know about more available mares, they made the trip to Boise and adopted three more horses. To cap off their growing herd, the Smoots adopted a pregnant mare

during the wild horse adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad Smoot knew he wanted his family to enjoy experiencing life with horses. "Together my wife and I have eight children and we enjoy getting into the back country and trail riding," said Brad. "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15 year-old daughter has already started riding one of them."

In all, there were 2,923 first-time adopters, 932 repeat adopters, and 1,280 multiple-animal adoptions which mark substantial increases over previous years.

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*



**U.S. Department of the Interior • Bureau of Land Management**

# Report to Congress: An Analysis of Achieving a Sustainable Wild Horse and Burro Program

MCCULLOUGH PEAKS HERD MANAGEMENT AREA–WYOMING

BLM_003662

## Introduction

The Bureau of Land Management (BLM) provides this report, as requested by Congress in the Consolidated Appropriations Act of 2019 (Appendix A), to identify "factors for success, total funding requirements, and expected results" to improve management of wild horses and burros. This report also responds to the reporting requirements accompanying the Further Consolidated Appropriations Act of 2020, so that BLM may obligate the full amount of its appropriation. The BLM's multiple use mission and commitment to stewarding healthy, working landscapes across the western United States provide the foundation for all the recommendations in this report. The report is further informed by a historical context that reveals an escalating challenge and the need for decisive action to reverse the harm to western landscapes and the wild horses and burros occupying them. The harm inflicted on public lands from excess wild horses and burros compounds yearly as on-range population growth rates and off-range holding costs outstrip the BLM's ability to manage herds according to the intent of the Wild Free-Roaming Horses and Burro Act of 1971, as amended.

Pursuant to the Congressional request, this report provides further analysis that follows up to the BLM's 2018 Report to Congress, *Management Options for a Sustainable Wild Horse and Burro Program*. The analysis focuses on Option II of that report and is intended to highlight to the appropriations committees in hypothetical resource terms the potential long-term severity of the program's challenges. The Bureau continues to assess all managerial tools, including internal policies, procedures, and regulations, that could help reduce costs and administrative burdens in the absence of additional resources beyond the President's FY 2021 Budget, and within the program's non-lethal management constraints. This report is not intended to circumvent or foreshadow the President's annual budget request process under 31 U.S.C. 11, and the resource estimates in this report should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

### Background

During the 1950s, Velma B. Johnston, later known as "Wild Horse Annie," became aware of the ruthless and indiscriminate way wild horses were being treated on western rangelands. So-called "mustangers" played a major role in harvesting wild horses for commercial purposes during this time. Wild Horse Annie led a grassroots campaign, famously involving many schoolchildren to combat mustangers and other threats to wild horses and burros. Newspapers published articles about the exploitation of wild horses and burros. As noted by the Associated Press on July 15, 1959: "Seldom has an issue touched such a responsive chord." The "Wild Horse Annie Act" became Public Law 86-234 on Sept. 8, 1959, but it did not include Annie's recommendation that Congress initiate a program to protect, manage, and control wild horses and burros.

By 1971, the population of wild horses on public lands had declined significantly because of the encroachment of man and the continued impact of mustangers. In response to public outcry, Congress unanimously passed the "Wild Free-Roaming Horses and Burros Act" (Public Law 92-195) to provide for the necessary management, protection and control of wild horses and burros

1

on public lands.  President Richard M. Nixon signed the bill into law on December 15, 1971. Since passage, the Act has been amended by Congress on four different occasions.

The BLM created the Wild Horse and Burro Program to implement the Wild-Free Roaming Horses and Burros Act. Broadly, the law declares wild horses and burros to be "living symbols of the historic and pioneer spirit of the West" and stipulates that the BLM and the U.S. Forest Service have the responsibility to manage and protect herds in their respective jurisdictions within areas where wild horses and burros were found roaming in 1971.  In addition, they were mandated to sustain a thriving natural ecological balance and multiple use as the framework for determining any actions proposed to manage them.

From the very first years of the program, the BLM looked to identify where wild horses and burros existed and how many were there.  Rough estimates in the early years of the program were not very accurate and are difficult to use in any analysis; however, by 1980, estimates put the total national population at just over 60,000 animals on public lands.  Over the next decade, removals (over 90,000 during that period) helped reduce that total to 45,000; however, estimates were still not as accurate as they could be.  The BLM continued to look for ways to improve the surveys of animals that led to population estimates.  With almost 80,000 private care placements during the 1980s, off-range populations remained relatively low.  By 2000, with over 80,000 additional removals during the decade of the 1990s, the on-range population was still estimated at about 48,000.  Off-range populations were less than 10,000.  By 2007 (almost 74,000 animals removed between 2001 and 2007), the BLM had virtually achieved Appropriate Management Level (AML) with populations at about 28,000.  Yet, with off-range holding costs increasing (almost 30,000 in holding in 2007) and private care placements beginning a decade-long trend of annual decreases, on-range removals had fallen far below growth rates.  Even with increased funding between 2007 and 2014, removals had to be kept low in order to avoid off-range costs from spiraling out of control.  Yet, this lack of ability to continue on-range population control management caused on-range populations to increase virtually unchecked.

In addition to removals and private care placements, the BLM spent time and effort looking into available fertility control vaccines and working with partners to develop new vaccines.  The 1970s and 1980s were mainly dedicated to testing and developing these vaccines.  By the early 1990s, the BLM began on the ground use of available vaccines in Nevada and expanded to other States throughout the 1990s.  The wide-scale use of these population growth suppression methods was limited due to funding constraints.

This analysis focuses on the goal of achieving AML through population growth suppression methods and removals, in the context of estimated upper-end resource requirements (as was previously discussed in Option II of BLM's 2018 report).  It is important to emphasize that achieving AML is only part of the goal of the Wild and Free-Roaming Horse and Burro Act; the Act also makes BLM responsible for maintaining healthy herds and the public lands that sustain

2



them.  As of March 1, 2019, the BLM estimates a minimum population of slightly more than 88,000 wild horses and burros within the 177 Herd Management Areas (HMA) on public lands.  This number is more than three times higher than the national total AML of 26,715, with more than 80 percent (146) of the 177 HMAs now exceeding AML.  If nothing were done to reduce the annual growth rate of these herds, by 2040, the BLM estimates the on-range populations of wild horses and burros could increase to over 2.8 million.  However, well before reaching this level, the WH&B population would likely become unstainable for the lands within and adjacent to Herd Management Areas, leading to catastrophic harm to the land, to other species, and to wild horses and burros themselves.

The analysis discussed in this report assumes management of wild horse and burro herds and healthy landscapes in three phases:

>    1) Stabilize on-range population growth (over the initial 4-5 years);

>    2) Reach AML nationally (over the next decade after the first phase); and,

>    3) Maintain AML in perpetuity.

Based on survival rates, fertility statistics, lifespan (20-30 years old on the range), the current on-range population levels, and the program funding levels assumed in this report (which limits, for example, how many animals can be removed and held), the BLM estimates that wild horse and burro herds will continue to grow for the initial four to six years after this plan is enacted.  For the subsequent twelve to fifteen years, as a result of population growth suppression, removals, and private care placements proposed in this report, wild horse and burro herds would decrease significantly as off-range holding increases.  After about a decade of large-scale actions, the BLM's efforts would be devoted to reaching AML between years 15 – 18 through a more focused and tailored approach to each HMA.

The BLM would continue to evaluate new strategies (such as expanding animal training programs, providing financial incentives for private adoption, holding more events showcasing the availability of animals for adoption, and developing more compelling marketing strategies) to increase the placement of thousands of animals into private care via off-range corrals, satellite events, and partner placement events.

Because the BLM is statutorily prohibited from euthanizing healthy unadopted animals and/or selling animals without limitation to reach AML, the bureau is projected to expend hundreds of millions of dollars in future years to hold unplaced animals.

The following specific actions may be required over the next fifteen to eighteen years to implement the strategy described above (the initial five-year costs projected for these activities are shown in the Estimated Funding Table in Appendix B):

- Annually gather (through both helicopter and bait/water trap methods) between 20,000 and 30,000 animals, and either remove them permanently from public rangelands or

3

return them after application of some form of long-term temporary or permanent fertility control;

- Annually remove 18,000 to 20,000 animals permanently from public rangelands (placed into off-range holding) until AML is achieved;
- Treat (using various temporary long-term or permanent fertility control methods) 3,500 to 9,000 gathered animals annually over the initial 10 years from the time the strategy is enacted, slowly decreasing the number receiving the treatment in the last five years of the strategy;
- Annually place an estimated 6,000 - 7,000 animals into private care;
- Procure additional off-range corrals (especially for preparatory activities) and off-range pastures to care and feed for the increased number of animals removed from the range;
- Streamline transportation logistics for movement of animals;
- Identify partner organizations able and willing to facilitate private care placements and house/care for as many of the 18,000-20,000 permanently removed off-range animals as possible; and
- Continue research into improving long-term fertility control treatments and humane permanent sterilization (with a particular emphasis on modern chemical sterilization methods).

Between 2011 and 2019, Congress appropriated $70-$80 million annually for the Wild Horse and Burro Program, but in order to manage the wild horses and burros, funds from other resource programs (for example, programs that benefit from WH&B management actions, amounting to approximately $13 million over the past 8 years) were also used by the Program, so the total annual BLM obligations directly or indirectly related to this program, were approximately $80 million annually. This report projects funding required to implement this strategy. Over the next 15-18 years, even with private care placements increasing, off-range holding (corrals and pastures) costs could rise dramatically from about $65.5 million in FY 2020 to about $360 million by the time AML is achieved. When AML is achieved under this strategy, these costs would start to decline. Program costs (including program management, research, monitoring, etc.) will rise steadily (from almost $117 million) due to inflation, added holding requirements, and additional activities related to population growth suppression. Once AML is achieved, the overall budget needs would begin to decrease as holding costs and on-range activities are reduced. On-range management activities to control growth rates and off-range management activities would continue even after achieving AML.

BLM continues to evaluate the varying the mix of activities related to this program in order to understand how changes in removals, adoptions, off-range corrals, off-range pasture, and permanent and temporary fertility control techniques might affect the size and timing of annual funding projections. The analysis suggests the most effective way to achieve AML levels West-wide is to annually remove a large number of animals permanently from the range, especially since a high percentage of mares captured are pregnant at the time of capture. The number of

4

animals annually removed is the dominant variable controlling total program costs. Therefore, the annual projected removals are critical to containing program costs and achieving AML.

Once AML is achieved in particular HMAs, fertility control would become a relatively more cost-effective strategy, with permanent sterilization options being more cost-effective in the long run than temporary sterilization which must be repeated.

The other variable that has a significant impact on overall program cost is the balance between off-range corrals and off-range pasture, with off-range pasture being about half the cost per animal compared to corrals.  BLM cost projections assume that the number of animals kept in pastures will be three times the number kept in corrals.  The ratio of animals in pastures to corrals is constrained by two considerations; captured animals are temporarily housed in corrals before they can be transferred to pastures, and it is not clear that the supply of pastures can be significantly scaled up without cooperative public-private pasture agreements or a significant increase in the price that the market will demand for pasture.  As demand for pastures increases it is likely the market-clearing price for new pasture will also increase. Therefore, BLM assumes the cost of research into sterilization techniques is essentially held constant for the period of analysis, because by its very nature it is difficult to predict when or if a research breakthrough may affect the cost of other activities in the program.

5

## Initial 5-Year Estimated Funding Table

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Estimated Budget | $116,810,000 | $149,000,000 | $185,000,000 | $212,000,000 | $238,000,000 |

* Does not include proposed Research funding.



These projections of the future costs to BLM are founded on the program's primary cost drivers, as detailed in the remainder of this analysis (off-range care and feeding) and the assumption that BLM would begin implementing this plan within the next 12 months.  Advances in as yet undiscovered temporary and long-term fertility control efficacy and duration or humane permanent sterilization methods could significantly decrease program costs.  These cost reductions cannot be quantified until these advances are identified and tested. However, every year of delay in resolving this issue only increases the single greatest cost to the program –

6

the care and feeding of increasing numbers of wild horses and burros in off-range corrals and pastures – and the length of time to achieve AML.

The BLM has learned through years of experience about:

- Methods for population estimates;
- Fertility control vaccines;
- Safety of gather operations for both animals and the people working them;
- Monitoring data for determining land health; and
- Off-range care.

The BLM could use this experience to achieve AML across all HMAs.  In the initial years under this analysis, population growth suppression, removals, private care placements, and off-range holding will continue to be the primary activities within the program.  Achieving AML and caring for horses and burros off-range would require significant annual funding increases during the initial 10-20 years to fully realize the BLM's responsibilities under the Act.  However, achieving AML is only half the goal.  Keeping healthy herds on healthy landscapes after AML is achieved will take considerable effort to suppress population growth, place animals into private care, and help the landscape recover from the effects of overpopulation.

The following pages detail the components of this analysis.

7

## Removals

With wild horse and burro populations in most HMAs far exceeding AML, removals that exceed the annual foal recruitment (i.e., birth) rate, sustained over several years, is the only effective way to immediately reduce populations.   This analysis assumes annual removals of 18,000 – 20,000 wild horses and burros after an initial year of increasing capacity as further described in this strategy and until AML is achieved.  The BLM utilizes two main methods of gathering animals: helicopter and bait/water trap.



When discussing removals on a national scale, the BLM combines wild horses and burros numbers. Many burro removal operations use BLM personnel for bait/water trapping, which are less expensive than contracted removals.  This is due primarily to the ecosystems in which most burros are found and that burros tend to be less trap shy than horses.



It has been suggested in other reports that the BLM combine removals and fertility control in gather operations to immediately reduce population sizes and decrease population growth rates.  This approach is most effective when employed in

8

HMAs that are at or near AML. However, in HMAs where the population is far above AML, multiple gathers over several years would be necessary to achieve AML. In these cases, it is more effective to simply remove as many animals as can be gathered.  Once these HMAs reach or are close to AML, then fertility control treatments can be employed more effectively to maintain AML.  This is true for two main reasons:

- Most gathered mares are pregnant and even if treated will still give birth to that foal. This would add an animal to the on-range population (half of which would be breeding mares in just a couple years) even if that same mare were gathered or re-treated in a future year; and
- Without first getting close to AML, emphasizing fertility control would significantly prolong the number of years it takes the WHB Program to achieve AML, thus increasing costs for the on-range management activities into the future.

As long as wild horse and burro populations on most HMAs far exceed AML, increased removals are the best method of immediately reducing population toward achieving AML. With animals living to 20-30 years old on the range, even a non-reproducing herd that is 100 percent above AML could take 15 or more years to reach AML through natural mortality alone.

*Factors for Success*:  To remove the number of animals to meet the objectives under this analysis, the BLM would need to:

- Increase the number of corral facilities by 3-4 with about 8,000 new spaces (this includes facilities/spaces potentially added through FY2020 solicitation), with appropriate personnel (2-3 employees per new corral), to receive animals removed from the range and prepare them for adoption, sale, or holding;
- Annually increase the amount of long-term pasture holding space by about 12-14,000 in the first six years, then about 9-11,000 until AML is achieved;
- Increase the number of contractors that perform gathers (both helicopter and bait/water/trap) by 2-3 to a total of 8-9 contracted employees;
- Provide additional removal support staff from other BLM support staff (15-20 additional, including Law enforcement, Public Affairs, Wild Horse Specialists, etc), such as dedicated contracting officers (2-3 additional); and
- Increase other BLM personnel to support gather operations, staffing for transportation logistics, and other key areas (see Pastures and Corrals sections for new staffing requirements indirectly related to removals).

9



*Expected Results*:  The BLM anticipates it will take up to 20 years to reach the AML of 27,000 wild horses and burros on the range across the West by annually removing 18,000 – 20,000 animals.  The BLM would then be responsible for the care and feeding of tens of thousands of additional wild horses and burros in holding facilities, which will significantly increase costs.

*Funding Assumptions*:  The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms.  These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

Under this analysis, to gather and remove over 10,000 animals in the initial year, then increasing to 18,000 – 20,000 animals annually until AML is achieved, the BLM would require funding at an estimated $9 million (about $850 per animal) in the initial year, increasing to roughly $18 million in year 2 and then after year 4 continuing at about $20 million each fiscal year until a slowdown occurs leading up to achieving AML.  See the Estimated Funding Table in Appendix B.  Thereafter, removals and overall costs would be reduced.

## Population Growth Suppression

*Temporary*

Temporary fertility control methods used by the BLM for animals on the range are mainly vaccines.  The BLM has relied primarily upon *Porcine zona pellucida* (PZP), which has a 90 percent efficacy rate, but is only effective for one year.  Therefore, mares must be treated **every year** to remain infertile.  Recently, the BLM has been funding research into the effectiveness of the vaccine GonaCon.  It has an efficacy rate of 30-40 percent in the first year; however, if a booster is applied within 6-18 months of the initial treatment, its efficacy rate increases up to 90 percent for the next 4-5 years.  This would result in an estimated cost of about $12,000 to keep a mare infertile for a lifetime using this vaccine and assuming that the mare could be re-captured every 5 years.  To apply the booster, the BLM may either re-gather the treated mares or hold them for at least six months and then apply the booster.  Although the BLM will continue to use PZP, especially where darting of PZP occurs and has shown to be successful, the BLM plans to significantly expand the use of GonaCon.  This approach represents an excellent example of research investments leading to future year savings.  As such, the BLM continues with research into this critical component of on-range management.  As new and innovative solutions to population control suppression become available through this research, the BLM will implement them as appropriate.  These innovations could help drive down long-term costs by reducing the need for multiple gathers.

10

Although the BLM must complete critical resource management planning and National Environmental Policy Act (NEPA) reviews to implement a gather schedule that includes removals and population growth suppression treatments, the BLM seeks to streamline NEPA compliance.  For example, the BLM recently awarded an Indefinite Delivery Indefinite Quantity (IDIQ) contract to several vendors who can perform these NEPA related services on schedule. However, if existing NEPA analysis does not address newly available fertility control methods, the BLM would likely need to complete new analyses before utilizing those methods.

*Factors for Success*: To implement an effective temporary fertility control program, the BLM would:

- Increase the number of contractors that can perform gather operations (2-3 contract employees to as many as 9 contract employees);
- Add support from other BLM staff outside the Program, such as dedicated contracting officers (15 to 29 additional employees);
- Contract with vendors to complete timely NEPA requirements (potentially between $500,000 to $1 million annually);
- Increase  other BLM personnel to gather operations, staffing for transportation logistics, and other key areas; and
- Contract with providers to increase dosage production of the required vaccines (from about $30,000 annually to about $400,000 annually for the vaccine doses only).

*Expected Results*:  The wide-scale application of PZP and GonaCon, or other longer-term fertility control vaccines, in concert with the large number of removals will begin the slow process of stabilizing, then reducing populations on the range.  Using only short-term fertility control vaccines at any scale, however, **will not** significantly reduce the on-range population.

*Funding Assumptions*:  The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms.  These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

To expand the application of temporary population growth suppression, the BLM must gather, treat, and release animals.  The BLM must gather approximately twice as many animals as those treated (50 percent of the population are mares and 90 percent of those are of treatable age). These costs are approximately $2,500 per mare treated, which includes all gather, treatments, and short-term holding costs.  Costs for temporary population growth suppression will be approximately $8 million in the initial year (with a goal to treat more than triple the number of mares in recent years).  As resources are acquired to accommodate increased fertility control treatments, this amount would increase to approximately $21 million by year 3.  See the Estimated Funding Table in Appendix B.  These costs would begin to decrease as AML is achieved in individual HMAs and the multiple year effectiveness of GonaCon comes into effect.

11

It should also be noted that temporary fertility control is less effective over time because animals become more difficult to gather the more attempts that are made. For example, in the case of GonaCon, where a booster shot is required after at least 6 months, the BLM anticipates only 70 percent of the mares treated with the first shot will be recaptured or darted (where feasible) in the following year for treatment with the booster. The feasibility of PZP is worse because the annual treatment of large numbers of animals will become logistically infeasible and increasingly expensive as annual re-capture rates decrease since gathers will be required every year using this treatment method.

*Permanent Sterilization*

While gelding (i.e., castration) is used on virtually all stallions removed from the range, it is rarely used as a population growth suppression technique for herds on the range. Due to the reproductive nature of wild horses and burros, over 80 percent of males in a herd would have to be gelded to stabilize population growth. Permanently sterilizing females is the most effective growth suppression method; one treatment results in a lifetime of infertility. Thus, permanent sterilization is a better financial and more humane solution than long-term temporary fertility control growth suppression that require repeated gathers. At the same time, the BLM recognizes that in order to achieve a thriving natural ecological balance, it is important to balance stability in population with herd genetics and habitat health.

The BLM continues to view permanent sterilization methods as one tool for achieving and sustaining AML on specific HMAs, and as a potential tool for creating and managing for non-reproducing herds in other HMAs. In addition, the BLM could continue work with organizations on research into non-surgical permanent sterilization methods. This research is critical to understand both the effects of the methods on the animals themselves, and whether these methods produce behavioral or social changes within herds. The BLM is committed to ensuring that all potential population growth suppression methods are humane and effective.

*Factors for Success*: The BLM needs the services of enough trained veterinarians to sterilize hundreds of animals annually. The BLM is currently reviewing responses to a Request for Information related to surgical permanent sterilization methods. These responses will better inform the BLM on humane ways to utilize this tool in conjunction with removals and temporary population growth suppression methods.

*Expected Results*: Over time, as animals are humanely sterilized, this will reduce the number of gathers required to maintain AML. Using sterilization, at appropriate levels, on herds at or near AML can lead to greatly reduced out-year costs as the need for gathers and off-range holding are essentially eliminated.

*Funding Assumptions*: The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms. These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

12

The BLM estimates it costs about $3,200 to surgically sterilize a male-female pair, which includes the costs to gather, treat, and hold the animals for some time before releasing them. Though the initial costs to sterilize a female is higher than treating her with temporary population growth suppression, long-term costs are lower with permanent sterilization and may be more humane because animals do not need to be recaptured and periodically retreated.

Costs for permanent population growth suppression will be relatively low in the initial years and increase as the BLM determines that specific methods are safe and humane. In later years, costs would decrease as AML is achieved in individual HMAs and the number of mares on the range that are permanently infertile reaches a level necessary to maintain a population equilibrium.

## Private Care Placement

*Adoptions, Sales, and Transfers*

Adoptions have long been BLM's primary method of placing excess animals into private care. Over the past few years, the BLM has identified innovative ways to increase adoptions, which has helped reverse a long-term trend of reduced adoptions. In fact, the BLM has increased overall private care placements annually over the past four years. In an effort to continue this trend, the BLM implemented a new Adoption Incentive Program (AIP) in FY 2019, which offers qualified adopters of untrained animals a payment of $500 within 60 days of the adoption and another $500 within 60 days after receiving the title of the animal (typically one year later). This program has shown promise to significantly increase adoptions of untrained wild horses and burros.

Sales have increased considerably over the past few years. Many BLM partners who train and offer animals to the public (or retain for their own use) prefer purchasing a wild horse or burro through the Sale Program in order to obtain ownership immediately. The BLM's Online Corral is also improving the ease with which people can find suitable animals for adoption and sale. This online presence has been an effective tool for those who are not conveniently located near an adoption event site and/or are accustomed to using the internet for their other purchases. The BLM continues to explore ways to further its outreach through innovative marketing and branding of the Program. Partnering with other animal welfare groups will help place more animals.

The third method the BLM has available to place animals is the transfer program. In 2017, Congress authorized the BLM to transfer excess wild horses and burros to Federal, state, and local agencies as work animals. Once transferred these animals lose their protections under the Act. The BLM continues to explore opportunities to expand this program to transfer animals to agencies to be used as work animals.

13



*Factors for Success*: In order to successfully continue to increase the placement of animals into private care, the BLM would:

- Increase the number of partners (i.e. training partners and specialty markets) and facilities that can aid in the placement process;
- Add support from other BLM staff, such as dedicated contracting officers and grant officers; and
- Increase BLM personnel (5-6 new staff) to support adoption and sale events, animal transportation, and the transfer program.

*Expected Results*: The BLM could continue efforts to place 6,000 - 7,000 animals per year over the initial 7-10 years of this strategy.  Variables affecting performance include continued success of adoption incentives over time, and the general health of the economy, which can affect individuals' willingness to adopt. As with removals, the number of private care placements is usually presented as a combined number for both wild horses and burros.  However, burros are fewer in number, easier to place, and less costly to place in private care than horses.

*Funding Needs*: The estimates in this analysis are intended to identify to the committees the severity of program challenges in potential resource terms.  These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.



The average cost (shipping, advertising, staff, etc.) of placing an animal into private care has decreased over the past few years.  It is about $1,500 per animal placed (not including the $1,000 for the AIP).  These costs would likely increase due to additional AIP placements; however, these additional costs would eventually flatten out and will be offset by long-term savings in reduced holding costs for the AIP animals.  As shown in the table at Appendix B, the cost of private care placements would be approximately $11 million in the initial year. They would then increase each fiscal year as more animals are placed into private care and as a result of inflation. In addition, the BLM would continue to fund partners, who supplement the BLM's efforts to place animals into private care.

*Compliance Inspections*

Compliance inspections on animals that have been adopted occur throughout the country and are completed before they are titled.  Currently, the BLM requires mandatory compliance inspections in three circumstances: where more than 25 adopted animals are housed, where the adopter participated in the AIP, or where there are reports of potential abuse or neglect. Inspections are completed by BLM staff, authorized trained volunteers, or certified veterinarians.

14

*Factors for Success*:  A successful compliance program for the increased number of animals placed into private care, requires:

- An increase in the number of staff, partners, and volunteers who are trained and able to do compliance checks;
- Additional support from other BLM staff, such as grant officers; and
- Efforts to make compliance checks less costly.

*Expected Results*:  The BLM would expect to complete inspections on all adopted animals, with an emphasis on animals adopted through the AIP.

*Funding Needs*: The BLM expended approximately $500,000 annually for compliance inspections over the past 5 years.  To monitor animal health under the AIP, the BLM plans to increase the number of compliance inspections, which would increase costs to about $1 million annually beginning in the initial year and rise with inflation thereafter.

## Euthanasia

The BLM is prohibited from euthanizing healthy wild horses and burros by the annual Department of the Interior appropriations acts.

## Sale without Limitation

The BLM is prohibited from implementing a strategy to include sales of wild horses and burros without limitation by the annual Department of the Interior appropriations acts.

## Off-Range Care

*Off-range Corrals*

The BLM has two different types of off-range corrals: preparatory and maintenance.  Preparatory facilities receive animals directly from the range.  The animals become acclimated to living off the range; receive vaccine and dewormer treatments; obtain their identifying freezemark and/or microchip; and stallions are gelded in these facilities.  With up to 70 percent of the mares removed from the range being pregnant, their foals are added to the off-range population total. In order to accommodate the level of removals in achieving AML, the BLM must have preparatory facilities in key locations throughout the West.  In addition, preparatory facilities often perform the same function as maintenance facilities.  Acquiring more preparatory facilities, in key western locations, will be essential if BLM is to remove the number of animals proposed in this strategy.

Maintenance facilities house and care for animals before they are sent to adoption/sale events, placed into private care, or moved to longer-term facilities (off-range pastures).  Off-range corrals are twice as costly as off-range pastures.  The BLM anticipates about twice as many animals in off-range corrals as anticipated number of private care placements over the coming year in order to ensure availability of animals for events and training partners.  Additional

15

maintenance facilities, located in key areas throughout the United States, would most likely be needed.

*Factors for Success*: For the BLM to acquire enough space to accommodate all the animals proposed for removal, the BLM would need to:

- Increase the number of staff and partners in BLM-operated facilities (10-12 additional employee), staff that oversee contracted facilities, and inspection officers;
- Add support from other BLM staff, such as dedicated contract and grant officers (1 additional employee); and
- Release new solicitations annually that would attract facility owners who are willing

 and able to care and house wild horses and burros.

*Expected Results*:  With the increased removals in the initial year, the BLM could greatly increase its off-range corral population, initially in preparatory facilities before these animals are either moved into other facilities or placed into private care.

*Funding Assumptions*:  The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms.  These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

As indicated in the Estimated Funding Table in Appendix B, initial year costs would be about $28 million.  These costs would increase to $43 million in Year 3 and $56 million in Year 4; thereafter, increases of $9-10 million annually would continue as long as at least 18,000 animals

 (plus 5-6,000 foals that are born to pregnant mares) are removed from the range each year. These costs would also be highly dependent upon the number of additional off-range pasture spaces that the BLM could acquire.  This analysis assumes that additional pasture space will be available at prices comparable to what the BLM is paying today.  Holding costs could be significantly higher if these animals needed to spend additional time in off-range corrals before additional off-range pastures can be acquired, or if off-range pasture space becomes prohibitively expensive for the BLM.

16



*Off-range Pastures*



Off-range pastures are meant to replicate some of the attributes of open range for animals. They are wide-open spaces, mostly located on private lands in the Great Plains States, where animals can roam freely, feed on natural grasses, and have adequate water supplies. Supplemental hay is sometimes provided to these animals, such as in drought conditions when a lower overall quantity of feed is available to the animals on the pasture itself, and during the winter months to ensure quality animal condition is maintained. Animals held at off-range pastures, on average, are primarily over 10 years old and/or animals that have failed to be adopted despite at least three attempts. Since BLM can more easily place most burros it removes from the range into private care, there are no off-range pasture facilities for burros.

17

This is one area where the BLM has asked for partners to step in and help provide low to no-cost long-term care for animals off the range, and is a key component of a proposal that has been put forward by a broad group of stakeholders. While many organizations have voiced support for such activities, no group has come forward with a specific offer to BLM to take on this responsibility on their own. To date, all plans presented to the BLM have included the BLM continuing to pay for these services (often at a higher cost than it currently pays) and keeping ownership of the animals in the BLM's hands.

*Factors for Success*: With an increase in the number of excess animals being removed, the BLM would need to:

- Acquire enough additional pasture space (for over 220,000 animals by Year 10 - by about 12-14,000 in the first six years, then about 9-11,000 until AML is achieved) to hold and care for excess animals removed from the range, which will be a challenge;
- Attract landowners able to participate who will keep costs at current levels. Unit costs have remained relatively steady over the past few years; however, with increased capacity needs, this could easily change;
- Add additional staff, such as project inspectors (about 12-15 additional employees) and contracting personnel (about 14-16 additional employees) to cover the additional pasture locations;
- Increase NEPA related staff for annual new pastures (3-4 additional employees);
- Increase support staff to track funding and perform administrative duties (2-3 additional employees); and
- Add relocation team (3-5 employees) to move animals from pastures that close into new pastures.

*Expected Results*: Given that the care and housing of these animals remains BLM's responsibility, planning for future costs at this point must include the full costs necessary to house these animals for the rest of their lives. In order to prepare for large scale removals into the future, the BLM has issued a solicitation for additional off-range pasture space that it will award in FY 2020.

*Funding Assumptions*: The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms. These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

18



Off-range pasture costs would be about $37million in the initial year.  Cost increases of about $14 -16 million a year would continue as long as at least 18,000 animals are removed from the range each year.  It should be noted, however, that as the BLM increases the number of animals cared for off-range the long-term effects on competition and market costs are unknown.  With potentially more than 250,000 animals being held in off-range pastures, a spike in daily feed rates could dramatically increase out-year funding needs.  This analysis assumes that pasture space will be available at prices comparable to what the BLM is paying today with modest inflation factors only.



19

## Resource Monitoring

In order to evaluate AML and analyze potential on-range management actions, the BLM utilizes monitoring data to gauge changes in land and animal health.  Resource monitoring expenditures within the program are relatively small; however, the Program also has access to monitoring data collected by other BLM programs, such as Range Management and Fish and Wildlife Conservation, which can be used to evaluate and analyze on-range management actions.

*Factors for Success*: For the BLM to implement an effective monitoring program, the BLM would need to:

- Increase the number of staff (about 15-18 employees) and partners available for monitoring efforts;
- Add support from other BLM staff (1 additional employee), such as dedicated contract and grant officers; and
- Streamline monitoring efforts by other programs in areas that overlap with HMAs.

*Expected Results*:  Increasing data collection capabilities within the Program would help improve the understanding of the relationship between wild horse and burro populations and land health.

*Funding Assumptions*: The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms.  These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

In the recent past, the BLM has expended about $2 million annually for monitoring of landscape conditions and animal health.  With increased removals and planning efforts, the BLM would anticipate a larger need for monitoring data to support decision-making on the ground.  For the initial year, the BLM would need about $4 million for monitoring resource condition and trends. This cost would increase with inflation into the future.

## Population Surveys

Accurate and repeatable population surveys are vital to inform the BLM of herd size and to evaluate the outcomes of management actions.  In order to determine removal and treatment levels within an HMA, for example, the BLM must start with accurate and current population estimates. The BLM attempts to survey each HMA every 3 years; however, due to funding and workforce constraints, this is not always possible.  Over the past 15 years, the BLM has continuously worked with the U.S. Geological Survey to improve BLM's science-based survey methods.

*Factors for Success*:  In order to implement an effective monitoring program, the BLM would need to:

- Increase the number of staff and partners (2 additional employees) for survey operations;

20

- Add support from other BLM staff (1 additional employee), such as dedicated contract and grant officers; and
- Focus survey efforts annually on HMAs where planned actions are going to be taking place within the next year or two.

*Expected Results*:  Moving forward with an increased removal and treatment schedule, the BLM would require increased funding to complete surveys for each HMA every three years, thus keeping population estimates as accurate as possible.

*Funding Assumptions*:  The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms.  These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

Over the past several years, the BLM has averaged about $1.2 million in survey costs annually. Just as with monitoring, the BLM would require more surveys to support decisions for gathers and AML evaluation.  The BLM would need about $2 million for surveys in the initial year, which would increase due to inflation in the years beyond that.

## Herd Management Area Plan Development

Every major management activity that occurs on HMAs starts with the NEPA process.  Herd Management Area Plans (HMAPs) summarize the management goals for an HMA and the anticipated actions required to achieve those goals.  For many HMAs, the BLM needs to develop and/or update HMAPs to include the use of new and improved population growth suppression methods and population management goals.  In addition, these plans need to consider new research results and the potential for changes to AML.  The process of developing and updating these plans would continue to provide the opportunity to inform and involve the public in determining the best actions to take on an HMA into the future.

Just as with surveys and monitoring, HMAP development is a key component in the decision-making process for BLM's wild horse and burro management activities on the ground.  In addition, these documents often include public involvement through the NEPA process.  To accommodate the level of removals and fertility control treatments projected over the next decade and beyond, the BLM would need to develop or update more plans.

*Factors for Success*:  In order to complete all new and revised HMAPs, the BLM would need to:

- Add staffing or contractors for NEPA related to HMAP efforts;
- Add support from other BLM business areas, such as dedicated contracting officers; and
- Continue to look for ways to make the NEPA process shorter, with more local involvement, and less expensive. The BLM is already developing proposed categorical exclusions to NEPA.

21

*Expected Results*:  Completing all HMAPs required to implement on-the-ground activities, based on the results of those plans.

*Funding Assumptions*:  The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms.  These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

Over the past several years, the BLM expended about $400,000 annually on these plans.  In the initial year, the BLM will see increased activity in this area and planning costs will be about $1 million annually.

## Research

Consistent funding for research could lead to breakthroughs in longer-lasting fertility control and sterilization methods, which could significantly reduce wild horse and burro herd growth rates and out-year management costs.  The BLM used 2015 appropriations to fund multiple fertility control method studies that spanned multiple years, including studies of silicone intrauterine devices, experimental sterilization vaccines, and determinations of the correct timing to booster fertility control vaccines to increase their long-term effectiveness.  Future research and adaptive management should focus on promoting development of new methods, bringing promising approaches to the field and determining whether their use is effective.  While most studies into fertility control methods have focused on wild horse vaccines, the BLM is increasing its research into fertility control for wild burros as well.

While removals are the most effective way to reduce population size immediately, science-based demographic models clearly point to mare sterilization as the most direct way to reduce herd growth rates.  Despite this, the BLM's attempts to study the outcomes of mare sterilization via spaying have consistently been slowed by litigation.

Additional research would greatly enhance the BLM's ability to continue its efforts to reduce populations while determining new and innovative ways to place those off-range animals into private care.  This research could lead to significant long-term cost savings and more than pay for itself.

*Factors for Success*:  Identifying organizations, universities and others who are willing and able to assist the BLM in implementing this strategy.

*Expected Results*:  Research results will focus on projects with the potential to lower costs and create greater efficiencies for BLM's management of wild horses and burros.

*Funding Assumptions*: The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms.  These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

BLM_003684

The BLM estimates that research for new temporary vaccines and sterilization methods would cost up to $20 million, which is not reflected in this analysis funding assumptions.  The BLM would look for cost savings in the removal costs which could be used toward research focused on population growth suppression and other related on-range management.

## Rangeland Restoration and Rehabilitation

The overpopulation of wild horses and burros, in some areas, has negatively affected the health of rangelands and contributed to soil loss, loss of biodiversity, competition with wildlife species, including species protected under the Endangered Species Act, conversion to non-native species, and reduced water quantity and quality, among other impacts.  Through the management actions outlined in this document, as HMAs reach AML, the BLM would begin the process of rehabilitating rangelands that have been degraded by the overpopulation of wild horses and burros

*Factors for Success*:  The factors for success in preparation for any restoration or rehabilitation efforts are:

- Prior to initiating any range restoration efforts, HMA populations should be at AML.  For many HMAs this would require several years of removals, as well as the application of population suppression treatments. Occasionally, such as following a large wildfire, the entire herd will need to be removed from an area to allow revegetation;
- Monitoring data would be needed to determine if range conditions are not meeting rangeland health standards and appropriate treatments can be designed to begin the slow process of rehabilitating rangelands; and
- Identifying effective methods for restoration and rehabilitation.

*Expected Results*:  Rangeland restoration in the arid West, where possible, will take several decades even with concerted restoration efforts.  However, there are some areas that may never recover from the degradation caused by the overpopulation of wild horses and burros.

*Funding Needs*:

This analysis does not consider what funding needs would be required to do this restoration work; however, any delay in implementing a large-scale reduction of wild horse and burro populations will aggravate rangeland degradation, prolong restoration efforts and decrease their likelihood of ultimate success, and require targeting of and make less feasible the  restoration of these lands.

## Program Management and Oversight

As with any program, the BLM's program management and oversight are critical.  The BLM continues to focus its efforts to fund on-the-ground work, while keeping overhead costs low.

23

## Regulatory Changes

The Committee directed the BLM to immediately begin designing the regulatory framework and technical protocols for an active sterilization program. The BLM started this process in Spring 2019, alongside additional changes to regulations to better implement various activities within the overall program. This includes developing regulations where none currently exist (*e.g.* for the Sales Program).

## Conclusion

BLM's management activities require continued focus, improvement, and innovation to reverse declining rangeland health conditions on portions of the 25 million acres of public land now occupied by wild horses and burros. Surrounding lands may also be at risk, as animals lacking water or forage migrate to adjacent State, private, Tribal, or other Federal lands. With this migration would come increased safety concerns, such as animal incursions onto highways and even into private housing subdivisions where they may pose a risk to public safety. In addition, increased horse and burro populations impact other wildlife. For example, riparian areas that are used by multiple species, including wild horses and burros, will see further degradation. This can already be seen throughout the west, where vegetation has been lost or converted, as shown in the following photos in Nevada:

### Monitoring Key Area SP22 in Northern Nevada

 

| 1990: Late summer view of a rangeland dominated by winterfat, a native perennial vegetation of high nutritional value. | 2019: Springtime view of the same field now converted to non-native annual vegetation (which has a much lower nutritional value than the native vegetation). |

In other cases, much of the vegetation can be severely depleted from an area, such as in Antelope Valley, as can be seen in the photos below:

24

| Antelope Valley Nevada | |
|---|---|
|  |  |
| 1984: Horse population was 449.  Highly vegetated ground cover. | 2017: Horse population had risen to 1,320. Only large shrubs and trees remain with only light ground cover. |

While these examples involve rangeland with high wild horse and burro populations, similar disturbing impacts would expand to lands throughout the West as populations in all HMAs grow exponentially, eventually into areas outside the current HMA boundaries.

To address these challenges, BLM must reduce the number of wild horses and burros on the range, and this analysis demonstrates the potential resource implications associated with various non-lethal management approaches necessary for the BLM to stabilize (over the initial four to five years) and reduce (over the subsequent ten years) on-range populations, to achieve AML (by about Year 15), and maintain appropriate populations thereafter. The analysis shows that the overall funding requirements could be staggering; they start at almost $117 million in the initial year and increase over time with inflation and additional on-range and off-range activities.

 Achieving AML, maintaining AML, and caring for horses and burros off-range will require significant resource commitments during the next 10-20 years to fully realize the BLM's responsibilities under the Act. The BLM is committed to improving population growth suppression, removals, private care placements, and off-range holding activities to keep healthy herds on healthy landscapes.

25

## Appendix A: Report Language Pertaining to this Report

In Report language accompanying the FY 2019 Appropriations Act, Congressional committees requested the BLM to provide information about the Wild Horse and Burro Program.

This language is as follows:

> *The Conferees fully recognize the financial and political challenges of controlling wild horse and burro populations and note that significant management changes need to be made within the near future in order to control costs, improve range conditions, and humanely manage wild horse and burro populations. As such, the Conferees reiterate their appreciation for the Bureau's April 26, 2018, report titled ``Management Options for a Sustainable Wild Horse and Burro Program'' but believe additional analysis is needed as directed by House Report 115-765. This analysis should be provided to Congress no later than 180 days after enactment of this Act. The Bureau is expected to continue evaluating its internal policies, procedures, and regulations to reduce costs and administrative burdens, as well as researching and developing appropriate, humane protocols for fertility control methods, including sterilization, and improve its contracting for off-range holdings. It is incumbent upon the Bureau to request the funding necessary to address this growing problem; better management of this program now will result in fewer dollars necessary in the future to restore the lands that wild horses, burros, and other wildlife depend upon.*

The language referred to (House Report 115-765) is as follows:

> *The Committee appreciates the April 26, 2018, report to Congress titled ``Management Options for a Sustainable Wild Horse and Burro Program'' and recognizes the challenges Congress, the Bureau, and interested stakeholders face in setting this program on a better course to reduce costs, improve the condition of the range, and ensure a healthy wild horse and burro population. The Committee strongly encourages all parties to work together to address these challenges.*

> *The Committee requests that the Bureau conduct an analysis that identifies factors for success, total funding requirements, and expected results on potential options that (1) remove animals from the range; (2) increase the use of sterilization; (3) increase the use of short-term fertility control; (4) provide an adoption incentive of $1,000 per animal; and either (a) allow animals older than 10 years of age to be humanely euthanized; or (b) prohibit the use of euthanasia on healthy wild horses and burros.*

> *The Committee also requests an analysis on (1) options to enter into long-term contractual or partnership agreements with private, non-profit entities to reduce the cost of holding wild horses and burros for their natural lives and (2) the feasibility of*

i

*assigning full responsibility for care for wild horses and burros removed from the range to these types of entities.*

*The Committee further directs the Bureau to immediately begin designing the regulatory framework and technical protocols for an active sterilization program. The Bureau should ensure it considers the health and welfare of individual wild horses and burros and their populations and evaluates the costs of such a program. It also should draw upon the expertise of Federal, State, and private equine veterinarians, veterinary medical schools, and those with related training and experience.*

*In the bill, the Committee provides the Bureau legislative authority to manage groups of wild horses and burros as non-reproducing or single sex herds, including through the use of chemical or surgical sterilization.*

*The bill maintains existing protections regarding the sale and use of euthanasia for wild horses and burros and continues two general provisions within Title I allowing the Bureau to enter into long-term contracts and agreements for holding facilities off the range and for the humane transfer of excess animals for work purposes.*

In addition, report language accompanying the FY 2020 Appropriations also asked the BLM to provide information regarding the Wild Horse and Burro Program:

*Wild Horse and Burro Management.-For the wild horse and burro program, the bill contains a total appropriation of $101,555,000, of which $21,000,000 shall not be available for obligation until 60 days after the Bureau submits a comprehensive and detailed plan for an aggressive, non-lethal population control strategy. For purposes of the plan to be submitted, the directives expressed by the House and Senate in House Report 116-100 and Senate Report 116-123, respectively, shall prevail, particularly with respect to strict compliance with the Bureau's Comprehensive Animal Welfare Program. ln addition, the plan shall also include no less than five consecutive years of detailed expenditure estimates beginning with fiscal year 2020. The plan shall also include a thorough discussion of the Bureau's proposed management of the logistical details of the strategy, including but not limited to: (1) the number of individuals currently assigned and actively working in the program and the number of additional personnel needed to implement the strategy; (2) the resources (including personnel and equipment) currently available for animal gathers and the increases needed in those resources to substantially increase  the number of animals gathered for removal to achieve appropriate management levels; (3) the number of all short-term and long-term holding facilities currently under contract (including their current holding capacity and when those contracts expire), and an estimate of the number of additional facilities that will be needed and the Bureau's strategy to obtain those facilities, and; (4) the amount of fertility*

ii

*control resources currently available, the additional resources anticipated to be needed and the plan for obtaining those resources, and the plan for administering those resources, all focused on implementing a strategy aimed at minimizing future removals and maximizing treatment and retreatment of on-range animals to maintain appropriate management levels. Finally, the Bureau shall brief the Committees upon submission of the report, and quarterly thereafter.*

iii

BLM_003690

## Appendix B: 5 Year Estimated Funding Table ($ in millions)

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Removals | $ 8.97 | $ 18.04 | $ 18.58 | $ 17.22 | $ 17.73 |
| Fertility Control | $ 8.11 | $ 17.34 | $ 21.78 | $ 22.44 | $ 23.11 |
| Private Care Placements | $ 10.83 | $ 11.24 | $ 11.66 | $ 12.09 | $ 12.53 |
| Off-Range Corrals | $ 28.02 | $ 26.76 | $ 43.24 | $ 56.03 | $ 65.04 |
| Off-Range Pastures | $ 37.45 | $ 51.57 | $ 65.64 | $ 79.66 | $ 93.64 |
| *Other Program Functions | $ 23.42 | $ 24.05 | $ 24.10 | $ 24.56 | $ 25.95 |
| Total Annual Funding** | $ 116.81 | $ 149.00 | $ 185.00 | $ 212.00 | $ 238.00 |

The estimates in this analysis are intended to identify to the committees the severity of the program challenges in potential resource terms. These estimates should not be construed to imply Administration support for particular levels of appropriations for this program beyond FY 2021.

*Other program costs include such functions as research, monitoring, population surveys, HMAP development and updates, and program oversight.

**Total funding to stabilize on-range population growth over this 5-year window would be about $900 million. The overall costs would continue to increase until AML is achieved. It is important to note that many factors could affect the out-year costs within this analysis (i.e. unanticipated increases in holding costs, lack of available pasture space, inflation beyond the reasonable estimates considered within this analysis, improved fertility control options, etc.). The costs related to each individual category listed above uses unit cost estimates based on actual data from recent year expenditures (along with reasonable inflation increases into the future).

BLM_003691

## Appendix C: Off-Range Facility Report

| Wild Horse and Burro Off-Range Corral Report – February 2020 | | | | | |
|---|---|---|---|---|---|
| State | Facility Name | Capacity | Horses | Burros | Total |
| *Preparation Facilities* | | | | | |
| Arizona | Florence Prison | 1,000 | 66 | 355 | 421 |
| California | Litchfield | 1,000 | 610 | 208 | 818 |
| California | Ridgecrest | 975 | 609 | 47 | 656 |
| Idaho | Boise | 150 | 174 | 0 | 174 |
| Nevada | Fallon | 2,800 | 1,643 | 0 | 1,643 |
| Nevada | Palomino Valley | 1,825 | 1,634 | 16 | 1,650 |
| Oregon | Burns | 775 | 348 | 15 | 363 |
| Utah | Delta | 300 | 153 | 7 | 160 |
| Utah | Axtell/Burro | 1,200 | 0 | 687 | 687 |
| Utah | Axtell/Horse | 1,000 | 848 | 0 | 848 |
| Wyoming | Rock Springs | 775 | 535 | 0 | 535 |
| **Sub-Total** | | **11,800** | **6,620** | **1,335** | **7,955** |
| *Maintenance Facilities* | | | | | |
| California | Elk Grove Prison | 50 | 28 | 0 | 28 |
| California | Redlands | 20 | 0 | 0 | 0 |
| Colorado | Canon City Prison | 50 | 67 | 2 | 69 |
| Idaho | Bruneau | 2,800 | 1,429 | 0 | 1,429 |
| Idaho | Challis | 0 | 116 | 0 | 116 |
| Kansas | Hutchinson Prison | 350 | 317 | 2 | 319 |
| Illinois | Ewing | 275 | 132 | 5 | 137 |
| Montana | Britton Springs | 0 | 0 | 0 | 0 |
| Nebraska | Elm Creek | 475 | 301 | 7 | 308 |
| Oklahoma | Pauls Valley | 575 | 529 | 5 | 534 |
| Nevada | Carson City Prison | 2,000 | 1,129 | 49 | 1,178 |
| Utah | Salt Lake City Staging | 0 | 0 | 0 | 0 |
| Wisconsin | Mequon | 0 | 0 | 0 | 0 |
| Wyoming | Riverton Prison | 175 | 163 | 11 | 174 |
| Wyoming | Wheatland/Mantle | 200 | 197 | 4 | 201 |
| **Sub-Total** | | **6,970** | **4,408** | **85** | **4,493** |
| **Total** | | **18,770** | **11,028** | **1,420** | **12,448** |

v

| Wild Horse and Burro Off-Range Pasture Report – February 2020 | | | | | |
|---|---|---|---|---|---|
| **Pastures** | | | | | |
| **State** | **Facility Name** | **Capacity** | **Horses** | **Burros** | **Total** |
| Iowa | Mt Ayr/Geldings | 400 | 408 | 0 | 408 |
| Kansas | Cassoday/Geldings | 2,011 | 2,165 | 0 | 2,165 |
| Kansas | Grenola/Mares | 2,600 | 2,569 | 0 | 2,569 |
| Kansas | Matfield Green/Mares | 550 | 557 | 0 | 557 |
| Kansas | Teterville East/Geldings | 1,720 | 1,445 | 0 | 1,445 |
| Kansas | Teterville West/Mares | 550 | 444 | 0 | 444 |
| Kansas | Wallace/Mares | 1,242 | 1,251 | 0 | 1,251 |
| Missouri | El Dorado Springs/Mares | 500 | 484 | 0 | 484 |
| Montana | Ennis/Geldings | 950 | 893 | 0 | 893 |
| Nebraska | Atkinson/Mares | 1,200 | 1,062 | 0 | 1,062 |
| Oklahoma | Bartlesville/Geldings | 2,175 | 2,040 | 0 | 2,040 |
| Oklahoma | Catoosa/Geldings | 2,000 | 1,831 | 0 | 1,831 |
| Oklahoma | Chigley/Mares | 500 | 509 | 0 | 509 |
| Oklahoma | Davis/Mares | 200 | 207 | 0 | 207 |
| Oklahoma | Foraker/Geldings | 1,400 | 1,454 | 0 | 1,454 |
| Oklahoma | Foster/Mares | 750 | 760 | 0 | 760 |
| Oklahoma | Gray Horse East/Mares | 1,735 | 1,847 | 0 | 1,847 |
| Oklahoma | Gray Horse West/Geldings | 1,015 | 835 | 0 | 835 |
| Oklahoma | Hickory/Mares | 1,600 | 1,566 | 0 | 1,566 |
| Oklahoma | Henryette/Mares | 1,017 | 1,017 | 0 | 1,017 |
| Oklahoma | Hominy/Mares | 1,059 | 1,117 | 0 | 1,117 |
| Oklahoma | Hulah/Geldings | 2,648 | 2,497 | 0 | 2,497 |
| Oklahoma | Nowata/Mares | 900 | 972 | 0 | 972 |
| Oklahoma | Pawhuska/Mares | 2,600 | 2,429 | 0 | 2,429 |
| Oklahoma | Ringling/Mares | 1,164 | 1,260 | 0 | 1,260 |
| Oklahoma | Stratford/Mares | 100 | 101 | 0 | 101 |
| Oklahoma | Strohm/Mares | 850 | 807 | 0 | 807 |
| Oklahoma | Tishomingo/Mares | 600 | 639 | 0 | 639 |
| Oklahoma | Vinita/Geldings | 200 | 195 | 0 | 195 |
| Oklahoma | White Oak/Geldings | 500 | 477 | 0 | 477 |
| South Dakota | Vale/Geldings | 1,000 | 965 | 0 | 965 |
| South Dakota | Whitehorse/Geldings | 400 | 361 | 0 | 361 |
| Utah | Fountain Green/Mares | 700 | 513 | 0 | 513 |
| **Sub-Total** | | **36,836** | **35,677** | **0** | **36,526** |
| **Public Off-Range Pastures** | | | | | |
| | | | | | |
| Oklahoma | Coalgate | 350 | 359 | 0 | 359 |
| Wyoming | Centennial | 350 | 364 | 0 | 364 |
| Kansas | Ellsworth | 200 | 224 | 0 | 224 |
| Wyoming | Lander | 225 | 201 | 0 | 201 |
| **Sub-Total** | | **1,125** | **1,148** | **0** | **1,148** |
| **Total** | | **37,961** | **36,825** | **0** | **36,825** |

**Grand Total in All Off-Range Facilities: 49,273**

BLM_003693

## Appendix D: Current Permanent Full-Time Employees

## Dedicated to the Wild Horse and Burro Program

- National Office: Division Chief, Senior Wild Horse and Burro Specialist, Program Coordinator, Budget Analyst (4 FTE)

- On-Range Branch: Branch Chief, 3 Wild Horse and Burro Specialists, Staff Assistant, Management and Program Analyst, Public Affairs Specialist, Research Coordinator, Comprehensive Animal Welfare Program Specialist (9 FTE)

- Off-Range Branch: Branch Chief, Outreach Specialist, Private Care Placement Coordinator, Information Assistant, 2 Project Inspectors, Management and Program Analyst, Wild Horse and Burro Specialist (8 FTE)

- 12 State Leads

- Each state has varying number of wild horse and burro specialists (30 FTE)

- There are also BLM staff at BLM-managed and Contract holding facilities (40 FTEs)

- In addition to these employees, various employees throughout the BLM actively participate in and support program activities (about 35 FTEs).

vii