| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Waddell, Holle; Fluer, Scott L; Ruhs, Amy G; Reiland, Michael J |
| **Subject:** | FW: For tomorrow"s WHB Pgm call: Revisions to AIP? |
| **Date:** | Wednesday, March 17, 2021 10:10:42 AM |

Folks – Consolidating some of the feedback we received from the State Leads on last week's call:

- According to my notes, there was general agreement with moving to a single AIP payment at time of titling.
- ████████████████████████████████████████████████████████████████
- ████████████████████████████████████████████████████████████████

Available to discuss and/or prepare beefing paper for AD200 consideration.

Thx,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**From:** McGuire, Paul M
**Sent:** Tuesday, March 9, 2021 2:55 PM
**To:** WH&B State Lead Group <WHBStateLeadGroup@doimspp.onmicrosoft.com>
**Cc:** HQ-260 <hq-260@doimspp.onmicrosoft.com>
**Subject:** For tomorrow's WHB Pgm call: Revisions to AIP?

State Leads – Hello. As you all know, we are coming up on the two-year anniversary of the Adoption Incentive Program. We've learned a lot together about how the program works over that time. The HQ260 staff has gotten together to discuss some possible revisions to the AIP that we'd like to open up for broader input/discussion by state and field office staff. On tomorrow's Monthly WHB Program Call, we'd like to float the following ideas with you:

1. ████████████████████████████████████████████████████████████████

2. **Make the incentive payment in one installment at time of titling.**
   Rationale: This ensures that payments are made in full only after successful completion of all terms and conditions of the adoption contract. It eliminates the need to recover monies in the event that an animal is relinquished or repossessed. It also reduces the administrative workload associated with processing payments and tracking/resolving delays or non-payments.

3. ████████████████████████████████████████████████



With the limited time available on tomorrow's call, we don't necessarily expect to capture all thoughts and ideas, but we'd like to solicit your initial thoughts which we can incorporate into a formal proposal for leadership in the coming weeks. Following tomorrow's call, we'll be open to any other ideas or critiques you may have. Please feel free to email me (and Amy Ruhs) any time. We plan to approach 200 leadership with a refined set of proposals the week of March 22.

Thank you all.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**Gamper, Merry E**

| | |
|---|---|
| **From:** | Nedd, Michael D <mnedd@blm.gov> |
| **Sent:** | Thursday, March 25, 2021 6:17 PM |
| **To:** | Crandall, Megan |
| **Cc:** | Krauss, Jeff; Sharpe, Alyse N; Judd, Christina A; Lawyer, Mark G; Jackson, Danna R; Buffington, Matthew C; Press, BLM; Culver, Nada L |
| **Subject:** | RE: MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21 |

I'm good with the first set of responses, notwithstanding Nada's feedback.

That said, is the goal to respond separately on each set of Qs or at the same time?

*Take care and have a wonderful day! : )*

*Michael D. Nedd*
*970-256-4900 Office*
*202-236-2867 Cell*
*mnedd@blm.gov*

*A thought to consider* "*Do all the good you can, in all the ways you can, for all the people you can, while you can!*"

*"Working together we're stronger - BLM Strong" - and our Core Values are "To serve with honesty, integrity, accountability, respect, courage, and commitment to make a difference."*

---

**From:** Crandall, Megan <mcrandal@blm.gov>
**Sent:** Thursday, March 25, 2021 6:11 PM
**To:** Press, BLM <BLM_Press@blm.gov>; Culver, Nada L <nada_culver@ios.doi.gov>; Nedd, Michael D <mnedd@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>; Judd, Christina A <cjudd@blm.gov>; Lawyer, Mark G <mlawyer@blm.gov>; Jackson, Danna R <djackson@blm.gov>; Buffington, Matthew C <mbuffington@blm.gov>
**Subject:** Re: MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21

Hi, Nada/Mike.  I have been working with WHB on the more law enforcement-oriented questions.  After speaking with OLES, it looks like they don't maintain AIP-specific data, so Jason Lutterman and I discussed possible ways to answer these inquiries.  He has drafted some language and will be getting program and SOL sign off.  As soon as I see them again, I will run them past OLES for a quick review; the draft answers really don't travel down the LE road, so that should be quick and then I can get them to Rich for your review.

Megan

Megan Crandall
Bureau of Land Management Communications
801-539-4018
mcrandal@blm.gov

---

1

**From:** Packer, Richard L <rpacker@blm.gov> on behalf of Press, BLM <BLM_Press@blm.gov>
**Sent:** Thursday, March 25, 2021 3:41 PM
**To:** Culver, Nada L <nada_culver@ios.doi.gov>; Nedd, Michael D <mnedd@blm.gov>
**Cc:** Crandall, Megan <mcrandal@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>; Judd, Christina A <cjudd@blm.gov>; Lawyer, Mark G <mlawyer@blm.gov>; Jackson, Danna R <djackson@blm.gov>; Buffington, Matthew C <mbuffington@blm.gov>; Hawks, Robin <rhawks@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21

Hi Nada/Mike; checking back on this.

For awareness, the requester sent additional questions (indented below). WHB is drafting proposed responses as a separate request; planned approval routing is OLES/SOL/BLM/ASLM/Interior Press.

> I had a few more questions, and also wanted to let you know I'll be out-of-the-office all next week.  Here are the additional questions:

> How many AIP adopters have been referred to law enforcement for disposing of animals before they got title?

> How many AIP adopters have been charged with criminal violations for disposing of animals before they got title, and what were they charged with?

> How many AIP adopters have faced criminal penalties or lost their adoption privileges because they immediately sold horses to killer buyers after receiving title?

**Reporter:** Dave Phillips

**Outlet:** New York Times

**Subject:** WHB Adoptions

**Deadline:** 3/29/21 (Still to clear BLM/ASLM/Interior Press)

**Spokesperson & Position Held:** WHB/BLM Press

**Additional information/Driver for request:** I'm hoping you can provide me updates on adoptions and AIP.  I have some simple questions about numbers, and may want to speak to someone about the program after looking over the data. Thanks for this. If there is more info about the program you think would be helpful, please send it. **[Note: Requester is writing about the 50th anniversary of the WHB program and has written on the program before (most recently March 26, 2019 and March 22, 2020) and has written a book on wild horse and burro management.]**

**Questions and Proposed responses: Q1. How many animals were adopted in FY2020?**

2

*"A total of 4,713 wild horses and burros were successfully adopted in FY2020."*

**Q2. How many animals were adopted through AIP in FY2020?**

*"As of March 11, 2021, 2,850 animals were successfully adopted through the Adoption Incentive Program in FY2020."*

**Q3. How many animals have been adopted so far in FY2021?**

*"As of March 11, 2021, 2,100 animals have been successfully adopted in FY2021."*

**Q4. How many animals were adopted through AIP so far in FY2021?**

*"As of March 11, 2021, 935 animals have been successfully adopted through the Adoption Incentive Program in FY2021."*

**Q5. How much has BLM paid in incentive payments for AIP animals since the start of the program?**

*"As of March 10, 2021, the BLM has paid a total of $4,040,500 on Adoption Incentive Program invoices."*

**Q6. How many first-time adopters did AIP bring into the program?**

*"As of March 11, 2021, 2,823 first-time adopters have participated in the Adoption Incentive Program."*

**Q7. How many adopters adopted more than one horse?**

3

*"As of March 11, 2021, 1,752 adopters have adopted more than one animal through the Adoption Incentive Program since implementation."*

**Q8. How many adopters adopted the maximum of four horses?**

*"As of March 11, 2021, 547 adopters have adopted four animals through the Adoption Incentive Program since implementation."*

Thanks!

 - Richard

---

**From:** Packer, Richard L on behalf of Press, BLM <BLM_Press@blm.gov>
**Sent:** Friday, March 19, 2021 1:51 PM
**To:** Culver, Nada L <nada_culver@ios.doi.gov>; Nedd, Michael D <mnedd@blm.gov>
**Cc:** Crandall, Megan <mcrandal@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>; Judd, Christina A <cjudd@blm.gov>; Lawyer, Mark G <mlawyer@blm.gov>; Jackson, Danna R <djackson@blm.gov>; Buffington, Matthew C <mbuffington@blm.gov>; Hawks, Robin <rhawks@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21

Hi Nada/Mike. For awareness, the requester sent additional questions (indented below). WHB is drafting proposed responses as a separate request; planned approval routing is OLES/SOL/BLM/ASLM/Interior Press.

I had a few more questions, and also wanted to let you know I'll be out-of-the-office all next week.  Here are the additional questions:

How many AIP adopters have been referred to law enforcement for disposing of animals before they got title?

How many AIP adopters have been charged with criminal violations for disposing of animals before they got title, and what were they charged with?

How many AIP adopters have faced criminal penalties or lost their adoption privileges because they immediately sold horses to killer buyers after receiving title?

BLM_003700

**Reporter:** Dave Phillips

**Outlet:** New York Times

**Subject:** WHB Adoptions

**Deadline:** 3/19/21 (Still to clear BLM/ASLM/Interior Press)

**Spokesperson & Position Held:** WHB/BLM Press

**Additional information/Driver for request:** I'm hoping you can provide me updates on adoptions and AIP. I have some simple questions about numbers, and may want to speak to someone about the program after looking over the data. Thanks for this. If there is more info about the program you think would be helpful, please send it. **[Note: Requester is writing about the 50th anniversary of the WHB program and has written on the program before (most recently March 26, 2019 and March 22, 2020) and has written a book on wild horse and burro management.]**

**Questions and Proposed responses: Q1. How many animals were adopted in FY2020?**

*"A total of 4,713 wild horses and burros were successfully adopted in FY2020."*

**Q2. How many animals were adopted through AIP in FY2020?**

*"As of March 11, 2021, 2,850 animals were successfully adopted through the Adoption Incentive Program in FY2020."*

**Q3. How many animals have been adopted so far in FY2021?**

*"As of March 11, 2021, 2,100 animals have been successfully adopted in FY2021."*

**Q4. How many animals were adopted through AIP so far in FY2021?**

BLM_003701

*"As of March 11, 2021, 935 animals have been successfully adopted through the Adoption Incentive Program in FY2021."*

**Q5. How much has BLM paid in incentive payments for AIP animals since the start of the program?**

*"As of March 10, 2021, the BLM has paid a total of $4,040,500 on Adoption Incentive Program invoices."*

**Q6. How many first-time adopters did AIP bring into the program?**

*"As of March 11, 2021, 2,823 first-time adopters have participated in the Adoption Incentive Program."*

**Q7. How many adopters adopted more than one horse?**

*"As of March 11, 2021, 1,752 adopters have adopted more than one animal through the Adoption Incentive Program since implementation."*

**Q8. How many adopters adopted the maximum of four horses?**

*"As of March 11, 2021, 547 adopters have adopted four animals through the Adoption Incentive Program since implementation."*

Thanks!

- Richard

---

**From:** Packer, Richard L on behalf of Press, BLM <BLM_Press@blm.gov>
**Sent:** Wednesday, March 17, 2021 3:31 PM
**To:** Culver, Nada L <nada_culver@ios.doi.gov>; Nedd, Michael D <mnedd@blm.gov>

BLM_003702

**Cc:** Crandall, Megan <mcrandal@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>; Judd, Christina A <cjudd@blm.gov>; Lawyer, Mark G <mlawyer@blm.gov>; Jackson, Danna R <djackson@blm.gov>; Buffington, Matthew C <mbuffington@blm.gov>; Hawks, Robin <rhawks@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21

Hi Nada/Mike.


**Reporter:** Dave Phillips

**Outlet:** New York Times

**Subject:** WHB Adoptions

**Deadline:** 3/19/21 (Still to clear BLM/ASLM/Interior Press)

**Spokesperson & Position Held:** WHB/BLM Press

**Additional information/Driver for request:** I'm hoping you can provide me updates on adoptions and AIP.  I have some simple questions about numbers, and may want to speak to someone about the program after looking over the data. Thanks for this. If there is more info about the program you think would be helpful, please send it. **[Note: Requester is writing about the 50th anniversary of the WHB program and has written on the program before (most recently March 26, 2019 and March 22, 2020) and has written a book on wild horse and burro management.]**

**Questions and Proposed responses: Q1. How many animals were adopted in FY2020?**


*"A total of 4,713 wild horses and burros were successfully adopted in FY2020."*


**Q2. How many animals were adopted through AIP in FY2020?**


*"As of March 11, 2021, 2,850 animals were successfully adopted through the Adoption Incentive Program in FY2020."*


**Q3. How many animals have been adopted so far in FY2021?**


*"As of March 11, 2021, 2,100 animals have been successfully adopted in FY2021."*

BLM_003703

**Q4. How many animals were adopted through AIP so far in FY2021?**

*"As of March 11, 2021, 935 animals have been successfully adopted through the Adoption Incentive Program in FY2021."*

**Q5. How much has BLM paid in incentive payments for AIP animals since the start of the program?**

*"As of March 10, 2021, the BLM has paid a total of $4,040,500 on Adoption Incentive Program invoices."*

**Q6. How many first-time adopters did AIP bring into the program?**

*"As of March 11, 2021, 2,823 first-time adopters have participated in the Adoption Incentive Program."*

**Q7. How many adopters adopted more than one horse?**

*"As of March 11, 2021, 1,752 adopters have adopted more than one animal through the Adoption Incentive Program since implementation."*

**Q8. How many adopters adopted the maximum of four horses?**

*"As of March 11, 2021, 547 adopters have adopted four animals through the Adoption Incentive Program since implementation."*

Thanks!

BLM_003704

- Richard

---

**From:** Sharpe, Alyse N <asharpe@blm.gov>
**Sent:** Wednesday, March 17, 2021 3:28 PM
**To:** Press, BLM <BLM_Press@blm.gov>; Judd, Christina A <cjudd@blm.gov>
**Cc:** Crandall, Megan <mcrandal@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** RE: MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21

Good to move this one forward!

---

**From:** Packer, Richard L <rpacker@blm.gov> **On Behalf Of** Press, BLM
**Sent:** Tuesday, March 16, 2021 2:04 PM
**To:** Judd, Christina A <cjudd@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>
**Cc:** Crandall, Megan <mcrandal@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** Re: MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21

Hi Christi/Alyse.


**Reporter:** Dave Phillips

**Outlet:** New York Times

**Subject:** WHB Adoptions

**Deadline:** 3/19/21 (Still to clear BLM/ASLM/Interior Press)

**Spokesperson & Position Held:** WHB/BLM Press

**Additional information/Driver for request:** I'm hoping you can provide me updates on adoptions and AIP.  I have some simple questions about numbers, and may want to speak to someone about the program after looking over the data. Thanks for this. If there is more info about the program you think would be helpful, please send it. **[Note: Requester is writing about the 50th anniversary of the WHB program and has written on the program before (most recently March 26, 2019 and March 22, 2020) and has written a book on wild horse and burro management.]**

**Questions and Proposed responses: Q1. How many animals were adopted in FY2020?**


*"A total of 4,713 wild horses and burros were successfully adopted in FY2020."*


**Q2. How many animals were adopted through AIP in FY2020?**

BLM_003705

*"As of March 11, 2021, 2,850 animals were successfully adopted through the Adoption Incentive Program in FY2020."*

**Q3. How many animals have been adopted so far in FY2021?**

*"As of March 11, 2021, 2,100 animals have been successfully adopted in FY2021."*

**Q4. How many animals were adopted through AIP so far in FY2021?**

*"As of March 11, 2021, 935 animals have been successfully adopted through the Adoption Incentive Program in FY2021."*

**Q5. How much has BLM paid in incentive payments for AIP animals since the start of the program?**

*"As of March 10, 2021, the BLM has paid a total of $4,040,500 on Adoption Incentive Program invoices."*

**Q6. How many first-time adopters did AIP bring into the program?**

*"As of March 11, 2021, 2,823 first-time adopters have participated in the Adoption Incentive Program."*

**Q7. How many adopters adopted more than one horse?**

*"As of March 11, 2021, 1,752 adopters have adopted more than one animal through the Adoption Incentive Program since implementation."*

**Q8. How many adopters adopted the maximum of four horses?**

BLM_003706

*"As of March 11, 2021, 547 adopters have adopted four animals through the Adoption Incentive Program since implementation."*

Thanks!

- Richard

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Tuesday, March 16, 2021 3:59 PM
**To:** Press, BLM <BLM_Press@blm.gov>
**Cc:** Sharpe, Alyse N <asharpe@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Judd, Christina A <cjudd@blm.gov>; Crandall, Megan <mcrandal@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** RE: MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21

Looks good Richard, except – do we know he's writing about the 50th anniversary? You can probably put in the *Subject* section "Wild Horse and Burro Program" or "Wild horse and burro adoption incentive program"

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

**From:** Packer, Richard L <rpacker@blm.gov> **On Behalf Of** Press, BLM
**Sent:** Tuesday, March 16, 2021 12:16 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>
**Cc:** Sharpe, Alyse N <asharpe@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Judd, Christina A <cjudd@blm.gov>; Crandall, Megan <mcrandal@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** MEDIA QUERY - NY Times WHB Adoptions Deadline 3/19/21

Thanks Jason. How's this?

**Reporter:** Dave Phillips

**Outlet:** New York Times

BLM_003707

**Subject:**

**Deadline:** 3/19/21 (Still to clear BLM/ASLM/Interior Press)

**Spokesperson & Position Held:** WHB/BLM Press

**Additional information/Driver for request:** I'm hoping you can provide me updates on adoptions and AIP. I have some simple questions about numbers, and may want to speak to someone about the program after looking over the data. Thanks for this. If there is more info about the program you think would be helpful, please send it. **[Note: Requester is writing about the 50th anniversary of the WHB program and has written on the program before (most recently March 26, 2019 and March 22, 2020) and has written a book on wild horse and burro management.]**

**Questions and Proposed responses: Q1. How many animals were adopted in FY2020?**

*"A total of 4,713 wild horses and burros were successfully adopted in FY2020."*

**Q2. How many animals were adopted through AIP in FY2020?**

*"As of March 11, 2021, 2,850 animals were successfully adopted through the Adoption Incentive Program in FY2020."*

**Q3. How many animals have been adopted so far in FY2021?**

*"As of March 11, 2021, 2,100 animals have been successfully adopted in FY2021."*

**Q4. How many animals were adopted through AIP so far in FY2021?**

*"As of March 11, 2021, 935 animals have been successfully adopted through the Adoption Incentive Program in FY2021."*

**Q5. How much has BLM paid in incentive payments for AIP animals since the start of the program?**

*"As of March 10, 2021, the BLM has paid a total of $4,040,500 on Adoption Incentive Program invoices."*

**Q6. How many first-time adopters did AIP bring into the program?**

*"As of March 11, 2021, 2,823 first-time adopters have participated in the Adoption Incentive Program."*

**Q7. How many adopters adopted more than one horse?**

*"As of March 11, 2021, 1,752 adopters have adopted more than one animal through the Adoption Incentive Program since implementation."*

**Q8. How many adopters adopted the maximum of four horses?**

*"As of March 11, 2021, 547 adopters have adopted four animals through the Adoption Incentive Program since implementation."*

BLM_003708

Thanks!


 - Richard

---

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Tuesday, March 16, 2021 3:01 PM
**To:** Press, BLM <BLM_Press@blm.gov>
**Cc:** Sharpe, Alyse N <asharpe@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>;
McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** RE: [EXTERNAL] Question from the NY Times

Richard, please see below responses from the WHB Program. As a reminder, Philipps has written on the program before
(most recently, March 26, 2019 and March 22, 2020) and he has written a book on wild horse and burro management.

**How many animals were adopted in FY2020?**
A total of 4,713 wild horses and burros were successfully adopted in FY2020.

**How many animals were adopted through AIP in FY2020?**
As of March 11, 2021, 2,850 animals were successfully adopted through the Adoption Incentive Program in FY2020.

**How many animals have been adopted so far in FY2021?**
As of March 11, 2021, 2,100 animals have been successfully adopted in FY2021.

**How many animals were adopted through AIP so far in FY2021?**
As of March 11, 2021, 935 animals have been successfully adopted through the Adoption Incentive Program in FY2021.

**How much has BLM paid in incentive payments for AIP animals since the start of the program?**
As of March 10, 2021, the BLM has paid a total of $4,040,500 on Adoption Incentive Program invoices.

**How many first-time adopters did AIP bring into the program?**
As of March 11, 2021, 2,823 first-time adopters have participated in the Adoption Incentive Program.

**How many adopters adopted more than one horse?**
As of March 11, 2021, 1,752 adopters have adopted more than one animal through the Adoption Incentive
Program since implementation.

**How many adopters adopted the maximum of four horses?**
As of March 11, 2021, 547 adopters have adopted four animals through the Adoption Incentive Program since
implementation.


--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

BLM_003709

**From:** Lutterman, Jason W
**Sent:** Tuesday, March 16, 2021 10:58 AM
**To:** Press, BLM <BLM_Press@blm.gov>; McGuire, Paul M <pmcguire@blm.gov>
**Cc:** Sharpe, Alyse N <asharpe@blm.gov>
**Subject:** RE: [EXTERNAL] Question from the NY Times

Hi Richard, we are still working on this. Hope to have to you ASAP.

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

**From:** Packer, Richard L <rpacker@blm.gov> **On Behalf Of** Press, BLM
**Sent:** Tuesday, March 16, 2021 7:20 AM
**To:** Lutterman, Jason W <jlutterman@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Sharpe, Alyse N <asharpe@blm.gov>
**Subject:** Re: [EXTERNAL] Question from the NY Times

Hi Jason; checking back on this.

Thanks!

 - Richard

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Thursday, March 11, 2021 4:14 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Press, BLM <BLM_Press@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>
**Subject:** RE: [EXTERNAL] Question from the NY Times

Thanks Paul.

Richard or Alyse, please let me know if you have any concerns about the NYT reporter's request. I'll work with the program to pull the information together.

Thanks
Jason

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

14

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, March 11, 2021 12:36 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>
**Cc:** Press, BLM <BLM_Press@blm.gov>
**Subject:** FW: [EXTERNAL] Question from the NY Times

Jason – FYI from David Philipps below. We have about a week to pull it all together, confirm #s, and get approval..

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

**From:** David Philipps <david.philipps@nytimes.com>
**Sent:** Thursday, March 11, 2021 2:13 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: [EXTERNAL] Question from the NY Times

Thanks Paul, I totally understand.  I was hoping to get the numbers by the end of next week.

Cheers,


Dave Philipps



david.philipps@nytimes.com
Signal: 719-235-2729
Encrypted email: davidnphilipps@protonmail.com
Colorado Springs, Colorado
c: 719-235-2729


On Thu, Mar 11, 2021 at 1:10 PM McGuire, Paul M <PMcGuire@blm.gov> wrote:

Hi, David. We can help you with all that. Do you have a deadline you're working on. It might take a little bit to pull it all together and confirm everything.

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036

BLM_003711

pmcguire@blm.gov

---

**From:** David Philipps <david.philipps@nytimes.com>
**Sent:** Thursday, March 11, 2021 1:59:40 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Press, BLM <BLM_Press@blm.gov>
**Subject:** [EXTERNAL] Question from the NY Times

<div style="background-color: yellow; border: 2px solid black; padding: 10px; text-align: center;">

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

</div>

Hi Paul,

I'm hoping you can provide me updates on adoptions and AIP.  I have some simple questions about numbers, and may want to speak to someone about the program after looking over the data.

- How many animals were adopted in FY 2020.
- How many animals were adopted through AIP in F2020
- How many animals have been adopted so far in FY2021.
- How many animals were adopted through AIP so far in FY2021
- How much has BLM paid in incentive payments for AIP animals since the start of the program?
- How many first-time adopters did AIP bring into the program?
- How many adopters adopted more than one horse?
- How many adopters adopted the maximum of four horses?

Thanks for this.  If there is more info about the program you think would be helpful, please send it.

Cheers,

Dave Philipps



david.philipps@nytimes.com
Signal: 719-235-2729
Encrypted email: davidnphilipps@protonmail.com
Colorado Springs, Colorado
c: 719-235-2729

BLM_003712

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Ruhs, Amy G |
| **Cc:** | Holle Hooks |
| **Subject:** | Draft revised AIP IM |
| **Date:** | Wednesday, April 7, 2021 2:27:00 PM |
| **Attachments:** | IM 2019-025 Adoption Incentive Program for WHB - rev draft 1 pm.docx |

Hi, Amy. Please review the draft revised IM for the AIP reflecting a single payment of $1,000 at time of titling. There were a few more changes than what I originally anticipated. Please look to ensure continuity and that nothing is missing. Once we have a clean draft, we'll circulate to the State Leads for review and discussion on next week's State Lead call.

Holle' – You might want to take a glance at it too before we send it out to the SLs.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | WH&B State Lead Group; HQ-260 |
| **Subject:** | Draft revised AIP IM -- Single payment at time of titling ($1,000) |
| **Date:** | Monday, April 12, 2021 3:23:00 PM |
| **Attachments:** | IM 2019-025 Adoption Incentive Program for WHB - rev draft 1 pm.docx |

State Leads – For our call on Wednesday, please review the attached draft revised AIP IM. It incorporates one change that we discussed on the last State Lead call: It changes the payment structure to one payment of $1,000 at time of titling. If you see any holes in the IM that need to be filled, please feel free to reply via email or raise it during the call.

Based on your earlier feedback and subsequent briefings with 200 leadership, no other changes to the AIP are proposed at this time.

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Johnson, Krystal F; WH&B State Lead Group; HQ-260 |
| **Subject:** | RE: Draft revised AIP IM -- Single payment at time of titling ($1,000) |
| **Date:** | Wednesday, April 14, 2021 9:05:08 AM |

Hi, Krystal. Good comments/questions. The IM doesn't preclude the use of electronic forms. We can clarify that. As for process, the IM still envisions the adopter completing and submitting the AIP

███████████████████████████████████████████

Thanks. Talk with you later today.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**From:** Johnson, Krystal F <kfjohnso@blm.gov>

**Sent:** Tuesday, April 13, 2021 4:53 PM

**To:** McGuire, Paul M <PMcGuire@blm.gov>; WH&B State Lead Group <WHBStateLeadGroup@doimspp.onmicrosoft.com>; HQ-260 <hq-260@doimspp.onmicrosoft.com>

**Subject:** Re: Draft revised AIP IM -- Single payment at time of titling ($1,000)

Hi Paul,

Couple of questions/comments, are we also using an electronic AIP agreement form? The language in the IM refers to the printed carbon copy. About the process, would we still be issuing the initial agreement form at the time of adoption?

███████████████████████████████████████████

Thank you Paul! I think this is a great change for AIP and will hopefully simplify the workload for all involved!

--

~Krystal

Krystal Johnson

Wild Horse and Burro Specialist/State Program Lead
Eastern States Office

Cell (202) 329-4728

Eastern States is part of the following [Department of the Interior](#) [unified regions](#):

North Atlantic-Appalachian | South Atlantic-Gulf | Great Lakes | Mississippi Basin

[https://www.blm.gov/media/tales-from-the-trails-blog](https://www.blm.gov/media/tales-from-the-trails-blog)

---

**From:** McGuire, Paul M <[PMcGuire@blm.gov](mailto:PMcGuire@blm.gov)>

**Sent:** Monday, April 12, 2021 3:23 PM

**To:** WH&B State Lead Group <[WHBStateLeadGroup@doimspp.onmicrosoft.com](mailto:WHBStateLeadGroup@doimspp.onmicrosoft.com)>; HQ-260 <[hq-260@doimspp.onmicrosoft.com](mailto:hq-260@doimspp.onmicrosoft.com)>

**Subject:** Draft revised AIP IM -- Single payment at time of titling ($1,000)

State Leads – For our call on Wednesday, please review the attached draft revised AIP IM. It incorporates one change that we discussed on the last State Lead call: It changes the payment structure to one payment of $1,000 at time of titling. If you see any holes in the IM that need to be filled, please feel free to reply via email or raise it during the call.

Based on your earlier feedback and subsequent briefings with 200 leadership, no other changes to the AIP are proposed at this time.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

[pmcguire@blm.gov](mailto:pmcguire@blm.gov)

*Suprema lex libertatis*

# ADOPTION INCENTIVE PROGRAM FOR WILD HORSES AND BURROS

*IM*
Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT

WASHINGTON, D.C. 20240−0036

http://www.blm.gov

January 30, 2019

In Reply Refer To:
4750 (260) P

EMS TRANSMISSION 03/12/2019
Instruction Memorandum No. 2019-025
Expires: 09/30/2024

To:            All Field Office Officials

From:          Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

BLM_003717

**Policy/Action:**  The BLM has developed the AIP to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, and motivates previous adopters to re-engage with the program and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $1,000 within 60 days from the title date, if completed within 60 days of title eligibility. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) should make incentive payments into adopters' financial institution account.
- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).
- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).
- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel may not issue incentive payments for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption (except animals previously adopted under the AIP and relinquished).

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.
- Adopters have an opportunity to receive a total of $1,000 for each untrained animal adopted through the AIP within 60 days from the title date.
    - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement.
    - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) accompany an adopter's completed Title Application (4710-18) in order to process the one-time $1,000 payment.
- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.
- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; however, as each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.
- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled *"Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.
- The BLM should remove eligibility to participate in the AIP from any adopter that relinquishes two or more AIP animals within a 12 month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).
    - BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters who are no longer eligible to participate in the AIP.
    - Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.

# Summary of Comments on 20210421.0844.email.Mcguire.attachment.IM 2019-025 Adoption Incentive Program for WHB - rev draft 1_RNS_edits.pdf

## Page: 3



Number: 1          Author: Sharp, Robert N          Date: 4/13/2021 12:13:00 PM
b(6)

- Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for the AIP.
- BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. The NOC should send an ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) to the adopter along with the Title Application (4710-18) at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure all required forms are forwarded to the NOC for processing within 10 days of receipt from the adopter.

The following completed paperwork should be submitted to the NOC:

- Adoption Incentive Agreement *ordered from PMDS* (4710-25 Attachment 2)
  - Signed and dated by Adopter
  - Signed and dated by BLM Authorized Officer
  - Ensure contact information is complete and legible (***IMPORTANT***: In case the NOC needs to contact the adopter regarding incentive payment)
- ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
  - Signed and dated by Adopter
  - Banking information must be included. Incentive payments are via electronic funds transfer (EFT)
  - Social Security information is necessary to process EFT.
- Title Application (4710-18)
  - Signed and dated by Adopter
  - Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should mail (return receipt) or fax the paperwork to the contact information listed below:

National Operations Center (NOC) Contact Information:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047

Page: 5

Number: 1       Author: Sharp, Robert N       Date: 4/13/2021 3:13:00 PM

It seems redundant for the OOJ to submit the TEL in addition to the Adoption Incentive Agreement since the Agreement has a block for the OOJ to enter the Title Date, and includes the freezemark and signalment key of the animal(s).

BLM_003723

Denver, CO 80225-0047
Fax Number: 303-236-2531

The recipient may expect payment within 60 days.

If BLM authorized personnel have any questions, please contact the NOC at
blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of
jurisdiction or National Information Center at 866 4 MUSTANG #.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs
and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range
and made them available for adoption, placing more than 235,000 animals into private
care. Placing animals into private care is a vital component of the WHB program.
Although the WHB program has seen an increase in the number of animals placed into
private care in recent years, it does not equal the number of animals removed from the
range.  As a result, the feed and care of the animals removed from the range continue to
consume over 50 percent of the WHB program's budget. Increasing adoptions reduces
holding costs, creating a cost savings that allows funding to be dedicated to other
aspects of managing wild horses and burros. The BLM identified several options to
increase the number of animals placed into private care in a report to Congress,
*"Management Options for a Sustainable Wild Horse and Burro Program,"* submitted in
April 2018. It included offering financial incentives to find homes for wild horses and
burros, launching new programs and building on successful partnerships that facilitate
private care placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses
and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and
Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists,
Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations
Center Staff and the Interior Business Staff; and the United States Department of
Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was

reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

Signed by:                                    Authenticated by:

4 Attachments
    1 - Adoption Incentive WHBPS Guide (2 pp)
    2 - Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
    3 - Adoption Incentive Ineligibility Letter (1 p)
    4 - ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1 p)

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Banks, Shayne B; Kueck, Meredith A; Williams, Pat B; Ruhs, Amy G; Johnson, Krystal F; Warr, Victor (Gus) A; Reid, Lisa; Reiland, Michael J |
| **Subject:** | RE: Draft revised AIP IM -- Single payment at time of titling ($1,000) |
| **Date:** | Thursday, May 6, 2021 11:17:00 AM |
| **Attachments:** | IM 2019-025 AIP for WHB - rev draft 5.5.21 pm_ar.docx |

Folks – Sorry for forwarding this so shortly before our scheduled call this afternoon. Please see the revised draft IM incorporating our discussion from last week. Today's call will be to give it one final look and address any issues that we didn't have time to capture last week.

Hope you can make it today at noon CT.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** McGuire, Paul M
**Sent:** Wednesday, April 28, 2021 10:48 AM
**To:** Banks, Shayne B <sbanks@blm.gov>; Kueck, Meredith A <mkueck@blm.gov>; Williams, Pat B <pbwillia@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>; Johnson, Krystal F <kfjohnso@blm.gov>; Warr, Victor (Gus) A <gwarr@blm.gov>; Reid, Lisa <lreid@blm.gov>; Reiland, Michael J <mreiland@blm.gov>
**Subject:** RE: Draft revised AIP IM -- Single payment at time of titling ($1,000)

Thank you all for your flexibility in rescheduling this call. I hope you all can make it this afternoon.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**From:** McGuire, Paul M
**Sent:** Wednesday, April 21, 2021 8:44 AM
**To:** Banks, Shayne B <sbanks@blm.gov>; Kueck, Meredith A <mkueck@blm.gov>; Williams, Pat B
<pbwillia@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>; Johnson, Krystal F <kfjohnso@blm.gov>; Warr,
Victor (Gus) A <gwarr@blm.gov>; Reid, Lisa <lreid@blm.gov>; Reiland, Michael J
<mreiland@blm.gov>
**Subject:** FW: Draft revised AIP IM -- Single payment at time of titling ($1,000)

All – For our discussion this afternoon, re-forwarding the draft revised AIP IM with comments
received. Please see below and attached.

From my notes when we initially discussed revisions on the State Lead call, here are a few
outstanding issues:



If there's anything I missed or that comes up during our call, we can discuss that as well.

Thanks everybody.

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** Johnson, Krystal F <kfjohnso@blm.gov>
**Sent:** Tuesday, April 13, 2021 4:53 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; WH&B State Lead Group
<WHBStateLeadGroup@doimspp.onmicrosoft.com>; HQ-260 <hq-260@doimspp.onmicrosoft.com>
**Subject:** Re: Draft revised AIP IM -- Single payment at time of titling ($1,000)

Hi Paul,

Couple of questions/comments, are we also using an electronic AIP agreement form? The language in the IM refers to the printed carbon copy.  About the process, would we still be issuing the initial agreement form at the time of adoption?



Thank you Paul!  I think this is a great change for AIP and will hopefully simplify the workload for all involved!
--

~Krystal

Krystal Johnson

Wild Horse and Burro Specialist/State Program Lead
Eastern States Office
Cell (202) 329-4728

Eastern States is part of the following Department of the Interior unified regions:
North Atlantic-Appalachian | South Atlantic-Gulf | Great Lakes | Mississippi Basin

https://www.blm.gov/media/tales-from-the-trails-blog

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Monday, April 12, 2021 3:23 PM
**To:** WH&B State Lead Group <WHBStateLeadGroup@doimspp.onmicrosoft.com>; HQ-260 <hq-260@doimspp.onmicrosoft.com>
**Subject:** Draft revised AIP IM -- Single payment at time of titling ($1,000)

State Leads – For our call on Wednesday, please review the attached draft revised AIP IM. It incorporates one change that we discussed on the last State Lead call: It changes the payment structure to one payment of $1,000 at time of titling. If you see any holes in the IM that need to be filled, please feel free to reply via email or raise it during the call.

Based on your earlier feedback and subsequent briefings with 200 leadership, no other changes to the AIP are proposed at this time.

BLM_003728

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

# ADOPTION INCENTIVE PROGRAM FOR WILD HORSES AND BURROS

*IM*
Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT

WASHINGTON, D.C. 20240−0036

http://www.blm.gov

January 30, 2019

In Reply Refer To:
4750 (260) P

EMS TRANSMISSION 03/12/2019
Instruction Memorandum No. 2019-025
Expires: 09/30/2024

To:           All Field Office Officials

From:         Assistant Director, Resources and Planning

Subject:      Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

BLM_003730

**Policy/Action:**  The BLM has developed the AIP to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, and motivates previous adopters to re-engage with the program and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $1,000 within 60 days from the title date. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) will make incentive payments into adopters' financial institution account within 60 days from the title date.
- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).
- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).
- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel may not issue incentive payments for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.
- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

# Summary of Comments on DONE.IM 2019-025 AIP for WHB – rev draft 5.6.21 core grp edits.pdf

## Page: 2

Number: 1          Author: Ruhs, Amy G          Date: 4/28/2021 2:06:00 PM

b(6)

- Adopters have an opportunity to receive a total of $1,000 for each **untrained** animal adopted through the AIP within 60 days from the title date.
  - ○ The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement.
  - ○ The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) *with title date entered* and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) are submitted to the NOC in order to process the one-time $1,000 payment.
- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.
- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untiled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.
- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled *"Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

  - ○ .
  - ○ Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.
- Reassigned animals and animals that are returned to BLM and re-adopted remain eligible for the AIP.
- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **_NOT_** eligible to participate in the AIP.

## Page: 3



Number: 1    Author: McGuire, Paul M    Date: 5/5/2021 1:09:00 PM
b(6)

Number: 2    Author: McGuire, Paul M    Date: 5/6/2021 1:57:00 PM
b(6)