**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** The NOC should issue incentive payments via electronic funds transfer (EFT) only. The NOC should send an ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) to the adopter along with the Title Application (4710-18) at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure all required forms are forwarded to the NOC for processing within 10 days of receipt from the adopter.

The following completed paperwork should be submitted to the NOC:

- o   Adoption Incentive Agreement (4710-25 Attachment 2)

- Signed and dated by Adopter
- Signed and dated by BLM Authorized Officer
- Title date must be entered
- Ensure contact information is complete and legible (*IMPORTANT*: In case the NOC needs to contact the adopter regarding incentive payment)
  - ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - Signed and dated by Adopter
    - Banking information must be included
    - Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to BLM_OC_accounts_payable@blm.gov.

Alternatively, the paperwork can be mailed (return receipt) to the contact information listed below:

National Operations Center (NOC) Contact Information:
BLM National Operations Center
Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047

The recipient may expect payment within 60 days.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at 866-468-7826; wildhorse@blm.gov.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

Page: 5

Number: 1        Author: Sharp, Robert N        Date: 4/13/2021 3:13:00 PM
It seems redundant for the OOJ to submit the TEL in addition to the Adoption Incentive Agreement since the Agreement has a block for the OOJ to enter the Title Date, and includes the freezemark and signalment key of the animal(s).

BLM_003737

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption, placing more than 235,000 animals into private care. Placing animals into private care is a vital component of the WHB program. Although the WHB program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50 percent of the WHB program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *Management Options for a Sustainable Wild Horse and Burro Program,*" submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

Signed by:                                        Authenticated
by:

# Page: 6

| Number: 1 | Author: McGuire, Paul M | Date: 5/5/2021 1:24:00 PM |
|---|---|---|

Update

BLM_003739

4 Attachments

    1 - Adoption Incentive WHBPS Guide (2 pp)

    2 - Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)

    3 - Adoption Incentive Ineligibility Letter (1 p)

    4 - ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1 p)

**From:** McGuire, Paul M
**To:** Ruhs, Amy G
**Subject:** Clean AIP IM - Pls rvw
**Date:** Tuesday, May 11, 2021 1:55:00 PM
**Attachments:** image001.png

Hi, Amy. Will you please give this clean draft one last look? The only highlight I've left in is the paragraph where we define ineligible BLM employees/contractors and family members. If it looks good to you, I'll show it to Holle' then plan to share with Ethics/Solicitors. Thanks,

IM 2019-025 AIP for WHB - rev draft 5.6.21 core grp edits - clean.docx

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

BLM_003741

# ADOPTION INCENTIVE PROGRAM FOR WILD HORSES AND BURROS

*IM* ~~2019-025~~

Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240−0036
http://www.blm.gov

January 30, 2019

In Reply Refer To:
4750 (260) P

EMS TRANSMISSION 03/12/2019
Instruction Memorandum No. 2019-025
Expires: 09/30/2024

To:           All Field Office Officials

From:         Assistant Director, Resources and Planning

Subject:      Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

BLM_003742

**Policy/Action:**  The BLM has developed the AIP to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro, and motivates previous adopters to re-engage with the program and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $1,000 within 60 days from the title date. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Formatted:** Highlight

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) will make incentive payments into adopters' financial institution account within 60 days from the title date.
- The Adoption Incentive Agreement (4710-25 Attachment 2) is a three part carbon document and should be ordered by BLM authorized personnel, from the Printed Materials Distribution System (PMDS).
- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).
- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel may not issue incentive payments for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.

**Commented [RAG1]:**
-No more than 4 AIP animals per person per location or adopter wanting more than 4 animals at one location will submit a proposal for approval.

- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.
- Adopters have an opportunity to receive a total of $1,000 for each **untrained** animal adopted through the AIP within 60 days from the title date.
    - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) **at the time they sign the Private Maintenance and Care Agreement.**
    - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) *with title date entered* and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) are submitted to the NOC in order to process the one-time $1,000 payment.
- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.
- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.
- The BLM employees or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled *"Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.
- ~~The BLM should remove eligibility to participate in the AIP from any adopter that does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).~~
    - ~~BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 3) to adopters who are no longer eligible to participate in the AIP.~~

> **Commented [MPM2]:** Gus: Is this happening and who does it?
> Is this no longer necessary?
> What changes to WHBPS?

  - ○ Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.
- Reassigned animals ~~(defined as a previously adopted animal returned to BLM and readopted to another individual)~~and animals that are returned to BLM and re-adopted remain eligible for the AIP.



> **Commented [MPM3]:** Run this by Solicitor/Ethics

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4**: The NOC should issue incentive payments via electronic funds transfer (EFT) only. The NOC should send an ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) to the adopter along with the Title Application (4710-18) at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure all required forms are forwarded to the NOC for processing within 10 days of receipt from the adopter.

The following completed paperwork should be submitted to the NOC:

- Adoption Incentive Agreement (4710-25 Attachment 2)
    - Signed and dated by Adopter
    - Signed and dated by BLM Authorized Officer
    - Title date must be entered
    - Ensure contact information is complete and legible (*IMPORTANT*: In case the NOC needs to contact the adopter regarding incentive payment)
- ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - Signed and dated by Adopter
    - Banking information must be included
    - Social Security Number or EIN.
- Title Application (4710-18)
    - Signed and dated by Adopter
    - Completed, signed and dated by certifying individual

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to BLM_OC_accounts_payable@blm.gov.

Alternatively, the paperwork can be mailed (return receipt) to the contact information listed below:

National Operations Center (NOC) Contact Information:
BLM National Operations Center

**Commented [SRN4]:** It seems redundant for the OOJ to submit the TEL in addition to the Adoption Incentive Agreement since the Agreement has a block for the OOJ to enter the Title Date, and includes the freezemark and signalment key of the animal(s).

Accounts Payable Building 50 OC-622
Denver Federal Center, PO Box 25047
Denver, CO 80225-0047

The recipient may expect payment within 60 days.

If BLM authorized personnel have any questions, please contact the NOC at
blm_oc_accounts_payable@blm.gov. Adopters are encouraged to contact the office of
jurisdiction or National Information Center at 866-468-7826; wildhorse@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs
and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range
and made them available for adoption, placing more than 235,000 animals into private
care. Placing animals into private care is a vital component of the WHB program.
Although the WHB program has seen an increase in the number of animals placed into
private care in recent years, it does not equal the number of animals removed from the
range.  As a result, the feed and care of the animals removed from the range continue
to consume over 50 percent of the WHB program's budget. Increasing adoptions
reduces holding costs, creating a cost savings that allows funding to be dedicated to
other aspects of managing wild horses and burros. The BLM identified several options
to increase the number of animals placed into private care in a report to Congress,
*"Management Options for a Sustainable Wild Horse and Burro Program,"* submitted in April
2018. It included offering financial incentives to find homes for wild horses and burros,
launching new programs and building on successful partnerships that facilitate private
care placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses
and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and
Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists,
Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations

Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to Holle Waddell, Branch Chief, Wild Horse and Burro Program Off-Range at (405) 579-1860 or by email at hwaddell@blm.gov.

Signed by:                              Authenticated by:

~~Kristin Bail~~                        ~~Robert M. Williams~~

~~Assistant Director~~                  ~~Division of Business Resources,WO-850~~

~~Resources and Planning~~

Commented [MPM5]: Update

4 Attachments

   1 -Adoption Incentive WHBPS Guide (2 pp)
   2 -Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
   3 -Adoption Incentive Ineligibility Letter (1 p)
   4 -ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 (1 p)

BLM_003748

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Waddell, Holle |
| **Cc:** | Ruhs, Amy G |
| **Subject:** | FW: Clean AIP IM - Pls rvw |
| **Date:** | Thursday, May 13, 2021 10:20:00 AM |
| **Attachments:** | image001.png |

Holle' – A link to a clean revised draft of the AIP IM is provided below, reflecting changes necessary to effect the one-time payment of $1,000 at time of titling. Beside the change in payment, one other material change has been made to the IM. Based on feedback from the field, we revised the language regarding who is ineligible to participate in the AIP. Previously the list of people related to BLM employees and contractors who were deemed ineligible was quite extensive (reaching out several generations). We revised that to include only BLM employees/contractors/partners and members of their immediate households. That paragraph on pages 3-4 is highlighted in yellow for reference. Our next step would be to run that by Ethics for input/concurrence. ███████████████

███████████████████████████████████████████████

███████████████████████

Happy to set up a call to review and discuss.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**From:** McGuire, Paul M

**Sent:** Tuesday, May 11, 2021 1:55 PM

**To:** Ruhs, Amy G <aruhs@blm.gov>

**Subject:** Clean AIP IM - Pls rvw

Hi, Amy. Will you please give this clean draft one last look? The only highlight I've left in is the paragraph where we define ineligible BLM employees/contractors and family members. If it looks good to you, I'll show it to Holle' then plan to share with Ethics/Solicitors. Thanks,

📄 IM 2019-025 AIP for WHB - rev draft 5.6.21 core grp edits - clean.docx

Paul McGuire

Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

**Nguyen, Brianna E**

| | |
|---|---|
| **From:** | Wolfe, Shane B |
| **Sent:** | Thursday, May 20, 2021 3:41 PM |
| **To:** | Nguyen, Brianna E |
| **Cc:** | Heard, Preston S |
| **Subject:** | FW: [EXTERNAL] Timely: Supplemental Information & Request re: BLM Adoption Incentive Program |
| **Attachments:** | Ltr to Secy Haaland on BLM AIP.pdf |
| | |
| **Categories:** | For entry |

Incoming for entry.

---

**From:** Martinez-Niles, Raquel <raquel_martinez-niles@ios.doi.gov> **On Behalf Of** OS, DOIExecSec
**Sent:** Wednesday, May 19, 2021 4:33 PM
**To:** Wolfe, Shane B <shane_wolfe@ios.doi.gov>
**Subject:** FW: [EXTERNAL] Timely: Supplemental Information & Request re: BLM Adoption Incentive Program

---

**From:** Suzanne Roy <sroy@americanwildhorsecampaign.org>
**Sent:** Monday, May 17, 2021 4:06 PM
**To:** OS, DOIExecSec <DOIExecSec@ios.doi.gov>
**Cc:** ldavis@blm.gov; Culver, Nada L <nculver@blm.gov>; Holly Gann <holly@americanwildhorsecampaign.org>
**Subject:** [EXTERNAL] Timely: Supplemental Information & Request re: BLM Adoption Incentive Program

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

May 17, 2021

The Honorable Secretary Deb Haaland
U.S. Department of Interior
Email: doiexecsec@ios.doi.gov

CC:
Laura Daniel Davis, Principal Deputy Assistant Secretary
U.S. Department of the Interior
Land and Minerals Management
Email: ldavis@blm.gov

1

Nada Culver, Acting Director
U.S. Bureau of Land Management
Email: nculver@blm.gov

**Re: Please Immediately Suspend and Investigate the BLM's Adoption Incentive Program**

Dear Secretary Haaland:

I am writing on behalf of the American Wild Horse Campaign ("AWHC") and our rescue partners Skydog Sanctuary, Evanescent Mustang Rescue, and Black Hills Wild Horse Sanctuary to urge you to immediately suspend and investigate the Bureau of Land Management's ("BLM") Adoption Incentive Program ("AIP"), which – as exposed by yesterday's *New York Times* report and the AWHC investigation that prompted it – is laundering federally-protected wild horses and burros to slaughter in violation of Congress' prohibition on the BLM's adoption or sale of wild horses to anyone who intends to kill or sell them for slaughter for commercial purposes. (PL 116-260, 12/27/20).

Further, we call on you to place a moratorium on wild horse and burro roundups and re-evaluate the previous Administration's mass roundup plan, which is fueling efforts to dispose of captured wild horses and burros and resulting in their illegal transfer for slaughter.

The AIP pays individuals $1,000 to adopt a wild, unhandled horse or burro. Adopters receive a $500 payment upon adopting the animals and a second $500 payment 60–90 days after title transfer, a year later. Our investigation proves, and the *Times* report confirms, that many adopters are selling animals adopted through AIP at known slaughter auctions shortly after the second payment clears their bank accounts. To date, the program has cost taxpayers more than $4 million.

**AWHC and *New York Times* Investigations**

Specifically, AWHC, with assistance from our rescue partners and the *New York Times*, has identified more than 90 wild horses and burros at eight different livestock auctions, across five different states, all known to sell horses to kill buyers for slaughter. All of these animals fit the AIP time frame, arriving in these kill pens within 60–90 days of each title passing from the BLM to the adopter. So far, 18 have been confirmed AIP through records obtained through the Freedom of Information Act ("FOIA") and pending FOIA requests are expected to confirm dozens more AIP animals. At least 22 of those adopters have been identified—18 by name through FOIA records.

AWHC and the *New York Times* have also identified numerous groups of related individuals conspiring to maximize their AIP payments by each adopting four BLM horses (the per-person limit) to a single location. These individuals adopted up to 20 horses per group, then "flipped" them to slaughter auctions 60–90 days after receiving title to the animals. In the case of a specific group of 20 horses, the adopters collected profits of $20,000 in AIP payments and approximately $10,000 at auction for a total of $30,000 in profits for the five-person family. In an interview with the *Times*, Lonnie Krause called it simple economics, "I can make about $800 putting a calf on my land for a year. With the horses, I made $1,000, then turned around and sold them for $500."

It is difficult to ascertain the true number of BLM wild horses and burros being sold for slaughter through the AIP because there are many kill pens and auctions operating across the U.S. and many direct ship these animals across the border without any advertisement. Thus, there are many wild horses and burros being sold through these auctions and kill pens that we have not identified. Further, because the BLM is not forthcoming about animals that have been adopted through AIP, advocates must rescue the horses or burros from kill pens in order to secure their titles and begin to track their records. It is in this manner that AWHC and our rescue partners have accumulated information demonstrating that a serious problem exists within the program.

BLM_003752

In addition to adopters selling horses for slaughter, compliance inspections obtained through AWHC's FOIA requests have shown numerous cases of inhumane living conditions, extreme neglect, and abuse by AIP adopters who clearly lack the interest, ability, or knowledge to properly care for these horses and burros. Examples include numerous cases of extremely malnourished, emaciated horses and documented cases of outright abuse, including a horse living in a dog pen and standing in 5 inches of mud and a horse with multiple sores on its body.

**Agency Complicity**

As was the case with the BLM's sale of 1,700 wild horses to a known kill buyer a decade ago, today the agency is, at best, turning a blind eye to the fate of the horses and burros adopted through AIP once title has transferred. However, in the worst cases, BLM has directly facilitated the path to slaughter for wild horses and burros in its care. According to one AIP beneficiary interviewed by the *Times*, BLM has told adopters "once you get title… there is no limitation, you can do what you want with them." The *Times* also uncovered that the BLM is failing to adequately screen its potential adopters: "a man in Oklahoma was paid to take horses even though he had previously gone to prison for kidnapping and beating two men during a horse-slaughter deal gone bad."

The BLM is also failing to seek prosecution of individuals who violate the terms of their adoption contracts, which include a sworn statement, under penalty of perjury, attesting to the fact that they have "no intent to sell this wild horse or burro for slaughter or bucking stock, or for processing into commercial products, within the meaning of the Wild and Free Roaming Horse and Burro Act, 16 U.S.C. 1331 et seq., and regulations 43 CFR 4700.0-5(c)." The agency claimed to the *Times* that it has "no authority to enforce the anti-slaughter agreements or to track horses once title is transferred," even though breach of those agreements is a violation under 18 U.S. Code Section 1001, which subjects anyone who "makes any materially false, fictitious, or fraudulent statement or representation... in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States" to fines and imprisonment of up to five years.

**Slaughter Is Inevitable Under Trump-Era Mass Roundup Plan**

The AIP's disastrous outcome for America's wild horses and burros is the inevitable result of 50 years of mismanagement and continued reliance on an outdated, unscientific, and inhumane approach of roundups, removals, and stockpiling wild horses in off-range holding facilities instead of prioritizing humane and scientific in-the-wild management. This failed approach was accelerated under the previous administration, and the AIP was implemented to move horses and burros out of holding pens quickly in order to make room for the mass number of animals targeted for removal from public lands over the next five years. The endless cycle of removing and stockpiling wild horses and burros is ineffective and unsustainable as outlined in the National Academy of Sciences' report, "Using Science to Improve the BLM Wild Horse & Burro Program: A Way Forward" (2013). The report concluded that, "*Management practices are facilitating high rates of population growth,*" thereby increasing the number of horses and burros removed and sent to holding facilities. As a result, "*continuation of 'business as usual' practices will be expensive and unproductive for the BLM and the public it serves*."

The American Wild Horse Campaign has developed an alternative framework for wild horse management that offers a science-based and fiscally responsible approach to solve the wild horse issue in five years by (1) realigning wild horse and burro management policy to prioritize humane, in-the-wild management using fertility control and other strategies; (2) reducing removals and costs of maintaining horses in holding facilities, and (3) restoring ecological balance and creating sustainable wild herds, as required under the Wild Free Roaming Horses and Burros Act. This framework can save taxpayers an estimated $154–274 million (17–30%) in the first five years compared to the plan BLM outlined in its 2020 report to Congress. By reducing

3

removals of wild horses and burros from their habitats, the BLM can reduce the risk that these cherished animals will be slaughtered, an outcome that 80 percent of Americans oppose.

**Our Request**

The failure of the AIP highlights the perils of the current plan for wild horse and burro management and the urgent need for the immediate implementation of an alternative course. As the lives of thousands of wild horses and burros and millions of tax dollars are on the line, we respectfully request that you:

- 
- Immediately terminate the

- AIP program.

- 
- 
- Launch an investigation

- into the program and its link to slaughter, abuse, and neglect, including identifying horses and burros in the AIP pipeline who will be at  risk of slaughter when adopters collect their final AIP payments.

- 
- 
- Take steps to hold BLM officials

- who knowingly facilitated the problem accountable and criminally prosecute adopters who violated their sworn anti-slaughter adoption contracts, thus establishing a deterrent to future violators.

- 
- 
- Meet with the American Wild

- Horse Campaign at your earliest convenience to discuss in further detail our investigative findings as well as our proposed alternative management framework that will benefit both American taxpayers and our nation's iconic wild horses and burros.

- 

We strongly supported your nomination as Interior Secretary and believe that under your inspired leadership, scientific and humane reform of the mismanaged BLM Wild Horse and Burro Program is possible. We look forward to working with you to achieve our shared goals of protecting wild horses and burros and the public lands they inhabit. Thank you in advance for your time and consideration of our requests. I am available at the phone number and email below to discuss further.

Sincerely,

Suzanne Roy, Executive Director
Sroy@americanwildhorsecampaign.org

BLM_003754

(919) 697-9389


--
**Suzanne Roy**
**American Wild Horse Campaign**
**E**  sroy@americanwildhorsecampaign.org   **C**  919-697-9389
www.AmericanWildHorseCampaign.org

BLM_003755



May 17, 2021

The Honorable Secretary Deb Haaland
U.S. Department of Interior
Email: doiexecsec@ios.doi.gov

CC:
Laura Daniel Davis, Principal Deputy Assistant Secretary
U.S. Department of the Interior
Land and Minerals Management
Email: ldavis@blm.gov

Nada Culver, Acting Director
U.S. Bureau of Land Management
Email: nculver@blm.gov

**Re:** **Please Immediately Suspend and Investigate the BLM's Adoption Incentive Program**

Dear Secretary Haaland:

I am writing on behalf of the American Wild Horse Campaign ("AWHC") and our rescue partners Skydog Sanctuary, Evanescent Mustang Rescue, and Black Hills Wild Horse Sanctuary to urge you to immediately suspend and investigate the Bureau of Land Management's ("BLM") Adoption Incentive Program ("AIP"), which – as exposed by yesterday's *New York Times* report and the AWHC investigation that prompted it – is laundering federally-protected wild horses and burros to slaughter in violation of Congress' prohibition on the BLM's adoption or sale of wild horses to anyone who intends to kill or sell them for slaughter for commercial purposes. (PL 116-260, 12/27/20).

Further, we call on you to place a moratorium on wild horse and burro roundups and re-evaluate the previous Administration's mass roundup plan, which is fueling efforts to dispose of captured wild horses and burros and resulting in their illegal transfer for slaughter.

The AIP pays individuals $1,000 to adopt a wild, unhandled horse or burro. Adopters receive a $500 payment upon adopting the animals and a second $500 payment 60–90 days after title transfer, a year later. Our investigation proves, and the *Times* report confirms, that many adopters are selling animals adopted through AIP at known slaughter auctions shortly after the second payment clears their bank accounts. To date, the program has cost taxpayers more than $4 million.

**AWHC and *New York Times* Investigations**

1

BLM_003756

Specifically, AWHC, with assistance from our rescue partners and the *New York Times*, has identified more than 90 wild horses and burros at eight different livestock auctions, across five different states, all known to sell horses to kill buyers for slaughter. All of these animals fit the AIP time frame, arriving in these kill pens within 60–90 days of each title passing from the BLM to the adopter. So far, 18 have been confirmed AIP through records obtained through the Freedom of Information Act ("FOIA") and pending FOIA requests are expected to confirm dozens more AIP animals. At least 22 of those adopters have been identified—18 by name through FOIA records.

AWHC and the *New York Times* have also identified numerous groups of related individuals conspiring to maximize their AIP payments by each adopting four BLM horses (the per-person limit) to a single location. These individuals adopted up to 20 horses per group, then "flipped" them to slaughter auctions 60–90 days after receiving title to the animals. In the case of a specific group of 20 horses, the adopters collected profits of $20,000 in AIP payments and approximately $10,000 at auction for a total of $30,000 in profits for the five-person family. In an interview with the *Times*, Lonnie Krause called it simple economics, "I can make about $800 putting a calf on my land for a year. With the horses, I made $1,000, then turned around and sold them for $500."

It is difficult to ascertain the true number of BLM wild horses and burros being sold for slaughter through the AIP because there are many kill pens and auctions operating across the U.S. and many direct ship these animals across the border without any advertisement. Thus, there are many wild horses and burros being sold through these auctions and kill pens that we have not identified. Further, because the BLM is not forthcoming about animals that have been adopted through AIP, advocates must rescue the horses or burros from kill pens in order to secure their titles and begin to track their records. It is in this manner that AWHC and our rescue partners have accumulated information demonstrating that a serious problem exists within the program.

In addition to adopters selling horses for slaughter, compliance inspections obtained through AWHC's FOIA requests have shown numerous cases of inhumane living conditions, extreme neglect, and abuse by AIP adopters who clearly lack the interest, ability, or knowledge to properly care for these horses and burros. Examples include numerous cases of extremely malnourished, emaciated horses and documented cases of outright abuse, including a horse living in a dog pen and standing in 5 inches of mud and a horse with multiple sores on its body.

**Agency Complicity**

As was the case with the BLM's sale of 1,700 wild horses to a known kill buyer a decade ago, today the agency is, at best, turning a blind eye to the fate of the horses and burros adopted through AIP once title has transferred. However, in the worst cases, BLM has directly facilitated the path to slaughter for wild horses and burros in its care. According to one AIP beneficiary interviewed by the *Times*, BLM has told adopters "once you get title… there is no limitation, you can do what you want with them." The *Times* also uncovered that the BLM is failing to adequately screen its potential adopters: "a man in Oklahoma was paid to take horses even though he had previously gone to prison for kidnapping and beating two men during a horse-slaughter deal gone bad."

2

The BLM is also failing to seek prosecution of individuals who violate the terms of their adoption contracts, which include a sworn statement, under penalty of perjury, attesting to the fact that they have "no intent to sell this wild horse or burro for slaughter or bucking stock, or for processing into commercial products, within the meaning of the Wild and Free Roaming Horse and Burro Act, 16 U.S.C. 1331 et seq., and regulations 43 CFR 4700.0-5(c)." The agency claimed to the *Times* that it has "no authority to enforce the anti-slaughter agreements or to track horses once title is transferred," even though breach of those agreements is a violation under 18 U.S. Code Section 1001, which subjects anyone who "makes any materially false, fictitious, or fraudulent statement or representation... in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States" to fines and imprisonment of up to five years.

## Slaughter Is Inevitable Under Trump-Era Mass Roundup Plan

The AIP's disastrous outcome for America's wild horses and burros is the inevitable result of 50 years of mismanagement and continued reliance on an outdated, unscientific, and inhumane approach of roundups, removals, and stockpiling wild horses in off-range holding facilities instead of prioritizing humane and scientific in-the-wild management. This failed approach was accelerated under the previous administration, and the AIP was implemented to move horses and burros out of holding pens quickly in order to make room for the mass number of animals targeted for removal from public lands over the next five years. The endless cycle of removing and stockpiling wild horses and burros is ineffective and unsustainable as outlined in the National Academy of Sciences' report, "Using Science to Improve the BLM Wild Horse & Burro Program: A Way Forward" (2013). The report concluded that, "*Management practices are facilitating high rates of population growth,*" thereby increasing the number of horses and burros removed and sent to holding facilities. As a result, "*continuation of 'business as usual' practices will be expensive and unproductive for the BLM and the public it serves.*"

The American Wild Horse Campaign has developed an alternative framework for wild horse management that offers a science-based and fiscally responsible approach to solve the wild horse issue in five years by (1) realigning wild horse and burro management policy to prioritize humane, in-the-wild management using fertility control and other strategies; (2) reducing removals and costs of maintaining horses in holding facilities, and (3) restoring ecological balance and creating sustainable wild herds, as required under the Wild Free Roaming Horses and Burros Act. This framework can save taxpayers an estimated $154–274 million (17–30%) in the first five years compared to the plan BLM outlined in its 2020 report to Congress. By reducing removals of wild horses and burros from their habitats, the BLM can reduce the risk that these cherished animals will be slaughtered, an outcome that 80 percent of Americans oppose.

## Our Request

The failure of the AIP highlights the perils of the current plan for wild horse and burro management and the urgent need for the immediate implementation of an alternative course. As

3

the lives of thousands of wild horses and burros and millions of tax dollars are on the line, we respectfully request that you:

- Immediately terminate the AIP program.

- Launch an investigation into the program and its link to slaughter, abuse, and neglect, including identifying horses and burros in the AIP pipeline who will be at  risk of slaughter when adopters collect their final AIP payments.

- Take steps to hold BLM officials who knowingly facilitated the problem accountable and criminally prosecute adopters who violated their sworn anti-slaughter adoption contracts, thus establishing a deterrent to future violators.

- Meet with the American Wild Horse Campaign at your earliest convenience to discuss in further detail our investigative findings as well as our proposed alternative management framework that will benefit both American taxpayers and our nation's iconic wild horses and burros.

    We strongly supported your nomination as Interior Secretary and believe that under your inspired leadership, scientific and humane reform of the mismanaged BLM Wild Horse and Burro Program is possible. We look forward to working with you to achieve our shared goals of protecting wild horses and burros and the public lands they inhabitat. Thank you in advance for your time and consideration of our requests. I am available at the phone number and email below to discuss further.

Sincerely,

Suzanne Roy, Executive Director
Sroy@americanwildhorsecampaign.org
(919) 697-9389

4

BLM_003759