14

sessment, inventory, and monitoring; $8,000,000 for renewable energy development; $4,220,000 for improving water resources; $20,200,000 for abandoned mine land sites; and a total of $596,000 to transition to a zero emission fleet. The recommendation also provides $121,000 for National Wild and Scenic Rivers and $10,000,000 in resource management planning for sage grouse conservation activities.

*Transportation and Facilities Maintenance.*—The Committee recommends $78,724,000 for Transportation and Facilities Maintenance, $1,055,000 above the enacted level and equal to the budget request. The recommendation provides $1,220,000 for National Wild and Scenic Rivers and $1,012,000 for National Scenic and Historic Trails.

*Workforce and Organizational Support.*—The Committee recommends $166,066,000, for Workforce and Organizational Support, $2,366,000 below the enacted level and $92,000 below the budget request. The recommendation includes a total of $91,000 to transition to a zero emission fleet. The recommendation also provides $800,000 for diversity, equity, inclusion, and accessibility, and $59,000 for National Wild and Scenic Rivers.

*National Landscape Conservation System.*—The Committee recommends $66,491,000 for the National Landscape Conservation System, $20,672,000 above the enacted level and $1,183,000 below the budget request. The recommendation includes $1,779,000 for conserving and restoring lands to combat climate change, and a total of $183,000 to transition to a zero emission fleet.

*Communication Site Management.*—The Committee recommends $2,000,000 for communications site management, equal to the budget request. This amount is reduced by $2,000,000 in offsetting collections.

*Mining Law Administration.*—The Committee recommends $39,696,000 for mining law administration, equal to the budget request. This amount is offset by $64,000,000 in offsetting collections.

*Additional Guidance.*—

*Aquifer Recharge.*—The Committee encourages the Bureau to work with the state of Idaho to provide appropriate access to federal lands for the purposes of recharge projects.

*Cadastral Survey.*—The Committee directs the Bureau to continue executing the survey requirements of the Hawaiian Home Lands Recovery Act, P.L. 104–42 as soon as public health conditions allow. The Bureau shall consult with Homestead Beneficiary Associations, as defined under 43 C.F.R. §47.1, when conducting these surveys.

*Diversity Statistics.*—The Bureau is encouraged to consider the feasibility of adding diversity reporting requirement to commercial filming projects on Bureau-managed lands.

*National Fish and Wildlife Foundation.*—The Committee appreciates the long-standing partnership between the National Fish and Wildlife Foundation, a congressionally chartered institution, and several bureaus within the Department, particularly the Bureau of Land Management. The Committee urges the Bureau to continue this partnership and agrees that, at the Bureau's discretion, funds made available under this appropriation may be used for critical conservation activities, pursuant to 16 U.S.C.3701 et seq., under the same term and conditions as outlined under this

15

heading in Title I of Division G of P.L. 115–31, the fiscal year 2017 Interior, Environment and Related Agencies Act.

*Off-Highway Vehicle Pilot Program.*—The Bureau is once again directed to provide a report to the Committee within 90 days of enactment of this Act, on the status of the Bureau's efforts regarding the directive contained in House Report 115–765.

*Plant Conservation Activities.*—The Committee continues to support the Bureau's Plant Conservation Program and the National Seed Strategy and no less than $25,000,000 across the Bureau should be directed towards this effort to enhance this activity. The program is to be operated consistent with prior years. The Committee expects the Bureau to work to lead the interagency Native Plant Materials Development program, the Seeds of Success program, the Plant Conservation Alliance, several regional native plant materials development programs, and related research and programmatic activity. The Committee also continues to support the implementation of the national seed strategy to ensure there is a variety of seeds to accomplish immediate and long-term restoration goals.

*Rainy River Watershed.*—The Committee is pleased to see the terms of the Stipulated Settlement Agreement filed May 10, 2021 in which the Bureau of Land Management will reconsider its May 1, 2020 decision authorizing the extension of thirteen Twin Metals prospecting permits after conducting an Environmental Assessment, completing an effects determination and, as appropriate, requesting initiation of Endangered Species Act Section 7 consultation, and during the interim will not authorize any surface disturbing activities for the thirteen prospecting permits.

*Southern Nevada Public Land Management Act (SNPLMA).*—The Committee reiterates that the funds from this account are to be used for activities authorized under Public Law 105–263.

*Water Quality.*—The Committee encourages the Bureau to work with Blaine County and interested community stakeholders to address the increased sediment buildup in the Hulen Meadows Pond by examining collaborative solutions to restoring the pond to adequate health through dredging and other cost effective measures.

Bill language has been included which authorizes the Bureau to accept transfers of funds from U.S. Customs and Border Protection for mitigation activities, including land acquisition, related to construction of border barriers on Federal lands.

OREGON AND CALIFORNIA GRANT LANDS

| | |
|---|---|
| Appropriation enacted, 2021 ................................................................ | $114,783,000 |
| Budget estimate, 2022 .......................................................................... | 128,471,000 |
| Recommended, 2022 .............................................................................. | 124,471,000 |
| Comparison: | |
|    Appropriation, 2021 ....................................................................... | +9,688,000 |
|    Budget estimate, 2022 .................................................................. | −4,000,000 |

The Committee recommends $124,471,000 for the Oregon and California Grant Lands appropriation. This amount is $9,688,000 above the enacted level and $4,000,000 below the budget request. The Committee approves the program changes in the budget request except includes $1,640,000 for Civilian Climate Corps; $3,962,000 for restoring landscape connectivity and function; $2,239,000 for conserving and restoring lands to combat climate change; and $250,000 to transition to a zero emission fleet. The rec-

16

ommendation also provides $374,000 for National Wild and Scenic Rivers.

*Fire protection.*—The Committee directs the Bureau to refrain from any actions that would withdraw the Bureau from its fire protection agreement with the State of Oregon.

*Timber targets.*—The Committee continues to be troubled by the disparity in timber targets compared with timber awarded and harvested in some districts. The Bureau is once again directed to prioritize response to administrative protests on timber sales in a timely manner and to report timber sale accomplishments in volume of timber sold and awarded, rather than merely the volume offered for sale, and shall report to the Committee on its progress.

RANGE IMPROVEMENTS

The Committee recommends an indefinite appropriation of not less than $10,000,000 to be derived from public lands receipts and Bankhead-Jones Farm Tenant Act lands grazing receipts, as requested.

SERVICE CHARGES, DEPOSITS, AND FORFEITURES

The Committee recommends an indefinite appropriation estimated to be $30,000,000 for Service Charges, Deposits, and Forfeitures. The appropriation is fully offset through collections.

MISCELLANEOUS TRUST FUNDS

The Committee recommends an indefinite appropriation estimated to be $26,000,000.

ADMINISTRATIVE PROVISIONS

The Committee recommends inclusion of the Administrative Provisions proposed in the budget request and notes that they are long-standing items that facilitate efficient operations.

UNITED STATES FISH AND WILDLIFE SERVICE

Originating in 1871, the United States Fish and Wildlife Service (Service) is the oldest federal conservation agency, and the only agency in the federal government, whose primary responsibility is management of fish and wildlife for the American public. The Service plays an important role in connecting Americans with nature and in maintaining and protecting the Nation's natural resources for present and future generations. This requires strict enforcement of important and foundational environmental laws such as the Endangered Species Act (ESA), Migratory Bird Treaty Act (MBTA), Marine Mammal Protection Act, Lacey Act, and international treaties like the Convention on International Trade in Endangered Species (CITES).

During the coronavirus pandemic visitors to the 568 national wildlife refuges found sanctuary in a safe, socially distanced and masked environment where they could seek solace from nature. These 568 National Wildlife Refuges located in every State and many territories operate as a national network of lands and waters for the conservation, management, and restoration of fish, wildlife, and plant resources and habitats. The Service also operates one historic National Fish Hatchery and 70 National Fish Hatcheries

that work with states and tribes to propagate fish to bolster or re-establish self-sustaining populations in the wild and mitigate impacts associated with Federal water projects.

RESOURCE MANAGEMENT

(INCLUDING TRANSFER OF FUNDS)

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $1,379,828,000 |
| Budget estimate, 2022 ....................................................................... | 1,679,113,000 |
| Recommended, 2022 ........................................................................... | 1,651,795,000 |
| Comparison: | |
|     Appropriation, 2021 ...................................................................... | +271,967,000 |
|     Budget estimate, 2022 ................................................................... | −27,318,000 |

The Committee recommends $1,651,795,000 for Resource Management, $271,967,000 above the enacted level and $27,318,000 below the budget request. The recommendation assumes the enacted level of funding for all programs and accepts the program changes in the budget request unless differences are specified. Program changes, instructions and details follow below and in the table at the end of this report. Additional instructions are included in the front of this report. The Committee encourages the Service to expand its work through its Tribal liaison and regional liaisons and coordinators to enhance technical assistance and collaboration with tribes.

*Ecological Services.*—The recommendation includes $315,159,000 for Ecological Services to protect landscapes, fish, wildlife, and plants by administering the Endangered Species Act (ESA) and related activities, $45,493,000 above the enacted level and $16,930,000 below the budget request. The recommendation provides additional resources to strengthen efforts to conserve our natural resources for future generations and to ensure the protection of important ecosystems such as the Chesapeake Bay, the Everglades, and the California Bay-Delta. Program elements for this activity follow below.

*Listing.*—The recommendation includes $22,279,000 for ESA listings and related activities. Through the listing process, the best scientific and commercial information on a species is analyzed so a determination can be made on whether the survival of a species requires the protections afforded by the ESA. Bill language is continued as requested to protect the rest of the Resource Management account from listing-related judicial mandates. The Committee supports the Service's efforts with local and regional stakeholders to develop voluntary solutions to conserve targeted species.

*Planning and Consultation.*—The recommendation includes $125,292,000 for timely evaluations and permitting of development projects to ensure species are protected while allowing for development that contributes to economic growth and job creation. This recommendation provides $17,354,000 for increased support for environmental permitting for clean energy to stem the effects of climate change, $1,500,000 for pesticide consultations, and $93,307,000 for general program activities such as building field capacity and focus on technical assistance to Federal agencies and project proponents and to work with States, counties and private landowners to develop planning grants and create Habitat Conservation Plans; to enhance the Integrated Planning and Conservation (IPaC) system; and to ensure adequate implementation of the

BLM_004171

18

ESA and the integration of monitoring data into management decisions.

The Committee acknowledges that the Service has issued guidance to field offices and will be updating the Habitat Conservation Plan (HCP) Handbook on streamlining ESA section 7(a)(2) consultations on federal actions that authorize, fund, or carry out a covered activity that affects listed species in an approved HCP which covers those species as permitted under section 10(a)(1)(B).

Multiple Species Habitat Conservation Plans balance resource use and conservation and foster collaboration with other stakeholders. An example is the Multiple Species Habitat Conservation Plan in Clark County, Nevada which covers 78 species, including the threatened Mojave Desert Tortoise and the endangered Southwestern Willow Flycatcher and yellow-billed cuckoo. The Committee is supportive of the goal of this plan which is the long-term conservation and recovery of those species and their habitat.

*Conservation and Restoration.*—The recommendation includes $50,416,000 for Conservation and Restoration. The recommendation provides $2,390,000 for Coastal Barrier Resources Act; $12,785,000 for environmental response and restoration; $6,970,000 for marine mammals with a particular focus on manatees; $5,471,000 for the National Wetlands Inventory, and $17,050,000 for candidate conservation. The Committee directs the Department to involve the Service in any decision made by the Bureau of Land Management on energy leasing where leasing will impact species.

*Recovery.*—The recommendation includes $117,172,000 for ESA recovery activities. The recommendation provides $4,000,000 for State of the Birds; $10,000,000 for Recovery Challenge grants; $1,500,000 for Prescott Grants; $1,000,000 for wolf livestock; $750,000 for a zero emission fleet; and $91,890,000 for general program activities which includes funding at the enacted level for the Upper Colorado River Endangered Fish Recovery Program, San Juan Basin Recovery Implementation Plan, and the Florida grasshopper sparrow.

The 2019 United Nations report outlined that nature is declining and that up to one million plant and animal species are at risk of extinction. The President's Budget echoes that concern with its emphasis on protecting biodiversity and highlighting the importance of restoring and maintaining healthy ecosystems and ecosystem services to protect human and species health and well-being. Foundational environmental laws are critical tools in ensuring biodiversity is maintained for future generations. The Committee strongly supports that the basis for any listing decisions must be the best available science and data. The Committee recognizes states like Michigan and its Department of Natural Resources for their demonstrated support for keeping the Kirtland's warbler recovered and healthy. For recovered and de-listed species under State authority, the Service must abide by the direction outlined in these foundational environmental laws as they work with the States to continue to conserve and protect the well-being of these species so that re-listings under the Endangered Species Act aren't necessary.

Recovery Challenge matching grants are to be used to develop and implement recovery outlines, update recovery plans, and implement high priority recovery actions as prescribed in recovery

BLM_004172

19

plans and other public documents containing specific, measurable, and prioritized actions to recover federally listed species. Actions should include but are not limited to genetically-sound breeding, rearing, and reintroduction programs. Longstanding partnerships, including for the northern aplomado falcon and California condor, should be funded at no less than their current levels and partner contributions should be no less than their current amounts. The remaining funds should be dedicated to other multi-year partnerships and should require at least a 50:50 partner match, which may include in-kind services. Unless an affected State is a partner on the project, none of the funds may be awarded to a project until the project partners have consulted with such State. The Service is expected to continue to work with the National Fish and Wildlife Foundation to administer a portion of the program in full consultation with the Service and subject to Service approval of all grants and cooperative agreements. This approach allows Service funds to be leveraged and expands recovery actions. The Service is also expected to administer a portion of the program itself in support of partnerships to develop and implement recovery outlines, update recovery plans, and implement recovery actions benefiting species for which the National Fish and Wildlife Foundation is not engaged in conservation efforts. None of the funds may be used for indirect costs. The Service is to provide a report to the Committee 120 days after enactment of this Act which shall include the allocation of funds between the Service and the National Fish and Wildlife Foundation and an evaluation of this collaboration; a breakdown of funding by project which contains appropriated and matching funds and the estimated projection completion year; and the amount of highly-ranked but unfunded project proposals.

Recovery activities are essential for critically endangered species at the brink of extinction because of climate change. The Committee directs the Service to incorporate climate change adaptation actions and activities into new and revised recovery plans and recovery implementation strategies, such as with the mosquito vector of avian pox and malaria in the revised Hawaiian Forest Birds recovery plan. The Service is directed to brief the Committee within 90 days of enactment of this Act on how it is prioritizing recovery actions that improve a species' resiliency, redundancy, and representation so that a species is able to withstand the impacts of climate change and show direct evidence that these actions are incorporated into new and revised recovery plans.

The Committee provides an increase to State of the Birds to respond to the urgent needs of critically endangered birds with habitats that, due to climate change, now face increased threats from mosquitoes that carry avian malaria and other pathogens.

The Committee recommendation maintains funding at the enacted level for the Service's work on the Upper Colorado River Endangered Fish Recovery Program and the San Juan River Basin Recovery Implementation Program.

The Committee supports the Service's recovery efforts of the American red wolf and recognizes the tremendous vulnerability of this species. The Service is working to complete the final revised recovery plan by February 2023 and is directed to engage with the local community to enhance education and outreach in the designated five-county recovery area in North Carolina, is encouraged

20

to release American red wolves from captive breeding facilities into the wild in the recovery area as well as other potential reintroduction sites, and to renew adaptive management techniques for controlling coyote interference in wild red wolf population.

*Habitat Conservation.*—The recommendation for this activity includes $80,331,000 for voluntary, non-regulatory habitat conservation partnerships with public and private landowners, of which $64,715,000 is to implement the Partners for Fish and Wildlife Act and $15,616,000 is for the Coastal Program. This recommendation is $10,112,000 above the enacted level and $500,000 below the request. The recommendation includes $55,905,000 for general program activities in Partners for Fish and Wildlife to provide technical and financial assistance to landowners interested in restoring and enhancing wildlife habitat on their land. The recommendation maintains funding for nutria eradication at no less than the enacted level and notes that additional funding for nutria eradication is provided in the National Wildlife Refuge System. As of 2018, the Service has stated that all the known nutria populations have been removed from over a quarter million acres of the Delmarva Peninsula and efforts continue to verify eradication and remove any residual animals. Despite this success, nutria is becoming an emerging problem in other parts of the country and resources are provided for the Service to work with partners to achieve control and eradication of all nutria populations and to help partners restore land damaged by nutria. The Service is also encouraged to focus Coastal Program funding on projects that address the threat of invasive species and climate change.

*National Wildlife Refuge System.*—The recommendation includes $582,055,000 for the National Wildlife Refuge System, $78,202,000 above the enacted level and $2,344,000 below the budget request. Program elements for this activity follow below.

*Wildlife and Habitat Management.*—The recommendation includes $264,517,000, which includes $23,425,000 for Invasive Species Strike Teams an increase of $10,000,000 above the enacted level for new teams to focus on high priority invasive species problems, such as nutria, to eradicate or control them before they develop more of a stronghold in the environment. The Committee also urges the Service to consider fire prone areas, or regions that are made more fire prone by the presence of invasive species, such as buffelgrass, when allocating and prioritizing resources for the Invasive Species Strike Teams and in their other efforts to eradicate invasive species. The recommendation also provides $29,924,000 for Inventory and Monitoring which includes no less than $5,000,000 for monarch butterflies, and no less than $1,000,000 for chronic wasting disease; and $2,000,000 for Marine National Monuments which provides a total of $700,000 for research in the Northeast Canyons and Seamounts Marine National Monument. The recommendation provides $204,583,000 for general program activities to assist the Service in delivering conservation on a landscape scale and providing important ecosystem services that enhance the survival and protection of hundreds of threatened and endangered species.

The Committee understands the use of native plant materials increases resilience, reduces invasive species, and creates a more effective deterrent to fire. The Service has also informed the Com-

21

mittee that it favors management that restores or mimics natural ecosystem processes using native seed sources and native plants in ecological restoration. Within 180 days of enactment of this Act, the Service is directed to brief the Committee on the use of native plants in refuge restoration and the guidelines it has in place to maintain existing levels of biological integrity, diversity, and environmental health. The Committee also supports the continued collaboration of Service staff with National Oceanic and Atmospheric Administration, USGS, and other partners to monitor coral disease in refuge and monument waters. This recommendation maintains the enacted level of funding to support refuge biologists, management activities, and coral disease studies.

Since fiscal year 2017, the Service has been responsive to Congressional direction to institute signage on any national wildlife refuge where trapping occurs. In fiscal year 2020, the Service was to update the information posted on the website and physical premises of any refuge to note if body-gripping traps were on the premises. To further protect the public, the Committee encourages the Service to conduct a review of this signage and ensure the signage is in good, readable condition, and to replace any damaged or unreadable signs within 30 days of identification. The Service is to continue the reporting requirement to provide trapping information to the Committee on an annual basis. The Committee directs $300,000 of the funds provided to institute a 3-year pilot program that evaluates the efficacy of using non-lethal methods and equipment to remove pest species compared to the use of body-gripping traps. During the pilot study, agency personnel would be allowed to use body-gripping traps in the following situations: When the body-gripping trap is used to control documented, invasive species to achieve resource management objectives where alternative methods have failed; or protect a species that is listed as an endangered species or threatened species under the Endangered Species Act of 1973 (16 U.S.C. 1531 et seq.); or treated by the Forest Service as a sensitive species. Exceptions only apply when: such use of a body-gripping trap is in accordance with applicable State and Federal law; prior to use of a body-gripping trap, all available and viable non-lethal methods for such control or protection, respectively, are attempted; and such attempts are documented in writing, and such documentation is maintained at the office of the department that employs the individual engaging in such attempt. The Committee directs the Secretary to begin the pilot program no later than 180 days after enactment of this Act and report to Congress no later than 365 days later on the details of its implementation.

Regional refuges, such as the Silvio O. Conte National Fish and Wildlife Refuge, effectively work with local communities and landowners to achieve collaborative conservation. The Committee encourages the Service to continue these efforts and to provide the highest level of funding available to these refuges to build upon this exemplary work. The Committee also recognizes that refuge sites, while not physically connected, often contain important ecological and cultural value when connected as part of a regional wildlife footprint. Numerous refuges serve the various migratory flyways through an integrated migratory and ecological footprint across the Refuge System.

BLM_004175

*Visitor Services.*—The recommendation includes $92,737,000. The recommendation provides $12,500,000 for Urban Wildlife Conservation, an increase of $7,000,000 above the enacted level, and $78,237,000 for general program activities that will enhance recreational opportunities such as hunting, fishing, and watching wildlife, and put young people to work improving America's land, waters, and infrastructure. With a national wildlife refuge located within a one-hour drive of nearly every major metropolitan area, this increase for urban refuges enables the Service to improve access and engage new audiences in outdoor recreation and conservation. The Service is encouraged to work with partners to support year-round environmental education for youth and adults of all ages living in urban settings.

*Refuge Maintenance.*—The recommendation includes $171,386,000, which includes $3,250,000 to begin to translate the Service fleet to zero emission vehicles. The Service has continued to reduce the deferred maintenance backlog at refuges like Ridgefield National Wildlife Refuge, and when formulating the fiscal year 2023 budget is encouraged to prioritize projects where the visitor experience would be enhanced by the construction of facilities for public recreation and environmental education. The Committee recognizes the Service's effort to prioritize maintenance and restoration of units within the refuge system that were damaged by Hurricanes Sandy and Irene. For trails projects, the Committee understands funding from this account is supplemented with funding from the Federal Lands Transportation Program (FLTP), which comes from the Highway Trust Fund, and from the Great American Outdoors Act.

*Conservation and Enforcement.*—The recommendation includes $191,618,000 for Conservation and Enforcement, $33,853,000 above the enacted level and $1,303,000 above the budget request. Program elements for this activity follow below.

*Migratory Bird Management.*—The recommendation includes $66,371,000 for Migratory Bird Management, including $41,546,000 for Conservation and Monitoring and provides $125,000 to begin to translate the Service fleet to zero emission vehicles. The Committee encourages the Service to continue its efforts to work with landowners to reduce black vulture predation on livestock and to manage double crested cormorants. The recommendation provides $1,000,000 for the Federal Duck Stamp Program and $18,812,000 for North American Waterfowl Management Plan/Joint Ventures (JV). The JV program is essential for addressing the conservation needs of migratory birds by leveraging matching contributions from partners. This increase will expand the technical assistance provided to conservation partners and help address the void created in some regions of the country by the dismantling of the landscape conservation cooperatives.

The Committee was pleased the Administration has discarded the December 22, 2017 legal opinion on the Migratory Bird Treaty Act (MBTA), M–37050 and plans to replace the previous Administration's rule that would have no longer prohibited incidental take. The funding required for staffing to support an incidental take permitting system under the MBTA and to complete the e-permitting system is provided. Statistics on the Service website indicate that

23

migratory birds and their habitats remain at risk and that incidental take remains a threat.

*Law Enforcement.*—The recommendation includes $94,982,000 for Law Enforcement. As in prior years, this increase may be used as necessary to supplement inspections. The Committee notes the important role the Service plays in combating illegal wildlife trafficking and the nexus with trafficking and close contact with wildlife that can transmit pathogens and impact human health. The Service is to brief the Committee within 180 days of enactment of this Act on the roles of Law Enforcement and International Affairs in how they combat global trafficking, assist with building capacity to improve law enforcement in other countries; detect and deter illegal import and export of wildlife; and are improving information sharing and enhancing capabilities for stopping high-risk illegal shipments of wildlife into the United States.

*International Affairs.*—The recommendation provides $30,265,000 for International Affairs. This funding level provides $1,000,000 for the Theodore Roosevelt Genius Prize, and $6,700,000 for replacing the Service's out-of-date permit processing infrastructure with a modernized Service-wide electronic permit application and processing system.

The Committee acknowledges the U.S. Fish and Wildlife Service's International Affairs (IA) Program works worldwide to conserve fish, wildlife, plants, and the habitats they depend on at a landscape level, and to maintain these ecological processes beyond our borders for future generations. Through these aims, IA leads U.S. and international efforts to protect, restore, and enhance the world's diverse wildlife and their habitats, focusing on species of global concern. Funding also supports strong oversight of international conservation grants from the agency. As long-term success for conserving wildlife and wild places relies on building the capacity in countries for managing their own protected areas and species, Indigenous Peoples and communities should be included. Within the amount provided, the Committee encourages the Service to support projects that foster partnerships with universities and other institutions that are educating the current and next generations of conservationists.

The Committee recognizes the Service's work with Honduras, El Salvador, Guatemala, and Mexico to conserve priority species and ecosystems, including partnering with the U.S. Agency for International Development (USAID) to support community forestry concessions and tropical forest conservation in the Maya Biosphere Reserve, and urges the continuation of these international partnerships in fiscal year 2022 as well as the timely disbursement of funding. The Committee directs the Service to provide no less than the enacted level for these grants to promote research, training, and development of best practices for international conservation, and to submit a report within 60 days of the enactment of this Act on these efforts.

Since 1989, the Service has provided critical financial assistance to Central African countries that has created stability and improved local economies while conserving species of shared importance and concern, protecting vital landscapes, and combatting wildlife trafficking. This financial assistance includes the transfer of funding from USAID for the Central Africa Regional Program for

24

the Environment which began in 2007. Congress has provided the resources for the Department to continue to administer and execute these programs with adequate safeguards to protect these funds from being used in violation of U.S. law. Collaboration with partner agencies, such as USAID, that routinely provide grant funding to the same countries should enable the Department to further strengthen such safeguards and allow for the timely disbursement of these funds. The Service is directed to brief the Committee within 30 days of enactment of this Act, on how this program has been revised under the new Administration. This briefing is to include a discussion of the oversight and safeguards that have been instituted to prevent the misuse of these funds and the disbursement and obligation of international grants.

The Committee reiterates its concern about the Service's current policy of evaluating applications for importing trophies for elephants and lions on a case-by-case basis and whether its analysis adequately determines whether a country has proper safeguards in place to protect species vulnerable to poaching. In fiscal year 2020, the Service was directed to reevaluate its current policy and analyze how targeted investments and technical assistance to the exporting countries conservation programs would impact the survival of elephants and lions, improve local communities, and sustain species populations. The Service has yet to comply with the directive to brief the Committee within 60 days of enactment. Therefore, the Committee includes bill language that prohibits the issuance of any permit for the import of a sport-hunted trophy of an elephant or lion taken in Tanzania, Zimbabwe, or Zambia. The limitation described does not apply in the case of the administration of a tax or tariff.

The Committee also acknowledges and commends the enactment of the Defending Economic Livelihoods and Threatened Animals (DELTA) Act in 2018 and urges the Service, especially its International Affairs and Office of Law Enforcement programs, to work with Angola, Namibia, and Botswana in combating poaching and wildlife trafficking and strengthening protected area management, including through trans-boundary conservation programs in the region, with an initial focus on Angola. The Committee understands the Service has historically allocated $500,000 towards this effort.

*Fish and Aquatic Conservation.*—The recommendation includes $250,472,000 for Fish and Aquatic Conservation, $43,859,000 above the enacted level and $4,450,000 below the budget request. The Service is expected to continue to work with partners and the public to manage fish and other aquatic resources for the benefit of the American people. Program elements for this activity follow below.

*National Fish Hatchery System Operations.*—The recommendation provides $75,674,000 for National Fish Hatchery Systems Operations, which includes $1,200,000 for the Aquatic Animal Drug Approval Partnership; $4,700,000 for the Pacific Salmon Treaty; and maintains the enacted level for the Great Lakes Consent Decree; the national wild fish health survey program; mass marking salmonids in the Pacific Northwest; and Klamath Restoration. The recommendation also provides $62,569,000 to sustain activities such as expanding capabilities to ensure the health of aquatic species, advancing aquatic conservation, and supporting the recovery

BLM_004178

25

of federally listed threatened or endangered aquatic species and re-storing at-risk species.

The recommended funding level provides the resources required to sustain current hatchery operations. The Service may not termi-nate operations or close any facility of the National Fish Hatchery System. None of the production programs listed in the March 2013 National Fish Hatchery System Strategic Hatchery and Workforce Planning Report may be reduced or terminated without advance, informal consultation with affected States and Tribes.

The Service is expected to continue funding mitigation hatchery programs via reimbursable agreements with Federal partners. Fu-ture agreements should include reimbursement for production, fa-cilities, and administrative costs. The Service is expected to ensure that its costs are fully reimbursed before proposing to reduce or re-direct base funding.

The Committee encourages the Service to carry out sampling of re-introduced lake sturgeon and monitor the survival of juvenile lake sturgeon after they are stocked to determine whether the stocking rates should be increased to meet the target stock level.

*Maintenance and Equipment.*—The recommendation provides $49,546,000, which includes $1,588,000 to begin to transition the Service fleet to zero emission vehicles. The Service should continue to allocate this funding to facilities with the most severe health and safety deficiencies across the System as a whole, rather than by re-gion. All other funds should continue to be allocated as in prior years and should include mitigation hatcheries as needed to sup-plement reimbursable funds.

*Aquatic Habitat and Species Conservation.*—The recommendation includes $125,252,000 for Aquatic Habitat and Species Conserva-tion. A discussion of the program components follows below.

*Habitat Assessment and Restoration.*—The recommendation in-cludes $46,326,000, of which: $200,000 is for the Truckee River Op-erating Agreement; $7,664,000 is for the National Fish Habitat Ac-tion Plan; and $12,500,000 is to implement the Delaware River Basin Conservation Act. The recommendation maintains the en-acted level for the Chehalis Fisheries Restoration Program; the Na-tional Fish Passage Program which includes work with tribes; and the Klamath Basin Restoration Agreement. The Committee encour-ages the Service to continue to work with partners to address their concerns about securing the non-Federal matching dollars required for eligibility to receive funding through the Delaware Watershed Conservation Fund. The Service should explore solutions and con-vene partners to develop approaches for addressing this concern and identify other sources of funds that can be used as a match. Continued collaboration with the National Fish and Wildlife Foun-dation to acquire technical assistance is also encouraged. The Serv-ice is encouraged to continue its collaborative work with partners through the National Fish Passage Program on the Warren Glen Dam removal project.

*Population Assessment and Cooperative Management.*—The rec-ommendation provides $33,615,000, which provides the $1,000,000 requested to implement the Great Lakes Consent Decree and $2,000,000 for the Great Lakes Fish and Wildlife Restoration Act. The Great Lakes Fish and Wildlife Restoration Act is supple-mented with funding from the Great Lakes Restoration Initiative.

26

The recommendation does not accept the proposed reductions for the Lake Champlain sea lamprey program and the Pacific Salmon treaty and funds them at no less than $818,000 and up to $1,000,000 and $150,000 respectively, and $16,148,000 for general program activities. The Committee remains supportive of the annual Memorandum of Agreement with the Great Lakes Fishery Commission to provide funding for sea lamprey treatment, assessment, and program administration. The Service is encouraged to continue to work with the State of Maryland, NOAA, and other partners on eradication of invasive northern snakehead and to finalize their plan for eradication in the Chesapeake Bay Watershed. The Service is to brief the Committee on this effort within 120 days of the enactment of the Act and to use up to $1,000,000 from within available funds for this effort.

*Aquatic Invasive Species.*—The recommendation includes $45,311,000, of which no less than $3,834,000 is to help States implement plans required by the National Invasive Species Act (NISA); $1,566,000 is for NISA coordination; and $6,088,000 is to implement subsection 5(d)(2) of the Lake Tahoe Restoration Act. The Committee continues funding to aid the Service in working to prevent Invasive carp from entering the Great Lakes, and to control and eradicate them from the Mississippi River; its six sub-basins, the Upper Mississippi River, Missouri River, Arkansas-Red White River, Lower Mississippi River, Tennessee Cumberland River, and Ohio River, and Kentucky Lake, and Lake Barkley. This recommendation includes $26,000,000 for Invasive carp, of which $4,000,000 is for contract fishing; $1,011,000 is for Sea Lamprey administration costs; $3,500,000 is to prevent the spread of quagga and zebra mussels in the West; and $2,367,000 is for prevention.

The $4,000,000 provided for contract fishing will create jobs while advancing efforts to combat Invasive carp by expanding and perfecting the combined use of contract fishing and deterrents to extirpate Invasive carp, including grass carp, where already established, pursuant to individual State laws and regulations and as called for in management plans to prevent a sustainable population from establishing in the Great Lakes. Contract fishing has proven to be an extremely effective management tool. The Service shall continue to work with its State partners to gather data to analyze the impacts of contract fishing to control abundance and movement of Invasive carp, including grass carp, and to make sure adequate resources are provided to support the efforts of the Invasive Carp Regional Coordinating Committee.

The Committee recognizes the importance of understanding the current economic situation as it relates to the removal and uses of Invasive carp. The Committee directs the Department of Interior to hold a one-day forum modeled on the March 25, 2021 Department of the Interior oil and gas forum to review how Invasive carp that are removed through contract fishing or by other means are being utilized. Participants should include State Departments of Natural Resources, academia, and other interested stakeholders to ascertain current and potential uses, including human consumption and as a source for bait. The Service is to maintain a link on their website to this forum and brief the Committee on the findings within 180 days of enactment of this Act.

27

The Service is encouraged to pursue technologies to aid in the elimination, mitigation, or control of aquatic nuisance species and invasive species that do not result in the addition of chemical agents to the ecosystem that can lead to harmful by-products such as algal blooms.

*Cooperative Landscape Conservation.*—The Committee recommendation provides $14,030,000, $1,530,000 above the enacted level and $4,772,000 below the budget request. The Committee is still awaiting the Congressionally directed report on the operation of this program and directs the Administration to provide it within 30 days of enactment of this Act.

*Science Support.*—The recommendation provides $41,808,000 for the Science Support program, $24,541,000 above the enacted level and $5,375,000 above the budget request. The Service should continue to co-lead and implement the North American Bat Monitoring Program with other Federal, State, and non-governmental partners. The Service is also expected to partner with Cooperative Research Units whenever possible. This funding level maintains the enacted level for ecosystem restoration of the Gulf Coast as well as includes $3,500,000 for research related to white-nose syndrome in bats. The recommendation also provides $15,000,000 for the Chesapeake WILD grant program. The Service is directed to brief the Committee within 30 days of enactment of this Act on the framework, staffing, criteria for grants, and monitoring established for this new grant program. Acknowledging the findings of the report from the Intergovernmental Science-Policy Platform on Biodiversity and Ecosystem Services that 1,000,000 species are threatened with extinction, the recommendation provides $5,000,000 for research on Monarch butterflies. Funding of $125,000 is provided to begin to transition the Service fleet to zero emission vehicles.

*General Operations.*—The recommendation includes $176,322,000 for General Operations programs, $34,377,000 above the enacted level and $4,000,000 below the budget request. This funding level provides $32,766,000 for Central Office Operations; $58,157,000 for Management and Administration, which includes $150,000 to oversee the translation of the Service fleet to zero emission vehicles; $44,667,000 for Servicewide Bill Paying; $7,022,000 for the National Fish and Wildlife Foundation; $30,455,000 for the National Conservation Training Center; and $3,255,000 for Aviation Management.

*Everglades.*—The Everglades Headwaters National Wildlife Refuge and Conservation Area was created to protect one of the last remaining grassland and longleaf pine savanna landscapes in eastern North America while securing water resources for seven million people in south Florida. The Committee continues its support for collaborative efforts to protect, restore, and conserve habitats for one of the greatest ecological treasures of the United States. The recommendation provides no less than $15,238,000, the enacted level, across multiple programs for Everglades restoration.

Bill language has been included which authorizes the Service to accept transfers of funds from U.S. Customs and Border Protection for mitigation activities, including land acquisition, related to construction of border barriers on Federal lands.

28

CONSTRUCTION

| | |
|---|---|
| Appropriation enacted, 2021 ................................................................ | $18,193,000 |
| Budget estimate, 2022 ........................................................................ | 39,620,000 |
| Recommended, 2022 ........................................................................... | 34,620,000 |
| Comparison: | |
| Appropriation, 2021 ...................................................................... | +16,427,000 |
| Budget estimate, 2022 .................................................................. | −5,000,000 |

The Committee recommends $34,620,000 for Construction, $16,427,000 above the enacted level and $5,000,000 below the request. The recommendation includes $5,000,000 for the installation of charging stations and support for the translation of the Service fleet to zero emission vehicles. For line item construction, the Service is expected to follow the project priority list in the table below.

When a construction project is completed or terminated and appropriated funds remain, the Service may use those balances to respond to unforeseen reconstruction, replacement, or repair of facilities or equipment damaged or destroyed by storms, floods, fires, and similar unanticipated natural events.

| State | Refuge, Hatchery, or Other Unit | Budget Request | Committee Recommendation |
|---|---|---|---|
| CA | Don Edwards San Francisco Bay National Wildlife Refuge ............... | $1,200,000 | $1,200,000 |
| WA | Makah National Fish Hatchery ........................................................ | 2,521,000 | 2,521,000 |
| AZ | Alchesay National Fish Hatchery .................................................... | 1,012,000 | 1,012,000 |
| AZ | Alchesay National Fish Hatchery .................................................... | 1,400,000 | 1,400,000 |
| MT | North West Montana Complex .......................................................... | 11,533,000 | 11,533,000 |
| * | Branch of Dam Safety ..................................................................... | 200,000 | 200,000 |
| * | Information Resources & Technology Management .......................... | 250,000 | 250,000 |
| AK | Resident Agent in Charge ............................................................... | 350,000 | 350,000 |
| NY | Montezuma National Wildlife Refuge Cortland Ecological Services .. | 3,160,000 | 3,160,000 |
| WI | Iron River National Fish Hatchery .................................................. | 30,000 | 30,000 |
| * | Nationwide Zero Emission Charging Stations .................................. | 10,000,000 | 5,000,000 |

COOPERATIVE ENDANGERED SPECIES CONSERVATION FUND

The Cooperative Endangered Species Conservation Fund (CESCF; Section 6 of the Endangered Species Act), administered by the Service's Ecological Services program, provides grant funding to States and Territories for species and habitat conservation actions on non-Federal lands, including habitat acquisition, conservation planning, habitat restoration, status surveys, captive propagation and reintroduction, research, and education.

| | |
|---|---|
| Appropriation enacted, 2021 ................................................................ | $43,340,000 |
| Budget estimate, 2022 ........................................................................ | 42,702,000 |
| Recommended, 2022 ........................................................................... | 24,064,000 |
| Comparison: | |
| Appropriation, 2021 ...................................................................... | −19,276,000 |
| Budget estimate, 2022 .................................................................. | −18,638,000 |

The Committee recommends $24,064,000 for the Cooperative Endangered Species Conservation Fund, $19,276,000 below the enacted level and $18,638,000 below the budget request. Land acquisition funding is provided in the Great American Outdoors Act. A detailed table of funding recommendations below the account level is provided at the end of this report.

29

### NATIONAL WILDLIFE REFUGE FUND

The National Wildlife Refuge Fund shares refuge revenues and makes payments in lieu of taxes to counties in which Service lands are located.

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $13,228,000 |
| Budget estimate, 2022 ........................................................................ | 0 |
| Recommended, 2022 ........................................................................... | 13,228,000 |
| Comparison: | |
|     Appropriation, 2021 ...................................................................... | 0 |
|     Budget estimate, 2022 ................................................................... | +13,228,000 |

The Committee recommends $13,228,000 for the National Wildlife Refuge Fund, equal to the enacted level and $13,228,000 above the budget request.

### NORTH AMERICAN WETLANDS CONSERVATION FUND

The North American Wetlands Conservation Act of 1989 (NAWCA) provided for matching grants to support projects that protect, enhance, and restore habitat for wetland-dependent birds and other wildlife in the United States, Canada, and Mexico. Additional program funding comes from fines, penalties, and forfeitures collected under the Migratory Bird Treaty Act of 1918; from Federal fuel excise taxes on small gasoline engines, as directed by amendments to the Federal Aid in Sport Fish Restoration Act of 1950, to benefit coastal ecosystem projects; and from interest accrued on the fund established under the Federal Aid in Wildlife Restoration Act of 1937. To date, the Service has helped NAWCA partners conserve 31 million acres. Appropriations are authorized through fiscal year 2025.

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $46,500,000 |
| Budget estimate, 2022 ........................................................................ | 46,500,000 |
| Recommended, 2022 ........................................................................... | 50,000,000 |
| Comparison: | |
|     Appropriation, 2021 ...................................................................... | +3,500,000 |
|     Budget estimate, 2022 ................................................................... | +3,500,000 |

The Committee recommends $50,000,000 for the North American Wetlands Conservation Fund, $3,500,000 above the enacted level and $3,500,000 above the budget request.

### NEOTROPICAL MIGRATORY BIRD CONSERVATION

The Neotropical Migratory Bird Conservation Act program provides matching grants to partners throughout the Western Hemisphere to promote the conservation of neotropical migratory birds in the United States, Canada, Latin America, and the Caribbean, with not less than 75 percent of the amounts available to be expended on projects in Latin America, the Caribbean, and Canada.

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $4,910,000 |
| Budget estimate, 2022 ........................................................................ | 7,910,000 |
| Recommended, 2022 ........................................................................... | 6,500,000 |
| Comparison: | |
|     Appropriation, 2021 ...................................................................... | +1,590,000 |
|     Budget estimate, 2022 ................................................................... | −1,410,000 |

The Committee recommends $6,500,000 for neotropical migratory bird conservation, $1,590,000 above the enacted level and $1,410,000 below the budget request.

BLM_004183

30

MULTINATIONAL SPECIES CONSERVATION FUND

The Multinational Species Conservation Fund provides critical technical and financial assistance to local communities, wildlife authorities, and non-governmental organizations in foreign countries for on-the-ground conservation work to protect African and Asian elephants, rhinoceroses, tigers, great apes, and marine turtles, and their habitats. Matching grants are provided to countries to establish protected areas; monitor wildlife populations; combat wildlife trafficking; reduce consumer demand for illegal wildlife products; and provide vital infrastructure, training, and equipment to manage protected areas and wildlife populations.

| | |
|---|---|
| Appropriation enacted, 2021 .............................................................. | $18,000,000 |
| Budget estimate, 2022 ....................................................................... | 18,000,000 |
| Recommended, 2022 ........................................................................... | 22,000,000 |
| Comparison: | |
| Appropriation, 2021 ..................................................................... | +4,000,000 |
| Budget estimate, 2022 ................................................................. | +4,000,000 |

The Committee recommends $22,000,000 for the Multinational Species Conservation Fund to protect these priority species, $4,000,000 above the enacted level and $4,000,000 above the budget request. The Committee is aware of how the coronavirus is devastating ecotourism, impacting the enforcement of wildlife trafficking prohibitions and the ability to protect wildlife, and supports aiding key wildlife populations. A detailed table of funding recommendations below the account level is provided at the end of this report.

The Committee directs the Service to provide a briefing within 60 days after enactment of this Act on the timely disbursement and obligation of these grants.

STATE AND TRIBAL WILDLIFE GRANTS

The State and Tribal Wildlife Grants Program provides grants to States and federally recognized Tribes, the District of Columbia, Commonwealths, and Territories to conserve fish and wildlife and their habitats, including species that are not hunted or fished.

| | |
|---|---|
| Appropriation enacted, 2021 .............................................................. | $72,362,000 |
| Budget estimate, 2022 ....................................................................... | 82,362,000 |
| Recommended, 2022 ........................................................................... | 82,362,000 |
| Comparison: | |
| Appropriation, 2021 ..................................................................... | +10,000,000 |
| Budget estimate, 2022 ................................................................. | 0 |

The Committee recommends $82,362,000 for State and Tribal Wildlife Grants, $10,000,000 above the enacted level and equal to the budget request. The recommendation acknowledges the important role States, Commonwealths, Territories, the District of Columbia, and Tribes play in seeking public input to produce comprehensive fish and wildlife conservation strategies that guide the management and conservation of species before they decline to levels that require listing.

A detailed table of funding recommendations below the account level is provided at the end of this report.

BLM_004184

31

ADMINISTRATIVE PROVISIONS

The Administrative Provisions include long-standing items that facilitate efficient operations. The recommendation does not include language requested for recovery of damages.

NATIONAL PARK SERVICE

The mission of the National Park Service (Service) is to preserve unimpaired the natural and cultural resources and values of the national park system for the enjoyment, education, and inspiration of this and future generations. Established in 1916, the National Park Service has stewardship responsibilities for the protection and preservation of the heritage resources of the national park system. The system, consisting of 423 separate and distinct units, is recognized globally as a leader in park management and resource preservation. The national park system represents much of the finest the Nation has to offer in terms of natural beauty and wildlife, historical and archeological relics, and cultural heritage. Through its varied sites, the National Park Service attempts to explain America's history, interpret its culture, preserve examples of its natural ecosystems, and provide recreational and educational opportunities for U.S. citizens and visitors from all over the world. In addition, the National Park Service provides support to Tribal, local, and State governments to preserve culturally significant, ecologically important, and public recreational lands.

OPERATION OF THE NATIONAL PARK SYSTEM

(INCLUDING TRANSFER OF FUNDS)

| | |
|---|---:|
| Appropriation enacted, 2021 .................................................................. | $2,688,287,000 |
| Budget estimate, 2022 ......................................................................... | 2,977,329,000 |
| Recommended, 2022 ............................................................................ | 2,965,756,000 |
| Comparison: | |
| Appropriation, 2021 ........................................................................ | +277,469,000 |
| Budget estimate, 2022 ................................................................... | −11,573,000 |

The Committee recommends $2,965,756,000 for Operation of the National Park System (ONPS), $277,469,000 above the enacted level and $11,573,000 below the budget request. The amounts recommended by the Committee compared with the budget estimates by activity are shown in the table at the end of this report. The recommendation provides fixed costs and funding for new and critical responsibilities, as requested.

Additional funding guidance is provided below.

*Resource Stewardship.*—The Committee recommends $561,153,000 for resource stewardship. This amount is a $199,527,000 increase over the enacted level that supports the proposed conservation initiative and fully funds Advancing Racial Justice and Equity for Underserved Communities. The recommendation provides $4,900,000 for the Partnership Wild & Scenic Rivers program, $5,000,000 for Quagga and Zebra Mussel Programs, and $800,000 for Cave and Karst Ecosystem Research. The recommendation includes a program increase of $1,462,000 for the National Trails System.

The recommendation provides $8,825,000 for the National Networks. Within this amount, the African American Civil Rights Network is funded at the requested level of $5,375,000 and the Na-

32

tional Underground Railroad Network to Freedom is funded at $2,500,000.

*Everglades Restoration.*—The Committee recommends $11,452,000 for the Everglades Restoration Program. The Committee notes the substantial progress made toward restoration of the Everglades ecosystem and continues to support this multi-year effort to preserve one of the great ecological treasures of the United States. As restoration efforts continue, it is encouraged that the northern headwaters of the Everglades be given special consideration.

*Visitor Services.*—The Committee recommends $288,760,000 for Visitor Services. The National Capital Area Performing Arts Program is funded at no less than the enacted level.

*Every Kid Outdoors Program.*—The John D. Dingell, Jr. Conservation, Management and Recreation Act reauthorized the Every Kid Outdoors program through 2026. This program provides U.S. fourth graders and family members with free access to over 2,000 federal lands and waters. Within the funds provided for Visitor Services, the Service should aim to use no less than $25,000,000 to support the work of this program. This funding will support activities such as distributing information and resources to make it easy for teachers and families to identify nearby public lands and waters, providing transportation support to schools with the greatest financial need, and providing educational materials. Furthermore, the Service is encouraged to launch targeted programs for underserved communities and children with disabilities.

*Global Positioning System Modernization.*—The recommendation provides $4,000,000 for the replacement of Global Positioning System (GPS) data collection devices used by the Service for facilities planning, lands administration, visitor safety, and infrastructure protection. The Committee is aware that approximately 10 percent of the Service's field data collection to and comply with the Department's Information Technology requirements. Within appropriate procurement requirements, the NPS is encouraged to procure these devices from U.S. manufacturers.

*National Park Foundation.*—The recommendation includes $5,000,000 for the National Park Foundation, equal to the enacted level.

*Additional Guidance.*—The following additional direction and guidance is provided with respect to funding provided within this account:

*America's First Frontier.*—The Committee urges the Service to advance interpretive efforts at existing Service sites and in collaboration with other Federal, State, and local agencies, including other bureaus within the Department of the Interior, to detail the start of westward expansion through the Northwest Territory as Americas First Frontier.

*Blackstone Valley National Heritage Corridor.*—The Committee continues the fiscal year 2021 enacted directive regarding cooperative agreements with the local coordinating entity for the Blackstone Valley National Heritage Corridor.

*Coltsville National Historical Park.*—The Committee recognizes the unique complexities that have led to a delay in the establishment of Coltsville National Historical Park, as authorized in P.L. 113–291. In light of this, the Committee directs the National Park

33

Service to prioritize activities that will advance the development of the park, including park establishment and subsequent efficient progress on a General Management Plan and subsequent initiation of the General Management Plan process. The Service shall brief the Committee on its plan to fulfill this directive within 90 days of enactment of this act.

*Diversity, Equity, Inclusion and Accessibility*.—The Committee strongly supports the Department of the Interior's Diversity, Equity, Inclusion and Accessibility initiative and expects the Service to use resources provided in this recommendation in a manner that supports it. The Service is directed to submit a report within 90 days of enactment that explains what steps it has taken to ensure equity in park access. The report should include an analysis of whether additional authorities are needed to achieve this goal.

*Diversity Reporting Requirements for Special Use Permits*.—The Committee recognizes the Service's role in facilitating special use permits for film projects on its lands. The Committee encourages the Service to explore opportunities to incorporate diversity and inclusion requirements as part of the special use permit process.

*El Camino Real de los Tejas National Historic Trail*.—The Committee encourages the National Park Service to emphasize and increase collaborations with local non-profit organizations to support research and renewal efforts of the El Camino Real de los Tejas National Historic Trail.

*Glen Canyon National Recreation Area and Lake Mead National Recreation Area*.—The significant threat that quagga mussel infestations pose to the health of the Colorado River ecosystem and its tributaries, as well as non-federal waterways, is concerning. There is a continued need for adequate monitoring of recreational boating activities carried out subsequent to leaving the National Recreation Areas. The Service is directed to continue implementation of a technology-based pilot program at Glen Canyon National Recreation Area to assist in better monitoring and cleaning of recreational boating. The Committee provides additional funding for the Service to consider expanding the program to the Lake Mead National Recreation Area and encourages the National Park System to implement a fully mobile, automated solution that optimizes both federal and state resources, and can be deployed quickly.

*Missouri River Basin Lewis and Clark Visitor Center*.—The Committee commends the Service for the strong partnership it has maintained with the Missouri River Basin Lewis and Clark Visitor Center to enhance and support the preservation, development, and interpretation goals of the Center. The Committee encourages the Service to work in collaboration with the Center and local universities to update the Center's mission.

*Natural Resource Stewardship and Science Office*.—The Committee is aware of the work the Natural Resource Stewardship and Science Office does to leverage science capacity with programs such as Research Learning Centers, Cooperative Ecosystem Studies Units, Climate Science Centers, and other academic, nonprofit, and private entities. The Service is encouraged to continue the work of this important program.

*Outreach*.—The Committee recognizes that the Service has taken steps to increase outreach, make parks more accessible, and increase recruitment within minority schools and communities. The

BLM_004187

34

Committee directs the Service to continue with these efforts and to develop partnerships and programs with Hispanic Serving Institutions, Historically Black Colleges and Universities, Asian American Native American Pacific Islander-Serving Institutions, Tribal Colleges and Universities, and other Minority Serving Institutions that contribute to the mission of the National Park Service. The Service is directed to complete and submit to the Committee on Appropriations the study required by House Report 116–100 within 60 days of enactment of the Act.

*Partnership Wild and Scenic Rivers*.—The Committee recognizes the effectiveness of the Partnership Wild & Scenic Rivers Program in fulfilling its core mission to preserve resources, provide for visitor enjoyment and protection, operate and maintain facilities, and manage and administer the national parks. Upon authorization, the Service is expected to study the feasibility of including the Florida National Spring system in Northern and Central Florida for possible inclusion in the Wild & Scenic Rivers Program.

*Plastic Waste Reduction*.—On August 16, 2017, the Service announced its repeal of the policy entitled, "Recycling and Reduction of Disposable Plastic Bottles in Parks". This policy allowed parks to voluntarily establish disposable plastic water bottle sales elimination programs that aimed to reduce the disposal of plastic water bottles in national parks. Since the repeal, there have been no alternative approaches to mitigating or preventing plastic pollution. Within 180 days of enactment of this Act, the Service is directed to develop and submit to the Committee a plan to mitigate or prevent plastic pollution in the National Park System. The plan should include an evaluation of the potential role of refillable water stations and recyclable packaging.

*Reconnaissance Survey of Black Panther Party Sites*.—The Committee is aware that the Service has received a request for a reconnaissance survey to review sites in Oakland, CA that are relevant to the Black Panther Party. Such a survey to determine the potential inclusion in the National Park System is an important step to protect and interpret this chapter in the struggle for civil rights and racial equality.

*World War II Interpretation*.—The Committee recognizes the importance of the interpretive story at the World War II Memorial as a national focal point for a message of perseverance and hope at a defining moment in American history. The Service is encouraged to include innovative storytelling at the memorial, which incorporates video and collections with related WWII sites.

Bill language has been included which authorizes the Bureau to accept transfers of funds from U.S. Customs and Border Protection for mitigation activities, including land acquisition, related to construction of border barriers on Federal lands.

NATIONAL RECREATION AND PRESERVATION

The National Recreation and Preservation account provides for outdoor recreation planning, preservation of cultural and national heritage resources, technical assistance to Federal, State and local agencies, and administration of Historic Preservation Fund grants.

BLM_004188

35

| | |
|---|---|
| Appropriation enacted, 2021 .................................................................. | $74,157,000 |
| Budget estimate, 2022 ...................................................................... | 74,514,000 |
| Recommended, 2022 ........................................................................ | 80,410,000 |
| Comparison: | |
| Appropriation, 2021 ...................................................................... | +6,253,000 |
| Budget estimate, 2022 .................................................................. | +5,896,000 |

The Committee recommends $80,410,000 for national recreation and preservation, $6,253,000 above the enacted level and $5,896,000 above the budget request. The amounts recommended by the Committee compared with the budget estimates by activity are shown in the table at the end of this report. The recommendation provides fixed costs, as requested.

*Chesapeake Bay Gateways and Trails.*—The Committee recommends $3,000,000 for Chesapeake Bay Gateways and Trails.

*Native American Graves Protection and Repatriation Grants.*— The Committee recommends $2,407,000 for Native American Graves Protection and Repatriation Grants.

*Japanese Confinement Site Grants.*—The Committee recommends $3,655,000 for Japanese Confinement Site Grants.

*American Indian and Native Hawaiian Art and Culture Grants.*—The Committee recommends $1,750,000 for American Indian and Native Hawaiian Art and Culture Grants.

*9/11 Memorial Act Grants.*—The Committee recommends $3,000,000 for the competitive grant program, as authorized by the 9/11 Memorial Act Public Law 115–413).

*Heritage Partnership Programs.*—The Committee recommends $27,144,000 for Heritage Partnership Programs. The directive contained in the explanatory statement that accompanied Public Law 116–6 with regards to funding distribution is continued.

*Additional Guidance.*—The following additional direction and guidance is provided with respect to funding provided within this account:

*Chief Standing Bear Trail.*—The Committee recognizes the importance of Chief Standing Bear as one of America's earliest civil rights leaders. The Committee supports work being done at the state and local level to establish a multi-state trail commemorating his accomplishments and urges the Secretary of the Interior to assist in these efforts.

*Crossroads of the West National Historic District.*—The Crossroads of the West National Historic District is an important geographical and historical area in northern Utah representing the center of the western U.S. and sites associated with the completion of the first transcontinental railroad in the State. The Service is encouraged to work with the Committee, the authorizing committees of jurisdiction, and relevant stakeholders to help preserve and interpret sites in the District for the educational and inspirational benefit of the public and to enhance cultural and compatible economic redevelopment within the District.

*Federal Lands to Parks.*—The Committee is concerned about the lack of access to outdoor recreation opportunities in underserved and at-risk communities and is therefore supportive of the Federal Lands to Parks initiative, which conserves natural and cultural resources and supports a nationwide system of parks, open space, rivers, and trails to provide close to home recreational and conservation benefits through the transfer of surplus Federal lands.

36

*Shenandoah Valley Battlefields National Historic District.*—The Shenandoah Valley Battlefields National Historic District has proven to be a unique public-private partnership model for the protection and preservation of this nationally significant site. The Committee encourages the Service to work with the District to ensure that authorities provided under the District's enabling legislation are fully utilized to maximize the effectiveness of this partnership. Additionally, the Service is encouraged to work with Congress to consider reclassifying it as a National Battlefield Site. The Committee also directs the Service to convene the Cedar Creek and Belle Grove National Historical Park Advisory Commission to advise the Secretary regarding opportunities to maximize the visitor experience across all elements of the battlefield.

### HISTORIC PRESERVATION FUND

The Historic Preservation Fund supports the State historic preservation offices to perform a variety of functions. These include State management and administration of existing grant obligations; review and advice on Federal projects and actions; determinations and nominations to the National Register; Tax Act certifications; and technical preservation services. The States also review properties to develop data for planning use. Funding in this account also supports direct grants to qualifying organizations for individual preservation projects and for activities in support of heritage tourism and local historic preservation.

| | |
|---|---|
| Appropriation enacted, 2021 | $144,300,000 |
| Budget estimate, 2022 | 151,800,000 |
| Recommended, 2022 | 155,800,000 |
| Comparison: | |
| Appropriation, 2021 | +11,500,000 |
| Budget estimate, 2022 | +4,000,000 |

The Committee recommends $155,800,000 for historic preservation, $11,500,000 above the enacted level and $4,000,000 above the budget request.

*Historic Preservation Offices.*—The bill provides $57,675,000 for State Historic Preservation Offices and $23,000,000 for Tribal Historic Preservation Offices.

*Competitive Grants.*—The Committee recommends $27,625,000, an increase of $6,500,000 above the enacted level. The recommendation provides $21,750,000, for the African American Civil Rights Grants and supports the new program proposed to support larger physical preservation projects. Additionally, the Committee provides $4,625,000 for the History of Equal Rights grants and $1,250,000 for grants to underserved communities.

*Save America's Treasures Grants.*—The recommendation includes $30,000,000 for the Save America's Treasures Grant program, an increase of $5,000,000 above the enacted level. The Committee supports the important work of this program to preserve nationally significant historic properties and collections while also leveraging non-federal investment. The Committee encourages the Service to ensure that properties and collections representing indigenous cultures, including Native Hawaiian culture, are considered for the grants to provide a richer and more diverse portrait of the nation's past.