*Grants to Historically Black Colleges and Universities.*—The Committee provides $10,000,000 for the Historically Black Colleges and Universities grant program. The Committee notes that the John D. Dingell, Jr. Conservation, Management, and Recreation Act (Public Law 116–9) reauthorized the Historically Black Colleges and Universities Historic Preservation Fund Program through fiscal year 2025. The recommendation funds the program at the fully authorized amount.

*Additional Guidance.*—The following guidance is provided with respect to funding provided within this account:

*Hispanic Heritage Sites.*—The Committee is concerned that across the United States, many sites that are historically connected to Hispanic contributions to American society and culture have not been given proper recognition, which affects how Americans see Hispanics in U.S. history. While the Service has taken steps to improve Hispanic representation in heritage sites, the Committee believes there is more work to be done and directs the Service to complete and submit to the Committee on Appropriations the study required by House Report 116–100 within 60 days of enactment of the Act.

CONSTRUCTION

| | |
|---|---|
| Appropriation enacted, 2021 | $223,907,000 |
| Budget estimate, 2022 | 278,563,000 |
| Recommended, 2022 | 252,613,000 |
| Comparison: | |
| Appropriation, 2021 | +28,706,000 |
| Budget estimate, 2022 | −25,950,000 |

The Committee recommends $252,613,000 for Construction, $28,706,000 above the enacted level and $25,950,000 below the budget request. The recommendation provides fixed costs, as requested.

*Line-Item Construction.*—The bill includes $138,700,000 for line-item construction priorities included in the budget request, including $2,000,000 to support the Abandoned Mineral Lands conservation initiative.

The following table details the line item construction activity for specific projects requested or provided by the administration.

NATIONAL PARK SERVICE CONSTRUCTION

| State | Project | Budget Request | Committee Recommendation |
|---|---|---|---|
| AL | Selma to Montgomery National Historic Trail, Rehabilitate Selma Interpretive Center | $10,000,000 | $10,000,000 |
| MD | Chesapeake and Ohio Canal National Historical Park, Reconstruct Georgetown Canal Walls | 14,365,000 | 14,365,000 |
| GA | Martin Luther King, Jr. National Historical Park, Rehabilitate Visitor Center and Headquarters | 7,536,000 | 7,536,000 |
| MO | Gateway Arch National Park, Replace Windows and Climate Control at Historic Old Courthouse | 12,500,000 | 12,500,000 |
| AZ | Grand Canyon National Park, Improve Potable Water Supply to Inner Canyon and South Rim | 56,106,000 | 56,106,000 |
| TN | Great Smoky Mountains National Park, Rehabilitate and Expand Sugarlands Headquarters | 14,519,000 | 14,519,000 |
| DC | Rock Creek Park, Replace Bridge to Edgewater Stables | 5,130,000 | 5,130,000 |
| VA | Prince William Forest Park, Rehabilitate Infrastructure at Park Campgrounds | 6,450,000 | 6,450,000 |

| State | Project | Budget Request | Committee Recommendation |
|---|---|---|---|
| WA | North Cascades National Park, Replace Obsolete Housing From Stehekin River Flood Plain | 6,094,000 | 6,094,000 |
| | Total | 132,700,000 | 132,700,000 |

*National Parks Fire Recovery.*—In an effort to ensure that parks around the country continue to provide for safe and uninterrupted visitor use of facilities, within funding for Special Programs, the Committee encourages the National Park Service to provide funds for emergency and unscheduled projects at sites around the country impacted by fires in recent years, such as Big Bend National Park.

*Non-capitalized Proposals.*—The Committee notes that the Department of the Interior and its agencies may obtain non-capitalized proposals for use of appropriated funds consistent with the Federal Acquisition Regulation, including funds allocated to the National Park Service Legacy Restoration Fund, the Federal Lands Recreation Enhancement Act, and the Public Lands Infrastructure Fund for the purpose of enhancing, improving and maintaining facilities, transportation, and infrastructure and meeting deferred maintenance needs.

CENTENNIAL CHALLENGE

| | |
|---|---|
| Appropriation enacted, 2021 | $15,000,000 |
| Budget estimate, 2022 | 15,000,000 |
| Recommended, 2022 | 15,000,000 |
| Comparison: | |
| Appropriation, 2021 | 0 |
| Budget estimate, 2022 | 0 |

The Committee recommends $15,000,000 for the Centennial Challenge matching grant program, equal to the enacted level and the budget request.

UNITED STATES GEOLOGICAL SURVEY

Originating in 1879, the United States Geological Survey (USGS or Survey), is the Nation's largest water, earth, and biological science and civilian mapping agency. As the sole science agency for the Department of the Interior, the Survey provides reliable scientific information to describe and understand the Earth; monitor and protect public safety, health, and American economic prosperity, and improve resilience to natural hazards; informs stewardship of energy and mineral resources; helps sustain healthy fish and wildlife populations; improves water resource decision making; investigates wildlife diseases; and provides accurate, high-resolution geospatial data. The Survey works in partnership within Interior and across the government as well as with States, Tribes, and academia. The diversity of Survey scientific expertise enables the Survey to provide the best available science and scientific information to resource managers and planners, emergency response officials, and the public.

SURVEYS, INVESTIGATIONS, AND RESEARCH

| | |
|---|---|
| Appropriation enacted, 2021 | $1,315,527,000 |
| Budget estimate, 2022 | 1,642,437,000 |
| Recommended, 2022 | 1,642,437,000 |
| Comparison: | |
| Appropriation, 2021 | +326,910,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $1,642,437,000 for Surveys, Investigations, and Research, $326,910,000 above the enacted level and equal to the budget request. The recommendation includes the program changes in the budget request that build on the enacted level unless differences were specified in the budget request. Program changes, instructions and details follow below and in the table at the end of this report.

The Survey provides critical scientific research and data to land and water managers in priority ecosystems including the California Bay Delta, the Everglades, the Chesapeake Bay and the Great Lakes. This work is funded through multiple mission areas and accounts, and the Committee expects this work to continue at no less than fiscal year 2021 enacted level, unless otherwise directed.

*Ecosystems.*—The recommendation provides $355,217,000, $96,140,000 above the enacted level and $3,000,000 below the budget request. Program elements of this mission area follow below.

*Environmental Health.*—The recommendation includes $26,739,000, which includes an increase of $1,000,000 above the budget request in Toxic Substances Hydrology for harmful algal bloom research. The Survey is to continue its research on understanding the prevalence of toxins in the nation's natural bodies of water by expanding its understanding of cyanobacteria and toxins in stream and wetland ecosystems and the associated health impacts, especially through drinking water. The Survey is directed to examine pathways through which sediment and nutrients move that result in the formation of harmful algal blooms, to examine emerging treatment technologies, and to remain an active participant in the Harmful Algal Bloom and Hypoxia Research and Control Act Interagency Working Group to expedite the development and deployment of remote sensing tools to assist with early event warning delivered through mobile devices and web portals. The Committee also directs the Survey to maintain its monitoring and research activities in the Tahoe basin on nearshore algal blooms and to support implementation of P.L. 106 506. The Committee understands the Survey will continue its work on unconventional oil and gas as it relates to environmental health at the enacted level. Within 60 days of enactment of this Act, the Survey is to provide a report to the Committee on the Environmental Health research it plans to conduct in fiscal year 2022.

*Species Management Research Program.*—For Species Management Research, the recommendation provides $69,418,000. Funding for the Great Lakes Science Center is provided at no less than $14,000,000. The Committee supports the Great Lakes Science Center's collaboration with the broader Great Lakes Partnership to implement priority science needs for biological assessment tools and technologies. These additional resources will ensure acquisition of information necessary for fishery management decisions and to

support the Center's large vessels. The recommendation also includes $7,816,000 for decision support science for clean energy development on Federal lands and waters and $35,000,000 for applied science in support of conservation and adaptation which includes funding to develop science-based tools for the conservation of monarch butterflies, their associated host plants, and ecosystems. Funding should also be used as necessary to supplement the additional resources the Committee has provided to the Bureau of Land Management to work with the Survey to significantly progress research on reversible immunocontraceptive fertility control for wild horses and burros.

Within one year of enactment of this Act, the U.S. Geological Survey shall host a Mississippi River Science Forum with relevant federal agencies, including the Environmental Protection Agency, the U.S. Fish and Wildlife Service, the National Park Service, the U.S. Forest Service, the Natural Resources Conservation Service, the Federal Emergency Management Agency, the U.S. Army Corps of Engineers, and the National Oceanic and Atmospheric Administration; state, local and tribal governments located in states that border the Mississippi River; academia, and other interested stakeholders. The forum may utilize a virtual format, modeled on the March 25, 2021 Department of the Interior Public Forum on the Federal Oil and Gas Program. The purpose of the forum shall be to share current science, identify data gaps and areas of concern, and to prioritize next steps and identify resources needed to advance the goals of improving water quality, restoring habitat and natural systems, improving navigation, eliminating aquatic invasive species, and building local resilience to natural disasters. The Survey shall incorporate lessons learned on stakeholder engagement from their previous work on the Great Lakes science needs assessment, and shall brief the Committee on the findings from this forum, and make the findings publicly available in a report of the proceedings within 270 days of the conclusion of the forum.

*Land Management Research Program.*—For the Land Management Research Program, the recommendation provides $71,303,000. The Survey is directed to fund all priority geographic landscapes and ecosystems, such as the Everglades at no less than the enacted level, and $6,000,000 is provided for the Chesapeake Bay. The Committee urges the Survey to continue its work on native plant research and identify opportunities for the Department to increase the use of native plants in land restoration projects as well as the native plant species that could be most successful for restoration and promote improved ecosystem function. The recommendation provides $9,100,000 for understanding and quantifying ecosystem services and $33,540,000 is provided for applied science in support of conservation and adaptation. Resources for applied science may be used to enhance base funding for sage grouse research as the Survey's recent report on plummeting population numbers outlines the need for enhanced conservation to ensure the viability of the species.

*Biological Threats and Invasive Species Research Program.*—The recommendation provides $43,951,000. This funding level provides $10,620,000 to continue critical research for Invasive carp, including $3,000,000 for research to contain or eradicate grass carp such

as the Survey's on-going work to develop species-specific toxicants for grass carp. The recommendation also provides $4,720,000 for research on chronic wasting disease in wild populations of cervids. The Survey should continue to collaborate with partners, including institutions of higher education that have expertise in biology, ecology, and epidemiology of prion diseases, to develop early detection tools and compounds to disrupt transmission of the disease. Funding for research on Coral Disease, White Nose Syndrome, and Greater Everglades Invasive species is maintained at the enacted level, and $4,190,000 is provided for reducing threats of invasive species and wildlife disease in a changing climate.

*Climate Adaptation Science Centers and Land Change Science.*—The Committee provides $116,300,000 for Climate Adaptation and Land Change Science. National and Regional Climate Adaptation Science Centers (CASCs) are provided $81,903,000 which ensures all nine centers remain open, operational, and fully functional and receive no less than the enacted level of funding. The Committee encourages the Survey to fund these regional centers, including university consortia, and approve staffing plans as expeditiously as possible. At a time when our natural and cultural resources, our communities, and our health are being assaulted by climate change, CASCs provide actionable science and research that directly address many of the climate-related challenges unique to different regions of the country and are invaluable to stakeholders and policy makers. In fiscal year 2020, Congress directed the creation of the Midwest Climate Adaptation Science Center in recognition of the disparate climates and adaptation needs of the twenty-one states that comprised the Northeast CASC and to better address climate challenges confronted by Midwestern states. The recommendation includes the requested increases, including $10,500,000 for Tribal climate adaptation science, and provides $3,000,000 to facilitate synthesis of regional findings to the national level. The recommendation also provides $34,397,000 for land change science which includes $23,168,000 for climate impacts on physical and biological systems.

*Cooperative Research Units(CRUs).*—The Committee recognizes the value of Cooperative Research Units and provides $27,506,000 to support these research institutions and maintain the educational pipeline, including improving and increasing youth involvement in science and resource management. The recommendation continues the directive to fill critical vacancies, specifically vacancies needed to build quantitative fisheries capacity in inland waters of the Upper Mississippi Basin. The Survey may use the increase to support existing CRU's as well as establish a CRU at an institution of higher education that does not have a CRU to address pollinator declines, fish and wildlife disease, and new invasive species.

*Energy and Mineral Resources.*—The Committee provides $144,973,000 for Energy and Minerals, $54,932,000 above the enacted level and $5,000,000 above the budget request. Program elements of this mission area follow below.

The Committee recommends $91,237,000 for the Mineral Resources Program which includes $10,598,000 to support the Earth Mapping Resources Initiative, Earth MRI; $21,274,000 for mine waste research and to characterize mine waste as a potential source for critical minerals; $6,991,000 to locate and forecast crit-

ical minerals; and $6,670,000 for supply chain research. This funding level allows the Survey to work with Federal and State partners to modernize the Nation's understanding of the subsurface and improve the topographic, geological, and geophysical mapping of the United States.

The recommendation includes $53,736,000 for the Energy Resources Program. Within the $5,977,000 provided for geologic carbon sequestration, the Survey is to work on advancing the understanding of alkalinity sources of carbon mineralization with a focus on mapping and assessing resources along with associated impacts. The Survey is directed to collaborate with the United States Fish and Wildlife Service to make sure any research or energy assessments do not adversely impact species or their habitats.

*Natural Hazards.*—The Committee recommends $207,748,000 for Natural Hazards Programs, $32,264,000 above the enacted level and equal to the budget request. Program elements of this mission area follow below.

The recommendation strongly supports the Earthquake Hazards program and provides $92,637,000 which includes $28,600,000 for continued development and expansion of the ShakeAlert West Coast earthquake early warning (EEW) system and for capital costs associated with the buildout of the ShakeAlert EEW. The Survey is encouraged to continue its collaboration with California, Oregon, and Washington to advance this program. The recommendation funds deferred maintenance and modernization for the Advanced National Seismic System, Regional Seismic Network Support, and the Seismic Network, which includes the Central and Eastern U.S. Seismic Network, at no less than the enacted level. Funding for the operation and maintenance of the 43 adopted Earthscope USArray stations is maintained at $3,000,000. The Committee requests an update from the Survey on how funding made available in Fiscal Year 2021 was used to begin the expansion of the National Seismic Hazard Map to include Puerto Rico and the Virgin Islands and encourages the continuation of this work in Fiscal Year 2022. The recommendation also provides $3,700,000 for subduction zone science; $2,100,000 for induced seismicity; and $3,100,000 for modernization and hardening of infrastructure in support of earthquake analysis.

The Committee remains concerned about the lack of knowledge and offshore real-time instrumentation available for the Cascadia subduction zone. Scientific understanding of earthquakes and the ocean environment will benefit from the wealth of offshore data collected. The Survey is to continue its development of an early earthquake warning system and its expansion into locations that will benefit from early detection and characterization of earthquakes and tsunamis, to include the Caribbean Basin.

The recommendation provides $33,532,000, for the Volcano Hazards Program which includes the budget request for next generation volcano hazard assessments and the national volcano early warning system: national volcano data center improvement.

The Committee provides $11,179,000 for the Landslide Hazards Program. This funding level will prevent human and economic loss through the development of methods and models for landslide hazard assessment, monitoring, and tools for landslide early warning and situational awareness. The Committee remains concerned

about the growing frequency of extreme weather storms and the resulting hazards and directs that within the $3,000,000 provided for actionable landslide hazard data and science the Survey improve extreme event modeling and the transmission of that information to emergency managers and at-risk communities.

The recommendation provides $7,212,000 for the Global Seismographic Network (GSN). Adequate resources are provided to continue the multiyear effort to replace failing and obsolete equipment, install new Department of Energy funded sensors, and maintain the network at a high level of quality and reliability.

The USGS Geomagnetism program is part of the U.S. National Space Weather Program (NSWP), an interagency collaboration that includes programs in the National Aeronautics and Space Administration (NOAA), Department of Defense, National Oceanic and Atmospheric Administration, and National Science Foundation. The program provides data to the NSWP agencies, oil drilling services companies, geophysical surveying companies, and electrical transmission utilities. The Committee provides $5,673,000 to ensure that all magnetic observatories remain open and operating and to avoid any disruption to this work as well as to expand the number of observatories to improve coverage. Funding is also provided to support the Magnetotelluric Survey of the contiguous United States.

The Coastal and Marine Hazards and Resources program supports the hazards programs across the Survey and the recommendation provides $57,515,000 which includes funding for the Administration's priorities for coastal blue carbon and risk reduction and community resilience. The Committee encourages the Survey to collaborate on blue carbon research with other federal agencies such as NOAA to leverage resources.

*Water Resources.*—The recommendation provides $293,394,000, $30,274,000 above the enacted level and $5,000,000 above the budget request. Program elements of this mission area follow below.

The Water Availability and Use Science Program is funded at $68,501,000 which maintains funding for the U.S.-Mexico Transboundary Aquifer Assessment at the enacted level. The Committee supports efforts by the USGS Lower Mississippi-Gulf Water Science Center to monitor saltwater intrusion in the Louisiana coastal area aquifers as a result of changes in the Mississippi River. In Fiscal Year 2021 the Committee provided funding to initiate research that examines the hydrologic impact of extraction of water for bottling on water tables, on concentrations of contaminants, on saltwater intrusion into the groundwater, and to better understand water availability. The recommendation includes an additional $1,000,000 to begin a phased study on the impacts of water extraction from springs and groundwater. The Survey is directed to report to the Committee within 60 days of enactment of this Act on how they will approach this study. The Water Resources Mission Area allows the Survey to provide information and tools to first responders, the public, water managers and planners, policy makers, and other decision makers. The Committee urges the Survey to continue to engage with universities and other partners to utilize the best available technology to develop advanced modeling tools, state-of-the-art forecasts, and decision support sys-

tems for water emergencies and daily water operations. The recommendation also provides $12,000,000 for integrated water prediction and $7,225,000 for integrated water availability. Within available funds $2,500,000 is to be directed for the Survey's work with the OpenET consortium and the OpenET software system, and $1,000,000 is to develop nationally consistent PFAS sampling protocols and support implementation of the broad-scale PFAS sampling plan to assess PFAS occurrence at a national scale and help estimate human exposure to PFAS.

The Cooperative Matching Funds program is designed to bring State, Tribal, and local partners together to respond to emerging water issues through shared efforts and funding. The recommendation provides no less than $65,529,000.

Streamgages are crucial to early warning and flood damage reduction efforts across the United States. The Committee recommends $112,651,000 for the National Groundwater and Streamflow Information Program which expands operation of Federal Priority streamgages that meet one or more strategic, long-term Federal information needs.

The Committee recommends $97,242,000 for the National Water Quality program, which includes $7,490,000 for harmful algal blooms (HABs) to include research on health effects associated with HABs, as well as efforts to monitor, characterize, prevent, control them, and provide rapid response alerts to water resource agencies, health departments, and the public. As part of this research, the Committee supports the Survey's examination of the pathways through which sediment and nutrients move through watersheds and into bodies of water and how that relates to the formation of harmful algal blooms. The Survey is also urged to coordinate with the Environmental Protection Agency to monitor the nations water systems and publish available data on the amount of per- and polyfluoroalkyl substances (PFOA/PFAS) detected in our water systems as well as examine its own water sources.

The Water Resources Research Act was designed to provide more effective coordination of the Nation's water research by establishing Water Resources Research Institutes at universities in each State, territory, and the District of Columbia. These institutes provide vital support to stakeholders, States, and Federal agencies for long-term water planning, policy development, and resource management. The recommendation provides $15,000,000. Research on aquatic invasive species in the Upper Mississippi River region to address a critical need for multi-state research is maintained at no less than the enacted level. The Committee encourages the continuation of the development of multi-state research teams to coordinate needed research for aquatic invasive species in the basin and requests a briefing on the aquatic invasive species hydrologic research proposals that are approved. The Committee also encourages the use of the funding increase for research on PFAS.

*Core Science Systems.*—The Committee recommends $328,192,000 for Core Science Systems, $75,504,000 above the enacted level and $13,682,000 below the budget request. Program elements of this mission area follow below.

*National Land Imaging.*—The Committee recommends $116,892,000 for National Land Imaging, which provides $84,788,000 for Satellite Operations. The National Civil Applica-

tions Center and Remote Sensing State grants are funded at no less than the enacted levels.

*Science, Synthesis, Analysis and Research.*—The recommendation provides $65,871,000, which provides $5,000,000 for the National Geologic and Geophysical Data Preservation Program to preserve critical data; $4,250,000 for tools supporting conservation planning, monitoring, and projection and $30,000,000 for assessment of biodiversity collaborative climate adaptation and resilience research (ARPA–C).

*National Cooperative Geologic Mapping Program.*—The recommendation includes $44,581,000 for the National Geologic Mapping Program, $4,000,000 above the budget request to accelerate subsurface mapping and sustain Phase Three of the National Geologic Map Database. This effort is bringing together detailed national and continental resolution 2D and 3D information, produced throughout the Survey and by federal and state partners, that is an essential underpinning of the USGS Earth Map and Earth MRI initiatives and will enhance drinking water protection, hazards resilience, infrastructure design, natural resource management, and support a wide range of fundamental research applications.

*National Geospatial Program.*—The recommendation includes $100,848,000 for the National Geospatial Program, which includes increases of $5,000,000 for geospatial, 3D Elevation Program (3DEP), and geologic research and collection on Tribal lands, $500,000 for the United States Board on Geographic Names and $1,250,000 for the National Digital Trails project. The Committee notes that much of the remaining areas to be mapped to complete the national map represent states with sparse population density, high federal land ownership, and/or other mitigating factors and provides an increase of $13,500,000 to accelerate coverage in the West. The Committee supports the continued collaboration with partners to leverage the resources provided for 3DEP to achieve the goal of national coverage by 2026. The National Hydrography Database (NHD) represents the Nation's drainage networks and provides information integral to a myriad of mission-critical activities which rely on hydrography data. The USGS is partnering with the Environmental Protection Agency, Army Corps, and the U.S. Fish and Wildlife Service to develop an authoritative 3D Hydrography program that will produce a modernized NHD and be derived from 3DEP data to provide resolution at the neighborhood and farm scale. The Committee directs the survey to provide a briefing within 90 days of enactment of this Act, on what funding and staffing would be required to modernize hydrography to depict the scope of waters regulated under the Clean Water Act for states such as Nevada. The Committee also encourages the Survey to examine the efficacy of working with academic partners to develop new capability to incorporate elevation changes near coastal areas into elevation maps. Funding for the U.S. Topo program should be at no less than the enacted level and the Survey should continue to procure product-on-demand updates. The Committee understands State and Federal agencies can use high accuracy lidar from the 3DEP program to identify the location, size, and shape of sinkholes quickly and remotely, and encourages the Survey to consider the inclusion of areas with a high risk of sinkhole development for repeat coverage. The Committee understands any funding awarded

outside the Federal sector will undergo a competitive review process.

*Science Support.*—The Committee recommends $118,103,000, $22,369,000 above the enacted level and $3,318,000 below the budget request. Funding to transition the fleet to zero emission vehicles is provided at $3,832,000.

*Facilities.*—The recommendation includes $194,810,000, $15,427,000 above the enacted level and $10,000,000 above the budget request. The recommendation includes $110,146,000 for Rental Payments and Operations and Maintenance, and $84,664,000 for projects outlined in the budget request as well as $10,000,000 for the Upper Midwest Environmental Sciences Center.

## BUREAU OF OCEAN ENERGY MANAGEMENT

### OCEAN ENERGY MANAGEMENT

| | |
|---|---|
| Appropriation enacted, 2021 | $192,815,000 |
| Budget estimate, 2022 | 227,781,000 |
| Recommended, 2022 | 223,932,000 |
| Comparison: | |
| Appropriation, 2021 | +31,117,000 |
| Budget estimate, 2022 | −3,849,000 |

The Committee recommends $223,932,000 for the Ocean Energy Management appropriation. This amount is $31,117,000 above the enacted level and $3,849,000 below the budget request. The overall funding level is partially offset through the collection of rental receipts and other cost recovery fees totaling $43,000,000, resulting in a final appropriation of $180,932,000. Details of the recommendation are explained through the narrative below and in the table at the back of this report.

*Renewable Energy.*—The Committee recommends $45,818,000 for Renewable Energy, $17,353,000 above the enacted level and equal to the budget request. The Committee supports the Administration's commitment to developing offshore renewable energy including but not limited to wind energy.

*Offshore Wind Development.*—The Committee finds that offshore wind energy development creates jobs, stimulates investment, and grows manufacturing, all while reducing emissions and strengthening America's energy security and climate resilience. The Committee is encouraged by the robust stakeholder engagement, consultation, and cooperation in the Bureau of Ocean Energy Management's (BOEM) offshore wind leasing and permitting process and encourages the Department to continue expeditiously identifying new Wind Energy Areas, holding lease auctions within existing and future Wind Energy Areas, and permitting offshore wind projects within these areas. The Committee urges BOEM to continue its engagement with states, local communities, and other stakeholders in this process to ensure that its decisions consider multiple perspectives.

The Committee further encourages continued research, throughout the renewable energy development process, on the sustained coexistence of offshore wind and commercial fishing.

*Marine Minerals.*—The Committee recommends $14,965,000 for Marine Minerals, $4,184,000 above the enacted level and equal to the budget request. The Committee provides an increase of

$4,184,000 to support the Bureau's National Offshore Sand Inventory. The sand inventory is a key component of coastal mitigation efforts and an increasingly important resource for states.

*General Provision.*—Within the General Provisions section of this title, the Committee has included a provision which restricts funding for the Bureau's offshore oil and gas activities to only those planning areas contained in the current 2017–2022 Outer Continental Shelf Oil and Gas Leasing program, published in November 2016. The restriction applies to the enabling steps prior to leasing or to the consideration of areas for leasing as part of a leasing program, including the issuance of permits for geological and geophysical exploration. The Committee does not sanction the definition of OCS preleasing activities contained in H. Rpt. 102–116 (pp 46–47) and directs the Bureau to discontinue reliance on that description.

## BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT

### OFFSHORE SAFETY AND ENVIRONMENTAL ENFORCEMENT

| | |
|---|---|
| Appropriation enacted, 2021 | $193,812,000 |
| Budget estimate, 2022 | 238,273,000 |
| Recommended, 2022 | 213,273,000 |
| Comparison: | |
| Appropriation, 2021 | +19,461,000 |
| Budget estimate, 2022 | −25,000,000 |

### OFFSHORE SAFETY AND ENVIRONMENTAL ENFORCEMENT

The Committee recommends $213,273,000 for the Offshore Safety and Environmental Enforcement appropriation. This amount is $19,461,000 above the enacted level and $25,000,000 below the budget request. The overall funding level is partially offset through the collection of rental receipts, other cost recovery fees, and inspection fees totaling $58,000,000, resulting in a final appropriation of $155,273,000.

The funding provides an increase for the development of an offshore renewable energy program as requested.

*Offshore Decommissioning.*—The Committee provides $5,000,000 in a new budget activity to begin work to plug and abandon orphan infrastructure. While the Committee is grateful for the Bureau's work on these environmental hazards, the Committee strongly disagrees that the ultimate responsibility for these activities should fall to the American taxpayer. Therefore, before accessing these funds, the Department is directed to brief the Committee on a plan to ensure that oil and gas assurance policies are set to minimize risk of a lack of funds for decommissioning in the scenario of a company's bankruptcy. The briefing should also include a plan, for the Department to set a per-barrel fee on oil and gas offshore activities to be set aside in a separate account for decommissioning activities in cases where there is no remaining liable party similar to the surface mining control and reclamation act standard for reclamation.

*Rigs to Reefs.*—The Committee strongly supports the Rigs to Reefs program in cooperation with the States and NOAA, both for its conservation value and for its potential to reduce taxpayer decommissioning costs. The Bureau is encouraged to utilize the program to the maximum extent possible.

*Blow Out Prevention Technology.*—The Committee encourages BSEE to continue to review new and emerging technology, including those related to blow out preventers, to ensure that risks are properly identified and mitigated.

OIL SPILL RESEARCH

| | |
|---|---|
| Appropriation enacted, 2021 | $14,899,000 |
| Budget estimate, 2022 | 15,099,000 |
| Recommended, 2022 | 15,099,000 |
| Comparison: | |
| Appropriation, 2021 | +200,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $15,099,000 for the Oil Spill Research appropriation, $200,000 above the enacted level and equal to the budget request.

## OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT

REGULATION AND TECHNOLOGY

| | |
|---|---|
| Appropriation enacted, 2021 | $117,768,000 |
| Budget estimate, 2022 | 119,257,000 |
| Recommended, 2022 | 119,257,000 |
| Comparison: | |
| Appropriation, 2021 | +1,489,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $119,257,000 for the Regulation and Technology appropriation. This amount is $1,489,000 above the enacted level and equal to the budget request.

ABANDONED MINE RECLAMATION FUND

| | |
|---|---|
| Appropriation enacted, 2021 | $139,831,000 |
| Budget estimate, 2022 | 192,765,000 |
| Recommended, 2022 | 192,765,000 |
| Comparison: | |
| Appropriation, 2021 | +52,934,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $192,765,000 for the Abandoned Mine Reclamation Fund appropriation, $52,934,000 above the enacted level and equal to the budget request. Of the funds provided, $27,765,000 are derived from the Abandoned Mine Reclamation Fund and $165,000,000 are derived from the general treasury. The Committee recommendation supports the implementation of strategic environmental justice programs proposed by the Administration such as Justice40 and includes the requested funding for the reclamation of Indian Lands in Oklahoma resulting from the Supreme Court ruling *McGirt* v. *Oklahoma*.

*Passive Treatment Systems.*—The fiscal year 2022 budget request highlights the Watershed Cooperative Agreement program through which the Office of Surface Mining Reclamation and Enforcement (OSMRE) directly funds not-for-profit organizations to clean streams affected by acid mine drainage. The Committee directs OSMRE to provide both a briefing and report within 90 days of enactment of this Act detailing how the current program is meeting community needs, the universe of unmet needs, and options for expanding this program to encompass abandoned mine land passive treatment systems that address other types of water pollution.

## INDIAN AFFAIRS

### BUREAU OF INDIAN AFFAIRS

The Bureau of Indian Affairs and Office of the Assistant Secretary—Indian Affairs (together, "Indian Affairs") programs serve 573 federally recognized Indian Tribes, a service population of approximately two million American Indians and Alaska Natives in Tribal and Native communities. The Bureau of Indian Affairs (BIA) provides direct services and funding for compacts and contracts for Tribes to provide Federal programs for a wide range of activities necessary for community development. Programs address Tribal government, natural resource management, trust services, law enforcement, economic development, and social service needs.

In preparation for the fiscal year 2022 appropriation bill, the Subcommittee received written testimony from approximately 68 witnesses on a variety of topics pertaining to American Indian and Alaska Native (AI/AN) programs. The Federal government has a legal and moral obligation to provide quality services to AI/AN. On a nonpartisan basis, the Committee continues to protect and, where possible, strengthen the budgets for Indian Country programs in this bill to address long-standing and underfunded needs.

### OPERATION OF INDIAN PROGRAMS

### (INCLUDING TRANSFERS OF FUNDS)

| | |
|---|---|
| Appropriation enacted, 2021 | $1,616,532,000 |
| Budget estimate, 2022 | 1,916,066,000 |
| Recommended, 2022 | 1,924,089,000 |
| Comparison: | |
| Appropriation, 2021 | +307,557,000 |
| Budget estimate, 2022 | +8,023,000 |

The Committee recommends $1,924,089,000 for Operation of Indian Programs, $307,557,000 above the enacted level and $8,023,000 above the budget request. All subactivities and program elements presented in the budget estimate submitted to Congress are continued at enacted levels and adjusted for internal transfers unless specifically addressed below. The recommendation fully funds fixed costs, as requested. None of the requested program changes are agreed to unless specifically addressed below. Recommended program changes, instructions, and details follow below and in the table at the end of this report. Additional instructions are included in the front of this report.

*Internal Transfers.*—The recommendation includes internal transfers, as requested. Again, the Committee notes that due to internal transfers requested by Indian Tribes, some increases and decreases in program lines are anomalies. These anomalies create confusion in Indian Country about true funding levels for various programs. The Committee continues to direct Indian Affairs to consult with Indian Tribes about the need to include Tribally-requested internal transfers on the budget program line if there is no impact on the ability of compacting and contracting Indian Tribes to transfer funds among programs. This will increase transparency in the future about the actual amounts appropriated for various activities. The Committee directs Indian Affairs to include a Tribal internal transfer table within the annual budget submission.

The Committee expects Indian Affairs to consult with the Navajo Nation and the Hopi Tribe, and to work with the Office of Navajo and Hopi Indian Relocation (ONHIR) on a potential role for Indian Affairs in the event of ONHIR's closure. Indian Affairs is to initiate consultation within 90 days of enactment of this Act.

*Tribal Priority Allocations.*—Tribal Priority Allocations (TPA) programs fund basic Tribal services, such as social services, job placement and training, child welfare, natural resources management, and Tribal courts. TPA programs give Tribes the opportunity to further Indian self-determination by establishing their own priorities and reallocating Federal funds among programs in this budget category. The recommendation includes $788,902,000 for BIA TPA programs.

*Tiwahe.*—Numerous Tribes expressed interest in operating a Tiwahe program. The Committee heard anecdotally from Tribes with programs about the success of the program. However, the Committee is unable to assess whether changes should be made before expanding the program because Indian Affairs has not provided the final report as directed by House Report 115–765 and by the explanatory statement accompanying P.L. 116–94. In fiscal year 2021, Congress withheld $1,000,000 of funds provided for Assistant Secretary Support within Executive Direction and Administrative Services until Indian Affairs provides the requested Tiwahe reports to the Committee. In anticipation of receiving the requested reports soon, the Committee provides additional funds as discussed below to expand the program. If the reports are not received soon as indicated, the Committee will reassess the additional funding. The Committee expects BIA to continue funding the existing recipients at the same amount, including funding to support women and children's shelters.

*Vacancies.*—The Committee is concerned about the number of vacant positions throughout Indian Affairs. Staff shortages during the coronavirus pandemic highlighted Indian Affairs' inability to fulfill its trust and treaty obligations to Indian Tribes. The Committee is encouraged by the request for funding additional FTEs and urges BIA to prioritize filling these positions expeditiously.

*Tribal Government.*—The recommendation includes $355,424,000 for Tribal Government programs, $1,000,000 below the budget request and $14,393,000 above the enacted level. The recommendation includes $27,812,000 for Aid to Tribal Government, as requested, and $571,000 above the enacted level; $84,821,000 for Consolidated Tribal Government Program, as requested, and $2,725,000 above the enacted level; $187,813,000 for Self-Governance Compacts, as requested, and $8,434,000 above the enacted level; and $480,000 for New Tribes, as requested, and $1,144,000 below the enacted level.

The Committee includes $6,000,000 for Small and Needy Tribes, $2,000,000 below the budget request and $1,000,000 above the enacted level. The increase is to ensure all Tribes meeting the criteria receive the current minimum amount based on their respective population. Indian Affairs, in consultation with Tribes, is directed to develop criteria to determine eligibility for these funds and inform the Committee of the criteria once developed as well as the number of Tribes eligible for the program.

The recommendation includes $87,400,000 for Road Maintenance, $1,604,000 above the enacted level. The Committee recognizes the importance of funding provided through the Tribal Transportation Program to address the deferred maintenance backlog. Funding for school bus roads is continued at the fiscal year 2021 enacted level to improve the condition of unpaved roads and bridges used by school buses transporting students. Indian Affairs is directed to report to the Committee within 90 days of enactment of this Act on the distribution of funds provided for school bus routes.

The Committee includes $10,098,000 for Tribal Government Program Oversight, as requested, and $1,203,000 above the enacted level. The increase includes funding for additional Public Law 93–638 Awarding Officials to ensure Federal responsibilities are properly accounted for and to provide support to Tribes exercising their contracted programs.

*Human Services.*—The recommendation includes $176,810,000 for Human Services programs, $15,584,000 above the enacted level and $1,500,000 above the budget request.

*Social Services (TPA).*—The Committee provides $63,292,000 for Social Services (TPA), as requested, and $12,097,000 above the enacted level. This includes $10,000,000 to implement sections 3209 and 3210 of the Indian Child Protection and Family Violence Prevention Act and $3,000,000 to expand the Tiwahe initiative beyond the existing programs through grants to two new sites and to gather Tribal data on program implementation.

The recommendation includes $78,494,000 for Welfare Assistance (TPA), $494,000 above the enacted level and $500,000 above the budget request. A general program increase is provided.

*Indian Child Welfare Act (TPA).*—This recommendation includes $18,813,000 for Indian Child Welfare Act (ICWA) (TPA), as requested, and $1,906,000 above the enacted level. The increase includes an additional $2,000,000 for off-reservation programs authorized by section 202 of ICWA. The Committee directs Indian Affairs to report to the Committee within 90 days of enactment of this Act on the distribution of funds provided for off-reservation programs and identify any challenges to obligating funds.

The recommendation also includes $12,736,000 for the Housing Improvement Program, $1,028,000 above the enacted level and $1,000,000 above the budget request; $290,000 for Human Services Tribal Design (TPA), as requested, and equal to the enacted level; and $3,185,000 for Human Services Program Oversight, as requested, and $59,000 above the enacted level. The Committee notes the American Rescue Plan Act (ARPA) (P.L. 117–2) included $900,000,000 for BIA programs, of which $100,000,000 was for housing.

*Trust—Natural Resources Management.*—The recommendation includes $407,614,000 for Trust-Natural Resources Management programs, $148,772,000 above the enacted level and $11,823,000 above the budget request.

The Committee is concerned about illegal dumping and other environmentally harmful activity that occurs on allotted trust land, specifically in the Pacific Region. The Committee encourages the Agency to use available resources to assist Tribes in enforcing envi-

ronmental codes and ordinances, as well as support Tribal consortia protecting against illegal dumping.

There has been recent momentum in achieving Everglades restoration with the funding provided for Endangered Species, Invasive Species and Natural Resources (TPA). The Committee continues funding for Everglades restoration funding at no less than the fiscal year 2021 enacted level across all programs and strongly encourages BIA to continue prioritizing funding for Everglades restoration activities.

*Natural Resources (TPA).*—The recommendation includes $19,750,000 for Natural Resources (TPA), $11,643,000 above the enacted level and $1,500,000 above the budget request. The increase includes a general program adjustment, an additional $4,000,000 for the Indian Youth Service Corps program under Section 9003 of the John D. Dingell, Jr. Conservation, Management, and Recreation Act of 2019 at BIA, and $2,500,000 for land acquisition for landless and recently recognized Tribes to foster sustainable Tribal communities, economic development, and conservation practices. Bill language increases the amount of funds Indian Affairs may expend for land acquisition.

Between fiscal years 2019 and 2020, the Committee appropriated $3,500,000 to BIA to fulfill the remaining authorization in section 7 of the Elwha River Ecosystem and Fisheries Restoration Act (Act). The Committee expects the Secretary of the Interior and the Director of BIA to work with the Lower Elwha Klallam Tribe to identify appropriate land for acquisition to satisfy the requirements of the Act by the end of fiscal year 2022.

The Committee is concerned about reports of unpermitted businesses creating environmental and public health hazards in the Pacific Region. The Committee directs Indian Affairs to require Pacific Region staff submit a list of all outstanding business permit applications and/or businesses operating without an approved permit on Tribal land to the Committee within 90 days and develop a plan to increase compliance with permitting laws.

*Irrigation Operations and Maintenance.*—The recommendation includes $22,169,000 for Irrigation Operations and Maintenance, $1,500,000 above the budget request and $8,082,000 above the enacted level. The general program increase is to be distributed proportionately among the projects.

*Rights Protection Implementation.*—The recommendation includes $45,487,000 for Rights Protection Implementation, $2,676,000 above the enacted level and $1,000,000 above the budget request.

The recommendation continues $1,500,000 for Columbia River in-lieu sites law enforcement and includes $500,000 for Columbia River in-lieu sites operations and maintenance.The remaining $2,000,000 increase is to be distributed proportionately to the remaining activities within Rights Protection Implementation to provide additional resources to assess and address various existing and potential climate change impacts to all of the natural resources within their communities, to implement the Columbia River In-Lieu and Treaty Fishing Access Sites Improvement Act (P.L. 116–99), for Columbia River fisheries management, to implement recently adopted U.S./Pacific Salmon Treaty agreements and obligation, and for western Washington Tribal wildlife monitoring and

regulation of treaty salmon harvest and co-managing Pacific salmon resources. The Committee provides funding for climate related adaptation grants below and expects all Tribes to be eligible to apply for those grants, including those with treaty-based rights under *U.S.* v. *Oregon* and *U.S.* v. *Washington*. Similarly, Tribal youth are eligible to participate in other youth programs funded in this Act.

*Tribal Management/Development Program.*—The recommendation includes $19,082,000 for Tribal Management/Development Program, $5,695,000 above the enacted level and $1,623,000 above the budget request. The recommendation includes $2,500,000 to develop capacity and prepare for Tribal assumption of responsibility for the National Bison Range as required under the Montana Water Rights Settlement Act (P.L. 116–260); $1,000,000 to directly and indirectly support and assist Tribes to build capacity and services to conserve, protect, and enhance fish, wildlife, habitat, and cultural resources; and an additional $123,000 to manage salmon and steelhead fisheries as part of the Salmon and Steelhead Habitat Inventory and Assessment Program. The remaining $2,000,000 general increase is to be divided proportionately among remaining projects.

The Committee continues to expect Indian Affairs to examine historical funding provided for buffalo preservation and management compared to other Native food activities, such as the preservation and management of fish. In fiscal year 2020, the Committee directed Indian Affairs to conduct this comparison and develop a plan to ensure parity among Native food activities. The Committee has not received this report and plan and directs Indian Affairs to provide this information within 90 days of enactment of this Act.

*Endangered Species.*—The recommendation includes $6,219,000 for Endangered Species, as requested, and $2,011,000 above the enacted level. Additional funds are provided to allow Tribes to better coordinate compliance with the Endangered Species Act and focus activities on protecting and enhancing conditions for listed species.

*Tribal Climate Resilience.*—The Committee provides $60,971,000 for Tribal Climate Resilience, as requested, and $44,015,000 above the enacted level. The increase includes $10,000,000 to establish a Tribal Civilian Climate Corps to address climate change on-the-ground, ensure a living wage, and provide skills and a pathway to employment; and $23,000,000 for Tribal climate adaptation grants to support climate resilient planning by Tribes.

The increase also includes $11,000,000 for Tribes located in ocean coastal areas in the lower 48 and Alaska who are at risk of damage from tsunamis or where relocation is necessary due to climate change. The Committee expects $5,500,000 to be used to assist Tribes in Alaska and $5,500,000 to be used to assist Tribes in the lower 48. The funds are to be used for planning or relocation purposes. Indian Affairs is to report to the Committee within 90 days of enactment of this Act on how funds are distributed. In addition, within 180 days of enactment of the Act, the Committee expects Indian Affairs to work with Tribes to compile a list of Tribes requiring full or partial relocation due to climate change or other environmental hazards with the estimated costs to conduct the relocation and to submit the information to the Committee.

*Integrated Resource Information Program.*—The recommendation includes $8,998,000 for Integrated Resource Information Program, as requested, and $6,015,000 above the enacted level. The general program increase is to enable Tribes and Trust managers to incorporate climate projections into program decision-making, modernize handling of Indian trust-related information and enhance data to optimize efficacy of Indian trust assets.

*Agriculture and Range Program.*—The recommendation provides $42,127,000 for the Agriculture and Range Program, $5,607,000 above the enacted level and $700,000 below the budget request. This amount includes $14,781,000 for Invasive Species and $27,346,000 for Agriculture Program (TPA).

*Forestry.*—The recommendation includes $64,277,000 for Forestry, $9,641,000 above the enacted level and $3,000,000 above the budget request. Within this amount, the Committee recommends $31,062,000 for Forestry Program (TPA) and $33,215,000 for Forestry Projects. The general increase in Forestry Projects is to support forest development, inventory and planning, woodlands management, and timber harvest. By applying science to projects, the increase is to support resource planning and management by applying technology to spatially illustrate the effectiveness of forestry and fuels projects and to deliver geospatial capacity, tools, training, and technical support to Tribal forest managers for climate change vulnerability analysis and for adaptation planning tools.

*Water Resources.*—The recommendation provides $19,302,000 for Water Resources, $6,108,000 above the enacted level and $2,000,000 above the budget request. This amount includes $6,210,000 for Water Resources Program (TPA) and $13,092,000 for Water Management, Planning and Pre-Development. The increase is to be used to spatially illustrate the effectiveness of forestry and fuels projects; to deliver geospatial capacity, tools, training, and technical support to forest managers for climate change vulnerability analysis; and adaptation planning tools.

*Fish, Wildlife, and Parks.*—The recommendation includes $23,806,000 for Fish, Wildlife, and Parks, $6,366,000 above the enacted level and $2,300,000 above the budget request. Within amounts provided, $8,550,000 is for Wildlife and Parks Program (TPA) and $15,256,000 is for Fish, Wildlife, and Parks Projects.

*Minerals and Mining.*—The recommendation includes $66,010,000 for Minerals and Mining, $39,304,000 above the enacted level. The increase for Mineral and Mining Projects is to focus on clean energy programs that strengthen Tribal sovereignty, enhance Tribal energy independence and security, promote energy diversification, and yield environmental and economic benefits.

*Resource Management Program Oversight.*—The recommendation includes $9,416,000 for Resource Management Program Oversight, $1,609,000 above the enacted level and $600,000 above the budget request. The increase is to provide subject matter expertise to mitigate environmental impacts as requested. It also includes an additional $600,000 to continue support for ongoing Tribal cultural resource investigations in the Chaco Canyon region of the Southwest as instructed in the explanatory statement accompanying the Further Consolidated Appropriations Act, 2020 (P.L. 116–94).

*Trust—Real Estate Services.*—The Committee includes $170,864,000 for Trust-Real Estate Services, $30,201,000 above the

enacted level and $1,000,000 above the budget request. Within amounts provided, the recommendation includes $10,503,000 for Trust Services (TPA), which includes $1,000,000 to plug abandoned wells not under Bureau of Land Management authority. The bill establishes the Energy Community Revitalization Program, which includes funds to plug orphan wells in Indian country. Tribes are encouraged to apply for these funds as well.

The recommendation also includes $1,256,000 for Navajo-Hopi Settlement Program; $13,529,000 for Probate (TPA); $15,735,000 for Land Titles and Records Offices; $39,736,000 for Real Estate Services; $6,990,000 for Land Records Improvement; $49,351,000 for Environmental Quality; $1,499,000 for Alaska Native Programs; $17,361,000 for Rights Protection; and $14,904,000 for Trust—Real Estate Services Oversight. The increase for Environmental Quality Projects includes additional funds to remediate open dumps and to prepare for other environmental quality challenges. Within amounts provided for Rights Protection, the Committee recommends $4,180,000 for Rights Protection (TPA), $11,204,000 for Water Rights Negotiations/Litigation, $1,800,000 for Litigation Support/Attorney Fees, and $177,000 for Other Indian Rights Protection.

*Public Safety and Justice.*—The recommendation includes $509,917,000 for Public Safety and Justice, $61,195,000 above the enacted level and $2,800,000 above the budget request.

*McGirt* v. *Oklahoma*, 591 U.S. ____, 140 S.Ct. 2452 (2020) (*McGirt*).—Last year, the Supreme Court held much of eastern Oklahoma remains Indian country. Overnight, Tribes located in that area experienced increased need for public safety and justice funds. The Committee includes funding to implement public safety changes resulting from the *McGirt* v. *Oklahoma* decision, which created an immediate and severe shortage of police and investigative personnel in the vastly expanded Tribal criminal jurisdiction areas along with other challenges. Indian Affairs is expected to closely monitor the situation surrounding public safety and justice needs. The Committee directs Indian Affairs to provide a longer term cost estimate to determine future allocation needs to implement the *McGirt* decision within 120 days of enactment of this Act. The estimate is to evaluate all Tribal public safety and justice needs, including detention/corrections and Tribal court needs, and evaluate any additional funding or other support from Indian Affairs and the Department of Justice that may be required for Tribes in that area to fully exercise their jurisdiction.

The Committee continues to direct Indian Affairs to provide a detailed accounting of law enforcement funds retained for BIA activities or not spent at the local level within 90 days of enactment of this Act, including the activities funded, the number of employees by activity, and the number of vacant positions.

The Committee includes $259,213,000 for Criminal Investigations and Police Services, $38,155,000 above the enacted level and $300,000 below the budget request. The increase includes $9,000,000 for additional law enforcement needs due to the *McGirt* decision, and $8,000,000 for body-worn cameras for law enforcement and detention facility officers in Indian Country, and a general program increase. The Committee continues funding for opioid addiction assistance, Missing and Murdered Indigenous Women un-

solved cases, and to expedite background checks for the Missing and Murdered Indigenous Women initiative at fiscal year 2021 enacted levels. It also continues $1,500,000 to allow law enforcement officers to implement and enforce the Native American Graves Protection and Repatriation Act.

Within amounts provided, $118,469,000 is for Detention/Corrections, $12,062,000 above the enacted level and $2,100,000 above the budget request. The increase includes $1,000,000 for Tribal needs related to the *McGirt* decision and a general program adjustment. It also continues funding for Indian country detention facilities and background checks for facilities on Indian lands at fiscal year 2021 enacted levels.

The Committee is disturbed about recent reports on the high number of deaths in BIA funded detention facilities. Since 2004, the Department of Interior Office of Inspector General (OIG) conducted reviews of detention/correction facilities and operations. The OIG found numerous deficiencies and recommended various changes, which the Committee understands most have been closed. Yet details surrounding recent deaths suggest that although BIA indicated recommendations had been adopted, the changes made in response to recommendations are not being implemented. Therefore, the Committee directs the OIG to conduct a comprehensive follow-up of closed recommendations to determine whether changes made in response to prior recommendations are being implemented correctly. In addition, the Committee expects the OIG to examine appropriations provided for Detention/Corrections in prior years to determine how the funds were spent and whether they were spent correctly. The Committee expects this review to begin no later than 60 days of enactment of this Act.

The recommendation includes $3,666,000 for Inspections/Internal Affairs, as requested, and $76,000 above the enacted level; and $21,898,000 for Law Enforcement Special Initiatives, $2,115,000 above the enacted level and $3,000,000 below the budget request. The increase for Law Enforcement Special Initiatives includes $2,000,000 to focus on Missing and Murdered Indigenous Women cases. The Committee expects Indian Affairs to report to the Committee on the number of FTEs hired and the number of cold cases resolved with these funds. This information should be provided at the same time as the annual budget request. The Committee continues funding at fiscal year 2021 enacted levels for equipment to collect and preserve evidence, Tiwahe recidivism programs and the Victims Witness assistance program increase. The Committee directs Indian Affairs to report within 90 days of enactment of this Act on the number of Victim/Witness Assistance program employees hired with these funds and how the funds will be used to provide additional victim witness services throughout Indian Country.

The Committee provides $5,056,000 for the Indian Police Academy, as requested, and $71,000 above the enacted level; and $26,809,000 for Tribal Justice Support, as requested, and $24,000 above the enacted level. The Committee continues $3,000,000 to implement the Violence Against Women Act in Indian Country and $15,000,000 for P.L. 280 courts.

The recommendation provides $7,092,000 for Law Enforcement Program Management, as requested, and $360,000 above the enacted level; $18,913,000 for Facilities Operations and Maintenance,

as requested, and $120,000 above the enacted level; $47,169,000 for Tribal Courts (TPA), $8,189,000 above the enacted level and $4,000,000 above the budget request; and $1,632,000 for Fire Protection (TPA), as requested, and $23,000 above the enacted level. The increase for Tribal Courts (TPA) consists of $1,000,000 for Tribes impacted by the *McGirt* decision, $4,000,000 for Tribal court operations and maintenance, and a general program adjustment.

*Community and Economic Development.*—The recommendation includes $34,353,000 for Community and Economic Development, $9,881,000 above the enacted level and $8,500,000 below the budget request.

Within amounts provided, the Committee provides $14,751,000 for Job Placement and Training (TPA), which includes an increase to provide training geared towards clean energy jobs. The recommendation for Economic Development (TPA) is $9,068,000. This includes an additional $4,500,000 to implement the Native American Business Incubator Program, solicit applications, and award grants and a general program adjustment to increase the number of grants under the Economic Development Grant Program.

The recommendation includes $10,534,000 for Community Development Oversight. This includes an additional $1,500,000 for Central Oversight, as requested, and an additional $1,300,000 to implement the Native American Tourism and Improving Visitor Experience Act (NATIVE Act) (P.L. 114–221). By investing in implementation of the NATIVE Act across federal departments and agencies, as named in the NATIVE Act, the purposes and intent of the NATIVE Act can be realized bringing needed support to build, enhance and grow sustainable cultural tourism at this critical juncture as we address the COVID–19 recovery efforts, build economic opportunities, address many of the underlying disparities and invest in sustainable practices to preserve and protect delicate ecosystems in California and across the United States as we face the impacts of climate change.

*Executive Direction and Administrative Services.*—The recommendation includes $269,107,000 for Executive Direction and Administrative Services, $27,531,000 above the enacted level and $400,000 above the budget request. The recommendation for Assistant Secretary Support includes an additional $500,000 to continue implementation of the PROGRESS Act, an additional $1,500,000 for staff, as requested, and an additional $800,000 to promote equity and diversity as part of the Department-wide Diversity, Equity, Inclusion, and Accessibility initiative for Indian Affairs for BIA and the Office of the Special Trustee for American Indians (OST).

INDIAN LAND CONSOLIDATION

| | |
|---|---|
| Appropriation enacted, 2021 | $0 |
| Budget estimate, 2022 | 150,000,000 |
| Recommended, 2022 | 75,000,000 |
| Comparison: | |
| Appropriation, 2021 | +75,000,000 |
| Budget estimate, 2022 | −75,000,000 |

The Committee recommends $75,000,000 for Indian Land Consolidation, $75,000,000 below the budget request. This new account is to support Executive Order 14008, Tackling the Climate Crisis at Home and Abroad by enhancing Tribal ability to plan for and

adapt to climate change. By reducing land fractionation and Tribal majority ownership of lands, Tribes will have more control over land management, use, and protection to facilitate climate resilience. The Committee is concerned Indian Affairs did not include administrative expense estimates in the budget request and expects Indian Affairs to do so in future budget justifications. In the interim, the Committee expects Indian Affairs to submit this information within 30 days of enactment of this Act. Further, the Committee expects Indian Affairs to provide metrics, including the number of fractionated interests purchased and acreage consolidated, each fiscal year.

CONTRACT SUPPORT COSTS

| | |
|---|---|
| Appropriation enacted, 2021 | $335,000,000 |
| Budget estimate, 2022 | 240,000,000 |
| Recommended, 2022 | 240,000,000 |
| Comparison: | |
| Appropriation, 2021 | −95,000,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends an indefinite appropriation estimated to be $240,000,000 for contract support costs incurred by the Agency as required by law. The bill includes language making available for two years such sums as are necessary to meet the Federal government's full legal obligation and prohibiting the transfer of funds to any other account for any other purpose.

PAYMENTS FOR TRIBAL LEASES

| | |
|---|---|
| Appropriation enacted, 2021 | $21,593,000 |
| Budget estimate, 2022 | 36,593,000 |
| Recommended, 2022 | 36,593,000 |
| Comparison: | |
| Appropriation, 2021 | +15,000,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends an indefinite appropriation estimated to be $36,593,000 for Payments for Tribal leases incurred by the Agency as required by law. The bill includes language making available for two years such sums as are necessary to meet the Federal government's full legal obligation and prohibiting the transfer of funds to any other account for any other purpose.

CONSTRUCTION

(INCLUDING TRANSFER OF FUNDS)

| | |
|---|---|
| Appropriation enacted, 2021 | $128,818,000 |
| Budget estimate, 2022 | 187,992,000 |
| Recommended, 2022 | 187,992,000 |
| Comparison: | |
| Appropriation, 2021 | +59,174,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $187,992,000 for BIA Construction, as requested, and $59,174,000 above the enacted level. Internal transfers and fixed costs are included, as requested. All subactivities and program elements presented in the budget estimate submitted to Congress are continued at enacted levels unless otherwise indicated. Recommended program changes, instructions, and details follow below and in the table at the end of this report. Additional instructions are included in the front of this report.

*Public Safety and Justice Construction.*—The Committee provides $50,811,000 for Public Safety and Justice Construction, $3,000,000 above the budget request and $8,000,000 above the enacted level. The recommendation provides an increase for Facilities Replacement/New Construction for Indian Affairs to develop capacity to assess facilities within the public safety and justice inventory, to develop the master plan referenced below and repeatedly requested by the Committee, and to construct facilities. The Committee heard concerns that BIA Fire Facilities processes, priorities, and standards are inconsistent with other BIA processes, priorities, and standards and that policy guidance is needed. Like other BIA facilities, there is concern that many Fire Facilities are or should be condemned. The Committee directs Indian Affairs to include fire facilities in the assessment.

*Green Infrastructure.*—Within amounts for Public Safety and Justice Construction, the Committee directs Indian Affairs in planning, design, and operations of buildings to reduce costs, minimize environmental impacts, use renewable energy and incorporate green infrastructure and the most current energy efficiency codes and standards to the maximum extent practicable. The Committee directs Indian Affairs to submit a report to the Committee within 90 days of enactment of this Act describing how Indian Affairs will incorporate these activities.

*Eligible Facilities.*—The Committee continues to hear from Tribes that Indian Affairs considers funding made available for Facility Replacement/New Construction for public safety and justice facilities as only available for detention facilities. The Committee directs Indian Affairs to consider all public safety and justice facilities as eligible for funding under this program and to include such facilities in the master plan the Committee has repeatedly directed Indian Affairs to maintain. The Committee directs Indian Affairs to provide the master plan to the Committee within 90 days of enactment of this Act.

The Committee understands the demand for public safety and construction funding remains high and the backlog to replace these facilities has grown exponentially. The Bureau is expected to distribute funds provided in this Act to expeditiously complete construction of adult detention center projects that were previously awarded.

*Resources Management Construction.*—The Committee recommends $86,510,000 for Resources Management Construction, $1,150,000 above the budget request and $15,102,000 above the enacted level. The recommendation includes an additional $1,150,000 for Irrigation Project Construction, $13,800,000 for dam maintenance and continues $10,000,000 for WIIN Act projects.

*Other Program Construction.*—The recommendation includes $50,671,000 for Other Program Construction, $4,150,000 below the budget request, and $36,072,000 above the enacted level. The Committee includes $6,000,000 to acquire zero emission vehicles, install charging stations and administration costs associated with this effort; $29,923,000 for Water Safety and Sanitation to address issues across Indian country cited by the Environmental Protection Agency as requiring immediate action; and an additional $77,000 for a total of $3,358,000 for operation and maintenance costs required by