60

the Fort Peck Reservation Rural Water System Act of 2000 (P.L. 105–382).

INDIAN LAND AND WATER CLAIM SETTLEMENTS AND MISCELLANEOUS PAYMENTS TO INDIANS

| | |
|---|---|
| Appropriation enacted, 2021 ................................................................ | $45,644,000 |
| Budget estimate, 2022 ................................................................ | 75,844,000 |
| Recommended, 2022 ................................................................ | 75,844,000 |
| Comparison: | |
| Appropriation, 2021 ................................................................ | +30,200,000 |
| Budget estimate, 2022 ................................................................ | 0 |

The Committee recommends $75,844,000 for Indian Land and Water Claim Settlements and Miscellaneous Payments to Indians, as requested, and $30,200,000 above the enacted level. A detailed table of funding recommendations below the account level is provided at the end of this report. Bill language provides that funds may be used to implement settlements pursuant to Public Laws 99–264, 114–322, and 116–260, which includes the Navajo-Utah Water Rights Settlement. Bill language allows funds to be deposited into the Selis-Qlispe Ksanka Settlement Trust Fund. The Committee directs Indian Affairs to provide a list of land and water claim settlements that will be paid in fiscal year 2023 at the same time the budget request is submitted.

The Committee is aware that on January 31, 2020, the Chief Judge of the Court of Federal Claims transmitted to the Clerk of the U.S. House of Representatives the Report of the Hearing Officer and the Report of the Hearing Panel in the matter of *Thomas Charles Bear et al v. United States*. After twenty years of litigation, the Quapaw Nation and the United States settled some trust-related claims in the Court of Federal Claims. The Committee encourages Indian Affairs to work with the parties, the Committees of jurisdiction, and the Office of Management and Budget to determine next steps.

INDIAN GUARANTEED LOAN PROGRAM ACCOUNT

| | |
|---|---|
| Appropriation enacted, 2021 ................................................................ | $11,797,000 |
| Budget estimate, 2022 ................................................................ | 11,833,000 |
| Recommended, 2022 ................................................................ | 11,833,000 |
| Comparison: | |
| Appropriation, 2021 ................................................................ | +36,000 |
| Budget estimate, 2022 ................................................................ | 0 |

The Committee recommends $11,833,000 for the Indian Guaranteed Loan Program Account, as requested, and $36,000 above the enacted level.

The Committee supports the Indian Guaranteed Loan Program but is concerned about high rates of loan defaults in recent years. The high rate of default limited the amount of loans that could be leveraged in fiscal year 2021. While Indian Affairs is addressing this issue, the Committee expects Indian Affairs to provide frequent updates to the Committee on a corrective action plan to stabilize the program and its implementation. The Committee looks forward to considering more robust funding in the future once the program is stabilized to leverage substantially more private financing demands in Indian Country. Bill language makes funds available for two years.

61

BUREAU OF INDIAN EDUCATION

OPERATION OF INDIAN EDUCATION PROGRAMS

The Bureau of Indian Education (BIE) manages a school system with 169 elementary and secondary schools and 14 dormitories providing educational services to 47,000 individual students, with an Average Daily Membership of 41,000 students in 23 States. The BIE also operates two post-secondary schools and provides operating grants for 29 Tribally controlled colleges and universities and two Tribal technical colleges.

| | |
|---|---|
| Appropriation enacted, 2021 ................................................. | $973,092,000 |
| Budget estimate, 2022 ....................................................... | 1,083,634,000 |
| Recommended, 2022 .......................................................... | 1,083,463,000 |
| Comparison: | |
|     Appropriation, 2021 .................................................. | +110,371,000 |
|     Budget estimate, 2022 .............................................. | −171,000 |

*Operation of Indian Education Programs.*—The Committee provides $1,083,463,000 for Operation of Indian Education Programs, $110,371,000 above the enacted level and $171,000 below the budget request. All subactivities and program elements presented in the budget request submitted to Congress are continued at enacted levels and adjusted for internal transfers and fixed costs, as requested. None of the requested program changes are agreed to unless specifically addressed below. Recommended program changes, instructions, and details follow below and in the table at the end of this report. Additional instructions are included in the front of this report.

The pandemic forced BIE-funded schools to begin distance learning with little guidance from BIE. The General Accounting Office (GAO) determined comprehensive distance learning guidance will help schools better navigate the current pandemic as well as future emergencies requiring school closures. GAO also recommended BIE develop and implement written policies and procedures for collecting timely information on BIE-operated schools' technology needs. The Committee expects BIE to implement GAO's recommendations in a timely manner.

In June 2021, the Department announced an investigation into the Federal government's past oversight of Native boarding schools. These schools tore families apart and led to a loss of culture. The Committee applauds this investigation and looks forward to receiving the results of the investigation.

*Tribal Priority Allocations.*—The recommendation includes $68,459,000 for BIE Tribal Priority Allocation (TPA) programs. TPA programs give Tribes the opportunity to further Indian self-determination by establishing their own priorities and reallocating Federal funds among budget accounts.

*Elementary and Secondary Programs (forward funded).*—The Committee recommends $676,700,000 for Elementary and Secondary Programs (forward funded), $58,799,000 above the enacted level and $13,099,000 below the budget request. Within this amount, the recommendation includes $474,284,000 for Indian Student Equalization Program (ISEP) Formula Funds, $47,446,000 above the enacted level and $10,500,000 below the budget request; $5,844,000 for ISEP Adjustments, as requested, and $259,000 above the enacted level; $15,013,000 for Education Program En-

hancements, as requested, and $562,000 above the enacted level; $5,003,000 for Tribal Education Departments, as requested, and $3,000 above the enacted level; $59,616,000 for Student Transportation, as requested, and $1,473,000 above the enacted level; and $92,285,000 to fully fund Tribal Grant Support Costs, $5,401,000 above the enacted level and $2,599,000 below the budget request. Within Education Program Enhancements, the Committee continues $4,000,000 for Native language immersion grants at fiscal year 2021 enacted levels.

*Early Childhood and Family Development.*—The Committee recommends $24,655,000 for Early Childhood and Family Development, as requested, and $3,655,000 above the enacted level. The $3,000,000 program adjustment will allow BIE to prepare more Native students to enter kindergarten ready to learn and may expand FACE to new sites. The Committee directs Indian Affairs to submit a report within 90 days of enactment of this Act on the number of new sites and additional students served with the increased funds.

*Post-Secondary Programs (forward funded).*—The Committee recommends $121,211,000 for Post-Secondary Programs (forward funded), $10,292,000 above the enacted level and $7,928,000 above the budget request. Within funds provided, $28,694,000 is for Haskell and Southwestern Indian Polytechnic Institute (SIPI), $2,436,000 above the enacted level and $72,000 above the budget request; $83,610,000 is for Tribal Colleges and Universities, $7,100,000 above the enacted level and the budget request; and $8,907,000 is for Tribal Technical Colleges, $756,000 above the enacted level and the budget request.

*Elementary and Secondary Programs.*—The Committee recommends $154,362,000 for Elementary and Secondary Programs, as requested, and $885,000 above the enacted level. Within these amounts, $70,189,000 is for Facilities Operations, as requested, and $404,000 above the enacted level; $62,421,000 is for Facilities Maintenance, as requested, and $422,000 above the enacted level; $554,000 is for Juvenile Detention Center Education, as requested, and $1,000 above the enacted level.

*Johnson O'Malley (TPA).*—The Committee recommends $21,198,000 for Johnson O'Malley (JOM) (TPA), as requested, and $58,000 above the enacted level. In fiscal year 2021, Congress provided $2,500,000 for capacity building and training to JOM contractors on administering the program as recommended by GAO. The Committee expects these funds to be used as a general program increase for fiscal year 2022.

The Committee continues to expect BIE to report on training and capacity building activities provided to contractors in fiscal years 2020 and 2021 within 90 days of enactment of this Act. GAO also found that BIE does not have systematic processes in place to conduct oversight of JOM programs. The Committee continues to expect Indian Affairs to develop recommended processes and timelines to ensure the JOM program operates effectively and efficiently and to submit a report to the Committee within 120 days from enactment of this Act on the progress being made towards meeting GAO's recommendations.

*Post-Secondary Programs.*—The Committee recommends $59,703,000 for Post-Secondary Programs, $17,208,000 above the enacted level and $5,000,000 above the budget request. Within the

63

funds provided, $1,220,000 is for Tribal Colleges and University Supplements (TPA), equal to the budget request and the enacted level; $46,041,000 is for Scholarships and Adult Education (TPA), $11,208,000 above the enacted level and $1,000,000 above the budget request; $6,492,000 is for Special Higher Education Scholarships, $3,000,000 above the enacted level and the budget request; and $5,950,000 is for Science Post Graduate Scholarship Fund, $3,000,000 above the enacted level and $1,000,000 above the budget request.

*Education Management.*—The recommendation includes $71,487,000 for Education Management, as requested, and $23,187,000 above the enacted level. This includes $36,063,000 for Education Program Management activities, as requested, and $3,107,000 above the enacted level, and $35,424,000 for Education Information Technology, as requested, and $20,080,000 above the enacted level. The increase includes $400,000 for Diversity, Equity, Inclusion, and Accessibility, as requested, and $20,000,000 for Education IT to support ongoing costs of learning and enhanced use of technology in the classroom.

In fiscal year 2020, the Committee approved establishing BIE as a bureau separate from BIA. BIE was directed to submit a quarterly report to the Committee on activities that occur to separate BIE from BIA, including details on how additional funds are being used to strengthen and improve BIE's capacity. BIE has not submitted these reports. The Committee continues to direct BIE to provide this information.

In fiscal year 2021, the Committee directed BIE to report on its steps to implement GAO's report documenting deficiencies in BIE's provision of special education for children with disabilities. Because BIE has not provided the reports or the requested workforce plan, the Committee continues to direct these reports to be provided.

The Committee is encouraged by BIE's efforts to expand broadband at BIE-funded schools. To modernize its electronic health record system, the Indian Health Service (IHS) is also expanding broadband at some IHS-funded facilities. The Committee directs BIE to coordinate its efforts with IHS to the extent possible to avoid duplication and to build upon each agency's efforts.

EDUCATION CONSTRUCTION

| | |
|---|---:|
| Appropriation enacted, 2021 ............................................................. | $264,277,000 |
| Budget estimate, 2022 ..................................................................... | 264,330,000 |
| Recommended, 2022 ......................................................................... | 267,330,000 |
| Comparison: | |
|     Appropriation, 2021 ..................................................................... | +3,053,000 |
|     Budget estimate, 2022 ................................................................. | +3,000,000 |

The Committee recommends $267,330,000 for BIE Construction, $3,053,000 above the enacted level and $3,000,000 above the budget request. All subactivities and program elements presented in the budget estimate submitted to Congress are continued at enacted levels and adjusted for fixed costs and internal transfers unless otherwise reflected below. None of the requested program changes are agreed to unless specifically addressed below. Recommended program changes, instructions, and details follow below and in the table at the end of this report. Additional instructions are included in the front of this report.

64

Within amounts provided, the Committee includes $116,504,000 for Replacement School Construction, $1,000,000 above the enacted level and the budget request; $23,935,000 for Replacement Facility Construction, as requested, and equal to the enacted level; $1,000,000 for Replacement/New Employee Housing, as requested, and equal to the enacted level; $13,589,000 for Employee Housing Repair, $8,000 above the enacted level and equal to the budget request; $95,802,000 for Facilities Improvement and Repair, $500,000 above the budget request and $545,000 above the enacted level; and $16,500,000 for Tribal Colleges Facilities, Improvement and Repair, $1,500,000 above the enacted level and the budget request. The recommendation includes $500,000 for Indian Affairs to determine the condition of existing Tribal College facilities, examine facilities-related health and safety concerns, and identify current and long-term infrastructure needs for Tribal Colleges and Universities, as defined in section 316(b)(3) of the Higher Education Act of 1965 (20 U.S.C. 1059c(b)(3)). Indian Affairs is expected to commence the study, in coordination with Tribal Colleges and Universities, within 120 days of enactment of this Act.

The Committee continues to direct BIE to provide an assessment of the need for replacement/new employee housing and to provide a spending plan to the Committee within 90 days of enactment of this Act.

The Committee directs BIE to complete annual health and safety inspections of all BIE system facilities and to publish quarterly updates on the status of such inspections. The Department of Interior Office of the Inspector General (OIG) revisited the Pine Hill School to determine whether facility conditions had improved. The Committee is disturbed that issues identified in 2016 remain unresolved, including extensive water damage and mold as well as general facility deficiencies, such as deteriorated walkways. These decades-long deficiencies affect the health and safety of Native children and need to be addressed expeditiously. So, while Indian Affairs indicates it conducts annual health and safety, the IG determined that, at least with respect to Pine Hill School, noted deficiencies are not being addressed. Annual inspections are irrelevant if noted deficiencies are not corrected. Indian Affairs is expected to develop a deficiency tracking system that can be updated as deficiencies are addressed to develop a plan to build schools' capacity to promptly address identified health and safety problems within BIE facilities. The Committee expects BIE to promptly develop this plan to address key challenges BIE schools face in addressing safety hazards and to update the Committee on the status of this activity within 90 days of enactment of this Act.

*Green Infrastructure.*—The Committee directs BIE to include green infrastructure in the replacement school construction program and in the replacement facility program. This includes planning, design, and operations of buildings to reduce costs, minimize environmental impacts, use renewable energy, and incorporate green infrastructure and the most current energy efficiency codes and standards to the maximum extent practicable. The Committee continues to direct Indian Affairs to submit a report to the Committee within 90 days of enactment of this Act explaining how it proposes to incorporate green infrastructure and renewable energy in these projects.

65

*Education Construction Site Assessment and Capital Investment Program.*—The Committee recognizes the efforts of Indian Affairs and the BIE to develop and communicate to Tribes a comprehensive, system-wide approach to school repair and replacement, as the Committee has directed the agencies to do since the fiscal year 2015 appropriation, which should include a clearly identified list of prioritized projects to be accomplished with annual discretionary and mandatory appropriations. The agencies are encouraged to continue working with Tribes to develop and refine the program and are directed to provide feedback to Tribes throughout the process, consistent with direction contained in House Report 116–448 on Tribal consultation.The program must provide for data entry training for all on-site facilities managers and must not disincentivize any Tribe from making improvements with its own funds.

At least with respect to the Pine Hill School, the IG noted that the facility inventory continues to be inaccurate. Inaccurate data in the facility database prevents a credible capital investment plan. The Committee expects Indian Affairs to maintain valid, accurate data in the facility inventory.

ADMINISTRATIVE PROVISIONS

The bill continues language limiting expansion of grades and schools in the BIE system which allow for the expansion of additional grades to schools that meet certain criteria. The intent of the language is to prevent already limited funds from being spread further to additional schools and grades. The intent is not to limit Tribal flexibility at existing schools. Nothing in the bill is intended to prohibit a Tribe from converting a Tribally-controlled school already in the BIE system to a charter school in accordance with State and Federal law.

The bill continues language providing the Secretary with authority to approve satellite locations of existing BIE schools if a Tribe can demonstrate that establishment of such locations would provide comparable levels of education as are being offered at such existing BIE schools, and would not significantly increase costs to the Federal government. The intent is provided for this authority to be exercised only in extraordinary circumstances to provide Tribes with additional flexibility regarding where students are educated without compromising how they are educated, and to significantly reduce the hardship and expense of transporting students over long distances, all without unduly increasing costs that would otherwise unfairly come at the expense of other schools in the BIE system.

OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS

FEDERAL TRUST PROGRAMS

(INCLUDING TRANSFER OF FUNDS)

Congress has designated the Secretary of the Interior as the trustee delegate with responsibility for approximately 55 million surface acres of land, 57 million acres of subsurface mineral interests, and management of approximately $5.5 billion held in trust by the Federal government on behalf of American Indians, Alaska Natives, and federally recognized Indian Tribes. The Office of the Special Trustee's (OST) trust management of these assets includes

66

conserving, maintaining, accounting, investing, disbursing, and reporting to individual Indians and federally recognized Tribes and Tribal organizations on asset transactions generated from sales, leasing and other commercial activities on these lands.

| | |
|---|---|
| Appropriation enacted, 2021 ............................................................. | $108,399,000 |
| Budget estimate, 2022 ...................................................................... | 0 |
| Recommended, 2022 .......................................................................... | 109,572,000 |
| Comparison: | |
|     Appropriation, 2021 ...................................................................... | +1,173,000 |
|     Budget estimate, 2022 .................................................................. | +109,572,000 |

The Committee recommends $109,572,000 for Federal trust programs, $1,173,000 above the enacted level. No budget request was submitted for OST. Once again, the Committee rejects the creation of a new Bureau and proposed budget structure. A detailed table of funding recommendations below the account level is provided at the end of this report.

The recommendation provides $1,501,000 for Executive Direction and $108,071,000 for Program Operations and Support. This amount fully funds fixed costs estimated to be $1,173,000. The Committee does not approve any internal transfers, other than for historical accounting purposes, which is estimated to be $17,536,000. As OST is scheduled to terminate, the Committee does not approve any new FTEs and does not include funding for these positions. However, to ensure OST participates in the Department's Diversity, Equity, Inclusion and Accessibility initiative in support of Executive Orders 13985 and 13988, the Committee includes $400,000 for Indian Affairs to perform these activities on OST's behalf until the future of OST is resolved.

The recommendation continues $2,700,000 provided in fiscal year 2021 to modernize the records management system via the Electronic Records Management Program. This will enable OST to digitize and upload paper records into the cloud for storage for increased operational efficiencies and compliance with Federal laws. The Committee continues to direct OST to provide an estimate of the total amount needed to digitize all trust records located in the Kansas repository within 90 days of enactment of this Act.

The Committee is extremely concerned about the Department's disregard for Congress. Despite the rejection of the bureau budget structure in fiscal year 2021, the Department continues to take action to create a new Bureau to perform OST's duties and functions. In addition to the reports requested in the fiscal year 2021 explanatory statement, the Committee expects Indian Affairs to submit an updated report with information similar to that requested in fiscal year 2021 showing costs and actions taken since passage of the fiscal year 2021 appropriations bill through enactment of this Act. The Committee expects Indian Affairs to submit the updated report within 30 days of enactment of this Act.

Finally, the Committee directs Indian Affairs to consult with Indian Tribes on the future of OST. After consulting with Tribes and providing the requested information to the Committee, the Committee is willing to consider creating a new Bureau. But without the requested information and Tribal consultation, the Committee is unable to evaluate the proposal and make an informed decision. Any future proposal should evaluate and provide options on how to

BLM_004220

ensure OST employees can be transitioned to Indian Affairs or else-
where within the Department.

DEPARTMENTAL OFFICES

OFFICE OF THE SECRETARY

DEPARTMENTAL OPERATIONS

(INCLUDING TRANSFER OF FUNDS)

| | |
|---|---|
| Appropriation enacted, 2021 ................................................................ | $103,210,000 |
| Budget estimate, 2022 ........................................................................ | 130,887,000 |
| Recommended, 2022 ........................................................................... | 130,887,000 |
| Comparison: | |
| Appropriation, 2021 ....................................................................... | +27,677,000 |
| Budget estimate, 2022 ................................................................... | 0 |

The Committee recommends $130,887,000 for the Office of the
Secretary, Departmental Operations appropriation. This amount is
$27,677,000 above the enacted level and equal to the budget re-
quest.

*Botanical Science Expertise.*—The Committee is concerned by the
need to incorporate the perspective and knowledge of botanists in
land management and restoration decision making. Input from this
scientific discipline is necessary to the effective development of ap-
proaches that incorporate meaningful consideration of how best to
create thriving habitats, ameliorate the impact of invasive species,
and preserve lands for multiple use missions. Accordingly, the
Committee encourages the Secretary to establish a chief botanist in
each of the Fish and Wildlife Service, National Park Service, Bu-
reau of Land Management and U.S. Geological Survey.

*Office of Native Hawaiian Relations.*—The Committee directs the
Office of Native Hawaiian Relations (ONHR) to coordinate with
federal agencies to carry out the consultation policies described in
the Standard Operating Procedure for Consultation with the Na-
tive Hawaii Community in order to ensure the responsible execu-
tion of policy across the federal government. The Committee directs
the Office of Native Hawaiian Relations to submit a report, not
later than 180 days after the enactment to provide an update on
the actions taken to ensure regular and meaningful consultation by
federal agencies with the Native Hawaiian Community and with
native Hawaiians as defined under section 201(a) of the Hawaiian
Homes Commission Act.

*Wild Horse and Burro Task Force.*—The Committee is making a
large Federal investment in the Wild Horse and Burro program to
protect the welfare of the wild horses and burros and conserve the
range for the habitat it provides to other species and the ecosystem
services that protect human and species health and well-being in
the face of climate change. The Committee directs the Secretary to
establish a task force to bring experts from all Interior Bureaus to-
gether to address the challenge of wild horses and burros. This
task force is to have monthly meetings to review performance
metrics, monitor outcomes, assess milestone achievements, and ad-
dress any delays or setbacks to the implementation of the May
plan. The task force should collaborate with experts from academia
on scientific advancements, analyze federal investments, and deter-
mine if any course correction is necessary. The Bureau of Land

68

Management is to report to the Committee on a quarterly basis on the status of this program and the work of the task force.

INSULAR AFFAIRS

ASSISTANCE TO TERRITORIES

The Office of Insular Affairs (OIA) was established on August 4, 1995, through Secretarial Order No. 3191, which also abolished the former Office of Territorial and International Affairs. OIA has administrative responsibility for coordinating Federal policy in the territories of American Samoa, Guam, the U.S. Virgin Islands, and the Commonwealth of the Northern Mariana Islands (CNMI), and oversight of Federal programs and funds in the freely associated states of the Federated States of Micronesia (FSM), the Republic of the Marshall Islands (RMI), and the Republic of Palau. The permanent and trust fund payments to the territories and the compact nations provide substantial financial resources to these governments. During fiscal year 2004, financial arrangements for the Compacts of Free Association with the FSM and the RMI were implemented. These also included mandatory payments for certain activities previously provided in discretionary appropriations as well as Compact impact payments of $30,000,000 per year split among Guam, CNMI, AS, and Hawaii.

| | |
|---|---|
| Appropriation enacted, 2021 .............................................................. | $106,693,000 |
| Budget estimate, 2022 ....................................................................... | 113,977,000 |
| Recommended, 2022 ........................................................................... | 119,477,000 |
| Comparison: | |
| Appropriation, 2021 ...................................................................... | +12,784,000 |
| Budget estimate, 2022 .................................................................. | +5,500,000 |

The Committee recommends $119,477,000 for Assistance to Territories, $12,784,000 above the enacted level and $5,500,000 above the budget request. Recommended program changes, instructions, and details follow below and in the table at the end of this report.

*Office of Insular Affairs.*—The recommendation includes $9,837,000 for the Office of Insular Affairs, $284,000 above the enacted level and equal to the budget request.

*Technical Assistance.*—The recommendation includes $22,800,000 for Technical Assistance, $1,000,000 above the enacted level and $1,000,000 above the budget request.

*Maintenance Assistance Fund.*—The recommendation includes $4,375,000 for Maintenance Assistance, equal to the enacted level and the budget request.

*Energizing Insular Communities.*—The recommendation includes $15,500,000 for Energizing Insular Communities (EIC), $7,000,000 above the enacted level and equal to the budget request.

The Committee continues direction to encourage the Department to work with the Insular Areas to update and implement their energy action plans. The Committee expects funds to be used in accordance with 48 U.S.C. 1492a to update and implement the energy action plans of American Samoa, Guam, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands with the goals of reducing reliance and expenditures on imported fuels, developing and utilizing domestic energy sources, and improving the performance of energy infrastructure and overall energy efficiency in each of these insular areas.

69

*American Samoa Operations Grants.*—The Committee recommends $27,120,000 for American Samoa Operations, $2,500,000 above the enacted level and the budget request. With the increase provided for American Samoa Operations Grants, the recommendation provides no less than $2,500,000 for the study, planning, site selection, design, environmental, and engineering services for the new Lyndon B. Johnson Tropical Medical Center in American Samoa, consistent with the U.S. Army Corps 2019 report to Congress. The Committee also encourages the Department to pair this funding with additional grant funds as appropriate from Technical Assistance or other sources.

*Regional Biosecurity Report.*—The Department is directed to include in its annual budget submission an updated report describing the activities of the Department during the preceding fiscal year to implement the Regional Biosecurity Plan for Micronesia and Hawaii, as developed jointly by the Department and other Federal and non-Federal entities to prevent and control the introduction of invasive species in the United States Pacific Region. The report shall also include next steps and planned activities of the Department for further implementation of the plan, including estimates of additional funding to be used or needed for such next steps and planned activities.

The Committee recognizes that the Office of Insular Affairs funds important efforts to improve education, health, infrastructure, judicial training, and economic sustainability in the Insular areas and expects funds to continue to be awarded accordingly. Additionally, the Department is directed to continue to award noncompetitive technical assistance funds to support investments in civic education programs for Insular Area students.

### COMPACT OF FREE ASSOCIATION

| | |
|---|---:|
| Appropriation enacted, 2021 | $8,463,000 |
| Budget estimate, 2022 | 8,463,000 |
| Recommended, 2022 | 8,463,000 |
| Comparison: | |
| Appropriation, 2021 | 0 |
| Budget estimate, 2022 | 0 |

The Committee recommends $8,463,000 for Compact of Free Association, equal to the enacted level and the budget request. Recommended program changes, instructions, and details follow below and in the table at the end of this report.

*Compact of Free Association—Federal Services.*—The Committee recommends $7,813,000 for Federal Services, equal to the enacted level and the budget request. The recommendation includes $5,000,000 as the third payment towards the $20,000,000 requested by the Republic of the Marshall Islands in September 2009, as authorized in section 111(d) of the Compact of Free Association Act of 1986 (P.L. 99–239; 99 Stat. 1799; 48 U.S.C. 1911) and section 108(b) of the Compact of Free Association Amendments Act of 2003 (P.L. 108–188; 117 Stat. 2755; 48 U.S.C. 1921g).

70

### OFFICE OF THE SOLICITOR

#### SALARIES AND EXPENSES

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $86,813,000 |
| Budget estimate, 2022 ...................................................................... | 95,498,000 |
| Recommended, 2022 ......................................................................... | 95,498,000 |
| Comparison: | |
|     Appropriation, 2021 ...................................................................... | +8,685,000 |
|     Budget estimate, 2022 .................................................................. | 0 |

The Committee recommends $95,498,000 for Salaries and Expenses, as requested, and $8,685,000 above the enacted level. The recommendation fully funds fixed costs and includes internal transfers. The increase includes $3,400,000 for one-time office moves for the Intermountain Regional Office and the Tulsa Field Office and $200,000 for the Office to participate in the Department-wide Diversity, Equity, Inclusion, and Accessibility initiative. New bill language makes the funds available for two years, as requested.

### OFFICE OF INSPECTOR GENERAL

#### SALARIES AND EXPENSES

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $58,552,000 |
| Budget estimate, 2022 ...................................................................... | 66,382,000 |
| Recommended, 2022 ......................................................................... | 66,382,000 |
| Comparison: | |
|     Appropriation, 2021 ...................................................................... | +7,830,000 |
|     Budget estimate, 2022 .................................................................. | 0 |

The Committee recommends $66,382,000 for salaries and expenses of the Office of Inspector General (OIG), $7,830,000 above the enacted level and equal to the budget request. The budget reflects additional funding for staffing increases to enable the OIG to address key programmatic priorities, technology and infrastructure needs, and fixed costs.

### DEPARTMENT-WIDE PROGRAMS

#### WILDLAND FIRE

The Department's Wildland Fire Management account supports fire activities for the Bureau of Land Management, the National Park Service, the United States Fish and Wildlife Service, and the Bureau of Indian Affairs.

#### WILDLAND FIRE MANAGEMENT

##### (INCLUDING TRANSFERS OF FUNDS)

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $992,623,000 |
| Budget estimate, 2022 ...................................................................... | 1,110,441,000 |
| Recommended, 2022 ......................................................................... | 1,110,061,000 |
| Comparison: | |
|     Appropriation, 2021 ...................................................................... | +117,438,000 |
|     Budget estimate, 2022 .................................................................. | −380,000 |

The Committee recommends $1,110,061,000 for Wildland Fire Management at the Department of the Interior. The bill permits the transfer of $50,000,000 in base discretionary fire suppression funds between the Department of the Interior and the Department of Agriculture. The detailed allocation of funding by activity is included in the table at the end of this report.

71

The Committee remains concerned with the trend of high-intensity fires year-round. The Committee supports the Department's efforts to develop a professional year-round workforce to combat these fires.

*Wildland Fire Preparedness.*—The Committee recommends $355,543,000 for Wildland Fire Preparedness, an increase of $8,438,000 above the enacted level and equal to the budget request.

*Wildland Fire Suppression.*—The Committee recommends $383,657,000, for Wildland Fire Suppression, equal to the enacted level and the budget request. The recommended amount is the fiscal year 2015 10-year average cost for wildland fire suppression.

*Fuels Management.*—The Committee recommends $303,964,000 for the Fuels Management program, $84,000,000 above the enacted level and $380,000 below the budget request.

*Burned Area Rehabilitation.*—The Committee recommends $40,470,000 for the Burned Area Rehabilitation program, $20,000,000 above the enacted level and equal to the budget request.

The Committee notes that funding for Burned Area Rehabilitation is meant to supplement emergency stabilization funding provided under suppression, not replace it.

*Fire Facilities.*—The Committee recommends $18,427,000 for Fire Facilities, equal to the enacted level and the budget request.

### WILDFIRE SUPPRESSION OPERATIONS RESERVE FUND

#### (INCLUDING TRANSFERS OF FUNDS)

| | |
|---|---:|
| Appropriation enacted, 2021 ............................................................. | $310,000,000 |
| Budget estimate, 2022 ...................................................................... | 330,000,000 |
| Recommended, 2022 .......................................................................... | 330,000,000 |
| Comparison: | |
| Appropriation, 2021 ...................................................................... | +20,000,000 |
| Budget estimate, 2022 .................................................................. | 0 |

The bill includes $330,000,000 for the Wildfire Suppression Operations Reserve Fund, which is $20,000,000 above the enacted level and equal to the budget request. Section 1(h) of H. Res. 467 of the 117th Congress as engrossed in the House of Representatives on June 14, 2021 included a budget cap adjustment for wildfire suppression costs and this additional funding is included for fiscal year 2022. Of the additional $2,450,000,000 available for fire suppression operations, $330,000,000 is provided to the Department of the Interior and the remaining $2,120,000,000 is available through a transfer from the Department of Agriculture (Forest Service). The Committee provides these additional funds and authorities to ensure that sufficient funds are available to protect American homes, lands, and wildlife from catastrophic fires without requiring a transfer of funds from the very activities that advance forest health and prevent wildland fires. The Committee expects the Department to use suppression funds judiciously and continue to work closely with the Office of Management and Budget and the Forest Service to accurately account for expenditures and recover costs.

72

### CENTRAL HAZARDOUS MATERIALS FUND

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $10,010,000 |
| Budget estimate, 2022 ....................................................................... | 10,036,000 |
| Recommended, 2022 .......................................................................... | 10,036,000 |
| Comparison: | |
|    Appropriation, 2021 ...................................................................... | +26,000 |
|    Budget estimate, 2022 .................................................................. | 0 |

The Committee recommends $10,036,000 for the Central Hazardous Materials Fund appropriation. This amount is $26,000 above the enacted level and equal to the budget request.

### ENERGY COMMUNITY REVITALIZATION PROGRAM

#### (INCLUDING TRANSFERS OF FUNDS)

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $0 |
| Budget estimate, 2022 ....................................................................... | 169,200,000 |
| Recommended, 2022 .......................................................................... | 120,000,000 |
| Comparison: | |
|    Appropriation, 2021 ...................................................................... | +120,000,000 |
|    Budget estimate, 2022 .................................................................. | −49,200,000 |

The Committee recommends $120,000,000 for the Energy Community Revitalization Program, an increase of $120,000,000 above the enacted level and $49,200,000 below the budget request. The funding provided allows entities to inventory, assess, decommission, reclaim, respond to hazardous substance releases, and remediate abandoned hard rock mines, orphaned oil and gas wells, and orphaned infrastructure, including but not limited to, facilities, pipelines, structures or equipment used in energy production operations. This recommendation includes $50,000,000 for State grants; $14,000,000 for Tribal grants; $53,000,000 for the Federal program; and $3,000,000 for program management. Within 30 days of enactment of this Act, the Department will brief the Committee on the framework for the program, provide a staffing plan, and outline the grant programs including the criteria and review process for awarding grants, the oversight and monitoring that will be instituted, and how this funding complements the funding provided directly to other Interior bureaus for this purpose.

### NATURAL RESOURCE DAMAGE ASSESSMENT AND RESTORATION

#### NATURAL RESOURCE DAMAGE ASSESSMENT FUND

| | |
|---|---:|
| Appropriation enacted, 2021 ................................................................ | $7,767,000 |
| Budget estimate, 2022 ....................................................................... | 7,933,000 |
| Recommended, 2022 .......................................................................... | 7,933,000 |
| Comparison: | |
|    Appropriation, 2021 ...................................................................... | +166,000 |
|    Budget estimate, 2022 .................................................................. | 0 |

The Committee recommends $7,933,000 for the Natural Resource Damage Assessment Fund appropriation. This amount is $166,000 above the enacted level and equal to the budget request. Details of the recommendation by activity are contained in the table at the back of this report.

73

WORKING CAPITAL FUND

| | |
|---|---:|
| Appropriation enacted, 2021 ............................................................. | $60,735,000 |
| Budget estimate, 2022 ....................................................................... | 91,436,000 |
| Recommended, 2022 .......................................................................... | 91,436,000 |
| Comparison: | |
| Appropriation, 2021 ..................................................................... | +30,701,000 |
| Budget estimate, 2022 ................................................................. | 0 |

The Committee recommends $91,436,000 for the Working Capital Fund appropriation. This amount is $30,701,000 above the enacted level and equal to the budget request. The recommendation adopts the proposed increases for cybersecurity and Financial Business Management System (FBMS) activities.

OFFICE OF NATURAL RESOURCES REVENUE

NATURAL RESOURCES REVENUE

| | |
|---|---:|
| Appropriation enacted, 2021 ............................................................. | $148,474,000 |
| Budget estimate, 2022 ....................................................................... | 169,640,000 |
| Recommended, 2022 .......................................................................... | 153,474,000 |
| Comparison: | |
| Appropriation, 2021 ..................................................................... | +5,000,000 |
| Budget estimate, 2022 ................................................................. | −16,166,000 |

The Committee recommends $153,474,000 for the Office of Natural Resources Revenue. This amount is $5,000,000 above the enacted level and $16,166,000 below the budget request.

*Distribution of GOMESA revenues.*—The Committee continues its annual direction to the Office to distribute revenues from Gulf of Mexico operations in a manner consistent with current law, including the Gulf of Mexico Energy Security Act of 2006 (P.L. 109–432), as amended.

GENERAL PROVISIONS, DEPARTMENT OF THE INTERIOR

(INCLUDING TRANSFERS OF FUNDS)

Section 101 continues a provision providing for emergency transfer authority (intra-bureau) with the approval of the Secretary.

Section 102 continues a provision providing for emergency transfer authority (Department-wide) with the approval of the Secretary.

Section 103 continues a provision providing for the use of appropriations for certain services.

Section 104 continues a provision permitting the transfer of funds between the Bureau of Indian Affairs and Bureau of Indian Education, and the Office of the Special Trustee for American Indians and includes a notification requirement.

Section 105 continues a provision permitting the redistribution of Tribal priority allocation and Tribal base funds to alleviate funding inequities.

Section 106 continues a provision authorizing the acquisition of lands for the purpose of operating and maintaining facilities that support visitors to Ellis, Governors, and Liberty Islands, NJ and NY.

Section 107 continues a provision allowing Outer Continental Shelf inspection fees to be collected by the Secretary of the Interior.

Section 108 continues a provision allowing the Bureau of Land Management (BLM) to enter into long-term cooperative agreements

74

for long-term care and maintenance of excess wild horses and bur-
ros on private land.

Section 109 continues a provision dealing with the U.S. Fish and
Wildlife Service's responsibilities for mass marking of salmonid
stocks.

Section 110 continues a provision allowing the Bureau of Indian
Affairs and Bureau of Indian Education to perform reimbursable
work more efficiently and effectively.

Section 111 continues bill language establishing a Department of
the Interior Experienced Services Program.

Section 112 requires funds to be available for obligation and ex-
penditure not later than 60 days after the date of enactment.

Section 113 continues authorization for the Secretary to transfer
funds in conformity with the reprogramming requirements between
the Bureau of Indian Affairs and the Bureau of Indian Education
in order to separate the accounts.

Section 114 provides funding for the Payments in Lieu of Taxes
(PILT) program.

Section 115 directs the public disclosure of waivers from safety
regulations for operators within the Outer Continental Shelf.

Section 116 allows the National Park Service to convey lands for
purposes of transportation and recreation for a specific project.

Section 117 authorizes Tribally controlled schools access to inter-
agency motor vehicles in same manner as if performing activities
under the Indian Self Determination and Education Assistance Act.

Section 118 extends the date by which the Alyce Spotted Bear
and Walter Soboleff Commission on Native American Children
needs to submit its report on Native children.

Section 119 provides that the Ysleta del Sur Pueblo and Alabama
and Coushatta Indian Tribes of Texas Restoration Act does not pre-
clude or limit the applicability of the Indian Gaming Regulatory
Act.

Section 120 extends the authorization for the Delaware Water
Gap National Recreation Area.

Section 121 addresses National Heritage Areas.

Section 122 authorizes the Secretary of the Interior to conduct a
study to evaluate resources associated with the 1965 Voting Rights
March from Selma to Montgomery.

Section 123 limits the use of funds for certain Outer Continental
Shelf activities to lease sales that are contained in the currently
approved 2017–2022 plan.

Section 124 amends the Indian Reorganization Act to clarify ap-
plication to any federally recognized Indian Tribe.

Section 125 requires the National Park Service to conduct an en-
vironmental impact statement prior at Big Cypress National Pre-
serve.

Section 126 establishes a new offshore decommissioning account.

Section 127 modifies a provision on the exhaustion of administra-
tive review.

## TITLE II—ENVIRONMENTAL PROTECTION AGENCY

The Environmental Protection Agency (EPA) was created by Re-
organization Plan No. 3 of 1970, which consolidated nine programs
from five different agencies and departments. Major EPA programs
include air and water quality, drinking water, hazardous waste, re-

75

search, pesticides, radiation, toxic substances, enforcement and compliance assurance, pollution prevention, Inland oil spill, Superfund, Brownfields, and the Leaking Underground Storage Tank program. In addition, EPA provides Federal assistance for wastewater treatment, sewer overflow control, drinking water facilities, other water infrastructure projects, and diesel emission reduction projects. The Agency is responsible for conducting research and development, establishing environmental standards through the use of health science, risk assessment, and cost-benefit, monitoring pollution conditions, seeking compliance through enforcement actions, managing audits and investigations, and providing technical assistance and grant support to States and Tribes, which in many cases are delegated authority for much of program implementation. Under existing statutory authority, the Agency contributes to specific homeland security efforts and participates in international environmental activities.

Among the statutes for which the Environmental Protection Agency has sole or significant oversight responsibilities are:

National Environmental Policy Act of 1969, as amended.

Federal Insecticide, Fungicide, and Rodenticide Act, as amended.

Toxic Substances Control Act, as amended.

Clean Water Act (Federal Water Pollution Control Act), as amended.

Federal Food, Drug and Cosmetic Act, as amended.

Ocean Dumping Act (Marine Protection, Research, and Sanctuaries Act of 1972), as amended.

Oil Pollution Act of 1990.

Safe Drinking Water Act (Public Health Service Act (Title XIV)), as amended.

Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act.

Clean Air Act, as amended.

Great Lakes Legacy Act of 2002.

Bioterrorism Preparedness and Response Act of 2002.

Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA), as amended.

Small Business Liability Relief and Brownfields Revitalization Act of 2002 (amending CERCLA).

Emergency Planning and Community Right-to-Know Act of 1986.

Pollution Prevention Act of 1990.

Pollution Prosecution Act of 1990.

Pesticide Registration Improvement Act of 2003.

Energy Policy Act of 2005.

Energy Independence and Security Act of 2007.

American Innovation and Manufacturing Act of 2020.

Save Our Seas 2.0 Act.

For fiscal year 2022, the Committee recommends $11,344,071,000 for the Environmental Protection Agency, $2,106,918,000 above the enacted level, and $110,792,000 above the budget request. The Committee notes that in fiscal year 2021, in addition to its annual discretionary appropriation, the Agency received an additional $100,000,000 in funds through the American Rescue Plan Act of 2021 (P.L. 117–2) to support environmental justice activities. Comparisons to the budget request and enacted levels are shown by account in the table at the end of this report.

BLM_004229

76

*Reprogramming.*—In general, the Agency shall follow the Reprogramming Guidelines described in the front matter of this report. As a reminder, these guidelines apply to reorganizations, office, laboratory, and facility closures, relocations, and consolidations. The Committee notes that in the past two years there have been numerous instances of reorganizations and laboratory relocations initiated outside of these guidelines, and expects strict adherence to the outlined requirements. Further, the Agency may not use any amount of de-obligated funds to initiate a new program, office, or initiative without the prior approval of the Committee. Not more than 45 days after the end of each quarter, the Agency shall report all reprogrammings between program projects, or the more detailed program activity levels specified in this report, including those below the levels requiring prior approval from the Committee, and shall include cumulative totals for each budget activity or budget line item.

The Committee notes the four realignments proposed in the request, including the proposed creation of a new National Program Manager for Environmental Justice. The Committee looks forward to receiving and reviewing additional details regarding each of these proposals prior to Agency implementation.

*Congressional Budget Justification.*—The Committee directs the Agency to include in future justifications the following items: (1) a comprehensive index of programs and activities within the program projects; (2) the requested bill language, with changes from the enacted language highlighted, at the beginning of each account section; (3) a justification for every program/project, including those proposed for elimination; (4) a comprehensive, detailed explanation of all changes within a program project; (5) a table showing consolidations, realignments or other transfers of resources and personnel from one program project to another such that the outgoing and receiving program projects offset and clearly illustrate a transfer of resources; (6) a table listing the budgets and FTE by major office within each National Program Management area, itemized by headquarter and each regional office, with pay/non-pay breakouts; (7) separate targets for onsite inspections and offsite compliance monitoring activities, and separate target and actuals data for onsite and offsite compliance monitoring activities for the previous five fiscal years; (8) requested enforcement travel budget, and budgeted and actual enforcement travel spending for the previous five fiscal years; and (9) allocations for each component of funding for environmental justice programs and grants. Further, if EPA is proposing to change State allocation formulas for the distribution of appropriated funds, then EPA should include such proposals in the congressional justification.

*Operating Plan.*—Within 30 days of enactment, the Agency is directed to submit to the House and Senate Committees on Appropriations its annual operating plan for fiscal year 2022. The operating plan shall adhere to the program area levels, and where applicable, the program project levels, specified within this report. For program project levels not otherwise specified herein, the operating plan should detail how the Agency plans to allocate funds at the program project level. For each program project, the operating plan should include actuals for the preceding fiscal year, as well as the amounts of any expired funds.

77

The operating plan shall also include a table listing the enacted budgets and target FTE by major office within each National Program Management area, itemized by headquarter and each regional office, with pay/non-pay breakouts. Further, the budgets of each major office should be itemized to indicate the source of funds for each major office by program project level.

The operating plan should include detailed allocations for all components of funding for environmental justice programs, including the Environmental Justice Small Grants program, the Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program, and funding for regional resources, outreach, and technical assistance.

*Workforce and Staffing Plans.*—The explanatory statement accompanying the fiscal year 2021 appropriations included directions for the Agency to develop workforce and staffing plans to achieve the Agency's FTE targets in fiscal year 2021. For fiscal year 2022, the Committee expects the Agency to submit as part of its operating plan, staffing targets by National Program Management area, with separate staffing targets for headquarters and each regional office within each Program, in line with the Agency's enacted appropriation. The Committee expects the Agency to continue to develop workforce and staffing plans to achieve the staffing targets submitted with the operating plan, and directs the Agency to submit its fiscal year 2022 workforce and staffing plans to the Committee not more than 45 days after the submission of the Agency's operating plan. Further, not later than 45 days after the end of each quarter, the Agency shall submit data on the number of FTE employed by the Agency in the same format as the fiscal year 2022 FTE target data was submitted. The Committee expects quarterly briefings on the Agency's progress in achieving its staffing targets.

The Committee notes that a significant portion of the Agency's workforce is already or will soon become retirement eligible. The Committee applauds the significant strides the Agency has made in the past two years to streamline the hiring and onboarding process, especially in light of the special challenges posed in 2020 and 2021 during the pandemic. While there has been considerable progress made in growing the workforce and approaching the FTE ceiling, the Committee remains concerned about the potential erosion of the Agency's reserve of expertise as senior scientists are replaced with individuals who are at earlier stages in their career. The Agency is directed to brief the Committee on its plans for managing this transition, and is encouraged to work with the Committee to ensure the continued excellence of its scientific and technical capabilities.

*Compliance and Enforcement Policy.*—The Committee believes that vigorous and credible enforcement of environmental laws is an essential part of the Agency's mission to protect public health, particularly in environmental justice communities. These efforts both directly reduce pollution and also deter non-compliance by regulated entities. While states with delegated programs carry out the bulk of enforcement activities, the Agency must exercise its oversight responsibilities over state programs to ensure that environmental laws are being vigorously and equitably enforced. Additionally, more complex cases generally require the leadership, exper-

78

tise, and resources of the federal government. States and Tribes cannot fill the void created by the absence of an active and capable federal enforcement program.

The Committee remains deeply concerned by the impacts of the previous Administration's enforcement practices on the work of the Agency. This includes documented cases of interference by political appointees in compliance and enforcement activities, as well as repeated, blatant efforts to politicize enforcement actions and targets. The Committee believes strongly in the need for additional guardrails to protect the integrity of the Office of Enforcement and Compliance Assurance's (OECA's) work, and the Agency is directed to work with Congress as it develops and implements policies to prevent future abuses.

*Restoring Agency Integrity Through Accountability.*—There is a substantial and growing body of work documenting abuses and other wrongdoing by senior Agency officials in the previous Administration. The Committee believes strongly that one of the essential guardrails against such abuses in the future is having in place a robust Agency culture that cooperates with oversight bodies, identifies and acknowledges previous wrongdoing when it has occurred, and takes action to hold the individuals responsible accountable. The Agency is directed to brief the Committee on actions taken since January 2021, and to keep the Committee apprised of its ongoing efforts in this area.

*Environmental Justice.*—The Committee applauds the president's commitment to addressing environmental justice and is extremely pleased to see this commitment reflected in the Agency's budget request.

In prior years, Environmental Justice funding was included as part of the Enforcement budget lines in Environmental Programs and Management (EPM) and in Hazardous Substance Superfund (HSS). However, given the significantly expanded role that environmental justice is to play in all other programs and media offices, the Committee is elevating Environmental Justice to its own Program Area within EPM and HSS. Additionally, the Committee provides $100,000,000 in funds for six new grant programs within the State and Tribal Assistance Grant (STAG) account that address specific and distinct needs within environmental justice communities. Across these three accounts, the Committee recommends $247,814,000, an increase of $235,135,000 above the enacted level. Additional details regarding allocations amongst the various programmatic and grant portions of the Environmental Justice program are outlined within each of the respective accounts.

The Committee believes that adequately addressing environmental justice will require leveraging the Agency's expertise to pursue whole-of-government solutions at the federal, state, and local levels. The Committee expects the Agency to better integrate environmental justice considerations into its existing rulemaking, permitting, enforcement, and grant-making activities. Additionally, through its participation and leadership within the White House Environmental Justice Inter-Agency Council, the Committee expects the Agency to support coordinated federal efforts to pursue comprehensive solutions to environmental injustices, in partnership with overburdened and frontline communities. In particular, solutions must take into account the cumulative impacts of pollution

79

exposure from multiple media and sources, the baseline health status and vulnerabilities of residents, linguistic, socio-economic, and other factors such as access to healthcare within the affected communities.

*Regulatory Standards for Per- and Polyfluoroalkyl Substances (PFAS) and Contaminants of Emerging Concern.*—The Committee remains concerned by the threat that PFAS and other emerging contaminants pose to human health and the environment. The Committee notes that the Agency finalized its determination to set drinking water standards for two PFAS chemicals in March 2021, and more recently has taken several regulatory actions under the Toxic Substances Control Act and the Toxic Release Inventory. However, the announced timeline for proposing a drinking water standard is March 2023, and there is currently no publicly available timeline to designate any PFAS chemical as a hazardous substance under CERCLA.

The Committee urges the Agency to act expeditiously in setting drinking water standards for PFAS and in designating PFAS as a hazardous substance under CERCLA. Substantial additional resources have been provided across accounts and program offices to support these efforts.

SCIENCE AND TECHNOLOGY

The Science and Technology (S&T) account funds all Environmental Protection Agency (EPA) research (including Superfund research activities paid with funds transferred into this account from the Hazardous Substance Superfund account). This account includes programs carried out through grants, contracts, and cooperative agreements, cooperative research and development agreements, and interagency agreements, with other Federal agencies, States, universities, nonprofit organizations, and private business, as well as in-house research. It also funds personnel compensation and benefits, travel, supplies and operating expenses, including rent, utilities, and security, for all Agency research. Research addresses a wide range of environmental and health concerns across all environmental media and encompasses both long-term basic and near-term applied research to provide the scientific knowledge and technologies necessary for preventing, regulating, and abating pollution, and to anticipate emerging environmental issues.

| | |
|---|---|
| Appropriation enacted, 2021 | $729,329,000 |
| Budget estimate, 2022 | 829,972,000 |
| Recommended, 2022 | 807,262,000 |
| Comparison: | |
| Appropriation, 2021 | +77,933,000 |
| Budget estimate, 2022 | −22,710,000 |

The Committee recommends $807,262,000 for Science and Technology, $77,933,000 above the enacted level and $22,710,000 below the budget request. The Committee recommends that $32,985,000 be paid to this account from the Hazardous Substance Superfund account for ongoing research activities.

A detailed table of funding recommendations below the account level is provided at the end of this report, and the Committee provides the following additional detail by program area:

*Clean Air.*—The Committee recommends $139,188,000, $20,563,000 above the enacted level and equal to the request.

80

The Committee is dismayed that the Agency yet to take any action on long-pending Electric Pathway II applications under the Renewable Fuels Standard. Within 10 days of enactment of this Act, the Committee directs the Administrator to take final action on applications that have been pending for more than 12 months.

The Committee notes the Agency released its new Motor Vehicle Emissions Simulator (MOVES) model, known as MOVES3, in November 2020, and looks forward to receiving the briefing the Agency was directed to provide. Within 60 days of enactment of this Act, the Committee directs the Agency to provide a report outlining the updates that were incorporated in MOVES3 regarding emissions effects of ethanol-blended fuels in light-duty vehicles in comparison to the MOVES2014 modeling tool. If no updates were incorporated into MOVES3, the Committee directs the Agency to provide a subsequent report within 90 days of enactment of this Act determining if updates are necessary, and if warranted, a timeline detailing planned Agency action to carry out the necessary emission studies to integrate updated data for these vehicles.

*Homeland Security.*—The Committee recommends $40,388,000, $4,655,000 above the enacted level and equal to the request. The Committee is aware of reports of cyber intrusions into critical water infrastructure and notes the continuing vulnerability of the water sector to cyberthreats. The Agency is directed to periodically brief the Committee on the actions it is taking to protect against this and other threats.

*Operations and Administration.*—The Committee recommends $68,533,000, $1,033,000 above the enacted level and equal to the request. This increase is to support necessary facilities improvements, equipment upgrades, and maintenance and operating costs. None of these funds may be used to relocate, close, or consolidate any office, laboratory, or facility.

*Research: Air and Energy.*—The Committee recommends $125,000,000, $29,750,000 above the enacted level and $31,210,000 below the request. Within available funds, the Committee supports the Agency's plans to revitalize its climate change program and supports additional research in the four focus areas outlined in the request. The Committee also supports the Agency's ongoing work providing human exposure and environmental modeling of air pollution, understanding of air pollution sources, fate, transport, and effects, and the development and application of new approaches to evaluate impacts of the transition to a low-carbon energy system, including fuel standards. The Committee expects the Agency to consult with and seek approval from the Committee prior to undertaking any collaborative research with the Department of Energy on climate adaptation or resilience work.

Additionally, the Committee provides $3,700,000 to continue supporting year 5 of the Partnership Research as outlined in the explanatory statement accompanying Public Law 115–141. This jointly funded, multi-year government-industry research initiative should be used to produce credible science of national scope on such development, including periodic review and tracking of existing exposure and health studies already underway, and continuation of research initiated under this section. The Agency is encouraged to submit a report updating the Committees on the implementation of this partnership within 90 days of enactment of this Act.

81

*Research: National Priorities.*—The bill provides $8,500,000, $1,000,000 above the enacted level and $8,500,000 above the request. The Committee directs that these funds be used for extramural research grants, independent of the Science to Achieve Results (STAR) grant program, to fund high-priority water quality and availability research by not-for-profit organizations who often partner with the Agency. Because these grants are independent of the STAR grant program, the Agency should strive to award grants in as large an amount as is possible to achieve the most scientifically significant research. Funds shall be awarded competitively with priority given to partners proposing research of national scope and who provide a 25 percent match. The Agency is directed to allocate funds to grantees within 180 days of enactment of this Act.

*Research: Safe and Sustainable Water Resources.*—The Committee recommends $116,588,000, $4,338,000 above the enacted level and equal to the request. The Committee directs that up to $3,000,000 be used for grants under section 2007 of America's Water Infrastructure Act (P.L. 115–270).

The Committee notes the importance of maintaining the sustainability of large alpine lakes, and monitoring and improving the health of ecosystems across their basins. The Committee directs the Agency to use existing tools and capabilities under the Clean Water Act to address alpine lake water quality and resilient uplands management. The Committee provides up to $1,000,000 to support this work and directs the Agency to provide a report, within 180 days of enactment of this Act, outlining expanded research plans and future funding needs to investigate adverse health effects that threaten the clarity and water quality of large alpine lakes.

*Per- and Polyfluoroalkyl Substances (PFAS).*—Of the funds provided to the Office of Research and Development, no less than $32,000,000 shall be for priority actions under the PFAS Action Plan, an increase of $12,000,000 above the enacted level. Of such funds, not less than $15,000,000 shall be derived from a transfer from the Hazardous Substance Superfund appropriation.

*Additional Guidance.*—The Committee includes the following additional guidance with respect to funding provided under this account:

*Coronavirus Health Outcomes and Links to Pollution.*—The Committee notes the growing body of work linking pollution exposures with vaccine efficacies and risks for adverse health outcomes from infectious diseases. The Agency is directed to brief the Committee on its ongoing work in this area, including efforts underway to coordinate its research efforts with other federal agencies.

Additionally, the Committee directs that not less than $2,500,000 be used to conduct research on these potential linkages. As the Agency formulates its research plan, the Committee urges the Office of Research and Development to coordinate its work with the Office of Environmental Justice.

*Enhanced Aquifer Use and Recharge.*—The Committee urges the Agency to coordinate with the U.S. Geological Survey to support research efforts designed to establish a best practices approach for Enhanced Aquifer Recharge (EAR). Further, from the funds provided to Research: Safe and Sustainable Waters, $4,000,000, shall be for research for Enhanced Aquifer Use and Recharge. The Agency shall distribute funds to appropriate Research Centers to carry

BLM_004235

82

out research activities that would directly support research on aquifers and enhanced recharge, including support of sole source aquifers; to work collaboratively with the U.S. Geological Survey to carry out these activities; and to partner, through cooperative agreements, contracts, or grants, with universities, Tribes, and water related institutions for planning, research, monitoring, outreach, breach mapping, growth and demand forecasting, and implementation in furtherance of ensuring sustainable long-term regional frameworks for ensuring potable water supplies.

*Estimating Air Emissions from Animal Operations.*—The Committee is aware of the Agency's ongoing work developing emission estimating methodologies for Animal Feeding Operations (AFOs), with a timeline for the release of draft emission estimating methodologies through 2021 and 2022. The Committee supports the Agency's efforts to develop accurate, robust, and accessible models for estimating these emissions by livestock type and pollutant and urges the Agency to prioritize these efforts so that these methodologies can be finalized as quickly as possible.

Additionally, the Committee notes new research establishing AFOs as a significant sources of criteria air pollutants. The explanatory statement accompanying P.L. 116–260 directed the Agency to study new and innovative lagoon and sprayfield waste management systems that can help mitigate health and environmental impacts on communities living near swine and dairy farms. The Committee looks forward to reviewing that report, and any recommendations that the Agency may include for further work to better understand cumulative impacts of such pollution exposures, or options to mitigate the risks of such exposures.

*Framework for Cumulative Risk Assessment.*—The Committee notes the Agency's Framework for Cumulative Risk Assessment, which identifies the basic elements of the cumulative risk assessment process, was developed nearly 20 years ago. The Agency is directed to evaluate whether the Framework would benefit from updating to better incorporate increased understanding of the risks of cumulative pollution exposures, and to brief the Committee on the results of its evaluation and any updates it plans to make to the Framework as a result of its review.

*Harmful Algal Blooms.*—The Committee recognizes the increasing threats many communities face from harmful algal blooms (HABs), both in freshwater and coastal ecosystems. The Committee encourages the Agency to conduct and support research that promotes scientific progress towards preventing and controlling HABs, including research to: (1) develop methods to monitor, characterize, and predict HABs for early action; (2) identify and evaluate existing excess nutrient prevention and treatment technologies; (3) identify emerging nutrient treatment technologies capable of being scaled up and to evolve those technologies; and (4) develop best management practices to help both rural and urban communities reduce excess nutrients in their watersheds. Additionally, $6,000,000 is made available to investigate adverse health effects from exposure to HABs and cyanobacteria toxins and to develop methods to monitor, predict, and characterize blooms to allow for early action.

*Maintaining IRIS Program Integrity.*—The Committee directs the Agency to continue the IRIS program within the Office of Re-