where the coating processes occur, provided that final assembly of the products occurs in the United States.

*Circuit Rider.*—The Committee believes that dedicating full-time circuit rider-type positions in each state under both drinking water and wastewater authorizations presents a significant opportunity to make progress on the most important water policy issues and improve compliance in rural and small communities. The Agency should ensure that assistance is used in a manner that is most beneficial to small and rural communities. The Agency is urged to adopt the circuit rider model and allocate funding for full-time circuit rider positions in each state to support technical assistance programs in small and rural communities in each state.

WATER INFRASTRUCTURE FINANCE AND INNOVATION PROGRAM

| | |
|---|---|
| Appropriation enacted, 2021 | $65,000,000 |
| Budget estimate, 2022 | 80,108,000 |
| Recommended, 2022 | 80,108,000 |
| Comparison: | |
| Appropriation, 2021 | +15,108,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $80,108,000 for the Water Infrastructure Finance and Innovation Act (WIFIA) Program, $15,108,000 above the enacted level and equal to the request.

The fiscal year 2020 appropriation for the WIFIA program required the Agency, in conjunction with the Office of Management and Budget, and the Department of Treasury, to publish project eligibility criteria and to certify prior to publishing any Requests for Applications that any projects receiving support from the program shall meet the requirements of the Federal Credit Reform Act of 1990 (FCRA) with regards to the budgetary treatment of federal participation in such projects. The Agency published these criteria in June 2020.

The Committee reminds the Agency of its legal obligations under FCRA with regards to making credit subsidy funds available for federal projects. The Agency must adhere to these requirements to sustain the continued operation of this program.

ADMINISTRATIVE PROVISIONS

(INCLUDING TRANSFERS OF FUNDS)

The bill authorizes the Administrator to assist Tribes with their environmental program implementation and to enter into cooperative agreements.

The bill authorizes the Administrator to collect and obligate certain pesticide fees in accordance with the Pesticide Registration Improvement Extension Act of 2018.

The bill authorizes the Administrator to assess certain fees under the Federal Insecticide, Fungicide, and Rodenticide Act.

The bill authorizes the Administrator to collect and obligate certain hazardous waste electronic manifest fees in accordance with the Solid Waste Disposal Act.

The bill authorizes the Administrator to collect and obligate certain chemical review fees in accordance with the Toxic Substances Control Act.

The bill authorizes the Administrator to transfer funds appropriated for the Great Lakes Restoration Initiative to other federal agencies in support of restoration activities.

The bill authorizes the use of certain accounts for construction, alteration, repair, rehabilitation, and restoration of facilities, up to $150,000 per project.

The bill authorizes the Administrator to make certain Clean Water Act grants to tribes.

The bill authorizes the Administrator to provide grants to implement the Southeastern New England Watershed Restoration Program.

The bill directs the availability of not less than $2,000,000 of funds for the National Estuary program as competitive grants.

The bill clarifies that the Agency may utilize aircraft in its supervision of Superfund site cleanups financed through Special Accounts.

The bill makes Agency's Working Capital Fund available for certain information technology expenses.

The bill authorizes the Office of Chemical Safety and Pollution Prevention and the Office of Water in fiscal year 2022 to use up to $2,000,000 to hire students and recent graduates as contractors on a temporary or intermittent basis.

The bill authorizes the Administrator to employ up to 75 persons within the Office of Research and Development and up to 25 persons within the Office of Chemical Safety and Pollution Prevention under special hiring authority under section 209 of Title 42.

## TITLE III—RELATED AGENCIES

### DEPARTMENT OF AGRICULTURE

#### OFFICE OF THE UNDER SECRETARY FOR NATURAL RESOURCES AND ENVIRONMENT

| | |
|---|---|
| Appropriation enacted, 2021 | $875,000 |
| Budget estimate, 2022 | 1,396,000 |
| Recommended, 2022 | 1,396,000 |
| Comparison: | |
| Appropriation, 2021 | +521,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $1,396,000 for the Office of the Under Secretary for Natural Resources and Environment, $521,000 above the enacted level and equal to the budget request.

#### FOREST SERVICE

The U.S. Forest Service manages 193 million acres of National Forests, Grasslands, and a Tallgrass Prairie, including lands in 44 States and the Commonwealth of Puerto Rico, and cooperates with States, other Federal agencies, Tribes and private landowners to sustain the Nation's forests and grasslands. The National Forest System (NFS) includes 154 national forests, 20 national grasslands, 23 national recreation areas, a national Tallgrass prairie, 13 national monuments, and seven land utilization projects. The Forest Service administers a wide variety of programs and activities that sustain the health, diversity, and productivity of forests and grasslands to include forest and rangeland research, State and private forestry assistance, cooperative forest health management, inter-

national operations, NFS management, and wildland fire management.

*Climate Hubs.*—The Committee provides not less than $6,360,000 to support the work of Department of Agriculture Climate Hubs, which link research, authoritative tools, and information to agricultural producers and professionals.

*Community Wood Energy and Wood Innovations Program.*—The Committee directs the Forest Service to support the Community Wood Energy Systems and Innovative Wood Products Facilities grant program at not less than $25,000,000.

*Carbon Accounting.*—The Committee recognizes our National Forests as an essential asset in reducing carbon emissions and in the fight against climate change. Healthy forests provide an important carbon sink and the Committee recognizes the Forest Service's efforts to factor carbon accounting into its land management decisions. The Committee directs the Forest Service to submit a yearly estimate of carbon accounting on Forest Service lands broken down by region in its annual budget materials. The Committee expects the increases given to numerous programs throughout the Forest Service to combat wildfires, invasive species and diseases, rehabilitate burned areas, among others, will help contribute to an increased amount of carbon stored in our National Forests.

*Forest Collaboratives.*—The Committee recognizes the proven success of forest collaboratives which have helped the Forest Service to achieve increased harvest levels while also improving ecosystem health. The Committee directs the Forest Service to provide increased funding to support established forest collaboratives where there is an existing relationship with the Forest Service to fill identified gaps in Forest Service capacity and expedite project development and approval of forest treatments developed by those collaboratives in order to meet harvest targets on federal forests that have failed to meet harvest targets in at least three of the past five years.

*Indian Trust Lands.*—The Service is encouraged to promote and expand the use of agreements with Indian Tribes to protect Indian trust resources from catastrophic wildfire, insect and disease infestation or other threats from adjacent Federal lands, as authorized by law.

*National Agroforestry Center.*—The Committee provides not less than $1,114,000 to support the work of the National Agroforestry Center which advances the health, diversity, and productivity of working lands, waters, and communities through agroforestry.

*Northeastern States Research Cooperative.*—The Committee applauds the Forest Service partnership with the Northeastern States Research Cooperative and provides not less than $5,000,000 for continuation of this work to sustain the health of the northern forest ecosystem.

*Reforestation Methods.*—The Committee encourages the Forest Service to explore the viability and cost-effectiveness of a two-phase planting project that uses traditional planting methods and drone-delivered seed vessels for reforestation efforts, including replanting post-fire landscapes.

*Removal of Dead and Dying Trees.*—The Forest Service is urged to consider the use of all existing authorities to remove dead and dying trees in California and the western United States. Further,

the Committee encourages the Service, within 180 days of enactment of this Act, to submit a report outlining strategies that could be implemented to remove dead and dying trees on forested lands, including in California.

*Resource Advisory Committees.*—While the Committee recognizes the Department of Agriculture's efforts to improve the timeliness of Resource Advisory Committee (RAC) appointee nominations, nearly sixty percent of RACs currently lack a quorum and consequently lack the ability to distribute millions of dollars in Title II Secure Rural Schools funds for projects and investments in local communities. The Committee directs the Secretary of Agriculture to accelerate processing and approving of these nominations as soon as possible and to report to the Committee within 90 days of enactment of this Act on the status of these nominations.

*Wood Innovation Grant Program.*—The program works to expand wood products and wood energy markets that support forest management and deliver economic and environmental benefits to communities. The Committee directs the Forest Service to support the Wood Innovation Grant Program at not less than $8,450,000, $685,000 above the enacted level and equal to the budget request.

*Remote Wildfire Detection Equipment.*—The Committee recommends not less than $10,000,000 for remote wildfire detection equipment. This funding will enhance wildfire surveillance, monitoring, and forecasting capacity.

*Firefighter Pay.*—The Forest Service is directed to report to the Committee within 90 days of enactment of this Act on any barriers, including pay limitations for premium pay, and potential solutions that exist to increasing firefighter pay for firefighters paid through Wildland Fire Management or other Forest Service sources. The Service should focus on pay discrepancy between federal and state firefighter pay and barriers to parity.

FOREST SERVICE OPERATIONS

| | |
|---|---|
| Appropriation enacted, 2021 | $1,026,163,000 |
| Budget estimate, 2022 | 1,074,086,000 |
| Recommended, 2022 | 1,074,086,000 |
| Comparison: | |
| Appropriation, 2021 | +47,923,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $1,074,086,000 for Forest Service Operations, $47,923,000 above the enacted level and equal to the budget request.

*Facilities Maintenance and Leases.*—The Committee recommends $160,900,000 for Facilities Maintenance and Leases, $2,000,000 above the enacted level and equal to the budget request. The Committee directs the Forest Service to adequately plan and budget for staffing, operations, and maintenance costs of new facilities as they come online, including, but not limited to, new visitor centers resulting from U.S. Army Corps of Engineers projects.

*Wildland Fire Readiness and Response.*—The Committee notes that the Forest Service relies heavily on the Remote Automated Weather Station (RAWS) network primarily for weather information and it is increasingly using fire surveillance cameras. Due to the increasing incidence of destructive wildfires throughout the western United States, to potentially improve wildland fire detection on Federal lands, the Committee directs the Service to assess

fire prone areas that are not adequately observed by fire surveillance cameras and to consider acquiring additional camera systems and RAWs networks and deploying them, where possible and appropriate, on existing radio communications towers.

*Smokejumper Base.*—The Committee is aware that the North Cascades Smokejumper Base in Winthrop, Washington, has been in need of facility upgrades, improvements, and renovations to meet Federal Aviation Administration compliance standards and requirements. The Committee understands the Forest Service has completed a Preliminary Project Analysis recommending maintaining the base and notes the site's historical significance and value to the local community. The Committee urges the Forest Service to devote the necessary resources to ensure the base can maintain operational excellence.

FOREST AND RANGELAND RESEARCH

| | |
|---|---|
| Appropriation enacted, 2021 | $258,760,000 |
| Budget estimate, 2022 | 313,560,000 |
| Recommended, 2022 | 363,797,000 |
| Comparison: | |
| Appropriation, 2021 | +105,037,000 |
| Budget estimate, 2022 | +50,237,000 |

The Committee recommends $363,797,000 for Forest and Rangeland Research, $105,037,000 above the enacted level and $50,237,000 above the budget request.

*Forest Inventory and Analysis.*—The recommendation includes $22,197,000 for Forest Inventory and Analysis, $4,576,000 above the enacted level and the budget request.

*Digital Forestry Technologies.*—The Committee encourages the Forest Service to continue investing in new digital approaches to Forest Inventory and Analysis activities. Such technologies include, but are not limited to, LiDAR, unmanned aircraft systems, terrestrial laser scanning, or hyperspectral information; adopting these technologies as they become ready for operational use. The Committee further encourages the Forest Service to, using competitive grants, cooperative agreements, or other award mechanisms, work closely with university partners with capabilities in this area to test and adopt existing digital tools and develop new tools and algorithms for precision forest management and for public health improvement and mitigation.

*Research and Development.*—The recommendation includes $84,000,000 for research and development activities, $43,280,000 above the enacted level and $4,720,000 below the budget request. The Forest Service is directed to provide $8,000,000 to the Joint Fire Science program for fiscal year 2022.

*Joint Fire Science.*—The Committee urges the program to ensure that a broad network of academic researchers is considered for funding and that the program addresses the range of research needs to enhance wildland fire resiliency and to address barriers to wildfire management. The Committee encourages the Joint Fire Science Program to enhance its attention to understanding how invasive species affect fuels, fire behavior, and fire regimes and exploring how indigenous practices may be beneficial to wildfire prevention, response, and resilience.

The Committee notes the interest of Members of Congress, States, and stakeholders in funding specific research laboratories,

programs, and projects, including those noted below. This report emphasizes some of the research activities of importance to the Committee and expects the Forest Service to develop a research program that reflects these priorities as well as the other activities and programs most critical to forest health, particularly with respect to climate change adaption, preventing the spread of disease and invasive species, and watershed improvement.

*Bighorn Sheep Research*.—The Committee directs the Service to continue the quantitative, science-based analysis of the risk of disease transmission between domestic and bighorn sheep required in the explanatory statement accompanying the Consolidated Appropriations Act, 2016 (Public Law 114–113).

*Fire Plan Research and Development*.—The Committee supports continued research that significantly contributes to the understanding of wildfire regimes, and the development of new firefighting technologies and decision support tools.

*Fire and Smoke Modeling*.—The Committee supports and provides not less than enacted levels for the Fire and Smoke Model Evaluation Experiment (FASMEE), a multi-region fire experiment involving universities to understand wildfire behavior, mitigate impacts of smoke on public and first responder health, and predict and manage fire effects on ecosystem health. The Committee encourages the Forest Service to focus interest on ecosystems and communities in the western United States and then apply the work across the country and to the national community of first responders and agencies tasked with the increasingly difficult challenge of wildland fire.

*Forest Products Laboratory*.—The Committee provides not less than the enacted level for the Forest Products Laboratory to continue research to advance wood markets, including research on wood-based nanotechnology; advanced wood products that incorporate carbon fiber; and wood use in building construction including research on the life cycle impacts of wood as a building material. The Committee also supports public/private partnerships that provide project assistance, education, and resources related to the design of non-residential and multi-family wood buildings, and that leverage research and technology investments to create new and expanded wood product markets.

*Unmanned Aircraft Systems*.—The Committee recognizes the potential for unmanned aircraft systems to provide near real-time, supervised classification imagery of active wildfires. Such information is critical to managing and fighting wildfires. The Committee encourages the Forest Service to explore and research further use of unmanned systems for imagery purposes, including in a variety of terrain and atmospheric conditions.

*Carbon Uptake in Trees Research*.—The Committee supports research optimizing and improving understanding of carbon uptake in trees in a manner consistent with advancing traditional food and fiber mission objectives. The USFS forest monitoring system should include carbon and add remote monitoring, modeling the technical, economic, and social impacts on land use from afforestation and forest management changes, demonstration projects for best practices to improve disposal of wood products after use and design and demonstration of landfills for woody biomass disposal, and carbon sequestration.

*Cellulose Nanomaterials.*—The Committee directs the US Forest Service to support research on Forest-based cellulose nanomaterials, including material forms, manufacturing processes, and technology transfer. The recommendation includes not less than $2,000,000 to further this research.

*Forest Carbon Sequestration.*—The Committee recognizes that efforts to improve carbon monitoring require investments across the Service including in FIA, Forest and Rangeland Research S&E, and FS Operations IT. Therefore, the Committee has included substantial investments in these budget line items to allow for significantly increased resources for the Forest Service to carry out research projects, in collaboration with universities and non-governmental organizations with expertise in this field, to study the quantity and distribution of forest biomass and carbon at multiple spatial scales. The Committee urges the Forest Service to focus on projects that enhance the use of forests to sequester carbon, and to improve the economics to family forest owners.

*Mt. Graham Red Squirrel Research Program.*—The Committee recognizes the multi-agency collaboration on research regarding the Mt. Graham Red Squirrel including between Coronado National Forest, Arizona Game and Fish Department, U.S. Fish and Wildlife Service, Phoenix Zoo, and University of Arizona. The Committee encourages continued support for the Mt. Graham Red Squirrel Research Program.

STATE AND PRIVATE FORESTRY

| | |
|---|---|
| Appropriation enacted, 2021 | $267,180,000 |
| Budget estimate, 2022 | 304,614,000 |
| Recommended, 2022 | 324,876,000 |
| Comparison: | |
| Appropriation, 2021 | +57,696,000 |
| Budget estimate, 2022 | +20,262,000 |

The Committee recommends $324,876,000 for State and Private Forestry. The recommendation is $57,696,000 above the enacted level and $20,262,000 above the budget request.

*Community Project Funding.*—A detailed list of projects can be found at the back of this report. Section 433 provides direction for funding of these projects and is in reference to the table at the back of this report.

*Landscape Scale Restoration.*—The Committee recommends $20,000,000 for Landscape Scale Restoration, $6,000,000 above the enacted level and $1,000,000 below the budget request.

*Forest Health Management.*—The Committee recommends $59,232,000 for Forest Health Management, $13,000,000 above the enacted level and equal to the budget request. The Committee encourages the Service to address high priority invasive species, pests, and diseases, including the Emerald Ash Borer and bark beetle infestations.

*Lake Tahoe Basin.*—The Committee urges the Forest Service to support the implementation of P.L. 106–506 at no less than the fiscal year 2021 enacted levels.

*Cooperative Fire Assistance.*—The Committee recognizes Forest Service efforts to create fire-resilient communities through active fuel reduction treatments and collaboration with State and local fire agencies. The Committee recommends $75,000,000 for State Fire Assistance, $1,567,000 above the enacted level and the budget

request. The Committee recommends $20,000,000 for Volunteer Fire Assistance, $1,000,000 above the enacted level and $1,000,000 above the budget request.

*Lake Tahoe Basin State Fire Assistance.*—The Committee is encouraged by the work to create fire-resilient communities conducted in the Lake Tahoe Basin and urges the Forest Service to support the implementation of P.L. 106–506. The Committee urges the Forest Service to consider the needs of disadvantaged communities, which have great vulnerability to wildfires, when prioritizing projects. To support these implementation efforts, within funding available, the Committee provides up to $7,000,000 for projects to improve critical infrastructure and expand wildfire response capabilities in the Lake Tahoe Basin.

*Forest Stewardship Program.*—The Committee recommends $17,902,000 for the Forest Stewardship Program, $6,000,000 above the enacted level and equal to the budget request.

*Great Lakes Forests.*—The recommendation includes $900,000 for the Forest Service to work with partners to educate natural resource professionals and private woodland owners on the effective land stewardship practices of lower Great Lakes native forests such as woodlot management and agroforestry.

*Community Forest and Open Space Conservation.*—The Committee recommends $5,000,000 for Community Forest and Open Space Conservation, $1,000,000 above the enacted level and the budget request.

*Community Forest Program.*—The Committee maintains support for the community forest program.

*Urban and Community Forestry.*—The Committee recommends $45,000,000 for Urban and Community Forestry, $13,090,000 above the enacted level and the budget request.

*Environmental Justice.*—The Committee directs the Service to consider minority and underserved communities which also have relatively little tree cover as a top priority when considering which projects to fund, utilizing best available science and analytical tools. The Service is urged to ensure that such projects are being undertaken in partnership with affected communities.

*Extreme Heat Mitigation.*—The Committee recognizes the impact of extreme heat in communities with low tree coverage, which uniquely impacts communities in urban settings. The Committee further recognizes that there has been an increase in consecutive days of high heat that requires the proactive attention of the Federal government during fiscal year 2022.

*Urban Reforestation.*—The Committee continues to urge the Service to address the catastrophic losses to urban forests from Emerald Ash Borer while building resiliency through tree diversity and the protection of existing trees. Nearly eighty-one percent of Americans live in urban areas where trees are critical to human health and to reducing the impact of climate change. Of the funds provided within Urban and Community Forestry, the Committee directs an additional $4,000,000 to be used for reforestation, to include tree planting, in urban communities most severely impacted by the Emerald Ash Borer. This funding is to be in addition to funds otherwise provided to regions for the Urban and Community Forestry program. The Committee encourages the Forest Service to prioritize regional, multi-organizational collaborations in urban

communities most severely impacted by invasive species like the Emerald Ash Borer.

The Committee notes that the urban canopy is critical to mitigating impacts of climate change and improving human health. Therefore, the Committee directs the Service to coordinate with the Department of the Interior to place members of the newly created Civilian Climate Corps within the Urban and Community Forestry program to foster the resilience, restoration, and sustainability of urban forests.

*International Programs and Trade Compliance.*—The Committee recommends $20,000,000, $4,605,000 above the enacted level and the budget request. The Committee encourages the Forest Service to continue working with partner organizations in Guatemala on sustainable forest management, forest health, forest landscape restoration and reforestation, community forestry, urban forestry, and youth conservation corps, that support sustainable natural resource management for human and habitat well-being, and economic development to provide viable job opportunities.

To support efforts that could help expand international forests as a solution for climate mitigation and human and habitat well-being, the Committee directs the Service to provide a report, within 60 days of enactment of this Act, examining how the Service could work in coordination with the U.S. Agency for International Development (USAID), the U.S. Department of State, other land management agencies, and a potential non-profit partner, to select and deploy volunteers internationally in concert with existing U.S. programs for forest management, reforestation, and other related conservation efforts. As part of this report, the Service should assess how it could leverage the skills of professionals with extensive relevant experience in the management of natural resources and protected areas, including individuals working for or retired from the Service and other federal land management agencies, and how locations for volunteer assignments will be identified that fit within larger USAID goals and strategies.

*Illegal Harvesting of Timber.*—The Committee commends the Forest Service's work to combat the illegal harvesting of timber. As an example of Forest Service efforts, the Direct Analysis in Real Time—Time of Flight Mass Spectrometry is a chemical analysis technique trusted by U.S. enforcement agencies to confirm the species of wood products in suspected violations.

NATIONAL FOREST SYSTEM

| | |
|---|---|
| Appropriation enacted, 2021 | $1,786,870,000 |
| Budget estimate, 2022 | 2,369,634,000 |
| Recommended, 2022 | 2,232,344,000 |
| Comparison: | |
| Appropriation, 2021 | +445,474,000 |
| Budget estimate, 2022 | −137,290,000 |

The Committee recommends $2,232,344,000 for the National Forest System, $445,474,000 above the enacted level and $137,290,000 below the budget request.

*Urban Connections.*—The Committee continues to strongly support the Forest Service Urban Connections Program as a model for building strong relationships with diverse youth, interested citizens, urban leaders, interagency partners, and non-governmental organizations. The Committee provides not less than the enacted

level for this program. Further, the Committee directs the Service to report back within 90 days of the enactment of this Act, on a strategy to expand the program nationwide and the budgetary requirements necessary, assuming matching support from the private sector.

*Land Management.*—The Committee recommends $24,500,000 for Land Management, Planning, Assessment, and Monitoring, $7,956,000 above the enacted level and $2,956,000 below the budget request.

*Lake Tahoe Basin.*—The Committee directs the Forest Service to support the implementation and oversight of P.L. 106–506 at no less than the enacted level.

*Recreation, Heritage and Wilderness.*—The Committee recommends $71,241,000 for Recreation, Heritage and Wilderness, $36,000,000 above the enacted level and $20,000,000 below the budget request. Within the funds provided, $2,000,000 is made available to support infrastructure and trails development and to build the capacity of local user groups and partnership organizations for all National Recreation Areas administered by the Service established after 1997. The Service is directed to issue general guidance on rock climbing management for National Forest System lands, including the application of the Wilderness Act (Public Law 88–577) for rock climbing and appropriate use of equipment in wilderness areas, within 180 days of enactment of this Act.

*Grazing Management.*—The Committee recommends $23,410,000 for Grazing Management, $18,000,000 above the enacted level and equal to the budget request. The increase includes $3,000,000 for targeted grazing for hazardous fuels reduction and $15,000,000 for wild horse and burro appropriate management level range restoration.

*Vacant Grazing Allotments.*—The Service is directed, to the greatest extent practicable, to make vacant grazing allotments available to a holder of a grazing permit or lease when lands covered by the holder of the permit or lease are unusable because of drought or wildfire.

*Hazardous Fuels.*—The Committee recommends $321,388,000 for Hazardous Fuels, $141,000,000 above the enacted level and equal to the budget request.

The Committee directs the Forest Service to engage with stakeholders and use the best science available on historical fire data, landscape characteristics, and forest composition; the effects of past and current human influences, such as development and land-use patterns; and climatic conditions to identify ecologically-based forest health projects that reduce risks of catastrophic wildland fires.

The Committee, recognizing the great importance of fire risk reduction to increased forest and community resilience, is providing a substantial funding increase to the hazardous fuels reduction program. Within the amount provided, the Committee directs the Forest Service to increase funding above the enacted level for ecologically-based forest health projects that reduce risks of catastrophic wildland fires and involve significant non-Federal (state, private, and NGO) investment and stakeholder engagement.

*Southwest Ecological Restoration Institutes.*—The Committee directs the Forest Service to continue support to the Southwest Ecological Restoration Institutes at not less than the $6,000,000.

*Forest Products.*—The Committee recommends $39,017,000 for Forest Products, $2,000,000 above the enacted level and $8,000,000 below the budget request.

*Vegetation and Watershed Management.*—The Committee recommends $98,470,000 for Vegetation and Watershed Management, $69,787,000 above the enacted level and equal to the budget request. To help limit the increasing intensity of wildfires, rate of spread, and annual number of acres burned in the nation's forests, the Committee urges the Service to engage and work with State and local partners on vegetation management to increase the annual number of forest acres improved. Furthermore, the Committee continues its support for the Wild and Scenic Rivers System and similar programs.

*Lake Tahoe Basin.*—The EPA has identified Lake Tahoe as a priority watershed. The Committee directs the Forest Service to support the implementation of P.L. 106–506 at not less than enacted levels and provides an additional $500,000 above the enacted level to carry out this work.

*Wildlife and Fisheries Habitat Management.*—The Committee recommends $29,000,000 for Wildlife and Fisheries Habitat Management, $8,273,000 above the enacted level and $7,727,000 below the budget request.

*Collaborative Forest Landscape Restoration Fund.*—The Committee provides $60,000,000 for the Collaborative Forest Landscape Restoration Fund, $46,213,000 above the enacted level and $20,000,000 below the budget request.

*Collaborative Partnering.*—The Committee supports efforts to proactively mitigate the threat of uncharacteristic wildfires through preventative and restorative measures and recommends new and increased direct investment in landscape forest restoration efforts deriving from public-private partnerships, specifically 20-year stewardship contracts and agreements for ecological restorative projects such as Collaborative Landscape Restoration Program and other collaborative restoration efforts. The Committee appreciates the value of these long-term stewardship contracts and urges the Forest Service entering into such agreements with organizations that have adopted healthy forest goals. Therefore, the Committee urges prioritized Forest Service funding where there is opportunity for long term strategic improvements and successful engagement of collaborative partners.

*Minerals and Geology Management.*—The Committee recommends $48,282,000 for Minerals and Geology Management, $35,000,000 above the enacted level and $35,000,000 below the budget request. The increase provided includes $35,000,000 towards the Department's orphaned oil and gas well remediation initiative.

*Landownership Management.*—The Committee recommends $12,934,000 for Landownership Management, $6,000,000 above the enacted level and $16,000,000 below the budget request.

*Communications Sites.*—Federal agencies are charged with ensuring that federal lands are made available to support the communications networks this nation relies on while also protecting the natural beauty, habitats, and environment of these lands. Through the Forest Planning process and site-specific project analysis, the Forest Service provides multiple locations to expand the national

broadband network. The Committee calls upon the Forest Service to continue to work with the National Telecommunications and Information Administration to simplify and standardize permitting regulations and requirements to ensure both timely action and responsible stewardship. The bill includes language to permit the Forest Service to collect funds to cover the costs of administering the communications site program.

*Agency Timber Target*.—The Service is directed to provide information to the Committee within 90 days of enactment of this Act detailing the resources necessary to increase the agency's timber target to four billion board feet, annually, including the geographic regions most likely to contribute to the increase in forest product production should a new timber target be implemented, as well as any barriers to achieving the higher target level.

*Law Enforcement Operations*.—The Committee recommends $19,505,000 for Law Enforcement Operations, equal to the enacted level and the budget request.

*Reforestation Backlog*.—The Committee notes the reforestation needs across the country, specifically those needs related to the 2020 wildfire season. The Committee directs the Forest Service, within 90 days of enactment of this Act, to provide a briefing on reforestation needs across the National Forest System and state and private forest lands, with an emphasis on the challenges of meeting these goals including availability of seedlings and nursery capacity.

*Land Between the Lakes National Recreation Area*.—The Committee recognizes the important role that the Land Between the Lakes National Recreation Area plays in protecting natural resources and wildlife, promoting environmental conservation education, and preserving over 170,000 acres of forests, wetlands, and open lands on the peninsula between Kentucky and Barkley Lakes in Kentucky and Tennessee. Land Between the Lakes National Recreation Area encompasses 300 miles of natural shoreline providing individuals vast recreation and economic opportunities. The Committee notes that although there was a budget restructure occurring last year, the Forest Service Recreation, Heritage and Wilderness fiscal year 2021 funding was an increase in funding when accounting for the programmatic expenses and salaries and expenses. The Committee is aware there has been reporting on information regarding the Land Between the Lakes National Recreation Area, implying cuts in funding to that Recreation Area. However, the Committee stresses that cuts were not made to the Forest Service Recreation, Heritage and Wilderness budget in fiscal year 2021 nor in fiscal year 2022 for programmatic reasons nor as a result of the budget restructure. Additionally, The Committee directs the Forest Service to work with local stakeholders to ensure that funding provided through the Land Between the Lakes Management Fund is used to address priority maintenance and recreation projects within the National Recreation Area.

*Shared Stewardship*.—The 2020 wildfire year in California was the largest in California history. The US Forest Service is a model for shared stewardship principles working with States and local authorities to target strategic acres for vegetation management. U.S. Forest Service Stewardship contracts focus on removing vegetation or other activities to promote healthy forests, reduce fire hazards,

or achieve other land management objectives. The Committee is concerned about the increasing intensity of wildfires in our nation's forests. Vegetation management includes controlling unwanted vegetation such as invasive weed species that, when left unmanaged, have the effect of increasing intensity, rate of spread and the number of annual acres of forests burned. The Committee urges the USFS to engage State and local partners on increasing the annual amount of forest acres improved through vegetation management.

*Shared Stewardship Strategy.*—The Committee notes the benefits of the Forest Service working with States through Shared Stewardship to identify priorities for landscape-scale treatments that increase the scope and scale of critical forest treatments, including wildfire mitigation and restoration, to support communities and improve ecosystem function. The Committee directs the Forest Service to continue engaging with states under the Shared Stewardship Strategy and supports the use of National Forest System funding to implement projects jointly developed by States and the Forest Service under this framework.

*Northwest Forest Plan.*—The Committee urges the Forest Service to consider prioritizing forests where there are no matrix management areas designated for ongoing, active management and timber production when revising individual forest plans under the Northwest Forest Plan. The Forest Service, in updating these plans, is encouraged to use the best available science to evaluate how new matrix designations and revised restrictions on harvestable timber would improve forest health, promote habitat complexity in second-growth forests for threatened and endangered wildlife, and increase timber production to support rural economies.

*Twin Lakes Recreation Area.*—The Committee notes that the Twin Lakes Recreation Area in the Alleghany National Forest in Pennsylvania serves thousands of visitors each year. As the Forest Service works with local partners to consider future plans for improvements to the recreation area's drinking water and wastewater systems to enhance visitor experiences, the Committee encourages the Service to provide updates on management plan developments and other related actions.

CAPITAL IMPROVEMENT AND MAINTENANCE

(INCLUDING TRANSFER OF FUNDS)

| | |
|---|---|
| Appropriation enacted, 2021 | $140,371,000 |
| Budget estimate, 2022 | 148,371,000 |
| Recommended, 2022 | 153,302,000 |
| Comparison: | |
| Appropriation, 2021 | +12,931,000 |
| Budget estimate, 2022 | +4,931,000 |

The Committee recommends $153,302,000 for Capital Improvement and Maintenance, $12,931,000 above the enacted level and $4,931,000 above the budget request.

*Rural Airstrips.*—Within the funds provided, the Committee directs not less than the enacted level to support rural airstrips.

*Facilities Maintenance and Construction.*—The Committee recommends $54,037,000 for Facilities Maintenance and Construction, equal to the enacted level and the budget request. The Committee

urges the Service to support air tanker base repairs to support an increasing wildfire response fleet.

*Southern California Fire Cache.*— The Forest Service is strongly encouraged to expeditiously determine a new location for the Southern California Fire Cache and to consider a transfer of any excess land near the March Air Reserve Base in Riverside County, California.

*Road Maintenance and Construction.*—The Committee recommends $68,895,000 for Road Maintenance and Construction, equal to the enacted level and the budget request.

*Uwharrie National Forest.*—The Committee strongly urges the Forest Service to finish the ongoing planning, survey, design work, and any further requirements necessary for 5.3 miles of road in the Uwharrie National Forest that provide a lifeline for the residents who depend upon these roads. After the necessary analysis has been completed, the Committee directs the Forest Service to consider paving residential access roads within the Uwharrie National Forest, working with the State and surrounding communities to identify priority projects.

*Cleveland National Forest.*—To better understand whether Los Alamos Road in the Cleveland National Forest could provide emergency egress to the south in a fire situation, the Committee directs the Forest Service to scope a study and provide a report, within one year of enactment of this Act, on the costs to develop an engineering plan that could address the maintenance and drainage challenges of a paved Los Alamos Road.

*Trail Maintenance and Construction.*—The Committee recommends $22,370,000 for Trail Maintenance and Construction, $4,931,000 above the enacted level and the budget request.

*National Scenic and Historic Trails.*—The Committee directs the Forest Service to continue to provide specific trail operation, maintenance, and construction funding and accomplishment data for the national scenic and historic trails in future budget justifications. The Committee recommends no less than $11,500,000 for national scenic and historic trails funding.

*Pacific Crest Trail.*—The Committee strongly urges the Service to make needed safety updates to the Pacific Crest Trail, a historic scenic trail, that stretches over 2,600 miles from the border with Mexico to the border with Canada, allowing constituents to safely enjoy nature and history.

*Public Access.*—The Committee recommends not less than $2,500,000 for the U.S. Forest Service Region 5 CMTL account.

*Legacy Roads and Trails Remediation.*—The Committee continues to recognize the need to remediate legacy roads and trails and directs the Service to address these projects as they rank in priority along with all other infrastructure. To emphasize the importance of this work, the committee has created a separate line item for Legacy Roads and Trail Remediation. The Committee recommends $8,000,000 for this new line item, equal to the budget request.

ACQUISITION OF LANDS FOR NATIONAL FORESTS SPECIAL ACTS

| | |
|---|---|
| Appropriation enacted, 2021 | $664,000 |
| Budget estimate, 2022 | 664,000 |
| Recommended, 2022 | 664,000 |
| Comparison: | |
| Appropriation, 2021 | 0 |
| Budget estimate, 2022 | 0 |

The Committee recommends $664,000 for Acquisition of Lands for National Forests Special Acts, equal to the enacted level and the budget request.

ACQUISITION OF LANDS TO COMPLETE LAND EXCHANGES

| | |
|---|---|
| Appropriation enacted, 2021 | $150,000 |
| Budget estimate, 2022 | 150,000 |
| Recommended, 2022 | 150,000 |
| Comparison: | |
| Appropriation, 2021 | 0 |
| Budget estimate, 2022 | 0 |

The Committee recommends $150,000 for Acquisition of Lands to Complete Land Exchanges under the Act of December 4, 1967 (16 U.S.C. 484a), equal to the enacted level and the budget request.

RANGE BETTERMENT FUND

| | |
|---|---|
| Appropriation enacted, 2021 | $1,719,000 |
| Budget estimate, 2022 | 1,719,000 |
| Recommended, 2022 | 1,719,000 |
| Comparison: | |
| Appropriation, 2021 | 0 |
| Budget estimate, 2022 | 0 |

The Committee recommends $1,719,000 for the Range Betterment Fund, to be derived from grazing receipts from national forests (Public Law 94–579) and to be used for range rehabilitation, protection, and improvements including seeding, reseeding, fence construction, weed control, water development, and fish and wildlife habitat enhancement in 16 western States.

GIFTS, DONATIONS AND BEQUESTS FOR FOREST AND RANGELAND RESEARCH

| | |
|---|---|
| Appropriation enacted, 2021 | $45,000 |
| Budget estimate, 2022 | 45,000 |
| Recommended, 2022 | 45,000 |
| Comparison: | |
| Appropriation, 2021 | 0 |
| Budget estimate, 2022 | 0 |

The Committee recommends $45,000 for Gifts, Donations and Bequests for Forest and Rangeland Research, the enacted level and the budget request.

MANAGEMENT OF NATIONAL FOREST LANDS FOR SUBSISTENCE USES

| | |
|---|---|
| Appropriation enacted, 2021 | $1,099,000 |
| Budget estimate, 2022 | 1,099,000 |
| Recommended, 2022 | 1,099,000 |
| Comparison: | |
| Appropriation, 2021 | 0 |
| Budget estimate, 2022 | 0 |

The Committee recommends $1,099,000 for the Management of National Forest Lands for Subsistence Uses in Alaska, the enacted level and equal to the request.

WILDLAND FIRE MANAGEMENT

(INCLUDING TRANSFERS OF FUNDS)

| | |
|---|---|
| Appropriation enacted, 2021 | $1,927,241,000 |
| Budget estimate, 2022 | 2,097,622,000 |
| Recommended, 2022 | 2,097,622,000 |
| Comparison: | |
| Appropriation, 2021 | +170,381,000 |
| Budget estimate, 2022 | 0 |

The Committee recommends $2,097,622,000 for Wildland Fire Management, $170,381,000 above the enacted level and equal to the budget request.

*Wildland Fire Preparedness.*—The Committee recommends $192,000,000 for Wildland Fire Preparedness, $40,000,000 above the enacted level and equal to the budget request.

*Wildland Fire Suppression Operations.*—The Committee recommends $1,011,000,000 for Wildland Fire Suppression Operations, the enacted level and the budget request. The recommended amount is the fiscal year 2015 10-year average cost for wildland fire suppression.

*Full-time Federal Wildland Firefighters.*—The fire season in the West, including in California, is no longer restricted to one season, but is nearly year-round. To reflect this change, the U.S. Forest Service should transition its part-time seasonal wildland firefighters to year-round federal employees to ensure the agency has the workforce, flexibility and resources they need to combat wildfires and meet additional agency objectives during periods of low wildfire activity. The Committee directs the U.S. Forest Service to create a report within 60 days of enactment of this Act on the resources, policies, personnel or structural changes, and other investments necessary to support an expanded full time, year-round firefighting workforce.

*Reciprocal Fire Protection Agreements.*—Throughout the country, many local cooperative fire agreements have evolved in how they are used. In some instances, it would be preferable to utilize sub-geographic/local operating plans to send resources to support operations in areas not adjacent to a fire organization's respective jurisdiction. The Committee encourages the Forest Service to work with local fire organizations/emergency management agencies to develop and utilize sub-geographic/local operating plans that would be tiered to statewide cooperative agreements, including signatures of all applicable federal entities, the State, and local fire organizations/emergency management agencies. The sub-geographic/local operating plans should also support and allow for direct reimbursement to the local fire organization/emergency management agencies by the appropriate jurisdictional agency, including direct reimbursement to the local government by one of the Federal agencies for mobilization out of state, in accordance with the Farm Bill of 2014, codified in 42 U.S.C. 1865e.

*Prescribed Fire Technologies.*—The Committee also directs the Forest Service to consider exploring a technology development program aimed at maturing scientific knowledge, technology imple-

mentation, and field-proven practices for leveraging acoustic diagnostics to significantly enhance the mitigation of wildfires through prescribed fire management.

*Detection of Unauthorized Drones.*—The Committee notes that aircraft making air drops of fire suppressant are sometimes exposed to risks when unauthorized drones are present near the fire. Drones are often difficult to detect with personnel on the ground, particularly when heavy smoke is present, which can result in the aircraft having to potentially abort and dump its payload elsewhere. The Committee encourages the Forest Service to consider the use of technology to enhance detection of unauthorized drones near forest fires to provide pilots and ground personnel with necessary situational awareness.

WILDFIRE SUPPRESSION OPERATIONS RESERVE FUND

(INCLUDING TRANSFERS OF FUNDS)

| | |
|---|---|
| Appropriation enacted, 2021 | $2,040,000,000 |
| Budget estimate, 2022 | 2,120,000,000 |
| Recommended, 2022 | 2,120,000,000 |
| Comparison: | |
| Appropriation, 2021 | +80,000,000 |
| Budget estimate, 2022 | 0 |

The bill includes $2,120,000,000 for the Wildfire Suppression Operations Reserve Fund, $80,000,000 above the enacted level and equal to the budget request. Section 1(h) of H. Res. 467 of the 117th Congress as engrossed in the House of Representatives on June 14, 2021 included a budget cap adjustment for wildfire suppression costs and this additional funding is included for fiscal year 2022. Of the additional $2,450,000,000 available for fire suppression operations, $2,120,000,000 is provided to the Forest Service and the remaining $330,000,000 is available through a transfer from the Department of the Interior. The Committee provides these additional funds and authorities to ensure that sufficient funds are available to protect American homes, lands, and wildlife from catastrophic fires without requiring a transfer of funds from the very activities that advance forest health and prevent wildland fires. The Committee expects the Forest Service to use suppression funds judiciously and continue to work closely with the Office of Management and Budget and the Department of the Interior to accurately account for expenditures and recover costs.

COMMUNICATIONS SITE ADMINISTRATION

(INCLUDING TRANSFER OF FUNDS)

The bill includes language permitting amounts collected in fiscal year 2022 for Communications Site Administration to be deposited and subsequently transferred to the "National Forest System" account.

ADMINISTRATIVE PROVISIONS, FOREST SERVICE

(INCLUDING TRANSFERS OF FUNDS)

The Committee has included administrative provisions that provide further direction on the use and transfer of appropriated funds provided to the Forest Service.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## INDIAN HEALTH SERVICE

The provision of Federal health services to Indians is based on a treaty and trust relationship between Indian Tribes and the U.S. Government first set forth in the 1830s by the U.S. Supreme Court under Chief Justice John Marshall. Numerous treaties, statutes, constitutional provisions, and international laws have reconfirmed this relationship. Principle among these is the Snyder Act of 1921, which provides the basic authority for most Indian health services provided by the Federal government to American Indians and Alaska Natives (AI/AN). The Indian Health Service (IHS) provides direct health care services in 24 hospitals, 50 health centers, 12 school health centers, and 24 health stations. Tribes and Tribal groups, through contracts and compacts with IHS, operate 22 hospitals, 280 health centers, six school health centers, and 79 health stations (including 59 Alaska Native village clinics).

### INDIAN HEALTH SERVICES

| | |
|---|---|
| Appropriation enacted, 2021 | $4,301,391,000 |
| Budget estimate, 2022 | 5,678,336,000 |
| Recommended, 2022 | 5,799,102,000 |
| Comparison: | |
| Appropriation, 2021 | +1,497,711,000 |
| Budget estimate, 2022 | +120,766,000 |

The Committee recommends $5,799,102,000 for Indian Health Services, $120,766,000 above the budget request and $1,497,711,000 above the enacted level. The Committee does not agree to any program changes unless discussed below. IHS is expected to continue all programs at enacted levels except as otherwise discussed below and summarized in the table at the end of this report. The recommendation fully funds current services, as requested. All increases are general program adjustments unless otherwise specified. The bill makes funds available for two years unless otherwise specified.

The coronavirus pandemic highlighted deficiencies in health care delivery in Indian country. Antiquated buildings, poor water infrastructure, and numerous vacancies contribute to the spread of the virus and hinders the ability to fully respond. The Committee expects IHS to submit a report within 180 days of enactment of this Act, detailing the challenges it, as well as Tribes and UIOs, faced over the course of the pandemic and how they were resolved. The term "challenges" in this context includes, but is not limited to, distribution of funds, supply chain issues; vaccine availability and distribution policies amongst tribes; outdated health record systems; and overall COVID–19 case numbers. Additionally, the Committee encourages IHS to provide details on ongoing challenges caused by the pandemic and any weaknesses that will persist beyond the pandemic's conclusion. IHS indicates it will evaluate the total net impact of COVID–19 on its revenue system and make adjustments as necessary to return to a healthy revenue stream. The Committee expects IHS to provide a written report of its evaluation to the Committee within 90 days of its completion. In doing so, the Committee believes it will better understand what is needed to prevent or curtail the effects of future pandemics or emergencies.

*GAO High Risk designation and IHS employee misconduct.*—The General Accounting Office (GAO) continues to designate IHS as High Risk. While IHS made progress on noted Leadership deficiencies, much more work is needed. GAO continues to find deficiencies in IHS oversight of certain activities and IHS only partially met recommendations related to capacity, action plans, and monitoring. IHS has multiple open recommendations in its high risk designation. The Committee expects IHS to provide quarterly updates on how the agency is addressing recommendations related to its high risk designation.

The Committee remains concerned about alleged and confirmed misconduct and substandard performance by IHS employees. GAO made three recommendations, including that IHS establish a process to review area office trainings and a standard approach for documenting governing board review of information. The Committee expects IHS to keep the Committee apprised of ongoing investigations into these matters and any legislative recommendations for Congress to prevent abuse, harm, and misconduct from happening again.

*Background checks and Patient safety.*—In addition to deficiencies found by GAO, the Department of Health and Human Services' Inspector General (IG) noted a significant vulnerability with Tribally-operated programs not conducting required Federal Bureau of Investigation fingerprint background checks for employees, contractors, and volunteers having contact with Native children. This violates the law and increases the potential for child sexual abuse.

The IG also estimated 13% of patients in IHS hospitals experienced patient harm events, with higher rates of harm in smaller hospitals. Of patient harm events, the IG found half were preventable and half of those preventable were the result of substandard treatment. The IG made several recommendations, including recommendations to incorporate patient protection policies. The Committee expects IHS to monitor and ensure Tribally-operated programs conduct required background checks and to expeditiously implement all recommendations.

*Advance Appropriations.*—The Committee notes the budget requests advance appropriations beginning in fiscal year 2023. A proposal of this magnitude often takes years to fully evaluate and obtain appropriate authority. Yet as of budget submission, IHS has not commenced dialogue with the authorizing committees about this proposal. Further, to advance appropriate funds, IHS needs to be included in the list of accounts for which advance appropriations can be made. IHS is not on this list. Therefore, the Committee is unable to act on this request. In addition, to effectively evaluate an advance appropriation request, the Committee requires more details on the proposal. For the last two years, the Committee directed IHS to report on its policies and procedures that may need to be changed in the event of advance appropriations. IHS has not submitted this report nor has IHS evaluated each line of its budget to explain which lines may be essential for advance appropriation and the reason why. The Committee again directs IHS to submit this information within 120 days of enactment of this Act.

*Staffing for New Facilities.*—The recommendation includes $115,093,000 for staffing newly-opened health facilities, as re-

quested. This amount represents the full amount required based on updated estimates provided to the Committee. Funds for Staffing for New Facilities are limited to facilities funded through the Health Care Facilities Construction Priority System or the Joint Venture Construction Program that opened in fiscal year 2021 or will open in fiscal year 2022. Funds may not be allocated to a facility until such facility has achieved beneficial occupancy status. The Committee understands that amounts required for staffing new facilities continue to evolve, due in part to when facilities achieve beneficial occupancy. IHS is expected to update the Committee as beneficial occupancy dates change, including for the River People Health Clinic.

*Third Party Collections.*—The Committee continues to direct IHS to consult with direct service Tribes about eligible uses of third party collections and report to the Committee on whether more weight should be afforded Tribal views on the use of third party funds and the reason for any outcomes within 180 days of enactment of this Act.

*Hospitals and Health Clinics.*—The recommendation includes $2,720,840,000 for Hospitals and Health Clinics, $17,266,000 above the budget request and $482,753,000 above the enacted level. This amount continues $2,000,000 for quality and oversight, $182,149,000 for Health Information Technology, $1,300,000 for Healthy Lifestyles in Youth Project, $8,083,000 for Village Based Clinics, and $14,967,000 for the Domestic Violence Prevention Program.

*Assessments.*—For the first time, IHS requests funding for assessments to cover shared costs charged by the Department of Health and Human Services to IHS for inherently federal functions. IHS's total assessment for fiscal year 2022 is $84,000,000 yet IHS only requests $27,000,000, which is included. The Committee is extremely concerned that IHS may be sacrificing quality health care and oversight by not requesting full funding to cover these costs separate from health care funds. Instead, IHS is on GAO's high risk agency list and has numerous open GAO recommendations related to patient safety and quality of care, many detailed above. The Committee encourages IHS to examine whether additional funding for these costs should be requested in the future. In addition, these costs are funded under Hospitals and Health Care rather than Direct Operations program because of IHS's legacy accounting system. The Committee urges IHS to evaluate whether it would be more appropriate to account for these funds in Direct Operations for future years.

*Community Health Aide Program (CHAP).*—The Committee provides an additional $20,000,000, as requested, for a total of $25,000,000 to expand the national CHAP program to the lower 48 states. The Committee expects IHS to report within 90 days of enactment of this Act on how funds will be distributed.

*Tribal Epidemiology Centers.*—Tribal Epidemiology Centers played an important role in documenting and combatting coronavirus in Native communities. The recommendation includes an additional $14,000,000 for Tribal Epidemiology Centers to further data collection, evaluation, and research to improve the health of Native Americans.

*Alzheimer's Disease.*—The recommendation includes an additional $500,000 for a total of $5,500,000 to continue Alzheimer's and related dementia activities. These funds will further efforts on Alzheimer's awareness campaigns tailored for the AI/AN perspective to increase recognition of early signs of Alzheimer's and other dementias; quarterly, competency-based training curriculum, either in-person or virtually, for primary care practitioners to ensure a core competency on assessing, diagnosing, and managing individuals with Alzheimer's and other dementias; pilot programs to increase early detection and accurate diagnosis, including evidence based caregiver services within Indian Country, inclusive of UIOs; and an annual report to the Committee with data elements including the prevalence of Alzheimer's incidence in the preceding year, and access to services within 90 days of the end of each fiscal year.

The Committee continues to be concerned that IHS-funded facilities are not adequately prepared for the expected increase in Native patients with Alzheimer's. Therefore, the Committee continues to direct IHS, in consultation with Indian Tribes and UIOs, to develop a plan to assist those with Alzheimer's, the additional services required, and the costs associated with increasing Alzheimer's patients and submit this information to Congress within 270 days of enactment of this Act.

*Accreditation Emergencies.*—The recommendation continues $58,000,000 to assist IHS-operated facilities that have been terminated or received notice of termination from the Centers for Medicare and Medicaid Services (CMS) Medicare program while under operation by IHS. Funding shall be allocated to such facilities in amounts to restore or maintain compliance; supplement purchased/referred care, including transportation, in the event of temporary closure of such facility or one or more of its departments; and compensate for third-party collection shortfalls resulting from being out of compliance. Primary consideration should be given to facilities that have been without certification the longest or that need assistance to maintain newly achieved re-certification. Shortfalls shall be calculated relative to the average of the collections in each of the two fiscal years preceding the year in which an agreement with CMS was terminated or put on notice of termination. The funds may not be used for purposes other than those described herein.

The Committee has heard complaints that not all funds appropriated for accreditation purposes are being distributed. Thus, the Committee continues to expect IHS to submit, within 90 days of enactment of this Act, a full accounting of the funds provided for accreditation emergencies in fiscal years 2018, 2019, 2020, and 2021, including the amount and purpose of funds allocated to each facility.

The Committee is concerned about financial losses from loss of CMS accreditation or of the requirement to divert patients at Service-operated facilities. The Committee considers the loss or imminent loss of accreditation to be an emergency. Funds allocated to a facility may be made available to Tribes newly assuming operation of such facilities pursuant to the Indian Self-Determination and Education Assistance Act of 1975 (ISDEAA) and shall be used by such Tribes to cover replacement of third-party revenues lost as a result of decertification, replacement of third-party carryover funds expended to respond to decertification, and reasonable costs

of achieving recertification, including recruitment costs necessary to stabilize staffing.

Additionally, the Committee continues to urge IHS to develop new strategies to improve how IHS programs, including those operated by Tribes under ISDEAA, can be supported to avoid these challenges and to refocus on both the quality of health care delivery and the improvement in health outcomes for, and health status of, Indian health program beneficiaries. This requires full Tribal consultation and the participation of the Department of Health and Human Services, CMS, CMS Innovation, and State Medicaid and State Children's Health Insurance programs.

*Ending Hepatitis C, HIV/AIDS and STDs.*—The recommendation includes an additional $22,000,000, as requested, for a total of $27,000,000 to identify, treat, prevent, and eliminate Hepatitis C, HIV/AIDS, and sexually transmitted diseases. The Committee encourages IHS to confer with UIOs to determine how they may participate in this initiative.

*Improving Maternal Health.*—The recommendation continues $5,000,000 to improve maternal health. Pregnancy-related deaths have increased generally in the United States with pregnancy-related deaths for AI/AN women more than twice the non-Hispanic white women rate. The Committee continues to direct IHS to submit a report to the Committee within 180 days of enactment of this Act on use of funds, updates on staff hiring, status of related standards, and the amount of training provided with these funds.

*Produce Prescription Pilot Program.*—The Committee is concerned with food insecurity among Native populations and recognizes the important role access to healthy food plays in preventing and managing chronic disease and reducing health care utilization. Produce prescription programs across the country allow medical providers to "prescribe" fresh fruits and vegetables to individuals or households who are at-risk due to health status or income, often pairing these prescriptions with financial incentives and nutrition education resources. The Committee provides $3,000,000 for IHS to create, in coordination with Tribes and UIOs, a pilot program to implement this model to increase access to produce and other traditional foods among its service population. Within 60 days of enactment of this Act, the Committee expects IHS to explain how the funds are to be distributed and the metrics to be used to measure success of the pilot, which shall include engagement metrics, and may include appropriate health outcomes metrics, if feasible.

*Electronic Health Records.*—To improve the current IT infrastructure system to support deployment of a new modern electronic health records (EHR) solution, the recommendation includes $284,500,000 for Electronic Health Records, as requested, and $250,000,000 above the enacted level.

The bill continues language prohibiting IHS from obligating or expending funds to select or implement a new IT infrastructure system unless IHS notifies the Committee at least 90 days before such funds are obligated or expended. In addition, the Committee notes that funding used to select the core components appropriate to support the initial capacity of the system are covered by the bill language. The Committee also expects IHS to provide quarterly updates to the Committee on the status and implementation of a Request for Proposal to select core components appropriate to support

the initial capacity of a modernized EHR and all activities associated with modernization of EHR.

The Committee acknowledges that any effort to deploy a new EHR must prioritize and ensure full interoperability with Tribal and Urban health systems that have chosen to purchase and implement a separate commercial-off-the-shelf system, and with the Department of Veterans' Affairs EHR system. The Committee heard concerns from Tribes and UIOs about costs they have incurred to implement their own commercial-off-the-shelf EHR systems. The Committee understands that the costs Tribes and UIOs have incurred for needs such as upfront investments, maintenance, upgrades, and other activities related to their own EHR systems are substantial. The Committee urges the agency to consult with Tribes and provide options for transitioning to the chosen EHR system. Further, the Committee recognizes that the full health IT infrastructure costs across the Indian health system will be substantial and directs the agency to report back to the Committee on whether a special appropriation to the agency is necessary.

The Committee urges IHS to continue moving forward with modernizing its aging EHR system by replacing it with a solution that is interoperable with the new EHR at the Department of Veterans Affairs and with systems purchased by Tribes and UIOs. Modernization should include robust Tribal consultation and planning to ensure that Tribes and UIOs are enabled to take full advantage of resulting modern health information technology and are not unduly burdened during this process. A modern system should increase security of patient data and promote efficiencies of care, empowering Tribal veterans who utilize care from both IHS and VA providers, and ensuring complete and accurate records of all IHS beneficiaries no matter where they receive care. The Committee is concerned about the disparate impact the COVID–19 pandemic has had on the health and well-being of AI/AN populations. It is important, therefore, that IHS consider options for deploying a population health data platform as a part of its modernization effort that can analyze EHR data and share resources and capabilities already available at other federal departments. In doing so, IHS can enhance its abilities to understand chronic conditions affecting IHS patient populations, research social determinants of health, and assist Tribal governments in building their public health infrastructure.

*Dental Health.*—The recommendation includes $287,326,000 for Dental Health, as requested, and $72,639,000 above the enacted level.

*Dental Support Centers.*—The Committee recognizes the importance of Dental Support Centers (DSCs) in providing technical support, training, and assistance in clinical and preventive efforts of the dental program. Many IHS dentists practice in isolated areas without immediate access to specialty services. DSCs provide them with the necessary expertise and experience they need to address challenging oral health demands. Within the increase provided for Dental Health, the Committee includes an additional $1,500,000 to enable IHS to expand DSCs to all 12 service areas with the flexibility to regionalize DSC operations as needed to provide their services efficiently.