222

(A) IN GENERAL.—After approval by the Secretary of a management plan, the management entity shall periodically—

(i) review the management plan; and

(ii) submit to the Secretary, for review and approval, the recommendation of the management entity for any amendments to the management plan.

(B) USE OF FUNDS.—No funds made available under subsection (i) shall be used to implement any amendment proposed by the management entity under subparagraph (A) until the Secretary approves the amendment.

(f) AUTHORITIES AND DUTIES OF THE MANAGEMENT ENTITY.—

(1) AUTHORITIES.—For the purposes of developing and implementing the management plan, the management entity may use funds made available under subsection (i) to—

(A) make grants to, and enter into cooperative agreements with, the State (including a political subdivision), nonprofit organizations, or persons;

(B) hire and compensate staff; and

(C) enter into contracts for goods and services.

(2) DUTIES.—In addition to developing the management plan, the management entity shall—

(A) develop and implement the management plan while considering the interests of diverse units of government, businesses, private property owners, and nonprofit groups in the Heritage Area;

(B) conduct public meetings in the Heritage Area at least semiannually on the development and implementation of the management plan;

(C) give priority to the implementation of actions, goals, and strategies in the management plan, including providing assistance to units of government, nonprofit organizations, and persons in—

(i) carrying out the programs that protect resources in the Heritage Area;

(ii) encouraging economic viability in the Heritage Area in accordance with the goals of the management plan;

(iii) establishing and maintaining interpretive exhibits in the Heritage Area;

(iv) developing recreational and educational opportunities in the Heritage Area; and

(v) increasing public awareness of and appreciation for the cultural, historical, and natural resources of the Heritage Area; and

(D) for any fiscal year for which Federal funds are received under subsection (i)—

(i) submit to the Secretary a report that describes, for the fiscal year—

(I) the accomplishments of the management entity;

(II) the expenses and income of the management entity; and

(III) each entity to which a grant was made;

223

  (ii) make available for audit by Congress, the Secretary, and appropriate units of government, all records relating to the expenditure of funds and any matching funds; and

  (iii) require, for all agreements authorizing expenditure of Federal funds by any entity, that the receiving entity make available for audit all records relating to the expenditure of funds.

 (3) PROHIBITION ON THE ACQUISITION OF REAL PROPERTY.—The management entity shall not use Federal funds received under subsection (i) to acquire real property or an interest in real property.

(g) TECHNICAL AND FINANCIAL ASSISTANCE.—

 (1) IN GENERAL.—The Secretary may provide to the management entity technical assistance and, subject to the availability of appropriations, financial assistance, for use in developing and implementing the management plan.

 (2) PRIORITY FOR ASSISTANCE.—In providing assistance under subsection (a), the Secretary shall give priority to actions that facilitate—

  (A) the preservation of the significant cultural, historical, natural, and recreational resources of the Heritage Area; and

  (B) the provision of educational, interpretive, and recreational opportunities that are consistent with the resources of the Heritage Area.

(h) LAND USE REGULATION.—

 (1) IN GENERAL.—Nothing in this section—

  (A) grants any power of zoning or land use to the management entity; or

  (B) modifies, enlarges, or diminishes any authority of the Federal Government or any State or local government to regulate any use of land under any law (including regulations).

 (2) PRIVATE PROPERTY.—Nothing in this section—

  (A) abridges the rights of any person with respect to private property;

  (B) affects the authority of the State or local government with respect to private property; or

  (C) imposes any additional burden on any property owner.

(i) AUTHORIZATION OF APPROPRIATIONS.—

 (1) IN GENERAL.—There is authorized to be appropriated to carry out this section $14,000,000, of which not more than $1,000,000 shall be made available for any fiscal year.

 (2) NON-FEDERAL SHARE.—The non-Federal share of the cost of any activities carried out using Federal funds made available under subsection (a) shall be not less than 50 percent.

(j) TERMINATION OF AUTHORITY.—The authority of the Secretary to provide assistance under this section terminates on September 30, ⟦2021⟧ *2023*.

   *   *   *   *   *   *   *

————

224

## NATIONAL HERITAGE AREAS ACT OF 2006

(Public Law 109–338)

AN ACT To reduce temporarily the royalty required to be paid for sodium produced, to establish certain National Heritage Areas, and for other purposes.

\*     \*     \*     \*     \*     \*     \*

# TITLE II—ESTABLISHMENT OF NATIONAL HERITAGE AREAS

## Subtitle A—Northern Rio Grande National Heritage Area

\*     \*     \*     \*     \*     \*     \*

**SEC. 208. SUNSET.**

The authority of the Secretary to provide assistance under this subtitle terminates on 〖the date that is 15 years after the date of enactment of this Act〗 *September 30, 2023*.

\*     \*     \*     \*     \*     \*     \*

## Subtitle B—Atchafalaya National Heritage Area

\*     \*     \*     \*     \*     \*     \*

**SEC. 221. TERMINATION OF AUTHORITY.**

The authority of the Secretary to provide assistance to the local coordinating entity under this subtitle terminates on 〖the date that is 15 years after the date of enactment of this Act〗 *September 30, 2023*.

## Subtitle C—Arabia Mountain National Heritage Area

\*     \*     \*     \*     \*     \*     \*

**SEC. 240. TERMINATION OF AUTHORITY.**

The authority of the Secretary to provide assistance under this subsubtitle terminates on 〖the date that is 15 years after the date of enactment of this Act〗 *September 30, 2023*.

\*     \*     \*     \*     \*     \*     \*

## Subtitle D—Mormon Pioneer National Heritage Area

\*     \*     \*     \*     \*     \*     \*

225

**SEC. 260. TERMINATION OF AUTHORITY.**

The authority of the Secretary to provide assistance under this subtitle terminates on 〔the date that is 15 years after the date of enactment of this Act〕 *September 30, 2023*.

# Subtitle E—Freedom's Frontier National Heritage Area

\*       \*       \*       \*       \*       \*       \*

**SEC. 269. TERMINATION OF AUTHORITY.**

The authority of the Secretary to provide assistance under this subtitle terminates on 〔the date that is 15 years after the date of enactment of this Act〕 *September 30, 2023*.

# Subtitle F—Upper Housatonic Valley National Heritage Area

\*       \*       \*       \*       \*       \*       \*

**SEC. 280B. SUNSET.**

The authority of the Secretary to provide assistance under this subtitle shall terminate on 〔the day occurring 15 years after the date of the enactment of this subtitle〕 *September 30, 2023*.

# Subtitle G—Champlain Valley National Heritage Partnership

\*       \*       \*       \*       \*       \*       \*

**SEC. 289. TERMINATION OF AUTHORITY.**

The authority of the Secretary to provide assistance under this subtitle terminates on 〔the date that is 15 years after the date of enactment of this Act〕 *September 30, 2023*.

# Subtitle H—Great Basin National Heritage Route

\*       \*       \*       \*       \*       \*       \*

**SEC. 291J. TERMINATION OF AUTHORITY.**

The authority of the Secretary to provide assistance under this subtitle terminates on 〔the date that is 15 years after the date of enactment of this Act〕 *September 30, 2023*.

\*       \*       \*       \*       \*       \*       \*

# Subtitle I—Gullah/Geechee Heritage Corridor

\*       \*       \*       \*       \*       \*       \*

BLM_004379

226

**SEC. 295L. TERMINATION OF AUTHORITY.**

The authority of the Secretary to provide assistance under this subtitle terminates on ⟦the date that is 15 years after the date of enactment of this Act⟧ *September 30, 2023.*

# Subtitle J—Crossroads of the American Revolution National Heritage Area

\*　　\*　　\*　　\*　　\*　　\*　　\*

**SEC. 297H. TERMINATION OF AUTHORITY.**

The authority of the Secretary to provide assistance under this subtitle terminates on ⟦the date that is 15 years after the date of enactment of this Act⟧ *September 30, 2023.*

\*　　\*　　\*　　\*　　\*　　\*　　\*

————

## SECTION 125 OF ILLINOIS AND MICHIGAN CANAL NATIONAL HERITAGE CORRIDOR ACT OF 1984

(Public Law 98–398)

**SEC. 125. AUTHORIZATION OF APPROPRIATIONS.**

(a) IN GENERAL.—To carry out this title there is authorized to be appropriated ⟦$10,000,000⟧ *$12,000,000,* except that not more than $1,000,000 may be appropriated to carry out this title for any fiscal year.

(b) 50 PERCENT MATCH.—The Federal share of the cost of activities carried out using any assistance or grant under this title shall not exceed 50 percent of that cost.

————

## ACT OF JUNE 18, 1934

(Public Law Chapter 576 of the 73rd Congress)

AN ACT To conserve and develop Indian lands and resources; to extend to Indians the right to form business and other organizations; to establish a credit system for Indians; to grant certain rights of home rule to Indians; to provide for vocational education for Indians; and for other purposes.

\*　　\*　　\*　　\*　　\*　　\*　　\*

SEC. 19. ⟦The term⟧ *Effective beginning on June 18, 1934, the term* "Indian" as used in this Act shall include all persons of Indian descent who are members of ⟦any recognized Indian tribe now under Federal jurisdiction⟧ *any federally recognized Indian tribe,* and all persons who are descendants of such members who were, on June 1, 1934, residing within the present boundaries of any Indian reservation, and shall further include all other persons of one-half or more Indian blood. For the purposes of this Act, Eskimos and other aboriginal peoples of Alaska shall be considered Indians. The term "tribe" wherever used in this Act shall be construed to refer to any Indian tribe, organized band, pueblo, or the Indians residing on one reservation. The words "adult Indians" wherever used in this Act shall be construed to refer to Indians who have attained the age of twenty-one years.

————

227

## CONSOLIDATED APPROPRIATIONS ACT, 2012

(Public Law 112–74)

\*     \*     \*     \*     \*     \*     \*

## DIVISION E—DEPARTMENT OF THE INTERIOR, ENVIRONMENT, AND RELATED AGENCIES APPROPRIATIONS ACT, 2012

### TITLE I

### DEPARTMENT OF THE INTERIOR

\*     \*     \*     \*     \*     \*     \*

### BUREAU OF LAND MANAGEMENT ACTIONS REGARDING GRAZING ON PUBLIC LANDS

SEC. 122. (a) EXHAUSTION OF ADMINISTRATIVE REVIEW REQUIRED.—

(1) For fiscal years 2012 【through 2022,】 *through 2027.* a person may bring a civil action challenging a decision of the Bureau of Land Management concerning grazing on public lands (as defined in section 103(e) of the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1702(e))) in a Federal district court only if the person has exhausted the administrative hearings and appeals procedures established by the Department of the Interior, including having filed a timely appeal and a request for stay.

(2) An issue may be considered in the judicial review of a decision referred to in paragraph (1) only if the issue was raised in the administrative review process described in such paragraph.

(3) An exception to the requirement of exhausting the administrative review process before seeking judicial review shall be available if a Federal court finds that the agency failed or was unable to make information timely available during the administrative review process for issues of material fact. For the purposes of this paragraph, the term "timely" means within 120 calendar days after the date that the challenge to the agency action or amendment at issue is received for administrative review.

(b) ACCEPTANCE OF DONATION OF CERTAIN EXISTING PERMITS OR LEASES.—

(1) During fiscal year 2012 and thereafter, the Secretary of the Interior shall accept the donation of any valid existing permits or leases authorizing grazing on public lands within the California Desert Conservation Area. With respect to each permit or lease donated under this paragraph, the Secretary shall terminate the grazing permit or lease, ensure a permanent end (except as provided in paragraph (2)), to grazing on the land covered by the permit or lease, and make the land available for mitigation by allocating the forage to wildlife use consistent with any applicable Habitat Conservation Plan, section 10(a)(1)(B) permit, or section 7 consultation under the Endangered Species Act of 1973 (16 U.S.C. 1531 et seq.).

228

(2) If the land covered by a permit or lease donated under paragraph (1) is also covered by another valid existing permit or lease that is not donated under such paragraph, the Secretary of the Interior shall reduce the authorized grazing level on the land covered by the permit or lease to reflect the donation of the permit or lease under paragraph (1). To ensure that there is a permanent reduction in the level of grazing on the land covered by a permit or lease donated under paragraph (1), the Secretary shall not allow grazing use to exceed the authorized level under the remaining valid existing permit or lease that is not donated.

\*     \*     \*     \*     \*     \*     \*

CHANGES IN APPLICATION OF EXISTING LAW

Pursuant to clause 3(f)(1)(A) of rule XIII of the Rules of the House of Representatives, the following statements are submitted describing the effect of provisions in the accompanying bill, which directly or indirectly change the application of existing law. In most instances these provisions have been included in prior appropriations Acts.

The bill includes the following changes in application of existing law:

OVERALL BILL

Providing that certain appropriations remain available until expended, or extending the availability of funds beyond the fiscal year where programs or projects are continuing but for which legislation does not specifically authorize such extended availability. This authority tends to result in savings by preventing the practice of committing funds on low priority projects at the end of the fiscal year to avoid losing the funds.

Limiting, in certain instances, the obligation of funds for particular functions or programs. These limitations include restrictions on the obligation of funds for administrative expenses, travel expenses, the use of consultants, and programmatic areas within the overall jurisdiction of a particular agency.

Limiting official entertainment or reception and representation expenses for selected agencies in the bill.

Continuing ongoing activities of certain critical Federal agencies or programs, which require re-authorization or other legislation which has not been enacted.

## TITLE I—DEPARTMENT OF THE INTERIOR

### BUREAU OF LAND MANAGEMENT

#### MANAGEMENT OF LANDS AND RESOURCES

Providing funds to the Bureau for the management of lands and resources.

Permitting the use of fees for processing applications for permit to drill.

Permitting the use of mining fee collections for program operations.

Permitting the use of fees from communication site rentals.

229

Permitting the Bureau to accept transfers from the Department of Homeland Security.

### OREGON AND CALIFORNIA GRANT LANDS

Providing funds for the Oregon and California Grant Lands.

Authorizing the transfer of certain collections from the Oregon and California Land Grants Fund to the Treasury.

### RANGE IMPROVEMENTS

Allowing certain funds to be transferred to the Department of the Interior for range improvements.

### SERVICE CHARGES, DEPOSITS, AND FORFEITURES

Allowing the use of certain collected funds for certain administrative costs and operation of termination of certain facilities.

Allowing the use of funds on any damaged public lands.

Authorizing the Secretary to use monies from forfeitures, compromises or settlements for improvement, protection and rehabilitation of public lands under certain conditions.

### MISCELLANEOUS TRUST FUNDS

Allowing certain contributed funds to be advanced for administrative costs and other activities of the Bureau.

### ADMINISTRATIVE PROVISIONS

Permitting the Bureau to enter into agreements with public and private entities, including States.

Permitting the Bureau to manage improvements to which the United States has title.

Permitting the payment of rewards for information on violations of law on Bureau lands.

Providing for cost-sharing arrangements for printing services.

Permitting the Bureau to conduct certain projects for State governments on a reimbursable basis.

Prohibiting the use of funds for the destruction of wild horses and burros.

### UNITED STATES FISH AND WILDLIFE SERVICE

### RESOURCE MANAGEMENT

Provides funding for Endangered Species Act programs with a specified limitation.

Permitting the Bureau to accept transfers from the Department of Homeland Security.

### STATE AND TRIBAL WILDLIFE GRANTS

Providing for a State and Tribal wildlife grants program.

### ADMINISTRATIVE PROVISIONS

Providing that programs may be carried out by direct expenditure, contracts, grants, cooperative agreements and reimbursable agreements with public and private entities.

Providing for repair of damage to public roads.

Providing options for the purchase of land not to exceed $1.

BLM_004383

230

Permitting cost-shared arrangements for printing services.

Permitting the acceptance of donated aircraft.

Providing that fees collected for non-toxic shot review and approval shall be available without further appropriation for the expenses of non-toxic shot review related expenses.

### NATIONAL PARK SERVICE

#### OPERATION OF THE NATIONAL PARK SYSTEM

Designating funds for Everglades restoration.

Providing for repair, rehabilitation and maintenance of National Park Service assets.

Permitting the Bureau to accept transfers from the Department of Homeland Security.

### NATIONAL RECREATION AND PRESERVATION

Providing for expenses not otherwise provided for.

Providing that cost share requirements shall be waived for the Heritage Partnership Program.

### HISTORIC PRESERVATION

Providing for expenses derived from the Historic Preservation Fund.

### CONSTRUCTION

Providing funds for construction, improvements, repair or replacement of physical facilities, and management planning and compliance for areas administered by the National Park Service.

Providing that a single procurement may be issued for any project funded in fiscal year 2020 with a future phase indicated in the National Park Service 5-year Line Item Construction Plan.

Providing that the solicitation and contract shall contain the availability of funds clause.

Providing that fees may be made available for the cost of adjustments and changes within the original scope of effort for projects funded by the Construction appropriation.

Providing that the Secretary of the Interior shall consult with the Committees on Appropriations in accordance with reprogramming thresholds prior to making any changes authorized by this section.

#### CENTENNIAL CHALLENGE

Providing funds for Centennial Challenge projects with no less than 50 percent of the cost of each project derived from non-Federal sources.

#### ADMINISTRATIVE PROVISIONS

Allowing certain franchise fees to be available for expenditure without further appropriation to extinguish or reduce liability for certain possessory interests.

Providing for the retention of administrative costs under certain Land and Water Conservation Fund programs.

231

Allowing National Park Service funds to be transferred to the Federal Highway Administration for purposes authorized under 23 U.S.C. 204 for reasonable administrative support costs.

UNITED STATES GEOLOGICAL SURVEY

SURVEYS, INVESTIGATIONS, AND RESEARCH

Providing funds to classify lands as to their mineral and water resources.

Providing funds to give engineering supervision to power permittees and Federal Energy Regulatory Commission licensees.

Providing funds to publish and disseminate data relative to the foregoing activities.

Limiting funds for the conduct of new surveys on private property without permission.

Limiting funds for cooperative topographic mapping or water resource data collection and investigations.

ADMINISTRATIVE PROVISIONS

Allowing funds to be used for certain contracting, construction, maintenance, acquisition, and representation expenses.

Permitting the use of certain contracts, grants, and cooperative agreements.

Recognizing students and recent graduates as Federal employees for the purposes of travel and work injury compensation.

BUREAU OF OCEAN ENERGY MANAGEMENT

Permitting funds for granting and administering mineral leases and environmental study; enforcing laws and contracts; and for matching grants.

Providing that funds may be used which shall be derived from non-refundable cost recovery fees collected in 2020.

Permitting the use of certain excess receipts from Outer Continental Shelf leasing activities.

Providing for reasonable expenses related to volunteer beach and marine cleanup activities.

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT

Permitting funds for granting and administering mineral leases and environmental study; enforcing laws and contracts; decommission activities; and for matching grants.

Providing that funds may be used which shall be derived from non-refundable cost recovery fees.

Permitting the use of certain excess receipts from Outer Continental Shelf leasing activities.

Permitting the use of funds derived from non-refundable inspection fees.

Requiring that not less than 50 percent of inspection fees expended be used on personnel, expanding capacity and reviewing applications for permit to drill.

OIL SPILL RESEARCH

Providing that funds shall be derived from the Oil Spill Liability Trust Fund.

232

OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT

REGULATION AND TECHNOLOGY

Permitting payment to State and Tribal personnel for travel and per diem expenses for training.

Allowing that certain funds made available under title V of Public Law 95–87 may be used for any required non-Federal share of the cost of certain projects.

Permitting the use of certain offsetting collections from permit fees.

ABANDONED MINE RECLAMATION FUND

Allowing the use of debt recovery to pay for debt collection.

Allowing that certain funds made available under title IV of Public Law 95–87 may be used for any required non-Federal share of the cost of certain projects.

Allowing funds to be used for travel expenses of State and Tribal personnel while attending certain OSM training.

Providing that funds shall be used for economic and community development in conjunction with reclamation priorities.

BUREAU OF INDIAN AFFAIRS

OPERATION OF INDIAN PROGRAMS

Limiting funds for official reception and representation expenses.

Limiting funds for welfare assistance payments, except for disaster relief.

Allowing Tribal priority allocation funds to be used for unmet welfare assistance costs.

Limiting funds for housing improvement, road maintenance, attorney fees, litigation support, land records Improvement, and Navajo-Hopi Settlement Program.

Allowing the transfer of certain forestry funds.

Allowing the use of funds to purchase uniforms or other identifying articles of clothing for personnel.

Allowing BIA to accept transfers from U.S. Customs and Border Protection for reconstruction or repair of roads.

Increasing the amount available for land purchases.

INDIAN LAND CONSOLIDATION

Allowing funds to purchase fractionated interests in land.

CONSTRUCTION

Providing for the transfer of Navajo irrigation project funds to the Bureau of Reclamation.

Providing Safety of Dams funds on a non-reimbursable basis.

Allowing reimbursement of construction costs from the Office of Special Trustee.

CONTRACT SUPPORT COSTS

Providing such sums as necessary to fully fund contract support costs.

Prohibiting the transfer of funds to any other account.

233

PAYMENT FOR TRIBAL LEASES

Providing such sums as necessary to fully fund Tribal lease costs. Prohibiting the transfer of funds to any other account.

INDIAN GUARANTEED LOAN PROGRAM ACCOUNT

Limiting funds for administrative expenses and for subsidizing total loan principal.

## Bureau of Indian Education

OPERATION OF INDIAN EDUCATION PROGRAMS

Allowing Tribal priority allocation funds to be used for unmet welfare assistance costs.

Providing forward-funding for school operations of Bureau-funded schools and other education programs.

Limiting funds for education-related administrative cost grants.

Allowing the use of funds to purchase uniforms or other identifying articles of clothing for personnel.

EDUCATION CONSTRUCTION

Limiting the control of construction projects when certain time frames have not been met.

ADMINISTRATIVE PROVISIONS

Allowing the use of funds for direct expenditure, contracts, cooperative agreements, compacts, and grants.

Allowing contracting for the San Carlos Irrigation Project.

Limiting the use of funds for certain contracts, grants and cooperative agreements.

Providing that there is no impact on the trust responsibility for Tribes that return appropriations.

Prohibiting funding of Alaska schools.

Limiting the number of schools and the expansion of grade levels in individual schools.

Specifying distribution of indirect and administrative costs for certain Tribes.

Limiting the expansion of satellite school locations.

Allowing Tribal Priority Allocation funds to be used to execute adjustments requested by Indian tribes.

## Office of Special Trustee for American Indians

FEDERAL TRUST PROGRAMS

Limiting the amount of funding available for the historical accounting of Indian trust fund accounts.

Allowing transfers to other Department of the Interior accounts.

Providing no-year funding for certain Indian Self-Determination Act grants.

Exempting quarterly statements for Indian trust accounts $15 or less.

Requiring annual statements and records maintenance for Indian trust accounts.

Limiting use of funds to correct administrative errors in Indian trust accounts.

BLM_004387

234

Permitting the use of recoveries from erroneous payments pursuant to Indian trust accounts.

Exempting reconciliation of Special Deposit Accounts with low balances in certain circumstances.

Allowing for limited aggregation of trust accounts of individuals whose whereabouts are unknown.

### DEPARTMENTAL OFFICES

#### OFFICE OF THE SECRETARY, SALARIES AND EXPENSES

Allowing the use of certain funds for official reception and representation expenses.

Permitting payments to former Bureau of Mines workers.

Designating funds for consolidated appraisal services to be derived from the Land and Water Conservation Fund.

Designating funds for Indian land, mineral, and resource valuation activities.

Permitting funds for Indian land, mineral, and resource valuation activities to be transferred to and merged with the Bureau of Indian Affairs "Operation of Indian Programs" and Bureau of Indian Education "Operation of Indian Education Programs" account and the Office of the Special Trustee for American Indians "Federal Trust Programs" account.

Allowing funds to remain available until expended.

#### ADMINISTRATIVE PROVISIONS

Allowing certain payments authorized for the Payments in Lieu of Taxes Program to be retained for administrative expenses.

Providing that the amounts provided are the only amounts available for payments authorized under chapter 69 of title 31, United States Code.

Providing that in the event sums appropriated are insufficient to make the full payments then the payment to each local government shall be made proportionally.

Providing that the Secretary may make adjustments to payment to individual units of local government to correct for prior overpayments or underpayments.

Providing that no Payments in Lieu of Taxes Program payment be made to otherwise eligible units of local government if the computed amount of the payment is less than $100.

### INSULAR AFFAIRS

#### ASSISTANCE TO TERRITORIES

Designating funds for various programs and for salaries and expenses of the Office of Insular Affairs.

Allowing audits of the financial transactions of the Territorial and Insular governments by the GAO.

Providing grant funding under certain terms of the Agreement of the Special Representatives on Future United States Financial Assistance for the Northern Mariana Islands.

Providing for capital infrastructure in various Territories.

Allowing appropriations for disaster assistance to be used as non-Federal matching funds for hazard mitigation grants.

BLM_004388

235

ADMINISTRATIVE PROVISIONS, INSULAR AFFAIRS

Allowing, at the request of the Governor of Guam, for certain discretionary or mandatory funds to be used to assist securing certain rural electrification loans through the U.S. Department of Agriculture.

# DEPARTMENT-WIDE PROGRAMS

### WILDLAND FIRE MANAGEMENT

Providing funds for wildland fire management.

Permitting the repayments of funds transferred from other accounts for firefighting.

Designating funds for hazardous fuels and burned area rehabilitation.

Permitting the use of funds for lodging and subsistence of firefighters.

Permitting the use of grants, contracts and cooperative agreements for hazardous fuels reduction, including cost-sharing and local assistance.

Permitting cost-sharing of cooperative agreements with non-Federal entities under certain circumstances.

Providing for local competition for hazardous fuel reduction activities.

Permitting reimbursement to the U.S. Fish and Wildlife Service and the National Marine Fisheries Service for consultation activities under the Endangered Species Act.

Providing certain terms for leases of real property with local governments.

Providing for the transfer of funds between the Department of the Interior and the Department of Agriculture for wildland fire management.

Providing funds for support of Federal emergency response actions.

Allowing for international forestry assistance to or through the Department of State.

### CENTRAL HAZARDOUS MATERIALS FUND

Providing funds for response action, including associated activities, performed pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act.

### ENERGY COMMUNITY REVITALIZATION PROGRAM

Providing funds to address hard rock mining and orphaned oil and gas wells.

### WORKING CAPITAL FUND

Allowing funds for the financial and business management system and information technology improvement.

Prohibiting use of funds to establish reserves in the working capital fund with exceptions.

Allowing assessments for reasonable charges for training services at the National Indian Program Center and use of these funds under certain conditions.

236

Providing space and related facilities or the lease of related facilities, equipment or professional services of the National Indian Program Training Center to state, local and Tribal employees or other persons for cultural, educational or recreational activities.

Providing that the Secretary may enter into grants and cooperative agreements to support the Office of Natural Resource Revenue's collection and disbursement of royalties, fees, and other mineral revenue proceeds, as authorized by law.

ADMINISTRATIVE PROVISION

Allowing acquisition and sale of certain aircraft.

OFFICE OF NATURAL RESOURCES REVENUE

Designating funds for mineral revenue management activities.

Allowing certain refunds of overpayments in connection with certain Indian leases.

GENERAL PROVISIONS, DEPARTMENT OF THE INTERIOR

Allowing transfer of funds for certain reconstruction of facilities, aircraft or utilities in emergency situations.

Allowing transfer of funds in certain emergency situations, including wildland fire, if other funds provided in other accounts will be exhausted within 30 days and a supplemental appropriation is requested as promptly as possible.

Permitting the Department to use limited funding for certain services.

Permitting the transfer of funds between the Bureau of Indian Affairs and Bureau of Indian Education and the Office of Special Trustee for American Indians and limiting amounts for historical accounting activities.

Authorizing the redistribution of Tribal Priority Allocation funds to address unmet needs.

Authorizing the acquisition of lands and leases for Ellis, Governors and Liberty Islands.

Providing the authority for the Secretary to collect nonrefundable inspection fees.

Permitting the Secretary of the Interior to enter into long-term agreements for wild horse and burro holding facilities.

Requiring the U.S. Fish and Wildlife Service to mark hatchery salmon.

Continuing a provision allowing the Bureau of Indian Affairs and Bureau of Indian Education to perform reimbursable work more efficiently and effectively.

Continuing a provision allowing the establishment of the Department of the Interior Experienced Services Program.

Requiring funds to be available for obligation within 60 days of enactment.

Authorizing transfer of funds in accordance with reprogramming guidelines to split the Bureau of Indian Education and the Bureau of Indian Affairs.

Directs the public disclosure of waivers from safety regulations for operators within the Outer Continental Shelf.

Allows the National Park Service to convey land for purposes of transportation and recreation for a specific project.

237

Allowing Indian tribes and authorized Tribal organizations to obtain interagency motor vehicles.

Provides the Alyce Spotted Bear and Walter Soboloff Commision on Native Children an additional two years to submit its report.

Outlines certain direction for a Tribal settlement.

Extends the authorization for the Delaware Water Gap National Recreation Area.

Addresses national heritage areas.

Authorizes the Secretary of the Interior to conduct a study.

Limits the use of funds for certain Outer Continental Shelf activities.

Amends the Indian Reorganization Act.

Requires the National Park Service to conduct an environmental impact statement.

Establishes a new offshore decommissioning account.

Modifies the provision of exhaustion of administrative review.

## TITLE II—ENVIRONMENTAL PROTECTION AGENCY

### SCIENCE AND TECHNOLOGY

Providing for operating expenses in support of research and development.

Designating funding for National Priorities research as specified in the report accompanying this Act.

Allowing for the operation of aircraft.

### ENVIRONMENTAL PROGRAMS AND MANAGEMENT

Allowing hire and maintenance of passenger motor vehicles and operation of aircraft and purchase of reprints and library memberships in societies or associations which issue publications to members only or at a price to members lower than to subscribers who are not members.

Limiting amounts for official representation and reception expenses.

Designating funding for National Priorities as specified in the report accompanying this Act.

Designating funding for Geographical programs as specified in the report accompanying this Act.

Allocation of certain appropriated funds for the Chemical Risk Review and Reduction program project.

### HAZARDOUS SUBSTANCE SUPERFUND

Allowing distribution of funds to purchase services from other agencies under certain circumstances.

Allowing for the operation of aircraft.

Providing for the transfer of funds within certain agency accounts.

### LEAKING UNDERGROUND STORAGE TANK PROGRAM

Providing for grants to Federally-recognized Indian Tribes.

### INLAND OIL SPILL PROGRAM

Allowing for the operation of aircraft.

238

STATE AND TRIBAL ASSISTANCE GRANTS

Limiting funding amounts for certain programs.

Specifying funding for capitalization grants for the Clean Water and Drinking Water State Revolving Funds and allowing certain amounts for additional subsidies.

Specifying funding for Community Project Funding grants.

Designating funds for specific sections of law.

Providing waivers for certain uses of Clean Water and Drinking Water State Revolving Funds for State administrative costs for grants to federally-recognized Indian Tribes and grants to specific Territories and Freely Associated States.

Requiring that 10 percent Clean Water and 14 percent of Drinking Water funds shall be used by States for forgiveness of principal or negative interest loans.

Prohibiting the use of funds for jurisdictions that permit development or construction of additional colonia areas.

Requiring state matching funds for certain grants to Alaska Native Villages, and specifying certain allocation of funds.

Limiting the portion of grant funding that can be provided for brownfields planning and requiring a minimum percentage of grants to persistent poverty communities and territories.

Allowing for the construction, maintenance, and operation of post-consumer material management or recycling facilities and allowing for grants to certain Tribes.

Providing certain grants under authority of Section 103, Clean Air Act.

Providing funding for environmental information exchange network initiatives grants, statistical surveys of water resources and enhancements to State monitoring programs, Tribal grants, and underground storage tank projects.

Allowing for assistance to States in developing and implementing coal combustion residual control programs.

Allowing for certain grants to reduce disproportionate health impacts of environmental pollution in environmental justice communities.

WATER INFRASTRUCTURE FINANCE AND INNOVATION PROGRAM ACCOUNT

Prohibiting the use of funds for loans unless certain certifications are made.

Allowing for the collection, transfer, and obligation of certain fees.

ADMINISTRATIVE PROVISIONS

Allowing awards of grants to federally-recognized Indian Tribes.

Authorizing the collection and obligation of pesticide registration service fees.

Authorizing the collection and obligations of Electronic Manifest fees.

Authorizing the collection and obligations of TSCA fees.

Allowing the transfer of funds from the "Environmental Programs and Management" account to support the Great Lakes Restoration Initiative and providing for certain interagency agreements and grants to various entities in support of this effort.

239

Providing amounts for construction, alteration, repair, rehabilitation, and renovation of facilities.

Providing for grants to federally recognized Tribes.

Authorizing grants to implement certain watershed restoration.

Providing amounts for competitive grants under the National Estuary Program.

Allowing for the use of aircraft from certain funds.

Allowing certain expenses to be charged to the Working Capital Fund.

Authorizing certain temporary hiring of contractors.

Allowing for certain hires under 42 U.S.C. § 209.

## TITLE III—RELATED AGENCIES

### FOREST SERVICE

#### OFFICE OF THE UNDER SECRETARY FOR NATURAL RESOURCES AND ENVIRONMENT

Providing funds for the office of the Under Secretary for Natural Resources and Environment.

#### FOREST SERVICE OPERATIONS

Providing funds for Forest Service Operations

#### FOREST AND RANGELAND RESEARCH

Providing funds for forest and rangeland research.

Designating funds for the forest inventory and analysis program.

#### STATE AND PRIVATE FORESTRY

Providing for forest health management, including treatments of certain pests or invasive plants, and for restoring damaged forests, and for cooperative forestry, education and land conservation activities, and conducting an international program.

Deriving certain funds from the Land and Water Conservation Fund.

#### NATIONAL FOREST SYSTEM

Providing funds for the National Forest System.

Depositing funds in the Collaborative Forest Landscape Restoration Fund.

Designating funds for forest products.

#### CAPITAL IMPROVEMENT AND MAINTENANCE

Providing funds for construction, reconstruction, and maintenance and acquisition of buildings and other facilities and infrastructure; and for construction, capital improvement, decommissioning, and maintenance of forest roads and trails.

Requiring that funds becoming available in fiscal year 2020 for the road and trails fund (16 U.S.C. 501) shall be transferred to the Treasury.

#### ACQUISITION OF LANDS FOR NATIONAL FORESTS SPECIAL ACTS

Requiring that funding for the program is derived from forest receipts.

240

### ACQUISITION OF LANDS TO COMPLETE LAND EXCHANGES

Requiring that funding for the program is derived from funds deposited by State, county, or municipal governments and non-Federal parties pursuant to Land Sale and Exchange Acts.

### RANGE BETTERMENT FUND

Providing that fifty percent of monies received for grazing fees shall be used for range improvements and limiting administrative expenses to six percent.

### GIFTS, DONATIONS AND BEQUESTS

Providing for gifts, donations and bequest per Federal law.

### MANAGEMENT OF NATIONAL FORESTS FOR SUBSISTENCE USES

Providing funds for subsistence uses per the Alaska National Interest Lands Conservation Act.

### WILDLAND FIRE MANAGEMENT

Permitting the use of funds for emergency rehabilitation and to support emergency response and wildfire suppression.

Allowing the use of wildland fire funds to repay advances from other accounts.

Allowing reimbursement of States for certain wildfire emergency activities.

Designating funds for suppression.

Providing for cooperative agreements and grants.

### ADMINISTRATIVE PROVISIONS

Permitting the purchase of passenger motor vehicles and proceeds from the sale of aircraft may be used to purchase replacement aircraft.

Allowing funds for certain employment contracts.

Allowing funds to be used for purchase and alteration of buildings.

Allowing for acquisition of certain lands and interests.

Allowing expenses for certain volunteer activities.

Providing for the cost of uniforms.

Providing for debt collections on certain contracts.

Limiting the transfer of wildland fire management funds between the Department of the Interior and the Department of Agriculture.

Allowing funds to be used through the Agency for International Development for work in foreign countries and to support other forestry activities outside of the United States.

Allowing the Forest Service, acting for the International Program, to sign certain funding agreements with foreign governments and institutions as well as with certain domestic agencies.

Authorizing the expenditure or transfer of funds for wild horse and burro activities.

Prohibiting the transfer of funds under the Department of Agriculture transfer authority under certain conditions.

241

Limiting the transfer of funds for the Working Capital Fund and Department Reimbursable Program (also known as Greenbook charges).

Limiting funds to support the Youth Conservation Corps and Public Lands Corps.

Limiting the use of funds for official reception and representation expenses.

Providing for matching funds for the National Forest Foundation.

Allowing funds to be used for technical assistance for rural communities.

Allowing funds for payments to counties in the Columbia River Gorge National Scenic Area.

Allowing funds to be used for the Older Americans Act.

Permitting funding assessments for facilities maintenance, rent, utilities, and other support services.

Prohibiting the use of funds for the destruction of wild horses and burros.

Limiting funds to reimburse the Office of General Counsel at the Department of Agriculture.

Permitting eligible employees to be considered a Federal Employee.

Requiring regular reporting of unobligated balances.

### INDIAN HEALTH SERVICE

#### INDIAN HEALTH SERVICES

Providing that Tribal contract and grant funding is deemed obligated at the time of grant or contract award and remains available until expended.

Providing no-year funds for alcohol detoxification services.

Providing no-year funds for contract medical care including the Indian Catastrophic Health Emergency Fund.

Providing no-year funds for loan repayment program.

Providing for operational funds related to accreditation emergencies.

Providing that scholarship funds recovered for breach of contract shall be deposited into a Fund and remain available until expended.

Providing that certain funds are available at the discretion of the Director.

Providing that certain contracts and grants may be performed in two fiscal years.

Providing for use of collections and reporting of collections under Title IV of the Indian Health Care Improvement Act.

Providing no-year funding for scholarship funds.

Requiring certain amounts received by Tribes and Tribal organization be reported and accounted for.

Providing for the collection of individually identifiable health information relating to the Americans with Disabilities Act by the Bureau of Indian Affairs.

Permitting the use of Indian Health Care Improvement Fund monies for facilities improvement and providing no-year funding availability.

Requiring reporting to Congress before funds made available for the Electronic Health Record system may be obligated.

242

### CONTRACT SUPPORT COSTS

Providing such sums as necessary to fully fund contract support costs.

Prohibiting the transfer of funds to any other account.

Providing funds obligated but not expended to be used for subsequent fiscal year costs.

### PAYMENT FOR TRIBAL LEASES

Providing such sums as necessary to fully fund Tribal lease costs.

Prohibiting the transfer of funds to any other account.

### INDIAN HEALTH FACILITIES

Providing that facilities funds may be used to purchase land, modular buildings and trailers.

Providing for TRANSAM equipment to be purchased from the Department of Defense.

Prohibiting the use of funds for sanitation facilities for new homes funded by the Department of Housing and Urban Development.

### ADMINISTRATIVE PROVISIONS

Providing for per diem expenses for senior level positions.

Providing for payments for telephone service in private residences in the field, purchase of motor vehicles, aircraft and reprints.

Providing for purchase and erection of modular buildings.

Providing funds for uniforms.

Allowing funding to be used for attendance at professional meetings.

Providing that health care may be extended to non-Indians at Indian Health Service facilities, subject to charges, and for the expenditure of collected funds.

Providing for transfers of funds from the Department of Housing and Urban Development to the Indian Health Service.

Prohibiting limitations on certain Federal travel and transportation expenses.

Requiring departmental assessments to be identified in annual budget justifications.

Allowing de-obligation and re-obligation of funds applied to self-governance funding agreements.

Prohibiting the expenditure of funds to implement new eligibility regulations.

Permitting certain reimbursements for goods and services provided to Tribes.

Providing that reimbursements for training, technical assistance, or services include total costs.

Allowing housing allowances for civilian medical personnel.

Prohibiting changes in organizational structure without advance notification to Congress.

243

AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY

TOXIC SUBSTANCES AND ENVIRONMENTAL PUBLIC HEALTH

Providing for the conduct of health studies, testing, and monitoring.

Limiting the number of toxicological profiles.

EXECUTIVE OFFICE OF THE PRESIDENT

COUNCIL ON ENVIRONMENTAL QUALITY AND OFFICE OF
ENVIRONMENTAL QUALITY

Limiting the use of funds for official reception and representation expenses.

Designating the appointment and duties of the chairman.

CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD

Permitting use of funds for hire of passenger vehicles, uniforms or allowances with per diem rate limitations.

Limiting the number of senior level positions.

Designating the individual appointed to the position of Inspector General of the Environmental Protection Agency as the Inspector General of the Board.

Directing use of personnel and limiting position appointments within the Board.

OFFICE OF NAVAJO AND HOPI INDIAN RELOCATION

Providing that funds in this and prior appropriations Acts shall be used to relocate persons certified as eligible.

Providing that no person can be evicted unless a replacement home is provided.

Providing that no relocatee is provided with more than one new or replacement home.

INSTITUTE OF AMERICAN INDIAN AND ALASKA NATIVE CULTURE AND
ARTS DEVELOPMENT

Providing funds to the Institute of American Indian and Alaska Native Culture and Arts Development.

SMITHSONIAN INSTITUTION

SALARIES AND EXPENSES

Limiting certain lease terms.

Providing for purchase, rental, repair and cleaning of uniforms.

Designating funds for certain programs and providing no-year funds.

Providing that funds may be used to support American overseas research centers.

Allowing for advance payments to independent contractors performing research services or participating in official Smithsonian presentations.

Providing for Federal appropriations designated for lease or rent payments to be expended as rent payable and deposited into the general trust funds for expenses associated with the purchase of a

BLM_004397

244

portion of a building and not to be construed as Federal debt service or an obligation of the Federal Government.

Providing no funds may be used to directly service debt incurred to finance the cost of acquiring a portion of a building and specifying notification requirements if the acquisition is sold.

### FACILITIES CAPITAL

Designating funds for maintenance, repair, rehabilitation, and construction and for consultant services.

### NATIONAL GALLERY OF ART

#### SALARIES AND EXPENSES

Allowing payment in advance for membership in library, museum, and art associations or societies.

Allowing for purchase, repair, and cleaning of uniforms for guards and employees and allowances therefor.

Allowing purchase or rental of devices for protecting buildings and contents thereof, and maintenance, alteration, improvement, and repair of buildings, approaches, and grounds.

Providing no-year funds for special exhibitions.

Providing for restoration and repair of works of art by contract under certain circumstances.

#### REPAIR, RESTORATION, AND RENOVATION OF BUILDINGS

Providing lease agreements of no more than 10 years addressing space needs created by renovations under the Master Facilities Plan.

Providing funds for construction design.

Permitting the Gallery to perform work by contract under certain circumstances.

### JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS

#### OPERATIONS AND MAINTENANCE

Providing funds to the John F. Kennedy Center for the Performing Arts Kennedy Center for operational and maintenance costs.

#### CAPITAL REPAIR AND RESTORATION

Providing funds to the John F. Kennedy Center for the Performing Arts Kennedy Center for facility repair.

### WOODROW WILSON INTERNATIONAL CENTER FOR SCHOLARS

#### SALARIES AND EXPENSES

Providing funds to the Woodrow Wilson Center for Scholars.
Allowing for hire of passenger vehicles and services.

### NATIONAL ENDOWMENT FOR THE ARTS

#### GRANTS AND ADMINISTRATION

Providing funds for the support of projects and productions in the arts, including arts education and public outreach activities.

BLM_004398

245

## NATIONAL ENDOWMENT FOR THE HUMANITIES

### GRANTS AND ADMINISTRATION

Specifying funds to carry out the matching grants program.

Allowing obligation of National Endowment for the Humanities current and prior year funds from gifts, bequests, and devises of money for which equal amounts have not previously been appropriated.

### ADMINISTRATIVE PROVISIONS, NATIONAL FOUNDATION ON THE ARTS AND THE HUMANITIES

Prohibiting the use of funds for grants and contracts which do not include the text of 18 U.S.C. 1913.

Prohibiting the use of appropriated funds and permitting the use of non-appropriated funds for reception expenses.

Allowing the chairperson of the National Endowment for the Arts to approve small grants under certain circumstances.

## COMMISSION OF FINE ARTS

### SALARIES AND EXPENSES

Permitting the charging and use of fees for its publications and accepting gifts related to the history of the Nation's Capital.

Providing that one-tenth of one percent of funds provided may be used for official reception and representation expenses.

## NATIONAL CAPITAL ARTS AND CULTURAL AFFAIRS

Providing funding for the National Capital Arts and Cultural Affairs.

## NATIONAL CAPITAL PLANNING COMMISSION

Providing funding for the National Capital Planning Commission.

Providing that one-quarter of one percent may be used for official reception and representational expenses.

## UNITED STATES HOLOCAUST MEMORIAL MUSEUM

Designating funds for equipment replacement.

Designating funds for repair, rehabilitation and for exhibition design and production and providing no year availability for these funds.

## PRESIDIO TRUST

Providing funds for the Trust.

## WORLD WAR I CENTENNIAL COMMISSION

### SALARIES AND EXPENSES

Providing funding for the World War I Centennial Commission.

Providing that the Commission may accept support from any executive branch agency for activities of the Commission.

BLM_004399

246

UNITED STATES SEMICENTENNIAL COMMISSION

Providing funds for the Commission.

TITLE IV—GENERAL PROVISIONS

Prohibiting the use of funds to promote or oppose legislative proposals on which congressional action is incomplete.

Providing for annual appropriations unless expressly provided otherwise in this Act.

Providing for disclosure of administrative expenses, assessments and requirements for operating plans.

Continuing a limitation on accepting and processing applications for patents and on the patenting of Federal lands; permitting processing of grandfathered applications; and permitting third-party contractors to process grandfathered applications.

Continuing a provision regarding the payment of contract support costs for prior fiscal years.

Addressing the payment of contract support costs for fiscal year 2022.

Continuing a provision allowing Forest Service land management plans to be more than 15 years old if the Secretary is acting in good faith to update such plans and prohibiting the use of funds to implement new wilderness directives under the planning rule.

Limiting leasing and preleasing activities within National Monuments.

Limiting takings for acquisition of lands except under certain conditions.

Prohibiting funds to enter into certain no-bid contracts except under certain conditions.

Requiring reports to Congress to be posted on public agency websites.

Continuing a provision that delineates grant guidelines for the National Endowment for the Arts.

Continuing a provision that delineates program priorities for the programs managed by the National Endowment for the Arts.

Requiring that the Department of the Interior, the EPA, the Forest Service, and the Indian Health Service provide the Committees on Appropriations a quarterly report on the status of balances of appropriations.

Extending certain authorities allowing the Forest Service to renew grazing permits.

Prohibiting the use of funds to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography.

Directing humane treatment of wild horses and burros.

Extending the Forest Service Facility Realignment and Enhancement Act.

Setting requirements for the use of American iron and steel for certain loans and grants.

Allowing the Secretary of the Interior to enter into training agreements and to transfer excess equipment and supplies for wildfires.

Providing a one-year extension of the Federal Lands Recreation Enhancement Act.

Reaffirming reprogramming guidelines.

247

Extending authorization dealing with use of local contractors.

Extending Shasta-Trinity Marina fee authority.

Extending Interpretative Association authorization.

Extending Puerto Rico schooling authorization.

Extending forest botanical products fee collection authority.

Restricting certain activities within Chaco Culture National Historical Park.

Requiring certain terms for Payments for Tribal Leases.

Reauthorizing the Forest Ecosystem Health and Recovery Fund.

Requiring allocation of funds for projects.

Addressing carbon emissions from forest biomass.

Referencing congressionally requested projects.

Allowing funds for renovation of facilities.

Prohibiting funds for review or approval of mine funds.

Prohibiting the issuance of permits for the import of a sport-hunted trophy of elephants or lions from certain countries.

Prohibiting destruction of forest development roads.

APPROPRIATIONS NOT AUTHORIZED BY LAW

Pursuant to clause 3(f)(1)(B) of rule XIII of the Rules of the House of Representatives, the following table lists the appropriations in the accompanying bill which are not authorized by law:

[Dollars in Thousands]

| | Last year of author-ization | Authorization level | Appropriations in last year of authorization | Appropriations in this bill |
|---|---|---|---|---|
| Bureau of Land Management. | | | | |
| All discretionary programs .......................................... | 2002 | Such sums .............. | 1,862,170 | 1,558,581 |
| U.S. Fish and Wildlife Service. | | | | |
| Coastal Barrier Resources Act of 1982; amended by Improvement Act of 2000 & Reauthorization Act of 2005. | 2010 | 2,000 ...................... | 1,390 | 2,390 |
| Endangered Species Act (16 U.S.C. 1531 et seq.) .................... | 1992 | 41,500 .................... | 42,373 | *305,799 |
| Marine Mammal Protection Act (16 U.S.C. 1361–1407) ........... | 1999 | 14,768 .................... | 2,008 | 6,970 |
| National Fish and Wildlife Foundation Establishment Act (16 U.S.C. 3701 et seq.). | 2010 | 25,000 .................... | 7,537 | 7,022 |
| National Invasive Species Act (16 U.S.C. 4701 et seq.) ........... | 2002 | 6,000 ...................... | 6,000 | 45,311 |
| U.S. Geological Survey. | | | | |
| Energy Resources Program (50 U.S.C. 167n, P.L. 113–40)—Helium Stewardship Act of 2013. | 2015 | 1,000 ...................... | 400 | 20 |
| National Geologic and Geophysical Data Preservation Program (42 U.S.C. 15908 sec 351, P.L. 109–58). | 2010 | 30,000 .................... | 1,332 | 5,000 |
| Water Resources Research Act Program (42 U.S.C. 10301–10303, P.L. 109–471). | 2011 | 12,000 .................... | 6,486 | 15,000 |
| Bureau of Indian Affairs. | | | | |
| Indian Child Protection and Family Violence Prevention Act (25 U.S.C. 3210, 104 Stat. 4531, P.L. 101–630, Title IV.). | 1997 | 30,000 .................... | 26,116 | 36,116 |
| Indian Tribal Justice Act, as amended by TLOA (Tribal Law and Order Act of 2010, P.L. 111–211). | 2015 | 58,400 .................... | 26,785 | 26,809 |
| The Higher Education Act of 1965 (20 U.S.C. 1001 et seq P.L. 110–315). | 2013 | N/A .......................... | 76,510 | 83,610 |
| Tribally Controlled Colleges or University Assistance Act of 1978 (25 U.S.C. 1801 et seq., P.L. 110–315). | 2013 | N/A .......................... | 110,919 | 121,211 |
| Tribally Controlled Colleges or University Assistance Act of 1978, as amended by the Higher Education Opportunity Act (25 USC 1862 (a) and (b)). | 2013 | N/A .......................... | 110,919 | 121,211 |
| Office of Insular Affairs. | | | | |
| Brown Tree Snake Control and Eradication Act of 2004 (P.L. 108–384). | 2010 | No more than 3,000 | 3,500 | 3,500 |
| Environmental Protection Agency. | | | | |
| Clean Air Act ............................................................... | 1997 | Such sums .............. | 450,000 | 937,188 |

BLM_004401

248

[Dollars in Thousands]

| | Last year of author- ization | Authorization level | Appropriations in last year of authorization | Appropriations in this bill |
|---|---|---|---|---|
| Hazardous Substance Superfund ........................... | 1994 | 5,100 .................. | 1,480,853 | 1,536,308 |

[Dollars in Thousands]

| | Last year of author- ization | Authorization level | Appropriations in last year of authorization | Appropriations in this bill |
|---|---|---|---|---|
| Lake Champlain Basin ........................................... | 2008 | 11,000 .................. | 3,000 | 20,000 |
| Lake Pontchartrain Basin ..................................... | 2017 | 20,000 .................. | 1,000 | 1,900 |
| Chesapeake Bay Restoration ................................ | 2005 | 40,000 .................. | 23,000 | 90,500 |
| State and Tribal Assistance Grants: | | | | |
| Alaska and Rural Native Villages ....................... | 2010 | 13,000 .................. | 10,000 | 36,186 |
| Clean Water SRF .................................................. | 1994 | 600,000 .................. | 1,196,000 | 1,870,680 |
| Lead Containment Control Act of 1988 ............... | 1992 | Such sums ............. | 14,500 | 21,000 |
| Mexico Border ...................................................... | 2011 | NA ......................... | 17,000 | 35,000 |
| Non-Point Source Management Program .............. | 1991 | 130,000 .................. | 51,000 | 180,000 |
| Pollution Control .................................................. | 1990 | 75,000 .................. | 73,000 | 235,000 |
| Pollution Prevention Act ...................................... | 1993 | 8,000 .................. | 8,000 | 5,000 |
| Radon Abatement Act ........................................... | 1991 | 10,000 .................. | 9,000 | 11,000 |
| Underground Storage Tanks ................................ | 1988 | 25,000 .................. | 7,000 | 1,505 |
| State Hazardous Waste Program Grants .............. | 1988 | 60,000 .................. | 67,000 | 111,500 |
| Toxic Substances Control Act .............................. | 1983 | 1,500 .................. | 0 | 7,000 |
| Tribal General Assistance Program ..................... | 1992 | Such sums ............. | 0 | 80,000 |
| Underground Injection Control Grants ................. | 2003 | 15,000 .................. | 11,000 | 14,000 |
| Council on Environmental Quality, Office of Environmental Quality. | 1986 | 480 ......................... | 670 | 4,200 |
| Office of Navajo and Hopi Indian Relocation ........... | 2008 | 30,000 .................. | 7,350,000 | 3,150,000 |
| National Endowment for the Arts ........................ | 1993 | Such sums. | | |
| National Endowment for the Humanities ................ | 1993 | Such sums. | | |

*Appropriations in this bill for Endangered Species Act implementation are an estimate and this amount does not include Coastal Barrier Resources Act or Marine Mammal Protection Act funding.

### COMPARISON WITH BUDGET RESOLUTION

Section 308(A)(1)(A) of the Congressional Budget Act requires the report accompanying a bill providing new budget authority to contain a statement comparing the levels in the bill to the suballocations submitted under section 302(b) of the Act for the most recently agreed to concurrent resolution on the application fiscal year.

[In millions of dollars]

| | 302(b) Allocation | | This Bill | |
|---|---|---|---|---|
| | Budget Authority | Outlay | Budget Authority | Outlays |
| Comparison of amounts in the bill with Committee allocations to its subcommittees: Subcommittee on Interior, Environment, and Related Agencies: | | | | |
| Discretionary ........................................ | 43,400 | 41,000 | 45,850 | [1] 41,689 |
| Mandarory ............................................ | 64 | 65 | 64 | [1] 65 |

[1] Includes outlays from prior-year budget authority.

Note.—Consistent with the funding recommended in the bill for disaster relief, in accordance with the Congressional Budget Act of 1974 and section 1(h) of House Resolution 467 of the 117th Congress, and after the bill is reported to the House, the Chairman of the Committee on the Budget will provide a revised section 302(a) allocation reflecting an additional $2,450 million in discretionary budget authority and $841 million in associated outlays for amounts provided for wildfire suppression operations. That new allocation will eliminate the technical difference prior to floor consideration.

BLM_004402

249

FIVE-YEAR OUTLAY PROJECTION

In compliance with section 308(a)(1)(B) of the Congressional Budget and Impoundment Control Act of 1974 (Public Law 93–344), as amended, the following table contains five-year projections associated with the budget authority provided in te accompanying bill.

[In millions of dollars]

|  | Outlays |
|---|---|
| Projection of outlays associated with the recomendation: | |
| 2022 ...................................................................................................... | [1] 27,047 |
| 2023 ...................................................................................................... | 11,785 |
| 2024 ...................................................................................................... | 4,462 |
| 2025 ...................................................................................................... | 1,673 |
| 2026 and future years .......................................................................... | 543 |

[1] Excludes outlays from prior-year budget authority.

FINANCIAL ASSISTANCE TO STATE AND LOCAL GOVERNMENTS

In accordance with section 308(a)(1)(C) of the Congressional Budget Act of 1974, as amended, the Congressional Budget Office has provided the following estimates of new budget authority and outlays provided by the accompanying bill for financial assistance to State and local governments.

[In millions of dollars]

|  | Budget Authority | Outlays |
|---|---|---|
| Financial assistance to State and local governments for 2022 ........................................... | 8,664 | [1] 2,721 |

[1] Excludes outlays from prior-year budget authority.

PROGRAM DUPLICATION

Pursuant to clause 3(c)(5) of rule XIII of the Rules of the House of Representatives, no provision of this bill establishes or reauthorizes a program of the Federal Government known to be duplicative of another Federal program, a program that was included in any report from the Government Accountability Office to Congress pursuant to section 21 of Public Law 111–139, or a program related to a program identified in the most recent Catalog of Federal Domestic Assistance.

COMMITTEE HEARINGS

In compliance with clause 3(c)(6) of rule XIII (117th Congress) the following hearings were used to develop the fiscal year 2022 Interior, Environment, and Related Agencies Appropriations Bill:

| Date | Title of Hearing | Witnesses |
|---|---|---|
| March 18, 2021 | Efforts to Address Marine Plastic Pollution Through Recycling. | Dr. Winnie Lau, Senior Manager, Preventing Ocean Plastics, The Pew Charitable Trusts; Ginger Spencer, Public Works Director, City of Phoenix, Arizona; Nicole Collier, Senior Director, Corporate Affairs, Nestlé USA |
| March 23, 2021 | Wood Innovation: Sustainable Forest Products to Reinvigorate Rural Economies. | Dr. Cynthia "Cindi" West, Director, Forest Products Laboratory and Northern Research Station; Peter MacKeith, Dean and Architect, Fay Jones School of Architecture and Design, University of Arkansas; Dr. Stephen Shaler, Professor & Director, University of Maine, FOR/Maine, School of Forest Resources; Marc Brinkmeyer, Owner, Idaho Forest Group, Idaho Forest Products Commission |

250

| Date | Title of Hearing | Witnesses |
|---|---|---|
| March 25, 2021 | The Effects of COVID–19 on Arts and Humanities Organizations. | Kathleen Mundell, Cultural Resources; Caleb Cage, Nevada Humanities Board of Trustees; Deborah Lenk, Museum Director, Museum of Glass; Ulysses Slaughter, Project Manager, Chester Made |
| April 15, 2021 ... | U.S. Forest Service FY22 Budget Oversight Hearing. | Victoria Christiansen, Chief, U.S. Forest Service; Andria Weeks, Acting Director of Strategic Planning, Budget, and Accountability, U.S. Forest Service |
| April 20, 2021 ... | Department of the Interior FY22 Budget Oversight Hearing. | The Honorable Deb Haaland, Secretary, Department of the Interior; Rachael Taylor, Principal Deputy Assistant Secretary of Policy, Management, and Budget, Department |
| April 21, 2021 ... | Environmental Protection Agency FY22 Budget Oversight Hearing. | Michael Regan, Administrator, Environmental Protection Agency; David Bloom, Deputy Chief Financial Officer, Environmental Protection Agency |

### COMPARATIVE STATEMENT OF NEW BUDGET AUTHORITY

The following table provides the amounts recommended by the Committee compared with the budget estimates by account.

(Amounts in thousands)

| | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| **TITLE I - DEPARTMENT OF THE INTERIOR** | | | | | |
| **BUREAU OF LAND MANAGEMENT** | | | | | |
| Management of Lands and Resources | | | | | |
| Land Resources: | | | | | |
| Rangeland management.................................. | 105,921 | 124,792 | 118,335 | +12,414 | -6,457 |
| Forestry management................................... | 10,135 | 14,729 | 12,948 | +2,813 | -1,781 |
| Cultural resources management......................... | 19,631 | 21,186 | 21,595 | +1,964 | +409 |
| Wild horse and burro management....................... | 115,745 | 152,596 | 162,093 | +46,348 | +9,497 |
| Subtotal........................................ | 251,432 | 313,303 | 314,971 | +63,539 | +1,668 |
| Wildlife and Aquatic Habitat Management: | | | | | |
| Wildlife habitat management........................... | 132,848 | 157,041 | 158,972 | +26,124 | +1,931 |
| Threatened and endangered species................ | (21,567) | (30,000) | (31,000) | (+9,433) | (+1,000) |
| Aquatic habitat management............................ | 55,656 | 79,931 | 73,702 | +18,046 | -6,229 |
| Subtotal........................................ | 188,504 | 236,972 | 232,674 | +44,170 | -4,298 |
| Recreation Management: | | | | | |
| Wilderness management................................. | 18,264 | 24,131 | 24,040 | +5,776 | -91 |
| Recreation resources management....................... | 58,465 | 67,370 | 71,096 | +12,631 | +3,726 |
| Subtotal........................................ | 76,729 | 91,501 | 95,136 | +18,407 | +3,635 |

BLM_004405

(Amounts in thousands)

| | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| **Energy and Minerals:** | | | | | |
| Oil and Gas | | | | | |
| Oil and gas management............................ | 80,947 | 120,059 | 116,047 | +25,100 | -4,012 |
| Oil and gas inspection and enforcement............ | 48,925 | 50,768 | 50,951 | +2,026 | +183 |
| Subtotal, Oil and gas........................ | 139,872 | 170,827 | 166,998 | +27,126 | -3,829 |
| Coal management................................... | 15,868 | 16,171 | 16,125 | +257 | -46 |
| Other mineral resources........................... | 12,303 | 16,625 | 14,982 | +2,679 | -1,643 |
| Renewable energy.................................. | 30,561 | 45,258 | 43,121 | +12,560 | -2,137 |
| Subtotal, Energy and Minerals.................. | 198,604 | 248,881 | 241,226 | +42,622 | -7,655 |
| **Realty and Ownership Management:** | | | | | |
| Alaska conveyance................................. | 25,797 | 26,402 | 26,311 | +514 | -91 |
| Cadastral, lands, and realty management........... | 54,328 | 61,344 | 59,034 | +4,706 | -2,310 |
| Subtotal....................................... | 80,125 | 87,746 | 85,345 | +5,220 | -2,401 |
| **Resource Protection and Maintenance:** | | | | | |
| Resource management planning...................... | 67,125 | 95,738 | 88,464 | +21,339 | -7,274 |
| Resource protection and law enforcement........... | 27,616 | 28,313 | 28,176 | +560 | -137 |
| Abandoned minelands and hazardous materials management...................................... | 38,500 | 65,324 | 61,141 | +22,641 | -4,183 |
| Subtotal....................................... | 133,241 | 189,375 | 177,781 | +44,540 | -11,594 |

BLM_004406

(Amounts in thousands)

| | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| **Transportation and Facilities Maintenance:** | | | | | |
| Annual maintenance................................... | 43,000 | 43,844 | 43,844 | +844 | --- |
| Deferred maintenance................................. | 34,669 | 34,880 | 34,880 | +211 | --- |
| Subtotal........................................ | 77,669 | 78,724 | 78,724 | +1,055 | --- |
| **Workforce and Organizational Support:** | | | | | |
| Administrative support.............................. | 51,875 | 53,730 | 53,730 | +1,855 | --- |
| Bureauwide fixed costs.............................. | 90,480 | 85,746 | 85,746 | -4,734 | --- |
| Information technology management................... | 26,077 | 26,682 | 26,590 | +513 | -92 |
| Subtotal........................................ | 168,432 | 166,158 | 166,066 | -2,366 | -92 |
| National landscape conservation system, base program.. | 45,819 | 67,674 | 66,491 | +20,672 | -1,183 |
| Communication site management....................... | 2,000 | 2,000 | 2,000 | --- | --- |
| Offsetting collections.............................. | -2,000 | -2,000 | -2,000 | --- | --- |
| Subtotal, Management of lands and resources..... | 1,220,555 | 1,480,334 | 1,458,414 | +237,859 | -21,920 |
| **Mining Law Administration:** | | | | | |
| Administration...................................... | 39,696 | 39,696 | 39,696 | --- | --- |
| Offsetting collections.............................. | -63,000 | -64,000 | -64,000 | -1,000 | --- |
| Subtotal, Mining Law Administration............. | -23,304 | -24,304 | -24,304 | -1,000 | --- |

253

(Amounts in thousands)

| | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| General Rescission - Management of Lands and Resources | -13,000 | --- | --- | +13,000 | --- |
| Total, Management of Lands and Resources........ | 1,184,251 | 1,456,030 | 1,434,110 | +249,859 | -21,920 |
| **Land Acquisition** | | | | | |
| Rescission.................................. | -5,400 | --- | --- | +5,400 | --- |
| Total, Land Acquisition........................ | -5,400 | --- | --- | +5,400 | --- |
| **Oregon and California Grant Lands** | | | | | |
| Western Oregon resources management................... | 101,229 | 114,745 | 110,745 | +9,516 | -4,000 |
| Western Oregon information and resource data systems.. | 1,798 | 1,828 | 1,828 | +30 | --- |
| Western Oregon transportation & facilities maintenance | 10,642 | 10,770 | 10,770 | +128 | --- |
| Western Oregon construction and acquisition........... | 335 | 340 | 340 | +5 | --- |
| Western Oregon national monument..................... | 779 | 788 | 788 | +9 | --- |
| Total, Oregon and California Grant Lands........ | 114,783 | 128,471 | 124,471 | +9,688 | -4,000 |

254

BLM_004408

(Amounts in thousands)

| | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| **Range Improvements** | | | | | |
| Current appropriations................................ | 10,000 | 10,000 | 10,000 | --- | --- |
| **Service Charges, Deposits, and Forfeitures** | | | | | |
| Service charges, deposits, and forfeitures........... | 28,000 | 30,000 | 30,000 | +2,000 | --- |
| Offsetting fees...................................... | -28,000 | -30,000 | -30,000 | -2,000 | --- |
| Rescission........................................... | -20,000 | --- | --- | +20,000 | --- |
| Total, Service Charges, Deposits & Forfeitures.. | -20,000 | --- | --- | +20,000 | --- |
| **Miscellaneous Trust Funds and Permanent Operating Funds** | | | | | |
| Current appropriations................................ | 28,000 | 28,000 | 28,000 | --- | --- |
| TOTAL, BUREAU OF LAND MANAGEMENT............... | 1,309,634 | 1,620,501 | 1,594,581 | +284,947 | -25,920 |
| (Mandatory).............................. | (36,000) | (36,000) | (36,000) | --- | --- |
| (Discretionary).......................... | (1,273,634) | (1,584,501) | (1,558,581) | (+284,947) | (-25,920) |

BLM_004409

(Amounts in thousands)

| | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| **UNITED STATES FISH AND WILDLIFE SERVICE** | | | | | |
| **Resource Management** | | | | | |
| Ecological Services: | | | | | |
| Listing.......................................... | 20,767 | 22,279 | 22,279 | +1,512 | --- |
| Planning and consultation........................ | 109,251 | 131,292 | 125,292 | +16,041 | -6,000 |
| Conservation and restoration..................... | 34,617 | 55,416 | 50,416 | +15,799 | -5,000 |
| (National Wetlands Inventory).................... | (3,471) | (7,471) | (5,471) | (+2,000) | (-2,000) |
| (Coastal Barrier Resources Act)................. | (1,390) | (3,390) | (2,390) | (+1,000) | (-1,000) |
| Recovery........................................ | 105,031 | 123,102 | 117,172 | +12,141 | -5,930 |
| Subtotal..................................... | 269,666 | 332,089 | 315,159 | +45,493 | -16,930 |
| Habitat conservation: | | | | | |
| Partners for fish and wildlife.................. | 56,859 | 65,215 | 64,715 | +7,856 | -500 |
| Coastal programs................................ | 13,360 | 15,616 | 15,616 | +2,256 | --- |
| Subtotal..................................... | 70,219 | 80,831 | 80,331 | +10,112 | -500 |
| National Wildlife Refuge System: | | | | | |
| Wildlife and habitat management.................. | 239,568 | 259,517 | 264,517 | +24,949 | +5,000 |
| Visitor services................................ | 75,033 | 96,737 | 92,737 | +17,704 | -4,000 |
| Refuge law enforcement.......................... | 40,907 | 48,915 | 48,915 | +8,008 | --- |
| Conservation planning........................... | 2,523 | 4,594 | 4,500 | +1,977 | -94 |
| Refuge maintenance.............................. | 145,822 | 174,636 | 171,386 | +25,564 | -3,250 |
| Subtotal..................................... | 503,853 | 584,399 | 582,055 | +78,202 | -2,344 |

256

BLM_004410

(Amounts in thousands)

| | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| Conservation and Enforcement: | | | | | |
| Migratory bird management............................ | 47,873 | 66,068 | 66,371 | +18,498 | +303 |
| Law enforcement..................................... | 86,860 | 94,982 | 94,982 | +8,122 | --- |
| International affairs............................... | 23,032 | 29,265 | 30,265 | +7,233 | +1,000 |
| Subtotal....................................... | 157,765 | 190,315 | 191,618 | +33,853 | +1,303 |
| Fish and Aquatic Conservation: | | | | | |
| National fish hatchery system operations............ | 65,551 | 81,774 | 75,674 | +10,123 | -6,100 |
| Maintenance and equipment........................... | 25,822 | 50,546 | 49,546 | +23,724 | -1,000 |
| Aquatic habitat and species conservation............ | 115,240 | 122,602 | 125,252 | +10,012 | +2,650 |
| Subtotal....................................... | 206,613 | 254,922 | 250,472 | +43,859 | -4,450 |
| Cooperative landscape conservation................... | 12,500 | 18,802 | 14,030 | +1,530 | -4,772 |
| Science Support: | | | | | |
| Adaptive science.................................... | 10,517 | 22,850 | 30,850 | +20,333 | +8,000 |
| Service science..................................... | 6,750 | 13,583 | 10,958 | +4,208 | -2,625 |
| Subtotal....................................... | 17,287 | 36,433 | 41,808 | +24,541 | +5,375 |

BLM_004411

(Amounts in thousands)

|  | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| **General Operations:** |  |  |  |  |  |
| Central office operations........................... | 25,758 | 32,766 | 32,766 | +7,008 | --- |
| Management and Administration....................... | 44,166 | 60,157 | 58,157 | +13,991 | -2,000 |
| Servicewide bill paying............................. | 35,748 | 44,667 | 44,667 | +8,919 | --- |
| National Fish and Wildlife Foundation............... | 7,022 | 9,022 | 7,022 | --- | -2,000 |
| National Conservation Training Center............... | 26,014 | 30,455 | 30,455 | +4,441 | --- |
| Aviation Management................................. | 3,237 | 3,255 | 3,255 | +18 | --- |
| Subtotal........................................ | 141,945 | 180,322 | 176,322 | +34,377 | -4,000 |
| Subtotal, Resource Management................... | 1,379,828 | 1,678,113 | 1,651,795 | +271,967 | -26,318 |
| **Administrative Provision** |  |  |  |  |  |
| Damage Recovery Provision............................ | --- | 1,000 | --- | --- | -1,000 |
| Total, Resource Management...................... | 1,379,828 | 1,679,113 | 1,651,795 | +271,967 | -27,318 |
| **Construction** |  |  |  |  |  |
| **Construction and rehabilitation:** |  |  |  |  |  |
| Line item construction projects..................... | 5,398 | 31,656 | 26,656 | +21,258 | -5,000 |
| Bridge and dam safety programs...................... | 2,427 | 2,427 | 2,427 | --- | --- |
| Nationwide engineering service...................... | 5,368 | 5,537 | 5,537 | +169 | --- |
| Deferred maintenance................................ | 5,000 | --- | --- | -5,000 | --- |
| Total, Construction............................. | 18,193 | 39,620 | 34,620 | +16,427 | -5,000 |

258

BLM_004412

(Amounts in thousands)

| | FY 2021 Enacted | FY 2022 Request | Bill | Bill vs. Enacted | Bill vs. Request |
|---|---|---|---|---|---|
| Cooperative Endangered Species Conservation Fund | | | | | |
| Grants and Administration: | | | | | |
| Conservation grants.................................. | 13,000 | 13,000 | 13,000 | --- | --- |
| HCP assistance grants................................ | 8,000 | 8,000 | 8,362 | +362 | +362 |
| Administration....................................... | 2,702 | 2,702 | 2,702 | --- | --- |
| Subtotal......................................... | 23,702 | 23,702 | 24,064 | +362 | +362 |
| Land Acquisition: | | | | | |
| HCP land acquisition grants to states............... | 19,638 | 19,000 | --- | -19,638 | -19,000 |
| Subtotal, Cooperative Endangered Species Conservation Fund............................ | 43,340 | 42,702 | 24,064 | -19,276 | -18,638 |
| Rescission........................................... | -12,500 | --- | --- | +12,500 | --- |
| Total, Cooperative Endangered Species Fund...... | 30,840 | 42,702 | 24,064 | -6,776 | -18,638 |
| National Wildlife Refuge Fund | | | | | |
| Payments in lieu of taxes............................ | 13,228 | --- | 13,228 | --- | +13,228 |
| North American Wetlands Conservation Fund | | | | | |
| North American Wetlands Conservation Fund............ | 46,500 | 46,500 | 50,000 | +3,500 | +3,500 |

BLM_004413