<span style="background-color: yellow">**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**</span>

Hi Jason,

I am looking at the release sent today, which I assume is in response to the reporting the NYT did this spring on abuses in the incentive program.  I read through the list for anything that would prevent a group of people from amassing a few dozen horses then flipping them as soon as they receive the title.  I don't see anything it.  The only real action I see is increased communication with sale barns about the penalties of selling untitled horses. However, most of the horses we highlighted had titles.  The release draws attention to the affidavit that adopters must sign vowing they won't knowingly sell mustangs for commercial products, but that safeguard has been in place for at least 20 years, and I don't think the BLM has used it to prosecute anyone in years. Even Tom Davis, the most egregious abuser in recent memory, was not charged. (please correct me on this one if I'm missing something.)

 Bottom line, if I want to adopt four horses today and sell them to a disreputable horse trader the day I get my $4,000 from Uncle Sam, there doesn't seem to be anything stopping me.

I'd like to write a story about how the BLM is doing something to end the abuse of the AIP program, but I just don't see that anything has been put in place that will make a real difference. If you feel I'm overlooking something, please let me know.  Happy to talk by phone, as well.

Thanks.


Dave Philipps



david.philipps@nytimes.com
Signal: 719-235-2729
Encrypted email: davidnphilipps@protonmail.com
Colorado Springs, Colorado
c: 719-235-2729


On Mon, Jul 26, 2021 at 2:40 PM Lutterman, Jason W <jlutterman@blm.gov> wrote:

> All,
>
> For your consideration, please find a BLM news release attached on some upcoming changes to the Wild Horse and Burro Adoption Incentive Program. More details can be found at www.blm.gov/adoption-incentive.
>
> Thank you,
> Jason





U.S. Department of the Interior
Bureau of Land Management

# News Release

BLM Headquarters
**Media Contact:** BLM_Press@blm.gov
July 26, 2021

## The BLM announces additional protective steps
## for wild horse and burro adoptions

**GRAND JUNCTION, Colo.** – The Bureau of Land Management today announced additional steps it will take to secure the health and safety of adopted wild horses and burros through the Wild Horse and Burro Adoption Incentive Program.

"We are committed to the health and safety of adopted wild horses and burros," said **BLM Deputy Director for Programs Nada Wolff Culver.** "While the vast majority of adopters already adhere to our requirements to provide a good and caring home, the BLM is now taking additional steps to secure the health and safety of adopted animals. We will begin to make additional compliance visits post-adoption, bring more scrutiny to potential adopters, and increase warnings to sale barns about the risks of illegally selling wild horses and burros, among other steps."

Before adopting a wild horse or burro, an individual must certify, under penalty of prosecution, that the individual will not knowingly sell or transfer the animal for slaughter or for processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The BLM plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.

- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.

- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.

- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.

- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.

- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.

- Continue to refer cases to relevant U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.

- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

Find additional details on the planned changes to the Adoption Incentive Program.

The Wild Horse and Burro Adoption Program is a vital component of the BLM's mission to manage and protect wild horses and burros as required by the Wild Free-Roaming Horses and Burros Act (Act) and other relevant laws and regulations. Since passage of the Act, the BLM has regularly gathered excess wild horses and burros from public lands to manage herd growth and address overpopulation. Current estimates suggest there are more than three times the number of wild horses and burros on public lands than is ecologically sustainable. Many of the oversized herds are negatively impacting native plant communities, wildlife, and important ecosystem functions.

The Adoption Incentive Program is a component of the existing Wild Horse and Burro Adoption Program that has increased the number of animals placed into private care. To date, the Adoption Incentive Program has helped place more than 8,250 wild horses and burros into adoptive homes.

There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. Find some of their stories on the BLM's Tales from the Trails blog.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

| From: | Lutterman, Jason W |
|---|---|
| To: | Waddell, Holle |
| Cc: | Fluer, Scott L; McGuire, Paul M; Reid, Lisa |
| Subject: | FW: [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions |
| Date: | Tuesday, July 27, 2021 2:16:41 PM |
| Attachments: | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image009.png |
| | image011.png |
| | image001.png |

Hi Holle', please see draft statement to respond to NY Times, below, ready for your review.

📄 Statements on AIP changes.docx

Thanks
Jason

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

**From:** Sharpe, Alyse N <asharpe@blm.gov>
**Sent:** Tuesday, July 27, 2021 7:03 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Press, BLM <BLM_Press@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Reid, Lisa <lreid@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** RE: [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

Hi Paul and Jason,

Can you pull together a statement for this? We will have to run through DOI.

Thanks,

--Alyse



**Alyse Sharpe**
Branch Chief of Public Affairs
Headquarters | Bureau of Land Management

m: 385-386-2768
a: Salt Lake City, Utah
w: www.blm.gov e: asharpe@blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>

**Sent:** Tuesday, July 27, 2021 7:44 AM
**To:** Lutterman, Jason W <jlutterman@blm.gov>; Press, BLM <BLM_Press@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Reid, Lisa <lreid@blm.gov>
**Subject:** RE: [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

All – Pending further guidance on how or weather to respond to this, I would note that the reporter acknowledges what is clear in the AWHC report and what we ourselves confirmed for him during our background interview, i.e. that all of the animals in question were titled and, as such, fall outside the purview of the Wild Free-Roaming Horses and Burros Act. The agency would do well to state that fact very clearly on the record for this and any other reporters who inquire. I would note that until very recently it was a standard Program talking point, so we would not be breaking new ground with such a statement. ███████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████
████████████████████

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Monday, July 26, 2021 6:24 PM
**To:** Press, BLM <BLM_Press@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** FW: [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

Hi Richard and Alyse,

Here's another follow-up from the incentive news release, from the New York Times this time. Your guidance on how we should respond would be appreciated.

Thanks
Jason

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

**From:** David Phillipps <david.phillipps@nytimes.com>
**Sent:** Monday, July 26, 2021 3:58 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

Hi Jason,

I am looking at the release sent today, which I assume is in response to the reporting the NYT did this spring on abuses in the incentive program. I read through the list for anything that would prevent a group of people from amassing a few dozen horses then flipping them as soon as they receive the title. I don't see anything that. The only real action I see is increased communication with sale barns about the penalties of selling untitled horses. However, most of the horses we highlighted had titles. The release draws attention to the affidavit that adopters must sign vowing they won't knowingly sell mustangs for commercial products, but that safeguard has been in place for at least 20 years, and I don't think the BLM has used it to prosecute anyone in years. Even Tom Davis, the most egregious abuser in recent memory, was not charged. (please correct me on this one if I'm missing something.)

Bottom line, if I want to adopt four horses today and sell them to a disreputable horse trader the day I get my $4,000 from Uncle Sam, there doesn't seem to be anything stopping me.

I'd like to write a story about how the BLM is doing something to end the abuse of the AIP program, but I just don't see that anything has been put in place that will make a real difference. If you feel I'm overlooking something, please let me know. Happy to talk by phone, as well.

Thanks.

Dave Phillips

david.phillipps@nytimes.com
Signal: 719-235-2729
Encrypted email: davidphilipps@protonmail.com
Colorado Springs, Colorado
c: 719-235-2729

On Mon, Jul 26, 2021 at 2:40 PM Lutterman, Jason W <jlutterman@blm.gov> wrote:

All,

For your consideration, please find a BLM news release attached on some upcoming changes to the Wild Horse and Burro Adoption Incentive Program. More details can be found at www.blm.gov/adoption-incentive.

Thank you,
Jason





# News Release

BLM Headquarters
**Media Contact:** BLM_Press@blm.gov
July 26, 2021

## The BLM announces additional protective steps
## for wild horse and burro adoptions

**GRAND JUNCTION, Colo.** – The Bureau of Land Management today announced additional steps it will take to secure the health and safety of adopted wild horses and burros through the Wild Horse and Burro Adoption Incentive Program.

"We are committed to the health and safety of adopted wild horses and burros," said **BLM Deputy Director for Programs Nada Wolff Culver.** "While the vast majority of adopters already adhere to our requirements to provide a good and caring home, the BLM is now taking additional steps to secure the health and safety of adopted animals. We will begin to make additional compliance visits post-adoption, bring more scrutiny to potential adopters, and increase warnings to sale barns about the risks of illegally selling wild horses and burros, among other steps."

Before adopting a wild horse or burro, an individual must certify, under penalty of prosecution, that the individual will not knowingly sell or transfer the animal for slaughter or for processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The BLM plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.

- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.

- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.

- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.

- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.

- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for

illegally selling un-titled wild horses and burros.

- Continue to refer cases to relevant U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

Find additional details on the planned changes to the Adoption Incentive Program.

The Wild Horse and Burro Adoption Program is a vital component of the BLM's mission to manage and protect wild horses and burros as required by the Wild Free-Roaming Horses and Burros Act (Act) and other relevant laws and regulations. Since passage of the Act, the BLM has regularly gathered excess wild horses and burros from public lands to manage herd growth and address overpopulation. Current estimates suggest there are more than three times the number of wild horses and burros on public lands than is ecologically sustainable. Many of the oversized herds are negatively impacting native plant communities, wildlife, and important ecosystem functions.

The Adoption Incentive Program is a component of the existing Wild Horse and Burro Adoption Program that has increased the number of animals placed into private care. To date, the Adoption Incentive Program has helped place more than 8,250 wild horses and burros into adoptive homes.

There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. Find some of their stories on the BLM's Tales from the Trails blog.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

Statements on Changes to Adoption Incentive Program
Draft as of 7/27/21

NY Times Inquiry:

I am looking at the release sent today, which I assume is in response to the reporting the NYT did this spring on abuses in the incentive program.  I read through the list for anything that would prevent a group of people from amassing a few dozen horses then flipping them as soon as they receive the title.  I don't see anything it.  The only real action I see is increased communication with sale barns about the penalties of selling untitled horses. However, most of the horses we highlighted had titles.  The release draws attention to the affidavit that adopters must sign vowing they won't knowingly sell mustangs for commercial products, but that safeguard has been in place for at least 20 years, and I don't think the BLM has used it to prosecute anyone in years. Even Tom Davis, the most egregious abuser in recent memory, was not charged. (please correct me on this one if I'm missing something.)

 Bottom line, if I want to adopt four horses today and sell them to a disreputable horse trader the day I get my $4,000 from Uncle Sam, there doesn't seem to be anything stopping me.

I'd like to write a story about how the BLM is doing something to end the abuse of the AIP program, but I just don't see that anything has been put in place that will make a real difference. If you feel I'm overlooking something, please let me know.  Happy to talk by phone, as well.

Statement:

While the Bureau of Land Management is aware of unsubstantiated allegations concerning the Adoption Incentive Program, the agency's adoption program has placed thousands of animals in good homes. The BLM operates the Wild Horse and Burro Adoption Program, which includes the Adoption Incentive Program, under the authority of the Wild Free-Roaming Horses and Burros Act. The Act places certain limitations on adoption to ensure adopted, untitled animals are provided humane care. Under this authority, the BLM is implementing additional safeguards to ensure adopted animals are provided good homes. When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act.

~~E&E Inquiry:~~

~~Can BLM provide me with an update on the internal investigation Nada Culver referenced at the National Wild Horse and Burro Advisory Board meeting last month? If it's just still underway, and that's the only update, that's fine, but I wanted to check and see if you all had uncovered any evidence that some adopted animals have been sold to slaughter.~~

~~Statement:~~

~~The BLM is conducting a thorough review of the Adoption Incentive Program and implementing appropriate changes to strengthen safeguards for animals protected by the Wild Free-Roaming Horses and Burros Act. The BLM continues to take action when it can to ensure the health and safety of adopted, untitled wild horses and burros. When BLM is presented with evidence suggesting that an individual may have provided false information to the agency on an adoption application or agreement, agency law enforcement conducts an investigation and may issue citations or refer cases to the appropriate U.S. Attorney to determine if prosecution is warranted.~~

> **Commented [LJW1]:** SOL language
>
> **Commented [LJW2]:** 600 is leading response to this inquiry.

BLM_004517

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Sharpe, Alyse N; McGuire, Paul M; Press, BLM |
| **Cc:** | Waddell, Holle; Fluer, Scott L; Reid, Lisa; Krauss, Jeff; St George, Brian C |
| **Subject:** | RE: [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions |
| **Date:** | Tuesday, July 27, 2021 6:30:39 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image007.png |
| | image009.png |

Hi Alyse,

Please find draft statement below. The program suggests we also offer to have a phone call with Dave on background to provide further context.

Thanks,
Jason

While the Bureau of Land Management is aware of unsubstantiated allegations concerning the Adoption Incentive Program, the agency's adoption program has placed thousands of animals in good homes. The BLM operates the Wild Horse and Burro Adoption Program, which includes the Adoption Incentive Program, under the authority of the Wild Free-Roaming Horses and Burros Act. The Act places certain limitations on adoption to ensure adopted, untitled animals are provided humane care. Under this authority, the BLM is implementing additional safeguards to ensure adopted animals are provided good homes. When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act.


--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

---

**From:** Sharpe, Alyse N <asharpe@blm.gov>
**Sent:** Tuesday, July 27, 2021 7:03 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Press, BLM <BLM_Press@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Reid, Lisa <lreid@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** RE: [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

Hi Paul and Jason,

Can you pull together a statement for this? We will have to run through DOI.

Thanks,

--Alyse

**Alyse Sharpe**
Branch Chief of Public Affairs
Headquarters | Bureau of Land Management



m: 385-386-2768
a: Salt Lake City, Utah
w: www.blm.gov   e: asharpe@blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, July 27, 2021 7:44 AM
**To:** Lutterman, Jason W <jlutterman@blm.gov>; Press, BLM <BLM_Press@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Reid, Lisa <lreid@blm.gov>
**Subject:** RE: [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

All – Pending further guidance on how or weather to respond to this, I would note that the reporter acknowledges what is clear in the AWHC report and what we ourselves confirmed for him during our background interview, i.e. that all of the animals in question were titled and, as such, fall outside the purview of the Wild Free-Roaming Horses and Burros Act. The agency would do well to state that fact very clearly on the record for this and any other reporters who inquire. I would note that until very recently it was a standard Program talking point, so we would not be breaking new ground with such a statement. ██████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████████
███████████████████████

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Monday, July 26, 2021 6:24 PM
**To:** Press, BLM <BLM_Press@blm.gov>; Sharpe, Alyse N <asharpe@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** FW: [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

Hi Richard and Alyse,

Here's another follow-up from the incentive news release, from the New York Times this time. Your guidance on how we should respond would be appreciated.

Thanks
Jason

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

---

**From:** David Philipps <david.philipps@nytimes.com>
**Sent:** Monday, July 26, 2021 3:58 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** [EXTERNAL] Re: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

Hi Jason,

I am looking at the release sent today, which I assume is in response to the reporting the NYT did this spring on abuses in the incentive program.  I read through the list for anything that would prevent a group of people from amassing a few dozen horses then flipping them as soon as they receive the title.  I don't see anything it.  The only real action I see is increased communication with sale barns about the penalties of selling untitled horses. However, most of the horses we highlighted had titles.  The release draws attention to the affidavit that adopters must sign vowing they won't knowingly sell mustangs for commercial products, but that safeguard has been in place for at least 20 years, and I don't think the BLM has used it to prosecute anyone in years. Even Tom Davis, the most egregious abuser in recent memory, was not charged. (please correct me on this one if I'm missing something.)

 Bottom line, if I want to adopt four horses today and sell them to a disreputable horse trader the day I get my $4,000 from Uncle Sam, there doesn't seem to be anything stopping me.

I'd like to write a story about how the BLM is doing something to end the abuse of the AIP program, but I just don't see that anything has been put in place that will make a real difference. If you feel I'm overlooking something, please let me know.  Happy to talk by phone, as well.

Thanks.


Dave Philipps



david.philipps@nytimes.com
Signal: 719-235-2729
Encrypted email: davidnphilipps@protonmail.com
Colorado Springs, Colorado
c: 719-235-2729

On Mon, Jul 26, 2021 at 2:40 PM Lutterman, Jason W <jlutterman@blm.gov> wrote:

All,

For your consideration, please find a BLM news release attached on some upcoming changes to the Wild Horse and Burro Adoption Incentive Program. More details can be found at www.blm.gov/adoption-incentive.

Thank you,
Jason





# News Release

BLM Headquarters
**Media Contact:** BLM_Press@blm.gov
July 26, 2021

## The BLM announces additional protective steps
## for wild horse and burro adoptions

**GRAND JUNCTION, Colo.** – The Bureau of Land Management today announced additional steps it will take to secure the health and safety of adopted wild horses and burros through the Wild Horse and Burro Adoption Incentive Program.

"We are committed to the health and safety of adopted wild horses and burros," said **BLM Deputy Director for Programs Nada Wolff Culver.** "While the vast majority of adopters already adhere to our requirements to provide a good and caring home, the BLM is now taking additional steps to secure the health and safety of adopted animals. We will begin to make additional compliance visits post-adoption, bring more scrutiny to potential adopters, and increase warnings to sale barns about the risks of illegally selling wild horses and burros, among other steps."

Before adopting a wild horse or burro, an individual must certify, under penalty of prosecution, that the individual will not knowingly sell or transfer the animal for slaughter or for processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The BLM plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must

provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.

- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to relevant U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

Find additional details on the planned changes to the Adoption Incentive Program.

The Wild Horse and Burro Adoption Program is a vital component of the BLM's mission to manage and protect wild horses and burros as required by the Wild Free-Roaming Horses and Burros Act (Act) and other relevant laws and regulations. Since passage of the Act, the BLM has regularly gathered excess wild horses and burros from public lands to manage herd growth and address overpopulation. Current estimates suggest there are more than three times the number of wild horses and burros on public lands than is ecologically sustainable. Many of the oversized herds are negatively impacting native plant communities, wildlife, and important ecosystem functions.

The Adoption Incentive Program is a component of the existing Wild Horse and Burro Adoption Program that has increased the number of animals placed into private care. To date, the Adoption Incentive Program has helped place more than 8,250 wild horses and burros into adoptive homes.

There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. Find some of their stories on the BLM's Tales from the Trails blog.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

| | |
|---|---|
| **From:** | Sharpe, Alyse N |
| **To:** | Lutterman, Jason W |
| **Cc:** | Waddell, Holle; Fluer, Scott L; McGuire, Paul M |
| **Subject:** | RE: [EXTERNAL] RE: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions |
| **Date:** | Tuesday, July 27, 2021 3:58:54 PM |
| **Attachments:** | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image014.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image021.png |

I would have her reach out to Fran Blasing to see if something can get scheduled.



**Alyse Sharpe**
Branch Chief of Public Affairs
Headquarters | Bureau of Land Management

m: 385-386-2768
a: Salt Lake City, Utah
w: www.blm.gov   e: asharpe@blm.gov



---

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Tuesday, July 27, 2021 2:57 PM
**To:** Sharpe, Alyse N <asharpe@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** FW: [EXTERNAL] RE: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

Hi Alyse,

I received a question from Society for Range Management in response to the news release yesterday asking about how she can set up a meeting with Nada. Do you have any information/instructions I can pass along?

Thanks
Jason

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

---

**From:** Lia Biondo <policy@rangelands.org>
**Sent:** Tuesday, July 27, 2021 1:52 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** [EXTERNAL] RE: BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Jason,

Thank you for keeping us in the loop! Separately, I wanted to ask how I may go about requesting a meeting on behalf of the Society for Range Management with Director Nada Culver?

Much appreciated,
Lia



*Lia Biondo*
Director of Policy & Federal Affairs
Society for Range Management
policy@rangelands.org
(202) 870-1552

*Join us for our 2022 Annual Meeting!*
www.rangelands.org

---

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Monday, July 26, 2021 4:41 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** BLM News Release: The BLM announces additional protective steps for wild horse and burro adoptions

All,

For your consideration, please find a BLM news release attached on some upcoming changes to the Wild Horse and Burro Adoption Incentive Program. More details can be found at www.blm.gov/adoption-incentive.

Thank you,
Jason



**U.S. Department of the Interior
Bureau of Land Management**

# News Release

BLM Headquarters
**Media Contact:** BLM_Press@blm.gov
July 26, 2021

### The BLM announces additional protective steps
### for wild horse and burro adoptions

**GRAND JUNCTION, Colo.** – The Bureau of Land Management today announced additional steps it will take to secure the health and safety of adopted wild horses and burros through the Wild Horse and Burro Adoption Incentive Program.

"We are committed to the health and safety of adopted wild horses and burros," said **BLM Deputy Director for Programs Nada Wolff Culver.** "While the vast majority of adopters already adhere to our requirements to provide a good and caring home, the BLM is now taking additional steps to secure the health and safety of adopted animals. We will begin to make additional compliance visits post-adoption, bring more scrutiny to potential adopters, and increase warnings to sale barns about the risks of illegally selling wild horses and burros, among other steps."

Before adopting a wild horse or burro, an individual must certify, under penalty of prosecution, that the individual will not knowingly sell or transfer the animal for slaughter or for processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The BLM plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:
- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to relevant U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

Find additional details on the planned changes to the Adoption Incentive Program.

The Wild Horse and Burro Adoption Program is a vital component of the BLM's mission to manage and protect wild horses and burros as required by the Wild Free-Roaming Horses and Burros Act (Act) and other relevant laws and regulations. Since passage of the Act, the BLM has regularly gathered excess wild horses and burros from public lands to manage herd growth and address overpopulation. Current estimates suggest there are more than three times the number of wild horses and burros on public lands than is ecologically sustainable. Many of the oversized herds are negatively impacting native plant communities, wildlife, and important ecosystem functions.

The Adoption Incentive Program is a component of the existing Wild Horse and Burro Adoption Program that has increased the number of animals placed into private care. To date, the Adoption Incentive Program has helped place more than 8,250 wild horses and burros into adoptive homes.

There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. Find some of their stories on the BLM's Tales from the Trails blog.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

-

--
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Located in Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

BLM_004526

| | |
|---|---|
| **From:** | Waddell, Holle |
| **To:** | McGuire, Paul M; Reiland, Michael J; Fluer, Scott L |
| **Cc:** | Lutterman, Jason W; Reid, Lisa |
| **Subject:** | FW: [EXTERNAL] HSUS/HSLF statement on the BLM"s AIP announcement |
| **Date:** | Wednesday, July 28, 2021 11:54:20 AM |
| **Attachments:** | image001.png |
| | image005.png |

Interesting…

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief (Acting)
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, July 28, 2021 11:21 AM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: [EXTERNAL] HSUS/HSLF statement on the BLM's AIP announcement

FYA

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in HQ200 Directorate for Resources and Planning, who we are, and what we do? Take a closer look at our teams HQ210, HQ220, HQ230, HQ260, and HQ200 Business.*

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Wednesday, July 28, 2021 9:29 AM
**To:** Keisha Sedlacek <ksedlacek@hslf.org>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: [EXTERNAL] HSUS/HSLF statement on the BLM's AIP announcement

Thank you Keisha. I too think the adoption incentive program is important for our success, and very much appreciate the public support from HSUS and HSLF.

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

---

**From:** Keisha Sedlacek <ksedlacek@hslf.org>
**Sent:** Tuesday, July 27, 2021 7:24 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** [EXTERNAL] HSUS/HSLF statement on the BLM's AIP announcement

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi David and Brian,

It was great to see the BLM's announcement on additional steps it is taking to ensure that wild horses and burros, enrolled in the Adoption Incentive Program, do not end up going to slaughter. HSUS and HSLF released this statement on it. We look forward to continuing to discuss the Adoption Incentive Program and thoughts on ways to improve it.

Best,
Keisha

**Keisha Sedlacek**
Director of Regulatory Affairs, Federal Affairs

ksedlacek@hslf.org
P 202-955-3661    C 240-753-2395
hslf.org



To support our work, please make a <u>monthly donation</u> or <u>take action</u>.

 

BLM_004529

**From:** Weaver, Gary L  
**To:** Armstrong, Brian L; Jenkins, David B; Wilkins, Jackie S  
**Subject:** RE: DTS Assignment: Suspend/Investigate the Adoption Incentive Program (AIP)  
**Date:** Thursday, July 30, 2015 8:16:29 AM  
**Attachments:** BLM004530_Bloomquist_Suspend Adoption Incentive Program Draft AIP Atty V1.docx

David,

This is ready for your review and summary to move forward. I've attached the response letter for your convenience.

Gary

-----Original Message-----  
From: DTS@blm.gov <DTS@blm.gov>  
Sent: Thursday, July 30, 2015 8:06 AM  
To: St George, Brian L <bstgeorg@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Bowman, James A <JBowman@blm.gov>; Rutland, Michael J <mrutland@blm.gov>; Hawks, Robin <rhawks@blm.gov>; Phillips, Robin R <rphillips@blm.gov>; Strauss, Tom L <tstrauss@blm.gov>  
Subject: DTS Assignment: Suspend/Investigate the Adoption Incentive Program (AIP)

Hello and welcome to the DTS automated email alert!

Your office (HQ-200) has a task assigned.

Please log in to the Data Tracking System at the following URL Address: https://gov02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fdts.doi.gov%2Fdts%2Fjtask.aspx&data=01%7C01%7C&sdata=...  
and review Document Control Number (DCN)* BLM004530.

To move the document to the next office in the routing process, enter your comment information for your office's task and save the record.

Document Subject: Suspend/Investigate the Adoption Incentive Program (AIP) Action Required: S Immons Assigned By Office: DAE User: Rhonde Worley

**Thank you***



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



The Honorable Earl Blumenauer
United States House of Representatives
Washington, DC 20515

Dear Representative Blumenauer

Thank you for your letter of June 2, 2021 regarding the Bureau of Land Management's (BLM) Adoption Incentive Program.  The Secretary asked me to respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program.  The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care.  The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act.  For that reason, Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes.  For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date.  Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private acre.  Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products.  This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both.  The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to relevant U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details here:  Adoption Incentive Program | Bureau of Land Management (blm.gov).

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and thereby supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

I hope this letter addresses your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  I look forward to continuing this conversation with you and welcome an opportunity to discuss in more detail.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs
Bureau of Land Management

| | |
|---|---|
| **From:** | Reid, Lisa |
| **To:** | McGuire, Paul M |
| **Cc:** | Waddell, Holle; Ruhs, Amy G |
| **Subject:** | AIP improvement tracker |
| **Date:** | Monday, August 2, 2021 5:44:58 PM |
| **Attachments:** | AIP timeline.xlsx |
| | Outlook-kpmmay1i.png |

Hi Paul -

I've created the tracker.  Maybe when you get some time, we can get it updated and ready for Thurs.

Thanks,

*Lisa Reid*



WHB Public Affairs Specialist
Utah State Office
Bureau of Land Management
Interior Region 7
95 East 500 North
Fillmore, UT 84631
Email: lreid@blm.gov
Office: 435-743-3128
Cell: 435-979-2838

**Follow the Wild Horse and Burro Program!**
**Facebook** | **YouTube** | **Flickr** | **Twitter**
www.BLM.gov/WHB

# AIP Improvement Project

**TODAY**

| | | | | AUGUST | | | | |
|---|---|---|---|---|---|---|---|---|
| Enter the date of the first Monday of each month ----> | | | 2 | 9 | 16 | 23 | 30 | |
| **PROJECT WEEK** | | | 1 | 2 | 3 | 4 | 5 | |
| **Engage Stakeholders** | | | | | | | | |
| Action: Continue to work with partners & other stakeholders to evaluate potential improvements | | Plan Review | | | | | | |
| | | Initiation | | | | | | |
| | | | | | | | | |
| **Consistent Forms Language** | | | | | | | | |
| Action: Ensure all adoption applications & agreements are clear & consistent | | AIP IM Update | | | | | | P R O J E C T |
| | | Work Bkdwn Structure | | | | | | |
| | | Gantt Chart | | | | | | E N D |
| **Screening of Applicants** | | | | | | | | |
| Action: Improve screening of adoption applicants to ensure ineligible indivisuals are identified | | KPIs | | | | | | |
| | | Quality | | | | | | |
| | | Forecasts | | | | | | |
| **Compliance Inspections** | | | | | | | | |
| Action: Conduct | | Quality Deliverables | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *an inspection of AIP adoptions w/in 6 mos* | | Effort and Cost Tracking | | | | | |
| | | Performance | | | | | |
| **Veterinarian Certification of Title Application** | | | | | | | |
| | | Project Punchlist | | | | | |
| *Action: Have a vet certify all AIP animal title applications* | | Report | | | | | |
| | | | | | | | |
| **Federal Law Notices** | | | | | | P R O J E C T | |
| | | Sale Barn Notices | | | | | E N D |
| *Action: Increase posting of warning notices at livestock sale facilities* | | | | | | | |
| | | | | | | | |
| **Refer Violations to US Attorneys** | | | | | | | |
| | | Budget | | | | | |
| *Action: Continue to refer cases relevant US Attorney for potential violations* | | Work Bkdwn Structure | | | | | |
| | | Gantt Chart | | | | | |
| **Update Regulations** | | | | | | | |
| | | KPIs | | | | | |
| *Action: Evaluate changes to federal regs that strengthen protections* | | Quality | | | | | |
| | | Forecasts | | | | | |

BLM_004535

| SEPTEMBER | | | | | OCTOBER | | | | | NOVEMB | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 13 | 20 | 27 | | 4 | 11 | 18 | 25 | | 1 | 8 | 15 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |

BLM_004537

| ER | | DECEMBER | | | | | JANUARY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 29 | 6 | 13 | 20 | 27 | | 3 | 10 | 17 | 24 | 31 | 7 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| FEBRUARY | | | | MARCH | | | | | APRIL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 21 | 28 | | 7 | 14 | 21 | 28 | | 4 | 11 | 18 | 25 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| | MAY | | | | | JUNE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 9 | 16 | 23 | 30 | 6 | 13 | 20 | 27 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

BLM_004542

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Jenkins, David B; St George, Brian C |
| **Cc:** | Waddell, Holle; Fluer, Scott L; Reiland, Michael J; Strauss, Toni L |
| **Subject:** | AIP enhancement project timeline (as of 081221) |
| **Date:** | Thursday, August 12, 2021 2:06:25 PM |
| **Attachments:** | WHB Adoption Program Enhancement Project Timeline (as of 081221).docx |

David/Brian – Per your request, attached is the simplified timeline for the AIP enhancement project. I include some additional supplementary information for those that required it.

The attached version is also uploaded to the HQ260 check-in Supporting Docs folder.

Please let me know if you need anything else.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

Rev. 8/12/21

# WHB Adoption Program Enhancement Project Timeline

| Enhancement | Key Task(s) | Status | Estimated Completion | Supplementary Information |
|---|---|---|---|---|
| 1. Engage Stakeholders | Outreach/Coordination | Ongoing/Recurring | n/a | First round of planned outreach meetings 1QFY22 |
| 2. Consistent Forms Language | Coordinate w/ OMB, Forms Central | In process | Sept. 30 | Adoption Application and PMACA complete; Title Application and Certificate in process |
| 3. Better Screening of Applicants | Coordinate with field; Implement tech. solutions | In process | Dec. 31 | Required development and deployment of technical solutions may push completion further into FY22 |
| 4. Accelerated Compliance Inspections | Update AIP IM | In process | Oct. 1 | This action may also require developing functionality in WHBPS to "flag" AIP animals for expedited compliance |
| 5. Veterinarian Sign Title App for AIP Payment | Update AIP IM | In process | Oct. 1 | This action is meant to apply a greater degree of scrutiny to authorize incentive payments |
| 6. Distribution of Federal Law Notices to Sale Barns | Work w/ NOC/GPO | In process | Aug. 30 | Over 750 sale barns across the country have been identified to receive notices |
| 7. Refer Violations to USA | Refer violations to OLES as they occur | Ongoing/Recurring | n/a | USAs have prosecutorial discretion based on facts, severity, resources/priorities, etc. |
| 8. Update Regulations (43 CFR 4700) | Recruit project coordinator; Undertake rule-making process | In process | FY23 | Seeking Experienced Service Program candidate to serve as project coordinator; Estimated EOD o/a Oct. 1, 2021; Drafting and public review/comment expected to take 12 months or more |

BLM_004545

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Holle Hooks; Ruhs, Amy G |
| **Subject:** | Revised AIP IM incorporating enhancements #4 & #5 (vet signature and six-month compliance) |
| **Date:** | Monday, August 16, 2021 2:32:00 PM |
| **Attachments:** | IM 2019-025 AIP for WHB - rev draft 08.16.21.docx |

Holle'/Amy – Please review the revised AIP incorporating the required changes: veterinarian signature on Title Application, and mandatory compliance within six months of adoption.

If all looks good, I'd like to circulate to the field this week if possible so we can receive and incorporate any input and upload to DTS by the end of the month.

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

BLM_004546

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Kueck, Meredith A; Waddell, Holle |
| **Cc:** | Ruhs, Amy G; Bastian, Dona A |
| **Subject:** | RE: WHBPS Priorities |
| **Date:** | Wednesday, August 18, 2021 10:56:00 AM |

Hi, Meredith. Yes, I believe this captures what we're needing in close priority order:

1a. eDocs to upload sales documents and associate with sales records in WHBPS
1b. Create a new AIP selection for animals adopted under the one-time payment scheme
2a. Single mandatory compliance list for all reduced-fee animals (which will capture all AIP animals)
2.b Ensure mandatory compliance list tracks due date w/i six months of adoption date; provide justification drop-down if six-month deadline is not met

Holle' – Do you concur?

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

**From:** Kueck, Meredith A <mkueck@blm.gov>
**Sent:** Tuesday, August 17, 2021 4:46 PM
**To:** Waddell, Holle <hwaddell@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Ruhs, Amy G <aruhs@blm.gov>; Bastian, Dona A <dbastian@blm.gov>
**Subject:** WHBPS Priorities

Holle' and Paul,

This email is to follow up on our call earlier today regarding top priorities for WHBPS.  Based on our discussion, I have adding eDoc capabilities for sales records and updating AIP data input options as the two top priorities for the program.  AIP updates need to be made in accordance with the draft AIP IM and implemented once the IM is approved. EDoc capabilities for sales needs to be implemented as close to the beginning of FY22 as possible.

In order to meet the required deadlines, my suggestion would be to make the justification field for inspections not completed within the 6 month deadline and updates to the compliance reports top priority after we make the initial AIP and eDoc changes.

Once I have your approval I will pass this information on to the tech team for them to begin work.

Thanks,
Meredith

Meredith Kueck
Wild Horse & Burro Specialist – Shipping Coordinator
National Wild Horse and Burro Program
Bureau of Land Management
Desk (405) 579-7183
Cell (405) 312-8607

WHBPS Sharepoint

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | WH&B State Lead Group |
| **Cc:** | Ruhs, Amy G |
| **Subject:** | Revised AIP IM available for field review -- incorporates leadership-directed changes to AIP |
| **Date:** | Wednesday, August 18, 2021 12:00:00 PM |

WHB State Leads -- Per leadership direction to implement certain changes to the Adoption Incentive Program, HQ260 has updated the AIP IM. The DRAFT IM is available for your review and comment in the Files tab of the WH&B Program State Lead Group Teams space:

https://teams.microsoft.com/l/team/19%3a07eecd78dde54f50ad2b34d7385f199a%40thread.skype /conversations?groupId=b7769823-b951-4d18-840f-b8d887c18f85&tenantId=0693b5ba-4b18-4d7b-9341-f32f400a5494

There are four principal changes to the IM:

1. One-time $1,000 payment at time of titling (we discussed and agreed to this change as a group several months ago);
2. A change in the eligibility criteria for BLM employees and their family members who can participate in the AIP (also discussed with this group several months ago);
3. Mandatory compliance inspections of AIP animals within six months of adoption date (directed by leadership);
4. Requirement for veterinarian signature or BLM authorized officer on Title Applications to authorize payment of the $1,000 incentive (directed by leadership).

All of these changes are highlighted in yellow in the document. Please offer any comments/questions in the document posted in the Teams space before our scheduled bi-weekly call on Wednesday, Aug. 25. After we resolve any questions/comments from the field, we will run the final draft IM by HQ200 leadership and SOL then upload to DTS for final routing and approval. Target date for implementation of the revised IM: Oct. 1, 2021 (pending certain updates to WHBPS needed to support the changes).

Thank you.

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

# ADOPTION INCENTIVE PROGRAM FOR WILD HORSES AND BURROS

***IM ####***

Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT

WASHINGTON, D.C. 20240−0036

http://www.blm.gov

[DATE]

In Reply Refer To:

4750 (260) P

EMS TRANSMISSION 03/12/2019

Instruction Memorandum No. 2019-025

Expires: 09/30/2024

To:              All Field Office Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.  Nothing in this IM is intended to effect a substantive regulatory change or create any cause of action for administrative appeal or judicial litigation.

**Administrative or Mission Related:** Mission.

**Policy/Action:**  The BLM has developed the AIP, which is a component of the existing adoption program, to increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated costs, such as veterinary care, feed, and training. The AIP encourages new individuals and organizations to adopt a wild horse or burro and motivates previous adopters to re-engage with the program and adopt additional animals. All untrained animals are eligible for adoption in the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption. The minimum adoption fee is $25 for untrained animals and may be competitive or non-competitive. The AIP offers a financial incentive in the amount of $1,000 within 60 days from the title date. Increasing the placement of animals into private care is a critical priority of the WHB program and of utmost interest to the BLM due to the costs associated with caring for unadopted animals in BLM managed or contracted corrals and pastures. Cost savings may be utilized for other management operations.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) will make incentive payments into adopters' financial institution account within 60 days from the title date.
- The Adoption Incentive Agreement (4710-25 Attachment 2) is downloadable fillable form or a two-part carbon document available through the Printed Materials Distribution System (PMDS).
- The BLM authorized personnel should ensure that adopters participating in the AIP adhere to the terms of the Adoption Incentive Agreement (4710-25 Attachment 2).
- The AIP applies **only** to untrained animals that are adopted.  It does not apply to animals purchased through the sales program. BLM authorized personnel may not issue incentive payments for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption.
- The BLM authorized personnel should ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.

# Summary of Comments on IM 2019–025 AIP for WHB – rev draft 08.18.21 – for field review (1).pdf

## Page: 2

Number: 1          Author: Dumas, Amy          Date: 8/25/2021 6:43:00 PM



b(6)

Number: 2          Author: Wood, Dominique P   Date: 8/25/2021 11:51:00 AM
It is a four-part carbon form

Number: 3          Author: Ruhs, Amy G          Date: 8/17/2021 5:26:00 PM
Add the new AIP form Link

- Adopters have an opportunity to receive a total of $1,000 for each untrained animal adopted through the AIP within 60 days from the title date.
  - The BLM authorized personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement.
  - The BLM authorized personnel should ensure that the adopter's Title Application is signed by a veterinarian (or BLM authorized officer) to be eligible to receive the $1,000 incentive payment. Any Title Application signed by an individual acceptable under 43 CFR 4750.5 who is not a veterinarian or BLM official may be approved for issuance of title *only* but not payment of the $1,000 incentive.
  - The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) *with title date entered* and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) are submitted to the blm_oc_aip@blm.gov to process the one-time $1,000 payment.
- The minimum adoption fee, when participating in the adoption incentive program, is $25 for untrained animals. This may be competitive or non-competitive.
- The BLM may allow each adopter participating in AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untiled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.
- The BLM authorized officers or other BLM approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months of the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals*." These reports will be available to BLM employees after the animal information is entered into WHBPS.
  - Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments when the remaining animals are titled.
- Reassigned animals and animals that are returned to BLM and re-adopted remain eligible for the AIP.

# Page: 3

Number: 1          Author: Dumas, Amy          Date: 8/25/2021 6:23:00 PM
b(6)

Number: 2          Author: Dumas, Amy          Date: 8/25/2021 6:22:00 PM
b(6)

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, the BLM authorized personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel should also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement (4710-25 Attachment 2) to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event according to the required timelines (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement (4710-25 Attachment 2) for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior

to the title eligibility date (one year from the adoption date). Adopter are responsible to send in the ACH Vendor/Miscellaneous Enrollment Form (SF 3881) at the same time as the Title Application (4710-18) in order to receive payment.  ==BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. IF the Title Application is signed by an individual acceptable under 43 CFR 4750.5 but who is not a veterinarian or BLM official, BLM authorized personnel should submit the signed application for issuance of title *only*, not payment of the incentive.==

The following completed paperwork should be submitted to the NOC for payment of the incentive*:*

- o Adoption Incentive Agreement (4710-25 Attachment 2)
    - Signed and dated by Adopter with correct name associated with Social Security Number
    - Signed and dated by BLM Authorized Officer
    - Title date must be entered
    - Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)
- o ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4)
    - Signed and dated by Adopter with correct name associated with Social Security Number
    - Banking information must be included
    - Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov or add the new Hot Line Number Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

Page: 5

Number: 1          Author: Ruhs, Amy G          Date: 8/18/2021 12:10:00 PM
NOC is creating a Hot-Line Number

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has continuously removed animals from the range and made them available for adoption. Placing animals into private care is a vital component of the WHB program. Although the WHB program has seen an increase in the number of animals placed into private care in recent years, it does not equal the number of animals removed from the range.  As a result, the feed and care of the animals removed from the range continue to consume over 50 percent of the WHB program's budget. Increasing adoptions reduces holding costs, creating a cost savings that allows funding to be dedicated to other aspects of managing wild horses and burros. The BLM identified several options to increase the number of animals placed into private care in a report to Congress, *"Management Options for a Sustainable Wild Horse and Burro Program,"* submitted in April 2018. It included offering financial incentives to find homes for wild horses and burros, launching new programs and building on successful partnerships that facilitate private care placement.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

Signed by:                              Authenticated by:

4 Attachments

    1 -Adoption Incentive WHBPS Guide (2 pp)

    2 -Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)

    3 -ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)

BLM_004559

| | |
|---|---|
| **From:** | Ruhs, Amy G |
| **To:** | McGuire, Paul M |
| **Subject:** | TE letter Draft |
| **Date:** | Monday, August 23, 2021 11:54:17 AM |
| **Attachments:** | 4710_018_Draft_0817_AR.docx |

Paul, I have incorporated the language that is in the new IM and Al's comments.

Let me know if you have issue with editing it and we can work together if need be.  Also, I did not include Holle, though you could once you had a chance to review.

Once we agree I will work with Forms to clean it up so it's still one page.

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, Off-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

**(Save this portion until your Title Certificate arrives. If you do not receive your Title Certificate within 30 days, contact the BLM Office printed on the reverse of this form)**

## NOTICE

The Privacy Act of 1974 and the regulation in 43 CFR 2.48(d) provide that you be furnished the following information in connection with information required by this application.

**AUTHORITY: 16 U.S.C. 1333**
PRINCIPAL PURPOSE: This information will be used to verify your qualifications to title your adopted wild horse or burro.

ROUTINE USES: Information will be disclosed in accordance with the provisions of 43 CFR 2.56(c).

EFFECT OF NOT PROVIDING INFORMATION: Disclosure of all information is required to obtain a benefit. If all the information is not provided, title to the adopted animal will be withheld.

## DETACH HERE
### Keep this portion until title is received.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**COMPLETE FORM, PLACE IN ENVELOPE AND RETURN TO BLM OFFICE INDICATED ON REVERSE SIDE**

Dear Adopter:

More than a year ago you adopted the animal whose freeze mark is shown on the reverse of this form. You are now eligible to receive title to this animal, thus transferring ownership from the United States Government to you. We encourage you to obtain title to the animal you have adopted.

IMPORTANT: If you adopter under the adoption incentive program (AIP) you MUST have your Title Application signed by a veterinarian or BLM authorized officer to receive payment.  To obtain title only under 43 CFR 4750.5 please **have by me a veterinarian, extension agent, local humane official, or other Bureau of Land Management (BLM)-approved individual** complete the form below to verify that the animal(s) covered by the Agreement APPEARS to have received proper care and humane treatment. So that the Title Certificate will reach you without delay, please make any necessary changes to your address on the reverse part of the form.

After completing this form, please detach at the perforation, fold so the BLM return address is visible, add postage and return this portion to us. A title will be sent to you. The animal officially becomes your private property once you receive a title certificate from the BLM signed by the Authorized Officer.

**Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a federal crime to make false statements to any agency of the United States, I hereby certify that I will provide human care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, give away such animals for slaughter or processing into commercial products. I understand that any false statement or false claim made by me in connection with obtaining title to a wild horse or burro can result in criminal and/or civil and/or administrative penalties. state that I have no intent to sell this wild horse or burro for slaughter or bucking stock, or for processing into commercial products, within the meaning of Wild and Free-Roaming Horse and Burro Act, 16 U.S.C. 1331 et seq.,and regulations, 43 CFR 4700.0-5(e).**

**I have read the above statement and agree to comply with it. I hereby apply for title to the animal described.**

| | | |
|---|---|---|
| (Name of Adopter) | (Signature of Adopter) | (Date) |

Title 18 U.S.C. Section 1001 and Title 43 U.S.C. Section 1212, make it a crime for any person knowingly and willfully to make to any department or agency of the United States any false, fictitious, or fraudulent statements or representation as to any matter within its jurisdiction.

NOTE: The certifying individual **must** be someone **other than the adopter.** See above for approved certifying officials.

I certify that I have seen the animal with the freeze mark listed on the reverse of this form, and that the animal APPEARS TO HAVE has received proper CAREcare and is in good CONDITION. is in good health.

| | | |
|---|---|---|
| LAST NAME (Certifying Individual) | FIRST NAME | MIDDLE INITIAL |
| STREET/ROUTE/MAIL BOX NUMBER | | DAYTIME PHONE NUMBER |
| CITY | STATE | ZIP CODE |
| SIGNATURE (Certifying Individual) | TITLE/OCCUPATION | DATE |

*If **Approved**, a title will be sent within 30 days; If **Disapproved**, this form will be returned accompanied by a decision*

BLM_004561

*letter to the applicant with appeal rights. If <u>Incomplete</u>, this form will be returned accompanied by a letter requesting the information needed.*

Form 4710-18 (August 2010)

BLM_004562



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



August 23, 2021

The Honorable Dianne Feinstein
United States Senate
Washington, DC 20510

Dear Senator Feinstein:

Thank you for your letter dated May 27, 2021, and August 16, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program for wild horses and burros. The Secretary asked me to respond on her behalf and emphasize the BLM's commitment to the health and well-being of the animals placed under our management and protection.

The BLM is aware of the allegations about the BLM's Adoption Incentive Program in *The New York Times*, and we take seriously any violations of the law and regulations governing the placement of Federally protected wild horses and burros into private care. As a matter of policy, we continually review our safeguards regarding the protection of adopted animals.

I want to assure you that the BLM has in place robust adoption requirements that prioritize the health and welfare of wild horses and burros. All adopters must demonstrate their ability and intent to provide good quality care and affirm in writing that they do not intend to sell an adopted wild horse or burro for slaughter or bucking stock or for processing into commercial products. This affirmation is enforceable under 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States.

Furthermore, on July 26, the BLM announced additional protective steps and updated its adoption program standards, including adding a requirement that only a veterinarian can certify that an adopter is providing adequate care for an animal adopted under the incentive program. The BLM is also working to improve screening of potential adopters, increase communications with livestock sale facilities, and reduce the timeframe before an inspection from 12 months to 6 months.

The BLM carefully considers any potential violation of the terms of its private maintenance and care agreement. If any such violation does occur, the BLM takes appropriate action, which can include repossessing animals and/or barring the individual(s) from participating in the adoption program in the future. More serious actions can be taken, including referral for criminal prosecution, if warranted.

After an animal is titled, it loses its status as a wild horse or burro and is no longer legally protected under the Wild Free-Roaming Horses and Burros Act or associated Federal regulations (43 CFR 4750.5). For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month

2

period and prohibits the conveyance of title for an animal until at least 12 months after the adoption date.  Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care within six months of adoption.

The BLM believes that the required investment to feed and care for a horse or burro for 12 months also serves as a strong disincentive to adopt animals with an eye toward turning them for profit, even with the $1,000 incentive payment.  Though it varies by state, it can typically cost several thousand dollars per year to provide good feed and care for a horse.

Additionally, the BLM has worked to inform livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both.  The BLM has also taken steps to inform sale barns how to identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

The BLM is committed to the health and welfare of wild horses and burros under its care.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  More than 7,300 wild horses and burros have been adopted through the Adoption Incentive Program, which helps support the BLM's critical mission to protect herd and rangeland health on public lands.

I look forward to continuing this conversation with you and welcome an opportunity to discuss in more detail.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief, at (202) 631-6346.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Sklar, Ryan M; Russell, Gregory B |
| **Cc:** | Waddell, Holle; Ruhs, Amy G |
| **Subject:** | Revised AIP IM for SOL review |
| **Date:** | Wednesday, August 25, 2021 4:22:21 PM |
| **Attachments:** | IM 2019-025 AIP for WHB - rev draft 08.18.21 - field review.docx |

Ryan/Greg – Attached is the revised IM for the WHB Adoption Incentive Program. It incorporates several changes, including two that were directed by leadership following a comprehensive review of the AIP in the wake of the NYT article and AWHC petition. They are:

- Title Eligibility Letter to be signed by a veterinarian (or BLM official) to receive AIP payment (leadership-directed change)
- Compliance inspection within six months of adoption date (leadership-directed change)
- One-time payment of $1,000 at time of titling, instead of two payments of $500 (WHB program-initiated change)
- Revised list of BLM employee family members who are ineligible to participate in the AIP (WHB program-initiated change)

The sections in the IM where these changes have been made are highlighted in the attached document.

Appreciate your review and comment. Our hope is to upload a final draft of the IM into DTS for leadership review/approval by Sept. 3, with a target date of Oct. 1 for the IM to go into effect.

We are available to discuss with you or answer any questions you may have.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*

*– C.S. Lewis, 1948*

BLM_004565

| | |
|---|---|
| **From:** | Baca, Roxane D |
| **To:** | McGuire, Paul M |
| **Cc:** | Waddell, Holle; Ruhs, Amy G; Shin, Edwin H |
| **Subject:** | Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program |
| **Date:** | Friday, August 27, 2021 2:55:03 PM |

Paul,

We wanted to check to see if the requirement in the proposed language in the updated IM regarding "dependents 18 years old and older" ███████████████████████ ███████████ ███████

Thank you,

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, August 18, 2021 12:49 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program
Hi, Roxane. Yes. Ryan Sklar and Greg Russel are who we work with. They will review the IM before it is routed for final approval by agency leadership.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, August 17, 2021 5:19 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>

**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>

**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

I thought I saw somewhere that you have the IM reviewed by the Solicitor's office? Who will do that for you?

Plus do you have a solicitor that works on the Wild Horse and Burro program with you and your team?

Roxane D. Baca

Ethics Attorney Adviser for the Bureau of Land Management

Departmental Ethics Office |Office of the Solicitor

U.S. Department of the Interior | Rocky Mountain Region

(303) 445-0615

Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics

or visit the BLM Ethics page:

https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>

**Sent:** Tuesday, August 17, 2021 3:41 PM

**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>

**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>

**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Thank you for setting up a call tomorrow. I have accepted it. If you don't mind adding Amy Ruhs to the call as "required" and Holle' Waddell as "optional," I would appreciate it.

You are correct. BLM employees may adopt wild horses or burros in the same manner as a member of the general public. In fact, many do. The payment provision of the AIP is a different matter, we think. ██████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████████████

The main reason for raising this question with Ethics has to do with the change in the AIP policy that we are proposing, which is to narrow the list of persons related to a BLM employee who are excluded from participating in the AIP. Previously it extended to great grandparents, nieces, nephews, in-laws, cousins, etc., which seems unnecessarily broad to avoid the perception issue.

Look forward to discussing with you tomorrow.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, August 17, 2021 4:22 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,



The Adoption Incentive Program for Wild Horses and Burros, refers to 43 C.F.R. part 4700.

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov
Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx
**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Friday, August 13, 2021 9:40 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Let's set up a time to talk. I think this might be something we can resolve on our end. Do you have time later today or early next week?

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov
Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx
**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Friday, August 13, 2021 9:28 AM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program
Hi, Roxane. Just checking back on this. We'll be moving forward with this IM in the coming weeks. Appreciate any feedback from Ethics.
Thanks,
Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov
*Suprema lex libertatis*

**From:** McGuire, Paul M
**Sent:** Thursday, July 1, 2021 1:31 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program
Great. Thank you,
Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov
*Suprema lex libertatis*

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Thursday, July 1, 2021 1:30 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program
Paul,
I sent the materials to our Departmental Ethics Office in DC when you first notified us of the issue. Let me check on the status.
Roxane D. Baca
Acting Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov
Visit us online at: www.doi.gov/ethics or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx
**Integrity is our mission.**

Customer service matters to us. Please take our short survey, [click here](#).

---

**From:** McGuire, Paul M <[PMcGuire@blm.gov](mailto:PMcGuire@blm.gov)>
**Sent:** Thursday, July 1, 2021 7:49 AM
**To:** Baca, Roxane D <[roxane.baca@sol.doi.gov](mailto:roxane.baca@sol.doi.gov)>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Just checking back to see if you've had a chance to review these materials and if you have any feedback. Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

[pmcguire@blm.gov](mailto:pmcguire@blm.gov)

*Suprema lex libertatis*

---

**From:** McGuire, Paul M
**Sent:** Tuesday, June 1, 2021 12:34 PM
**To:** Baca, Roxane D <[roxane.baca@sol.doi.gov](mailto:roxane.baca@sol.doi.gov)>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. I'll forward some email correspondence between Holle' Waddell, who was originally involved in establishing the AIP for the WHB Program, and the Office of Ethics at the time. Please look for a couple of forwarded items shortly.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

[pmcguire@blm.gov](mailto:pmcguire@blm.gov)

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <[roxane.baca@sol.doi.gov](mailto:roxane.baca@sol.doi.gov)>
**Sent:** Friday, May 28, 2021 4:02 PM
**To:** McGuire, Paul M <[PMcGuire@blm.gov](mailto:PMcGuire@blm.gov)>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Do you by chance have any notes, or know who in ethics addressed this issue back in 2018-2019?

Roxane D. Baca

Acting Deputy Ethics Counselor for the Bureau of Land Management

Departmental Ethics Office |Office of the Solicitor

U.S. Department of the Interior | Rocky Mountain Region

(303) 445-0615

Email: [roxane.baca@sol.doi.gov](mailto:roxane.baca@sol.doi.gov)

Visit us online at: www.doi.gov/ethics or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx
**Integrity is our mission.**
*Advice rendered does not create an attorney-client relationship or any other confidential relationship.* This email, including all attachments, may constitute a Federal record or other Government property that is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender by responding to the email and then immediately delete the email.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, May 25, 2021 2:47 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hello, Roxane. Thank you for engaging so quickly. It is true that BLM employees may adopt wild horses or burros from the agency, and many do. When doing so, they must compete fairly with the public. Typically that means they must be off-duty on personal time.

The AIP is separate adjunct to the adoption program. Under the AIP, an adopter is entitled to receive a payment from the agency upon receiving title to the animal. ███████████████████████████ ████████████████████████████ ████████████████████████████████████████████████████████ █████████████████████████████████████████████████████ ████████████████████████

Happy to discuss that or any other aspect of the program with you.

Thanks again,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, May 25, 2021 3:24 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Do you know why BLM employees are excluded from the AIP program? ██████████████ ████████████████████████████████████████████████████

Roxane D. Baca

Acting Deputy Ethics Counselor for the Bureau of Land Management

Departmental Ethics Office |Office of the Solicitor

U.S. Department of the Interior | Rocky Mountain Region

(303) 445-0615
Email: roxane.baca@sol.doi.gov
Visit us online at: www.doi.gov/ethics or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx
**Integrity is our mission.**
*Advice rendered does not create an attorney-client relationship or any other confidential relationship.* This email, including all attachments, may constitute a Federal record or other Government property that is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender by responding to the email and then immediately delete the email.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, May 25, 2021 12:49 PM
**To:** Ethics_Office, BLM_WO <BLM_WO_Ethics_Office@blm.gov>
**Cc:** Dahle, David M <david.dahle@sol.doi.gov>; Baca, Roxane D <roxane.baca@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** FW: Ethics question re: eligibility to participate in WHB Adoption Incentive Program
Forwarding to the main Ethics inbox.

Thank you again,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** McGuire, Paul M
**Sent:** Tuesday, May 25, 2021 12:52 PM
**To:** Dahle, David M <david.dahle@sol.doi.gov>; Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Holle Hooks <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Ethics question re: eligibility to participate in WHB Adoption Incentive Program

David & Roxanne – Hello. I've been advised that you may be able to assist us with an ethics question regarding an IM we are currently in the process of revising. The IM governs implementation of the Wild Horse and Burro Adoption Incentive Program (AIP). A draft of the revised IM is attached for your information.

Background: The AIP offers cash incentives to people who successfully adopt and ultimately receive title to an untrained wild horse or burro. The program has been in effect since March 2019. We are currently renewing the IM and incorporating a few changes. One of the changes concerns who is *not* eligible to participate in the AIP. The original version of the IM provided a long list of ineligible participants, including BLM employees/contractors and their immediate and extended family members. We are proposing to pare the list of ineligible participants to include only BLM employees/contractors and members of their immediate households. Text of the proposed and

original sections of the IM dealing with this matter are pasted below for ease of comparison. We would thank you for your thoughtful feedback on this proposed change. I am available at your convenience to discuss. Thank you,

PROPOSED LANGUAGE TO BE USED GOING FORWARD:

**BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are NOT eligible to participate in the AIP**

ORIGINAL LANGAUAGE TO BE REPLACED BY PROPOSED LANGUAGE:

**BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are NOT eligible to participate in the AIP.**

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

| **From:** | McGuire, Paul M |
|---|---|
| **To:** | Shin, Edwin H |
| **Cc:** | Baca, Roxane D |
| **Subject:** | RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program |
| **Date:** | Tuesday, September 7, 2021 9:33:00 AM |
| **Attachments:** | Questions for DLR - WHB response.docx |

Hello, Ed. Thank for moving this along. Please see responses attached.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
  *– C.S. Lewis, 1948*

**From:** Shin, Edwin H <edwin.shin@sol.doi.gov>
**Sent:** Friday, September 3, 2021 1:31 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** FW: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi Paul,

Can you answer the attached questions?  If you don't know the answer, you can simply indicate it as such.

Regards,
Ed

Edwin H. Shin

Deputy Ethics Counselor for the Bureau of Land Management

Departmental Ethics Office | Office of the Solicitor

U.S. Department of the Interior | MIB

(C) (202) 768-3857

Email: edwin.shin@sol.doi.gov

Visit us online at: www.doi.gov/ethics

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, August 18, 2021 12:49 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Yes. Ryan Sklar and Greg Russel are who we work with.  They will review the IM before it is routed for final approval by agency leadership.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, August 17, 2021 5:19 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

I thought I saw somewhere that you have the IM reviewed by the Solicitor's office? Who will do that for you?

Plus do you have a solicitor that works on the Wild Horse and Burro program with you and your team?

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

___

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, August 17, 2021 3:41 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Thank you for setting up a call tomorrow. I have accepted it. If you don't mind adding Amy Ruhs to the call as "required" and Holle' Waddell as "optional," I would appreciate it.

You are correct. BLM employees may adopt wild horses or burros in the same manner as a member of the general public. In fact, many do. The payment provision of the AIP is a different matter, we think. ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████████
████████████████████

The main reason for raising this question with Ethics has to do with the change in the AIP policy that we are proposing, which is to narrow the list of persons related to a BLM employee who are excluded from participating in the AIP. Previously it extended to great grandparents, nieces, nephews, in-laws, cousins, etc., which seems unnecessarily broad to avoid the perception issue.

Look forward to discussing with you tomorrow.

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

___

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, August 17, 2021 4:22 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,



The Adoption Incentive Program for Wild Horses and Burros, refers to 43 C.F.R. part 4700.

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Friday, August 13, 2021 9:40 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Let's set up a time to talk. I think this might be something we can resolve on our end. Do you have time later today or early next week?

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615

Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Friday, August 13, 2021 9:28 AM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Just checking back on this. We'll be moving forward with this IM in the coming weeks. Appreciate any feedback from Ethics.

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** McGuire, Paul M
**Sent:** Thursday, July 1, 2021 1:31 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Great. Thank you,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036

[pmcguire@blm.gov](mailto:pmcguire@blm.gov)

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <[roxane.baca@sol.doi.gov](mailto:roxane.baca@sol.doi.gov)>
**Sent:** Thursday, July 1, 2021 1:30 PM
**To:** McGuire, Paul M <[PMcGuire@blm.gov](mailto:PMcGuire@blm.gov)>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

I sent the materials to our Departmental Ethics Office in DC when you first notified us of the issue.  Let me check on the status.

Roxane D. Baca
Acting Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: [roxane.baca@sol.doi.gov](mailto:roxane.baca@sol.doi.gov)

Visit us online at: [www.doi.gov/ethics](http://www.doi.gov/ethics) or visit the BLM Ethics page:
[https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx](https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx)

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, [click here](#).

---

**From:** McGuire, Paul M <[PMcGuire@blm.gov](mailto:PMcGuire@blm.gov)>
**Sent:** Thursday, July 1, 2021 7:49 AM
**To:** Baca, Roxane D <[roxane.baca@sol.doi.gov](mailto:roxane.baca@sol.doi.gov)>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Just checking back to see if you've had a chance to review these materials and if you have any feedback. Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
[pmcguire@blm.gov](mailto:pmcguire@blm.gov)

*Suprema lex libertatis*

BLM_004579

**From:** McGuire, Paul M
**Sent:** Tuesday, June 1, 2021 12:34 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. I'll forward some email correspondence between Holle' Waddell, who was originally involved in establishing the AIP for the WHB Program, and the Office of Ethics at the time. Please look for a couple of forwarded items shortly.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Friday, May 28, 2021 4:02 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Do you by chance have any notes, or know who in ethics addressed this issue back in 2018-2019?

Roxane D. Baca
Acting Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

*Advice rendered does not create an* attorney-client relationship or any other confidential relationship. This email, including all attachments, may constitute a Federal record or other Government property that is intended only for the use of the individual or entity

to which it is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender by responding to the email and then immediately delete the email.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, May 25, 2021 2:47 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hello, Roxane. Thank you for engaging so quickly. It is true that BLM employees may adopt wild horses or burros from the agency, and many do. When doing so, they must compete fairly with the public. Typically that means they must be off-duty on personal time.

The AIP is separate adjunct to the adoption program. Under the AIP, an adopter is entitled to receive a payment from the agency upon receiving title to the animal. ██████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████

Happy to discuss that or any other aspect of the program with you.

Thanks again,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, May 25, 2021 3:24 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Do you know why BLM employees are excluded from the AIP program? ██████████
███████████████████████████████████████████████████████

Roxane D. Baca
Acting Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

*Advice rendered does not create an attorney-client relationship or any other confidential relationship.* This email, including all attachments, may constitute a Federal record or other Government property that is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender by responding to the email and then immediately delete the email.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, May 25, 2021 12:49 PM
**To:** Ethics_Office, BLM_WO <BLM_WO_Ethics_Office@blm.gov>
**Cc:** Dahle, David M <david.dahle@sol.doi.gov>; Baca, Roxane D <roxane.baca@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** FW: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Forwarding to the main Ethics inbox.

Thank you again,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** McGuire, Paul M
**Sent:** Tuesday, May 25, 2021 12:52 PM
**To:** Dahle, David M <david.dahle@sol.doi.gov>; Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Holle Hooks <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Ethics question re: eligibility to participate in WHB Adoption Incentive Program

David & Roxanne – Hello. I've been advised that you may be able to assist us with an ethics question regarding an IM we are currently in the process of revising. The IM governs implementation of the Wild Horse and Burro Adoption Incentive Program (AIP). A draft of the revised IM is attached for your information.

Background: The AIP offers cash incentives to people who successfully adopt and ultimately receive title to an untrained wild horse or burro. The program has been in effect since March 2019. We are currently renewing the IM and incorporating a few changes. One of the changes concerns who is *not* eligible to participate in the AIP. The original version of the IM provided a long list of ineligible participants, including BLM employees/contractors and their immediate and extended family members. We are proposing to pare the list of ineligible participants to include only BLM employees/contractors and members of their immediate households. Text of the proposed and original sections of the IM dealing with this matter are pasted below for ease of comparison.

We would thank you for your thoughtful feedback on this proposed change. I am available at your convenience to discuss. Thank you,

PROPOSED LANGUAGE TO BE USED GOING FORWARD:
**BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are NOT eligible to participate in the AIP**

ORIGINAL LANGAUAGE TO BE REPLACED BY PROPOSED LANGUAGE:
**BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are NOT eligible to participate in the AIP.**

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK

Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

BLM_004584

**From:** Waddell, Holle
**To:** St George, Brian C
**Subject:** RE: Follow-up AIP Questions
**Date:** Tuesday, September 7, 2021 1:32:00 PM
**Attachments:** image001.png

Thanks Brian!

█████████████████████████████████████████████

I know you said we could discuss furhter on Thursday however I wanted to address this now for your consideration to have SOL move the IM forward with changes at a later date based on additional input.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary



## Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.

www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, September 7, 2021 11:00 AM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: Follow-up AIP Questions

Good morning. For your consideration and discussion on Thursday.

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management
(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in HQ200 Directorate for Resources and Planning, who we are, and what we do? Take a closer look at our teams HQ210, HQ220, HQ230, HQ260, and HQ200 Business.*

**From:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Sent:** Tuesday, September 7, 2021 9:12 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Follow-up AIP Questions

Hi David and Brian,

Alexi, Greg, and I wanted to follow up with you on a few items that came out of last week's call with Nada and Mike concerning the Adoption Incentive Program. As you'll recall,



Thanks in advance for any input you can provide. As always, we're happy to schedule a quick call if that would be helpful.

Ryan

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

**From:** Waddell, Holle
**To:** McGuire, Paul M
**Subject:** RE: Follow-up AIP Questions
**Date:** Tuesday, September 7, 2021 2:35:00 PM
**Attachments:** image001.png

Thanks Paul.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

### Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.

www.blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, September 7, 2021 12:19 PM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** RE: Follow-up AIP Questions

A couple of thoughts:

The draft IM submitted to SOL includes two important changes that relate to commitments that the agency made in July: 1. Accelerated compliance inspections, and 2. Veterinarian signatures on TELs. It is important to implement these changes in a timely manner.



…

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
*– C S  Lewis, 1948*

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Tuesday, September 7, 2021 11:13 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** FW: Follow-up AIP Questions

Paul – Please see the trailing email re:AIP follow-up. Let's find sometime to chat and summary for Brian and David this week.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

> ## Wild Horse and Burro | Bureau of Land Management
> FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
> www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, September 7, 2021 11:00 AM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: Follow-up AIP Questions

Good morning. For your consideration and discussion on Thursday.

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management
(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*? Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260,*and* HQ200 Business.

**From:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Sent:** Tuesday, September 7, 2021 9:12 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Follow-up AIP Questions

Hi David and Brian,

Alexi, Greg, and I wanted to follow up with you on a few items that came out of last week's call with Nada and Mike concerning the Adoption Incentive Program. As you'll recall, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Thanks in advance for any input you can provide. As always, we're happy to schedule a quick call if that would be helpful.

Ryan

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

| | |
|---|---|
| **From:** | Shin, Edwin H |
| **To:** | McGuire, Paul M |
| **Cc:** | Baca, Roxane D |
| **Subject:** | RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program |
| **Date:** | Wednesday, September 8, 2021 1:29:24 PM |

Good afternoon, Paul

Thank you for providing a detailed background and information on the WHB Adoption Incentive Program.  We do not have any ethics objections to the proposed language change to IM 2019-025.  I note that the coordination paragraph in IM 2019-025 indicates the Office of the Solicitor reviewed this IM for policy and or legal sufficiency prior to its publication.  While the Departmental Ethics Office (DEO) is within the Office of the Solicitor, the DEO is only authorized to provide advice and counsel regarding application of the Federal ethics statutes and regulations.  Accordingly, I recommend you consult the Office of the Solicitor with any proposed change before moving forward to ensure that any other necessary policy or legal review, other than under the Federal ethics and statutes, is completed.  Please let me know if you would like to discuss further.

Regards,
Ed

Edwin H. Shin
Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office | Office of the Solicitor
U.S. Department of the Interior | MIB
(C) (202) 768-3857
Email: edwin.shin@sol.doi.gov

Visit us online at: www.doi.gov/ethics

***Integrity is our mission.***

Customer service matters to us. Please take our short survey, click here.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, September 7, 2021 10:33 AM
**To:** Shin, Edwin H <edwin.shin@sol.doi.gov>
**Cc:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hello, Ed. Thank for moving this along. Please see responses attached.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
 *– C.S. Lewis, 1948*

---

**From:** Shin, Edwin H <edwin.shin@sol.doi.gov>
**Sent:** Friday, September 3, 2021 1:31 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** FW: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi Paul,

Can you answer the attached questions?  If you don't know the answer, you can simply indicate it as such.

Regards,
Ed

Edwin H. Shin
Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office | Office of the Solicitor
U.S. Department of the Interior | MIB
(C) (202) 768-3857
Email: edwin.shin@sol.doi.gov

Visit us online at: www.doi.gov/ethics

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, August 18, 2021 12:49 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Yes. Ryan Sklar and Greg Russel are who we work with.  They will review the IM before it is routed for final approval by agency leadership.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, August 17, 2021 5:19 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

I thought I saw somewhere that you have the IM reviewed by the Solicitor's office? Who will do that for you?

Plus do you have a solicitor that works on the Wild Horse and Burro program with you and your team?

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, August 17, 2021 3:41 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Thank you for setting up a call tomorrow. I have accepted it. If you don't mind adding Amy Ruhs to the call as "required" and Holle' Waddell as "optional," I would appreciate it.

You are correct. BLM employees may adopt wild horses or burros in the same manner as a member of the general public. In fact, many do. The payment provision of the AIP is a different matter, we think. 

The main reason for raising this question with Ethics has to do with the change in the AIP policy that we are proposing, which is to narrow the list of persons related to a BLM employee who are excluded from participating in the AIP. Previously it extended to great grandparents, nieces, nephews, in-laws, cousins, etc., which seems unnecessarily broad to avoid the perception issue.

Look forward to discussing with you tomorrow.

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, August 17, 2021 4:22 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,



████████████████████████████████

The Adoption Incentive Program for Wild Horses and Burros, refers to 43 C.F.R. part 4700.

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Friday, August 13, 2021 9:40 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Let's set up a time to talk. I think this might be something we can resolve on our end. Do you have time later today or early next week?

Roxane D. Baca
Ethics Attorney Adviser for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics
or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Friday, August 13, 2021 9:28 AM

**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Just checking back on this. We'll be moving forward with this IM in the coming weeks. Appreciate any feedback from Ethics.

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** McGuire, Paul M
**Sent:** Thursday, July 1, 2021 1:31 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Great. Thank you,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Thursday, July 1, 2021 1:30 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

I sent the materials to our Departmental Ethics Office in DC when you first notified us of

the issue.  Let me check on the status.

Roxane D. Baca
Acting Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

Customer service matters to us. Please take our short survey, click here.

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, July 1, 2021 7:49 AM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. Just checking back to see if you've had a chance to review these materials and if you have any feedback. Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

**From:** McGuire, Paul M
**Sent:** Tuesday, June 1, 2021 12:34 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hi, Roxane. I'll forward some email correspondence between Holle' Waddell, who was originally involved in establishing the AIP for the WHB Program, and the Office of Ethics at the time. Please look for a couple of forwarded items shortly.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Friday, May 28, 2021 4:02 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Do you by chance have any notes, or know who in ethics addressed this issue back in 2018-2019?

Roxane D. Baca
Acting Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

*Advice rendered does not create an attorney-client relationship or any other confidential relationship.* This email, including all attachments, may constitute a Federal record or other Government property that is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender by responding to the email and then immediately delete the email.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, May 25, 2021 2:47 PM
**To:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Subject:** RE: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Hello, Roxane. Thank you for engaging so quickly. It is true that BLM employees may adopt wild horses or burros from the agency, and many do. When doing so, they must compete fairly with the public. Typically that means they must be off-duty on personal time.

The AIP is separate adjunct to the adoption program. Under the AIP, an adopter is entitled to receive a payment from the agency upon receiving title to the animal. ████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████

Happy to discuss that or any other aspect of the program with you.

Thanks again,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** Baca, Roxane D <roxane.baca@sol.doi.gov>
**Sent:** Tuesday, May 25, 2021 3:24 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Paul,

Do you know why BLM employees are excluded from the AIP program? ████████████████
████████████████████████████████████████████

Roxane D. Baca
Acting Deputy Ethics Counselor for the Bureau of Land Management
Departmental Ethics Office |Office of the Solicitor
U.S. Department of the Interior | Rocky Mountain Region
(303) 445-0615
Email: roxane.baca@sol.doi.gov

Visit us online at: www.doi.gov/ethics or visit the BLM Ethics page:
https://doimspp.sharepoint.com/sites/blm-wo-700/ethics/SitePages/Home.aspx

**Integrity is our mission.**

*Advice rendered does not create an* attorney-client relationship or any other confidential relationship. This email, including all attachments, may constitute a Federal record or other Government property that is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender by responding to the email and then immediately delete the email.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, May 25, 2021 12:49 PM
**To:** Ethics_Office, BLM_WO <BLM_WO_Ethics_Office@blm.gov>
**Cc:** Dahle, David M <david.dahle@sol.doi.gov>; Baca, Roxane D <roxane.baca@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** FW: Ethics question re: eligibility to participate in WHB Adoption Incentive Program

Forwarding to the main Ethics inbox.

Thank you again,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*Suprema lex libertatis*

---

**From:** McGuire, Paul M
**Sent:** Tuesday, May 25, 2021 12:52 PM
**To:** Dahle, David M <david.dahle@sol.doi.gov>; Baca, Roxane D <roxane.baca@sol.doi.gov>
**Cc:** Holle Hooks <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** Ethics question re: eligibility to participate in WHB Adoption Incentive Program

David & Roxanne – Hello. I've been advised that you may be able to assist us with an ethics question regarding an IM we are currently in the process of revising. The IM governs implementation of the Wild Horse and Burro Adoption Incentive Program (AIP). A draft of the revised IM is attached for

your information.

Background: The AIP offers cash incentives to people who successfully adopt and ultimately receive title to an untrained wild horse or burro. The program has been in effect since March 2019. We are currently renewing the IM and incorporating a few changes. One of the changes concerns who is *not* eligible to participate in the AIP. The original version of the IM provided a long list of ineligible participants, including BLM employees/contractors and their immediate and extended family members. We are proposing to pare the list of ineligible participants to include only BLM employees/contractors and members of their immediate households. Text of the proposed and original sections of the IM dealing with this matter are pasted below for ease of comparison.

We would thank you for your thoughtful feedback on this proposed change. I am available at your convenience to discuss. Thank you,

PROPOSED LANGUAGE TO BE USED GOING FORWARD:
**BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are NOT eligible to participate in the AIP**

ORIGINAL LANGAUAGE TO BE REPLACED BY PROPOSED LANGUAGE:
**BLM employees, immediate family members (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of BLM employees, and individuals or organizations receiving BLM funds either through a contract or agreement and their immediate family members are NOT eligible to participate in the AIP.**

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*Suprema lex libertatis*

| | |
|---|---|
| **From:** | Jenkins, David B |
| **To:** | Culver, Nada L; Nedd, Michael D |
| **Cc:** | St George, Brian C; Lawyer, Mark G |
| **Subject:** | AIP review recommendations |
| **Date:** | Wednesday, September 15, 2021 2:49:29 PM |
| **Attachments:** | Review Recommendations of AIP.docx |

Nada and Mike

Attached is an AIP briefing paper and three recommendations for further AIP review, if you think further review is warranted.

Please let me know if you have any questions.

David


David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

### INFORMATION/BRIEFING MEMORANDUM FOR THE BLM DEPUTY DIRECTOR, POLICY AND PROGRAMS, AND THE DEPUTY DIRECTOR, OPERATIONS

**Date:**      September 13, 2021

**To:**        Nada Culver, Deputy Director, Policy and Programs, and Mike Nedd, Deputy Director, Operations

**From:**      David Jenkins, Assistant Director, Resources and Planning

**Subject:**   Recommendations for an Adoption Incentive Program Review

The purpose of this briefing memorandum is to discuss the review of the Bureau of Land Management's Wild Horse and Burro Adoption Incentive Program (AIP) in response to leadership concerns.

**Background**

Since 1971, the BLM has continuously removed horses and burros from the range to address herd overpopulation. It has placed more than 270,000 of these animals into private care. Placing animals into private care through sales, adoptions, and transfers is a vital component of the program. Based in part on a recommendation from the National Wild Horse and Burro Advisory Board, the AIP was launched on March 12, 2019, as one component of an overall effort to increase the number of wild horses and burros placed into good, private care. The Department of the Interior in conjunction with the Office of the Solicitor determined that the agency has authority to provide reasonable incentives to adopters when those incentives create savings to the public.

**Discussion**

In response to the May 15, 2021, *New York Times* article that alleged the BLM failed in its oversight of the Wild Horse and Burro Adoption Incentive Program, and subsequent letters of concern to the Secretary of the Interior from members of Congress, advocacy groups, and members of the public, the BLM conducted a thorough internal, management program review of the AIP. This management review revealed that since March 2019, over 15,400 wild horses and burros have been adopted. Of these, 8,800 animals have been adopted through the AIP. Over this time, 18 animals have been repossessed because an adopter attempted to illegally sell an untitled animal at a sale barn. These animals were identified as untitled and returned to the BLM for care at off-range corrals.  These adopters violated the Prohibited Acts outlined in the Private Care and Maintenance Agreement (PMACA) and were issued a Decision Letter rendering them ineligible to participate in the adoption program in the future.

As part of the management review, BLM analyzed law enforcement actions related to wild horses and burros dating back to 2014. Between 2014 and 2021, a total of 831 charges were filed for violations of 43 CFR 4770.1 (which governs the protection, management and control of wild

horses and burros). Of these, 37 charges resulted in fines, and another four were referred to local or state law enforcement for prosecution.

Upon completion of the management review, the BLM recommended a list of actions to refine the program; some became effective immediately. The actions were communicated to the public via a press release, social media, as well as the BLM website. A more detailed description of each action was developed and made available to the public. In addition, an internal timeline was developed, identifying each action and a tentative completion date.

**Recommendation**

If an additional review of the AIP is needed, HQ200 suggests three options, listed in order of preference:





BLM_004604

| | |
|---|---|
| **From:** | Russell, Gregory B |
| **To:** | Waddell, Holle; McGuire, Paul M |
| **Cc:** | Sklar, Ryan M; Nathan, Alexi L |
| **Subject:** | draft AIP IM |
| **Date:** | Thursday, September 16, 2021 8:49:17 AM |
| **Attachments:** | IM 2019-025 AIP for WHB - rev draft 08.18.21 - field review (1).docx |

Hi Holle and Paul – Thanks for sharing the draft IM with us. Attached are some suggested edits and comments. ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████ We're happy to discuss further, if that'd be helpful, and we're happy to look again informally at the next iteration before any DTS review.

Meanwhile, ████████████████████████████████████████████████████████████████████████████████████████████████████████████ do you have a sense of the timeline for that? Any timeline info generally?

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Russell, Gregory B; Sklar, Ryan M; Nathan, Alexi L |
| **Cc:** | Waddell, Holle; Ruhs, Amy G |
| **Subject:** | RE: draft AIP IM |
| **Date:** | Thursday, September 16, 2021 11:25:57 AM |
| **Attachments:** | IM 2019-025 AIP for WHB - rev draft 08.18.21 - field review (1).docx |

Ryan/Greg/Alexi – Thank you for your thorough and thoughtful read and input (as always). We'll give this a close read ourselves and get back to you ASAP. Perhaps we can take time during our check-in next Friday 9/24 to discuss.

On first pass, I'm comfortable with most of what is suggested. ████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
████████████
███████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
█████████████████████████████████████████

Thanks again. Will be in touch.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
– C.S. Lewis, 1948

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Thursday, September 16, 2021 8:49 AM
**To:** Waddell, Holle <hwaddell@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft AIP IM

Hi Holle and Paul – Thanks for sharing the draft IM with us. Attached are some suggested edits and comments. ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
█████████████████████████████████████ We're happy to discuss further, if that'd be helpful, and we're happy to look again informally at the next iteration before any DTS review.
Meanwhile, ████████████████████████████████████████████████████
████████████████████████████████████████████████████████ do you have a sense of the

timeline for that? Any timeline info generally?

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

**From:**        McGuire, Paul M
**To:**          Strauss, Toni L; Holle Hooks; Reiland, Michael J; Kueck, Meredith A
**Subject:**     Non-cash AIP incentive options
**Date:**        Monday, September 20, 2021 10:50:00 AM
**Attachments:** image001.png

All – Please see the outline of a potential online poll to gauge public interest in certain alternatives to cash incentives under the AIP:

📎 Non-cash options for AIP.docx

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
– C.S. Lewis, 1948

| | |
|---|---|
| **From:** | St George, Brian C |
| **To:** | Russell, Gregory B; Jenkins, David B |
| **Cc:** | Nathan, Alexi L; Sklar, Ryan M; Waddell, Holle |
| **Subject:** | RE: Follow-up AIP Questions |
| **Date:** | Tuesday, September 21, 2021 9:26:59 AM |
| **Attachments:** | Review Recommendations of AIP.docx |

Hello Greg. Here's a few updates that you may find useful. As you'll see, we have a number of moving parts that collectively comprise the BLM's improvements to the AIP program.

You are, of course, familiar with the 8 AIP program improvements BLM announced earlier this summer to strengthen adoption protections. The first action cited commits BLM to working with stakeholders to evaluate improvements to AIP. Attached is a memo from David discussing the merits of further program review. This decision point remains under consideration by Mike and Nada.

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████

Finally, revising IM 2019-025 would be a major milestone in implementing some of the 8 improvements, and we intend to move forward with finalizing it soonest. Other actions are ongoing. If further program review results in additional changes to our policy direction, we can make changes at that time.

I hope you can use this information in coordination with DOJ.

+ Holle' for awareness and continued action on the press release strategy.

Cheers

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in HQ200 Directorate for Resources and Planning, who we are, and what we do?*
*Take a closer look at our teams HQ210, HQ220, HQ230, HQ260, and HQ200 Business.*

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, September 20, 2021 3:07 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Subject:** Re: Follow-up AIP Questions

Hi David and Brian – we wanted to follow up. ███████████████████████████

███████████████████████████████

If you could send us updates, we can relay those to DOJ. Or, if it'd be helpful to have a call instead, we can find a time in the next few days to discuss.

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

---

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Thursday, September 9, 2021 11:58 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Subject:** Re: Follow-up AIP Questions

Hi Greg,

Brian and I discussed these issues with the WHB program this morning, and we are sorting out an approach to public engagement. As you know, all the aspects of the AIP are interrelated with other aspects of sales and adoptions of wild horses/burros, and the cash incentive, even if controversial, has proven useful in adopting horses.

Let me circle back with Brian and we'll get back to you.

Thanks,

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Thursday, September 9, 2021 9:47 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>

**Subject:** Re: Follow-up AIP Questions

Hi David and Brian – ██████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████
████████████████████████████████████ We have some comments on that draft IM, which we can send to the WH&B program, but we wanted to coordinate with you before doing so.

---

**From:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Sent:** Tuesday, September 7, 2021 11:12 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Follow-up AIP Questions

Hi David and Brian,

Alexi, Greg, and I wanted to follow up with you on a few items that came out of last week's call with Nada and Mike concerning the Adoption Incentive Program. As you'll recall, ██████████████████
████████████████████████████████████████████████████
██████████████████████████  ████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████████

Thanks in advance for any input you can provide. As always, we're happy to schedule a quick call if that would be helpful.

Ryan

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

**INFORMATION/BRIEFING MEMORANDUM** FOR THE
**BLM DEPUTY DIRECTOR, POLICY** AND **PROGRAMS,** AND THE **DEPUTY DIRECTOR, OPERATIONS**

**Date:**       September 13, 2021

**To:**         Nada Culver, Deputy Director, Policy and Programs, and Mike Nedd, Deputy Director, Operations

**From:**       David Jenkins, Assistant Director, Resources and Planning

**Subject:**    Recommendations for an Adoption Incentive Program Review

The purpose of this briefing memorandum is to discuss the review of the Bureau of Land Management's Wild Horse and Burro Adoption Incentive Program (AIP) in response to leadership concerns.

**Background**

Since 1971, the BLM has continuously removed horses and burros from the range to address herd overpopulation. It has placed more than 270,000 of these animals into private care. Placing animals into private care through sales, adoptions, and transfers is a vital component of the program. Based in part on a recommendation from the National Wild Horse and Burro Advisory Board, the AIP was launched on March 12, 2019, as one component of an overall effort to increase the number of wild horses and burros placed into good, private care. The Department of the Interior in conjunction with the Office of the Solicitor determined that the agency has authority to provide reasonable incentives to adopters when those incentives create savings to the public.

**Discussion**

In response to the May 15, 2021, *New York Times* article that alleged the BLM failed in its oversight of the Wild Horse and Burro Adoption Incentive Program, and subsequent letters of concern to the Secretary of the Interior from members of Congress, advocacy groups, and members of the public, the BLM conducted a thorough internal, management program review of the AIP. This management review revealed that since March 2019, over 15,400 wild horses and burros have been adopted. Of these, 8,800 animals have been adopted through the AIP. Over this time, 18 animals have been repossessed because an adopter attempted to illegally sell an untitled animal at a sale barn. These animals were identified as untitled and returned to the BLM for care at off-range corrals.  These adopters violated the Prohibited Acts outlined in the Private Care and Maintenance Agreement (PMACA) and were issued a Decision Letter rendering them ineligible to participate in the adoption program in the future.

As part of the management review, BLM analyzed law enforcement actions related to wild horses and burros dating back to 2014. Between 2014 and 2021, a total of 831 charges were filed for violations of 43 CFR 4770.1 (which governs the protection, management and control of wild

horses and burros). Of these, 37 charges resulted in fines, and another four were referred to local or state law enforcement for prosecution.

Upon completion of the management review, the BLM recommended a list of actions to refine the program; some became effective immediately. The actions were communicated to the public via a press release, social media, as well as the BLM website. A more detailed description of each action was developed and made available to the public. In addition, an internal timeline was developed, identifying each action and a tentative completion date.

**Recommendation**





| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Waddell, Holle |
| **Cc:** | Ruhs, Amy G |
| **Subject:** | RE: draft AIP IM |
| **Date:** | Wednesday, September 22, 2021 1:59:36 PM |
| **Attachments:** | IM 2019-025 AIP for WHB - rev draft w SOL edits incorporated.docx |

Holle' — I've gone through and accepted SOL edits where appropriate and replied to several comments. Please see the attached.



These two proposed changes are captured in Track Changes under Incentive Program Direction in the document.

I'm available to discuss at your convenience. I think we will want to circle back with SOL to answer a few of their questions and also ask for clarification of one other.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things — not huddled together like frightened sheep."*
– C.S. Lewis, 1948

**From:** McGuire, Paul M
**Sent:** Thursday, September 16, 2021 11:26 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: draft AIP IM

Ryan/Greg/Alexi — Thank you for your thorough and thoughtful read and input (as always). We'll give this a close read ourselves and get back to you ASAP. Perhaps we can take time during our check-in

next Friday 9/24 to discuss.

On first pass, I'm comfortable with most of what is suggested. █████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████

████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

Thanks again. Will be in touch.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
– C.S. Lewis, 1948

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>

**Sent:** Thursday, September 16, 2021 8:49 AM

**To:** Waddell, Holle <hwaddell@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>

**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>

**Subject:** draft AIP IM

Hi Holle and Paul – Thanks for sharing the draft IM with us. Attached are some suggested edits and comments. ███████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████ We're happy to discuss further, if that'd be helpful, and we're happy to look again informally at the next iteration before any DTS review.

Meanwhile, ███████████████████████████████████████████████

████████████████████████████████████████████████ do you have a sense of the timeline for that? Any timeline info generally?

_____

Greg Russell

Assistant Solicitor, Public Lands Branch

Division of Land Resources

Office of the Solicitor

Department of the Interior

202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

BLM_004617

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Waddell, Holle; Reiland, Michael J |
| **Subject:** | RE: Follow-up AIP Questions |
| **Date:** | Friday, September 24, 2021 8:26:53 AM |

Good morning, Holle'. Happy to. Are you suggesting we upload the version with the edits/comment or a clean version of same?

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*

– C.S. Lewis, 1948

**From:** Waddell, Holle <hwaddell@blm.gov>

**Sent:** Thursday, September 23, 2021 1:05 PM

**To:** McGuire, Paul M <PMcGuire@blm.gov>; Reiland, Michael J <mreiland@blm.gov>

**Subject:** Fwd: Follow-up AIP Questions

Hi Paul! Let's chat about moving the IM forward and uploading to DTS in the morning when you return to the office.

Michael - Serena is out so Paul may need assistance tomorrow uploading and routing in DTS.

Get Outlook for iOS

**From:** St George, Brian C <bstgeorg@blm.gov>

**Sent:** Thursday, September 23, 2021 10:58:26 AM

**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Jenkins, David B <djenkins@blm.gov>

**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>

**Subject:** RE: Follow-up AIP Questions

I understand and of course, we're at the mercy of priorities in HQ100 and ASLM which we can't control. ███████████████████████████████

██████████████████████████████████████████████████████

██

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*?*

*Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260, *and* HQ200 Business*.*

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Thursday, September 23, 2021 9:53 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Nathan, Alexi <alexi.nathan@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: Follow-up AIP Questions

Thanks, Brian.



Thanks!

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Thursday, September 23, 2021 11:02 AM
**To:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** RE: Follow-up AIP Questions

Good morning. End of October seems reasonable and it may be sooner. We're expecting this week to seek final review from HQ 100. We can attempt to prioritize it with the HQ100 advisors and chief of staff.

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are*, and* what we do*?*
*Take a closer look at our teams* HQ210*,* HQ220*,* HQ230*,* HQ260*,and* HQ200 Business*.*

**From:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Sent:** Wednesday, September 22, 2021 10:25 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: Follow-up AIP Questions

Hi Brian,

Thanks for the helpful feedback.



We're also happy to have a call if you think a discussion about timing would be helpful.

Thanks,

Ryan

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, September 21, 2021 10:26 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** RE: Follow-up AIP Questions

Hello Greg. Here's a few updates that you may find useful. As you'll see, we have a number of moving parts that collectively comprise the BLM's improvements to the AIP program.

You are, of course, familiar with the 8 AIP program improvements BLM announced earlier this summer to strengthen adoption protections. The first action cited commits BLM to working with stakeholders to evaluate improvements to AIP. Attached is a memo from David discussing the merits of further program review. This decision point remains under consideration by Mike and Nada.

████████████████████████████████████████████████

Finally, revising IM 2019-025 would be a major milestone in implementing some of the 8 improvements, and we intend to move forward with finalizing it soonest. Other actions are ongoing. If further program review results in additional changes to our policy direction, we can make changes at that time.

I hope you can use this information in coordination with DOJ.

+ Holle' for awareness and continued action on the press release strategy.

Cheers

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are*, and* what we do*?*
*Take a closer look at our teams* HQ210*,* HQ220*,* HQ230*,* HQ260*,and* HQ200 Business*.*

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, September 20, 2021 3:07 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Subject:** Re: Follow-up AIP Questions

Hi David and Brian – we wanted to follow up. ████████████████████████████

████████████████████████████

If you could send us updates, we can relay those to DOJ. Or, if it'd be helpful to have a call instead, we can find a time in the next few days to discuss.

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

---

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Thursday, September 9, 2021 11:58 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>

**Subject:** Re: Follow-up AIP Questions

Hi Greg,

Brian and I discussed these issues with the WHB program this morning, and we are sorting out an approach to public engagement. As you know, all the aspects of the AIP are interrelated with other aspects of sales and adoptions of wild horses/burros, and the cash incentive, even if controversial, has proven useful in adopting horses.

Let me circle back with Brian and we'll get back to you.

Thanks,

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

[Directorate of Resources and Planning (HQ200)](#)

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Thursday, September 9, 2021 9:47 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Subject:** Re: Follow-up AIP Questions

Hi David and Brian – ██████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████ We have some comments on that draft IM, which we can send to the WH&B program, but we wanted to coordinate with you before doing so.

---

**From:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Sent:** Tuesday, September 7, 2021 11:12 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Follow-up AIP Questions

Hi David and Brian,

Alexi, Greg, and I wanted to follow up with you on a few items that came out of last week's call with Nada and Mike concerning the Adoption Incentive Program. As you'll recall, ███████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████



Thanks in advance for any input you can provide. As always, we're happy to schedule a quick call if that would be helpful.

Ryan

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Reiland, Michael J |
| **Cc:** | Strauss, Toni L; Waddell, Holle; Ruhs, Amy G |
| **Subject:** | Revised AIP IM for uploading to DTS |
| **Date:** | Friday, September 24, 2021 10:07:19 AM |
| **Attachments:** | IM 2019-025 AIP for WHB - clean.docx |

Michael – Thank you for uploading the attached IM in DTS and routing to the standard IM routing list (pls ensure that includes SOL).

If you wouldn't mind reading through the document one last time before uploading to catch any possible typos.

Please add the following Note to Reviewer in DTS:

**The revised IM incorporates the following five specific changes:**

- **Requires mandatory compliance inspections of AIP animals within six months of the adoption date (leadership-directed change)**
- **Requires Title Applications to be signed by a veterinarian or BLM official for adopter to be eligible for incentive (leadership-directed change)**
- **Increases the minimum adoption fee for AIP animals from $25 to $125 (Program-initiated change)**
- **Incorporates language that allows for both cash and non-cash incentives, should non-cash incentives be developed and directed in the future**
- **Modifies language relating to the ineligibility of BLM employees and their family members to participate in the AIP (reviewed/approved by Office of Ethics)**

Thanks again,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
*– C.S. Lewis, 1948*

BLM_004624

# ADOPTION INCENTIVE PROGRAM FOR WILD HORSES AND BURROS

*IM ####*

Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT

WASHINGTON, D.C. 20240−0036

http://www.blm.gov

[DATE]

In Reply Refer To:

4750 (260) P

EMS TRANSMISSION 03/12/2019

Instruction Memorandum No. 2019-025

Expires: 09/30/2024

To:              All Field Office Officials

From:            Assistant Director, Resources and Planning

Subject:         Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (**IM**) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1]

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

BLM_004625

**Administrative or Mission Related:** Mission.

**Policy/Action:**  The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training. The incentive should be paid with 60 days after the adoption title date. Authorized BLM personnel should make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.
- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of that agreement.
- The BLM does not offer cash incentives under the AIP for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.
- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.
- Adopters have an opportunity to receive an incentive valued at $1,000 for each untrained animal adopted through the AIP within 60 days after the title date.
  - The BLM authorized personnel should ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an

animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM official; however, that adopter will not receive the incentive.

- o The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- The minimum adoption fee for animals offered under the AIP is $125 and may be determined competitively or non-competitively.The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months of the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

  - Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals when those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are returned to BLM and re-adopted remain eligible for the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – Authorized BLM personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. Authorized BLM personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel must also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). Adopters are responsible for sending in an ACH Vendor/Miscellaneous Enrollment Form (SF 3881) at the same time as the Title Application (4710-18) to receive a cash incentive payment.  BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b)

BLM_004628

but is not a veterinarian or BLM official, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive*:*

- o Adoption Incentive Agreement
  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number
  - ▪ Signed and dated by BLM Authorized Officer
  - ▪ Title date must be entered
  - ▪ Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)
- o ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4), for cash incentives only
  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number
  - ▪ Banking information must be included
  - ▪ Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov or add the new Hot-Line Number Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed and training.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Washington Office WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.


Signed by:                    Authenticated by:



4 Attachments
    1 -Adoption Incentive WHBPS Guide (2 pp)
    2 -Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
    3 -ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Russell, Gregory B; Sklar, Ryan M; Nathan, Alexi L |
| **Cc:** | Waddell, Holle; Ruhs, Amy G |
| **Subject:** | RE: draft AIP IM |
| **Date:** | Friday, September 24, 2021 10:35:56 AM |
| **Attachments:** | IM 2019-025 AIP for WHB - rev draft w SOL edits incorporated.docx |

Greg/Ryan/Alexi – Thank you again for your diligent work in reviewing the AIP IM. We have incorporated many of your edits and addressed your comments. Please see the attached. A clean version of this IM is being uploaded to DTS today and will be making it's way to your office for further review and surnaming.

Happy to discuss any elements of the IM during our check-in this morning.

Thanks again,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
– C.S. Lewis, 1948

**From:** McGuire, Paul M
**Sent:** Thursday, September 16, 2021 11:26 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** RE: draft AIP IM

Ryan/Greg/Alexi – Thank you for your thorough and thoughtful read and input (as always). We'll give this a close read ourselves and get back to you ASAP. Perhaps we can take time during our check-in next Friday 9/24 to discuss.

On first pass, I'm comfortable with most of what is suggested. ███████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████████

Thanks again. Will be in touch.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
*– C.S. Lewis, 1948*

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>

**Sent:** Thursday, September 16, 2021 8:49 AM

**To:** Waddell, Holle <hwaddell@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>

**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>

**Subject:** draft AIP IM

Hi Holle and Paul – Thanks for sharing the draft IM with us. Attached are some suggested edits and comments. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ We're happy to discuss further, if that'd be helpful, and we're happy to look again informally at the next iteration before any DTS review.

Meanwhile, ████████████████████████████████████████████████████████████████████████████████████ do you have a sense of the timeline for that? Any timeline info generally?

_____

Greg Russell

Assistant Solicitor, Public Lands Branch

Division of Land Resources

Office of the Solicitor

Department of the Interior

202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| From: | McGuire, Paul M |
|---|---|
| To: | Lutterman, Jason W; Waddell, Holle; Tiel-Nelson, Heather J; Moore, Rebecca L |
| Subject: | Re: Dvlp public online poll re: AIP |
| Date: | Wednesday, September 29, 2021 1:35:04 PM |
| Attachments: | Non-cash options for AIP.docx |

All - For our call this afternoon to discuss developing an online poll regarding WHB AIP incentive options, attached is a set of options for us to consider.

Talk with you soon.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

**From:** McGuire, Paul M
**Sent:** Monday, September 27, 2021 1:58 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Tiel-Nelson, Heather J <hnelson@blm.gov>; Moore, Rebecca L <rmoore@blm.gov>
**Subject:** Dvlp public online poll re: AIP
**When:** Wednesday, September 29, 2021 3:30 PM-4:30 PM.
**Where:**
This meeting is to initiate discussions about how to develop and implement an online poll to solicit and gauge public opinions about various alternatives to the WHB AIP cash incentive payments.

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

Learn More | Meeting options

**From:** Waddell_Holle
**To:** McGuire_Paul M
**Subject:** FW: Adoption Incentive Program Proposed Changes and Policy Status
**Date:** Thursday, September 30, 2021 5:12:00 PM
**Attachments:** image001.png

FYI
Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

### Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** Bobo Jr, Anthony <a1bobo@blm.gov>
**Sent:** Thursday, September 30, 2021 12:57 PM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: Adoption Incentive Program Proposed Changes and Policy Status

A comment from ES:

Concerned about how ███████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████

**Anthony D. Bobo, Jr.**
Deputy State Director | Bureau of Land Management | Eastern States
703.558.7723 (O)|202.422.2087 (C)

Eastern States is part of the following Department of the Interior unified regions:
North Atlantic-Appalachian | South Atlantic-Gulf | Great Lakes | Mississippi Basin

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Thursday, September 30, 2021 12:45 PM
**To:** BLM_DSDs_Min_and_Res <BLM_DSDs_Min_and_Res@blm.gov>; Fleuret, Jennifer M <jfleuret@blm.gov>
**Cc:** St George, Brian C <bstgeorg@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** Adoption Incentive Program Proposed Changes and Policy Status

Hello DSDs – The Adoption Incentive Program (AIP) revised IM is now moving forward in DTS for leadership review and (hopefully) issuance by the end of October (a time frame which Nada has expressed interest in meeting).
Here is a summary of the proposed changes in the IM which leadership is considering:

- **Requires mandatory compliance inspections of AIP animals within six months of the adoption date**
- **Requires Title Applications to be signed by a veterinarian or BLM official for adopter to receive the incentive**
- **Modifies language relating to the ineligibility of BLM employees and their family members to participate in the AIP**
- **Increases the minimum adoption fee for AIP animals from $25 to $125 (non-AIP animals may continue to be adopted for the reduced fee of $25)**
- **Incorporates language that allows for both cash and non-cash incentives**

These proposed changes are in response to leadership's direction to further enhance protections for animals adopted under the AIP. The change in the fee structure for AIP animals is intended to reduce the perceived "profit potential" which activists claim leads to commercial exploitation of the program. The last bullet provides flexibility to implement non-cash incentives in the future based on leadership direction.

I appreciate everyone's work and support with this effort over the past many months. Happy to answer any questions you may have as we track this to completion.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov
*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

## Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

BLM_004635

**From:** McGuire, Paul M
**To:** Bobo Jr, Anthony
**Cc:** Waddell, Holle
**Subject:** RE: Adoption Incentive Program Proposed Changes and Policy Status
**Date:** Friday, October 1, 2021 11:09:27 AM
**Attachments:** image001.png

Hi, Anthony. Thank you for the feedback. ███████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
██████████████████████

More than happy to chat with you anytime about this or any other issues/concerns related to AIP.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
*– C S Lewis, 1948*

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Thursday, September 30, 2021 5:13 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** FW: Adoption Incentive Program Proposed Changes and Policy Status

FYI

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

**Wild Horse and Burro | Bureau of Land Management**
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** Bobo Jr, Anthony <a1bobo@blm.gov>
**Sent:** Thursday, September 30, 2021 12:57 PM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: Adoption Incentive Program Proposed Changes and Policy Status

A comment from ES:

Concerned about how ████████████████████████████████████████████████████

████████████████████

**Anthony D. Bobo, Jr.**
Deputy State Director | Bureau of Land Management | Eastern States
703.558.7723 (O)|202.422.2087 (C)

Eastern States is part of the following Department of the Interior unified regions:
North Atlantic-Appalachian **|** South Atlantic-Gulf **|** Great Lakes **|** Mississippi Basin

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Thursday, September 30, 2021 12:45 PM
**To:** BLM_DSDs_Min_and_Res <BLM_DSDs_Min_and_Res@blm.gov>; Fleuret, Jennifer M <jfleuret@blm.gov>
**Cc:** St George, Brian C <bstgeorg@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** Adoption Incentive Program Proposed Changes and Policy Status

Hello DSDs – The Adoption Incentive Program (AIP) revised IM is now moving forward in DTS for leadership review and (hopefully) issuance by the end of October (a time frame which Nada has expressed interest in meeting).
Here is a summary of the proposed changes in the IM which leadership is considering:

- **Requires mandatory compliance inspections of AIP animals within six months of the adoption date**
- **Requires Title Applications to be signed by a veterinarian or BLM official for adopter to receive the incentive**
- **Modifies language relating to the ineligibility of BLM employees and their family members to participate in the AIP**
- **Increases the minimum adoption fee for AIP animals from $25 to $125 (non-AIP animals may continue to be adopted for the reduced fee of $25)**
- **Incorporates language that allows for both cash and non-cash incentives**

These proposed changes are in response to leadership's direction to further enhance protections for animals adopted under the AIP. The change in the fee structure for AIP animals is intended to reduce the perceived "profit potential" which activists claim leads to commercial exploitation of the program. The last bullet provides flexibility to implement non-cash incentives in the future based on leadership direction.
I appreciate everyone's work and support with this effort over the past many months. Happy to answer any questions you may have as we track this to completion.
Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:**

**To:**

**Subject:**

**Date:** Monday, October 4, 2021 2:30:20 PM

**Attachments:**

Derek,

This has been reviewed by Brian, and it is ready for your review and comments.

Traci

-----Original Message-----

From: 

Sent: Monday, October 4, 2021 2:34 PM

To: 

Subject: DTS Assignment: Adoption Incentive Payments IM

Hello and welcome to the DTS automated email alert!

Your office (HQ-280) has a task assigned.

Please log on to the Data Tracking System at the following URL Address: https://gcc01.safelinks.protection.outlook.com/

To move the document to the next office in the routing process, enter the task completed date for your office's routing in the routing screen and view the record.

Document Subject: Adoption Incentive Payments IM

Synopsis: This is an update to the existing AIP IM. See note to reviewer for summary of changes.

Action Required: 5 Review/Comment

Assigned By Office: HQ-280 DAD: User: Traci L Stinson

**Thank you!**

# ADOPTION INCENTIVE PROGRAM FOR WILD HORSES AND BURROS

*IM ####*
Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240−0036
http://www.blm.gov

[DATE]

In Reply Refer To:
4750 (260) P

EMS TRANSMISSION 03/12/2019
Instruction Memorandum No. 2019-025
Expires: 09/30/2024

To:            All Field Office Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.

**Administrative or Mission Related:** Mission.

**Policy/Action:**  The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros

BLM_004639

by offering an incentive valued at $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training. The incentive should be paid within 60 days after the adoption title date. Authorized BLM personnel should make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.
- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of that agreement.
- The BLM does not offer cash incentives under the AIP for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.
- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.
- Adopters have an opportunity to receive an incentive valued at $1,000 for each untrained animal adopted through the AIP within 60 days after the title date.
  - The BLM authorized personnel should ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable

under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM official; however, that adopter will not receive the incentive.

- o   The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- The minimum adoption fee for animals offered under the AIP is $125 and may be determined competitively or non-competitively. The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months of the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals.*" These reports will be available to BLM employees after the animal information is entered into WHBPS.

  - Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals when those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are returned to BLM and re-adopted remain eligible for the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – Authorized BLM personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. Authorized BLM personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel must also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). Adopters are responsible for sending in an ACH Vendor/Miscellaneous Enrollment Form (SF 3881) at the same time as the Title Application (4710-18) to receive a cash incentive payment.  BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b)

BLM_004642

but is not a veterinarian or BLM official, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive*:*

- o Adoption Incentive Agreement
  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number
  - ▪ Signed and dated by BLM Authorized Officer
  - ▪ Title date must be entered
  - ▪ Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)
- o ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4), for cash incentives only
  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number
  - ▪ Banking information must be included
  - ▪ Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov or add the new Hot-Line Number Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed and training. In August, 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

Signed by:                        Authenticated by:

3 Attachments
    1 -Adoption Incentive WHBPS Guide (2 pp)
    2 -Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
    3 -ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)

BLM_004644

BLM_004645



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Alma S. Adams, Ph.D.
United States House of Representatives
Washington, DC 20515

Dear Representative Adams:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities. There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care. The BLM looks forward to continuing engagement with you. If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346. A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Earl Blumenauer
United States House of Representatives
Washington, DC 20515

Dear Representative Blumenauer:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Juila Brownley
United States House of Representatives
Washington, DC 20515

Dear Representative Brownley:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities. There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care. The BLM looks forward to continuing engagement with you. If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346. A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Salud Carbajal
United States House of Representatives
Washington, DC 20515

Dear Representative Carbajal:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Steve Cohen
United States House of Representatives
Washington, DC 20515

Dear Representative Cohen:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities. There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care. The BLM looks forward to continuing engagement with you. If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346. A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Peter A. DeFazio
United States House of Representatives
Washington, DC 20515

Dear Representative DeFazio:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Brian Fitzpatrick
United States House of Representatives
Washington, DC 20515

Dear Representative Fitzpatrick:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Jesús G. "Chuy" García
United States House of Representatives
Washington, DC 20515

Dear Representative García:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Raúl M. Grijalva
United States House of Representatives
Washington, DC 20515

Dear Representative Grijalva:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Marcy Kaptur
United States House of Representatives
Washington, DC 20515

Dear Representative Kaptur:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Barbara Lee
United States House of Representatives
Washington, DC 20515

Dear Representative Lee:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs





# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT

Grand Junction, Colorado 81506

https://www.blm.gov

October 4, 2021

The Honorable Andy Levin
United States House of Representatives
Washington, DC 20515

Dear Representative Levin:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program.  The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program.  The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care.  The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act.  For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes.  For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date.  Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care.  Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products.  This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both.  The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Alan Lowenthal
United States House of Representatives
Washington, DC 20515

Dear Representative Lowenthal:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities. There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care. The BLM looks forward to continuing engagement with you. If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346. A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Nancy Mace
United States House of Representatives
Washington, DC 20515

Dear Representative Mace:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Lucy McBath
United States House of Representatives
Washington, DC 20515

Dear Representative McBath:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities. There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care. The BLM looks forward to continuing engagement with you. If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346. A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Jerrold Nadler
United States House of Representatives
Washington, DC 20515

Dear Representative Nadler:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program.  The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program.  The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care.  The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act.  For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes.  For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date.  Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care.  Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products.  This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both.  The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Grace F. Napolitano
United States House of Representatives
Washington, DC 20515

Dear Representative Napolitano:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT

Grand Junction, Colorado 81506

https://www.blm.gov



October 4, 2021

The Honorable Joe Neguse
United States House of Representatives
Washington, DC 20515

Dear Representative Neguse:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Eleanor Holmes Norton
United States House of Representatives
Washington, DC 20515

Dear Representative Norton:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Mark Pocan
United States House of Representatives
Washington, DC 20515

Dear Representative Pocan:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs

BLM_004685



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Ayanna Pressley
United States House of Representatives
Washington, DC 20515

Dear Representative Pressley:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities. There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care. The BLM looks forward to continuing engagement with you. If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346. A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs





# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov

October 4, 2021

The Honorable Mike Quigley
United States House of Representatives
Washington, DC 20515

Dear Representative Quigley:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Lucille Roybal-Allard
United States House of Representatives
Washington, DC 20515

Dear Representative Roybal-Allard:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Jan Schakowsky
United States House of Representatives
Washington, DC 20515

Dear Representative Schakowsky:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's
(BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and
emphasize the BLM's commitment to the health and well-being of the wild horses and burros
under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild
horse and burro Adoption Incentive Program. The agency takes seriously any evidence or
allegations of violations of the law and regulations governing the placement of federally
protected wild horses and burros into private care. The agency continually reviews its
safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming
Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places
certain limitations on adoption to ensure that wild horses and burros are being adopted into good
homes. For example, the statute limits adopters to titling a maximum of four animals within a
12-month period and prohibits the conveyance of title to the animal for at least 12 months from
the adoption date. Moreover, under its wild horse and burro regulations and depending on the
circumstances, the BLM either must or may conduct compliance inspections on untitled animals
while in private care. Additionally, the BLM requires all adopters to affirm in writing that they
do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into
commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a
federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that
selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to
a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and
fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to
inform sale barns how to potentially identify animals that may be wild horses or burros and has
encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has
in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further
oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Albio Sires
United States House of Representatives
Washington, DC 20515

Dear Representative Sires:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Adam Smith
United States House of Representatives
Washington, DC 20515

Dear Representative Smith:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT

Grand Junction, Colorado 81506

https://www.blm.gov



October 4, 2021

The Honorable Thomas R. Suozzi
United States House of Representatives
Washington, DC 20515

Dear Representative Suozzi:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Dina Titus
United States House of Representatives
Washington, DC 20515

Dear Representative Titus:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities. There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships. By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care. The BLM looks forward to continuing engagement with you. If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346. A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs





# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov

October 4, 2021

The Honorable Rashida Tlaib
United States House of Representatives
Washington, DC 20515

Dear Representative Tlaib:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Nydia M. Velázquez
United States House of Representatives
Washington, DC 20515

Dear Representative Velázquez:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



October 4, 2021

The Honorable Nikema Williams
United States House of Representatives
Washington, DC 20515

Dear Representative Williams:

Thank you for your letter dated June 2, 2021, regarding the Bureau of Land Management's (BLM) Adoption Incentive Program. The Secretary requested that I respond on her behalf and emphasize the BLM's commitment to the health and well-being of the wild horses and burros under the agency's management and protection.

The BLM is aware of the allegations in the New York Times article concerning the BLM's wild horse and burro Adoption Incentive Program. The agency takes seriously any evidence or allegations of violations of the law and regulations governing the placement of federally protected wild horses and burros into private care. The agency continually reviews its safeguards regarding the protection of adopted animals.

When an animal is titled, it loses its status as a wild horse or burro under the Wild Free-Roaming Horses and Burros Act. For that reason, the Wild Free-Roaming Horses and Burros Act places certain limitations on adoption to ensure that wild horses and burros are being adopted into good homes. For example, the statute limits adopters to titling a maximum of four animals within a 12-month period and prohibits the conveyance of title to the animal for at least 12 months from the adoption date. Moreover, under its wild horse and burro regulations and depending on the circumstances, the BLM either must or may conduct compliance inspections on untitled animals while in private care. Additionally, the BLM requires all adopters to affirm in writing that they do not intend to sell or transfer an adopted wild horse or burro for slaughter or processing into commercial products. This affirmation is enforceable under 18 U.S.C. § 1001, which makes it a federal crime to make false statements to any agency of the United States.

As another safeguard, the BLM has informed livestock sale facilities across the country that selling or attempting to sell wild horses and burros (i.e., animals for which title has not passed to a private individual) is illegal and, under 43 C.F.R. § 4770.5, can result in criminal penalties and fines up to $2,000 and imprisonment up to one year, or both. The BLM has also taken steps to inform sale barns how to potentially identify animals that may be wild horses or burros and has encouraged sale barns to require paperwork demonstrating that title to the animal up for sale has in fact passed to an individual.

On July 26, 2021, the BLM announced plans to take the following actions to provide further oversight and protection of adopted wild horses and burros:

- Continue to work with partners and other stakeholders to evaluate potential improvements to the Adoption Incentive Program, consistent with relevant laws and regulations.
- Ensure all adoption applications and agreements clearly and consistently state that the adopter must provide humane care and require the adopter to certify that they will not knowingly sell or transfer ownership of an adopted animal to any person or organization that intends to resell, trade or give away the animals for slaughter or processing into commercial products.
- Improve the screening of adoption applicants to better ensure that ineligible individuals are identified and excluded from participating in the adoption program, consistent with relevant laws and regulations.
- Conduct an inspection of wild horses and burros adopted through the Adoption Incentive Program within six months of adoption date, rather than twelve months.
- Have a veterinarian certify all title applications for wild horses and burros adopted through the Adoption Incentive Program in order to receive the incentive payment.
- Increase posting of warning notices at livestock sale facilities, highlighting criminal penalties for illegally selling un-titled wild horses and burros.
- Continue to refer cases to U.S. Attorneys for potential violations under 18 USC 1001 for making false or misleading statements on adoption and title applications and agreements.
- Evaluate changes to federal regulations that strengthen protections for adopted wild horses and burros.

You can find additional details on our website at https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program.

The BLM credits the Adoption Incentive Program with reinvigorating interest in the adoption program, increasing placement figures dramatically, and supporting on-range management efforts by reducing the BLM's reliance on off-range holding facilities.  There are thousands of adoption success stories between a wild horse or burro and an adopter, ranging from beloved backyard companions to champion performance partnerships.  By increasing adoptions, the BLM is better able to reduce widespread overpopulation of wild horse and burro herds, which has reached historic levels and continues to threaten the health and well-being of the animals, other wildlife, and the land on which they all depend.

The Department's leadership takes seriously your concerns regarding the BLM's commitment to the health and welfare of wild horses and burros under its care.  The BLM looks forward to continuing engagement with you.  If I can be of further assistance, please contact me at (202) 208-3801, or your staff can contact Patrick Wilkinson, BLM Legislative Affairs Division Chief at (202) 631-6346.  A similar response has been sent to the co-signers of your letter.

Sincerely,

Nada Wolff Culver
Deputy Director, Policy and Programs

**From:** Phillips, Robin E
**To:** Stenson, James R
**Cc:** Armstrong, Maria J ; Balassi, Troy L
**Subject:** FW: SFS assignment- Adoption Incentive Payments D6
**Date:** Wednesday, October 6, 2021 2:32:21 PM
**Attachments:** BLMSFA2021.08.26 for BLM App 10031.pptx

Hi David,
In reference to Troy's AIP IM reminder email, please see attached.
Robin

Robin Phillips Executive Assistant
Headquarters Office of Resources and Planning (HQ200) &
National Conservation Lands and Community Partnerships (HQ600)
Bureau of Land Management
760 Horizon Dr., Ste. 301, Grand Junction, CO 81506
Office 970-256-4934, Cell 970-640-0731
Directorate of Resources and Planning (HQ200)

-----Original Message-----
From: Phillips, Robin E
Sent: Monday, October 4, 2021 3:46 PM
To: Stenson, David R <djcanderra@blm.gov>
Subject: FW: SFS Assignment- Adoption Incentive Payments IM

David, the formatted IM is attached. I made a few minor edits.

Robin Phillips Executive Assistant
Headquarters Office of Resources and Planning (HQ200) & National Conservation Lands and Community Partnerships (HQ600) Bureau of Land Management
760 Horizon Dr., Ste. 301, Grand Junction, CO 81506 Office 970-256-4934, Cell 970-640-0731 Directorate of Resources and Planning (HQ200)

-----Original Message-----
From: Stenson, Troy L <tstenson@blm.gov>
Sent: Monday, October 4, 2021 2:39 PM
To: SFS, FWHQ <dep2@es.gov>; St George, Brian C <bstgeorg@blm.gov>; Jenkins, David R <djenkins@blm.gov>; Bowman, James A <JBowman@blm.gov>; Hooks, Robin <rhooks@blm.gov>; Phillips, Robin E <rphillips@blm.gov>
Subject: RE: SFS Assignment- Adoption Incentive Payments IM

David,

The has been received by Brian, and it is ready for your review and summary.

Troy

-----Original Message-----
From: SFS@es.gov <SFS@es.gov>
Sent: Monday, October 4, 2021 2:31 PM
To: St George, Brian C <bstgeorg@blm.gov>; Jenkins, David R <djenkins@blm.gov>; Bowman, James A <JBowman@blm.gov>; Hooks, Robin <rhooks@blm.gov>; Phillips, Robin E <rphillips@blm.gov>; Stenson, Troy L <tstenson@blm.gov>
Subject: SFS Assignment- Adoption Incentive Payments IM

Hello and welcome to the SFS automated email alert!

Your office (HQ-200) has a task assigned.

Please log in to the State Tracking System at the following URL Address: https://gov02.infolinks.protection.outlook.com/?url=...

To move the document to the next office in the routing process, enter the task completed date for your office's routing in the routing screen and save the record.

Document Subject: Adoption Incentive Payments IM
Scorpion: This is an update to the existing AIP IM. Not state to recreate the summary of changes.
Action Required: Y-Review-Comment
Assigned By Office: HQ-200 DAD/ User: Troy L Stenson

**Thank you!!!



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



In Reply Refer To:
4750 (260) P

EMS TRANSMISSION
Instruction Memorandum No. 2021-
Expires: 09/30/2024

To:            All Field Office Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum **(**IM**)** outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.

**Administrative or Mission Related:** Mission.

**Policy/Action:**  The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training. The incentive should be paid within 60 days after the adoption title date. Authorized BLM personnel should make all untrained excess wild horses and burros that have been removed from the range and meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Incentive Program Direction**
- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.
- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of that agreement.

- The BLM does not offer cash incentives under the AIP for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.
- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an application (4710-10), and have it approved by the BLM.
- Adopters have an opportunity to receive an incentive valued at $1,000 for each untrained animal adopted through the AIP within 60 days after the title date.
  - o The BLM authorized personnel should ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM official; however, that adopter will not receive the incentive.
  - o The BLM authorized personnel should ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) are submitted to blm_oc_aip@blm.gov before processing the incentive.
- The minimum adoption fee for animals offered under the AIP is $125 and may be determined competitively or non-competitively. The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.
- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months of the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.
  - Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals when those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.
- Reassigned animals and animals that are returned to BLM and re-adopted remain eligible for the AIP.
- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – Authorized BLM personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. Authorized BLM personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.
If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel must also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). Adopters are responsible for sending an ACH Vendor/Miscellaneous Enrollment Form (SF 3881) at the same time as the Title Application (4710-18) to receive a cash incentive payment. The BLM authorized personnel should ensure the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM official, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive:
- o  Adoption Incentive Agreement
  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number
  - ▪ Signed and dated by BLM Authorized Officer
  - ▪ Title date must be entered
  - ▪ Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)
- o  ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4), for cash incentives only
  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number
  - ▪ Banking information must be included
  - ▪ Social Security Number or EIN

Once the required paperwork is complete, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov or [*add the new hot-line number here*]. Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed and training. In August 2021, the BLM committed eight substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

Signed by:                               Authenticated by:

3 Attachments
    1 -Adoption Incentive WHBPS Guide (2 pp)
    2 -Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
    3 -ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)

**From:** Tiel-Nelson, Heather J
**To:** McGuire, Paul M; Lutterman, Jason W
**Subject:** For your review
**Date:** Friday, October 8, 2021 2:22:56 PM
**Attachments:** BLM NEWS_Adjustments to AIP implemented.docx
Outlook-jil4ybec.png
Outlook-qh0unczs.png
Outlook-kgtjzbnc.png
Outlook-kknz3lem.png
Outlook-w041elsu.png
Outlook-sejr553k.png

---

Hi there you two!

I'm sure this first stab at a release will give you both quite an opportunity for edits! :)

But... here it is!

Heather Tiel-Nelson

Acting Off-Range Outreach Specialist

National Wild Horse &Burro Program

Twin Falls, ID

208-308-3727 (c)







**U.S. Department of the Interior
Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
Date:

## BLM implements changes to Adoption Incentive Program
### *Successful program presented opportunities for refinement*

**GRAND JUNCTION, Colorado**– In a year that was rife with challenges, the National Wild Horse and Burro Program is pleased to announce record-setting private care placement numbers for Fiscal Year 2021. The Program placed 8,634 animals into private care, surpassing performance levels over the past 24 years. Nearly 45% of this placement was marked by participants in the Adoption Incentive Program (AIP), a program intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training.

In light of this success, there is opportunity to hone the Adoption Incentive Program to enhance protections for America's wild horses and burros. The BLM has implemented initial changes that include mandatory compliance inspections of AIP animals within six months of the adoption date. Title applications must be signed by a veterinarian or BLM official for adopter to receive the incentive, and then payment will then be made within 60 days of adoption title date. Additionally, the minimum adoption fee for AIP animals has increased from $25 to $125.

"We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the AIP has provided the boost that approved participants have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said _____ "Through its success, there is now opportunity to further protections for America's adopted wild horses and burros."

Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that will benefit the adopted animal.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit https://blm.gov/whb.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM*

*also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

Follow the BLM Wild Horse and Burro Program on Facebook and Twitter

| **From:** | Tiel-Nelson, Heather J |
| **To:** | McGuire, Paul M; Lutterman, Jason W |
| **Subject:** | AIP release for your review |
| **Date:** | Thursday, October 14, 2021 12:10:14 PM |
| **Attachments:** | Outlook-rpcjwv23.png |
| | Outlook-xmpmrp04.png |
| | Outlook-szoo5aon.png |
| | Outlook-b3ygcoyu.png |
| | Outlook-dd1sxztw.png |
| | Outlook-v35wejvc.png |
| | BLM NEWS_Adjustments to AIP implemented 10.14.2021.docx |

Hi Paul!

Here is the news release announcing changes to the AIP for your review -- Jason I hope I captured your changes appropriately! Will look forward to review/edits!

Heather Tiel-Nelson

Acting Off-Range Outreach Specialist

National Wild Horse &Burro Program

Twin Falls, ID

208-308-3727 (c)

 





**U.S. Department of the Interior
Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
Date:

## BLM implements changes for wild horse and burro Adoption Incentive Program to enhance protections
### *Successful program presented opportunities for refinement*

**GRAND JUNCTION, Colorado**– Today the Bureau of Land Management implemented changes to the Wild Horse and Burro Adoption Incentive Program (AIP) to enhance existing protections for adopted wild horses and burros. The AIP intends to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training.

These initial changes include completing mandatory compliance inspections of AIP animals within six months of adoption rather than the first year. Additionally, title applications must be signed by a veterinarian or BLM authorized officer for the adopter to receive the incentive. The incentive will now be made within 60 days of adoption title date, rather than $500 at time of adoption and $500 at time of title. Finally, the minimum adoption fee for AIP animals was increased from $25 to $125.

These changes are layered upon the existing protections which require adopters to certify under penalty of prosecution, that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The opportunity to refine the AIP presented itself this year considering the record-setting number of adoptions and sales of wild horses and burros. The BLM placed 8,637 animals into private care, surpassing performance levels over the past 24 years. Nearly 45 percent of placements was marked by participants in the Adoption Incentive Program (AIP).

 "We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the Adoption Incentive Program has provided the boost that approved participants have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "Through its success, there

is now opportunity to further protections for America's adopted wild horses and burros, and I would especially encourage all capable, potential adopters to give a wild horse or burro a good home."

Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit the adopted animal.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the Adoption Incentive Program at BLM.gov/adoption-incentive.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

Follow the BLM Wild Horse and Burro Program on Facebook and Twitter

BLM_004718

| | |
|---|---|
| **From:** | Russell, Gregory B |
| **To:** | Jenkins, David B; St George, Brian C |
| **Cc:** | Sklar, Ryan M; Nathan, Alexi L |
| **Subject:** | draft WH&B AIP IM |
| **Date:** | Monday, October 18, 2021 12:12:35 PM |
| **Attachments:** | BLM0028682 IM AIP 10-18-21.docx |

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | St George, Brian C |
| **To:** | Waddell, Holle; McGuire, Paul M |
| **Cc:** | Jenkins, David B |
| **Subject:** | FW: draft WH&B AIP IM |
| **Date:** | Monday, October 18, 2021 6:00:41 PM |
| **Attachments:** | BLM0028682 IM AIP 10-18-21.docx |

Please see the comments attached. I think some or most make sense to incorporate. ▮

██████████████████████████████████████████████████████
████████████████████████████████████████████████████████

██ Other thoughts?

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do?
*Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260, *and* HQ200 Business.

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:13 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | St George, Brian C; Waddell, Holle |
| **Cc:** | Jenkins, David B |
| **Subject:** | RE: draft WH&B AIP IM |
| **Date:** | Tuesday, October 19, 2021 8:55:25 AM |
| **Attachments:** | BLM0028682 IM AIP 10-18-21 - pm comments.docx |

Good morning, and thank you. I replied to several comments in the attached. ███████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████

Available to discuss at your convenience.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
– C.S. Lewis, 1948

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, October 18, 2021 6:00 PM
**To:** Waddell, Holle <hwaddell@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>
**Subject:** FW: draft WH&B AIP IM

Please see the comments attached. I think some or most make sense to incorporate. █

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██ Other thoughts?

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do?
*Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260,*and* HQ200 Business.

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:13 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>

**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Waddell_Holle |
| **To:** | St George_Brian C; McGuire_Paul M |
| **Cc:** | Jenkins_David B |
| **Subject:** | RE: draft WH&B AIP IM |
| **Date:** | Monday, October 25, 2021 11:46:00 AM |
| **Attachments:** | BLM0028682 IM AIP 10-18-21 CLEAN w_comments.docx |
| | image001.png |

David – Attached is a clean version of the draft AIP IM w/SOL comments and program responses for your review and next steps.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

---

**Wild Horse and Burro | Bureau of Land Management**
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, October 19, 2021 10:00 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>
**Subject:** RE: draft WH&B AIP IM

Thanks Paul. I'm comfortable recommending that we hold our position on Ryan's first two comments. ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████ We should incorporate all other editorial changes.

Over to David at this point for his assessment.

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management
(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*? Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260, *and* HQ200 Business.

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, October 19, 2021 7:55 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>
**Subject:** RE: draft WH&B AIP IM

Good morning, and thank you. I replied to several comments in the attached. ███████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████

Available to discuss at your convenience.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"Let it find us doing sensible and human things – not huddled together like frightened sheep."*
– C S  Lewis, 1948

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, October 18, 2021 6:00 PM
**To:** Waddell, Holle <hwaddell@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>
**Subject:** FW: draft WH&B AIP IM

Please see the comments attached. I think some or most make sense to incorporate. ███████████████████
███████████████████████████████████████████████████
████████████████████████████ Other thoughts?

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do? *Take a closer look at our teams*
HQ210, HQ220, HQ230, HQ260, *and* HQ200 Business.

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:13 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

_____

Greg Russell

Assistant Solicitor, Public Lands Branch

Division of Land Resources

Office of the Solicitor

Department of the Interior

202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Waddell, Holle |
| **To:** | McGuire, Paul M |
| **Subject:** | FW: draft WH&B AIP IM |
| **Date:** | Monday, November 1, 2021 9:42:13 AM |
| **Attachments:** | BLM0028682 IM AIP 10-18-21 CLEAN w_comments.docx |
| | image001.png |

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

### Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Thursday, October 28, 2021 10:06 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** RE: draft WH&B AIP IM

Gentlemen, thanks for the continued dialog on this proposed IM. Here's the final version that David and I would like to see move forward, addressing many SOL concerns.

Would you please upload to DTS (I believe you have the current routing?) and move it forward? Thanks.

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215

BLM_004726

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*? Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260, *and* HQ200 Business*.*

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:13 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

---

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Russell, Gregory B |
| **To:** | St George, Brian C |
| **Subject:** | Re: draft WH&B AIP IM |
| **Date:** | Monday, November 29, 2021 7:20:39 AM |
| **Attachments:** | BLM0028682 IM AIP 11-16-21_w comments.docx |

Hi Brian – I hope you had a great Thanksgiving!

I do have an update. While I wasn't at the meeting because I had a conflict, ████████████
████████████████████████████████████████████████████

Attached are our thoughts. If these work for 200, I can move the IM. Ryan, Alexi, and I are all available to discuss, too.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, November 24, 2021 11:25 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Hi Greg. Have you heard any movement on this at your end? Happy Thanksgiving to you and your family!

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in HQ200 Directorate for Resources and Planning, who we are, and what we do?*
*Take a closer look at our teams HQ210, HQ220, HQ230, HQ260,and HQ200 Business.*

---

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, very helpful.

I'll circle back with Brian and WHB staff and get their responses.

Thanks, again.

David

David Jenkins, PhD
Assistant Director, Resources and Planning
Bureau of Land Management
U.S. Department of the Interior
760 Horizon Drive, Grand Junction, CO 81506
office: (970) 256-4951
mobile: (970) 852-1964
Directorate of Resources and Planning (HQ200)

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:12 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

_____
Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior

202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Jenkins, David B |
| **To:** | St George, Brian C; Russell, Gregory B |
| **Cc:** | Waddell, Holle |
| **Subject:** | Re: draft WH&B AIP IM |
| **Date:** | Monday, November 29, 2021 10:31:20 AM |

Thanks, Greg, for your work on this IM.

I'm fine with the changes, and note we will need to add a couple of attachments for the final version

Holle, please add your opinion.

Thanks,

David

David Jenkins, PhD
Assistant Director, Resources and Planning
Bureau of Land Management
U.S. Department of the Interior
760 Horizon Drive, Grand Junction, CO 81506
office: (970) 256-4951
mobile: (970) 852-1964
Directorate of Resources and Planning (HQ200)

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 10:00 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: draft WH&B AIP IM

Thanks Greg. I did have a very good holiday, thanks for asking.

I'm comfortable with these changes. But let me give deference to David and Holle' for final input.

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

BLM_004731

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are*, and* what we do*?*
*Take a closer look at our teams* HQ210*,* HQ220*,* HQ230*,* HQ260*,and* HQ200 Business*.*

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, November 29, 2021 7:20 AM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Hi Brian – I hope you had a great Thanksgiving!

I do have an update. While I wasn't at the meeting because I had a conflict, ████████
████████████████████████████████████████████████████████████
██████████████

Attached are our thoughts. If these work for 200, I can move the IM. Ryan, Alexi, and I are
all available to discuss, too.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, November 24, 2021 11:25 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Hi Greg. Have you heard any movement on this at your end? Happy Thanksgiving to you and
your family!

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are*, and* what we do*?*
*Take a closer look at our teams* HQ210*,* HQ220*,* HQ230*,* HQ260*,and* HQ200 Business*.*

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, very helpful.

I'll circle back with Brian and WHB staff and get their responses.

Thanks, again.

David

David Jenkins, PhD
Assistant Director, Resources and Planning
Bureau of Land Management
U.S. Department of the Interior
760 Horizon Drive, Grand Junction, CO 81506
office: (970) 256-4951
mobile: (970) 852-1964
Directorate of Resources and Planning (HQ200)

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:12 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks

and comments, we can also surname in DTS. But we wanted to check with you first.

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Waddell, Holle |
| **To:** | McGuire, Paul M |
| **Subject:** | FW: draft WH&B AIP IM |
| **Date:** | Monday, November 29, 2021 11:15:38 AM |
| **Attachments:** | BLM0028682 IM AIP 11-16-21_w comments.docx |
| | image001.png |

Paul – Not a fan of this, let's chat.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

## Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 11:00 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: draft WH&B AIP IM

Thanks Greg. I did have a very good holiday, thanks for asking.

I'm comfortable with these changes. But let me give deference to David and Holle' for final input.

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in HQ200 Directorate for Resources and Planning, who we are, and what we do? Take a closer look at our teams*

*HQ210*, *HQ220*, *HQ230*, *HQ260*, and *HQ200 Business*.

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, November 29, 2021 7:20 AM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Hi Brian – I hope you had a great Thanksgiving!

I do have an update. While I wasn't at the meeting because I had a conflict, ████████████████████ ████████████████████████████████████████████████

Attached are our thoughts. If these work for 200, I can move the IM. Ryan, Alexi, and I are all available to discuss, too.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, November 24, 2021 11:25 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Hi Greg. Have you heard any movement on this at your end? Happy Thanksgiving to you and your family!

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do? *Take a closer look at our teams* *HQ210*, *HQ220*, *HQ230*, *HQ260*, and *HQ200 Business*.

---

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, very helpful.
I'll circle back with Brian and WHB staff and get their responses.
Thanks, again.
David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:12 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

_____
Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

**From:** Waddell_Holle
**To:** Jenkins_David B; St George_Brian C; Russell_Gregory B
**Subject:** RE: draft WH&B AIP IM
**Date:** Monday, November 29, 2021 12:13:00 PM
**Attachments:** image001.png
BLM0028682 IM AIP 11-16-21_w HW comments.docx

Thank you for the opportunity to weigh in once more on the revised AIP IM.
Please see the attached IM for minor changes and comments. ████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Thank you,
Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov
*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

**Wild Horse and Burro | Bureau of Land Management**
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, November 29, 2021 11:31 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, for your work on this IM.

I'm fine with the changes, and note we will need to add a couple of attachments for the final version

Holle, please add your opinion.

Thanks,

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 10:00 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: draft WH&B AIP IM

Thanks Greg. I did have a very good holiday, thanks for asking.

I'm comfortable with these changes. But let me give deference to David and Holle' for final input.

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*? Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260,*and* HQ200 Business.

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, November 29, 2021 7:20 AM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Hi Brian – I hope you had a great Thanksgiving!

I do have an update. While I wasn't at the meeting because I had a conflict, ███████████

███████████████████████████████████████████

Attached are our thoughts. If these work for 200, I can move the IM. Ryan, Alexi, and I are all available to discuss, too.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, November 24, 2021 11:25 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Hi Greg. Have you heard any movement on this at your end? Happy Thanksgiving to you and your family!

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*? Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260,*and* HQ200 Business.

---

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, very helpful.

I'll circle back with Brian and WHB staff and get their responses.

Thanks, again.

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:12 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We re available if you want to discuss further. If you re good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

---

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Waddell Holle |
| **To:** | St George Brian C; Jenkins David B; Russell Gregory B |
| **Subject:** | RE: draft WH&B AIP IM |
| **Date:** | Monday, November 29, 2021 3:16:00 PM |
| **Attachments:** | image001.png |

I think additional discussion is needed. ██████████████████████████████████ ████████████████████████

Thank you,
Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov
*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

**Wild Horse and Burro | Bureau of Land Management**
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 3:13 PM
**To:** Waddell, Holle <hwaddell@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

██████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████

~ bsg
Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management
(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov
*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*? Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260, *and* HQ200 Business*.*

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Monday, November 29, 2021 11:14 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Thank you for the opportunity to weigh in once more on the revised AIP IM.
Please see the attached IM for minor changes and comments. ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

> ### Wild Horse and Burro | Bureau of Land Management
> FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
> www.blm.gov

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, November 29, 2021 11:31 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, for your work on this IM.

I'm fine with the changes, and note we will need to add a couple of attachments for the final version

Holle, please add your opinion.

Thanks,

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 10:00 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: draft WH&B AIP IM

Thanks Greg. I did have a very good holiday, thanks for asking.

I'm comfortable with these changes. But let me give deference to David and Holle' for final input.

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*? Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260,*and* HQ200 Business.

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, November 29, 2021 7:20 AM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Hi Brian – I hope you had a great Thanksgiving!

I do have an update. While I wasn't at the meeting because I had a conflict, ███████████████████████████████████████████████████████████

Attached are our thoughts. If these work for 200, I can move the IM. Ryan, Alexi, and I are all available to discuss, too.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, November 24, 2021 11:25 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Hi Greg. Have you heard any movement on this at your end? Happy Thanksgiving to you and your family!

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*? Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260,*and* HQ200 Business.

---

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, very helpful.

I'll circle back with Brian and WHB staff and get their responses.

Thanks, again.

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:12 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>

**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

BLM_004744

**From:** Waddell_Holle
**To:** Russell_Gregory B; St George_Brian C; Jenkins_David B
**Cc:** Sklar_Ryan M; Nathan_Alexi L
**Subject:** RE: draft WH&B AIP IM
**Date:** Monday, November 29, 2021 4:26:00 PM
**Attachments:** image001.png
BLM0028682 IM AIP 11-16-21_w HW_2 comments.docx

Thanks for your time today Brian and Greg.
All – Here is the revised AIP IM with the "up to" language added for your consideration. ████████████
████████████████████████████████████████████
█████████████████████████████████████████.

Thank you,
Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov
*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

### Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, November 29, 2021 3:16 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Holle. ██████████████████████████
██████████████████████████████████████████
█████████████████████████████
████████████████████████████████. While I wasn't
personally in the meeting with Nada, ████████████████████████
Looping Ryan and Alexi.

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 4:13 PM
**To:** Waddell, Holle <hwaddell@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are*, and* what we do*? Take a closer look at our teams* HQ210*,* HQ220*,* HQ230*,* HQ260 *and* HQ200 Business*.*

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Monday, November 29, 2021 11:14 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Thank you for the opportunity to weigh in once more on the revised AIP IM.
Please see the attached IM for minor changes and comments. ███████████████

███████████████████████████████████████████████████████████████████████████████

Thank you,
Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov
*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

### Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, November 29, 2021 11:31 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, for your work on this IM.
I'm fine with the changes, and note we will need to add a couple of attachments for the final version
Holle, please add your opinion.
Thanks,
David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 10:00 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: draft WH&B AIP IM

Thanks Greg. I did have a very good holiday, thanks for asking.

I'm comfortable with these changes. But let me give deference to David and Holle' for final input.

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do? *Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260, *and* HQ200 Business.

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, November 29, 2021 7:20 AM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Hi Brian – I hope you had a great Thanksgiving!

I do have an update. While I wasn't at the meeting because I had a conflict, ███████████████████████████

████████████████████████████     Attached are our thoughts. If these work for 200, I can move the IM. Ryan, Alexi, and I are all available to discuss, too.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, November 24, 2021 11:25 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Hi Greg. Have you heard any movement on this at your end? Happy Thanksgiving to you and your family!

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do? *Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260, *and* HQ200 Business.

---

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, very helpful.

I'll circle back with Brian and WHB staff and get their responses.

Thanks, again.

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

[Directorate of Resources and Planning (HQ200)](#)

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:12 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.

██████████████████████████████████████████████████████████████

We re available if you want to discuss further. If you re good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Russell, Gregory B |
| **To:** | St George, Brian C |
| **Subject:** | Re: draft WH&B AIP IM |
| **Date:** | Tuesday, November 30, 2021 9:17:35 AM |
| **Attachments:** | image001.png |

To be clear, there was no broader meaning or implication; I just thought I'd throw some Clash back at you.  =)

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, November 30, 2021 11:15 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Touche'

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in HQ200 Directorate for Resources and Planning, who we are, and what we do? Take a closer look at our teams HQ210, HQ220, HQ230, HQ260, and HQ200 Business.*

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Tuesday, November 30, 2021 9:07 AM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Got it. We'll stand by.

"I hate the civil service rules!" – Joe Strummer (*Career Opportunities*).

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, November 30, 2021 11:04 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

I think it's David's call at this point as Holle' and I have provided different recommendations. To paraphrase the English punk rock band the Clash...should it stay or should it go?

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are*, and* what we do*? Take a closer look at our teams* HQ210*,* HQ220*,* HQ230*,* HQ260*,and* HQ200 Business*.*

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Tuesday, November 30, 2021 8:54 AM
**To:** Waddell, Holle <hwaddell@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

These edits look good to me re: "up to."

---

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Monday, November 29, 2021 5:26 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Thanks for your time today Brian and Greg.

All – Here is the revised AIP IM with the "up to" language added for your consideration.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

**Wild Horse and Burro | Bureau of Land Management**
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, November 29, 2021 3:16 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Jenkins, David B <djenkins@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Holle. In the meeting, ██████████████████████████████████████
███████████████████████████████████████████████████████████████
█████████████████████████████████████████████

████████████████████████████████████████████████████. While I wasn't
personally in the meeting with Nada, █████████████████████████████████████

Looping Ryan and Alexi.

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 4:13 PM
**To:** Waddell, Holle <hwaddell@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in HQ200 Directorate for Resources and Planning, who we are, and what we do? Take a closer look at our teams HQ210, HQ220, HQ230, HQ260, and HQ200 Business.*

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Monday, November 29, 2021 11:14 AM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Thank you for the opportunity to weigh in once more on the revised AIP IM.

Please see the attached IM for minor changes and comments. ████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
███████████████████████████.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief (Acting)
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

### Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

---

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, November 29, 2021 11:31 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, for your work on this IM.
I'm fine with the changes, and note we will need to add a couple of attachments for the final version
Holle, please add your opinion.
Thanks,
David

David Jenkins, PhD
Assistant Director, Resources and Planning
Bureau of Land Management
U.S. Department of the Interior
760 Horizon Drive, Grand Junction, CO 81506
office: (970) 256-4951
mobile: (970) 852-1964
Directorate of Resources and Planning (HQ200)

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, November 29, 2021 10:00 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>

**Cc:** Jenkins, David B <djenkins@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: draft WH&B AIP IM

Thanks Greg. I did have a very good holiday, thanks for asking.

I'm comfortable with these changes. But let me give deference to David and Holle' for final input.

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* *who we are,* *and* *what we do*? *Take a closer look at our teams* *HQ210,* *HQ220,* *HQ230,* *HQ260,* *and* *HQ200 Business.*

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, November 29, 2021 7:20 AM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: draft WH&B AIP IM

Hi Brian – I hope you had a great Thanksgiving!

I do have an update. While I wasn't at the meeting because I had a conflict, ███████████████████
████████████████████████████████████████

Attached are our thoughts. If these work for 200, I can move the IM. Ryan, Alexi, and I are all available to discuss, too.

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, November 24, 2021 11:25 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: draft WH&B AIP IM

Hi Greg. Have you heard any movement on this at your end? Happy Thanksgiving to you and your family!

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* *who we are,* *and* *what we do*? *Take a closer look at our teams* *HQ210,* *HQ220,* *HQ230,* *HQ260,* *and* *HQ200 Business.*

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: draft WH&B AIP IM

Thanks, Greg, very helpful.
I'll circle back with Brian and WHB staff and get their responses.
Thanks, again.
David

David Jenkins, PhD
Assistant Director, Resources and Planning
Bureau of Land Management
U.S. Department of the Interior
760 Horizon Drive, Grand Junction, CO 81506
office: (970) 256-4951
mobile: (970) 852-1964
Directorate of Resources and Planning (HQ200)

---

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Monday, October 18, 2021 12:12 PM
**To:** Jenkins, David B <djenkins@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** draft WH&B AIP IM

Hi David and Brian – we've reviewed a few iterations of the draft AIP IM, recommending adjustments and flagging issues for the WH&B program. We have a few minor edits and a few issues we've spotted in the latest version, which is in DTS and which we wanted to run past both of you, especially since you've surnamed and I'm not sure we've discussed directly.



We're available if you want to discuss further. If you're good with the IM with our tweaks and comments, we can also surname in DTS. But we wanted to check with you first.

_____
Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Strauss, Toni L |
| **To:** | Jenkins, David B; St George, Brian C; Waddell, Holle; McGuire, Paul M; Fluer, Scott L |
| **Subject:** | AIP IM |
| **Date:** | Thursday, December 2, 2021 9:07:59 AM |
| **Attachments:** | BLM0028682 IM AIP 11-30-21.docx |

Attached is the current version in DTS for the AIP IM.

Toni Strauss

HQ-200 Resource Advisor

USDI Bureau of Land Management

# ADOPTION INCENTIVE PROGRAM FOR WILD HORSES AND BURROS

*IM ####*
Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240−0036
http://www.blm.gov

[DATE]

In Reply Refer To:
4750 (260) P

EMS TRANSMISSION 03/12/2019
Instruction Memorandum No. 2019-025
Expires: 09/30/2024

To:         All Field Office Officials

From:        Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area**: Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1]

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

**Administrative or Mission Related:** Mission.

**Policy/Action:**  The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive to adopters valued at up to $1,000  to defray the costs of care, such as veterinary services, feed and training. The incentive should be paid within 60 days after the adoption title date. BLM authorized personnel may make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, which is to increase the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.
- National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.
- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of those agreements.
- The BLM does not offer incentives under the AIP for animals purchased through the sales program.
- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.
- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an adoption application (4710-10), and have it approved by the BLM.
- Before providing adopters with an incentive valued at up to $1,000 within 60 days after an adopter obtains title to the animal, BLM authorized personnel should:

- o Ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM authorized officer; however, that adopter should not receive the incentive.
- o Ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement (and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4) for cash incentives) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- BLM authorized officers should generally provide an adopter with an incentive valued at up to $1,000. The BLM authorized officer must request through the Division Chief and obtain approval from the Assistant Director, Resources and Planning to provide an incentive valued at less than $1,000.

- The minimum adoption fee for animals offered under the AIP is $125 and may be determined competitively or non-competitively.

- The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months after the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- BLM authorized officers should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment XX).

- BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment XX) to adopters who are no longer eligible to participate in the AIP.Adopters who relinquish an animal, but retain other animals participating in

the AIP, remain eligible to receive incentive payments for the remaining animals 60 days after those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are relinquished to BLM remain eligible for adoption through the AIP.
- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **<u>NOT</u>** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel must also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure that adopters have submitted an ACH Vendor Miscellaneous Enrollment Form (SF 3881) and Title Application (4710-18) before issuing a cash incentive. BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM authorized officer, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive*:*

- o Adoption Incentive Agreement
  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number
  - ▪ Signed and dated by BLM Authorized Officer
  - ▪ Title date must be entered
  - ▪ Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)
- o ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 4), for cash incentives only
  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number
  - ▪ Banking information must be included
  - ▪ Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov or add the new Hot-Line Number Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:**  Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed and training. In August, 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/Handbook Sections Affected:**  This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:**  This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

Signed by:                         Authenticated by:

3 Attachments
   1 - Adoption Incentive WHBPS Guide (2 pp)
   2 - Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
   3 - ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)

BLM_004762

Thanks Toni!

Thank you.

Hello Waddell
Department of the Interior
Bureau of Land Management
Division Chief (Acting)
Division of Wild Horses and Burros, HQ-260
405 576 1444 (office)
205 605 3700 (cell)
bwaddell@blm.gov

"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative

https://www.blm.gov/programs/wild-horse-and-burro/first-anniversary

Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes in wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

-----Original Message-----
From: Strauss, Toni L <tstrauss@blm.gov>
Sent: Thursday, December 2, 2021 3:30 PM
To: Waddell, Bob, bwaddell@blm.gov; St George, Brina C <bstgeorg@blm.gov>; Jenkins, David R <djenkins@blm.gov>
Subject: FW: DTS Assignment- Adoption Incentive Payments IM

FYI. Alicia just returned the AIP IM in 208 with a request for me to "Please use IM and NTR template and add applicable information. Please also attach prior IM as background information."

I will work on her request and let you know when the new information has been uploaded.

Toni

-----Original Message-----
From: DTS@rhea.gov <DTS@rhea.gov>
Sent: Thursday, December 2, 2021 2:39 PM
To: Strauss, Toni L <tstrauss@blm.gov>
Subject: DTS Assignment- Adoption Incentive Payments IM

Hello and welcome to the DTS automated email alert!

Your office (HQ-260) has a task assigned to Toni L Strauss.

Please log in to the Data Tracking System at the following URL Address: https://pall2.safelinks.protection.outlook.com/?url=https%3A%2F%2Fdts.doi.gov%2F&data=...
and review Document Control Number (DCN)** BLM0028602

To move the document to the next office in the routing process, enter the task completed date for your office's routing in the routing screen and save the record.

Document Subject: Adoption Incentive Payments IM
Synopsis: This IM is an update to the existing AIP IM. See note to reviewer for summary of changes.
Action Required: 8 Sea Comments
Assigned By Office: HQ-260 User: Alicia M Austin Johnson

**Thank you!**

| | |
|---|---|
| **From:** | Waddell, Holle |
| **To:** | Jenkins, David B; St George, Brian C |
| **Cc:** | Strauss, Toni L |
| **Subject:** | Press Release (draft): Adoption Incentive Program (Revised Policy) |
| **Date:** | Thursday, December 2, 2021 5:10:00 PM |
| **Attachments:** | image001.png |
| | NR_Changes to AIP (HQ260).docx |

David/Brian – The press release announcing changes for the Adoption Incentive Program has been uploaded to the HQ-260 Microsoft Team Space, files tab located here Documents for Approval. I have also attached the file for your review and approval if the link is not accessible.

It is ready for review and DAD/AD approval. Barring any further edits, you may have, it is ready for review and approval by HQ-600.

Please let me know if you have any questions/comments, happy to discuss further.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov
*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

## Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

BLM_004764



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
Date:

## BLM implements changes for wild horse and burro Adoption Incentive Program to enhance protections
### *Successful program presented opportunities for refinement*

**GRAND JUNCTION, Colorado**– Today the Bureau of Land Management implemented changes to the Wild Horse and Burro Adoption Incentive Program (AIP) to enhance existing protections for adopted wild horses and burros. The AIP intends to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at up to $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training.

These initial changes include completing mandatory compliance inspections of AIP animals within six months of adoption rather than the first year. Additionally, title applications must be signed by a veterinarian or BLM authorized officer for the adopter to receive the incentive. The incentive will now be made within 60 days of title date, rather than $500 at time of adoption and $500 at time of title. Finally, the minimum adoption fee for AIP animals was increased from $25 to $125.

These changes are layered upon the existing protections which require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The opportunity to refine the AIP presented itself this year considering the record-setting number of adoptions and sales of wild horses and burros. The BLM placed 8,637 animals into private care, surpassing performance levels over the past 24 years. Nearly 45 percent of placements was marked by participants in the AIP.

 "We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the Adoption Incentive Program has provided the boost that approved participants have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "Through its success, there

is now opportunity to further protections for America's adopted wild horses and burros, and I would especially encourage all capable, potential adopters to give a wild horse or burro a good home."

Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit the adopted animal.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the Adoption Incentive Program at BLM.gov/adoption-incentive.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

Follow the BLM Wild Horse and Burro Program on Facebook and Twitter

**From:**          Strauss, Toni L
**To:**            McGuire, Paul M; Waddell, Holle
**Subject:**       Revised AIP IM
**Date:**          Friday, December 3, 2021 9:12:59 AM
**Attachments:**   BLM0028682 WHB AIP IM revision.docx

Before I upload the AIP IM in the requested format, there are a few items in the document that should be addressed:

Instruction Memorandum No. 2019-025 – Is this the original IM # and should the revision have a new number?

Adoption Incentive Ineligibility Letter (Attachment XX) – There is not currently an attachment with a sample adoption incentive ineligibility letter

add the new Hot-Line Number – Do we know what the NOC hot line number is?

Toni Strauss

HQ-200 Resource Advisor

USDI Bureau of Land Management



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



December XX, 2021

In Reply Refer To:

4750 (260) P

Instruction Memorandum No. 2019-025

Expires: 9/30/2024

To:             All Field Office Officials

From:           Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area:** Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1]

**Administrative or Mission Related:**  Mission

**Policy/Action:** The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive to adopters valued at up to $1,000 to defray the costs of care, such as veterinary services, feed and training. The incentive should be paid within 60 days after the adoption title date. BLM authorized personnel may make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

incentives in addition to cash payments that will advance the purpose of this policy, which is to increase the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.

- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of those agreements.

- The BLM does not offer incentives under the AIP for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.

- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an adoption application (4710-10), and have it approved by the BLM.

- Before providing adopters with an incentive valued at up to $1,000 within 60 days after an adopter obtains title to the animal, BLM authorized personnel should:

  o Ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM authorized officer; however, that adopter should not receive the incentive.

  o Ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement (and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3) for cash incentives) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- BLM authorized officers should generally provide an adopter with an incentive valued at up to $1,000. The BLM authorized officer must request through the Division Chief and obtain approval from the Assistant Director, Resources and Planning to provide an incentive valued at less than $1,000.

- The minimum adoption fee for animals offered under the AIP is $125 and may be determined competitively or non-competitively.

- The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months after the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals.*" These reports will be available to BLM employees after the animal information is entered into WHBPS.

- BLM authorized officers should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

- BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment XX) to adopters who are no longer eligible to participate in the AIP. Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals 60 days after those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are relinquished to BLM remain eligible for adoption through the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel must also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure that adopters have submitted an ACH Vendor Miscellaneous Enrollment Form (SF 3881) and Title Application (4710-18) before issuing a cash incentive. BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM authorized officer, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive:

- o  Adoption Incentive Agreement

    - ▪  Signed and dated by Adopter with correct name associated with Social Security Number

    - ▪  Signed and dated by BLM Authorized Officer

    - ▪  Title date must be entered

    - ▪  Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)

- ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3), for cash incentives only

  - Signed and dated by Adopter with correct name associated with Social Security Number

  - Banking information must be included

  - Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov or add the new Hot-Line Number Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed and training. In August 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/ Handbook Sections Affected:** This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:** This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

_____

David Jenkins
Assistant Director, Resources and Planning
HQ200

3 Attachments

 1 -Adoption Incentive WHBPS Guide (2 pp)

 2 -Adoption Incentive Agreement 4710-25 Example _ordered from PMDS_ (2 pp)

 3 -ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)

BLM_004773

# Helpful Hints for Using this Template
*Courtesy of HQ630/National Directives Program (November 2020)*

**Attachments:** Attachments must be identified in the body of the IM/IB and attachment pages numbered.

- **One-page attachments**:  Only the Attachment number is needed, i.e., Attachment 2.
- **Word and PDF attachments**: Each page of Word and PDF attachments must be identified with the number of the attachment readily visible on every page. Page numbers must be numbered consecutively for each attachment, beginning with page 1. For example, Attachment 1-1, Attachment 1-2, etc.
- **Excel attachments:** No page numbers are needed.  The number of tabs may be added at the author's discretion.
- **Materials previously numbered (memorandums, booklets, large-volume materials):** The attachment number is placed on the cover page or the first page of the document with the total number of pages of the attachment specified.

---

**Differentiating between IMs and IBs**

Instruction Memorandums:

1. Contain new policy or procedures that must reach BLM employees quickly.
2. Interpret existing policies.
3. Provide one-time instructions.

They are issued only when urgency compels release of a directive before the information can be incorporated into a Manual Section or when the issue treated is a one-time occurrence.

Information Bulletins:

1. Disseminate information of interest to BLM employees. They do not contain new BLM policy, procedures or instructional material.
2. Call attention to existing policies or procedures.
3. Transmit material such as publication and announcements.
4. Require action or response for BLM officials such as confirming attendance at meetings, commenting on draft documents or providing requested information.
5. IBs may have a due date (DD) if they require a response.

---

**Classifying directives as Public, Internal, or Restricted**

*\*Public (P).* Use "P" on directives that can be viewed by everyone, including the public.  The "P" designation is used when the content of the directive is a policy or practice that directly affects a member of the public and all information is releasable under the FOIA (e.g., a directive on the BLM's application process for grazing allotments).  Directives with a "P" designation must be posted on both the BLM Freedom of Information Act Electronic Reading Room

*Internal (I).* Use "I" on directives that only can be viewed by BLM staff.  The "I" designation is used when (1) the content of the directive contains information requiring a review under FOIA, and/or (2) when the content is strictly an internal BLM policy or procedure that does not affect the public (e.g., a Manual Section on Time and Attendance).  Directives with an "I" designation must be posted only on the BLM Directives Website.

*Restricted (R).* Use "R" on directives with access restricted to specific BLM staff.  The "R" designation is used when the content of the directive is administratively sensitive and viewing is restricted to limited BLM personnel who have "a need to know" (i.e., only the person(s) the directive is addressed to, not all BLM employees and not for public release).  Example of use:  a directive explaining sensitive security or law enforcement procedures.  Directives with an "R" designation will **not** be posted (linked) on either the BLM FOIA Electronic Reading Room website or the BLM Directives Website; however, they will be identified on the BLM Directives Website index (listed, but not linked).

BLM_004775

| | |
|---|---|
| **From:** | Waddell, Holle |
| **To:** | Strauss, Toni L; McGuire, Paul M; Ruhs, Amy G |
| **Subject:** | RE: Revised AIP IM |
| **Date:** | Friday, December 3, 2021 10:30:00 AM |
| **Attachments:** | image001.png |
| | Adopter Ineligibility Letter_Attachment 4.docx |
| | BLM0028682 WHB AIP IM revision_HW edits.docx |

Hi Toni and good morning! I believe directives will issue a new number which brings up a good point. We also need to add language in the newly revised IM that references the previous IM. Please see the attached documents with revisions to the IM to reflect the number; reference to previous IM; update email/hotline information; and attachment 4. Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov
*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

**Wild Horse and Burro | Bureau of Land Management**
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** Strauss, Toni L <tstrauss@blm.gov>
**Sent:** Friday, December 3, 2021 9:13 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Subject:** Revised AIP IM

Before I upload the AIP IM in the requested format, there are a few items in the document that should be addressed:

Instruction Memorandum No. 2019-025 – Is this the original IM # and should the revision have a new number?

Adoption Incentive Ineligibility Letter (Attachment XX) – There is not currently an attachment with a sample adoption incentive ineligibility letter

add the new Hot-Line Number – Do we know what the NOC hot line number is?

Toni Strauss
HQ-200 Resource Advisor
USDI Bureau of Land Management



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



December XX, 2021

In Reply Refer To:

4750 (260) P

Instruction Memorandum No. 2021-XXX

Expires: 9/30/2024

To:            All Field Office Officials

From:          Assistant Director, Resources and Planning

Subject:       Adoption Incentive Program for Wild Horses and Burros

**Program Area:** Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1] This IM supersedes IM No. 2019-025, Adoption Incentive Program for Wild Horses and Burros.

**Administrative or Mission Related:** Mission

**Policy/Action:** The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive to adopters valued at up to $1,000 to defray the costs of care, such as veterinary services, feed and training. The incentive should be paid within 60 days after the adoption title date. BLM authorized personnel may make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

incentives in addition to cash payments that will advance the purpose of this policy, which is to increase the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.

- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of those agreements.

- The BLM does not offer incentives under the AIP for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.

- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an adoption application (4710-10), and have it approved by the BLM.

- Before providing adopters with an incentive valued at up to $1,000 within 60 days after an adopter obtains title to the animal, BLM authorized personnel should:

  o Ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM authorized officer; however, that adopter should not receive the incentive.

  o Ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement (and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3) for cash incentives) are completed and submitted to the NOC for processing of the incentive.

- BLM authorized officers should generally provide an adopter with an incentive valued at up to $1,000. The BLM authorized officer must request through the Division Chief and obtain approval from the Assistant Director, Resources and Planning to provide an incentive valued at less than $1,000.

- The minimum adoption fee for animals offered under the AIP is $125 and may be determined competitively or non-competitively.

- The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals annually; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer. As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s) (up to a maximum of four untitled animals at any one time) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months after the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- BLM authorized officers should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

- BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 4) to adopters who are no longer eligible to participate in the AIP. Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals 60 days after those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are relinquished to BLM remain eligible for adoption through the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel must also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure that adopters have submitted an ACH Vendor Miscellaneous Enrollment Form (SF 3881) and Title Application (4710-18) before issuing a cash incentive. BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the NOC for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM authorized officer, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive:

- o   Adoption Incentive Agreement

    - ▪   Signed and dated by Adopter with correct name associated with Social Security Number

    - ▪   Signed and dated by BLM Authorized Officer

    - ▪   Title date must be entered

    - ▪   Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)

- o   ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3), for cash incentives only

- Signed and dated by Adopter with correct name associated with Social Security Number

- Banking information must be included

- Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to the NOC for processing.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC. Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov with any concerns or questions.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed and training. In August 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/ Handbook Sections Affected:** This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:** This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

_____

David Jenkins
Assistant Director, Resources and Planning
HQ200


3 Attachments

    1 - Adoption Incentive WHBPS Guide (2 pp)
    2 - Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
    3 - ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)
    4 - Adoption Incentive Ineligibility Letter (1 p)

BLM_004782

## Helpful Hints for Using this Template
*Courtesy of HQ630/National Directives Program (November 2020)*

**Attachments:** Attachments must be identified in the body of the IM/IB and attachment pages numbered.

- **One-page attachments**:  Only the Attachment number is needed, i.e., Attachment 2.
- **Word and PDF attachments**: Each page of Word and PDF attachments must be identified with the number of the attachment readily visible on every page. Page numbers must be numbered consecutively for each attachment, beginning with page 1. For example, Attachment 1-1, Attachment 1-2, etc.
- **Excel attachments:** No page numbers are needed.  The number of tabs may be added at the author's discretion.
- **Materials previously numbered (memorandums, booklets, large-volume materials):** The attachment number is placed on the cover page or the first page of the document with the total number of pages of the attachment specified.

---

**Differentiating between IMs and IBs**

Instruction Memorandums:

1. Contain new policy or procedures that must reach BLM employees quickly.
2. Interpret existing policies.
3. Provide one-time instructions.

They are issued only when urgency compels release of a directive before the information can be incorporated into a Manual Section or when the issue treated is a one-time occurrence.

Information Bulletins:

1. Disseminate information of interest to BLM employees. They do not contain new BLM policy, procedures or instructional material.
2. Call attention to existing policies or procedures.
3. Transmit material such as publication and announcements.
4. Require action or response for BLM officials such as confirming attendance at meetings, commenting on draft documents or providing requested information.
5. IBs may have a due date (DD) if they require a response.

**Classifying directives as Public, Internal, or Restricted**

*\*Public (P).* Use "P" on directives that can be viewed by everyone, including the public.  The "P" designation is used when the content of the directive is a policy or practice that directly affects a member of the public and all information is releasable under the FOIA (e.g., a directive on the BLM's application process for grazing allotments).  Directives with a "P" designation must be posted on both the BLM Freedom of Information Act Electronic Reading Room*

*Internal (I).* Use "I" on directives that only can be viewed by BLM staff.  The "I" designation is used when (1) the content of the directive contains information requiring a review under FOIA, and/or (2) when the content is strictly an internal BLM policy or procedure that does not affect the public (e.g., a Manual Section on Time and Attendance).  Directives with an "I" designation must be posted only on the BLM Directives Website.*

*Restricted (R).* Use "R" on directives with access restricted to specific BLM staff.  The "R" designation is used when the content of the directive is administratively sensitive and viewing is restricted to limited BLM personnel who have "a need to know" (i.e., only the person(s) the directive is addressed to, not all BLM employees and not for public release).  Example of use:  a directive explaining sensitive security or law enforcement procedures.  Directives with an "R" designation will **not** be posted (linked) on either the BLM FOIA Electronic Reading Room website or the BLM Directives Website; however, they will be identified on the BLM Directives Website index (listed, but not linked).*

BLM_004784

In Reply To:
4750 (260)

February 23, 2022
CERTIFIED MAIL # _____

[Adopter Name]
[Adopter Address]
[Adopter City, State and Zip Code]

Dear [Adopter Name]:

The purpose of the Adoption Incentive Program (AIP) is to increase the number of wild horses and burros placed into private care through offering financial incentives to adopt untrained animals. Increasing the placement of adopted animals into good, caring homes is of critical importance to the Bureau of Land Management (BLM). Failure to adhere to the terms of adoption set forth in the Private Maintenance and Care Agreement, the Adoption Incentive Agreement or failure to adhere to prohibited acts as defined by 43 C.F.R. Part 4700, will result in ineligibility to participate in the AIP.

You are no longer eligible to participate in the AIP for the following reason (s):

[INSERT VIOLATION]

Within 30 days from receipt of this decision, you have the right of appeal to the Board of Land Appeals, Office of Hearings and Appeals, 4015 Wilson Boulevard, Arlington, Virginia 22203, in accordance with the regulations at 43 CFR, Part 4, if you disagree with this decision. You are required to provide a Statement of Reasons to the Board of Land Appeals and a copy to the Regional Solicitor's Office (contact your local BLM Office of jurisdiction for the address). Please provide your local BLM Office of jurisdiction a copy of the appeal and Statement of Reasons. The appellant has the burden of showing that the decision appealed from is in error.

If you have further questions, contact your local BLM office [INSERT BLM OFFICE INFORMATION] or call 866.468.7826.

Sincerely,

Enclosure: Form 1842-1 (Information on Taking Appeals to the Board of Appeals)

Attachment 4

BLM_004785

| From: | Waddell, Holle |
|---|---|
| To: | Lutterman, Jason W |
| Cc: | Tiel-Nelson, Heather J; Fluer, Scott L; McGuire, Paul M |
| Subject: | AD Approved: Adoption Incentive Program (Revised Policy) |
| Date: | Friday, December 3, 2021 12:20:17 PM |
| Attachments: | NR_Changes to AIP (HQ260).docx |
| | image001.png |

Jason – Attached is the AD reviewed and approved PR for the Adoption Incentive Program. It is ready for HQ-600 review and approval.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

## Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

BLM_004786



**U.S. Department of the Interior
Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
Date:

## BLM implements changes for wild horse and burro Adoption Incentive Program to enhance protections
### *Successful program presented opportunities for refinement*

**GRAND JUNCTION, Colorado**– Today the Bureau of Land Management implemented changes to the Wild Horse and Burro Adoption Incentive Program (AIP) to enhance existing protections for adopted wild horses and burros. The AIP intends to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at up to $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training.

These initial changes include completing mandatory compliance inspections of AIP animals within six months of adoption rather than the first year. Additionally, title applications must be signed by a veterinarian or BLM authorized officer for the adopter to receive the incentive. The incentive will now be made within 60 days of title date, rather than $500 at time of adoption and $500 at time of title. Finally, the minimum adoption fee for AIP animals was increased from $25 to $125.

These changes are layered upon the existing protections which require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The opportunity to refine the AIP presented itself this year considering the record-setting number of adoptions and sales of wild horses and burros. The BLM placed 8,637 animals into private care, surpassing performance levels over the past 24 years. Nearly 45 percent of placements was marked by participants in the AIP.

 "We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the Adoption Incentive Program has provided the boost that approved participants have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "Through its success, there

BLM_004787

is now opportunity to further protections for America's adopted wild horses and burros, and I would especially encourage all capable, potential adopters to give a wild horse or burro a good home."

Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit the adopted animal.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the Adoption Incentive Program at BLM.gov/adoption-incentive.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

Follow the BLM Wild Horse and Burro Program on Facebook and Twitter

| **From:** | Lutterman, Jason W |
|---|---|
| **To:** | Sharpe, Alyse N; Crandall, Megan; Fuhs, Gregory L |
| **Cc:** | Tiel-Nelson, Heather J; Waddell, Holle; McGuire, Paul M; Fluer, Scott L |
| **Subject:** | WHB AIP Changes News Release |
| **Date:** | Friday, December 3, 2021 1:00:02 PM |
| **Attachments:** | WHB_Draft NR Changes to AIP (HQ260).docx |

Hi All,

Here's another WHB news release for your consideration. With the new WHB Adoption Incentive IM getting close to being ready, this news release was drafted to announce the changes. It has been approved through AD200.

We've put a blurb in the ASLM report this week for a potential release of Dec. 16, though this depends on the IM being approved.

Thanks,
Jason
---
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
DATE

## BLM implements changes for wild horse and burro Adoption Incentive Program to enhance protections

*Successful program presented opportunities for refinement*

**GRAND JUNCTION, Colorado**– Today the Bureau of Land Management implemented changes to the Wild Horse and Burro Adoption Incentive Program (AIP) to enhance existing protections for adopted wild horses and burros. The AIP intends to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at up to $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training.

These initial changes include completing mandatory compliance inspections of AIP animals within six months of adoption rather than the first year. Additionally, title applications must be signed by a veterinarian or BLM authorized officer for the adopter to receive the incentive. The incentive will now be made within 60 days of title date, rather than $500 at time of adoption and $500 at time of title. Finally, the minimum adoption fee for AIP animals was increased from $25 to $125.

These changes are layered upon the existing protections which require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The opportunity to refine the AIP presented itself this year considering the record-setting number of adoptions and sales of wild horses and burros. The BLM placed 8,637 animals into private care, surpassing performance levels over the past 24 years. Nearly 45 percent of placements was marked by participants in the AIP.

 "We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the Adoption Incentive Program has provided the boost that approved participants have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "Through its success, there is now opportunity to further protections for America's adopted wild horses and burros, and I

would especially encourage all capable, potential adopters to give a wild horse or burro a good home."

Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit the adopted animal.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the Adoption Incentive Program at BLM.gov/adoption-incentive.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

Follow the BLM Wild Horse and Burro Program on Facebook and Twitter

**From:**      Austin Johnson, Alicia M
**To:**        Waddell, Holle
**Subject:**   IAP IM Alicia"s comments
**Date:**      Wednesday, December 8, 2021 5:44:38 PM
**Attachments:** BLM0028682 WHB AIP IM revision aaj.docx
               image001.png

---

*Alicia Austin Johnson*

Advisor - Office of the Director

Bureau of Land Management

760 Horizon Drive

Grand Junction, CO 81506

(970)-256-4939 (O)

*(970)773-4418 (C)*

*aaustinjohnson@blm.gov*



**From:** Austin Johnson, Alicia M
**To:** Waddell, Holle; Strauss, Toni L
**Subject:** RE: IAP IM Alicia"s comments
**Date:** Thursday, December 9, 2021 9:45:04 AM
**Attachments:** BLM0028682 WHB AIP IM revision aaj.docx
image001.png
AIP_Form4710_25_att2 (5) aaj.pdf

---

Please use this version, added one comment. Also have a comment on att 2.

Looking forward to speaking with you in a few. Thanks!

**From:** Austin Johnson, Alicia M
**Sent:** Wednesday, December 8, 2021 4:45 PM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** IAP IM Alicia's comments

*Alicia Austin Johnson*

Advisor - Office of the Director

Bureau of Land Management

760 Horizon Drive

Grand Junction, CO 81506

(970)-256-4939 (O)

*(970)773-4418 (C)*

*aaustinjohnson@blm.gov*



**THIS IS A SAMPLE**

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: Jane | Middle Name: B. | Last Name: Doe |
|---|---|---|

| Address: 1234 Anywhere Lane | City Sun Valley | State: CA |
|---|---|---|

| Zip Code: 91354 | Email Address: none@mail.com |
|---|---|

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code | Source Year: 2019 *BLM USE ONLY* |
|---|---|---|---|---|---|---|---|
| #1 | 12345678 | $ 500 | 1/1/2097 | 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #2 | 23456789 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #3 | 87654321 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |
| #4 | 98765432 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB | |

I_____choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms below for all wild horses and burros adopted under this BLM Adoption Incentive Agreement.*

JD_____ I have read and understand the terms of adoption and prohibited acts.

JD_____ I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

JD_____ In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

JD_____ I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

JD_____ I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

JD_____ I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881), a completed Title Application (4710-18) and satisfying the Title Qualifications listed on page 2.

JD_____ I certify that I am not a BLM employee, immediate family member (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent,  aunt, uncle, niece, nephew,   or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of a BLM employee or individual, family member of an individual, or organization receiving BLM funds either through a contract or agreement.

I_____Jane B. Doe_____(Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM Adoption Incentive Agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

JD_____ Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature:_____BLM authorized officer: _____

**From:** Waddell, Holle
**To:** McGuire, Paul M
**Subject:** FW: IAP IM Alicia"s comments
**Date:** Thursday, December 9, 2021 10:07:00 AM
**Attachments:** BLM0028682 WHB AIP IM revision aaj.docx
image001.png
AIP_Form4710_25_att2 (5) aaj.pdf
image002.png

FYI – For today's meeting.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

> ## Wild Horse and Burro | Bureau of Land Management
> FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
> www.blm.gov

**From:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Sent:** Thursday, December 9, 2021 9:45 AM
**To:** Waddell, Holle <hwaddell@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** RE: IAP IM Alicia's comments

Please use this version, added one comment. Also have a comment on att 2.

Looking forward to speaking with you in a few. Thanks!

**From:** Austin Johnson, Alicia M
**Sent:** Wednesday, December 8, 2021 4:45 PM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** IAP IM Alicia's comments

*Alicia Austin Johnson*

Advisor - Office of the Director

Bureau of Land Management

760 Horizon Drive

Grand Junction, CO 81506

(970)-256-4939 (O)

*(970)773-4418 (C)*

aaustinjohnson@blm.gov



**THIS IS A SAMPLE**

Form 4710-25
(June 2018)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**ADOPTION INCENTIVE AGREEMENT**

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Adopter's First Name: Jane | Middle Name: B. | Last Name: Doe |
|---|---|---|
| Address: 1234 Anywhere Lane | City Sun Valley | State: CA |
| Zip Code: 91354 | Email Address: none@mail.com | |

Source Year: 2019 *BLM USE ONLY*

| | Animal Identification *(Freezemark/Signalment Key)* | Incentive Amount (1st) | Adoption Date | Incentive Amount (2nd) | Title Date | Cost Code |
|---|---|---|---|---|---|---|
| #1 | 12345678 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #2 | 23456789 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #3 | 87654321 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |
| #4 | 98765432 | $ 500 | 1/1/2097 | $ 500 | 1/1/2098 | LLWO260000 L10600000.HG0000 LXSIADOPTWHB |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms below for all wild horses and burros adopted under this BLM Adoption Incentive Agreement.*

JD _____ I have read and understand the terms of adoption and prohibited acts.

JD _____ I understand that I can adopt four animals through the BLM adoption incentive program within 12 months.

JD _____ In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

JD _____ I understand I will lose my eligibility to participate in the adoption incentive program in the future if I return two or more animals within any 12 month period.

JD _____ I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

JD _____ I understand that I become eligible to receive (i) a first adoption incentive payment of $500 within 60 days of the adoption date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881) and taking possession of a wild horse or burro through the BLM's adoption program; and (ii) a second adoption incentive payment of $500 within 60 days of the title date by submitting the Adoption Incentive Agreement (4710-25), ACH Form (SF 3881), a completed Title Application (4710-18) and satisfying the Title Qualifications listed on page 2.

JD _____ I certify that I am not a BLM employee, immediate family member (spouse, domestic partner, cohabitant, child, stepchild, grandchild, parent, stepparent, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, great grandparent, aunt, uncle, niece, nephew, or first cousin (that is, a child of an aunt or uncle), sibling, half-sibling, stepsibling, brother-in-law, sister-in-law, including adoptive relationships) of a BLM employee or individual, family member of an individual, or organization receiving BLM funds either through a contract or agreement.

I Jane B. Doe _____ (Print Name) understand that failure to comply with the following terms may result in the cancellation of this BLM Adoption Incentive Agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions results in a financial liability to BLM, the BLM will pursue collection from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

JD _____ Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

Adopter Signature: _____ BLM authorized officer: _____

BLM_004796

*(Continued on Page 2)*                                                                 (Form 4710-25)

| | |
|---|---|
| **From:** | Strauss, Toni L |
| **To:** | Austin Johnson, Alicia M |
| **Subject:** | RE: IAP IM Alicia"s comments |
| **Date:** | Thursday, December 9, 2021 12:54:39 PM |
| **Attachments:** | BLM0028682 WHB AIP IM revision aaj.docx |
| | image001.png |

See attached.

Toni

**From:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Sent:** Thursday, December 9, 2021 11:40 AM
**To:** Strauss, Toni L <tstrauss@blm.gov>
**Subject:** RE: IAP IM Alicia's comments

Thanks! Another thing (sorry to be picky) – do you mind addressing the other two comments asking for updates to the attachments – stating they are done?  That will make it easier moving forward so it doesn't get addressed again.

**From:** Strauss, Toni L <tstrauss@blm.gov>
**Sent:** Thursday, December 9, 2021 11:26 AM
**To:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Subject:** RE: IAP IM Alicia's comments

I think you just wanted me to address a couple comments in one paragraph.  I have done so.  If I missed something else, please let me know.

Toni

**From:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Sent:** Thursday, December 9, 2021 8:45 AM
**To:** Waddell, Holle <hwaddell@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** RE: IAP IM Alicia's comments

Please use this version, added one comment. Also have a comment on att 2.
Looking forward to speaking with you in a few. Thanks!

**From:** Austin Johnson, Alicia M
**Sent:** Wednesday, December 8, 2021 4:45 PM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** IAP IM Alicia's comments

*Alicia Austin Johnson*

Advisor - Office of the Director

Bureau of Land Management

760 Horizon Drive

Grand Junction, CO 81506

(970)-256-4939 (O)

*(970)773-4418 (C)*

*aaustinjohnson@blm.gov*



| | |
|---|---|
| **From:** | Austin Johnson, Alicia M |
| **To:** | Sklar, Ryan M |
| **Cc:** | Russell, Gregory B; Waddell, Holle; Strauss, Toni L |
| **Subject:** | AIP Meeting follow-up |
| **Date:** | Thursday, December 9, 2021 2:19:24 PM |
| **Attachments:** | image001.png |
| | BLM0028682 WHB AIP IM revision aaj ts.docx |
| | WHB_Draft NR Changes to AIP (HQ260)aaj.docx |

Hi Ryan,

HQ-260 went ahead and updated the other attachments I mentioned in the meeting to match the language in the IM and I updated the NR attached. So would you please take a quick look at my comments on the AIP and maybe respond briefly to the language choice comment – otherwise I could simply restate what you stated.

Thanks!

Alicia

*Alicia Austin Johnson*

Advisor - Office of the Director

Bureau of Land Management

760 Horizon Drive

Grand Junction, CO 81506

(970)-256-4939 (O)

*(970)773-4418 (C)*

*aaustinjohnson@blm.gov*





U.S. Department of the Interior
Bureau of Land Management

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
DATE

## BLM implements changes for wild horse and burro Adoption Incentive Program to enhance protections
*Successful program presented opportunities for refinement*

**GRAND JUNCTION, Colorado**– Today the Bureau of Land Management implemented changes to the Wild Horse and Burro Adoption Incentive Program (AIP) to enhance existing protections for adopted wild horses and burros. The AIP intends to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at up to $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training.

These initial changes include completing ~~mandatory~~ compliance inspections of AIP animals within six months of adoption rather than the first year. Additionally, title applications ~~must~~ should be signed by a veterinarian or BLM authorized officer for the adopter to receive the incentive. The incentive will now be made within 60 days of title date, rather than $500 at time of adoption and $500 at time of title. Finally, the minimum adoption fee for AIP animals was increased from $25 to $125.

> **Commented [AJAM1]:** "should" used in IM indicating it some discretion rather than mandatory.
>
> **Commented [AJAM2]:** Same comment as above.

These changes are layered upon the existing protections which require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

The opportunity to refine the AIP presented itself this year considering the record-setting number of adoptions and sales of wild horses and burros. The BLM placed 8,637 animals into private care, surpassing performance levels over the past 24 years. Nearly 45 percent of placements was marked by participants in the AIP.

 "We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the Adoption Incentive Program has provided the boost that approved participants have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "Through its success, there is now opportunity to further protections for America's adopted wild horses and burros, and I

would especially encourage all capable, potential adopters to give a wild horse or burro a good home."

Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit the adopted animal.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the Adoption Incentive Program at BLM.gov/adoption-incentive.

-BLM-

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

Follow the BLM Wild Horse and Burro Program on Facebook and Twitter

**From:** Waddell, Holle
**To:** Austin Johnson, Alicia M; Sklar, Ryan M
**Cc:** Russell, Gregory B; Strauss, Toni L
**Subject:** RE: AIP Meeting follow-up
**Date:** Friday, December 10, 2021 2:00:55 PM
**Attachments:** image002.png
                 image003.png

---

Alicia – Please let me know if you need anything as you finalize and move the record forward.

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

**Wild Horse and Burro | Bureau of Land Management**
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

---

**From:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Sent:** Friday, December 10, 2021 2:14 PM
**To:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Cc:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** RE: AIP Meeting follow-up

Thanks so much!
Alicia

---

**From:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Sent:** Friday, December 10, 2021 1:09 PM
**To:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Cc:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** Re: AIP Meeting follow-up

Hi Alicia,

Thanks for the chance to review these materials. Here's a copy of the IM that reflects our conversation from this afternoon. I think you can go ahead and delete the resolved comments at this point and move this forward in DTS.

Thanks!
Ryan

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

---

**From:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Sent:** Thursday, December 9, 2021 3:19 PM
**To:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Cc:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** AIP Meeting follow-up

Hi Ryan,
HQ-260 went ahead and updated the other attachments I mentioned in the meeting to match the language in the IM and I updated the NR attached. So would you please take a quick look at my comments on the AIP and maybe respond briefly to the language choice comment – otherwise I could simply restate what you stated.
Thanks!
Alicia

*Alicia Austin Johnson*
Advisor - Office of the Director
Bureau of Land Management
760 Horizon Drive
Grand Junction, CO 81506
(970)-256-4939 (O)
*(970)773-4418 (C)*
aaustinjohnson@blm.gov



| | |
|---|---|
| **From:** | Sklar, Ryan M |
| **To:** | Austin Johnson, Alicia M |
| **Cc:** | Russell, Gregory B; Waddell, Holle; Strauss, Toni L |
| **Subject:** | Re: AIP Meeting follow-up |
| **Date:** | Friday, December 10, 2021 2:08:56 PM |
| **Attachments:** | image001.png |
| | BLM0028682 WHB AIP IM revision 12.10.21.docx |

Hi Alicia,

Thanks for the chance to review these materials. Here's a copy of the IM that reflects our conversation from this afternoon. I think you can go ahead and delete the resolved comments at this point and move this forward in DTS.

Thanks!
Ryan

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

---

**From:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Sent:** Thursday, December 9, 2021 3:19 PM
**To:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Cc:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>; Waddell, Holle <hwaddell@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** AIP Meeting follow-up
Hi Ryan,
HQ-260 went ahead and updated the other attachments I mentioned in the meeting to match the language in the IM and I updated the NR attached. So would you please take a quick look at my comments on the AIP and maybe respond briefly to the language choice comment – otherwise I could simply restate what you stated.
Thanks!
Alicia
*Alicia Austin Johnson*
Advisor - Office of the Director
Bureau of Land Management
760 Horizon Drive
Grand Junction, CO 81506
(970)-256-4939 (O)
*(970)773-4418 (C)*
*aaustinjohnson@blm.gov*



BLM_004805

| | |
|---|---|
| **From:** | Gamper, Merry E |
| **To:** | Stone-Manning, Tracy M; Culver, Nada L; Jenkins, David B |
| **Cc:** | Nedd, Michael D; Lawyer, Mark G; Austin Johnson, Alicia M; Moran, Jill C |
| **Subject:** | Fw: AIP AR - ████████████ |
| **Date:** | Monday, December 13, 2021 12:56:15 PM |
| **Attachments:** | programs_wildhorse_gathers_wyoming_2014Checkerboard_CatergoricalExclusion.pdf |
| | CX documentation form.pdf |

Hi everyone.

████████████████████████████████████████████
██████████████████████████████

███████████████████████████████████████████. Alicia

has the DTS package and our thought was to add ████████████ to the DTS package

before moving it on in the review process.

Sound ok? Any questions?

---

**From:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Sent:** Monday, December 13, 2021 12:08
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Waddell, Holle <hwaddell@blm.gov>
**Cc:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Gamper, Merry E <mgamper@blm.gov>
**Subject:** Re: AIP AR - ████████████

Hi all-

Attached are two ████████████████████████████
████████████████████████████████████
████████████████████████████. I wanted

to share these in the meantime, though.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████

████████████████████████████████████████
████████████████████████████████████
██████████████

Thanks,

**Alexi Nathan**

Attorney-Advisor, Branch of Public Lands

Division of Land Resources

Office of the Solicitor

U.S. Department of the Interior

202-208-3893

***I will be teleworking until further notice. I can be reached at 410-251-5313.***

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed.  It may contain information that is privileged, confidential, or otherwise protected by applicable law.   If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited.  If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

0

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Monday, December 13, 2021 9:26 AM
**To:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Gamper, Merry E <mgamper@blm.gov>
**Subject:** RE: AIP AR - ██████████████

Hi, Ryan. I have a break in the action from 1:30 – 3:00 p.m. ET today. Please feel free to send an invite anytime during that window.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

---

**From:** Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Sent:** Monday, December 13, 2021 8:20 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Gamper, Merry E <mgamper@blm.gov>
**Subject:** Re: AIP AR - ██████████████

Hi Paul, do you have time on Monday for a short discussion about ██████?  We probably only need a few minutes.  Any time after 10 am ET should work for us.

Thanks

**Ryan Sklar**
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior
202-208-3039

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Sunday, December 12, 2021 11:19 AM
**To:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Gamper, Merry E <mgamper@blm.gov>
**Subject:** RE: AIP AR - ███████████████

Hello, Alexi. Yes, we will be happy to work with you on that. I'm available next week to initiate discussions about the content of any required documentation.

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

---

**From:** Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Sent:** Friday, December 10, 2021 2:19 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Gamper, Merry E <mgamper@blm.gov>
**Subject:** AIP AR - NEPA CE documentation

Hey Paul-

It's our understanding that the updated AIP IM will be published within the next few weeks. ██
████████████████████████████████████████████████████████
██████████████████████████████████

████████████████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████

█████████████

Happy to chat, if you have questions/concerns.

Thanks,

**Alexi Nathan**

Attorney-Advisor, Branch of Public Lands
Division of Land Resources
Office of the Solicitor
U.S. Department of the Interior
202-208-3893

***I will be teleworking until further notice. I can be reached at 410-251-5313.***

NOTICE: This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed.  It may contain information that is privileged, confidential, or otherwise protected by applicable law.   If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited.  If you receive this e-mail in error, please notify the sender immediately and destroy all copies.

## Categorical Exclusion Documentation Format When Using
## Categorical Exclusions Not Established by Statute
## WY-040-CX14-134

BLM Office:  Rock Springs Field Office

Proposed Action Title/Type:
Removal of wild horses from checkerboard lands within the Great Divide Basin, Salt Wells Creek, and Adobe Town Herd Management Areas (HMAs) to comply with Section 4 of the Wild Free-Roaming Horses and Burros Act (WHA), 16 U.S.C. §1334 and its regulations, and the April 2013 Consent Decree, *Rock Springs Grazing Association v. Salazar* (Civil Action No. 11-CV-263-NDF).

Location of Proposed Action:
The Great Divide Basin, Salt Wells Creek, and Adobe Town HMAs are approximately 2,427,220 acres of which 1,695,517 acres are public and 731,703 acres are private.  The majority of the private land holdings in the HMAs are in a checkerboard land pattern with every other section alternating between public and private land; which is part of a land grant issued as part of the transcontinental railroad.  The Rock Springs Grazing Association (RSGA) currently owns or controls almost all of the private lands within the checkerboard.

## A. Background

The RSGA owns or controls approximately 731,703 acres of private lands within the checkerboard lands of the HMAs, including about 39 percent within the Great Divide Basin HMA, about 31 percent within Salt Wells Creek HMA, and about 8 percent within the Adobe Town HMA.

On October 4, 2010, the RSGA requested that the BLM remove all wild horses that had strayed onto its private lands, as provided in Section 4 of the WHA, 16 U.S.C. §1334 and by regulation, 43 CFR 4720.2.  On July 27, 2011, after the BLM had not made arrangements to remove the wild horses, the RSGA filed a complaint in the U.S. District Court, Wyoming, seeking to compel the removal of all wild horses from its private lands.

The BLM and the RSGA initiated settlement discussions in 2012, and on February 12, 2013, both parties filed a joint motion for the court to enter the consent decree and dismiss the case.

On April 3, 2013, the Court approved a Consent Decree and Joint Stipulation for Dismissal (Consent Decree) and dismissed the case, finding the decree to be a "fair, reasonable, equitable and adequate settlement of RSGA's claims against the BLM, and which does not on its face violate the law or public policy."

BLM_004810

The April 3, 2013 Consent Decree provides in part:

> Paragraph 1:    "Pursuant to 16 U.S.C. §1334, BLM agrees to remove all wild horses located on RSGA's private lands, including Wyoming Checkerboard lands, with the exception of those wild horses found within the White Mountain Herd Management Area (HMA), in accordance with the schedule set forth in paragraph 5."

> Paragraph 5:    BLM will commit to gather and remove wild horses from checkerboard lands within Salt Wells and Adobe Town HMAs in 2013, Divide Basin HMA in 2014, and White Mountain HMA in 2015.

In November 2013, a gather was conducted in the Adobe Town and Salt Wells Creek HMAs to remove wild horses on private lands within the HMA complex. The BLM gathered 668 wild horses and removed 586 wild horses from the complex. The BLM treated 40 mares with Porcine Zona Pellucida (PZP)-22 fertility control and then released the treated mares along with 39 stallions back into the Adobe Town HMA. Three wild horses had to be euthanized during the gather, two for pre-existing body condition and one for an acute injury. Not all wild horses were removed from the private lands within the HMA complex.

On December 10, 2013, the BLM released a public scoping notice for a 2014 gather within the Great Divide Basin HMA and the comment period ended on January 10, 2014. In excess of 13,000 comment letters were received from individuals, organizations, and agencies. Many comments, including comments from the RSGA, identified concerns with BLM's proposed action to remove wild horses to the low appropriate management level for the HMA, as this was believed to be inconsistent with the 2013 Consent Decree provision for removing all wild horses from checkerboard lands. Additionally, many comments expressed concern for the general management of wild horses.

On February 4, 2014, RSGA notified the BLM of what it asserted where individual instances of non-compliance with the 2013 Consent Decree that require correction. One of the non-compliance issues was as follows: "Failure to remove all wild horses from the Wyoming Checkerboard in Salt Wells Creek and Adobe Town Complex".

In consideration of the public comment, including that of RSGA, the BLM has decided to not proceed with the action described in the December 2013 public scoping notice. The BLM will therefore not gather the Great Divide Basin HMA to low appropriate management level under Section 3 of the WHA, 16 U.S.C. §1333. Rather, the BLM will gather all wild horses from the checkerboard within the HMA as required by Section 4 of the WHA and the Consent Decree. Due to RSGA's notification of non-compliance, the BLM will also remove all wild horses from the checkerboard in the Salt Wells Creek and Adobe Town HMAs, as required by the Consent Decree.

In April 2014, the BLM, the RSGA and the United States Geological Survey (USGS) completed a simultaneous double count method census survey for the Great Divide Basin, Salt Wells Creek, and Adobe Town HMAs. The wild horse numbers and locations were recorded with the use of a Global Positioning System and compiled on the attached maps. These maps display the HMAs

BLM_004811

along with the checkerboard land, including the direct count of wild horses observed during these flights. The direct count numbers have been adjusted by the USGS using the simultaneous double count method as indicated below:

| 2014 Statistically Corrected Census Counts | | |
|---|---|---|
| HMA | Total within HMA | Total within Checkerboard |
| Great Divide Basin | 618 | 394 |
| Salt Wells Creek | 728 | 402 |
| Adobe Town | 566 | 10 |

Description of Proposed Action:

The proposed action is to remove all wild horses from checkerboard land within the Great Divide Basin, Salt Wells Creek and Adobe Town HMAs (see estimates above), as provided by Section 4 of the WHA and the 2013 Consent Decree. All captured wild horses would be removed from the checkerboard land and entered into the Wild Horse and Burro Program to be made available for adoption.

**B. Land Use Plan Conformance**

Land Use Plan Name: Green River Resource Management Plan (RMP),
Date Approved/Amended: August 8, 1997

The Green River RMP Management Objectives for wild horses are:

*1) protect, maintain, and control viable, healthy herds of wild horses while retaining their free-roaming nature; 2) provide adequate habitat for free-roaming wild horses through management consistent with principles of multiple use and environmental protection; and 3) provide opportunity for the public to view wild horses.*

Management Actions for wild horses include:

*Wild horses will be maintained within 5 Wild Horse Herd Management Areas (Map 27).*

*An appropriate management level of 1,105 to 1,600 wild horses will be maintained among the five herd management areas (Table 15).*

Land Use Plan Name: Rawlins Resource Management Plan (RMP),
Date Approved/Amended: December 24, 2008

The Rawlins RMP objectives for managing wild horses are to:

3

*1. Maintain wild horse populations within the appropriate management levels (AML) of the HMA.*

*2. Manage wild horses to meet the Wyoming Standards for Healthy Rangelands.*

*3. Identify existing genotypes and phenotypes through recognized means of genetic evaluation and maintain genetic integrity.*

*4. Maintain the health of wild horse herds at a level that prevents adverse effects to domestic horse populations.*

*5. Maintain habitat for existing AMLs.*

*6. Conduct all activities in compliance with relevant court orders and agreements, including the Consent Decree (August 2003).*

Management Actions for wild horses includes:

*1. Conduct regular, periodic gathers when necessary to maintain AMLs.*

*2. Utilize monitoring and evaluation data to maintain habitat within HMAs.*

*3. Conduct animal health monitoring.*

*4. Employ selective removal criteria during periodic gathers to increase the recognized occurrence of the New World Iberian genotype and associated phenotype above current levels.*

*5. The AML for the Adobe Town HMA will remain at 700 adults; the AML for the Stewart Creek HMA will remain at 150 adults. These AMLs could change based on future monitoring (Appendix 12).*

*6. Manage wild horses to meet the Wyoming Standards for Healthy Rangelands.*

*7. Utilizing accepted means of genetic testing and analysis, in cooperation with the Lander and Rock Springs Field Offices, the total extent of the New World Iberian genotype within the metapopulation that includes the Lost Creek HMA (current AML of 70 adults) will be documented. Management practices will be implemented to accomplish the goal of preserving the New World Iberian genotype.*

*8. Identify and designate the total extent of the metapopulation that includes the Lost Creek HMA.*

The Federal Land Policy and Management Act (FLPMA) and its land use planning requirements, apply only to the BLM's management of the public lands, not private lands. 43 U.S.C. §1712. As to public lands, the policies of FLPMA are to be construed as supplemental to and not in derogation of the purposes for which the lands are administered under other provisions of law. 43 U.S.C. §1701. The management direction set forth in the RMPs, including that related to appropriate management levels (AMLs), do not apply to private lands.

The proposed action is to gather and removal of wild horses from the checkerboard, as required by Section 4 of the WHA, 16 U.S.C. §1334, its implementing regulations at 43 CFR 4720.2, and the 2013 Consent Decree. Through this gather, the BLM is not removing excess wild horses from the public lands under Section 3 of the WHA, 16 U.S.C. §1333. While in its 2013 scoping notice, the BLM contemplated a gather and removal under both Section 3 and Section 4 of the WHA, in response to the scoping comments it received, the BLM now clarifies that it will remove wild horses from the checkerboard as required by Section 4 of the WHA and the Consent Decree.

4

The BLM acknowledges that in discharging its duties under Section 4 of the WHA wild horses will also be removed from the public land portions of the checkerboard. However, due to the unique pattern of land ownership, and as recognized in the Consent Decree, it is practicably infeasible for the BLM to meet its obligations under Section 4 of the WHA while removing wild horses solely from the private lands sections of the checkerboard.

The BLM intends to address its future management of wild horses on areas of the public lands within these HMAs through a separate land use planning process. The BLM published a Notice of Intent in the *Federal Register* on August 16, 2013 to extend the public scoping period for the Rock Springs RMP revision and to amend the 2008 Rawlins RMP to address wild horse management in the Rock Springs and Rawlins field offices. The plan revision and plan amendment will consider adjusting AML for the HMAs, among other alternatives. Public meetings were held on September 11 and 12, 2013. The comment period closed on September 27, 2013 with more than 20,000 comments received.

### C: Compliance with NEPA:

Proposed Action: Comply with Section 4 of the WHA, 16 U.S.C. §1334, and the April 2013 Consent Decree, *Rock Springs Grazing Association v. Salazar* (Civil Action No. 11-CV-263-NDF), through removal of wild horses from Checkerboard Lands within the Great Divide Basin, Salt Wells Creek, and Adobe Town Herd Management Areas. All captured wild horses would be removed from the checkerboard land and entered into the Wild Horse and Burro Program to be made available for adoption.

The Proposed Action is categorically excluded from further documentation under the National Environmental Policy Act (NEPA) in accordance 516 DM 11.9, D4. "Removal of wild horses or burros from private lands at the request of the landowner."

### Table 1.

| Extraordinary Circumstances | | Yes/No | Staff Specialist | Comments |
|---|---|---|---|---|
| 1. | Have significant adverse effects on public health or safety | No | JCD/RDP | The removal of wild horses will be in accordance with BLM policies for gather operations. |

BLM_004814

| Extraordinary Circumstances | | Yes/No | Staff Specialist | Comments |
|---|---|---|---|---|
| 2. | Have significant impacts on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands (EO 11990); floodplains (EO 11988); national monuments; migratory birds; and other ecologically significant or critical areas. | No | JCD/JF | No significant impacts to any resources are expected from this removal, including to any unique geographic characteristics.  No such unique geographic characteristics or ecologically significant or critical areas are located within the checkerboard.  The checkerboard land is within the HMAs and has been managed for wild horses, including gather operations, for decades.  The removal of wild horses will be in accordance with BLM policies for gather operations. See also circumstances 7 and 8. |
| 3. | Have highly controversial environmental effects or involve unresolved conflicts concerning alternative uses of available resources [NEPA, Sec. 102(2)(E)] | No | JCD/PB | The removal of wild horses from the checkerboard is taken under authority of 16 U.S.C. §1334, which provides for the removal of wild horses from private lands. Additionally, the current proposed action is required as a provision in the 2013 Consent Decree.  The removal of wild horses from checkerboard will therefore not involve unresolved conflicts concerning alternative uses of available resources.  The effects of gather operations in the checkerboard on wild horses are well understood and do not create highly controversial (i.e., scientifically controversial) environmental effects. |

BLM_004815

| | Extraordinary Circumstances | Yes/No | Staff Specialist | Comments |
|---|---|---|---|---|
| 4. | Have highly uncertain environmental effects or involve unique or unknown environmental risks. | No | JCD/ | There are no unique or unknown risks associated with this removal of wild horses from the checkerboard land. The checkerboard land is within the HMAs and has been managed for wild horses, including gather operations, for decades.  The effects of gather operations on wild horses are well understood and this removal is not expected to create highly uncertain environmental effects. |
| 5. | Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects. | No | JCD/PB | This removal is not expected to create significant environmental impacts to any resource. The removal is being conducted in accordance with the 2013 Consent Decree, which specifies that all wild horses be removed from checkerboard land using the identified schedule of HMAs (Adobe Town/ Salt Wells in 2013 and Great Divide Basin in 2014). Under Section 4 of the Wild and Free Roaming Wild Horse Act of 1971 (WHA), the BLM has a responsibility to remove wild horses from private lands at the request of the land owner.  Not only has BLM received such a request for this private land, the 2013 Consent Decree that BLM entered into with the RSGA requires the removal of all wild horses from checkerboard land within these HMAs. |

BLM_004816

| Extraordinary Circumstances | | Yes/No | Staff Specialist | Comments |
|---|---|---|---|---|
| 6. | Have a direct relationship to other actions with individually insignificant but cumulatively significant environmental effects. | No | JCD/PB | The removal of wild horses from the checkerboard land is not expected to have a significant effect to any resources.  The permanent removal of the checkerboard land from the HMAs is being analyzed in the ongoing revision of the Green River RMP and the amendment to the Rawlins RMP.  The checkerboard land is within the HMAs and has been managed for wild horses, including gather operations, for decades. |
| 7. | Have significant impacts on properties listed, or eligible for listing on the National Register of Historic Places as determined by either the bureau or office. | No | JCD/SS/GS | The removal of wild horses from the checkerboard land is not expected to impact any historical resources.  The gather will be conducted in accordance with BLM policy and any temporary trap sites will be located on private lands and outside of any known historic resources.  When previously cleared trap sites are in the gather area, these will be utilized to prevent impact to previously recorded or unknown cultural resources. |
| 8. | Have significant impacts on species listed, or proposed to be listed, on the List of Endangered or Threatened Species, or have significant impacts on designated Critical Habitat for these species. | No | JCD/MS | The removal of wild horses from the checkerboard land is not expected to impact any critical habitat or special status species.  No critical habitat is present in the HMA.  The wild horse removal will be conducted in accordance with BLM policy and any temporary trap sites will be located outside of any known special status species habitat. |

8

BLM_004817

| Extraordinary Circumstances | | Yes/No | Staff Specialist | Comments |
|---|---|---|---|---|
| 9. | Violate a Federal law, or a State, local or tribal law or requirement imposed for the protection of the environment. | No | JCD/SS | The removal of wild horses from checkerboard land will be conducted in accordance with BLM policy for gathering of wild horses. This gather will be in compliance with the 2013 Consent Decree and does not violate any Federal, State or local laws. |
| 10. | Have a disproportionately high and adverse effect on low income or minority populations (EO 12898). | No | JCD/RDP | A review of EO 12898 indicates that the checkerboard land is not within an area of low income or minority populations. |
| 11. | Limit access to and ceremonial use of Indian sacred sites on Federal lands by Indian religious practitioners or significantly adversely affect the physical integrity of such sacred sites (EO 13007). | No | JCD/SS | Cultural Staff will clear trap sites as they are proposed to ensure that none of the approved locations on checkerboard land will cause a limitation of access to or ceremonial use of Federal land.  During gather operations, some roads may need to be temporarily closed to allow helicopter gather operations to proceed; however, any closures would be less than 8 hours. |
| 12. | Contribute to the introduction, continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or actions that may promote the introduction, growth, or expansion of the range of such species (Federal Noxious Weed Control Act and EO 13112). | No | JCD/JG | The removal of wild horses from checkerboard land will not contribute to the introduction, existence or spread of noxious weeds.  All gather operations will be in compliance with BLM policies, which include measures to avoid the introduction or spread of noxious weeds. |

This categorical exclusion is appropriate in this situation because there are no extraordinary

9

circumstances potentially having effects that may significantly affect the environment. The proposed action has been reviewed, and none of the extraordinary circumstances described in 43 CFR 46.215 and 516 DM2 apply.

BLM Reviewers:

BLM staff from the Rock Springs and Rawlins Field Offices who participated in the preparation of this are listed in Table 2.

| Table 2.  BLM Reviewers | |
|---|---|
| *Name:* | *Title:* |
| Ben Smith | Rawlins Wild Horse & Burro Specialist |
| Bob Price | Supervisory Rangeland Management Specialist |
| Gavin Lovell | Rock Springs Assistant Field Manager Resources |
| Gene Smith | Archeologist |
| Scott Stadler | Supervisory Archeologist |
| Mark Snyder | Supervisory Wildlife Biologist |
| Dennis Doncaster | Hydrologist |
| John Henderson | Fisheries Biologist /  Riparian Specialist |
| Jim Glennon | Botanist |
| Tim Novotny | Rawlins Assistant Field Manager Resources |
| Caleb Hiner | HDD Resource Advisor |

BLM_004819

**D: Preparer/s**

Prepared By: _____     JUL 1 8 2014

             Jay C. D'Ewart     _____
             Wild Horse & Burro Specialist     Date

Reviewed By: _____     JUL 1 8 2014

             Phillip Blundell     _____
             Environmental Reviewer     Date

**Decision:**

I have reviewed the proposed action using the Categorical Exclusion Review (CER) process
described in BLM Manual H-1790-1 and have determined that the proposal is in conformance
with applicable law, and that the action would not result in significant environmental effects and
that no extraordinary circumstances apply. Therefore, it does not represent an exception, and is
categorically excluded from further environmental review.

Approved By: _____     JUL 1 8 2014

             Kimberlee D. Foster     _____
             Authorized Officer - RSFO     Date

Approved By: _____     JUL 1 8 2014

             Dennis L. Carpenter     _____
             Authorized Officer - RFO     Date

11

BLM_004820



12

BLM_004821



13

BLM_004822

# APPENDIX 6
# Categorical Exclusion Documentation Format When Using Categorical Exclusions Not Established by Statute

## A.  Background
BLM Office:  _____      Lease/Serial/Case File No.:  _____

Proposed Action Title/Type:  _____
Location of Proposed Action:  _____
Description of Proposed Action: _____
    _____
    _____
    _____
    _____

## B. Land Use Plan Conformance
Land Use Plan Name:  _____  Date Approved/Amended:_____
The proposed action is in conformance with the applicable LUP because it is specifically
provided for in the following LUP decision(s): _____
    _____
    _____
    _____

_____   The proposed action is in conformance with the LUP, even though it is not specifically
provided for, because it is clearly consistent with the following LUP decision(s) (objectives,
terms, and conditions):  _____
    _____
    _____
    _____

## C:  Compliance with NEPA:
The Proposed Action is categorically excluded from further documentation under the National
Environmental Policy Act (NEPA) in accordance with 516 DM 2, Appendix 1, _____
[Insert appropriate CX number and text, or a paraphrase of the text] or 516 DM 11.9, _____
[Insert appropriate CX number and text, or a paraphrase of the text].

This categorical exclusion is appropriate in this situation because there are no extraordinary
circumstances potentially having effects that may significantly affect the environment.  The
proposed action has been reviewed, and none of the extraordinary circumstances described in
516 DM2 apply.

H-1790-1 - NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK – (Public)

I considered _____
_____ [Insert any pertinent
design features incorporated into the project design, or relevant situations discussed during
project design, and explain why there is no potential for significant impacts].

## D: Signature

Authorizing Official: _____     Date: _____
                              (Signature)
Name: _____
Title: _____

## Contact Person

For additional information concerning this CX review, contact [Insert contact name, title, office
name, mailing address, and telephone number].

**Note:**  A separate decision document must be prepared for the action covered by the CX.

BLM_004824

| | |
|---|---|
| **From:** | Gamper, Merry E |
| **To:** | McGuire, Paul M; Waddell, Holle; Sklar, Ryan M; Nathan, Alexi L; Austin Johnson, Alicia M |
| **Subject:** | Re: CE documentation |
| **Date:** | Tuesday, December 14, 2021 3:28:10 PM |

I think its fine if you want to send it our way. Please make sure that your leadership and SOL have signed off first (and we can note that in the package). Unless Alicia has other thoughts. I definitely defer to her on DTS routings.

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, December 14, 2021 15:25
**To:** Gamper, Merry E <mgamper@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** RE: CE documentation

Hi, Merry. No preference. If you guys want to hold it, we'll shoot the CE doc to you as soon as we've completed it.

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

**From:** Gamper, Merry E <mgamper@blm.gov>
**Sent:** Tuesday, December 14, 2021 4:19 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** Re: CE documentation

Thanks Paul!
Do you want us to route the DTS package back to you guys so you can attach it?

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, December 14, 2021 14:52
**To:** Gamper, Merry E <mgamper@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Sklar, Ryan M <ryan.sklar@sol.doi.gov>; Nathan, Alexi L <alexi.nathan@sol.doi.gov>
**Subject:** RE: CE documentation

Hello and thank you. We're engaged with 210 now to develop a draft. Possibly something by the end of this week.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

[pmcguire@blm.gov](mailto:pmcguire@blm.gov)

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

---

**From:** Gamper, Merry E <[mgamper@blm.gov](mailto:mgamper@blm.gov)>
**Sent:** Tuesday, December 14, 2021 3:25 PM
**To:** McGuire, Paul M <[PMcGuire@blm.gov](mailto:PMcGuire@blm.gov)>; Waddell, Holle <[hwaddell@blm.gov](mailto:hwaddell@blm.gov)>; Sklar, Ryan M <[ryan.sklar@sol.doi.gov](mailto:ryan.sklar@sol.doi.gov)>; Nathan, Alexi L <[alexi.nathan@sol.doi.gov](mailto:alexi.nathan@sol.doi.gov)>
**Subject:** CE documentation

Hi. We're holding the AIP IM in DTS for inclusion of this additional documentation. Do we have an idea as to timing?

**Merry E. Gamper**
*Senior Litigation Specialist*
*Office of the Director*
*970-256-4948 (o)*
*307-274-1367 (c)*

*~ It's not a job, it's an adventure ~*

| From: | Gilbert, Megan A |
|---|---|
| To: | McGuire, Paul M; Paulete, Francisca (Panchita ) |
| Cc: | Waddell, Holle; Dearstyne, Samuel R; Bernier, Heather A |
| Subject: | Re: CE document for WHB AIP |
| Date: | Wednesday, December 15, 2021 9:31:10 AM |

Hi Paul,

I can try to be available today or tomorrow though tomorrow I only have from 12 - 2pm MTN open. Today is a bit more open. I have meetings between 10-12 and then a short one at 2. However, it is possible I lose power today at home because we are expecting wind gusts up to 80 mph. I can likely call in on my phone if that happens but warning everyone today in case I get cut off.

Megan

*Megan Gilbert*
Senior NEPA Lead
Bureau of Land Management - HQ
303-912-5023 (mobile)
303-239-3634 (desk)

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, December 15, 2021 6:56 AM
**To:** Gilbert, Megan A <magilbert@blm.gov>; Paulete, Francisca (Panchita ) <fpaulete@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Dearstyne, Samuel R <sdearsty@blm.gov>; Bernier, Heather A <hbernier@blm.gov>
**Subject:** Re: CE document for WHB AIP

Hi, Megan. I'd be happy to arrange a call with SOL.



Please let me know if you'd like for me to arrange a call with SOL today or tomorrow.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

---

**From:** Gilbert, Megan A <magilbert@blm.gov>
**Sent:** Tuesday, December 14, 2021 4:31:52 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Paulete, Francisca (Panchita ) <fpaulete@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Dearstyne, Samuel R <sdearsty@blm.gov>; Bernier, Heather A <hbernier@blm.gov>
**Subject:** Re: CE document for WHB AIP

Hi Paul,



1.10 Policies, directives, regulations, and guidelines that are of an administrative, financial, legal, technical, or procedural nature and whose environmental effects are too broad, speculative, or conjectural to lend themselves to meaningful analysis and will later be subject to the NEPA process, either collectively or case-by-case.

*Megan Gilbert*
Senior NEPA Lead
Bureau of Land Management - HQ
303-912-5023 (mobile)
303-239-3634 (desk)

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, December 14, 2021 2:25 PM
**To:** Paulete, Francisca (Panchita ) <fpaulete@blm.gov>; Gilbert, Megan A <magilbert@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Dearstyne, Samuel R <sdearsty@blm.gov>; Bernier, Heather A <hbernier@blm.gov>
**Subject:** RE: CE document for WHB AIP

Hi, Panchita. The proposed action is the issuance of a revised IM to implement changes to the WHB Adoption Incentive Program. █████████████████████████████



Attached is the CX documentation form ███████████████████.

Any help you can provide would be most appreciated.

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

---

**From:** Paulete, Francisca (Panchita ) <fpaulete@blm.gov>
**Sent:** Monday, December 13, 2021 5:07 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Gilbert, Megan A <magilbert@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Dearstyne, Samuel R <sdearsty@blm.gov>; Bernier, Heather A <hbernier@blm.gov>
**Subject:** RE: CE document for WHB AIP

Hi Paul,

Megan is out so I'll provide a quick response with a question. What is the BLM's proposed action and which CX category are you thinking that action falls under? Knowing these things may allow us to point you to some examples. Which may either facilitate or eliminate the need for a discussion.

- Panchita

---------------------------------------------------------------------------------------
Panchita Paulete
BLM Land Use Planning Program Lead
HQ-210, Division of Decision Support, Planning, and NEPA
fpaulete@blm.gov
541.683.6976

BLM HQ-210 SharePoint Site
BLM Land Use Planning SharePoint Site

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Monday, December 13, 2021 1:09 PM
**To:** Gilbert, Megan A <magilbert@blm.gov>; Paulete, Francisca (Panchita ) <fpaulete@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Dearstyne, Samuel R <sdearsty@blm.gov>
**Subject:** CE document for WHB AIP

Megan/Panchita -- Hello ███████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████ but we wondered if your shop might need to be involved
early to ensure we're developing it correctly. Do you have time to chat, say, tomorrow or Wednesday?

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

BLM_004830

**From:** McGuire, Paul M
**To:** Gilbert, Megan A
**Subject:** WHB AIP CE doc
**Date:** Monday, December 20, 2021 1:19:00 PM
**Attachments:** CX doc - AIP IM.docx
BLM0028682 WHB AIP IM revision 12.10.21 clean.docx

Hi, Megan. Attached is my first stab at a CE document for the WHB Adoption Incentive Program revised IM. Also attached is the latest version of the revised IM itself that is awaiting final approval by leadership.

Please let me know if you'd like to arrange a call to discuss. I'm available anytime today or tomorrow (I'll be on leave for the remainder of the week starting Wednesday).

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

APPENDIX 6

Categorical Exclusion Documentation Format When Using

Categorical Exclusions Not Established by Statute

A. Background

BLM Office: __**HQ200/HQ260**_____ Lease/Serial/Case File No.: ____**N/A**_____

Proposed Action Title/Type:   ___**Issuance of revised IM re: WHB Adoption Incentive Program**___

Location of Proposed Action: ___**Nationwide**_____

Description of Proposed Action:

**HQ200 proposes issuing a revised Instruction Memorandum (IM) implementing certain policy changes to the WHB Adoption Incentive Program (AIP) which was initially implemented via IM No. 2019-025 on March 12, 2019. Principal changes relate to the timing and frequency of incentive payments, the documentation criteria to receive an incentive payment, the minimum adoption fee to participate in the AIP, and the timeliness of compliance inspections conducted on animals adopted under the AIP.**

**The proposed IM would allow for one incentive payment of up to $1,000 at the time of titling (rather than two payments of $500 each at time of adoption and time of titling). Title applications would have to be signed by a veterinarian or BLM official to be eligible for payment of the incentive. Animals adopted under the AIP would not be eligible for any reduced fee; a minimum fee of $125 would apply to all AIP animals. BLM would conduct compliance inspections on animals adopted under the AIP within six months of the adoption date (rather than the current 12 months).**

B. Land Use Plan Conformance

Land Use Plan Name: _____ **N/A** _____ Date Approved/Amended:____ **N/A** _____ The proposed action is in conformance with the applicable LUP because it is specifically provided for in the following LUP decision(s): ____ **N/A** _____
_____
_____
_____

_____ The proposed action is in conformance with the LUP, even though it is not specifically provided for, because it is clearly consistent with the following LUP decision(s) (objectives, terms, and conditions):
_____
_____
_____
_____

C: Compliance with NEPA:

**The Proposed Action is categorically excluded from further documentation under the National Environmental Policy Act (NEPA) in accordance with 43 CFR 46.210(i) relating to "policies, directives, regulations, and guidelines: that are of an administrative, financial, legal, technical, or procedural nature; or whose environmental effects are too broad, speculative, or conjectural to lend themselves**

to meaningful analysis and will later be subject to the NEPA process, either collectively or case-by-case."

Further, the Proposed Action is categorically excluded from further documentation under the National Environmental Policy Act (NEPA) in accordance with 516 DM 11.9 D. relating to (5) Processing (transporting, sorting, providing veterinary care, vaccinating, testing for communicable diseases, training, gelding, marketing, maintaining, feeding, and trimming of hooves of) excess wild horses and burros; (6) Approval of the adoption of healthy, excess wild horses and burros; (7) Actions required to ensure compliance with the terms of Private Maintenance and Care agreements; (8) Issuance of title to adopted wild horses and burros.

This categorical exclusion is appropriate in this situation because there are no extraordinary circumstances potentially having effects that may significantly affect the environment.  The proposed action has been reviewed, and none of the extraordinary circumstances described in 516 DM2 apply.

I considered _____

_____ [Insert any pertinent design features incorporated into the project design, or relevant situations discussed during project design, and explain why there is no potential for significant impacts].

> **Commented [MPM1]:** I could use some help here...

D: Signature

Authorizing Official: _____ Date: _____

 (Signature)

Name: _____

Title: _____

Contact Person

For additional information concerning this CX review, contact **Holle' Waddell, acting Wild Horse and Burro Division Chief at 405-579-1860; hwaddell@blm.gov.**

Note:  A separate decision document must be prepared for the action covered by the CX.