



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov

December XX, 2021

In Reply Refer To:

4750 (260) P

Instruction Memorandum No. 2022-XX

Expires: 9/30/2024

To:             All Field Office Officials

From:           Assistant Director, Resources and Planning

Subject:        Adoption Incentive Program for Wild Horses and Burros

**Program Area:** Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1] This IM supersedes IM No. 2019-025, Adoption Incentive Program for Wild Horses and Burros.

**Administrative or Mission Related:**  Mission

**Policy/Action:** The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive to adopters valued at up to $1,000 to defray the costs of care, such as veterinary services, feed, and training. The incentive should be paid within 60 days after the adoption title date. BLM authorized personnel may make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

BLM_004834

incentives in addition to cash payments that will advance the purpose of this policy, which is to increase the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- The National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.

- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of those agreements.

- The BLM does not offer incentives under the AIP for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.

- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an adoption application (4710-10), and have it approved by the BLM.

- Before providing adopters with an incentive valued at up to $1,000 within 60 days after an adopter obtains title to the animal, BLM authorized personnel should:

  o Ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM authorized officer; however, that adopter should not receive the incentive.

  o Ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement (and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3) for cash incentives) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- BLM authorized officers should generally provide an adopter with an incentive valued at $1,000. The BLM authorized officer must request through the Division Chief and obtain approval from the Assistant Director, Resources and Planning to provide an incentive valued at less than $1,000.

- The minimum adoption fee for animals offered under the AIP is $125, though the final fee may be higher as determined by competitive or non-competitive bidding.

- The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals in a twelve-month period; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer (Attachment 5, form 4710.24). As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s), (up to the maximum of four untitled animals in a twelve-month period) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months after the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals*." These reports will be available to BLM employees after the animal information is entered into WHBPS.

- BLM authorized officers should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

- BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 4) to adopters who are no longer eligible to participate in the AIP. Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals 60 days after those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are relinquished to BLM remain eligible for adoption through the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. The BLM

authorized personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure that adopters have submitted an ACH Vendor Miscellaneous Enrollment Form (SF 3881) and Title Application (4710-18) before issuing a cash incentive. BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM authorized officer, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive*:*

- o Adoption Incentive Agreement

    - ▪ Signed and dated by Adopter with correct name associated with Social Security Number

    - ▪ Signed and dated by BLM Authorized Officer

    - ▪ Title date must be entered

- Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)

  o ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3), for cash incentives only

    - Signed and dated by Adopter with correct name associated with Social Security Number

    - Banking information

    - Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed, and training. In August 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/ Handbook Sections Affected:** This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:** This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff, and the Interior Business Staff; and the United States Department of Agriculture Animal and

Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.


_____

David Jenkins
Assistant Director
Resources and Planning


5 Attachments

    1 -Adoption Incentive WHBPS Guide (2 pp)

    2 -Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)

    3 -ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)

    4 -Adoption Incentive Ineligibility Letter (1 p)

    5 – Facility Certification Form 4710-24

BLM_004840

| | |
|---|---|
| **From:** | Bernier, Heather A |
| **To:** | St George, Brian C |
| **Cc:** | Waddell, Holle |
| **Subject:** | RE: WHB AIP CE doc |
| **Date:** | Monday, December 20, 2021 3:45:13 PM |

I did assume that you and Holle were in lock step, and thought similarly to you, and that is why I wanted to share Megan's email with you both. I'm glad to know that we are all on the same page and keeping each other informed.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Monday, December 20, 2021 3:30 PM
**To:** Bernier, Heather A <hbernier@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** RE: WHB AIP CE doc

Thanks Heather. Holle' and I have been discussing a bit and I expressed the same or similar concerns. I had decided to let it play out a bit among staff to see where it landed but Megan's latest note has me more concerned. I think we need to put the breaks on and have a broader discussion.

~ bsg

Brian St George
Deputy Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*?*
*Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260,*and* HQ200 Business.

---

**From:** Bernier, Heather A <hbernier@blm.gov>
**Sent:** Monday, December 20, 2021 3:25 PM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: WHB AIP CE doc

Brian – for your awareness, I wanted to make sure that you were aware of the staff level discussions and SOL advice on ████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████

I wanted to make sure that you were aware of SOL advice, and the feedback we have provided that addresses regulations and bureau policies, so that you understand the potential effects of SOL legal advice on our business practices and how it could impact other programs.

CC'ing Holle to ensure you both are on the same page moving forward in your decisions about this specific IM.

---

**From:** Gilbert, Megan A <magilbert@blm.gov>
**Sent:** Monday, December 20, 2021 2:38 PM
**To:** Bernier, Heather A <hbernier@blm.gov>
**Subject:** Fw: WHB AIP CE doc

FYI - I provided a review in the WHB IM CX and reiterated my concerns. ████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████

I don't send this to you as a call to battle on anything, just to document what occurred in case it comes up.

*Megan Gilbert*
Senior NEPA Lead
Bureau of Land Management - HQ
303-912-5023 (mobile)
303-239-3634 (desk)

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Monday, December 20, 2021 2:33 PM
**To:** Gilbert, Megan A <magilbert@blm.gov>
**Subject:** RE: WHB AIP CE doc

Thank you, Megan. I'll work on beefing up the project description to tie more into the marketing aspect of the AIP. Yes, I do believe we have someone in the Program who can upload this to ePlanning.

████████████████████████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

In any case, my imperative at this point is to dislodge the IM and move it forward to approval. Several leadership-directed changes to the AIP policy that the agency publicly committed to earlier this year hinge on the issuance of this IM.

Thank you again for your review and thoughtful feedback. I plan to ask SOL to review the revised draft. Would you like to see it again after that?

Paul McGuire (I/me)
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

---

**From:** Gilbert, Megan A <magilbert@blm.gov>
**Sent:** Monday, December 20, 2021 3:11 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: WHB AIP CE doc

Hi Paul,

I formatted this quite a bit and added in some more language. ████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

You will need to get a NEPA number for this project and to do that you have to enter the project into ePlanning. Is there anyone in the WHB program that is familiar with that process? I would prefer that someone in the program is the project owner in eplanning but if you can't find someone in time for this to publish then I can do it if it is this week.

One other question you will need to answer is who will be signing the CX. You may have to consult the delegation of authority manuals to see who is delegated the authority in HQ to sign NEPA documents. I don't know that every branch or division chief is.

Let me know if you have questions on my changes.

Megan

*Megan Gilbert*
Senior NEPA Lead
Bureau of Land Management - HQ
303-912-5023 (mobile)
303-239-3634 (desk)

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Monday, December 20, 2021 12:19 PM
**To:** Gilbert, Megan A <magilbert@blm.gov>
**Subject:** WHB AIP CE doc

Hi, Megan. Attached is my first stab at a CE document for the WHB Adoption Incentive Program revised IM. Also attached is the latest version of the revised IM itself that is awaiting final approval by leadership.

Please let me know if you'd like to arrange a call to discuss. I'm available anytime today or tomorrow (I'll be on leave for the remainder of the week starting Wednesday).

Thanks,

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

BLM_004844

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Tiel-Nelson, Heather J; McGuire, Paul M; Waddell, Holle |
| **Subject:** | FW: BLM enhances protections in wild horse and burro Adoption Incentive Program |
| **Date:** | Friday, January 7, 2022 1:52:58 PM |
| **Attachments:** | Final_AIP Changes News Release_01072022.docx |

AIP news release is approved. Any idea yet on the timing of the IM?

---

Jason Lutterman

Public Affairs Specialist

National Wild Horse and Burro Program

Reno, Nevada

Office: (775) 861-6614

Mobile: (202) 304-0967

**From:** Storms, Samantha J <sstorms@blm.gov>
**Sent:** Friday, January 7, 2022 11:22 AM
**To:** Lutterman, Jason W <jlutterman@blm.gov>
**Cc:** Crandall, Megan <mcrandal@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** BLM enhances protections in wild horse and burro Adoption Incentive Program

Jason,

Attached is the DOI-approved AIP news release.

Thanks for putting this back on the radar.

**Samantha Storms**

Acting Branch Chief of Public Affairs

Headquarters | Bureau of Land Management

Cell: (916) 205-9166

***Follow us on social media!***

Facebook | Twitter | Instagram

Flickr | YouTube | Medium | LinkedIn

BLM_004845



**U.S. Department of the Interior
Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
<mark>DATE</mark>

## BLM enhances protections in wild horse and burro Adoption Incentive Program

**GRAND JUNCTION, Colorado**– In response to public concern about the popular Wild Horse and Burro Adoption Incentive Program, the Bureau of Land Management has made changes to the program to enhance existing protections for adopted wild horses and burros.

The program will now require compliance inspections of animals adopted under the program within six months of adoption, title applications will have to be signed by a veterinarian or BLM-authorized officer for the adopter to receive the incentive payment, and the incentive payment will now be made within 60 days of title date, rather than half at the time of adoption and half at the title date. The minimum adoption fee for animals is also increasing from $25 to $125.

These changes are layered upon existing protections that require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

"We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the adoption incentive program has provided the boost people have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "As we further refine this successful program, I encourage all capable, potential adopters to give a wild horse or burro a good home."

The program intends to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at up to $1,000 within 60 days of title date to adopters to defray the costs of care, such as veterinary services, feed, and training. Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit the adopted animal.

The BLM placed 8,637 animals into private care this year, which is the most animals adopted in the last 24 years. Nearly 45 percent of placements were through the adoption incentive program.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the adoption incentive program at BLM.gov/adoption-incentive.

<div align="center">-BLM-</div>

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

BLM_004847

| | |
|---|---|
| **From:** | Russell, Gregory B |
| **To:** | Austin Johnson, Alicia M |
| **Subject:** | Re: WH&B AIP IM |
| **Date:** | Wednesday, January 19, 2022 10:39:21 AM |

Thanks!

**From:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Sent:** Wednesday, January 19, 2022 12:38 PM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: WH&B AIP IM

No, Jill is tracking this down for me and I should have an answer today.

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Wednesday, January 19, 2022 8:37 AM
**To:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Subject:** Re: WH&B AIP IM

Thanks! Since there's the outstanding question of ASLM review, how should we ███████ ███████████████? Or, would this be a better question I should pose to someone else (like Nada or someone in ASLM)?

**From:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Sent:** Wednesday, January 19, 2022 10:07 AM
**To:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Subject:** RE: WH&B AIP IM

It's back with the program. ██████████████████████████████████████████ In the meantime, I returned it to the program to prepare finals.

**From:** Russell, Gregory B <Gregory.Russell@sol.doi.gov>
**Sent:** Wednesday, January 19, 2022 7:16 AM
**To:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Subject:** Re: WH&B AIP IM

Hi Alicia – ██████████████████████████, which looks like it's been with you for a while. Do you anticipate that it's on track for issuance by 1/31?

**From:** Russell, Gregory B
**Sent:** Friday, January 14, 2022 10:57 AM
**To:** Austin Johnson, Alicia M <aaustinjohnson@blm.gov>
**Subject:** WH&B AIP IM

Hi Alicia – DOJ is asking whether ████████████████████████ ████████████████████████████

It looks like Mike and Nada have surnamed. Is the BLM on track to issue the IM by 1/31?

_____

Greg Russell
Assistant Solicitor, Public Lands Branch
Division of Land Resources
Office of the Solicitor
Department of the Interior
202.208.4327

NOTICE: This email (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its content is strictly prohibited. If you receive this email in error, please notify the sender immediately and destroy all copies.

| | |
|---|---|
| **From:** | Strauss, Toni L |
| **To:** | Waddell, Holle |
| **Subject:** | FW: DTS Assignment--Adoption Incentive Payments IM |
| **Date:** | Wednesday, January 19, 2022 6:01:53 PM |
| **Attachments:** | BLM0028682 WHB AIP IM revision 12.10.21_sign.pdf |

FYI. I believe this still goes through Directives, but David signed the AIP IM today.

Toni

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Wednesday, January 19, 2022 4:01 PM
**To:** Phillips, Robin R <rphillips@blm.gov>
**Cc:** Strauss, Toni L <tstrauss@blm.gov>
**Subject:** Re: DTS Assignment--Adoption Incentive Payments IM

signed.

thanks,

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

**From:** Phillips, Robin R <rphillips@blm.gov>
**Sent:** Wednesday, January 19, 2022 1:02 PM
**To:** Jenkins, David B <djenkins@blm.gov>
**Cc:** Strauss, Toni L <tstrauss@blm.gov>
**Subject:** FW: DTS Assignment--Adoption Incentive Payments IM

David, the IM is prepped for your signature.

Robin Phillips| Executive Assistant
Headquarters Office of Resources and Planning (HQ200) &
National Conservation Lands and Community Partnerships (HQ400)
Bureau of Land Management
760 Horizon Dr., Ste. 301, Grand Junction, CO 81506
Office 970-256-4956 | Cell 970-644-0751
Directorate of Resources and Planning (HQ200)

-----Original Message-----
From: Strauss, Toni L <tstrauss@blm.gov>
Sent: Wednesday, January 19, 2022 8:15 AM
To: DTS, FWHQ <dts@fws.gov>; St George, Brian C <bstgeorg@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Bowmer, James A <JBowmer@blm.gov>; Phillips, Robin R <rphillips@blm.gov>
Subject: RE: DTS Assignment--Adoption Incentive Payments IM

Robin,

Could you please prepare this for David's signature?

Toni

-----Original Message-----
From: DTS@fws.gov <DTS@fws.gov>
Sent: Wednesday, January 19, 2022 8:04 AM
To: St George, Brian C <bstgeorg@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Bowmer, James A <JBowmer@blm.gov>; Phillips, Robin R <rphillips@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
Subject: DTS Assignment--Adoption Incentive Payments IM

Hello and welcome to the DTS automated email alert!

Your office (HQ-200) has a task assigned.

Please log in to the Data Tracking System at the following URL Address:
https://gcc02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fdts.fws.gov%2Fdts%2FpreLogin.do%3FofficeId%3D4444&amp;data=04%7C01
%7Cdjenkins%40blm.gov%7C83dde92d0aae42fae37708d9db8690c1%7C0693b5ba4b184d7b9341f3
2f400a5494%7C0%7C0%7C637782193380831204%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wL
jAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=uzf81lEe83gXas
WXaiIWPn39FFEKW56o%2Bi5Bf2wXRXY%3D&amp;reserved=0 and review Document Control
Number (DCN)** BLM0028682.

To move the document to the next office in the routing process, enter the task completed date for
your office's routing in the routing screen and save the record.

Document Subject: Adoption Incentive Payments IM
Synopsis: This is an update to the existing AIP IM. See note to reviewer for summary of changes.
Action Required: 4-Signature
Assigned By Office: HQ-100 User: Toni L Strauss

**Thank you**.



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



December XX, 2021

In Reply Refer To:
4750 (260) P

Instruction Memorandum No. 2022-XX
Expires: 9/30/2024

To:          All Field Office Officials

From:        Assistant Director, Resources and Planning

Subject:     Adoption Incentive Program for Wild Horses and Burros

**Program Area:** Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1] This IM supersedes IM No. 2019-025, Adoption Incentive Program for Wild Horses and Burros.

**Administrative or Mission Related:** Mission

**Policy/Action:** The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive to adopters valued at up to $1,000 to defray the costs of care, such as veterinary services, feed, and training. The incentive should be paid within 60 days after the adoption title date. BLM authorized personnel may make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, which is to increase the number of adoptions of untrained wild horses and burros to well-qualified homes.

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- The National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.

- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of those agreements.

- The BLM does not offer incentives under the AIP for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.

- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an adoption application (4710-10), and have it approved by the BLM.

- Before providing adopters with an incentive valued at up to $1,000 within 60 days after an adopter obtains title to the animal, BLM authorized personnel should:

  o Ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM authorized officer; however, that adopter should not receive the incentive.

  o Ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement (and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3) for cash incentives) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- BLM authorized officers should generally provide an adopter with an incentive valued at $1,000. The BLM authorized officer must request through the Division Chief and obtain approval from the Assistant Director, Resources and Planning to provide an incentive valued at less than $1,000.

- The minimum adoption fee for animals offered under the AIP is $125, though the final fee may be higher as determined by competitive or non-competitive bidding.

- The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals in a twelve-month period; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer (Attachment 5, form 4710.24). As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s), (up to the maximum of four untitled animals in a twelve-month period) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months after the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- BLM authorized officers should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

- BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 4) to adopters who are no longer eligible to participate in the AIP. Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals 60 days after those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are relinquished to BLM remain eligible for adoption through the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **<u>NOT</u>** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure that adopters have submitted an ACH Vendor Miscellaneous Enrollment Form (SF 3881) and Title Application (4710-18) before issuing a cash incentive. BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM authorized officer, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive:

- o   Adoption Incentive Agreement

    - ▪ Signed and dated by Adopter with correct name associated with Social Security Number

    - ▪ Signed and dated by BLM Authorized Officer

    - ▪ Title date must be entered

    - ▪ Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)

- ○ ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3), for cash incentives only

  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number

  - ▪ Banking information

  - ▪ Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed, and training. In August 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/ Handbook Sections Affected:** This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:** This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff, and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

DAVID
JENKINS

Digitally signed by DAVID
JENKINS
Date: 2022.01.19
13:39:40 -07'00'

_____

David Jenkins
Assistant Director, Resources and Planning

Attachments (5)
  1- Adoption Incentive WHBPS Guide (2 pp)
  2- Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
  3- ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)
  4- Adoption Incentive Ineligibility Letter (1 p)
  5- Facility Certification Form 4710-24

BLM_004858

**From:** Waddell, Holle
**To:** McGuire, Paul M
**Subject:** RE: DTS Assignment--Adoption Incentive Payments IM
**Date:** Thursday, January 20, 2022 8:58:00 AM
**Attachments:** image001.png

Correct, it will not. I reached out to Ambyr this morning and hope to hear back from her prior to our check-in.
Thank you,
Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

## Wild Horse and Burro | Bureau of Land Management
FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.
www.blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, January 20, 2022 8:43 AM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** RE: DTS Assignment--Adoption Incentive Payments IM
Roger that. FYI, for our web postings and social media, we'll need the live link to the IM (which may not exist until Directives publishes).
Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Thursday, January 20, 2022 8:38 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** RE: DTS Assignment--Adoption Incentive Payments IM
Since we have submitted the item to ASLM via the weekly report, received HQ-200 and HQ-600 approval of the press release, I would like to move forward with the press release ASAP. I think we should touch base with directives first to see how close they are to issuing/publishing the IM as my guess is that will be important to have on hand for any inquiries. Definitely a topic for this morning's check-in.
Thank you,
Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing*

*justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

## Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.

www.blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, January 20, 2022 7:28 AM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** Re: DTS Assignment--Adoption Incentive Payments IM

Can we get ahead by issuing the press release or do we need to wait for Directives to publish?

Paul McGuire
Acting Off-Range Branch Chief
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

---

**From:** Waddell, Holle <hwaddell@blm.gov>
**Sent:** Wednesday, January 19, 2022 6:55:52 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** FW: DTS Assignment--Adoption Incentive Payments IM

**Do NOT pass out!!!**
**Thank you,**
Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief *(Acting)*
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

## Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.

www.blm.gov

**From:** Strauss, Toni L <tstrauss@blm.gov>
**Sent:** Wednesday, January 19, 2022 6:02 PM
**To:** Waddell, Holle <hwaddell@blm.gov>
**Subject:** FW: DTS Assignment--Adoption Incentive Payments IM

FYI. I believe this still goes through Directives, but David signed the AIP IM today.

Toni

**From:** Jenkins, David B <djenkins@blm.gov>
**Sent:** Wednesday, January 19, 2022 4:01 PM
**To:** Phillips, Robin R <rphillips@blm.gov>
**Cc:** Strauss, Toni L <tstrauss@blm.gov>
**Subject:** Re: DTS Assignment--Adoption Incentive Payments IM

signed.

thanks,

David

David Jenkins, PhD

Assistant Director, Resources and Planning

Bureau of Land Management

U.S. Department of the Interior

760 Horizon Drive, Grand Junction, CO 81506

office: (970) 256-4951

mobile: (970) 852-1964

Directorate of Resources and Planning (HQ200)

**From:** Phillips, Robin R <rphillips@blm.gov>
**Sent:** Wednesday, January 19, 2022 1:02 PM
**To:** Jenkins, David B <djenkins@blm.gov>
**Cc:** Strauss, Toni L <tstrauss@blm.gov>
**Subject:** FW: DTS Assignment--Adoption Incentive Payments IM

David, the IM is prepped for your signature.

Robin Phillips| Executive Assistant
Headquarters Office of Resources and Planning (HQ200) &
National Conservation Lands and Community Partnerships (HQ400)
Bureau of Land Management
760 Horizon Dr., Ste. 301, Grand Junction, CO 81506
Office 970-256-4956 | Cell 970-644-0751
Directorate of Resources and Planning (HQ200)

-----Original Message-----
From: Strauss, Toni L <tstrauss@blm.gov>
Sent: Wednesday, January 19, 2022 8:15 AM
To: DTS, FWHQ <dts@fws.gov>; St George, Brian C <bstgeorg@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Bowmer, James A <JBowmer@blm.gov>; Phillips, Robin R <rphillips@blm.gov>
Subject: RE: DTS Assignment--Adoption Incentive Payments IM

Robin,

Could you please prepare this for David's signature?

Toni

-----Original Message-----
From: DTS@fws.gov <DTS@fws.gov>
Sent: Wednesday, January 19, 2022 8:04 AM

To: St George, Brian C <bstgeorg@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Bowmer, James A <JBowmer@blm.gov>;
Phillips, Robin R <rphillips@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
Subject: DTS Assignment--Adoption Incentive Payments IM

Hello and welcome to the DTS automated email alert!

Your office (HQ-200) has a task assigned.

Please log in to the Data Tracking System at the following URL Address: https://gcc02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fdts.fws.gov%2Fdts%2FpreLogin.do%3FofficeId%3D4444&amp;data=04%7C01%7Cdjenkins%40blm.gov%7C83
dde92d0aae42fae37708d9db8690c1%7C0693b5ba4b184d7b9341f32f400a5494%7C0%7C0%7C637782193380831204%7CUnkno
wn%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=uzf81lE
e83gXasWXaiIWPn39FFEKW56o%2Bi5Bf2wXRXY%3D&amp;reserved=0 and review Document Control Number (DCN)**
BLM0028682.

To move the document to the next office in the routing process, enter the task completed date for your office's routing in the
routing screen and save the record.

Document Subject: Adoption Incentive Payments IM
Synopsis: This is an update to the existing AIP IM. See note to reviewer for summary of changes.
Action Required: 4-Signature
Assigned By Office: HQ-100 User: Toni L Strauss

**Thank you**.

| | |
|---|---|
| **From:** | Tiel-Nelson, Heather J |
| **To:** | Crandall, Megan; Storms, Samantha J; Packer, Richard L |
| **Cc:** | McGuire, Paul M; Lutterman, Jason W |
| **Subject:** | IM Adoption Incentive Program Press Release |
| **Date:** | Thursday, January 20, 2022 10:09:59 AM |
| **Attachments:** | Final_AIP Changes News Release_01072022.docx |
| | Outlook-2kz5an1a.png |
| | Outlook-1pbbr5tl.png |
| | Outlook-pt3jymft.png |
| | Outlook-ppw1bw3w.png |

Good morning!

Attached is the press release announcing the enhancements to the AIP -- with a placeholder for the link when the IM publishes. I can also go ahead and send this to the EA chief list with encouragement to wait to send until we receive word that the IM has published -- we will include the link to be inserted within the press release at that time.

Jason and I are tag teaming on this a bit as I'll be on travel this afternoon -- he is on a gather, however will be back at the hotel early today and can upload to the web.

Heather Tiel-Nelson

Acting Off-Range Outreach Specialist

National Wild Horse &Burro Program

Twin Falls, ID

208-308-3727 (c)







**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
<mark>DATE</mark>

## BLM enhances protections in wild horse and burro Adoption Incentive Program

**GRAND JUNCTION, Colorado**– In response to public concern about the popular Wild Horse and Burro Adoption Incentive Program, the Bureau of Land Management has made changes to the program to enhance existing protections for adopted wild horses and burros.

The program will now require compliance inspections of animals adopted under the program within six months of adoption, title applications will have to be signed by a veterinarian or BLM-authorized officer for the adopter to receive the incentive payment, and the incentive payment will now be made within 60 days of title date, rather than half at the time of adoption and half at the title date. The minimum adoption fee for animals is also increasing from $25 to $125.

These changes are layered upon existing protections that require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

"We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the adoption incentive program has provided the boost people have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "As we further refine this successful program, I encourage all capable, potential adopters to give a wild horse or burro a good home."

The program intends to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at up to $1,000 within 60 days of title date to adopters to defray the costs of care, such as veterinary services, feed, and training. Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit the adopted animal.

The BLM placed 8,637 animals into private care this year, which is the most animals adopted in the last 24 years. More than half of placements were through the adoption incentive program.

BLM_004864

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the adoption incentive program at BLM.gov/adoption-incentive.

Access the Instruction Memorandum for the Adoption Incentive Program. (link)

<div align="center">-BLM-</div>

*This year, we invite everyone to reimagine your public lands as we celebrate 75 years of the BLM's stewardship and service to the American people. The BLM manages approximately 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

BLM_004865



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



December XX, 2021

In Reply Refer To:
4750 (260) P

Instruction Memorandum No. 2022-XX
Expires: 9/30/2024

To:          All Field Office Officials

From:        Assistant Director, Resources and Planning

Subject:     Adoption Incentive Program for Wild Horses and Burros

**Program Area:** Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1] This IM supersedes IM No. 2019-025, Adoption Incentive Program for Wild Horses and Burros.

**Administrative or Mission Related:** Mission

**Policy/Action:** The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive to adopters valued at up to $1,000 to defray the costs of care, such as veterinary services, feed, and training. The incentive should be paid within 60 days after the adoption title date. BLM authorized personnel may make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, which is to increase the number of adoptions of untrained wild horses and burros to well-qualified homes.

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- The National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.

- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of those agreements.

- The BLM does not offer incentives under the AIP for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.

- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an adoption application (4710-10), and have it approved by the BLM.

- Before providing adopters with an incentive valued at up to $1,000 within 60 days after an adopter obtains title to the animal, BLM authorized personnel should:

  - o Ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM authorized officer; however, that adopter should not receive the incentive.

  - o Ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement (and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3) for cash incentives) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- BLM authorized officers should generally provide an adopter with an incentive valued at $1,000. The BLM authorized officer must request through the Division Chief and obtain approval from the Assistant Director, Resources and Planning to provide an incentive valued at less than $1,000.

- The minimum adoption fee for animals offered under the AIP is $125, though the final fee may be higher as determined by competitive or non-competitive bidding.

- The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals in a twelve-month period; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer (Attachment 5, form 4710.24). As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s), (up to the maximum of four untitled animals in a twelve-month period) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months after the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals.*" These reports will be available to BLM employees after the animal information is entered into WHBPS.

- BLM authorized officers should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

- BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 4) to adopters who are no longer eligible to participate in the AIP. Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals 60 days after those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are relinquished to BLM remain eligible for adoption through the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure that adopters have submitted an ACH Vendor Miscellaneous Enrollment Form (SF 3881) and Title Application (4710-18) before issuing a cash incentive. BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM authorized officer, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive*:*

- o   Adoption Incentive Agreement

    - ▪   Signed and dated by Adopter with correct name associated with Social Security Number

    - ▪   Signed and dated by BLM Authorized Officer

    - ▪   Title date must be entered

    - ▪   Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)

- ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3), for cash incentives only

    - Signed and dated by Adopter with correct name associated with Social Security Number

    - Banking information

    - Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed, and training. In August 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/ Handbook Sections Affected:** This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:** This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff, and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

DAVID
JENKINS

Digitally signed by DAVID
JENKINS
Date: 2022.01.19
13:39:40 -07'00'

_____

David Jenkins
Assistant Director, Resources and Planning

Attachments (5)

1- Adoption Incentive WHBPS Guide (2 pp)
2- Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
3- ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)
4- Adoption Incentive Ineligibility Letter (1 p)
5- Facility Certification Form 4710-24

BLM_004872

**From:** McGuire, Paul M

**To:** Waddell, Holle; albert.j.kane@usda.gov; Warr, Victor (Gus); Wendlandt, June A; Bertola, Jerrie A; Kueck, Meredith A; Griffin, Paul C; Thompson, Ruth A; Bird, Steven W; Neill, John J; Williams, Pat B; Ruhs, Amy G; Dumas, Amy; Johnson, Krystal F; Robbins, Christopher L; Sharp, Robert N; Fluer, Scott L; Hall, John A; Leonard, Stephen P; Burns, Casey T; Lutterman, Jason W; Stratton, Joseph A; Lierman, Krystle A; Drotar, Teresa - FS; Bradshaw, Ryan; Hoskin, Steven C; Vargas, Isabella; Beck, James (Jeb); Perham, Craig J; Lent, Emily K; Strauss, Toni L; Camacho, Serena T

**Cc:** Derley, Jennifer A; Rushing, Preston T; Smith, Benjamin D; Crabb, Michelle L; Rawlings, Steven D; Bastian, Dona A; Lesieutre, Jeannine (Jenny); Cribley, Bud C; David Barrientes; Morrow, Karen E; Lemmond-Martinez, Kelly J; Carter, Rebecca J; Tiel-Nelson, Heather J; Reid, Lisa; Witt, Ryan C

**Subject:** Issuance of AIP IM imminent

**Date:** Thursday, January 20, 2022 10:32:15 AM

**Attachments:** BLM0028682 WHB AIP IM revision 12.10.21_sign.pdf

State Leads -- AD200 has signed the revised AIP IM (attached). It is currently with HQ610 awaiting push to Directives for publication. Once the IM is published we will be going out with a press release, social media and stakeholder outreach effort. We will schedule a meeting with State Leads at the earliest opportunity (hopefully next week) to discuss implementation.

Thanks,

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov



December XX, 2021

In Reply Refer To:
4750 (260) P

Instruction Memorandum No. 2022-XX
Expires: 9/30/2024

To:           All Field Office Officials

From:        Assistant Director, Resources and Planning

Subject:     Adoption Incentive Program for Wild Horses and Burros

**Program Area:** Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1] This IM supersedes IM No. 2019-025, Adoption Incentive Program for Wild Horses and Burros.

**Administrative or Mission Related:** Mission

**Policy/Action:** The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive to adopters valued at up to $1,000 to defray the costs of care, such as veterinary services, feed, and training. The incentive should be paid within 60 days after the adoption title date. BLM authorized personnel may make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, which is to increase the number of adoptions of untrained wild horses and burros to well-qualified homes.

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

BLM_004874

**Incentive Program Direction**

- The AIP is administered **only** by BLM authorized personnel.

- The National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.

- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of those agreements.

- The BLM does not offer incentives under the AIP for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.

- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an adoption application (4710-10), and have it approved by the BLM.

- Before providing adopters with an incentive valued at up to $1,000 within 60 days after an adopter obtains title to the animal, BLM authorized personnel should:

  - Ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM authorized officer; however, that adopter should not receive the incentive.

  - Ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement (and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3) for cash incentives) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- BLM authorized officers should generally provide an adopter with an incentive valued at $1,000. The BLM authorized officer must request through the Division Chief and obtain approval from the Assistant Director, Resources and Planning to provide an incentive valued at less than $1,000.

- The minimum adoption fee for animals offered under the AIP is $125, though the final fee may be higher as determined by competitive or non-competitive bidding.

- The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals in a twelve-month period; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer (Attachment 5, form 4710.24). As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s), (up to the maximum of four untitled animals in a twelve-month period) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months after the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled *"Required Inspections for Incentive Animals."* These reports will be available to BLM employees after the animal information is entered into WHBPS.

- BLM authorized officers should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

- BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 4) to adopters who are no longer eligible to participate in the AIP. Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals 60 days after those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are relinquished to BLM remain eligible for adoption through the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure that adopters have submitted an ACH Vendor Miscellaneous Enrollment Form (SF 3881) and Title Application (4710-18) before issuing a cash incentive. BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM authorized officer, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive:

- o Adoption Incentive Agreement

  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number

  - ▪ Signed and dated by BLM Authorized Officer

  - ▪ Title date must be entered

  - ▪ Ensure contact information is complete and legible (***IMPORTANT***: In case the BLM needs to contact the adopter regarding incentive payment)

- ○ ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3), for cash incentives only

  - ▪ Signed and dated by Adopter with correct name associated with Social Security Number

  - ▪ Banking information

  - ▪ Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed, and training. In August 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/ Handbook Sections Affected:** This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:** This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff, and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian.  The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.

DAVID
JENKINS

Digitally signed by DAVID
JENKINS
Date: 2022.01.19
13:39:40 -07'00'

_____

David Jenkins
Assistant Director, Resources and Planning

Attachments (5)

1- Adoption Incentive WHBPS Guide (2 pp)
2- Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
3- ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)
4- Adoption Incentive Ineligibility Letter (1 p)
5- Facility Certification Form 4710-24

BLM_004880

| | |
|---|---|
| **From:** | Wilkinson, Patrick |
| **To:** | St George, Brian C; Krauss, Jeff; Waddell, Holle; Austin Johnson, Alicia M; Strauss, Toni L; McGuire, Paul M; Lutterman, Jason W; Feeney, Heather A |
| **Cc:** | Jenkins, David B; Buffington, Matthew C; Krauss, Jeff; Eggers, Barbara L; Haskett, Nikki M; Laub, Mary K; Crandall, Megan; Gins, Meagan A; Conklin, Caralee S |
| **Subject:** | Re: WHB AIP: appropriator outreach |
| **Date:** | Friday, January 21, 2022 4:28:42 PM |

Hi all,

We have coordinated w/ DOI PMB and they are reaching out to approps to schedule a briefing prior to the public announcement (per Tracy direx below). It's my understanding the announcement can hold a bit until the briefing is done. We just proposed doing the approps briefing TUES (which if that holds would push the announcement to Wed). Will report back ASAP. Adding a few others here so 200/700/600 all on the same chain.

Patrick

--------

Patrick Wilkinson
Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Friday, January 21, 2022 4:08 PM
**To:** Krauss, Jeff <JKrauss@blm.gov>; Waddell, Holle <hwaddell@blm.gov>; Austin Johnson, Alicia M <aaustinjohnson@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Feeney, Heather A <hfeeney@blm.gov>
**Cc:** Jenkins, David B <djenkins@blm.gov>; Wilkinson, Patrick <P2Wilkin@blm.gov>
**Subject:** WHB AIP: appropriator outreach

Hi folks. I'm closing the loop here and standing by for more from Leg Affairs now. Thanks for the quick work in response to this communication strategy

~ bsg

Brian St George

Deputy Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

*Interested in* HQ200 *Directorate for Resources and Planning,* who we are, *and* what we do*?*
*Take a closer look at our teams* HQ210, HQ220, HQ230, HQ260,*and* HQ200 Business*.*

**From:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Sent:** Friday, January 21, 2022 1:56 PM
**To:** Wilkinson, Patrick <P2Wilkin@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>
**Subject:** appropriator outreach

Patrick,

The wild horse and burro program is just about to issue guidance on the adoption and incentive program, and we'd like to brief some appropriation staffers (and whomever else you think we should) before we do so.

Can you work with Brian on getting the right folks from our team into the right offices? I am happy to sit in on the meetings if it is useful.

Thanks for the help.

-Tracy

BLM_004882

| | |
|---|---|
| **From:** | Moorman, Kyle W |
| **To:** | Lutterman, Jason W; Fowler, Ambyr B |
| **Cc:** | Waddell, Holle; McGuire, Paul M; Tiel-Nelson, Heather J; Williams, Robert M |
| **Subject:** | RE: Please hold AIP IM |
| **Date:** | Monday, January 24, 2022 7:12:25 AM |

Hi Jason,

Will do. We also received word from 100 and 600 leadership along the same lines.

_____

Kyle W. Moorman
Division Chief for Regulatory Affairs and Directives – HQ630
Communications Directorate
Bureau of Land Management
kmoorman@blm.gov
Office: 202-742-0658
Cell: 202-527-2433

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Friday, January 21, 2022 5:30 PM
**To:** Moorman, Kyle W <kmoorman@blm.gov>; Fowler, Ambyr B <AbsFowle@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Tiel-Nelson, Heather J <hnelson@blm.gov>
**Subject:** Please hold AIP IM

Hi Kyle and Ambyr,

The director has asked us to hold the AIP IM until some briefings take place with Appropriations. Can you please hold from posting until we get the green light?

Thanks!
Jason

Get Outlook for iOS

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Waddell, Holle |
| **Subject:** | FW: AIP comm plan |
| **Date:** | Monday, January 24, 2022 11:52:45 AM |
| **Attachments:** | Draft_CommsPlan_AIPadjustments_10.12.2021.docx |
| | Katelynn Keller.jpg |
| | Outlook-dquro3wv.png |
| | Outlook-q1a3ny4y.png |
| | Outlook-o0yvj2cg.png |
| | Outlook-1ynjftdt.png |

---

Jason Lutterman

Public Affairs Specialist

National Wild Horse and Burro Program

Reno, Nevada

Office: (775) 861-6614

Mobile: (202) 304-0967

**From:** Tiel-Nelson, Heather J <hnelson@blm.gov>

**Sent:** Thursday, January 20, 2022 8:34 AM

**To:** Lutterman, Jason W <jlutterman@blm.gov>

**Subject:** AIP comm plan

Hi Jason -- here is the comm plan with the social media messages for the AIP enhancement announcement. Thought it would be nice to use Katelynn Keller's photo...

Heather Tiel-Nelson

Acting Off-Range Outreach Specialist

National Wild Horse &Burro Program

Twin Falls, ID

208-308-3727 (c)



BLM_004884



U.S. Department of the Interior
Bureau of Land Management

# Adjustments to the Adoption Incentive Program

## Introduction

In a year that was rife with challenges, the National Wild Horse and Burro Program is pleased to announce record-setting private care placement numbers for FY21. Tentative year-end figures show that the Program placed **8,634** animals into private care, surpassing performance levels over the past 24 years. The numbers are the result of sustained effort by field and headquarters staff and external partners using an array of tools and placement methods. The impressive total is comprised of adoptions – including animals placed under the Adoption Incentive Program – sales and transfers. Placements occurred at BLM facilities and events, online and through the Mustang Heritage Foundation's various training and storefront programs.

The Adoption Incentive Program is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive valued at $1,000 to adopters to defray the costs of care, such as veterinary services, feed and training. It was significantly successful in FY2021, placing _____ into private care – the largest number yet.

In light of this success, there is opportunity to hone the Adoption Incentive Program to enhance safeguards for America's wild horses and burros. Changes to the program include completing compliance inspections of AIP animals within six months of the adoption date and requiring title applications to be signed by a veterinarian or BLM authorized officer for adopter to receive the incentive. Incentive payment will then be made within 60 days of adoption title date. Additionally, the minimum adoption fee for AIP animals is increasing from $25 to $125 (non-AIP animals may continue to be adopted for the fee of $25).

| Previous AIP Policy | New AIP Policy |
|---|---|
| Compliance inspection may be completed within 12 months of adoption. | Compliance inspection will be completed in 6 months of adoption. |
| Title application signed by a qualified person such as a veterinarian, county extension agent or humane official | Title applications must be signed by a veterinarian or BLM authorized officer |
| Minimum adoption fee is $25 | Minimum adoption fee is $125 |
| Two incentive payments: $500 within 60 days of adoption, $500 within 60 days of title | One incentive payment: $1,000 within 60 days of title. |

## Goals – Two-Fold

1. Communicate to internal and external audiences the changes to the AIP program that IM## implements once published.
   - Mandatory compliance inspections six months following adoption.
   - Title applications to be signed by authorized BLM official or veterinarian
   - Payment of the $1000 cash incentive will occur following titling.
   - Minimum adoption fee for AIP animal is increasing from $25 to $125.
2. Use input from BLM-hosted stakeholder roundtable meetings on non-cash incentives to inform questions that will be asked via a broad-based, scientifically, and socio-economically sound survey for future adjustments to the AIP. Stakeholders represent a range of animal welfare, environmental/wildlife, livestock, and wild horse organizations.

## Key Messages

1. The BLM is committed to the humane care of America's wild horses and burros. The AIP has provided the boost that approved participants needed to support their dream of giving a wild horse or burro a good home. Through its success, there is now opportunity to further protections for America's wild horses and burros.
2. Early safeguards include mandatory compliance inspections six months following adoption, authorized BLM officials or veterinarians must sign title applications, and the $1000 incentive payment will occur only after titling of the animal. Additionally, the minimum adoption fee for an AIP animal is increasing from $25 to $125.
3. The BLM is interested in receiving feedback from stakeholders and plans to use this feedback down the road to offer non-cash incentives that will benefit the adopted animal.

## Talking Points

- We understand that the AIP has fallen under scrutiny this past year due to the unfortunate situation of a handful of untitled AIP animals winding up at a sale barn. While we know that this does not represent the majority of AIP placements, we are absolutely committed to furthering our safeguards for adopted wild horses and burros.
- We plan to extensively research the best avenue to enhance protections even more in the future by hosting roundtable discussions with stakeholders, followed by a survey of the public.
- While there have been a few bumps along the way, we do not want to overlook the good the AIP has brought to adopters across the nation. The AIP provided the extra boost that many needed to fulfill their wish to own a wild horse or burro. Tons of hay were purchased, facilities were built, animals were trained and more animals were placed into private care than in the previous 24 years! We at the BLM embrace this for what it is – a positive benefit to America's wild horses and burros.

## Target Audiences

External:

- Interested party list
- Media
- Past adopters and purchasers of wild horses and burros
- Congressional members

Internal:

- BLM national and state leadership
- BLM state, District and field offices, especially those involved in wild horse and burro management
- DOI Communications Office

## Tactics

- One-page white paper detailing changes to AIP shared with all State WHB leads, WHB specialists and public affairs specialists. To include the ABI created fillable checklist that each state can customize for events.
- BLM Daily highlighting the changes to AIP.
- National news release to announce the immediate AIP changes distributed to media and interested parties/stakeholders.
- Announcement posted on social media pages
- Announcement posted to WHB website

*BLM Blog (Tales from the Trails)*

- Publish a series of blog posts highlighting how AIP benefitted participants, including video testimonials.

### Stakeholder Roundtable Sessions

- Throughout the fall of 2021 and winter of 2022, HQ Wild Horse and Burro Program will host virtual, informal roundtable sessions with listed stakeholder groups. The goal of the roundtable sessions is to receive feedback on the following incentives that BLM could offer as part of additional future changes to the AIP:
  - vouchers for veterinary care
  - vouchers or coupons for feed, tack or related items for equine care
  - vouchers for professional training or coaching
  - cash incentives to offset the cost of any/all of the above or other needs
  - a combination of some or all of these
- Feedback from the roundtable sessions will inform BLM's decisions and will also be used to inform the development of a public survey, to be launched in 2022.

### Stakeholder organizations:

  - Humane Society of United States
  - ASPCA
  - Friends of Animals

- o   Animal Welfare Institute
- o   The Wildlife Society
- o   Public Lands Council
- o   Public Employees for Environmental Responsibility (PEER)
- o   Public Lands Foundation
- o   National Cattleman's Beef Association
- o   Return to Freedom
- o   American Wild Horse Campaign
- o   The Cloud Foundation
- o   Mustang Heritage Foundation
- o   Nat'l Horse and Burro Rangeland Management Coalition
- o   Free Roaming Equid and Ecosystem Sustainability Network (FREES)
- o   Skydog Sanctuary

## Materials and Tools

In addition to the news release, HQ Wild Horse and Burro Program will work with marketing firm ABI to update all adoption event flyer templates and produce an educational video for use on social media.  All downloadable materials will be housed on the WHB Communications Center sharepoint page.

- Educational video produced by ABI marketing firm to outline changes to AIP and promote adoptions
- Video interviews with AIP participants highlighting how their adopted animal benefitted from the AIP.
- Updated flyer templates to reflect changes and emphasize altered motto:
  - o   "Give a good home to a wild horse or burro"
  - o   "Interested in giving a good home to an untrained wild horse or burro? Ask how you can earn $1000 when you do!"
- Checklist flyer outlining steps adopters must complete to receive payment

## Contacts

Paul McGuire; WHB Off-Range Branch Chief (acting); 405-579-7190
Heather Tiel-Nelson, WHB Off-Range Outreach Specialist (acting); 208-308-3727
Jason Lutterman, On-Range Public Affairs Specialist; 775-861-6614

## Implementation Plan

| Date | Action(s) | Responsible Party(ies) |
|---|---|---|
| Oct. 28, 2021 | Once IM publishes, send news release to interested party and media distribution list; | Heather Tiel-Nelson |

| | share with state EA chiefs for additional distribution | |
|---|---|---|
| Oct. 28, 2021 | Post press release to WHB website; post social media messages to FB/Twitter; educational video (?) | Jason Lutterman |
| Oct. 28, 2021 | Post updated flyers/video produced by ABI to national WHB communications sharepoint site | Heather Tiel-Nelson |
| Oct. 28, 2021 | Send one-page white paper to state leads, WHB specialists and public affairs specialists | Paul McGuire |
| November | Upload BLM Daily story to be published | Heather Tiel-Nelson |
| November | Contact stakeholders to schedule series of 1-hour roundtable discussions | Paul McGuire, Heather Tiel-Nelson, Jason Lutterman (?) |

## Social Media Posts

- Facebook: If you are interested in giving a good home to an untrained wild horse or burro via the Adoption Incentive Program, there are a few changes you should know about!

  **1.** If approved, you will receive the $1000 incentive payment upon receiving the title to your adopted wild horse or burro -one year following adoption.

  **2.** A veterinarian or BLM employee must sign your title application

  **3.** We're going to come take a look the first six months of the adoption to make sure all is good.

  Learn more: link to webpage

  Twitter: Want to give a good home to an untrained wild horse or burro and receive $1000? There are a few changes you should know! Learn more: link to webpage

| | |
|---|---|
| **From:** | Wilkinson, Patrick |
| **To:** | Stone-Manning, Tracy M |
| **Cc:** | Culver, Nada L; Laub, Mary K; St George, Brian C; Moran, Jill C; Krauss, Jeff; Jenkins, David B; Blasing, Francesca M |
| **Subject:** | Re: Cong. Outreach - WHB AIP PR |
| **Date:** | Monday, January 24, 2022 11:55:20 AM |

Great - will get invites coordinated w/ PMB shortly.

(Adding Fran and David here too)

Patrick

--------
Patrick Wilkinson
Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Sent:** Monday, January 24, 2022 1:53 PM
**To:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Moran, Jill C <jcmoran@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** RE: Cong. Outreach - WHB AIP PR

Thank you. I would like to sit in tomorrow at noon to listen, so please send info.

---

**From:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Sent:** Monday, January 24, 2022 12:15 PM
**To:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Moran, Jill C <jcmoran@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** Cong. Outreach - WHB AIP PR

Hi Tracy,

Update on cong. outreach plans for WHB AIP PR:

1)Approps briefing will be Tues at noon ET.  200 will lead the briefing - you're welcome to join too if desired (not nec., but I know you offered; up to you).

2)We will plan to do additional calls to the following Hill folks the day before it's announced (currently assuming Hill calls Tues pm if PR goes to public Wed):
SENR majority/minority staff

HNR majority/minority staff

Feinstein staff

Rep. Cohen staff (following your call w him)

*We think 1-1 calls will suffice w/ these folks but if anyone else is interested in a briefing w/ program staff we can provide too.

3)We will plan to send the PR to the Hill an hour before it goes to the public

Let us know if any questions.

Thx!

Patrick

--------

Patrick Wilkinson
Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

**From:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Sent:** Friday, January 21, 2022 5:52 PM
**To:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** RE: appropriator outreach

Thank you!

**From:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Sent:** Friday, January 21, 2022 5:20 PM
**To:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: appropriator outreach

Update - Mary and I had a good call w/ PMB just now.  PMB is going to reach out to approps to schedule a 4-corner (Senate/House/Majority/Minority) briefing ASAP (likely Mon or Tues). We will connect w/ others and report back on scheduling/timing.
Patrick

--------

Patrick Wilkinson

Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Sent:** Friday, January 21, 2022 4:40 PM
**To:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: appropriator outreach

Hi Tracy,

Sounds good.  For approps I'm going to loop in our budget shop and then we will need to coordinate w/ PMB (who likes to handle the outreach to approps so we will work w/ them). For authorizers it may be that advance phone calls will suffice vs a briefing - but we will give it some thought and can certainly offer to them too if desired.

Adding Mary here - will call her and then PMB next.  And Brian we will connect w/ you/200 ASAP too.

Thx,

Patrick

--------

Patrick Wilkinson
Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Sent:** Friday, January 21, 2022 3:55 PM
**To:** Wilkinson, Patrick <P2Wilkin@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>
**Subject:** appropriator outreach

Patrick,

The wild horse and burro program is just about to issue guidance on the adoption and incentive program, and we'd like to brief some appropriation staffers (and whomever else you think we should) before we do so.

Can you work with Brian on getting the right folks from our team into the right offices? I am happy to sit in on the meetings if it is useful.

BLM_004892

Thanks for the help.

-Tracy

BLM_004893

**From:**         Lutterman, Jason W
**To:**            Crandall, Megan; Storms, Samantha J; Wilkinson, Patrick
**Cc:**            Waddell, Holle; Tiel-Nelson, Heather J; McGuire, Paul M; Fluer, Scott L; Packer, Richard L; Henry, Derrick J; Krauss, Jeff
**Subject:**     WHB AIP amended news release
**Date:**        Monday, January 24, 2022 1:12:01 PM
**Attachments:**  Final_AIP Changes News Release_01242022.docx

Hi All, here's the WHB Adoption Incentive Program news release with the changes requested by OCL.

Thanks!

Jason

---

Jason Lutterman

Public Affairs Specialist

National Wild Horse and Burro Program

Reno, Nevada

Office: (775) 861-6614

Mobile: (202) 304-0967



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
January 26, 2022

## BLM enhances protections in wild horse and burro Adoption Incentive Program

**WASHINGTON, D.C.** – To enhance existing protections for adopted wild horses and burros, the Bureau of Land Management is announcing new changes to its Adoption Incentive Program, which offers financial incentives to adopt untrained animals from the BLM.

The BLM will now require compliance inspections of animals adopted under the Adoption Incentive Program to occur within six months of adoption. Additionally, title applications will have to be signed by a veterinarian or BLM-authorized officer for the adopter to receive the incentive payment, and the incentive payment will now be made within 60 days after title date, rather than half at the time of adoption and half at the title date. The minimum adoption fee for animals adopted through the Adoption Incentive Program is also increasing from $25 to $125.

These changes are layered upon existing protections that require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

"We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the Adoption Incentive Program has provided the boost people have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "As we further refine this successful program, I encourage all capable, potential adopters to give a wild horse or burro a good home."

The Adoption Incentive Program is intended to increase adoptions of untrained wild horses and burros by offering an incentive valued up to $1,000 within 60 days after title date to adopters to defray the costs of care, such as veterinary services, feed, and training. The BLM placed 8,637 animals into private care in Fiscal Year 2021, which was the most animals adopted in the last 24 years. More than half of all wild horses and burros placed into private care last year were adopted through the Adoption Incentive Program.

Public input continues to be important to the BLM. Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit adopted animals.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the adoption incentive program at BLM.gov/adoption-incentive.

Access the Instruction Memorandum for the Adoption Incentive Program. (link)

<center>-BLM-</center>

*The BLM manages more than 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

<center>2</center>

BLM_004896

| | |
|---|---|
| **From:** | Waddell, Holle |
| **To:** | Jenkins, David B; St George, Brian C |
| **Subject:** | Fwd: WHB AIP amended news release |
| **Date:** | Monday, January 24, 2022 2:43:51 PM |
| **Attachments:** | Final_AIP Changes News Release_01242022.docx |

David/Brian - Please see the attached press release with minor changes as requested by DOI-OCL.

Get Outlook for iOS

---

**From:** Lutterman, Jason W <jlutterman@blm.gov>

**Sent:** Monday, January 24, 2022 1:12 PM

**To:** Crandall, Megan; Storms, Samantha J; Wilkinson, Patrick

**Cc:** Waddell, Holle; Tiel-Nelson, Heather J; McGuire, Paul M; Fluer, Scott L; Packer, Richard L; Henry, Derrick J; Krauss, Jeff

**Subject:** WHB AIP amended news release

Hi All, here's the WHB Adoption Incentive Program news release with the changes requested by OCL. Thanks!

Jason

---

Jason Lutterman

Public Affairs Specialist

National Wild Horse and Burro Program

Reno, Nevada

Office: (775) 861-6614

Mobile: (202) 304-0967



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
January 26, 2022

## BLM enhances protections in wild horse and burro Adoption Incentive Program

**WASHINGTON, D.C.** – To enhance existing protections for adopted wild horses and burros, the Bureau of Land Management is announcing new changes to its Adoption Incentive Program, which offers financial incentives to adopt untrained animals from the BLM.

The BLM will now require compliance inspections of animals adopted under the Adoption Incentive Program to occur within six months of adoption. Additionally, title applications will have to be signed by a veterinarian or BLM-authorized officer for the adopter to receive the incentive payment, and the incentive payment will now be made within 60 days after title date, rather than half at the time of adoption and half at the title date. The minimum adoption fee for animals adopted through the Adoption Incentive Program is also increasing from $25 to $125.

These changes are layered upon existing protections that require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

"We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the Adoption Incentive Program has provided the boost people have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "As we further refine this successful program, I encourage all capable, potential adopters to give a wild horse or burro a good home."

The Adoption Incentive Program is intended to increase adoptions of untrained wild horses and burros by offering an incentive valued up to $1,000 within 60 days after title date to adopters to defray the costs of care, such as veterinary services, feed, and training. The BLM placed 8,637 animals into private care in Fiscal Year 2021, which was the most animals adopted in the last 24 years. More than half of all wild horses and burros placed into private care last year were adopted through the Adoption Incentive Program.

Public input continues to be important to the BLM. Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit adopted animals.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the adoption incentive program at BLM.gov/adoption-incentive.

Access the Instruction Memorandum for the Adoption Incentive Program. (link)

-BLM-

*The BLM manages more than 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

BLM_004899

| | |
|---|---|
| **From:** | Wilkinson, Patrick |
| **To:** | Stone-Manning, Tracy M |
| **Cc:** | Culver, Nada L; Laub, Mary K; St George, Brian C; Moran, Jill C; Krauss, Jeff; Jenkins, David B; Blasing, Francesca M; Buffington, Matthew C; Conklin, Caralee S; Eggers, Barbara L; Haskett, Nikki M; Waddell, Holle; Strauss, Toni L |
| **Subject:** | {Tues Approps Call} -- Re: Cong. Outreach - WHB AIP PR |
| **Date:** | Monday, January 24, 2022 5:07:39 PM |

Hi Tracy/200,

Niall w/ POB sent an invite for tomorrow's WHB AIP TEAMS call w/ approps staff (noon ET).

Pasted below is list of attendees and mini agenda/plan.

Let us know if any questions or other thoughts.

Thx!

Patrick

## Call with House and Senate Appropriations Committee Staff
## BLM Wild Horse & Burro Adoption Incentive Program Announcement

**Date & Time:** Tuesday, January 25, 2022; 12:00 p.m. ET; Teams call

**Congressional Staff Participants:**
Jocelyn Hunn, House Appropriations Committee, Majority
Darren Benjamin, House Appropriations Committee, Minority
Ryan Hunt, Senate Appropriations Committee, Majority
Lucas Agnew, Senate Appropriations Committee, Minority

**Department Participants:**
Niall O'Connor, Denise Flanagan, Adrianne Moss, Bill Gordon; Office of Budget

**BLM Participants:**
Tracy Stone-Manning, Director
David Jenkins, Brian St George; Resources & Planning
Holle Waddell, Toni Strauss; Wild Horses & Burros
Mary Laub, Budget
Patrick Wilkinson, Caralee Conklin, Legislative Affairs

**Agenda:**
12:00 p.m. Introductions – Niall O'Connor
Opening Remarks – Tracy Stone-Manning
12:05 p.m. Overview of Changes to Adoption Incentive Program – David Jenkins, Brian St George, Holle Waddell

- Compliance inspection will be completed within 6 months of adoption (previous policy required inspection within 12 months).
- Title applications must be signed by a veterinarian or BLM authorized officer (previous policy allowed a qualified person such as a veterinarian, county extension agent, or humane official to sign the title).
- Minimum adoption fee for animals adopted through the incentive program is $125, up from $25.

Incentives will be dispersed in one payment of $1,000 within 60 days of title (instead of two payments, the first $500 payment within 60 days of adoption, and a second $500 payment within 60 days of title).

12:15 p.m. Questions and Answers
12:30 p.m. Call Concludes

--------
Patrick Wilkinson
Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Sent:** Monday, January 24, 2022 1:55 PM
**To:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Moran, Jill C <jcmoran@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Jenkins, David B <djenkins@blm.gov>; Blasing, Francesca M <fblasing@blm.gov>
**Subject:** Re: Cong. Outreach - WHB AIP PR

Great - will get invites coordinated w/ PMB shortly.

(Adding Fran and David here too)

Patrick

--------
Patrick Wilkinson
Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Sent:** Monday, January 24, 2022 1:53 PM
**To:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Moran, Jill C <jcmoran@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>
**Subject:** RE: Cong. Outreach - WHB AIP PR

Thank you. I would like to sit in tomorrow at noon to listen, so please send info.

**From:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Sent:** Monday, January 24, 2022 12:15 PM
**To:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C

<bstgeorg@blm.gov>; Moran, Jill C <jcmoran@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>

**Subject:** Cong. Outreach - WHB AIP PR

Hi Tracy,

Update on cong. outreach plans for WHB AIP PR:

1)Approps briefing will be Tues at noon ET. 200 will lead the briefing - you're welcome to join too if desired (not nec., but I know you offered; up to you).

2)We will plan to do additional calls to the following Hill folks the day before it's announced (currently assuming Hill calls Tues pm if PR goes to public Wed):

SENR majority/minority staff

HNR majority/minority staff

Feinstein staff

Rep. Cohen staff (following your call w him)

*We think 1-1 calls will suffice w/ these folks but if anyone else is interested in a briefing w/ program staff we can provide too.

3)We will plan to send the PR to the Hill an hour before it goes to the public

Let us know if any questions.

Thx!

Patrick

--------

Patrick Wilkinson
Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Sent:** Friday, January 21, 2022 5:52 PM
**To:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** RE: appropriator outreach

Thank you!

---

**From:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Sent:** Friday, January 21, 2022 5:20 PM
**To:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: appropriator outreach

Update - Mary and I had a good call w/ PMB just now. PMB is going to reach out to approps to schedule a 4-corner (Senate/House/Majority/Minority) briefing ASAP (likely Mon or Tues).

We will connect w/ others and report back on scheduling/timing.

Patrick

--------

Patrick Wilkinson

Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Sent:** Friday, January 21, 2022 4:40 PM
**To:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>; Laub, Mary K <mlaub@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** Re: appropriator outreach

Hi Tracy,

Sounds good. For approps I'm going to loop in our budget shop and then we will need to coordinate w/ PMB (who likes to handle the outreach to approps so we will work w/ them). For authorizers it may be that advance phone calls will suffice vs a briefing - but we will give it some thought and can certainly offer to them too if desired.

Adding Mary here - will call her and then PMB next. And Brian we will connect w/ you/200 ASAP too.

Thx,

Patrick

--------

Patrick Wilkinson
Division Chief
Legislative Affairs (HQ 620)
Bureau of Land Management
U.S. Department of the Interior
Cell Phone: (202) 631-6346

---

**From:** Stone-Manning, Tracy M <tstonemanning@blm.gov>
**Sent:** Friday, January 21, 2022 3:55 PM
**To:** Wilkinson, Patrick <P2Wilkin@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Cc:** Culver, Nada L <nculver@blm.gov>
**Subject:** appropriator outreach

Patrick,

The wild horse and burro program is just about to issue guidance on the adoption and incentive program, and we'd like to brief some appropriation staffers (and whomever else you think we should) before we do so.

Can you work with Brian on getting the right folks from our team into the right offices? I am happy to sit in on the meetings if it is useful.

Thanks for the help.

-Tracy

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Lutterman, Jason W; Williams, Robert M; Fowler, Ambyr B; Huerta, Brianna J; Gustas, Beth D; Waddell, Holle |
| **Cc:** | Moorman, Kyle W |
| **Subject:** | RE: WHB AIP Announcement Tick-Tock/Roll-out Plan |
| **Date:** | Tuesday, January 25, 2022 2:17:31 PM |

Thanks, Jason. If we can, let's make this IM active for three years from publication date.

Paul McGuire

Acting Off-Range Branch Chief

National Wild Horse & Burro Program

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

*"If you choose not to find joy when it snows, you will have less joy in your life but the same amount of snow."*

**From:** Lutterman, Jason W <jlutterman@blm.gov>

**Sent:** Tuesday, January 25, 2022 2:13 PM

**To:** Williams, Robert M <r55willi@blm.gov>; Fowler, Ambyr B <AbsFowle@blm.gov>; Huerta, Brianna J <bhuerta@blm.gov>; Gustas, Beth D <bgustas@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Waddell, Holle <hwaddell@blm.gov>

**Cc:** Moorman, Kyle W <kmoorman@blm.gov>

**Subject:** RE: WHB AIP Announcement Tick-Tock/Roll-out Plan

Bringing in Paul McGuire and Holle' Waddell to confirm the correct version. The latest signed version I have shows December 10 in the file name.

Paul, William also asked me about the expiration date. Is 2024 correct? He said normally they're good for 3 years.

Thanks

Jason

---

Jason Lutterman

Public Affairs Specialist

National Wild Horse and Burro Program

Reno, Nevada

Office: (775) 861-6614

Mobile: (202) 304-0967

**From:** Williams, Robert M <r55willi@blm.gov>

**Sent:** Tuesday, January 25, 2022 12:09 PM

**To:** Fowler, Ambyr B <AbsFowle@blm.gov>; Huerta, Brianna J <bhuerta@blm.gov>; Gustas, Beth D <bgustas@blm.gov>

**Cc:** Moorman, Kyle W <kmoorman@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>

**Subject:** Re: WHB AIP Announcement Tick-Tock/Roll-out Plan

Good Afternoon Jason

Just to be sure, the latest version is January 19, 2022. Is this correct, before we post?

**From:** Fowler, Ambyr B <AbsFowle@blm.gov>

**Sent:** Tuesday, January 25, 2022 2:53 PM
**To:** Huerta, Brianna J <bhuerta@blm.gov>; Gustas, Beth D <bgustas@blm.gov>
**Cc:** Moorman, Kyle W <kmoorman@blm.gov>; Williams, Robert M <r55willi@blm.gov>
**Subject:** Fw: WHB AIP Announcement Tick-Tock/Roll-out Plan
Good Afternoon,
The program office is asking that the WHB link be ready by 1pm tomorrow. The document is public so I am going to stage everything and hold it as a draft until 1 pm. Will one of you be available at that time to create the internal link as well?
Ambyr Fowler
Directives
Regulatory Affairs, HQ- 630
202-742-0640

---

**From:** Moorman, Kyle W <kmoorman@blm.gov>
**Sent:** Tuesday, January 25, 2022 2:22 PM
**To:** Williams, Robert M <r55willi@blm.gov>; Fowler, Ambyr B <AbsFowle@blm.gov>
**Subject:** FW: WHB AIP Announcement Tick-Tock/Roll-out Plan

_____

Kyle W. Moorman
Division Chief for Regulatory Affairs and Directives – HQ630
Communications Directorate
Bureau of Land Management
kmoorman@blm.gov
Office: 202-742-0658
Cell: 202-527-2433

---

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Tuesday, January 25, 2022 2:10 PM
**To:** Crandall, Megan <mcrandal@blm.gov>; Storms, Samantha J <sstorms@blm.gov>; Moorman, Kyle W <kmoorman@blm.gov>; Fowler, Ambyr B <AbsFowle@blm.gov>; Packer, Richard L <rpacker@blm.gov>; Wilkinson, Patrick <P2Wilkin@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Tiel-Nelson, Heather J <hnelson@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Henry, Derrick J <DjHenry@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Berumen, Krista L <kberumen@blm.gov>
**Subject:** WHB AIP Announcement Tick-Tock/Roll-out Plan
Hi All,
It sounds like the Congressional briefing for the Adoption Incentive Program changes announcement/IM went well and we are still on track for publishing the IM and doing the public announcement tomorrow (as Congressional outreach continues today).
I've drafted a simple tick-tock/roll-out plan so we're all on the same page. Please let me know if the timing of this doesn't work for anyone.

| 1 p.m. Eastern Time | IM published on BLM.gov and link provided to Jason Lutterman | Ambyr Fowler and Kyle Moorman |
|---|---|---|
| 1:15 p.m. ET | Final news release circulated to group | Jason Lutterman |
| 1:30 p.m. ET | News release posted to | Jason Lutterman |

| | website and shared on WHB social media | |
|---|---|---|
| 1:30 p.m. ET | News release sent to WHB stakeholders/media list, WHB Advisory Board, EA chiefs, HQ-260, and WHB State Leads | Heather Tiel-Nelson |
| 1:45 p.m. ET | News release sent to HQ media list/Meltwater | Richard Packer |

Thanks,

Jason

---

Jason Lutterman

Public Affairs Specialist

National Wild Horse and Burro Program

Reno, Nevada

Office: (775) 861-6614

Mobile: (202) 304-0967

**From:** Lutterman, Jason W

**Sent:** Monday, January 24, 2022 11:12 AM

**To:** Crandall, Megan <mcrandal@blm.gov>; Storms, Samantha J <sstorms@blm.gov>; Wilkinson, Patrick <p2wilkin@blm.gov>

**Cc:** Waddell, Holle <hwaddell@blm.gov>; Tiel-Nelson, Heather J <hnelson@blm.gov>; McGuire, Paul M <pmcguire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Packer, Richard L <rpacker@blm.gov>; Henry, Derrick J <djhenry@blm.gov>; Krauss, Jeff <jkrauss@blm.gov>

**Subject:** WHB AIP amended news release

Hi All, here's the WHB Adoption Incentive Program news release with the changes requested by OCL. Thanks!

Jason

---

Jason Lutterman

Public Affairs Specialist

National Wild Horse and Burro Program

Reno, Nevada

Office: (775) 861-6614

Mobile: (202) 304-0967

| From: | Lutterman, Jason W |
|---|---|
| To: | Wilkinson, Patrick; Crandall, Megan; Storms, Samantha J; Moorman, Kyle W; Fowler, Ambyr B; Packer, Richard L |
| Cc: | Waddell, Holle; Tiel-Nelson, Heather J; McGuire, Paul M; Fluer, Scott L; Henry, Derrick J; Krauss, Jeff; Berumen, Krista L; Conklin, Caralee S; Gins, Meagan A |
| Subject: | RE: WHB AIP Announcement Tick-Tock/Roll-out Plan |
| Date: | Tuesday, January 25, 2022 2:34:35 PM |

Thanks Patrick! I've added that into the tick-tock:

| 1 p.m. Eastern Time | IM published on BLM.gov and link provided to Jason Lutterman | Ambyr Fowler, Robert Williams and Kyle Moorman |
|---|---|---|
| 1:15 p.m. ET | Final news release circulated to group | Jason Lutterman |
| 1:30 p.m. ET | Congressional notifications with embargoed news release | Patrick Wilkinson/HQ620 |
| 2:30 p.m. ET | News release posted to website and shared on WHB social media | Jason Lutterman |
| 2:30 p.m. ET | News release sent to WHB stakeholders/media list, WHB Advisory Board, EA chiefs, HQ-260, and WHB State Leads | Heather Tiel-Nelson |
| 2:30 p.m. ET | News release sent to HQ media list/Meltwater | Richard Packer |

---
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

---

**From:** Wilkinson, Patrick <P2Wilkin@blm.gov>
**Sent:** Tuesday, January 25, 2022 12:18 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>; Crandall, Megan <mcrandal@blm.gov>; Storms, Samantha J <sstorms@blm.gov>; Moorman, Kyle W <kmoorman@blm.gov>; Fowler, Ambyr B <AbsFowle@blm.gov>; Packer, Richard L <rpacker@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Tiel-Nelson, Heather J <hnelson@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Henry, Derrick J <DjHenry@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Berumen, Krista L <kberumen@blm.gov>; Conklin, Caralee S <csconklin@blm.gov>; Gins, Meagan A <mgins@blm.gov>

**Subject:** Re: WHB AIP Announcement Tick-Tock/Roll-out Plan

Thx Jason!

Yes, the Hill briefing went very well (Tracy/David/Holle did great!).

We were planning to send the embargoed PR to the Hill an hour before it is publicly avail (ie on website or sent elsewhere) - can we build that into the tic toc?

And as you mentioned we are making a few informal heads up calls to the Hill cob today too.

Thx,

Patrick

--------

Patrick Wilkinson

Division Chief

Legislative Affairs (HQ 620)

Bureau of Land Management

U.S. Department of the Interior

Cell Phone: (202) 631-6346

---

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Tuesday, January 25, 2022 2:09 PM
**To:** Crandall, Megan <mcrandal@blm.gov>; Storms, Samantha J <sstorms@blm.gov>; Moorman, Kyle W <kmoorman@blm.gov>; Fowler, Ambyr B <AbsFowle@blm.gov>; Packer, Richard L <rpacker@blm.gov>; Wilkinson, Patrick <P2Wilkin@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Tiel-Nelson, Heather J <hnelson@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Henry, Derrick J <DjHenry@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Berumen, Krista L <kberumen@blm.gov>
**Subject:** WHB AIP Announcement Tick-Tock/Roll-out Plan

Hi All,

It sounds like the Congressional briefing for the Adoption Incentive Program changes announcement/IM went well and we are still on track for publishing the IM and doing the public announcement tomorrow (as Congressional outreach continues today).

I've drafted a simple tick-tock/roll-out plan so we're all on the same page. Please let me know if the timing of this doesn't work for anyone.

| 1 p.m. Eastern Time | IM published on BLM.gov and link provided to Jason | Ambyr Fowler and Kyle Moorman |

| | Lutterman | |
|---|---|---|
| 1:15 p.m. ET | Final news release circulated to group | Jason Lutterman |
| 1:30 p.m. ET | News release posted to website and shared on WHB social media | Jason Lutterman |
| 1:30 p.m. ET | News release sent to WHB stakeholders/media list, WHB Advisory Board, EA chiefs, HQ-260, and WHB State Leads | Heather Tiel-Nelson |
| 1:45 p.m. ET | News release sent to HQ media list/Meltwater | Richard Packer |

Thanks,
Jason

---
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Reno, Nevada
Office: (775) 861-6614
Mobile: (202) 304-0967

---

**From:** Lutterman, Jason W
**Sent:** Monday, January 24, 2022 11:12 AM
**To:** Crandall, Megan <mcrandal@blm.gov>; Storms, Samantha J <sstorms@blm.gov>; Wilkinson, Patrick <p2wilkin@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Tiel-Nelson, Heather J <hnelson@blm.gov>; McGuire, Paul M <pmcguire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Packer, Richard L <rpacker@blm.gov>; Henry, Derrick J <djhenry@blm.gov>; Krauss, Jeff <jkrauss@blm.gov>
**Subject:** WHB AIP amended news release

Hi All, here's the WHB Adoption Incentive Program news release with the changes requested by OCL.

Thanks!
Jason

---
Jason Lutterman
Public Affairs Specialist
National Wild Horse and Burro Program
Reno, Nevada
Office: (775) 861-6614

Mobile: (202) 304-0967

BLM_004910

**From:** Waddell, Holle

**To:** Bird, Steven W; Bradshaw, Ryan; Carter, Rebecca J; Dumas, Amy; Hall, John A; Johnson, Krystal F; Leonard, Stephen P; Robbins, Christopher L; Sharp, Robert N; Thompson, Ruth A; Waring, Amy L; Warr, Victor (Gus); Wendland, June A; Williams, Pat B; Beck, James (Jeb); Fluer, Scott L; Griffin, Paul C; Kueck, Meredith A; Lierman, Krystle A; Lutterman, Jason W; McGuire, Paul M; Neill, John J; Ruhs, Amy G; Derley, Jennifer A; Perham, Craig J; Simmons, Erin J; Stephenson, Robert L; Dumas, Amy; Leonard, Stephen P; Smith, Benjamin D; Retterath, Videll J; Colon, Timothy E; Romero, Tabitha M; Mohr, Monica J; Fine, Kathi A; Faulkner, Kayce K; DiTunno, Marissa N; Frost, Scarlett H; Frost, Cary L; Howell, Tami L; Bastian, Dona A; Wood, Dominique P; Dedolph, Kristine M; Tolbert, Travis L; Stratton, Joseph A; Nolan, JJ O; Hatle, Patricia I; Carter, Rebecca J; Farrar, David M; Galloway, Jimmy; Beck, James (Jeb); Wellhouse, Delbert (DJ); Fontaine, Kristen A; Benson, Jacob K; Neugebauer, Jeremy M; Farnsworth, Shawn D; Hunter, Chad D; Russell, Dan A; Young, Daionna D; Malik, Martha M; Massey, John (Gant); Sanders, Demetris R; Avnes, Benjamin J; Rinehart, Emma W; Lesieutre, Jeannine (Jenny); Lyons, Timothy J; Benson, Chad M; Danly, Lynn A; Trevino Jr, Raul; Lloyd, Kevin L; Bradshaw, Ryan; Axtell, John D; Hofmann, Patrick; Reid, Lisa; McClellan, Carey L; Stott, Clay H; Hoskin, Steven C; Weber, Heath D; Tweddell, Michael R; Bulloch, Jessica S; Iverson, Mitchell K; Muse, Laura A; DeHart, Charmain N; Jackson, Michele L; Vandenburg, Eddie C; D'Ewart, Jay C; Remer, Alisa C; Thompson, Bruce W; Swisher, Garrett W; Noyes, Benjamin F; Reese, Tyler J; Shewmaker, Kathleen L; Bertola, Jerrie A; Richardson, Shawna N; Lirette, Natalie S; Medina, Diana N; Lent, Emily K; Blaise, Tammy L; Dansereau, William R; McGuire, Paul M; Lutterman, Jason W; Kueck, Meredith A; Sullivan, John M; Tiel-Nelson, Heather J; Cowan, Crystal S; Lockie, Grant E; Ruhs, Amy G; Satica, Douglas W; Camacho, Serena T; Clemetson, Joanna L; Abrams, David; Baker, Serena R; Banks, Shayne R; blombard@blm.gov; Bute, Patricia A; Eggers, Adam T; Elser, Lesley A; Fontana, Joseph J; Frederick, Kenneth R; Gapinski, Lauren E; Gardetto, Jessica D; Kristen Lenhardt; Pruss, Emmet J; Purdy, Bradford (Brad); Ralley, Phyllis E; Reid, Lisa; Ross, Lisa G; Sandoval, Allison E; Van Der Linden, Michelle; Webster, Sarah K; Thissell, Tara K; Wertz, Cynthia L; Whiteman, Courtney R; Camacho, Serena T

**Cc:** BLM_DSDs_Min_and_Res; St George, Brian C; Jenkins, David B; Storms, Samantha J

**Subject:** Adoption Incentive Program (REVISED) Policy

**Date:** Tuesday, January 25, 2022 4:48:29 PM

**Attachments:** image001.png

---

Hello WH&B personnel! A quick heads that the revised AIP IM is set to publish tomorrow 1:00pm EST, putting into motion the changes to the Adoption Incentive Program (AIP) coordinated within the program, mentioned over the last few months and identified in the table below. A press release announcing the changes will be sent out to the media and stakeholder lists upon publication. Additionally, each state External Affairs chief will circulate the press release to their state media distribution list.

As of the issuance date of the AIP IM, all future adoptions of animals participating in the AIP will adhere to the new changes outlined in the revised AIP policy. The published AIP IM will be circulated as soon as possible. Guidance and questions concerning implementation will be discussed on Wednesday's Follow Up State Lead meeting and also on Thursday's Private Care Placement meeting. If for any reason the publication of the revised IM is delayed, we will inform you.

| Previous AIP Policy | New AIP Policy |
|---|---|
| • Compliance inspection may be completed within 12 months of adoption. | • Compliance inspection will be conducted within 6 months from adoption date. |
| • Title application signed by a qualified person such as a veterinarian, county extension agent or humane official. | • Title applications must be signed by a veterinarian or BLM authorized officer for the adopter to receive the incentive payment. |
| • Minimum adoption fee is $25 for all animals. | • Minimum adoption fee for animals adopted through AIP is $125. |
| • Two incentive payments: $500 within 60 days of adoption, $500 within 60 days after title. | • One incentive payment: $1,000 within 60 days after title. |
| • Reassigned animals (defined as a previously adopted animal returned to BLM and readopted to another individual) are not eligible for AIP | • Reassigned animals are now eligible for AIP. |

Thank you,

Holle' Waddell
Department of the Interior
Bureau of Land Management
Division Chief (*Acting*)
Division of Wild Horses and Burros, HQ-260
405.579.1860 (office)
202.603.3740 (cell)
hwaddell@blm.gov

*"When you can identify injustice, when you can identify inequality and unfairness, and you confront that, then in my mind you are doing justice." - Bryan Stevenson, Founder and Executive Director for the Equal Justice Initiative*



https://www.blm.gov/programs/wild-horse-and-burro/50th-anniversary

## Wild Horse and Burro | Bureau of Land Management

FIND THE LATEST INFORMATION on changes to wild horse and burro events and facility operating hours. The Bureau of Land Management manages and protects wild horses and burros on 26.9 million acres of public lands across 10 Western states as part of its mission to administer public lands for a variety of uses.

www.blm.gov

| From: | Jenkins, David B |
|---|---|
| To: | Phillips, Robin R |
| Cc: | Waddell, Holle; Strauss, Toni L; St George, Brian C |
| Subject: | Re: BLM0028682 Adoption Incentive Payments IM |
| Date: | Wednesday, January 26, 2022 12:54:20 PM |
| Attachments: | image001.png |
| | CX doc - AIP IM_sign.pdf |

Signed, attached.

David Jenkins, PhD
Assistant Director, Resources and Planning
Bureau of Land Management
U.S. Department of the Interior
760 Horizon Drive, Grand Junction, CO 81506
office: (970) 256-4951
mobile: (970) 852-1964
Directorate of Resources and Planning (HQ200)

---

**From:** Phillips, Robin R <rphillips@blm.gov>
**Sent:** Wednesday, January 26, 2022 11:48 AM
**To:** Jenkins, David B <djenkins@blm.gov>
**Cc:** Waddell, Holle <hwaddell@blm.gov>; Strauss, Toni L <tstrauss@blm.gov>
**Subject:** BLM0028682 Adoption Incentive Payments IM

Hi David,

The CX document for the AIP is attached and it requires AD signature. Will you please sign and return to me?

Thank you,

Robin Phillips| Executive Assistant
Headquarters Office of Resources and Planning (HQ200) &
National Conservation Lands and Community Partnerships (HQ400)
Bureau of Land Management
760 Horizon Dr., Ste. 301, Grand Junction, CO 81506
Office 970-256-4956 | Cell 970-644-0751
Directorate of Resources and Planning (HQ200)



**United States Department of the Interior**

**Bureau of Land Management**

---

**Categorical Exclusion**
**for**

**Issuance of Revised Instruction Memorandum for Adoption**
**Incentive Program for Wild Horses and Burros**

---

Bureau of Land Management - Headquarters

DOI-BLM-WO-2600-2022-0001-CX



BLM_004914

**A. Background**

**BLM Office:** __HQ200/HQ260_____   **Lease/Serial/Case File No.:** ___N/A_____

**Proposed Action Title/Type:** Issuance of revised Instruction Memorandum for the Adoption Incentive Program for Wild Horses and Burros (WHB).

**Location of Proposed Action:** Nationwide

**Description of Proposed Action:**

HQ200 proposes issuing a revised Instruction Memorandum (IM) that outlines policies and procedures for administering the Bureau of Land Management's (BLM) Adoption Incentive Program for untrained wild horses and burros.  The revised IM would update IM No. 2019-025, which issued on March 12, 2019.

The AIP serves as a marketing tool of the WHB Adoption Program, which is authorized by the Wild Free-Roaming Horses and Burros Act, 16 U.S.C. § 1333, and governed by agency regulations at 43 C.F.R. Subpart 4750. The purpose of the AIP is to "increase the number of adoptions of untrained wild horses and burros placed into private care through offering financial incentives to defray associated initial costs, such as veterinary care, feed, and training" and encourage "new individuals and organizations to adopt a wild horse or burro and motivates previous adopters to re-engage with the program and adopt additional animals." The BLM uses the AIP alongside other marketing tools, such as product branding, paid advertising, social media outreach, and conventional public relations and communications.

The revised IM would include procedures that would allow the BLM in the field to offer a single incentive payment of up to $1,000 at the time of titling (rather than two payments of $500 at time of adoption and time of titling). The revised IM includes additional procedures, including a requirement that title applications be signed by a veterinarian or BLM official before the BLM makes any incentive payments; clarification that animals adopted under the AIP would not be eligible for any reduced fee (instead a minimum fee of $125 would apply to all AIP animals); and direction to the BLM in the field to conduct compliance inspections on animals adopted under the AIP within six months of the adoption date (rather than the current 12 months).

**B. Land Use Plan Conformance**

**Land Use Plan Name:** _____ N/A _____ **Date Approved/Amended:**___ N/A _____

The proposed action is not specifically provided for in any land use plan but is not inconsistent with approved land use plans across the BLM that allow for management and adoption of wild horses and burros.

**C: Compliance with NEPA:**

CATEGORICAL EXCLUSION REVIEW:

The Proposed Action is categorically excluded from further documentation under the National Environmental Policy Act (NEPA) in accordance with 43 C.F.R. § 46.210(i) relating to "policies, directives, regulations, and guidelines: that are of an administrative, financial, legal, technical, or procedural nature; or whose environmental effects are too broad, speculative, or conjectural to lend themselves to meaningful analysis and will later be subject to the NEPA process, either collectively or case-by-case."  Issuing a revised IM is a purely administrative function and the contents of the revised IM

are of an administrative and procedural nature. Moreover, subsequent adoptions and titling events will later be subject to the NEPA process, either collectively or on a case-by-case basis.

Reliance on a categorical exclusion is appropriate in this situation because there are no extraordinary circumstances potentially having effects that may significantly affect the environment.  The proposed action has been reviewed with the list of extraordinary circumstances (43 CFR 46.215) described below; none of these circumstances apply to the proposed action.

1. Have significant adverse effects on public health and safety.
2. Have adverse effects on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation, or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands, floodplains; national monuments; migratory birds; and other ecologically significant or critical areas.
3. Have highly controversial environmental effects or involve unresolved conflicts concerning alternative uses of available resources.
4. Have highly uncertain and potentially significant environmental effects or involve unique or unknown environmental risks.
5. Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects.
6. Be directly related to other actions with individually insignificant but cumulatively significant environmental effects.
7. Have significant impacts on properties listed, or eligible for listing, in the National Register of Historic Places.
8. Have significant impacts on species listed, or proposed to be listed, on the List of Endangered or Threatened Species, or have adverse effects on designated Critical Habitat for these species.
9. Violate a Federal law, or a State, local or tribal law or requirement imposed for the protection of the environment.
10. Have disproportionately high and adverse effect on low income or minority populations.
11. Limit access to and ceremonial use of Indian sacred sites by Indian religious practitioners or adversely affect the physical integrity of such sacred sites.
12. Contribute to the introduction, continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or actions that may promote the introduction, growth, or expansion of the range of such species.

**D: Signature**

DAVID JENKINS
Digitally signed by DAVID JENKINS
Date: 2022.01.26 11:53:05 -07'00'

**Authorizing Official:** _____   **Date:** _____

 (Signature)

**Name:**  David Jenkins

**Title:** Assistant Director, Resources and Planning

**Contact Person**

For additional information concerning this categorical exclusion review, contact Holle' Waddell, Acting Wild Horse and Burro Division Chief at 405-579-1860; hwaddell@blm.gov.



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

BLM Headquarters Office
Media Contact: blm_press@blm.gov
January 26, 2022

## BLM enhances protections in wild horse and burro Adoption Incentive Program

**WASHINGTON, D.C.** – To enhance existing protections for adopted wild horses and burros, the Bureau of Land Management is announcing new changes to its Adoption Incentive Program, which offers financial incentives to adopt untrained animals from the BLM.

The BLM will now require compliance inspections of animals adopted under the Adoption Incentive Program to occur within six months of adoption. Additionally, title applications will have to be signed by a veterinarian or BLM-authorized officer for the adopter to receive the incentive payment, and the incentive payment will now be made within 60 days after title date, rather than half at the time of adoption and half at the title date. The minimum adoption fee for animals adopted through the Adoption Incentive Program is also increasing from $25 to $125.

These changes are layered upon existing protections that require adopters to certify under penalty of prosecution that they will not knowingly sell or transfer the animal for slaughter or processing into commercial products. To ensure adopted animals go to good homes, the BLM limits adopters to assuming title to a maximum of four animals within a 12-month period and prohibits the transfer of title for at least 12 months from the adoption date. Furthermore, the BLM conducts compliance inspections on animals while in private care prior to title transfer.

"We have an unwavering commitment to the humane care and placement of America's wild horses and burros. By and large, the Adoption Incentive Program has provided the boost people have needed to support their dream of adopting and appropriately caring for a wild horse or burro," said Tracy Stone-Manning, BLM Director. "As we further refine this successful program, I encourage all capable, potential adopters to give a wild horse or burro a good home."

The Adoption Incentive Program is intended to increase adoptions of untrained wild horses and burros by offering an incentive valued up to $1,000 within 60 days after title date to adopters to defray the costs of care, such as veterinary services, feed, and training. The BLM placed 8,637 animals into private care in Fiscal Year 2021, which was the most animals adopted in the last 24 years. More than half of all wild horses and burros placed into private care last year were adopted through the Adoption Incentive Program.

Public input continues to be important to the BLM. Moving forward, the BLM plans to host roundtable sessions with various stakeholders to consider non-cash incentives that could further benefit adopted animals.

To learn more about the wild horse or burro program and how to adopt or purchase an animal, visit BLM.gov/whb. Learn more about the adoption incentive program at BLM.gov/adoption-incentive.

Access the Instruction Memorandum for the Adoption Incentive Program.

-BLM-

*The BLM manages more than 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

2



U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

## 2022 ADOPTION INCENTIVE PROGRAM FOR WILD HORSES AND BURROS

*IM 2022-014*
Instruction Memorandum

### United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Grand Junction, Colorado 81506
https://www.blm.gov

December 19, 2021

Supersedes IM 2019-025

In Reply Refer To:

4750 (260) P

EMS TRANSMISSION 01/26/2022

Instruction Memorandum No. 2022-014

Expires: 09/30/2025

To:         All Field Office Officials

From:       Assistant Director, Resources and Planning

Subject:    Adoption Incentive Program for Wild Horses and Burros

**Program Area:** Bureau of Land Management (BLM) Wild Horse and Burro (WHB) Program.

**Purpose:** This Instruction Memorandum (IM) outlines policies and procedures for administering the Adoption Incentive Program (AIP) for untrained wild horses and burros.[1] This IM supersedes IM No. 2019-025, Adoption Incentive Program for Wild Horses and Burros.

**Administrative or Mission Related:** Mission

**Policy/Action:** The AIP, which is a component of the BLM's overall adoption program, is intended to increase the number of adoptions of untrained wild horses and burros by offering an incentive to adopters valued at up to $1,000 to defray the costs of care, such as veterinary services, feed, and training. The incentive should be paid within 60 days after the adoption title date. BLM authorized personnel may make all untrained excess wild horses and burros that have been removed from the range and that meet the criteria outlined in Incentive Program Direction below eligible for adoption under the AIP. The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, which is to increase the number of adoptions of untrained wild horses and burros to well-qualified homes.

### Incentive Program Direction

- The AIP is administered **only** by BLM authorized personnel.

- The National Operations Center (NOC) should make incentive payments into adopters' financial institution account within 60 days after the adoption title date.

- Authorized BLM personnel should ensure that adopters participating in the AIP complete the Adoption Incentive Agreement (4710-25 Attachment 2) at the time they sign the Private Maintenance and Care Agreement and adhere to the terms of those agreements.

- The BLM does not offer incentives under the AIP for animals purchased through the sales program.

- All untrained animals offered at any BLM off-range corrals, online corral events, satellite events and any BLM-approved events and locations are eligible to be adopted through the AIP regardless of species, age, sex, color, herd management area or the number of times the animal has been offered for adoption or sale.

- The BLM authorized personnel must ensure that all adopters meet applicable adoption requirements, complete and sign an adoption application (4710-10), and have it approved by the BLM.

- Before providing adopters with an incentive valued at up to $1,000 within 60 days after an adopter obtains title to the animal, BLM authorized personnel should:
  - Ensure that the adopter's Title Application is signed by a veterinarian or BLM authorized officer to be eligible to receive the incentive. An adopter may still receive title to an animal if their Title Application is signed by an individual acceptable under 43 CFR 4750.5(b) who is *not* a veterinarian or BLM authorized officer; however, that adopter should not receive the incentive.

BLM_004919

- Ensure that the Adoption Incentive Agreement (4710-25 Attachment 2) contains the date of issuance of title, and that the Agreement (and the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3) for cash incentives) are submitted to the blm_oc_aip@blm.gov before processing the incentive.

- BLM authorized officers should generally provide an adopter with an incentive valued at $1,000. The BLM authorized officer must request through the Division Chief and obtain approval from the Assistant Director, Resources and Planning to provide an incentive valued at less than $1,000.

- The minimum adoption fee for animals offered under the AIP is $125, though the final fee may be higher as determined by competitive or non-competitive bidding.

- The BLM may allow each adopter participating in the AIP to adopt and maintain a maximum of four untitled animals in a twelve-month period; no more than four untitled AIP animals may be kept at any single location unless the facility is approved by a BLM authorized officer (Attachment 5, form 4710.24). As each participating animal is titled, the BLM may allow an adopter to adopt additional animal(s), (up to the maximum of four untitled animals in a twelve-month period) through the AIP.

- BLM authorized officers or other BLM-approved individuals should conduct compliance inspections on adopted animals participating in the AIP within six months after the adoption date. These animals will be identified on a newly developed Wild Horse and Burro Program System (WHBPS) report titled "*Required Inspections for Incentive Animals.*" These reports will be available to BLM employees after the animal information is entered into WHBPS.

- BLM authorized officers should remove eligibility to participate in the AIP from any adopter that relinquishes two or more animals within a 12-month period or does not adhere to the terms and conditions of the Adoption Incentive Agreement (4710-25 Attachment 2).

- BLM employees should issue an Adoption Incentive Ineligibility Letter (Attachment 4) to adopters who are no longer eligible to participate in the AIP. Adopters who relinquish an animal, but retain other animals participating in the AIP, remain eligible to receive incentive payments for the remaining animals 60 days after those animals are titled. Such adopters are not eligible to receive incentives for relinquished animals.

- Reassigned animals and animals that are relinquished to BLM remain eligible for adoption through the AIP.

- BLM employees and members of their immediate household (defined as spouse and any dependents 18 years old and older) and individuals or organizations receiving BLM wild horse and burro funds either through a contract or agreement and members of their immediate household are **NOT** eligible to participate in the AIP.

**Incentive Program Process**

**Step 1:** At the time of adoption, authorized BLM personnel should ask the adopter if they intend to participate in the AIP.

If NO – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter, forfeiting eligibility to participate in the AIP. The BLM authorized personnel must also obtain an approved completed adoption application, a Private Maintenance and Care Agreement (PMACA), and the adoption fee. Do not move to next steps.

If YES – The BLM authorized personnel should obtain a completed and signed Adoption Incentive Agreement from the adopter. The BLM authorized personnel should also obtain an approved adoption application, a PMACA, and the adoption fee. Continue to next steps.

**Step 2:** The BLM authorized personnel should complete the adoption process and provide two copies of the Adoption Incentive Agreement to the adopter along with other required adoption paperwork.

**Step 3:** The BLM authorized personnel should complete data entry within 10 business days of completion of the event (indicating adopters and animals participating in the AIP as identified in the Adoption Incentive WHBPS Guide (Attachment 1)), build the official file, and complete the record.

The BLM office of jurisdiction should maintain the signed PMACA, the completed and signed adoption application, and the completed and signed Adoption Incentive Agreement for official Bureau records.

**Step 4:** A link to the ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) along with the Title Application (4710-18) will be sent to adopters at least 30 days prior to the title eligibility date (one year from the adoption date). BLM authorized personnel should ensure that adopters have submitted an ACH Vendor Miscellaneous Enrollment Form (SF 3881) and Title Application (4710-18) before issuing a cash incentive. BLM authorized personnel should ensure that the Title Application is properly signed by a veterinarian or BLM authorized officer and all required forms are forwarded to the blm_oc_aip@blm.gov for processing within 10 days of receipt from the adopter. If the Title Application is signed by an individual who is acceptable under 43 CFR 4750.5(b) but is not a veterinarian or BLM authorized officer, BLM authorized personnel should submit the signed application for issuance of title *only*, not issuance of an incentive.

The following completed paperwork should be submitted to the NOC for processing the incentive:

- Adoption Incentive Agreement
  - Signed and dated by Adopter with correct name associated with Social Security Number

  - Signed and dated by BLM Authorized Officer

  - Title date must be entered

  - Ensure contact information is complete and legible (*IMPORTANT*: In case the BLM needs to contact the adopter regarding incentive payment)

- ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881 Attachment 3), for cash incentives only
  - Signed and dated by Adopter with correct name associated with Social Security Number

  - Banking information

  - Social Security Number or EIN.

Once the required paperwork is completed, BLM authorized personnel should scan and email the paperwork to blm_oc_aip@blm.gov.

The NOC should issue incentive payments via electronic funds transfer (EFT) within 60 days of receipt of all completed paperwork.

If BLM authorized personnel have any questions, please contact the NOC at blm_oc_aip@blm.gov. Adopters are encouraged to contact the office of jurisdiction or National Information Center at wildhorse@blm.gov.

**Timeframe:** This IM is effective immediately.

**Budget Impact:** The budget impacts of this policy will reduce off-range holding costs and allow those savings to support critical on-range operations.

**Background:** Since 1971, the BLM has removed animals from the range and made them available for adoption in accordance with the Wild Free-Roaming Horses and Burros Act. Placing animals into private care is a tenet of the Act and a vital component of the WHB program. The AIP is intended to increase the number of adoptions of untrained wild horses and burros by offering financial incentives to defray costs associated with caring for a wild horse or burro, such as veterinary care, feed, and training. In August 2021, the BLM committed to 8 substantial reforms to the AIP (https://www.blm.gov/programs/wild-horse-and-burro/adoptions-and-sales/adoption-incentive-program). The BLM continues to explore the feasibility of other incentives in addition to cash payments that will advance the purpose of this policy, increasing the number of adoptions of untrained wild horses and burros to well-qualified homes.

**Manual/ Handbook Sections Affected:** This IM amends the Adoption of Wild Horses and Burros Handbook, H 4750-2, Chapter 2 – General Adoption Requirements and Procedures.

**Coordination:** This policy was coordinated with the WHB State Leads and Specialists, Headquarters WHB Program Staff, BLM Budget Office Staff, National Operations Center Staff, and the Interior Business Staff; and the United States Department of Agriculture Animal and Plant Health Inspection Service Veterinarian. The policy was reviewed by the Office of the Solicitor, Associate State Directors, and the Office of Communications.

**Contact:** Questions concerning this policy should be directed to the Branch Chief, Wild Horse and Burro Program (Off-Range) at wildhorse@blm.gov.


Signed By:                              Authenticated by:

David Jenkins                           Ambyr Fowler

Assistant Director                      Division of Regulatory Affairs

Resources and Planning                  and Directives (HQ-630)


5 Attachments
  1 - Adoption Incentive WHBPS Guide (2 pp)
  2 - Adoption Incentive Agreement 4710-25 Example *ordered from PMDS* (2 pp)
  3 - ACH Vendor/Miscellaneous Payment Enrollment Form SF 3881 Example (1 p)
  4 - Adoption Incentive Ineligibility Letter (1 p)
  5 – Facility Certification Form 4710-24

---

[1] This IM is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.

## ATTACHMENTS

**IM 2022-014 ATT. 1- ADOPTION INCENTIVE WHBPS GUIDE** (PDF / 246 KB)
**IM 2022-014 ATT 2 ADOPTION INCENTIVE AGREEMENT 4710-25 EXAMPLE ORDERED FROM PMDS (2 PP)** (PDF / 1.0 MB)
**IM 2022-014 ATT 3- ACH VENDOR/MISCELLANEOUS PAYMENT ENROLLMENT FORM SF 3881 EXAMPLE (1 P)** (PDF / 612 KB)
**IM 2022-014 ATT.4 ADOPTION INCENTIVE INELIGIBILITY LETTER (1 P)** (DOCX / 24 KB)
**IM 2022-014 ATT. 5- FACILITY CERTIFICATION FORM 4710-24** (PDF / 801 KB)

## FISCAL YEAR

2022

# Adoption Incentive Program
## Wild Horse and Burro Program System (WHBPS) Guide

- The BLM Office of jurisdiction will enter the PMACA and AIP information in WHBPS within 10 business days of the adoption date.  Animals included in the AIP will be identified by selection of the "Incentive 1000" option in the AIP dropdown located on the Select Animals screen of the PMACA as pictured below:



- The BLM Office of jurisdiction should enter completed compliance inspections within 10 business days of the inspection date.  The Inspection Reason for AIP animals will be entered as "AIP - Adoption Incentive Program."



- The WHBPS creates a report containing adopter information, animal location, and inspection date for animals in the AIP.  The report is located in Reports/Compliance/Required Inspections for Incentive Animals.  Report filters are Admin State and inspection Fiscal Year due date.

Attachment 1

BLM_004922





2

# 2019 Required Inspections for Incentive Animals

**Admin State:** California (CA930)

| FACILITY OWNER: | Test Facility | (H): | | (W): | 555-555-5555 |
|---|---|---|---|---|---|
| Facility Address: | 1234 Fake Address | RIDGECREST | | CA | 93555 |
| Adopter: | Doe, Janey | (H): | 555-555-5555 | (W): | 555-555-5555 |
| Adopter Address: | 1234 Street Address | RIDGECREST | | CA | 93555 |
| ANIMAL INFORMATION: | | | | | |

| Freezmark | Signalment | Adoption Date | Inspection Date | Disposition |
|---|---|---|---|---|
| 07221733 | HF1AAAABG | 07/06/2018 | | Adopted |
| 09240049 | HG1AAAAEG | 07/06/2018 | | Adopted |
| 10240050 | HG1AAAABG | 07/06/2018 | | Adopted |
| 12860024 | HF1AAAABB | 07/06/2018 | | Adopted |

### Compliance Inspections

State WHB Program Leads should coordinate mandatory compliance inspections of adopted animals participating in the AIP with field staff and volunteers.

Attachment 1