Form 4710-25
(January 2022)

## UNITED STATES
### DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT
## ADOPTION INCENTIVE AGREEMENT

NOTE: THIS IS A
CONTRACT, RETAIN
WITH OTHER LEGAL
RECORDS.

| Last Name: | First Name: | Middle Name: | Email: |
|---|---|---|---|
| Address: | City: | State: | Zip: |

| | Animal Identification (Freezemark/Signalment Key) | Adoption Date | Title Date | Incentive Amount | Cost Code | Source Year: BOC: 252Z |
|---|---|---|---|---|---|---|
| #1 | | | | $ | LLHQ260000 L10600000.HG0000 LXSIADOPTWHB | |
| #2 | | | | $ | LLHQ260000 L10600000.HG0000 LXSIADOPTWHB | |
| #3 | | | | $ | LLHQ260000 L10600000.HG0000 LXSIADOPTWHB | |
| #4 | | | | $ | LLHQ260000 L10600000.HG0000 LXSIADOPTWHB | |
| | | | | $ | **(Payment Total)** | |

I _____ choose to **opt out** of the BLM adoption incentive program and forfeit/waive any incentive payments from the BLM.

**OR**

*Please initial the terms that apply to all wild horses and burros adopted under this BLM adoption incentive agreement.*

Initial: _____  I have read and understand the terms of adoption, prohibited acts, and title qualifications, incentive payments, and ineligible participants provided on page 2.

Initial: _____  I understand that I can maintain a maximum of four untitled animals through the adoption incentive program; however, as each participating animal is titled, I become eligible to adopt additional animal(s) through the adoption incentive program.

Initial: _____  In accordance with the terms of adoption, I authorize BLM employees and other BLM approved individuals to conduct compliance inspections on adopted animals participating in the incentive program.

Initial: _____  I hereby authorize electronic funds transfers to my account at the financial institution provided. **NOTE: All incentive payments are made via electronic funds transfer.**

Initial: _____  I am responsible for submitting the ACH Form (SF-3881) and title application (4710-018) for adopted animals. Within 60 day from Official Title date, I should receive incentive payment.

Initial: _____  I certify that I am not a BLM employee, spouse or domestic partner of a BLM employee, BLM contractor or BLM partner.

Initial: _____  I _____ (Print Name) understand that failure to comply with the following terms (**compliance will be judged solely by the BLM**) may result in the cancellation of this BLM adoption incentive agreement, repossession of the animals, disapproval of request for adoption of additional animals as well as eligibility to participate in the BLM adoption incentive program. **I further understand that in the event any of the above actions result in a financial liability to BLM, the BLM will pursue collection of a portion or all of the incentive payment(s) from me by all appropriate methods, in accordance with the Federal Claims Collection Act and the Debt Collection Improvement Act (DCIA) of 1996 (31 U.S.C 3701 et seq).**

Initial: _____  Under penalty of prosecution for violating 18 U.S.C. 1001, which makes it a Federal crime to make false statements to any agency of the United States, I hereby certify that I will provide humane care for any animals that I adopt and will not knowingly sell or transfer ownership of them to any person or organization that intends to resell, trade, or give away such animals for slaughter or processing into commercial products.

BLM Authorized Officer Printed Name: _____

Adopter Signature: _____   BLM Authorized Officer Signature: _____

(Continued on Page 2)   (Form 4710-25)

BLM_004924

## PROHIBITED ACTS

(a) Maliciously or negligently injuring or harassing a wild horse or burro;

(b) Treating a wild horse or burro inhumanely;

(c) Removing or attempting to remove a wild horse or burro from the public lands without authorization from the BLM;

(d) Destroying a wild horse or burro without authorization from the BLM, except as an act of mercy

(e) Selling or attempting to sell a wild horse or burro or its remains;

(f) Branding a wild horse or burro;

(g) Removing or altering a freeze mark on a wild horse or burro;

(h) Violating an order, term, or condition established by the BLM under this part;

(i) Commercially exploiting a wild horse or burro;
Any person who commits a prohibited act is subject to a fine of not more than $2,000 or imprisonment for not more than one year, or both, for each violation.

## TERMS OF ADOPTION

The following terms apply to all wild horses and burros adopted under the Private Maintenance and Care Agreement:

(a) Adopter must be 18 years of age or older;

(b) Adopters are financially responsible for providing proper care;

(c) Adopters are responsible, as provided by State law, for any personal injury, property damage, or death caused by animals in their care, for pursuing animals that escape or stray, and for costs of recapture;

(d) Adopters must not transfer animals for more than 30 days to another location or to the care of another individual without the prior approval of the BLM;

(e) Adopters must make animals available for physical inspection within 7 days of receipt of a written request by the BLM;

(f) Adopters must notify the BLM within 7 days of discovery of an animal's death, theft or escape;

(g) Adopters must notify the BLM within 30 days of any change in the adopter's address;

(h) Adopters must dispose of remains in accordance with applicable sanitation laws;

(i) Title will remain with the Federal Government for at least 1 year after the Private Maintenance and Care Agreement is executed and until a Certificate of Title is issued by the BLM;

(j) Adoption fees are non-refundable; and

(k) Adopters are entitled to a replacement, if, within 6 months of the adoption date, the animal dies or is required to be destroyed due to a condition that existed at the time of adoption and if the adopter provides a veterinarian statement that certifies that reasonable care would not have corrected the condition. All replacement animals will be handled as a refund (completed within 2 weeks of notification), or a voucher for a replacement animal will be applied to more than one animal; is non-transferable; has to be redeemed at the same type of event as the original adoption; and does not give the adopter any kind of preferential treatment. Additionally, the amount of the voucher has to be redeemed all at once; non-used funds are forfeited; and bids above the voucher amount are due in full at the time of the adoption. This policy will only apply to replacement animals, and not repossessions or reassignments.

## TITLE QUALIFICATIONS, INCENTIVE PAYMENTS and INELIGIBILE PARTICIPANTS

A person may receive title to as many as four (4) wild horses or burros per 12 month period provided the following qualifications are met:

The applicant has had the horses or burros assigned by a Private Maintenance and Care Agreement for a minimum of 12 months.

At the end of the 12 month period, the applicant has submitted written certification of a qualified individual attesting, to the best of his/her knowledge, that the adopted animals are receiving proper care.

Title applicants participating in the BLM Adoption Incentive Program are required to submit one Adoption Incentive Agreement (4710-25), ACH Form (SF-3881) and title application (4710-18) per adopted animal within 60 days of adoption and title dates to receive incentive payments.

BLM employees, spouses or domestic partners of BLM employees, BLM contractors, and BLM partners are not eligible to participate in the BLM adoption incentive program.

## NOTICE

The Privacy Act and the regulation at 43 CFR 2.48 (d) require that you be furnished the following information in connection with information required by this application.

**AUTHORITY:** 16 U.S.C. 1333 and 31 U.S.C. 7701.

**PRINCIPAL PURPOSE:** The BLM will use this information to process your adoption incentive agreement for wild horses or burros. BLM will use your financial information, driver's license and social security numbers for debt collection purposes under the authority of the Debt Collection Improvement Act, 31 U.S.C. 7701.

**ROUTINE USES:** The primary uses of the information are to:

(1) Identify individuals who have applied to obtain custody of a wild horse or burro through adoption or sale;

(2) Document the rejection, suspension, or granting of the request for adoption or sale;

(3) Monitor compliance with laws / regulations concerning maintenance of adopted animals;

(4) Identify contractors / employees / volunteers / service providers required to perform program functions;

(5) Provide necessary program management information to other agencies involved in management of wild horses and burros on public lands, i.e., the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);

(6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and

(7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

This form does not constitute an information collection as defined by 44 U.S.C. 3502 and therefore does not require OMB approval.

**QUESTIONS ABOUT PAYMENT STATUS:** For information about the status of your AIP payment, please email BLM_WHB_AIP@blm.gov with your full name, adoption date and all freeze mark numbers of all animals adopted. Please include "AIP Payment Status" in the subject line.

**THIS IS A SAMPLE**

OMB No. 1510-0056

## ACH VENDOR/MISCELLANEOUS PAYMENT
## ENROLLMENT FORM

This form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion. See reverse for additional instructions.

### PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

### AGENCY INFORMATION

FEDERAL PROGRAM AGENCY
Bureau of Land Management - Wild Horse & Burro Program

| AGENCY IDENTIFIER: | AGENCY LOCATION CODE (ALC): | ACH FORMAT: ☐ CCD+   ☐ CTX |
|---|---|---|

ADDRESS:

| CONTACT PERSON NAME: | TELEPHONE NUMBER: |
|---|---|
| Insert BLM OOJ OR POC here | Insert BLM OOJ OR POC number here |

ADDITIONAL INFORMATION:

### PAYEE/COMPANY INFORMATION

| NAME | SSN NO. OR TAXPAYER ID NO. |
|---|---|
| Jane B. Doe (Adopter Information) | 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 |

ADDRESS
1234 Anywhere Lane

Sun Valley, CA 91352

| CONTACT PERSON NAME: | TELEPHONE NUMBER: |
|---|---|
| John Doe | (  818  ) 555-1212 |

### FINANCIAL INSTITUTION INFORMATION

NAME:
Bank of the World

ADDRESS:
5678 Anyplace Lane

Sun Mountain, CA 91353

| ACH COORDINATOR NAME: | TELEPHONE NUMBER: (    ) |
|---|---|

NINE-DIGIT ROUTING TRANSIT NUMBER:   1  0  1  0  1  0  1  0  1

DEPOSITOR ACCOUNT TITLE:

| DEPOSITOR ACCOUNT NUMBER: | LOCKBOX NUMBER: |
|---|---|
| 321321321 | N/A |

TYPE OF ACCOUNT:
☒ CHECKING      ☐ SAVINGS      ☐ LOCKBOX

| SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL: (Could be the same as ACH Coordinator) | TELEPHONE NUMBER: (    ) |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

SF 3881 (Rev. 2/2003 )
Prescribed by Department of Treasury
31 U S C 3322; 31 CFR 210

BLM_004926

In Reply To:
4750 (260)


April 5, 2022
CERTIFIED MAIL # _____

[Adopter Name]
[Adopter Address]
[Adopter City, State and Zip Code]

Dear [Adopter Name]:

The purpose of the Adoption Incentive Program (AIP) is to increase the number of wild horses and burros placed into private care through offering financial incentives to adopt untrained animals. Increasing the placement of adopted animals into good, caring homes is of critical importance to the Bureau of Land Management (BLM). Failure to adhere to the terms of adoption set forth in the Private Maintenance and Care Agreement, the Adoption Incentive Agreement or failure to adhere to prohibited acts as defined by 43 C.F.R. Part 4700, will result in ineligibility to participate in the AIP.

You are no longer eligible to participate in the AIP for the following reason (s):

[INSERT VIOLATION]

Within 30 days from receipt of this decision, you have the right of appeal to the Board of Land Appeals, Office of Hearings and Appeals, 4015 Wilson Boulevard, Arlington, Virginia 22203, in accordance with the regulations at 43 CFR, Part 4, if you disagree with this decision. You are required to provide a Statement of Reasons to the Board of Land Appeals and a copy to the Regional Solicitor's Office (contact your local BLM Office of jurisdiction for the address). Please provide your local BLM Office of jurisdiction a copy of the appeal and Statement of Reasons. The appellant has the burden of showing that the decision appealed from is in error.

If you have further questions, contact your local BLM office [INSERT BLM OFFICE INFORMATION] or call 866.468.7826.


                              Sincerely,




Enclosure: Form 1842-1 (Information on Taking Appeals to the Board of Appeals)


                                                          Attachment 4

BLM_004927

Form 4710-24
(June 2021)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

OMB NO. 1004.0042
Expires: May 31, 2024

## FACILITY CERTIFICATION FORM

Last Name: _____ First Name: _____ MI: _____ DOB: _____ *(MM/DD/YYYY)*

SSN/Tax ID #: _____ Phone *(1)*: _____ Phone *(2)*: _____ Email Address: _____

Mailing Address/P.O. Box: _____ City: _____ State: _____ Zip: _____

**1. How many untitled wild horses or burros are at your facility?** Adopted *(Untitled)* _____ Foster _____ Other *(BLM approved programs)* _____

**2. Additional request to adopt more than four untitled animals\*:** # of additional animals requested to adopt _____ *(continue to #4)*

**3. Caring for animals outside of BLM Corrals (*For fostering, volunteering or partnership programs ONLY*):**

  **a) Are you interested in training horses or burros (*if applicable*)?** ☐ Yes ☐ No

  **b) If yes, how many?** Horses _____ Burros _____

**4. Physical Address of your facility *(if different than mailing address above)*:** _____

**Describe your facility:** *(Facility refers to an enclosed area such as a corral, barn, stall, etc. Materials used may include pipe panels, wood post, planks, horse fence, etc.)*

  **a) Corral:** Length _____ Width _____ Height of Corral _____ Gate Height _____ Gate Width _____

    Materials used in Corral _____ Materials used in Gate _____

  **b) Shelter:** Type of Shelter _____ Materials used in Shelter *(if applicable)* _____

    Length _____ Width _____ Included within corral square footage? ☐ Yes ☐ No

    Attached to Corral? ☐ Yes ☐ No  If not, how is it accessible? _____

  **c) Feed:** Type of hay or pasture: _____ Supplemental Feed: _____ Amount per day: _____

  **d) Water:** Is there access to a water source? ☐ Yes ☐ No  **Water source:** ☐ Well ☐ City ☐ Automatic ☐ Other _____

  **e) Trailer:** Type of trailer – ☐ Stock ☐ Horse ☐ Homemade  Capacity (No. of animals): _____ Dividers? ☐ Yes ☐ No

    If yes, can they be secured back? ☐ Yes ☐ No *(Additional restrictions apply, please contact BLM)*

    Is trailer covered? ☐ Yes ☐ No  If not, describe the type? _____

| Draw a map to the facility (from the nearest major highway) & provide directions to your location using the space below. | Draw a layout of the corral(s) and shelter(s) & provide a brief description using the space below. |
|---|---|
| **N** | **N** |
| | |
| Directions to the facility: | Provide a description of the facility layout: |
| | |

(Continued on Page 2) (Form 4710-24)

BLM_004928

*This form is required in addition to the application for private maintenance for the certification of caring for more than four wild horses and burros. An individual or group of individuals can request to adopt more than four wild horses or burros in a 12-month period. This request is initiated by completing this form stating their ability to humanely care for the animals and includes a description of the facilities, including corral and shelter sizes, feed, water and trailer information. The form should be certified by a local humane official, veterinarian, cooperative extension agent, or a similarly qualified person. Once the form is completed, the authorized officer will review, follow-up as needed, conduct an inspection to verify that the applicant's facilities are adequate to care for the number of animals requested and provide a decision.*

_____          _____
(Applicant Signature)                                              (Date)

## CERTIFICATION

I, _____ , am qualified by education, training and/or experience to assess the adequacy of the facility for
   *(Certifying Individual – Print Name)*

maintaining adopted wild horses or burros.

_____          _____
(Certifying Signature)                                              (Date)

*BLM Official Use Only*

The facility described based on BLM requirements is: ☐ adequate   ☐ inadequate   to care for the number of animals requested.

_____   _____   _____
(BLM Authorized Officer Signature)                (Date)                 # Facility Approved (total # of Animals)

## NOTICES

The Privacy Act requires that you be furnished the following information in connection with information required by this application.

AUTHORITY: 16 U.S.C. 1333 and 31 U.S.C. 7701.

EFFECT OF NOT PROVIDING INFORMATION: Submission of the requested information is necessary to obtain or retain a benefit. Failure to submit all of the requested information or to complete this form may result in the rejection and/or denial of your facility certification request.

PRINCIPAL PURPOSE: The BLM will use this information when certifying your facility for the care of wild horses or burros. BLM will use your driver's license and social security numbers as necessary for communication purposes.

ROUTINE USES: The primary uses of the information are to:
1) Identify adopters who are requesting to care for more than four wild horses or burros;
2) Document the certification or rejection of the request to care for wild horses or burros;
3) Monitor compliance with laws/regulations concerning maintenance of wild horses or burros outside of BLM care;
4) Identify contractors/employees/volunteers/service providers/adopters required to perform program functions i.e., veterinarians, farriers, the U.S. Forest Service (USFS) and the Animal and Plant Health Inspection Service (APHIS);
5) Provide necessary program management information to other agencies involved in management of wild horses and burros;
6) Identify and assign level of system access required by BLM, USFS and APHIS wild horse and burros program personnel; and
7) Authorize the disclosure of records to individuals involved in responding to a breach of Federal data.

## PAPERWORK REDUCTION ACT NOTICE

The Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) requires us to inform you that:

The BLM collects this information in accordance with the statutes and regulations listed above, and for the purposes listed above.

Submission of the requested information is necessary to obtain or retain a benefit. You do not have to respond to this, or any other Federal agency sponsored information collection unless it displays a currently valid OMB control number.

**List of Minimum Shelter Requirements by State:**

| STATE | MINIMUM REQUIREMENT* | EXAMPLE |
|---|---|---|
| Colorado, Idaho, Kansas, Nevada, New Mexico, Oklahoma, Oregon/Washington (east of the Cascade Mountains), Texas, Utah | Shelter shall be available to mitigate the effects of inclement weather and temperature extremes. The requirement is at the discretion of the authorized officer and will vary dependent on the severity of weather in the region. | Natural cover (tree, etc.) or man-made structure (plywood or other material on side of corral, stall, etc.) |
| Nebraska, Wyoming | Natural cover or man-made structure that provides a wind break. | Tree (etc.) or structure with a side (plywood on side of corral, stall, etc.) |
| Alabama, Arizona, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Virginia | Natural cover or man-made structure that provides shade. | Tree (etc.) or structure with a roof (wood, metal, etc.) |
| California, Oregon/Washington (west of the Cascade Mountains) | A two (2)-sided shelter with a roof. | Structure with sides and a roof (wood, metal, etc.) |
| Alaska, Connecticut, Delaware, Illinois, Indiana, Iowa, Maine, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Montana, New Hampshire, New Jersey, New York, North Dakota, Ohio, Pennsylvania, Rhode Island, South Dakota, Vermont, West Virginia, and Wisconsin | A three (3)-sided shelter with a roof. Heated water source (Alaska only). | Structure with sides, a back, and a roof (wood, metal, etc.) |

* These requirements are in addition to state, county, and local animal health and welfare laws and regulations for the area the animal resides.

## BURDEN HOURS STATEMENT

Public reporting burden for this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to U.S. Department of the Interior, Bureau of Land Management (1004-0042), Bureau Information Collection Clearance Officer, (WO-630), 1849 C Street, N.W., Washington, D.C. 20240.

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Fluer, Scott L; Ruhs, Amy G |
| **Subject:** | AIP Field Questionnaire (draft) |
| **Date:** | Wednesday, March 11, 2020 2:13:00 PM |
| **Attachments:** | AIP Field Questionnaire.docx |

Scott/Amy – Please see the draft questionnaire I've developed for field personnel. If there's anything else you think it should cover, please let me know. Otherwise, Amy, would you mind distributing it to the field staff you've been communicating with. They can return their completed questionnaires to me.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**AIP Review Questionnaire for WHB Field Specialists**

Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

**The following questions concern the Adoption Incentive Agreement (Form 4710-25)**

1.  In your opinion, how easy or difficult is the Adoption Incentive Agreement form adopters to complete?

___Very Easy
___Somewhat Easy
___Somewhat Difficult
___Very Difficult

2.  How much assistance does a typical adopter require in order to complete the Adoption Incentive Agreement form?

___A Lot (line-by-line assistance)
___Some (occasional general questions)
___None (able to complete form on own)

3.  What are the most common questions adopters have when requesting assistance to complete the Adoption Incentive Agreement form?

(1)

_____

_____

(2)

_____

_____

(3)

_____

_____

4.  How often is your office contacted by the NOC or the AIP ombudsman (Army Ruhs) to address errors/omissions on the Adoption Incentive Agreement form?

___Frequently (at least once a week)
___Occasionally (maybe a couple of times a month)
___Rarely (less than once a month)


5.   What is the most common error found on completed Adoption Incentive Agreement forms?

___Missing information
___Incorrect or inconsistent information
___Illegible handwriting on top sheet
___Ink transfer too light between sheets (bottom sheets hard to read)
___Other:_____


6.   What modifications (if any) to the Adoption Incentive Agreement form would improve adopters'
     ability to complete the form with limited assistance and without errors or omissions?

_____

_____

_____


**The following questions concern the ACH Vendor/Miscellaneous Payment Enrollment Form (OMB No.
1510-0056)**

1.   In your opinion, how easy or difficult is the ACH form adopters to complete?

___Very Easy
___Somewhat Easy
___Somewhat Difficult
___Very Difficult


2.   How much assistance does a typical adopter require in order to complete the Adoption Incentive
     Agreement form?

___A Lot (line-by-line assistance)
___Some (occasional general questions)
___None (able to complete form on own)


3.   What are the most common questions adopters have when requesting assistance to complete the
ACH form?

            (1)

            _____

            _____

(2)

_____

_____

(3)

_____

_____

4.   How often is your office contacted by the NOC or the AIP ombudsman (Army Ruhs) to address errors/omissions on the ACH form?

___Frequently (at least once a week)
___Occasionally (maybe a couple of times a month)
___Rarely (less than once a month)


5.   What is the most common error found on completed ACH forms?

___Missing information
___Incorrect or inconsistent information
___Illegible handwriting on top sheet
___Ink transfer too light between sheets (bottom sheets hard to read)
___Other:_____


Other Issues/Recommendations – Please outline any other issues you encounter in processing AIP applications and any recommendations you may have for improving the process:

_____

_____

_____

_____

_____

_____

_____

| | |
|---|---|
| **From:** | Ruhs, Amy G |
| **To:** | McGuire, Paul M; Fluer, Scott L |
| **Subject:** | Re: AIP Field Questionnaire (draft) |
| **Date:** | Wednesday, March 11, 2020 2:23:11 PM |

Thanks Paul,

I'll look it over and wait to see if Scott has concern and then if not send it to the Monthly Private Care AIP Group. What kind of turn around  time frame are you thinking?

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, March 11, 2020 1:13 PM
**To:** Fluer, Scott L <sfluer@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** AIP Field Questionnaire (draft)

Scott/Amy – Please see the draft questionnaire I've developed for field personnel. If there's anything else you think it should cover, please let me know. Otherwise, Amy, would you mind distributing it to the field staff you've been communicating with. They can return their completed questionnaires to me.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

BLM_004936

| | |
|---|---|
| **From:** | Fluer, Scott L |
| **To:** | McGuire, Paul M; Ruhs, Amy G |
| **Subject:** | Re: AIP Field Questionnaire (draft) |
| **Date:** | Friday, March 13, 2020 6:39:41 AM |

Paul,

Sorry, I'm behind, but looks good other than Amy's name spelling.

Thank you.

Scott

## Scott Fluer
## Off-Range Branch Chief (Acting)
## WO262 - WH&B
Duty Station - Montana State Office
406-896-5222 Office
307-714-1823 Cell

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, March 11, 2020 1:13 PM
**To:** Fluer, Scott L <sfluer@blm.gov>; Ruhs, Amy G <aruhs@blm.gov>
**Subject:** AIP Field Questionnaire (draft)

Scott/Amy – Please see the draft questionnaire I've developed for field personnel. If there's anything else you think it should cover, please let me know. Otherwise, Amy, would you mind distributing it to the field staff you've been communicating with. They can return their completed questionnaires to me.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:**      Ruhs, Amy G
**Subject:**   AIP Questionnaire
**Date:**      Thursday, March 12, 2020 4:10:08 PM
**Attachments:**   AIP Field Questionnaire 3_11_20.docx

Hi all,

Happen 1 year anniversary! Yes today is the anniversary for AIP. It's been a great year and we would like to thank all of you for you dedication and support for the outstanding placement of animal we have had throughout this first AIP year. Thanks for staying with us, through the bumps, bruises, extra paperwork and added workload.

Please find attached a Questionnaire we would like all of you to respond to. Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Please return your completed questionnaires by COB 3/20/20 to Paul McGuire PMcGuire@blm.gov

Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th. Let us know if you didn't receive the invite now that we changed to Outlook.

Thanks!

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

**AIP Review Questionnaire for WHB Field Specialists**

Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

**The following questions concern the Adoption Incentive Agreement (Form 4710-25)**

1.  In your opinion, how easy or difficult is the Adoption Incentive Agreement form for adopters to complete?

___Very Easy
___Somewhat Easy
___Somewhat Difficult
___Very Difficult

2.  How much assistance does a typical adopter require in order to complete the Adoption Incentive Agreement form?

___A Lot (line-by-line assistance)
___Some (occasional general questions)
___None (able to complete form on own)

3.  What are the most common questions adopters have when requesting assistance to complete the Adoption Incentive Agreement form?

      (1)

      _____

      _____

      (2)

      _____

      _____

      (3)

      _____

      _____

4.  How often is your office contacted by the NOC or the AIP ombudsman (Amy Ruhs) to address errors/omissions on the Adoption Incentive Agreement form?

___Frequently (at least once a week)
___Occasionally (maybe a couple of times a month)
___Rarely (less than once a month)

5.   What is the most common error found on completed Adoption Incentive Agreement forms?

___Missing information
___Incorrect or inconsistent information
___Illegible handwriting on top sheet
___Ink transfer too light between sheets (bottom sheets hard to read)
___Other:_____

6.   What modifications (if any) to the Adoption Incentive Agreement form would improve adopters'
     ability to complete the form with limited assistance and without errors or omissions?

_____

_____

_____

**The following questions concern the ACH Vendor/Miscellaneous Payment Enrollment Form (OMB No.
1510-0056)**

1.   In your opinion, how easy or difficult is the ACH form for adopters to complete?

___Very Easy
___Somewhat Easy
___Somewhat Difficult
___Very Difficult

2.   How much assistance does a typical adopter require in order to complete the ACH form?

___A Lot (line-by-line assistance)
___Some (occasional general questions)
___None (able to complete form on own)

3.   What are the most common questions adopters have when requesting assistance to complete the
ACH form?

      (1)

      _____

      _____

(2)

_____

_____

(3)

_____

_____

4.   How often is your office contacted by the NOC or the AIP ombudsman (Army Ruhs) to address errors/omissions on the ACH form?

___Frequently (at least once a week)
___Occasionally (maybe a couple of times a month)
___Rarely (less than once a month)

5.   What is the most common error found on completed ACH forms?

___Missing information
___Incorrect or inconsistent information
___Illegible handwriting on top sheet
___Ink transfer too light between sheets (bottom sheets hard to read)
___Other:_____

Other Issues/Recommendations – Please outline any other issues you encounter in processing AIP applications and any recommendations you may have for improving the process:

_____

_____

_____

_____

_____

_____

_____

| | |
|---|---|
| **From:** | Allen, Deborah A |
| **To:** | Ruhs, Amy G; McGuire, Paul M |
| **Subject:** | Re: AIP Questionnaire |
| **Date:** | Friday, March 13, 2020 6:58:04 AM |

I can't answer any of these questions.  With working on the online corral, I may tell them how the program works and they would click that they want to participate in the AIP, when they checkout.  But I don't work with the actual forms, nor discuss with anyone how to fill out or anything like that.  I do provide the adopters, in their emailed pickup instructions, the following:

Through the new Adoption Incentive Program, you are eligible to receive $500 within 60 days of the pick up date and an additional $500 within 60 days of titling for each animal, which normally occurs one year from the adoption date.  To finalize your participation in the Adoption Incentive Program you will complete the ACH Vendor-Miscellaneous Payment form and the Adoption Incentive Agreement when you pick up your animal.  You can work with the office, if you need to send a hauler.  Please bring your financial institution information to the pick up event to complete the ACH/Vendor-Miscellaneous Payment form:

- Bank Name
- Bank Address
- Nine Digit Routing Transit Number
- Depositor Account Number (This must be the same person)

**From:** Ruhs, Amy G <aruhs@blm.gov>
**Sent:** Thursday, March 12, 2020 5:10 PM
**Subject:** AIP Questionnaire

Hi all,
Happen 1 year anniversary! Yes today is the anniversary for AIP. It's been a great year and we would like to thank all of you for you dedication and support for the outstanding placement of animal we

have had throughout this first AIP year. Thanks for staying with us, through the bumps, bruises, extra paperwork  and added workload.

Please find attached a Questionnaire we would like all of you to respond to. Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Please  return your completed questionnaires by COB 3/20/20 to Paul McGuire PMcGuire@blm.gov

Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.

Thanks!

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

| | |
|---|---|
| **From:** | Stratton, Joseph A |
| **To:** | Ruhs, Amy G; McGuire, Paul M |
| **Subject:** | Re: AIP Questionnaire |
| **Date:** | Friday, March 13, 2020 12:39:33 PM |
| **Attachments:** | Joe"s-Response-AIP Field Questionnaire 3_11_20.docx |

Elm Creek survey. Joe

**From:** Ruhs, Amy G <aruhs@blm.gov>
**Sent:** Thursday, March 12, 2020 4:10 PM
**Subject:** AIP Questionnaire

Hi all,
Happen 1 year anniversary! Yes today is the anniversary for AIP. It's been a great year and we would like to thank all of you for you dedication and support for the outstanding placement of animal we have had throughout this first AIP year. Thanks for staying with us, through the bumps, bruises, extra paperwork  and added workload.

Please find attached a Questionnaire we would like all of you to respond to. Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Please  return your completed questionnaires by COB 3/20/20 to Paul McGuire PMcGuire@blm.gov

Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.

Thanks!

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

BLM_004944

**AIP Review Questionnaire for WHB Field Specialists**

Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

**The following questions concern the Adoption Incentive Agreement (Form 4710-25)**

1. In your opinion, how easy or difficult is the Adoption Incentive Agreement form for adopters to complete?

___Very Easy
__x_Somewhat Easy
___Somewhat Difficult
___Very Difficult

2. How much assistance does a typical adopter require in order to complete the Adoption Incentive Agreement form?

___A Lot (line-by-line assistance)
_x__Some (occasional general questions)
___None (able to complete form on own)

3. What are the most common questions adopters have when requesting assistance to complete the Adoption Incentive Agreement form?

(1) _____Which lines does the adopter fill out and which BLM fills out._____

(2) _____

(3)
_____

_____

4. How often is your office contacted by the NOC or the AIP ombudsman (Amy Ruhs) to address errors/omissions on the Adoption Incentive Agreement form?

___Frequently (at least once a week)
___Occasionally (maybe a couple of times a month)
__x_Rarely (less than once a month)

5.  What is the most common error found on completed Adoption Incentive Agreement forms?

_x__Missing information
___Incorrect or inconsistent information
_x__Illegible handwriting on top sheet
_x__Ink transfer too light between sheets (bottom sheets hard to read)
___Other:_____

6.  What modifications (if any) to the Adoption Incentive Agreement form would improve adopters' ability to complete the form with limited assistance and without errors or omissions?

____No suggestions_____

_____

_____

**The following questions concern the ACH Vendor/Miscellaneous Payment Enrollment Form (OMB No. 1510-0056)**

1.  In your opinion, how easy or difficult is the ACH form for adopters to complete?

___Very Easy
_x__Somewhat Easy
___Somewhat Difficult
___Very Difficult

2.  How much assistance does a typical adopter require in order to complete the ACH form?

___A Lot (line-by-line assistance)
_x__Some (occasional general questions)
___None (able to complete form on own)

3.  What are the most common questions adopters have when requesting assistance to complete the ACH form?

(1) ____Which part is adopter personal information and which is the bank

(2) _____Do I need the bank address?_____

(3)
_____

_____

4.  How often is your office contacted by the NOC or the AIP ombudsman (Army Ruhs) to address errors/omissions on the ACH form?

___Frequently (at least once a week)
___Occasionally (maybe a couple of times a month)
_x__Rarely (less than once a month)

5.  What is the most common error found on completed ACH forms?

_x__Missing information
___Incorrect or inconsistent information
___Illegible handwriting on top sheet
___Ink transfer too light between sheets (bottom sheets hard to read)
___Other:_____


Other Issues/Recommendations – Please outline any other issues you encounter in processing AIP applications and any recommendations you may have for improving the process:

_ The biggest issue I have found is filling out the personal information on the banking form in the right spot. Also, not all adopters know the address and phone number of their bank._____
_____

| | |
|---|---|
| **From:** | Clark, Taneisha L |
| **Cc:** | Ruhs, Amy G; McGuire, Paul M |
| **Subject:** | UPDATE: AIP Questionnaire Survey |
| **Date:** | Monday, March 16, 2020 1:32:37 PM |

Hi everyone!

**UPDATE**: We have created an electronic questionnaire instead of submitting the word document sent in the previous email by Amy Ruhs. Click here to access the questionnaire, it should take about 5 minutes to complete. **Please complete by COB Friday, 3/20/20.**

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the Adoption Incentive Program (including the data analysis).

Alternative link access:

https://forms.office.com/Pages/ResponsePage.aspxid=urWTBhhLe02TQfMvQApUlLNyo5qAMqlBl470Kl4lQURUOEtRR0dOSkNST04yS0pFNFlSVVIJSVlPMC4u

*Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.*

---

**From:** Ruhs, Amy G <aruhs@blm.gov>
**Sent:** Thursday, March 12, 2020 4:10 PM
**Subject:** AIP Questionnaire

Hi all,
Happen 1 year anniversary! Yes today is the anniversary for AIP. It's been a great year and we would like to thank all of you for you dedication and support for the outstanding placement of animal we have had throughout this first AIP year. Thanks for staying with us, through the bumps, bruises, extra paperwork  and added workload.

Please find attached a Questionnaire we would like all of you to respond to. Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Please  return your completed questionnaires by COB 3/20/20 to Paul McGuire PMcGuire@blm.gov

Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.

Thanks!

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

BLM_004949

| | |
|---|---|
| **From:** | Clark, Taneisha L |
| **To:** | McGuire, Paul M |
| **Subject:** | Re: UPDATE: AIP Questionnaire Survey |
| **Date:** | Monday, March 16, 2020 1:39:39 PM |

Hi Paul, here is the link to the form. You should be able to edit and view responses, I have set an end date of 3/20 at 11:59 pm:

https://forms.office.com/Pages/DesignPage.aspx?
fragment=FormId%3DurWTBhhLe02TQfMvQApUlLNyo5qAMqlBl470Kl4lQURUOEtRR0dOSkNST04yS0pFNFISVVIJSVIPMC4u%26Token%3D3c50b1f2fdd9457886da8e766f0b2278

---

**From:** Clark, Taneisha L <tlclark@blm.gov>
**Sent:** Monday, March 16, 2020 1:32 PM
**Cc:** Ruhs, Amy G <aruhs@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** UPDATE: AIP Questionnaire Survey

Hi everyone!

UPDATE: We have created an electronic questionnaire instead of submitting the word document sent in the previous email by Amy Ruhs. Click here to access the questionnaire, it should take about 5 minutes to complete. **Please complete by COB Friday, 3/20/20.**

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the Adoption Incentive Program (including the data analysis).

Alternative link access:
https://forms.office.com/Pages/ResponsePage.aspxid=urWTBhhLe02TQfMvQApUlLNyo5qAMqlBl470Kl4lQURUOEtRR0dOSkNST04yS0pFNFISVVIJSVIPMC4u

*Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.*

---

**From:** Ruhs, Amy G <aruhs@blm.gov>
**Sent:** Thursday, March 12, 2020 4:10 PM
**Subject:** AIP Questionnaire

Hi all,
Happen 1 year anniversary! Yes today is the anniversary for AIP. It's been a great year and we would like to thank all of you for you dedication and support for the outstanding placement of animal we have had throughout this first AIP year. Thanks for staying with us, through the bumps, bruises, extra paperwork  and added workload.

Please find attached a Questionnaire we would like all of you to respond to. Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Please  return your completed questionnaires by COB 3/20/20 to Paul McGuire PMcGuire@blm.gov

Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.

Thanks!

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

| | |
|---|---|
| **From:** | Ruhs, Amy G |
| **To:** | Warr, Victor (Gus) A; Clark, Taneisha L |
| **Cc:** | McGuire, Paul M |
| **Subject:** | Re: UPDATE: AIP Questionnaire Survey |
| **Date:** | Monday, March 16, 2020 2:02:03 PM |

Hi Gus,

It went to all the folks who call into the Bi-weekly call now a monthly call. I know other state had concerns as well. We can certainly share that list or if personal within your state has changed fill free to share it with your folks that deal with AIP.

Thanks!

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

---

**From:** Warr, Victor (Gus) A <gwarr@blm.gov>
**Sent:** Monday, March 16, 2020 12:53 PM
**To:** Clark, Taneisha L <tlclark@blm.gov>
**Cc:** Ruhs, Amy G <aruhs@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: UPDATE: AIP Questionnaire Survey

Hey Taneisha  (et. al) ...
Can you tell me who this went out to?  I can't see if it went to all the field and facility folks, and if I need to forward.

Thanks,
Gus
Utah Wild Horse & Burro Program Manager
BLM Utah State Office (UT-933)
440 W. 200 S., Suite 500, Salt Lake City, UT  84101-1345
Desk#: (801) 539-4057
Cell#: (801) 824-1632
Email: gwarr@blm.gov
http://www.blm.gov/WHB

---

**From:** Clark, Taneisha L <tlclark@blm.gov>
**Sent:** Monday, March 16, 2020 12:32 PM
**Cc:** Ruhs, Amy G <aruhs@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** UPDATE: AIP Questionnaire Survey

Hi everyone!

UPDATE: We have created an electronic questionnaire instead of submitting the word document sent in the previous email by Amy Ruhs. Click here to access the questionnaire, it should take about 5 minutes to complete. **Please complete by COB Friday, 3/20/20.**

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the

Adoption Incentive Program (including the data analysis).

Alternative link access:
https://forms.office.com/Pages/ResponsePage.aspxid=urWTBhhLe02TQfMvQApUlLNyo5qAMqlBl470Kl4IQURUOEtRR0dQSkNST04yS0pFNFISVVIJSVIPMC4u

*Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th. Let us know if you didn't receive the invite now that we changed to Outlook.*

---

**From:** Ruhs, Amy G <aruhs@blm.gov>
**Sent:** Thursday, March 12, 2020 4:10 PM
**Subject:** AIP Questionnaire

Hi all,
Happen 1 year anniversary! Yes today is the anniversary for AIP. It's been a great year and we would like to thank all of you for you dedication and support for the outstanding placement of animal we have had throughout this first AIP year. Thanks for staying with us, through the bumps, bruises, extra paperwork  and added workload.

Please find attached a Questionnaire we would like all of you to respond to. Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Please  return your completed questionnaires by COB 3/20/20 to Paul McGuire PMcGuire@blm.gov

Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.

Thanks!

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb

| | |
|---|---|
| **From:** | Williams, Willie C |
| **To:** | McGuire, Paul M |
| **Cc:** | Stephenson, Robert L |
| **Subject:** | Fw: AIP Report |
| **Date:** | Tuesday, March 17, 2020 10:18:52 AM |
| **Attachments:** | image.png |

Here you go.  The last line are the numbers you are looking for.

---

**From:** Medina, Diana N <dmedina@blm.gov>
**Sent:** Thursday, March 12, 2020 11:58 AM
**To:** Waddell, Holle <hwaddell@blm.gov>; Reiland, Michael J <mreiland@blm.gov>; Stephenson, Robert L <rstephenson@blm.gov>; Williams, Willie C <wwilliams@blm.gov>
**Subject:** AIP Report

| FY2020 AIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AS OF DATE | AIP INV RECEIVED | AIP INVOICE PAID | NO OF ADOPTED ANIMALS PAID(excluding OPT) | DOLLAR AMOUNT OF PAID ADOPTED ANIMALS | AIP INVOICE PENDING FOR PAYMENT | AIP AMOUNT PENDING TO BE PAID | OVERALL PAID ADOPTED ANIMALS | OVERALL COST OF ADOPTED ANIMALS | AIP OPT-OUT OR RETURNED ANIMALS TOTAL OF ANIMALS |
| 11/12/2019 | 75 | 0 | 0 | $0.00 | 75 | $37,500.00 | 125 | $62,500.00 | 0 |
| 12/11/2019 | 129 | 9 | 22 | $11,000.00 | 120 | $53,500.00 | 416 | $208,000.00 | 0 |
| 1/15/2020 | 302 | 227 | 401 | $200,500.00 | 75 | $37,500.00 | 537 | $268,500.00 | 1 OPT-OUT |
| 3/12/2020 | 592 | 520 | 902 | $451,000.00 | 72 | $60,000.00 | 1022 | $511,000.00 | 1 OPT-OUT |

Thanks
Diana Medina
303-236-3332
Fax 303-236-2531
Fiscal Service Specialist
Workflow Administrator
BLM, NOC
dmedina@blm.gov
blm_oc_fbms_workflow_helpdesk@blm.gov

***\*\*\*\*\*Remedy Ticket to Workflow Admin - select question 2 & 3 workflow, question 4 AP\*\*\*\*\****
workflow items - forwarding workflow, substitute,UDO's, rounding issues, de-obligation/tracer request, etc.

\*Workflow email address - blm_oc_fbms_workflow_helpdesk@blm.gov )

\*Vendor Request email address - blm_oc_vendor_requests@blm.gov
\*Disapproved by Finance error's submit help-desk ticket to  - FBMS_helpdesk@ios.doi.gov
For more FBMS information:Go to the BLM FBMS Acquisitions SharePoint
https://blmspace.blm.doi.net/oc/sites/nocacq/Pages/BLM-FBMS-Acquisitions-Help-Desk.aspx

*Live Life to the fullest, because tomorrow is never promised*

| | |
|---|---|
| **From:** | Humphreys, Marissa N |
| **To:** | McGuire, Paul M |
| **Subject:** | AIP Questionnaire |
| **Date:** | Thursday, March 19, 2020 7:53:35 AM |
| **Attachments:** | AIP Field Questionnaire 3_11_20.docx |

Hi Paul,

  Here are my responses to the AIP questionnaire.

Sincerely,

Marissa Humphreys

Wild Horse and Burro Specialist

BLM-Eastern States

Northeastern States District

626 E. Wisconsin Ave

Milwaukee, WI 53202

P: (414) 297-4407

C: (414) 704-7550

mnhumphreys@blm.gov

**AIP Review Questionnaire for WHB Field Specialists**

Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

**The following questions concern the Adoption Incentive Agreement (Form 4710-25)**

1.  In your opinion, how easy or difficult is the Adoption Incentive Agreement form for adopters to complete?

_X__Very Easy
___Somewhat Easy
___Somewhat Difficult
___Very Difficult

2.  How much assistance does a typical adopter require in order to complete the Adoption Incentive Agreement form?

___A Lot (line-by-line assistance)
___Some (occasional general questions)
_X__None (able to complete form on own)

3.  What are the most common questions adopters have when requesting assistance to complete the Adoption Incentive Agreement form?

(1)  Typically, after I explain the form to them, they are able to fill out the form on their own without any questions for me.

(2)
_____

_____

(3)
_____

_____

4.  How often is your office contacted by the NOC or the AIP ombudsman (Amy Ruhs) to address errors/omissions on the Adoption Incentive Agreement form?

___Frequently (at least once a week)
_X__Occasionally (maybe a couple of times a month)

___Rarely (less than once a month)

5.   What is the most common error found on completed Adoption Incentive Agreement forms?

___Missing information
___Incorrect or inconsistent information
___Illegible handwriting on top sheet
_X_Ink transfer too light between sheets (bottom sheets hard to read)
___Other:_____

6.   What modifications (if any) to the Adoption Incentive Agreement form would improve adopters'
     ability to complete the form with limited assistance and without errors or omissions?

 Having a fillable PDF versus a 4 sheet carbon copy. At our adoption events we usually have our laptops
and a printer so we could fill out the PDF and have the adopter sign the form that way. This would
eliminate the illegible handwriting and the ink transfer being too light between sheets.

_____

_____

_____

**The following questions concern the ACH Vendor/Miscellaneous Payment Enrollment Form (OMB No.
1510-0056)**

1.   In your opinion, how easy or difficult is the ACH form for adopters to complete?

___Very Easy
___Somewhat Easy
_X_Somewhat Difficult
___Very Difficult

2.   How much assistance does a typical adopter require in order to complete the ACH form?

___A Lot (line-by-line assistance)
_X_Some (occasional general questions)
___None (able to complete form on own)

3.   What are the most common questions adopters have when requesting assistance to complete the
ACH form?

          (1)   __What is ACH coordinator?_____

                _____

(2)  What is depositor account title? _____

_____

(3)   What does it mean by contact person information under the payee section?

_____

_____


4.   How often is your office contacted by the NOC or the AIP ombudsman (Army Ruhs) to address errors/omissions on the ACH form?

___Frequently (at least once a week)
__X_Occasionally (maybe a couple of times a month)
___Rarely (less than once a month)


5.   What is the most common error found on completed ACH forms?

__X_Missing information
___Incorrect or inconsistent information
___Illegible handwriting on top sheet
___Ink transfer too light between sheets (bottom sheets hard to read)
___Other:_____


Other Issues/Recommendations – Please outline any other issues you encounter in processing AIP applications and any recommendations you may have for improving the process:

The most common issue we have on the ACH form is people putting their name address in the bank information section. We try to tell people that we need their bank's information in this section but sometimes we still get forms that have their information instead. If this occurs, we call the person to get the correct information.

_____

_____

_____

_____

_____

_____

_____

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Rittenhouse, Bruce H; Fluer, Scott L; Waddell, Holle |
| **Subject:** | DRAFT AIP Year One Report |
| **Date:** | Thursday, March 26, 2020 10:57:00 AM |
| **Attachments:** | AIP First-Year Report (DRAFT).docx |

All – Please see the draft AIP Year One Report. Available to discuss at your convenience.

Note1: I'm waiting on one figure from Krystal (OLC placements during AIP Year One)
Note2: Before the Report leaves the Program, I'd like Meredith to look at the numbers to validate (to make sure I didn't misconstrue or mis-transcribe anything).

Thanks,

**Paul McGuire**

Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

3/26/20 DRAFT    —    **Adoption Incentive Program (AIP) Year One Report**    —    DRAFT 3/26/20

This report examines the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/10 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Key Stats for AIP Year One**

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **520 payments for 902 animals**
- Total dollar amount of all AIP payments made: **$451,000**
- Number of relinquishments after first AIP payment: **119**

**Continuing a Trend**

AIP Year One saw a 95% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:



**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were 2,923 first-time adopters, an increase of 1,167 over the previous five-year average. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average. These data suggest that the AIP contributed to increased interest and participation in the program.

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of satellite events held and a greater number of animals offered. Program-wide there were a total of 97 satellite events, at which 3,731 animals were offered. This compares with the previous five-year average of 76 satellite events at which 2,273 animals were offered.

```
[Note: For events conducted at BLM facilities, complete data is only available for the
previous two fiscal years (FY18 and FY17). For AIP Year One, there were a total of 119
facility events at which 5,036 animals were offered. This compares with an average of
66 facility events where 5,470 animals were offered the previous two years.]
```

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) adoption platform which accounted for **###** total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially divert people who might otherwise purchase animals, offsetting potential gains in overall private placement numbers. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**Process Improvements**

AIP Year One presented many opportunities for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Public Information/Education – Certain unique questions regarding the taxability of AIP payments and their potential diversion to cover outstanding debts to the IRS arose during AIP Year One. The Program researched and developed proper responses to these questions and equipped the field and WHB National Information Center to educate the public accordingly.

**Future Considerations**

While the Program contends that one year provides insufficient data to propose fundamental policy changes to the AIP, the following may warrant consideration in the future:

- Change/Increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | McGuire, Paul M; Fluer, Scott L |
| **Subject:** | AIP report comments |
| **Date:** | Tuesday, March 31, 2020 9:42:51 AM |
| **Attachments:** | AIP First-Year Report (DRAFT)27March2020 BHR.docx |

Paul

Attached are my comments leading up to our meeting on Thursday.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

"*The important thing is not to stop questioning.  Curiosity has its own reason for existing.*"
*Albert Einstein*

3/26/20 DRAFT - − - **Adoption Incentive Program (AIP) Year One** ~~Evaluation~~ Report - − - DRAFT
3/26/20

This report ~~examines~~ evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19~~0~~ – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Commented [RBH1]:** I would include an introductory/background paragraph about the incentive program.

**Key Stats for AIP Year One**

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **520 payments for 902 animals**
- Total dollar amount of all AIP payments made: **$451,000**
- Number of relinquishments after first AIP payment: 119

**Commented [RBH2]:** Comments on the key stats:  1. One question I could see leadership asking is why were only 520 payments made for 902 animals when we adopted 3,937 animals? Where or why wasn't payments for the remaining animals processed.  2.  We should probably add compliance checks in this key stats section as well.  I'm actually afraid what those results will yield.

**Continuing a Trend**

AIP Year One saw a 95% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:



**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were 2,923 first-time adopters, an increase of 1,167 over the previous five-year average. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average. These data suggest that the AIP contributed to increased interest and participation in the program.

**Commented [RBH3]:** Which was one of the goals of the AIP and should be acknowledged that for this aspect the AIP was a success, although TBD if this momentum will continue.

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of satellite events held and a greater number of animals offered. Program-wide there were a total of 97 satellite events, at which 3,731 animals were offered. This compares with the previous five-year average of 76 satellite events at which 2,273 animals were offered.

[Note: For events conducted at BLM facilities, complete data is only available for the previous *two* fiscal years (FY18 and FY17). For AIP Year One, there were a total of 119 facility events at which 5,036 animals were offered. This compares with an average of 66 facility events where 5,470 animals were offered the previous two years.]

> **Formatted:** Font: (Default) +Body (Calibri), 11 pt

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) adoption platform which accounted for **###** total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially divert people who might otherwise purchase animals, offsetting potential gains in overall private placement numbers. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

> **Commented [RBH4]:** Somewhere in this section we need to assess how compliance checks on AIP animals were done since the policy made them mandatory. If the results indicate a non-satisfactory number of compliance checks being completed we need to determine why that was the case and identify remedies. This is most likely the one aspect the public will focus on.

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Public Information/Education – Certain unique questions regarding the taxability of AIP payments and their potential diversion to cover outstanding debts to the Internal Revenue Service arose during AIP Year One. The Program researched and developed proper responses to these questions and equipped the field and WHB National Information Center to educate the public accordingly.

**Future Considerations**

While the Program contends that one year provides insufficient data to propose fundamental policy changes to the AIP, the following may warrant consideration in the future:

- Change/Increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Determine if BLM should recover incentive payments when animals are not humanely cared for.

**Commented [RBH5]:** I would like to include a statement whether the WHB program feels the incentive program was a success (and how much) or not.  IMO, I feel it was a success and recommends continuing to

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Rittenhouse, Bruce H; Fluer, Scott L |
| **Subject:** | Revised AIP Report and Briefing Paper |
| **Date:** | Thursday, April 9, 2020 4:24:00 PM |
| **Attachments:** | AIP First-Year Review Briefing Paper to AD200 (draft).docx |
| | AIP First-Year Report (DRAFT)09April2020.docx |

Bruce/Scott – I've uploaded the revised AIP report and accompanying draft briefing paper to the AIP Review Team site. Also attached to this email.

Please let me know if you like to get together to discuss.

Thx,

**Paul McGuire**

Outreach Specialist (Detail)

National Wild Horse & Burro Program

Bureau of Land Management

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

*pmcguire@blm.gov*

**INFORMATION/BRIEFING MEMORANDUM**
**FOR THE ASSISTANT DIRECTOR AND DEPUTY ASSISTANT DIRECTOR –**
**RESOURCES AND PLANNING**

**DATE:**

**FROM:**     Bruce Rittenhouse, Acting Division Chief, Wild Horses and Burros

**SUBJECT:**     First-Year Performance Review of Adoption Incentive Program (AIP)

The attached report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**KEY FACTS**

*Jobs:* Not applicable.

*Stakeholder Positions:* Stakeholders across the board – including Congress, DOI and BLM leadership, WHB Program staff, the WHB Advisory Board, WHB activist groups, media and the adopting public – generally support the objectives of the AIP: to increase public interest and participation in the WHB Adoption program.

*Public Lands Affected:* Any and all of the 177 Herd Management Areas comprising 26.9 million acres of public land spread across 10 Western states.

*Other concise facts:* BLM faces serious challenges related to overpopulated WHB herds on public lands. Increasing private placement of excess WHB removed from public lands is a critical component of the agency's management strategy.

**BACKGROUND**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

1

**DISCUSSION**

The attached report highlights certain key performance measures related to the AIP, namely the number of animals adopted (and relinquished), payments processed, and mandatory compliance checks conducted. The report also examines certain other performance indicators, including the number of first-time and repeat adopters and the number of multiple-animal adoptions. These data are presented in the context of a five-year performance timeline for comparison.

While the data clearly show that AIP Year One coincided with a marked increase in adoptions, the report also examines other factors that may have contributed to the results, notably the number of events held and the number of animals offered, including via the improved Online Corral platform. Improved marketing and brand management are also discussed.

Importantly, the report examines certain challenges the Program encountered and overcame in implementing the AIP during Year One, mainly in the area of payment processing. The Program's responses to these challenges – in close collaboration with the NOC – have led to improvements and efficiencies going forward.

**RECOMMENDATIONS**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program stands behind the continuation of the AIP as it is currently structured to allow for multi-year performance evaluation. The following policy changes may warrant consideration in the future:

- Change/Increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Recover incentive payments when animals are relinquished or repossessed
- Eliminate or reduce the incentive for burros

**ATTACHMENTS**
1. Adoption Incentive Program (AIP) Year One Evaluation Report (2 pp)

2

4/09/20 DRAFT   —   **Adoption Incentive Program (AIP) Year One Evaluation Report**   —   DRAFT 4/09/20

**Key Stats for AIP Year One**

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks: **642**

**Continuing a Trend**

AIP Year One saw a 95% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:



**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were 2,923 first-time adopters, an increase of 1,167 over the previous five-year average. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average. These data suggest that the AIP contributed to increased interest and participation in the program.

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of satellite events held and a greater number of animals offered. Program-wide there were a total of 97 satellite events, at which 3,731 animals were offered. This compares with the previous five-year average of 76 satellite events at which 2,273 animals were offered.

For events conducted at BLM facilities, complete data is only available for the previous *two* fiscal years (FY18 and FY17). For AIP Year One, there were a total of 119 facility events at which 5,036 animals were offered. This compares with an average of 66 facility events where 5,470 animals were offered the previous two years.

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) adoption platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) is substantially lower than the number of animals adopted under the AIP during the same time period (3,937). This is explained primarily by the fact that most offices do not conduct initial compliance checks on animals until about six months after the adoption date, so mandatory AIP compliance checks didn't typically begin until around mid-September 2019. Furthermore, for animals adopted under the AIP *after* mid-September 2019, compliance checks likely wouldn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.

BLM_004969

- <u>Unanticipated issues/questions</u> – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Upon looking into the matter with the NOC, the Program learned that AIP payments to individuals can and will be diverted to cover any outstanding debts a person may have with the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. Each of these issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

| From: | Rittenhouse, Bruce H |
| --- | --- |
| To: | McGuire, Paul M; Fluer, Scott L |
| Subject: | AIP Report Comments |
| Date: | Monday, April 13, 2020 3:50:24 PM |
| Attachments: | AIP First-Year Report (DRAFT)09April2020.docx |
| | AIP First-Year Review Briefing Paper to AD200 (draft).docx |

Paul

Very good job.  I only had one edit to the briefing paper and they are shown in the attachment.  I also made the changes in the Teams document as well.

As for the report document, I didn't make any edits but had some questions/comments that we can talk about when you schedule a call.  They may require changes to the report.  Well done.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

"The person who follows the crowd will usually go no further than the crowd.  The person who walks alone is likely to find himself in places no one has ever seen before." *Albert Einstein*

4/09/20 DRAFT  –  **Adoption Incentive Program (AIP) Year One Evaluation Report**  –  DRAFT 4/09/20

**Key Stats for AIP Year One**

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks: **642**

**Continuing a Trend**

AIP Year One saw a 95% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:



**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were 2,923 first-time adopters, an increase of 1,167 over the previous five-year average. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average. These data suggest that the AIP contributed to increased interest and participation in the program.

**Commented [RBH1]:** This was one of the goals of the AIP.  Not sure if we need to say that here or in the briefing paper, or not at all?

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of satellite events held and a greater number of animals offered. Program-wide there were a total of 97 satellite events, at which 3,731 animals were offered. This compares with the previous five-year average of 76 satellite events at which 2,273 animals were offered.

For events conducted at BLM facilities, complete data is only available for the previous *two* fiscal years (FY18 and FY17). For AIP Year One, there were a total of 119 facility events at which 5,036 animals were offered. This compares with an average of 66 facility events where 5,470 animals were offered the previous two years.

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) adoption platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) is substantially lower than the number of animals adopted under the AIP during the same time period (3,937). This is explained primarily by the fact that most offices do not conduct initial compliance checks on animals until about six months after the adoption date, so mandatory AIP compliance checks didn't typically begin until around mid-September 2019. Furthermore, for animals adopted under the AIP *after* mid-September 2019, compliance checks likely wouldn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.

**Commented [RBH2]:** This may not be something we need to include but how about a comparison of the percentage of animals that were adopted/sold over those offered in AIP Year 1 vs the previous year. Would this be an indicator of success?

**Commented [RBH3]:** Any thought about a statement of some people choosing sales instead of AIP due to concerns about giving Uncle Sam their financial information?

**Commented [RBH4]:** The way we have identified this statistic is that this is the number of compliance checks and not referring to the number of animals. Since we know that many people adopted more than one animals how many animals did these 642 compliance checks include? How would we report the compliance for the 200 burros at one location that were adopted by 50 people? Is this 1 compliance check, 50 compliance checks, or 200 compliance checks. This may change the content of the paragraph.

- <u>Unanticipated issues/questions</u> – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Upon looking into the matter with the NOC, the Program learned that AIP payments to individuals can and will be diverted to cover any outstanding debts a person may have with the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. Each of these issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

## INFORMATION/BRIEFING MEMORANDUM
### FOR THE ASSISTANT DIRECTOR AND DEPUTY ASSISTANT DIRECTOR – RESOURCES AND PLANNING

**DATE:**

**FROM:**     Bruce Rittenhouse, Acting Division Chief, Wild Horses and Burros

**SUBJECT:**     First-Year Performance Review of Adoption Incentive Program (AIP)

The attached report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

## KEY FACTS

*Jobs:* Not applicable.

*Stakeholder Positions:* Stakeholders across the board – including Congress, DOI and BLM leadership, WHB Program staff, the WHB Advisory Board, WHB activist groups, media and the adopting public – generally support the objectives of the AIP: to increase public interest and participation in the WHB Adoption program.

*Public Lands Affected:* Any and all of the 177 Herd Management Areas comprising 26.9 million acres of public land spread across 10 Western states.

*Other concise facts:* BLM faces serious challenges related to overpopulated WHB herds on public lands. Increasing private placement of excess WHB removed from public lands is a critical component of the agency's management strategy.

## BACKGROUND

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

1

**DISCUSSION**

The attached report highlights certain key performance measures related to the AIP, namely the number of animals adopted (and relinquished), payments processed, and mandatory compliance checks conducted. The report also examines certain other performance indicators, including the number of first-time and repeat adopters and the number of multiple-animal adoptions. These data are presented in the context of a five-year performance timeline for comparison.

While the data clearly show that AIP Year One coincided with a marked increase in adoptions, the report also examines other factors that may have contributed to the results, notably the number of events held and the number of animals offered, including via the improved Online Corral platform. Improved marketing and brand management are also discussed.

Importantly, the report examines certain challenges the Program encountered and overcame in implementing the AIP during Year One, mainly in the area of payment processing. The Program's responses to these challenges – in close collaboration with the NOC – have led to improvements and efficiencies going forward.

**RECOMMENDATIONS**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program stands behind the continuation of the AIP as it is currently structured to allow for multi-year performance evaluation. The following policy changes may warrant consideration in the future:

- Change/Increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Recover incentive payments when animals are relinquished or repossessed
- Eliminate or reduce the incentive for burros

**ATTACHMENTS**
1. Adoption Incentive Program (AIP) Year One Evaluation Report (2 pp)

BLM_004976

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Rittenhouse, Bruce H; Fluer, Scott L |
| **Subject:** | Revised AIP docs |
| **Date:** | Tuesday, April 14, 2020 2:44:47 PM |
| **Attachments:** | AIP First-Year Report for AD200.docx |
| | AIP First-Year Review Briefing Paper to AD200.docx |

Bruce/Scott -- Here are the AIP docs based on our discussion this afternoon. I re-vamped the "Other Contributing Factors" section to make the comparison more clear (using just  data from the previous two years) and also calculated the ratios of animals adopted vs presented (there was a major increase!). Here's the re-worked paragraph:

*"Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered. The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One."*

Please let me know if you need anything else.

Thanks,

Paul McGuire
Wild Horse & Burro Program Nat'l Outreach Specialist (Detail)
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

**Adoption Incentive Program (AIP) Year One Evaluation Report**

**Key Stats for AIP Year One**

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:



**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were 2,923 first-time adopters, an increase of 1,167 over the previous five-year average. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average. These data suggest that the AIP contributed to increased interest and participation in the program.

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered. The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) is substantially lower than the number of animals adopted under the AIP during the same time period (3,937). This is explained primarily by the fact that most offices do not conduct initial compliance checks on animals until about six months after the adoption date, so mandatory AIP compliance checks didn't typically begin until around mid-September 2019. Furthermore, for animals adopted under the AIP *after* mid-September 2019, compliance checks likely wouldn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.

- <u>Unanticipated issues/questions</u> – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Upon looking into the matter with the NOC, the Program learned that AIP payments to individuals can and will be diverted to cover any outstanding debts a person may have with the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. Each of these issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_004980

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | McGuire, Paul M; Fluer, Scott L |
| **Subject:** | AIP Briefing Paper |
| **Date:** | Wednesday, April 15, 2020 9:03:06 AM |
| **Attachments:** | AIP First-Year Review Briefing Paper to AD200 15April2020.docx |

Paul

The Briefing paper is spot on.  I was thinking that it might be a good idea to add a Next Steps section (see attached) at the end.  My thought is that I don't think we need a further briefing with 100 and that 200 can provide them this information as a FYI.  I think a couple of sentences should suffice.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"The significant problems we have cannot be solved at the same level of thinking with which we created them." Albert Einstein*

# INFORMATION/BRIEFING MEMORANDUM
## FOR THE ASSISTANT DIRECTOR AND DEPUTY ASSISTANT DIRECTOR – RESOURCES AND PLANNING

**DATE:**       April 15, 2020

**FROM:**       Bruce Rittenhouse, Acting Division Chief, Wild Horses and Burros (WHB)

**SUBJECT:**    First-Year Performance Review of Adoption Incentive Program (AIP)

The attached report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

## KEY FACTS

*Jobs:* Not applicable.

*Stakeholder Positions:* Stakeholders across the board – including Congress, DOI and BLM leadership, WHB Program staff, the WHB Advisory Board, WHB activist groups, media and the adopting public – generally support the objectives of the AIP: to increase public interest and participation in the WHB Adoption program to place more animals into private care.

*Public Lands Affected:* Any and all of the 177 Herd Management Areas comprising 26.9 million acres of public land spread across 10 Western states.

*Other concise facts:* BLM faces serious challenges related to overpopulated WHB herds on public lands. Increasing private placement of excess WHB removed from public lands is a critical component of the agency's management strategy.

## BACKGROUND

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

1

BLM_004982

## DISCUSSION

The attached report highlights certain key performance measures related to the AIP, namely the number of animals adopted (and relinquished), payments processed, and mandatory compliance checks conducted. The report also examines certain other performance indicators, including the number of first-time and repeat adopters and the number of multiple-animal adoptions. These data are presented in the context of a five-year performance timeline for comparison.

While the data clearly show that AIP Year One coincided with a marked increase in adoptions, the report also examines other factors that may have contributed to the results, notably the number of events held and the number of animals offered, including via the improved Online Corral platform. Improved marketing and brand management are also discussed.

Importantly, the report examines certain challenges the Program encountered and overcame in implementing the AIP during Year One, mainly in the area of payment processing. The Program's responses to these challenges – in close collaboration with the NOC – have led to improvements and efficiencies going forward.

## RECOMMENDATIONS

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program stands behind the continuation of the AIP as it is currently structured to allow for multi-year performance evaluation. The following policy changes may warrant consideration in the future:

- Change/Increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Recover incentive payments when animals are relinquished or repossessed
- Eliminate or reduce the incentive for burros

## NEXT STEPS

Paul – add a couple of sentences here. (What I am thinking is that the next steps would be either to have the AD/DAD provide this information to leadership as an FYI and if they want a briefing (which I doubt) we can accommodate that.  I don't think a briefing with 100 is necessary at this point.

## ATTACHMENTS
1. Adoption Incentive Program (AIP) Year One Evaluation Report (3 pp)

BLM_004983

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Rittenhouse, Bruce H; Fluer, Scott L |
| **Subject:** | Re: AIP Briefing Paper |
| **Date:** | Wednesday, April 15, 2020 9:45:45 AM |
| **Attachments:** | AIP First-Year Review Briefing Paper to AD200 (Final).docx |

Here you go, Bruce. Added the following sentence under Next Steps:

"The Program is prepared to support AD200 in briefings/discussions with leadership at higher levels at his request/direction."

I also made one minor edit to the first paragraph under Discussion. Changed the last sentence to say "...*multi*-year performance timeline for comparison," rather than *five*-year, since some of the comparisons are for only two years.

Paul McGuire

Wild Horse & Burro Program Nat'l Outreach Specialist (Detail)

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

pmcguire@blm.gov

---

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 15, 2020 9:03 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** AIP Briefing Paper

Paul

The Briefing paper is spot on.  I was thinking that it might be a good idea to add a Next Steps section (see attached) at the end.  My thought is that I don't think we need a further briefing with 100 and that 200 can provide them this information as a FYI.  I think a couple of sentences should suffice.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"The significant problems we have cannot be solved at the same level of thinking with which we created them." Albert Einstein*

## INFORMATION/BRIEFING MEMORANDUM
### FOR THE ASSISTANT DIRECTOR AND DEPUTY ASSISTANT DIRECTOR – RESOURCES AND PLANNING

**DATE:**      April 15, 2020

**FROM:**      Bruce Rittenhouse, Acting Division Chief, Wild Horses and Burros (WHB)

**SUBJECT:**   First-Year Performance Review of Adoption Incentive Program (AIP)

The attached report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

## KEY FACTS

*Jobs:* Not applicable.

*Stakeholder Positions:* Stakeholders across the board – including Congress, DOI and BLM leadership, WHB Program staff, the WHB Advisory Board, WHB activist groups, media and the adopting public – generally support the objectives of the AIP: to increase public interest and participation in the WHB Adoption program to place more animals into private care.

*Public Lands Affected:* Any and all of the 177 Herd Management Areas comprising 26.9 million acres of public land spread across 10 Western states.

*Other concise facts:* BLM faces serious challenges related to overpopulated WHB herds on public lands. Increasing private placement of excess WHB removed from public lands is a critical component of the agency's management strategy.

## BACKGROUND

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

1

**DISCUSSION**

The attached report highlights certain key performance measures related to the AIP, namely the number of animals adopted (and relinquished), payments processed, and mandatory compliance checks conducted. The report also examines certain other performance indicators, including the number of first-time and repeat adopters and the number of multiple-animal adoptions. These data are presented in the context of a multi-year performance timeline for comparison.

While the data clearly show that AIP Year One coincided with a marked increase in adoptions, the report also examines other factors that may have contributed to the results, notably the number of events held and the number of animals offered, including via the improved Online Corral platform. Improved marketing and brand management are also discussed.

Importantly, the report examines certain challenges the Program encountered and overcame in implementing the AIP during Year One, mainly in the area of payment processing. The Program's responses to these challenges – in close collaboration with the NOC – have led to improvements and efficiencies going forward.

**RECOMMENDATIONS**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program stands behind the continuation of the AIP as it is currently structured to allow for multi-year performance evaluation. The following policy changes may warrant consideration in the future:

- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Recover incentive payments when animals are relinquished or repossessed
- Eliminate or reduce the incentive for burros

**NEXT STEPS**

The Program is prepared to support AD200 in briefings/discussions with leadership at higher levels at his request/direction.

**ATTACHMENTS**
1. Adoption Incentive Program (AIP) Year One Evaluation Report (3 pp)

2

BLM_004986

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | St George, Brian C; Barnes, Melanie G |
| **Cc:** | Fluer, Scott L; McGuire, Paul M; Kueck, Meredith A |
| **Subject:** | Adoption Incentive Program - Year One review |
| **Date:** | Wednesday, April 15, 2020 10:06:34 AM |
| **Attachments:** | AIP First-Year Report for AD200 Final.docx |
| | AIP First-Year Review Briefing Paper to AD200 (Final).docx |

Brian, Melanie

The WHB program would like to schedule 30 minutes of your time to discuss the first year evaluation of the Adoption Incentive Program sometime in the next week. We would probably need no more than 30 minutes to go over this with you. Attached is the briefing paper and a short report summarizing the data. The invitees would be myself, Scott Fluer, Paul McGuire and Meredith Kueck. Thank you.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"The significant problems we have cannot be solved at the same level of thinking with which we created them."* Albert Einstein

BLM_004987

# INFORMATION/BRIEFING MEMORANDUM
## FOR THE ASSISTANT DIRECTOR AND DEPUTY ASSISTANT DIRECTOR – RESOURCES AND PLANNING

**DATE:**      April 15, 2020

**FROM:**      Bruce Rittenhouse, Acting Division Chief, Wild Horses and Burros (WHB)

**SUBJECT:**   First-Year Performance Review of Adoption Incentive Program (AIP)

The attached report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

## KEY FACTS

*Jobs:* Not applicable.

*Stakeholder Positions:* Stakeholders across the board – including Congress, DOI and BLM leadership, WHB Program staff, the WHB Advisory Board, WHB activist groups, media and the adopting public – generally support the objectives of the AIP: to increase public interest and participation in the WHB Adoption program to place more animals into private care.

*Public Lands Affected:* Any and all of the 177 Herd Management Areas comprising 26.9 million acres of public land spread across 10 Western states.

*Other concise facts:* BLM faces serious challenges related to overpopulated WHB herds on public lands. Increasing private placement of excess WHB removed from public lands is a critical component of the agency's management strategy.

## BACKGROUND

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

1

**DISCUSSION**

The attached report highlights certain key performance measures related to the AIP, namely the number of animals adopted (and relinquished), payments processed, and mandatory compliance checks conducted. The report also examines certain other performance indicators, including the number of first-time and repeat adopters and the number of multiple-animal adoptions. These data are presented in the context of a multi-year performance timeline for comparison.

While the data clearly show that AIP Year One coincided with a marked increase in adoptions, the report also examines other factors that may have contributed to the results, notably the number of events held and the number of animals offered, including via the improved Online Corral platform. Improved marketing and brand management are also discussed.

Importantly, the report examines certain challenges the Program encountered and overcame in implementing the AIP during Year One, mainly in the area of payment processing. The Program's responses to these challenges – in close collaboration with the NOC – have led to improvements and efficiencies going forward.

**RECOMMENDATIONS**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program stands behind the continuation of the AIP as it is currently structured to allow for multi-year performance evaluation. The following policy changes may warrant consideration in the future:

- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Recover incentive payments when animals are relinquished or repossessed
- Eliminate or reduce the incentive for burros

**NEXT STEPS**

The Program is prepared to support AD200 in briefings/discussions with leadership at higher levels at his request/direction.

**ATTACHMENTS**
  1. Adoption Incentive Program (AIP) Year One Evaluation Report (3 pp)

2

**Adoption Incentive Program (AIP) Year One Evaluation Report**

**Key Stats for AIP Year One**

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:



**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were 2,923 first-time adopters, an increase of 1,167 over the previous five-year average. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average. These data suggest that the AIP contributed to increased interest and participation in the program.

BLM_004990

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered. The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) is substantially lower than the number of animals adopted under the AIP during the same time period (3,937). This is explained primarily by the fact that most offices do not conduct initial compliance checks on animals until about six months after the adoption date, so mandatory AIP compliance checks didn't typically begin until around mid-September 2019. Furthermore, for animals adopted under the AIP *after* mid-September 2019, compliance checks likely wouldn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.

- <u>Unanticipated issues/questions</u> – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Upon looking into the matter with the NOC, the Program learned that AIP payments to individuals can and will be diverted to cover any outstanding debts a person may have with the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. Each of these issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_004992

**From:**     Johnson, Krystal F
**To:**       McGuire, Paul M; Kueck, Meredith A
**Subject:**  Re: OLC adoptions and sales during AIP Year One
**Date:**     Wednesday, April 15, 2020 10:58:06 AM

Hi Paul,

How are you doing today?   I'm not sure if I sent you this information in another email, my drafts box is out of control!

 You are correct on the thirds piece with the Online Corral.

Based on our OLC report  (3/12/19 to 3/12/20) we had 514 of 553 adopters choose to participate in the AIP.  A couple things to keep in mind; this includes deferred pickups and folks may not actually complete their AIP paperwork at pickup; but that is how many elected to participate in AIP.

--

~Krystal

Krystal Johnson

Wild Horse and Burro Specialist/State Program Lead
Eastern States Office
20 M Street, SE
Washington DC 20003

Office (202) 912-7741
Cell (202) 329-4728

Eastern States is part of the following Department of the Interior unified regions:
North Atlantic-Appalachian | South Atlantic-Gulf | Great Lakes | Mississippi Basin

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, March 25, 2020 8:56 AM
**To:** Johnson, Krystal F <kfjohnso@blm.gov>; Kueck, Meredith A <mkueck@blm.gov>
**Subject:** OLC adoptions and sales during AIP Year One

Krystal/Meredith – Please correct me if I'm wrong, for purposes of recording widgets, aren't OLC adoptions divvied up among the several states involved in the transaction according to the 1/3-1/3-1/3 scheme?

BLM_004993

For the AIP review I'm working on, I'm wanting to report the number of animals adopted through the OLC, irrespective of the states. Do we have a reliable way of pulling those numbers?

I so, I'm looking for total OLC placements for the first year of the AIP (3/12/19-3/12/20) and for each year before that going back to the launch of the platform. If we have it, I'd also like the placement figures for the earlier Adopt-A-Horse site going back to FY14. Is it possible to break those numbers down by adoptions (AIP and non-AIP) and sales?

If that's too heavy of a lift, please let me know, and we can figure out some other way of conveying the effect, if any, that AIP had on online adoptions.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

| | |
|---|---|
| **From:** | Fluer, Scott L |
| **To:** | McGuire, Paul M |
| **Subject:** | Fw: Adoption Incentive Program - Year One review |
| **Date:** | Monday, April 20, 2020 1:04:35 PM |
| **Attachments:** | AIP First-Year Report for AD200 Final_bsg.docx |

Scott Fluer

**Off-Range Branch Chief (Acting)**

**WO262 - WH&B**

Duty Station - Montana State Office

406-896-5222 Office

307-714-1823 Cell

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Friday, April 17, 2020 5:52 PM
**To:** Barnes, Melanie G <MGBarnes@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: Adoption Incentive Program - Year One review

Nope! It's a really solid report, well written. Thank you. I tried my best to channel a few questions from HQ100 though and attached a couple comments. Otherwise I think it's ready.

One other thought – don't know who it might fall to in the program, but I think it would be good to start branding/formatting/standardizing WHB reports. We have so many, I think it would be good to provide consistent look and feel.

Something to consider anyway.

~ bsg

Brian St George

Acting Assistant Director for Resources and Planning

Bureau of Land Management


(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

**From:** Barnes, Melanie G <MGBarnes@blm.gov>
**Sent:** Friday, April 17, 2020 4:54 PM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** RE: Adoption Incentive Program - Year One review

Hello Bruce –

Thank you for the briefing this afternoon.  I reviewed the briefing paper and report and think they are both clear and well-written.  Brian – anything I'm missing?

- Melanie

Melanie G. Barnes
Acting Deputy Assistant Director
Resources & Planning (HQ-200)
BLM Headquarters
(505) 629-6132 Mobile

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 15, 2020 9:07 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Fluer, Scott L <sfluer@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Kueck, Meredith A <mkueck@blm.gov>
**Subject:** Adoption Incentive Program - Year One review

Brian, Melanie

The WHB program would like to schedule 30 minutes of your time to discuss the first year evaluation of the Adoption Incentive Program sometime in the next week.  We would probably need no more than 30 minutes to go over this with you.  Attached is the briefing paper and a short report summarizing the data.  The invitees would be myself, Scott Fluer, Paul McGuire and Meredith Kueck.  Thank you.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"The significant problems we have cannot be solved at the same level of thinking with which we created them." Albert Einstein*

**Adoption Incentive Program (AIP) Year One Evaluation Report**

**Key Stats for AIP Year One**

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

> **Commented [SGBC1]:** On number of mandatory compliance checks above: include our normal yearly average please.

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:



**Adoptions FY14-FY18 & AIP Year One**

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were 2,923 first-time adopters, an increase of 1,167 over the previous five-year average. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average. These data suggest that the AIP contributed to increased interest and participation in the program.

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered. The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) is substantially lower than the number of animals adopted under the AIP during the same time period (3,937). This is explained primarily by the fact that most offices do not conduct initial compliance checks on animals until about six months after the adoption date, so mandatory AIP compliance checks didn't typically begin until around mid-September 2019. Furthermore, for animals adopted under the AIP *after* mid-September 2019, compliance checks likely wouldn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

> **Commented [SGBC2]:** Compliance checks are necessary to support titling and the release of the second payment, correct? So would we expect total expenditures to rise in Year Two as we begin part 2 payout for Year One?

> **Commented [SGBC3]:** I think we should raise the issue of reclaiming incentive and handling costs for animals relinquished and repossessed.

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- <u>Quality Control</u> – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.

- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Upon looking into the matter with the NOC, the Program learned that AIP payments to individuals can and will be diverted to cover any outstanding debts a person may have with the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. Each of these issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_004999

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Fluer, Scott L; Rittenhouse, Bruce H |
| **Cc:** | Lutterman, Jason W |
| **Subject:** | RE: Adoption Incentive Program - Year One review |
| **Date:** | Tuesday, April 21, 2020 2:13:00 PM |
| **Attachments:** | AIP First-Year Report for AD200 Final_bsg - rev.docx |

Bruce/Scott – Here is the report with the changes we discussed yesterday. I've also addressed Brian's comments.

Based on the Director's desire for a news release regarding AIP Year One, I would think we'd want the report to go up ASAP.

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** Fluer, Scott L <sfluer@blm.gov>
**Sent:** Monday, April 20, 2020 1:05 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Fw: Adoption Incentive Program - Year One review

Scott Fluer

Off-Range Branch Chief (Acting)
WO262 - WH&B
Duty Station - Montana State Office
406-896-5222 Office
307-714-1823 Cell

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Friday, April 17, 2020 5:52 PM
**To:** Barnes, Melanie G <MGBarnes@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: Adoption Incentive Program - Year One review

Nope! It's a really solid report, well written. Thank you. I tried my best to channel a few questions from HQ100 though and attached a couple comments. Otherwise I think it's ready.

One other thought – don't know who it might fall to in the program, but I think it would be good to start branding/formatting/standardizing WHB reports. We have so many, I think it would be good to

provide consistent look and feel.

Something to consider anyway.
~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Barnes, Melanie G <MGBarnes@blm.gov>
**Sent:** Friday, April 17, 2020 4:54 PM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** RE: Adoption Incentive Program - Year One review

Hello Bruce –

Thank you for the briefing this afternoon.  I reviewed the briefing paper and report and think they are both clear and well-written.  Brian – anything I'm missing?

- Melanie

---

Melanie G. Barnes
Acting Deputy Assistant Director
Resources & Planning (HQ-200)
BLM Headquarters
(505) 629-6132 Mobile

---

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 15, 2020 9:07 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Fluer, Scott L <sfluer@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Kueck, Meredith A <mkueck@blm.gov>
**Subject:** Adoption Incentive Program - Year One review

Brian, Melanie

The WHB program would like to schedule 30 minutes of your time to discuss the first year

evaluation of the Adoption Incentive Program sometime in the next week.  We would probably need no more than 30 minutes to go over this with you.  Attached is the briefing paper and a short report summarizing the data.  The invitees would be myself, Scott Fluer, Paul McGuire and Meredith Kueck.  Thank you.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

"*The significant problems we have cannot be solved at the same level of thinking with which we created them.*" *Albert Einstein*

**Adoption Incentive Program (AIP) Year One Evaluation Report**

**Key Stats for AIP Year One**

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:

> **Commented [SGBC1]:** On number of mandatory compliance checks above: include our normal yearly average please.

**Adoptions FY14-FY18 & AIP Year One**

| FY14 | FY15 | FY16 | FY17 | FY18 | AIP Year One |
|------|------|------|------|------|--------------|
| 2,135 | 2,631 | 2,912 | 3,517 | 3,158 | 6,026 (3,973 AIP / 2,089 Non-AIP) |

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were 2,923 first-time adopters, an increase of 1,167 over the previous five-year average. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average. These data suggest that the AIP contributed to increased interest and participation in the program.

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered. The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) is substantially lower than the number of animals adopted under the AIP during the same time period (3,937). This is explained primarily by the fact that most offices do not conduct initial compliance checks on animals until about six months after the adoption date, so mandatory AIP compliance checks didn't typically begin until around mid-September 2019. Furthermore, for animals adopted under the AIP *after* mid-September 2019, compliance checks likely wouldn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- <u>Quality Control</u> – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.

**Commented [SGBC2]:** Compliance checks are necessary to support titling and the release of the second payment, correct? So would we expect total expenditures to rise in Year Two as we begin part 2 payout for Year One?

**Commented [SGBC3]:** I think we should raise the issue of reclaiming incentive and handling costs for animals relinquished and repossessed.

- <u>Unanticipated issues/questions</u> – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Upon looking into the matter with the NOC, the Program learned that AIP payments to individuals can and will be diverted to cover any outstanding debts a person may have with the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. Each of these issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | McGuire, Paul M; Fluer, Scott L |
| **Cc:** | Lutterman, Jason W |
| **Subject:** | Re: Adoption Incentive Program - Year One review |
| **Date:** | Tuesday, April 21, 2020 5:14:52 PM |

Thanks Paul,

I was just getting to the document here shortly.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"Unless someone like you cares a whole awful lot, nothing is going to get better. It's not."  Dr Seuss*

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, April 21, 2020 6:12 PM
**To:** Fluer, Scott L <sfluer@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** Re: Adoption Incentive Program - Year One review

Gentlemen - Please note, I added a paragraph in the report about AIP expenditures increasing in Year Two, in response to one of Brian's comments/questions. Please be sure to read that carefully.
Thx,
Paul

Paul McGuire
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

**From:** McGuire, Paul M
**Sent:** Tuesday, April 21, 2020 2:13:11 PM
**To:** Fluer, Scott L <sfluer@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** RE: Adoption Incentive Program - Year One review

Bruce/Scott – Here is the report with the changes we discussed yesterday. I've also addressed Brian's comments.

Based on the Director's desire for a news release regarding AIP Year One, I would think we'd want the report to go up ASAP.

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** Fluer, Scott L <sfluer@blm.gov>
**Sent:** Monday, April 20, 2020 1:05 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Fw: Adoption Incentive Program - Year One review

Scott Fluer

Off-Range Branch Chief (Acting)
WO262 - WH&B
Duty Station - Montana State Office
406-896-5222 Office
307-714-1823 Cell

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Friday, April 17, 2020 5:52 PM
**To:** Barnes, Melanie G <MGBarnes@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: Adoption Incentive Program - Year One review

Nope! It's a really solid report, well written. Thank you. I tried my best to channel a few questions from HQ100 though and attached a couple comments. Otherwise I think it's ready.

One other thought – don't know who it might fall to in the program, but I think it would be good to start branding/formatting/standardizing WHB reports. We have so many, I think it would be good to provide consistent look and feel.

Something to consider anyway.
~ bsg

Brian St George
Acting Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Barnes, Melanie G <MGBarnes@blm.gov>
**Sent:** Friday, April 17, 2020 4:54 PM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>; St George, Brian C <bstgeorg@blm.gov>
**Subject:** RE: Adoption Incentive Program - Year One review

Hello Bruce –

Thank you for the briefing this afternoon.  I reviewed the briefing paper and report and think they are both clear and well-written.  Brian – anything I'm missing?

- Melanie

---

Melanie G. Barnes
Acting Deputy Assistant Director
Resources & Planning (HQ-200)
BLM Headquarters
(505) 629-6132 Mobile

---

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 15, 2020 9:07 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Fluer, Scott L <sfluer@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Kueck, Meredith A <mkueck@blm.gov>
**Subject:** Adoption Incentive Program - Year One review

Brian, Melanie

The WHB program would like to schedule 30 minutes of your time to discuss the first year evaluation of the Adoption Incentive Program sometime in the next week.  We would probably need no more than 30 minutes to go over this with you.  Attached is the briefing paper and a short report summarizing the data.  The invitees would be myself, Scott Fluer, Paul McGuire and Meredith Kueck.  Thank you.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros

Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

"*The significant problems we have cannot be solved at the same level of thinking with which we created them.*" *Albert Einstein*

BLM_005009

| | |
|---|---|
| **From:** | Rittenhouse, Bruce H |
| **To:** | McGuire, Paul M; Fluer, Scott L |
| **Subject:** | AIP report comments |
| **Date:** | Wednesday, April 22, 2020 8:37:05 AM |
| **Attachments:** | AIP First-Year Report for AD200 Final22April2020.docx |

Paul

Only the one edit.  I like the idea of pulling out 2-3 sidebars of important information to single out.  I have bolded those that seemed significant in my mind.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"Unless someone like you cares a whole awful lot, nothing is going to get better. It's not."  Dr Seuss*



**Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report**

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

**Key Stats for AIP Year One** (3/12/19 - 3/12/20)

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend in adoptions that began in FY15 and dipped slightly in FY18:



**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters. There were **2,923 first-time adopters, an increase of 1,167 over the previous five-year average**. There were 932 repeat adopters, an increase of 296 over the previous five-year average. In addition, the number of individuals who **adopted multiple animals at a time jumped sharply to 1,280, an increase of 859 over the previous five-year average**. These data suggest that the AIP contributed to increased interest and participation in the program.

**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered. The **ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65%** during AIP Year One.

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Fluer, Scott L; Rittenhouse, Bruce H |
| **Subject:** | RE: AIP report comments |
| **Date:** | Wednesday, April 22, 2020 12:03:00 PM |
| **Attachments:** | AIP First-Year Report Final22April2020.pdf |
| | AIP First-Year Report for AD200 Final22April2020.docx |

Bruce/Scott – Attached is the latest (final?) version of the report. I highlighted the salient stats that Bruce identified either as bullets or in boxes; Reshuffled some of the content to fill the awkward blank space on Page 1; Added page numbers at the bottom; Provided responses to some of the comments. The Word version retains the comments and responses. The PDF version is clean.

I'll have a draft press release to accompany later today.

Please let me know if you have any questions or need anything else.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** Fluer, Scott L <sfluer@blm.gov>
**Sent:** Wednesday, April 22, 2020 8:44 AM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: AIP report comments

Paul,  I read it and you did a great job.
Just incorporate Bruce's info and we are good to go.

Thanks

Scott

Scott Fluer
**Off-Range Branch Chief (Acting)**
**WO262 - WH&B**
Duty Station - Montana State Office
406-896-5222 Office
307-714-1823 Cell

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 22, 2020 7:37 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** AIP report comments

Paul

Only the one edit.  I like the idea of pulling out 2-3 sidebars of important information to single out.  I have bolded those that seemed significant in my mind.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov


"*Unless someone like you cares a whole awful lot, nothing is going to get better. It's not.*"  Dr Seuss



### Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

---

**Key Stats for AIP Year One** (3/12/19 - 3/12/20)

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

---

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

BLM_005017



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

BLM_005018

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_005019

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005020



**Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report**

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

> **Key Stats for AIP Year One** (3/12/19 - 3/12/20)
>
> - Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
> - Number of AIP payments processed: **1,602 payments for 2,779 animals**
> - Total dollar amount of all AIP payments made: **$1,389,500**
> - Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
> - Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

BLM_005021



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

BLM_005022

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_005023

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005024

**From:** McGuire, Paul M
**To:** Lutterman, Jason W; Rittenhouse, Bruce H; Fluer, Scott L
**Subject:** DRAFT Press Release and ASLM blurb re: AIP Year One
**Date:** Wednesday, April 22, 2020 3:10:00 PM
**Attachments:** News Release - AIP Year One (draft).docx

Bruce/Scott/Jason – Attached is a draft press release regarding AIP Year One. Please review and let me know if you have any thoughts. If we're planning to go out with this next week, we need to get an item in the ASLM report this week. I propose the following:

**By May 1. The National Wild Horse and Burro Program plans to issue a press release highlighting the first-year success of the Adoption Incentive Program which begin March 12, 2019. The Program saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15. PR: BLM-HQ (3/3/20)**

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
### *First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase in placement numbers. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, is credited with enabling the agency to achieve a 15-year record for total placements that year of 7,104 animals.

The AIP seeks to increase placements of untrained wild horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later).

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value this resource and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during the first year of the AIP.

BLM_005026

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | McGuire, Paul M; Rittenhouse, Bruce H; Fluer, Scott L |
| **Subject:** | RE: DRAFT Press Release and ASLM blurb re: AIP Year One |
| **Date:** | Wednesday, April 22, 2020 4:43:49 PM |
| **Attachments:** | News Release - AIP Year One (draft)_JL.docx |

Paul – a few suggested edits in the attached. Nice job.

--
Jason Lutterman
Public Affairs Specialist
Wild Horse and Burro Program
Office: (775) 861-6614
Mobile: (202) 304-0967
www.BLM.gov/whb

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 22, 2020 1:10 PM
**To:** Lutterman, Jason W <jlutterman@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** DRAFT Press Release and ASLM blurb re: AIP Year One

Bruce/Scott/Jason – Attached is a draft press release regarding AIP Year One. Please review and let me know if you have any thoughts. If we're planning to go out with this next week, we need to get an item in the ASLM report this week. I propose the following:

***By May 1. The National Wild Horse and Burro Program plans to issue a press release highlighting the first-year success of the Adoption Incentive Program which begin March 12, 2019. The Program saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15. PR: BLM-HQ (3/3/20)***


**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals

presented that were ultimately adopted increased significantly from an average of 36 percent the previous two years to 65 percent during the first year of the AIP.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

| From: | Rittenhouse, Bruce H |
|---|---|
| To: | St George, Brian C; Barnes, Melanie G |
| Cc: | McGuire, Paul M; Lutterman, Jason W; Fluer, Scott L |
| Subject: | AIP final report and now a press release |
| Date: | Wednesday, April 22, 2020 4:53:24 PM |
| Attachments: | AIP First-Year Report Final22April2020.pdf |
| | AIP First-Year Report for AD200 Final22April2020.docx |
| | News Release - AIP Year One (draft).docx |

Brian, Melanie

I'm not sure if you were aware that we got a request from 600 about preparing a press release regarding the AIP first year success.  I am attaching the draft press release that Paul has prepared for you to see.  This PR hasn't been sent back to 600 for their review as we are finalizing it in the program and will send it up at that time.  I am also attaching the final AIP report in pdf and word formats.  We spruced up the report with our header and some call outs identifying positive results.  The word document has responses to your comments to show you how we addressed them.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

"*Unless someone like you cares a whole awful lot, nothing is going to get better. It's not.*"  Dr Seuss



## Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

**Key Stats for AIP Year One** (3/12/19 - 3/12/20)

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

BLM_005032



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

BLM_005033

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_005034

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005035



**Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report**

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

**Key Stats for AIP Year One** (3/12/19 - 3/12/20)

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

Page 1 of 4

**Commented [SGBC1]:** On number of mandatory compliance checks above: include our normal yearly average please.

**Commented [MPM2R1]:** The compliance figure provided above is for a roughly six-month period (explanation provided in Compliance paragraph on Page 3 of the report). Comparing that with *annual* figures from prior years would be misleading. FYI - The average number of compliance checks conducted over the previous five years is 1,465.



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 513 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

Page 2 of 4

BLM_005037

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

**Commented [SGBC3]:** Compliance checks are necessary to support titling and the release of the second payment, correct? So would we expect total expenditures to rise in Year Two as we begin part 2 payout for Year One?

**Commented [MPM4R3]:** The IM requires that BLM conduct compliance checks on all AIP animals at some point during the year prior to issuing title. A second BLM compliance check is not necessarily required for an adopter to receive title and the second $500 payment. They only need to have the title application certified by a knowledgeable equine practitioner, such as a vet, farrier, ag extension agent, etc., which is standard for all adoptions.

As for expenditures in AIP Year 2, yes, we would expect them to increase as payouts for Years One and Two begin to overlap. Have included a paragraph in the report addressing that.

**Commented [SGBC5]:** I think we should raise the issue of reclaiming incentive and handling costs for animals relinquished and repossessed.

**Commented [MPM6R5]:** Addressed in Recommendations section at the end of the report.

BLM_005038

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005039



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
### *First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase in placement numbers. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, is credited with enabling the agency to achieve a 15-year record for total placements that year of 7,104 animals.

The AIP seeks to increase placements of untrained wild horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later).

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value this resource and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during the first year of the AIP.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | BLM_WO_610 |
| **Cc:** | Fluer, Scott L; Rittenhouse, Bruce H; Lutterman, Jason W |
| **Subject:** | FW: AIP News Release (draft) |
| **Date:** | Wednesday, April 22, 2020 5:10:00 PM |
| **Attachments:** | News Release - AIP Year One (draft).docx |

Hi, Chris. Please see the attached draft press release regarding the first-year performance of the Wild Horse and Burro Adoption Incentive Program (AIP). It's our understanding that the Director has requested this. Please let us know if/when it is approved or if anything else is required. We've drafted the following item for the ASLM Month Ahead report which we plan to submit this week. Please let us know if May 1 is a likely date for issuing the press release:

***[NEW] By May 1. The National Wild Horse and Burro Program plans to issue a press release highlighting the first-year success of the Adoption Incentive Program which begin March 12, 2019. The Program saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15. PR: BLM-HQ (3/3/20)***

Finally, FYI, the press release tiers off of an AIP report/analysis we've prepared for AD200 which he will likely brief the Director on early next week.

Available if you have any questions. Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Tuesday, April 21, 2020 1:55 PM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Shepherd, Alan B <ashepher@blm.gov>
**Subject:** AIP News Release

Hi Bruce and Scott,

I wanted to let you know that I received a call from Chris Tollefson this morning. He said the director was requesting a news release for the one-year mark of the AIP, along with a social media push. Paul and I chatted just now and Paul said he would pull together a draft for your review after he is done with the AIP report this afternoon. Chris is asking for a draft news release by Friday – but if the AIP report is going to the director, we thought maybe the draft news release should accompany it?

Chris also asked again about the timing for the Report to Congress – I told him all I know is Michael sent up another draft in the last few weeks, but I don't know what the timing is.

Thanks,
Jason

--
Jason Lutterman
Public Affairs Specialist
Wild Horse and Burro Program
Office: (775) 861-6614
Mobile: (202) 304-0967
www.BLM.gov/whb



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals

BLM_005044

presented that were ultimately adopted increased significantly from an average of 36 percent the previous two years to 65 percent during the first year of the AIP.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

| | |
|---|---|
| **From:** | St George, Brian C |
| **To:** | Rittenhouse, Bruce H; Barnes, Melanie G |
| **Cc:** | McGuire, Paul M; Lutterman, Jason W; Fluer, Scott L |
| **Subject:** | RE: AIP final report and now a press release |
| **Date:** | Wednesday, April 22, 2020 5:46:16 PM |

Thank you! The report looks sharp and I appreciate how you addressed my concerns. I will review the PR soon and get back to you with any comments.

~ bsg

Brian St George

Acting Assistant Director for Resources and Planning

Bureau of Land Management


(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

---

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 22, 2020 3:53 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** AIP final report and now a press release

Brian, Melanie

I'm not sure if you were aware that we got a request from 600 about preparing a press release regarding the AIP first year success.  I am attaching the draft press release that Paul has prepared for you to see.  This PR hasn't been sent back to 600 for their review as we are finalizing it in the program and will send it up at that time.  I am also attaching the final AIP report in pdf and word formats.  We spruced up the report with our header and some call outs identifying positive results.  The word document has responses to your comments to show you how we addressed them.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov


"*Unless someone like you cares a whole awful lot, nothing is going to get better. It's not.*"  Dr Seuss

BLM_005046

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Rittenhouse, Bruce H; St George, Brian C; Barnes, Melanie G |
| **Cc:** | Lutterman, Jason W; Fluer, Scott L |
| **Subject:** | RE: AIP final report and now a press release |
| **Date:** | Thursday, April 23, 2020 8:16:00 AM |
| **Attachments:** | AIP First-Year Report Final23April2020.pdf |
| | AIP First-Year Report for AD200 Final23April2020.docx |

Folks – With the various internal revisions leading up to the final report that Bruce sent yesterday, one correction got overlooked: The total placements via Online Corral during AIP Year One. I've attached updated versions (dated today) with the corrected figure (611).

My apologies..

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 22, 2020 4:53 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** AIP final report and now a press release

Brian, Melanie

I'm not sure if you were aware that we got a request from 600 about preparing a press release regarding the AIP first year success.  I am attaching the draft press release that Paul has prepared for you to see.  This PR hasn't been sent back to 600 for their review as we are finalizing it in the program and will send it up at that time.  I am also attaching the final AIP report in pdf and word formats.  We spruced up the report with our header and some call outs identifying positive results.  The word document has responses to your comments to show you how we addressed them.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

"*Unless someone like you cares a whole awful lot, nothing is going to get better. It's not.*"  Dr Seuss



## Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

> **Key Stats for AIP Year One** (3/12/19 - 3/12/20)
>
> - Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
> - Number of AIP payments processed: **1,602 payments for 2,779 animals**
> - Total dollar amount of all AIP payments made: **$1,389,500**
> - Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
> - Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

BLM_005048



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 611 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

BLM_005049

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_005050

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005051



**Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report**

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

> **Key Stats for AIP Year One** (3/12/19 - 3/12/20)
>
> - Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
> - Number of AIP payments processed: **1,602 payments for 2,779 animals**
> - Total dollar amount of all AIP payments made: **$1,389,500**
> - Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
> - Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

Page 1 of 4

**Commented [SGBC1]:** On number of mandatory compliance checks above: include our normal yearly average please.

**Commented [MPM2R1]:** The compliance figure provided above is for a roughly six-month period (explanation provided in Compliance paragraph on Page 3 of the report). Comparing that with *annual* figures from prior years would be misleading. FYI - The average number of compliance checks conducted over the previous five years is 1,465.

BLM_005052



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 611 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

Page 2 of 4

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

**Commented [SGBC3]:** Compliance checks are necessary to support titling and the release of the second payment, correct? So would we expect total expenditures to rise in Year Two as we begin part 2 payout for Year One?

**Commented [MPM4R3]:** The IM requires that BLM conduct compliance checks on all AIP animals at some point during the year prior to issuing title. A second BLM compliance check is not necessarily required for an adopter to receive title and the second $500 payment. They only need to have the title application certified by a knowledgeable equine practitioner, such as a vet, farrier, ag extension agent, etc., which is standard for all adoptions.

As for expenditures in AIP Year 2, yes, we would expect them to increase as payouts for Years One and Two begin to overlap. Have included a paragraph in the report addressing that.

**Commented [SGBC5]:** I think we should raise the issue of reclaiming incentive and handling costs for animals relinquished and repossessed.

**Commented [MPM6R5]:** Addressed in Recommendations section at the end of the report.

BLM_005054

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005055

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Rittenhouse, Bruce H; Fluer, Scott L |
| **Cc:** | Lutterman, Jason W |
| **Subject:** | RE: AIP final report and now a press release |
| **Date:** | Thursday, April 23, 2020 3:00:00 PM |

Thank you, Bruce. Please let me know if you're ok with this approach: I'll follow up with 600 and let them know that Brian suggested recrafting the release as a personal interest feature story, but that our recommendation is to keep the release as a high-level notification to national media about the success of the AIP (which I believe is the Director's intent). Re: Brian's suggestion, we will pre-select a handful of AIP adopters who would be willing to interview with any reporters who wish to build their own feature story out of the news contained in the release.

As noted below, that is the standard approach with these kinds of announcements. We can't (and shouldn't) do reporters' jobs for them, and any reporter worth their salt wouldn't want us to anyway.


**Paul McGuire**

Outreach Specialist (Detail)

National Wild Horse & Burro Program

Bureau of Land Management

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

*pmcguire@blm.gov*

---

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Thursday, April 23, 2020 2:14 PM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Cc:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** Re: AIP final report and now a press release

Paul,

I get where you are going with you comments and that is exactly why I rarely comment on content in press releases that you and Jason prepare, which I feel are of high quality and spot on. I rely on our communications staff and 600 expertise to prepare these releases. I wouldn't want someone from 600 telling us how to conduct gathers. We were only relaying what the Resources and Planning AD told us. Now with that being said, I would say you could run the concept that Brian suggested today and see what 600 says. If 600 says to go with your press release as it is written then that should be their call and not 200 AD. If they think Brian's idea is good then I guess we redo the PR.

He was not aware that we were asked by 600 to prepare a press release about the AIP. I guess in hindsight I should have only informed him that we were asked to prepare the PR and not share the draft with him.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"Unless someone like you cares a whole awful lot, nothing is going to get better. It's not." Dr Seuss*

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, April 23, 2020 2:04 PM
**To:** Fluer, Scott L <sfluer@blm.gov>
**Cc:** Lutterman, Jason W <jlutterman@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: AIP final report and now a press release

Just as a quick follow-up, this and all BLM press release are expected to have a social media component, which lends itself better to personal interest vignettes. Jason put a call out earlier this week for "happy adopter stories" which can serve to fulfill that requirement.

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** McGuire, Paul M
**Sent:** Thursday, April 23, 2020 12:42 PM
**To:** Fluer, Scott L <sfluer@blm.gov>
**Cc:** Lutterman, Jason W <jlutterman@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: AIP final report and now a press release

Hi, Scott. Just following up on our conversation about this. This press release was forwarded to 600 for review/approval yesterday. It was written in response to a specific request from the Director (coincidental to the AIP report) wanting to highlight the success of the AIP from a national agency perspective. Thus the several quotes attributed to Director Pendley. The idea of such a release is to spur outlets such as the AP, NYT, E&E News, etc., to report on the news themselves. Few if any of these major outlets would be inclined to run a government news release or feature story verbatim. Rather, they would use the facts and high-level quotes presented in the release as a basis for their own reporting. It's a matter of journalistic integrity. It often happens that reporters will request that we put them in contact with others (past adopters, for example) whom they can interview to expand on their own stories. They don't generally want us to do their reporting for them. They want us to serve as a resource for information and contacts. All of that to say that there would be little value in

BLM developing a personal interest angle for this particular release, in my professional opinion. What we can do is line up several subjects (AIP adopters) who would be willing to talk with any reporters who might be interested.

Available to discuss further if you'd like.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Thursday, April 23, 2020 11:59 AM
**To:** Fluer, Scott L <sfluer@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** RE: AIP final report and now a press release

I appreciated the conversation today and look forward to the new PR from a "personal interest" angle as Bruce and Scott said.

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** Fluer, Scott L <sfluer@blm.gov>
**Sent:** Thursday, April 23, 2020 7:23 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** Re: AIP final report and now a press release

Thank you Paul, appreciate you catching that.

Scott

## Scott Fluer
**Off-Range Branch Chief (Acting)**
**WO262 - WH&B**
Duty Station - Montana State Office
406-896-5222 Office
307-714-1823 Cell

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, April 23, 2020 7:16 AM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: AIP final report and now a press release

Folks – With the various internal revisions leading up to the final report that Bruce sent yesterday, one correction got overlooked: The total placements via Online Corral during AIP Year One. I've attached updated versions (dated today) with the corrected figure (611).

My apologies..

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 22, 2020 4:53 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** AIP final report and now a press release

Brian, Melanie

I'm not sure if you were aware that we got a request from 600 about preparing a press release

regarding the AIP first year success.  I am attaching the draft press release that Paul has prepared for you to see.  This PR hasn't been sent back to 600 for their review as we are finalizing it in the program and will send it up at that time.  I am also attaching the final AIP report in pdf and word formats.  We spruced up the report with our header and some call outs identifying positive results.  The word document has responses to your comments to show you how we addressed them.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov


"*Unless someone like you cares a whole awful lot, nothing is going to get better. It's not.*"  Dr Seuss

BLM_005060

| | |
|---|---|
| **From:** | Tollefson, Christopher J |
| **To:** | McGuire, Paul M; BLM_WO_610 |
| **Cc:** | Fluer, Scott L; Rittenhouse, Bruce H; Lutterman, Jason W |
| **Subject:** | Re: AIP News Release (draft) |
| **Date:** | Tuesday, April 28, 2020 9:31:08 AM |

Thanks, Paul. Running it through the approval chain now. Appreciate you checking in. Hoping to have it approved in the next day or so.

Best,
Chris

**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003

(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, April 28, 2020 10:06 AM
**To:** BLM_WO_610 <BLM_WO_610@blm.gov>
**Cc:** Fluer, Scott L <sfluer@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** RE: AIP News Release (draft)

Hi, Chris. Just checking back to make sure you received this press release regarding the WHB Adoption Incentive Program that Director Pendley requested. Standing by if you have any feedback.

We anticipate reporters may be interested in talking with successful AIP adopters. We will be happy to facilitate that.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** McGuire, Paul M
**Sent:** Wednesday, April 22, 2020 5:10 PM
**To:** BLM_WO_610 <BLM_WO_610@blm.gov>
**Cc:** Fluer, Scott L <sfluer@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** FW: AIP News Release (draft)

Hi, Chris. Please see the attached draft press release regarding the first-year performance of the Wild Horse and Burro Adoption Incentive Program (AIP). It's our understanding that the Director has requested this. Please let us know if/when it is approved or if anything else is required. We've drafted the following item for the ASLM Month Ahead report which we plan to submit this week. Please let us know if May 1 is a likely date for issuing the press release:

**[NEW] By May 1. The National Wild Horse and Burro Program plans to issue a press release highlighting the first-year success of the Adoption Incentive Program which begin March 12, 2019. The Program saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15. PR: BLM-HQ (3/3/20)**

Finally, FYI, the press release tiers off of an AIP report/analysis we've prepared for AD200 which he will likely brief the Director on early next week.

Available if you have any questions. Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Tuesday, April 21, 2020 1:55 PM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Shepherd, Alan B <ashepher@blm.gov>
**Subject:** AIP News Release

Hi Bruce and Scott,

I wanted to let you know that I received a call from Chris Tollefson this morning. He said the director was requesting a news release for the one-year mark of the AIP, along with a social media push. Paul and I chatted just now and Paul said he would pull together a draft for your review after he is done with the AIP report this afternoon. Chris is asking for a draft news release by Friday – but if the AIP

report is going to the director, we thought maybe the draft news release should accompany it?

Chris also asked again about the timing for the Report to Congress – I told him all I know is Michael sent up another draft in the last few weeks, but I don't know what the timing is.

Thanks,
Jason

--
Jason Lutterman
Public Affairs Specialist
Wild Horse and Burro Program
Office: (775) 861-6614
Mobile: (202) 304-0967
www.BLM.gov/whb

**From:** McGuire, Paul M
**To:** Rittenhouse, Bruce H
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary
**Date:** Wednesday, April 29, 2020 11:01:00 AM
**Attachments:** AIP First-Year Report Final23April2020.docx
AIP First-Year Report Final23April2020.pdf
AIP First-Year Review Briefing Paper to AD200 (Final).docx
News Release - AIP Year One (draft w bsg edits).docx

Bruce – Attached is the edited PR per Brian's direction. I incorporated a brief highlight about a first-time, multiple-animal adopter from Idaho. Also removed some extraneous data.

Also attached, per Brian's request, are the final Word and PDF versions of the Report (dated and sent 4/23). As you recall, we revised the report to incorporate much of the content included in the original Briefing Paper to AD200 (dated 4/15). I've attached that original briefing paper as well. If Brian needs a briefing paper for Mr. Pendley, I'm available to work on that.

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 10:15 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Agreed. I could use a new copy of both in email please tho just to be sure I have the correct versions. Thanks!

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>

**Sent:** Wednesday, April 29, 2020 8:02 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Hi, Brian. Understood. As it happens, in response to our request for adopter contacts from the field, we've received some vignettes that we can fold into the PR, as requested. Will turn that around for you today.

As for the Report and briefing paper, I believe those are final. If there are additional touches required, I can attend to that in short order as well.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:50 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Paul. The PR draft is with me in the review/approval process and I'm not comfortable moving it forward with some of the changes I've asked for.

Nor am I comfortable with the PR moving forward to HQ100 without the briefing memo, annual report, and an offer for a briefing with Perry to inform him of the content of the annual report.

Jeff, please let me know if you have concerns with my approach and we can find a different solution.

Cheers

BLM_005065

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 6:01 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>;
Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Good morning, Brian. Our initial draft was forwarded to 600 on 4/22, in response to a request by Mr.
Pendley on 4/21. I believe Bruce shared a copy of the draft with you that day as well and passed
along your feedback the following day. Rather than risk cluttering the approval chain at that point
with varying drafts, we discussed options for meeting your intent to personalize the story. Standard
practice is to whet reporters' appetites with a lead news element and provide enough usable facts
and data to allow reporters to develop the story further (that is the design/intent of the initial draft).
In this case that could involve putting reporters in touch with satisfied adopters to flesh out the story
for their individual publications (as it is not common for news outlets to run government copy
verbatim). We've reached out to the field for help identifying suitable candidates that we can offer
up when the release goes out.

I checked in with Chris yesterday on the status of the initial draft and was informed that it is moving
through the review/approval process. If any changes are called for, including incorporating a
personal vignette, we can certainly work on that.

Thanks,

Paul McGuire
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 6:36:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>;
McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

+ Bruce and Paul

Thanks.

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, April 28, 2020 5:26 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks, Brian. I haven't seen anything from 260. Is there someone you suggest I reach out to?

Chris Tollefson – Chief of Public Affairs
Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003
(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 7:03:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Chris. I'd seen a draft version from my team and provided them some feedback that I

don't see incorporated here. Did you all see a revised version from 260?

My feedback to the team was to develop a more "personal interest" angle. I had particular concern that paragraphs #5 and 6 are heavy with stats/numbers a reader can easily find in the report. I suggested that, instead, we should capture a quote or story from a first time adopter.

And while I know Perry is anxious to see a PR, I need to consider how I roll up all the relevant info to HQ100: the report, a briefing paper, and a PR.  We have not yet briefed 100 on the contents of the report. They may want that before the PR rolls out.

The report and briefing memo are ready to go up to 100 when the PR is ready. Cheers,

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, April 28, 2020 9:43 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Brian and Melanie,

Attached and below is a news release summarizing the successful first year of the Adoption Incentive Program. I know that Perry was eager to get this out ASAP, so I'm hoping to move it through the process quickly. Please let me know if you have any edits or comments.

Best,
Chris


# Cash Incentives Help Agency Adopt More Wild Horses and Burros

*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, 6,026 animals were adopted from the BLM, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Perry Pendley, BLM Deputy Director for Policy and Programs. "The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them."

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

During the same timeframe, the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals presented that were ultimately adopted increased significantly from an average of 36 percent the previous two years to 65 percent during the first year of the AIP.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

-BLM–

**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003



BLM_005071



## Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

> **Key Stats for AIP Year One** (3/12/19 - 3/12/20)
>
> - Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
> - Number of AIP payments processed: **1,602 payments for 2,779 animals**
> - Total dollar amount of all AIP payments made: **$1,389,500**
> - Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
> - Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

BLM_005072



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 611 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

BLM_005073

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_005074

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005075



## Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

> ### Key Stats for AIP Year One (3/12/19 - 3/12/20)
>
> - Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
> - Number of AIP payments processed: **1,602 payments for 2,779 animals**
> - Total dollar amount of all AIP payments made: **$1,389,500**
> - Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
> - Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

BLM_005076



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 611 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

BLM_005077

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- <u>Quality Control</u> – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- <u>Unanticipated issues/questions</u> – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_005078

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005079

## INFORMATION/BRIEFING MEMORANDUM
### FOR THE ASSISTANT DIRECTOR AND DEPUTY ASSISTANT DIRECTOR – RESOURCES AND PLANNING

**DATE:**     April 15, 2020

**FROM:**     Bruce Rittenhouse, Acting Division Chief, Wild Horses and Burros (WHB)

**SUBJECT:**   First-Year Performance Review of Adoption Incentive Program (AIP)

The attached report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

## KEY FACTS

*Jobs:* Not applicable.

*Stakeholder Positions:* Stakeholders across the board – including Congress, DOI and BLM leadership, WHB Program staff, the WHB Advisory Board, WHB activist groups, media and the adopting public – generally support the objectives of the AIP: to increase public interest and participation in the WHB Adoption program to place more animals into private care.

*Public Lands Affected:* Any and all of the 177 Herd Management Areas comprising 26.9 million acres of public land spread across 10 Western states.

*Other concise facts:* BLM faces serious challenges related to overpopulated WHB herds on public lands. Increasing private placement of excess WHB removed from public lands is a critical component of the agency's management strategy.

## BACKGROUND

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

BLM_005080

**DISCUSSION**

The attached report highlights certain key performance measures related to the AIP, namely the number of animals adopted (and relinquished), payments processed, and mandatory compliance checks conducted. The report also examines certain other performance indicators, including the number of first-time and repeat adopters and the number of multiple-animal adoptions. These data are presented in the context of a multi-year performance timeline for comparison.

While the data clearly show that AIP Year One coincided with a marked increase in adoptions, the report also examines other factors that may have contributed to the results, notably the number of events held and the number of animals offered, including via the improved Online Corral platform. Improved marketing and brand management are also discussed.

Importantly, the report examines certain challenges the Program encountered and overcame in implementing the AIP during Year One, mainly in the area of payment processing. The Program's responses to these challenges – in close collaboration with the NOC – have led to improvements and efficiencies going forward.

**RECOMMENDATIONS**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program stands behind the continuation of the AIP as it is currently structured to allow for multi-year performance evaluation. The following policy changes may warrant consideration in the future:

- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Recover incentive payments when animals are relinquished or repossessed
- Eliminate or reduce the incentive for burros

**NEXT STEPS**

The Program is prepared to support AD200 in briefings/discussions with leadership at higher levels at his request/direction.

**ATTACHMENTS**
1. Adoption Incentive Program (AIP) Year One Evaluation Report (3 pp)

2



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros

*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals.

The Smoot family of Arco, Idaho, are a prime example. The Smoots had been considering adopting a wild horse for a while. When they heard about the Adoption Incentive Program, they decided that it was as good a time as any to adopt their first wild horse -- make that eight!  They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with Ruby Kyle, a BLM wrangler at the Corrals, was so positive that when she called to let them know about some nice available mares, they made the trip to Boise and adopted three more horses. Then to cap off their growing collection, they adopted a pregnant mare during the wild horse adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad knew he wanted his family to enjoy experiencing life with

horses. "Together my wife and I have eight children and we enjoy getting into the back country and trail riding," said Brad. "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15 year-old daughter has already started riding one of them."

In all, there were 2,923 first-time adopters, 932 repeat adopters, and 1,280 multiple-animal adoptions which mark substantial increases over previous years.

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

| From: | Rittenhouse, Bruce H |
|---|---|
| To: | St George, Brian C |
| Cc: | McGuire, Paul M; Fluer, Scott L |
| Subject: | Fw: News release for review/approval: Adoption Incentive Program 1-Year Anniversary |
| Date: | Wednesday, April 29, 2020 2:49:51 PM |
| Attachments: | AIP First-Year Report Final23April2020.docx |
| | AIP First-Year Report Final23April2020.pdf |
| | AIP First-Year Review Briefing Paper to AD200 (Final).docx |
| | News Release - AIP Year One (draft w bsg edits)bhr.docx |

Brian

Here are the attachments regarding the AIP report and press release.  The report incorporates parts of the briefing paper and it should be a stand on its own but I am also including the 200 briefing paper as well.  The press release now includes a nice story of a Idaho family who, as first time adopters,  ended up adopting 8 animals under the AIP.  If you have any other questions let me know.  Thanks.

Bruce Rittenhouse

Acting Division Chief, Wild Horses and Burros

Teleworking from Home

720-454-5747 (mobile)

brittenh@blm.gov

*"If a cluttered desk is a sign of a cluttered mind, of what, then, is an empty desk a sign"  Albert Einstein*

**From:** McGuire, Paul M <PMcGuire@blm.gov>

**Sent:** Wednesday, April 29, 2020 12:01 PM

**To:** Rittenhouse, Bruce H <brittenh@blm.gov>

**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Bruce – Attached is the edited PR per Brian's direction. I incorporated a brief highlight about a first-time, multiple-animal adopter from Idaho. Also removed some extraneous data.

Also attached, per Brian's request, are the final Word and PDF versions of the Report (dated and sent 4/23). As you recall, we revised the report to incorporate much of the content included in the original Briefing Paper to AD200 (dated 4/15). I've attached that original briefing paper as well. If Brian needs a briefing paper for Mr. Pendley, I'm available to work on that.

**Paul McGuire**

Outreach Specialist (Detail)

National Wild Horse & Burro Program

Bureau of Land Management

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

*pmcguire@blm.gov*

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 10:15 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Agreed. I could use a new copy of both in email please tho just to be sure I have the correct versions. Thanks!

~ bsg

Brian St George

Acting Assistant Director for Resources and Planning

Bureau of Land Management


(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:02 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>;
Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Hi, Brian. Understood. As it happens, in response to our request for adopter contacts from the field, we've received some vignettes that we can fold into the PR, as requested. Will turn that around for you today.

As for the Report and briefing paper, I believe those are final. If there are additional touches required, I can attend to that in short order as well.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:50 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Paul. The PR draft is with me in the review/approval process and I'm not comfortable moving it forward with some of the changes I've asked for.

Nor am I comfortable with the PR moving forward to HQ100 without the briefing memo, annual report, and an offer for a briefing with Perry to inform him of the content of the annual report.

Jeff, please let me know if you have concerns with my approach and we can find a different solution.

Cheers
~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 6:01 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Good morning, Brian. Our initial draft was forwarded to 600 on 4/22, in response to a request by Mr. Pendley on 4/21. I believe Bruce shared a copy of the draft with you that day as well and passed along your feedback the following day. Rather than risk cluttering the approval chain at that point with varying drafts, we discussed options for meeting your intent to personalize the story. Standard

practice is to whet reporters' appetites with a lead news element and provide enough usable facts and data to allow reporters to develop the story further (that is the design/intent of the initial draft). In this case that could involve putting reporters in touch with satisfied adopters to flesh out the story for their individual publications (as it is not common for news outlets to run government copy verbatim). We've reached out to the field for help identifying suitable candidates that we can offer up when the release goes out.

I checked in with Chris yesterday on the status of the initial draft and was informed that it is moving through the review/approval process. If any changes are called for, including incorporating a personal vignette, we can certainly work on that.

Thanks,

Paul McGuire
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 6:36:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

+ Bruce and Paul

Thanks.

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

BLM_005087

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, April 28, 2020 5:26 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks, Brian. I haven't seen anything from 260. Is there someone you suggest I reach out to?

Chris Tollefson – Chief of Public Affairs
Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003
(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 7:03:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Chris. I'd seen a draft version from my team and provided them some feedback that I don't see incorporated here. Did you all see a revised version from 260?

My feedback to the team was to develop a more "personal interest" angle. I had particular concern that paragraphs #5 and 6 are heavy with stats/numbers a reader can easily find in the report. I suggested that, instead, we should capture a quote or story from a first time adopter.

And while I know Perry is anxious to see a PR, I need to consider how I roll up all the relevant info to HQ100: the report, a briefing paper, and a PR.  We have not yet briefed 100 on the contents of the report. They may want that before the PR rolls out.

The report and briefing memo are ready to go up to 100 when the PR is ready. Cheers,

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** Tollefson, Christopher J <ctollefson@blm.gov>

**Sent:** Tuesday, April 28, 2020 9:43 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Brian and Melanie,

Attached and below is a news release summarizing the successful first year of the Adoption Incentive Program. I know that Perry was eager to get this out ASAP, so I'm hoping to move it through the process quickly. Please let me know if you have any edits or comments.

Best,
Chris

# Cash Incentives Help Agency Adopt More Wild Horses and Burros

*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, 6,026 animals were adopted from the BLM, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Perry Pendley, BLM Deputy Director for Policy and Programs. "The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them."

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous

five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

During the same timeframe, the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals presented that were ultimately adopted increased significantly from an average of 36 percent the previous two years to 65 percent during the first year of the AIP.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

-BLM–

**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003

(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



**From:** St George, Brian C
**To:** Tollefson, Christopher J
**Cc:** Krauss, Jeff; Winston, Beverly S; Rittenhouse, Bruce H; McGuire, Paul M; Fluer, Scott L
**Subject:** FW: News release for review/approval: Adoption Incentive Program 1-Year Anniversary
**Date:** Wednesday, April 29, 2020 5:14:23 PM
**Attachments:** AIP First-Year Report Final23April2020.pdf
AIP First-Year Review Briefing Paper to AD200 (Final).docx
News Release - AIP Year One_hq200.docx

Hi Chris, here's a revised PR back to you for consideration. Also attached, the report and a briefing memo prepared for AD200 if they are useful to your, or if you decide to send the PR to Perry, please attached the report and the memo.

Thanks

~ bsg

Brian St George

Acting Assistant Director for Resources and Planning

Bureau of Land Management

(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

---

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 29, 2020 1:50 PM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** Fw: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Brian

Here are the attachments regarding the AIP report and press release. The report incorporates parts of the briefing paper and it should be a stand on its own but I am also including the 200 briefing paper as well. The press release now includes a nice story of a Idaho family who, as first time adopters, ended up adopting 8 animals under the AIP. If you have any other questions let me know. Thanks.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"If a cluttered desk is a sign of a cluttered mind, of what, then, is an empty desk a sign"*  *Albert Einstein*

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 12:01 PM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Bruce – Attached is the edited PR per Brian's direction. I incorporated a brief highlight about a first-time, multiple-animal adopter from Idaho. Also removed some extraneous data.

Also attached, per Brian's request, are the final Word and PDF versions of the Report (dated and sent 4/23). As you recall, we revised the report to incorporate much of the content included in the original Briefing Paper to AD200 (dated 4/15). I've attached that original briefing paper as well. If Brian needs a briefing paper for Mr. Pendley, I'm available to work on that.

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 10:15 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Agreed. I could use a new copy of both in email please tho just to be sure I have the correct versions. Thanks!

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:02 AM

**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Hi, Brian. Understood. As it happens, in response to our request for adopter contacts from the field, we've received some vignettes that we can fold into the PR, as requested. Will turn that around for you today.

As for the Report and briefing paper, I believe those are final. If there are additional touches required, I can attend to that in short order as well.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:50 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Paul. The PR draft is with me in the review/approval process and I'm not comfortable moving it forward with some of the changes I've asked for.

Nor am I comfortable with the PR moving forward to HQ100 without the briefing memo, annual report, and an offer for a briefing with Perry to inform him of the content of the annual report.

Jeff, please let me know if you have concerns with my approach and we can find a different solution.

Cheers
~ bsg

Brian St George

Acting Assistant Director for Resources and Planning

Bureau of Land Management


(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 6:01 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>;
Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Good morning, Brian. Our initial draft was forwarded to 600 on 4/22, in response to a request by Mr.
Pendley on 4/21. I believe Bruce shared a copy of the draft with you that day as well and passed
along your feedback the following day. Rather than risk cluttering the approval chain at that point
with varying drafts, we discussed options for meeting your intent to personalize the story. Standard
practice is to whet reporters' appetites with a lead news element and provide enough usable facts
and data to allow reporters to develop the story further (that is the design/intent of the initial draft).
In this case that could involve putting reporters in touch with satisfied adopters to flesh out the story
for their individual publications (as it is not common for news outlets to run government copy
verbatim). We've reached out to the field for help identifying suitable candidates that we can offer
up when the release goes out.

I checked in with Chris yesterday on the status of the initial draft and was informed that it is moving
through the review/approval process. If any changes are called for, including incorporating a
personal vignette, we can certainly work on that.

Thanks,

Paul McGuire
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 6:36:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>;
McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

+ Bruce and Paul

Thanks.

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, April 28, 2020 5:26 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks, Brian. I haven't seen anything from 260. Is there someone you suggest I reach out to?

Chris Tollefson – Chief of Public Affairs
Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003
(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 7:03:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Chris. I'd seen a draft version from my team and provided them some feedback that I
don't see incorporated here. Did you all see a revised version from 260?

My feedback to the team was to develop a more "personal interest" angle. I had particular concern that paragraphs #5 and 6 are heavy with stats/numbers a reader can easily find in the report. I suggested that, instead, we should capture a quote or story from a first time adopter.

And while I know Perry is anxious to see a PR, I need to consider how I roll up all the relevant info to HQ100: the report, a briefing paper, and a PR.  We have not yet briefed 100 on the contents of the report. They may want that before the PR rolls out.

The report and briefing memo are ready to go up to 100 when the PR is ready. Cheers,

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, April 28, 2020 9:43 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Brian and Melanie,

Attached and below is a news release summarizing the successful first year of the Adoption Incentive Program. I know that Perry was eager to get this out ASAP, so I'm hoping to move it through the process quickly. Please let me know if you have any edits or comments.

Best,
Chris


# Cash Incentives Help Agency Adopt More Wild Horses and Burros

*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, 6,026 animals were adopted from the BLM, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Perry Pendley, BLM Deputy Director for Policy and Programs. "The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them."

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

During the same timeframe, the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals presented that were ultimately adopted increased significantly from an average of 36 percent the previous two years to 65 percent during the first year of the AIP.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess

animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

-BLM–

**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003

(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



BLM_005100



## Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

**Key Stats for AIP Year One** (3/12/19 - 3/12/20)

- Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
- Number of AIP payments processed: **1,602 payments for 2,779 animals**
- Total dollar amount of all AIP payments made: **$1,389,500**
- Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
- Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

BLM_005101



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 611 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

BLM_005102

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- Quality Control – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- Unanticipated issues/questions – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_005103

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005104

**INFORMATION/BRIEFING MEMORANDUM**
FOR THE **ASSISTANT DIRECTOR AND DEPUTY ASSISTANT DIRECTOR –
RESOURCES AND PLANNING**

**DATE:**      April 15, 2020

**FROM:**      Bruce Rittenhouse, Acting Division Chief, Wild Horses and Burros (WHB)

**SUBJECT:**   First-Year Performance Review of Adoption Incentive Program (AIP)

The attached report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**KEY FACTS**

*Jobs:* Not applicable.

*Stakeholder Positions:* Stakeholders across the board – including Congress, DOI and BLM leadership, WHB Program staff, the WHB Advisory Board, WHB activist groups, media and the adopting public – generally support the objectives of the AIP: to increase public interest and participation in the WHB Adoption program to place more animals into private care.

*Public Lands Affected:* Any and all of the 177 Herd Management Areas comprising 26.9 million acres of public land spread across 10 Western states.

*Other concise facts:* BLM faces serious challenges related to overpopulated WHB herds on public lands. Increasing private placement of excess WHB removed from public lands is a critical component of the agency's management strategy.

**BACKGROUND**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

1

BLM_005105

**DISCUSSION**

The attached report highlights certain key performance measures related to the AIP, namely the number of animals adopted (and relinquished), payments processed, and mandatory compliance checks conducted. The report also examines certain other performance indicators, including the number of first-time and repeat adopters and the number of multiple-animal adoptions. These data are presented in the context of a multi-year performance timeline for comparison.

While the data clearly show that AIP Year One coincided with a marked increase in adoptions, the report also examines other factors that may have contributed to the results, notably the number of events held and the number of animals offered, including via the improved Online Corral platform. Improved marketing and brand management are also discussed.

Importantly, the report examines certain challenges the Program encountered and overcame in implementing the AIP during Year One, mainly in the area of payment processing. The Program's responses to these challenges – in close collaboration with the NOC – have led to improvements and efficiencies going forward.

**RECOMMENDATIONS**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program stands behind the continuation of the AIP as it is currently structured to allow for multi-year performance evaluation. The following policy changes may warrant consideration in the future:

- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Recover incentive payments when animals are relinquished or repossessed
- Eliminate or reduce the incentive for burros

**NEXT STEPS**

The Program is prepared to support AD200 in briefings/discussions with leadership at higher levels at his request/direction.

**ATTACHMENTS**
1. Adoption Incentive Program (AIP) Year One Evaluation Report (3 pp)

BLM_005106



U.S. Department of the Interior
Bureau of Land Management

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
### *First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals.

The Brad Smoot family of Arco, Idaho, are a prime example. The Smoots had been considering adopting a wild horse for a while. When they learned of the Adoption Incentive Program, they decided that it was time. Ultimately, the family  adopted not one but eight!  They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with BLM Wrangler Ruby Kyle was so positive that when Ruby called to let the family know about more available mares, they made the trip to Boise and adopted three more horses. To cap off their growing herd, the Smoots adopted a pregnant mare during the wild horse adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad Smoot knew he wanted his family to enjoy experiencing life with horses. "Together

my wife and I have eight children and we enjoy getting into the back country and trail riding," said Brad. "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15 year-old daughter has already started riding one of them."

In all, there were 2,923 first-time adopters, 932 repeat adopters, and 1,280 multiple-animal adoptions which mark substantial increases over previous years.

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

| From: | Tollefson, Christopher J |
|---|---|
| To: | St George, Brian C |
| Cc: | Krauss, Jeff; Winston, Beverly S; Rittenhouse, Bruce H; McGuire, Paul M; Fluer, Scott L |
| Subject: | Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary |
| Date: | Thursday, April 30, 2020 9:59:58 AM |

Thanks, Brian! Looks good. Will move this along for clearance.

Best,
Chris

**Chris Tollefson − Chief of Public Affairs**
Bureau of Land Management − 20 M Street, SE, Washington, D.C. 20003
(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 6:14 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** FW: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Hi Chris, here's a revised PR back to you for consideration. Also attached, the report and a briefing memo prepared for AD200 if they are useful to your, or if you decide to send the PR to Perry, please attached the report and the memo.

Thanks
~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

BLM_005109

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 29, 2020 1:50 PM
**To:** St George, Brian C <bstgeorg@blm.gov>
**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** Fw: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Brian

Here are the attachments regarding the AIP report and press release.  The report incorporates parts of the briefing paper and it should be a stand on its own but I am also including the 200 briefing paper as well.  The press release now includes a nice story of a Idaho family who, as first time adopters,  ended up adopting 8 animals under the AIP.  If you have any other questions let me know.  Thanks.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov

*"If a cluttered desk is a sign of a cluttered mind, of what, then, is an empty desk a sign"  Albert Einstein*

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 12:01 PM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Bruce – Attached is the edited PR per Brian's direction. I incorporated a brief highlight about a first-time, multiple-animal adopter from Idaho. Also removed some extraneous data.

Also attached, per Brian's request, are the final Word and PDF versions of the Report (dated and sent 4/23). As you recall, we revised the report to incorporate much of the content included in the original Briefing Paper to AD200 (dated 4/15). I've attached that original briefing paper as well. If Brian needs a briefing paper for Mr. Pendley, I'm available to work on that.

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** St George, Brian C <bstgeorg@blm.gov>

**Sent:** Wednesday, April 29, 2020 10:15 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Agreed. I could use a new copy of both in email please tho just to be sure I have the correct versions. Thanks!

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:02 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>;
Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Hi, Brian. Understood. As it happens, in response to our request for adopter contacts from the field, we've received some vignettes that we can fold into the PR, as requested. Will turn that around for you today.

As for the Report and briefing paper, I believe those are final. If there are additional touches required, I can attend to that in short order as well.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:50 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>;
Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Paul. The PR draft is with me in the review/approval process and I'm not comfortable
moving it forward with some of the changes I've asked for.

Nor am I comfortable with the PR moving forward to HQ100 without the briefing memo,
annual report, and an offer for a briefing with Perry to inform him of the content of the annual
report.

Jeff, please let me know if you have concerns with my approach and we can find a different
solution.

Cheers
~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 6:01 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>;
Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Good morning, Brian. Our initial draft was forwarded to 600 on 4/22, in response to a request by Mr.
Pendley on 4/21. I believe Bruce shared a copy of the draft with you that day as well and passed
along your feedback the following day. Rather than risk cluttering the approval chain at that point
with varying drafts, we discussed options for meeting your intent to personalize the story. Standard
practice is to whet reporters' appetites with a lead news element and provide enough usable facts
and data to allow reporters to develop the story further (that is the design/intent of the initial draft).

In this case that could involve putting reporters in touch with satisfied adopters to flesh out the story for their individual publications (as it is not common for news outlets to run government copy verbatim). We've reached out to the field for help identifying suitable candidates that we can offer up when the release goes out.

I checked in with Chris yesterday on the status of the initial draft and was informed that it is moving through the review/approval process. If any changes are called for, including incorporating a personal vignette, we can certainly work on that.

Thanks,

Paul McGuire
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 6:36:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

+ Bruce and Paul

Thanks.

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Tollefson, Christopher J <ctollefson@blm.gov>

**Sent:** Tuesday, April 28, 2020 5:26 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks, Brian. I haven't seen anything from 260. Is there someone you suggest I reach out to?

Chris Tollefson – Chief of Public Affairs
Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003
(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 7:03:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Chris. I'd seen a draft version from my team and provided them some feedback that I don't see incorporated here. Did you all see a revised version from 260?

My feedback to the team was to develop a more "personal interest" angle. I had particular concern that paragraphs #5 and 6 are heavy with stats/numbers a reader can easily find in the report. I suggested that, instead, we should capture a quote or story from a first time adopter.

And while I know Perry is anxious to see a PR, I need to consider how I roll up all the relevant info to HQ100: the report, a briefing paper, and a PR.  We have not yet briefed 100 on the contents of the report. They may want that before the PR rolls out.

The report and briefing memo are ready to go up to 100 when the PR is ready. Cheers,

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, April 28, 2020 9:43 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>

**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Subject:** News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Brian and Melanie,

Attached and below is a news release summarizing the successful first year of the Adoption Incentive Program. I know that Perry was eager to get this out ASAP, so I'm hoping to move it through the process quickly. Please let me know if you have any edits or comments.

Best,
Chris

# Cash Incentives Help Agency Adopt More Wild Horses and Burros

*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, 6,026 animals were adopted from the BLM, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Perry Pendley, BLM Deputy Director for Policy and Programs. "The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them."

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

BLM_005115

During the same timeframe, the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals presented that were ultimately adopted increased significantly from an average of 36 percent the previous two years to 65 percent during the first year of the AIP.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

-BLM–

**Chris Tollefson – Chief of Public Affairs**
Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003
(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov

BLM_005117

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Rittenhouse, Bruce H; Fluer, Scott L |
| **Subject:** | AIP Report, Briefing Paper and Press Release |
| **Date:** | Tuesday, May 5, 2020 2:22:00 PM |
| **Attachments:** | AIP First-Year Report Final23April2020.pdf |
| | AIP First-Year Review Briefing Paper to AD200 (Final).docx |
| | News Release - AIP Year One_hq200.docx |

Bruce/Scott – Please see the attached. These are the final versions that went to 100.

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 5:14 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** FW: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Hi Chris, here's a revised PR back to you for consideration. Also attached, the report and a briefing memo prepared for AD200 if they are useful to your, or if you decide to send the PR to Perry, please attached the report and the memo.

Thanks
~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

**From:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Sent:** Wednesday, April 29, 2020 1:50 PM
**To:** St George, Brian C <bstgeorg@blm.gov>

**Cc:** McGuire, Paul M <PMcGuire@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** Fw: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Brian

Here are the attachments regarding the AIP report and press release.  The report incorporates parts of the briefing paper and it should be a stand on its own but I am also including the 200 briefing paper as well.  The press release now includes a nice story of a Idaho family who, as first time adopters,  ended up adopting 8 animals under the AIP.  If you have any other questions let me know.  Thanks.

Bruce Rittenhouse
Acting Division Chief, Wild Horses and Burros
Teleworking from Home
720-454-5747 (mobile)
brittenh@blm.gov


*"If a cluttered desk is a sign of a cluttered mind, of what, then, is an empty desk a sign"  Albert Einstein*

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 12:01 PM
**To:** Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Bruce – Attached is the edited PR per Brian's direction. I incorporated a brief highlight about a first-time, multiple-animal adopter from Idaho. Also removed some extraneous data.

Also attached, per Brian's request, are the final Word and PDF versions of the Report (dated and sent 4/23). As you recall, we revised the report to incorporate much of the content included in the original Briefing Paper to AD200 (dated 4/15). I've attached that original briefing paper as well. If Brian needs a briefing paper for Mr. Pendley, I'm available to work on that.


**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*


**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 10:15 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Agreed. I could use a new copy of both in email please tho just to be sure I have the correct versions. Thanks!

~ bsg

Brian St George

Acting Assistant Director for Resources and Planning

Bureau of Land Management


(o) 303-239-3741

(m) 970-275-2215

bstgeorg@blm.gov

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:02 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Hi, Brian. Understood. As it happens, in response to our request for adopter contacts from the field, we've received some vignettes that we can fold into the PR, as requested. Will turn that around for you today.

As for the Report and briefing paper, I believe those are final. If there are additional touches required, I can attend to that in short order as well.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, April 29, 2020 8:50 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>

**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Paul. The PR draft is with me in the review/approval process and I'm not comfortable moving it forward with some of the changes I've asked for.

Nor am I comfortable with the PR moving forward to HQ100 without the briefing memo, annual report, and an offer for a briefing with Perry to inform him of the content of the annual report.

Jeff, please let me know if you have concerns with my approach and we can find a different solution.

Cheers
~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, April 29, 2020 6:01 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Good morning, Brian. Our initial draft was forwarded to 600 on 4/22, in response to a request by Mr. Pendley on 4/21. I believe Bruce shared a copy of the draft with you that day as well and passed along your feedback the following day. Rather than risk cluttering the approval chain at that point with varying drafts, we discussed options for meeting your intent to personalize the story. Standard practice is to whet reporters' appetites with a lead news element and provide enough usable facts and data to allow reporters to develop the story further (that is the design/intent of the initial draft). In this case that could involve putting reporters in touch with satisfied adopters to flesh out the story for their individual publications (as it is not common for news outlets to run government copy verbatim). We've reached out to the field for help identifying suitable candidates that we can offer

up when the release goes out.

I checked in with Chris yesterday on the status of the initial draft and was informed that it is moving through the review/approval process. If any changes are called for, including incorporating a personal vignette, we can certainly work on that.

Thanks,

Paul McGuire
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
pmcguire@blm.gov

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Tuesday, April 28, 2020 6:36:41 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>;
McGuire, Paul M <PMcGuire@blm.gov>
**Cc:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Barnes, Melanie G
<MGBarnes@blm.gov>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

+ Bruce and Paul

Thanks.

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, April 28, 2020 5:26 PM
**To:** St George, Brian C <bstgeorg@blm.gov>; Barnes, Melanie G <MGBarnes@blm.gov>;

**Cc:** Krauss, Jeff <[JKrauss@blm.gov](mailto:JKrauss@blm.gov)>; Winston, Beverly S <[BWinston@blm.gov](mailto:BWinston@blm.gov)>
**Subject:** Re: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks, Brian. I haven't seen anything from 260. Is there someone you suggest I reach out to?

Chris Tollefson – Chief of Public Affairs
Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003
(202) 912-7410 (W) (202) 379-6905 (M) [www.blm.gov](http://www.blm.gov)

---

**From:** St George, Brian C <[bstgeorg@blm.gov](mailto:bstgeorg@blm.gov)>
**Sent:** Tuesday, April 28, 2020 7:03:41 PM
**To:** Tollefson, Christopher J <[ctollefson@blm.gov](mailto:ctollefson@blm.gov)>; Barnes, Melanie G <[MGBarnes@blm.gov](mailto:MGBarnes@blm.gov)>
**Cc:** Krauss, Jeff <[JKrauss@blm.gov](mailto:JKrauss@blm.gov)>; Winston, Beverly S <[BWinston@blm.gov](mailto:BWinston@blm.gov)>
**Subject:** RE: News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Thanks Chris. I'd seen a draft version from my team and provided them some feedback that I don't see incorporated here. Did you all see a revised version from 260?

My feedback to the team was to develop a more "personal interest" angle. I had particular concern that paragraphs #5 and 6 are heavy with stats/numbers a reader can easily find in the report. I suggested that, instead, we should capture a quote or story from a first time adopter.

And while I know Perry is anxious to see a PR, I need to consider how I roll up all the relevant info to HQ100: the report, a briefing paper, and a PR.  We have not yet briefed 100 on the contents of the report. They may want that before the PR rolls out.

The report and briefing memo are ready to go up to 100 when the PR is ready. Cheers,

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
[bstgeorg@blm.gov](mailto:bstgeorg@blm.gov)

---

**From:** Tollefson, Christopher J <[ctollefson@blm.gov](mailto:ctollefson@blm.gov)>
**Sent:** Tuesday, April 28, 2020 9:43 AM
**To:** St George, Brian C <[bstgeorg@blm.gov](mailto:bstgeorg@blm.gov)>; Barnes, Melanie G <[MGBarnes@blm.gov](mailto:MGBarnes@blm.gov)>
**Cc:** Krauss, Jeff <[JKrauss@blm.gov](mailto:JKrauss@blm.gov)>; Winston, Beverly S <[BWinston@blm.gov](mailto:BWinston@blm.gov)>

**Subject:** News release for review/approval: Adoption Incentive Program 1-Year Anniversary

Brian and Melanie,

Attached and below is a news release summarizing the successful first year of the Adoption Incentive Program. I know that Perry was eager to get this out ASAP, so I'm hoping to move it through the process quickly. Please let me know if you have any edits or comments.

Best,
Chris

# Cash Incentives Help Agency Adopt More Wild Horses and Burros

*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, 6,026 animals were adopted from the BLM, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Perry Pendley, BLM Deputy Director for Policy and Programs. "The response we've seen to this incentive reveals how much the American people value wild horses and burros and

BLM_005124

understand the importance of BLM's mission to properly manage them."

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters (an increase of 1,167 over the previous five-year average), 932 repeat adopters (an increase of 296 over the previous five-year average), and 1,280 multiple-animal adoptions (an increase of 859 over the previous five-year average).

During the same timeframe, the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This compares with an average of 151 events at which 9,058 animals were offered the previous two years. Remarkably, the ratio of animals presented that were ultimately adopted increased significantly from an average of 36 percent the previous two years to 65 percent during the first year of the AIP.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses

and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

-BLM–

**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003

(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



BLM_005126



## Wild Horse & Burro (WHB) Adoption Incentive Program (AIP) Year One Evaluation Report

**Purpose**

This report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

**Background**

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions of untrained horses or burros by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

> **Key Stats for AIP Year One** (3/12/19 - 3/12/20)
>
> - Number of animals adopted: 3,937 (AIP) + 2,089 (non-AIP) = **6,026**
> - Number of AIP payments processed: **1,602 payments for 2,779 animals**
> - Total dollar amount of all AIP payments made: **$1,389,500**
> - Number of relinquishments after first AIP payment: **119** (previous five-year avg: 272)
> - Number of mandatory compliance checks completed: **642 animals**

**Continuing a Trend**

AIP Year One saw a 91% increase in adoptions over the previous full fiscal year (FY18), reviving and accelerating an upward trend that began in FY15 and dipped slightly in FY18 (see chart pp2):

**Positive Indicators**

AIP Year One also saw a sharp increase in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals at a time:

- 2,923 first-time adopters, an increase of 1,167 over the previous five-year average
- 932 repeat adopters, an increase of 296 over the previous five-year average
- 1,280 multiple-animal adoptions, an increase of 859 over the previous five-year average.

***These data suggest that the AIP contributed to increased interest and participation in the program.***

BLM_005127



**Other Contributing Factors**

Other factors that may have contributed to increased adoptions during AIP Year One include a greater number of events held and a greater number of animals offered. Program-wide there were a total of 223 satellite, facility and Online Corral events during AIP Year One, at which 9,228 animals were offered. This compares with the previous two-year average of 151 events at which 9,058 animals were offered.

> **The ratio of animals presented that were ultimately adopted increased dramatically from an average of 36% the previous two years to 65% during AIP Year One.**

The launch of the AIP also coincided with a concerted effort by the WHB program to standardize brand identity and implement certain best practices gleaned from a professional marketing analysis initiated the previous year. This included integrating the use of social media and targeted digital advertising in promoting adoption opportunities. The Program also began more aggressively marketing and utilizing its re-vamped and more user-friendly Online Corral (OLC) platform which accounted for 611 total placements (adoptions and sales) in AIP Year One.

**Increase in Sales**

One initial concern with implementing the AIP was that it could potentially persuade people who might otherwise purchase animals to adopt instead, offsetting potential gains in overall private placements. This does not appear to have happened. During AIP Year One, sales continued a generally upward trend with a total of 1,924 animals being sold, an increase of 1,403 over the previous five-year average.

BLM_005128

**AIP Payments**

The number of AIP payments processed during AIP Year One (1,602 payments for 2,779 animals totaling $1,389,500) reflect the initial $500 payments made for animals adopted during roughly the first 10 months of the program. Animals adopted during the last 60 days of AIP Year One would not be eligible to receive their first payment until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report. Expenditures for AIP Year Two are expected to be greater than AIP Year One, as the second $500 tranche for AIP Year One will come due alongside the initial $500 payments for adoptions that occur in AIP Year Two.

**Mandatory Compliance Checks**

The number of mandatory compliance checks completed during AIP Year One (642) represents approximately six months of work by field staff. This is because most offices do not conduct initial compliance checks on animals until about six months after the adoption date. Consequently, mandatory compliance checks for AIP animals did not begin in earnest until around mid-September 2019. For AIP animals adopted *after* mid-September 2019, compliance checks likely didn't begin until after the end of AIP Year One. As such, they are not captured in the data used in preparing this report.

**Process Challenges and Improvements**

AIP Year One presented many opportunities and challenges for the Program to assess the effectiveness and efficiency of the application and payment processes. Through close collaboration with field specialists and the NOC, the Program identified the following areas where improvements can or have been made:

- <u>Quality Control</u> – Some incentive payments were initially delayed due to inaccurate, inconsistent or illegible information on the required forms. As errors became known, the Program clarified requirements for the field and stressed the need to closely review forms before submitting them to the NOC. The Program also appointed an ombudsman to facilitate corrections and information flow. To address the issue of legibility, use of fillable electronic forms has been suggested. The Program is currently looking into that possibility with the NOC.
- <u>Unanticipated issues/questions</u> – Certain unique issues regarding payments to individuals arose during AIP Year One. Some adopters did not receive their expected payments despite having completed their paperwork correctly and on time. Looking into the matter with the NOC, the Program learned that AIP payments can and will be garnished to cover any outstanding debts a person may owe to the Internal Revenue Service. Another question that arose during the final months of AIP Year One concerned the taxability of AIP payments. The Program learned that the NOC does not issue 1099s for payments as little as those authorized under the AIP. These issues required the Program to develop appropriate responses that provided clear and accurate information without entangling the agency in individuals' personal financial/tax situations.

BLM_005129

**Recommendations**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program recommends continuing the AIP as it is currently structured to allow for multi-year performance evaluation. However, the following policy changes may warrant consideration in the future:

- Recover incentive payments when animals are relinquished or repossessed
- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Eliminate or reduce the incentive for burros

BLM_005130

# INFORMATION/BRIEFING MEMORANDUM
## FOR THE ASSISTANT DIRECTOR AND DEPUTY ASSISTANT DIRECTOR – RESOURCES AND PLANNING

**DATE:**      April 15, 2020

**FROM:**      Bruce Rittenhouse, Acting Division Chief, Wild Horses and Burros (WHB)

**SUBJECT:**   First-Year Performance Review of Adoption Incentive Program (AIP)

The attached report evaluates the performance of the WHB Adoption and Sales Program during AIP Year One (3/12/19 – 3/12/20) and compares performance with previous years to gauge the effectiveness of the AIP at increasing adoptions and overall private placements. The report also presents relevant data and feedback from those involved in implementing the AIP to inform decisions about any adjustments or modifications that might improve program effectiveness going forward.

## KEY FACTS

*Jobs:* Not applicable.

*Stakeholder Positions:* Stakeholders across the board – including Congress, DOI and BLM leadership, WHB Program staff, the WHB Advisory Board, WHB activist groups, media and the adopting public – generally support the objectives of the AIP: to increase public interest and participation in the WHB Adoption program to place more animals into private care.

*Public Lands Affected:* Any and all of the 177 Herd Management Areas comprising 26.9 million acres of public land spread across 10 Western states.

*Other concise facts:* BLM faces serious challenges related to overpopulated WHB herds on public lands. Increasing private placement of excess WHB removed from public lands is a critical component of the agency's management strategy.

## BACKGROUND

The AIP was established via IM 2019-025 and went into effect March 12, 2019. The AIP seeks to incentivize adoptions by paying individuals $1,000 for each animal they adopt. Payments are made in two installments: $500 within 60 days of signing a Private Maintenance and Care Agreement, and $500 within 60 days of receiving title (approximately one year later). All animals adopted under the AIP are subject to mandatory compliance checks by BLM to ensure they are receiving proper care. The launch of the AIP was accompanied by an aggressive nationwide marketing and advertising campaign that generated considerable media coverage and public awareness.

1

**DISCUSSION**

The attached report highlights certain key performance measures related to the AIP, namely the number of animals adopted (and relinquished), payments processed, and mandatory compliance checks conducted. The report also examines certain other performance indicators, including the number of first-time and repeat adopters and the number of multiple-animal adoptions. These data are presented in the context of a multi-year performance timeline for comparison.

While the data clearly show that AIP Year One coincided with a marked increase in adoptions, the report also examines other factors that may have contributed to the results, notably the number of events held and the number of animals offered, including via the improved Online Corral platform. Improved marketing and brand management are also discussed.

Importantly, the report examines certain challenges the Program encountered and overcame in implementing the AIP during Year One, mainly in the area of payment processing. The Program's responses to these challenges – in close collaboration with the NOC – have led to improvements and efficiencies going forward.

**RECOMMENDATIONS**

The Program contends that one year provides insufficient data to propose or recommend any immediate or fundamental changes to the AIP. Accordingly, the Program stands behind the continuation of the AIP as it is currently structured to allow for multi-year performance evaluation. The following policy changes may warrant consideration in the future:

- Change/increase the dollar amount of the incentive
- Target the incentive on animals with lower adoption demand (e.g. "three-strike" animals)
- Modify the compliance inspection requirement to consider adopters' past performance
- Recover incentive payments when animals are relinquished or repossessed
- Eliminate or reduce the incentive for burros

**NEXT STEPS**

The Program is prepared to support AD200 in briefings/discussions with leadership at higher levels at his request/direction.

**ATTACHMENTS**
1. Adoption Incentive Program (AIP) Year One Evaluation Report (3 pp)

BLM_005132



**U.S. Department of the Interior
Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals.

The Brad Smoot family of Arco, Idaho, are a prime example. The Smoots had been considering adopting a wild horse for a while. When they learned of the Adoption Incentive Program, they decided that it was time. Ultimately, the family  adopted not one but eight!  They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with BLM Wrangler Ruby Kyle was so positive that when Ruby called to let the family know about more available mares, they made the trip to Boise and adopted three more horses. To cap off their growing herd, the Smoots adopted a pregnant mare during the wild horse adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad Smoot knew he wanted his family to enjoy experiencing life with horses. "Together

my wife and I have eight children and we enjoy getting into the back country and trail riding," said Brad. "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15 year-old daughter has already started riding one of them."

In all, there were 2,923 first-time adopters, 932 repeat adopters, and 1,280 multiple-animal adoptions which mark substantial increases over previous years.

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | St George, Brian C; Kaster, Amanda E; Krauss, Jeff; Winston, Beverly S |
| **Cc:** | Rittenhouse, Bruce H; Tollefson, Christopher J; Lutterman, Jason W; Fluer, Scott L |
| **Subject:** | RE: AIP Press Release |
| **Date:** | Thursday, May 7, 2020 8:30:00 AM |
| **Attachments:** | News Release - AIP Year One_hq200 (rev1).docx |

Good morning, Brian.

Per Casey's suggestion, we have included the following information regarding cost savings in the bridge paragraph (revised PR attached):

*"Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in savings generated during Fiscal Year 2019, in part due to the AIP."*

As discussed on the call, $24K is the *estimate* we use that accounts for varying lengths of time animals remain in corrals vs pastures and the varied ages (and therefore lifespans) of animals in holding.

If the PR is approved this week, we suggesting timing the release for Monday morning (5/11) so we can respond more readily and completely to reporter follow-up.

As for the burro question, as noted on the call, demand for burros has always been relatively high, with placement rates approaching 100 percent, so we can't really claim that there was an "uptick" in burro placements due to AIP. That's actually one of the reasons why we suggest in the Report for future consideration that we drop burros from the incentive program.

As for the MHF question, we are reaching out to the PO for that data and will forward that to you as soon as we consolidate it.

Please let me know if you need anything else.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, May 6, 2020 4:43 PM

**To:** Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>
**Subject:** RE: AIP Press Release

Thanks all! Good briefing with Casey, Perry, Mike and Amanda today. I'm not sure how quickly we can calculate the savings Casey was interested in. + Bruce and Paul for their consideration.

I captured the follow:.

Bruce – will you and Paul please work on the couple questions from Casey that we could potentially highlight in the PR, this report, or the next:

- Change in unit cost and total cost of caring for a horse
- Change in burro adoption rates as a result of the AIP

Related but separate:

- Change in Mustang Heritage Fund adoption numbers 2018-2019

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Kaster, Amanda E <akaster@blm.gov>
**Sent:** Wednesday, May 6, 2020 3:36 PM
**To:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** AIP Press Release

Can we include the savings number Casey mentioned during the meeting in here? Can we also draft a quote for Casey? Thanks!

--

Amanda Kaster-Averill
Bureau of Land Management

U.S. Department of the Interior
o: (202) 208-3027

BLM_005137



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
*First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency. Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in savings generated during Fiscal Year 2019, in part due to the AIP.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said William Pendley, Deputy Director for Policy and Programs exercising authority of the BLM Director.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals.

The Brad Smoot family of Arco, Idaho, are a prime example. The Smoots had been considering adopting a wild horse for a while. When they learned of the Adoption Incentive Program, they decided that it was time. Ultimately, the family  adopted not one but eight!  They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with BLM Wrangler Ruby Kyle was so positive that when Ruby called to let the family know about more available mares, they made the trip to Boise and adopted three more horses. To cap off their growing herd, the Smoots adopted a pregnant mare

BLM_005138

during the wild horse adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad Smoot knew he wanted his family to enjoy experiencing life with horses. "Together my wife and I have eight children and we enjoy getting into the back country and trail riding," said Brad. "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15 year-old daughter has already started riding one of them."

In all, there were 2,923 first-time adopters, 932 repeat adopters, and 1,280 multiple-animal adoptions which mark substantial increases over previous years.

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Lutterman, Jason W; Rittenhouse, Bruce H; Fluer, Scott L |
| **Subject:** | RE: AIP Press Release |
| **Date:** | Thursday, May 7, 2020 8:56:00 AM |

Pls stand by. I'll forward note from Michael.

**Paul McGuire**

Outreach Specialist (Detail)

National Wild Horse & Burro Program

Bureau of Land Management

Norman, OK

Ofc: 405-579-7190

Mobile: 405-826-3036

*pmcguire@blm.gov*

---

**From:** Lutterman, Jason W <jlutterman@blm.gov>
**Sent:** Thursday, May 7, 2020 8:56 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: AIP Press Release

Folks – just for your information. Up until last year or the year before (including in the previous report to Congress), we said each animal placed into private care saved taxpayers $48,000. If we're going to say $24,000 now, we should probably be ready to explain, just in case. I still see the $48,000 number being used by reporters from time to time.

Thanks

Jason

--

Jason Lutterman

Public Affairs Specialist

Wild Horse and Burro Program

Office: (775) 861-6614

Mobile: (202) 304-0967

www.BLM.gov/whb

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, May 7, 2020 6:30 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: AIP Press Release

Good morning, Brian.

Per Casey's suggestion, we have included the following information regarding cost savings in the bridge paragraph (revised PR attached):

*"Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in savings generated during Fiscal Year 2019, in part due to the AIP."*

As discussed on the call, $24K is the *estimate* we use that accounts for varying lengths of time animals remain in corrals vs pastures and the varied ages (and therefore lifespans) of animals in holding.

If the PR is approved this week, we suggesting timing the release for Monday morning (5/11) so we can respond more readily and completely to reporter follow-up.

As for the burro question, as noted on the call, demand for burros has always been relatively high, with placement rates approaching 100 percent, so we can't really claim that there was an "uptick" in burro placements due to AIP. That's actually one of the reasons why we suggest in the Report for future consideration that we drop burros from the incentive program.

As for the MHF question, we are reaching out to the PO for that data and will forward that to you as soon as we consolidate it.

Please let me know if you need anything else.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, May 6, 2020 4:43 PM
**To:** Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>
**Subject:** RE: AIP Press Release

Thanks all! Good briefing with Casey, Perry, Mike and Amanda today. I'm not sure how quickly we can calculate the savings Casey was interested in. + Bruce and Paul for their consideration.

I captured the follow:.

Bruce – will you and Paul please work on the couple questions from Casey that we could potentially highlight in the PR, this report, or the next:

- Change in unit cost and total cost of caring for a horse
- Change in burro adoption rates as a result of the AIP

Related but separate:

- Change in Mustang Heritage Fund adoption numbers 2018-2019

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Kaster, Amanda E <akaster@blm.gov>
**Sent:** Wednesday, May 6, 2020 3:36 PM
**To:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** AIP Press Release

Can we include the savings number Casey mentioned during the meeting in here? Can we also draft a quote for Casey? Thanks!

--
Amanda Kaster-Averill
Bureau of Land Management
U.S. Department of the Interior
o: (202) 208-3027

BLM_005142

| | |
|---|---|
| **From:** | Tollefson, Christopher J |
| **To:** | Kaster, Amanda E; St George, Brian C; McGuire, Paul M; Krauss, Jeff; Winston, Beverly S |
| **Cc:** | Rittenhouse, Bruce H; Lutterman, Jason W; Fluer, Scott L |
| **Subject:** | Re: AIP Press Release |
| **Date:** | Thursday, May 7, 2020 10:10:01 AM |
| **Attachments:** | News Release - AIP Year One_hq600.docx |

Attached is a redline version with a suggested quote from Casey, as well as a few other suggested edits. Let me know if you have additional changes or concerns.

Thanks,
Chris

**Chris Tollefson – Chief of Public Affairs**
Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003
(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



---

**From:** Kaster, Amanda E <akaster@blm.gov>
**Sent:** Thursday, May 7, 2020 10:59 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** Re: AIP Press Release

Works great for me, thank you!

Once that info is added in and the Casey quote is drafted, this is good to send to ASLM.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Thursday, May 7, 2020 10:57 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: AIP Press Release

Thank you Paul. I appreciate the clarity of the answers.

Amanda – I'm good with the revised PR citing the cost savings numbers. We will use the burro

information internally as we consider policy changes. And we can circle back with you and Casey when we have the MHF info.

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, May 7, 2020 7:30 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: AIP Press Release

Good morning, Brian.

Per Casey's suggestion, we have included the following information regarding cost savings in the bridge paragraph (revised PR attached):

*"Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in savings generated during Fiscal Year 2019, in part due to the AIP."*

As discussed on the call, $24K is the *estimate* we use that accounts for varying lengths of time animals remain in corrals vs pastures and the varied ages (and therefore lifespans) of animals in holding.

If the PR is approved this week, we suggesting timing the release for Monday morning (5/11) so we can respond more readily and completely to reporter follow-up.

As for the burro question, as noted on the call, demand for burros has always been relatively high, with placement rates approaching 100 percent, so we can't really claim that there was an "uptick" in burro placements due to AIP. That's actually one of the reasons why we suggest in the Report for future consideration that we drop burros from the incentive program.

As for the MHF question, we are reaching out to the PO for that data and will forward that to you as

soon as we consolidate it.

Please let me know if you need anything else.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, May 6, 2020 4:43 PM
**To:** Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>
**Subject:** RE: AIP Press Release

Thanks all! Good briefing with Casey, Perry, Mike and Amanda today. I'm not sure how quickly we can calculate the savings Casey was interested in. + Bruce and Paul for their consideration.

I captured the follow:.

Bruce – will you and Paul please work on the couple questions from Casey that we could potentially highlight in the PR, this report, or the next:
- Change in unit cost and total cost of caring for a horse
- Change in burro adoption rates as a result of the AIP

Related but separate:
- Change in Mustang Heritage Fund adoption numbers 2018-2019


~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** Kaster, Amanda E <akaster@blm.gov>
**Sent:** Wednesday, May 6, 2020 3:36 PM
**To:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** AIP Press Release

Can we include the savings number Casey mentioned during the meeting in here? Can we also draft a quote for Casey? Thanks!

--
Amanda Kaster-Averill
Bureau of Land Management
U.S. Department of the Interior
o: (202) 208-3027

BLM_005146



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
### *First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency. Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in lifetime savings generated during Fiscal Year 2019 alone, in large measure due to the AIP.

"We're pleased that the public has responded so strongly to this new program. The successful use of incentives to increase adoption rates is a win for all involved – saving taxpayers money in the long term, contributing toward reducing the overpopulation of wild horses and burros on the range, and helping these animals find homes with families who will care for and enjoy them for years to come," said **Casey Hammond, Acting Assistant Secretary of the Interior for Land and Minerals Management.**

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said **William Pendley, Deputy Director for Policy and Programs**.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals.

BLM_005147

The Brad Smoot family of Arco, Idaho, are a prime example. The Smoots had been considering adopting a wild horse for a while. When they learned of the Adoption Incentive Program, they decided that it was time. Ultimately, the family  adopted not one but eight!  They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with BLM Wrangler Ruby Kyle was so positive that when Ruby called to let the family know about more available mares, they made the trip to Boise and adopted three more horses. To cap off their growing herd, the Smoots adopted a pregnant mare during the wild horse adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad Smoot knew he wanted his family to enjoy experiencing life with horses. "Together my wife and I have eight children and we enjoy getting into the back country and trail riding," said Brad. "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15 year-old daughter has already started riding one of them."

In all, there were 2,923 first-time adopters, 932 repeat adopters, and 1,280 multiple-animal adoptions which mark substantial increases over previous years.

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

**From:** McGuire, Paul M
**To:** Tollefson, Christopher J; Kaster, Amanda E; St George, Brian C; Krauss, Jeff; Winston, Beverly S
**Cc:** Rittenhouse, Bruce H; Lutterman, Jason W; Fluer, Scott L
**Subject:** RE: AIP Press Release & Social Media Plan
**Date:** Thursday, May 7, 2020 10:35:00 AM
**Attachments:** AIP Anniversary Social Media Plan.docx
News Release - AIP Year One_hq600.docx

All – Just for information: The total FY19 placement number (7,104) we cite in the bridge paragraph as the basis for the estimated lifetime savings of $170 million breaks down like this:

AIP adoptions = 2,708
Non-AIP adoptions = 2,422
Sales = 1,967
Transfers = 7

I note this because AIP adoptions actually only accounted for 38 percent of total placements that year. I have no problem charactering that as a "large measure" and explaining the details to reporters. Just want to make sure we're all familiar with the underlying numbers in case we get asked and they get reported.

Finally – Please see the attached social media plan Jason Lutterman developed to accompany the AIP Press Release. Appreciate any feedback.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Thursday, May 7, 2020 10:10 AM
**To:** Kaster, Amanda E <akaster@blm.gov>; St George, Brian C <bstgeorg@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** Re: AIP Press Release

Attached is a redline version with a suggested quote from Casey, as well as a few other suggested edits. Let me know if you have additional changes or concerns.

Thanks,
Chris

**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003

(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



---

**From:** Kaster, Amanda E <akaster@blm.gov>
**Sent:** Thursday, May 7, 2020 10:59 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** Re: AIP Press Release

Works great for me, thank you!

Once that info is added in and the Casey quote is drafted, this is good to send to ASLM.

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Thursday, May 7, 2020 10:57 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>; Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: AIP Press Release

Thank you Paul. I appreciate the clarity of the answers.

Amanda – I'm good with the revised PR citing the cost savings numbers. We will use the burro information internally as we consider policy changes. And we can circle back with you and Casey when we have the MHF info.

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management


(o) 303-239-3741
(m) 970-275-2215
bstgeorg@blm.gov

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, May 7, 2020 7:30 AM
**To:** St George, Brian C <bstgeorg@blm.gov>; Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>
**Subject:** RE: AIP Press Release

Good morning, Brian.

Per Casey's suggestion, we have included the following information regarding cost savings in the bridge paragraph (revised PR attached):

*"Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in savings generated during Fiscal Year 2019, in part due to the AIP."*

As discussed on the call, $24K is the *estimate* we use that accounts for varying lengths of time animals remain in corrals vs pastures and the varied ages (and therefore lifespans) of animals in holding.

If the PR is approved this week, we suggesting timing the release for Monday morning (5/11) so we can respond more readily and completely to reporter follow-up.

As for the burro question, as noted on the call, demand for burros has always been relatively high, with placement rates approaching 100 percent, so we can't really claim that there was an "uptick" in burro placements due to AIP. That's actually one of the reasons why we suggest in the Report for future consideration that we drop burros from the incentive program.

As for the MHF question, we are reaching out to the PO for that data and will forward that to you as soon as we consolidate it.

Please let me know if you need anything else.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** St George, Brian C <bstgeorg@blm.gov>
**Sent:** Wednesday, May 6, 2020 4:43 PM
**To:** Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** Rittenhouse, Bruce H <brittenh@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>; Tollefson, Christopher J <ctollefson@blm.gov>
**Subject:** RE: AIP Press Release

Thanks all! Good briefing with Casey, Perry, Mike and Amanda today. I'm not sure how quickly we can calculate the savings Casey was interested in. + Bruce and Paul for their consideration.

I captured the follow:.

Bruce – will you and Paul please work on the couple questions from Casey that we could potentially highlight in the PR, this report, or the next:
- Change in unit cost and total cost of caring for a horse
- Change in burro adoption rates as a result of the AIP

Related but separate:
- Change in Mustang Heritage Fund adoption numbers 2018-2019

~ bsg

Brian St George
Acting Assistant Director for Resources and Planning
Bureau of Land Management

(o) 303-239-3741
(m) 970-275-2215

bstgeorg@blm.gov

---

**From:** Kaster, Amanda E <akaster@blm.gov>
**Sent:** Wednesday, May 6, 2020 3:36 PM
**To:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>
**Cc:** St George, Brian C <bstgeorg@blm.gov>
**Subject:** AIP Press Release

Can we include the savings number Casey mentioned during the meeting in here? Can we also draft a quote for Casey? Thanks!

--
Amanda Kaster-Averill
Bureau of Land Management
U.S. Department of the Interior
o: (202) 208-3027



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash Incentives Help Agency Adopt More Wild Horses and Burros
### *First Year of Program Sees 91 Percent Increase in Placement Numbers*

**WASHINGTON**— The Bureau of Land Management (BLM) announced today that the Wild Horse and Burro Adoption Incentive Program (AIP) it launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency. Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in lifetime savings generated during Fiscal Year 2019 alone, in large measure due to the AIP.

"We're pleased that the public has responded so strongly to this new program. The successful use of incentives to increase adoption rates is a win for all involved – saving taxpayers money in the long term, contributing toward reducing the overpopulation of wild horses and burros on the range, and helping these animals find homes with families who will care for and enjoy them for years to come," said **Casey Hammond, Acting Assistant Secretary of the Interior for Land and Minerals Management.**

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," said **William Pendley, Deputy Director for Policy and Programs**.

"The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them," said Pendley.

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters as well as the number of individuals who adopted multiple animals.

The Brad Smoot family of Arco, Idaho, are a prime example. The Smoots had been considering adopting a wild horse for a while. When they learned of the Adoption Incentive Program, they decided that it was time. Ultimately, the family  adopted not one but eight!  They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with BLM Wrangler Ruby Kyle was so positive that when Ruby called to let the family know about more available mares, they made the trip to Boise and adopted three more horses. To cap off their growing herd, the Smoots adopted a pregnant mare during the wild horse adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad Smoot knew he wanted his family to enjoy experiencing life with horses. "Together my wife and I have eight children and we enjoy getting into the back country and trail riding," said Brad. "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15 year-old daughter has already started riding one of them."

In all, there were 2,923 first-time adopters, 932 repeat adopters, and 1,280 multiple-animal adoptions which mark substantial increases over previous years.

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, the agency is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water.  The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," said Pendley. "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*

**Social Media Plan**

**One-Year Anniversary of Wild Horse and Burro Adoption Incentive Program**

**Background**

The BLM will issue a news release to announce that the first 12 months of the Adoption Incentive Program was a success. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91 percent revives and accelerates an upward trend of adoptions that began in 2015 and dipped slightly in 2018.

The incentive program, which began March 13, 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency.

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

**Strategy**

- On the day of the news release, BLM National will publish a post on Instagram with a focus on personal interest story and tying it to the agency's achievement. The link in the bio will be to the Wild Horse and Burro landing page (BLM.gov/WHB), where the news release will be featured and links to success stories can be easily found.
- BLM National will also publish a Facebook post announcing the achievement and providing links to the news release, FY19 infographic, and the BLM blog of success stories.
- BLM National will send two tweets: one to link to the news release and blog, and one for the FY19 Highlights Fact Sheet.
- WHB will publish on Facebook and Twitter a series of posts to highlight the achievement and spotlight a success story related to AIP. The first post will publish on the day of the news release, followed by a staggered rollout of the remaining two success stories.
- State social media leads will be encouraged to share BLM National and WHB posts, and add to them any state-specific relevant information.

**Instagram**

The Smoots had been considering adopting a wild horse for a while. When they heard about the Adoption Incentive Program, they decided that it was as good a time as any to adopt their first wild horse -- make that eight!

The Adoption Incentive Program seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

In all, the Adoption Incentive Program has helped BLM achieve a 15-year record in the number of animals placed into private care. Read more about the Smoot Family's experience and the stories of other happy adopters by following the link in our bio! [Link: BLM.gov/whb]

**Facebook**

BLM National:

Thanks in part to the new Adoption Incentive Program, adoptions of wild horses and burros nearly doubled to more than 6,000 animals during the first 12 months of the incentive program. This compares to about 3,100 adoptions that took place during the previous full fiscal year.

The Adoption Incentive Program seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). Each animal placed into private care saves taxpayers approximately $24,000 in lifetime costs to care for that animal.

Read more: [LINK to News Release]

Find interesting stories about how the Adoption Incentive Program positively impacted the adoption experience on the Wild Horse and Burro blog: BLM.gov/WHB/blog

Download the 2019 Wild Horse and Burro fact sheet: [LINK to fact sheet]

WHB Post 1

Check this out! The Wild Horse and Burro Adoption Incentive Program is not just helping place animals into more homes, it's also presenting unique opportunities for some adopters to truly embrace their wild side! The Smoot family of Arco, Idaho are a prime example. The Smoots had been considering adopting a wild horse for a while. When they heard about the Adoption Incentive Program, they decided that it was as good a time as any to adopt their first wild horse -- make that eight!

Read more about the Smoot family and other successful adoptions made through the Adoption Incentive Program on the Wild Horse and Burro blog: BLM.gov/WHB/blog

In all, the Adoption Incentive Program has helped BLM achieve a 15-year record in the number of animals placed into private care. Read more: [LINK to News Release]

Download the 2019 Wild Horse and Burro fact sheet: [LINK to fact sheet]

WHB Post 2

The Gallegos Family adopted their first wild horse Challis, Idaho – fulfilling a long-held dream. After a 3-year-old bay gelding caught their eye, they won the high bid not only for the horse-that-would-become Roscoe, but they also won the bid for an 8-month-old weanling who would become known as Riddle.

"We are absolutely thrilled with Roscoe and Riddle," said Michelle Gallegos. "They are truly gentle souls, willing to please and smart! Our whole family including children Andrew and Emma have taken on working with them as a project and we have learned so much."

"We are so grateful for the Adoption Incentive Program and our horse community – this has been a wonderful experience!"

Read more about the Gallegos and other successful adoptions made through the Adoption Incentive Program on the Wild Horse and Burro blog: BLM.gov/WHB/blog

In all, the Adoption Incentive Program has helped BLM achieve a 15-year record in the number of animals placed into private care. Read more: [LINK to Press Release]

Download the 2019 Wild Horse and Burro fact sheet: [LINK to fact sheet]

WHB Post 3

The Adoption Incentive Program has helped the BLM place more than 6,000 animals into good, adoptive homes. For many would-be adopters, the incentive has been welcome support for their decision to adopt. After traveling 500 miles to Challis, Idaho for their chance to adopt a wild horse last winter, the Winfield Family are no exception. "It helped to pay for Theoden [the horse] and our trip to pick him up!"

Read more about the Winfields and other successful adoptions made through the Adoption Incentive Program on the Wild Horse and Burro blog: BLM.gov/WHB/blog

In all, the Adoption Incentive Program has helped BLM achieve a 15-year record in the number of animals placed into private care. Read more: [LINK to Press Release]

Download the 2019 Wild Horse and Burro fact sheet: [LINK to fact sheet]

**Twitter**

Tweet 1:

The Adoption Incentive Program helped double adoptions of wild horses and burros in its first 12 months compared to the previous full fiscal year. The program offers two payments of $500 to help incentivize private care for excess animals. Read more: [LINK to News Release]

[Use highlights fact sheet for visual]

Tweet 2:

Thanks in part to the Adoption Incentive Program, the BLM achieved a 15-year record for adoptions and sales of wild horses and burros. Each animal placed into private care saves taxpayers up to $24,000 in lifetime costs. Learn more: [LINK to Fact Sheet]

Tweet 3:

When the Smoot Family heard about the Adoption Incentive Program, they decided it was as good a time as any to adopt their first wild horse – make that 8! In all, more than 6,000 animals found good homes in the first 12 months of the program. Read more stories: BLM.gov/WHB/blog

Tweet 4:

"We are so grateful for the Adoption Incentive Program and our horse community – this has been a wonderful experience!" Read about the Gallegos Family and the two new members of their herd, Roscoe and Riddle: BLM.gov/WHB/blog

Tweet 5

For many adopters, the Adoption Incentive Program has been welcome support for their decision to adopt. After traveling 500 miles to Challis, Idaho for their chance to adopt a wild horse last winter, the Winfield Family are no exception. Read more stories: BLM.gov/WHB/blog

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Reiland, Michael J |
| **Cc:** | McGuire, Paul M; Rittenhouse, Bruce H; Fluer, Scott L |
| **Subject:** | RE: Avg. cost figures for ORP and ORC holding |
| **Date:** | Thursday, May 7, 2020 12:59:00 PM |

Michael – does the $24k number or any other number related to lifetime costs appear in the latest version of the report to Congress?

--
Jason Lutterman
Public Affairs Specialist
Wild Horse and Burro Program
Office: (775) 861-6614
Mobile: (202) 304-0967
www.BLM.gov/whb

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Thursday, May 7, 2020 6:59 AM
**To:** Lutterman, Jason W <jlutterman@blm.gov>; Fluer, Scott L <sfluer@blm.gov>; Rittenhouse, Bruce H <brittenh@blm.gov>
**Subject:** FW: Avg. cost figures for ORP and ORC holding

FYI – The higher figure is for lifetime holding in corral only.

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** Reiland, Michael J <mreiland@blm.gov>
**Sent:** Tuesday, March 17, 2020 9:59 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** RE: Avg. cost figures for ORP and ORC holding

Paul,

If you're wanting a number that will equate to savings for an animals staying in our system for its life, we are currently using $24,000.  We used to use $50,000, but that's for an animal in a corral only.  So, the $24,000 (which is a mixture of each) is a more realistic number.  We want to stay consistent on that for all our messaging.  So, I'd use $24,000.

Let me know if you're looking for something different.

Thanks,

Michael Reiland
Budget Analyst – Wild Horse and Burro Program
Desk: 202-912-7261
Cell: 202-794-2479

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Tuesday, March 17, 2020 10:56 AM
**To:** Reiland, Michael J <mreiland@blm.gov>
**Subject:** Avg. cost figures for ORP and ORC holding

Hi, Michael. Do you have good average cost figures for ORP and ORC holding that I can use for the AIP first-year review we're working on? I plan to use them to estimate future cost savings resulting from private placements.

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

| | |
|---|---|
| **From:** | Lutterman, Jason W |
| **To:** | Rittenhouse, Bruce H; McGuire, Paul M; Waddell, Holle; Shepherd, Alan B |
| **Subject:** | FW: Cleared - BLM News Release and Fact Sheet on the Wild Horse and Burro Program (Target: 5/13) |
| **Date:** | Wednesday, May 13, 2020 2:17:17 PM |
| **Attachments:** | News Release - AIP Year One_hq600 ch_jr_clean.docx |
| | WHBhighlightsFY2019-050720.pdf |

FYI – looks like the AIP release is scheduled to go out tomorrow.

--
Jason Lutterman
Public Affairs Specialist
Wild Horse and Burro Program
Office: (775) 861-6614
Mobile: (202) 304-0967
www.BLM.gov/whb

**From:** Kaster, Amanda E <akaster@blm.gov>
**Sent:** Wednesday, May 13, 2020 10:34 AM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Wilkinson, Patrick <P2Wilkin@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** Re: Cleared - BLM News Release and Fact Sheet on the Wild Horse and Burro Program (Target: 5/13)

Yes, Perry and Casey approved the timing.

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Wednesday, May 13, 2020 1:30 PM
**To:** Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Wilkinson, Patrick <P2Wilkin@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** Re: Cleared - BLM News Release and Fact Sheet on the Wild Horse and Burro Program (Target: 5/13)

Checking back - are we good to distribute the AIP release tomorrow? Want to let DOI Comms know.

Thanks...

**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003

(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



---

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, May 12, 2020 10:56 AM
**To:** Kaster, Amanda E <akaster@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Wilkinson, Patrick <P2Wilkin@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** Re: Cleared - BLM News Release and Fact Sheet on the Wild Horse and Burro Program (Target: 5/13)

Sure. Just let me know. Thanks!


**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003

(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



---

**From:** Kaster, Amanda E <akaster@blm.gov>
**Sent:** Tuesday, May 12, 2020 10:51 AM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Wilkinson, Patrick <P2Wilkin@blm.gov>; Lutterman, Jason W <jlutterman@blm.gov>
**Subject:** Re: Cleared - BLM News Release and Fact Sheet on the Wild Horse and Burro Program (Target: 5/13)

Thursday should be fine but I'd like to double check with Perry.

---

**From:** Tollefson, Christopher J <ctollefson@blm.gov>
**Sent:** Tuesday, May 12, 2020 10:49 AM
**To:** Krauss, Jeff <JKrauss@blm.gov>; Winston, Beverly S <BWinston@blm.gov>; Kaster, Amanda E

<akaster@blm.gov>; Wilkinson, Patrick <P2Wilkin@blm.gov>; Lutterman, Jason W <jluttermann@blm.gov>

**Subject:** Fw: Cleared - BLM News Release and Fact Sheet on the Wild Horse and Burro Program (Target: 5/13)

All,

The AIP release is approved, along with the fact sheet. Do we have a date to send it out this week? If not, I suggest Thursday morning (5/14) at 11. Let me know what you think.

Thanks,

Chris

**Chris Tollefson – Chief of Public Affairs**

Bureau of Land Management – 20 M Street, SE, Washington, D.C. 20003

(202) 912-7410 (W) (202) 379-6905 (M) www.blm.gov



**From:** Russo, Jennifer R <jennifer_russo@ios.doi.gov>
**Sent:** Monday, May 11, 2020 4:56 PM
**To:** Tollefson, Christopher J <ctollefson@blm.gov>
**Cc:** Winston, Beverly S <BWinston@blm.gov>; Krauss, Jeff <JKrauss@blm.gov>; Eisenman, Theresa M <theresa_eisenman@ios.doi.gov>
**Subject:** Cleared - BLM News Release and Fact Sheet on the Wild Horse and Burro Program (Target: 5/13)

The attached is good to go.

**Bureau:** BLM
**Subject or headline:** Cash Incentives Help Agency Adopt More Wild Horses and Burros
**Materials:** News Release + Fact sheet
**Target date:** 5/13/20
**Please comment by:** COB 5/11/20
**Content:**

# Cash incentives help agency adopt more wild horses and burros

*First year of program sees 91% increase in placement numbers*

**WASHINGTON –** The Bureau of Land Management announced today that the Wild Horse and Burro Adoption Incentive Program launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91% revives and accelerates an upward trend of adoptions that began in 2015.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency. Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in lifetime savings generated during Fiscal Year 2019 alone, in large measure due to the AIP.

"We're excited that the public has responded so strongly to this innovative program. The successful use of incentives to increase adoption rates is a win for all involved – saving taxpayers hundreds of millions of dollars, reducing the overpopulation of wild horses and burros on the range, and helping these animals find homes with families who will care for and enjoy them for years to come," **said Acting Assistant Secretary of the Interior for Land and Minerals Management Casey Hammond.**

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," **said BLM's Deputy Director for Policy and Programs William Pendley**. "The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them."

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters, as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters, 932 repeat adopters and 1,280 multiple-animal adoptions – all of which represent substantial increases over previous years.

Brad Smoot and his family, who live in Arco, Idaho, learned of the Adoption Incentive Program and ultimately adopted eight wild horses. They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with BLM Wrangler Ruby Kyle was so positive they made a trip to Boise and adopted three more mares. The Smoots then adopted a pregnant mare during the wild horse

BLM_005165

adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad Smoot knew he wanted his family to enjoy experiencing life with horses.

"Together my wife and I have eight children and we enjoy getting into the back country and trail riding," **said Brad.** "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15-year-old daughter has already started riding one of them."

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the Wild Free-Roaming Horses and Burros Act, BLM is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water. The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," **said Pendley.** "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit https://blm.gov/whb



**U.S. Department of the Interior**
**Bureau of Land Management**

# News Release

Washington, D.C.

FOR IMMEDIATE RELEASE
Date: [TBD]

Contact: Paul McGuire; pmcguire@blm.gov; (405) 579-7190

## Cash incentives help agency adopt more wild horses and burros

*First year of program sees 91% increase in placement numbers*

**WASHINGTON**— The Bureau of Land Management announced today that the Wild Horse and Burro Adoption Incentive Program launched in March 2019 contributed to a significant increase of animals placed into private care. In the first 12 months of the AIP, the agency adopted 6,026 animals, compared with 3,158 during the previous full fiscal year. That increase of 91% revives and accelerates an upward trend of adoptions that began in 2015.

The AIP, which began mid-way through Fiscal Year 2019, helped the agency to achieve a 15-year record for total placements that year of 7,104 animals. Total placements include animals adopted, sold or transferred to another public agency. Each animal successfully placed into private care is estimated to save taxpayers approximately $24,000 in lifetime off-range holding costs. That amounts to over $170 million in lifetime savings generated during Fiscal Year 2019 alone, in large measure due to the AIP.

"We're excited that the public has responded so strongly to this innovative program. The successful use of incentives to increase adoption rates is a win for all involved – saving taxpayers hundreds of millions of dollars, reducing the overpopulation of wild horses and burros on the range, and helping these animals find homes with families who will care for and enjoy them for years to come," **said Acting Assistant Secretary of the Interior for Land and Minerals Management Casey Hammond.**

The AIP seeks to increase placements of wild horses or burros by paying individuals $1,000 for each untrained animal they adopt. Payments are made in two installments: $500 within 60 days of adoption, and $500 within 60 days of receiving title (approximately one year later). By contrast, it costs an average of $1,850 per year for the BLM to care for a wild horse or burro in an off-range corral facility.

"Placing animals into private care is a vital component of our mission to restore and maintain balance to America's public lands where extensive wild horse and burro overpopulation threatens ecosystems, economies and even the health of the herds themselves," **said BLM's Deputy Director for Policy and Programs William Pendley**. "The response we've seen to this incentive reveals how much the American people value wild horses and burros and understand the importance of BLM's mission to properly manage them."

Besides an increase in overall adoption numbers, the first year of the AIP also saw a sharp rise in the number of first-time and repeat adopters, as well as the number of individuals who adopted multiple animals. In all, there were 2,923 first-time adopters, 932 repeat adopters and 1,280 multiple-animal adoptions – all of which represent substantial increases over previous years.

BLM_005167

Brad Smoot and his family, who live in Arco, Idaho, learned of the Adoption Incentive Program and ultimately adopted eight wild horses. They started their herd by adopting two weanlings and two 2-year-olds from the Boise Wild Horse Off-Range Corrals. The initial experience with BLM Wrangler Ruby Kyle was so positive they made a trip to Boise and adopted three more mares. The Smoots then adopted a pregnant mare during the wild horse adoption held in Challis the winter of 2020. Having grown up with Quarter horses and Tennessee Walkers, Brad Smoot knew he wanted his family to enjoy experiencing life with horses.

"Together my wife and I have eight children and we enjoy getting into the back country and trail riding," **said Brad.** "These horses have been relatively easy to start. I really do prefer working with horses that do not have any developed or spoiled habits. My 15-year-old daughter has already started riding one of them."

During the same time the agency ramped up other efforts to find good homes for more animals, including holding more events and offering more animals. Nationwide, there were a total of 223 adoption events held at BLM facilities, remote venues and online, at which 9,228 animals were offered. This also represents a substantial increase over previous years.

Under a 1971 law, the [Wild Free-Roaming Horses and Burros Act](), BLM is responsible for preserving and protecting these animals as part of a thriving natural ecological system on public lands. The agency achieves this objective primarily by gathering and removing excess animals from the range and offering them for adoption or purchase at facilities and events around the country.

As of March 1, 2019, the wild horse and burro population on public lands was estimated at more than 88,000, which is more than triple the number of animals the land can sustainably support in conjunction with other legally mandated uses, making every successful adoption or sale vitally important in helping the agency regain proper balance.

Given the extensive overpopulation, wild horses and burros routinely face starvation and death from lack of water. The high number of excess wild horses and burros causes habitat damage that forces animals to leave public lands and travel onto private property or even highways in search of food and water.

"The current overpopulation of wild horses and burros represents an existential threat to the health of landscapes across the West. In many places, the range will take decades to recover – and in some cases, it's unlikely that it ever will," **said Pendley.** "For this reason, the Wild Horse and Burro Adoption Program is critical to the health of native wildlife populations and the economic health of countless communities."

When the number of animals removed from the range exceeds the number the agency can place through adoption or sale, the remaining animals are held in off-range corrals or contracted pastures at taxpayer expense. Currently there are approximately 50,000 wild horses and burros in off-range corrals and pastures. The cost of providing quality, humane care for these animals runs about $50 million annually.

To learn more about the wild horse or burro program, visit [https://blm.gov/whb]()

–BLM–

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. In fiscal year 2018, the diverse activities authorized on BLM-managed lands generated $105 billion in economic output across the country. This economic activity supported 471,000 jobs and contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.*




# WILD HORSE AND BURRO PROGRAM

## Highlights from Fiscal Year 2019

The Bureau of Land Management's (BLM's) Wild Horse and Burro Program made significant progress during fiscal year 2019 toward achieving its goal of managing healthy wild horses and burros on healthy public rangelands. Through the work of its dedicated staff, partners, and volunteers, the BLM placed a record number of animals into private care, provided training for more wild horses and burros, and continued an accelerated pace of gathers to address overpopulated herds on public lands.

## ADOPTIONS AND SALES

The launch of the BLM's Adoption Incentive Program, which offers up to $1,000 to adopt an untrained wild horse or burro, contributed to a significant increase in the number of animals placed into good homes.



4,100 — FY 2017
4,600 — FY 2018
7,100 — FY 2019

**54% ANNUAL INCREASE**
THE MOST PLACED IN A SINGLE YEAR SINCE 2002

MORE THAN HALF WERE ADOPTED THROUGH THE ADOPTION INCENTIVE PROGRAM

The BLM offered adoptions and sales through offsite events and its Online Corral and conducted compliance checks to ensure adopted animals were receiving proper care.

MORE THAN **100** OFFSITE EVENTS → IN **34** STATES

ONLINE CORRAL

**700** ANIMALS OFFERED
**418** PLACED INTO GOOD HOMES

**2,800** COMPLIANCE CHECKS CONDUCTED



## TRAINING THROUGH PARTNERSHIPS

BLM partners and contractors helped train wild horses and burros to improve their chances for adoption.

**1,451** ANIMALS TRAINED



AT LEAST ONE TRAINER WAS LOCATED IN EACH OF THE LOWER **48** STATES

## PUBLIC OFF-RANGE PASTURES

Four public off-range pastures provided opportunities for visitors to see and learn about wild horses and their management.

**4** PUBLIC OFF-RANGE PASTURES COVERING MORE THAN **10,000** ACRES

**6** PUBLIC EVENTS
**134** ANIMALS PLACED INTO GOOD HOMES


SVATY RANCH IN ELLSWORTH, KS


DEERWOOD RANCH IN LARAMIE, WY


WIND RIVER RANCH IN LANDER, WY


MOWDY RANCH IN COALGATE, OK

BLM_005169

# RESEARCH

The BLM continued supporting research and development of a better, longer lasting fertility control method for wild horses and burros.



**17**

ONGOING RESEARCH PROJECTS FOCUSED ON FERTILITY CONTROL, POPULATION MODELING, AND MORE

# SURVEYS

The BLM continued efforts to survey at least one-third of all herd management areas (HMAs) every year using widely acceptable wildlife survey tools and methods.



**75**

HMAs SURVEYED IN FY 2019 OUT OF

**177**

TOTAL HMAs

**31**

WILD HORSE AND BURRO HERDS AT APPROPRIATE MANAGEMENT LEVEL AS OF MARCH 1, 2019

# GATHERS  AND FERTILITY CONTROL

The BLM conducted gathers to protect animal and habitat health from the effects of overpopulation. The BLM also continued implementing fertility control to slow herd growth and reduce the need for gathers. In addition, the BLM began using microchips to better track and manage wild horses and burros.

NEARLY **7,300** ANIMALS GATHERED FROM **30** WILD HORSE AND BURRO HERDS

**12** HERDS WITH ONGOING FERTILITY CONTROL PROGRAMS

NEARLY **6,400** ANIMALS IN HOLDING AND PLACED INTO PRIVATE CARE RECEIVED MICROCHIPS

# PROGRAM EXPENDITURES

The biggest cost of the Wild Horse and Burro Program continued to be feeding and caring for unadopted and unsold wild horses and burros in off-range corrals and pastures.



**19%** OTHER ACTIVITIES

**10%** ADOPTIONS

**4%** GATHERS AND REMOVALS

**35%** OFF-RANGE CORRALS

**32%** OFF-RANGE PASTURES

**67%** OFF-RANGE HOLDING COSTS



SVATY RANCH PUBLIC OFF-RANGE PASTURE IN ELLSWORTH, KANSAS



U.S. Department of the Interior
Bureau of Land Management
Wild Horse and Burro Program

For more information, visit *BLM.gov/WHB*, call (866) 468-7826, or email wildhorse@blm.gov.

BLM_003170

| | |
|---|---|
| **From:** | McGuire, Paul M |
| **To:** | Clark, Taneisha L |
| **Subject:** | RE: UPDATE: AIP Questionnaire Survey |
| **Date:** | Wednesday, May 27, 2020 9:42:00 AM |

Thanks!

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

---

**From:** Clark, Taneisha L <tlclark@blm.gov>
**Sent:** Wednesday, May 27, 2020 9:28 AM
**To:** McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: UPDATE: AIP Questionnaire Survey

Here is the link:

https://forms.office.com/Pages/DesignPage.aspx?
fragment=FormId%3DurWTBhhLe02TQfMvQApUILNyo5qAMqlBl470Kl4lQURUOEtRR0dOSkNST04yS0pFNFlSVVlJSVlPMC4u%26Token%3D3c50b1f2fdd9457886da8e766f0b2278

---

**From:** McGuire, Paul M <PMcGuire@blm.gov>
**Sent:** Wednesday, May 27, 2020 10:25 AM
**To:** Clark, Taneisha L <tlclark@blm.gov>
**Subject:** RE: UPDATE: AIP Questionnaire Survey

Hey, Taneisha. I just tried to access this survey so I could review the results, and it says it's no longer available. Is there any way to refresh or reopen the form so I can do that?

Thanks,

**Paul McGuire**
Outreach Specialist (Detail)
National Wild Horse & Burro Program
Bureau of Land Management
Norman, OK
Ofc: 405-579-7190
Mobile: 405-826-3036
*pmcguire@blm.gov*

**From:** Clark, Taneisha L <tlclark@blm.gov>
**Sent:** Monday, March 16, 2020 1:55 PM
**Cc:** Ruhs, Amy G <aruhs@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** Re: UPDATE: AIP Questionnaire Survey

Hi everyone,

My apologies, the form is now made available for completion, there is a total of 12 questions! Here is the link:

https://forms.office.com/Pages/ResponsePage.aspx?id=urWTBhhLe02TQfMvQApUILNyo5qAMqlBl470Kl4lQURUOEtRR0dOSkNST04yS0pFNFlSVVlJSVlPMC4u

**From:** Clark, Taneisha L <tlclark@blm.gov>
**Sent:** Monday, March 16, 2020 1:32 PM
**Cc:** Ruhs, Amy G <aruhs@blm.gov>; McGuire, Paul M <PMcGuire@blm.gov>
**Subject:** UPDATE: AIP Questionnaire Survey

Hi everyone!

**UPDATE:** We have created an electronic questionnaire instead of submitting the word document sent in the previous email by Amy Ruhs. Click here to access the questionnaire, it should take about 5 minutes to complete. **Please complete by COB Friday, 3/20/20.**

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the Adoption Incentive Program (including the data analysis).

Alternative link access:
https://forms.office.com/Pages/ResponsePage.aspxid=urWTBhhLe02TQfMvQApUILNyo5qAMqlBl470Kl4lQURUOEtRR0dOSkNST04yS0pFNFlSVVlJSVlPMC4u

*Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.*

BLM_005171

**From:** Ruhs, Amy G <aruhs@blm.gov>
**Sent:** Thursday, March 12, 2020 4:10 PM
**Subject:** AIP Questionnaire

Hi all,

Happen 1 year anniversary! Yes today is the anniversary for AIP. It's been a great year and we would like to thank all of you for you dedication and support for the outstanding placement of animal we have had throughout this first AIP year. Thanks for staying with us, through the bumps, bruises, extra paperwork  and added workload.

Please find attached a Questionnaire we would like all of you to respond to. Responses to this questionnaire will be used by the WHB National Program Office (WO260) to complete a first-year review of the Adoption Incentive Program. The review will provide data and insights for WO260 to develop recommendations for revising AIP policy and/or improving implementation of the program.

As indicated on the questionnaire, the responses will be incorporated into the overall review we're conducting of the AIP (including the data analysis).

Please  return your completed questionnaires by COB 3/20/20 to Paul McGuire PMcGuire@blm.gov

Reminder: The next Monthly Discussion, Private Care Placement (Adoptions and Sales) call is scheduled for March 19th.  Let us know if you didn't receive the invite now that we changed to Outlook.

Thanks!

Amy Ruhs
Wild Horse & Burro Specialist
National WHB Program, On-Range Branch
Bureau of Land Management
Idaho State Office
1387 South Vinnell Way
Boise, ID 83709
Office: (208)373-3864
Cell: (775)525-4164

https://www.blm.gov/whb