IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

    Petitioners,

v.

HAALAND, *et al.*,

    Respondents.

---

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

---

Respondents, Haaland, *et al.* respectfully move the Court for a short, unopposed two-week extension on the merits briefing schedule – from November 17, 2022 to December 1, 2022. The Parties have also agreed to extend Petitioners' reply deadline from January 6, 2023 to January 27, 2023 to accommodate Respondents' extension request. In support of this request, Respondents state the following:

1. Respondents' merits response is due by November 17, 2022.

2. Key reviewing staff at the Bureau of Land Management and the Office of the Solicitor have experienced recent and unexpected medical emergencies and work demands. Due to these unexpected circumstances, along with the upcoming Thanksgiving holiday, Respondents require a short, two-week extension for their merits response brief – from November 17, 2022 to December 1, 2022.

3. Petitioners do not oppose this request.

4. To accommodate this extension, the Parties have also agreed to extend the deadline for Petitioners' merits reply brief from January 6, 2023 to January 27, 2023.

Respectfully submitted this 14th day of November, 2022

>*/s/ Rickey D. Turner, Jr.*
>RICKEY D TURNER, JR., Senior Trial Attorney
>Wildlife and Marine Resources Section
>999 18th St., South Terrace, Suite 370
>Denver, CO 80202
>Ph: 303-844-1373
>Fax: 303-844-1350
>rickey.turner@usdoj.gov


>*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which will electronically serve all counsel of record.

>*/s/ Rickey D. Turner, Jr.*
>Rickey D. Turner Jr.