IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN *et al.*,

    Petitioners,

v.

HAALAND, *et al.*,

    Respondents.

---

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND BRIEFING SCHEDULE**

---

Having reviewed Respondents' unopposed motion to extend the briefing schedule, and finding good cause, the Court GRANTS the motion. Respondents' response is due by December 1, 2022 and Petitioners' reply is due by January 27, 2023.

DATE: _____ day of November, 2022

                                                        Honorable Robert E. Blackburn
                                                        District Court Judge