IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2146-REB

AMERICAN WILD HORSE CAMPAIGN et al.,

     Petitioners,

v.

HAALAND, et al.,

     Respondents.

## MINUTE ORDER[1]

The matter before me is the **Unopposed Motion To Extend Briefing Schedule** [#48][2] filed November 14, 2022. The motion is unopposed and is granted.

Therefore, it is **ORDERED** as follows:

1. That the **Unopposed Motion To Extend Briefing Schedule** [#48] is granted;

2. That the response of the respondents shall be filed on or before December 1, 2022; and

3. That the reply of the petitioners shall be filed on or before January 27, 2023.

Dated: November 16, 2022.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.