**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02146-WJM

AMERICAN WILD HORSE CAMPAIGN, et al.

        Petitioners,

v.

DEBRA HAALAND, et al.

        Respondents.

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to D.C.Colo.LCivR 7.1(f) and WJM Revised Practice Standards III(K), Petitioners hereby notify the Court of *Solar Energy Industries Association v. Federal Energy Regulatory Commission*, __ F.4th ___, 2023 WL 5691711, at *20-26 (9th Cir. Sept. 5, 2023).

This ruling supports Petitioners' arguments here that the Bureau of Land Management's environmentally impactful creation of the Adoption Incentive Program—a formal, nationwide program to pay third parties to adopt federally protected wild horses that will foreseeably result (and is in fact resulting) in such wildlife being slaughtered—both confers Article III standing to challenge the legality of that Program, *see* ECF No. 46 at 18-22; ECF No. 58 at 5-11, and emphatically underscores why the agency's invocation of a categorical exclusion violates the National Environmental Policy Act, *see* ECF No. 46 at 29-41; ECF No. 58 at 19-23.

2

Respectfully submitted,

*/s/ William S. Eubanks II*
William S. Eubanks II
bill@eubankslegal.com

Elizabeth L. Lewis
lizzie@eubankslegal.com

Eubanks & Associates, PLLC
1629 K Street, Suite 300
Washington, DC 20006

Counsel for Petitioners

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

<u>*/s/ William S. Eubanks II*</u>
William S. Eubanks II