IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 21-cv-2146-WJM

AMERICAN WILD HORSE CAMPAIGN, *et al.*,

    Petitioners,

v.

DOUG BURGUM, *et al.*,

    Respondents.

**ORDER GRANTING UNOPPOSED MOTION
SEEKING CLARIFICATION UNDER RULE 59(e)**

Respondents Doug Burgum, the Secretary of the Department of the Interior, and the United States Bureau of Land Management ("BLM") (collectively, "Respondents") move under Rule 59(e) for clarification or, alternatively, modification of the Court's Order Vacating Agency Action and Remanding With Directions to Conduct Procedures Under the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq*., and the National Environmental Policy Act, 42 U.S.C. §§ 4231 *et seq*. (ECF No. 69; ECF No. 65) ("Motion").)

Specifically, Respondents explain that they "seek clarification of the Court's order to verify that BLM may fulfill its contractual obligations to remit payments to approximately 1,600 adopters that received title to their animals before the Court's order issued on March 3, 2025." (ECF No. 69 at 1.) They assert that Petitioners American Wild Horse Campaign, Skydog Ranch & Sanctuary, Clare Staples, Evanescent Mustang Rescue & Sanctuary, Inc., and Carol Walker "do not oppose and consent to this

1

request."  (*Id.* at 2.)

The Court grants the Motion to the extent Respondents seek clarification that they may issue incentive payments to "those adopters who received title to wild horses or burros under the [Adoption Incentive Program] as of March 3, 2025, but have not yet been paid."  (*Id.* at 5.)  The Court's vacatur order (ECF No. 65) does not in any manner restrict or preclude Respondents from fulfilling their preexisting contractual obligations.

Hence, the Motion is GRANTED as set forth above.

Dated this 1st day of April, 2025.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge